# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

------------------------------------------------------------x

IN RE:

CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

: MDL NO. 2047
: SECTION: L
:
:
:                                                    Case 2:09-md-02047-EEF-JCW
:
: JUDGE FALLON
:
: MAG. JUDGE WILKINSON

------------------------------------------------------------x

THIS DOCUMENT RELATES TO:                    :
ALL CASES AND                                :
                                             :
*Payton, et al. v. Knauf Gips KG, et al.*    :
Case No. 2:09-cv-07628 (E.D. La.)            :
                                             :
*Gross, et al. v. Knauf Gips KG, et al.*     :
Case No. 2:09-cv-06690 (E.D. La.)            :
                                             :
*Rogers, et al. v. Knauf Gips KG, et al.*    :
Case No. 2:10-cv-00362 (E.D. La.)            :
                                             :
*Abreu, et al. v. Gebrueder Knauf*           :
*Verwaltungsgesellschaft KG, et al.*         :
Case No. 2:11-cv-00252 (E.D. La.)            :
                                             :
*Block, et al. v. Gebrueder Knauf*           :
*Verwaltungsgesellschaft KG, et al.*         :
Case No. 2:11-cv-2349 (E.D. La.)             :
                                             :
*Arndt, et al. v. Gebrueder Knauf*           :
*Verwaltungsgesellschaft KG, et al.*         :
Case No. 2:11-cv-2349 (E.D. La.)             :
                                             :
*Cassidy, et al. v. Gebrueder Knauf*         :
*Verwaltungsgesellschaft KG, et al.*         :
Case No. 2:11-cv-3023 (E.D. La.)             :
                                             :
*Vickers, et al. v. Knauf Gips KG, et al.*   :
Case No. 2:09-cv-04117                       :

------------------------------------------------------------x

## MOTION FOR RELIEF FROM ORDER
## RELATED TO DEADLINE FOR FILING PROOF OF DAMAGES

Claimant, **ZHI XIONG CHEN**, SSN -----4019, related to his property located at:**3528 Woodbridge Avenue, North Port, Sarasota County, Florida, 34287,** by and through his undersigned counsel, hereby moves this Honorable Court to allow him to file his damage claim late and to approve his late filed claim for damages and as grounds says the following:

1.  On or about April 18, 2013, Claimant filed his Registration form for his home located at 3528 Woodbridge Avenue, North Port, Florida, with the within court via certified mail return receipt No. 7010 2780 0001 4503 1593 Exhibit "A" attaching a true and correct copy of his warranty deed thereto; a true copy is attached as Exhibit "B", together with receipt for certified mail and return receipt card attached as composite Exhibit "C".

2.  Thereafter, Claimant submitted his verification of claims form and returned it as required; a true copy is attached as Exhibit "D".

3.  On or about April 29, 2014, Claimant sent his fully executed W-9 tax form to BrownGreer PLC via certified mail; a true copy is attached as Exhibit "E".

4.  On or about June 18, 2010, Claimant's subject property was inspected by Foreman and Associates, Inc., construction consultants, to obtain a field evaluation and forensic analysis report of the corrosive/tainted drywall in the subject property; a true copy of the report, photos, and estimate to repair in the sum of $90,189.00 is attached as Exhibit "F".

5.  Claimant then sued his contractor, RJM Builders, Inc., in the Circuit Court of the Twelfth Judicial Circuit in and for Sarasota County, Florida, a true copy of his complaint is attached as Exhibit "G".

6.  Although Claimant sent multiple discovery requests to Defendant, RJM Builders, Inc., said Defendant corporation, never responded; its President claimed it had no documents and that the corporations was defunct although the President, Ronald J. Maggio, Sr., claimed that "his insurance company" was part of the "Chinese drywall settlement" and would pay for the damages to Mr. Chen's home. No other specific information was obtained from RJM Builders, Inc., its insurance company or Mr. Maggio despite continued requests.

7.  Claimant does not know the manufacturer of the faulty drywall in his property. He has made diligent efforts to discover the information without success; he does not know the name of the insurance company for RJB Builders, Inc. although he has requested said information.

8.  During the summer months of 2010, Claimant was required to leave his home as it was not livable due to fumes and damage to component parts including electrical, plumbing, air conditioning and appliances.

9.  Claimant was required to move into his other property located at 3846 Oasis Avenue, North Port, Florida 34287.

10. Recent photos of Claimant's home on Woodbridge Avenue, North Port, FL. are attached hereto as Composite "H"; they are true and accurate reproduction of the damage to Claimant's home as a result of the "Chinese drywall".

11. Claimant timely filed his Notice of Claim in this multidistrict litigation; he was unaware that he was to submit his damages to the Court or any other entity although he continued to monitor the Court's requirements.  Ironically, Claimant is Chinese and has limited ability to read and write the English language.

12. Recently undersigned counsel became aware that payments were being made in the instant multi district ligation process.

13. Upon contact with the e-filing portal, undersigned learned that her client's claim had been timely submitted but that no damage information had been received.

14. This motion followed the receipt of the aforesaid information.

15. Claimant should not be penalized for his late filing of his damage information.  He was making his own effort in Florida to learn the particulars of the drywall that was used in his home as he believed he would need to identify the manufacturer of the drywall. His efforts to obtain the information were unsuccessful due to the lack of cooperation from his builder, RJB Builders, Inc.

16. Claimant will be greatly prejudiced if his damage claim is not allowed; his own insurance company to which he first made a claim in 2010, has denied coverage for defective drywall; see attached denial letter as Exhibit "I".

17. He was not successful in his state claim against his builder, RJB Builders, Inc., as the corporation has been administratively dissolved by the State.

18. There is no other source of compensation to Claimant for the losses he has suffered to his property.

WHEREFORE, Claimant prays for relief from the Court as follows:

A. Allow his late filed claim for damages; and,
B. Award his damages in the sum of $90,189.00 for his losses related to the tainted/corrosive drywall in his property at 3528 Woodbridge Avenue, North Port, Sarasota County, Florida 34287.

I have read the foregoing and the facts stated therein are true and correct based upon my own personal knowledge.

Zhi Xion Chen

TIMOTHY J. MCGUIRE, JR.
MY COMMISSION # FF 042957
EXPIRES: September 26, 2017
Bonded Thru Budget Notary Services

Sworn to and subscribed before me this 17 day of November, 2014.  Affiant is personally known and did take an oath.

Notary Public



TIMOTHY J. MCGUIRE, JR.
MY COMMISSION # FF 042957
EXPIRES: September 26, 2017
Bonded Thru Budget Notary Services

Respectfully submitted:

/S/Kerry E. Mack, Esq.
Kerry E. Mack
FBN 337897
Attorney for Claimant
MACK LAW FIRM, CHARTERED
2022 Placida Road
Englewood, FL 34224 5104
941 475 7966
941 475 0729 fax
Eservice1@macklawfirm.org
Eservice2@macklawfirm.org

| 1. CLAIMANT INFORMATION | | | | | |
|---|---|---|---|---|---|
| **1. Name:** | Last/Business Name *Chen* | | First *Zhi Xiong* | | M.I. |

**2. Taxpayer Information: (check the appropriate Taxpayer Type)**

- [X] **Social Security Number**
- [ ] **Individual Taxpayer Identification Number**
- [ ] **Employer Identification Number**

**Social Security Number (SSN):**
Issued by the Social Security Administration and used by the IRS as a taxpayer identification number. SSNs are assigned to individuals. If you file on behalf of any business using your SSN, select SSN as your taxpayer type.

**Individual Taxpayer Identification Number (ITIN):**
A tax processing number only available for certain non-resident and resident aliens, their spouses, and dependents who cannot get a Social Security Number (SSN).

**Employer Identification Number (EIN):**
Also known as a Federal Tax Identification Number and used to identify a business entity. Only businesses have an EIN.

2 0 4 7 6 4 0 1 9
(Enter numbers only)

| | | | | | |
|---|---|---|---|---|---|
| **3. Mailing Address:** | Street *3846 Oasis Avenue* | | | | |
| | City *North Port* | State *FL* | Zip Code *34287* | Parish/County *Sarasota* | |
| **4. Email Address:** | *DAVID chen 72.511 @ gmail . com* | | | | |
| **5. Telephone Numbers:** | Home/Business *(718) 801 - 2665* | | Cell *(718) 801 - 2665* | | |

**6.** If you are registering as a business, provide a DBA Name, if applicable, and the name and title of an Authorized Business Representative. If you are registering as an individual and not as a business, skip to Section 2.

