# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

------------------------------------------------------------x

IN RE:

CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

: MDL NO. 2047
: SECTION: L
:
:                               Case 2:09-md-02047-EEF-JCW
:
: JUDGE FALLON
:
: MAG. JUDGE WILKINSON

------------------------------------------------------------x

| | |
|---|---|
| THIS DOCUMENT RELATES TO:<br>ALL CASES AND | : |
| | : |
| *Payton, et al. v. Knauf Gips KG, et al.*<br>Case No. 2:09-cv-07628 (E.D. La.) | : |
| | : |
| *Gross, et al. v. Knauf Gips KG, et al.*<br>Case No. 2:09-cv-06690 (E.D. La.) | : |
| | : |
| *Rogers, et al. v. Knauf Gips KG, et al.*<br>Case No. 2:10-cv-00362 (E.D. La.) | : |
| | : |
| *Abreu, et al. v. Gebrueder Knauf*<br>*Verwaltungsgesellschaft KG, et al.*<br>Case No. 2:11-cv-00252 (E.D. La.) | : |
| | : |
| *Block, et al. v. Gebrueder Knauf*<br>*Verwaltungsgesellschaft KG, et al.*<br>Case No. 2:11-cv-2349 (E.D. La.) | : |
| | : |
| *Arndt, et al. v. Gebrueder Knauf*<br>*Verwaltungsgesellschaft KG, et al.*<br>Case No. 2:11-cv-2349 (E.D. La.) | : |
| | : |
| *Cassidy, et al. v. Gebrueder Knauf*<br>*Verwaltungsgesellschaft KG, et al.*<br>Case No. 2:11-cv-3023 (E.D. La.) | : |
| | : |
| *Vickers, et al. v. Knauf Gips KG, et al.*<br>Case No. 2:09-cv-04117 | : |

------------------------------------------------------------x

**MEMORANNDUM IN SUPPORT OF**
**RELIEF FROM ORDER**
**RELATED TO DEADLINE FOR FILING PROOF OF DAMAGES**

**MAY IT PLEASE THE COURT:**

Please take notice that Claimant, ZHI XIONG CHEN, SSN -----4019, related to his property located at 3528 Woodbridge Avenue, North Port, Sarasota County, Florida, 34287, by and through his undersigned counsel and pursuant to Rule 60, Federal Rules of Civil Procedure, hereby moves this Honorable Court to grant him relief from the previous order of this Court relating to the date certain for filing his claim for damage.

The Claimant timely and previously filed his registration of claim, his verification form and his W-9 but failed to timely file his proof of damages as he was unaware of the deadline.

Claimant failure to timely file his damages was due to his mistake, inadvertence, surprise, or excusable neglect.

After timely filing all documents pursuant to the orders of this court the Claimant simultaneously pursued his Florida State Law Remedy against his builder, RJM Builders, Inc., in the filing of Sarasota County Case Number 2011-CA-009634 NC.

Claimant attempted to discover more information about the kind of drywall that the builder, RJM Builders, Inc., installed in his residence along with the manufacture of the drywall that was installed in his residence.  Claimant was unsuccessful as the Florida Corporation was no longer active and it failed to respond to claimants multiple discovery requests.

Ironically, Claimant is Chinese and has limited ability to read and write the English language.

Claimant will be greatly prejudiced if his damage claim is not allowed because his state law claim was unsuccessful and because his own homeowners insurance company to whom he also made a claim denied the claim asserting no coverage. Claimant is unable to live in his home, it has virtually no value and he will lose his entire investment in his home unless this Court grants him the requested relief.

Claimant relies on Nisson v. Lundy, 975 F.2d 802(11th CIR, 1992) in support of his motion.

Respectfully submitted:

/S/Kerry E. Mack, Esq.
Kerry E. Mack
FBN 337897
Attorney for Claimant
MACK LAW FIRM, CHARTERED
2022 Placida Road
Englewood, FL 34224 5104
941 475 7966
941 475 0729 fax
Eservice1@macklawfirm.org
Eservice2@macklawfirm.org