# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

---------------------------------------------------------------x

IN RE:

CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

:  MDL NO. 2047
:  SECTION: L
:
:                                                            Case 2:09-md-02047-EEF-JCW
:
:  JUDGE FALLON
:
:  MAG. JUDGE WILKINSON
:

---------------------------------------------------------------x

| | |
|---|---|
| THIS DOCUMENT RELATES TO: <br> ALL CASES AND <br><br> *Payton, et al. v. Knauf Gips KG, et al.* <br> Case No. 2:09-cv-07628 (E.D. La.) <br><br> *Gross, et al. v. Knauf Gips KG, et al.* <br> Case No. 2:09-cv-06690 (E.D. La.) <br><br> *Rogers, et al. v. Knauf Gips KG, et al.* <br> Case No. 2:10-cv-00362 (E.D. La.) <br><br> *Abreu, et al. v. Gebrueder Knauf Verwaltungsgesellschaft KG, et al.* <br> Case No. 2:11-cv-00252 (E.D. La.) <br><br> *Block, et al. v. Gebrueder Knauf Verwaltungsgesellschaft KG, et al.* <br> Case No. 2:11-cv-2349 (E.D. La.) <br><br> *Arndt, et al. v. Gebrueder Knauf Verwaltungsgesellschaft KG, et al.* <br> Case No. 2:11-cv-2349 (E.D. La.) <br><br> *Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft KG, et al.* <br> Case No. 2:11-cv-3023 (E.D. La.) <br><br> *Vickers, et al. v. Knauf Gips KG, et al.* <br> Case No. 2:09-cv-04117 | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

---------------------------------------------------------------x

**LIST OF EXHIBITS TO MOTION FOR RELIEF FROM ORDER
RELATED TO DEADLINE FOR FILING PROOF OF DAMAGES**

A. Registration form for his home located at 3528 Woodbridge Avenue, North Port, Florida, via certified mail.

B. Copy of his warranty deed.

C. Certified mail receipt and return receipt card sending registration form and attachments.

D. Verification of claims form.

E. Fully executed W-9.

F. Foreman and Associates, Inc., field evaluation and forensic analysis report of the corrosive/tainted drywall in the subject property.

G. Complaint – Chen v. RJM Builders.

H. Photographs of subject property.

I. Claimant's denial letter from his own insurance company due to defective drywall.

Respectfully submitted:

/S/Kerry E. Mack, Esq.
Kerry E. Mack
FBN 337897
Attorney for Claimant
MACK LAW FIRM, CHARTERED
2022 Placida Road
Englewood, FL 34224 5104
941 475 7966
941 475 0729 fax
Eservice1@macklawfirm.org
Eservice2@macklawfirm.org