## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

-------------------------------------------------------------x

IN RE:

CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

: MDL NO. 2047
: SECTION: L
:
:                                    Case 2:09-md-02047-EEF-JCW
:
: JUDGE FALLON
:
: MAG. JUDGE WILKINSON

-------------------------------------------------------------x

| | |
|---|---|
| THIS DOCUMENT RELATES TO:<br>ALL CASES AND | :<br>: |
| *Payton, et al. v. Knauf Gips KG, et al.*<br>Case No. 2:09-cv-07628 (E.D. La.) | :<br>: |
| *Gross, et al. v. Knauf Gips KG, et al.*<br>Case No. 2:09-cv-06690 (E.D. La.) | :<br>: |
| *Rogers, et al. v. Knauf Gips KG, et al.*<br>Case No. 2:10-cv-00362 (E.D. La.) | :<br>: |
| *Abreu, et al. v. Gebrueder Knauf*<br>*Verwaltungsgesellschaft KG, et al.*<br>Case No. 2:11-cv-00252 (E.D. La.) | :<br>:<br>: |
| *Block, et al. v. Gebrueder Knauf*<br>*Verwaltungsgesellschaft KG, et al.*<br>Case No. 2:11-cv-2349 (E.D. La.) | :<br>:<br>: |
| *Arndt, et al. v. Gebrueder Knauf*<br>*Verwaltungsgesellschaft KG, et al.*<br>Case No. 2:11-cv-2349 (E.D. La.) | :<br>:<br>: |
| *Cassidy, et al. v. Gebrueder Knauf*<br>*Verwaltungsgesellschaft KG, et al.*<br>Case No. 2:11-cv-3023 (E.D. La.) | :<br>:<br>: |
| *Vickers, et al. v. Knauf Gips KG, et al.*<br>Case No. 2:09-cv-04117 | :<br>: |

-------------------------------------------------------------x

# MOTION FOR RELIEF FROM ORDER
# RELATED TO DEADLINE FOR FILING PROOF OF DAMAGES

Claimant, ZHI XIONG CHEN, by and through his undersigned counsel and Pursuant to Rule 60, Federal Rules of Civil Procedure, hereby move the Court to enter an Order Granting him Relief from the Prior Order of this Court which set a deadline for filing a damage claim and in support would say the following:

1. Claimant timely filed (On or before October 25, 2013) his registration form, his verification form and his W-9.

2. Claimant also pursued a Florida State Law Claim against his builder.

3. Additionally Claimant made a claim to his homeowner's insurance company.

4. Claimant was unaware due to mistake, inadvertence, surprise, or excusable neglect, the Court had entered an Order establishing a deadline for submitting proof of his damages.

5. When Claimant learned the he had missed this deadline he filed the within motion.

6. A Memorandum of Law in Support of this Motion is being filed.

Respectfully submitted:

/S/Kerry E. Mack, Esq.
Kerry E. Mack
FBN 337897
Attorney for Claimant
MACK LAW FIRM, CHARTERED
2022 Placida Road
Englewood, FL 34224 5104
941 475 7966
941 475 0729 fax
Eservice1@macklawfirm.org
Eservice2@macklawfirm.org