UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL | ) | MDL No. 2047 |
| | ) | |
| | ) | SECTION: L |
| | ) | |
| **THIS DOCUMENT RELATES TO ALL CASES** | ) | JUDGE FALLON |
| | ) | MAG. JUDGE WILKINSON |
| _____ | ) | |

## MOTION FOR LEAVE TO FILE REPLY MEMORANDUM

NOW INTO COURT, through undersigned counsel, comes Whitney Bank, who respectfully moves that it be granted leave of court to file the attached Reply Memorandum in response to Plaintiff's Steering Committee's objection to Whitney Bank's Motion for Authority to File Late Claim.  Whitney Bank respectfully suggests that the attached Reply Memorandum may be of assistance to the Court in ruing on the motion.  Accordingly, Whitney Bank respectfully requests that the Court enter the attached proposed order.

Respectfully Submitted,

*/s/ Louis Simon II*_____
Louis Simon II, Bar No. 12281
Jones Walker LLP
600 Jefferson Street, Suite 1600
Lafayette, LA 70601
Ph:  (337) 593-7600
FAX (337) 593-7601
Attorney for Whitney Bank

{L0314752.1}

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, and Plaintiff's Liaison Counsel, Leonard A. Davis, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United states District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 14th day of November, 2014.

                                          */s/ Louis Simon II*_____
                                          LOUIS SIMON II

{L0314752.1}