UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL | ) | MDL No. 2047 |
| | ) | |
| | ) | SECTION: L |
| | ) | |
| **THIS DOCUMENT RELATES TO ALL CASES** | ) | JUDGE FALLON |
| | ) | MAG. JUDGE WILKINSON |
| _____ | ) | |

## ORDER

Considering the foregoing Motion for Leave to File Reply Memorandum;

IT IS HEREBY ORDERED that Whitney Bank be and is hereby granted leave to file the

attached Reply Memorandum and the same is hereby deemed filed into the record of this matter.

_____, Louisiana, this _____ day of November, 2014.


                                    _____
                                    UNITED STATES JUDGE

{L0314753.1}