UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
-----------------------------------------------------------------x
IN RE:  CHINESE-MANUFACTURED          :   MDL NO. 2047
DRYWALL PRODUCTS LIABILITY            :   SECTION:  L
LITIGATION                            :
-----------------------------------------------------------------x
THIS DOCUMENT RELATES TO:             :   JUDGE FALLON
ALL CASES                             :   MAG. JUDGE WILKINSON
                                      :
                                      :
-----------------------------------------------------------------x
```

# ERRATA TO THE MOTION
# FOR AN ORDER EXTINGUISHING
# THE KNAUF DEFENDANTS' SETTLEMENT
# OBLIGATIONS FOR CERTAIN CLAIMS

On October 10, 2014, the Knauf Defendants filed their Motion For An Order Extinguishing The Knauf Defendants' Settlement Obligations For Certain Claims ("Motion to Extinguish").  Rec. Doc. 18046.  As a result of the motion, certain claimants, with the Knauf Defendants' consent, made efforts to move their homes forward in the remediation program.  Accordingly, the Knauf Defendants submit this errata for purposes of clarifying which claimants are still subject to the Motion to Extinguish.  Those claimants that are still subject to the Motion to Extinguish are:

| Homeowner (Counsel) | Address | City | State | Zip | Date WA sent to homeowner |
|---|---|---|---|---|---|
| Martinez, Jessica (Parker Waichman) | 8202 SW 189 Terrace | Miami | FL | 33157 | May 21, 2014 |
| Reid, Renella Miller (Pro Se) | 2109 Unity Village Drive | Ruskin | FL | 35570 | June 2, 2014 |

60228206.DOCX

        Respectfully submitted,

        /s/  Kyle A. Spaulding
        Kerry Miller (LA Bar No. 24562)
        Kyle A. Spaulding (LA Bar No. 29000)
        **FRILOT L.L.C.**
        1100 Poydras Street, #3700
        New Orleans, LA 70162
        Phone: (504)599-8194
        Fax: (504)599-8145
        kmiller@frilot.com

        *Counsel for the Knauf Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading by email and by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, this 14th day of November, 2014.

/s/ Kyle Spaulding