UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: ALL CASES | |

**THE PLAINTIFFS' STEERING COMMITTEE'S RESPONSE TO
ZHI XIONG CHEN'S MOTION FOR RELIEF FROM ORDER
RELATED TO DEADLINE FOR FILING PROOF OF DAMAGES**

The Plaintiffs' Steering Committee ("PSC") hereby responds to the motion of Zhi Xiong Chen ("Chen") for relief from Order related to deadline for filing proof of damages. In its motion, Chen seeks authority to submit a claim with respect to an unspecified drywall settlement agreement. Further, Chen has several other deficiencies that are apparent on the face of the motion. Chen acknowledges that the deadline for submitting a claim expired long ago (October 25, 2013) and that he failed to identify the manufacturer of the drywall. Chen now contends that it should be permitted to submit a late claim. The PSC respectfully disagrees.

Since March 2014, the PSC has responded to several movants who have argued for extensions of the claims form deadlines for various reasons. In March, in response to the Cuddapah plaintiffs [Rec.Doc. No. 17501], the PSC stated that it did not oppose an extension of deadlines for a certain period but that regular extensions could not be tolerated indefinitely and alerted late-comers (such as Chen) that a point in time would arrive when extensions would no longer be acceptable. In addition, this Court's docket includes multiple orders addressing requests for late-claim extensions. *See* Order Dated March 14, 2014 (granting motion to submit late filed claims) [Rec.Doc. No. 17518]; Order Dated March 25, 2014 (granting motion to submit late filed claims) [Rec.Doc.

1

No. 17564]; Order Dated April 17, 2014 (granting several motions to submit late filed claims) [Rec.Doc. No. 17620]; Order Dated May 14, 2014 (granting motion to submit late filed claims) [Rec.Doc. No. 17679]; Order Dated May 14, 2014 (granting motion to submit late filed claim) [Rec.Doc. No. 17680]; Order Dated July 21, 2014 (denying motions to submit late filed claims) [Rec.Doc. No. 17872]; Order Dated August 19, 2014 (denying motions to submit late filed claims) [Rec.Doc. No. 17872].  Thus, all litigants were on notice of their need to examine their claim filing status long ago, and should have been aware that as of July 2014, the Court denied late filers' claims.

      Chen failed to make any effort to participate in the settlement in accordance with the well published procedures.  A reasonably diligent litigant would have made some effort to come forward and participate in the settlement at a much earlier date.  This is especially true in light of the extensive efforts by other parties to obtain late-claim extensions.  Under these circumstance, Chen has failed to demonstrate excusable neglect such that it should be allowed to submit its late filed claim.

      According to the records of BrownGreer, the claimant submitted a Registration Form and Deed on April 9, 2013 a Verification of Claims Form on October 25, 2013 (the claim submission deadline), and a W9 on April 30, 2014.  However, BrownGreer advises that the claimant did not file a claim of any kind before the claim deadline and did not submit any documentation that would support a claim.  The only documents in the file are the Registration Form, the Deed, a W9, and a Verification of Claims Form.  Clearly, the claimant was aware of BrownGreer as early as April 9, 2013 when it filed its Registration Form.  Both BrownGreer and the Court have extensively provided details regarding the process and procedure to complete enrollment in the Settlement Program. Claimant has not submitted an appropriate Claim Form in the Global Settlement and has not even identified proof of the presence of Chinese Drywall, the under air square footage, or that a

participating builder built the property. The claimant's claim is grossly deficient. BrownGreer advises that at this late date if the claimant were allowed to submit a claim and the documentation, it would be difficult to make a payment because BrownGreer has already performed the pro-rata calculation for the Global Settlement (this was done in early September) and BrownGreer has commenced making payments to claimants in the Settlement Program over the last two months. Under these circumstances, any late filed claim will prejudice those claimants in compliance with the settlement deadlines.

For the foregoing reasons, the motion for relief filed by Zhi Xiong Chen should be denied.

Dated: November 14, 2014

Respectfully submitted,

/s/ Leonard A. Davis
Russ M. Herman, Esquire (LA Bar No. 6819)
Leonard A. Davis, Esquire (LA Bar No. 14190)
Stephen J. Herman, Esquire (LA Bar No. 23129)
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin
Fred S. Longer
Matthew C. Gaughan
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

3

**PLAINTIFFS' STEERING COMMITTEE**

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm, LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Peter Prieto
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Bruce William Steckler
Steckler, LLP
12720 Hillcrest Road, Ste 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-4041
bruce@stecklerlaw.com

Ervin A. Gonzalez
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker Waichman, LLP
27300 Riverview Center Blvd.
Suite 103
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@attorneys4people.com

Christopher Seeger
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Victor M. Diaz, Jr., Esquire
V.M. Diaz and Partners, LLC
119 Washington Ave, Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

## OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W
Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Anthony D. Irpino
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

airpino@irpinolaw.com

**CERTIFICATE OF SERVICE**

  I hereby certify that the above and foregoing has been served has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 14th day of November, 2014.

              /s/ Leonard A. Davis
              Leonard A. Davis, Esquire
              HERMAN, HERMAN & KATZ, LLC
              820 O'Keefe Avenue
              New Orleans, Louisiana 70113
              Phone: (504) 581-4892
              Fax: (504) 561-6024
              Ldavis@hhklawfirm.com
              Plaintiffs' Liaison Counsel
              MDL 2047

              *Co-counsel for Plaintiffs*