MINUTE ENTRY
FALLON, J.
NOVEMBER 13, 2014

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRY WALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO**
    **13-6652:** *Collins et al v. Bass Homes, Inc. et al*
    **13-6653**: *Herrington et al v. Bass Homes, Inc. et al*

## ORDER

On this date the Court conducted an telephone status conference in these two cases. Counsel for Plaintiffs failed to appear. David Coons participated on behalf of Defendant Bass Homes. Caroline Pryor participated on behalf of Ace Hardware Corporation. Danny Collier participated on behalf of Ace Home Center. Wesley Pipes and Bill Watts participated on behalf of Pate Stevedore Company and Pensacola Stevedore Company. Gary Russo participated on behalf of Fireman's Fund Insurance Company. The parties discussed the status of the case. **IT IS ORDERED** that Plaintiffs' counsel, Stephen Mullins, **SHOW CAUSE** in writing to the Court as to why he failed to attend the scheduled status conference, (Rec. Doc. 18064), by **November 21, 2014.**

New Orleans, Louisiana this 13th day of November, 2014.

                                                          UNITED STATES DISTRICT JUDGE

1

JS10(00:11)