IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

**EXHIBIT B – SECOND AFFIDAVIT OF BURDMAN LAW GROUP IN CONNECTION WITH REQUEST FOR ALLOCATION OF COMMON BENEFIT FEE AND COST AWARD**

STATE OF ARIZONA
COUNTY/PARISH OF MARICOPA
BEFORE ME, the undersigned authority;
PERSONALLY CAME AND APPEARED: SCOTT A. BURDMAN, Esq.

who, after being first duly sworn, under penalty of perjury, did depose and declare that the following are true correct:

1. I am a partner in the law firm of Burdman Law Group.

2. The address of the law firm identified in number 1 above is: 12555 High Bluff Drive, Suite 380 San Diego, CA 92130.

3. I have complied with Pre Trial Order No. 9 or 9A in all material aspects and the law firm identified herein has submitted true and correct time and expense submissions pursuant to the Court's Pre Trial Orders. This Affidavit is submitted on behalf of all the members of the law firm of which I am a partner.

4. The Court may rely on the information submitted by my firm to Philip Garrett, the Court appointed Certified Public Accountant which is contained in his Case Cost Management System in this litigation.

5. The extent to which the law firm identified in paragraph no. 1 above made a substantial common benefit contribution to the outcome of the litigation is described as follows:

**a. The consistency quantum, duration, and intensity of the firm's commitment to the litigation is as follows:**

Burdman Law Group researched and prepared a Class Action Lawsuit in the UNITED STATES DISTRICT COURT - CENTRAL DISTRICT OF CALIFORNIA entitled *ROCHELLE AND JOSE ABNER, et al. v. TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG TAIHE DONGXIN CO., LTD, et al. (Case No. SACV11-01787)* in conjunction with (1) Plaintiffs' Application to File the Reference List of Plaintiffs' Home Addresses Under Seal; (2) Certification and Notice of Interested Parties; (3) Summons in a Civil Action; (4) Civil Cover Sheet; (5) Complaint; (6) Notice of Pendency of Other Actions or Proceedings; (7) Reference List of Plaintiffs' Home Addresses for Plaintiffs' Class Action Complaint (filed under seal); and (8) [Proposed] Order Granting Plaintiffs' Application to File the Reference List of Plaintiffs' Home Addresses Under Seal.   Plaintiff communicated throughout this process with counsel, Matthew Gaughan, Esq. of the law firm Levin, Fishbein, Sedran & Berman.   The Burdman Law Group Class Action was later transferred to the U.S. District Court - Eastern District of Louisiana and is part of 09-MD-

```
┌─────────────┐
│   EXHIBIT   │
│             │
│      B      │
│             │
└─────────────┘
```

2047 (Hon. Eldon E. Fallon).  (See Exhibit 1, a true and correct copy of the conformed coversheets).

Burdman Law Group also provided counsel with the deposition of PERSON MOST KNOWLEDGEABLE - STONE PRIDE INTERNATIONAL, YONGZHI YANG related to the importation of Chinese drywall from China to the California via shipping container.  This deposition was the impetus for Yongzhi Yang to be deposed again as part of the MDL Litigation. (See Exhibit 2 attached hereto, a true and correct copy of an email dated October 18, 2011 noting the deposition was shared with Dawn Barrios, Esq. of Barrios, Kingsdorf & Casteix, LLP.)

Finally, at the request of Plaintiffs' counsel in the MDL (Levin, Fishbein, Sedran & Berman), in January 2012, my associate, Pieter M. O'Leary drove from San Diego to Rancho Cucamonga to meet with a woman regarding her email complaint to Levin, Fishbein, Sedran & Berman of possible Chinese drywall in her home.  The woman also directed Mr. O'Leary to three of her neighbors who also had their custom homes built in 2007 by a small local builder.   A memorandum of the inspections was sent to Levin, Fishbein, Sedran & Berman on or about January 27, 2012.

**b. The level of partner participation by the firm is as follows:**

Review all action and communications of my associate, Pieter M. O'Leary.  I have also conferred with Dawn Barrios, Esq. of Barrios, Kingsdorf & Casteix, LLP regarding the Chinese drywall litigation.

**c. The firm's membership and leadership on the Plaintiffs' Steering Committee ("PSC") is as follows:**

None.

**d. The firm's participation and leadership in discovery (motions, depositions) is as follows:**

Burdman Law Group provided Plaintiffs' counsel in the MDL with the deposition of PERSON MOST KNOWLEDGEABLE - STONE PRIDE INTERNATIONAL, YONGZHI YANG related to the importation of Chinese drywall from China to the California via shipping container.  This deposition was the impetus for Yongzhi Yang to be deposed again as part of the MDL Litigation. (See Exhibit 2 attached hereto, a true and correct copy of an email dated October 18, 2011 noting the deposition was shared with Dawn Barrios, Esq. of Barrios, Kingsdorf & Casteix, LLP.)

