UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION: "L" |
| | * | |
| This document relates to ALL CASES | * | JUDGE FALLON |
| | * | |
| *** * * * * * * * * * * * * * * * * * * * * * * * * * | | MAG. JUDGE WILKINSON |

## ORDER ON COMMON BENEFIT COUNSEL THE BURDMAN LAW GROUP'S MOTION FOR LEAVE TO FILE PTO 28 DOCUMENTATION LATE

Having considered the Burdman Law Group's Ex Parte Motion for Leave to File Late Common Benefit Counsel PTO 28 Documentation and its supporting memorandum, it is hereby ORDERED that the Burdman Law Group's Motion is _____.

New Orleans, Louisiana, this _____ day of _____, 2014.

_____
Eldon E. Fallon
United States District Court Judge

1