# MATTHEW TORRANCE
# 4240 TUPELLO STREET
# BATON ROUGE, LA 70808

# COSTS

Torrance, Matthew Mary Katherine                                          July 15, 2011
4240 Tupello Street, Baton Rouge, Louisiana


## CHINESE DRYWALL REMEDIATION COST SCHEDULE

**COST PAID THROUGH SALCO CONSTRUCTION, INC.**

    Salco Construction, Inc. Invoice #2020 dated 02-23-2010       $47,400.00
- Construction Permits & Fees
- Supervision
- Dumpster Service & Clean Up Labor
- Temporary Facilities
- Fuel & Oil
- Finishing Carpentry Labor & Materials
- Cabinetry & Millwork
- Granite Counter Tops/Backsplash in Kitchen
- Master Bathroom Tile in Shower & Tub
- Kitchen Sink Faucet


**COST PAID DIRECTLY**

**Storage & Moving**

    PODS (Initial Delivery of 3 units - 10/2009)      $699.93
      see CC statement 10/08/09 - 11/07/09

    PODS (Monthly Storage Fee for 3 units - 11/2009)      $487.23
      see CC statement 11/08/09 - 12/07/09

    PODS (Monthly Storage Fee for 3 units - 12/2009)      $487.23
      see CC statement 12/08/09 - 1/07/09

    PODS (Monthly Storage Fee for 3 units - 01/2010)      $487.23
      see CC statement 1/08/09 - 2/07/09

    PODS (Monthly Storage Fee for 3 units - 02/2010)      $487.23
      see CC statement 2/08/09 - 3/07/09

    PODS (Pick Up Empty Units Fee for 3 units - 02/2010)      $70.00
      see CC statement 2/08/09 - 3/07/09

**Construction**

    Removal & Replacement of Drywall      $4,692.00
      see ck #2397 paid to Construction Specialties on 12/28/2009

C0002

Torrance, Matthew Mary Katherine
4240 Tupello Street, Baton Rouge, Louisiana

July 15, 2011

Electrical
   see ck #2431 paid to R.B. Electric Company on 03/10/2010

$5,100.00

Removal & Replacement of HVAC
   see ck #2432 paid to Air Control Engineering on 03/10/2010

$15,940.00

Plumbing
   see ck #2437 paid to Plumbing Solutions on 03/11/2010

$2,303.43

Tape, Float, Prime & Paint Drywall
   see ck #2406 paid to Harry's Painting on 01/06/2010
   see ck #2413 paid to Harry's Painting on 01/20/2010

$8,375.00

Cabinetry & Millwork
   see ck #2410 paid to Trans Unlimited on 01/15/2010

$2,800.00

Kitchen Appliance Checks & Repairs
   see ck #2419 paid to Stanton's Appliance for $113.00 on 02/08/2010
   see ck #2438 paid to Stanton's Appliance for $210.85.00 on 03/16/2010

$323.85

Shower Door
   see ck #2427 paid to St. Tammany Glass on 03/01/2010

$700.00

Kitchen Sink & Faucet
   see paid receipt to Triton Stone Group for sink on 12/28/2009

$381.50

Door & Cabinet Hardare
   see paid receipt to Davis Sales Co., Inc date 01/21/2010

$494.20

Final Construction Clean Up
   see ck #2422 to Demarco Washington

$600.00

Sofa Frame Cleaning & Cusion Replacement
   see ck #2424 to Service Master for frame cleaning on 2 sofas
   see CC statement 2/08/09 - 3/07/09 paid to Bassett for new cushions/covers

$952.66

TOTAL     $92,781.49

00003

## SKETCH/AREA TABLE ADDENDUM



File No  RM9r0408

| | | |
|---|---|---|
| Property Address | 4240 Tupello | |
| City  Baton Rouge | County  East Baton Rouge   State  La | Zip  70808 |
| Borrower  Torrance | | |
| Lender/Client  Regions Bank | | |
| Appraiser Name  G.W.Garrett, SRA / R.C.Garrett | | |

Comments:

Scale:   1 = 16

### AREA CALCULATIONS SUMMARY

| Code | Description | Size | Totals |
|---|---|---|---|
| GLA1 | First Floor | 2600.14 | 2600.14 |
| P/P | Porch | 38.25 | 38.25 |
| GAR | Det Carport | 284.00 | 284.00 |
| OTH | DetStorage | 125.46 | |
| | Storage | 197.28 | 322.74 |

TOTAL LIVABLE   (rounded)    2600

### LIVING AREA BREAKDOWN

| Breakdown | | Subtotals |
|---|---|---|
| First Floor | | |
| 6.7 x | 19.8 | 132.66 |
| 0.1 x | 40.5 | 4.05 |
| 3.8 x | 15.3 | 58.14 |
| 5.9 x | 22.3 | 131.57 |
| 4.2 x | 54.3 | 228.06 |
| 12.9 x | 16.2 | 208.98 |
| 15.0 x | 47.4 | 711.00 |
| 23.8 x | 35.4 | 842.52 |
| 14.3 x | 17.2 | 245.96 |
| 4.0 x | 9.3 | 37.20 |

10 Areas Total (rounded)      2600



**SALCO** CONSTRUCTION, INC.
8484 ATHENS AVE. - BATON ROUGE, LA. 70814
Continued growth in the Baton Rouge area since 1969

Matthew & Mary Katherine Torrance
4240 Tupello Street
Baton Rouge, Louisiana  70808

February 23, 2010
**INVOICE #2020**
Salco Project # 470

This is to invoice for the amount of **Forty-Seven Thousand Four Hundred Dollars and Zero Cents ($47,400.00)** for the remediation of chinese drywall.

| | |
|---|---|
| **Cost of Work:** | **$43,887.68** |
| **8% Mark Up:** | **$  3,512.32** |
| **Total** | **$47,400.00** |

Thank you for choosing Salco Construction, Inc. for your repair needs.  If you have any questions regarding this invoice please feel free to call.

Thank You,

Stacie Wilson-Mayer
Accounting

Your design/build general construction firm with a complete line of pre-engineered metal buildings designed for you.
office: 225-927-3970 • fax: 225-926-7199 • e-mail: salco@salcoconstruction.com

00005

```
JC-R15                              Salco Construction Inc.                         PAGE    1
DATE: 07-17-2011                    JOB COST HISTORY REPORT                         07-17-2011 09:58
```

| PHASE | DATE | REFERENCE | SEQ | QUANTITY | DESCRIPTION | UNIT-COST | AMOUNT | AMOUNT-2 | BILLED | PER. |
|-------|------|-----------|-----|----------|-------------|-----------|--------|----------|--------|------|
| 047000 | | Matthew & M.K. Torrance | | | | | | | | |
| | 1 1 02-24-10 | ARI009285 | 1 | | Matthew & MK To  AIA BILLING INVOIC | | | | 47400.00 | 0210 |
| | | | | | SUBTOTAL | .00 | | | 47400.00 | |
| 1003 | 7 10-14-09 | APB000304 | 0 | | City Of Baton R  49018 | | 45.00 | | | 1009 |
| | | | | | PERMITS & FEES | SUBTOTAL | 45.00 | | | |
| 1004 | 2 11-18-09 | PRC024350 | 3 | 8.00HR | L Don Sanders | 19.512 | 156.10 | 19.55 | | 1109 |
| 1004 | 2 11-25-09 | PRC024350 | 2 | 16.00HR | L Don Sanders | 25.000 | 400.00 | 50.12 | | 1109 |
| 1004 | 2 12-09-09 | PRC024350 | 6 | 8.00HR | L Don Sanders | | 800.00 | 100.24 | | 1209 |
| 1004 | 2 12-09-09 | PRC030600 | 6 | 14.00HR | L Mike Wyble | 21.000 | 294.00 | 36.84 | | 1209 |
| 1004 | 2 12-23-09 | PRC024350 | 3 | 3.50HR | L Don Sanders | 22.222 | 77.78 | 9.75 | | 1209 |
| 1004 | 2 12-23-09 | PRC030600 | 3 | 3.00HR | L Mike Wyble | 21.000 | 63.00 | 7.90 | | 1209 |
| 1004 | 2 12-30-09 | PRC024350 | 0 | 19.00HR | L Don Sanders | 33.333 | 633.33 | 79.36 | | 1209 |
| 1004 | 2 01-06-10 | PRC024350 | 1 | 23.00HR | L Don Sanders | 27.586 | 634.48 | 93.34 | | 0110 |
| 1004 | 2 01-13-10 | PRC024350 | 0 | 38.50HR | L Don Sanders | 20.000 | 770.00 | 113.27 | | 0110 |
| 1004 | 2 01-20-10 | PRC024350 | 2 | 32.00HR | L Don Sanders | 25.000 | 800.00 | 117.68 | | 0110 |
| 1004 | 2 01-27-10 | PRC024350 | 3 | 28.50HR | L Don Sanders | 20.000 | 570.00 | 83.85 | | 0110 |
| 1004 | 2 01-27-10 | PRC024900 | 3 | 5.00HR | L Angelo Silvio | 25.000 | 125.00 | 18.40 | | 0110 |
| 1004 | 2 02-03-10 | PRC024350 | 10 | 21.00HR | L Don Sanders | 20.000 | 420.00 | 61.28 | | 0210 |
| 1004 | 2 02-10-10 | PRC024350 | 0 | 18.00HR | L Don Sanders | 20.000 | 360.00 | 52.53 | | 0210 |
| 1004 | 2 02-10-10 | PRC024900 | 0 | 2.00HR | L Angelo Silvio | 27.777 | 55.56 | 8.10 | | 0210 |
| 1004 | 2 02-17-10 | PRC024350 | 1 | 34.50HR | L Don Sanders | 23.188 | 800.00 | 116.72 | | 0210 |
| 1004 | 2 02-24-10 | PRC024350 | 7 | 16.00HR | L Don Sanders | 33.333 | 533.33 | 77.82 | | 0210 |
| 1004 | 3 11-18-09 | JC 000043 | 0 | | 1d | | 40.00 | | | 1109 |
| 1004 | 3 11-25-09 | JC 000043 | 0 | | 2d | | 80.00 | | | 1109 |
| 1004 | 3 12-08-09 | JC 000032 | 0 | | 2D | | 80.00 | | | 1209 |
| 1004 | 3 12-08-09 | JC 000043 | 0 | | 1D | | 40.00 | | | 1209 |
| 1004 | 3 12-15-09 | JC 000043 | 0 | | 1d | | 40.00 | | | 1209 |
| 1004 | 3 12-23-09 | JC 000032 | 0 | | 3h | | 22.50 | | | 1209 |
| 1004 | 3 12-23-09 | JC 000043 | 0 | | 3.5h | | 26.25 | | | 1209 |
| 1004 | 3 01-13-10 | JC 000043 | 0 | | 1w | | 200.00 | | | 0110 |
| 1004 | 3 01-27-10 | JC 000043 | 0 | | 3d 4.5h | | 153.75 | | | 0110 |
| 1004 | 3 02-03-10 | JC 000043 | 0 | | 3d | | 120.00 | | | 0210 |
| 1004 | 3 02-10-10 | JC 000043 | 0 | | 2d 3.5h | | 106.25 | | | 0210 |
| 1004 | 3 02-17-10 | JC 000043 | 0 | | 4d | | 160.00 | | | 0210 |
| 1004 | 3 02-24-10 | JC 000043 | 0 | | L 2d | | 80.00 | | | 0210 |
| 1004 | 5 11-17-09 | APB070005 | 3 | | Capital One Vis  11 17 09 | | 147.15 | | | 1109 |
| 1004 | 5 03-12-10 | APB024310 | 0 | | Don Sanders     3 12 2010 | | 56.00 | | | 0310 |
| | | | | | SUPERVISION | SUBTOTAL | 8844.48 | 1046.75 | | |
| 1005 | 2 12-16-09 | PRC008530 | 0 | 6.00HR | L Maurice Clark | 11.000 | 66.00 | 11.19 | | 1209 |
| 1005 | 2 12-30-09 | PRC010403 | 0 | 8.00HR | L Elize Fisher | 11.500 | 92.00 | 15.58 | | 1209 |
| 1005 | 2 01-13-10 | PRC010403 | 0 | 11.50HR | L Elize Fisher | 11.500 | 138.00 | 26.07 | | 0110 |
| 1005 | 2 01-27-10 | PRC008530 | 2 | 5.00HR | L Maurice Clark | 11.000 | 55.00 | 10.52 | | 0110 |
| 1005 | 2 01-27-10 | PRC029960 | 4 | 5.00HR | L Mark Wolf | 12.000 | 60.00 | 11.48 | | 0110 |
| 1005 | 2 02-03-10 | PRC021305 | 10 | 4.50HR | L Ricky Queen | 18.000 | 81.00 | 15.39 | | 0210 |
| 1005 | 2 02-03-10 | PRC030500 | 10 | 3.00HR | L Johnny Wright | 14.000 | 42.00 | 7.99 | | 0210 |
| 1005 | 2 02-03-10 | PRC050005 | 10 | 3.00HR | L Lloyd Young | 14.000 | 42.00 | 7.99 | | 0210 |
| 1005 | 2 02-17-10 | PRC008530 | 0 | 8.00HR | L Maurice Clark | 11.000 | 88.00 | 16.73 | | 0210 |
| 1005 | 2 02-24-10 | PRC008530 | 5 | 3.00HR | L Maurice Clark | 11.000 | 33.00 | 6.28 | | 0210 |
| 1005 | 2 02-24-10 | PRC029960 | 8 | 3.00HR | L Mark Wolf | 12.000 | 36.00 | 6.84 | | 0210 |
| 1005 | 7 11-20-09 | APB017076 | 1 | | Hebert's Recycl  30052 | | 258.00 | | | 1109 |

