# MATTHEW TORRANCE
# 4240 TUPELLO STREET
# BATON ROUGE, LA 70808

# PHOTOS BEFORE






00049






















00052














MATTHEW TORRANCE
4240 TUPELLO STREET
BATON ROUGE, LA 70808

PHOTOS DEMOLITION









0008 1







000S4





00036





000S8





000070



00071









00072









00076













00082









00087









00091



00092

MATTHEW TORRANCE
4240 TUPELLO STREET
BATON ROUGE, LA 70808

PHOTOS CONSTRUCTION





c0095





00096









00101









00105





00106





00107