## Owner Disclosure Affidavit

Owner name: _Nikolaos and Eleni Toras_

Affected Property address: _4309-11 Hudson St. Metairie, LA 70006_

Purchase date and price of Affected Property: _4/24/2002 $204,000_

List the manufacturers of all drywall found in the Affected Property: _Knauf Plaster board_

Move-out date: _8/15/2009_

Move-in date: _6/1/2006_

Storage expenses paid: _____

Moving expenses paid: _____

Utility expenses paid: _1,450_

Alternative living expenses paid: _____

Total cost of construction paid: _____

Total claim: _____

General Contractor name and phone #: _Javier Rosales_   office: 504-486-8154   cell: 504-638-5315

Total amount paid to general contractor: _____

Affected Property air conditioned square footage: _3,600_

Was Owner aware of the defective drywall before purchasing the Affected Property: _____
_No._

Please describe the remediation of the Affected Property. If you removed and reused an item, please circle 'reused'. In the event that you replaced an item, with another of the same material and quality please circle 'replaced'. In the event that you replaced and upgraded an item, please note at the end of this form and leave that item blank. Circling 'replaced' indicates that you replaced the items with one of equal value.

Kitchen cabinets:                                   (Reused)                Replaced

1 of 7                              Owner Initial _N. T_   Contractor Initial _JOR_

**EXHIBIT**

_A_

| Kitchen countertop: | | Reused | (Replaced) |
|---|---|---|---|
| If replaced indicate material: | (Formica) | Corion | Tile | Granite |
| Kitchen Plumbing Fixtures: (Faucets, sink) | | Reused | (Replaced) |
| Kitchen floor: | | (Reused) | Replaced |
| Appliances: | | Reused | (Replaced) |

If replaced, please list appliance manufacture and model: _____

GE Dishwasher, faucets delta.

| Bathroom cabinets: | | Reused | (Replaced) |
|---|---|---|---|
| Bathroom tops: | | Reused | (Replaced) |
| If replaced indicate material: | Formica | (Cultured marble) | Tile | Granite |
| Bathroom flooring: | | Reused | (Replaced) |
| Bathroom enclosures: | | Reused | (Replaced) |
| Bathroom lighting: | | Reused | (Replaced) |
| Bathroom Accessories (towel bars, etc.): | | Reused | (Replaced) |
| Bathroom Mirrors: | | Reused | (Replaced) |
| Tub: | | Reused | (Replaced) |
| If replaced indicate master bath tub type | | Fiberglass | (Steel) | Jacuzzi |
| Plumbing fixtures (toilets, sinks): | | Reused | (Replaced) |

If replaced please provide description of original manufactures:

faucets, delta.

| Plumbing faucets: | | Reused | (Replaced) |
|---|---|---|---|

If replaced please provide description of original manufactures:

Delta

| Plumbing lines: | | Reused | (Replaced) |
|---|---|---|---|
| If replaced indicate material: | (Copper) | CPVC | PEX |

2 of 7

Owner Initial N.T    Contractor Initial SDC

| Base boards: | | Reused | (Replaced) |
| Interior doors: | | Reused | (Replaced) |
| If replaced indicate: | (Hollow core 6' 8" doors) | Hollow core 8' doors | Solid core 8' doors |
| Window wood molding: | (N/A) | Reused | Replaced |
| Crown molding: | (N/A) | Reused | Replaced |

If replaced please indicate original locations:

_____

_____

| Chair Rail: | (N/A) | Reused | Replaced |

If replaced please indicate original locations:

_____

_____

| Tile flooring: | N/A | (Reused) | Replaced |

If replaced please indicate locations of tile floors:

_____

_____

| Marble Flooring: | (N/A) | Reused | Replaced |

If replaced please indicate locations of marble floors:

_____

_____

| Wood Flooring Type: | (N/A) | Wood | Pergo/float |
| Wood flooring: | (N/A) | Reused | Replaced |

If replaced please indicate locations of wood floors:

_____

| Carpet: | | Reused | (Replaced) |

Owner Initial _N.T_   Contractor Initial _SoR_

If replaced please provide description of original manufactures:

_Un known_

_____

If replaced please indicate locations of carpet:

_Upstairs, bedrooms, hallway, and Stairs._

| | | |
|---|---|---|
| HVAC replacement: | (Ducts)   Coils | Air handler(interior)   Condenser(exterior) |
| HVAC manufacturer: | | _Master flow_ |
| Insulation: | Reused | (Replaced) |
| Electrical fixtures: | Reused | (Replaced) |
| Electrical wiring: | Reused | (Replaced) |
| Electrical fans: | Reused | (Replaced) |

_electrical_ / If replaced please indicate how many and which rooms:

_Insulation for whole house replaced_

| | | | |
|---|---|---|---|
| Stair rails: | N/A | Reused | (Replaced) |
| Window sills: | | Reused | (Replaced) |
| If replaced indicate original material: | (Wood) | Marble | Drywall |
| Alarm system: | (N/A) | Reused | Replaced |
| Fire suppression system: | N/A | Reused | (Replaced) |
| Intercom: | (N/A) | Reused | Replaced |
| Surround sound: | (N/A) | Reused | Replaced |
| Wall papers: | (N/A) | | Replaced |
| Interior paint: | | Total colors used: | _2 (white and beige)_ |

