Case 2:09-md-02047-EEF-JCW Document 13382-1 Filed 03/29/12 Page 1 of 7

# Owner Disclosure Affidavit

Owner name: Josh + Kelly Heck

Affected Property address: 85502 Horatio Sharp Rd. Bush, LA 70431

Purchase date and price of Affected Property: August 2006 $155,000

List the manufacturers of all drywall found in the Affected Property: Knauf, Tianjin.

Move-out date: May 2009

Move-in date: Nov 6 2011

Storage expenses paid: $5164.55

Moving expenses paid: $500

Utility expenses paid: $1155.38

Alternative living expenses paid: ____________

Total cost of construction paid: 34,512.23 still work in progress

Total claim: ____________

General Contractor name and phone #: Josh Heck 985-966-0574 (SELF)

Total amount paid to general contractor: Self Contractor

Affected Property air conditioned square footage: 2200

Was Owner aware of the defective drywall before purchasing the Affected Property: NO, we built the house.

Please describe the remediation of the Affected Property. If you removed and reused an item, please circle 'reused'. In the event that you replaced an item, with another of the same material and quality please circle 'replaced'. In the event that you replaced and upgraded an item, please note at the end of this form and leave that item blank. Circling 'replaced' indicates that you replaced the items with one of equal value.

Kitchen cabinets: (Reused) Replaced

Owner Initial KH/JRH Contractor Initial ________

EXHIBIT A

| | | | | |
|---|---|---|---|---|
| **Kitchen countertop:** | | Reused | | Replaced |
| If replaced indicate material: | Formica | Corlon | Tile | Granite |
| Kitchen Plumbing Fixtures: (Faucets, sink) | | Reused | | Replaced |
| Kitchen floor: | | Reused | | Replaced |
| Appliances: | | Reused | | Replaced |

If replaced, please list appliance manufacture and model: Frigidaire, Fridge -9793721, Microwave 1239247 oven 9807006, Dishwasher 8414156, toaster HAMILTON BEACH, can opener, Dryer whirlpool,

| | | | | |
|---|---|---|---|---|
| Bathroom cabinets: | | Reused | | Replaced |
| Bathroom tops: | | Reused | | Replaced |
| If replaced indicate material: | Formica | Cultured marble | Tile | Granite |
| Bathroom flooring: | | Reused | | Replaced |
| Bathroom enclosures: | | Reused | | Replaced |
| Bathroom lighting: | | Reused | | Replaced |
| Bathroom Accessories (towel bars, etc.): | | Reused | | Replaced |
| Bathroom Mirrors: | | Reused | | Replaced (in process of replacing) |
| Tub: | | Reused | | Replaced |
| If replaced indicate master bath tub type | | Fiberglass | Steel | Jacuzzi |
| Plumbing fixtures (toilets, sinks): | | Reused | | Replaced |

If replaced please provide description of original manufactures:

______________________________________________

______________________________________________

| | | |
|---|---|---|
| Plumbing faucets: | Reused | Replaced |

If replaced please provide description of original manufactures:

______________________________________________

______________________________________________

| | | | |
|---|---|---|---|
| Plumbing lines: | | Reused | Replaced |
| If replaced indicate material: | Copper | CPVC | PEX |

Owner initial JRH Contractor initial ________

**Base boards:** Reused Replaced (circled: Replaced)

**Interior doors:** Reused Replaced (circled: Reused)

If replaced indicate: Hollow core 6' 8" doors Hollow core 8' doors Solid core 8' doors

**Window wood molding:** N/A Reused Replaced (circled: Reused)

**Crown molding:** N/A Reused Replaced (circled: N/A)

If replaced please indicate original locations:

______________________________

______________________________

**Chair Rail:** N/A Reused Replaced (circled: N/A)

If replaced please indicate original locations:

______________________________

______________________________

**Tile flooring:** N/A Reused Replaced (circled: Reused)

If replaced please indicate locations of tile floors:

______________________________

______________________________

**Marble Flooring:** N/A Reused Replaced (circled: N/A)

If replaced please indicate locations of marble floors:

______________________________

______________________________

**Wood Flooring Type:** N/A Wood Pergo/float (circled: Wood)

**Wood flooring:** N/A Reused Replaced (circled: Reused)

If replaced please indicate locations of wood floors:

______________________________

______________________________

**Carpet:** Reused Replaced (circled: Replaced)

Owner Initial KCH JRH Contractor Initial ________

If replaced please provide description of original manufactures: Stainmaster

If replaced please indicate locations of carpet: Bedrooms

HVAC replacement: (Ducts) (Coils) (Air handler (interior)) (Condenser (exterior))

HVAC manufacturer: RHEEM

Insulation: Reused (Replaced)

Electrical fixtures: (Reused) + (Replaced)

Electrical wiring: (Reused) Replaced

Electrical fans: Reused (Replaced)

If replaced please indicate how many and which rooms: (4) Bedrooms + office

Stair rails: (N/A) Reused Replaced

Window sills: (Reused) Replaced

If replaced indicate original material: Wood Marble Drywall

Alarm system: (N/A) Reused Replaced

Fire suppression system: N/A Reused Replaced

Intercom: (N/A) Reused Replaced

Surround sound: (N/A) Reused Replaced

Wall papers: (N/A) Replaced

Interior paint: Total colors used: 7

Additional construction related items replaced: Shoe molding, smoke detectors, sheetrock (American made) fireplace stones, outlets, phone jacks

Personal items replaced: curtains, dryer, DVD player, garbage disposal picture frames, mattresses, bedding, humidifier, dishes,

Owner Initial [initials] JRH Contractor Initial ________

Restock pantry, Kitchen supplies, bathroom supplies, phones

Items that were upgraded and deducted from construction replacement cost:

We did not upgrade

The following items should have been produced given the nature of the remediation project and will help us confirm the remediation costs associated with your property. Please provide the additional supporting documents listed below:

1. Photographs and/or video images of all drywall removed from the Affected Property during remediation. If your claims are pending in *In re: Chinese Manufactured Drywall Products Liability Litigation*, MDL No. 2047, where available, such submission shall be in the form required by MDL Pretrial Order 1B. If your claims are pending in state court, such submission shall comply with the state court's rules regarding the preservation of evidence.
2. Any evidence of KPT Chinese Drywall or Non-KPT Chinese Drywall in the Affected Property prior to remediation.
3. Proof of corrosion or other evidence that the KPT Chinese Drywall was reactive.
4. Interior photographs of the Affected Property immediately prior to the commencement of, and following completion of, the remediation, including photographs and/or video images of the flooring and major components such as cabinets, moldings, doors, intercom systems, and fixtures for every room and bathroom, and, to the extent possible, security systems, appliances and audio such as surround sound.
   a. The photographs do not need to be pictures taken specifically for the litigation. For example, family photographs or photographs taken for purposes of refinancing a mortgage are acceptable in the absence of other photographs.
5. The remediation contract and an itemization from the contractor who performed the remediation work of the materials used during the remediation, including, but not limited to, manufacturer, model number, and quantity.
6. An itemized invoice from the contractor who performed the remediation work ("Itemized Invoice").
7. Proof of payment of the itemized invoice and any other expenses, such as cancelled checks, credit card statements, etc.
8. A floor plan of the Affected Property with dimensions.

Owner Initial [initials] Contractor Initial ________

9. An Environmental Certificate.

Please note that this is not a comprehensive list or final request and the Knauf Defendats may request additional documentation such as cancelled checks, receipts or photographs in the future.

