# Owner Disclosure Affidavit

Owner name: __Michael D. & Lisa L. Calico__

Affected Property address: __4300 Orleans Avenue, New Orleans, LA 70119__

Purchase date and price of Affected Property: __09/17/1981__

list the manufacturers of all drywall found in the Affected Property: __Knauf −__
__KPT Chinese Drywall__

Move-out date: __08/28/2005__

Move-in date: __VACANT__

Storage expenses paid: __N/A__

Moving expenses paid: __N/A__

Utility expenses paid: __−$1,705.98__

Alternative living expenses paid: __N/A__

Total cost of construction paid: __$8,065.38__

Total claim: __25,769.36__

General Contractor name and phone #: __Julian F. Mascari − 504-874-1006__

Total amount paid to general contractor: __N/A__

Affected Property air conditioned square footage: __676 sq ft__

Was Owner aware of the defective drywall before purchasing the Affected Property: __N/A__
__Owned house when defective drywall was installed__

Please describe the remediation of the Affected Property. If you removed and reused an item, please circle 'reused'. In the event that you replaced an item, with another of the same material and quality please circle 'replaced'. In the event that you replaced and upgraded an item, please note at the end of this form and leave that item blank. Circling 'replaced' indicates that you replaced the items with one of equal value.

**Kitchen cabinets:** N/A
Still needs to be purchased

Owner Initial _____    Reused    Replaced    Contractor Initial _____

1 of 7

EXHIBIT
A

Still need to purchase

Kitchen countertop:   N/A   Reused   (Replaced)

If replaced indicate material: N/A   Formica   Corion   Tile   (Granite)

Kitchen Plumbing Fixtures: (Faucets, sink)   Reused   (Replaced)

Kitchen floor: Cement Floor Sanded & Stained   Reused   Replaced

Appliances:   (Reused)   Replaced

If replaced, please list appliance manufacture and model: Badeaux Concrete Design~ Flooring

Bathroom cabinets:   N/A   Reused   (Replaced)

Bathroom tops:   N/A   Reused   (Replaced)

If replaced indicate material:   Formica   Cultured marble   Tile   (Granite)

Bathroom flooring: Took up laminated floor — Sanded & Stained   Reused   (Replaced)

Bathroom enclosures:   Reused   (Replaced)

Bathroom lighting:   Reused   (Replaced)

Bathroom Accessories (towel bars, etc.):   Reused   (Replaced)

Bathroom Mirrors:   Reused   (Replaced)

Tub:   N/A   Reused   (Replaced)

If replaced indicate master bath tub type   Steel   Jacuzzi

Plumbing fixtures (toilets, sinks):   Reused   Replaced

If replaced please provide description of original manufacture: Kelston faucets, Designer II 18" Towel Bar, C-Glass Shower enclosure, Badeaux Concrete Design, American Standard bathroom sink

Plumbing faucets:   Reused   (Replaced)

If replaced please provide description of original manufacture:

Plumbing lines:   Reused   Replaced

If replaced indicate material:   (Copper)   CPVC   PEX

Owner Initial _____   Contractor Initial _____

Case 2:09-md-02047-EEF-JCW   Document 12061-7   Filed 12/20/11   Page 4 of 8

**Base boards:** Reused Replaced

**Interior doors:** Hollow core 6" 8" doors Hollow core 8' doors Solid core 8' doors

If replaced indicate: (Reused) Replaced

**Window wood molding:** N/A Reused Replaced

**Crown molding:** N/A Reused Replaced

If replaced please indicate original locations:

Living room walls, Kitchen walls, Bathroom walls, Bedroom walls,
Bedroom Closet walls, Base boards.

**Chair Rail:** N/A Reused Replaced

If replaced please indicate original locations:

**Tile flooring:** N/A Reused Replaced

If replaced please indicate locations of tile floors:

**Marble Flooring:** N/A Reused Replaced

If replaced please indicate locations of marble floors:

**Wood Flooring Type:** N/A Wood Pergo/float

**Wood flooring:** N/A Reused Replaced

If replaced please indicate locations of wood floors:

**Carpet:** N/A Reused Replaced

Owner Initial _____   Contractor Initial _____

If replaced please provide description of original manufactures:

___N/A___

If replaced please indicate locations of carpet:

___N/A___

**HVAC replacement:** (Ducts)    Coils    (Air handler(interior))    Condenser(exterior)

**HVAC manufacturer:**

**Insulation:** Reused    Replaced

**Electrical fixtures:** Change all Switches &    Reused    Replaced
Receptacles    In most areas (Reused)    (Replaced) In some areas

**Electrical wiring:** (Reused)    (Replaced)

**Electrical fans:** Reused    (Replaced)

If replaced please indicate how many and which rooms:
1 Fan-Living room, 1 Fan Bedroom, Kitchen light fixture, Bathroom fixtures

**Stair rails:** (N/A)    Reused    Replaced

**Window sills:** Wood    (Reused)    Replaced

If replaced indicate original material:    Marble    Drywall

**Alarm system:** (N/A)    Reused    Replaced

**Fire suppression system:** N/A    Reused    Replaced

**Intercom:** N/A    Reused    (Replaced)

**Surround sound:** (N/A)    Reused    Replaced

**Wall papers:** (N/A)    Reused    Replaced

**Interior paint:** Total colors used: ___3___

Additional construction related items replaced:
All insulation and sheetrock replaced.    All walls and ceilings sanded,
primed and painted.    All door frames, window frames, base molding
caulked and painted.

**Personal items replaced:**

Owner Initial _____    Contractor Initial _____

The following items should have been produced given the nature of the remediation project and will help us confirm the remediation costs associated with your property. Please provide the additional supporting documents listed below:

1. Photographs and/or video images of all drywall removed from the Affected Property during remediation. If your claims are pending in *In re: Chinese Manufactured Drywall Products Liability Litigation*, MDL No. 2047, where available, such submission shall be in the form required by MDL Pretrial Order 1B. If your claims are pending in state court, such submission shall comply with the state court's rules regarding the preservation of evidence.

2. Any evidence of KPT Chinese Drywall or Non-KPT Chinese Drywall in the Affected Property prior to remediation.

3. Proof of corrosion or other evidence that the KPT Chinese Drywall was reactive.

4. Interior photographs of the Affected Property immediately prior to the commencement of, and following completion of, the remediation, including photographs and/or video images of the flooring and major components such as cabinets, moldings, doors, intercom systems, and fixtures for every room and bathroom, and, to the extent possible, security systems, appliances and audio such as surround sound.

   a. The photographs do not need to be pictures taken specifically for the litigation. For example, family photographs or photographs taken for purposes of refinancing a mortgage are acceptable in the absence of other photographs.

5. The remediation contract and an itemization from the contractor who performed the remediation work of the materials used during the remediation, including, but not limited to, manufacturer, model number, and quantity.

6. An itemized invoice from the contractor who performed the remediation work ("Itemized Invoice").

7. Proof of payment of the Itemized Invoice and any other expenses, such as cancelled checks, credit card statements, etc.

8. A floor plan of the Affected Property with dimensions.

Items that were upgraded and deducted from construction replacement cost:

Kitchen Counters were an upgrade to granite but did not include these with receipts of cabinets damaged in Katrina.

Owner Initial _____   Contractor Initial _____

Case 2:09-md-02047-EEF-JCW   Document 13382-1   Filed 03/29/12   Page 6 of 7

Case 2:09-md-02047-EEF-JCW   Document 12061-7   Filed 12/20/11   Page 7 of 8

9.   An Environmental Certificate.

Please note that this is not a comprehensive list or final request and the Knauf Defendants may request additional documentation such as cancelled checks, receipts or photographs in the future.

Owner Initial _____

Contractor Initial _____

I declare under penalty of perjury under the laws of the United States that all of the information provided in this Owner Disclosure Affidavit is true and correct to the best of my knowledge, information and belief. I further declare that I have supplied all the documents requested in this Owner Disclosure Affidavit, to the extent that such documents are in my possession or in the possession of my lawyers. Further, I acknowledge that I have an obligation to supplement the above responses if I learn that they are in some material respects incomplete or incorrect.

Date: 4-14-2012

Homeowner Signature: _Michael D Calico_        MICHAEL D CALICO

_Lisa M Calico_                          LISA L. CALICO

Subscribed and sworn to before me on

My commission expires on AT DEATH

Notary Public _Elaine M Colligan_

Elaine M. Colligan
Notary ID No. 26962

Date: 4-14-2012

Contractor Signature: _Julius J Mascari Julian F. Mascari_

Subscribed and sworn to before me on

My commission expires on AT DEATH

Notary Public _Elaine M Colligan_

Elaine M. Colligan
Notary ID No. 26962

Owner Initial _____        Contractor Initial _____

Apr. 16, 2012 12:11PM    Eustis Benefits LLC

No. 6888    P. 19

**Client:**      Michael & Lisa Calico – 504-616-4819
                 Property Address Effected:
                 4300 Orleans Avenue
                 New Orleans, LA 70119

Loss of Wages for Michael Calico:      $15,998.00
2010 Lost income (Rent $500.00 per month) - $6,000.00
2011 Lost income (Rent $500.00 per month) - $6,000.00
2012 Lost income (Rent $500.00 per month-
        Jan, Feb, Mar, & April 2012 – 2,000.00
Original CDW bought:      $418.80 ~ receipt attached
New Drywall bought:      $244.80 ~ receipt attached



# State of Louisiana

## State Licensing Board for Contractors

This is to Certify that:

JULIAN F. MASCARI
234 Dodge Avenue
Jefferson, LA  70121

is duly licensed to bid, contract and perform as a

## Residential Building Contractor



Witness our hand and seal of the Board dated,
Baton Rouge, LA     7th     day of    June     2011

_____ Director

_____ Chairman

_____ Secretary-Treasurer

Expiration Date: June 06, 2012

License No:  80261

This License Is Not Transferrable

# CITY OF NEW ORLEANS
## DEPARTMENT OF SAFETY AND PERMITS

### CERTIFICATE OF OCCUPANCY AND COMPLETION

PERMIT NO: **11BLD-01774**   DATE ISSUED: **04/02/12**

ZONING:

LOCATION: 4302 ORLEANS AVE, NEW ORLEANS, LA 70119

USE TYPE: Renovation (Non-Structural)

IMPROVEMENT TYPE: Renovation (Non-Structural)

REMARKS: CHINESE DRYWALL REPAIR TO UNIT 43000 ORLEANS ONLY

THIS CERTIFICATE CERTIFIES THAT AT THE TIME OF ISSUANCE, THE ABOVE STRUCTURE WAS IN COMPLIANCE WITH THE APPLICABLE PROVISIONS OF THE NEW ORLEANS STANDARD BUILDING CODE, AS AMENDED, AND THE NEW ORLEANS COMPREHENSIVE ZONING LAW.

