EDMUND WINSTON
31945 BUTLER DR
SPANISH FORT, AL

LEDGER-PROOF OF PAYMENT

*Butler Dr. Renovation – April/May 2011*

**BBVA Compass**

Enclosures 0

34

Apr 25, 2011 to May 09, 2011

075     EDMUND W WINSTON III
LORETTA GAIL WINSTON
28600 OAKWOOD CT
DAPHNE AL 36526-7577

***Compass Preferred Client***

*If you have questions about your statement, call Customer Service at 1-866-860-2996.*

## Build-To-Order Checking

EDMUND W WINSTON III
LORETTA GAIL WINSTON

Interest Paid YTD     .27

### Deposit Account Recap

| | | |
|---|---|---:|
| Beginning Balance as of April 25, 2011 | | .00 |
| 4 Deposits | (Plus) | 32,000.00 |
| 5 Withdrawals | (Minus) | 7,309.49 |
| Interest Paid | (Plus) | .27 |
| Ending Balance as of May 9, 2011 | | 24,690.78 |

### Account Checks by Serial Number

| Serial | Date | Amount | Serial | Date | Amount | Serial | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 97 | Apr 25 | 5,000.00 | 99 | May 05 | 200.00 | 1001 * | May 06 | 1,200.00 |
| 98 | Apr 29 | 897.00 | | | | | | |

\* Indicates break in check sequence

### Deposits and Other Credits

| Date | Serial # | Amount | Description |
|---|---|---|---|
| Apr 25 | | 15,000.00 | DEPOSIT |
| May 04 | | 4,000.00 | XFER FR ACCT *1795 - COMPASS BANK ITE - ON-LINE TRANSFER |
| May 05 | | 3,000.00 | XFER FR ACCT *1795 - COMPASS BANK ITE - ON-LINE TRANSFER |
| May 05 | | 10,000.00 | DEPOSIT |
| May 09 | | .27 | INTEREST PAID |

### Withdrawals and Other Debits

| Date | Amount | Description |
|---|---|---|
| May 03 | 12.49 | DEBIT FOR HARLAND CLARKE CHK ORDERS CO REF- 000010800000341 |

15487

April/May 2011

**Primary Account: 252705312**
Page 2
Enclosures 0
Apr 25, 2011 to May 09, 2011

34

**BBVA** Compass

EDMUND  W  WINSTON  I I I

| Periodic NSF and OD Charge Summary | Total This Period | Total 2011 YTD |
|---|---|---|
| Total Overdraft Fees (Includes NSF-Paid Item Charges and Extended Overdraft Charges) | $0.00 | $0.00 |
| NSF-Returned Item Charges | $0.00 | $0.00 |
| Refunded NSF and OD Charges | $0.00 | $0.00 |
| Net NSF and OD Charges (Charges less Refunded Charges) | $0.00 | $0.00 |

**Daily Balance Summary**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| Apr 25 | .00 | May 03 | 9,090.51 | May 06 | 24,690.51 |
| Apr 25 | 10,000.00 | May 04 | 13,090.51 | May 09 | 24,690.78 |
| Apr 29 | 9,103.00 | May 05 | 25,890.51 | | |

**Periodic Account Summary**

| | | | |
|---|---|---|---|
| Year-to-date Interest | .27 | Misc. Account Charges this Period | .00 |
| Interest Paid this Period | .27 | ANNUAL PERCENTAGE YIELD EARNED | 0.05% |
| Int. Earned this Period | .27 | Days in Period | 15 |

**Statement Period Rates**
Effective April 25, 2011

| | Balance | | | Rate |
|---|---|---|---|---|
| | ZERO | TO | $1,999.99 | 0.050% |
| | $2,000.00 | TO | $9,999.99 | 0.050% |
| | $10,000.00 | TO | $24,999.99 | 0.050% |
| | $25,000.00 | TO | $74,999.99 | 0.050% |
| | $75,000.00 | TO | OVER | 0.100% |

15487

**Build-To-Order Checking**

▬▬▬▬▬▬▬   (ODP/Loan)

EDMUND W WINSTON III
LORETTA GAIL WINSTON

Available Credit                                           2,000.00

*June 2011*

Primary Account: 2527053121
Page 2
Enclosures 0                                   34
Jun 10, 2011 to Jul 08, 2011

 **Compass**

EDMUND W WINSTON I I I

## Account Checks by Serial Number (cont'd)

| Serial | Date | Amount | Serial | Date | Amount | Serial | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1019 | Jun 14 | 104.41 | 1025 | Jun 23 | 125.00 | 1031 | Jul 06 | 1,200.00 |
| 1020 | Jun 13 | 1,790.00 | 1026 | Jun 17 | 435.26 | 1032 | Jul 01 | 2,500.00 |
| 1021 | Jun 15 | 1,875.00 | 1027 | Jun 24 | 3,800.00 | 1033 | Jul 01 | 60.00 |
| 1022 | Jun 17 | 3,667.50 | 1028 | Jun 24 | 1,200.00 | 1034 | Jul 07 | 3,010.42 |
| 1023 | Jun 21 | 3,589.15 | 1029 | Jun 23 | 400.00 | 1121 * | Jun 30 | 1,000.00 |
| 1024 | Jun 22 | 453.37 | 1030 | Jul 05 | 55.00 | | | |

* Indicates break in check sequence

## Deposits and Other Credits

| Date | Serial # | Amount | Description |
|---|---|---|---|
| Jun 10 | | 9,000.00 | XFER FR ACCT *1795 - COMPASS BANK ITE - ON-LINE TRANSFER |
| Jun 15 | | 2,500.00 | XFER FR ACCT *1098 - COMPASS BANK ITE - ON-LINE TRANSFER |
| Jun 23 | | 10,000.00 | DEPOSIT |
| Jul 08 | | .07 | INTEREST PAID |

## Withdrawals and Other Debits

| Date | Amount | Description |
|---|---|---|
| Jun 24 | 200.00 | XFER TO ACCT *1098 - COMPASS BANK ITE - ON-LINE TRANSFER |
| Jun 29 | 50.00 | XFER TO ACCT *9096 - COMPASS BANK ITE - ON-LINE TRANSFER |

## Periodic NSF and OD Charge Summary

| | Total This Period | Total 2011 YTD |
|---|---|---|
| Total Overdraft Fees (Includes NSF-Paid Item Charges and Extended Overdraft Charges) | $0.00 | $0.00 |
| NSF-Returned Item Charges | $0.00 | $0.00 |
| Refunded NSF and OD Charges | $0.00 | $0.00 |
| Net NSF and OD Charges (Charges less Refunded Charges) | $0.00 | $0.00 |

## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| Jun 09 | 13,818.88 | Jun 21 | 5,612.56 | Jul 01 | 5,824.19 |
| Jun 10 | 17,478.88 | Jun 22 | 5,159.19 | Jul 05 | 5,769.19 |
| Jun 13 | 13,328.88 | Jun 23 | 14,634.19 | Jul 06 | 4,569.19 |
| Jun 14 | 12,679.47 | Jun 24 | 9,434.19 | Jul 07 | 1,558.77 |
| Jun 15 | 13,304.47 | Jun 29 | 9,384.19 | Jul 08 | 1,558.84 |
| Jun 17 | 9,201.71 | Jun 30 | 8,384.19 | | |

### Periodic Account Summary

| | | | |
|---|---|---|---|
| Year-to-date Interest | .97 | Misc. Account Charges this Period | .00 |
| Interest Paid this Period | .07 | ANNUAL PERCENTAGE YIELD EARNED | 0.01% |
| Int. Earned this Period | .07 | Days in Period | 29 |

18623

June 2011



34

EDMUND  W  WINSTON  I I I

## Account Checks by Serial Number (cont'd)

| Serial | Date | Amount | Serial | Date | Amount | Serial | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1019 | Jun 14 | 104.41 | 1025 | Jun 23 | 125.00 | 1031 | Jul 06 | 1,200.00 |
| 1020 | Jun 13 | 1,790.00 | 1026 | Jun 17 | 435.26 | 1032 | Jul 01 | 2,500.00 |
| 1021 | Jun 15 | 1,875.00 | 1027 | Jun 24 | 3,800.00 | 1033 | Jul 01 | 60.00 |
| 1022 | Jun 17 | 3,667.50 | 1028 | Jun 24 | 1,200.00 | 1034 | Jul 07 | 3,010.42 |
| 1023 | Jun 21 | 3,589.15 | 1029 | Jun 23 | 400.00 | 1121 * | Jun 30 | 1,000.00 |
| 1024 | Jun 22 | 453.37 | 1030 | Jul 05 | 55.00 | | | |

* Indicates break in check sequence

## Deposits and Other Credits

| Date | Serial # | Amount | Description |
|---|---|---|---|
| Jun 10 | | 9,000.00 | XFER FR ACCT *1795 - COMPASS BANK ITE - ON-LINE TRANSFER |
| Jun 15 | | 2,500.00 | XFER FR ACCT *1098 - COMPASS BANK ITE - ON-LINE TRANSFER |
| Jun 23 | | 10,000.00 | DEPOSIT |
| Jul 08 | | .07 | INTEREST PAID |

## Withdrawals and Other Debits

| Date | Amount | Description |
|---|---|---|
| Jun 24 | 200.00 | XFER TO ACCT *1098 - COMPASS BANK ITE - ON-LINE TRANSFER |
| Jun 29 | 50.00 | XFER TO ACCT *9096 - COMPASS BANK ITE - ON-LINE TRANSFER |

## Periodic NSF and OD Charge Summary

| | Total This Period | Total 2011 YTD |
|---|---|---|
| Total Overdraft Fees (Includes NSF-Paid Item Charges and Extended Overdraft Charges) | $0.00 | $0.00 |
| NSF-Returned Item Charges | $0.00 | $0.00 |
| Refunded NSF and OD Charges | $0.00 | $0.00 |
| Net NSF and OD Charges (Charges less Refunded Charges) | $0.00 | $0.00 |

## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| Jun 09 | 13,818.88 | Jun 21 | 5,612.56 | Jul 01 | 5,824.19 |
| Jun 10 | 17,478.88 | Jun 22 | 5,159.19 | Jul 05 | 5,769.19 |
| Jun 13 | 13,328.88 | Jun 23 | 14,634.19 | Jul 06 | 4,569.19 |
| Jun 14 | 12,679.47 | Jun 24 | 9,434.19 | Jul 07 | 1,558.77 |
| Jun 15 | 13,304.47 | Jun 29 | 9,384.19 | Jul 08 | 1,558.84 |
| Jun 17 | 9,201.71 | Jun 30 | 8,384.19 | | |

## Periodic Account Summary

| | | | |
|---|---|---|---|
| Year-to-date Interest | .97 | Misc. Account Charges this Period | .00 |
| Interest Paid this Period | .07 | ANNUAL PERCENTAGE YIELD EARNED | 0.01% |
| Int. Earned this Period | .07 | Days in Period | 29 |

18623

Butler Dr. Renovation — July – Aug. 9

Help | Send a Message
Tuesday, 08/09/2011 05

⌂ Home        | Account Details        → Transfers        | ✓ Pay Bills        | ? Service Center        | + MyCompass

| Account History        | Online Statements

| View History | | Advanced Search

## Account History

Shortcuts...

Account:  Checking / ▆▆▆▆        ▼

| | | | | |
|---|---|---|---|---|
| Checking / ▆▆▆▆ (Account Type: Checking) | | | | |
| Current Posted Balance: | $11,888.89 | **From** | **To** | **Or** |
| Available Balance: | $5,809.72 | | | |
| Prior Posted Balance: | $19,094.42 | 06/09/2011 ▦ | 08/09/2011 ▦ | Select... ▼ Adva |
| Interest Rate: | 0.01% | (mm/dd/yyyy) | (mm/dd/yyyy) | |
| Interest YTD: | $0.97 | **Description** | **Check #** | |
| Previous Year's Interest: | $0.00 | | | Run Search |

Please note, while you can search over the last 16 months, you can only
view 62 days at a time.

### Pending Transactions

| Date △▽ | Description △▽ | Debit (-) △▽ | Credit ( |
|---|---|---|---|
| 08/09/2011 | CLEARED DEBIT | $2,900.17 | |
| 08/09/2011 | CLEARED DEBIT | $340.00 | |
| 08/09/2011 | CLEARED DEBIT | $2,839.00 | |

### Posted Transactions

| Date △▽ | Description △▽ | Check # △▽ | Debit (-) △▽ | Credit (+) △▽ | Balan |
|---|---|---|---|---|---|
| 08/08/2011 | CHECK CLEARED | 1056 | $3,405.53 | | $11,888 |
| 08/08/2011 | CHECK CLEARED | 1059 | $3,800.00 | | $15,294 |
| 08/05/2011 | CHECK CLEARED | 1067 | $706.00 | | $19,094 |
| 08/05/2011 | CHECK CLEARED | 1057 | $1,100.00 | | $19,800 |
| 08/05/2011 | CHECK CLEARED | 1065 | $2,500.00 | | $20,900 |
| 08/05/2011 | DEPOSIT | View | | $1,900.00 | $23,400 |
| 08/05/2011 | ONLINE BANKING TRANSFERFR ACCT *1098 | | | $3,000.00 | $21,500 |
| 08/05/2011 | ONLINE BANKING TRANSFERFR ACCT *1795 | | | $6,000.00 | $18,500 |
| 08/04/2011 | CHECK CLEARED | 1047 | $900.00 | | $12,500 |
| 08/02/2011 | CHECK CLEARED | 1049 | $1,100.00 | | $13,400 |
| 08/01/2011 | CHECK CLEARED | 1051 | $55.00 | | $14,500 |
| 08/01/2011 | CHECK CLEARED | 1043 | $100.00 | | $14,555 |
| 08/01/2011 | CHECK CLEARED | 1038 | $549.75 | | $14,655 |
| 08/01/2011 | CHECK CLEARED | 1039 | $2,000.00 | | $15,205 |
| 08/01/2011 | CHECK CLEARED | 1052 | $3,558.43 | | $17,205 |
| 08/01/2011 | CHECK CLEARED | 1044 | $3,560.00 | | $20,763 |
| 07/29/2011 | CHECK CLEARED | 1055 | $87.24 | | $24,323 |
| 07/29/2011 | CHECK CLEARED | 1050 | $450.00 | | $24,410 |
| 07/29/2011 | CHECK CLEARED | 1045 | $496.00 | | $24,860 |