DBA Name *N/A*

Authorized Representative Last Name *MACK*

Authorized Representative First Name *Kerry*

Title *Attorney*

To Register Online Visit Https://chinesedrywallclass.com/

Exhibit "A"

## 2. AFFECTED PROPERTY INFORMATION

You must complete this section for each property upon which you intend to base a claim. Attach additional copies of this page to register additional properties.

|  |  |
|---|---|
| **7. Affected Property Address:** | ☐ Check here if this is a Rental or Commercial property.<br>Street _3528 Woodbridge Avenue_<br>City _North Port_  State _FL_  Zip Code _34287_  Parish/County _Sarasota_ |
| **8. Attorney Information:** | ☐ Check here if you are not represented by an attorney, and skip to Question 9. If you are represented by an attorney, complete this section.<br>Firm Name _Mack Law Firm Chartered_<br>Attorney Last Name _Mack_  Attorney First Name _Kerry_<br>Street _2033 Placida Rd_<br>City _Englewood_  State _FL_  Zip Code _34224_<br>Email _kerry@macklawfirm.org_  Phone Number _941 475 7966_ |

**9. Indicate the types of claims that relate to this Affected Property that you intend to file by selecting from the options below:**

☒ **Remediation.** Remediation means that you are seeking compensation for Repair and Relocation Damages and you: (i) currently own an Affected Property that has not been repaired; or (ii) sold, transferred, or otherwise lost title (including foreclosure) to an Affected Property that has not been repaired, but entered into a written agreement pursuant to which you retained the exclusive right to bring any claims relating to Repair and Relocation Damages for the Affected Property. If you select this Option, you must provide either (a) a Deed or other document demonstrating that you own(ed) the property listed in Row 7 above; or (b) if you sold, transferred, or otherwise lost title (including foreclosure) to an Affected Property that has not been repaired, the agreement pursuant to which you retained the exclusive right to bring claims relating to Repair and Relocation Damages for that Affected Property.

☐ **Already Remediated Property.** You may file a claim for an Already Remediated Property if you are an individual or builder who already repaired the Affected Property listed in Row 7 above at your own expense (whether you currently own the property or not) and now seek reimbursement for the remediation costs you incurred to repair that Affected Property.

☒ **Other Losses.** The Other Loss fund is intended to provide compensation for Pre-Remediation Alternative Living Expenses, Lost Use, Sales, and Rentals, Foreclosure losses, and Short Sale losses. If you select this Option, you must provide a Deed or other document demonstrating that you own or owned the property listed in Row 7 above.

☐ **Tenant Losses.** Tenant losses may be available to you if you rented or leased a property containing Chinese Drywall and incurred costs to move out of the property during remediation or suffered damage to your personal property. If you select this Option, you must provide a Lease, Rental Agreement, other document demonstrating that you rented or leased the property listed in Row 7 above.

☐ **Bodily Injury.** Bodily Injury benefits may be available to you if you sought medical treatment for your claimed injury **and** received treatment by a healthcare provider documented in medical records at or near the time of the onset of complaints which you now relate to Chinese Drywall. **If you intend to file a claim for Bodily Injury benefits, you must provide all medical and pharmacy records as required by the applicable Settlement Agreement governing your claim.**

3

## 3. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Registration Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Registration Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Registration Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Registration Form.

| Signature: | _Zhixiong Chen_ | Date: | 4 / 8 / 13 (Month/Day/Year) |
| --- | --- | --- | --- |
| Printed Name: | First _Zhixiong_ | Last _Chen_ | M.I. |

Return to: 050301478
Name: AACTION TITLE AGENCY, INC.
Address: 13005 Tamiami Trail
North Port, Florida 34287
This Instrument Prepared by: STACI PERKINS
AACTION TITLE AGENCY, INC.
13005 Tamiami Trail
North Port, Florida 34287
as a necessary incident to the fulfillment of conditions
contained in a title insurance commitment issued by it.
Property Appraisers Parcel Identification (Folio) Number(s):
0980-03-9115
Grantee(s) S.S.#(s):
FILE NO: 050301478

RECORDED IN OFFICIAL RECORDS
INSTRUMENT # 2005130219 1 PG
2005 JUN 15 03:04 PM
KAREN E. RUSHING
CLERK OF THE CIRCUIT COURT
SARASOTA COUNTY, FLORIDA
MTAYLOR Receipt#642161
Doc Stamp-Deed: 112.00


2005130219

## WARRANTY DEED

This Warranty Deed Made this 26th day of May, 2005,
by FREDERICK D. KULL AND DARLENE V. KULL, HUSBAND AND WIFE

whose marital status is:
hereinafter called the grantor, whose post office address is: 3572 WOODBRIDGE AVENUE NORTH PORT, FL
34287
to ZHI XIONG CHEN

whose post office address is: 3846 OASIS AVENUE NORTH PORT, FL 34287

hereinafter called the grantee,
WITNESSETH: That said grantor, for and in consideration of the sum of $10.00 Dollars, and other valuable considerations,
receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the
grantee, all that certain land situate in Sarasota County, Florida, viz:
Lot 17, Block 391, Port Charlotte, 10th Addition, as per plat
thereof recorded in Plat Book 12, Page(s) 22, of the Public
Records Sarasota County, Florida.

This property [is] [is not] the homestead of the Grantor(s).
TOGETHER with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.
To Have and to Hold, the same in fee simple forever.
And the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor
has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will
defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes
accruing subsequent to December 31, 2004, reservations, restrictions and easements of record, if any.
(The terms "grantor" and "grantee" herein shall be construed to include all genders and singular or plural as the context indicates.)

IN WITNESS WHEREOF, Grantor has hereunto set grantor's hand and seal the day and year first above written.

Signed, Sealed and Delivered in Our Presence:

Witness Signature: _____
Witness Printed Name: Carl V. Machado

Witness Signature: _____
Witness Printed Name: Staci M. Perkins

Frederick D. Kull (Seal)
FREDERICK D. KULL

Darlene V. Kull (Seal)
DARLENE V. KULL

Witness Signature: _____
Witness Printed Name:
_____ (Seal)

Witness Signature: _____
Witness Printed Name:
_____ (Seal)

STATE OF Florida
COUNTY OF Sarasota

The foregoing instrument was acknowledged before me this 26th day of May 2005,
by FREDERICK D. KULL AND DARLENE V. KULL, HUSBAND AND WIFE

who is/are personally known to me or who has/have produced driver license(s) as identification.


STACI M. PERKINS
MY COMMISSION # DD 424539
EXPIRES: June 4, 2009
Bonded Thru Notary Public Underwriters

My commission expires:
Serial Number:

_____
Printed Name: Staci M. Perkins
Notary Public

Exhibit "B"

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X AS USD

☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

Chinese Drywall
Settlement Administrator
P.O. Box 25401
Rich mond VA 23260

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)

7010 2780 0001 4503 1593

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 11.19 |

Postmark Here
4/9/13

Sent To Chinese Drywall Settlement Admin.
Street, Apt. No.; or PO Box No. PO Box 25401
City, State, ZIP+4 Rich mond VA 23260

PS Form 3800, August 2006          See Reverse for Instructions

7010 2780 0001 4503 1593

Exhibit "C"

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

* Sender: Please print your name, address, and ZIP+4 in this box *

The Mack Law Firm
2022 Placida Road
Englewood, FL 34224

Chen— Chinese Drywall Claim

**Certified Mail Provides:**
- A mailing receipt
- A unique identifier for your mailpiece
- A record of delivery kept by the Postal Service for two years

**Important Reminders:**
- Certified Mail may ONLY be combined with First-Class Mail® or Priority Mail®.
- Certified Mail is *not* available for any class of international mail.
- NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. For valuables, please consider Insured or Registered Mail.
- For an additional fee, a *Return Receipt* may be requested to provide proof of delivery. To obtain Return Receipt service, please complete and attach a Return Receipt (PS Form 3811) to the article and add applicable postage to cover the fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver for a duplicate return receipt, a USPS® postmark on your Certified Mail receipt is required.
- For an additional fee, delivery may be restricted to the addressee or addressee's authorized agent. Advise the clerk or mark the mailpiece with the endorsement *"Restricted Delivery"*.
- If a postmark on the Certified Mail receipt is desired, please present the article at the post office for postmarking. If a postmark on the Certified Mail receipt is not needed, detach and affix label with postage and mail.