**e. The firm's participation and leadership in law and briefing matters is as follows:**

None.  We are available to assist in any way.

**f. The firm's participation and leadership in science and experts matters is as follows:**

None.  We are available to assist in any way.

**g. The firm's participation and leadership in document review is as follows:**

None.  We are available to assist in any way.

**h. The firm's activities in support or conduct trials of individual Chinese Drywall claimants, including bellwether trials and non-MDL trials which impacted proceedings on a common benefit level (identify the claimant, docket number and venue of each trial and outcome) is as follows:**

None.  We are available to assist in any way.

**i. The firm's participation and leadership in settlement negotiations, drafting of settlement documentation and closing papers, and administration of settlement agreements (excluding individual representations) is as follows:**

None.  We are available to assist in any way.

**j. The firm's activities of common benefit work in the following non-MDL jurisdictions:**

None.  We are available to assist in any way in California, Arizona, and/or Nevada.

**k. The following members of the firm held leadership positions on the regular committees engaged in common benefit work (state position and committee):**

None.

**l. The firm's participation in ongoing activities, such as the Fee Committee, Settlement Claims Administration, Court Appointed Committees (e.g. Settlement Allocation Committees, Claims Administration Committee, Fee Committee, etc.), that is intended to provide common benefit included the following:**

None.  We are available to assist in any way.

**m. Counsel in the firm were or were not involved in the Chinese Drywall litigation prior to the JPMDL, and the time and expense incurred during such time period outlined below was for common benefit:**

Burdman Law Group provided Plaintiff's counsel in the MDL with the deposition of PERSON MOST KNOWLEDGEABLE - STONE PRIDE INTERNATIONAL, YONGZHI YANG related to the importation of Chinese drywall from China to the California via shipping container.  This deposition was the impetus for Yongzhi Yang to be deposed again as part of the MDL Litigation. (See Exhibit 2 attached hereto, a true and correct copy of an email dated October 18, 2011 noting the deposition was shared with Dawn Barrios, Esq. of Barrios, Kingsdorf & Casteix, LLP.)

**n. The firm made the following significant contributions to the funding of the litigation (include all assessments made to the MDL) and the amount of any sums reimbursed and date(s) of reimbursement:**

N/A.

**o. The members of the firm who were PSC members or committee members whose commitment to the litigation did not ebb included:**

N/A.

**p. A complete and accurate listing of all sources and amounts of prior payments received from a Chinese Drywall claimant or other sources (identify amounts paid for fees and amounts paid for costs) to the firm:**

N/A.

**q. The other relevant factors which applicant requests be considered by the Court:**

None.



SWORN TO AND SUBSCRIBRED
BEFORE ME THIS 13th DAY OF
Nov. , 2014 .
NOTARY PUBLIC
Print Name: Priscilla Weller
My commission expires: 3/3/17
[APPLY SEAL]

Priscilla Weller
Notary Public
Maricopa County, Arizona
My Comm. Expires 03-03-17

# EXHIBIT 1

EXHIBIT

B-1

SCOTT A. BURDMAN ESQ. SBN 108265
sburdman@burdmanlaw.com
PIETER M. O'LEARY, ESQ. SBN 242846
poleary@burdmanlaw.com
**BURDMAN & WARD**
12555 High Bluff Drive, Suite 380
San Diego, CA 92130
(858) 350-4040 (tel)
(858) 350-4041 (fax)

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

SA CV 11 - 01787

|  |  |
|---|---|
| ROCHELLE AND JOSE ABNER; EDUARDO AND CARMEN AMORIN; JASON AND TARA AUSTIN; KENNETH ABEL; CARRIE AND RANDY AYERS; MATTHEW AND CHRISTA DIFFLEY; CHARLES EUGENE AND DAWN EVERETTE; ARLEDYS GALLARDO; JOAN GOLDBERG; WILLIAM AND DEBRA GRASSO; CHARMAINE FONG; PERRY AND CASSANDRA FONTENOT; JULIANNE AND JOSHUA FRANKZE; BRYON HAND; BRANDON AND JESSICA HARRIS; LAURA HAYA, DANIEL HAYA AND IRENE HAYA; VICTOR V. HO and SHIRLEY A. NGUYEN; NO THI LA; MATTHEW MYERS; HUY THINH NGO, aka, BRUCE NGO, PETER PHUNG K. NGO aka PETER NGO & KIMBERLY NGUYEN; JUNE PEPPERS; ROBERT POPOVITCH; JASON PURSE; JOSEPH QUARTARARO; BARRY AND MARKITA SMITH; FRANK AND YVONNE TOPF; CATHY PARKER VAPY; HUGH AND TRACY VEST; AND KENNETH AND BARBARA WILTZ, individually, and on behalf of all others similarly situated, | CASE NO. _____ **PLAINTIFFS' APPLICATION TO FILE THE REFERENCE LIST OF PLAINTIFFS' HOME ADDRESSES UNDER SEAL** |