00006

```
JC-R15                              Salco Construction Inc.                         PAGE    2
DATE: 07-17-2011                    JOB COST HISTORY REPORT                  07-17-2011 09:58
```

| PHASE | DATE | REFERENCE | SEQ | QUANTITY | DESCRIPTION | UNIT-COST | AMOUNT | AMOUNT-2 | BILLED | PER. |
|-------|------|-----------|-----|----------|-------------|-----------|--------|----------|--------|------|
| 047000 | | Matthew & M.K. Torrance | | | | | | | | |
| 1005 7 | 11-30-09 | APB017076 | 3 | | Hebert's Recycl 30103 | | 258.00 | | | 1109 |
| 1005 7 | 02-12-10 | APB017076 | 0 | | Hebert's Recycl 31170 | | 258.00 | | | 0210 |
| | | | | | CLEAN UP | SUBTOTAL | 1507.00 | 136.06 | | |
| | | | | | | | | | | |
| 1007 7 | 12-08-09 | APB021950 | 2 | | Pot of Gold 68057 | | 64.86 | | | 1209 |
| 1007 7 | 01-19-10 | APB021950 | 0 | | Pot of Gold 74095 | | 64.86 | | | 0110 |
| 1007 7 | 02-12-10 | APB021950 | 0 | | Pot of Gold 80063 | | 69.61 | | | 0210 |
| 1007 7 | 03-22-10 | APB021950 | 0 | | Pot of Gold 87175 | | 18.65 | | | 0310 |
| | | | | | TEMPORARY FACILITIES | SUBTOTAL | 217.98 | | | |
| | | | | | | | | | | |
| 1017 5 | 01-19-10 | APB012600 | 12 | | Fuel Man 1 18 2010 | | 70.00 | | | 0110 |
| 1017 5 | 01-28-10 | APB012600 | 27 | | Fuel Man 23108818 | | 102.00 | | | 0110 |
| 1017 5 | 01-31-10 | APB012600 | 39 | | Fuel Man 1 31 2010 | | 65.00 | | | 0110 |
| 1017 5 | 02-23-10 | APB012600 | 14 | | Fuel Man NP23451494 | | 60.00 | | | 0210 |
| | | | | | FUEL & OIL | SUBTOTAL | 297.00 | | | |
| | | | | | | | | | | |
| 6100 2 | 11-18-09 | PRC008530 | 0 | 7.00HR | L Maurice Clark | 11.000 | 77.00 | 25.28 | | 1109 |
| 6100 2 | 11-18-09 | PRC029960 | 3 | 7.00HR | L Mark Wolf | 12.000 | 84.00 | 27.57 | | 1109 |
| 6100 2 | 11-25-09 | PRC008530 | 1 | 8.50HR | L Maurice Clark | 11.000 | 96.25 | 31.09 | | 1109 |
| 6100 2 | 12-16-09 | PRC024350 | 3 | 6.00HR | L Don Sanders | 31.372 | 188.24 | 61.78 | | 1209 |
| 6100 2 | 12-30-09 | PRC026020 | 0 | 8.00HR | L Thomas G. Stephens | 13.000 | 104.00 | 34.14 | | 1209 |
| 6100 2 | 01-06-10 | PRC021305 | 0 | 17.00HR | L Ricky Queen | 18.000 | 306.00 | 107.11 | | 0110 |
| 6100 2 | 01-13-10 | PRC021305 | 0 | 38.50HR | L Ricky Queen | 18.000 | 693.00 | 242.55 | | 0110 |
| 6100 2 | 01-13-10 | PRC026020 | 0 | 11.50HR | L Thomas G. Stephens | 13.000 | 149.50 | 52.33 | | 0110 |
| 6100 2 | 01-27-10 | PRC021305 | 3 | 20.50HR | L Ricky Queen | 18.000 | 369.00 | 129.15 | | 0110 |
| 6100 2 | 01-27-10 | PRC050005 | 4 | 12.50HR | L Lloyd Young | 14.000 | 175.00 | 61.26 | | 0110 |
| 6100 2 | 02-03-10 | PRC010403 | 7 | 4.00HR | L Elize Fisher | 11.500 | 46.00 | 16.05 | | 0210 |
| 6100 2 | 02-03-10 | PRC021305 | 10 | 4.00HR | L Ricky Queen | 18.000 | 72.00 | 25.11 | | 0210 |
| 6100 2 | 02-03-10 | PRC026020 | 10 | 4.00HR | L Thomas G. Stephens | 13.000 | 52.00 | 18.15 | | 0210 |
| 6100 2 | 02-03-10 | PRC030500 | 10 | 4.00HR | L Johnny Wright | 14.000 | 56.00 | 19.54 | | 0210 |
| 6100 2 | 02-10-10 | PRC021305 | 0 | 21.50HR | L Ricky Queen | 18.000 | 387.00 | 134.99 | | 0210 |
| 6100 2 | 02-17-10 | PRC021305 | 1 | 21.00HR | L Ricky Queen | 18.000 | 378.00 | 131.85 | | 0210 |
| 6100 2 | 02-17-10 | PRC026020 | 2 | 10.00HR | L Thomas G. Stephens | 13.000 | 130.00 | 45.35 | | 0210 |
| 6100 2 | 02-24-10 | PRC021305 | 6 | 5.00HR | L Ricky Queen | 18.000 | 90.00 | 31.40 | | 0210 |
| 6100 5 | 02-23-10 | APB015750 | 0 | | Home Depot 2027992 | | 52.75 | | | 0210 |
| 6100 5 | 03-10-10 | APB011400 | 0 | | Ed Price Buildi 30058034 | | 48.34 | | | 0310 |
| 6100 5 | 03-10-10 | APB011400 | 1 | | Ed Price Buildi 30058286 | | 34.28 | | | 0310 |
| | | | | | ROUGH CARPENTRY | SUBTOTAL | 3588.36 | 1194.70 | | |
| | | | | | | | | | | |
| 6200 5 | 01-28-10 | APB011400 | 0 | | Ed Price Buildi 30055784 | | 730.63 | | | 0110 |
| 6200 5 | 01-28-10 | APB011400 | 2 | | Ed Price Buildi 30056233 | | 55.81 | | | 0110 |
| | | | | | FINISH CARPENTRY | SUBTOTAL | 786.44 | | | |
| | | | | | | | | | | |
| 6300 6 | 02-24-10 | APB026470 | 0 | | Superior Millwo 2703 | | 12508.00 | | | 0210 |
| 6300 6 | 02-24-10 | APB026470 | 2 | | Superior Millwo 470008 | | -1792.00 | | | 0210 |
| | | | | | CABINETS & TOPS | SUBTOTAL | 10716.00 | | | |

```
NOTE: Includes Transactions For All Periods.            For all Transaction dates.
```

```
JC-R15                          Salco Construction Inc.                              PAGE    3
DATE: 07-17-2011                JOB COST HISTORY REPORT                       07-17-2011 09:58


   PHASE    DATE    REFERENCE SEQ  QUANTITY               DESCRIPTION    UNIT-COST  AMOUNT  AMOUNT-2   BILLED   PER.
------ -------- -------- --------- ---  --------- ----------------- -------------------- --------- ---------- --------- ---------- ----

047000    Matthew & M.K. Torrance
      7300 6 02-02-10 APB004382  0          Blanco's Roofin  3711r                         2000.00                        0210
                                               SHINGLE & ROOFING TILES    SUBTOTAL         2000.00


      8200 5 01-11-10 APB011400  0          Ed Price Buildi  30055819                       346.95                        0110
                                               WOOD DOORS & FRAMES        SUBTOTAL          346.95


      9200 6 01-26-10 APB006374  0          Capital Stone,   470004                         4034.00                        0110
      9200 6 01-26-10 APB006374  1          Capital Stone,   470005                         1478.00                        0110
      9200 6 01-26-10 APB006374  2          Capital Stone,   470006                          436.00                        0110
                                               RESILIENT TILE             SUBTOTAL         5948.00


      9275 6 12-02-09 APB006374  0          Capital Stone,   470003                         4604.00                        1209
                                               GRANITE TOPS               SUBTOTAL         4604.00


     13195 6 11-17-09 APB004382  0          Blanco's Roofin  3588r                          5612.00                        1109
                                               GUTTERS                    SUBTOTAL         5612.00


     15100 5 01-28-10 APB008100  0          Coburn Supply C  42604195                        289.55                        0110
                                               PLUMBING                   SUBTOTAL          289.55


                                        JOB  047000 PERIOD   TOTAL     44802.76   2377.51  47400.00
                                                      QTY        HRS
                                           2) LABOR         560.00    11678.57   2377.51
                                           3) O-EQU                    1148.75
                                           5) MAT'L                    2058.46
                                           6) SUBCT                   28880.00
                                           7) OTHER                    1036.98

                                                      JTD    TOTAL     44802.76   2377.51  47400.00



          89    REPORT TOTALS                                         44,802.76           47,400.00
                                                                                 2,377.51
                                                      QTY        HRS
                                           2) LABOR         560.00    11678.57   2377.51
                                           3) O-EQU                    1148.75
                                           5) MAT'L                    2058.46
                                           6) SUBCT                   28880.00
                                           7) OTHER                    1036.98


              JTD REPORT TOTALS                                       44,802.76           47,400.00
                                                                                 2,377.51
```

00008

NOTE: Includes Transactions For All Periods.                    For all Transaction dates.

27675552
Mary Katherine Torrance
4240 Tupello St
Baton Rouge, LA 70808

**PODS**®
Portable On Demand Storage
PO Box 31673
Tampa FL 33631-3673

**INVOICE**

**Date:**     10/9/2009

Re: Torrance House #2

| INVOICE | POD ID | TERMS | LOCATION | DUE DATE |
|---------|--------|-------|----------|----------|
| 070-200261 | | Auto charge | Orleans - Baton Roug | 10/10/2009 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 1 | w/h delivery for 16 | $60.00 | $60.00 |
| 1 | warehouse storage 16 | $159.00 | $159.00 |
| | Reminder: There will be a delivery charge imposed at the time of redelivery from the warehouse. The base charge will be $60.00, which includes 15 miles.  All excess miles will be billed at $2.31 per mile.  A special amount of 10.00 will be applied to that invoice. | | |
| | For Any Questions: 1-800-776-7637 | | |

If your check is returned to us for insufficient funds, it will be re-presented electronically and your account will be debited for the amount plus the state-allowed fee.

| | |
|---|---|
| SUB TOTAL | $219.00 |
| Tax Amount | $14.31 |
| TOTAL | $233.31 |

Please notify us of any changes in address or phone number.  Account will be subject to a $15 late fee, 10 days after the account due date.

**Manage your account on-line at WWW.PODS.COM**

00009

27675552
Mary Katherine Torrance
4240 Tupello St
Baton Rouge, LA 70808

**PODS**®
Portable On Demand Storage
PO Box 31673
Tampa FL 33631-3673

**INVOICE**

Date:     10/8/2009

Re: Torrance House #1

| INVOICE | POD ID | TERMS | LOCATION | DUE DATE | |
|---|---|---|---|---|---|
| 070-199864 | | Auto charge | Orleans - Baton Roug | 10/9/2009 | |
| QUANTITY | | DESCRIPTION | | RATE | AMOUNT |
| 1 | w/h delivery for 16 | | | $60.00 | $60.00 |
| 1 | warehouse storage 16 | | | $159.00 | $159.00 |

Reminder: There will be a delivery charge imposed at the time of redelivery from the warehouse.
The base charge will be $60.00, which includes 15 miles. All excess miles will be billed at $2.31
per mile. A special amount of 10.00 will be applied to that invoice.

For Any Questions:
   1-800-776-7637

*20B70*

| | | |
|---|---|---|
| If your check is returned to us for insufficient funds, it will be re-presented electronically and your account will be debited for the amount plus the state-allowed fee. | SUB TOTAL | $219.00 |
| | Tax Amount | $14.31 |
| | TOTAL | $233.31 |

Please notify us of any changes in address or phone number. Account will be subject to a $15 late fee, 10 days after the account due date.

**Manage your account on-line at WWW.PODS.COM**

00010

**NEW ORLEANS PORTABLE STORAGE, LLC**
P.O. Box 66097
Baton Rouge, LA 70896-6097



1-888-776-PODS (7637)
Local: 225-214-7637
Fax: 225-387-5361
www.pods.com

THIS RENTAL AGREEMENT is executed on _____, by and between New Orleans Portable Storage, LLC, a Louisiana Limited Liability Company, ("Lessor") and "Tenant", collectively, the "Containers") as identified on the attached Rental Agreement Addendum incorporated herein by reference, for the purpose of leasing or renting a portable storage Container, and as hereinafter more fully described and with the express understanding and agreement that no bailment or deposit of goods for safekeeping is intended or created hereunder. Due to the nature of Lessor's business and its purpose being storage, it is further understood that Lessor is not representing to Tenant, in any manner whatsoever, that Lessor is a "warehouseman" as such term is defined by applicable state statutes. Further, the parties expressly understand and agree that it is the parties' intention that any laws including, without limitation, warehousemen laws, or similar or related laws pertaining to the establishment or creation of a bailment relationship pertaining to the deposit of goods for safekeeping shall not apply to this Rental Agreement.

NOW THEREFORE, for and in consideration of the foregoing recital (which is incorporated herein by reference), the receipt and sufficiency of which is hereby acknowledged, and the mutual promises and assumption of obligations described in this Rental Agreement, the parties hereto hereby agree as follows:

**1. DESCRIPTION OF CONTAINER.** Lessor leases to Tenant and Tenant leases from Lessor one or more self-contained storage container(s) (individually a "Container", and collectively, the "Containers") as identified on the attached Rental Agreement Addendum. Tenant has the option to store the Container(s) with Lessor or have the Container(s) remain at Tenant's designated location. Should Tenant elect to have Lessor store the Container(s) at Lessor's premises, Tenant agrees that Lessor shall have the right and authority to store the Container(s) at any of Lessor's, or its affiliates' or franchisee's, storage facilities (a "Facility"). Lessor shall attempt to store the Container(s) at a Facility closest to Tenant's address, space permitting. Tenant shall have access to the Container(s), only during specified hours which are normally 8:30 am to 5:00 pm local time, by giving advance notice to Lessor. Please call the number above to confirm the access hours, schedule access, or obtain special arrangements for access during non-business hours. Should Tenant elect not to store the Container(s) at a Facility, the Container(s) shall remain located at the address designated by Tenant on the attached Rental Agreement Addendum. Tenant has examined the Container(s), or will have the opportunity to do so before its use, and acknowledges and agrees that by loading the Container(s) with Tenant's belongings the Container(s) is satisfactory for all purposes for which Tenant shall use it. Tenant hereby authorizes Lessor to enter upon the property designated on the Rental Agreement Addendum whenever Lessor deems it necessary to enforce any of Lessor's rights pursuant to this Rental Agreement or pursuant to any state or federal law. Tenant warrants that Tenant has (1) an ownership interest in such real property and/or that Tenant is an authorized agent of the owner(s) of such real property; and (2) has the right and authority to permit Lessor's unrestricted entrance upon such real property.