Additional construction related items replaced:

_Air conditioner system, dishwasher, microwaves, stoves, hoodvent for kitchen, refrigerators,_

_____

Personal items replaced:

Owner initial _N.T_   Contractor initial _SOV_

*N/A*

Items that were upgraded and deducted from construction replacement cost:

*There were no items that were upgraded.*

The following items should have been produced given the nature of the remediation project and will help us confirm the remediation costs associated with your property. Please provide the additional supporting documents listed below:

1. Photographs and/or video images of all drywall removed from the Affected Property during remediation. If your claims are pending in *In re: Chinese Manufactured Drywall Products Liability Litigation*, MDL No. 2047, where available, such submission shall be in the form required by MDL Pretrial Order 1B. If your claims are pending in state court, such submission shall comply with the state court's rules regarding the preservation of evidence.

2. Any evidence of KPT Chinese Drywall or Non-KPT Chinese Drywall in the Affected Property prior to remediation.

3. Proof of corrosion or other evidence that the KPT Chinese Drywall was reactive.

4. Interior photographs of the Affected Property immediately prior to the commencement of, and following completion of, the remediation, including photographs and/or video images of the flooring and major components such as cabinets, moldings, doors, intercom systems, and fixtures for every room and bathroom, and, to the extent possible, security systems, appliances and audio such as surround sound.

   a. The photographs do not need to be pictures taken specifically for the litigation. For example, family photographs or photographs taken for purposes of refinancing a mortgage are acceptable in the absence of other photographs.

5. The remediation contract and an itemization from the contractor who performed the remediation work of the materials used during the remediation, including, but not limited to, manufacturer, model number, and quantity.

6. An itemized invoice from the contractor who performed the remediation work ("Itemized Invoice").

7. Proof of payment of the itemized Invoice and any other expenses, such as cancelled checks, credit card statements, etc.

8. A floor plan of the Affected Property with dimensions.

Owner Initial *JY.T*   Contractor Initial *JOE*

9.   An Environmental Certificate.


Please note that this is not a comprehensive list or final request and the Knauf Defendats may request additional documentation such as cancelled checks, receipts or photographs in the future.

Owner Initial _N.T_   Contractor Initial _SoR_

I declare under penalty of perjury under the laws of the United States that all of the information provided in this Owner Disclosure Affidavit is true and correct to the best of my knowledge, information and belief. I further declare that I have supplied all the documents requested in this Owner Disclosure Affidavit, to the extent that such documents are in my possession or in the possession of my lawyers. Further, I acknowledge that I have an obligation to supplement the above responses if I learn that they are in some material respects incomplete or incorrect.

Date: 4 - 28 - 2012

Homeowner Signature: _____

Subscribed and sworn to before me on

_____
Notary Public

My commission expires on R. T. .

Date: 4/28/2012

Contractor Signature: _____
JAVIER ROJALES .

Subscribed and sworn to before me on

_____
Notary Public

My commission expires on R. T.

Owner Initial N. T    Contractor Initial S.R

# GRACE & FAITH
## HEATING & AIR
### (504) 463-0707

150 Terrace Street
Destrehan, LA 70047

## PROPOSAL – CONTRACT

PURCHASER'S NAME: Nick Joras

DATE: 8-17-09

COMPANY NAME:

PHONE:

BILLING ADDRESS: 339-7984

JOB LOCATION: 4311 Hudson, Metairie, La.

### WE ARE PLEASED TO SUBMIT THE FOLLOWING FOR YOUR CONSIDERATION:

Checked system, found bad evapora
coil. Coil under waverty.
Removed freon, unscrewd and unswer
coil, put in new coil, charged.
sealed

Evaprator charge out
350

freon 25e-5        125
                   475.

TOTAL PRICE FOR ABOVE WORK: 475.

CUSTOMER:

COMPANY REPRESENTATIVE

ACCEPTED BY:

DATE:

NASH INC.

**2929 JEFFERSON HWY.**
**JEFFERSON, LA. 70121**
CORNER CAUSEWAY & JEFFERSON HWY.
http://www.nashac.com
service@nashac.com

ENVIRONMENTALLY CONSCIOUS

| | |
|---|---|
| JOB # | SYSTEM # UNIT # |
| NAME | |
| ADDRESS 4304 Hudson Dr. APT # | |
| CITY Metairie | PHONE # |
| NATURE OF CALL | |

| SOURCE | QTY | ITEM/PART | PRICE |
|---|---|---|---|

AR #

| NAME | Nicholas Dean |
|---|---|
| ADDRESS | 3404 Hudson Dr. |
| CITY Metairie | STATE LA ZIP 70001 |
| PHONE # | |