Owner Initial [signature] Contractor Initial ________

I declare under penalty of perjury under the laws of the United States that all of the information provided in this Owner Disclosure Affidavit is true and correct to the best of my knowledge, information and belief. I further declare that I have supplied all the documents requested in this Owner Disclosure Affidavit, to the extent that such documents are in my possession or in the possession of my lawyers. Further, I acknowledge that I have an obligation to supplement the above responses if I learn that they are in some material respects incomplete or incorrect.

Date: 4-14-12

Homeowner Signature: Kelly C Heck Joshua Heck

Subscribed and sworn to before me on

Notary Public

Salvadore Christina, Jr., Notary Public
La. Bar # 27198
Attorney-at-Law
My commission is for life.

My commission expires on upon death

Date: 4-14-12

Contractor Signature: ____________________

Subscribed and sworn to before me on

____________________
Notary Public

My commission expires on

Owner Initial KCH JRH Contractor Initial ________



STATEMENT PERIOD

Sep 24, 2010 TO
Oct 25, 2010

1 15

RICHARD R HECK OR
LAURIE B HECK
SPECIAL ACCOUNT
1004 S MADISON ST
COVINGTON LA 70433-3622

003797

01

Page 1 of 1

CLASSIC CHECKING

RICHARD R HECK OR
LAURIE B HECK
SPECIAL ACCOUNT

| BALANCE LAST STATEMENT | DEPOSITS & CREDITS NO. | TOTAL AMOUNT | CHECKS & DEBITS NO. | TOTAL AMOUNT | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|
| 20,512.23 | 0 | .00 | 2 | 4,521.37 | 15,990.86 |

MINIMUM BALANCE 15,990 AVERAGE COLLECTED BALANCE 16,447

Checks Paid

| Date | Check No. | Amount |
|---|---|---|
| Sep 27 | 101 | 4,000.00 |

Other Debits

| Date | Amount | Description |
|---|---|---|
| Sep 29 | 521.37 | CHECK CARD PURCHASE MOBILE MINI 0279800-2885669 AZ 09/28 |

Oct & Nov

Daily Balance Summary

| Date | Balance | Date | Balance |
|---|---|---|---|
| Sep 23 | 20,512.23 | Sep 29 | 15,990.86 |
| Sep 27 | 16,512.23 | | |

| BALANCE LAST STATEMENT | DEPOSITS & CREDITS NO. | TOTAL AMOUNT | CHECKS & DEBITS NO. | TOTAL AMOUNT | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|
| 15,990.86 | 0 | .00 | 1 | 161.37 | 15,829.49 |

MINIMUM BALANCE 15,829 AVERAGE COLLECTED BALANCE 15,979

Other Debits

| Date | Amount | Description |
|---|---|---|
| Nov 22 | 161.37 | CHECK CARD PURCHASE MOBILE MINI 3111800-2885669X1 AZ 11/19 |

Daily Balance Summary

| Date | Balance | Date | Balance |
|---|---|---|---|
| Oct 25 | 15,990.86 | Nov 22 | 15,829.49 |



003316

0 15
RICHARD R HECK OR
LAURIE B HECK
SPECIAL ACCOUNT
1004 S MADISON ST
COVINGTON LA 70433-3622

| BALANCE LAST STATEMENT | DEPOSITS & CREDITS NO. | TOTAL AMOUNT | CHECKS & DEBITS NO. | TOTAL AMOUNT | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|
| 15,829.49 | 0 | .00 | 1 | 161.37 | 15,668.12 |

MINIMUM BALANCE 15,668 AVERAGE COLLECTED BALANCE 15,734

Other Debits

| Date | Amount | Description | | | |
|---|---|---|---|---|---|
| Dec 06 | 161.37 | CHECK CARD PURCHASE MOBILE MINI | 0908800-2885669X1 | AZ | 12/04 |

Daily Balance Summary

| Date | Balance | Date | Balance |
|---|---|---|---|
| Nov 23 | 15,829.49 | Dec 06 | 15,668.12 |

| BALANCE LAST STATEMENT | DEPOSITS & CREDITS NO. | TOTAL AMOUNT | CHECKS & DEBITS NO. | TOTAL AMOUNT | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|
| 15,668.12 | 1 | 1,000.00 | 1 | 161.37 | 16,506.75 |

MINIMUM BALANCE 15,668 AVERAGE COLLECTED BALANCE 16,206

Credits

| Date | Amount | Description |
|---|---|---|
| Jan 03 | 1,000.00 | REGULAR DEPOSIT |

Other Debits

| Date | Amount | Description | | | |
|---|---|---|---|---|---|
| Jan 03 | 161.37 | CHECK CARD PURCHASE MOBILE MINI | 0886800-2885669X1 | AZ | 01/01 |

Daily Balance Summary

| Date | Balance | Date | Balance |
|---|---|---|---|
| Dec 22 | 15,668.12 | Jan 03 | 16,506.75 |

| BALANCE LAST STATEMENT | DEPOSITS & CREDITS NO. | TOTAL AMOUNT | CHECKS & DEBITS NO. | TOTAL AMOUNT | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|
| 16,506.75 | 0 | .00 | 4 | 693.09 | 15,813.66 |

MINIMUM BALANCE 15,813 AVERAGE COLLECTED BALANCE 16,208

Checks Paid

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|
| Feb 16 | 103 | 425.00 | Feb 15 | 104 | 75.00 |

Other Debits

| Date | Amount | Description | | | |
|---|---|---|---|---|---|
| Jan 31 | 161.37 | CHECK CARD PURCHASE MOBILE MINI | 1550800-2885669 | AZ | 01/29 |
| Feb 02 | 31.72 | CHECK CARD PURCHASE LOWES #01698* | 3497COVINGTON | LA | 02/01 |

Daily Balance Summary

| Date | Balance | Date | Balance |
|---|---|---|---|
| Jan 25 | 16,506.75 | Feb 15 | 16,238.66 |
| Jan 31 | 16,345.38 | Feb 16 | 15,813.66 |
| Feb 02 | 16,313.66 | | |





RICHARD R HECK
LAURIE B HECK
SPECIAL ACCOUNT
1004 S MADISON ST.
COVINGTON, LA 70433-3022

103

Date 2-14-11

Pay to the Order of Tammany Containers $ 425.00

Four Hundred Twenty-Five and 00/100 Dollars

Whitney National Bank, Covington, Louisiana

For

Laurie B Heck

February 16, 2011 103 $425.00

RICHARD R HECK
LAURIE B HECK
SPECIAL ACCOUNT
1004 S MADISON ST.
COVINGTON, LA 70433-3022

104

Date

Pay to the Order of David Loyd $ 75.00

Seventy-Five and 00/100 Dollars

Whitney National Bank, Covington, Louisiana

For labor

Laurie B Heck

February 15, 2011 104 $75.00

| BALANCE LAST STATEMENT | DEPOSITS & CREDITS NO. | TOTAL AMOUNT | CHECKS & DEBITS NO. | TOTAL AMOUNT | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|
| 15,813.66 | 1 | 276.87 | 3 | 438.24 | 15,652.29 |

MINIMUM BALANCE 15,652 AVERAGE COLLECTED BALANCE 15,676

**Credits**

| Date | Amount | Description |
|---|---|---|
| Mar 14 | 276.87 | REGULAR DEPOSIT |