CERTIFICATES OF OCCUPANCY AND COMPLETION ARE ISSUED SUBJECT TO THE LAWS, ORDINANCES, AND REGULATIONS ENFORCED BY THE DEPARTMENT OF SAFETY AND PERMITS, AND THE LAWS AND ORDINANCES AND FINAL APPROVAL OF OTHER AGENCIES, BOTH STATE AND CITY, WHERE APPLICABLE.

CALICO MICHAEL D
4302 ORLEANS AVE
NEW ORLEANS, LA 70119

NOLA_PERM_0500215

# CITY OF NEW ORLEANS
## DEPARTMENT OF SAFETY AND PERMITS

### BUILDING PERMIT

PERMIT #: **11BLD-01774**     DATE ISSUED: **02/28/11**

PROJECT ADDRESS: 4302 ORLEANS AVE, NEW ORLEANS, LA 70119

USE TYPE: Two Family Dwelling

IMPROVEMENT TYPE: Renovation (Non-Structural)

FLOOD ZONE:  B     ELEVATION REQUIREMENT: 0 (AT SEA LEVEL)

DESCRIPTION OF WORK: CHINESE DRYWALL REPAIR TO UNIT 4300 ORLEANS ONLY

THIS PERMIT CONVEYS NO RIGHT TO VIOLATE ANY PROVISION OF THE NEW
ORLEANS AMENDMENTS TO THE STANDARD BUILDING CODE OR
COMPREHENSIVE ZONING ORDINANCE. THIS PERMIT CONVEYS NO RIGHT TO
OCCUPY ANY STREET, ALLEY OR PART THEREOF, EITHER TEMPORARILY OR
PERMANENTLY. ENCROACHMENTS ON PUBLIC PROPERTY MUST BE APPROVED BY
THE APPROPRIATE CITY AGENCY. SEPARATE PERMITS MUST BE OBTAINED FROM
OTHER CITY AND STATE AGENCIES AS REQUIRED BY LAW. THIS PERMIT IS
SUBJECT TO THE ISSUANCE OF A FINAL CERTIFICATE OF OCCUPANCY;
OTHERWISE THE SAME IS NULL AND VOID. IT IS UNLAWFUL TO OCCUPY ANY
BUILDING OR PORTION THEREOF WITHOUT SAID CERTIFICATE.

**IMPORTANT NOTICE. IT IS UNLAWFUL TO POUR ANY FOUNDATION, CLOSE
ANY WALL OR COVER ANY SPACE WITHOUT PRIOR APPROVAL FROM THE
BUILDING INSPECTION BUREAU.**

PROCESSED BY:

FOR INFORMATION CALL 658-7145 BETWEEN 8:30 A.M. AND 4:30 P.M.





Client:
Michael & Lisa Calico
Property Address Affected:
4300 Orleans Avenue
New Orleans, LA 70119

Mike Calio – Date + hrs worked during the week:

| Date: | hrs: |
|---|---|
| 4-24-09 | ∅ |
| 5-1-09 | ∅ |
| 5-8-09 | ∅ |
| 5-15-09 | 32 |
| 5-22-09 | ∅ |
| 5-29-09 | 32 |
| 7-30-09 | 32 |
| 8-~~__~~-09 | |
| 2-3-10 | 24 |
| 2-19-10 | 24 |
| 3-12-10 | 16 |
| 4-16-10 | 28 |
| 8-20-10 | 32 |

| Date: | hrs: |
|---|---|
| 5-6-11 | 12 |
| 5-13-11 | 28 |
| 5-20-11 | 18 |
| 5-27-11 | 18 |
| 6-17-11 | 8 |
| 6-24-11 | 32 |
| 7-8-11 | 20 |
| 7-15-11 | 32 |
| 7-22-11 | ∅ |
| 7-29-11 | ∅ |
| 8-5-11 | ∅ |
| 8-12-11 | ∅ |
| 8-19-11 | ∅ |
| 8-26-11 | 32 hrs |
| 9-2-11 | 32 hrs |
| 9-9-11 | ∅ |
| 9-30-11 | ∅ |
| 10-7-11 | ∅ |
| 10-14-11 | ∅ |
| 10-17-11 | ∅ |
| 10-28-11 | 32 |
| 11-4-11 | ∅ |
| 11-24-11 | 32 |
| 12-29-11 | 24 |
| 12-29-11 | 32 |



SHERWIN-WILLIAMS.

NEW ORLEANS-LAKEVIEW Store 7038

5303 CANAL BLVD
NEW ORLEANS LA  70124 1778
(504)488-4427
Fax (504) 486-2677
www.sherwin-williams.com

```
 SALE                             9:02am
 Tran # 1733-2                  01/16/10
 E64/10798                           10
 BURNIE
```

MASCARIS CONST CO
Account 6599-9066-7
Job  1 MASCARIS CONST CO

Bill To:
MASCARIS CONST CO
234 DODGE AVE
JEFFERSON, LA 70121 3308
(504)818-0088

*Sand paper apt*

```
153-9816 10207 EACH
  3H10207- DRYWL SND S
      5.00 @    0.60          3.00

SUBTOTAL                        3.00
9.000% SALES TAX:1-197012400    0.27
CASH TENDERED                 -20.00
CHANGE DUE                      16.73
TOTAL                          $3.27
```

--------  Thank You  --------
receipt required for refund



Customer Copy

---

THE  HOME  DEPOT  0387
500 N CARROLLTON AVE
NEW ORLEANS, LA 70119 (504)482-1985

```
SALE     0387 00005 15239    01/16/10
         11 SBR5F1           09:27 AM
```

THE HOME DEPOT

*plumbing apt*

```
685768276401 1/2 X 5 M <A>       7.32
012871528767 ABS EL <A>          0.98
039923201249 ABS COUPLING <A>    0.57
039923312723 1/2 COP EL <A>      2.20
400.55

       SUBTOTAL               11.07
       SALES TAX               1.00
       TOTAL                 $12.07
       CASH                   13.00
       CHANGE DUE              0.93
```



0387 05 15239 01/16/2010 6314

RETURN POLICY DEFINITIONS
POLICY ID   DAYS   POLICY EXPIRES ON
A      1      90        04/16/2010

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

GUARANTEED LOW PRICES
LOOK FOR HUNDREDS OF
LOWER PRICES STOREWIDE
*************************************

---



LOWE'S

LOWE'S HOME CENTERS, INC.
121 JEFFERSON HIGHWAY
JEFFERSON, LA 70121  (504) 832-7100

- SALE -

SALES #: S1677BP1 949899    01-19-10

*a/c door apt*

```
10690 24" INT DR LAUAN FLUSH 1   24.00
311317 KELSTON WIDESF  O LA FA  188.00
```
*bathroom fixture*

```
         SUBTOTAL             212.00
         TAX                   18.55
INVOICE 07075  TOTAL          230.55
                              230.55
         VISA                 230.55
VISA XXXXXXXXXXXX4911         757329
         AMOUNT:              230.55
```

*M Calico*

STORE: 1077   TERMINAL: 07   01/19/10 09:34:27

# OF ITEMS PURCHASED:        2
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS



THANK YOU FOR SHOPPING LOWE'S.
SEE REVERSE SIDE FOR RETURN POLICY.
STORE MGR: SHAUN MCCRAY

HAVE A COMMENT OR FEEDBACK? LET US KNOW AT:
WWW.LOWES.COM/FEEDBACK
STORE CODE: 18770-11910-07075

WE HAVE THE LOWEST PRICES, GUARANTEED!
IF YOU FIND A LOWER PRICE, WE WILL BEAT IT BY 10%.
SEE STORE FOR DETAILS.

PICK TICKET PRINT

TAYLOR-SEIDENBACH, INC.
P. O. BOX 50368
NEW ORLEANS, LA. 70150-0368
(504) 486-7474 / FAX 486-7477
NEXTEL 52974

NO. 211947

Page 1

05/25/11

Ship-to: TEMP
MASCARI CONSTRUCTION

Bill-to: CASH
CASH CUSTOMER

| REFERENCE # | ORDERED | REQUESTED | SLSP | TERMS | | FREIGHT | SHIP VIA |
|---|---|---|---|---|---|---|---|
| MASCARI CO | 105/25/111 | ASAP | 13 | NET DUE COD | 01 | PREPAID | WILL CALL |

| ITEM | DESCRIPTION | ORDERED | SHIP | BACK | UM | PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| 214-7 | 17" X 25' H&C F-214 FLEX DUCT | 2.01 | 2 | | CT | .771 | 38.60 |

AC

M Colves

Upd cash $142.07
5/25/111

| | MERCHANDISE | MISC | TAX | FREIGHT | TOTAL |
|---|---|---|---|---|---|
| | 38.60 | .001 | 3.471 | .001 | 42.07 |

PULLED BY

CHECKED BY

DATE _____ DRIVER

1%



# JustAsk RENTAL at *True Value*

3635 Williams Blvd.
Kenner, LA 70065
**504-443-2825**
Fax 504-443-6185
www.justaskrentalnola.com

Customer# 20369

Contract Info:
504 616-8826

CALICO, MICHAEL D
4302 ORLEANS AVE
NEW ORLEANS, LA 70119

**Status: Completed**
Invoice #:   6831
Invoice Date:  8/27/2011
Date Out:  Fri 8/26/2011  3:37PM

Operator:  COOKIE

| Qty | Key | Items Rented | Part# | Status | Returned Date | Each | Price |
|---|---|---|---|---|---|---|---|
| 1 | 008-6000#13 | FLOOR STRIPPER, ELECTRIC | *230140AA-TILE R | Returned | 8/27/2011 11:27AM | | |
| | | 3hrs $33.33  1Day $50.00  1Week $150.00  4Wks $450.00 | | | | | $50.00 |

| Qty | Key | Items Sold | Part# | Status | | Each | Price |
|---|---|---|---|---|---|---|---|
| 1 | 088-4000-1 | TILE STRIPPER BLADE | 6X4 | Pulled | | $6.55 | $6.55 |

## THANK YOU FOR YOUR BUSINESS

Payments made on this contract:

| | | | |
|---|---|---|---|
| Deposit Paid | $100.00 | on 26-Aug-2011  3:39 pm | Cash |
| Rental/Sale Paid | $65.85 | on 27-Aug-2011  11:28 am | Cash |
| Deposit Refund | ($100.00) | on 27-Aug-2011  11:28 am | Cash |
| Subtotal | ($34.15) | on 27-Aug-2011 | Cash |
| Total Paid | $65.85 | | |

Signature for Deposit Returned:    X

### RENTAL CONTRACT

This is a contract.  The back of this contract contains important terms and conditions including lessor's disclaimer from all liability for injury or damage and details of customer's obligations.  These terms and conditions are a part of this contract - READ THEM!