July- Aug 9

| Date | Description | Check | Amount | Deposit | Balance |
|---|---|---|---|---|---|
| 07/26/2011 | CHECK CLEARED | 1042 | $1,800.00 | | $25,356 |
| 07/25/2011 | DEPOSIT | View | | $10,200.00 | $27,156 |
| 07/22/2011 | CHECK CLEARED | 1041 | $36.00 | | $16,956 |
| 07/22/2011 | CHECK CLEARED | 1040 | $200.00 | | $16,992 |
| 07/22/2011 | DEPOSIT | View | | $12,000.00 | $17,192 |
| 07/19/2011 | CHECK CLEARED | 1036 | $7,500.00 | | $5,192 |
| 07/15/2011 | CHECK CLEARED | 1037 | $66.00 | | $12,692 |
| 07/15/2011 | CHECK CLEARED | 1035 | $1,300.00 | | $12,758 |
| 07/13/2011 | ONLINE BANKING TRANSFERTO ACCT *1098 | | $1,000.00 | | $14,058 |
| 07/12/2011 | ONLINE BANKING TRANSFERTO ACCT *1098 | | $1,500.00 | | $15,058 |
| 07/12/2011 | ONLINE BANKING TRANSFERFR ACCT *1795 | | | $15,000.00 | $16,558 |
| 07/08/2011 | IOD INTEREST PAID | | | $0.07 | $1,558 |
| 07/07/2011 | CHECK CLEARED | 1034 | $3,010.42 | | $1,558 |
| 07/06/2011 | CHECK CLEARED | 1031 | $1,200.00 | | $4,569 |
| 07/05/2011 | CHECK CLEARED | 1030 | $55.00 | | $5,769 |
| 07/01/2011 | CHECK CLEARED | 1033 | $60.00 | | $5,824 |
| 07/01/2011 | CHECK CLEARED | 1032 | $2,500.00 | | $5,884 |
| 06/30/2011 | CHECK CLEARED | 1121 | $1,000.00 | | $8,384 |
| 06/29/2011 | ONLINE BANKING TRANSFERTO ACCT *9096 | | $50.00 | | $9,384 |
| 06/24/2011 | CHECK CLEARED | 1028 | $1,200.00 | | $9,434 |
| 06/24/2011 | CHECK CLEARED | 1027 | $3,800.00 | | $10,634 |
| 06/24/2011 | ONLINE BANKING TRANSFERTO ACCT *1098 | | $200.00 | | $14,434 |
| 06/23/2011 | CHECK CLEARED | 1025 | $125.00 | | $14,634 |
| 06/23/2011 | CHECK CLEARED | 1029 | $400.00 | | $14,759 |
| 06/23/2011 | DEPOSIT | View | | $10,000.00 | $15,159 |
| 06/22/2011 | CHECK CLEARED | 1024 | $453.37 | | $5,159 |
| 06/21/2011 | CHECK CLEARED | 1023 | $3,589.15 | | $5,612 |
| 06/17/2011 | CHECK CLEARED | 1026 | $435.26 | | $9,201 |
| 06/17/2011 | CHECK CLEARED | 1022 | $3,667.50 | | $9,636 |
| 06/15/2011 | CHECK CLEARED | 1021 | $1,875.00 | | $13,304 |
| 06/15/2011 | ONLINE BANKING TRANSFERFR ACCT *1098 | | | $2,500.00 | $15,179 |
| 06/14/2011 | CHECK CLEARED | 1019 | $104.41 | | $12,679 |
| 06/14/2011 | CHECK CLEARED | 1014 | $545.00 | | $12,783 |
| 06/13/2011 | CHECK CLEARED | 1020 | $1,790.00 | | $13,328 |
| 06/13/2011 | CHECK CLEARED | 1013 | $2,360.00 | | $15,118 |
| 06/10/2011 | CHECK CLEARED | 1018 | $5,340.00 | | $17,478 |
| 06/10/2011 | ONLINE BANKING TRANSFERFR ACCT *1795 | | | $9,000.00 | $22,818 |
| 06/09/2011 | IOD INTEREST PAID | | | $0.63 | $13,818 |

Change Build-to-Order Checking Features     Download

Privacy Policy and Security Statement | Online Banking Agreement | MyCompass Agreement | Mobile Banking Addendum | Contact
©2011 Compass Bancshares, Inc. Compass Bank is a Member FDIC and an Equal Housing Lender.
BBVA Compass is a trade name of Compass Bank, a member of the BBVA Group.
Online Banking Questions and Technical Support: 1-800-273-1057
All other Account Questions and Support: 1-800-COMPASS (1-800-266-7277)

https://online.compassweb.com/efs/servlet/compassonline/jsp/account-history.jsp          8/9/2011

*Butler Dr. Renovation — June 2011*

Primary Account ███████
Page 1
Enclosures 0                                                   34
Jun 10, 2011 to Jul 08, 2011

**BBVA Compass**

075     EDMUND W WINSTON III
        LORETTA GAIL WINSTON
        24 WORTHSHAM DR
        SAN ANTONIO TX 78257-2604

*Compass Preferred Client*
**IMPORTANT ACCOUNT INFORMATION**

**US Dollar Cash Deposit Limitations Policy**

Effective August 1, 2011, BBVA Compass will impose limitations on the amount of US dollar cash deposits by non-resident customers. Under this policy, if you are an individual who is not a US resident, the aggregate amount of US dollar cash deposits that may be made into your account during any calendar month is limited to $4,000. This limitation will not apply to deposits made by check or other non-cash deposits. At our discretion, we may at any time without prior written notice to you (except where prior notice is required by law) establish or change the aggregate US dollar cash deposit limit by posting the maximum US dollar limit in each of our banking centers. We reserve the right to refuse any US dollar cash deposit that exceeds, or would cause the aggregate of such deposits to exceed, our established aggregate US dollar cash deposit limitations.