**IMPORTANT: Save this receipt and present it when making an inquiry.**
PS Form 3800, August 2006 *(Reverse)* PSN 7530-02-000-9047

# CHINESE DRYWALL SETTLEMENT PROGRAM
## MDL 2047

### CHINESE DRYWALL SETTLEMENT PROGRAM
### VERIFICATION OF CLAIMS

All claimants must submit this Verification of Claims in support of Chinese Drywall Claims. You need only submit this Affidavit once and the Settlement Administrator will review it in conjunction with submitted claims.

To submit this Affidavit, upload it directly to the Chinese Drywall Settlement Portal at https://www3.browngreer.com/drywall. If you cannot upload this Affidavit to the Chinese Drywall Settlement Portal, email it to CDWQuestions@browngreer.com, or send by U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

### A. CLAIMANT INFORMATION

| 1. Claimant Name: | Last Name/Business Name CHEN | First ZHIXIONG | M.I. |
|---|---|---|---|
| 2. Claimant Identification Number (if you know it): | | | |
| 3. SSN or TIN (if you do not know the Affected Property Identification Number): | 2 0 4 7 6 4 0 1 1 9 | | |

### B. VERIFICATION OF CLAIMS

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that I have read and reviewed all Chinese Drywall Settlement Program Claim Form(s) and evidence submitted in supporte of all claims and certify under penalty of perjury that all information contained therein is true, accurate, and complete to the best of my knowledge. I understand that false statements or claims made in connection with this Affidavit and my claim may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

| Claimant's Signature: | Zhixiong Chen | Date: | 10 / 25 / 13 (Month/Day/Year) |
|---|---|---|---|
| Title (If a business): | N/A | | |
| Printed Name: | First ZHIXIONG | Last CHEN | M.I. |

CDW AFF-2

1

Exhibit "D"

Mack Law Firm Chartered
Trial and Appellate Lawyers
2022 Placida Road
Englewood, FL 34224-5204

Chinese Drywall Settlement Administrator
P.O. Box 25401
Richmond, VA 23260

FIRST-CLASS MAIL

$00.460

ZIP 34224
011D0017626

Master
10/25/2013
USPOSTAGE

# CHINESE DRYWALL SETTLEMENT PROGRAM

## MDL 2047

### CHINESE DRYWALL SETTLEMENT PROGRAM
### VERIFICATION OF CLAIMS

All claimants must submit this Verification of Claims in support of Chinese Drywall Claims. You need only submit this Affidavit once and the Settlement Administrator will review it in conjunction with submitted claims. To submit this Affidavit, upload it directly to the Chinese Drywall Settlement Portal at https://www3.browngreer.com/drywall. If you cannot upload this Affidavit to the Chinese Drywall Settlement Portal, email it to CDWQuestions@browngreer.com, or send by U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

### A. CLAIMANT INFORMATION

| | | | |
|---|---|---|---|
| 1. **Claimant Name:** | Last Name/Business Name | First | M.I. |
| 2. **Claimant Identification Number (if you know it):** | | | |
| 3. **SSN or TIN (if you do not know the Affected Property Identification Number):** | | | |

### B. VERIFICATION OF CLAIMS

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that I have read and reviewed all Chinese Drywall Settlement Program Claim Form(s) and evidence submitted in supporte of all claims and certify under penalty of perjury that all information contained therein is true, accurate, and complete to the best of my knowledge. I understand that false statements or claims made in connection with this Affidavit and my claim may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

| | | | |
|---|---|---|---|
| **Claimant's Signature:** | | **Date:** | ____/____/____ (Month/Day/Year) |
| **Title (If a business):** | | | |
| **Printed Name:** | First | Last | M.I. |

CDW AFF-2

1

**MACK LAW FIRM CI**
*Trial & Appellate L*
2022 Placida Roa
Englewood, FL 34224
Telephone (941) 475-
Facsimile (941) 475-
www.macklawfirm.

April 29, 2014

BrownGreer, PLC
c/o Chinese Drywall Settlement Administrator
250 Rocketts Way
Richmond, VA 23231

(VIA U.S. MAIL, CERTIFIED - RETURN RECEIPT REQUESTED)
(PARCEL NO.: 7010 2780 0001 4503 2033)

    Re:    My Client:    **Zhi Xiong Chen**

          **Chinese Drywall Settlement Program**
          **Form W-9 Required for Payment**

Dear Sir / Ma'am:

Pursuant to the E-Mail correspondence of April 25, 2014, directed to the undersigned, enclosed please find Form W-9, which has been completed and signed by my client, Zhi Xiong Chen.  Please process this information accordingly and please advise if further information is needed.  Thank you.

Sincerely,

Kerry E. Mack

KEM/tm

Enc.:   As stated

Form **W-9**
(Rev. August 2013)
Department of the Treasury
Internal Revenue Service

## Request for Taxpayer
## Identification Number and Certification

Give Form to the
requester. Do not
send to the IRS.

Name (as shown on your income tax return)
*ZHI XIONG CHEN*

Business name/disregarded entity name, if different from above

Check appropriate box for federal tax classification:
- [x] Individual/sole proprietor
- [ ] C Corporation
- [ ] S Corporation
- [ ] Partnership
- [ ] Trust/estate
- [ ] Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ _____
- [ ] Other (see instructions) ▶

Exemptions (see instructions):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

Address (number, street, and apt. or suite no.)
*3528 Woodbridge Ave*

City, state, and ZIP code
*North Port FL 34287*

Requester's name and address (optional)

List account number(s) here (optional)

*Print or type — See Specific Instructions on page 2.*

### Part I   Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN on page 3.*

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number
2 0 4 - 7 6 - 4 0 1 9

Employer identification number

### Part II   Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below), and

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 3.

**Sign Here**   Signature of U.S. person ▶   Date ▶ *04/28/2014*

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** The IRS has created a page on IRS.gov for information about Form W-9, at *www.irs.gov/w9.* Information about any future developments affecting Form W-9 (such as legislation enacted after we release it) will be posted on that page.

## Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, payments made to you in settlement of payment card and third party network transactions, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the

withholding tax on foreign partners' share of effectively connected income, and

4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct.

**Note.** If you are a U.S. person and a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

- An individual who is a U.S. citizen or U.S. resident alien,
- A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,
- An estate (other than a foreign estate), or
- A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax under section 1446 on any foreign partners' share of effectively connected taxable income from such business. Further, in certain cases where a Form W-9 has not been received, the rules under section 1446 require a partnership to presume that a partner is a foreign person, and pay the section 1446 withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid section 1446 withholding on your share of partnership income.

Cat. No. 10231X

Form **W-9** (Rev. 8-2013)

In the cases below, the following person must give Form W-9 to the partnership for purposes of establishing its U.S. status and avoiding withholding on its allocable share of net income from the partnership conducting a trade or business in the United States:

• In the case of a disregarded entity with a U.S. owner, the U.S. owner of the disregarded entity and not the entity,

• In the case of a grantor trust with a U.S. grantor or other U.S. owner, generally, the U.S. grantor or other U.S. owner of the grantor trust and not the trust, and

• In the case of a U.S. trust (other than a grantor trust), the U.S. trust (other than a grantor trust) and not the beneficiaries of the trust.

**Foreign person.** If you are a foreign person or the U.S. branch of a foreign bank that has elected to be treated as a U.S. person, do not use Form W-9. Instead, use the appropriate Form W-8 or Form 8233 (see Publication 515, Withholding of Tax on Nonresident Aliens and Foreign Entities).

**Nonresident alien who becomes a resident alien.** Generally, only a nonresident alien individual may use the terms of a tax treaty to reduce or eliminate U.S. tax on certain types of income. However, most tax treaties contain a provision known as a "saving clause." Exceptions specified in the saving clause may permit an exemption from tax to continue for certain types of income even after the payee has otherwise become a U.S. resident alien for tax purposes.

If you are a U.S. resident alien who is relying on an exception contained in the saving clause of a tax treaty to claim an exemption from U.S. tax on certain types of income, you must attach a statement to Form W-9 that specifies the following five items:

1. The treaty country. Generally, this must be the same treaty under which you claimed exemption from tax as a nonresident alien.

2. The treaty article addressing the income.

3. The article number (or location) in the tax treaty that contains the saving clause and its exceptions.

4. The type and amount of income that qualifies for the exemption from tax.

5. Sufficient facts to justify the exemption from tax under the terms of the treaty article.

**Example.** Article 20 of the U.S.-China income tax treaty allows an exemption from tax for scholarship income received by a Chinese student temporarily present in the United States. Under U.S. law, this student will become a resident alien for tax purposes if his or her stay in the United States exceeds 5 calendar years. However, paragraph 2 of the first Protocol to the U.S.-China treaty (dated April 30, 1984) allows the provisions of Article 20 to continue to apply even after the Chinese student becomes a resident alien of the United States. A Chinese student who qualifies for this exception (under paragraph 2 of the first protocol) and is relying on this exception to claim an exemption from tax on his or her scholarship or fellowship income would attach to Form W-9 a statement that includes the information described above to support that exemption.