Plaintiffs,

LODGED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 18 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

1

PLAINTIFFS' APPLICATION TO FILE THE REFERENCE LIST OF PLAINTIFFS' HOME
ADDRESSES UNDER SEAL

1  SCOTT A. BURDMAN, ESQ. SBN 108265
2  sburdman@burdmanlaw.com
3  PIETER M. O'LEARY, ESQ. SBN 242846
   poleary@burdmanlaw.com
4  **BURDMAN & WARD**
5  12555 High Bluff Drive, Suite 380
   San Diego, CA 92130
6  (858) 350-4040 (phone)
7  (858) 350-4041 (fax)
8
9  Attorneys for Plaintiffs

10           UNITED STATES DISTRICT COURT
11           CENTRAL DISTRICT OF CALIFORNIA

12  ROCHELLE AND JOSE ABNER; EDUARDO      SA CV 11 - 0 1 7 8 7 DOC(RNBX)
13  AND CARMEN AMORIN; JASON AND TARA
    AUSTIN; KENNETH ABEL; CARRIE AND      Case No.
14  RANDY AYERS; MATTHEW AND CHRISTA
15  DIFFLEY; CHARLES EUGENE AND DAWN      **CERTIFICATION AND**
    EVERETTE; ARLEDYS GALLARDO; JOAN      **NOTICE OF INTERESTED**
16  GOLDBERG; WILLIAM AND DEBRA GRASSO;   **PARTIES (Local Rule 7.1-1)**
17  CHARMAINE FONG; PERRY AND
18  CASSANDRA FONTENOT; JULIANNE AND
19  JOSHUA FRANKZE; BRYON HAND;
    BRANDON AND JESSICA HARRIS; LAURA
20  HAYA, DANIEL HAYA AND IRENE HAYA;
21  VICTOR V. HO and SHIRLEY A. NGUYEN;
    NO THI LA; MATTHEW MYERS; HUY THINH
22  NGO, aka, BRUCE NGO, PETER PHUNG K.
23  NGO aka PETER NGO & KIMBERLY
    NGUYEN; JUNE PEPPERS; ROBERT
24  POPOVITCH; JASON PURSE; JOSEPH
25  QUARTARARO; BARRY AND MARKITA
26  SMITH; FRANK AND YVONNE TOPF; CATHY
27  ————————————————————————
         CERTIFICATION AND NOTICE OF INTERESTED PARTIES
                            1

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Central District of California

| | | |
|---|---|---|
| Rochelle and Jose Abner (See attached for additional plaintiffs) *Plaintiff* | ) ) ) ) | **SACV 11 - 01787** DOC (RNBx) |
| v. | ) | Civil Action No. |
| Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd. (See attached for additional. def's) *Defendant* | ) ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    SCOTT A. BURDMAN, ESQ.
PIETER M. O'LEARY, ESQ.
BURDMAN & WARD
12555 High Bluff Drive, Suite 380
San Diego, CA 92130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: November 18, 2011

AMY DeAVILA

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Central District of California

| | |
|---|---|
| Rochelle and Jose Abner<br>(See attached for additional plaintiffs)<br>*Plaintiff*<br>v.<br>Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe<br>Dongxin Co., Ltd. (See attached for additional. def's)<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**SACV11-01787** DOC(RNBx)

Civil Action No. _____

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
SCOTT A. BURDMAN, ESQ.
PIETER M. O'LEARY, ESQ.
BURDMAN & WARD
12555 High Bluff Drive, Suite 380
San Diego, CA 92130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

**AMY DeAVILA**

Date: _November 18, 2011_                    _____
                                                                          *Signature of Clerk or Deputy Clerk*

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
Roshelle and Jose Abner; Eduardo and Carmen Amorin; Jason and Tara Austin; Kenneth Abel; Cerrie and Randy Ayers; [Additional plaintiffs on Attachment 1 hereto]

**DEFENDANTS**
Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.; Taian Taishan Plasterboard Co. [Additional defendants on Attachment 2 hereto]

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Scott A. Burdman, SBN 108265     12555 High Bluff Dr., Ste. 380
Pieter M. O'Leary, SBN 242846     San Diego, CA 92130
Burdman & Ward                          (858) 350-4040