**2. TERM AND RENT.** The term of this Rental Agreement commences as of the date first written above and continues thereafter on a month-to-month tenancy until terminated. Tenant must pay the Lessor, in advance, monthly rent on each Due Date (as defined below) in the amount set forth on the invoice ("Rent"), without deduction, prior notice, demand or billing statement. The date the Container(s) is first delivered to Tenant shall be the initial "Due Date" and subsequent Due Dates shall occur on the monthly anniversary of the initial Due Date or the last day of the month if the corresponding date does not exist in the subsequent month. Tenant must pay, in advance, at least one month's rent. Tenant will not be entitled to a refund of any prepaid rent under any circumstances. The monthly rent may be adjusted by Lessor effective the month following written notice by Lessor to Tenant specifying such adjustment, which notice shall be given not less than thirty (30) days or one (1) calendar month prior to the first day of the month for which the adjustment will be effective. Any such adjustment in the monthly rent will not otherwise affect the terms of this Rental Agreement, of which will remain in full force and effect. Time is of the essence with regard to all payment obligations due under this Rental Agreement.

**3. FEES AND DEPOSITS.**
(a) In the event Tenant shall fail to pay Rent by the 10th day after the Due Date, Tenant shall pay, in addition to any other amounts due, a late charge of $15.00.
(b) If Tenant is delinquent in the payment of rent or other charges due under this Rental Agreement for more than thirty days (30), Tenant shall pay a lien handling charge of $25.00 for Lessor's costs in processing the delinquent account, including lien sale costs, whether or not a lien sale occurs. In the event Tenant is delinquent in the payment of rent or other charges due under this Rental Agreement, including without limitation, financing charges, late charges, handling charges and costs associated with the processing of Tenant's delinquent account, Tenant authorizes Lessor to charge Tenant's credit card account, without the signature of Tenant, for such amounts owed by Tenant to Lessor, even if Tenant has selected another method of payment as the preferred method. Lessor shall have no liability to Tenant for charges applied to Tenant's credit card account so long as such charges are applied by Lessor in good faith.
(c) Additional fees may be imposed in connection with moves between Facilities (known as inter-Franchise moves) which will be properly reflected on the Rental Agreement Addendum. Non-refundable deposits may be required for such moves.

**4. USE OF CONTAINER AND COMPLIANCE WITH LAW.** Tenant shall store only personal property that Tenant owns and will not store property that is claimed by another or in which another has any right, title or interest. Tenant agrees that if the aggregate value of all personal property stored in the Container exceeds or is deemed to exceed $5,000, it is Tenant's responsibility to adequately insure the stored property as set forth in Section 5. Tenant understands and agrees that Lessor need not be concerned with the kind, quantity or value of personal property or other goods stored by Tenant in the Container(s) pursuant to this Rental Agreement. Tenant shall not store any food or perishable goods, Hazardous Materials (as defined below), flammable materials, explosives, or other inherently dangerous material, nor perform any work in the Container(s). Tenant shall not store any personal property in the Container(s) which would result in the violation of any law or regulation of any governmental authority, including, without limitation, all laws and regulations relating to Hazardous Materials, waste disposal and other environmental matters. For purposes of this Rental Agreement, "Hazardous Materials" shall include but not be limited to any hazardous or toxic chemical, gas, liquid, substance, material or waste that is or becomes regulated under any applicable local, state or federal law or regulation. Tenant shall not use the Container(s) in any manner that will constitute waste, nuisance or unreasonable annoyance to other tenants in the Facility. Tenant acknowledges and agrees that the Container(s) and the Facility are not suitable for the storage of heirlooms or precious, invaluable or irreplaceable property such as books, records, writings, works of art, photographs, objects for which no immediate resale market exists, objects which are claimed to have special or emotional value to Tenant and records or receipts relating to the stored goods and Lessor shall not be liable for any damage resulting to such items. Furthermore, Tenant acknowledges and agrees that the following items should be excluded from storage: money, bank notes, scrip, securities, accounts, deeds and evidences of debt; letters of credit and notes other than bank notes; bullion, gold, goldware, silver, silverware, platinum, coins, precious metals and precious stones and their value; negotiable instruments, checks, bonds and documents; jewels and value cards and smart cards; manuscripts, personal records, passports, tickets and stamps; jewelry, watches, furs, precious and semiprecious stones, firearms; animals, birds and fish; aircraft, hovercraft, motor vehicles and engines; trailers; property not owned by the tenant or for which tenant is not legally liable; computer software or programs, media or computer data contained on hard disks or drives. Tenant specifically acknowledges the following: (a) that the Container(s) may be used for storage only, and that the use of the Container(s) for the conduct of business or for **HUMAN OR ANIMAL HABITATION IS SPECIFICALLY PROHIBITED**; (b) that Tenant assumes full responsibility and liability for packing Tenant's property in the Container(s) and for securing Tenant's property for over the road transportation; (c) that the maximum weight of Tenant's property shall not exceed 7,800 pounds contained in a sixteen-foot (16') Container(s) or 8,100 pounds in a twelve-foot (12') Container(s); and (d) that Lessor shall not be liable for any damage to Tenant's property for any reason unless specifically assumed through the Contents Protection/Duty To Insure Addendum.

**5. INSURANCE.** ALL PROPERTY IS STORED BY TENANT AT TENANT'S SOLE RISK. Tenant personally assumes all risk of loss, including damage to or theft of Tenant's property due to burglary, mysterious disappearance, fire, water, rodent damage, earthquakes, acts of God, vandalism, mold or mildew or other vermin. Tenant agrees to insure the actual full value of the stored property against loss and damage. Alternatively, by completing and signing the Contents Protection/Duty To Insure Addendum to this Rental Agreement and making all the additional payments thereto, Lessor is contractually (i) assume responsibility for specified loss and (ii) obtain insurance protecting Tenant's contents from such loss. In such event, Lessor, and/or its designated affiliates, authorized representatives and employees or agents ("Lessor's Agents") shall assume responsibility for loss arising from specified named perils (such as fire, wind, hail, smoke, collapse of building, burglary) as specifically outlined in the Contents Protection/Duty To Insure Addendum. Lessor of Tenant's Agents shall in turn insure such Lessor's liability for loss with an insurance company rated not less than "A" (Excellent) by A.M. Best. Tenant may choose to obtain supplemental insurance from their own homeowner or renter's carrier or Tenant may elect to be "self insured". To the extent Tenant does not obtain insurance or contract with Lessor to assume responsibility for specified loss and obtain insurance protecting Tenant's contents from such loss Tenant waives all claims against Lessor for loss or damage to the contents placed in the Container. With the exception of liability for named perils specifically assumed by contract, Lessor and Lessor's Agent will not be responsible for, and Tenant hereby releases Lessor and Lessor's Agents from any responsibility for loss, liability, claim, expense, damage to property or injury to persons ("Loss") that could have been insured against including, without limitation, any Loss arising from the active or passive acts, omission or negligence of Lessor or Lessor's Agents ("Claims"). Tenant waives any rights of recovery against Lessor or Lessor's Agents for any Claims, and Tenant expressly agrees that the carrier of any insurance obtained by Tenant shall not be subrogated to any claim of Tenant against Lessor or Lessor's Agents. Although Lessor and Lessor's Agents may share information about the insurance policy purchased by the Lessor, Tenant understands that Lessor and Lessor's Agents are not an insurance company or insurance agents. Lessor has not explained any coverage or assisted Tenant in making any decision to purchase any particular insurance policy. Lessor is not making any representations about the coverage provided by such insurance policy. Lessor's suggestion to assume responsibility for and obtain insurance protecting Tenant's contents from loss is not an insurance transaction. The provisions of this paragraph will not limit the rights of Lessor and Lessor's Agents under paragraph 6.

**6. LIMITATION OF LESSOR'S LIABILITY; INDEMNITY.** Lessor and Lessor's Agents will have no responsibility to Tenant or to any other person for any Loss from any cause, including, without limitation, Lessor and Lessor's Agents active or passive acts, omissions, negligence or conversion, unless the Loss is directly caused by Lessor's fraud, willful injury or willful violation of law or Tenant elects to have Lessor contractually assume responsibility as set forth in Section 5 above. Tenant shall indemnify and hold Lessor and Lessor's Agents harmless from any Loss incurred by Lessor or Lessor's Agents in any way arising out of Tenant's use of the Container(s) or Facility. Tenant agrees that Lessor and Lessor's Agents total responsibility for any Claim, other than that specifically assumed through the Contents Protection/Duty To Insure Addendum, shall not exceed $5,000. If Tenant elects to have Lessor contractually assume responsibility as set forth in Section 5 above (a) Lessor's role is expanded to a recipient of goods for safekeeping in its possession or care and/or control, but only to the extent of being contractually responsible for specified loss and obtaining insurance protecting Tenant's contents from such loss, and only to the extent such insurance is collectible; (b) Tenant shall be loss payee and third party beneficiary to all proceeds recoverable under the insurance policy; and (c) Lessor's liability for specified loss and obtaining insurance protecting Tenant's contents from such loss shall not exceed the lesser of $80,000 or the Tenant's declared Value in the Contents Protection/Duty To Insure Addendum.

_____ BY INITIALING HERE, CUSTOMER INDICATES THEIR UNDERSTANDINGS OF AND AGREEMENT WITH THE PROVISIONS OF PARAGRAPHS 5 AND 6.

**7. ACCESS CODE (PIN NUMBER).** At time of order Tenant will be asked for their drivers license number the last four characters of which will be used as Tenant's PIN Number. If Tenant desires to use an alternative PIN Number, Tenant must provide Lessor with the new PIN Number at time of order, or by calling the toll free number above. Lessor will require the PIN Number before providing access to the Container(s) and/or before scheduling a move or delivery of the Container(s). Tenant acknowledges and agrees that Lessor has the right to provide access to the Tenant's account (which may permit changing information, including the PIN Number) and the Container(s) to anyone providing Lessor with Tenant's PIN Number, and that Lessor has the right to refuse access to the Container(s) by anyone, including Tenant, who does not have Tenant's PIN Number. Tenant should only disclose the PIN Number to those persons who Tenant wants to have unrestricted access to the account and the Container(s).

**8. PLACEMENT OF CONTAINER.** Tenant acknowledges that Lessor will normally place the Container(s) on a driveway or other paved surface immediately accessible from a street fronting Tenant's premises. Such placement area shall have adequate width, depth and height clearance to sustain the weight and size of a Container(s). Tenant authorizes Lessor to (i) Drive on Tenant's lawn or other non-paved area in order to place the Container(s) in the area designated by Tenant or to place the Container(s) in an area lacking adequate clearance, or (ii) Drive on a paved surface. In either case Tenant assumes full risk for all damage resulting from the placement of the Container(s) and relieves Lessor from any responsibility for such damage. Additionally, Tenant acknowledges that Lessor recommends against driving on Tenant's lawn or non-paved, and certain paved, areas. Any deliveries or retrievals of the Container(s) requiring Lessor to access the Container(s) by way of non-paved areas shall permit Lessor, at its option, to assess Tenant a service charge, which Tenant agrees to pay. Tenant agrees that they will not relocate the Container(s). In the event it is determined that the Container(s) has been relocated, Tenant agrees to pay an additional fee of not less than $75.00 and up to current retail value of the Container(s) plus any cost of shipping associated with the retrieval of the Container(s).

**9. ALTERATIONS.** Tenant shall not make or allow any alterations of any kind or description whatsoever to the Container(s) without, in each instance, the prior written consent of the Lessor.

**10. LOCK.** Tenant shall provide, at Tenant's own expense, a lock for the Container(s) which Tenant, in Tenant's sole discretion, deems sufficient to secure the Container(s). Tenant shall not provide Lessor or Lessor's Agents with a key and/or combination to Tenant's lock. All Containers must be locked prior to Lessor moving them.

IN WITNESS WHEREOF, the parties hereto have executed this Rental Agreement as of the date and year first written above, and agree to be bound by all of the provisions of this Rental Agreement including the provisions contained on the reverse side of this page.

By LESSOR: NEW ORLEANS PORTABLE STORAGE, LLC        TENANT:        Date signed: 10-10-09

Tenant Signature: _____

POD Number: _____        Tenant Name: _____

0011



**NEW ORLEANS PORTABLE STORAGE, LLC**
P.O. Box 66097
Baton Rouge, LA 70896-6097

**PODS®**
Portable On Demand Storage

1-888-776-PODS (7637)
Local: 225-214-7637
Fax: 225-387-5361
www.pods.com

THIS RENTAL AGREEMENT is executed on __10-9-09__, by and between New Orleans Portable Storage, LLC, a Louisiana Limited Liability Company, ("Lessor") and "Tenant", whose name and residence and alternate addresses are set forth on the attached Rental Agreement Addendum incorporated herein by reference, for the purpose of leasing or renting a portable storage Container, and as hereinafter more fully described and with the express understanding and agreement that no balliment or deposit of goods for safekeeping is intended or created hereunder. Due to the nature of Lessor's business and its purpose being storage, it is further understood that Lessor is not representing to Tenant, in any manner whatsoever, that Lessor is a "warehouseman" as such term is defined by applicable state statutes. Further, the parties expressly understand and agree that it is the parties' intention that any laws (including, without limitation, warehouseman laws, or similar or related laws pertaining to the establishment or creation of a bailment relationship or any other relationship pertaining to the deposit of goods for safekeeping shall not apply to this Rental Agreement.

NOW THEREFORE, for and in consideration of the foregoing recital (which is incorporated herein by reference), the receipt and sufficiency of which is hereby acknowledged, and the mutual promises and assumption of obligations described in this Rental Agreement, the parties hereto hereby agree as follows:

1. DESCRIPTION OF CONTAINER. Lessor leases to Tenant and Tenant leases from Lessor one or more self-contained storage container(s) (individually a "Container", and collectively, the "Containers") as identified on the attached Rental Agreement Addendum. Tenant has the option to store the Container(s) with Lessor or have the Container(s) remain at Tenant's designated location. Should Tenant elect to have Lessor store the Container(s) at Lessor's premises, Tenant agrees that Lessor shall have the right and authority to store the Container(s) at any of Lessor's, or its affiliates' or franchisee's, storage facilities (a "Facility"). Lessor shall attempt to store the Container(s) at a Facility closest to Tenant's address, space permitting. Tenant shall have access to the Container(s), only during specified hours which are normally 8:00 am to 5:00 pm local time, by giving advance notice to Lessor. Please call the number above to confirm the access hours, schedule space, or make special arrangements for access during non-business hours. Should Tenant elect not to store the Container(s) at a Facility, the Container(s) shall remain located at the address designated by Tenant on the attached Rental Agreement Addendum. Tenant has examined the Container(s), or will have the opportunity to do so before its use, and acknowledges and agrees that by leasing the Container(s) with Tenant's belongings the Container(s) is satisfactory for all purposes for which Tenant shall use it. Tenant hereby authorizes Lessor to enter upon the property designated on the Rental Agreement Addendum whenever Lessor deems it necessary to enforce any of Lessor's rights pursuant to this Rental Agreement or pursuant to any state or federal law. Tenant warrants that Tenant has (1) an ownership interest in such real property and/or that Tenant is an authorized agent of the owner(s) of such real property; and (2) has the right and authority to permit Lessor's unrestricted entrance upon such real property.