Serial Number: YA130L034000B6

| | | ELECTRICAL | | | | | | DESCRIPTION OF WORK | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | MAIN FUSE | 22 | BELT | 43 | AIR LEAK | 64 | SAFETY FAIL, LEVELED |
| | 2 | UNIT FUSE | 23 | RAIN SHIELD | 44 | FUSE | 65 | PUMP-CONDENSATE |
| | 3 | COMP. FUSE | 24 | SERVICE SWITCH | 45 | CHAMBER | 66 | WATER SWITCH |
| | 4 | LOW VOLTAGE | 25 | CHECK FREON | 46 | BURNERS | 67 | FILTER |
| | 5 | PULLOUT WIRE | 26 | ADD FREON | 47 | PILOT | 68 | CLEAN |
| | 6 | UNIT WIRE | 27 | LEAK REPAIR | 48 | FUSE LINK | 69 | REPLACE |
| | 7 | FUSE BOX | 28 | LEAK CHECK | 49 | ELEMENT | | ON ORDER |
| A/C CONDENSER | | | 29 | DRAIN | 50 | THERMO COUPLE | | HEAT PUMP |
| | 8 | AIR CONDENSER | 30 | EVACUATE | 51 | IGNITOR | 70 | DEFROST SWITCH |
| | 9 | WATER CONDENSER | 31 | TIME DELAY | 52 | GAS VALVE | 71 | REVERSING VALVE |
| | 10 | WATER PUMP | | DUCT AIRFLD | 53 | TRANSFORMER | 72 | DEFROST SENSOR |
| | 11 | CRANK CASE HEATER | 32 | BALANCE DUCT | 54 | MOTOR | 73 | CHECK THERMOSTAT |
| | 12 | COMPRESSOR | 33 | REPAIR DUCT | 55 | MOTOR CAP | 74 | CHECK VALVE |
| | 13 | COMP R. CAP | 34 | GRILLE S. | 56 | FAN CONTROL | 75 | CLEANED |
| | 14 | COMP. START RELAY | 35 | GRILLE R. | 57 | SEQUENCER | 76 | ADJUSTED |
| | 15 | START CAPACITOR | 36 | INSTALL DUCT WORK | 58 | HIGH LIMIT SWITCH | 77 | REPLACED |
| | 16 | CONTACTOR | | EVAPORATOR COIL | 59 | SAFETY SWITCH | | PARTS ON ORD. |
| | 17 | TRANSFORMER | 37 | REPLACED | 60 | BLOWER SWITCH | 78 | |
| | 18 | MOTOR | 38 | LEVELED | 61 | REPLACED | 79 | |
| | 19 | MOTOR CAP. | 39 | FROST CONTROL | | DRAIN | 80 | |
| | 20 | FAN BLADE | 40 | FREON LEAK | 62 | LEVELED PIPE | 81 | |
| | 21 | BEARING | 41 | EXPANSION CV | 63 | SAFETY FAN, REP. | 82 | |
| | | TOTAL | 42 | WATER LEAK | | | | |

NOTE—

**WATER LEAK NOTICE**

DUE TO THE MANY & VARIOUS CAUSES OF WATER LEAKS IN AIR CONDITIONING SYSTEMS, WE CANNOT GUARANTEE THAT BLOWING OUT THE DRAIN LINES WILL ALWAYS SOLVE THE PROBLEM.

THIS METHOD "CURES" THE PROBLEM IN A VAST MAJORITY OF CASES, HOWEVER, RECURRING LEAKS ARE AN INDICATION THAT ADDITIONAL WORK NEEDS TO BE DONE.

WE WILL BE HAPPY TO DISCUSS ANY PROBLEMS YOU MAY HAVE AND PERFORM THE ADDITIONAL WORK AT THE LEAST EXPENSE TO YOU AS POSSIBLE.

L = LUBRICATE   R = REPLACE   C = CLEAN   W = WASH   I = INSPECTED

The undersigned customer hereby agrees itemized account for service and parts or payable in full upon presentation of said called Contractor. It is further agreed by the customer that this account shall bear inter one and eight tenths (1.8%) per cent per thirty (30) days after delivery regardless account is payable in full upon delivery agreed upon terms thereafter the date that in the event it is necessary for this placed in the hands of an attorney for undersigned customer(s) agree(s) to pay the in the amount of twenty five (25%) per and interest due and owing, with a minimum be not less than $75.00 and all Court Costs.

It is further stipulated and agreed Contractor and the undersigned cust agreement shall not preclude said C exercising any other privilege, right of ac this account.

The undersigned customer(s) certify th has been read and that it contains the er between Contractor and the undersigned representations not contained herein have Contractor, its agents or employees.

| SERVICE & LABOR WARRANTY | |
|---|---|
| ☐ 30 DAYS LABOR (ON WORK PERFORMED) | |
| ☐ 1 YEAR PARTS (FACTORY) | |
| ☐ NO WARRANTY | |
| ☐ EXTENDED MANUFACTURER'S WARRANTY | |
| ☐ DRAIN WARRANTY (SEE REVERSE SIDE) | |

| EQUIPMENT / OTHER | |
|---|---|
| ITEM | CUSTOMER |
| TOTAL | |
| FREIGHT | |
| SERVICE CHARGE | |
| EPA PROCESS FEE | |
| TOTAL | |
| TAX | |
| AMOUNT RECEIVED | |
| BALANCE DUE | |

*DISH WASHER*
*FOR 4311 HUDSON*

CENTERS, INC
        RETAIL
REHOBETH, LA 70...
7504705 114
                -SAM-
                                05-21-08