**Other Debits**

| Date | Amount | Description | | | |
|---|---|---|---|---|---|
| Feb 28 | 161.37 | CHECK CARD PURCHASE MOBILE MINI | 6911800-2885669 | AZ | 02/26 |
| Mar 14 | 265.66 | CHECK CARD PURCHASE POOLE LUMBER CO LL | 4720COVINGTON | LA | 03/10 |
| Mar 14 | 11.21 | CHECK CARD PURCHASE LOWES #01698* | 5109COVINGTON | LA | 03/11 |

**Daily Balance Summary**

| Date | Balance | Date | Balance |
|---|---|---|---|
| Feb 23 | 15,813.66 | Feb 28 | 15,652.29 |

| BALANCE LAST STATEMENT | DEPOSITS & CREDITS NO. | TOTAL AMOUNT | CHECKS & DEBITS NO. | TOTAL AMOUNT | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|
| 15,652.29 | 2 | 1,557.56 | 2 | 311.37 | 16,898.48 |

MINIMUM BALANCE 15,490 AVERAGE COLLECTED BALANCE 16,329

**Credits**

| Date | Amount | Description | | | |
|---|---|---|---|---|---|
| Apr 04 | 1,500.00 | REGULAR DEPOSIT | | | |
| Apr 05 | 57.56 | CHECK CARD CREDIT TUFF EQUIPMENT REN | 5008COVINGTON | LA | 04/04 |

**Other Debits**

| Date | Amount | Description | | | |
|---|---|---|---|---|---|
| Mar 28 | 161.37 | CHECK CARD PURCHASE MOBILE MINI | 2139800-2885669 | AZ | 03/26 |
| Apr 04 | 150.00 | CHECK CARD PURCHASE TUFF EQUIPMENT REN | 5179SLIDELL | LA | 04/01 |

Summary

| Date | Balance | Date | Balance |
|---|---|---|---|
| Mar 22 | 15,652.29 | Apr 04 | 16,840.92 |
| Mar 28 | 15,490.92 | Apr 05 | 16,898.48 |

RICHARD R HECK
LAURIE B HECK
SPECIAL ACCOUNT
1004 S MADISON ST.
COVINGTON, LA 70433-3822

105

Date 5-3-11

Pay to the Order of Tammany Containers $ 425.00

Four Hundred Twenty-Five and 00/100 Dollars

WHITNEY Whitney National Bank Covington, Louisiana

For

Laurie B Heck

May 6, 2011 105 $425.00

| BALANCE LAST STATEMENT | DEPOSITS & CREDITS NO. | TOTAL AMOUNT | CHECKS & DEBITS NO. | TOTAL AMOUNT | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|
| 16,898.48 | 0 | .00 | 4 | 791.96 | 16,106.52 |

MINIMUM BALANCE 16,106 AVERAGE COLLECTED BALANCE 16,494

Checks Paid

| Date | Check No. | Amount |
|---|---|---|
| May 06 | 105 | 425.00 |

Other Debits

| Date | Amount | Description | | | |
|---|---|---|---|---|---|
| Apr 25 | 161.37 | CHECK CARD PURCHASE | | | |
| | | MOBILE MINI | 2172800-2885669 | AZ | 04/23 |
| May 23 | 161.37 | CHECK CARD PURCHASE | | | |
| | | MOBILE MINI | 7083800-2885669 | AZ | 05/21 |
| May 23 | 44.22 | CHECK CARD PURCHASE | | | |
| | | LOWES #01698* | 3983COVINGTON | LA | 05/20 |

Daily Balance Summary

| Date | Balance | Date | Balance |
|---|---|---|---|
| Apr 22 | 16,898.48 | May 06 | 16,312.11 |
| Apr 25 | 16,737.11 | May 23 | 16,106.52 |

| BALANCE LAST STATEMENT | DEPOSITS & CREDITS NO. | TOTAL AMOUNT | CHECKS & DEBITS NO. | TOTAL AMOUNT | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|
| 16,106.52 | 1 | 10,000.00 | 5 | 8,426.51 | 17,680.01 |

MINIMUM BALANCE 16,106 AVERAGE COLLECTED BALANCE 21,907

Credits

| Date | Amount | Description |
|---|---|---|
| Jun 02 | 10,000.00 | REGULAR DEPOSIT |

Checks Paid

| Date | Check No. | Amount |
|---|---|---|
| Jun 20 | 106 | 7,900.00 |

Other Debits

| Date | Amount | Description | | | |
|---|---|---|---|---|---|
| Jun 14 | 13.23 | CHECK CARD PURCHASE | | | |
| | | LARRYS HARDWARE IN | 4493COVINGTON | LA | 06/12 |
| Jun 20 | 337.39 | CHECK CARD PURCHASE | | | |
| | | LOWES #01698* | 3901COVINGTON | LA | 06/18 |
| Jun 20 | 161.37 | CHECK CARD PURCHASE | | | |
| | | MOBILE MINI | 1887800-2885669 | AZ | 06/18 |
| Jun 20 | 14.52 | CHECK CARD PURCHASE | | | |
| | | SUBWAY 0334 | 2015COVINGTON | LA | 06/18 |

Daily Balance Summary

| Date | Balance | Date | Balance |
|---|---|---|---|
| May 23 | 16,106.52 | Jun 14 | 26,093.29 |
| Jun 02 | 26,106.52 | Jun 20 | 17,680.01 |

RICHARD R HECK
LAURIE B HECK
SPECIAL ACCOUNT
1004 S MADISON ST.
COVINGTON, LA 70433-3622

106

Date 6-15-11

Pay to the Order of BEN SMITH $ 7,900.00

SEVEN THOUSAND NINE HUNDRED AND 00/100 Dollars

WHITNEY Whitney National Bank Covington, Louisiana

For All paid in full

Laurie B Heck

June 20, 2011 106 $7,900.00

| BALANCE LAST STATEMENT | DEPOSITS & CREDITS NO. | TOTAL AMOUNT | CHECKS & DEBITS NO. | TOTAL AMOUNT | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|
| 17,680.01 | 1 | 750.00 | 2 | 182.46 | 18,247.55 |

MINIMUM BALANCE 18,247 AVERAGE COLLECTED BALANCE 18,350

Credits

| Date | Amount | Description |
|---|---|---|
| Jun 23 | 750.00 | REGULAR DEPOSIT |

Other Debits

| Date | Amount | Description | | | |
|---|---|---|---|---|---|
| Jun 28 | 21.09 | CHECK CARD PURCHASE | | | |
| | | LARRYS HARDWARE IN | 3669COVINGTON | LA | 06/25 |
| Jul 18 | 161.37 | CHECK CARD PURCHASE | | | |
| | | MOBILE MINI | 1393800-2885669 | AZ | 07/16 |

Daily Balance Summary

| Date | Balance | Date | Balance |
|---|---|---|---|
| Jun 22 | 17,680.01 | Jun 28 | 18,408.92 |
| Jun 23 | 18,430.01 | Jul 18 | 18,247.55 |

| BALANCE LAST STATEMENT | DEPOSITS & CREDITS NO. | TOTAL AMOUNT | CHECKS & DEBITS NO. | TOTAL AMOUNT | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|
| 18,247.55 | 0 | .00 | 12 | 8,466.48 | 9,781.07 |

MINIMUM BALANCE 9,781 AVERAGE COLLECTED BALANCE 14,501

Checks Paid

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|
| Aug 11 | 107 | 2,137.00 | Aug 16 | 111 * | 3,446.00 |
| Jul 29 | 109 * | 1,689.98 | | | |