If equipment does not function properly notify lessor within 30 minutes of occurrence or no refund or allowance will be made.  If this is a reservation, a reservation cancellation fee up to 1/2 of the total amount may be charged if reservation is cancelled within hours of the scheduled time and date out.

I certify that I have read and agree to all terms of this contract.

SIGNATURE:

CALICO, MICHAEL D

| Deposit Returned | $100.00 |
|---|---|

| | |
|---|---|
| **Rental:** | $50.00 |
| Damage Waiver: | $4.00 |
| Sales: | $6.55 |
| Delivery Charge: | $0.00 |
| Misc. Charges: | $0.00 |
| Subtotal: | $60.55 |
| Sales Tax-JP: | $5.30 |
| **TOTAL:** | $65.85 |
| **PAID:** | $65.85 |
| AMOUNT DUE: | $0.00 |

Printed on 8/27/2011 11:29:01 am

Hours 8am -5pm Mon- Sat. Pickups & Returns 8am-4pm
Software by Point-of-Rental Systems  WWW.POINT-OF-RENTAL.COM
*THANKS FOR YOUR BUSINESS*

Modification #2
Contract-Params.rpt (1)

R 10.1.9+



— SINCE 1962 —

**J·R Equipment Rental Corp.**

2812 Jefferson Hwy.
P.O. Box 10622
Jefferson, LA 70181
(504) 835-5451
www.j-requipment.com

Mon.-Fri.  6:30 am - 4:30 pm
Saturday   7:30 am - 12:30 pm

- TO AVOID OVERTIME OR CLEANING CHARGES, RETURN ITEMS CLEAN AND ON TIME.
- NOTIFY US IMMEDIATELY IF EQUIPMENT DOES NOT FUNCTION PROPERLY OR NO ALLOWANCES WILL BE MADE.
- DAMAGE WAIVER CHARGE IS FOR YOUR PROTECTION SEE BELOW.
- WE CHARGE FOR ALL TIME OUT INCLUDING SAT, SUN. & HOLIDAYS.
- CUSTOMER MUST CALL OFFICE FOR PICKUP.

TERMS: NET ON RECEIPT

THANK YOU FOR YOUR BUSINESS! WE LOOK FORWARD TO SERVING YOU AGAIN!
*RENTALS * SALES * SERVICE * PARTS *
*WE HAVE 24 HOUR SERVICE--CALL US SHOULD YOU HAVE A PROBLEM
*NOTE*NOTE*NOTE*NOTE*NOTE*NOTE*NOTE*
WEEKEND RATES ARE FROM SATURDAY A.M. UNTIL MONDAY BY 8:30 A.M.
REGULAR RATES APPLY IF EQUIPMENT NOT RETURNED ON TIME.
PLEASE RETURN EQUIPMENT FULL OF FUEL AND REASONABLY CLEAN !!!!!!!

Customer ID===========
00342564
09/12/11

ORDERED BY:MICHAEL        /CHECK #
DEPOSIT:BY MICHAEL        /CREDIT CARD
JOB LOCATION/DELIVER TO:WILL CALL

CALICO MICHAEL D
4302 ORLEANS AVE
NEW ORLEANS, LA 70119

=======Contract Closing=======
CALICO MICHAEL D
4302 ORLEANS AVE
NEW ORLEANS, LA 70119

504-616-6826

Contract Number
01-309950-02

Out: SAT 09/10/11 09:02
In:  SUN 09/11/11 09:02

Item No.===Qty==Description============================Rate Info=====Unit==Extended

01-0055     1  BUFFER, 16" DIA              EQ        40.00        40.00   40.00
               EC3488/60-3769

160-0110    1  GRINDING ATTACHMENT  16"     EQ        10.00        10.00   10.00
               FELKER 213328
157-0148    6  /STONE MEDIUM GRND           FELKER 213329    4.70   28.00   28.00
157-0144    0  /STONE FINE GRND             FELKER 213329    4.70   20.00
157-0147    6  /STONE COARSE GRND           FELKER 213327    4.70   28.00   28.20

============Receipts Summary============
Date     Seq Method  Ref/PO              Amount
09/10/11 01  VI Credit Card              150.00
09/12/11 01  Cash                        122.00
09/12/11 02  Change                       -0.85
09/12/11 02  VI Credit Card             -150.00

========Credit/Debit Card Payments========
XXXXXXXXXXXX4911          Amount
Auth: 578496              -150.00

VISA
Exp:

Pd Sales Agent:
1  KELVIN DEGLA

Date   Customer:
09/12  CALICO MICHAEL D

Signature: X

I, the undersigned Lessee, acknowledge that I have received and understand the instructions in the use and operation of the rented equipment. Furthermore, I have read, fully understand and agree to be bound to all terms, conditions and provisions contained on the front and reverse of this contract.

10% Damage Waiver
Charged on All Contracts.

===========Summary===========
ELECTRICAL EQUIPMENT         50.00
SALES-PARTS                  56.40
10% Damage Waiver
JEFFERSON                     5.00
LA STATE                      5.29
                              4.46

Total                       121.15

Contract:
01-309950-02

**Badeaux**
Concrete Design
Custom Floors, Walls & More
Surface Design & Plaster Finishes
*"From Simple...to Subtle...or Stunning"*

Jeff Badeaux
ARTIST

504.813.3919
jgbadeaux@yahoo.com
www.bcdweb.com

6444 ___ N
___ 919 c

Art
Concrete
Counters
Furniture
Sculpture

Client Name/Contact ___ Mike ___  Phone 616 · 6826

Address 4302 Orleans Ave  Site 4300 Orleans Ave
N.O La 70115  N.O. LA 70119

Project

Description approx 540 sq ft @ 4.00 /sq ft.
Grind & prep surface - stain Ten w/ brown
& black accents, seal 1 coat C.S.S.
Final 3 coats premium wax

Square
Footage/Cost/Fee 540 sq ft @ 4,00 /sq ft   $2,160.00

Compensation/Fee
Schedule 33 1/3% ___ down - labor & material   720
33 1/3% ___ due at completion   1080.00   720
33 1/3% ___   1080.00   720

Misc/Options   elitecrete.com (material)   $2160

Disclaimer/Warranty: Badeaux Concrete Design (BCD) has advised the client to the best of BCD's knowledge and abilities, that concrete and decorative concrete applications contain many inherent variations/imperfections, and some, if any or all, may be out of the control of BCD. Therefore BCD does not guarantee the final color or final result due to the many inherent variables in concrete and decorative concrete. BCD does warranty workmanship, installation and defects in material for a period of 1 year. Coating is guaranteed against peeling, flaking or delaminating from the substrate to which it is applied to. Subsurface faults and cracks are not warranted. This product, like any other, is not indestructible. Some degree of care, maintenance and protection is necessary to ensure longevity, appearance and durability. Improper maintenance, neglect or abuse shall void all warranties and any repairs will be undertaken at the client's expense. Initial deposits are non-refundable. BCD reserves the right to remove any installation, all or part, at any time for non-payment. If BCD has to hire an attorney to collect any unpaid balance owed, client agrees that BCD will have the right to reasonable attorney fees in addition thereto. As well, unpaid balances, monies owed will accrue interest of 1.5% / month or 18% annually, until balances is rendered.

Color approval ___   Sealer ___   Finish ___
date ___   date ___   (client initials)

Jeffrey G. Badeaux
Color approval ___   Sealer ___   Finish ___   (client initials)

10-11-2014
Ck #3556
$100.00

10-14-2011
Ck #3557
$1,740.00



*2011 Taxes apt*



## THE HOME DEPOT
### More saving.
### More doing.®

```
          500 N CARROLLTON AVE
      NEW ORLEANS, LA 70119 (504)482-1985

0387  00002  03265   04/30/11  12:10 PM
CASHIER LAMAKA - LRT81E

781789732046 GRNDCONNGRE6 <A>      1.49
032886263071 12-2 NM 25' <A>      19.17
016963540804 MOTION SENSR <A>     12.97
046677265830 90 BAR38F22P <A>      7.87
                 SUBTOTAL         41.
                 SALES TAX         3.
                 TOTAL           $45.24
                 CASH             60.00
                 CHANGE DUE       14.76
```

*Light fixture*
*+ Bulbs*
*Electrical Wire*

```
0387 02 03265 04/30/2011 0496

       RETURN POLICY DEFINITIONS
   POLICY ID  DAYS   POLICY EXPIRES ON
   A    1     90           07/29/2011

   THE HOME DEPOT RESERVES THE RIGHT TO
   LIMIT / DENY RETURNS. PLEASE SEE THE
   RETURN POLICY SIGN IN STORES FOR
              DETAILS.

       GUARANTEED LOW PRICES
     LOOK FOR HUNDREDS OF
     LOWER PRICES STOREWIDE
*******************************   **

     ENTER FOR A C
       TO WIN A $5
     HOME DEPOT
          CARD!

   Share Your Opinion With Us! Complete
   the brief survey about your store visit
   and enter for a chance to win at:

        www.homedepot.com/opinion

     ¡PARTICIPE EN UNA
  OPORTUNIDAD DE GANAR
    UNA TARJETA DE
     REGALO DE THD
       DE $5,000!
```

---

*Light*
*Switch*
*Security light*



## THE HOME DEPOT
### More saving.
### More doing.℠

```
          500 N CARROLLTON AVE
      NEW ORLEANS, LA 70119 (504)482-1985

0387  00003  42386   04/30/11  01:18 PM
CASHIER TYSHICA - TWN88P

050169002933 PANCAK BOX <A>        2.19
078477778203 15A SP-SW-WH <A>      0.69
                 SUBTOTAL          2.88
                 SALES TAX         0.25
                 TOTAL            $3.13
                 CASH             4.00
                 CHANGE DUE        0.86
```

```
0387 03 42386 04/30/2011 8122

       RETURN POLICY DEFINITIONS
   POLICY ID  DAYS   POLICY EXPIRES ON
   A    1     90           07/29/2011

   THE HOME DEPOT RESERVES THE RIGHT TO
   LIMIT / DENY RETURNS. PLEASE SEE THE
   RETURN POLICY SIGN IN STORES FOR
              DETAILS.

       GUARANTEED LOW PRICES
     LOOK FOR HUNDREDS OF
     LOWER PRICES STOREWIDE
***************************************

     ENTER FOR A CHANCE
       TO WIN A $5,000
     HOME DEPOT GIFT
          CARD!

   Share Your Opinion With Us! Complete
   the brief survey about your store visit
   and enter for a chance to win at:

        www.homedepot.com/opinion

     ¡PARTICIPE EN UNA
  OPORTUNIDAD DE GANAR
    UNA TARJETA DE
     REGALO DE THD
       DE $5,000!

  ¡Comparta Su Opinión! Complete la breve
  encuesta sobre su visita a la tienda y
```