**Change to Funds Availability Policy**

Effective July 21, 2011, in cases where we do not make all of the funds that you deposit by check available to you on the first business day after the day of deposit, we will now make the first *$200* (previously $100) of your deposits available on the first business day after the day of your deposit. As before, if we are not going to make all of the funds from your deposit available to you on the first business day after the day of deposit, we will notify you and will also tell you when the funds will be available.

**Important Information:**
Effective August 24, 2011, BBVA Compass will assess an overdraft fee (NSF fee) when an account is overdrawn, regardless of the amount of the overdraft. You may call us at 1-800-COMPASS or visit your local banking center for more information.

*If you have questions about your statement, call Customer Service at 1-866-860-2996.*

**Build-To-Order Checking**                    EDMUND W WINSTON III
████████ ██                                    LORETTA GAIL WINSTON

   Interest Paid YTD                                                    .97

**Deposit Account Recap**
   Beginning Balance as of June 10, 2011                       13,818.88
   3 Deposits                    (Plus)                        21,500.00
   22 Withdrawals                (Minus)                       33,760.11
   Interest Paid                 (Plus)                              .07
   Ending Balance as of July 8, 2011                            1,558.84

**Account Checks by Serial Number**

| Serial | Date | Amount | Serial | Date | Amount | Serial | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1013 | Jun 13 | 2,360.00 | 1014 | Jun 14 | 545.00 | 1018 * | Jun 10 | 5,340.00 |

18623

June 2011

Primary Account: ██████████
Page 3
Enclosures 0
Jun 10, 2011 to Jul 08, 2011

34

 **Compass**

*EDMUND W WINSTON III*

**Statement Period Rates**
Effective June 10, 2011

| | Balance | | | Rate |
|---|---|---|---|---|
| ZERO | TO | | $1,999.99 | 0.010% |
| $2,000.00 | TO | | $9,999.99 | 0.010% |
| $10,000.00 | TO | | $24,999.99 | 0.010% |
| $25,000.00 | TO | | $74,999.99 | 0.010% |
| $75,000.00 | TO | | OVER | 0.050% |

**Build-To-Order Checking**
██████████                          (ODP/Loan)

EDMUND W WINSTON III
LORETTA GAIL WINSTON

Available Credit                                    2,000.00

18623

*Butler Dr. Renovation — May/June 2011*

Primary Account: ▓▓▓▓▓▓▓
Page 1
Enclosures 0                                            34
May 10, 2011 to Jun 09, 2011

**BBVA Compass**

075     EDMUND W WINSTON III
        LORETTA GAIL WINSTON
        24 WORTHSHAM DR
        SAN ANTONIO TX  78257-2604

### Compass Preferred Client

**Change in Terms:**
Effective August 3, 2011 the fee BBVA Compass charges for Garnishments, Levies and Court Orders will increase to $150 plus attorney fees. You may call us at 1-800-COMPASS or visit your local banking center for more information.

**Changes to CompassPoints**
Effective September 20, 2011, the CompassPoints® rewards program will change how Visa® Check Cards participate within the program. You will earn points only on Check Card purchases made through special offers from participating retailers. Qualifying for the offer, and the amount of points earned, will be based on the terms and conditions of each specific offer. These changes will have no impact on any points earned through the effective date, or how you access your CompassPoints account. The current earning structure of one point for every $4 of qualifying purchases will be discontinued, along with all double point offers. For more information, or to enroll in CompassPoints today, simply visit bbvacompass.com/rewards. Revised CompassPoints Terms & Conditions are also available online, or by calling 1-877-791-0270.

**Change in Terms for Build-to-Order Checking**
Effective August 5, 2011, Build-to-Order Checking account will have a limit of two Premium Features. In addition, the following three Premium Features will be discontinued: Double CompassPoints®, Cash Back on Visa® Check Card Transactions, and One Overdraft Fee (NSF Charge) Forgiveness per Year. If you have one or more of these discontinued Premium Features selected and/or more than two Premium Features selected as of May 31, 2011, you will receive a separate letter by July 15, 2011 that explains how your Premium Features will change. As a reminder, you can select new Premium Features at any time through Online Banking, at any branch, or by calling 1-800-COMPASS. For more information please visit bbvacompass.com/update or call 1-800-COMPASS.

*If you have questions about your statement, call Customer Service at 1-866-860-2996.*

### Build-To-Order Checking

EDMUND W WINSTON III
LORETTA GAIL WINSTON

Interest Paid YTD                                        .90

### Deposit Account Recap
| | | |
|---|---|---|
| Beginning Balance as of May 10, 2011 | | 24,690.78 |
| 1 Deposits | (Plus) | 10,000.00 |
| 13 Withdrawals | (Minus) | 20,872.53 |
| Interest Paid | (Plus) | .63 |
| Ending Balance as of June 9, 2011 | | 13,818.88 |

### Account Checks by Serial Number
| Serial | Date | Amount | Serial | Date | Amount | Serial | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1002 | May 16 | 24.90 | 1004 | May 10 | 228.46 | 1006 | May 19 | 2,949.03 |
| 1003 | May 10 | 1,100.00 | 1005 | May 24 | 11,300.00 | 1007 | Jun 07 | 275.00 |

18722

*Butler Dr. Renovation - May/June 2011*

Primary Account: ▓▓▓▓▓▓
Page 1
Enclosures 0                                                          34
May 10, 2011 to Jun 09, 2011

**BBVA Compass**

075   EDMUND W WINSTON III
      LORETTA GAIL WINSTON
      24 WORTHSHAM DR
      SAN ANTONIO TX  78257-2604

### Compass Preferred Client

**Change in Terms:**
Effective August 3, 2011 the fee BBVA Compass charges for Garnishments, Levies and Court Orders will increase to $150 plus attorney fees. You may call us at 1-800-COMPASS or visit your local banking center for more information.

**Changes to CompassPoints**
Effective September 20, 2011, the CompassPoints® rewards program will change how Visa® Check Cards participate within the program. You will earn points only on Check Card purchases made through special offers from participating retailers. Qualifying for the offer, and the amount of points earned, will be based on the terms and conditions of each specific offer. These changes will have no impact on any points earned through the effective date, or how you access your CompassPoints account. The current earning structure of one point for every $4 of qualifying purchases will be discontinued, along with all double point offers. For more information, or to enroll in CompassPoints today, simply visit bbvacompass.com/rewards. Revised CompassPoints Terms & Conditions are also available online, or by calling 1-877-791-0270.