If you are a nonresident alien or a foreign entity, give the requester the appropriate completed Form W-8 or Form 8233.

**What is backup withholding?** Persons making certain payments to you must under certain conditions withhold and pay to the IRS a percentage of such payments. This is called "backup withholding." Payments that may be subject to backup withholding include interest, tax-exempt interest, dividends, broker and barter exchange transactions, rents, royalties, nonemployee pay, payments made in settlement of payment card and third party network transactions, and certain payments from fishing boat operators. Real estate transactions are not subject to backup withholding.

You will not be subject to backup withholding on payments you receive if you give the requester your correct TIN, make the proper certifications, and report all your taxable interest and dividends on your tax return.

**Payments you receive will be subject to backup withholding if:**

1. You do not furnish your TIN to the requester,

2. You do not certify your TIN when required (see the Part II instructions on page 3 for details),

3. The IRS tells the requester that you furnished an incorrect TIN,

4. The IRS tells you that you are subject to backup withholding because you did not report all your interest and dividends on your tax return (for reportable interest and dividends only), or

5. You do not certify to the requester that you are not subject to backup withholding under 4 above (for reportable interest and dividend accounts opened after 1983 only).

Certain payees and payments are exempt from backup withholding. See *Exempt payee code* on page 3 and the separate Instructions for the Requester of Form W-9 for more information.

Also see *Special rules for partnerships* on page 1.

**What is FATCA reporting?** The Foreign Account Tax Compliance Act (FATCA) requires a participating foreign financial institution to report all United States account holders that are specified United States persons. Certain payees are exempt from FATCA reporting. See *Exemption from FATCA reporting code* on page 3 and the Instructions for the Requester of Form W-9 for more information.

## Updating Your Information

You must provide updated information to any person to whom you claimed to be an exempt payee if you are no longer an exempt payee and anticipate receiving reportable payments in the future from this person. For example, you may need to provide updated information if you are a C corporation that elects to be an S corporation, or if you no longer are tax exempt. In addition, you must furnish a new Form W-9 if the name or TIN changes for the account, for example, if the grantor of a grantor trust dies.

## Penalties

**Failure to furnish TIN.** If you fail to furnish your correct TIN to a requester, you are subject to a penalty of $50 for each such failure unless your failure is due to reasonable cause and not to willful neglect.

**Civil penalty for false information with respect to withholding.** If you make a false statement with no reasonable basis that results in no backup withholding, you are subject to a $500 penalty.

**Criminal penalty for falsifying information.** Willfully falsifying certifications or affirmations may subject you to criminal penalties including fines and/or imprisonment.

**Misuse of TINs.** If the requester discloses or uses TINs in violation of federal law, the requester may be subject to civil and criminal penalties.

## Specific Instructions

### Name

If you are an individual, you must generally enter the name shown on your income tax return. However, if you have changed your last name, for instance, due to marriage without informing the Social Security Administration of the name change, enter your first name, the last name shown on your social security card, and your new last name.

If the account is in joint names, list first, and then circle, the name of the person or entity whose number you entered in Part I of the form.

**Sole proprietor.** Enter your individual name as shown on your income tax return on the "Name" line. You may enter your business, trade, or "doing business as (DBA)" name on the "Business name/disregarded entity name" line.

**Partnership, C Corporation, or S Corporation.** Enter the entity's name on the "Name" line and any business, trade, or "doing business as (DBA) name" on the "Business name/disregarded entity name" line.

**Disregarded entity.** For U.S. federal tax purposes, an entity that is disregarded as an entity separate from its owner is treated as a "disregarded entity." See Regulation section 301.7701-2(c)(2)(iii). Enter the owner's name on the "Name" line. The name of the entity entered on the "Name" line should never be a disregarded entity. The name on the "Name" line must be the name shown on the income tax return on which the income should be reported. For example, if a foreign LLC that is treated as a disregarded entity for U.S. federal tax purposes has a single owner that is a U.S. person, the U.S. owner's name is required to be provided on the "Name" line. If the direct owner of the entity is also a disregarded entity, enter the first owner that is not disregarded for federal tax purposes. Enter the disregarded entity's name on the "Business name/disregarded entity name" line. If the owner of the disregarded entity is a foreign person, the owner must complete an appropriate Form W-8 instead of a Form W-9.  This is the case even if the foreign person has a U.S. TIN.

**Note.** Check the appropriate box for the U.S. federal tax classification of the person whose name is entered on the "Name" line (Individual/sole proprietor, Partnership, C Corporation, S Corporation, Trust/estate).

**Limited liability company (LLC).** If the person identified on the "Name" line is an LLC, check the "Limited liability company" box only and enter the appropriate code for the U.S. federal tax classification in the space provided. If you are an LLC that is treated as a partnership for U.S. federal tax purposes, enter "P" for partnership. If you are an LLC that has filed a Form 8832 or a Form 2553 to be taxed as a corporation, enter "C" for C corporation or "S" for S corporation, as appropriate. If you are an LLC that is disregarded as an entity separate from its owner under Regulation section 301.7701-3 (except for employment and excise tax), do not check the LLC box unless the owner of the LLC (required to be identified on the "Name" line) is another LLC that is not disregarded for U.S. federal tax purposes. If the LLC is disregarded as an entity separate from its owner, enter the appropriate tax classification of the owner identified on the "Name" line.

**Other entities.** Enter your business name as shown on required U.S. federal tax documents on the "Name" line. This name should match the name shown on the charter or other legal document creating the entity. You may enter any business, trade, or DBA name on the "Business name/disregarded entity name" line.

### Exemptions

If you are exempt from backup withholding and/or FATCA reporting, enter in the Exemptions box, any code(s) that may apply to you. See *Exempt payee code* and *Exemption from FATCA reporting code* on page 3.

**Exempt payee code.** Generally, individuals (including sole proprietors) are not exempt from backup withholding. Corporations are exempt from backup withholding for certain payments, such as interest and dividends. Corporations are not exempt from backup withholding for payments made in settlement of payment card or third party network transactions.

**Note.** If you are exempt from backup withholding, you should still complete this form to avoid possible erroneous backup withholding.

The following codes identify payees that are exempt from backup withholding:

1—An organization exempt from tax under section 501(a), any IRA, or a custodial account under section 403(b)(7) if the account satisfies the requirements of section 401(f)(2)

2—The United States or any of its agencies or instrumentalities

3—A state, the District of Columbia, a possession of the United States, or any of their political subdivisions or instrumentalities

4—A foreign government or any of its political subdivisions, agencies, or instrumentalities

5—A corporation

6—A dealer in securities or commodities required to register in the United States, the District of Columbia, or a possession of the United States

7—A futures commission merchant registered with the Commodity Futures Trading Commission

8—A real estate investment trust

9—An entity registered at all times during the tax year under the Investment Company Act of 1940

10—A common trust fund operated by a bank under section 584(a)

11—A financial institution

12—A middleman known in the investment community as a nominee or custodian

13—A trust exempt from tax under section 664 or described in section 4947

The following chart shows types of payments that may be exempt from backup withholding. The chart applies to the exempt payees listed above, 1 through 13.

| IF the payment is for . . . | THEN the payment is exempt for . . . |
|---|---|
| Interest and dividend payments | All exempt payees except for 7 |
| Broker transactions | Exempt payees 1 through 4 and 6 through 11 and all C corporations. S corporations must not enter an exempt payee code because they are exempt only for sales of noncovered securities acquired prior to 2012. |
| Barter exchange transactions and patronage dividends | Exempt payees 1 through 4 |
| Payments over $600 required to be reported and direct sales over $5,000[1] | Generally, exempt payees 1 through 5[2] |
| Payments made in settlement of payment card or third party network transactions | Exempt payees 1 through 4 |

[1] See Form 1099-MISC, Miscellaneous Income, and its instructions.

[2] However, the following payments made to a corporation and reportable on Form 1099-MISC are not exempt from backup withholding: medical and health care payments, attorneys' fees, gross proceeds paid to an attorney, and payments for services paid by a federal executive agency.