**Attorneys (If Known)**

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only (Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☒ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☒ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☒ Yes  ☐ No     ☒ MONEY DEMANDED IN COMPLAINT: $ 5,000,000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | REAL PROPERTY | TORTS PERSONAL INJURY | PERSONAL INJURY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 210 Land Condemnation | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 220 Foreclosure | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 230 Rent Lease & Ejectment | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 240 Torts to Land | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 245 Tort Product Liability | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 290 All Other Real Property | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE/PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | ☐ 153 Recovery of Overpayment of Veteran's Benefits | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | ☐ 630 Liquor Laws | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 640 R.R. & Truck | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | | ☐ 445 American with Disabilities - Employment | ☐ 650 Airline Regs | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | | | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | | | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | | | ☐ 463 Habeas Corpus- Alien Detainee | | | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | | | ☐ 465 Other Immigration Actions | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | | | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | | | | | | ☐ 871 IRS-Third Party 26 USC 7609 |

**FOR OFFICE USE ONLY:**   Case Number: CV11-01707

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)               CIVIL COVER SHEET                Page 1 of 2



1  SCOTT A. BURDMAN, ESQ. SBN 108265
2  sburdman@burdmanlaw.com
3  PIETER M. O'LEARY, ESQ. SBN 242846
   poleary@burdmanlaw.com
4  **BURDMAN & WARD**
5  12555 High Bluff Drive, Suite 380
   San Diego, CA 92130
6  (858) 350-4040 (phone)
7  (858) 350-4041 (fax)
8
   Attorneys for Plaintiffs
9

10              UNITED STATES DISTRICT COURT
11              CENTRAL DISTRICT OF CALIFORNIA

12  ROCHELLE AND JOSE ABNER; EDUARDO
13  AND CARMEN AMORIN; JASON AND TARA        Case No. SACV 11 - 0 1 7 8 7 DOC (RNBx)
    AUSTIN; KENNETH ABEL; CARRIE AND
14  RANDY AYERS; MATTHEW AND CHRISTA         **CLASS ACTION COMPLAINT**
15  DIFFLEY; CHARLES EUGENE AND DAWN
16  EVERETTE; ARLEDYS GALLARDO; JOAN
    GOLDBERG; WILLIAM AND DEBRA GRASSO;      **JURY TRIAL DEMAND**
17  CHARMAINE FONG; PERRY AND
18  CASSANDRA FONTENOT; JULIANNE AND
19  JOSHUA FRANKZE; BRYON HAND;
    BRANDON AND JESSICA HARRIS; LAURA
20  HAYA, DANIEL HAYA AND IRENE HAYA;
21  VICTOR V. HO and SHIRLEY A. NGUYEN;
22  NO THI LA; MATTHEW MYERS; HUY THINH
    NGO, aka, BRUCE NGO, PETER PHUNG K.
23  NGO aka PETER NGO & KIMBERLY
24  NGUYEN; JUNE PEPPERS; ROBERT
    POPOVITCH; JASON PURSE; JOSEPH
25  QUARTARARO; BARRY AND MARKITA
26  SMITH; FRANK AND YVONNE TOPF; CATHY
    PARKER VAPY; HUGH AND TRACY VEST;
27  AND KENNETH AND BARBARA WILTZ,
28



CLASS ACTION COMPLAINT
1

1  SCOTT A. BURDMAN, ESQ. SBN 108265
2  sburdman@burdmanlaw.com
   PIETER M. O'LEARY, ESQ. SBN 242846
3  poleary@burdmanlaw.com
4  **BURDMAN & WARD**
5  12555 High Bluff Drive, Suite 380
   San Diego, CA 92130
6  (858) 350-4040 (phone)
7  (858) 350-4041 (fax)