2. TERM AND RENT. The term of this Rental Agreement commences as of the date first written above and continues thereafter on a month-to-month tenancy until terminated. Tenant must pay the Lessor, in advance, monthly rent on each Due Date (as defined below) in the amount set forth on the invoice ("Rent"), without deduction, prior notice, demand or billing statement. The date the Container(s) is first delivered to Tenant shall be the initial "Due Date" and subsequent Due Dates shall occur on the monthly anniversary of the initial Due Date or the last day of the month if the corresponding date does not exist in the subsequent month. Tenant must pay, in advance, at least one month's rent. Tenant will not be entitled to a refund of any prepaid rent under any circumstances. The monthly rent may be adjusted by Lessor effective the month following written notice by Lessor to Tenant specifying such adjustment, which notice shall be given not less than thirty (30) days or one (1) calendar month prior to the first day of the month for which the adjustment will be effective. Any such adjustment in the monthly rent will not otherwise affect the terms of this Rental Agreement, of which will remain in full force and effect. Time is of the essence with regard to all payment obligations due under this Rental Agreement.

3. FEES AND DEPOSITS.
  (a) In the event Tenant shall fail to pay Rent by the 10th day after the Due Date, Tenant shall pay, in addition to any other amounts due, a late charge of $15.00.
  (b) If Tenant is delinquent in the payment of rent or other charges due under this Rental Agreement for more than thirty days (30), Tenant shall pay a lien handling charge of $25.00 for Lessor's costs in processing the delinquent account, including lien sale costs, whether or not a lien sale occurs. In the event Tenant is delinquent in the payment of rent or other charges due under this Rental Agreement, including without limitation, financing charges, late charges, handling charges and costs associated with the processing of Tenant's delinquent account, Tenant authorizes Lessor to charge Tenant's credit card account, without the signature of Tenant, for such amounts owed by Tenant to Lessor, even if Tenant has selected another method of payment as the preferred method. Lessor shall have no liability to Tenant for charges applied to Tenant's credit card account so long as such charges are applied by Lessor in good faith.
  (c) Additional fees may be incurred in connection with moves between Facilities (known as Inter-Franchise moves) which will be properly reflected on the Rental Agreement Addendum. Non-refundable deposits may be required for such moves.

4. USE OF CONTAINER AND COMPLIANCE WITH LAW. Tenant shall store only personal property that Tenant owns and will not store property that is claimed by another or in which another has any right, title or interest. Tenant agrees that if the aggregate value of all personal property stored in the Container exceeds or is deemed to exceed $5,000, it is Tenant's responsibility to adequately insure the stored property as set forth in Section 5. Tenant understands and agrees that Lessor need not be concerned with the kind, quantity or value of personal property or other goods stored by Tenant in the Container(s) pursuant to this Rental Agreement. Tenant shall not store any food or perishable goods, Hazardous Materials (as defined below), flammable materials, explosives, or other inherently dangerous material, nor perform any work in the Container(s). Tenant shall not store any personal property in the Container(s) which would result in the violation of any law or regulation of any governmental authority, including, without limitation, all laws and regulations relating to Hazardous Materials, waste disposal and other environmental matters. For purposes of this Rental Agreement, "Hazardous Materials" shall include but not be limited to any hazardous or toxic chemical, gas, liquid, substance, material or waste that is or becomes regulated under any applicable local, state or federal law or regulation. Tenant shall not use the Container(s) in any manner that will constitute waste, nuisance or unreasonable annoyance to other tenants in the Facility. Tenant acknowledges and agrees that the Container(s) and the Facility are not suitable for the storage of heirlooms or precious, invaluable or irreplaceable property such as books, records, writings, works of art, photographs, objects for which no immediate resale market exists, objects which are claimed to have special or emotional value to Tenant and records or receipts relating to the stored goods and Lessor shall not be liable for any damage resulting to such items. Furthermore, Tenant acknowledges and agrees that the following items should be excluded from storage: money, bank notes, scrip, securities, accounts, deeds and evidences of debt; letters of credit and notes other than bank notes; bullion, gold, goldware, silver, silverware, platinum, coins, precious metals and precious stones or set; and smart cards; manuscripts, parcel/artworks, passports, tickets and stamps; jewelry, watches, furs, precious and semiprecious stones, firearms; animals, birds and fish; aircraft, hovercraft, motor vehicles and engines, trailers; property not owned by the tenant or for which tenant is not legally liable; computer software or programs, media or computer data contained on hard disks or drives. Tenant specifically acknowledges the following: (a) that the Container(s) may be used for storage only, and that the use of the Container(s) for the conduct of business or for HUMAN OR ANIMAL HABITATION IS SPECIFICALLY PROHIBITED; (b) that Tenant assumes full responsibility and liability for packing Tenant's property in the Container(s) and for securing Tenant's property for over the road transportation; (c) that the maximum weight of Tenant's property shall not exceed 7,500 pounds contained in a sixteen-foot (16') Container(s) or 8,100 pounds in a twelve-foot (12') Container(s); and (d) that Lessor shall not be liable for any damage to Tenant's property for any reason unless specifically assumed through the Contents Protection/Duty To Insure Addendum.

5. INSURANCE. ALL PROPERTY IS STORED BY TENANT AT TENANT'S SOLE RISK. INSURANCE IS TENANT'S SOLE RESPONSIBILITY. Tenant personally assumes all risk of loss, including damage to or theft of Tenant's property due to burglary, mysterious disappearance, fire, water, rodent damage, earthquakes, acts of God, vandalism, mold or mildew or other vermin. Tenant agrees to insure the actual full value of the stored property against loss and damage. Alternatively, by completing and signing the Contents Protection/Duty To Insure Addendum to this Rental Agreement and making all the additional payments thereunder, Tenant may choose to have Lessor contractually (i) assume responsibility for specified loss and (ii) obtain insurance protecting Tenant's contents from such loss. In such event, Lessor, and/or its designated affiliates, authorized representatives and employees or agents ("Lessor's Agents") shall assume responsibility for loss arising from specified named perils (such as fire, wind, hail, smoke, collapse of building, burglary) as specifically outlined in the Contents Protection/Duty To Insure Addendum. Lessor or Lessor's Agents shall in turn insure such Lessor's liability for loss with an insurance company rated no less than "A" (Excellent) by A.M. Best. Tenant may choose to obtain supplemental insurance from their own homeowner or renter's carrier or Tenant may elect to be "self insured." To the extent Tenant does not obtain insurance or contract with Lessor to assume responsibility for specified loss and obtain insurance protecting Tenant's contents from such loss Tenant waives all claims against Lessor for loss or damage to the contents placed in the Container. With the exception of liability for named perils specifically assumed by contract, Lessor and Lessor's Agent will not be responsible for, and Tenant hereby releases Lessor and Lessor's Agents from any responsibility for any loss, liability, claim, expense, damage to property or injury to persons ("Loss") that could have been incurred against including, without limitation, any Loss arising from the active or passive acts, omissions or negligence of Lessor or Lessor's Agents ("Claims"). Tenant waives any rights of recovery against Lessor or Lessor's Agents for any Claims, and Tenant expressly agrees that the carrier of any insurance obtained by Tenant shall not be subrogated to any claim of Tenant against Lessor or Lessor's Agents. Although Lessor and Lessor's Agents may share information about the insurance policy purchased by the Lessor, Tenant understands that Lessor and Lessor's Agents are not an insurance company or insurance agents. Lessor has not explained any coverage or advised Tenant in making any decision to purchase any particular insurance policy. Lessor is not making any representations about the coverage provided by such insurance policy. Lessor's agreement to assume responsibility for and obtain insurance protecting Tenant's contents from loss is not an insurance transaction. The provisions of this paragraph will not limit the rights of Lessor and Lessor's Agents under paragraph 6.

6. LIMITATION OF LESSOR'S LIABILITY; INDEMNITY. Lessor and Lessor's Agents will have no responsibility to Tenant or to any other person for any Loss from any cause, including, without limitation, Lessor and Lessor's Agents active or passive acts, omissions, negligence or conversion, unless the Loss is directly caused by Lessor's fraud, willful injury or willful violation of law or Tenant elects to have Lessor contractually assume responsibility as set forth in Section 5 above. Tenant shall indemnify and hold Lessor and Lessor's Agents harmless from any Loss incurred by Lessor or Lessor's Agents in any way arising out of Tenant's use of the Container(s) or Facility. Tenant agrees that Lessor and Lessor's Agents total responsibility for any Claim, other than that specifically assumed through the Contents Protection/Duty To Insure Addendum, shall not exceed $5,000. If Tenant elects to have Lessor contractually assume responsibility as set forth in Section 5 above; (a.) Lessor's role is expanded to be responsible for safekeeping in its possession or care custody and control; but only to the extent of being contractually responsible for specified loss and obtaining insurance protecting Tenant's contents from such loss, and only to the extent such insurance is collectible; (b.) Tenant shall be loss payee and third party beneficiary to all proceeds recoverable under the insurance policy; and (c.) Lessor's liability for specified loss and obtaining insurance protecting Tenant's contents from such loss shall not exceed the lesser of $50,000 or the Tenant's Declared Value in the Contents Protection/Duty To Insure Addendum.

_____ BY INITIALING HERE, CUSTOMER INDICATES THEIR UNDERSTANDINGS OF AND AGREEMENT WITH THE PROVISIONS OF PARAGRAPHS 5 AND 6.

7. ACCESS CODE (PIN NUMBER). At time of order Tenant will be asked for their drivers license number the last four characters of which will be used as Tenant's PIN Number. If Tenant desires to use an alternative PIN Number, Tenant must provide Lessor with the new PIN Number at time of order, or by calling the toll free number above. Lessor will require the PIN Number before providing access to the Container(s) and/or before scheduling a move or delivery of the Container(s). Tenant acknowledges and agrees that Lessor has the right to provide access to the Tenant's account (which may permit changing information, including the PIN Number) and the Container(s) to anyone providing Lessor with Tenant's PIN Number, and that Lessor has the right to refuse access to the Container(s) by anyone, including Tenant, who does not have Tenant's PIN Number. Tenant should only disclose the PIN Number to those persons who Tenant wants to have unrestricted access to the account and the Container(s).

8. PLACEMENT OF CONTAINER. Tenant acknowledges that Lessor will normally place the Container(s) on a driveway or other paved surface immediately accessible from a street fronting Tenant's premises. Such placement area shall have adequate width, depth and height clearance to sustain the weight and size of a Container(s). Tenant authorizes Lessor to 1) Drive on Tenant's lawn or other non-paved area in order to place the Container(s) in the area designated by Tenant or to place the Container(s) in an area lacking adequate clearance, or 2) Drive on a paved surface. In either case Tenant assumes full risk for all damage resulting from the placement of the Container(s) and relieves Lessor from any responsibility for such damage. Additionally, Tenant acknowledges that Lessor recommends against driving on Tenant's lawn or non-paved, and certain paved, areas. Any deliveries or retrievals of the Container(s) requiring Lessor to access the Container(s) by way of non-paved areas shall permit Lessor, at its option, to assess Tenant a service charge, which Tenant agrees to pay. Tenant agrees that they will not relocate the Container(s). In the event it is determined that the Container(s) has been relocated, Tenant agrees to pay an additional fee of not less than $75.00 and up to current retail value of the Container(s) plus any cost or shipping associated with the retrieval of the Container(s).

9. ALTERATIONS. Tenant shall not make or allow any alterations of any kind or description whatsoever to the Container(s) without, in each instance, the prior written consent of the Lessor.

10. LOCK. Tenant shall provide, at Tenant's own expense, a lock for the Container(s) which Tenant, in Tenant's sole discretion, deems sufficient to secure the Container(s). Tenant shall not provide Lessor or Lessor's Agents with a key and/or combination to Tenant's lock. All Containers must be locked prior to Lessor moving them.

IN WITNESS WHEREOF, the parties hereto have executed this Rental Agreement as of the date and year first written above, and agree to be bound by all of the provisions of this Rental Agreement including the provisions contained on the reverse side of this page.

By: LESSOR: NEW ORLEANS PORTABLE STORAGE, LLC      TENANT:      Date signed: _10-9-09_

Tenant Signature: _____

POD Number: _201370_      Tenant Name: _____

0012

| Payment Due Date | New Balance | Past Due Amount | Minimum Payment Due |
|---|---|---|---|
| 12/02/09 | $1,027.12 | $0.00 | $37.00 |

**CHASE** ◯

Account number:

$ 

I want to purchase optional Chase Payment Protector Plan. I've read the Benefits & Disclosures on back of insert.

Initials _____ Date _____

Make your check payable to:
Chase Card Services.
Please write amount enclosed.
New address or e-mail? Print on back.

4640182019260672000037000010271200000005948724

07275 BEX Z 31109 C
MARY K TORRANCE
4240 TUPELLO ST
BATON ROUGE LA 70808-3983

CARDMEMBER SERVICE
PO BOX 94014
PALATINE IL 60094-4014



Manage your account online:
www.chase.com/amazon

**Statement Date:**
10/08/09 - 11/07/09

Minimum Payment: $37.00
Payment Due Date: 12/02/09

Additional contact information
conveniently located on reverse side

| | |
|---|---|
| Minimum Payment Due for Credit Access Line | $37.00 |
| Total Minimum Payment Due | $37.00 |

### ACCOUNT SUMMARY

Account Number: 4640 1820 1926 0672

| | | | |
|---|---|---|---|
| Previous Balance | $3,710.44 | Credit Access Line | $15,950 |
| Payment, Credits | -$4,065.93 | Available Credit | $14,922 |
| Purchases, Cash, Debits | +$1,355.49 | Cash Access Line | $3,190 |
| Finance Charges | +$27.12 | Available for Cash | $3,190 |
| New Balance | $1,027.12 | | |

### AMAZON.COM POINTS SUMMARY

| | | |
|---|---|---|
| Previous Points Balance | 2,573 | Choose from cash, travel, Amazon gift |
| Points earned on all other purchases | 1,133 | certificates, and more! To redeem your points |
| Points earned on Amazon.com purchases | 401 | visit www.chase.com/amazon or call |
| Points earned on everyday purchases | 179 | 1-800-603-2265. |
| Remaining points balance | 4,286 | |

Your card allows you to earn points faster than ever! Earn 3 points for every eligible dollar spent at Amazon.com. Earn 2 points for every eligible dollar spent on gas, dining, drugstore, and office supply purchases. And earn 1 point for all other eligible purchases! Choose rewards for as few as 2,500 points! For complete program details, please refer to your Rewards Rules and Regulations.

### ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 10/28 | Payment - Thank You | -4,065.93 |
| 10/06 | CVSPHARMACY #5318 Q03 BATON ROUGE LA | 43.59 |
| 10/10 | PODS #70 504-7369029 LA | 233.31 |
| 10/10 | NEW BALANCE BATON ROUGE BATON ROUGE LA | 307.35 |
| 10/10 | PODS #70 504-7369029 LA | 233.31 |
| 10/12 | Amazon.com AMZN.COM/BILL WA | 133.40 |
| 10/12 | CSC*COSTUME SUPER CTR 888-575-5575 NJ | 35.48 |
| 10/15 | NFI*WWW.NETFLIX.COM/CC NETFLIX.COM CA | 18.52 |
| 10/16 | WALGREENS #7795 GREENWELL SPR LA | 45.91 |
| 10/16 | OAK POINT FRESH MAR GREENWELL SPR LA | 63.37 |
| 10/17 | NEW BALANCE BATON ROUGE BATON ROUGE LA | 38.15 |
| 10/21 | MLB.COM WWW.MLB.COM NY | 2.49 |
| 10/21 | PODS #70 504-7369029 LA | 200.61 |

### FINANCE CHARGES

| Category | Daily Periodic Rate 31 days in cycle | Corresp. APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee / Service Charge | Accumulated Fin Charge | FINANCE CHARGES |
|---|---|---|---|---|---|---|---|
| Purchases | V .03627% | 13.24% | $2,411.71 | $27.12 | $0.00 | $0.00 | $27.12 |
| Cash advances | V .05271% | 19.24% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total finance charges | | | | | | | $27.12 |

**Effective Annual Percentage Rate (APR):** 13.24%

Please see Information About Your Account section for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees
such as cash advance and balance transfer fees - expressed as a percentage.

**This Statement is a Facsimile - Not an original**

| | | | | | | |
|---|---|---|---|---|---|---|
| 0000001 | FIS33335 C 2 | 000 | N Z 07 | 09/11/07 | Page 1 of 2 | 06236 MA-MA 07275 | 31010000020000727501 |
| X 0441 INS13604 | | | | | | |

00013

CHASE ◆

| | | | |
|---|---|---|---|
| 01/01/10 | $885.14 | $0.00 | $17.00 |

**Account number**

$ 

Make your check payable to:
Chase Card Services.
Please write amount enclosed.
New address or e-mail? Print on back.

4640182019260672000017000008851400000000000008

39389 BEX Z 34109 C
MARY K TORRANCE
4240 TUPELLO ST
BATON ROUGE LA 70808-3983

CARDMEMBER SERVICE
PO BOX 94014
PALATINE IL 60094-4014



Statement Date:
11/08/09 - 12/07/09

Manage your account online:
www.chase.com/amazon

Minimum Payment:     $17.00
Payment Due Date:    01/01/10

Additional contact information
conveniently located on reverse side

Minimum Payment Due for Credit Access Line          $17.00
Total Minimum Payment Due                           $17.00

## ACCOUNT SUMMARY

Account Number: 4640 1820 1926 0672

| | | | |
|---|---|---|---|
| Previous Balance | $1,027.12 | Credit Access Line | $15,950 |
| Payment, Credits | -$2,204.52 | Available Credit | $15,064 |
| Purchases, Cash, Debits | +$2,062.54 | Cash Access Line | $3,190 |
| New Balance | $885.14 | Available for Cash | $3,190 |

## AMAZON.COM POINTS SUMMARY

| | | |
|---|---|---|
| Previous Points Balance | 4,286 | Choose from cash, travel, Amazon gift |
| Points earned on all other purchases | 1,743 | certificates, and more! To redeem your points |
| Points earned on Amazon.com purchases | 104 | visit www.chase.com/amazon or call |
| Points earned on everyday purchases | 571 | 1-800-603-2265. |
| Remaining points balance | 6,704 | |

Your card allows you to earn points faster than ever! Earn 3 points for every eligible dollar spent at Amazon.com. Earn 2 points for every eligible dollar spent on gas, dining, drugstore, and office supply purchases. And earn 1 point for all other eligible purchases! Choose rewards for as few as 2,500 points! For complete program details, please refer to your Rewards Rules and Regulations.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 11/28 | Payment - Thank You | -2,204.52 |
| 11/06 | ADT*SECURITY SERVICES 800-238-2455 FL | 34.99 |
| 11/09 | PODS #70 504-7369029 LA | 173.31 |
| 11/10 | PODS #70 504-7369029 LA | 173.31 |
| 11/11 | Amazon.com AMZN.COM/BILL WA | 34.49 |
| 11/12 | DILLARD'S 769 CORTANA MAL BATON ROUGE LA | 98.10 |
| 11/14 | WM SUPERCENTER BATON ROUGE ( LA | 230.83 |
| 11/15 | NFI*WWW.NETFLIX.COM/CC NETFLIX.COM CA | 18.52 |
| 11/17 | HERITAGE AUCTIONS 800-872-6467 TX | 84.25 |
| 11/16 | RMP BATON ROUGE    Q02 334-244-1355 LA | 40.00 |
| 11/16 | RMP BATON ROUGE    Q02 334-244-1355 LA | 16.00 |
| 11/17 | WALGREENS #7836 BATON ROUGE LA | 131.91 |
| 11/21 | PODS #70 504-7369029 LA | 140.61 |
| 11/24 | APL*ITUNES 866-712-7753 CA | 1.08 |
| 11/28 | DILLARD'S 769 CORTANA MAL BATON ROUGE LA | 134.02 |
| 11/28 | WM SUPERCENTER WALKER LA | 163.90 |
| 11/29 | THE OLIVE GARD00017590 MERIDIAN MS | 153.19 |
| 12/01 | BEAU RIVAGE-RESERVATIONS BILOXI MS | 234.08 |
| 12/02 | CASUAL MALE BIG&TALL CATA 800-767-0319 MA | 162.13 |
| 12/04 | APL*ITUNES 866-712-7753 CA | 4.22 |
| 12/04 | BEAU RIVAGE-RESERVATIONS BILOXI MS | 33.60 |

00014

**This Statement is a Facsimile - Not an original**

0000001 FIS33335 C 2                    000   N Z  07   09/12/07        Page 1 of 2        08236   MA MA  39389        3411000000200003938901
X 0441

**CHASE**

| Payment Due Date | New Balance | Past Due Amount | Minimum Payment Due |
|---|---|---|---|
| 02/01/10 | $153.48 | $0.00 | $28.00 |

Account number: 

$ 

Make your check payable to:
Chase Card Services.
Please write amount enclosed.
New address or e-mail? Print on back.

I want to purchase optional
Chase Payment Protector
Plan. I've read the Benefits &
Disclosures on back of insert.

Initials          Date

4640182019260672000028000001534800000005988939

43693 BEX Z 710 C
MARY K TORRANCE
4240 TUPELLO ST
BATON ROUGE LA 70808-3983

CARDMEMBER SERVICE
PO BOX 94014
PALATINE IL 60094-4014

amazon.com

Manage your account online:
www.chase.com/amazon

| Statement Date: | |
|---|---|
| 12/08/09 - 01/07/10 | |

Minimum Payment: **$28.00**
Payment Due Date: **02/01/10**

Additional contact information
conveniently located on reverse side

Minimum Payment Due for Credit Access Line          $28.00
Total Minimum Payment Due          $28.00

## ACCOUNT SUMMARY

Account Number: **4640 1820 1926 0672**

| | | | |
|---|---|---|---|
| Previous Balance | $885.14 | Credit Access Line | $15,950 |
| Payment, Credits | -$3,603.22 | Available Credit | $15,796 |
| Purchases, Cash, Debits | +$2,844.32 | Cash Access Line | $3,190 |
| Finance Charges | +$27.24 | Available for Cash | $3,190 |
| New Balance | $153.48 | | |

## AMAZON.COM POINTS SUMMARY

| | | |
|---|---|---|
| Previous Points Balance | 6,704 | Choose from cash, travel, Amazon gift |
| Points earned on all other purchases | 1,428 | certificates, and more! To redeem your points |
| Points earned on Amazon.com purchases | 4,001 | visit www.chase.com/amazon or call |
| Points earned on everyday purchases | 87 | 1-800-603-2265. |
| Remaining points balance | 12,220 | |

Your card allows you to earn points faster than ever! Earn 3 points for every eligible dollar spent at Amazon.com. Earn 2 points for
every eligible dollar spent on gas, dining, drugstore, and office supply purchases. And earn 1 point for all other eligible purchases!
Choose rewards for as few as 2,500 points! For complete program details, please refer to your Rewards Rules and Regulations.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 12/10 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | -1.00 |
| 01/02 | Payment - Thank You | -3,602.22 |
| 12/07 | ADT*SECURITY SERVICES 800-238-2455 FL | 34.99 |
| 12/07 | BLIZZARD ENT*WOW SUB BLIZZARD.COM CA | 41.97 |
| 12/08 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 170.64 |
| 12/09 | Amazon.com AMZN.COM/BILL WA | 5.36 |
| 12/08 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 185.07 |
| 12/08 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 82.84 |
| 12/08 | BARNES & NOBLE #2837 BATON ROUGE LA | 5.54 |
| 12/09 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 173.31 |
| 12/09 | PODS #70 504-7369029 LA | 173.31 |
| 12/10 | Amazon.com AMZN.COM/BILL WA | 9.97 |
| 12/10 | BESTBUYCOM 88994009 888-BESTBUY MN | 292.35 |
| 12/10 | PODS #70 504-7369029 LA | 173.31 |
| 12/11 | BEAU RIVAGE - BUFFET BILOXI MS | 53.48 |
| 12/12 | BEAU RIVAGE - BUFFET BILOXI MS | 42.78 |
| 12/13 | BEAU RIVAGE HOTEL CASINO BILOXI MS | 278.81 |
| 12/15 | NFI*WWW.NETFLIX.COM/CC NETFLIX.COM CA | 18.52 |
| 12/16 | Amazon.com AMZN.COM/BILL WA | 241.92 |
| 12/16 | Amazon.com AMZN.COM/BILL WA | 17.82 |
| 12/16 | Amazon.com AMZN.COM/BILL WA | 85.99 |
| 12/17 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 9.66 |
| 12/17 | Amazon.com AMZN.COM/BILL WA | 18.98 |
| 12/17 | Amazon.com AMZN.COM/BILL WA | 12.89 |
| 12/17 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 8.49 |

**This Statement is a Facsimile - Not an original**

0000000  FIS33335 C 2          000  N Z  07  10/01/07          Page 1 of 2          06236   MA MA  43693      0071000002000436930 1
X 0441 INS13840 INS14390

00015



Statement Date:
Account Number:

Page 2 of 2

## ACCOUNT ACTIVITY (CONTINUED)

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 12/17 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 8.99 |
| 12/17 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 4.73 |
| 12/17 | AMZ*SSI Magazines 800-586-2199 WA | 19.95 |
| 12/17 | Amazon.com AMZN.COM/BILL WA | 18.98 |
| 12/18 | WALMART.COM WALMART.COM AR | 29.27 |
| 12/17 | Amazon Digital Svcs 866-216-1072 WA | 2.99 |
| 12/17 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 5.94 |
| 12/18 | Amazon.com AMZN.COM/BILL WA | 228.77 |
| 12/18 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 13.98 |
| 12/18 | CVSPHARMACY #5374  Q03 GREENWELL SPR LA | 43.45 |
| 12/20 | Amazon.com AMZN.COM/BILL WA | 27.33 |
| 12/20 | APL*ITUNES 866-712-7753 CA | 13.03 |
| 12/21 | PODS #70 504-7369029 LA | 140.61 |
| 12/29 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 9.63 |
| 12/29 | Amazon.com AMZN.COM/BILL WA | 50.59 |
| 12/29 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 12.98 |
| 12/29 | Amazon.com AMZN.COM/BILL WA | 30.99 |
| 12/29 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 8.77 |
| 12/29 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 5.44 |
| 01/01 | LATE FEE | 39.00 |
| 01/01 | WEIGHTWATCHERS.COM INC 800-957-4293 NY | 16.95 |
| 01/06 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 32.48 |
| 01/06 | ADT*SECURITY SERVICES 800-238-2455 FL | 34.99 |
| 01/06 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 6.82 |
| 01/06 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 8.04 |
| 01/06 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 12.99 |
| 01/06 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 13.97 |

## FINANCE CHARGES

| Category | Daily Periodic Rate 31 days in cycle | Corresp. APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee / Service Charge | Accumulated Fin Charge | FINANCE CHARGES |
|---|---|---|---|---|---|---|---|
| Purchases | V .03627% | 13.24% | $2,422.70 | $27.24 | $0.00 | $0.00 | $27.24 |
| Cash advances | V .05271% | 19.24% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total finance charges | | | | | | | $27.24 |

**Effective Annual Percentage Rate (APR):**     13.24%

Please see Information About Your Account section for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees
such as cash advance and balance transfer fees - expressed as a percentage.

00016

| 03/04/10 | $620.97 | $0.00 | $12.00 | CHASE ◯ |
|---|---|---|---|---|

**Account number:**

$ [ . ]

Make your check payable to:
Chase Card Services.
Please write amount enclosed.
New address or e-mail? Print on back.

4640182019260672000012000006209700000000000005

28557 BEX Z 03810 C
MARY K TORRANCE
4240 TUPELLO ST
BATON ROUGE LA 70808-3983

CARDMEMBER SERVICE
PO BOX 94014
PALATINE IL 60094-4014



**amazon**.COM·

Manage your account online:
www.chase.com/amazon

Additional contact information
conveniently located on reverse side

## ACCOUNT SUMMARY

Account Number: 4640 1820 1926 0672

| | |
|---|---|
| Previous Balance | $153.48 |
| Payment, Credits | -$1,079.78 |
| Purchases | +$1,546.27 |
| Fees Charged | +$1.00 |
| New Balance | $620.97 |
| | |
| Opening/Closing Date | 01/08/10 - 02/07/10 |
| Credit Access Line | $15,950 |
| Available Credit | $15,329 |
| Cash Access Line | $3,190 |
| Available for Cash | $3,190 |

## PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $620.97 |
| Payment Due Date | 03/04/10 |
| Minimum Payment Due | $12.00 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay up to a $39.00 late fee and your APRs will be subject to increase to a maximum Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 8 years | $1,001.00 |
| $21.00 | 3 years | $757.00 (Savings=$244.00) |

If you would like information about credit counseling services, call 1-866-797-2885.