FO3...58-F2-8
              SANLF/BRASS
37361 480149                        4.90
  #8X1-1/4 PHFH WOOD SCR BR
            5 @    0.98
195046 B55510G-PB-U                 1.96
  1"CORNER BRACES/BRASS PLA

  INVOICE 95015 SUBTOTAL :          9.42



                -SA-
SALES #: 51054801  (S/R)     06-21-08

NOW B[...]D
                                  348.00

  INVOICE 95016 SUBTOTAL :        348.00



  INVOICE 95015 SUBTOTAL :          9.42
  INVOICE 95016 SUBTOTAL :        348.00
              SUBTOTAL :          357.42
                  TAX:             31.27
           BALANCE DUE:           388.69

                 CASH :           388.75
               CHANGE :             0.06

  1054 TERMINAL: 06  06/21/08 12:50:10

  # OF ITEMS PURCHASED:           8
  EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS

     WE WILL REPLACE YOUR MAJOR APPLIANCE
    WITHIN 7 DAYS OF DELIVERY/PURCHASE IF
    THE UNIT HAS A MANUFACTURING DEFECT.
    CONTACT THE LOWE'S STORE LISTED ON
    YOUR RECEIPT TO ARRANGE REPLACEMENT
       OF YOUR DEFECTIVE APPLIANCE.
    AFTER 7 DAYS, PLEASE CALL THE LOWE'S
    SERVICE ADVANTAGE HOTLINE TOLL-FREE AT
      1-888-77-LOWES (56937) TO SET UP A
     FACTORY-CERTIFIED SERVICE APPOINTMENT
     IN YOUR HOME, OR FOR ANY GENERAL
    ASSISTANCE, OR USE AND CARE QUESTIONS.
                        OR ASSISTANCE, OR U
                THANK YOU



4309 HUDSON
BUILT IN BUILDER
FOR DISH
WASH
HUDSON

LOWE'S HOME CENTERS, INC.
3640 VETERANS MEMORIAL BOU
METAIRIE, LA 70002
(504)780-0114
-SALE-
SALES #: 054SC5 945075      10-29-07

75906 DU1145XTPB                357.30
(209793)WP BLT-IN DISH DU
40350                            84.97
    4YR EPP MAJ APPL $200-$49

    INVOICE 70120 SUBTOTAL :    442.27


             SUBTOTAL :         442.27
        TAX  38532 :             38.70

        BALANCE DUE:            480.97

              CASH :            481.00
            CHANGE :              0.03

    1054 TERMINAL: 06  10/29/07 15:21:01

# OF ITEMS PURCHASED:          1
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS

THANK YOU
FOR SHOPPING LOWE'S

RECEIPT REQUIRED FOR CASH REFUND.
CHECK PURCHASE REFUNDS REQUIRE
15 DAY WAIT PERIOD FOR CASH BACK.
STORE MGR: BILL EASTERLING

HAVE A COMMENT OR FEEDBACK?
LET US KNOW AT
WWW.LOWES.COM/FEEDBACK

STORE CODE: 10541-02907-08924

## CASH SALE

10211647   CB 3070 356

February 21        2002

### Sale of Property

### BY

TARA ELISE SMITH

### TO

HELEN STEFANIAS TORAS, wife of/and

NIKOLAS S. TORAS

---

Page 1 of 6

## United States of America,

# 10211647

### State of        LOUISIANA

### Parish of      JEFFERSON

**Be It Known,** That on this _____ 21st _____ day of

the Month of _____ February _____ in the year of our Lord

(2002)

BEFORE ME,   THE UNDERSIGNED

a Notary Public, duly commissioned in and for the Parish of

_____ JEFFERSON _____ and qualified in the Parish

and   State   aforesaid,   in   the   presence   of   the   undersigned

competent witnesses,

## Personally Came and Appeared,

**TARA ELISE SMITH,** a person of the full age of majority and a resident of and domiciled in the Parish of Jefferson, State of Louisiana who after being duly sworn, declared unto me, Notary, that she has been married but once and then to Joseph Tavormina, from whom she was divorced pursuant to judgment dated November 17, 1999, rendered in the 24th JDC in and for the Parish of Jefferson, State of Louisiana, Proceedings No. 536345, and that she has not since remarried and her current mailing address is 853 Dodge Avenue, Jefferson, Louisiana 70121;

hereinafter referred to as "Vendor" who declared that he does by these presents grant, bargain, sell, convey, transfer, assign, setover, abandon and deliver with all legal warranties and with full substitution and subrogation in and to all the rights and actions of warranty which he has or may have against all preceding owners and vendors, unto:

**HELEN STEFANIAS TORAS** wife of/and **NIKOLAS S. TORAS,** both persons of the full age of majority and residents of and domiciled in the Parish of Jefferson, State of Louisiana who after being duly sworn, declared unto me, Notary, that they have been married but once and then to each other, that they are presently living and residing together and that their current mailing address is 3621 Lime Street, Metairie, Louisiana 70006;

hereinafter referred to as "Purchaser", here present, accepting and purchasing for _____ themselves

_____ their _____ heirs and assigns, and acknowledging due delivery and possession thereof, all and

singular, the following described property, to wit:

10211647

THAT CERTAIN PIECE OR PORTION OF GROUND, together with all the buildings and improvements thereon, and all of the rights, ways, privileges, servitudes, appurtenances and advantages thereunto belonging or in anywise appertaining, situated in the PARISH OF JEFFERSON, STATE OF LOUISIANA, situated in Section 44, Township 12 South, Range 10 East, of the Southeastern Land District of Louisiana, East of the Mississippi River, located in Parcel "G" of said Dreyfous Tract, bounded by West Esplanade Avenue, Hudson Street, Fairfield Street and Houma Boulevard, all as more fully shwon on survey by J.J. Krebs & Sons, Inc., dated September 19, 1966, and attached to emergency Ordinance Number 7933, Council Ordinance Number 7933, Council of Jefferson Parish, State of Louisiana, which said lot is designated as LOT NO. 9 of Parcel "G" and is described as follows, to-wit:

LOT NO. 9 forms the southeast corner of Hudson Street and West Esplanade Avenue and measures 66.01' feet front on Hudson Street, with a width in the rear of 43.85' feet, by a depth and front on West Esplanade Avenue of 102.88' feet and a depth on the south sideline which line is adjacent to and forms the north boundary line of Lot No. 8, of 100' feet. All as more fully shown by plan of resubdivision made by J.J. Krebs & Sons, Inc., Council Ordinance No. 7943, registered in the office of the Clerk of Court for the Parish of Jefferson, State of Louisiana. Further in accordance with a survey made by Gilbert, Kelly & Couturie, Inc., dated March 2, 1990.

The improvements thereon bear the Municipal No.  4309-11 Hudson Street, Metairie, Louisiana  70006

THIS ACT IS MADE AND ACCEPTED SUBJECT TO THE FOLLOWING:

1) Deleting any covenant, condition, or restriction indicating a preference, limitation or discrimination based on race, color religion, sex, handicap, familial status, or national origin to the extent such covenants, conditions or restrictions violate 42 USC 3604(c).

2) Any and all restrictions, conditions, servitudes and encroachments that may be contained in the chain of title and/or plan of subdivision.

Being the same property acquired by TARA ELISE SMITH, by act dated October 22, 1993, registered in COB 2883, folio 85, and further acquired by act dated April 20, 2000 registered in COB 3029, folio 127 and COB 3029, folio 128, Parish of Jefferson, State of Louisiana.

To have and to hold the above described property unto the said purchaser __s, their__
heirs and assigns forever.

**10211647**

This sale is made and accepted for and in consideration of the price and sum of _____
__Two Hundred Four Thousand Dollars & No/100__                    DOLLARS, ($   204,000.00   )
cash, which the said purchaser has well and truly paid in ready and current money to the vendor who hereby acknowledges the
receipt thereof and grants full acquittance and discharge therefor.

All taxes up to and including the taxes due and exigible in ____2001____ are paid, and taxes for the current year have been
prorated between the parties hereto.

By reference to the ___Jefferson___ Parish Official's Conveyance Certificates annexed
hereto, it does not appear that the said property has been heretofore alienated by the vendor to the prejudice of this

sale. By reference to the ___Jefferson___ Parish Official's Mortgage Certificates annexed hereto, it
does not appear that the said property has been heretofore alienated by the vendor; or that it is subject to any encumbrance
whatever,
                   EXCEPT _____
___None.___ _____
_____
vendor agrees to cause to be cancelled of record forthwith.

Vendor represents and warrants: (1) that no other sale or grant of interest in said property has been or will be made by vendor,
and (2) that said property is not, and will not become subject to any lien or encumbrance by act of omission of vendor, or claim
against vendor, except as otherwise noted or excepted.

The parties to this act are aware of the fact that the mortgage and conveyance certificates annexed hereto are open, being not
yet redated or signed, and relieve and release me, Notary, from all responsibility and liability in connection therewith,

THUS DONE AND PASSED, in my office in the aforesaid parish and state on the day, month and year herein first above written,
in the presence of the undersigned competent witnesses, who hereunto sign their names with the said appearers and me, Notary,
after reading of the whole.

WITNESSES:

_____        _____
                                        TARA ELISE SMITH

_____        

                                        _____
                                        HELEN STEFANIAS TORAS

_____        _____
Notary Public            TED A. PRICE    NIKOLAS S. TORAS

_____

**10211647**

Prepared for: Authentic Title
Attn: Melinda
File #02-0148 M

Cert. #:33760-M

# JEFFERSON CERTIFICATE CORPORATION
### 300 Huey P. Long Avenue, Suite 280
### Gretna, Louisiana 70053
### Phone: (504) 361-0218
### Fax: (504) 361-8857

### Parish of Jefferson
### State of Louisiana

## MORTGAGE CERTIFICATE

Jefferson Certificate Corporation certifies that this certificate has been run exactly in the name or names hereunder set forth in the Clerk of Court's Office for the Parish of Jefferson. When names are provided with no middle initial, then names with middle initials are not run. When names are provided with a middle initial, identical names with no middle initials or other middle initials are not run.

While we do not certify as to variations of said name(s), some variations of name(s) are provided whenever possible.