* Indicates break in check sequence

Other Debits

| Date | Amount | Description | | | |
|---|---|---|---|---|---|
| Aug 01 | 35.00 | CHECK CARD PURCHASE | | | |
| | | CHEVRON 00145585 | 0021COVINGTON | LA | 07/30 |
| Aug 01 | 50.96 | CHECK CARD PURCHASE | | | |
| | | LOWES #01698* | 3702COVINGTON | LA | 07/30 |
| Aug 01 | 64.62 | CHECK CARD PURCHASE | | | |
| | | LOWES #01698* | 4284COVINGTON | LA | 07/30 |
| Aug 01 | 67.96 | CHECK CARD PURCHASE | | | |
| | | POOLE LUMBER CO LL | 4431COVINGTON | LA | 07/29 |
| Aug 01 | 134.75 | CHECK CARD PURCHASE | | | |
| | | LOWES #01698* | 4608COVINGTON | LA | 07/31 |
| Aug 05 | 100.00 | DEBIT MEMO | | | |

| | | MOBILE MINI | 2142800-2885669 | AZ | 08/13 |
|---|---|---|---|---|---|
| Aug 15 | 205.72 | CHECK CARD PURCHASE | | | |
| | | LOWES #01698* | 3289COVINGTON | LA | 08/12 |
| Aug 22 | 373.12 | CHECK CARD PURCHASE | | | |
| | | LOWES #01698* | 5065COVINGTON | LA | 08/21 |

Daily Balance Summary

| Date | Balance | Date | Balance |
|---|---|---|---|
| Jul 25 | 18,247.55 | Aug 11 | 13,967.28 |
| Jul 29 | 16,557.57 | Aug 15 | 13,600.19 |
| Aug 01 | 16,204.28 | Aug 16 | 10,154.19 |
| Aug 05 | 16,104.28 | Aug 22 | 9,781.07 |

DDA Miscellaneous Debit 8-5-11
Account Name: Richard or Laurie Heck Open Benefit Account
Transaction Codes: 30 Debit Memo (detail); 25 100 Closing Debit; 75 ODP Activator
Tran code 30
71877 6674
$ 100.00

August 5, 2011 $100.00

RICHARD R HECK
LAURIE B HECK
SPECIAL ACCOUNT
1004 S MADISON ST.
COVINGTON, LA 70433-3622
109
Date 7/25/11
Pay to the Order of Metal Studs, LLC $ 1,689.98
One thousand six hundred eighty-nine + 98/100 Dollars
WHITNEY Whitney National Bank Covington, Louisiana
For: SHEETROCK
Laurie B Heck

July 29, 2011 109 $1,689.98

RICHARD R HECK
LAURIE B HECK
SPECIAL ACCOUNT
1004 S MADISON ST.
COVINGTON, LA 70433-3622
107
Date 7/22/11
Pay to the Order of Southern Insulators + Specialties $ 2,137.00
Two thousand one hundred thirty seven 00/100 Dollars
WHITNEY Whitney National Bank Covington, Louisiana
For: INSULATION
Laurie B Heck

August 11, 2011 107 $2,137.00

RICHARD R HECK
LAURIE B HECK
SPECIAL ACCOUNT
1004 S MADISON ST.
COVINGTON, LA 70433-3622
111
Date 8/4/11
Pay to the Order of Brad Lagnaire $ 3446.00
Three thousand four hundred forty-six + 00/100 Dollars
WHITNEY Whitney National Bank Covington, Louisiana
For: SHEETROCK, HANG+FLOAT
Laurie B Heck

August 16, 2011 111 $3,446.00

| BALANCE LAST STATEMENT | DEPOSITS & CREDITS NO. | TOTAL AMOUNT | CHECKS & DEBITS NO. | TOTAL AMOUNT | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|
| 9,781.07 | 1 | 750.00 | 9 | 1,195.47 | 9,335.60 |

MINIMUM BALANCE 8,705 AVERAGE COLLECTED BALANCE 9,266

Credits

| Date | Amount | Description |
|---|---|---|
| Sep 16 | 750.00 | REGULAR DEPOSIT |

Checks Paid

| Date | Check No. | Amount |
|---|---|---|
| Sep 01 | 112 | 425.00 |

Other Debits

| Date | Amount | Description | | | |
|---|---|---|---|---|---|
| Aug 29 | 12.90 | CHECK CARD PURCHASE | | | |
| | | LOWES #01698* | 3277COVINGTON | LA | 08/27 |
| Aug 29 | 29.22 | CHECK CARD PURCHASE | | | |
| | | LOWES #01698* | 3279COVINGTON | LA | 08/27 |
| Aug 30 | 18.48 | CHECK CARD PURCHASE | | | |
| | | LARRYS HARDWARE IN | 4430COVINGTON | LA | 08/27 |
| Sep 06 | 210.63 | CHECK CARD PURCHASE | | | |
| | | LOWES #01698* | 4734COVINGTON | LA | 09/05 |
| Sep 12 | 161.37 | CHECK CARD PURCHASE | | | |
| | | MOBILE MINI | 2142800-2885669 | AZ | 09/10 |
| Sep 12 | 217.70 | CHECK CARD PURCHASE | | | |
| | | THE HOME DEPOT 358 | 6870COVINGTON | LA | 09/10 |
| Sep 19 | 60.14 | CHECK CARD PURCHASE | | | |
| | | THE HOME DEPOT 358 | 6419COVINGTON | LA | 09/17 |
| Sep 20 | 60.03 | CHECK CARD PURCHASE | | | |
| | | POOLE LUMBER CO LL | 3325COVINGTON | LA | 09/17 |

Balance
Summary

| Date | Balance | Date | Balance |
|---|---|---|---|
| Aug 22 | 9,781.07 | Sep 12 | 8,705.77 |
| Aug 29 | 9,738.95 | Sep 16 | 9,455.77 |
| Aug 30 | 9,720.47 | Sep 19 | 9,395.63 |
| Sep 01 | 9,295.47 | Sep 20 | 9,335.60 |
| Sep 06 | 9,084.84 | | |

RICHARD R HECK
LAURIE B HECK
SPECIAL ACCOUNT
1004 S MADISON ST.
COVINGTON, LA 70433-3622

112

Date Aug 31, 2011

Pay to the Order of Tammany Containers $425.00

Four hundred twenty five and no/100 Dollars

WHITNEY Whitney National Bank Covington, Louisiana

For

Laurie B Heck

September 1, 2011 112 $425.00

| BALANCE LAST STATEMENT | DEPOSITS & CREDITS NO. | TOTAL AMOUNT | CHECKS & DEBITS NO. | TOTAL AMOUNT | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|
| 9,335.60 | 1 | 69.50 | 19 | 6,260.89 | 3,144.21 |

MINIMUM BALANCE 3,144 AVERAGE COLLECTED BALANCE 8,205

Credits

| Date | Amount | Description | | | |
|---|---|---|---|---|---|
| Oct 24 | 69.50 | CHECK CARD CREDIT LOWES #01698* | 4250COVINGTON | LA | 10/23 |

Checks Paid

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|
| Oct 21 | 114 | 300.00 | Oct 21 | 118 | 600.00 |
| Oct 21 | 115 | 120.00 | Oct 21 | 119 | 240.00 |
| Oct 21 | 116 | 120.00 | Oct 21 | 120 | 240.00 |
| Oct 24 | 117 | 54.35 | Oct 24 | 121 | 1,500.00 |