---

*Ceiling fan*
*2011 accept*
*Mounting*
*brackets*



## THE HOME DEPOT
### More saving.
### More doing.℠

```
          500 N CARROLLTON AVE
      NEW ORLEANS, LA 70119 (504)482-1985

0387  00002  04727   04/30/11  05:46 PM
CASHIER LAMAKA - LRT81E

092368015253 FAN ACCS. <A>         5.67
                 SUBTOTAL          5.67
                 SALES TAX         0.51
                 TOTAL            $6.18
                 CASH             6.18
```

```
0387 02 04727 04/30/2011 0496

       RETURN POLICY DEFINITIONS
   POLICY ID  DAYS   POLICY EXPIRES ON
   A    1     90           07/29/2011

   THE HOME DEPOT RESERVES THE RIGHT TO
   LIMIT / DENY RETURNS. PLEASE SEE THE
   RETURN POLICY SIGN IN STORES FOR
              DETAILS.

       GUARANTEED LOW PRICES
     LOOK FOR HUNDREDS OF
     LOWER PRICES STOREWIDE
***************************************

   ENTER FOR A CHANCE
   TO WIN A $5,000
   HOME DEPOT GIFT
        CARD!

   Share Your Opinion With Us! Complete
   the brief survey about your store visit
   and enter for a chance to win at:

        www.homedepot.com/opinion

     ¡PARTICIPE EN UNA
  OPORTUNIDAD DE GANAR
    UNA TARJETA DE
     REGALO DE THD
       DE $5,000!

  ¡Comparta Su Opinión! Complete la breve
  encuesta sobre su visita a la tienda y
  tenga la oportunidad de ganar en:
```



500 N CARROLLTON AVE
NEW ORLEANS, LA 70119 (504)482-1985
0387  00005  51101   05/04/11  02:48 PM
CASHIER MISTY - MRL8GL

| 070027070002 | GE XST <A> | 5.97 |
| 035781018081 | 9/64" CBLT <A> | 3.37 |
| 075353067512 | PGTUB 10OZ <A> | 9.94 |
| | 204.97 | |
| 079340685925 | PGTUB 10OZ <A> | 4.97 |
| 030699645381 | SCREW <A> | 0.60 |
| 030699251414 | PLASTBAGGDS <A> | 0.98 |

```
               SUBTOTAL      25.83
               SALES TAX      2.32
               TOTAL         28.15
               CASH          40.00
               CHANGE DUE    11.85
```

0387 05 51101 05/04/2011 2246

RETURN POLICY DEFINITIONS
POLICY ID   DAYS   POLICY EXPIRES ON
A-    1      90        08/02/2011

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

GUARANTEED LOW PRICES
LOOK FOR HUNDREDS OF
LOWER PRICES STOREWIDE
**************************************
ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!

Share Your Opinion With Us! Complete
the brief survey about your store visit
and enter for a chance to win at:

www.homedepot.com/opinion

¡PARTICIPE EN UNA
OPORTUNIDAD DE GANAR
UNA TARJETA DE

---

THANK YOU FOR SHOPPING AT
HELM PAINT CANAL
5331 CANAL BLVD
NEW ORLEANS LA 70124
(504) 485-6569

HELM PAINT IS READY TO HELP
REBUILD NEW ORLEANS!!!

5/05/11  2:49PM BAD        642 SALE
------------------------------------
3332.4        1     QT    14.99 QT
AQUAGLO #2B BASE               14.99
1495

```
SUB-TOTAL:    14.99   TAX:      1.35
                      TOTAL:   16.34
CASH TEND:    20.00 CHANGE:    3.66
```



==>> JRNL#B94673           <<==
    CUST # 54345

---



500 N CARROLLTON AVE
NEW ORLEANS, LA 70119 (504)482-1985
0387  00003  60552   05/05/11  06:20 PM
CASHIER ANITRISS - AWF8GV

| 050169002933 | PANCAK BOX <A> | 2.19 |
| 078477778203 | 15A SP SW WH <A> | 0.69 |
| 034481100003 | BOX <A> | 0.43 |
| 034481100300 | 2G PVC BOX <A> | 0.95 |
| 050169007525 | 4"SQBXCVFLBL <A> | 0.60 |
| 050169002353 | 4" SQ BOX <A> | 3.12 |

```
               SUBTOTAL       7.98
               SALES TAX      0.72
               TOTAL          8.70
               CASH          10.00
               CHANGE DUE     1.30
```

0387 03 60552 05/05/2011 7911

RETURN POLICY DEFINITIONS
POLICY ID   DAYS   POLICY EXPIRES ON
A    1      90        08/03/2011

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

GUARANTEED LOW PRICES
LOOK FOR HUNDREDS OF
LOWER PRICES STOREWIDE
**************************************
ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!

Share Your Opinion With Us! Complete
the brief survey about your store visit
and enter for a chance to win at:

www.homedepot.com/opinion

¡PARTICIPE EN UNA
OPORTUNIDAD DE GANAR
UNA TARJETA DE
REGALO DE THD
DE $5,000!



**More saving.**
**More doing.**℠

500 N CARROLLTON AVE
NEW ORLEANS, LA 70119 (504)482-1985
0387 00005 55250   05/06/11  02:53 PM
CASHIER DOMONIQUE - DNW5933

034481100003 BOX <A>
200.43                          0.86
078477381618 RECPT WHT <A>
200.49                          1.19
078477778203 15A SP SW WH <A>
200.69                          1.38

        SUBTOTAL               3.43
        SALES TAX              0.31
        TOTAL                  $3.74
        CASH                   10.75
        CHANGE DUE             7.01

0387 05 55250 05/06/2011 3074



        RETURN POLICY DEFINITIONS
POLICY ID   DAYS   POLICY EXPIRES ON
A     1      90        08/04/2011

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
            DETAILS.

     GUARANTEED LOW PRICES
     LOOK FOR HUNDREDS OF
     LOWER PRICES STOREWIDE
*************************************

     ENTER FOR A CHANCE
     TO WIN A $5,000
     HOME DEPOT GIFT
          CARD!

Share Your Opinion With Us! Complete
the brief survey about your store visit
and enter for a chance to win at:

     www.homedepot.com/opinion

     ¡PARTICIPE EN UNA
OPORTUNIDAD DE GANAR
 UNA TARJETA DE
  REGALO DE THD

---



**More saving.**
**More doing.**℠

500 N CARROLLTON AVE
NEW ORLEANS, LA 70119 (504)482-1985
0387 00016 28676   05/06/11  12:07 PM
CASHIER PHYLLIS - PAH7RE

169765       80LB CONCRETE <A>
203.47                          6.94

        SALES TAX              0.62
        TOTAL                  $7.56
        CASH                   20.00
        CHANGE DUE             12.44

0387 16 28676 05/06/2011 0973



        RETURN POLICY DEFINITIONS
POLICY ID   DAYS   POLICY EXPIRES ON
A     1      90        08/04/2011

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
            DETAILS.

     GUARANTEED LOW PRICES
     LOOK FOR HUNDREDS OF
     LOWER PRICES STOREWIDE
*************************************

     ENTER FOR A CHANCE
     TO WIN A $5,000
     HOME DEPOT GIFT
          CARD!

Share Your Opinion With Us! Complete
the brief survey about your store visit
and enter for a chance to win at:

     www.homedepot.com/opinion

     ¡PARTICIPE EN UNA
OPORTUNIDAD DE GANAR
 UNA TARJETA DE
 REGALO DE THD
   DE $5,000!

¡Comparta Su Opinión! Complete la breve
encuesta sobre su visita a la tienda y
tenga la oportunidad de ganar en:

---



**More saving.**
**More doing.**℠

500 N CARROLLTON AVE
NEW ORLEANS, LA 70119 (504)482-1985
0387 00004 95366   05/06/11  06:25 PM
CASHIER LAMAKA - LRT81E

024721200532 WOOD BIT <A>
                                4.32

        SALES TAX              0.39
        TOTAL                  $4.71
        CASH                   5.01
        CHANGE DUE             0.30

0387 04 95366 05/06/2011 5449

        RETURN POLICY DEFINITIONS
POLICY ID   DAYS   POLICY EXPIRES ON
A     1      90        08/04/2011

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
            DETAILS.

     GUARANTEED LOW PRICES
     LOOK FOR HUNDREDS OF
     LOWER PRICES STOREWIDE
*************************************

     ENTER FOR A CHANCE
     TO WIN A $5,000
     HOME DEPOT GIFT
          CARD!

Share Your Opinion With Us! Complete
the brief survey about your store visit
and enter for a chance to win at:

     www.homedepot.com/opinion

     ¡PARTICIPE EN UNA
OPORTUNIDAD DE GANAR
 UNA TARJETA DE
  REGALO DE THD
    DE $5,000!

¡Comparta Su Opinión! Complete la breve
encuesta sobre su visita a la tienda y
tenga la oportunidad de ganar en:



**More saving.**
**More doing.®**

500 N CARROLLTON AVE
NEW ORLEANS, LA 70119 (504)482-1985

0387 00005 54717   05/06/11  11:59 AM
CASHIER DOMONIQUE - DNW5933

050169002933 PANCAK BOX <A>        2.19
016963540804 MOTION SENSR <A>     12.97
046677265830 90WPAR GF22P <A>      7.87

        SUBTOTAL          23.03
        SALES TAX          2.07
        TOTAL            $25.10
        CASH             26.00
        CHANGE DUE         0.90



```
0387 05 54717 05/06/2011 3074
```

RETURN POLICY DEFINITIONS
POLICY ID   DAYS   POLICY EXPIRES ON
  A         1      90      08/04/2011

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

GUARANTEED LOW PRICES
LOOK FOR HUNDREDS OF
LOWER PRICES STOREWIDE
*****************************************
ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!

Share Your Opinion With Us! Complete
the brief survey about your store visit
and enter for a chance to win at:

www.homedepot.com/opinion

¡PARTICIPE EN UNA
OPORTUNIDAD DE GANAR
UNA TARJETA DE
REGALO DE THD
DE $5,000!

¡Comparta Su Opinión! Complete la breve

---



**More saving.**
**More doing.®**

500 N CARROLLTON AVE
NEW ORLEANS, LA 70119 (504)482-1985

0387 00003 66120   05/07/11  08:52 AM
CASHIER LAMAKA - LRT81E

034481100003 BOX <A>             0.43
923699      CLEARANCE <A>       1.00

        SUBTOTAL           1.43
        SALES TAX          0.13
        TOTAL             $1.56
        CASH              2.00
        CHANGE DUE         0.44



```
0387 03 66120 05/07/2011 8740
```

RETURN POLICY DEFINITIONS
POLICY ID   DAYS   POLICY EXPIRES ON
  A         1      90      08/05/2011

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

GUARANTEED LOW PRICES
LOOK FOR HUNDREDS OF
LOWER PRICES STOREWIDE
*****************************************
ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!