**Change in Terms for Build-to-Order Checking**
Effective August 5, 2011, Build-to-Order Checking account will have a limit of two Premium Features. In addition, the following three Premium Features will be discontinued: Double CompassPoints®, Cash Back on Visa® Check Card Transactions, and One Overdraft Fee (NSF Charge) Forgiveness per Year. If you have one or more of these discontinued Premium Features selected and/or more than two Premium Features selected as of May 31, 2011, you will receive a separate letter by July 15, 2011 that explains how your Premium Features will change. As a reminder, you can select new Premium Features at any time through Online Banking, at any branch, or by calling 1-800-COMPASS. For more information please visit bbvacompass.com/update or call 1-800-COMPASS.

*If you have questions about your statement, call Customer Service at 1-866-860-2996.*

## Build-To-Order Checking
▓▓▓▓▓▓▓▓

EDMUND W WINSTON III
LORETTA GAIL WINSTON

Interest Paid YTD                                                    .90

### Deposit Account Recap

| | | |
|---|---|---:|
| Beginning Balance as of May 10, 2011 | | 24,690.78 |
| 1  Deposits | (Plus) | 10,000.00 |
| 13 Withdrawals | (Minus) | 20,872.53 |
| Interest Paid | (Plus) | .63 |
| Ending Balance as of June 9, 2011 | | 13,818.88 |

### Account Checks by Serial Number

| Serial | Date | Amount | Serial | Date | Amount | Serial | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1002 | May 16 | 24.90 | 1004 | May 10 | 228.46 | 1006 | May 19 | 2,949.03 |
| 1003 | May 10 | 1,100.00 | 1005 | May 24 | 11,300.00 | 1007 | Jun 07 | 275.00 |

18722

May/June 2011

Primary Account: ▓▓▓▓▓▓
Page 2
Enclosures 0                                          34
May 10, 2011 to Jun 09, 2011

 BBVA Compass

EDMUND W WINSTON III

## Account Checks by Serial Number (cont'd)

| Serial | Date | Amount | Serial | Date | Amount | Serial | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 1008 | Jun 03 | 55.00 | 1011 | Jun 02 | 1,000.00 | 1015 * | Jun 07 | 22.45 |
| 1009 | Jun 06 | 300.00 | 1012 | Jun 02 | 2,500.00 | 1016 | Jun 03 | 217.69 |
| 1010 | Jun 06 | 900.00 | | | | | | |

* Indicates break in check sequence

## Deposits and Other Credits

| Date | Serial # | Amount | Description |
|------|----------|--------|-------------|
| May 31 | | 10,000.00 | XFER FR ACCT *1795 - COMPASS BANK ITE - ON-LINE TRANSFER |
| Jun 09 | | .63 | INTEREST PAID |

## Periodic NSF and OD Charge Summary

| | Total This Period | Total 2011 YTD |
|--|------------------|----------------|
| Total Overdraft Fees (Includes NSF-Paid Item Charges and Extended Overdraft Charges) | $0.00 | $0.00 |
| NSF-Returned Item Charges | $0.00 | $0.00 |
| Refunded NSF and OD Charges | $0.00 | $0.00 |
| Net NSF and OD Charges (Charges less Refunded Charges) | $0.00 | $0.00 |

## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| May 09 | 24,690.78 | May 24 | 9,088.39 | Jun 06 | 14,115.70 |
| May 10 | 23,362.32 | May 31 | 19,088.39 | Jun 07 | 13,818.25 |
| May 16 | 23,337.42 | Jun 02 | 15,588.39 | Jun 09 | 13,818.88 |
| May 19 | 20,388.39 | Jun 03 | 15,315.70 | | |

### Periodic Account Summary

| | | | |
|--|--|--|--|
| Year-to-date Interest | .90 | Misc. Account Charges this Period | .00 |
| Interest Paid this Period | .63 | ANNUAL PERCENTAGE YIELD EARNED | 0.04% |
| Int. Earned this Period | .63 | Days in Period | 31 |

## Statement Period Rates

Effective June 6, 2011

| | Balance | | | Rate |
|--|---------|--|--|------|
| ZERO | TO | | $1,999.99 | 0.010% |
| $2,000.00 | TO | | $9,999.99 | 0.010% |
| $10,000.00 | TO | | $24,999.99 | 0.010% |
| $25,000.00 | TO | | $74,999.99 | 0.010% |
| $75,000.00 | TO | | OVER | 0.050% |

Effective May 10, 2011

| | Balance | | | Rate |
|--|---------|--|--|------|
| ZERO | TO | | $1,999.99 | 0.050% |
| $2,000.00 | TO | | $9,999.99 | 0.050% |
| $10,000.00 | TO | | $24,999.99 | 0.050% |
| $25,000.00 | TO | | $74,999.99 | 0.050% |
| $75,000.00 | TO | | OVER | 0.100% |

18722

May/June 2011

Primary Account: ▓▓▓▓▓▓
Page 3
Enclosures  0                                          34
May 10, 2011 to Jun 09, 2011

**BBVA Compass**

*EDMUND  W  WINSTON  I I I*

**Build-To-Order Checking**              EDMUND W WINSTON III
▓▓▓▓▓▓▓                (ODP/Loan)      LORETTA GAIL WINSTON

   Available Credit                                    2,000.00

18722

AD - Automatic Deposit • AP - Automatic Payment • ATM - Cash Withdrawal • DC - Debit Card • FT - Funds Transfer • SC - Service Charge • TD - Tax Deductible

| NUMBER OR CODE | DATE | TRANSACTION DESCRIPTION | PAYMENT, FEE, WITHDRAWAL (-) | ✓ | DEPOSIT, CREDIT (+) | BALANCE $15,000.00 |
|---|---|---|---|---|---|---|
| 1006 | 5/10 | Chavis Furniture | 2,949 | 03 | | 2,949 | 03 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

2,949.03

AD - Automatic Deposit • AP - Automatic Payment • ATM - Cash Withdrawal • DC - Debit Card • FT - Funds Transfer • SC - Service Charge • TD - Tax Deductible

| NUMBER OR CODE | DATE | TRANSACTION DESCRIPTION | PAYMENT, FEE, WITHDRAWAL (-) | | ✓ | DEPOSIT, CREDIT (+) | | $ | BALANCE |
|---|---|---|---|---|---|---|---|---|---|
| 1007 | 6/2 | Easy - Hall dumpster | 275 | 00 | | | | | ▬▬▬ |
| 1008 | 6/2 | A + M Portable Potty | 55 | 00 | | | | | ▬▬ |
| 1009 | 6/2 | Door and Gutter | 300 | 00 | | | | | ▬▬ |
| 1010 | 6/2 | ACT Laboratories, Inc | 900 | 00 | | | | | ▬▬ |
| 1011 | 6/2 | John Lassiter material & labor for steps | 1000 | 00 | | | | | ▬▬ |
| 1012 | 6/2 | John Lassiter " Draw for house | 2500 | 00 | | | | | ▬▬▬ |
| 1013 | 6/2 | Gatlin Heating and Air | 2360 | 00 | | | | | ▬▬ |
| 1014 | 6/3 | TSI Alarms 90% for rough in | 545 | 00 | | | | | ▬▬ |
| 1015 | 6/3 | Ford Lumber Paper to cover floors | 22 | 45 | | | | | ▬▬ |
| 1016 | 6/3 | John Lassiter | 217 | 67 | | | | | ▬▬ |
| 1017 | 6/3 | John Lassiter | 490 | 00 | | | | | ▬▬ |
| 1018 | 6/9 | Tate Electric Inc. | 5340 | 00 | | | | | |
| 1019 | 6/9 | Ferguson Enterprises Inc. | 104 | 41 | | | | | |