**Exemption from FATCA reporting code.** The following codes identify payees that are exempt from reporting under FATCA. These codes apply to persons submitting this form for accounts maintained outside of the United States by certain foreign financial institutions. Therefore, if you are only submitting this form for an account you hold in the United States, you may leave this field blank. Consult with the person requesting this form if you are uncertain if the financial institution is subject to these requirements.

A—An organization exempt from tax under section 501(a) or any individual retirement plan as defined in section 7701(a)(37)

B—The United States or any of its agencies or instrumentalities

C—A state, the District of Columbia, a possession of the United States, or any of their political subdivisions or instrumentalities

D—A corporation the stock of which is regularly traded on one or more established securities markets, as described in Reg. section 1.1472-1(c)(1)(i)

E—A corporation that is a member of the same expanded affiliated group as a corporation described in Reg. section 1.1472-1(c)(1)(i)

F—A dealer in securities, commodities, or derivative financial instruments (including notional principal contracts, futures, forwards, and options) that is registered as such under the laws of the United States or any state

G—A real estate investment trust

H—A regulated investment company as defined in section 851 or an entity registered at all times during the tax year under the Investment Company Act of 1940

I—A common trust fund as defined in section 584(a)

J—A bank as defined in section 581

K—A broker

L—A trust exempt from tax under section 664 or described in section 4947(a)(1)

M—A tax exempt trust under a section 403(b) plan or section 457(g) plan

## Part I. Taxpayer Identification Number (TIN)

**Enter your TIN in the appropriate box.** If you are a resident alien and you do not have and are not eligible to get an SSN, your TIN is your IRS individual taxpayer identification number (ITIN). Enter it in the social security number box. If you do not have an ITIN, see *How to get a TIN* below.

If you are a sole proprietor and you have an EIN, you may enter either your SSN or EIN. However, the IRS prefers that you use your SSN.

If you are a single-member LLC that is disregarded as an entity separate from its owner (see *Limited Liability Company (LLC)* on page 2), enter the owner's SSN (or EIN, if the owner has one). Do not enter the disregarded entity's EIN. If the LLC is classified as a corporation or partnership, enter the entity's EIN.

**Note.** See the chart on page 4 for further clarification of name and TIN combinations.

**How to get a TIN.** If you do not have a TIN, apply for one immediately. To apply for an SSN, get Form SS-5, Application for a Social Security Card, from your local Social Security Administration office or get this form online at *www.ssa.gov*. You may also get this form by calling 1-800-772-1213. Use Form W-7, Application for IRS Individual Taxpayer Identification Number, to apply for an ITIN, or Form SS-4, Application for Employer Identification Number, to apply for an EIN. You can apply for an EIN online by accessing the IRS website at *www.irs.gov/businesses* and clicking on Employer Identification Number (EIN) under Starting a Business. You can get Forms W-7 and SS-4 from the IRS by visiting IRS.gov or by calling 1-800-TAX-FORM (1-800-829-3676).

If you are asked to complete Form W-9 but do not have a TIN, apply for a TIN and write "Applied For" in the space for the TIN, sign and date the form, and give it to the requester. For interest and dividend payments, and certain payments made with respect to readily tradable instruments, generally you will have 60 days to get a TIN and give it to the requester before you are subject to backup withholding on payments. The 60-day rule does not apply to other types of payments. You will be subject to backup withholding on all such payments until you provide your TIN to the requester.

**Note.** Entering "Applied For" means that you have already applied for a TIN or that you intend to apply for one soon.

**Caution:** *A disregarded U.S. entity that has a foreign owner must use the appropriate Form W-8.*

## Part II. Certification

To establish to the withholding agent that you are a U.S. person, or resident alien, sign Form W-9. You may be requested by the withholding agent even if items 1, 4, or 5 below indicate otherwise.

For a joint account, only the person whose TIN is shown in Part I should sign (when required). In the case of a disregarded entity, the person identified on the "Name" line must sign. Exempt payees, see *Exempt payee code* earlier.

**Signature requirements.** Complete the certification as indicated in items 1 through 5 below.

**1. Interest, dividend, and barter exchange accounts opened before 1984 and broker accounts considered active during 1983.** You must give your correct TIN, but you do not have to sign the certification.

**2. Interest, dividend, broker, and barter exchange accounts opened after 1983 and broker accounts considered inactive during 1983.** You must sign the certification or backup withholding will apply. If you are subject to backup withholding and you are merely providing your correct TIN to the requester, you must cross out item 2 in the certification before signing the form.

**3. Real estate transactions.** You must sign the certification. You may cross out item 2 of the certification.

**4. Other payments.** You must give your correct TIN, but you do not have to sign the certification unless you have been notified that you have previously given an incorrect TIN. "Other payments" include payments made in the course of the requester's trade or business for rents, royalties, goods (other than bills for merchandise), medical and health care services (including payments to corporations), payments to a nonemployee for services, payments made in settlement of payment card and third party network transactions, payments to certain fishing boat crew members and fishermen, and gross proceeds paid to attorneys (including payments to corporations).

**5. Mortgage interest paid by you, acquisition or abandonment of secured property, cancellation of debt, qualified tuition program payments (under section 529), IRA, Coverdell ESA, Archer MSA or HSA contributions or distributions, and pension distributions.** You must give your correct TIN, but you do not have to sign the certification.

Form W-9 (Rev. 8-2013)

## What Name and Number To Give the Requester

| For this type of account: | Give name and SSN of: |
|---|---|
| 1. Individual | The individual |
| 2. Two or more individuals (joint account) | The actual owner of the account or, if combined funds, the first individual on the account [1] |
| 3. Custodian account of a minor (Uniform Gift to Minors Act) | The minor [2] |
| 4. a. The usual revocable savings trust (grantor is also trustee) | The grantor-trustee [1] |
| b. So-called trust account that is not a legal or valid trust under state law | The actual owner [1] |
| 5. Sole proprietorship or disregarded entity owned by an individual | The owner [3] |
| 6. Grantor trust filing under Optional Form 1099 Filing Method 1 (see Regulation section 1.671-4(b)(2)(i)(A)) | The grantor* |

| For this type of account: | Give name and EIN of: |
|---|---|
| 7. Disregarded entity not owned by an individual | The owner |
| 8. A valid trust, estate, or pension trust | Legal entity [4] |
| 9. Corporation or LLC electing corporate status on Form 8832 or Form 2553 | The corporation |
| 10. Association, club, religious, charitable, educational, or other tax-exempt organization | The organization |
| 11. Partnership or multi-member LLC | The partnership |
| 12. A broker or registered nominee | The broker or nominee |
| 13. Account with the Department of Agriculture in the name of a public entity (such as a state or local government, school district, or prison) that receives agricultural program payments | The public entity |
| 14. Grantor trust filing under the Form 1041 Filing Method or the Optional Form 1099 Filing Method 2 (see Regulation section 1.671-4(b)(2)(i)(B)) | The trust |

[1] List first and circle the name of the person whose number you furnish. If only one person on a joint account has an SSN, that person's number must be furnished.

[2] Circle the minor's name and furnish the minor's SSN.

[3] You must show your individual name and you may also enter your business or "DBA" name on the "Business name/disregarded entity" name line. You may use either your SSN or EIN (if you have one), but the IRS encourages you to use your SSN.

[4] List first and circle the name of the trust, estate, or pension trust. (Do not furnish the TIN of the personal representative or trustee unless the legal entity itself is not designated in the account title.) Also see *Special rules for partnerships* on page 1.

*Note. Grantor also must provide a Form W-9 to trustee of trust.

Note. If no name is circled when more than one name is listed, the number will be considered to be that of the first name listed.

## Secure Your Tax Records from Identity Theft

Identity theft occurs when someone uses your personal information such as your name, social security number (SSN), or other identifying information, without your permission, to commit fraud or other crimes. An identity thief may use your SSN to get a job or may file a tax return using your SSN to receive a refund.

To reduce your risk:

• Protect your SSN,

• Ensure your employer is protecting your SSN, and

• Be careful when choosing a tax preparer.

If your tax records are affected by identity theft and you receive a notice from the IRS, respond right away to the name and phone number printed on the IRS notice or letter.

If your tax records are not currently affected by identity theft but you think you are at risk due to a lost or stolen purse or wallet, questionable credit card activity or credit report, contact the IRS Identity Theft Hotline at 1-800-908-4490 or submit Form 14039.

For more information, see Publication 4535, Identity Theft Prevention and Victim Assistance.