8  Attorneys for Plaintiffs
9

10              UNITED STATES DISTRICT COURT
11             CENTRAL DISTRICT OF CALIFORNIA

12  ROCHELLE AND JOSE ABNER; EDUARDO          **SACV 11-01787** DOC (RNBx)
13  AND CARMEN AMORIN; JASON AND TARA
    AUSTIN; KENNETH ABEL; CARRIE AND          Case No.
14  RANDY AYERS; MATTHEW AND CHRISTA
15  DIFFLEY; CHARLES EUGENE AND DAWN          **NOTICE OF PENDENCY OF**
    EVERETTE; ARLEDYS GALLARDO; JOAN          **OTHER ACTIONS OR**
16  GOLDBERG; WILLIAM AND DEBRA GRASSO;       **PROCEEDINGS**
17  CHARMAINE FONG; PERRY AND
18  CASSANDRA FONTENOT; JULIANNE AND
    JOSHUA FRANKZE; BRYON HAND;
19  BRANDON AND JESSICA HARRIS; LAURA
20  HAYA, DANIEL HAYA AND IRENE HAYA;
    VICTOR V. HO and SHIRLEY A. NGUYEN;
21  NO THI LA; MATTHEW MYERS; HUY THINH
22  NGO, aka, BRUCE NGO, PETER PHUNG K.
    NGO aka PETER NGO & KIMBERLY
23  NGUYEN; JUNE PEPPERS; ROBERT
24  POPOVITCH; JASON PURSE; JOSEPH
25  QUARTARARO; BARRY AND MARKITA
    SMITH; FRANK AND YVONNE TOPF; CATHY
26  PARKER VAPY; HUGH AND TRACY VEST;
27  AND KENNETH AND BARBARA WILTZ,
28
    ───────────────────────────────────────
         NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS
                              1



1    SCOTT A. BURDMAN, ESQ. SBN 108265
2    sburdman@burdmanlaw.com
3    PIETER M. O'LEARY, ESQ. SBN 242846
     poleary@burdmanlaw.com
4    **BURDMAN & WARD**
5    12555 High Bluff Drive, Suite 380
     San Diego, CA 92130
6    (858) 350-4040 (phone)
7    (858) 350-4041 (fax)

8

9    Attorneys for Plaintiffs

10           UNITED STATES DISTRICT COURT
11           CENTRAL DISTRICT OF CALIFORNIA

12    ROCHELLE AND JOSE ABNER; EDUARDO    SACV11-01787 DOC(RNBx)
13    AND CARMEN AMORIN; JASON AND TARA
     AUSTIN; KENNETH ABEL; CARRIE AND      Case No.
14    RANDY AYERS; MATTHEW AND CHRISTA
15    DIFFLEY; CHARLES EUGENE AND DAWN     **REFERENCE LIST OF**
     EVERETTE; ARLEDYS GALLARDO; JOAN     **PLAINTIFFS' HOME**
16    GOLDBERG; WILLIAM AND DEBRA GRASSO;   **ADDRESSES FOR**
17    CHARMAINE FONG; PERRY AND           **PLAINTIFFS' CLASS ACTION**
     CASSANDRA FONTENOT; JULIANNE AND     **COMPLAINT**
18    JOSHUA FRANKZE; BRYON HAND;
19    BRANDON AND JESSICA HARRIS; LAURA
20    HAYA, DANIEL HAYA AND IRENE HAYA;     **FILED UNDER SEAL**
21    VICTOR V. HO and SHIRLEY A. NGUYEN;
     NO THI LA; MATTHEW MYERS; HUY THINH
22    NGO, aka, BRUCE NGO, PETER PHUNG K.
23    NGO aka PETER NGO & KIMBERLY
24    NGUYEN; JUNE PEPPERS; ROBERT
     POPOVITCH; JASON PURSE; JOSEPH
25    QUARTARARO; BARRY AND MARKITA
26    SMITH; FRANK AND YVONNE TOPF; CATHY
27    PARKER VAPY; HUGH AND TRACY VEST;

28    REFERENCE LIST OF PLAINTIFFS' HOME ADDRESSES FOR PLAINTIFFS'
                     CLASS ACTION COMPLAINT
                             1

LODGED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 18 2011

CENTRAL DISTRICT OF CALIFORNIA
BY

COPY

OR FAX



**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SACV 11 - 0 1787 Doc(RNBx)

CASE NO. _____

ROCHELLE AND JOSE ABNER; EDUARDO
AND CARMEN AMORIN; JASON AND TARA
AUSTIN; KENNETH ABEL; CARRIE AND
RANDY AYERS; MATTHEW AND CHRISTA
DIFFLEY; CHARLES EUGENE AND DAWN
EVERETTE; ARLEDYS GALLARDO; JOAN
GOLDBERG; WILLIAM AND DEBRA GRASSO;
CHARMAINE FONG; PERRY AND CASSANDRA
FONTENOT; JULIANNE AND JOSHUA
FRANKZE; BRYON HAND; BRANDON AND
JESSICA HARRIS; LAURA HAYA, DANIEL
HAYA AND IRENE HAYA; VICTOR V. HO and
SHIRLEY A. NGUYEN; NO THI LA;
MATTHEW MYERS; HUY THINH NGO, aka,
BRUCE NGO, PETER PHUNG K. NGO aka
PETER NGO & KIMBERLY NGUYEN; JUNE
PEPPERS; ROBERT POPOVITCH; JASON
PURSE; JOSEPH QUARTARARO; BARRY AND
MARKITA SMITH; FRANK AND YVONNE
TOPF; CATHY PARKER VAPY; HUGH AND
TRACY VEST; AND KENNETH AND BARBARA
WILTZ, individually, and on behalf of all
others similarly situated,