## AMAZON.COM POINTS SUMMARY

| | | |
|---|---|---|
| Previous Points Balance | 12,220 | Choose from cash, travel, Amazon gift |
| Points earned on all other purchases | 1,137 | certificates, and more! To redeem your points |
| Points earned on Amazon.com purchases | 1,182 | visit www.chase.com/amazon or call |
| Remaining points balance | 14,539 | 1-800-603-2265. |

Your card allows you to earn points faster than ever! Earn 3 points for every eligible dollar spent at Amazon.com. Earn 2 points for every eligible dollar spent on gas, dining, drugstore, and office supply purchases. And earn 1 point for all other eligible purchases! Choose rewards for as few as 2,500 points! For complete program details, please refer to your Rewards Rules and Regulations.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| | PAYMENTS AND OTHER CREDITS | |
| 01/08 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | -15.99 |
| 01/27 | Payment - Thank You | -1,063.79 |
| | PURCHASES | |
| 01/08 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 6.71 |
| 01/07 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 12.49 |
| 01/07 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 4.00 |
| 01/08 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 15.99 |
| 01/08 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 8.74 |
| 01/10 | Amazon Digital Svcs 866-216-1072 WA | .99 |
| 01/09 | PODS #70 504-7369029 LA | 173.31 |
| 01/10 | PODS #70 504-7369029 LA | 173.31 |
| 01/15 | NFI*WWW.NETFLIX.COM/CC NETFLIX.COM CA | 18.52 |
| 01/17 | Amazon Digital Svcs 866-216-1072 WA | 2.99 |
| 01/18 | Amazon Digital Svcs 866-216-1072 WA | 4.79 |
| 01/19 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 23.94 |

**This Statement is a Facsimile - Not an original**

00017

0000001  FIS33335 C 2          000  N  Z  07   10/02/07          Page 1 of 2          06236   MA MA  28557          0361000002000285570 1
X 0441 INS14496

Statement Date:   01/08/10 - 02/07/10
Account Number:   ███████

Page 2 of 2

## ACCOUNT ACTIVITY (CONTINUED)

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 01/19 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 15.94 |
| 01/19 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 5.73 |
| 01/19 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 12.68 |
| 01/19 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 7.94 |
| 01/19 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 10.98 |
| 01/19 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 4.00 |
| 01/20 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 10.56 |
| 01/20 | Amazon.com AMZN.COM/BILL WA | 43.59 |
| 01/20 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 8.99 |
| 01/21 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 18.99 |
| 01/21 | BESTBUYCOM   88994009 888-BESTBUY MN | 193.44 |
| 01/21 | PODS #70 504-7369029 LA | 140.61 |
| 01/25 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 7.07 |
| 01/26 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 6.99 |
| 01/28 | POTTERY BARN KIDS E-CO 800-290-8181 CA | 51.05 |
| 01/28 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 42.98 |
| 01/27 | BIBLIO.COM, INC. 800-813-9432 NC | 36.53 |
| 01/28 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 3.99 |
| 01/28 | BIBLIO.COM, INC. 800-813-9432 NC | 24.50 |
| 01/28 | Amazon.com AMZN.COM/BILL WA | 22.22 |
| 01/28 | DILLARD'S 698 DDS DIRECT 877-272-2601 TN | 204.57 |
| 01/31 | Amazon.com AMZN.COM/BILL WA | 53.67 |
| 01/31 | APL*ITUNES 866-712-7753 CA | 18.47 |
| 02/01 | WEIGHTWATCHERS.COM INC 800-957-4293 NY | 16.95 |
| 02/01 | OAK POINT FRESH MAR GREENWELL SPR LA | 71.06 |
| 02/06 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 5.70 |
| 02/06 | APL*ITUNES 866-712-7753 CA | 14.11 |
| 02/05 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 8.94 |
| 02/06 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 4.78 |
| 02/06 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 8.74 |
| 02/05 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 5.73 |
| 02/06 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 18.99 |

| | FEES CHARGED | |
|---|---|---|
| 02/07 | MINIMUM INTEREST CHARGE | 1.00 |
| | TOTAL FEES FOR THIS PERIOD | $1.00 |

| 2010 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2010 | $1.00 |
| Total interest charged in 2010 | $0.00 |

Year-to-date totals reflect all charges minus any refunds
applied to your account on or after January 31, 2010.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) 31 Days in Cycle | Balance Subject To Interest Rate | Interest Charges | Accrued Interest Charges |
|---|---|---|---|---|
| Purchases | 13.24% (v) | $84.91 | $0.00 | $0.00 |
| Cash Advances | 19.24% (v) | $0.00 | $0.00 | $0.00 |

(v) = Variable Rate

Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice,
How to Avoid Interest on Purchases, and other important information, as applicable.

| Payment Due Date | New Balance | Past Due Amount | Minimum Payment |
|---|---|---|---|
| 04/04/10 | $6,561.73 | $0.00 | $131.00 |

**CHASE**

Account number

$ _____

Make your check payable to:
Chase Card Services.
Please write amount enclosed,
New address or e-mail? Print on back.

I want to purchase optional
Chase Payment Protector
Plan. I've read the Benefits &
Disclosures on back of insert.

Initials _____  Date _____

4640182019260672000013100006561730000000006022487

25198 BEX Z 06610 C
MARY K TORRANCE
4240 TUPELLO ST
BATON ROUGE LA 70806-3983

CARDMEMBER SERVICE
PO BOX 94014
PALATINE IL 60094-4014



amazon.com

Manage your account online:
www.chase.com/amazon

Additional contact information
conveniently located on reverse side

## ACCOUNT SUMMARY

Account Number: 4640 1820 1926 0672

| | |
|---|---|
| Previous Balance | $620.97 |
| Payment, Credits | -$622.47 |
| Purchases | +$6,563.23 |
| New Balance | $6,561.73 |
| | |
| Opening/Closing Date | 02/08/10 - 03/07/10 |
| Credit Access Line | $15,950 |
| Available Credit | $9,388 |
| Cash Access Line | $3,190 |
| Available for Cash | $3,190 |

## PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $6,561.73 |
| Payment Due Date | 04/04/10 |
| Minimum Payment Due | $131.00 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay up to a $39.00 late fee and your APRs will be subject to increase to a maximum Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 28 years | $13,589 |
| $222 | 3 years | $7,995 (Savings=$5,594) |

If you would like information about credit counseling services, call 1-866-797-2885.

## AMAZON.COM POINTS SUMMARY

| | |
|---|---|
| Previous Points Balance | 14,539 |
| Points earned on all other purchases | 5,972 |
| Points earned on Amazon.com purchases | 1,506 |
| Points earned on everyday purchases | 176 |
| Remaining points balance | 22,193 |

Choose from cash, travel, Amazon gift certificates, and more! To redeem your points visit www.chase.com/amazon or call 1-800-603-2285.

Your card allows you to earn points faster than ever! Earn 3 points for every eligible dollar spent at Amazon.com. Earn 2 points for every eligible dollar spent on gas, dining, drugstore, and office supply purchases. And earn 1 point for all other purchases! Choose rewards for as few as 2,500 points! For complete program details, please refer to your Rewards Rules and Regulations.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| | **PAYMENTS AND OTHER CREDITS** | |
| 02/25 | Payment - Thank You | -620.97 |
| 03/03 | Amazon.com AMZN.COM/BILL WA | -1.50 |
| | **PURCHASES** | |
| 02/07 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 7.39 |
| 02/06 | SEASHELL BOOKS.COM INC. 727-525-6599 FL | 26.48 |
| 02/07 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 6.74 |
| 02/08 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 5.48 |
| 02/08 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 4.99 |
| 02/08 | Amazon.com AMZN.COM/BILL WA | 25.70 |
| 02/08 | ADT*SECURITY SERVICES 800-238-2455 FL | 34.99 |
| 02/08 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 4.76 |
| 02/08 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 13.44 |
| 02/08 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 6.74 |
| 02/08 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 5.16 |
| 02/08 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 5.03 |

**This Statement is a Facsimile - Not an original**

0000001  F:S53335 C 2
X 0441 INS14391 INS14369

000  N  Z  07  10/03/07        Page 1 of 3        06236  MA MA 25198        0681000002000251980

C0019

Statement Date:  02/08/10 – 03/07/10
Account Number:

Page 2 of 3
OVER

## ACCOUNT ACTIVITY (CONTINUED)

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 02/08 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 16.57 |
| 02/09 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 5.41 |
| 02/09 | Amazon Prime 866-557-2820 NV | 79.00 |
| 02/09 | Amazon.com AMZN.COM/BILL WA | 35.19 |
| 02/08 | RITE AID STORE 7321 BATON ROUGE LA | 47.95 |
| 02/10 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 25.99 |
| 02/09 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 4.97 |
| 02/09 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 4.59 |
| 02/09 | Amazon.com AMZN.COM/BILL WA | 18.68 |
| 02/10 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 17.96 |
| 02/09 | PODS #70 504-7369029 LA | 173.31 |
| 02/10 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 7.57 |
| 02/11 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 9.16 |
| 02/10 | RACETRAC191  00001917 BATON ROUGE LA | 40.00 |
| 02/11 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 5.26 |
| 02/10 | PODS #70 504-7369029 LA | 173.31 |
| 02/12 | BARNES&NOBLE*COM 800-843-2665 NJ | 328.73 |
| 02/12 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 23.99 |
| 02/12 | Amazon.com AMZN.COM/BILL WA | 30.96 |
| 02/13 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 7.12 |
| 02/13 | BARNES&NOBLE*COM 800-843-2665 NJ | 22.65 |
| 02/12 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 4.45 |
| 02/13 | POTTERY BARN KIDS E-CO 800-290-8181 CA | 74.13 |
| 02/12 | PODS #70 504-7369029 LA | 140.00 |
| 02/13 | APL*ITUNES 866-712-7753 CA | 23.93 |
| 02/14 | BARNES&NOBLE*COM 800-843-2665 NJ | 6.97 |
| 02/15 | NFI*WWW.NETFLIX.COM/CC NETFLIX.COM CA | 18.52 |
| 02/16 | POTTERY BARN KIDS E-CO 800-290-8181 CA | 24.29 |
| 02/16 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 4.00 |
| 02/17 | KINDLE-TheNewYorke 866-216-1072 WA | 2.99 |
| 02/17 | BASSETT FURNITURE DIRECT BATON ROUGE LA | 2,037.21 |
| 02/17 | BED BATH & BEYOND #578 BATON ROUGE LA | 236.71 |
| 02/19 | PODS #70 504-7369029 LA | 70.00 |
| 02/22 | ATHLON SPORTS COMMUNICAT 615-327-0747 TN | 10.98 |
| 02/23 | Amazon.com AMZN.COM/BILL WA | 56.50 |
| 02/22 | LINDY'S SPORTS ANNUALS 205-8711182 AL | 9.49 |
| 02/26 | POTTERY BARN KIDS E-CO 800-290-8181 CA | 21.66 |
| 03/01 | Amazon.com AMZN.COM/BILL WA | 16.50 |
| 02/27 | PIER 1     00003020 BATON ROUGE LA | 381.45 |
| 02/28 | BARNES & NOBLE #2837 BATON ROUGE LA | 81.16 |
| 03/01 | WEIGHTWATCHERS.COM INC 800-957-4293 NY | 16.95 |
| 03/03 | POTTERY BARN E-COMMERC 800-922-9934 CA | 874.94 |
| 03/02 | FRIGIDAIRE FILTER/ITEM 877-808-4195 GA | 43.55 |
| 03/03 | DILLARD'S 698 DDS DIRECT 877-272-2601 TN | 95.14 |
| 03/03 | JCPENNEY CATLG 9821 800-221-8019 KS | 97.53 |
| 03/02 | BASSETT FURNITURE DIRECT BATON ROUGE LA | 778.26 |
| 03/04 | METAPRESS 205-980-3962 AL | 30.00 |
| 03/04 | Amazon.com AMZN.COM/BILL WA | 10.20 |
| 03/05 | Amazon.com AMZN.COM/BILL WA | 10.00 |
| 03/04 | MLB.COM WWW.MLB.COM NY | 119.95 |
| 03/04 | DILLARD'S 698 DDS DIRECT 877-272-2601 TN | 19.61 |
| 03/05 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 7.33 |
| 03/05 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 4.99 |
| 03/06 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 8.57 |

### 2010 Totals Year-to-Date

| | |
|---|---|
| Total fees charged in 2010 | $1.00 |
| Total interest charged in 2010 | $0.00 |

Year-to-date totals reflect all charges minus any refunds
applied to your account on or after January 31, 2010.



00020

**This Statement is a Facsimile - Not an original**

X  0000001  FIS33335 C 2        000  N  Z  07  10/03/07     Page 2 of 3        06236  MA MA  25196    0661000002000251980Z



# Construction Specialties

12421 South Choctaw Drive
Baton Rouge, LA 70815
Phone 225.272.9858  Fax 225.272.9863



| Date | Invoice # |
|---|---|
| 12/28/2009 | 1199 |

**Bill To:**

Matt Torrence

| Project |
|---|
| 4240 Torrence |

| DESCRIPTION | AMOUNT |
|---|---|
| Demo Drywall and Insulation | |
| Material and Labor for New Drywall and Insulation | $4,401.00 |
| Added Back Room. Drywall Material and Labor only. | $291.00 |

Pd. 12|28|09
#4,692.00
CK # 2397

| | $    4,692.00 |
|---|---|

Make all checks payable to **Construction Specialties.**

### THANK YOU FOR YOUR BUSINESS!

00021

R. B. ELECTRIC CO., INC
P. O. BOX 250
DENHAM SPRINGS, LA 70727-0250

(225) 273-4500   **Fax:** (225) 273-4501

**TAXPAYER ID: 72-0846812**

| | |
|---|---|
| **INVOICE NO:** | 7288 |
| **DATE:** | 2/25/2010 |

**BILL TO:**
MATT TORRANCE
4240 TUPELLO STREET

BATON ROUGE      LA  70808

| PO NUMBER | WORK COMPLETED | AUTHORIZED BY | TECHNICIAN |
|---|---|---|---|
| | 1/29/10 | MATT | GARY |

RE:  TUPELO STREET

| DESCRIPTION | AMOUNT |
|---|---|
| LABOR AND MATERIAL TO REMOVE AND INSTALL ELECTRICAL DUE TO THE REMOVAL OF CHINESE DRYWALL. | 5,100.00 |

*Pd. 3-10-10*
*$5100⁰⁰*
*CK # 2431*

Due Upon Receipt

*THANK YOU FOR YOUR BUSINESS!*

**TOTAL:**      5,100.00

00022

Matthew J Torrance
Mary K Torrance
Ph 225-377-2031
4240 Tupello Street
Baton Rouge, LA 70808

2431

84-362/654

3-10-10

pay to the order of _RB Electric_____ | $ 5100⁰⁰

_five thousand one hundred & NO/100s_____ dollars

# REGIONS

for invoice # 7208

Mary K. Torrance

⑆065403626⑆ 43021516261⑆ 2431 ⑈0000510000⑈

FOR DEPOSIT ONLY
R&B ELECTRIC CO.
ACCT. #6601016385

REGIONS BANK 03/15/10
E6497   SS 9501816385-.1
▶062000019◀
4000580483

00023

Air Control Engineering, Inc.