I hereby certify that a search of the mortgage records of the Clerk of Court's Office for the Parish of Jefferson in the following exact name or names and property finds the following open mortgage inscriptions of record:

**Tara Smith, wife of/and, (Acq: 10/22/93, COB 2883/85, RUN TO DATE)**
**Joseph A. Tavormina, (Acq: 3/16/90, COB 2306/341 through 4/26/00, COB 3029/127)**

**Helen Stefanias Toras**
**Nikolas S. Toras, (TO ACQUIRE MORTGAGE ONLY)**

This research covers that certain legal description as set out in COB 2883, folio 85, and briefly described as follows:

**Subdivision: Dreyfous Tract**
**Square/Block: G**
**Lot: 9**
**Municipal Address/Fronting Street: 4309-11 Hudson**

MOB 3951/681, Community Property Settlement by & between Tara & Joseph A. Tavormina, dated 4/20/00, filed 4/26/00, Entry #10019743.

MOB 3977/552, Mortgage by Tara Smith Tavormina, in favor of Hibernia National Bank, in the amount of $188,100.00, before Ted A. Price, N.P., dated 10/26/00, filed 11/2/00, Entry #10056608.

MOB 4011/13, Multiple Indebtedness Mortgage by Tara Smith Tavormina, in favor of Hibernia National Bank, in the amount of $16,318.00, dated 6/15/01, filed 7/3/01, Entry #10135316.

dcl
Certified through:    2/1/02

Signed: _____
Jefferson Certificate Corporation

Closed out date:

Signed: _____
Jefferson Certificate Corporation

**1 0 2 1 1 6 4 7**

Prepared for: Authentic Title            Cert. #: 33760-C
      Attn: Melinda
      File #02-0148 M

## JEFFERSON CERTIFICATE CORPORATION
300 Huey P. Long Avenue, Suite 280
Gretna, Louisiana 70053
Phone: (504) 361-0218
Fax: (504) 361-8857

**Parish of Jefferson**
**State of Louisiana**

## CONVEYANCE CERTIFICATE

Jefferson Certificate Corporation certifies that this certificate has been run exactly in the name or names hereunder set forth in the Clerk of Court's Office for the Parish of Jefferson. When names are provided with no middle initial, then names with middle initials are not run. When names are provided with a middle initial, identical names with no middle initials or other middle initials are not run.
While we do not certify as to variations of said name(s), some variations of name(s) are provided whenever possible.

I hereby certify that a search of the conveyance records of the Clerk of Court's Office for the Parish of Jefferson in the following exact name or names and property finds the following open conveyance inscriptions of record:

**Tara Smith, wife of/and, (Acq: 10/22/93, COB 2883/85, RUN TO DATE)**
**Joseph A. Tavormina, (Acq: 3/16/90, COB 2306/341 through 4/26/00, COB 3029/127)**

**This research covers that certain legal description as set out in COB 2883 , folio 85 ,**
**and briefly described as follows:**

**Subdivision:  Dreyfous Tract**
**Square/Block: G**
**Lot: 9**
**Municipal Address/Fronting Street: 4309-11 Hudson**

COB 2883/85, Donation ½ Interest by Joseph A. Tavormina to Tara Smith Tavormina, before W Young, III, N.P., dated 10/22/93, filed 11/8/93, Entry #9362283.

COB 3029/127, Community Property Settlement by & between Tara Smith Tavormina & Joseph A. Tavormina, dated 4/20/00, filed 4/26/00, Entry #10019743.

COB 3029/128, Sale by Joseph A. Tavormina to Tara Smith Tavormina, before Ted A. Price, N.P., dated 4/20/00, filed 4/26/00, Entry #10019744.

dcl
Certified through:     2/1/02            Signed: _____
                                                Jefferson Certificate Corporation

Closed out date:                    Signed: _____
                                                Jefferson Certificate Corporation

10211647

# SOUTHERN ABSTRACTS, INC.

300 HUEY P. LONG -- SUITE 200 -- GRETNA, LOUISIANA 70053
(504)361-0206

AUTHENTIC/ 02-0148M

**FILE NUMBER**

139712

**CERTIFICATE NUMBER**

PROPERTY TAX RESEARCH
STATE OF LOUISIANA, PARISH OF JEFFERSON
February 6, 2002

BY RESEARCH MADE THIS DAY ON REAL ESTATE SITUATED IN THE PARISH
AND DESIGNATED AS:

LOT 9 PARCEL G
DREYFOUS TRACT

2001 ASSESSED VALUE:  $13,760.00

PARISH TAXES APPEAR AS FOLLOWS, VIZ:

CURRENT TAX STATUS

AMOUNT:  EXEMPT $769.65        PAID $642.40         DUE $0.00

| YEAR | BILL NUMBER | WARD/ SECTION | NAME | STATUS |
|------|-------------|---------------|------|--------|
| 2001 | 0112938 | 82 | SMITH,TARA E | See Above Tax Status |
| 2000 | 0112816 | 82 | Same | Ex:___ Due:___ Pd:_X_ |
| 1999 | 0113986 | 82 | TAVORMINA,JOSEPH A & | Ex:___ Due:___ Pd:_X_ |
| 1998 | 0113730 | 82 | TAVORMINA,JOSEPH A & | Ex:___ Due:___ Pd:_X_ |

This property tax research is limited as to the above described property and
as to the years and parties listed above and no further.