Other Debits

| Date | Amount | Description | | | |
|---|---|---|---|---|---|
| Oct 10 | 13.58 | CHECK CARD PURCHASE PHILLIPS BUILDING | 4565ABITA SPRINGS | LA | 10/07 |
| Oct 10 | 40.75 | CHECK CARD PURCHASE PHILLIPS BUILDING | 4535ABITA SPRINGS | LA | 10/07 |
| Oct 10 | 49.62 | CHECK CARD PURCHASE LOWES #01698* | 4439COVINGTON | LA | 10/09 |
| Oct 10 | 161.37 | CHECK CARD PURCHASE MOBILE MINI | 2096800-2885669 | AZ | 10/08 |
| Oct 14 | 1,884.58 | ACH DEBIT BEST BUY | 113 | COVILAPURCHASE | |
| Oct 17 | 35.10 | CHECK CARD PURCHASE LOWES #01698* | 3251COVINGTON | LA | 10/15 |
| Oct 17 | 74.37 | CHECK CARD PURCHASE LOWES #01698* | 4502COVINGTON | LA | 10/16 |
| Oct 17 | 92.95 | CHECK CARD PURCHASE SHERWIN WILLIAMS # | 0104COVINGTON | LA | 10/15 |
| Oct 24 | 13.05 | CHECK CARD PURCHASE LOWES #01698* | 3125COVINGTON | LA | 10/21 |
| Oct 24 | 53.83 | CHECK CARD PURCHASE LOWES #01698* | 4245COVINGTON | LA | 10/23 |
| Oct 24 | 667.34 | CHECK CARD PURCHASE LOWES #01698* | 1277COVINGTON | LA | 10/21 |

Daily Balance Summary

| Date | Balance | Date | Balance |
|---|---|---|---|
| Sep 23 | 9,335.60 | Oct 17 | 6,983.28 |
| Oct 10 | 9,070.28 | Oct 21 | 5,363.28 |
| Oct 14 | 7,185.70 | Oct 24 | 3,144.21 |

Account: 718776674
Page: 5

RICHARD R HECK
LAURIE B HECK
SPECIAL ACCOUNT
1004 S MADISON ST.
COVINGTON, LA 70433-3622
114
Date 10-19-11
Pay to the Order of DARRON NAVARRE $ 300.00
THREE-HUNDRED + 00/100 Dollars
WHITNEY Whitney National Bank Covington, Louisiana
Laurie B Heck

October 21, 2011 114 $300.00

RICHARD R HECK
LAURIE B HECK
SPECIAL ACCOUNT
1004 S MADISON ST.
COVINGTON, LA 70433-3622
115
Date 10-19-11
Pay to the Order of PAUL LONGMIRE $ 120.00
ONE HUNDRED TWENTY + 00/100 Dollars
WHITNEY Whitney National Bank Covington, Louisiana
Laurie B Heck

October 21, 2011 115 $120.00

RICHARD R HECK
LAURIE B HECK
SPECIAL ACCOUNT
1004 S MADISON ST.
COVINGTON, LA 70433-3622
116
Date 10/19/11
Pay to the Order of Brent Miller $ 120.00
One hundred twenty and no/100 Dollars
WHITNEY Whitney National Bank Covington, Louisiana
Laurie B Heck

October 21, 2011 116 $120.00

RICHARD R HECK
LAURIE B HECK
SPECIAL ACCOUNT
1004 S MADISON ST
COVINGTON, LA 70433-3622
117
Date 10-19-11
Pay to the Order of SHERWIN - WILLIAMS $ 54.35
FIFTY-FOUR + 35/100 Dollars
WHITNEY Whitney National Bank Covington, Louisiana
Laurie B Heck

October 24, 2011 117 $54.35

RICHARD R HECK
LAURIE B HECK
SPECIAL ACCOUNT
1004 S MADISON ST.
COVINGTON, LA 70433-3622
118
Date Oct. 21, 2011
Pay to the Order of DARRON NAVARRE $ 600.00
SIX HUNDRED + 00/100 Dollars
WHITNEY Whitney National Bank Covington, Louisiana
Laurie B Heck

October 21, 2011 118 $600.00

RICHARD R HECK
LAURIE B HECK
SPECIAL ACCOUNT
1004 S MADISON ST.
COVINGTON, LA 70433-3622
119
Date Oct. 21, 2011
Pay to the Order of BRENT MILLER $ 240.00
TWO HUNDRED FORTY + 00/100 Dollars
WHITNEY Whitney National Bank Covington, Louisiana
Laurie B Heck

October 21, 2011 119 $240.00

RICHARD R HECK
LAURIE B HECK
SPECIAL ACCOUNT
1004 S MADISON ST.
COVINGTON, LA 70433-3622
120
Date Oct 21, 2011
Pay to the Order of PAUL LONGMIRE $ 240.00
TWO HUNDRED FORTY + 00/100 Dollars
WHITNEY Whitney National Bank Covington, Louisiana
Laurie B Heck

October 21, 2011 120 $240.00

RICHARD R HECK
LAURIE B HECK
SPECIAL ACCOUNT
1004 S MADISON ST.
COVINGTON, LA 70433-3622
121
Date 10-21-2011
Pay to the Order of CHARLIE MAESTRI'S CARPET $ 1500.00
ONE-THOUSAND FIVE HUNDRED + 00/100 Dollars
WHITNEY Whitney National Bank Covington, Louisiana
Laurie B Heck

October 24, 2011 121 $1,500.00

LAURIE B HECK
SPECIAL ACCOUNT
1004 S MADISON ST
COVINGTON, LA 70433-3622

Date 10-29-2011

Pay to the Order of Charlie Maestri's Carpet $ 1,474.00

One-Thousand Four Hundred Seventy-Four + 00/100 Dollars

Whitney National Bank, Covington, Louisiana

For

Laurie B Heck

October 31, 2011 124 $1,474.00

RICHARD R HECK
LAURIE B HECK
SPECIAL ACCOUNT
1004 S MADISON ST.
COVINGTON, LA 70433-3622

125

Date Nov. 8, 2011

Pay to the Order of Tammany Containers $ 475.00

Four hundred seventy-five and no/100 Dollars

Whitney National Bank, Covington, Louisiana

For

Laurie B Heck

November 10, 2011 125 $475.00

| BALANCE LAST STATEMENT | DEPOSITS & CREDITS NO. | TOTAL AMOUNT | CHECKS & DEBITS NO. | TOTAL AMOUNT | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|
| 797.54 | 1 | 2,000.00 | 2 | 175.49 | 2,622.05 |

MINIMUM BALANCE 622 AVERAGE COLLECTED BALANCE 752

Credits

| Date | Amount | Description |
|---|---|---|
| Dec 22 | 2,000.00 | REGULAR DEPOSIT |

Other Debits

| Date | Amount | Description | | | |
|---|---|---|---|---|---|
| Nov 25 | 14.12 | CHECK CARD PURCHASE LARRYS HARDWARE | 7346001-800254717 | LA | 11/23 |
| Dec 05 | 161.37 | CHECK CARD RECURRING MOBILE MINI | 2162800-2885669 | AZ | 12/03 |

Daily Balance Summary

| Date | Balance | Date | Balance |
|---|---|---|---|
| Nov 23 | 797.54 | Dec 05 | 622.05 |
| Nov 25 | 783.42 | Dec 22 | 2,622.05 |

| BALANCE LAST STATEMENT | DEPOSITS & CREDITS NO. | TOTAL AMOUNT | CHECKS & DEBITS NO. | TOTAL AMOUNT | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|
| 2,622.05 | 1 | 7.04 | 7 | 938.42 | 1,690.67 |