Share Your Opinion With Us! Complete
the brief survey about your store visit
and enter for a chance to win at:

www.homedepot.com/opinion

¡PARTICIPE EN UNA
OPORTUNIDAD DE GANAR
UNA TARJETA DE
REGALO DE THD
DE $5,000!

¡Comparta Su Opinión! Complete la breve
encuesta sobre su visita a la tienda y

---



**More saving.**
**More doing.®**

500 N CARROLLTON AVE
NEW ORLEANS, LA 70119 (504)482-1985

0387 00002 45340   05/19/11  04:24 PM
CASHIER DEANIA - DHN1CW

076174119213 RPLBLDKNIFE <A>     1.28
764666160422 1-3/8DRYWL5# <A>   12.88
081834103518 HDCRPPNCLBLK <A>    0.19

        SUBTOTAL          14.35
        SALES TAX          1.29
        TOTAL            $15.64
        CASH             20.00
        CHANGE DUE         4.36



```
0387 02 45340 05/19/2011 7961
```

RETURN POLICY DEFINITIONS
POLICY ID   DAYS   POLICY EXPIRES ON
  A         1      90      08/17/2011

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

GUARANTEED LOW PRICES
LOOK FOR HUNDREDS OF
LOWER PRICES STOREWIDE
*****************************************
ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!

Share Your Opinion With Us! Complete
the brief survey about your store visit
and enter for a chance to win at:

www.homedepot.com/opinion

¡PARTICIPE EN UNA
OPORTUNIDAD DE GANAR
UNA TARJETA DE
REGALO DE THD
DE $5,000!

¡Comparta Su Opinión! Complete la breve
encuesta sobre su visita a la tienda y



More saving.
More doing.®

500 N CARROLLTON AVE
NEW ORLEANS, LA 70119 (504)482-1985

0387 00005 99464   05/25/11  03:07 PM
CASHIER MISTY - MRL8GL

032076070472 36IN NAT TIE <A>       5.97

           SALES TAX             0.54
           TOTAL                16.51
           CASH                  7.00
           CHANGE DUE            0.49



0387 05 99464 05/25/2011 3525

RETURN POLICY DEFINITIONS
POLICY ID  DAYS  POLICY EXPIRES ON
A    1      90      08/23/2011

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
  RETURN POLICY SIGN IN STORES FOR
             DETAILS.

       GUARANTEED LOW PRICES
       LOOK FOR HUNDREDS OF
       LOWER PRICES STOREWIDE
*********************************
    ENTER FOR A CHANCE
    TO WIN A $5,000
    HOME DEPOT GIFT
         CARD!

  Share Your Opinion With Us! Complete
  the brief survey about your store visit
     and enter for a chance to win at:

         www.homedepot.com/opinion

    ¡PARTICIPE EN UNA
  OPORTUNIDAD DE GANAR
    UNA TARJETA DE
    REGALO DE THD
      DE $5,000!

  ¡Comparta Su Opinión! Complete la breve
  encuesta sobre su visita a la tienda y

---



More saving.
More doing.™

500 N CARROLLTON AVE
NEW ORLEANS, LA 70119 (504)482-1985

0387 00002 78770   06/01/11  05:53 PM
CASHIER MARIA - MPF70X

   529337 ABS COUPLING <A>         0.64
   1552236 FITTING <A>             4.05
012871626593 PVC BUSHING <A>       0.84
012871623318 1/2 PVC 90EL <A>      0.28
012871624971 1/2 PVC CPLG <A>      0.50
012871558801 FITTING <A>           2.96

           SUBTOTAL               9.27
           SALES TAX              0.83
           TOTAL                 10.10
           CASH                  20.00
           CHANGE DUE             9.90

0387 02 78770 06/01/2011 7101

RETURN POLICY DEFINITIONS
POLICY ID  DAYS  POLICY EXPIRES ON
A    1      90      08/30/2011

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
  RETURN POLICY SIGN IN STORES FOR
             DETAILS.

       GUARANTEED LOW PRICES
       LOOK FOR HUNDREDS OF
       LOWER PRICES STOREWIDE
*********************************
    ENTER FOR A CHANCE
    WIN A $5,000
    HOME DEPOT GIFT
         CARD!

  Share Your Opinion With Us! Complete
  the brief survey about your store visit
     and enter for a chance to win at:

         www.homedepot.com/opinion

    ¡PARTICIPE EN UNA
  PORTUNIDAD DE GANAR
    UNA TARJETA DE

---



More saving.
More doing.™

500 N CARROLLTON AVE
NEW ORLEANS, LA 70119 (504)482-1985

0387 00003 75022   06/04/11  06:23 PM
CASHIER LAMAKA - LRT81E

034481149293 ELECT BOX 1 <A>       1.87
038753368205 WSH MCH BOX <A>       9.17
012871558764 FITTING <A>           0.61

           SUBTOTAL              11.65
           SALES TAX              1.05
           TOTAL                 12.70
           CASH                  20.00
           CHANGE DUE             7.30



0387 03 75022 06/04/2011 9987

RETURN POLICY DEFINITIONS
POLICY ID  DAYS  POLICY EXPIRES ON
A    1      90      09/02/2011

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
  RETURN POLICY SIGN IN STORES FOR
             DETAILS.

       GUARANTEED LOW PRICES
       LOOK FOR HUNDREDS OF
       LOWER PRICES STOREWIDE
*********************************
    ENTER FOR A CHANCE
    TO WIN A $5,000
    HOME DEPOT GIFT
         CARD!

  Share Your Opinion With Us! Complete
  the brief survey about your store visit
     and enter for a chance to win at:

         www.homedepot.com/opinion

    ¡PARTICIPE EN UNA
  OPORTUNIDAD DE GANAR
    UNA TARJETA DE
    REGALO DE THD
      DE $5,000!

  ¡Comparta Su Opinión! Complete la breve
  encuesta sobre su visita a la tienda y



**More saving.**
**More doing.®**

500 N CARROLLTON AVE
NEW ORLEANS, LA 70119 (504)482-1985
0387  00004  62614   06/04/11  10:25 AM
CASHIER DEANIA - DHN1CW

| | | |
|---|---|---|
| 012871557521 FITTING <A> | | 1.01 |
| 012871623332 3/4 PVC-90EL <A> | | 0.34 |
| 038753389283 HANGER STRAP <A> | | 1.97 |
| 012871626616 PVC BUSHING <A> | | 0.83 |
| 012871624995 3/4 PVC CPLG <A> | | 0.48 |
| 200.24 | | |



                    SUBTOTAL      4.63
                    SALES TAX     0.42
                    TOTAL        $5.05
                    CASH          5.05

0387 04 62614 06/04/2011 7110

RETURN POLICY DEFINITION
POLICY ID   DAYS   POLICY EXPIRES ON
A     1      90      09/02/2011

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

GUARANTEED LOW PRICES
LOOK FOR HUNDREDS OF
LOWER PRICES STOREWIDE
**************************************

ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!

Share Your Opinion With Us! Complete
the brief survey about your store visit
and enter for a chance to win at:

www.homedepot.com/opinion

¡PARTICIPE EN UNA
OPORTUNIDAD DE GANAR
UNA TARJETA DE
REGALO DE THD
DE $5,000!

---



**More saving.**
**More doing.®**

500 N CARROLLTON AVE
NEW ORLEANS, LA 70119 (504)482-1985
0387  00003  97117   06/11/11  01:40 PM
CASHIER MISTY ~ MRL8GL

| | | |
|---|---|---|
| 032076070472 36IN NAT TIE <A> | | 5.97 |

                    SALES TAX     0.54
                    TOTAL         6.51
                    CASH          7.01
                    CHANGE DUE    0.50

0387 03 97117 06/11/2011 6024

RETURN POLICY DEFINITIONS
POLICY ID   DAYS   POLICY EXPIRES ON
A     1      90      09/09/2011

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

GUARANTEED LOW PRICES
LOOK FOR HUNDREDS OF
LOWER PRICES STOREWIDE
**************************************

ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!

Share Your Opinion With Us! Complete
the brief survey about your store visit
and enter for a chance to win at:

www.homedepot.com/opinion

¡PARTICIPE EN UNA
OPORTUNIDAD DE GANAR
UNA TARJETA DE
REGALO DE THD
DE $5,000!

¡Comparta Su Opinión! Complete la breve
encuesta sobre su visita a la tienda y
tenga la oportunidad de ganar en:

www.homedepot.com/opinion

---



**More saving.**
**More doing.®**

500 N CARROLLTON AVE
NEW ORLEANS, LA 70119 (504)482-1985
0387  00003  96556   06/11/11  12:11 PM
CASHIER MISTY ~ MRL8GL

| | | |
|---|---|---|
| 742366999832 FOIL TAPE <A> | | 6.58 |
| 764666160392 1LB 1-3/8 DW <A> | | 3.92 |
| 032888405346 1/2 ST EL 90 <A> | | 1.69 |
| 032076070465 24" NAT TIE <A> | | 4.96 |



                    SUBTOTAL     17.15
                    SALES TAX     1.54
                    TOTAL       $18.69
                    CASH         20.00
                    CHANGE DUE    1.31

0387 03 96556 06/11/2011 6024

RETURN POLICY DEFINITIONS
POLICY ID   DAYS   POLICY EXPIRES ON
A     1      90      09/09/2011

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

GUARANTEED LOW PRICES
LOOK FOR HUNDREDS OF
LOWER PRICES STOREWIDE
**************************************

ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!

Share Your Opinion With Us! Complete
the brief survey about your store visit
and enter for a chance to win at:

www.homedepot.com/opinion

¡PARTICIPE EN UNA
OPORTUNIDAD DE GANAR
UNA TARJETA DE
REGALO DE THD
DE $5,000!

¡Comparta Su Opinión! Complete la breve



**More saving.
More doing.**℠

500 N CARROLLTON AVE
NEW ORLEANS, LA 70119 (504)482-1985
0387 0001 34577  06/18/11  02:25 PM
CASHIER LAMAKA - LRT81E

```
026613125337TURN ANG VAL <A>        7.27
697285310874 SHKBT CLIP <A>          1.55
697288910988 SHKBT STOP <A>          5.28
046782782315 BRSHSEYSHOFF <A>        8.97
043995407216 RY CS SRCP <A>          9.77
                    SUBTOTAL         32.84
                    SALES TAX         2.96
                    TOTAL           $35.80
                    CASH             36.00
                    CHANGE DUE        0.20
```

0387 01 34577 06/18/2011 6015

RETURN POLICY DEFINITIONS
POLICY ID   DAYS / POLICY EXPIRES ON
A    1    90            09/16/2011

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

GUARANTEED LOW PRICES
LOOK FOR HUNDREDS OF
LOWER PRICES STOREWIDE
*******************************************
ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!