14,109.55

| NUMBER OR CODE | DATE | TRANSACTION DESCRIPTION | PAYMENT, FEE, WITHDRAWAL (-) | ✓ | DEPOSIT, CREDIT (+) | $ BALANCE |
|---|---|---|---|---|---|---|
| 1020 | 6/9 | Gulf Atlantic Insulation | 1790 00 | | | |
| 1021 | 6/9 | Ellison Plumbing | 1875 00 | | | ▬▬▬ |
| 1022 | 6/17 | Rickey Gray | 3667 50 | | | ▬▬▬ |
| 1023 | 6/17 | Riley Stuart | 3589 15 | | | ▬▬▬ |
| 1024 | 6/17 | Mathes of Alabama | 453 37 | | | ▬▬▬ |
| 1025 | 6/17 | Joe Huff | 125 00 | | | ▬▬▬ |

| NUMBER OR CODE | DATE | TRANSACTION DESCRIPTION | PAYMENT, FEE, WITHDRAWAL (-) | ✓ | DEPOSIT, CREDIT (+) | $ BALANCE |
|---|---|---|---|---|---|---|
| 1026 | 6/17 | John Lassiter | 435 26 | | | |
| 1027 | 6/22 | Rickie Gray finishing drywall | 3800 00 | | | |
| 1028 | 6/22 | Theo Luker trim carpenter | 1,200 00 | | | |
| 1029 | 6/22 | John Lassiter cleanup | 400 00 | | | |
| 1030 | 7/1 | A & M Pottables Port-a-let | 55 00 | | | |
| 1031 | 7/1 | Theo Luker Trim carpenter | 1200 00 | | | |
| 1032 | 7/1 | John Lassiter draw for July | 2500 00 | | | |

32,090.28

AD-Automatic Deposit • AP-Automatic Payment • ATM-Cash Withdrawal • DC-Debit Card • FT-Funds Transfer • SC-Service Charge • TD-Tax Deductible

| NUMBER OR CODE | DATE | TRANSACTION DESCRIPTION | PAYMENT, FEE, WITHDRAWAL (-) | ✓ | DEPOSIT, CREDIT (+) | $ | BALANCE |
|---|---|---|---|---|---|---|---|
| 1033 | 7/1 | John Lassiter | 2500 00 | | | | |
| | | draw for July | 60 00 | | | | |
| | | east bay mini storage for July hed | | | | | |
| 1034 | 7/4 | Ford Lumber | 3010 42 | | | | |
| | | Nixon materials | | | | | |
| 1038 | 7/22 | Elkins Construction | 549 75 | ✓ | | | |
| | | Materials and labor | | | | | |
| 1039 | 7/22 | Gatlin Heat, Air | 2000 00 | ✓ | | | |
| | | reinstall outside units | | | | | |
| 1040 | 7/22 | John Lass Richard Powell—remodel 46.5# | 200 00 | ✓ | | | |
| 1041 | 7/22 | John Lassiter | 36 00 | ✓ | | | |
| | | materia for bb. Rm s/h | | | | | |
| 1042 | 7/22 | Mike Burchester | 1800 00 | ✓ | | | |
| | | remod resmtie cab. | | | | | |
| 1043 | 7/29 | Keith Frank | 100 00 | ✓ | | | |
| 1044 | 7/29 | Tate Electric | 3,560 00 | ✓ | | | |
| 045 | 7/29 | Roger Maddon | 496 00 | ✓ | | | |
| 046 | 7/29 | Jubilee Flooring | 2,839 00 | ✓ | | | |
| 047 | 7/29 | Door & Gutter | 900 00 | ✓ | | | |

15,551.17

AD - Automatic Deposit • AP - Automatic Payment • ATM - Cash Withdrawal • DC - Debit Card • FT - Funds Transfer • SC - Service Charge • TD - Tax Deductible

| NUMBER OR CODE | DATE | TRANSACTION DESCRIPTION | PAYMENT, FEE, WITHDRAWAL (-) | ✓ | DEPOSIT, CREDIT (+) | $ BALANCE |
|---|---|---|---|---|---|---|
| 1048 | 7/ | Gulf Coast Insulation | 160 00 | ✓ | | |
| 1049 | 7/27 | Arthur Conway | 450 00 | ✓ | | |
| 1050 | 7/ | A + M portable | 55 00 | ✓ | | |
| 1052 | 7/27 | Mathes of Al | 3,558 43 | ✓ | | 1053: Void |
| 1054 | 7/ | East Bay Storage | 100 00 | ✓ | | |
| 1055 | 7/28 | John Lassiter | 87 24 | ✓ | | |
| | | | | | | |
| 1056 | 8/5 | Ferguson supply | 3,405 53 | ✓ | | |
| | | sinks, faucets, drain, sh.ts | | | | |
| 1057 | 8/5 | Theo Faker | 1,100 00 | ✓ | | |
| | | finish trim, locks out, trim | | | | |
| 1058 | 8/5 | Ellison Plumbing | 2,500 00 | ✓ | | |
| | | complete set of fixtures, etc. | | | | |
| 1059 | 8/5 | Port City Marble | 3,800 00 | ✓ | | |
| | | mar. stone, bth, etc. | | | | |
| 1060 | 8/5 | Jubilee Flooring | 2,900 00 | ✓ | | |
| | | carpet and pad | | | | |
| 1061 | 8/5 | Ford Lumber | 671- 58 | ✓ | | |
| | | balance for trim mat. | | | | |
| 1062 | 8/5 | Easy Haul | 285 00 | ✓ | | |
| | | last dumpster | | | | |

20, 012.78

AD-Automatic Deposit • AP-Automatic Payment • ATM-Cash Withdrawal • DC-Debit Card • FT-Funds Transfer • SC-Service Charge • TD-Tax Deductible

| NUMBER OR CODE | DATE | TRANSACTION DESCRIPTION | PAYMENT, FEE, WITHDRAWAL (-) | ✓ | | DEPOSIT, CREDIT (+) | $ | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 1063 | 8/5 | Clear Image Glass bathroom mirrors | 478 | 33 | ✓ | | | |
| 1064 | 8/5 | Clear Image Glass Glass shower door enclosure | 1325 | 00 | ✓ | | | |
| 1065 | 8/9 | John Lassiter drawn for eng. | 2500 | 00 | ✓ | | | |
| 1066 | 8/5 | Gulf Atlantic insulation | 340 | 00 | ✓ | | | |
| 1067 | 8/5 | John Lassiter tile repair + 2 months rental to store bldg | 7060 | 00 | ✓ | | | |

```
   5, 349.33
  20, 012.78
  15, 551.17
  32, 090.28
  14, 109.55
   2,   549.03
  ─────────────
  90, 062.14
```

Print                                                                                                    Page 1 of 1

Print - Close Window

Subject: checks needed for this week 8/12/11
From:   JOHN M LASSITER (jlass9698@bellsouth.net)
To:     winstoniiie@bellsouth.net;
Cc:     ed2win@bellsouth.net;
Date:   Thu, 11 Aug 2011 18:08:13


Ed this is the list for this week.