Victims of identity theft who are experiencing economic harm or a system problem, or are seeking help in resolving tax problems that have not been resolved through normal channels, may be eligible for Taxpayer Advocate Service (TAS) assistance. You can reach TAS by calling the TAS toll-free case intake line at 1-877-777-4778 or TTY/TDD 1-800-829-4059.

**Protect yourself from suspicious emails or phishing schemes.** Phishing is the creation and use of email and websites designed to mimic legitimate business emails and websites. The most common act is sending an email to a user falsely claiming to be an established legitimate enterprise in an attempt to scam the user into surrendering private information that will be used for identity theft.

The IRS does not initiate contacts with taxpayers via emails. Also, the IRS does not request personal detailed information through email or ask taxpayers for the PIN numbers, passwords, or similar secret access information for their credit card, bank, or other financial accounts.

If you receive an unsolicited email claiming to be from the IRS, forward this message to *phishing@irs.gov.* You may also report misuse of the IRS name, logo, or other IRS property to the Treasury Inspector General for Tax Administration at 1-800-366-4484. You can forward suspicious emails to the Federal Trade Commission at: *spam@uce.gov* or contact them at *www.ftc.gov/idtheft* or 1-877-IDTHEFT (1-877-438-4338).

Visit IRS.gov to learn more about identity theft and how to reduce your risk.

## Privacy Act Notice

Section 6109 of the Internal Revenue Code requires you to provide your correct TIN to persons (including federal agencies) who are required to file information returns with the IRS to report interest, dividends, or certain other income paid to you; mortgage interest you paid; the acquisition or abandonment of secured property; the cancellation of debt; or contributions you made to an IRA, Archer MSA, or HSA. The person collecting this form uses the information on the form to file information returns with the IRS, reporting the above information. Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation and to cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their laws. The information also may be disclosed to other countries under a treaty, to federal and state agencies to enforce civil and criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism. You must provide your TIN whether or not you are required to file a tax return. Under section 3406, payers must generally withhold a percentage of taxable interest, dividend, and certain other payments to a payee who does not give a TIN to the payer. Certain penalties may also apply for providing false or fraudulent information.



F&A

**FOREMAN AND ASSOCIATES, INC.**
**CONSTRUCTION CONSULTANTS**
COMMERCIAL - RESIDENTIAL - INDUSTRIAL

# TAINTED / CORROSIVE DRYWALL ANALYSIS

| | |
|---|---|
| **SUBJECT PROPERTY:** | **3528 WOODBRIDGE AVE.<br>NORTH PORT, FLORIDA 34287<br>SARASOTA COUNTY** |
| **CONTACT / PHONE:** | **DAVID CHEN<br>718-801-2665** |
| **CONTRACTOR / DEVELOPER:** | **RJM BUILDERS** |
| **DATE OF ANALYSIS:** | **6/18/2010** |
| **TYPE OF REVIEW:** | **NDE<br>(NON-DESTRUCTIVE EXAMINATION)** |
| **AGE OF STRUCTURE:** | **APPROXIMATELY 4 YEARS** |
| **TYPE OF STRUCTURE:** | **SINGLE FAMILY<br>ONE LEVELS<br>MASONRY AND WOOD FRAMING<br>PRE-FABRICATED WOOD TRUSS SYSTEM<br>STUCCO EXTERIOR** |

THIS REPORT CONTAINS CONFIDENTIAL PROPRIETARY INFORMATION SPECIFIC TO THIS PROPERTY AND CANNOT BE REPRODUCED WITHOUT WRITTEN PERMISSION FROM FOREMAN AND ASSOCIATES, INC.

2511 BEE RIDGE ROAD, SARASOTA, FLORIDA 34239
PHONE : (941) 955-8111 FAX : (941) 362-4999
E-MAIL : CONSTRUCTION-GURU@COMCAST.NET

MEMBER
SWR INSTITUTE
Sealant, Waterproofing & Restoration Institute
www.swrionline.org

Exhibit "F"



# FOREMAN AND ASSOCIATES, INC.
## CONSTRUCTION CONSULTANTS
COMMERCIAL    ~    RESIDENTIAL    ~    INDUSTRIAL

## CORROSIVE / TAINTED DRYWALL FIELD EVALUATION AND FORENSIC ANALYSIS REPORT

## INTRODUCTION:

FOREMAN AND ASSOCIATES, INC., CONSTRUCTION CONSULTANTS ANALYZED THE 3528 WOODBRIDGE AVENUE RESIDENCE TO DETERMINE THE CAUSE AND SOURCE OF THE **"ODOR"** WITHIN THE RESIDENCE AND SPECIFIC HOME OWNER RELATED ISSUES.

OUR FIELD EVALUATION AND FORENSIC ANALYSIS OF NUMEROUS STRUCTURES WITH THE SAME OR SIMILAR **"ODOR"** CONFIRMED THROUGH OUR PROCESS OF ELIMINATION, THE POTENTIAL SOURCE OF THE **"ODOR"** WAS RELATED TO TAINTED SHEETROCK OR TAINTED GYPSUM BOARD INSTALLED BY THE ORIGINAL CONTRACTOR / DEVELOPER DURING CONSTRUCTION.

## FINDINGS:

FOREMAN AND ASSOCIATES FIELD CONSULTANT REPRESENTATIVE REVIEWED NOTES, DOCUMENTS, AND OUR FIELD ANALYSIS OF COMPONENTS WITH CLIENT / HOMEOWNER OR REPRESENTATIVE EXPLAINING OUR FIRM'S OPINION RELATED TO FINDINGS SPECIFIC TO THEIR RESIDENCE.

2511 BEE RIDGE ROAD, SARASOTA, FLORIDA 34239
PHONE : (941) 955-8111 FAX : (941) 362-4999
E-MAIL : Construction-Guru@comcast.net



**MEMBER**
Sealant, Waterproofing
& Restoration Institute
www.swronline.org

FOREMAN AND ASSOCIATES NON-DESTRUCTIVE EXAMINATION (NDE)
ANALYSIS OF THE 3528 WOODBRIDGE AVENUE RESIDENCE CONFIRMED
NUMEROUS SIMILAR PROBLEMS OUR FIRM FINDS DURING OUR TAINTED
DRYWALL FORENSIC ANALYSIS OF OTHER STRUCTURES.

OUR FIRM'S FINDINGS TO DATE INCLUDE THE PROBLEMS ASSOCIATED WITH
ELECTRICAL WIRE INSULATOR DEGRADATION, HVAC EQUIPMENT FAILURES,
ELECTRICAL COPPER WIRE COMPONENT DISCOLORATION, SURFACE
CHANGES OF ART WORK, JEWELRY DISCOLORATION, MIRROR BACKING
DISCOLORATION, APPLIANCE FAILURES, ELECTRICAL COMPONENT
FAILURES, AND HEALTH RELATED ISSUES.

OUR FIRM'S SPECIFIC FINDINGS WITH THE 3528 WOODBRIDGE AVENUE
RESIDENCE TO-DATE:

1.      HVAC BLOWER COIL UNIT ORIGINALLY INSTALLED BY
        CONTRACTOR JANUARY 2006.  OUR FIELD EVALUATION AND
        ANALYSIS CONFIRMED THE EXISTING HVAC COIL UNIT
        DOCUMENTED IN OUR REPORT HAS BEEN INSTALLED FOR 54
        MONTHS AT TIME OF EVALUATION AND FORENSIC ANALYSIS AND
        HAS  BEEN CONTINUALLY IN-SERVICE, TO THE BEST OF OUR
        KNOWLEDGE.

        OUR PHOTO DOCUMENTATION CONFIRMS THE EXISTING HVAC
        COIL UNIT COPPER COMPONENTS WITHIN THE "BLOWER"

2

PORTION OF THE HVAC SYSTEM SHOWS SIGNS OF METAL DISCOLORATION AND SURFACE DEGRADATION OF COPPER COMPONENTS, AND VISUAL SIGNS CONSISTENT WITH PREMATURE AGING OF HVAC COIL UNIT.

PHOTO DOCUMENTATION CONFIRMS CONDITION OF 3528 WOODBRIDGE AVENUE BOULEVARD EXISTING HVAC COIL UNIT, CONSISTENT WITH OUR FIRM'S FINDINGS OF COIL UNITS WITHIN STRUCTURES WITH TAINTED DRYWALL OF SIMILAR AGE AND SIZE.

OUR FIRM'S OPINION, **"SULFUR BASED ODOR"** WITHIN THE STRUCTURE DIRECTLY RELATES TO EXISTING HVAC COIL UNIT SYSTEM PREMATURE AGING, AND POTENTIAL FUTURE FAILURE OF EXISTING HVAC COIL UNIT COMPONENTS.