Plaintiffs,

**[PROPOSED] ORDER GRANTING
PLAINTIFFS' APPLICATION TO
FILE THE REFERENCE LIST OF
PLAINTIFFS' HOME ADDRESSES
UNDER SEAL**

LODGED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 1 8 2011

OF CALIFORNIA

COPY BY FAX

1

# EXHIBIT 2

EXHIBIT

B-2

Burdman Law Group Mail - ...  https://mail.google.com/mail/...

 by Google

Pieter O'Leary <poleary@burdmanlaw.com>

---

**FW: Taishan Docs.**
1 message

---

Dawn Barrios <DBarrios@bkc-law.com>                    Tue, Oct 18, 2011 at 12:39 PM
To: Zachary Wool <zwool@bkc-law.com>, "Pieter M. O'Leary, Esq." <poleary@burdmanlaw.com>

Zachary,

Pieter so kindly send the depo over for our review.  Will you look at it and determine if there are any facts that will help us on the jurisdiction?  Pieter said he took the depo with jurisdiction in mind, so I suspect it is filled with good information.  I believe if there is good material in it, Pieter will allow us to share it with the Taishan jurisdiction team.


I told Pieter we showed the photo and the invoice documents to Lead and Liaison Counsel yesterday, and that their reaction was to alert the Court to the new markings on that one photo we got yesterday.  Pieter approved our giving it to the Court to add to the Catalog.


Please call Pieter once you review the depo and we talk.

d


Dawn M. Barrios, Esq.

Barrios, Kingsdorf & Casteix, LLP

Suite 3650

701 Poydras Street

New Orleans, LA 70139-3650

Burdman Law Group Mail - ...  https://mail.google.com/mail/...

504.524.3300 (phone)

504.524-3313 (fax)

www.bkc-law.com

🌲 Please consider the environment before printing this e-mail

**From:** Pieter M. O'Leary, Esq. [mailto:poleary@burdmanlaw.com]
**Sent:** Tuesday, October 18, 2011 1:13 PM
**To:** Dawn Barrios
**Subject:** Re: Taishan Docs.

Dawn:

Here's the 4x4 copy of the depo. without exhibits.  Again, this document is for your review, but please don't share it.  Also, can you update me on the today's tel. conf. with Judge Fallon as it pertains to our call yesterday?

Thanks.

Pieter

----- Original Message -----

**From:** Dawn Barrios

**To:** 'Pieter M. O'Leary, Esq.' ; Zachary Wool

**Cc:** Scott Burdman

**Sent:** Tuesday, October 18, 2011 9:42 AM

**Subject:** RE: Taishan Docs.

# Pieter and Scott,

Thanks so much for the documents showing the drywall came from TTP.

I noticed they were apparently exhibits to a deposition. Would you mind sharing any depositions that may touch on factors relevant to Taishan's jurisdiction for the January depositions?

Looking forward to working with you,

d


Dawn M. Barrios, Esq.

Barrios, Kingsdorf & Casteix, LLP

Suite 3650

701 Poydras Street

New Orleans, LA 70139-3650

504.524.3300 (phone)

504.524-3313 (fax)

www.bkc-law.com


 Please consider the environment before printing this e-mail


**From:** Pieter M. O'Leary, Esq. [mailto:poleary@burdmanlaw.com]
**Sent:** Monday, October 17, 2011 1:29 PM
**To:** Zachary Wool
**Cc:** Scott Burdman; Dawn Barrios; Pieter M. O'Leary, Esq.
**Subject:** Taishan Docs.

Zach:

Attached are the documents we discussed.  I am still trying to find a clearer copy of the stamp on the Taishan docs.

Pieter

No virus found in this message.
Checked by AVG - www.avg.com
Version: 10.0.1411 / Virus Database: 1522/3958 - Release Date: 10/17/11

No virus found in this message.
Checked by AVG - www.avg.com
Version: 10.0.1411 / Virus Database: 1522/3958 - Release Date: 10/17/11

No virus found in this message.
Checked by AVG - www.avg.com
Version: 10.0.1411 / Virus Database: 1522/3959 - Release Date: 10/18/11

No virus found in this message.
Checked by AVG - www.avg.com
Version: 10.0.1411 / Virus Database: 1522/3959 - Release Date: 10/18/11

**65591 YANG.YONGZHI 090911.mini.pdf**
566K

# EXHIBIT 3



# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | **MDL 2047** |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | **SECTION: "L"** |
| | * | |
| This document relates to ALL CASES | * | **JUDGE FALLON** |
| | * | |
| *** * * * * * * * * * * * * * * * * * * * * * * * * * | | **MAG. JUDGE WILKINSON** |