24330 Sebastian
P.O. Box 305
Plaquemine, LA 70765

# Invoice

| DATE | INVOICE # |
|---|---|
| 2/26/2010 | 00-26614 |

| BILL TO |
|---|
| Matthew Torrance<br>4240 Tupello St.<br>Baton Rouge, LA 70808 |

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
|  | net 30 days |  |

| ITEM | DESCRIPTION | Est Amt | Prior Amt | Prior % | QTY | RATE | Curr % | Total % | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| Trim-out | 09-186  Complete HVAC System |  |  |  | 1 | 7,940.00 |  |  | 7,940.00 |

Pd. 3-10-10
$15,940.00
CK #2432

| | Total | $7,940.00 |
|---|---|---|

C0024



**Heating and Air Conditioning**
**Residential and Commercial**



AIR CONTROL *Engineering* Incorporated

**CONTRACT and/or QUOTATION**

P.O. Box 305
24330 Sebastian Rd.
Plaquemine, LA 70764
Phone: 687-6417
Baton Rouge: 343-0218
Fax: 687-4863

**MATHEW & MARY KATHERINE TORRANCE**
**4240 TUPELLO ST.**
**BATON ROUGE, LA**

Air Control Engineering, Inc., (contractor) agrees to furnish the following Heating and/or Air Conditioning equipment and other necessary materials and/or labor for installation according to the following specifications:-

| | | |
|---|---|---|
| FURNACE: | **CBX27UH-018** | **1 ½ Ton air conditioner with 5 kw electric heat.** |
| COIL: | **ECB29-5** | |
| CONDENSER: | **XC14-018** | **LENNOX EQUIPMENT - Refrigerant R-410A - SEER 16.20** |

**NOTE: This unit qualifies for a $1,500.00 Federal Tax Credit.**

| | | | |
|---|---|---|---|
| CONDENSER SLAB | ———— | GAS PIPING | ———— |
| FRESH AIR MAKEUP | ———— | VENT PIPING | ———— |
| FIRESTAT OR SMOKE DETECTOR | ———— | DRAIN PIPING | **X** |
| REFRIGERATION TUBING | **X** | THERMOSTAT | **DIGITAL** |
| PERMITS | **X** | SAFETY FLOAT SWITCH | **X** |
| DUCT OUTLETS | **5** | CUTTING AND PATCHING | ———— |
| CONTROL WIRING | **X** | REMOVE EXISTING EQUIPMENT | ———— |
| HEAT EXCHANGER WARRANTY | | BATH VENTS | ———— |
| COMPRESSOR WARRANTY | **10 YEARS** | DRYER VENTS | ———— |
| .LLES | **AIRMATE** | | |

This contractor agrees to build furnace platform for horizontal units with material furnished by General Contractor/Owner unless specified in this contract.
This contractor is not responsible for any electrical connections to Condenser, Furnace, or Thermostat unless specified in this contract.
Gas piping and drain piping outlets to be within 5 feet of unit.

All Work to be completed by contractor in a workmanlike manner for a Total Price of             **$5,480.00** ✓

60% due on rough in and 40% due upon completion.

SUBMITTED BY: WARREN SCHNEBELEN                                                **9-Nov-09**

TERMS AND CONDITIONS

Prices contained in this quotation are firm for a period of (30) thirty days from bid date shown above and are subject to change thereafter without notice. Upon acceptance by both parties, this pricing is good for 180 days. Should this contract not be completed after 180 days, a surcharge of 6% will be added to the outstanding balance and an additional 1% will be added for each month thereafter until completion. Accounts are delinquent 10 days from statement dates. Delinquent Accounts shall be subject to late charge of 1 ½ % per month not to exceed 18% per year. It is further agreed that if delinquent accounts are placed with an attorney for collection, the below signed agrees to pay an additional 25% of the total of the amount owed and late charges as attorney fees, and further agrees to pay all lien costs. All parts and labor guaranteed one (1) year from date of original start up unless otherwise noted.

ACCEPTED BY: _____ DATE: _____

**Heating and Air Conditioning**
**Residential and Commercial**

**CONTRACT and/or QUOTATION**

AIR CONTROL *Engineering* Incorporated

P.O. Box 305
24330 Sebastian Rd.
Plaquemine, LA 70764
Phone: 687-6417
Baton Rouge: 343-0218
Fax: 687-4863

**LENNOX**

**MATHEW & MARY KATHERINE TORRANCE**
**4240 TUPELLO ST.**
**BATON ROUGE, LA**

Air Control Engineering, Inc., (contractor) agrees to furnish the following Heating and/or Air Conditioning equipment and other necessary materials and/or labor for installation according to the following specifications:-

| | | |
|---|---|---|
| FURNACE: | **G60UHV-60C-090** | **4 Ton air conditioner with variable speed gas furnace (2 stage heat)** |
| COIL: | **CH33-50/60C** | |
| CONDENSER: | **XC15-048** | **LENNOX EQUIPMENT - Refrigerant R-410A - SEER 15.00** |

**XC16-048 - SEER 15.50 - Two speed compressor - add $450.00.**
**Price includes labor to remove existing unit and duct work.**

| | | | |
|---|---|---|---|
| CONDENSER SLAB | _____ | GAS PIPING | X |
| FRESH AIR MAKEUP | _____ | VENT PIPING | X |
| FIRESTAT OR SMOKE DETECTOR | _____ | DRAIN PIPING | X |
| REFRIGERATION TUBING | X | THERMOSTAT | **DIGITAL** |
| PERMITS | X | SAFETY FLOAT SWITCH | X |
| DUCT OUTLETS | | CUTTING AND PATCHING | |
| CONTROL WIRING | X | REMOVE EXISTING EQUIPMENT | X |
| HEAT EXCHANGER WARRANTY | **20 YEARS** | BATH VENTS | _____ |
| COMPRESSOR WARRANTY | **10 YEARS** | DRYER VENTS | _____ |
| LLES | **AIRMATE** | | |

This contractor agrees to build furnace platform for horizontal units with material furnished by General Contractor/Owner unless specified in this contract.
This contractor is not responsible for any electrical connections to Condenser, Furnace, or Thermostat unless specified in this contract.
Gas piping and drain piping outlets to be within 5 feet of unit.

All Work to be completed by contractor in a workmanlike manner for a Total Price of     **$10,800.00**  ✓

60% due on rough in and 40% due upon completion.

SUBMITTED BY: WARREN SCHNEBELEN                                   9-Nov-09

TERMS AND CONDITIONS

Prices contained in this quotation are firm for a period of (30) thirty days from bid date shown above and are subject to change thereafter without notice. Upon acceptance by both parties, this pricing is good for 180 days. Should this contract not be completed after 180 days, a surcharge of 6% will be added to the outstanding balance and an additional 1% will be added for each month thereafter until completion. Accounts are delinquent 10 days from statement dates. Delinquent Accounts shall be subject to late charge of 1 ½ % per month not to exceed 18% per year. It is further agreed that if delinquent accounts are placed with an attorney for collection, the below signed agrees to pay an additional 25% of the total of the amount owed and late charges as attorney fees, and further agrees to pay all lien costs. All parts and labor guaranteed one (1) year from date of original start up unless otherwise noted.

ACCEPTED BY: _____     DATE: _____

00025

Matthew J Torrance
Mary K Torrance
Ph 225-377-2031
4240 Tupello Street
Baton Rouge, LA 70808

2432

84-362/654

3-10-10

pay to the order of  Air Control

$ 15940.00

fifteen thousand nine hundred forty & NO/100 dollars

**REGIONS**

for Invoice # 00-26614

Mary K Terrance

⑈065403626⑈ 43021516 26⑈ 2432⑈

PAY TO THE ORDER OF
IBERVILLE TRUST & SAVINGS BAN
PLAQUEMINE, LA 70765
065400603
FOR DEPOSIT ONLY
AIR CONTROL ENGINEERING, INC
010021337

Iberia Bank 0654-00603 03/26/2010 00040100152

00027

Plumbing Solutions, LLC
P.O. Box 624
St. Amant, LA 70774

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/12/2010 | 1667 |

| Bill To |
|---------|
| Selco Construction, Inc.<br>8484 Athens Avenue<br>Baton Rouge, LA 70814 |

| Terms | Project | Account # |
|-------|---------|-----------|
| Due on receipt | 4240 Tupelo Street | |

| Description | Amount |
|-------------|--------|
| Plumbing - Service | 1,904.59 |
| Plumbing - Water Heater | 398.84 |

Pd. 3-11-10
$2303.43
CK# 2437

Please remit to above address.

| | |
|---|---|
| **Total** | $2,303.43 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $2,303.43 |

| Phone # | Fax # |
|---------|-------|
| 225-644-3649 | 225-647-3682 |

00028

Matthew J Torrance
Mary K Torrance
Ph 225-377-2031
4240 Tupello Street
Baton Rouge, LA 70808

2437
84-362/654

3-11-10

pay to the order of _Plumbing Solutions_ _____ $ 2303 43

_two thousand three hundred three & 45/100_ dollars

**△ REGIONS**

invoice # 1007

Mary K Torrance

⑆065403626⑆ 4302151626⑉ 2437

PAY TO THE ORDER OF
HIBERNIA NATIONAL BANK
GONZALES, LA 70737
(66R00090
FOR DEPOSIT ONLY
PLUMBING SOLUTIONS LLC
225-54282

00029



# Bid

## Harry's Painting Service

DATE: DECEMBER 28, 2009

7508 Barringer Rd, Baton Rouge, La. 70817
Phone (225)936-6035 Fax (225)751-1456
e-mail – hpservice225@aol.com

TO    Attn: Matthew
      Salco Construction

| JOB LOCATION |
|---|
| Matthew Torrance House |

| SERVICE DESCRIPTION |
|---|

- Tape and float sheetrock, ceilings and walls.
- Prime and paint all sheetrock, trim, doors, crown molding, baseboards, etc.
- Areas included: kitchen, dining, master bedroom, bath and study closet.
- No cabinets included.
- Apply 2-coats of Eg-shel to den/library walls only.
- Mary K.'s Study – Apply 2-coats of paint to wall only.
- Matthew's new study – Tape, float, prime, and paint w/trim.
- Matthew's old study – Apply 2-coats of paint to walls only.

| | MATERIAL & LABOR   TOTAL | $8,375.00 |
|---|---|---|

1-06-10: Pd. $5025.00 (60%) ck # 2406

## THANK YOU FOR YOUR BUSINESS!

# Bid

## Harry's Painting Service

DATE: JANUARY 17, 2010

7508 Barringer Rd, Baton Rouge, La. 70817
Phone (225)936-6035 Fax (225)751-1456
e-mail - hpservice225@aol.com

TO    Attn: Matthew
      Salco Construction

| JOB LOCATION |
| --- |
| Matthew Torrance House |

| SERVICE DESCRIPTION |
| --- |
| •   Complete painting of all walls and closets. |
| •   Painted all trim work with hall and hall bath. |

*Pd. 1-20-2010*
*#3,350⁰⁰*
*CK #2413*

| | MATERIAL & LABOR   TOTAL | $3,350.00 |
| --- | --- | --- |

THANK YOU FOR YOUR BUSINESS!



Trans Unlimited LLC

PO Box 45750
Baton Rouge, LA 70895

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/14/2010 | 2008-196 |

| Bill To |
|---------|
| Cash Customer |

| P.O. No. | Terms | Project |
|----------|-------|---------|
|          |       |         |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
|          | Build and install closet cabinetry and base unit book shelf | 2,800.00 | 2,800.00 |

1-15-2010
Pd. $2800.00
ck # 2410

| | Total | $2,800.00 |
|---|-------|-----------|

00033



St. Tammany Glass, LLC

1250 Collins Blvd.
Covington, LA  70433

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/9/2010 | 33960 |

| Bill To | Ship To |
|---------|---------|
| MARY KATHERINE TORRANCE<br>4240 TUPELO STREET<br>BATON ROUGE, LA | |

| P.O. No. | TERMS | DUE DATE | Order Taken By |
|----------|-------|----------|----------------|
| | on receipt | 2/9/2010 | TERRI |

| Item | Description | Amount |
|------|-------------|--------|
| SHOWER DOORS - FRA... | SHOWER DOORS - FRAMELESS 3/8" CLEAR GLASS WITH BRUSHED NICKEL HARDWARE AND CLEAR SHIELD APPLIED TO GLASS | 642.20 |

*Pd. 3-1-10*
*$700⁰⁰*
*CK #2427*

It's been a pleasure working with you!

Customer is liable for all collection and legal fees incurred in collecting this invoice.  1.5% late charge will be added monthly for all invoices past due after 30 days.

| Subtotal | $642.20 |
|----------|---------|
| Sales Tax  (9.0%) | $57.80 |
| Total | $700.00 |
| Payments/Credits | $0.00 |
| **Balance Due** | $700.00 |

| ____ Completed | ____ Not Completed | |
|----------------|--------------------|----|
| ____ Paid Cash | ____ Paid Check | ____ Paid Credit ... |
| ____ Not Paid | | |

| Phone # | Fax # |
|---------|-------|
| 985-893-4661 | 985-893-4676 |

| Web Site |
|----------|
| www.sttammanyglassllc.com |

00035

Matthew J Torrance
Mary K Torrance
Ph 225-377-2031
4240 Tupello Street
Baton Rouge, LA 70808

8-1-10

2427
84-362/654

pay to the order of   St. Tammany Glass                    $ 700⁰⁰

Seven hundred ° no/₁₀₀                                    dollars

**REGIONS**

for INVOICE #33960                        Mary K Torrance

⑆065403626⑆ 43021516626⑈ 2427

H65000794
0094471825        03952019
CAPITAL ONE, N.A.