I hereby certify that the above forgoing to be a true and correct statement
the tax rolls and files of the Office of the Tax Collector of the Parish
of Jefferson.

*Maria E. Dantin*

BY_____
James B. Barkate, President
Southern Abstract, Inc.

# J&JRENOVATION
## GENERAL CONSTRUCTION LLC

DATE:02-04-2010

LIC;553407

==============================6229 BELLAIRE DR
NEW ORLEANS LA,70124
PHONE:504-486-8154 FAX 486-8154
CELL;504-633-5315

PROPOSAL SUBMITTED TO:

NAME: NIKOLAS TORAS     PHONE:   504-454-1789/504 525-2131

STREET: 4309-11 HUDSON ST       METAIRIE LA,70006

WE HEREBY SUBMIT SPECIFICATION AND ESTIMATE FOR
RENOVATION ON TWO APARTMENT 4309-11 HUOSSON ST.
GATHER ALL INTERIOR TWO APARTMENT :SHEETROCK, ELECTRICAL WIRE,
INSULATION, CARPET,DOORS, WATER HEATER,ALL PLUMBING ON WALLS,TOILETS,BASEBOARDS.
RE-NAIL ALL INTERIOR WALLS 2"X4 AND JOYS.
TREATMENT ALL WALLS AND SPRAY KILLS.
RE-ISTALL COPPER PIPE ALL TWO APARTMENT.
RE-WIRE ALL TWO APARTMENT.
ALL REGULAR LITE FIXTURE.
ALL REGULAR PLUMBING FIXTURE.
INSTALL TWO 50 GALLON WATER HEATER
INSTALL SIX TOILETS,FOUR TUBS.
INSULATION ALL ESTERIOR WALLS AND CEILING.
INSTALL  ALL SHEETROCK.
SIX EXTERIORS DOORS.TWO FRESH,TWO 36"AND TWO 24".
INSTALL 10 CEILING FANS.
REMODELING FOUR FULL BATHROOMS AND TWO 1/2.
TUB MARBLE WALLS PULL OFF AND INSTALL.
CERAMIC TILE ALL BATHROOMS.
PRIME , TEXTURE AND PAINT.
TWO INTERIOR A.C UNIT WITH ALL FIXTURES.
KITCHEN CABINETS: PULL OFF CABINETS AND REINSTALL.
INSTALL NEW COUNTERS TOP AND TWO HOODS.
CLOSET:WOOD SHELF.
BATHROOMS:PULL OFF BANITYS AND REINSTALL.
CARPET:INSTALL ALL TWO SECOND FLOORS.
WOOD BASE BOARDS TWO APARTMENTS.
EXTERIOR WOOD WORK.
CARRY ALL TRASH.
INSTALL ALL EXTERIOR WINDOWS.
FIX FREME OF CEILING STAIRS.
AFFILIATED; B.B.B

*All work is completed ons 6/4/2010*

TOTAL:$114,000.00

WE PROPOSE HEREBY TO FURNISH MATERIAL AND LABOR-COMPLETE IN ACCORDANCE WITH THE ABOVE SPECIFICATION FOR THE SUM OF DOLLAR($_____ WITH PAYMENT TO MADE AS FOLLOWS;50%-25%-15%AND10% UPON COMPLETION.WORK WILL BEGIN WITHIN_____WKS OF ACCEPT ALLMATERAL IS GUARANTEED TO BE AS SPECIFIED. ALL WORK TO BE COMPLETION IN A DEVIATION FROM ABOVE SPECIFICATION INVOLVING EXTRACOST, WILL BE EXECUTED ONLY UPON WRITTEN ORDERS AND WILL BECOME AN EXTRA CHARGE OVER AND ABOVE THE ESTIMATE ALL AGREMENTS CONTINGENT UPON STRIKES,ACCIDENT OR DELAY BEYOND OUR CONTROL OWNER TO CARRY FIRE, TORNADO AND OTHER NECESSARY INSURANCE OUR WORKERS ARE FULLY COVERED BY WORKMENS COMPENSATION

# PLY GEM
## WINDOWS

**BILL TO:**

**NIKOLAS TORAS**

**SHIP TO:**

STOCK

| QUOTE # | QUOTE DATE | LOAD DATE | | SHIP DATE | QUOTED BY |
|---------|-----------|-----------|---|-----------|-----------|
| 106641 | 1/19/2010 | Load Date Not Set | | 001-01-01 | Carl Duvigneaud |
| **JOB NAME** | | **CUSTOMER PO#** | | | |

| LineItem # | Description | | Net Price | Extended |
|------------|-------------|---|-----------|----------|
| 1-1 | Rough Opening: 36W x 72H | | $129.00 | $516.00 |

Qty: 4
Room Location:

3-0 6-0 Builders Series 3700 Single Hung (35.25 W x 71.25 H), Equal Sash,
White, Nailing Fin
Side Load Sash