MINIMUM BALANCE 1,690 AVERAGE COLLECTED BALANCE 1,979

Credits

| Date | Amount | Description | | | |
|---|---|---|---|---|---|
| Jan 09 | 7.04 | CHECK CARD CREDIT LOWES #01698* | 2967COVINGTON | LA | 01/07 |

Checks Paid

| Date | Check No. | Amount |
|---|---|---|
| Dec 28 | 126 | 643.11 |

Other Debits

| Date | Amount | Description | | | |
|---|---|---|---|---|---|
| Dec 28 | 74.18 | CHECK CARD PURCHASE LOWES #01698* | 2782COVINGTON | LA | 12/27 |
| Jan 09 | 41.09 | CHECK CARD PURCHASE LOWES #01698* | 2966COVINGTON | LA | 01/07 |
| Jan 20 | 24.72 | CHECK CARD PURCHASE LARRYS HARDWARE IN | 3875COVINGTON | LA | 01/18 |
| Jan 23 | 32.56 | CHECK CARD PURCHASE LOWES #01698* | 1782COVINGTON | LA | 01/21 |

| BALANCE LAST STATEMENT | DEPOSITS & CREDITS NO. | TOTAL AMOUNT | CHECKS & DEBITS NO. | TOTAL AMOUNT | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|
| 3,144.21 | 2 | 2,011.15 | 18 | 4,357.82 | 797.54 |

MINIMUM BALANCE 797 AVERAGE COLLECTED BALANCE 1,964

**Credits**

| Date | Amount | Description | | | |
|---|---|---|---|---|---|
| Oct 27 | 11.15 | CHECK CARD CREDIT LOWES #01698* | 3926COVINGTON | LA | 10/26 |
| Nov 02 | 2,000.00 | REGULAR DEPOSIT | | | |

**Checks Paid**

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|
| Nov 03 | 122 | 329.64 | Oct 31 | 124 | 1,474.00 |
| Nov 02 | 123 | 59.79 | Nov 10 | 125 | 475.00 |

**Other Debits**

| Date | Amount | Description | | | |
|---|---|---|---|---|---|
| Oct 27 | 55.82 | CHECK CARD PURCHASE LOWES #01698* | 4254COVINGTON | LA | 10/26 |
| Oct 28 | 3.46 | CHECK CARD PURCHASE LARRYS HARDWARE IN | 3810COVINGTON | LA | 10/26 |
| Oct 28 | 4.67 | CHECK CARD PURCHASE LARRYS HARDWARE IN | 3812COVINGTON | LA | 10/26 |
| Oct 28 | 9.31 | CHECK CARD PURCHASE LOWES #01698* | 2887COVINGTON | LA | 10/27 |
| Nov 02 | 125.56 | CHECK CARD PURCHASE THE HOME DEPOT 358 | 2870COVINGTON | LA | 10/31 |
| Nov 07 | 13.79 | CHECK CARD PURCHASE NULITE ELECTRICAL | 0870MANDEVILLE | LA | 11/04 |
| Nov 07 | 94.99 | CHECK CARD PURCHASE LOWES #01698* | 7291COVINGTON | LA | 11/04 |
| Nov 07 | 572.45 | CHECK CARD PURCHASE LOWES #01698* | 4393COVINGTON | LA | 11/06 |
| Nov 07 | 161.37 | CHECK CARD RECURRING MOBILE MINI | 1688800-2885669 | AZ | 11/05 |
| Nov 09 | 107.42 | CHECK CARD PURCHASE LOWES #01698* | 6418COVINGTON | LA | 11/08 |
| Nov 14 | 25.37 | CHECK CARD PURCHASE LOWES #01698* | 5992COVINGTON | LA | 11/10 |
| Nov 14 | 74.44 | CHECK CARD PURCHASE THE HOME DEPOT 358 | 3524COVINGTON | LA | 11/11 |
| Nov 14 | 198.46 | CHECK CARD PURCHASE LOWES #01698* | 6516COVINGTON | LA | 11/13 |
| Nov 14 | 572.28 | CHECK CARD PURCHASE WAL-MART #0541 | 0389COVINGTON | LA | 11/11 |

**Daily Balance Summary**

| Date | Balance | Date | Balance |
|---|---|---|---|
| Oct 24 | 3,144.21 | Nov 03 | 3,093.11 |
| Oct 27 | 3,099.54 | Nov 07 | 2,250.51 |
| Oct 28 | 3,082.10 | Nov 09 | 2,143.09 |
| Oct 31 | 1,608.10 | Nov 10 | 1,668.09 |
| Nov 02 | 3,422.75 | Nov 14 | 797.54 |

RICHARD R HECK
LAURIE B HECK
SPECIAL ACCOUNT
1004 S MADISON ST.
COVINGTON, LA 70433-3622

122

Date 10-26-11

Pay to the Order of Dependable Glass $ 329.64
Three-Hundred Twenty-Nine 64/100 Dollars

WHITNEY Whitney National Bank Covington, Louisiana

For Mirrors

Laurie B Heck

November 3, 2011 122 $329.64

RICHARD R HECK
LAURIE B HECK
SPECIAL ACCOUNT
1004 S MADISON ST.
COVINGTON, LA 70433-3622

007593379
985 893 3803

123

Date 10/28/11

Pay to the Order of Lowe's $ 59.79
fifty-nine and 79/100 Dollars

WHITNEY Whitney National Bank Covington, Louisiana

For

Laurie B Heck

November 2, 2011 123 $59.79

| | | | | | |
|---|---|---|---|---|---|
| | | LOWES #01698* | 3736COVINGTON | LA | 01/23 |
| Jan 25 | 14.09 | CHECK CARD PURCHASE LOWES #01698* | 3573COVINGTON | LA | 01/24 |

Daily Balance Summary

| Date | Balance | Date | Balance |
|---|---|---|---|
| Dec 22 | 2,622.05 | Jan 23 | 1,813.43 |
| Dec 28 | 1,904.76 | Jan 24 | 1,704.76 |
| Jan 09 | 1,870.71 | Jan 25 | 1,690.67 |
| Jan 20 | 1,845.99 | | |

RICHARD R HECK
LAURIE B HECK 985-966-0574 RD
SPECIAL ACCOUNT
1004 S MADISON ST.
COVINGTON, LA 70433-3822

126

Date 12-22-11

Pay to the Order of LOWE'S $ 643.11

SIX HUNDRED FORTY-THREE + 11/100 Dollars

WHITNEY Whitney National Bank Covington, Louisiana

For

Laurie B Heck

December 28, 2011 126 $643.11

| BALANCE LAST STATEMENT | DEPOSITS & CREDITS NO. | TOTAL AMOUNT | CHECKS & DEBITS NO. | TOTAL AMOUNT | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|
| 1,690.67 | 0 | .00 | 4 | 275.82 | 1,414.85 |