Share Your Opinion With Us! Complete
the brief survey about your store visit
and enter for a chance to win at:

www.homedepot.com/opinion

¡PARTICIPE EN UNA
OPORTUNIDAD DE GANAR
UNA TARJETA DE
REGALO DE THD
DE $5,000!

¡Comparta Su Opinión! Compl...

---



**More saving.
More doing.**℠

500 N CARROLLTON AVE
NEW ORLEANS, LA 70119 (504)482-1985
0387 00016 46082  06/18/11  02:57 PM
CASHIER ALINE - AJM8NM

```
258350      1/2 4X8 GYP <A>
            206.33                  12.66
                    SALES TAX        1.14
                    TOTAL          $13.80
                    CASH            20.00
                    CHANGE DUE       6.20
```

0387 16 46082 06/18/2011 2275

RETURN POLICY DEFINITIONS
POLICY ID   DAYS   POLICY EXPIRES ON
A    1    90            09/16/2011

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

GUARANTEED LOW PRICES
LOOK FOR HUNDREDS OF
LOWER PRICES STOREWIDE
*******************************************
ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!

Share Your Opinion With Us! Complete
the brief survey about your store visit
and enter for a chance to win at:

www.homedepot.com/opinion

¡PARTICIPE EN UNA
OPORTUNIDAD DE GANAR
UNA TARJETA DE
REGALO DE THD
DE $5,000!

¡Comparta Su Opinión! Complete la breve
encuesta sobre su visita a la tienda y
tenga la oportunidad de ganar en:

---





**More saving.
More doing.**℠

500 N CARROLLTON AVE
NEW ORLEANS, LA 70119 (504)482-1985
0387 00016 46090  06/18/11  02:57 PM
CASHIER ALINE - AJM8NM

```
258350      1/2 4X8 GYP <A>
            206.33                  12.66
                    SALES TAX        1.14
                    TOTAL          $13.80
                    CASH            20.00
                    CHANGE DUE       6.20
```

0387 16 46090 06/18/2011 2275

RETURN POLICY DEFINITIONS
POLICY ID   DAYS   POLICY EXPIRES ON
A    1    90            09/16/2011

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

GUARANTEED LOW PRICES
LOOK FOR HUNDREDS OF
LOWER PRICES STOREWIDE
*******************************************
ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!

Share Your Opinion With Us! Complete
the brief survey about your store visit
and enter for a chance to win at:

www.homedepot.com/opinion

¡PARTICIPE EN UNA
OPORTUNIDAD DE GANAR
UNA TARJETA DE
REGALO DE THD
DE $5,000!

¡Comparta Su Opinión! Complete la breve
encuesta sobre su visita a la tienda y



More saving.
More doing.®

62 WESTBANK EXPRESSWAY - GRETNA, LA
(504) 362-3460

0359 00058 62461   10/22/11  09:25 AM
CASHIER SELF CHECK OUT - SCOT58

082474993972 INT PAINT <A>          32.98
027426514758 MINIWAX <A>            12.46



                    SUBTOTAL         45.44
                    SALES TAX         3.98
                    TOTAL           $49.42
                    CASH            20.00
                    CASH            20.00
                    CASH            20.00
                    CHANGE DUE      10.58

        0359 58 62461 10/22/2011 4979

        RETURN POLICY DEFINITIONS
     POLICY ID   DAYS   POLICY EXPIRES ON
        A     1     90       01/20/2012.

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
   RETURN POLICY SIGN IN STORES FOR
              DETAILS.

        GUARANTEED LOW PRICES
        LOOK FOR HUNDREDS OF
        LOWER PRICES STOREWIDE
******************************************

     ENTER FOR A CHANCE
     TO WIN A $5,000
     HOME DEPOT GIFT
         CARD!

Share Your Opinion With Us! Complete
the brief survey about your store visit
   and enter for a chance to win at:

     www.homedepot.com/opinion

   ¡PARTICIPE EN UNA
OPORTUNIDAD DE GANAR
   UNA TARJETA DE
   REGALO DE THD
      $5,000!

---



More saving.
® More doing.®

500 N CARROLLTON AVE
NEW ORLEANS, LA 70119 (504)482-1985

0387 00003 23774   08/13/11  09:39 AM
CASHIER DARRYLYNN - DMA098

051652200058 PRIMER <A>            25.77

                SALES TAX           2.32
                TOTAL             $28.09
                CASH              30.00
                CHANGE DUE          1.91

        0387 03 23774 08/13/2011 1406
        RETURN POLICY DEFINITIONS
     POLICY ID   DAYS   POLICY EXPIRES ON
        A     1     90       11/11/2011

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
   RETURN POLICY SIGN IN STORES FOR
              DETAILS.

        GUARANTEED LOW PRICES
        LOOK FOR HUNDREDS OF
        LOWER PRICES STOREWIDE
******************************************

     ENTER FOR A CHANCE
     TO WIN A $5,000
     HOME DEPOT GIFT
         CARD!

Share Your Opinion With Us! Complete
the brief survey about your store visit
   and enter for a chance to win at:

     www.homedepot.com/opinion

   ¡PARTICIPE EN UNA
OPORTUNIDAD DE GANAR
   UNA TARJETA DE
   REGALO DE THD
   DE $5,000!

¡Comparta Su Opinión! Complete la breve
encuesta sobre su visita a la tienda y
tenga la oportunidad de ganar en:
     www.homedepot.com/opinion

---



More saving.
More doing.®

500 N CARROLLTON AVE.
NEW ORLEANS, LA 70119 (504)482-1985

0387 00003 95269   07/08/11  09:23 AM
CASHIER DARRYLYNN - DMA098

764666104983 11/4FNDWSC1# <A>       6.47

                SALES TAX           0.58
                TOTAL              $7.05
                CASH              8.00
                CHANGE DUE          0.95

        0387 03 95269 07/08/2011 1665
        RETURN POLICY DEFINITIONS
     POLICY ID   DAYS   POLICY EXPIRES ON
        A     1     90       10/06/2011

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
   RETURN POLICY SIGN IN STORES FOR
              DETAILS.

        GUARANTEED LOW PRICES
        LOOK FOR HUNDREDS OF
        LOWER PRICES STOREWIDE
******************************************

     ENTER FOR A CHANCE
     TO WIN A $5,000
     HOME DEPOT GIFT
         CARD!

Share Your Opinion With Us! Complete
the brief survey about your store visit
   and enter for a chance to win at:

     www.homedepot.com/opinion

   ¡PARTICIPE EN UNA
OPORTUNIDAD DE GANAR
   UNA TARJETA DE
   REGALO DE THD
   DE $5,000!

¡Comparta Su Opinión! Complete la breve
encuesta sobre su visita a la tienda y
tenga la oportunidad de ganar en:
     www.homedepot.com/opinion



**More saving.**
**More doing.**

500 N CARROLLTON AVE
NEW ORLEANS, LA 70119 (504)482-1985

0387  C0004  02131   12/26/11  11:02 AM
CASHIER: ANDRESS    AHF8GV

010306700054 XLG SPONGE <A>          1.97
751351490114 8RT CRNRBD <A>          1.78
                    SUBTOTAL           3.75
                    SALES TAX          0.34
                    TOTAL             $4.09
                    CASH              20.00
                    CHANGE DUE        15.91

0387 04 02131 12/26/2011 5004

RETURN POLICY DEFINITIONS
POLICY ID   DAYS   POLICY EXPIRES ON
A      1      90        03/25/2012

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

BUY ONLINE PICK-UP IN STORE
AVAILABLE NOW ON HOMEDEPOT.COM.
CONVENIENT, EASY AND MOST ORDERS
READY IN LESS THAN 2 HOURS!
*****************************************
ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!

Share Your Opinion With Us! Complete
the brief survey about your store visit
and enter for a chance to win at:

www.homedepot.com/opinion

COMPARTA SU OPINION EN
UNA BREVE
ENCUESTA PARA LA OPORT
UNIDAD DE GANAR.

User ID:
4938  4555



**More saving.**
**More doing.**

500 N CARROLLTON AVE
NEW ORLEANS, LA 70119 (504)482-1985

0387  C0004  74080   12/17/11  11:01 AM
CASHIER DOMONIQUE   DNW5S33

022357584320 GLN INT EG <A>        107.00
022357584308 GLN INT EG <A>         47.94
2023.97
                    SUBTOTAL         154.94
                    SALES TAX         13.94
                    TOTAL           $168.88  
                    CASH             180.00
                    CHANGE DUE        11.12

0387 04 74080 12/17/2011 3462

RETURN POLICY DEFINITIONS
POLICY ID   DAYS   POLICY EXPIRES ON
A      1      90        03/16/2012

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

BUY ONLINE PICK-UP IN STORE
AVAILABLE NOW ON HOMEDEPOT.COM.
CONVENIENT, EASY AND MOST ORDERS
READY IN LESS THAN 2 HOURS!
*****************************************
ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!

Share Your Opinion With Us! Complete
the brief survey about your store visit
and enter for a chance to win at:

www.homedepot.com/opinion

COMPARTA SU OPINION EN
UNA BREVE
ENCUESTA PARA LA OPORT
UNIDAD DE GANAR.





More saving.
More doing.℠

500 N CARROLLTON AVE
NEW ORLEANS, LA 70119 (504)482-1985

0387 00010 50839 01/14/12 10:21 AM
CASHIER RAVEN - RMP4350

070793181014 ACRYL CAULK <A>
2@2.28 4.56
030699284313 PLASTBAGGDS <A> 0.98
034481100041 4/0 BOX EA <A> 0.88

SUBTOTAL 6.42
SALES TAX 0.58
TOTAL $7.00
CASH 7.00

0387 10 50839 01/14/2012 7226

RETURN POLICY DEFINITIONS
POLICY ID DAYS POLICY EXPIRES ON
A 1 90 04/13/2012

THE HOME DEPOT RESERVES THE RIGHT TO LIMIT / DENY RETURNS. PLEASE SEE THE RETURN POLICY SIGN IN STORES FOR DETAILS.

BUY ONLINE PICK-UP IN STORE
AVAILABLE NOW ON HOMEDEPOT.COM.
CONVENIENT, EASY AND MOST ORDERS
READY IN LESS THAN 2 HOURS!

---

More saving.
More doing.℠

500 N CARROLLTON AVE
NEW ORLEANS, LA 70119 (504)482-1985

0387 00004 72423 01/21/12 09:58 AM
CASHIER DOMONICUE - DNW5933

733033441O418 1X6X6 NO.2 <A>
1X6-6 #2 & BTR PINE S4S KD
4@4.86 19.44
733033441O425 1X6X8 NO.2 <A>
1X6-8 #2 & BTR PINE S4S KD
2@6.62 13.24

SUBTOTAL 32.68
SALES TAX 2.94
TOTAL $35.62
CASH 40.00
CHANGE DUE 4.38

0387 04 72423 01/21/2012 8445

RETURN POLICY DEFINITIONS
POLICY ID DAYS POLICY EXPIRES ON
A 1 90 04/20/2012

THE HOME DEPOT RESERVES THE RIGHT TO LIMIT / DENY RETURNS. PLEASE SEE THE RETURN POLICY SIGN IN STORES FOR DETAILS.