1. Lynn Allen $615 ( house cleaning, )   1068
2. T. M. I Alarm $545 ( balance for alarm system, they will install on Friday)  1069
3. Mike Bankester $200 ( move cabinets up on wall and trim out )   1070

Thanks, I will see you when you get in.

AD-Automatic Deposit • AP-Automatic Payment • ATM-Cash Withdrawal • DC-Debit Card • FT-Funds Transfer • SC-Service Charge • TD-Tax Deductible

| NUMBER OR CODE | DATE | TRANSACTION DESCRIPTION | PAYMENT, FEE, WITHDRAWAL (-) | | ✓ | DEPOSIT, CREDIT (+) | $ | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 1063 | 8/5 | Clear Image Glass bathroom mirrors | 478 | 33 | ✓ | | | |
| 1064 | 8/5 | Clear Image Glass Glass shower door enclosures | 1325 | 00 | ✓ | | | |
| 1065 | 8/9 | John Lassiter draw for aug. | 2500 | 00 | ✓ | | | |
| 1066 | 8/5 | Gulf Atlantic Insulation | 340 | 00 | ✓ | | | |
| 1067 | 8/5 | John Lassiter tire repair + 2 months rent to storage bldg | 706 | 00 | ✓ | | | |
| 1068 | 8/12 | Lynn Allen house cleaning | 615 | 00 | | | | |
| 1069 | 8/12 | FMI TMI Alarm — balance for alarm system | 545 | 00 | | | | |
| 1070 | 8/12 | Mike Bankester move cabinets up on wall trim out | 200 | 00 | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

EDMUND WINSTON
31945 BUTLER DR
SPANISH FORT, AL

EXPLANATION OF LOSSES

April 9, 2012

Becnel Law Firm, L.L.C.
106 West Seventh Street
P.O. Drawer H
Reserve, LA 70084


RE: Chinese Drywall Product Liability


Dear Mr. Christina,

In this letter I have tried to itemize both my direct and future losses due to Chinese Drywall. I would like to request reimbursement of the funds lost due to this event.


Attached please find Federal W-2 forms for three different withdrawals that I made to fund the repairs of Chinese dry wall installed in my home that I purchased new in 2006. I had no idea of the problem prior to 2011 when I tried to sell the home and discovered the problems with Chinese Drywall.

To pay for the repairs I had to make withdrawals from my 401K retirement plans which carry tax penalties for early withdrawals. In addition I incurred loss of income on the interest due to loss of principle over the next 10 years.

At the time of the repair I was 54 years old.  My birthday is August 1, 1956, and plan to retire in 10 years at age 65.

**Item 1: Financial Tax Losses**
1A: Fidelity Investment 20% tax for early withdrawal of 401K. I took out $135,384.91 in order to get $108,307.92 cash. Federal income tax for on early withdrawal of the 401K totaled $27,902.
1B: Future value on loss of the present value of $135,384.91. Calculation based on 10 years of investment (until age 65), estimated at 4.5% annual rate of return. The interest value lost is  $76,672.

Combining those losses from items 1A-1B above are  $27902 + $76,672 equates to **$104,574**.

**Item 2: Direct Construction Costs**
The Owner Disclosure Affidavit are
Storage - $385
Utilities- $1435

Construction- $116,760
**Total: $118,580**

**Item 3: Construction Insurance**
Our insurance company dropped coverage and so we had to obtain builders insurance from American Modern /select Insurance Company.
Construction Insurance 2 times @ $1290.82 = **$2582**

**Item 4: Loss on Sale**
In addition, I lost $117,000 on the sale of my home in 2011.  I purchased the home new for $459,000 plus I added a $30,000 in ground pool the second year. After all repairs were complete, I sold my home for $342,000 or a $117,000 loss.  It is hard to say all of that loss was attributable to Chinese Drywall.  Assuming 25% of the total loss was because of the Chinese Drywall is $23,400.


In summary the total costs and losses that I am seeking damage claims on.
**Item 1: $110,4574**
**Item 2: $118,580**
**Item 3: $   2,582**
**Item 4: $  29,250**

**Total settlement:  $254,986.**


**Sincerely,**



**Edmund W. Winston, III**
**Home: (210) 701-8089**
**24 Worthsham Dr.**
**San Antonio, TX 78257**
**winstoniiie@bellsouth.net**

OMB No. 1545-0008

**W-2 Wage and Tax Statement — 2011**

a Employee's social security number 04-5074536

| Box | Amount |
|---|---|
| 1 Wages, tips, other compensation | 16,871.91 |
| 2 Federal tax withheld | 4,217.98 |
| 3 Social security wages | 0.00 |
| 4 Social security tax withheld | 0.00 |
| 5 Medicare wages and tips | .00 |
| 6 Medicare tax withheld | 0.00 |
| 7 Social security tips | 0.00 |
| 8 Allocated tips | 0.00 |
| 10 Dependent care benefits | 0.00 |
| 11 Nonqualified plans | 16,871.91 |
| 16 State wages, tips, etc. | 16,871.91 |
| 17 State income tax | 0.00 |

c Employer's name, address, and ZIP code:
FIDELITY INVESTMENTS
INSTITUTIONAL OPERATIONS CO.
82 DEVONSHIRE STREET KW1C
BOSTON, MA 02109
SHELL BENEFIT RESTORATION PLAN
26500    1-800-425-2363

e Employee:
ENV#0003862
EDMUND W WINSTON
24 WORTHSHAM DR.
SAN ANTONIO, TX 78257-2604

15 State TX   Employer's state ID number

This information is being furnished to the Internal Revenue Service.