OUR FIRM RECOMMENDS MONTHLY MONITORING.

2.  FOREMAN AND ASSOCIATES FORENSIC DESTRUCTIVE EXAMINATION (DE) OF SEVERAL ELECTRICAL OUTLETS AND SWITCHES CONFIRMED ELECTRICAL GROUND WIRE DISCOLORATION AND SURFACE DEGRADATION IN SPECIFIC AREAS OF THE HOUSE.

FOREMAN AND ASSOCIATES VISUAL EXAMINATION OF WIRE COMPONENT INSULATOR MATERIAL CONFIRMED SIGNS OF MATERIAL DEGRADATION LEADING TO POTENTIAL FUTURE FAILURE.

OUR FIRM RECOMMENDS FORENSIC TESTING OF SEVERAL SAMPLES TO DETERMINE THE FULL EFFECTS OF "SULFUR BASED ODOR" ON WIRE AND INSULATOR MATERIAL.

OUR FIRM'S RECOMMENDATION IS BASED ON NUMEROUS ELECTRICAL COMPONENT SYSTEM FAILURES AND LIFE SAFETY ISSUES.

3. OUR FIRM RECOMMENDS FURTHER CONTROL TESTING OF COPPER AND SILVER COMPONENTS, DISCOLORED LIGHT FIXTURES, AND OTHER METALLIC COMPONENTS WITHIN THE RESIDENCE IN "SULFUR ODOR" "STAGNANT AIR", AND "CIRCULATING AIR" CONDITIONS, FURTHER DOCUMENTING AND EXPLAINING CAUSE AND EFFECT.

BASED ON LOCATION, HEAT FLUCTUATION, COMPONENT MATERIAL, AND CIRCULATING FAN SYSTEMS WITHIN COMPONENTS, OUR FIRM'S OPINION IS "SULFUR ODOR"

CREATED CONDITIONS DIRECTLY ASSOCIATED WITH
DEGRADATION OF COMPONENTS.

## SUMMARY:

FOREMAN AND ASSOCIATES FORENSIC FIELD ANALYSIS AND
PHOTOGRAPHIC DOCUMENTATION CONFIRMS **"SULFUR ODOR OUT
GASSING"** EMITTED FROM TAINTED **"UNKNOWN BRAND GYPSUM
BOARDS"** HAS AFFECTED NUMEROUS ORIGINAL CONSTRUCTION
COMPONENTS WITHIN SPECIFIC AREAS OF THE STRUCTURE.

FOREMAN AND ASSOCIATES FIELD CONSULTANT REPRESENTATIVE, UPON
ENTERING THE RESIDENCE, DID DETECT ANY EXISTANT ODOR, CONSISTENT
WITH TAINTED DRYWALL.

OUR FIRM OBSERVES MULTIPLE MANUFACTURERS OF BOTH STANDARD 1/2
INCH AND 5/8 INCH "TYPE X" FIRE RATED DRYWALL INSTALLED IN
RESIDENCES OF THIS SIZE / CONSTRUCTION AND IS CLEARLY REQUIRED TO
INFORM THE CLIENT THAT MULTIPLE BRANDS, TYPES, AND MANUFACTURERS
CAN BE INSTALLED WITHIN RESIDENCES.  EXTENSIVE DESTRUCTIVE
EXAMINATION (DE) REQUIRED TO CONFIRM SPECIFIC BRAND TYPE AND SIZE.

AT THIS TIME FOREMAN AND ASSOCIATES IS ABLE TO CONFIRM THAT TO THE
BEST OF OUR FORENSIC KNOWLEDGE, TAINTED 1/2 INCH DRYWALL WAS

INSTALLED AND OUR TEAM FOUND EVIDENCE OR SIGNS TYPICALLY RELATED TO TAINTED DRYWALL INSTALLATIONS.

TO DATE, OUR FIRM HAS DISCOVERED LIMITED 5/8 INCH "TYPE X" FIRE RATED TAINTED CHINESE GYPSUM BOARD IMPORTED AND INSTALLED IN THE UNITED STATES.  OUR FIRM'S REVIEW OF IMPORT DOCUMENTS CONFIRMS 5/8 INCH "TYPE X" IMPORTED DURING THE "2007 CONSTRUCTION BOOM" IN RELATIVELY SMALL QUANTITIES COMPARED TO STANDARD 1/2 INCH DRYWALL GYPSUM BOARD, TO THE BEST OF OUR KNOWLEDGE.

FOREMAN AND ASSOCIATES RECOMMENDS THE OWNERS / HOMEOWNERS NOTIFY CONTRACTOR / DEVELOPER CONCERNING TAINTED DRYWALL FINDINGS PER STANDARD CONTRACT REQUIREMENTS, ALLOWING CONTRACTOR / DEVELOPER SIXTY (60) DAYS WRITTEN NOTICE TO RESOLVE AND / OR CORRECT CONSTRUCTION DEFECT.

FOREMAN AND ASSOCIATES ALSO RECOMMENDS THE OWNER / HOMEOWNERS FILE ON THEIR HOMEOWNERS AND BUILDER RISK POLICIES, AND DEMAND SPECIFIC DETAILED WRITTEN DOCUMENTATION CONCERNING ANY CLAIM DENIAL.

THE SARASOTA COUNTY PROPERTY APPRAISER'S OFFICE IS OFFERING A 50% OR MORE, REDUCTION IN IMPROVEMENT VALUE (LAND VALUE EXEMPT) FOR HOMEOWNERS THAT CAN VERIFY THEIR HOMES WERE BUILT WITH TAINTED DRYWALL, AND THE GOVENOR RECENTLY SIGNED AND APPROVED A BILL ALLOWING PROPERTY APPRAISERS TO REDUCE OR VALUE,

CONFIRMED "TAINTED CHINESE DRYWALL RESIDENCES" AS HAVING ZERO VALUE ($00.00), CONCERNING "IMPROVEMENT VALUE", HOWEVER, THE PROPERTY APPRAISER'S OFFICE IS ACCEPTING FOREMAN AND ASSOCIATES, INC. TAINTED DRYWALL AND FORENSIC ANALYSIS REPORTS AS SUFFICIENT EVIDENCE OF TAINTED DRYWALL

ADDITIONAL INFORMATION CAN BE FOUND AT THE PROPERTY APPRAISER'S WEBSITE ... HTTP://WWW.SC-PA.COM/CONTENT/DRYWALL.ASP
OR BY CALLING ... 941-861-8200

FOREMAN AND ASSOCIATES RECOMMENDS THE OWNERS / HOMEOWNERS CONTACT THE UNITED STATES CONSUMER PRODUCT AND SAFETY COMMISSION (CPSC) TO DOCUMENT THE "TAINTED DRYWALL CONDITION."
ADDITIONAL INFORMATION CAN BE FOUND AT THEIR WEBSITE...
HTTP://WWW.CPSC.GOV/INFO/DRYWALL/INDEX.HTML
COMPLETE THE "CONSUMER DRYWALL COMPLAINT REPORT" FOUND AT...
HTTPS://WWW.CPSC.GOV/CGIBIN/DRYWALL.ASPX
CONTACT NUMBER IS 1-800-638-2772 AND EMAIL IS ... INFO@CPSC.GOV

ADDITIONALLY, FOREMAN AND ASSOCIATES RECOMMENDS THE OWNERS /
HOMEOWNERS CONTACT THE LOCAL AND STATE HEALTH DEPARTMENT
DOCUMENTING THE "TAINTED DRYWALL CONDITION."   CONTACT NUMBER IS
850-245-4288 OR 800-543-8279 OR EMAIL IS ...
CORROSIONINVESTIGATION@DOH.STATE.FL.US

_____          **Date: June 21st, 2010**
**Michael S. Foreman**
**Principal**



**MSF/GRI**

verizon

Print

**Subject Foreman and Associates Remediation Proposal - 3528 Woodbridge Ave.**
From:   <construction-guru@comcast.net>
Sent:   Jul 6, 2010 04:06:07 PM
To:      davidchen168@verizon.net

David,


Based on our NDE Chinese Drywall Analysis dated 6-18-2010 ...


Foreman and Associates perform our standard "Chinese Drywall Analysis" (CDA),

and have confirmed the presence of "Tainted and Corrosive Drywall",

commonly called Chinese drywall.


Per your request, our firm has calculated or estimated ...


Demo, Abatement, Treatment, and Build-Back cost ...

Specific to your property ...

Based on matching existing finishes and construction materials.