## MEMORANDUM DESCRIBING APPLICANT MOVANT LAW FIRM'S COMMON BENEFIT CONTRIBUTION

Applicant law firm, the Burdman Law Group's attorney, Pieter M. O'Leary performed professional services and made a common benefit contribution on behalf of all Chinese Drywall claimants in MDL 2047.  Those professional services consist of the following:

1. **September 2011 – Attorney Time**

Mr. O'Leary expended 5.75 hours travelling to/from and taking the deposition of the Person Most Knowledgeable at Stone Pride, Yongzhi Yang, regarding the purchase of Chinese drywall in China and its shipment to California for use in the construction of homes located in the United States.   The deposition transcript, including exhibits documenting the importation of Chinese drywall to the United States was later shared with attorney Dawn Barrios of the Plaintiff's Steering Committee (PSC) for the purpose of being shared with the "Taishan jurisdiction team." Mr. O'Leary also expended .25 hours in a telephone conference with Ms. Barrios discussing the purchase and importation of Chinese drywall from Taishan into other areas of Orange County, California.

### 2. October 2011 – Attorney Time

Mr. O'Leary expended 5.25 hours communicating with PSC counsel regarding locating additional homes in Orange County, California where suspected Chinese drywall had been used in construction, the benefit of these homes to the MDL litigation, MDL procedures, and possible identification of another California company involved in the importation of Chinese drywall to the United States.    Mr. O'Leary also expended 6 hours of time researching and reviewing documentation regarding other business entities in California suspected of being involved in the importation of Chinese drywall to the United States as well as documentation in preparation for drafting and filing a class action lawsuit in California on behalf of California Chinese drywall plaintiffs.   Finally, Mr. O'Leary expended 8.25 hours traveling to/from and meeting with multiple homeowners/potential class action plaintiffs in California suspected of having Chinese drywall in their homes.

### 3. November 2011 – Attorney Time

Mr. O'Leary expended 3.75 hours communicating with PSC counsel regarding the details of the homes in Orange County, California suspect of containing Chinese drywall, the details related to another business entity located in California suspected of being involved in the importation of Chinese drywall, and researching and preparing the California Class Action lawsuit. Mr. O'Leary also expended 4.25 hours performing legal research and drafting a Class Action lawsuit in California on behalf of the Chinese drywall plaintiffs.

### 4. November 2011 – Expenses ($1,414.77)

The Burdman Law Group incurred $88.74 in travel expenses related to the travelling to/from Orange County, California to meet with Class Action plaintiffs.

2

The Burdman Law Group incurred $725.78 in deposition / exhibit related costs for the deposition of the Person Most Knowledgeable at Stone Pride, Yongzhi Yang, regarding the purchase of Chinese drywall in China and its shipment to California for use in the construction of homes located in the United States.

Finally, the Burdman Law Group incurred $600.25 for the filing of the Chinese drywall plaintiffs' Class Action lawsuit in the Central District of California.

**5.  December 2011 – Attorney Time**

Mr. O'Leary expended .75 hours communicating with PSC counsel Dawn Barrios regarding additional possible California Chinese drywall plaintiff.   He also expended 1.25 hours reviewing the Court's transfer order as well as attending the Monthly status conference.

**6.  January 2012 – Attorney Time**

Mr. O'Leary expended 12.5 hours communicating with attorney Matthew C. Gaughan of the law firm Levin, Fishbein, Sedran, & Berman regarding complaints to the PSC regarding possible use of Chinese drywall in homes located in San Bernardino County, California.   Mr. O'Leary communicated with the homeowners via telephone and email regarding their homes and complaints related to Chinese drywall.   Mr. O'Leary conferred with attorney Gaughan regarding need to meet with homeowners and inspect their homes.  Mr. O'Leary then travelled to/from San Bernardino County, California to meet with homeowners, review documents, and inspect their homes for possible Chinese drywall.   Mr. O'Leary submitted a memorandum to Levin, Fishbein, Sedran, & Berman regarding the complaints of Chinese drywall in San Bernardino County, California.   Finally, Mr. O'Leary expended 1.25 hours reviewing court documents and attending the monthly status conference.

7. **January 2012 – Expenses ($146.96)**

The Burdman Law Group incurred $146.96 in travel expenses related to travelling to/from San Bernardino at the request of Levin, Fishbein, Sedran, & Berman to meet with potential additional Class Action plaintiffs and inspect their homes of Chinese drywall.