0004471825

PAY TO THE ORDER OF
HIBERNIA NATIONAL BANK
BATON ROUGE, LA 70810
065000090
FOR DEPOSIT ONLY
ST TAMMANY GLASS LLC
0882123839

00036

*(handwritten, top right)*
INV LX# 2419
$113.00 XX
2/8/10
K.M

STANTON'S APPLIANCE
9140 S. CHOCTAW
BATON ROUGE, LA. 70815
(225)926-8321 OR (225)275-6220

ACCT#: 3772031          TICKET #:      195177        DATE OF ORDER: 02/02/201
MARY TORRANCE                                        AGENT: DC MAP: *641E*
4240 TUPELO ST                                       PROMISED:   MON 02/08/201
BATON ROUGE, LA  70808                               TIME " BETWEEN   9-5 A
                                                                PURCHASE DT
HOME#: 225-377-2031   WORK#: 225-806-9709 EXT:       P.O. #

MAKE          PRODUCT        MODEL          MFG #        SERIAL
FRIGIDAIRE    REFRIGERATOR   *FLSC238DS8*              *4A7I113253*
WHIRLPOOL     ~~RANGE~~                                *X41208293*
              *COOKTOP*      *SCS3017RS01*

TROUBLE REPORTED:
REF NOT COMING ON
RANGE ALL BURNERS CLICKING
PAY BY CHECK                              SERVICE CALL        C.O.D.

| QTY | MAKE | PART NO. | DESCRIPTION | PRICE | EXTENSIO |
|-----|------|----------|-------------|-------|----------|
| 1 | | | SPARK MODULE | | |
| 1 | | | BURNER CAP (SMALL) | | |
| 3 | | | BURNER CAP (MED) | | |
| 1 | | | GRATE (Left) | | |
| 1 | | | GRATE (Right) | | |

*Quote Customer*

                                          *CK 2ND APPLIANCE  20.00*

SERVICE PERFORMED:                        TOTAL MATERIALS
*COOKTOP NEED'S PARTS LISTED ABOVE*    SERVICE CALL    *75.00*
*REFRIGERATOR RUNNING AT THIS TIME;*   LABOR           *18.00*
*NOT DOWN TO TEMPERTURE yet.*

TECH: *K.M.*        1ST DT SV *2/8*
   LOC              2ND DT SV                                  *113.00*
1- TIME IN:        OUT:        TOTAL:        HRS      TAX       *Ø*
2- TIME IN:        OUT:        TOTAL:        HRS
                                                     TOTAL     *113.00 XX*
SIGNATURE  X *Mary K. ...*
*Signature above constitutes acceptance of service performed as being
satisfactory and that the equipment has been left in good condition.* 00037



```
          STANTON'S APPLIANCE
          9140 S. CHOCTAW
          BATON ROUGE, LA. 70815
          (225)926-8321 OR (225)275-6220

                    I    N    V    O    I    C    E
==================================================================
INVOICE     220953                  SL# KM I DEPT# SV  LOC# W
                                           I
S      MARY TORRANCE                       I S  SRV 3772031        196647
O      4240 TUPELO ST                      I H  TORRANCE,MARY
L                                          I I  4240 TUPELO ST
D      BATON ROUGE        LA  70808        I P  BATON ROUGE        LA  70808
                                           I
==================================================================
DATE 03/12/2010 PO/NARDA          TERMS NET 10TH      PAY METHOD C.O.D.
==================================================================

QTY    MAKE   PRODUCT          DESCRIPTION           PRICE       EXTENSION
1.25   LAB    LAB              LABOR                 72.00          90.00
1      WPL    W10110491        MODULE-SPK            17.99          17.99
1      WPL    8286153CB        BURNER CAP            18.32          18.32
1      WPL    8286154CB        BURNER CAP            25.87          25.87
2      WPL    8286155CB        BURNER CAP            20.63          41.26
```

Pd. CK# 2438
3-16-2010
$210.85

```
          REPALCED SPARK MODULE,AND BURNER CAP'S
          ON THE CT

==================================================================
SUB TOTAL   193.44  TAX   17.41  DEL         DISC        TOTAL   210.85
==================================================================

          WE ARE GROWING! JUST ASK YOUR REPRESENTATIVE
          THANK YOU FOR YOUR LOYALTY AND BUSINESS!

          **     C A S H    O N    D E L I V E R Y    * *

                   T H A N K    Y O U

     *    NO REFUNDS ON SPECIAL ORDER PARTS, ELECTRICAL OR GAS PARTS.  ***
              NO REFUNDS ON PARTS THAT HAVE BEEN INSTALLED.
```

00039

```
****************************************************************
*                          RECEIPT #: 201003162438             *
*                                                              *
*            STANTON'S APPLIANCE                               *
*                                                              *
*                          RECEIPT DATE: 03/16/2010            *
*                                                              *
*    3772031    TORRANCE,MARY              CK#2438             *
*                                                              *
*      210.85   PAID ON ACCOUNT        .00  DISCOUNT          *
*                                                              *
*  OUTSTANDING BALANCE OF         .00  ON ACCOUNT             *
*                                                              *
*                                                              *
****************************************************************
```

ELECTRONIC CHECK AUTH

STANTONS APPLIANCE LLC
9140 S CHOCTAW
BATON ROUGE, LA 70815
2259240888
225)9240889

DATE: 03/16/10          TIME: 09:58:11

Terminal ID: 1307-31272-3000
Batch Number: 342
NCN Trans. Number: 075677651

MICR Routing #: 065403626
MICR Account #: XXXXXX1626
MICR Check Nbr: 2438

CHECK AMT:          $210.85

ID: DL=22-XXXXX6997

   AUTH NUM 677-651

I hereby authorize the merchant to
either convert my check into an
electronic funds transfer ('EFT') or
create a demand draft against my account
for the amount on my check.  Should the
merchant convert to an EFT, merchant is
further authorized to create the demand
draft if the EFT is dishonored. I agree
that the funds may be withdrawn from my
account as soon as today. I am aware
that my check will not be returned by my
financial institution. If either the EFT
or the demand draft is returned unpaid.
I further agree that a one-time service
fee may be charged to my account via EFT

              (CUSTOMER COPY)

Triton Stone - Invoice                                                        Page: 1 of 2

```
              TRITON STONE GROUP
                 OF BATON ROUGE
              BATON ROUGE, LA  708
```

| Print | Email | Fax |

TERMINAL I.D.:          26438501
MERCHANT # :     120000101268001

12/28/09        10:40 AM

**Close Document**

# TRITON
## STONE GROUP
### Baton Rouge
9434 S. Choctaw
Baton Rouge LA - 70815
Phone: 225-303-0578 Fax: 225-303-05

```
VISA
****************0121
SWIPED

SALE
BATCH: 030400
INV:000063

AUTH: 096663
RRN: 00000000

TOTAL        $381.50
```

# Invoice

| | Invoice # | Invoice Date |
|---|---|---|
| | 34888 | 12/28/2009 |
| | | **Due Date** |
| | | 12/28/2009 |
| | **Sale #** | **Sale Date** |
| | 34526 | 12/28/2009 |

MARY TORRANCE

*Page: 1 of 1*

### Sold To

Mary Torrance
4240 Tupello St
Baton Rouge LA - 70808
Ph:  225-377-2031

CUSTOMER COPY

) St
Baton Rouge LA - 70808

| P.O. No | Sidemark | Terms | Rep | Delivery Method |
|---|---|---|---|---|
| | | C.O.D | Jeremiah Carpenter | |

| Item | Material | Size | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|
| CMU3221-97-1 | WELLS 16G 60/40 WITH GRIDS & BASKET STRAINER (CMU3 | | 1.00 EA (1 EA) | $350.00 | $350.00 |

| | |
|---|---|
| **Items Subtotal** | $350.00 |
| **Sales Tax (9%)** | $31.50 |
| **Total** | $381.50 |
| **Payments** | -$381.50 |

### Payments

| Credit Card # | $381.50 |
|---|---|
| Total | $381.50 |

### Return Policy

# Balance Due

$0.00

00041

**DAVIS SAL S CO., INC.**
2829 Needham Dr.
Baton Rouge, Louisiana  70814
**(225) 924-5536   Fax (225) 924-5689**

e-mail  jdavisco11@aol.com

```
    DATE   009000103266   TIME
   1/21/10   6252 .001  12:28:03

     6281590002209450
    DAVIS SALES CO. INC
     2829 NEEDHAM DR
    BATON ROUGE LA 70814

       CREDIT SALE

BATCH #     063
TRANS #     004
AUTH  #     084090
VISA ACCOUNT #        EXP DATE
XXXXXXXXXXX0121

SALE AMOUNT        $494.20

I AGREE TO PAY THE ABOVE AMOUNT
   ACCORDING TO CARD ISSUER
          AGREEMENT

       CUSTOMER COPY
```

| CUSTOMER'S ORDER NO. | | PHONE | | DATE | |
|---|---|---|---|---|---|
| NAME | TORRANCE | | SHIP TO | | |
| ADDRESS | | | | | |

| UPS | PERKINS | NEEDHAM | N.O. | COV. | | |
|---|---|---|---|---|---|---|

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 12 | An 27008 On | 445 | 5 - 40 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | TAX | 4 60 |
| RECEIVED BY | TOTAL | 53 20 |

All claims and returned goods MUST be accompanied by this bill.

86980

For Reorder Phone PEREGRINE Corporation (225) 752-410(

00042

# INVOICE

## DAVIS SALES COMPANY, INC.
2829 NEEDHAM
BATON ROUGE, LA 70814
(225) 924-5536

| INVOICE DATE | INVOICE NO. | PAGE |
|---|---|---|
| 1/20/10 | 235003 | 1 |

SOLD TO
NON REG NEEDHAM

SHIPPED TO
MARY KATHERINE TORRANCE
927-3970

| ACCOUNT NUMBER | SALES REP | CUSTOMER P.O. NUMBER | TERMS | SHIP VIA | F.O.B. |
|---|---|---|---|---|---|
| NONREG IN | 29 | TORRANCE | Net 30 Days | UPS | |

| QUANTITY | | | DESCRIPTION | | | | |
|---|---|---|---|---|---|---|---|
| ORDERED | SHIPPED | BACK ORDERED | STOCK I.D. | UNIT | UNIT PRICE | DISCOUNT | AMOUNT |
| 1.00 | 1.00 | | SMT 3100 AS US3 PRIVACY | | | | |
| 1.00 | 1.00 | | SMT 3100 AS US3 PASSAG | | | | |

PO
VISA
494.70

CUSTOMER FAX
OUR FAX 225-924-5680
THANKS
00013

LESS PAYD



https://securebank.regions.com/balances/CheckImage.ashx?acctIdx=2&seqNum=4200615...   7/17/2011

# **ServiceMASTER** *Clean* ®

**INVOKE**

**ServiceMaster**
Commercial Services
P.O. Box 2081
Denham Springs, LA 70727
225-665-0006

Charge To
*Mary Torrance*
*4240 Topello St*
*Br. La 70808*

*CK # 242e*

| Customer No | Customer P.O. No | | A.O.B. No | Braking No - Branch No | Invoice No | Invoice Date |
|---|---|---|---|---|---|---|

| | | | | | | Amount |
|---|---|---|---|---|---|---|

**Services:**

- ☐ Contract Janitorial Services
- ☐ "Spotlight" Carpet Maintenance
- ☑ Other

*1 B.R. Couch (no cushion)*
*1 L.R. couch*

*2 Couches*

**Sub-Total**

☐ Tax (If Applicable)

## Thank You For The Opportunity To Serve.

**Invoice Total** → $

**WE SERVE**

*× Mary K Torrance*

Page 1 of 1

*061000146*
03/02/2010
4416063535

This is a LEGAL COPY of
your check. You can use it
the same way you would
use the original check.

C0654001531 03/01/2010
4300249025O7

Matthew J Torrance
Mary K Torrance
Ph 225-377 2031
4240 Tupello Street
Baton Rouge, LA 70808

2424
84-362/654

2-17-10

pay to the order of _Service Master_____ $ 174⁴⁰

one hundred seventy four & 40/100_____ dollars

▲ REGIONS

Mary K. Torrance

⑆0654036 26⑆  430 2151626⑈ 2424

⑈0654036 26⑆   430 2151626⑈ 2424    ⑆0000017440⑆

REGIONS BANK  03-02-10
0639  08 #265GEN
SN: 062000019
4200727847

FAY TO
DEMKMAR
SCHMECKEN...

*061000146*
03/02/2010
4416063535

↓Do not endorse or write below this line.↓

0001S

**ORIGINAL**
Order Number . .   03426544 WO

**Work Order**

Page . . . . .      42
Date . . . . .   12/10/09

| Description. . | REPAIR PART | Type . . . . | | Qty Ordered. | 4.00 EA | Branch . . . . | 31000 |
|---|---|---|---|---|---|---|---|
| 2nd Description. | | Priority . . | 5 | Qty Complete | | Lot/SN . . . . | 95640906 |
| Number/Rev. | REPAIR PART | Category 01. | | Qty Scrapped | | Job or CC. . . | 31000 |
| | REPAIR PART | Category 02. | | Ord.w/Shrink | 4.00 | Cost Code. . | |
| Related SO No. . | 3558151   Type   SW | Category 03. | | Drawing #. . | | Requested. . . | 12/11/09 |
| Reference. . . . | 03558151 | Current Rev. | | Drawing Rev. | | Start Date . . | 12/11/09 |
| Mark 4 Info . . | TORRANCE MARY KATHERINE | | | | | | |

. . . . . . . . . .   Remarks   . . . . . . . . . .

101 REPAIR PART PILLOW THROW/BOLSTER PILLOW
201 ITEM STYLE 7000-63 LAF SECTIONAL
301 FABRIC DISCFAB DISCONTINUED FABRIC
need 4 complete accent pillows in fabric CF125-8
 charge customer purchase

Made in USA

**03426544 WO**



BASSETT FRN DIRECT LA,LLC

. . . . . . . . .   Routing Instruction   . . . . . . . . . .

| Work Unit | Oper # | Description | . . Run Hours . . Machine     Labor | Setup Hours | Start | Crew | Move Hours | Tool Number | PO Number | PO Ty |
|---|---|---|---|---|---|---|---|---|---|---|
| 31-1000-0000 | 1.00 | RETREIVE/CUT/SEW/SHI | .60 | | 12/11/09 | 1.0 | | | | |

Item/Number

# REPAIR PA

Lot Serial Number



95640906

Work Order Number



03426544