Note:
Glass: LE, Double Glazed, Annealed
Screen: Half Screen, Charcoal Fiberglass, Shipped Separate
Grilles: Grille Type: 5/8" Flat GBG (Standard), Grille Pattern: Colonial, 9/9 (3x6)
Performance Rating: H-R35, DP +35/-35
Frame Options: Nail Fin Setback-7/8", Frame Depth-2"



| LineItem # | Description | | Net Price | Extended |
|------------|-------------|---|-----------|----------|
| 1-2 | Unit 1 Screen: Half Screen, Charcoal Fiberglass, Shipped Separate | | $6.40 | $25.60 |

Qty: 4
Room Location:

Note:

| LineItem # | Description | | Net Price | Extended |
|------------|-------------|---|-----------|----------|
| 2-1 | Rough Opening: 36W x 48H | | $98.36 | $590.16 |

Qty: 6
Room Location:

3-0 4-0 Builders Series 3700 Single Hung (35.25 W x 47.25 H), Equal Sash,
White, Nailing Fin
Side Load Sash

Note:
Glass: LE, Double Glazed, Annealed
Screen: Half Screen, Charcoal Fiberglass, Shipped Separate
Grilles: Grille Type: 5/8" Flat GBG (Standard), Grille Pattern: Colonial, 6/6 (3x4)
Performance Rating: H-R35, DP +35/-35
Frame Options: Nail Fin Setback-7/8", Frame Depth-2"



e #: 106641

Page 1 of 4

| | | QUOTE DATE | LOAD DATE | SHIP DATE | QUOTED BY |
|---|---|---|---|---|---|
| 106641 | | 6/19/2010 | Load Date Not Set | 1001-01-01 | Carl Duvigneaud |
| JOB NAME | | | CUSTOMER PO# | | |

| LineItem # | Description | Net Price | Extended |
|---|---|---|---|
| 2-2 | Unit I Screen: Half Screen, Charcoal Fiberglass, Shipped Separate | | |

Qty: 6

Room Location:             $4.30     $25.80

Note:

| LineItem # | Description | Net Price | Extended |
|---|---|---|---|
| 3-1 | Rough Opening: 36W x 36H | | |

Qty: 2

Room Location:

3-0 3-0 Builders Series 3700 Single Hung (35.25 W x 35.2 H), Equal Sash , White, Nailing Fin     $83.73     $167.46

Side Load Sash

Note:

Glass: LE, Double Glazed, Annealed

Screen: Half Screen, Charcoal Fiberglass, Shipped Separate

Grilles: Grille Type: 5/8" Flat GBG (Standard), Grille Pattern: Colonial, 6/6 (3x4)

Performance Rating: H-R35, DP +35/-35

Frame Options: Nail Fin Setback-7/8", Frame Depth-2"

| LineItem # | Description | Net Price | Extended |
|---|---|---|---|
| 3-2 | Unit I Screen: Half Screen, Charcoal Fiberglass, Shipped Separate | | |

Qty: 2

Room Location:             $4.30     $8.60

Note:

| LineItem # | Description | Net Price | Extended |
|---|---|---|---|
| 4-1 | Rough Opening: 72W x 48H | | |

Qty: 2

Room Location:

3-0 4-0 Builders Series 3700 Single Hung (35.25 W x 47.25 H), Equal Sash , White, Nailing Fin     $207.05     $414.10

Side Load Sash

Note:

Glass: LE, Double Glazed, Annealed

Screen: Half Screen, Charcoal Fiberglass, Shipped Separate

Grilles: Grille Type: 5/8" Flat GBG (Standard), Grille Pattern: Colonial, 6/6 (3x4)

Performance Rating: H-R35, DP +35/-35

Frame Options: Nail Fin Setback-7/8", Frame Depth-2"

| QUOTE #  | QUOTE DATE | LOAD DATE | SHIP DATE | QUOTED BY |
|----------|-----------|-----------|-----------|-----------|
| 106641 | 7/19/2010 | Load Date Not Set | 001-01-01 | Carl Duvigneaud |
| **JOB NAME** | | **CUSTOMER PO#** | | |

| LineItem # | Description | | | Net Price | Extended |
|---|---|---|---|---|---|
| 4-2 | Unit 1 Screen: Half Screen, Charcoal Fiberglass, Shipped Separate | | | $4.30 | $8.60 |

Qty:  2

Room Location:

Note:

| LineItem # | Description | | | Net Price | Extended |
|---|---|---|---|---|---|
| 4-3 | Unit 2 Screen: Half Screen, Charcoal Fiberglass, Shipped Separate | | | $4.30 | $8.60 |

Qty:  2

Room Location:

Note:

te #:   106641

| 106641 | 7/19/2010 | Load Date Not Set | SHIP DATE | QUOTED BY |
| | **JOB NAME** | **CUSTOMER PO#** | 0001-01-01 | Carl Duvigneaud |

| **PROJECT** | **QUOTE** |
| NIKOLAS TORAS | NIKOLAS TORAS |
| **NOTES** | |

Order:

Delivery:

Job
Comment:

| | |
|---|---|
| SUB-TOTAL | $1,764.92 |
| LABOR | $0.00 |
| FREIGHT | $0.00 |
| SALES TAX | $158.84 |
| TOTAL | $1,923.76 |

CUSTOMER SIGNATURE _____

_____ DATE _____

#: 106641

