MINIMUM BALANCE 1,414 AVERAGE COLLECTED BALANCE 1,457

Other Debits

| Date | Amount | Description | | | |
|---|---|---|---|---|---|
| Jan 27 | 43.49 | CHECK CARD PURCHASE SOUTHERN FASTENING | 3533MANDEVILLE | LA | 01/25 |
| Jan 27 | 134.00 | CHECK CARD PURCHASE SOUTHERN FASTENING | 3534MANDEVILLE | LA | 01/25 |
| Feb 01 | 43.35 | CHECK CARD PURCHASE LARRYS HARDWARE IN | 3352COVINGTON | LA | 01/30 |
| Feb 09 | 54.98 | CHECK CARD PURCHASE THE HOME DEPOT 358 | 3313COVINGTON | LA | 02/07 |

Daily Balance Summary

| Date | Balance | Date | Balance |
|---|---|---|---|
| Jan 25 | 1,690.67 | Feb 01 | 1,469.83 |
| Jan 27 | 1,513.18 | Feb 09 | 1,414.85 |

| BALANCE LAST STATEMENT | DEPOSITS & CREDITS NO. | TOTAL AMOUNT | CHECKS & DEBITS NO. | TOTAL AMOUNT | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|
| 1,414.85 | 0 | .00 | 1 | 795.00 | 619.85 |

MINIMUM BALANCE 619 AVERAGE COLLECTED BALANCE 872

Checks Paid

| Date | Check No. | Amount |
|---|---|---|
| Mar 01 | 127 | 795.00 |

Daily Balance Summary

| Date | Balance | Date | Balance |
|---|---|---|---|
| Feb 22 | 1,414.85 | Mar 01 | 619.85 |

Account: 718776674
Page: 5

RICHARD R HECK
LAURIE B HECK
SPECIAL ACCOUNT
1004 S MADISON ST.
COVINGTON, LA 70433-3622

127

Date 2-25-12

Pay to the Order of WATER WORKS $ 795.00

SEVEN HUNDRED NINETY FIVE AND 00/100 Dollars

WHITNEY Whitney National Bank Covington, Louisiana

For

March 1, 2012 127 $795.00

**HANDYLINE CUSTOMERS: THE DATE YOUR PAYMENT IS DRAFTED HAS BEEN EXTENDED BY FOUR ADDITIONAL DAYS.**

************ CHECKING ACCOUNT SUMMARY ************

## Checking Account Summary

| | | |
|---|---|---|
| PREVIOUS BALANCE | 619.85 | |
| + 0 CREDITS | .00 | |
| - 2 DEBITS | 162.35 | |
| - SERVICE CHARGES | .00 | |
| + INTEREST PAID | .00 | |
| ENDING BALANCE | 457.50 | |

| | |
|---|---|
| AVERAGE BALANCE | 800.45 |
| YTD INTEREST PAID | .00 |
| FEES THIS PERIOD | .00 |
| OVERDRAFT FEES THIS PERIOD | .00 |
| OVERDRAFT FEES THIS YEAR | .00 |
| NSF FEES THIS PERIOD | .00 |
| NSF FEES THIS YEAR | .00 |

000100

*********** CHECKING ACCOUNT TRANSACTIONS ***********

- **Other Debits**

| Date | Amount | Description |
|---|---|---|
| 03/20 | 82.55 | CC 03/19 09:34 W/D LOWES #01698* COVINGTON LA |
| 03/22 | 79.80 | CC 03/21 09:20 W/D LOWES #01698* COVINGTON LA |

- **Balance By Date**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 03/15 | 619.85 | 03/20 | 537.30 | 03/22 | 457.50 |





WHITNEY®

- Account Summary
- Recent Transactions
  - Older Transactions
  - Last 15 Deposits
  - Last 15 Checks
  - Last 15 ATM
  - Last 15 Debit Card
  - Last 15 Other
  - Withdrawal Inquiry
  - Search Transactions
  - Deposit Inquiry
- Bill Pay
- E-statements
- Email Alerts
- Funds Transfers
- Make a Whitney Payment
- Search Transactions
- Financial Software Export
- Stop Payment of a Check
- Check/Statement Copies
- Options and Settings
- Log Off

Last 15 Card Purchases

To view other accounts, choose from the menu below and click "GO".

**Account:** Classic Checking :[redacted] Go

You can sort your account activity by clicking the column headings that are underlined.

Classic Checking [redacted]

| Date (Sort Page) | Amount (Sort Page) | Description (Sort Page) |
|---|---|---|
| 01/03/11 | $161.37 | MOBILE MINI 0886800 2885669X1:Purchase |
| 12/06/10 | $161.37 | MOBILE MINI 0908800 2885669X1:Purchase |
| 11/22/10 | $161.37 | MOBILE MINI 3111800 2885669X1:Purchase |
| 09/29/10 | $521.37 | MOBILE MINI 0279800 2885669:Purchase |

Pending Denotes items that have not posted to your account

© 2000 Whitney National Bank
Member FDIC Equal Housing Opportunity Normal Credit Criteria Apply

**Check Number: 863**
Date Posted: 11/10/2010

View Both Sides | Zoom In | Zoom Out | Print | Close Window

Kelly C Heck 06-04
85502 Horatio Sharp Rd. 985-892-0417
Bush, LA 70431

863

11-2-10
Date

Pay to the Order of Maximum Storage $ 149.00

One Hundred Forty Nine —— Dollars

Capital One Bank
Capital One, N.A.

For

Kelly Heck

**Save time and money using Online Bill Payment**

Add this payee to Online Bill Payment using this simple form.
Enter the payee information, then click **Continue**.

| | |
|---|---|
| Payee Name: | |
| Payee Nickname: | (Optional) |
| Account Number: | |
| Confirm Account Number: | |
| | ☐ This payee does not have an account number |
| | Continue |



**Check Number: 876**
Date Posted: 12/8/2010

View Both Sides | Zoom In | Zoom Out | Print | Close Window

Kelly C Heck 06-04
85502 Horatio Sharp Rd 985-892-0417
Bush, LA 70431

876

12-3-10
Date

Pay to the Order of Maximum Storage $ 149.00

One Hundred Forty Nine + 00/100 Dollars

Capital One Bank
Capital One N.A.

For 61991

Kelly Heck

| Save time and money using Online Bill Payment | |
|---|---|
| Add this payee to Online Bill Payment using this simple form. Enter the payee information, then click **Continue**. | |
| Payee Name: | |
| Payee Nickname: | (Optional) |
| Account Number: | |
| Confirm Account Number: | |
| | ☐ This payee does not have an account number |
| | Continue |

CapitalOne

**Check Number: 895**
Date Posted: 1/4/2011

View Both Sides | Zoom In | Zoom Out | Print | Close Window

Kelly C Heck 06-04
85502 Horatio Sharp Rd. 985-892-0417
Bush, LA 70431

895
14-9/650

12-27-10
Date

Pay to the Order of Maximum Storage $ 149.00

One hundred Forty Nine + 00/100 Dollars

Capital One Bank
Capital One, N.A.

For #543

Kelly Heck

**Save time and money using Online Bill Payment**

Add this payee to Online Bill Payment using this simple form.
Enter the payee information, then click **Continue**.

| | |
|---|---|
| Payee Name: | |
| Payee Nickname: | (Optional) |
| Account Number: | |
| Confirm Account Number: | |
| | ☐ This payee does not have an account number |
| | Continue |



**Check Number: 849**
Date Posted: 10/7/2010

View Both Sides | Zoom In | Zoom Out | Print | Close Window

Kelly C Heck 06-04
85502 Horatio Sharp Rd. 985-892-0417
Bush, LA 70431

849

14-3/650

Date 10-1-10

Pay to the Order of Maximum Storage $ 149.00

One Forty Nine & 00/100 Dollars

Capital One Bank
Capital One N.A.