BUY ONLINE PICK-UP IN STORE
AVAILABLE NOW ON HOMEDEPOT.COM.
CONVENIENT, EASY AND MOST ORDERS
READY IN LESS THAN 2 HOURS!

---

More saving.
More doing.℠

500 N CARROLLTON AVE
NEW ORLEANS, LA 70119 (504)482-1985

0387 00002 52338 01/30/12 03:28 PM
CASHIER CHARLENE - CACOGB

030192940068 MIN SPIRITS <A>
ODORLESS MINERAL SPIRITS GALLONS 13.56

SALES TAX 1.22
TOTAL $14.78
CASH 20.00
CHANGE DUE 5.22

0387 02 52338 01/30/2012 8832

RETURN POLICY DEFINITIONS
POLICY ID DAYS POLICY EXPIRES ON
A 1 90 04/29/2012

THE HOME DEPOT RESERVES THE RIGHT TO LIMIT / DENY RETURNS. PLEASE SEE THE RETURN POLICY SIGN IN STORES FOR DETAILS.

BUY ONLINE PICK-UP IN STORE
AVAILABLE NOW ON HOMEDEPOT.COM.
CONVENIENT, EASY AND MOST ORDERS
READY IN LESS THAN 2 HOURS!

THE HOME DEPOT More saving. More doing.℠

500 N CARROLLTON AVE
NEW ORLEANS, LA 70119 (504)482-1985

0387 00004 34233 02/11/12 01:28 PM
CASHIER DOMONIQUE - DNW5933

035624121200 MOULDING <A>
STOP WM887 PINE 3/8X1-1/4
8@0.55 4.40
733034410432 1X6X10 NO.2 <A>
1X6-10, #2 COMMON BOARD 8.18

Base board

| | |
|---|---|
| SUBTOTAL | 12.58 |
| SALES TAX | 1.13 |
| TOTAL | $13.71 |
| CASH | 20.00 |
| CHANGE DUE | 6.29 |

0387 04 34233 02/11/2012 7761

RETURN POLICY DEFINITIONS

| POLICY ID | DAYS | POLICY EXPIRES ON |
|---|---|---|
| A 1 | 90 | 05/11/2012 |

THE HOME DEPOT RESERVES THE RIGHT TO LIMIT / DENY RETURNS. PLEASE SEE THE RETURN POLICY SIGN IN STORES FOR DETAILS.

BUY ONLINE PICK-UP IN STORE AVAILABLE NOW ON HOMEDEPOT.COM. CONVENIENT, EASY AND MOST ORDERS READY IN LESS THAN 2 HOURS!
************************************

THE HOME DEPOT More saving. More doing.℠

500 N CARROLLTON AVE
NEW ORLEANS, LA 70119 (504)482-1985

0387 00003 23212 02/11/12 11:21 AM
CASHIER KARLA - KMM3056

6927732910039 3"UTLTYBRUSH <A> 3.97
ECON 3.0 FLAT BRUSH
033873211136 STEEL WOOL#3 <A> 3.98
12 PAD #3 DISP STRIP/CLEANING
078864011104 NS10 <A> 3.49
NO-SEEP #10 EXTRA THICK WAX RING
030192006252 STRIPX GAL <A> 20.98
STRIP-X REMOVER GAL

Paint supplies
Plumb

| | |
|---|---|
| SUBTOTAL | 32.42 |
| SALES TAX | 2.92 |
| TOTAL | $35.34 |
| CASH | 40.00 |
| CHANGE DUE | 4.66 |

0387 03 23212 02/11/2012 0135

RETURN POLICY DEFINITIONS

| POLICY ID | DAYS | POLICY EXPIRES ON |
|---|---|---|
| A 1 | 90 | 05/11/2012 |

THE HOME DEPOT RESERVES THE RIGHT TO LIMIT / DENY RETURNS. PLEASE SEE THE RETURN POLICY SIGN IN STORES FOR DETAILS.

BUY ONLINE PICK-UP IN STORE AVAILABLE NOW ON HOMEDEPOT.COM. CONVENIENT, EASY AND MOST ORDERS READY IN LESS THAN 2 HOURS!

THE HOME DEPOT More saving. More doing.℠

500 N CARROLLTON AVE
NEW ORLEANS, LA 70119 (504)482-1985

0387 00004 36766 02/12/12 11:09 AM
CASHIER KARLA - KMM3056

731919241030 LC NEOP LRG <A> 4.98
GMPC LONG CUFF NEOPRENE L

| | |
|---|---|
| SALES TAX | 0.45 |
| TOTAL | $5.43 |
| CASH | 20.00 |
| CHANGE DUE | 14.57 |

0387 04 36766 02/12/2012 0756

RETURN POLICY DEFINITIONS

| POLICY ID | DAYS | POLICY EXPIRES ON |
|---|---|---|
| A 1 | 90 | 05/12/2012 |

THE HOME DEPOT RESERVES THE RIGHT TO LIMIT / DENY RETURNS. PLEASE SEE THE RETURN POLICY SIGN IN STORES FOR DETAILS.

BUY ONLINE PICK-UP IN STORE AVAILABLE NOW ON HOMEDEPOT.COM. CONVENIENT, EASY AND MOST ORDERS READY IN LESS THAN 2 HOURS!
************************************

**LOWE'S**
NEVER STOP IMPROVING

LOWE'S HOME CENTERS, INC.
3640 VETERANS MEMORIAL BLVD
METAIRIE, LA 70002   (504) 780-0114

— SALE —

SALES#: S1054KK2 1474070   TRANS#: 71603979 03-12-12

| | | |
|---|---|---|
| 66608 DESIGNER II TWIN HOOK CHR | | 12.90 |
| 129546 ALL-IN-ONE TUB W/ PULL OU | | 93.00 |
| 68572 DESIGNER II 18" TOWEL BAR | | 24.98 |

SUBTOTAL:      135.96
TAX:            11.98
INVOICE 09172 TOTAL:   ( 148.94 )
CHECK:         148.94

STORE: 1054   TERMINAL: 09   03/12/12 21:01:45
# OF ITEMS PURCHASED: 3
*EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS

THANK YOU FOR SHOPPING LOWE'S.
SEE REVERSE SIDE FOR RETURN POLICY.
STORE MANAGER: SHAWN MCCRAY

---



**THE HOME DEPOT**
More saving.
More doing.℠

500 N CARROLLTON AVE.
NEW ORLEANS, LA 70119  (504)482-1985

0387  00003  26934   03/10/12  12:00 PM
CASHIER DOMONIQUE -- DNW5933

| | | |
|---|---|---|
| 030192940068 MIN SPIRITS <A> | | 13.56 |
| 030LESS MINERAL SPIRITS GALLONS | | |
| 030192005282 STRIP GAL <A> | | 20.98 |
| STRIP-X REMOVER GAL | | |

SUBTOTAL           34.54
SALES TAX          3.11
TOTAL            $37.65
CHECK            37.65

XXXXXX8581                              TA
AUTH CODE 001515

0387 03 26934 03/10/2012 7126

RETURN POLICY DEFINITIONS
POLICY ID    DAYS    POLICY EXPIRES ON
A     1       90        06/08/2012

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

When you provide a check as payment,
you authorize us to use the information
from your check to process a one-time
Electronic Funds Transfer (EFT) or
draft drawn from your account, or
process the payment as a check



# C GLASS

**P.O. Box 73510**
**Metairie, LA 70033-3510**
465-0450   F-465-0461

## Invoice #
## 12-0096

| Bill To |
| --- |
| Lisa Calico |
| 4302 Orleans Ave |
| New Orleans, LA 70119 |

| Date |
| --- |
| 2/24/2012 |

| Job Address |
| --- |
| 4300 Orleans Ave |

| Terms | Due Date | Rep |
| --- | --- | --- |
| C. O. D. | 2/24/2012 | RJT |

| Description | Item Code | Class | Amount |
| --- | --- | --- | --- |
| Frameless Show.... | Chrome, Clear Glass | Shower Units | 1,413.00 |



*Handwritten notes:*
down payment
Ck# 3724 - 2/23/2012 - $706.50
Completion of pr-
3... invoice
Ck# 3741 - $706.50

COD (red stamp)

| Invoice Total | $1,413.00 |
| --- | --- |
| Payments/Credits | $-706.50 |
| Balance Due | $706.50 |

**Lemoine Marine Refrigeration, Inc**
P.O. Box 1028
2236 Arlington Ave
Harvey, LA 70059
Voice: 504.366.4903
Fax: 504.366.4476

**Invoice**

| | |
|---|---|
| Invoice Number | 14506 |
| Invoice Date: | Mar 9, 2012 |
| Page: | 1 |

Sold To:
M. Calico
4302 Orleans Ave.
New Orleans, LA 70119

Job Location:
4302 Orleans Ave.
New Orleans, LA 70119

JOB NAME: Mike Calico

4300

| Customer PO | Authorized By | Payment | Due | Job ID | Job Date |
|---|---|---|---|---|---|
| | Michael Calico | Net 30 Days | 4/8/12 | 8CALICOC | 2/28/12 |

| Quantity | Description | Unit Price | Extension |
|---|---|---|---|
| 1.00 | Check Unit
1F86-344 Digital Thermostat, Non-programmable, Heat/Cool, Large Display | 98.28 | 98.28 |

| | | |
|---|---|---|
| | Subtotal | 98.28 |
| | Sales Tax | 8.85 |
| | Total Invoice Amount | 107.13 |
| | Payment Received | 0.00 |
| | **TOTAL** | **107.13** |

Check No: 3758

*(handwritten)* CK#3758
3-24-2012
$107.13

# CARRUTH

## LUMBER

## BROTHERS

## COMPANY, INC.

600 SO. OLYMPIA ST.   •   PHONE 522-1113   •   NEW ORLEANS, LA. 70119

| SOLD TO | MASCARI'S CONSTRUCTION CO. 234 DODGE AVENUE. JEFFERSON, LA 70121 | | | SHIP TO | Mike Calvo | | |
|---|---|---|---|---|---|---|---|

JOB PHONE

| CUSTOMER | CUSTOMER P.O. | WHEN WANTED | TERMS | DATE SHIPPED | LOADED BY | ORDER DATE | CHECKED BY | DRAY NO. |
|---|---|---|---|---|---|---|---|---|
| MASC | | | NET 30 DAYS | 5/28 | 05/28/10 | 621180 P REV: 1 | | |
| SALESMAN | | | | | | | | DRIVER | PAGE |
| GLENN | | | | | | | | | 1 |

| ORDERED | SHIPPED | DIMENSIONS | DESCRIPTION | QTY. | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 2 | 2 | 1X 10X 12 | C&BTR TREATED PINE K/DRY | 24 | 1.95 | 46.80 Y |

COMMENTS

TAX CODE : 01-01-00   9.0000%

Gibo Marie

| | |
|---|---|
| SALES TOTAL | 46.80 |
| SALES TAX | 4.21 |
| INVOICE TOTAL | 51.01 |

SERVICE CHARGE OF 1 1/2% PER MONTH WHICH CORRESPONDS TO AN ANNUAL PERCENTAGE RATE OF 18% WILL BE ADDED ON ACCOUNTS WHICH ARE NOT PAID WITHIN 30 DAYS.