---

**Form 1099-R — 2011** — Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.
OMB No. 1545-0119

PAYER'S Federal identification number 04-6568107
RECIPIENT'S identification number ****2675

FIDELITY INVESTMENTS
INSTITUTIONAL OPERATIONS CO.
82 DEVONSHIRE STREET KW1C
BOSTON, MA 02109
26502
SHELL PROVIDENT FUND

ENV#0660405
EDMUND W WINSTON
24 WORTHSHAM DR.
SAN ANTONIO, TX 78257-2604

| Box | Amount |
|---|---|
| 1 Gross distribution | $57,000.00 |
| 2a Taxable amount | $57,000.00 |
| 3 Capital gain | $0.00 |
| 4 Federal income tax withheld | $7,400.00 |
| 5 Employee contrib/desig Roth | $0.00 |
| 6 Net unrealized appreciation | $0.00 |
| 7 Distribution code(s) | 2 |
| 8 Other | $0.00 |
| 9b Total employee contributions | $0.00 |
| 10 Amount allocable to IRR within 5 years | $0.00 |
| 12 State tax withheld | $0.00 |
| 13 State/Payer's state no. | TX |

---

**Form 1099-R — 2011** — Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.
OMB No. 1545-0119

PAYER'S Federal identification number 04-6568107
RECIPIENT'S identification number ****2675

FIDELITY INVESTMENTS
INSTITUTIONAL OPERATIONS CO.
82 DEVONSHIRE STREET KW1C
BOSTON, MA 02109
26502
SHELL PROVIDENT FUND

ENV#0660404
EDMUND W WINSTON
24 WORTHSHAM DR.
SAN ANTONIO, TX 78257-2604

| Box | Amount |
|---|---|
| 1 Gross distribution | $90,400.00 |
| 2a Taxable amount | $81,513.10 |
| 3 Capital gain | $0.00 |
| 4 Federal income tax withheld | $16,302.62 |
| 5 Employee contrib/desig Roth | $8,886.90 |
| 6 Net unrealized appreciation | $0.00 |
| 7 Distribution code(s) | 2 |
| 8 Other | $0.00 |
| 9b Total employee contributions | $0.00 |
| 10 Amount allocable to IRR within 5 years | $0.00 |
| 12 State tax withheld | $0.00 |
| 13 State/Payer's state no. | AL |

| MR. AND MRS. WINSTON | | | | |
|---|---|---|---|---|
| Projective cost for repairs | | | | |
| ED'S CELL  251-599-9405 | | budget | | actual cost |
| GAIL'S CELL 251-599-9404 | | | | |
| BEFORE TESTING / CLEARANCE TESTING | | ? | $ | 900.00 |
| PERMITS | $ | 600.00 | $ | 371.00 |
| PORTALET | $ | 210.00 | $ | 165.00 |
| INSURANCE Builder's Risk | $ | 800.00 | $ | 375.00 |
| Storage building | | | $ | 340.00 |
| DUMPSTER / CLEAN UP | $ | 1,400.00 | $ | 1,710.00 |
| DEMO WORK /REMOVAL OF MATERIAL AND DEBRIS | $ | 12,300.00 | $ | 12,300.00 |
| PLUMBER LABOR/ PIPE / FITTINGS | $ | 3,500.00 | $ | 4,375.00 |
| HVAC  inside of house only | $ | 4,360.00 | $ | 4,360.00 |
| ELECTRICAL  ( basic electrical ) | $ | 11,500.00 | $ | 8,900.00 |
| Decorative Lighting Budget | $ | 3,321.95 | $ | 4,011.80 |
| Security System (PRE WIRE ) | $ | 300.00 | $ | 1,090.00 |
| INSULATION  add $490 for sound insulation | $ | 2,600.00 | $ | 2,890.00 |
| SHEET ROCK/ 3 bundles of shingles | $ | 3,276.00 | $ | 3,656.00 |
| SHEET ROCK HANG / FINISH | $ | 7,052.00 | $ | 7,467.50 |
| TRIM CARPENTER | $ | 5,000.00 | $ | 5,000.00 |
| MILL WORK (  trim materials ) | $ | 3,400.00 | $ | 3,682.58 |
| PAINTER ( LABOR AND MATERIALS) | $ | 10,500.00 | $ | 10,500.00 |
| CABINETS ( REMOVE AND REINSTALL ) | $ | 1,800.00 | $ | 1,800.00 |
| GRANITE COUNTER TOPS KITCHEN AREA | $ | 4,000.00 | $ | 2,839.00 |
| APPLIANCES ?SLIDE IN STOVE, MICRO,D/W,  GAR/DIS | $ | 2,650.00 | $ | 3,000.00 |
| Install shutters | | | $ | 400.00 |
| Flooring (CARPET) | $ | 2,900.17 | $ | 2,900.17 |
| MASTER SHOWER/ two tub surounds | $ | 4,700.00 | $ | 3,800.00 |
| New shower door / stall and new bath mirrors | $ | 875.00 | $ | 1,803.33 |
| Remove/ store /reinstall garage doors/ new operators | $ | 600.00 | $ | 1,200.00 |
| PLUMBING FIXTURE/ faucets tub trim | $ | 3,000.00 | $ | 3,510.94 |
| miscellaneous | $ | 5,000.00 | $ | 5,071.00 |
| add strrapping | $ | 1,000.00 | $ | 1,000.00 |
| | $ | 96,645.12 | $ | 99,418.32 |
| | | | | |
| contractor fees | $ | 14,496.00 | | 14,912.00 |
| miss.(lowes $106.materials need to wrap shutters and blinds | $ | 111,141.12 | $ | 114,330.32 |
| miss (ford lumber osb for floors/ paper /tape $228.46 | | | | |
| miss (lowes  $24.90 sheeting to go under dumpster feet | | | | |
| miss floor paper/ 2x4's  $22.69 | | | | |
| misc. moving cabinets to storage $200 | | | | |
| a second storage building  $35.26  + $60. | | | | |
| misc change out rusted shingles Joe Huff $125, | | | | |
| misc scrape and vacuum upstairs floors $200 | | | | |
| misc, clean down stairs , move some materials from storage $200 | | | | |
| pump for whirpool tub $297 | | | | |
| misc Elkins conatruction remove/ reinstall soffit / garage door | | | | |
| wrap  $549.75 | | | | |
| misc Richard Powell rework steps $200 | | | | |
| misc John Lassiter materials for steps $36. | | | | |
| misc reset vanity tops $100 | | | | |
| Rodger Maddon landscape clean up $490 | | | | |
| Authur Conway power wash house/ drive / pool deck/ $450 | | | | |
| John Lassiter reimburse for sprinkler control, screws $87 | | | | |
| misc Gulf Atlinic Insulation fire place logs $340 | | | | |
| misc john lassiter , tile repair, f/p surround, 1/2 bath mirror $706 | | | | |
| misc. Cleanning Ladies ( Lynn Allen ) $540 | | | | |

EDMUND WINSTON
31945 BUTLER DR
SPANISH FORT, AL

REMEDIATION PHOTOS























