(Note: NO CHINESE DRYWALL RE-INSTALLED)


Based on the information from the Sarasota Country Property Appraisers website,

Affected square footage of the property ... 2,733 square feet.

This calculation included the garage,front entry and lanai as these ceilings will need
to be removed.


Based on our visual property conditions, at time of site visit.

(6-18-2010 @ 11:00 A.M.)

**The following items need to be removed for demo, abatement, and treatment:**

**1.) All carpet, pad, and tack-strips**

**2.) All drywall and fasteners**

**3.) All cabinets, counter tops, sinks, and faucets**

**4.) All electrical wires, both low and high voltage**

**5.) All HVAC components, duct-work, grills and registers**

**6.) All insulation**

**7.) All sheet-rock wood batten strips**

**8.) All light and fan fixtures**

**9.) All doors, casings, trim, and wood moldings**

**AbissoCleanse Treatment will be performed after abatement (demolition) is complete.**

**Build-Back will be completed after Third Party Post-Treatment Testing approval,**

**confirming treatment success.**

**Build-Back finishes and materials will match existing as currently installed.**

**Proposal  ...**

**Chen Residence**

**3528 Woodbridge Avenue**

**North Port, Florida 34287**

**Abatement, Treatment, and Build-Back**

**Includes $2000.00 allowance for flooring (material / labor)**

**$ 90,189.00**


**Please note EPO (Evidence Preservation Order) ...**

**NOT INCLUDED**


**Normally $ 1,800.00 - $ 2,400.00**

**Pending final specifics, attorney requests.**


**Please call with any questions.**



**Michael S. Foreman**
**Principal**

**Foreman and Associates, Inc.**
**"Construction Consultants"**
**2511 Bee Ridge Rd**
**Sarasota, Florida 34239**
**Phone: 941-955-8111**
**Fax:   941-362-4999**

**Construction-Guru@comcast.net**

**VISIT OUR WEB SITE ...  WWW.CONSTRUCTION-GURU.COM**

**"The information in this electronic mail message is the sender's business confidential and may be legally privileged. It is intended solely for the addressee(s). Access to this internet electronic mail message by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it is prohibited and may be unlawful."**

**"The sender believes that this E-mail and any attachments were free of any virus, worm, Trojan horse, and/or malicious code when sent. This message and its attachments could have been infected during transmission. By reading the message and opening any attachments, the recipient accepts full responsibility for taking protective and remedial action about viruses and other defects. The sender's employer is not liable for any loss or damage arising in any way from this message or its attachments."**

**IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT**
**IN AND FOR SARASOTA COUNTY, FLORIDA**

ZHIXIONG CHEN,

      Plaintiffs,

vs.

WATER CONNECTION, INC.
d/b/a KINETICO QUALITY WATER
SYSTEMS OF SOUTHWEST FLORIDA,
A Florida corporation, and RJM BUILDERS,
INC. a Florida corporation,
      Defendants.

Case No.: 2011 CA 9634NC

**COMPLAINT FOR DECLARATORY JUDGMENT**
**AND OTHER RELIEF**

    COMES NOW THE PLAINTIFF, ZHIXIONG CHEN, by and through his undersigned attorney, and pursuant to *Florida Statute §§ 86.101,* and moves this Honorable Court to grant him Declaratory Relief as to DEFENDANTS, WATER CONNECTION, INC. d/b/a KINETICO QUALITY WATER SYSTEMS of SOUTHWEST FLORIDA, a Florida corporation, and RJM BUILDERS, INC., a Florida corporation, and in support states the following:

1.  This is a cause of action involving a single family residence constructed on property located at 3528 Woodbridge Avenue, North Port, FL 34287, Sarasota County, FL. (hereafter "Property").

2.  This Court has Jurisdiction as the Property which forms the subject matter of the dispute between the parties has a value that exceeds this Court's minimum jurisdictional limit, and it is within the geographical boundaries of Sarasota County, Fl.

3.  Defendant , RJM BUILDERS, INC. (hereafter "RJM"), is a construction company that built the Property for the Plaintiff (hereafter "Mr. Chen") pursuant to a written contract. Plaintiff cannot locate his copy of the contract but begs leave to refer to it until such time as he can obtain a copy of the same; RJM BUILDERS, INC. is a Florida Corporation doing business in Sarasota, County, although its principal place of business is located outside of Sarasota County, FL.

4.  Defendant, WATER CONNECTION, INC. does business as KINETICO QUALITY WATER SYSTEMS of SOUTHWEST FLORIDA; it is a Florida Corporation licensed to do and doing business in Sarasota County, FL.


Case: 2011 CA 009634 NC
Exhibit "G"

5. The Plaintiff, ZHIXIONG CHEN, is the record title-holder of the Property described in paragraph one.

6. On or about February 7, 2007, after the certificate of occupancy was issued to Plaintiff, Defendant, KINETICO QUALITY WATER SYSTEMS of SOUTHWEST FLORIDA d/b/a WATER CONNECTION, INC. (hereafter "Kinetico"), installed a water system on the Property pursuant to a written contract with Mr. Chen. Mr. Chen has been unable to locate the original contract but begs leave to refer to the terms thereof until such time as he locates a copy.

7. Serious destruction to the Property has occurred resulting from either a defect in the drywall, or the water system, or a combination thereof.

8. Mr. Chen has undertaken multiple investigations into the drywall damage and the water system, but he has been unable to determine which is the cause of the damage to the Property or whether there is an interaction between the water and the drywall that is causing the damage.

9. Mr. Chen attempted to mitigate the damages by making all reasonable efforts to have the problem fixed but the damage continues to worsen.

10. On or about July 1, 2010, Mr. Chen was forced to move from the property because it had become uninhabitable as a result of the worsening damage from the drywall and/or the water or the combination.

11. Mr. Chen is in doubt as to which defendant (RJM, or Kinetico) is responsible, or the degree of responsibility of each Defendant.

12. There is a present controversy, and Mr. Chen is in doubt as to his rights and / or remedies under the contracts he has with RJM and Kinetico.

13. Plaintiff does not have an adequate remedy at law.

14. Plaintiff has retained undersigned attorney to represent him in this action and has agreed to pay a reasonable fee for services rendered; he believes and therefore alleges that each of the contracts he has with the Defendants contain a provision for attorneys fees to the prevailing party and seeks recovery of his attorneys fees pursuant to said provisions.

WHEREFORE , Plaintiff prays for the following relief:

1. Take jurisdiction of the parties and this dispute;

2. Determine the rights and liabilities of the parties named in this action concerning the Property.

3.  Determine the cause of damage to the Property, and responsibility of the parties.

4.  Grant such other and further relief as this Court determines is just and proper including, if proper, an award of damages to Plaintiff including reasonable attorneys fees.

5.  Grant Plaintiff the costs of this action.

6.  Grant Plaintiff a trial by jury pursuant to S.86.071 F.S.


WHEREFORE, PLAINTIFF, ZHIXIONG CHEN demands judgment against WATER

CONNECTION, INC. d/b/a KINETICO QUALITY WATER SYSTEMS of SOUTHWEST

FLORIDA and/or RJM BUILDERS, INC.  together with such other and further relief as this Court

deems just and proper.


Kerry E. Mack
MACK LAW FIRM CHARTERED
2022 Placida Road
Englewood, Florida 34224-5204
(941) 475-7966
Attorney for Defendant
Florida Bar No.: 0337897
kerry@macklawfirm.org





Exhibit "H"

# INSURANCE TIME OF BRADENTON, INC.

### *CELEBRATING 32 YEARS*

802 6TH AVENUE WEST
P.O. BOX 359
BRADENTON, FL 34205
(941)746-5151   FAX (941)745-1401

March 14, 2011

ZHI XIONG CHEN
3528 WOODBRIDGE AVE
NORTH PORT, FL 34287

RE: 3528 WOODBRIDGE AVE
    Olympus Policy #OL30026724

Dear Mr. Chen:

In follow up to the previous Notice of Non Renewal that was sent to you by Olympus Insurance Company, be advised your insurance protection will terminate at 12:01 a.m. on 3/28/11 without further notice.

As previously discussed, we do not have another market to place your insurance coverage with due to the present exposure of possible Chinese drywall.

We will be closing our files on this location at 12:01 a.m. on 3/28/11.

I apologize for any inconvenience this may cause you..   Thank you for your understanding in this matter.

Sincerely,

INSURANCE TIME OF BRADENTON

*Kate*

Kate Sieloff

*"Your Insurance is Only as Good as Your Agent"*

Exhibit "I"