8. **February 2012 – Attorney Time**

Mr. O'Leary expended .25 hours conferring with Dawn Barrios regarding the status of the Chinese drywall litigation in California and 1 hour attending the monthly status conference.

**Summary**

The Burdman Law Group performed 50.5 hours of work (at a 2011 / 2012 rate of $200.00 per hour) for the common benefit of all Chinese drywall plaintiffs and incurred $1,561.73 in expenses.   The Burdman Law Group respectfully requests $1,561.73 in common benefit expenses and $10,100.00 in common benefit fees totaling $11,661.73.


Respectfully Submitted,


/s/ Pieter M. O'Leary
Pieter M. O'Leary, Esq. (CA Bar. No. 242846)
**Burdman Law Group**
12555 High Bluff Drive, Suite 380
San Diego, CA 92130
Tel. (858-350-4040)
Fax. (858-350-4041)
Email poleary@burdmanlaw.com
Attorneys for Plaintiffs, Rochelle and Jose Abner, et al.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing DESCRIBING APPLICANT MOVANT LAW FIRM'S COMMON BENEFIT CONTRIBUTION Memorandum Describing Applicant Movant Law Firm's Common Benefit Contribution has been served on all parties of record by electronically uploading the same to LexisNexis File & Serve and the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana, by using the CM/ECF system, which will send out notice of the electronic filing, in accordance with the procedures established in MDL 2047, on this 14th day of November 2014.

/s/ Pieter M. O'Leary
Pieter M. O'Leary, Esq. (CA Bar. No. 242846)

Chinese Manufactured Drywall Product... https://www.garrettco-ccms.com/?cmd=...

Garrett Case Cost Management System - Chinese Drywall - MDL-2047

Burdman Law Group

# View Submissions

Case: [All Cases ∨]   Type: [All ∨]   Category: [All Categories ∨]   Status: [All ∨]

Month From: [Oldest ∨]   To: [Newest ∨]   Posted From: [yyyy-mm-dd]

To: [yyyy-mm-dd]   [Show]

| Case | Type | Month | Total Amount | Submitted | Posted | Withdrawn | Reviewer | Supervisor | Status | Info Requested | Accepted | Rejected |
|------|------|-------|--------------|-----------|--------|-----------|----------|------------|--------|----------------|----------|----------|
| MDL 2047 | Time | 2012-07 | 0.50 | 2012-10-04 17:41:01 | 2012-10-14 06:11:41 | | bmr | jig | Posted | | 0.00 | 0.50 |
| MDL 2047 | Time | 2012-05 | 0.50 | 2012-06-28 12:54:32 | 2012-07-14 20:12:52 | | bmr | jig | Posted | | 0.00 | 0.50 |
| MDL 2047 | Time | 2012-04 | 1.00 | 2012-06-20 17:57:26 | 2012-06-26 07:08:34 | | bmr | jig | Posted | | 0.00 | 1.00 |
| MDL 2047 | Time | 2012-03 | 1.00 | 2012-05-09 11:46:47 | 2012-05-29 14:35:45 | | bmr | jig | Posted | | 0.00 | 1.00 |
| MDL 2047 | Time | 2012-02 | 1.25 | 2012-03-19 16:48:16 | 2012-04-28 09:26:31 | | bmr | jig | Posted | | 1.25 | 0.00 |
| MDL 2047 | Expense | 2012-01 | $146.96 | 2012-02-23 13:03:43 | 2012-03-14 16:25:28 | | bmr | jig | Posted | | $146.96 | $0.00 |
| MDL 2047 | Time | 2012-01 | 13.75 | 2012-02-23 11:31:46 | 2012-03-14 16:26:32 | | bmr | jig | Posted | | 13.75 | 0.00 |
| MDL 2047 | Expense | 2011-11 | $1,414.77 | 2012-01-24 11:36:46 | 2012-02-06 17:22:08 | | bmr | jig | Posted | | $1,414.77 | $0.00 |
| MDL 2047 | Time | 2011-12 | 2.00 | 2012-01-19 13:18:10 | 2012-01-27 04:38:29 | | bmr | jig | Posted | | 2.00 | 0.00 |
| MDL 2047 | Time | 2011-11 | 8.00 | 2012-01-06 13:46:20 | 2012-01-27 04:36:33 | | bmr | jig | Posted | | 8.00 | 0.00 |
| MDL 2047 | Time | 2011-10 | 19.50 | 2012-01-06 13:37:15 | 2012-01-27 04:37:55 | | bmr | jig | Posted | | 19.50 | 0.00 |
| MDL 2047 | Time | 2011-09 | 6.00 | 2012-01-06 13:33:01 | 2012-01-27 04:34:43 | | bmr | jig | Posted | | 6.00 | 0.00 |