For

Kelly Heck

**Save time and money using Online Bill Payment**

Add this payee to Online Bill Payment using this simple form.
Enter the payee information, then click **Continue**.

| | |
|---|---|
| Payee Name: | |
| Payee Nickname: | (Optional) |
| Account Number: | |
| Confirm Account Number: | |
| | ☐ This payee does not have an account number |
| | Continue |

**Check Number: 807**
Date Posted: 6/4/2010

View Both Sides | Zoom In | Zoom Out | Print | Close Window

Kelly C. Heck 06-04
85302 Hopalon Sharp Rd 985-892-0417
Bush, LA 70431

807

14-9/650

5-29-10
DATE

PAY TO THE ORDER OF Maximum Storage $ 149.00

One Hundred Forty Nine + 00/100 DOLLARS

Capital One Bank
Capital One, N.A.

FOR

Kelly Heck

**Save time and money using Online Bill Payment**

Add this payee to Online Bill Payment using this simple form.
Enter the payee information, then click **Continue**.

| | |
|---|---|
| Payee Name: | |
| Payee Nickname: | (Optional) |
| Account Number: | |
| Confirm Account Number: | |
| | ☐ This payee does not have an account number |
| | Continue |

**Check Number: 824**
Date Posted: 7/7/2010

View Both Sides | Zoom In | Zoom Out | Print | Close Window

Kelly C Heck 06-04
85502 Horatio Sharp Rd. 985-892-0417
Bush, LA 70431

824

7-2-10
DATE
14-9/650

PAY TO THE ORDER OF Maximum Storage $ 149.00

One Hundred Forty Nine & 00/100 DOLLARS

Capital One Bank
Capital One, N.A.

FOR Unit 543

Kelly Heck

**Save time and money using Online Bill Payment**

Add this payee to Online Bill Payment using this simple form.
Enter the payee information, then click **Continue**.

| | |
|---|---|
| Payee Name: | |
| Payee Nickname: | (Optional) |
| Account Number: | |
| Confirm Account Number: | |
| | ☐ This payee does not have an account number |
| | Continue |

**Check Number: 833**
Date Posted: 8/5/2010

View Both Sides | Zoom In | Zoom Out | Print | Close Window

Kelly C Heck 06-04
85502 Horatio Sharp Rd. 985-892-0417
Bush, LA 70431

833
14-9/650

8-2-10
Date

Pay to the Order of Maximum Storage $ 149.00

One Hundred Forty Nine + 00/100 Dollars

Capital One Bank
Capital One N.A.

For

Kelly Heck

**Save time and money using Online Bill Payment**

Add this payee to Online Bill Payment using this simple form.
Enter the payee information, then click **Continue**.

| | |
|---|---|
| Payee Name: | |
| Payee Nickname: | (Optional) |
| Account Number: | |
| Confirm Account Number: | |
| | ☐ This payee does not have an account number |
| | Continue |



Case 2:09-md-02047-EEF-MBN Document 18130-4 Filed 11/17/14 Page 28 of 72

**Check Number: 841**
Date Posted: 9/1/2010

View Both Sides | Zoom In | Zoom Out | Print | Close Window

Kelly C Heck 06-04
85502 Horatio Sharp Rd 985-892-0417
Bush, LA 70431

841
14-9/650

8-30-10
Date

Pay to the Order of Maximum Storage $ 149.00

One Hundred Forty nine + 00/100 Dollars

Capital One Bank
Capital One, N.A.

For

Kelly Heck

| **Save time and money using Online Bill Payment** | |
|---|---|
| Add this payee to Online Bill Payment using this simple form. Enter the payee information, then click **Continue**. | |
| Payee Name: | |
| Payee Nickname: | (Optional) |
| Account Number: | |
| Confirm Account Number: | |
| | ☐ This payee does not have an account number |
| | Continue |

WELLS FARGO

Return Mail Operations
PO Box 14411
Des Moines, IA 50306-3411

# Monthly Mortgage Statement

**Statement Date** 12/31/10
**Loan Number** [redacted]
**Property Address**
85502 HORATIO SHARP
BUSH LA 70431

## For Informational Purposes

1MB [redacted]

JOSHUA R HECK
KELLY M CONSTANTIN HECK
85502 HORATIO SHARP RD
BUSH LA 70431-2895

## Customer Service

**Online**
wellsfargo.com/ym

**Fax**
(704) 329-3393

**Telephone**
(800) 274-7025

**Correspondence**
PO Box 10335
Des Moines IA 50306

**Hours of Operation**
Mon - Fri, 8 AM - 5 PM CT

**Payments**
PO Box 660455
Dallas TX 75266

**TTY Deaf/Hard of Hearing**
(800) 934-9998

## Important Messages

## Summary

| | |
|---|---|
| Payment (Principal and/or Interest, Escrow) | $982.93 |
| Optional Product(s) | $0.00 |
| **Current Monthly Payment 01/01/11** | **$982.93** |
| Overdue Payments 01/01/10 - 12/01/10 | $12,679.64 |
| Unpaid Late Charge(s) | $0.00 |
| Other Charges | $0.00 |
| **TOTAL PAYMENT 01/01/11** | **$13,662.57** |

| | |
|---|---|
| **Unpaid Principal Balance** | $161,633.34 |
| *(Contact Customer Service for your payoff amount)* | |
| **Interest Rate** | 4.750% |
| **Interest Paid Year-to-Date** | $3,211.47 |
| **Taxes Paid Year-to-Date** | $0.00 |
| **Escrow Balance** | $151.78- |

## Activity Since Your Last Statement

This statement is for informational purposes only and is being provided as a courtesy should you voluntarily decide to make your loan payments. This statement should not be construed as an attempt to collect a debt or a demand for payment contrary to any protections you may have received pursuant to your bankruptcy case.

If you have received a discharge, and the loan was not reaffirmed in the bankruptcy case, we will only exercise our rights as against the property and we are not attempting any act to collect the discharged debt from you personally.

If your Plan requires you to make regular post-petition mortgage payments directly to the Bankruptcy Trustee, and you chose to maintain your mortgage payment, any payment should be remitted to the Trustee or otherwise in accordance with the Plan you filed with the Bankruptcy court.

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 12/31 | PAYMENT | | $211.23 | $640.63 | $131.07 | $982.93- |
| 12/30 | PAYMENT | $982.93 | | | UNAPPLIED | $982.93 |

005602/004633 ACNQGU 2204 ETM1C002 12

**Loan Number** 0180720088
**Total Payment** $13,662.57

| | | |
|---|---|---|
| Monthly Payment | A | $ |
| Additional Principal | B | $ |
| Late Charges | C | $ |
| Other Charges | D | $ |
| Additional Escrow | E | $ |
| Total Amount Enclosed (Please do not send cash) | F | $ |

*Check here and see reverse for address correction.*

JOSHUA R HECK
KELLY M CONSTANTIN HECK
2204/005602/004633 024 02 ACNQGU 708

WELLS FARGO HOME MORTGAGE
PO BOX 660455
DALLAS TX 75266-0455

708 0180720088 5 102500982930102552136625713662557 000000005848362977 1

# JOSHUA HECK
# 85502 HORATIO SHARP RD
# BUSH, LA 70431

# REMEDIATION PHOTOS











































# JOSHUA HECK
# 85502 HORATIO SHARP RD
# BUSH, LA 70431

# PRE-REMEDIATION PHOTOS

EVERLAST