RESTOCKING CHARGE WILL APPLIED TO ALL MATERIAL TURNED IN GOOD CONDITION

RECEIVED BY:

PLEASE CHECK MATERIALS BEFORE SIGNING DRAY OUR PRICES ARE BASED ON SIDEWALK DELIVERY

**Bill To:**
MASCARI'S CONSTRUCTION CO
6346 BELLAIRE DR
NEW ORLEANS, LA 70124

**Ship To:**
JULIAN 504-874-1006
NEW ORLEANS, LA 70124

4387

**Instructions**
MWH-JULIAN 504-874-1006
Ship Point
ELMWOOD BRANCH

**Correspondence To:** INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002
NEW ORLEANS, LA 70178

Via
DEL/OUR TRCK

| UPC Vendor | Invoice Date | Order # |
|---|---|---|
| 000000 | 01/31/06 | 180274C-00 |

| PO Date | PO # | Page # |
|---|---|---|
| 01/23/06 | 5600 CHERRYVN DR | 1 |

| Shipped | Terms |
|---|---|
| 01/31/06 | 1% 29/NET 30 |

Visit our NEW website, www.interiorexterior.net

| # | Product And Description | UPC/Item# | Quantity Ordered | Quantity B.O. | Quantity Shipped | UM | Unit Price | Price UM | Discount Multiplier | Amount (Net) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | B06 | 00000 | 18 | 0 | 18 | BG | 435.00 | MSF | 0.00 | 843.41 |
|   | R13 3 5/8" X 15" X 94" KRAFT 107.71 SF/BG | | | | | | | | | |
| 2 | B09 | 00000 | 20 | 0 | 20 | BG | 505.00 | MSF | 0.00 | 1364.59 |
|   | R19 6 1/4" X 15" X 94" KRAFT 97.92 SF/BG | | | | | | | | | |
| 3 | 41212R | 00000 | 200 | 6 | 194 | PC | 300.00 | MSF | 0.00 | 2793.60 |
|   | 4' X 12' X 1/2" REGULAR SHEETROCK 48SF/PC | | | | | | | | | |
| 4 | GELTCOMP | 00000 | 30 | 0 | 30 | PAIL | 11.88 | PAIL | 0.00 | 356.40 |
|   | GOLD BOND JOINT COMPOUND 5 GAL PAIL | | | | | | | | | |
| 5 | JTAPE | 00000 | 15 | 0 | 15 | ROLL | 1.97 | ROLL | 0.00 | 29.55 |
|   | JOINT TAPE 250' ROLL 20 ROLLS/CASE | | | | | | | | | |
| 6 | DN138 | 00000 | 1 | 0 | 1 | CS | 45.55 | CS | 0.00 | 45.55 |
|   | 1 3/8" DRYWALL NAILS 50 LB/CS | | | | | | | | | |
| 7 | CB10 | 00000 | 12 | 0 | 12 | PC | 141.00 | MLF | 0.00 | 16.92 |
|   | 1 1/4" X 1 1/4" X 10' CORNER BEAD 50 PC/CN | | | | | | | | | |

7 Lines Total          Qty Shipped Total    298

| | |
|---|---|
| Total | 5470.02 |
| Taxes | 492.30 |
| Invoice Total | 5962.32 |

*Handwritten note:*
Purchase of CDW 30 sheets from above Quantity.
My cost 30 sheets at 13.96 per sheet.
418.80 TOTAL



**INTERIOR / EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| '000000 | 11/22/10 | 2678799-00 |
| P.O. DATE | P.O. NO. | PAGE # |
| 11/16/10 | 6673 JULIAN | 1 |

**REMIT TO:**
P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

**CORRESPONDENCE TO:**
INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002
NEW ORLEANS, LA 70178

CUST.#: 4387

SHIP TO: MASCARI'S CONSTRUCTION CO
JULIAN 504-874-1006
NEW ORLEANS, LA

BILL TO: MASCARI'S CONSTRUCTION CO
234 DODGE AVE
JEFFERSON, LA 70121

| | INSTRUCTIONS | | |
|---|---|---|---|
| WCK**BOOM** | SHIP POINT | SHIP VIA | |
| NEW ORLEANS BRANCH | NEW ORLEANS | BOOM | |
| | | TERMS | |
| | | 1% 29/NET 30 | |
| | | SHIPPED | |
| | | 11/22/10 | |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY SHIPPED | QTY UOM | UNIT PRICE | PRICE UM | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | ********************************* | | | | | | | |
| | CALL JULIAN WHEN LEAVING YARD 504-874-1006 | | | | | | | |
| | ********************************* | | | | | | | |
| 1 | 41212R | 124 | 0 | 124 | PC | 170.00 | MSF | 1011.84 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK | 48SF/PC | | | | | | |
| 2 | 54121R2 | 16 | 0 | 16 | PC | 190.00 | MSF | 164.16 |
| | 54' X 12' X 1/2" REGULAR 54 SF/EA | | | | | | | |
| 2 | Lines Total | | | | | | | |
| | Qty Shipped Total | | | 140 | | | | |
| | | | | | | Total | | 1176.00 |
| | | | | | | Taxes | | 105.84 |
| | | | | | | Invoice Total | | 1281.84 |
| | | | | | | Cash Discount | | 11.76 If Paid By 12/21/10 |

*Purchase of new sheet rock 30 sheets of above quantity Replacing CDW. My cost 30 sheets at 8½ per sheet*

(244.80) TOTAL

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)



**INTERIOR / EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

## *CUSTOMER(PINK)*

# PACKING SLIP

| | TAKEN BY | CUSTOMER P/O # | ORDER # |
| --- | --- | --- | --- |
| | ajh | | 266641-00 |

| ORDER DATE | CUSTOMER P.O.# | PAGE |
| --- | --- | --- |
| 01/13/10 | 4300 ORLEANS AVE | 1 |

| SALES INITIALS | |
| --- | --- |
| 112 | |

CUST#: 4387

BILL TO:
** DO NOT PAY **** DO NOT PAY **** DO NOT PAY **
MASCARI'S CONSTRUCTION CO
234 DODGE AVE

JEFFERSON, LA 70121

CORRESPONDENCE TO:
INTERIOR / EXTERIOR BUILDING S
P. O. BOX 4002

NEW ORLEANS, LA 70178

SHIP TO:
MASCARI'S CONSTRUCTION CO
4300 ORLEANS AVENUE
MIKE/ 616-6826
NEW ORLEANS,

| SHIP POINT | | |
| --- | --- | --- |
| NEW ORLEANS BRANCH | REQUEST DATE | PICKED |
| SHIP VIA | 01/13/10 | 01/13/10 |
| CUSTOMER P/U | | |

| INSTRUCTIONS | TERMS |
| --- | --- |
| | 1% 29/NET 30 |

| LINE NO. | PRODUCT AND DESCRIPTION | BIN LOCATION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | NO. CARTONS | AMOUNT (NET) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | USGVINZ 2' X 2' X 1/2" VINYLROCK 16 SF 92CTN/PAL. (3260) whx17348 | b/01/00 / | 14.00 | 0.00 | 14.00 | CTN | | 177.86 |
| 2 | 4' STAB TEE 15/16" WHITE 60 PC/CTN 48 CTN/PAL whxl7128 | New /Par/t | 4.00 | 0.00 | 4.00 | PC | | 7.86 |
| 3 | 2' STAB TEE 15/16" WHITE 60 PC/CTN 48 CTN/PAL. | New /Par/t | 2.00 | 0.00 | 2.00 | PC | | 1.86 |

| | RECEIVED | | |
| --- | --- | --- | --- |
| | | | |

Total 187.58
Taxes 16.88
INVOICE TOTAL: $ 204.46

Cash Discount $ 1.88 If Paid Within Terms

| ORDER #266641-00 | # OF LINES NOT PRINTED | QTY. SHIPPED TOTAL | WEIGHT | FREIGHT CHARGE | DATE RECEIVED |
| --- | --- | --- | --- | --- | --- |
| | 0 | 20.00 | 469.81340 | | |

| INVOICE TOTAL | PACKED BY | CHECKED BY | QTY. DUE | | RECEIVED BY (Print) | RECEIVED BY (Signature) |
| --- | --- | --- | --- | --- | --- | --- |
| 3 | | | 0.DUE 0.00000 | | | $ 204.46 |

Last Page

Order #266641-00

MICHAEL AND LISA CALICO
4300 ORLEANS AVE

PRE REMEDIATION PICS













KITCHEN
SOUTH
WALL

07-10-2010



KITCHEN
EAST WALL

07-10-2010

KITCHEN NORTH WALL WEST SIDE

07.10.2010

KITCHEN WEST W

07.10.2010

KITCHEN
NORTH WALL
EAST SIDE

08.14.2010

07.10.2010



BATH
NORTH WALL

08.14.2010

BATH
EAST WALL

08.14.2010

BATH
WEST WALL

08.14.2010

BedRoom
SouTh WALL

08.14.2010

LAUNDRY
EAST WALL

08.14.2010



BATH
WEST WALL

08.14.2010

LAUNDRY ROOM
WEST SIDE

08.14.2010

LAUNDRY
EAST WALL

08.14.2010

BeDRoom
South Wall

08.14.2010

BeDRoom NoRTH WALL

07.11.2010













































MICHAEL AND LISA CALICO
4300 ORLEANS AVE

POST REMEDIATION PICS

Front door
South side



Apt South right wall
front room



EAST wall
Front room



Bedroom South Wall
West Side inner wall



Bedroom South Right Wall
Front room



South wall
bedroom



East well
Bedroom



North left Side wall
Kitchen



north right wall
Kitchen



West Wall
Kitchen



East Side Wall
Kitchen



Southwest Kitchen



West Kitchen wall



west wall
of hall



A/c closet
behind Kitchen



Inner wall
A/c closet



wall outside
Bathroom



Bethroom wall



EAST wall
Bathroom



Apt Bathroom Shower



North wall
bathroom)



Apt Bathroom shower



Apt Inner Wall
North Side Laundry Room.



Laundry

