EDMUND WINSTON
31945 BUTLER DR
SPANISH FORT, AL

RECEIPTS

ACT LABORATORY, INC.

2869 Pleasant Valley Road
P.O. Box 161198
Mobile, AL  36616

# Invoice

| Date | Invoice # |
|---|---|
| 5/26/2011 | 19870 |

**Bill To**

John Lassiter Construction
Post Office Box 397
Daphne, AL 36526

| P.O. No. | Terms | Project |
|---|---|---|
| Verbal | upon receipt | |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Air Monitoring-Chinese Drywall Abatement (Initial) | 1 | 450.00 | 450.00 |
| Air Monitoring-Chinese Drywall Abatement (Final) | 1 | 450.00 | 450.00 |

31945 Butler Drive
Ed & Gail Winston Residence

| | |
|---|---|
| **Total** | $900.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $900.00 |

**Phone #**

# A & M PORTABLES, INC

P.O. BOX 308
SATSUMA, AL 36572
251-679-0933

# INVOICE

| DATE | INVOICE NO. |
|---|---|
| 05/25/11 | 165154 |

| SOLD TO |
|---|
| JOHN LASSITER HOME CONSTRUCTION<br>P.O. BOX 397<br>DAPHNE, AL 36526 |

| SHIP TO/DELIVERY DATE |
|---|
| JOHN LASSITER HOME CONSTRUCTION<br>BLAKELEY FOREST<br>31945 BUTLER DR<br>SPANISH FORT, AL<br>04/26/11 |

| CUSTOMER NO. | | P.O. NO. | TERMS |
|---|---|---|---|
| 6644AL | | | 10th |

| ITEM NO. | QUANTITY | DESCRIPTION | UNIT RATE | AMOUNT |
|---|---|---|---|---|
| 001-TOILET | 1 | ONCE A WEEK SERVICE<br><br>S/N G05146P | 55.00 | 55.00 |
| | | TOTAL | | $55.00 |

# A & M PORTABLES, INC
P.O. BOX 308
SATSUMA, AL 36572
251-679-0933

# INVOICE

| DATE | INVOICE NO. |
|---|---|
| 06/25/11 | 165777 |

| SOLD TO |
|---|
| JOHN LASSITER HOME CONSTRUCTION<br>P.O. BOX 397<br>DAPHNE, AL 36526 |

| SHIP TO/DELIVERY DATE |
|---|
| JOHN LASSITER HOME CONSTRUCTION<br>BLAKELEY FOREST<br>31945 BUTLER DR<br>SPANISH FORT, AL<br>04/26/11 |

| CUSTOMER NO. | | P.O. NO. | TERMS |
|---|---|---|---|
| 6644AL | | | 10th |

| ITEM NO. | QUANTITY | DESCRIPTION | UNIT RATE | AMOUNT |
|---|---|---|---|---|
| 001-TOILET | 1 | ONCE A WEEK SERVICE<br><br>S/N G05146P | 55.00 | 55.00 |
| | | | TOTAL | $55.00 |

# A & M PORTABLES, INC

P.O. BOX 308
SATSUMA, AL 36572
251-679-0933

# INVOICE

| DATE | INVOICE NO. |
|---|---|
| 07/25/11 | 166405 |

| SOLD TO | SHIP TO/DELIVERY DATE |
|---|---|
| JOHN LASSITER HOME CONSTRUCTION<br>P.O. BOX 397<br>DAPHNE, AL 36526 | JOHN LASSITER HOME CONSTRUCTION<br>BLAKELEY FOREST<br>31945 BUTLER DR<br>SPANISH FORT, AL<br>04/26/11 |

| CUSTOMER NO. | | P.O. NO. | TERMS |
|---|---|---|---|
| 6644AL | | | 10th |

| ITEM NO. | QUANTITY | DESCRIPTION | UNIT RATE | AMOUNT |
|---|---|---|---|---|
| 001-TOILET | 1 | ONCE A WEEK SERVICE<br><br>S/N G05146P | 55.00 | 55.00 |
| | | TOTAL | | $55.00 |

# INVOICE

360203

**SOLD TO:** MR. ED WINSTON
**ADDRESS:** 3945 Butler Dr
**CITY STATE ZIP:** Spanish Fort AL
**CUSTOMER ORDER NO.**

**SHIP TO:** Heather Country
**ADDRESS:** 5618 Marlee Dr
**CITY STATE ZIP:** Mobile @ AL (c)4101-4172

| ORDERED | SHIPPED | SOLD BY | DESCRIPTION | TERMS | F.O.B. | DATE | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | | — POWERWASH — | | | | | | |
| | | | HOUSE | | | | | | |
| | | | POOL, LZ | | | | | | |
| | | | DRIVEWAY | | | | | | 450.00 |
| | | | PAID | | | | | | 450.00 |
| | | | July 29 2011 | | | | | | |

A-5640 T-46706-40721

INV.                    7-22-11

125 $\frac{00}{}$   steps
75 $\frac{00}{}$    gen Labor.
200 $\frac{00}{}$

                  Richard Powell

# DISCOVERY THRIFT STORE

Supporting local ministry to families recovering from alcohol and drug addiction
through **DISCOVERY FAMILY MINISTRIES** since 1992

9908 Highway 64
Daphne, Alabama 36526
251-621-0682

Name _____

Address_____

_____

Telephone _____

DFM gratefully acknowledges the following items donated to the Discovery Thrift Store.

| 1 | 26-58 Interior Door | $80 ⁰⁰ |
| 30 | Light Fixture Globes | $60⁻ |
| 1 | Wire Shelve | $10⁻ |

Estimated Value _____

Date Donated  7/30/11 _____

Received with gratitude by _____

DFM is a **501(c)3** tax-deductible non-profit corporation supported by the contributions of its
friends. DFM exists for the purpose of helping others find wholeness.
**IRS notice:** Unless otherwise noted, no benefits were received in exchange for the gifts
referenced other than intangible benefits.

ABOUT US    VIEW CART    MY ACCOUNT    HELP / FAQ

# Spa Pumps And More

SEARCH:                    [GO]

WATERWAY PUMPS    AQUA-FLO REPLACEMENT PUMPS    ULTRAJET REPLACEMENT PUMPS    HOT TUB PUMPS

Home > ... >

## PUUTSCAS1598PR Ultrajet by Vico Ultima 2 Power Wow Bath Pump 1.5HP 115V 9.0A 1.5"CD/BS Air Switch Cord 1012124

**Our Price: $259.75**

**Product Code: PUUTSCAS1598PR**

[Add to Cart]

**SPA PUMPS**
WATERWAY SPA PUMPS
AQUA-FLO Replacement PUMPS
ULTRA JET ULTIMAX Replacements
ULTRAJET ULTIMA Replacements
STA-RITE DURAJET PUMPS
JACUZZI SPA PUMPS
SOFTUB Replacements
CIRCULATION PUMPS
GRUNDFOS SPA PUMPS
LAING SPA PUMPS

**Description**

PUUTSCAS
9.0A 1.5"C
Canada. 1

WATERWAY PUMP PARTS
AQUA-FLO PUMP PARTS
ULTRA JET PUMP PARTS
PUMP MOTORS

JETTED BATH & PEDICURE CHAIR
SPA PARTS - HOT TUB PARTS
Spa Controls & Parts
WATERWAY POOL PUMPS
Pool Pump Wet Ends
Parts / Accessories
SPECIAL SPA PUMPS
ENERGY EFFICIENT PUMPS
Spa Pump Motor Wiring
INFO / Parts Lists
ULTRA JET Replacements
BARGAINS

**Related Products...**

PUUTSCAS1508R
Our Price: $229.10
Add

PUUTSCAS12598PR
Our Price: $259.75
Add

PUWWS798R Ultra Jet Wow Pump 10-10-107
Sale Price: $199.05
Add

PUUFCAS798GR
Our Price: $221.75
Add

Waterway pump mounting pad
Our Price: $5.90
Add



Write a review.

[My Recent History]

- PUUTSCAS12598PR Ultra Jet Ultima 2 Power Wow Bath Pump 1.5HP 115V 9.0A 1.5"CD/BS Air Switch Cord 1011102 **$259.75**

[Turn History Off]                    [Clear all]

Company Info    Terms of Use    Product Index    Category Index    Help

Copyright © 2011 Spa Pumps And More, All Rights Reserved. Shopping Cart Powered by Volusion.

# INSPECTION REPORT

Baldwin County Building Department
580-2548    928-3002    943-5061
website: www.co.baldwin.al.us

Permit No. _93016_

☐ BUILDING          ☐ PLUMBING          ☐ HVAC          ☐ ELECTRICAL

DATE _10/6/11_                    TIME _P.M._

OWNER:                                              CONTRACTOR
NAME _Winston_                    NAME _Schulenburg_

LOCATION OF WORK

ADDRESS _31045 Butler Dr S/Fort_

PARCEL _____ LOT _____ SUBDIVISION _____

TYPE OF INSPECTION _____

## RESULTS OF INSPECTION

☑ **APPROVED**

☐ **APPROVED AS NOTED BELOW** - Re-inspection not required.

☐ **NOT APPROVED** - Re-inspection required. See below.

☐ **STOP WORK** - See below.

COMMENTS

A FINAL INSPECTION WILL BE REQUIRED BEFORE OCCUPANCY.    INSPECTOR _Linda Ruth_

Invoice 0000001 from Keith Fank

# INVOICE

Keith Fank
23943 Harvester Dr.
Loxley AL 36551

John Lassiter
Construction

| | | |
|---|---|---|
| **Invoice #** | 0000001 |
| **Invoice Date** | 07/29/2011 |
| **Due Date** | 07/29/2011 |

| Item | Description | Unit Price | Quantity | Amount |
|---|---|---|---|---|
| | Marble countertop installation | 25.00 | 4.00 | 100.00 |

| | |
|---|---|
| Subtotal | 100.00 |
| Total | 100.00 |
| Amount Paid | 0.00 |
| Balance Due | $100.00 |

7/29/2011

# Invoice

**John Lassiter Home Const.**

P.O. Box 397
Daphne, Alabama 36526

Phone  251-928-7062
Cell Phone  251-463-0079

**Ed and GAil Winston**
**Blakey Forest**
Butler Drive

Quotation Date:    **6/24/2011**

Quotation Number:

Valid Until:

| Description | Amount |
|---|---|
| Clean down stairs floors and move some trim materials from storage | $400.00 |

| | |
|---|---|
| Subtotal | $400.00 |
| Shipping | $0.00 |
| Tax Rate | |
| Total Tax | $0.00 |
| Labor | |
| TOTAL | $400.00 |

Comments / Notes

Purchaser:                    Date:

Thank you for the opportunity to give this quote

# Invoice

*John Lassiter Home Const.*

P.O. Box 397
Daphne, Alabama 36526

Phone  251-928-7062
Cel Phone  251-463-0079

**Mr. and Mrs. Winston**
Blakely Forest
Butler Dr.

Quotation Date: **6/17/2011**

Quotation Number:

Valid Until:

| Description | Amount |
|---|---|
| Labor for moving cabinets to storage unit | $200.00 |
| Scraping and vacuuming upstairs floors | $200.00 |
| Storage building 414 and new lock | $35.26 |

| | |
|---|---|
| Subtotal | $435.26 |
| Shipping | $0.00 |
| Tax Rate | |
| Total Tax | $0.00 |
| Labor | |
| TOTAL | $435.26 |

Comments / Notes

Purchaser:                     Date:

Thank you for the opportunity to give this quote

# Invoice

*John Lassiter Home Const.*

P.O. Box 397
Daphne, Alabama 36526

Phone  251-928-7062
Cell Phone  251-463-0079

Quotation Date:  **6/2/2011**

Quotation Number:

Valid Until:

| Description | Amount |
|---|---|
| Draw for the month of June | $2,500.00 |
| Furnising materials and labor to add Simson strapping to studs and top and botton plates in house at 31945 Butler Drive. | $1,000.00 |

| | |
|---|---|
| Subtotal | $3,500.00 |
| Shipping | $0.00 |
| Tax Rate | |
| Total Tax | $0.00 |
| Labor | |
| TOTAL | $3,500.00 |

Comments / Notes

Purchaser:                    Date:

Thank you for the opportunity to give this quote.

# RENTAL CONTRACT
## STORING SOLUTIONS by BG&J Enterprises, L.L.C.
9913 PLEASANT ROAD
P.O. BOX 1857
DAPHNE, AL 36526
251-575-1000

| Building: | ☐ A  ☐ B  ☒ C | CODE # | 50501 |
| --- | --- | --- | --- |
| Unit #: | C-77 | SIZE (approx) | 5X10 |
| | | MONTHLY RATE | 55.00 |

THIS AGREEMENT is executed on this 29th day of July, 2011, between Storing Solutions by BG&J Enterprises, L.L.C., landlord, hereinafter referred to as LESSOR, and:

LESSEE (TENANT):

NAME: ED WINSTON

DL# 

STREET 28600 OAKWOOD CT

P.O. BOX _____ EMAIL _____

CITY DAPHNE STATE AL ZIP 36526

RESIDENCE PHONE (850) 447-0324 BUSINESS PHONE ( )

CELL PHONE ( )

1ST MONTH'S RENT AUG 55.00
OTHER MONTH'S RENT SEP 55.00
LOCK: # 9.00
KEY DEPOSIT # 10.00
TOTAL $ 129.00

Tenant insurance brochures:
☐ Given   ☒ Not available
☐ Declined _____ (initial)
☒ Advised of need for contents insurance

This is a monthly lease for storage, from AUG 1, 2011 to SEP 1, 2011. This lease renews on the first day of each month. The first and final months' rent will be prorated based on the number of days of occupancy, except that there is a one month minimum rent payment.
Each month's rent is due and payable on the 1st day of each month, until this rental agreement is terminated by either LESSOR or LESSEE in writing. Your next payment will be due SEP 1, 2011.

**IF YOUR GOODS ARE TO ARRIVE BY TRACTOR AND TRAILER/ MOVING VAN, PLEASE ADVISE MANAGEMENT FOR INSTRUCTIONS.**

LESSEE agrees to the following:
1. LESSEE will not use the premises for any unlawful purpose. Lessee will pay the rent each month as it becomes due. Lessee will keep the rented premises in good condition (usual wear and tear excepted). Lessee will not sublease or assign rented premises to someone else without the written approval of the Lessor. Rented space will be used for storage only. Lessor is not a bailee, does not take care, custody or control of Lessee's goods, and is not a warehouse.
2. LESSEE will not store explosive or highly flammable material, or food products that may draw insects or rodents. No hazardous waste, drug paraphernalia, chemicals or toxic materials are allowed. Lessor has the right to view vehicle contents before unloading.
3. LESSOR shall have the right to enter Lessee's rented premises at reasonable times for the purpose of inspecting the condition thereof.
4. If rent is not paid within 5 (five) days of its due date (by 5:00 p.m. on the 5th day of the month), a $15.00 per month administrative charge will be added to the amount due. All late rent and late charges must be paid in cash. Our computer automatically denies access through the gate on the 6th day of the month if the rent has not been received by the 5th day of the month.
5. 

**WE PROVIDE NO INSURANCE AND HAVE NO RESPONSIBILITY FOR YOUR PROPERTY. PROPERTY IS STORED AT THE SOLE RISK OF THE LESSEE. PLEASE BE SURE YOU HAVE INSURANCE COVERAGE!!!**
Lessee understands that he/she, at his/her own expense, must obtain insurance on the property stored on the rented premises, and that the Lessor shall not be responsible for any damage or loss to said property caused by fire, water, theft, leakage, rodents, insects, or from any hazard or cause whatsoever. Lessee has the right to be self insured, but then assumes full risk for loss or damage to Lessee's property. Lessor and Lessee each forfeit and waive any right of action that he/she may later acquire against the other for loss or damage to property, where such loss is caused by fire or any of the hazards insured by the standard extended coverage endorsement that arises out of or is connected with the leasing of the rented premises.

We recommend that you do not store irreplaceable antiques, collectibles, items of sentimental value or indeterminable replacement value. Lessee agrees to waive the right to make claims for emotional attachment to stored property. Your unit must remain locked in your absence, and Lessor will not maintain a key for you.

to due course of post if sent by mail, and a statement that unless the rent is paid within the time specified, the property will be sold.

9.   LESSEE understands that the term "climate controlled" refers to the maintenance of the facility's temperature between approximately 55 and 90 degrees Fahrenheit.

10.   LESSEE understands that dumpsters are available for storage waste only, not for general use.

11.   Should Lessee hold over and retain possession of the rented premises after the expiration of this lease, Lessee's occupancy of the rented premises shall be as tenant from month to month, and all the covenants and conditions herein shall continue in full force and effect so long as Lessee holds over and retains possession of the rented premises.

12.   In the event of breach of any of the foregoing covenants and conditions by Lessee, Lessor may, at the option of the Lessor, terminate this lease.

13.   To close out this lease, the manager/office staff must be notified by Lessee by the date the premises are vacated, and the rented premises must be swept and inspected. Lessee agrees that any of Lessee's property remaining on the premises after termination of the lease is deemed abandoned, and may be disposed of by Lessor. Lessee agrees that the leaving of abandoned property or of a dirty rental unit will result, at the Lessor's discretion, in Lessee's responsibility for a cleaning fee and Lessor may not refund any monies held as deposits.

This written agreement is the final agreement.  No oral representations have been made.  This lease may be modified in writing only.

Witness our hands at Daphne, Alabama, this the 29th day of July, 2011.

BY: _William A. Meere_          BY X _John M. Santine_ **LESSEE**
Storing Solutions by BG&J Enterprises, L.L.C., LESSOR          _for ED AND GAIL WINSTON_

THE FOLLOWING PEOPLE MAY HAVE ACCESS TO MY STORAGE UNIT IN MY ABSENCE:

| NAME | PHONE NUMBER |
| --- | --- |
| ED WINSTON II (FATHER) | 851-377-7431 |
| ED WINSTON III | 210-793-6857 |
| GAIL WINSTON | |
| | |
| | |

BY X _John M. Santine_ **LESSEE**

Excerpts from  **Code of Alabama Self-Storage Act**

Section 8-15-32:  Vesting of care, control, etc., of stored property in occupant; determination of risk of loss.

Unless the rental agreement specifically provides otherwise, the exclusive care, custody, and control of any and all personal property stored in the leased space shall remain vested in the occupant; and the occupant shall bear all risk of loss or damage to such personal property.

Section 8-15-33:  Lien of owner, etc., of self-service storage facility upon personal property located at facility.

```
        DOLLAR GENERAL STORE #01632
        6729 SPANISH FORT BLVD STE A
        SPANISH FORT, AL 36527-5059
            (251) 626-0030

LAMINATED PADLOCK                  3.00 S
  400024482811-3

SUBTOTAL                          $3.00
Tax1                              $0.26
TOTAL                             $3.26
CASH                              $3.26

ITEMS 1
2011-06-13  12:32:23  01632 01        7471
```

*LOCK FOR STORAGE AVLUNIT*

```
89954138009473901521091291991991128172211141
```

---------------CUT HERE---------------
*****************************************
*                                       *
*         We value your opinion!        *
*    You can be the next $1,000 Winner! *
*        We have 3 winners per month.   *
*    Just complete a survey about today's*
*                visit:                 *
*       C a l l   T o l l   F r e e     *
*        1-866-214-5750                 *
*    or visit www.dollargeneralsurvey.com*
*    If you experience problems with the*
*        survey, please call            *
*        1-800-382-4748                 *
*                                       *
*        0151-8303-9073-482             *
*    Para completar un estudio          *
*    de esta tienda en Espanol y entrar *
*    en unos sorteos para ganar $1,000. *
*        Por favor llame                *
*        1-866-214-5750                 *
*    o visita www.dollargeneralsurvey.com*
*****************************************
---------------CUT HERE---------------



No Equipment To Buy!
No Start-Up Costs!

Over 285 channels available
100% digital picture and sound
on every channel

Switch Today!
1-877-259-5753
or directv.com

All offers require 2 year agreement.
Package pricing may vary in certain
markets. Offer ends 7/20/11. Credit
card required (except in MA & PA).
New approved customers only (lease
required). $19.95 Handling & Delivery
fee may apply. Conditions apply.
Call for details.
---------------CUT HERE---------------

```
Save Time. Save Money.
        Every Day!
    at Dollar General
```

**East Bay Mini Storage – Hwy 225**
**P O Box 1710**
**Daphne, AL  36526**
**(251) 626-7776**

1. Mail payments to:      East Bay Mini Storage
                          P. O. Box 1710
                          Daphne, AL 36526

   Or drop payment by the Daphne office between 8:00 AM & 5:00 PM.  You may also slip a check under the front door or leave it in the black mailbox to the right of the front door.

2. WE DO NOT SEND OUT BILLS.  All rents are due on the 1st day of each month. After the 10th of the month a $15.00 late charge is assessed.  After the 15th of the month your unit(s) will be overlocked and another $15.00 charge will be assessed per unit.  You will then be notified by mail.  If payment is not made by the 15th of the next month, legal proceedings will begin to sell the contents of your warehouse.

3. If we receive a returned check from the bank, there is a $35.00 returned check charge, and your unit is immediately overlocked.  You must bring in cash in the amount of the check, plus the $35.00 fee.  We do not redeposit checks.

4. Rents are only prorated on the first month.  After that this agreement runs month-to-month, however, if you move out between the 1st and the 5th of any given month, you will only pay for those days.  If you are still in the unit on the 6th, you are responsible for the entire month.

5. **We do not carry insurance on the contents of you warehouse.  We accept no liability for the contents whatsoever.**

6. Your security deposit will be refunded to you after you vacate, provided you take all of your possessions, sweep the unit, remove your lock and have fulfilled the one month minimum rental policy.

7. **Do not store food of any kind in your unit.**   This will attract unwanted pests that may damage your contents.  We accept no liability for these damages.

My Unit # is _414 — 60⁰⁰_  _520 — 70⁰⁰_.      My monthly rental rate is $_____.

Agreed to and accepted on this the _____ day of _____, 20____.

_____
                              Tenant.

**RECEIPT** DATE 4/28/11   No. 783692

$ ~~200~~ 100⁰⁰

RECEIVED FROM John Lassiter

One hundred and ⁿᵒ/100 ——————— DOLLARS

FOR RENT
FOR   and dep Unit # 520   Hwy 225

| ACCOUNT | | ○ CASH | FROM 5/1/11 TO 5/31/11 |
| PAYMENT | | ○ CHECK | |
| | | ○ MONEY ORDER | |
| BAL. DUE | | ○ CREDIT CARD | BY |

**RECEIPT** DATE 6/2/11   No. 146310

$ 140⁰⁰

RECEIVED FROM John Lassiter

One hundred forty and ⁿᵒ/100 ——————— DOLLARS

FOR RENT
FOR   Unit # 520 —   Hwy 225

| ACCOUNT | | ○ CASH | 1551 |
| PAYMENT | | ○ CHECK | FROM 6/1/11 TO 6/30/11 |
| | | ○ MONEY ORDER | |
| BAL. DUE | | ○ CREDIT CARD | BY |

**East Bay Mini Storage – Hwy 225**
**P O Box 1710**
**Daphne, AL  36526**
**(251) 626-7776**

1.  Mail payments to:        East Bay Mini Storage
                             P. O. Box 1710
                             Daphne, AL 36526

    <u>Or</u> drop payment by the Daphne office between 8:00 AM & 5:00 PM.  You may also slip a check under the front door or leave it in the black mailbox to the right of the front door.

2.  WE DO NOT SEND OUT BILLS.  All rents are due on the 1st day of each month. After the 10th of the month a $15.00 late charge is assessed.  After the 15th of the month your unit(s) will be overlocked and another $15.00 charge will be assessed per unit.  You will then be notified by mail.  If payment is not made by the 15th of the next month, legal proceedings will begin to sell the contents of your warehouse.

3.  If we receive a returned check from the bank, there is a $35.00 returned check charge, and your unit is immediately overlocked.  You must bring in cash in the amount of the check, plus the $35.00 fee.  We do not redeposit checks.

4.  Rents are only prorated on the first month.  After that this agreement runs month-to-month, however, if you move out between the 1st and the 5th of any given month, you will only pay for those days.  If you are still in the unit on the 6th, you are responsible for the entire month.

5.  <u>We do not carry insurance on the contents of you warehouse.  We accept no liability for the contents whatsoever.</u>

6.  Your security deposit will be refunded to you after you vacate, provided you take all of your possessions, sweep the unit, remove your lock and have fulfilled the one month minimum rental policy.

7.  **Do not store food of any kind in your unit.**  This will attract unwanted pests that may damage your contents.  We accept no liability for these damages.


My Unit # is _____520_____.          My monthly rental rate is $_____70⁰⁰_____.

Agreed to and accepted on this the _____ day of _____, 20____.


_____
                    Tenant.

# *Easy-Haul Inc.*

8100 Falcon Blvd
Fairhope, AL  36532

Phone: 251-929-2133
Fax: 251-929-3211

# Invoice

*Page 1 of 1*

| | |
|---|---|
| Invoice Number: | 9916 |
| Invoice Date: | 5/2/2011 |
| Terms: | Net Due 10 Days From Invoice |
| Due Date: | 5/12/2011 |

Customer:

John Lassiter Home Construction LLC
P.O. Box 397
Daphne, AL  36526

Contact Name: John Lassiter
Job Name: Winston job
PO Number:

| Description | Container # | Dump Date | Quantity | Price Each | Extended Price |
|---|---|---|---|---|---|
| Container Service: Dump | 25-1234 | 4/29/2011 | 1 | $275.00 | $275.00 |
| | | | | **Invoice Total:** | **$275.00** |

**Easy Pay By Credit Card**  To pay by credit card complete this section and mail or fax to 251-929-3211.

☐ Visa    ☐ MasterCard    ☐ AmerExpress    ☐ Discover

Card Number: _____    Exp. Date: _____

Name On Card: _____    Signature: _____

*[handwritten:] 275 00 x 4 Bumpster*

*[handwritten:] 4/1/00*

**\*\* We Appreciate Your Business \*\***          *We Make It Easy!*

A late charge of 1.25% per month will be assessed on all past due invoices.  Any questions, please call 251-929-2133.

# *Easy-Haul Inc.*

8100 Falcon Blvd
Fairhope, AL  36532

Phone: 251-929-2133
Fax: 251-929-3211

# Invoice

*Page 1 of 1*

| | |
|---|---|
| Invoice Number: | 9982 |
| Invoice Date: | 5/16/2011 |
| Terms: | Net Due 10 Days From Invoice |
| Due Date: | 5/26/2011 |

Customer:

John Lassiter Home Construction LLC
P.O. Box 397
Daphne, AL  36526

Contact Name: John Lassiter
Job Name: Winston job
PO Number:

| Description | Container # | Dump Date | Quantity | Price Each | Extended Price |
|---|---|---|---|---|---|
| Container Service: Dump | 25-1133 | 5/12/2011 | 1 | $275.00 | $275.00 |
| | | | | **Invoice Total:** | **$275.00** |

**Easy Pay By Credit Card**  To pay by credit card complete this section and mail or fax to 251-929-3211.

☐ Visa   ☐ MasterCard   ☐ AmerExpress   ☐ Discover

Card Number: _____   Exp. Date: _____

Name On Card: _____   Signature: _____

**\*\* We Appreciate Your Business \*\***         *We Make It Easy!*

A late charge of 1.25% per month will be assessed on all past due invoices.  Any questions, please call 251-929-2133.

# *Easy-Haul Inc.*

8100 Falcon Blvd
Fairhope, AL 36532

Phone: 251-929-2133
Fax: 251-929-3211

# Invoice

Page 1 of 1

| Invoice Number: | 9934 |
| Invoice Date: | 5/5/2011 |
| Terms: | Net Due 10 Days From Invoice |
| Due Date: | 5/15/2011 |

Customer:

John Lassiter Home Construction LLC
P.O. Box 397
Daphne, AL 36526

Contact Name: John Lassiter
Job Name: Winston job
PO Number:

| Description | Container # | Dump Date | Quantity | Price Each | Extended Price |
|---|---|---|---|---|---|
| Container Service: Dump | 25-1257 | 5/3/2011 | 1 | $275.00 | $275.00 |
| Container Service: Dump | 25-1245 | 5/4/2011 | 1 | $275.00 | $275.00 |
| Container Service: Dump | 25-1198 | | 1 | $275.00 | $275.00 |
| | | | | **Invoice Total:** | **$825.00** |
| | | | | Credits Applied: | $825.00 |
| | | | | Balance Due: | $0.00 |

**Easy Pay By Credit Card** To pay by credit card complete this section and mail or fax to 251-929-3211.

☐ Visa   ☐ MasterCard   ☐ AmerExpress   ☐ Discover

Card Number: _____   Exp. Date: _____

Name On Card: _____   Signature: _____

**\*\* We Appreciate Your Business \*\***      *We Make It Easy!*

A late charge of 1.25% per month will be assessed on all past due invoices. Any questions, please call 251-929-2133.

# *Easy-Haul Inc.*

8100 Falcon Blvd
Fairhope, AL  36532

Phone: 251-929-2133
Fax: 251-929-3211

# Invoice

*Page 1 of 1*

| | |
|---|---|
| Invoice Number: | 10267 |
| Invoice Date: | 8/1/2011 |
| Terms: | Net Due 10 Days From Invoice |
| Due Date: | 8/11/2011 |

Customer:

John Lassiter Home Construction LLC
P.O. Box 397
Daphne, AL  36526

Contact Name: John Lassiter
Job Name: Winston
PO Number:

| Description | Container # | Dump Date | Quantity | Price Each | Extended Price |
|---|---|---|---|---|---|
| Container Service: Dump | 25-1183 | 7/27/2011 | 1 | $275.00 | $275.00 |
| | | | | **Invoice Total:** | **$275.00** |

**Easy Pay By Credit Card**  To pay by credit card complete this section and mail or fax to 251-929-3211.

☐ Visa   ☐ MasterCard   ☐ AmerExpress   ☐ Discover

Card Number: _____   Exp. Date: _____

Name On Card: _____   Signature: _____

## ** We Appreciate Your Business **                    *We Make It Easy!*

A late charge of 1.25% per month will be assessed on all past due invoices.  Any questions, please call 251-929-2133.

BRAGG MAINTENANCE

6131 BAYOU RD /

Mobile AL 36605

251-209-6092

# PROPOSAL

| | |
|---|---|
| PROPOSAL NO. | |
| SHEET NO. | |
| DATE | |

**PROPOSAL SUBMITTED TO:**

NAME John Lassiter, Homes

ADDRESS

CITY, STATE

PHONE NO.

**WORK TO BE PERFORMED AT:**

ADDRESS Spanish Fort #825

CITY, STATE

DATE OF PLANS

ARCHITECT

We hereby propose to furnish the materials and perform the labor necessary for the completion of

TEAR OUT ALL SHEETROCK + INSULATION WIRE

CLEAN STUDS - ANY LOOSE MESS - CLEAN FACILITY

READY FOR NEW REPLACEMENT

NO DUMP FEE

FAX 251-928-7042

All material is guaranteed to be as specified, and the above work to be performed in accordance with the drawings and specifications submitted for above work and completed in a substantial workmanlike manner for the sum of:

Eleven Thousand & Three Hundred 00/100 Dollars ($ 11,300 00)

with payments to be as follows

Any alteration or deviation from above specifications involving extra costs will be executed only upon written order, and will become an extra charge over and above the estimate. All agreements contingent upon strikes, accidents, or delays beyond our control.

Respectfully submitted Randy Bragg

Per

Note - This proposal may be withdrawn by us if not accepted within_____days.

## ACCEPTANCE OF PROPOSAL

The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payments will be made as outlined above.

SIGNATURE _____

DATE _____ SIGNATURE _____

9450

**Ellison Plumbing & Piping, Inc.**
**4360 Dawes Lane East**
**Mobile, AL 36619**

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/31/2010 | 8572-B |

| Bill To |
|---------|
| John Lassiter<br>PO Box 397<br>Daphne, AL 36526 |

| Job Name/Location |
|-------------------|
| Blakely Forest |

| Description | Amount |
|-------------|--------|
| First Draw - work completed on removal and capping fixtures and adding gas piping<br>Installed 3 Gas Drops - 1 fireplace, 1 cook top, 1 grill | 1,875.00 |
| Sales Tax | 0.00 |

| Phone # | Fax # | E-mail | |
|---------|-------|--------|--|
| 251-634-9314 | (251)634-9185 | ellisonplumbing@bellsouth.net | **Balance Due**      $1,875.00 |

Pay online at:: https://ipn.intuit.com/3ttz38v

**Ellison Plumbing & Piping, Inc.**
4360 Dawes Lane East
Mobile, AL 36619

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/4/2011 | 8571-B |

| Bill To |
|---------|
| John Lassiter<br>PO Box 397<br>Daphne, AL 36526 |

| Job Name/Location |
|-------------------|
| |

| Description | Amount |
|-------------|--------|
| Final draw.  This will complete the original contract plus 3 gas drops. | 2,500.00 |
| Sales Tax | 0.00 |

| Phone # | Fax # | E-mail | | |
|---------|-------|--------|---|---|
| 251-634-9314 | (251)634-9185 | ellisonplumbing@bellsouth.net | **Balance Due** | $2,500.00 |

*Gatlin Heating and Air Conditioning Inc.*
*9777 Betty's Way Suite-C*
*Semmes, AL 36575*

| Date | Invoice # |
|------|-----------|
| 7/18/2011 | 8342 |

| Bill To |
|---------|
| John Lassiter Home Builder |

| Job Site |
|----------|
| Gail Winston |
| 31945 Butler Dr |
| Spanish Fort, Al 36527 |

| Terms | Job |
|-------|-----|
|       |     |

| Description | Amount |
|-------------|--------|
| Installed 1-4 ton and 1-2 ton Air Handler | |
| Goodman 13 SEER | |
| Indoor model #ARUF182416 serial #1105471037 | |
| Indoor model #ARUF486016 serial #1105626012 | |
| Warranty  10 year parts and 1 year labor | 0.00 |
| Total Job Cost | 4,360.00 |
| Returns 24X24  20X30 | |

| Please visit our Website at |
|-----------------------------|
| **www.Gatlinhvac.com** |

50 % on Rough In
50 % on Trim out

| Total | $4,360.00 |
|-------|-----------|
| **Payments/Credits** | $-2,360.00 |
| **Balance Due** | $2,000.00 |

| Phone # | Fax # |
|---------|-------|
| 251-649-8626 | 251-649-8689 |

**Gatlin Heating and Air Conditioning Inc.**
9777 Betty's Way Suite-C
Semmes, AL 36575

| Date | Invoice # |
|------|-----------|
| 7/18/2011 | 8342 |

| Bill To |
|---------|
| John Lassiter Home Builder |

| Job Site |
|----------|
| Gail Winston<br>31945 Butler Dr<br>Spanish Fort, Al 36527 |

| Terms | Job |
|-------|-----|
|       |     |

| Description | Amount |
|-------------|--------|
| Installed 1-4 ton and 1-2 ton Air Handler | |
| Goodman 13 SEER | |
| Indoor model #ARUF182416 serial #1105471037 | |
| Indoor model #ARUF486016 serial #1105626012 | |
| Warranty   10 year parts and 1 year labor | 0.00 |
| Total Job Cost | 4,360.00 |
| Returns 24X24  20X30 | |

**Please visit our Website at**
**www.Gatlinhvac.com**

50 % on Rough In
50 % on Trim out

| | |
|---|---|
| **Total** | $4,360.00 |
| **Payments/Credits** | $-2,360.00 |
| **Balance Due** | $2,000.00 |

| Phone # | Fax # |
|---------|-------|
| 251-649-8626 | 251-649-8689 |

*Gatlin Heating & Air, Inc.*
*9777 Betty's Way Suite - C*
*Semmes, AL 36575*

# Estimate

| Date |
|------|
| 4/19/2011 |

| Name / Address |
|----------------|
| John Lassiter Home Builder |

| Job Site |
|----------|
| Gail Winston |
| 31945 Butler Dr |
| Spanish Fort, Al 36527 |

| Account # |
|-----------|
| |

| Description | Cost |
|-------------|------|
| Will install 4 ton and 2 ton Heat Pump Systems | |
| Goodman 13 SEER  410-A | |
| Ductwork, Thermostats, vent bath fans and vent stovehood | |
| Warranty   10 year parts and compressor | 0.00 |
| 1 year labor | |
| Total Job Cost          $8,428.00 | 0.00 |
| | |
| Will install 4 ton and 2 ton Air Handlers | |
| Goodman 13 SEER | |
| Warranty   10 year parts and 1 year labor | 0.00 |
| Total Job Cost          $4,360.00 | 0.00 |
| | |
| If want 10 year labor add    $832.00 | |

| | Total | $0.00 |
|--|-------|-------|

| Phone # | Fax # |
|---------|-------|
| 251-649-8626 | 251-649-8689 |

# Estimate



**TATE**
ELECTRIC, INC.

P.O. Box 91358
Mobile, AL 36691

| Date |
| --- |
| 5/3/2011 |

**Name/Address**

John Lassiter

| Due Date | Rep | Project |
| --- | --- | --- |
| 5/3/2011 | | |

| Item | Description | Total |
| --- | --- | --- |
| Electrical | Re-wire existing home on Butler Street in Blakeley Forest. Customer supplies all fixtures.<br>Out-of-state sale, exempt from sales tax | 8,900.00T<br>0.00 |

| | Total |
| --- | --- |
| | $8,900.00 |

Signature _____

| Phone # | Fax # |
| --- | --- |
| 251-455-7090 | 888-222-1036 |

Tate Electric, Inc.

P.O. Box 91358
Mobile, AL 36691

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/7/2011 | 391 |

| Bill To |
|---------|
| John Lassiter<br>P.O. Box 397<br>Daphne, AL 36526 |

| P.O. No. | Terms | Project |
|----------|-------|---------|
|  |  |  |

| Item | Description | Est Amt | Prior Amt | Prior % | Qty | Rate | Curr % | Total % | Amount |
|------|-------------|---------|-----------|---------|-----|------|--------|---------|--------|
| Electrical | Re-wire existing home on Butler Street in Blakeley Forest. Customer supplies all fixtures. | 8,900.00 |  |  | 0.6 | 8,900.00 | 60.00% | 60.00% | 5,340.00T |

| | |
|--------------------|----------|
| **Subtotal** | $5,340.00 |
| **Sales Tax  (0.0%)** | $0.00 |
| **Total** | $5,340.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $5,340.00 |

Tate Electric, Inc.

P.O. Box 91358
Mobile, AL 36691

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/26/2011 | 400 |

| Bill To |
|---------|
| John Lassiter<br>P.O. Box 397<br>Daphne, AL 36526 |

| P.O. No. | Terms | Project |
|----------|-------|---------|
|          |       |         |

| Item | Description | Est Amt | Prior Amt | Prior % | Qty | Rate | Curr % | Total % | Amount |
|------|-------------|---------|-----------|---------|-----|------|--------|---------|--------|
| Electrical | Re-wire existing home on Butler Street in Blakeley Forest. Customer supplies all fixtures. | 8,900.00 | 5,340.00 | 60.00% | 0.4 | 8,900.00 | 40.00% | 100.00% | 3,560.00T |

| | |
|---|---|
| **Subtotal** | $3,560.00 |
| **Sales Tax  (0.0%)** | $0.00 |
| **Total** | $3,560.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $3,560.00 |

EDMUND W WINSTON III
LORETTA GAIL WINSTON
PH (210) 793-8857
28600 OAKWOOD CT
DAPHNE, AL 36526

04-11

1052

61-118/620
76292

BBVA Compass

Compass Bank
Daphne, AL

Pay to the
Order of __ Mathes of Alabama _____ $ 3,558.43

Three thousand five hundred fifty-eight 90/00 _____ Dollars

Compass Preferred Client®

For _____

Edmund W. Winston

⑆06 2001 188⑆ 2527053121⑈ 1052

Pd 7/29/11
Acct # 1897
JB

# QUOTE

**Mathes of Alabama**

1514 S. McKenzie        1406 Hwy 98
Foley, AL 36535         Daphne, AL 36526
(251) 943-8551          (251) 626-1908
Fax (251) 943-8554  Fax (251) 626-8110

| UPC VENDOR | DATED 0 | ORDER NO. |
|---|---|---|
| 000000 | 04/20/11 | 100814-00 |
| | P.O. NO. | PAGE |
| | BLAKLEY FORREST | 1 |

CUST.#:  1897

SHIP TO:
BLAKLEY FORREST
31945 BUTLER
GAIL  599-9404
SPANISH FORT, AL

CORRESPONDENCE TO:
Mathes of Alabama Electric Sup
P.O. Box 1208

Foley, AL 36536

BILL TO:
JOHN LASSITER HME.CON..L.L.C.
P.O. BOX 397

DAPHNE, AL 36526

| INSTRUCTIONS | | TERMS |
|---|---|---|
| | | Net25th |
| CHANGES 5-3-11 | | |
| SHIP FROM | SHIP VIA | SHIPPED |
| Mathes of Alabama-Daphne | | Our Truck | |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY SHIPPED | QTY UNIT | UNIT PRICE | AMOUNT PRICED |
|---|---|---|---|---|---|---|---|
| 1 | HALH71CATNB | 14 | | | EA | 8.90 | 124.60 |
| 2 | 7"IC/AIRTITE NO/BK *0025 HALERT712TS | 12 | | | EA | 9.77 | 117.24 |
| | TRIM CONE WHITE 4/MST BED 4/KITCHEN 4/FAMILY ROOM | 2 | | | EA | 15.67 | 31.34 |
| 3 | HAL170PS | 2 | | | EA | 32.92 | 65.84 |
| 4 | TRIM WH SHOWER DAMP *0220 NIC10370EB | | *6 | | | | |
| | WRAP 1X4*ELECTRONIC 0105 GARAGE | 2 | | | EA | 14.34 | 28.68 |
| 5 | L1TL3 | 2 | | | EA | 13.08 | 26.16 |
| 6 | L3 LITHONIA 3 HOUSING L1T301 | 2 | | | each | 1.68 | 3.36 |
| 7 | TRIM 3" OPEN* WES04229 | 12 | | | EA | 1.78 | 21.36 |
| 8 | 45R20*130V WES04165 | 6 | | | EA | 1.40 | 8.40 |
| 9 | 65BR30FL/130V    **144 GEL60004 | 8 | | | each | 12.27 | 98.16 |
| 10 | F32T8/735/ECO #27249-2 KIO2I006376 | 1 | | | EA | 14.28 | 14.28 |
| 11 | 120V AC/DC SMOKE ALARM NUTBK125LWH | 2 | | | EA | 16.10 | 32.20 |
| 12 | CHIME KIT*24    *0075 REPLACES CD125WHB NUT696N | | | | | | |
| | VENT FAN    *D005 UP BATH / 1/2 BATH | 1 | | | EA | 46.99 | 46.99 |
| 13 | NUT763RLN | | | | | | |
| | VENT LIGHT 50CFM* FORMALLY 663LN MASTER BATH | 2 | | | EA | 0.37 | 0.74 |
| 14 | WES04101 | 1 | | | EA | 33.87 | 33.87 |
| 15 | 40A19/F    *120 DAYSTRIP117 | | | | | | |
| | N117-UNV-1/1-EB    T8 PANTRY | | | | | | |

Continued

Continued

# QUOTE

**Mathes of Alabama**

1514 S. McKenzie    1406 Hwy 98
Foley, AL 36535    Daphne, AL 36526
(251) 943-8551    (251) 626-1908
Fax (251) 943-8554   Fax (251) 626-8110

| UPC VENDOR# | QUOTE DATE | ORDER NO. |
|---|---|---|
| 000000 | 04/20/11 | 100814-00 |
| | P.O. NO. | PAGE # |
| | BLAKLEY FORREST | 2 |

CUST #:    1897

SHIP TO:
BLAKLEY FORREST
31945 BUTLER
GAIL   599-9404
SPANISH FORT, AL

CORRESPONDENCE TO:
Mathes of Alabama Electric Sup
P.O. Box 1208

Foley, AL 36536

BILL TO:
JOHN LASSITER HME.CON.,L.L.C.
P.O. BOX 397

DAPHNE. AL 36526

| INSTRUCTIONS | | TERMS |
|---|---|---|
| CHANGES 5-3-11 | | Net25th |
| SHIP FROM | SHIPPED VIA | SHIPPED |
| Mathes of Alabama-Daphne | Our Truck | |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY SHIPPED | QTY BOX | UNIT | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|
| | | 1 | | | EA | 2.80 | 2.80 |
| 16 | GEL45743 F1718/SP35/ECO #36808-4 | 2 | | | EA | 72.50 | 145.00 |
| 17 | MLT414SN VANITY 4LITE SN 1/MASTER BATH 1/ UP HALL BATH | 1 | | | EA | 53.15 | 53.15 |
| 18 | MLT413SN BRACKET 3LT SN BED BATH UP | 1 | | | EA | 80.57 | 80.57 |
| 19 | MLT373SN VANITY 2b 3LT SCROLL SN 1/2 BATH | 3 | | | EA | 15.31 | 45.93 |
| 20 | MLT563SN CEILING MT 13" 2LT SN 1/UNDER STAIRS 2/ UP BED CLOSET | 3 | | | EA | 40.25 | 120.75 |
| 21 | MLT673SN SEMI FLUSH 13" ALA GL SN 1/MST BATH 1/ UP BATH 1/BED BATH UP | 4 | | | EA | 19.28 | 77.12 |
| 22 | MLT565SN CEILING MT 15" 3LT SN 2/MASTER CLOSET 2/HALL UP | 1 | | | EA | 70.89 | 70.89 |
| 23 | QU077425-65 FAN BUILDER 42" 5 BLD SN OFFICE | 1 | | | each | 33.87 | 33.87 |
| 24 | 2303-8092 FITTER 3 LT WITH 3/CFL LAMPS SN OFFICE | 3 | | | EA | 3.05 | 9.15 |
| 25 | MLTG124 GLASS MED ALABASTER OFFICE GLASS | 1 | | | each | 35.49 | 35.49 |
| 28 | 2303-8092 LIGHT KIT FITTER SN W/3 CFL LAMPS MASTER BED | 2 | | | each | 50.81 | 101.62 |
| 29 | 3073-15 22 FL MT 15" 3/60A19 HALL DOWN | | | | | | |

Continued

Continued

# QUOTE

**Mathes of Alabama**
1514 S. McKenzie    1406 Hwy 98
Foley, AL 36535    Daphne, AL 36526
(251) 943-8551    (251) 626-1908
Fax (251) 943-8554  Fax (251) 626-8110

| UPC/VENDOR | QUOTE DATE | ORDER NO. |
|---|---|---|
| 000000 | 04/20/11 | 100814-00 |
| | P.O. NO. | PAGE |
| | BLAKLEY FORREST | 3 |

CUST.#:  1897

SHIP TO:  BLAKLEY FORREST
31945 BUTLER
GAIL  599-9404
SPANISH FORT. AL

CORRESPONDENCE TO:  Mathes of Alabama Electric Sup
P.O. Box 1208

Foley, AL 36536

BILL TO:  JOHN LASSITER HME.CON...L.L.C.
P.O. BOX 397

DAPHNE. AL 36526

| INSTRUCTIONS | | TERMS | |
|---|---|---|---|
| CHANGES 5-3-11 | | Net25th | |
| SHIP FROM | | SHIP VIA | SHIPPED |
| Mathes of Alabama-Daphne | | Our Truck | |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B/O | QTY. SHIPPED | QTY. U/M | UNIT PRICE | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|
| 33 | QUO6326-3-58 CHANDELIER 3LT MS NOOK | 1 | | | each | 137.91 | 137.91 |
| 34 | QUO3326-58 MINI PEND 1/100A  MS BAR | 2 | | | each | 48.63 | 97.26 |
| 36 | 3230-13-88 FL MT 2/60A19 CORSICAN GOLD FOYER | 1 | | | each | 64.92 | 64.92 |
| 37 | QUO78525-88 FAN 52" CHATEAUX CG LIVING ROOM | 1 | | | EA | 161.21 | 161.21 |
| 38 | 6-3688 FAN ROD 36 CORSICAN GOLD LIVING ROOM | 1 | | | each | 19.28 | 19.28 |
| 39 | 1230-888 LT KIT FLUSH W/2CFL LPS CORSICAN GOLD LIVING ROOM | 1 | | | each | 93.55 | 93.55 |
| 40 | 91525-92 FAN 52 SN FAMILY ROOM | 1 | | | each | 185.49 | 185.49 |
| 41 | 2326-192 LT KIT W/3CFL LAMPS LIVING ROOM | 1 | | | each | 73.39 | 73.39 |
| 44 | PROP3605-30 CEILING GLOBE ---MUST ORDER 12--- CLOSET UP | 1 | | | EA | 5.91 | 5.91 |
| 45 | WES04102 60A19/F 130V    *120 | 48 | | | EA | 0.37 | 17.76 |
| 46 | WES04103 75A19/F 130V    *120 | 16 | | | EA | 0.37 | 5.92 |
| 47 | CWD604-BOX PORC KL RECPT ATTIC | 3 | | | C | 193.85 | 5.82 |
| 49 | QUO16525-92 FAN CARNEGIE*MS    *Q2330 | 1 | | | EA | 118.21 | 118.21 |
| | Continued | | | | | | |

Continued

# QUOTE

**Mathes of Alabama**

1514 S. McKenzie
Foley, AL 36535
(251) 943-8551
Fax (251) 943-8554

1406 Hwy 98
Daphne, AL 36526
(251) 626-1908
Fax (251) 626-8110

| UP-VENDOR | QUOTE DATE | ORDER NO. |
|---|---|---|
| 000000 | 04/20/11 | 100814-00 |
| | PO NO. | PAGE |
| | BLAKLEY FORREST | 4 |

CUST.#: 1897

SHIP TO:
BLAKLEY FORREST
31945 BUTLER
GAIL 599-9404
SPANISH FORT, AL

CORRESPONDENCE TO:
Mathes of Alabama Electric Sup
P.O. Box 1208

Foley, AL 36536

BILL TO:
JOHN LASSITER HME.CON..L.L.C.
P.O. BOX 397

DAPHNE, AL 36526

| | TERMS |
|---|---|
| INSTRUCTIONS | Net25th |
| CHANGES 5-3-11 | SHIP VIA | SHIPPED |
| SHIP FROM | Our Truck | |
| Mathes of Alabama-Daphne | | |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|
| | MASTER BED | | | | EA | 12.83 | 12.83 |
| 50 | OU06-2492 DOWNROD 24" AS | 1 | | | EA | 32.92 | 32.92 |
| 51 | MASTER BED NIC10370E5 WRAP 1X4*ELECTRONIC 0185 | 1 | *6 | | each | 209.60 | 209.60 |
| 52 | LAUNDRY MLT71658Z/G CHANDELIER .5/100W | 1 | | | EA | 3.05 | 9.15 |
| 53 | DINING MLTG124 GLASS MED ALABASTER | 3 | | | EA | 20.89 | 41.78 |
| 54 | MASTER BED MLT721 SCONCE 1/60W*CLOSED TOP* ********6/CTN*********** | 2 | | | each | 103.76 | 311.28 |
| 55 | STAIRS OU077525-8344 FAN52"/LIGHTW/CFL INC UP BEDROOMS | 3 | | | | | |
| 46 | Lines Total | | | | | Total | 3033.75 |
| | | | Qty Shipped Total | 181 | | Taxes | 288.20 |
| | | | | | | Invoice Total | 3321.95 |

Last Page

# Pick Ticket

*Mathes of Alabama*

1514 S. McKenzie    1406 Hwy 98
Foley, AL 36535     Daphne, AL 36526
(251) 943-8551      (251) 626-1908
Fax (251) 943-8554  Fax (251) 626-8110

CUST #:        1897

| | TAKEN BY | ORDER # | |
|---|---|---|---|
| | MHJ | 100814-00 | |

| ORDER DATE | CUSTOMER PO # | PAGE |
|---|---|---|
| 06/08/11 | BLAKLEY FORREST | 5 |



BILL TO:  JOHN LASSITER HME.CON.,L.L.C.
P.O. BOX 397

DAPHNE, AL 36526

SHIP TO:  BLAKLEY FORREST/UP HWY225
LEFT ON BUTLER 31945 BUTLER

, AL

CORRESPONDENCE TO:  Mathes of Alabama Electric Sup
P.O. Box 1208

Foley, AL 36536

| SHIP POINT | INSTRUCTIONS | | |
|---|---|---|---|
| Mathes of Alabama-Daphne | GAIL 599-9404 | | |
| SHIP VIA | REQUEST DATE | PICKED | TERMS |
| Our Truck | 07/21/11 | 07/20/11 | Net25th |

| LINE NO. | PRODUCT AND DESCRIPTION | BIN LOCATION | QUANTITY ORDERED | QUANTITY B.O. | QTY SHIPPED | QTY. U/M | RECEIVED | NO. CARTONS | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|---|
| 57 | OFFICE QU02303-06 LIGHT KIT TURTLE WH#2330 OFFICE | MZ/06/B01/ | 1.00 | 0.00 | 1.00 | EA | | | |

| 42 | LINES TOTAL | # OF LINES NOT PRINTED | 0 | QTY. SHIPPED TOTAL | 180.00 | |
|---|---|---|---|---|---|---|

| PICKED BY | PACKED BY | CHECKD BY | CUBE | WEIGHT | FREIGHT CHARGE |
|---|---|---|---|---|---|
| | | | 0.00000 | 0.00000 | |

| RECEIVED BY | DATE RECEIVED |
|---|---|
| | |

Last Page



**Mathes of Alabama**

1514 S. McKenzie      1406 Hwy 98
Foley, AL 36535       Daphne, AL 36526
(251) 943-8551        (251) 626-1908
Fax (251) 943-8554   Fax (251) 626-8110

# ACKNOWLEDGEMENT

| UPC VENDOR | ACK Date | ORDER NO. |
|---|---|---|
| 000000 | 07/18/11 | 109519-00 |

| P.O. NO. | PAGE # |
|---|---|
| BLAKLEY FORREST | 1 |

CUST.#:          1897

SHIP TO:   JOHN LASSITER HME.CON.,L.L.C.
           P.O. BOX 397

           DAPHNE, AL 36526

CORRESPONDENCE TO:   Mathes of Alabama Electric Sup
                     P.O. Box 1208

                     Foley, AL 36536

BILL TO:   JOHN LASSITER HME.CON.,L.L.C.
           P.O. BOX 397

           DAPHNE, AL 36526

| INSTRUCTIONS | | TERMS |
|---|---|---|
| | | Net25th |
| SHIP POINT | SHIP VIA | SHIPPED |
| Mathes of Alabama-Daphne | Cust Pick Up | |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|
| 1 | REDDSS3WH DSS-3-WH RD 3H LAMP HOLD | 2 | 0 | 2 | C | 312.53 | 6.25 |
| 2 | REDDL80WH DL-80-WH LAMPHOLDER WHIT | 4 | 0 | 4 | C | 268.22 | 10.73 |
| 3 | WES36917 90PAR38/FL/H WESTNHSE*12 | 4 | 0 | 4 | EA | 3.58 | 14.32 |
| 3 | Lines Total | Qty Shipped Total | | 10 | | Total | 31.30 |
| | | | | | | Taxes | 2.97 |
| | | | | | | Invoice Total | 34.27 |

Last Page

*Mathes of Alabama*

1514 S. McKenzie    1406 Hwy 98
Foley, AL 36535    Daphne, AL 36526
(251) 943-8551    (251) 626-1908
Fax (251) 943-8554  Fax (251) 626-8110

# ACKNOWLEDGEMENT

| UPC VENDOR | ACK Date | ORDER NO. |
|---|---|---|
| 000000 | 07/14/11 | 109290-00 |
| P.O. NO. | | PAGE # |
| BLAKLEY FORREST | | 1 |

CUST.#:    1897

SHIP TO:   JOHN LASSITER HME.CON..L.L.C.
P.O. BOX 397

DAPHNE, AL 36526

CORRESPONDENCE TO:   Mathes of Alabama Electric Sup
P.O. Box 1208

Foley, AL 36536

BILL TO:   JOHN LASSITER HME.CON..L.L.C.
P.O. BOX 397

DAPHNE, AL 36526

| INSTRUCTIONS | | TERMS |
|---|---|---|
| | | Net25th |
| SHIP POINT | SHIP VIA | SHIPPED |
| Mathes of Alabama-Daphne | Cust Pick Up | 07/18/11 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. UM | UNIT PRICE | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|
| 1 | LIT301 TRIM 3" OPEN* | 8 | 0 | 8 | EA | 13.08 | 104.64 |
| 2 | WES36910 50PAR20/FL/H WESTNHSE*24 | 8 | 0 | 8 | EA | 3.60 | 28.80 |
| 3 | LTXWOD52WW5 FAN-ULWET-52/5 | 1 | 0 | 1 | EA | 83.88 | 83.88 |
| 4 | LTXELK1WW-W LIGHTKIT/SCHHSE/DAMP ##PL13INCLUDED## | 1 | 0 | 1 | each | 16.70 | 16.70 |
| 5 | ACC5183BK LANTERN WALL*1/100A*BLK | 2 | 0 | 2 | EA | 30.57 | 61.14 |
| 6 | QU07930-1-25 1LT CAST CEILING MNT-TG | 1 | 0 | 1 | each | 22.88 | 22.88 |
| 7 | WES04112 60A19 130V        *120 | 4 | 0 | 4 | EA | 0.42 | 1.68 |
| 7 | Lines Total | Qty Shipped Total | | 25 | | Total | 319.72 |
| | | | | | | Taxes | 30.37 |
| | | | | | | Invoice Total | 350.09 |

Last Page

# FERGUSON ENTERPRISES, INC.® a WOLSELEY company

FERGUSON ENTERPRISES #1608
25271 FRIENDSHIP ROAD
DAPHNE, AL 36526-0000

PH: 251-621-2147   FAX: 251-626-7020

S T O C K   S A L E S   O R D E R

ACCEPT B/O = N
SHOWROOM = N
SOURCE = SOE
IB FRI = N          0.00
08 SHP = N
18 JUL 2011 13:23:21

| WRITER | SALESMAN |
|--------|----------|
| EAK | CSJ |

OML CONTACT Eric Kennington

| ORDER NO. | CUSTOMER ALPHA | CONTRACT NO. | BID NO. | ORDER DATE | ORDERED BY |
|-----------|----------------|--------------|---------|------------|------------|
| 63995 | LASSITERJ | 1608 | | 07/18/11 | |

| CUSTOMER NO. | REQUIRED DATE | SHIP WHS. | SELL WHS. |
|--------------|---------------|-----------|-----------|
| 642 | 07/18/11 | 1608 | 1608 |

JOHN LASSITER HOME CONSTRUCTN
PO BOX 397
DAPHNE, AL 36526

CUST PH: 251-928-7042

CUSTOMER PICK UP
SH: 25271 FRIENDSHIP ROAD
IP: DAPHNE, AL 36526-0000

CPU COUNTER PICK-UP

| LINE | ORDER QTY. | SHIP QTY. | ITEM CODE | DESCRIPTION | UNIT PRICE | U/M | TOTAL |
|------|-----------|-----------|-----------|-------------|-----------|-----|-------|
| 1 | 1 | 1 | PF-WD354 | W&O PVC SCH40 L&T H/KIT BRS BODY GN | 45.00 | EA | 45.00 |

| SUBTOTAL | TAX | TOTAL DUE |
|----------|-----|-----------|
| 45.00 | 3.15 | 48.15 |

PO NO. L.4 lb
X05-B4

NO RETURNS ALLOWED WITHOUT PROPER AUTHORIZATION. RETURNED MATERIALS SUBJECT TO HANDLING CHARGES. SEE REVERSE SIDE FOR IMPORTANT TERMS AND CONDITIONS OF SALE AND LIMITATIONS OF WARRANTY.

TERMS:

# Mathes of Alabama

1514 S. McKenzie    1406 Hwy 98
Foley, AL 36535    Daphne, AL 36526
(251) 943-8551    (251) 626-1908
Fax (251) 943-8554   Fax (251) 626-8110

CUST.#:    1897

# Pick Ticket

| TAKEN BY | ORDER # |
|---|---|
| MHJ | 100814-00 |

| ORDER DATE | CUSTOMER PO # | PAGE |
|---|---|---|
| 06/08/11 | BLAKLEY FORREST | 1 |



BILL TO:    JOHN LASSITER HME.CON.,L.L.C.
P.O. BOX 397

DAPHNE, AL 36526

CORRESPONDENCE TO:    Mathes of Alabama Electric Sup
P.O. Box 1208

Foley, AL 36536

SHIP TO:    BLAKLEY FORREST/UP HWY225
LEFT ON BUTLER 31945 BUTLER

, AL

| SHIP POINT | | INSTRUCTIONS | |
|---|---|---|---|
| Mathes of Alabama-Daphne | | GAIL 599-9404 | |
| SHIP VIA | REQUEST DATE | PICKED | TERMS |
| Our Truck | 07/21/11 | 07/20/11 | Net25th |

| LINE NO. | PRODUCT AND DESCRIPTION | BIN LOCATION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | RECEIVED | NO. CARTONS | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|---|
| | ***************************************** | | | | | | | | |
| | ***************************************** | | | | | | | | |
| | CALL BILL TAYLOR IF HOUSE IS LOCKED  509-7213 | | | | | | | | |
| | ***************************************** | | | | | | | | |
| | ***************************************** | | | | | | | | |
| 2 | HALERT712TS | W1/14/A03/ | 12.00 | 0.00 | 12.00 | EA | _____ | | |
| | TRIM CONE WHITE | | | | | | | | |
| | 4/MST BED 4/KITCHEN 4/FAMILY ROOM | | | | | | | | |
| 3 | HAL170PS | W1/14/A01/ | 2.00 | 0.00 | 2.00 | EA | _____ | | |
| | TRIM WH SHOWER DAMP*0220 | | | | | | | | |
| 4 | NIC10370EB | W2/05/A01/ | 2.00 | 0.00 | 2.00 | EA | _____ | | |
| | WRAP 1X4*ELECTRONIC 0185 | MZ/09/A01/ | | | | | | | |
| | *6 | | | | | | | | |
| | GARAGE | | | | | | | | |
| 6 | LIT301 | W1/14/B01/ | 11.00 | 0.00 | 11.00 | EA | _____ | | |
| | TRIM 3" OPEN* | W1/14/B02/ | | | | | | | |
| 7 | WES04229 | W1/12/A01/ | 11.00 | 0.00 | 11.00 | each | _____ | | |
| | 45R20*130V | | | | | | | | |
| 8 | WES04165 | W1/12/B04/ | 12.00 | 0.00 | 12.00 | EA | _____ | | |
| | 65BR30FL/130V      $*144 | | | | | | | | |
| 9 | GEL60004 | W1/11/A04/ | 6.00 | 0.00 | 6.00 | EA | _____ | | |
| | F32T8/735/ECO | | | | | | | | |
| | #27249-2 | | | | | | | | |
| 10 | KID21006376 | W2/03/A  / | 8.00 | 0.00 | 8.00 | each | _____ | | |
| | 120V AC/DC SMOKE ALARM | W1/13/B04/ | | | | | | | |
| 11 | NUTBK125LWH | W1/13/A03/ | 1.00 | 0.00 | 1.00 | EA | _____ | | |
| | CHIME KIT*24      *0075 | | | | | | | | |
| | REPLACES CD125WHB | | | | | | | | |
| 14 | WES04101 | W1/12/A04/ | 2.00 | 0.00 | 2.00 | EA | _____ | | |
| | 40A19/F      *120 | | | | | | | | |
| 15 | DAYSTRIP117 | W2/01/FRT/ | 1.00 | 0.00 | 1.00 | EA | _____ | | |
| | N117-UNV-1/1-EB      T8 | | | | | | | | |

| LINES TOTAL | # OF LINES NOT PRINTED | QTY. SHIPPED TOTAL | |
|---|---|---|---|
| PICKED BY | PACKED BY | CHECKD BY | CUBE | WEIGHT | FREIGHT CHARGE |

| | RECEIVED BY | DATE RECEIVED |
|---|---|---|
| Continued | | |

# Pick Ticket

## Mathes of Alabama

1514 S. McKenzie    1406 Hwy 98
Foley, AL 36535    Daphne, AL 36526
(251) 943-8551    (251) 626-1908
Fax (251) 943-8554   Fax (251) 626-8110

CUST.#:    1897

| TAKEN BY | ORDER # |
|---|---|
| MHJ | 100814-00 |

| ORDER DATE | CUSTOMER PO # | PAGE |
|---|---|---|
| 06/08/11 | BLAKLEY FORREST | 2 |



BILL TO:  JOHN LASSITER HME.CON.,L.L.C.
P.O. BOX 397

DAPHNE, AL 36526

CORRESPONDENCE TO:  Mathes of Alabama Electric Sup
P.O. Box 1208

Foley, AL 36536

SHIP TO:  BLAKLEY FORREST/UP HWY225
LEFT ON BUTLER 31945 BUTLER

, AL

| SHIP POINT | | INSTRUCTIONS | |
|---|---|---|---|
| Mathes of Alabama-Daphne | | GAIL 599-9404 | |
| SHIP VIA | REQUEST DATE | PICKED | TERMS |
| Our Truck | 07/21/11 | 07/20/11 | Net25th |

| LINE NO. | PRODUCT AND DESCRIPTION | BIN LOCATION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY U/M | RECEIVED | NO. CARTONS | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|---|
| | PANTRY | | | | | | | | |
| 16 | GEL45743 | W1/11/A02/ | 1.00 | 0.00 | 1.00 | EA | | | |
| | F17T8/SP35/ECO | | | | | | | | |
| | #36808-4 | | | | | | | | |
| 17 | MLT414SN | | 2.00 | 0.00 | 2.00 | EA | | | |
| | VANITY 4LITE.....SN | | | | | | | | |
| | 1/MASTER BATH  1/ UP HALL BATH | | | | | | | | |
| 18 | MLT413SN | | 1.00 | 0.00 | 1.00 | EA | | | |
| | BRACKET 3LT SN | | | | | | | | |
| | BED BATH UP | | | | | | | | |
| 19 | MLT373SN | MZ/07/B01/ | 1.00 | 0.00 | 1.00 | EA | | | |
| | VANITY 26" 3LT SCROLL SN | SR/WA/  / | | | | | | | |
| | 1/2 BATH | | | | | | | | |
| 20 | MLT563SN | MZ/07/A01/ | 3.00 | 0.00 | 3.00 | EA | | | |
| | CEILING MT 13" 2LT SN | SR/CL/  / | | | | | | | |
| | 1/UNDER STAIRS 2/ UP BED CLOSET | | | | | | | | |
| 21 | MLT573SN | MZ/07/A01/ | 3.00 | 0.00 | 3.00 | EA | | | |
| | SEMI FLUSH 13" ALA GL SN | SR/CL/  / | | | | | | | |
| | 1/MST BATH  1/ UP BATH | /BED BATH UP | | | | | | | |
| 22 | MLT565SN | MZ/07/A01/ | 4.00 | 0.00 | 4.00 | EA | | | |
| | CEILING MT 15" 3LT SN | SR/CL/  / | | | | | | | |
| | 2/MASTER CLOSET  2/HALL UP | | | | | | | | |
| 25 | MLTG124 | MZ/02/B01/ | 3.00 | 0.00 | 3.00 | EA | | | |
| | GLASS MED ALABASTER | SR/FL/  / | | | | | | | |
| | OFFICE GLASS | | | | | | | | |
| 28 | 2303-8092 | Non Stock | 1.00 | 0.00 | 1.00 | each | | | |
| | LIGHT KIT FITTER SN | | | | | | | | |
| | W/3 CFL LAMPS | | | | | | | | |
| | MASTER BED | | | | | | | | |
| 29 | 3073-15-22 | Non Stock | 2.00 | 0.00 | 2.00 | each | | | |
| | FL MT 15" 3/60A19 | | | | | | | | |
| | HALL DOWN | | | | | | | | |

| LINES TOTAL | # OF LINES NOT PRINTED | | QTY. SHIPPED TOTAL | |
|---|---|---|---|---|
| PICKED BY | PACKED BY | CHECKD BY | CUBE | WEIGHT | FREIGHT CHARGE |

| RECEIVED BY | DATE RECEIVED |
|---|---|

Continued

# Pick Ticket

## *Mathes of Alabama*

1514 S. McKenzie    1406 Hwy 98
Foley, AL 36535    Daphne, AL 36526
(251) 943-8551    (251) 626-1908
Fax (251) 943-8554  Fax (251) 626-8110

CUST.#:    1897

| | TAKEN BY | ORDER # | |
|---|---|---|---|
| | MHJ | 100814-00 | |

| ORDER DATE | CUSTOMER PO # | PAGE |
|---|---|---|
| 06/08/11 | BLAKLEY FORREST | 3 |



BILL TO:   JOHN LASSITER HME.CON.,L.L.C.
P.O. BOX 397

DAPHNE, AL 36526

CORRESPONDENCE TO:   Mathes of Alabama Electric Sup
P.O. Box 1208

Foley, AL 36536

SHIP TO:   BLAKLEY FORREST/UP HWY225
LEFT ON BUTLER 31945 BUTLER

. AL

| SHIP POINT | | INSTRUCTIONS | |
|---|---|---|---|
| Mathes of Alabama-Daphne | | GAIL 599-9404 | |
| SHIP VIA | REQUEST DATE | PICKED | TERMS |
| Our Truck | 07/21/11 | 07/20/11 | Net25th |

| LINE NO. | PRODUCT AND DESCRIPTION | BIN LOCATION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | RECEIVED | NO. CARTONS | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|---|
| 33 | QU06326-3-58 CHANDELIER 3LT MS NOOK | W2/05/A01/ | 1.00 | 0.00 | 1.00 | each | | | |
| 34 | QU03326-58 MINI PEND 1/100A MS BAR | W2/05/A01/ | 2.00 | 0.00 | 2.00 | each | | | |
| 36 | 3230-13-88 FL MT 2/60A19 CORSICAN GOLD FOYER | Non Stock | 1.00 | 0.00 | 1.00 | each | | | |
| 37 | QU078525-88 FAN 52" CHATEAUX CG LIVING ROOM FRONT | | 1.00 | 0.00 | 1.00 | EA | | | |
| 38 | 6-3688 FAN ROD 36 CORSICAN GOLD LIVING ROOM | Non Stock | 1.00 | 0.00 | 1.00 | each | | | |
| 39 | 1230-888 LT KIT FLUSH W/2CFL LPS CORSICAN GOLD LIVING ROOM | Non Stock | 1.00 | 0.00 | 1.00 | each | | | |
| 40 | 91525-92 FAN 52 SN FAMILY ROOM | Non Stock | 1.00 | 0.00 | 1.00 | each | | | |
| 41 | 2326-192 LT KIT W/3CFL LAMPS FAMILY ROOM | Non Stock | 1.00 | 0.00 | 1.00 | each | | | |
| 44 | PROP3605-30 CEILING GLOBE --MUST ORDER 12-- CLOSET UP | MZ/06/A01/ | 1.00 | 0.00 | 1.00 | EA | | | |

| LINES TOTAL | # OF LINES NOT PRINTED | | QTY. SHIPPED TOTAL | | |
|---|---|---|---|---|---|
| PICKED BY | PACKED BY | CHECKD BY | CUBE | WEIGHT | FREIGHT CHARGE |

| RECEIVED BY | DATE RECEIVED |
|---|---|

Continued

# Pick Ticket

## Mathes of Alabama

1514 S. McKenzie    1406 Hwy 98
Foley, AL 36535    Daphne, AL 36526
(251) 943-8551    (251) 626-1908
Fax (251) 943-8554  Fax (251) 626-8110

CUST.#:     1897

| | TAKEN BY | ORDER # | |
|---|---|---|---|
| | MHJ | 100814-00 | |

| ORDER DATE | CUSTOMER PO # | PAGE |
|---|---|---|
| 06/08/11 | BLAKLEY FORREST | 4 |



BILL TO:  JOHN LASSITER HME.CON.,L.L.C.
P.O. BOX 397

DAPHNE, AL 36526

CORRESPONDENCE TO:  Mathes of Alabama Electric Sup
P.O. Box 1208

Foley, AL 36536

SHIP TO:  BLAKLEY FORREST/UP HWY225
LEFT ON BUTLER 31945 BUTLER

, AL

| SHIP POINT | | INSTRUCTIONS | |
|---|---|---|---|
| Mathes of Alabama-Daphne | | GAIL 599-9404 | |
| SHIP VIA | REQUEST DATE | PICKED | TERMS |
| Our Truck | 07/21/11 | 07/20/11 | Net25th |

| LINE NO. | PRODUCT AND DESCRIPTION | BIN LOCATION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | RECEIVED | NO. CARTONS | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|---|
| 45 | WES04102 | W1/12/A03/ | 48.00 | 0.00 | 48.00 | EA | _____ | | |
| | 60A19/F 130V        *120 | W1/12/A02/ | | | | | | | |
| 46 | WES04103 | W1/12/A01/ | 16.00 | 0.00 | 16.00 | EA | _____ | | |
| | 75A19/F 130V        *120 | | | | | | | | |
| 47 | CWD604-BOX | W1/03/A08/ | 3.00 | 0.00 | 3.00 | EA | _____ | | |
| | PORC KL RECPT | | | | | | | | |
| | ATTIC | | | | | | | | |
| 49 | QU016525-92 | W1/09/B04/ | 1.00 | 0.00 | 1.00 | EA | _____ | | |
| | FAN CARNEGIE*AS   *Q2330 | SR/CL/  / | | | | | | | |
| | MASTER BED | | | | | | | | |
| 50 | QU06-2492 | W1/07/A01/ | 1.00 | 0.00 | 1.00 | EA | _____ | | |
| | DOWNROD 24" AS | | | | | | | | |
| | MASTER BED | | | | | | | | |
| 51 | NIC10370EB | W2/05/A01/ | 1.00 | 0.00 | 1.00 | EA | _____ | | |
| | WRAP 1X4*ELECTRONIC 0185 | MZ/09/A01/ | | | | | | | |
| | *6 | | | | | | | | |
| | LAUNDRY | | | | | | | | |
| 52 | MLT7165BZ/G | SR/CH/  / | 1.00 | 0.00 | 1.00 | each | _____ | | |
| | CHANDELIER - 5/100M | | | | | | | | |
| | DINING | | | | | | | | |
| 53 | MLTG124 | MZ/02/B01/ | 3.00 | 0.00 | 3.00 | EA | _____ | | |
| | GLASS MED ALABASTER | SR/FL/  / | | | | | | | |
| | MASTER BED | | | | | | | | |
| 54 | MLT721 | MZ/07/A01/ | 2.00 | 0.00 | 2.00 | EA | _____ | | |
| | SCONCE 1/60M*CLOSED TOP* | SR/WA/  / | | | | | | | |
| | ********6/CTN*********** | | | | | | | | |
| | STAIRS | | | | | | | | |
| 55 | QU077525-8344 | W2/05/A01/ | 3.00 | 0.00 | 3.00 | each | _____ | | |
| | FAN52"/LIGHTW/CFLINC | | | | | | | | |
| | UP BEDROOMS | | | | | | | | |
| 56 | QU077425-6 | W1/09/B02/ | 1.00 | 0.00 | 1.00 | EA | _____ | | |
| | FAN BUILDER 42" WH | | | | | | | | |

| LINES TOTAL | # OF LINES NOT PRINTED | QTY. SHIPPED TOTAL | | |
|---|---|---|---|---|
| PICKED BY | PACKED BY | CHECKD BY | CUBE | WEIGHT | FREIGHT CHARGE |

Continued

| RECEIVED BY | DATE RECEIVED |
|---|---|
| | |

# *Mathes of Alabama*

1514 S. McKenzie    1406 Hwy 98
Foley, AL 36535    Daphne, AL 36526
(251) 943-8551    (251) 626-1908
Fax (251) 943-8554  Fax (251) 626-8110

**Pick Ticket**

| TAKEN BY | ORDER # |
|---|---|
| MHJ | 100814-00 |

| ORDER DATE | CUSTOMER PO # | PAGE |
|---|---|---|
| 06/08/11 | BLAKLEY FORREST | 5 |

CUST.#:    1897

BILL TO:  JOHN LASSITER HME.CON.,L.L.C.
P.O. BOX 397

DAPHNE, AL 36526

CORRESPONDENCE TO:   Mathes of Alabama Electric Sup
P.O. Box 1208

Foley, AL 36536

SHIP TO:  BLAKLEY FORREST/UP HWY225
LEFT ON BUTLER 31945 BUTLER

, AL

| SHIP POINT | | INSTRUCTIONS | |
|---|---|---|---|
| Mathes of Alabama-Daphne | | GAIL 599-9404 | |
| SHIP VIA | REQUEST DATE | PICKED | TERMS |
| Our Truck | 07/21/11 | 07/20/11 | Net25th |

| LINE NO. | PRODUCT AND DESCRIPTION | BIN LOCATION | QUANTITY ORDERED | QUANTITY B.O. | QTY SHIPPED | QTY U/M | RECEIVED | NO. CARTONS | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|---|
| 57 | OFFICE QUO2303-06 LIGHT KIT TURTLE WH#2330 OFFICE | MZ/06/B01/ | 1.00 | 0.00 | 1.00 | EA | | | |

| 42 | LINES TOTAL | # OF LINES NOT PRINTED | 0 | QTY. SHIPPED TOTAL | 180.00 |
|---|---|---|---|---|---|

| PICKED BY | PACKED BY | CHECKD BY | CUBE | WEIGHT | FREIGHT CHARGE |
|---|---|---|---|---|---|
| | | | 0.00000 | 0.00000 | |

| RECEIVED BY | DATE RECEIVED |
|---|---|
| | |

Last Page

# INVOICE

**Mathes of Alabama**

1514 S. McKenzie    1406 Hwy 98
Foley, AL 36535    Daphne, AL 36526
(251) 943-8551    (251) 626-1908
Fax (251) 943-8554   Fax (251) 626-8110

| UPC VENDOR | INVOICE Date | ORDER NO. |
|---|---|---|
| 000000 | 06/08/11 | 104930-00 |

| P.O. NO. | PAGE # |
|---|---|
| BLAKLEY FORREST | 1 |

CUST.#:   1897

SHIP TO:   JOHN LASSITER HME.CON.,L.L.C.
P.O. BOX 397

DAPHNE, AL 36526

CORRESPONDENCE TO:   Mathes of Alabama Electric Sup
P.O. Box 1208

Foley, AL 36536

BILL TO:   JOHN LASSITER HME.CON.,L.L.C.
P.O. BOX 397

DAPHNE, AL 36526

| INSTRUCTIONS | | TERMS |
|---|---|---|
| | | Net25th |

| SHIP Point | SHIP VIA | SHIPPED |
|---|---|---|
| Mathes of Alabama-Daphne | Cust Pick Up | 06/08/11 |

| Line NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY U/M | UNIT PRICE | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|
| 1 | HALH7ICATNB 7"IC/AIRTITE NO/BK *0025 | 14 | 0 | 14 | EA | 8.90 | 124.60 |
| 2 | LITL3 L3 LITHONIA 3" HOUSING | 11 | 0 | 11 | EA | 14.34 | 157.74 |
| 3 | NUT696N VENT FAN      *0005 | 2 | 0 | 2 | EA | 16.10 | 32.20 |
| 4 | NUT763RLN VENT LIGHT-50CFM* FORMALLY 663LN | 1 | 0 | 1 | EA | 46.99 | 46.99 |
| 4 | Lines Total | Qty Shipped Total | | 28 | | | |

|  | | |
|---|---|---|
| Total | | 361.53 |
| Taxes | | 34.35 |
| Invoice Total | | 395.88 |

Last Page

# Pick Ticket

*Mathes of Alabama*

1514 S. McKenzie   1406 Hwy 98
Foley, AL 36535   Daphne, AL 36526
(251) 943-8551   (251) 626-1908
Fax (251) 943-8554  Fax (251) 626-8110

*** WILL CALL ***

CUST.#:   1897

| TAKEN BY | ORDER # | |
|---|---|---|
| DBH | 104930-00 | |

| ORDER DATE | CUSTOMER PO # | PAGE |
|---|---|---|
| 05/31/11 | BLAKLEY FORREST | 1 |



BILL TO:  JOHN LASSITER HME.CON.,L.L.C.
P.O. BOX 397

DAPHNE, AL 36526

CORRESPONDENCE TO:  Mathes of Alabama Electric Sup
P.O. Box 1208

Foley, AL 36536

SHIP TO:

| SHIP POINT | | INSTRUCTIONS | |
|---|---|---|---|
| Mathes of Alabama-Daphne | | | |

| SHIP VIA | REQUEST DATE | PICKED | TERMS |
|---|---|---|---|
| Cust Pick Up | 06/08/11 | 06/08/11 | Net25th |

| LINE NO. | PRODUCT AND DESCRIPTION | BIN LOCATION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | RECEIVED | NO. CARTONS | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | HALH7ICATNB 7"IC/AIRTITE NO/BK *0025 | W1/15/B03/ W2/03/A / | 14.00 | 0.00 | 14.00 | EA | | | |
| 2 | LITL3 L3 LITHONIA 3" HOUSING | W1/14/B02/ | 11.00 | 0.00 | 11.00 | EA | | | |
| 3 | NUT696N VENT FAN *0005 | W1/13/A04/ W2/02/B01/ | 2.00 | 0.00 | 2.00 | EA | | | |
| 4 | NUT763RLN VENT LIGHT-50CFM* FORMALLY 663LN | W1/13/A03/ | 1.00 | 0.00 | 1.00 | EA | | | |

| 4 | LINES TOTAL | # OF LINES NOT PRINTED | 0 | QTY. SHIPPED TOTAL | 28.00 |
|---|---|---|---|---|---|

| PICKED BY | PACKED BY | CHECKD BY | CUBE | WEIGHT | FREIGHT CHARGE |
|---|---|---|---|---|---|
| | | | 0.00000 | 0.00000 | |

Last Page

| RECEIVED BY | DATE RECEIVED |
|---|---|
| | |

# INVOICE

*Mathes of Alabama*

| | |
|---|---|
| 1514 S. McKenzie | 1406 Hwy 98 |
| Foley, AL 36535 | Daphne, AL 36526 |
| (251) 943-8551 | (251) 626-1908 |
| Fax (251) 943-8554 | Fax (251) 626-8110 |

| UPC VENDOR | INVOICE Date | ORDER NO. |
|---|---|---|
| 000000 | 06/02/11 | 105234-00 |

| P.O. NO. | PAGE.# |
|---|---|
| WINSTON JOB | 1 |

CUST.#:  1897

SHIP TO:
JOHN LASSITER HME.CON.,L.L.C.
P.O. BOX 397

DAPHNE, AL 36526

CORRESPONDENCE TO:
Mathes of Alabama Electric Sup
P.O. Box 1208

Foley, AL 36536

BILL TO:
JOHN LASSITER HME.CON.,L.L.C.
P.O. BOX 397

DAPHNE, AL 36526

| INSTRUCTIONS | | TERMS |
|---|---|---|
| | | Net25th |

| SHIP Point | SHIP VIA | SHIPPED |
|---|---|---|
| Mathes of Alabama-Daphne | Cust Pick Up | 06/02/11 |

| Line NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|
| 1 | NUT696N | 1 | 0 | 1 | EA | 16.10 | 16.10 |
| | VENT FAN    *0005 | | | | | | |
| 1 | Lines Total | Qty Shipped Total | | 1 | | Total | 16.10 |
| | | | | | | Taxes | 1.52 |
| | | | | | | Invoice Total | 17.62 |

Last Page

# INVOICE

## Mathes of Alabama

| | |
|---|---|
| 1514 S. McKenzie | 1406 Hwy 98 |
| Foley, AL 36535 | Daphne, AL 36526 |
| (251) 943-8551 | (251) 626-1908 |
| Fax (251) 943-8554 | Fax (251) 626-8110 |

| UPC VENDOR | INVOICE Date | ORDER NO. |
|---|---|---|
| 000000 | 06/06/11 | 105479-00 |

| P.O. NO. | PAGE # |
|---|---|
| WINSTON | 1 |

CUST.#: 1897

SHIP TO:
JOHN LASSITER HME.CON.,L.L.C.
P.O. BOX 397

DAPHNE, AL 36526

CORRESPONDENCE TO:
Mathes of Alabama Electric Sup
P.O. Box 1208

Foley, AL 36536

BILL TO:
JOHN LASSITER HME.CON.,L.L.C.
P.O. BOX 397

DAPHNE, AL 36526

| INSTRUCTIONS | | TERMS |
|---|---|---|
| | | Net25th |

| SHIP Point | SHIP VIA | SHIPPED |
|---|---|---|
| Mathes of Alabama-Daphne | Cust Pick Up | 06/06/11 |

| Line NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|
| 1 | LITL3 L3 LITHONIA 3" HOUSING | 1 | 0 | 1 | EA | 14.34 | 14.34 |
| 2 | LITL3R REMODEL CAN 3 1/2" | 1 | 0 | 1 | EA | 22.07 | 22.07 |
| 2 | Lines Total | Qty Shipped Total | | 2 | | Total | 36.41 |
| | | | | | | Taxes | 3.46 |
| | | | | | | Invoice Total | 39.87 |

Last Page

# Mathes of Alabama

1514 S. McKenzie      1406 Hwy 98
Foley, AL 36535      Daphne, AL 36526
(251) 943-8551      (251) 626-1908
Fax (251) 943-8554  Fax (251) 626-8110

# INVOICE

| UPC VENDOR | INVOICE Date | ORDER NO. |
|---|---|---|
| 000000 | 07/27/11 | 110391-00 |
| | P.O. NO. | PAGE # |
| | BLAKLEY | 1 |

CUST.#:      1897

SHIP TO:   JOHN LASSITER HME.CON.,L.L.C.
P.O. BOX 397

DAPHNE, AL 36526

CORRESPONDENCE TO:   Mathes of Alabama Electric Sup
P.O. Box 1208

Foley, AL 36536

BILL TO:   JOHN LASSITER HME.CON.,L.L.C.
P.O. BOX 397

DAPHNE, AL 36526

| INSTRUCTIONS | | TERMS |
|---|---|---|
| | | Net25th |
| SHIP Point | SHIP VIA | SHIPPED |
| Mathes of Alabama-Daphne | Cust Pick Up | 07/27/11 |

| Line NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|
| 1 | MLT563SN CEILING MT 13" 2LT SN | 1 | 0 | 1 | EA | 15.31 | 15.31 |
| 2 | NIC10366EB UNDER COUNTER 24" LAMPED ******COOL WHITE******12 | 1 | 0 | 1 | EA | 31.63 | 31.63 |
| 3 | CORDRNG64W CORD 6FT 4W RANGE | 1 | 0 | 1 | EA | 21.43 | 21.43 |

| 3 | Lines Total | Qty Shipped Total | | 3 | | Total | 68.37 |
|---|---|---|---|---|---|---|---|
| | | | | | | Taxes | 6.49 |
| | | | | | | Invoice Total | 74.86 |

Last Page

# *Mathes of Alabama*

1514 S. McKenzie     1406 Hwy 98
Foley, AL 36535     Daphne, AL 36526
(251) 943-8551     (251) 626-1908
Fax (251) 943-8554  Fax (251) 626-8110

# INVOICE

| UPC VENDOR | INVOICE Date | ORDER NO. |
|---|---|---|
| 000000 | 07/29/11 | 110762-00 |

| P.O. NO. | PAGE # |
|---|---|
| WINSTON | 1 |

CUST.#:      1897

SHIP TO:   JOHN LASSITER HME.CON.,L.L.C.
P.O. BOX 397

DAPHNE, AL 36526

CORRESPONDENCE TO:   Mathes of Alabama Electric Sup
P.O. Box 1208

Foley, AL 36536

BILL TO:   JOHN LASSITER HME.CON.,L.L.C.
P.O. BOX 397

DAPHNE, AL 36526

| INSTRUCTIONS | | TERMS |
|---|---|---|
| | | Net25th |

| SHIP Point | SHIP VIA | SHIPPED |
|---|---|---|
| Mathes of Alabama-Daphne | Cust Pick Up | 07/29/11 |

| Line NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | UNIT PRICE | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|
| 1 | WES04165 | 1 | 0 | 1 | EA | 1.78 | 1.78 |
| | 65BR30FL/130V    $*144 | | | | | | |
| 2 | WES03687 | 3 | 0 | 3 | EA | 0.58 | 1.74 |
| | 60 CB FROST TORPEDO | | | | | | |
| 2 | Lines Total | Qty Shipped Total | | 4 | | Total | 3.52 |
| | | | | | | Taxes | 0.34 |
| | | | | | | Invoice Total | 3.86 |

Last Page

# *Mathes of Alabama*

1514 S. McKenzie      1406 Hwy 98
Foley, AL 36535      Daphne, AL 36526
(251) 943-8551      (251) 626-1908
Fax (251) 943-8554  Fax (251) 626-8110

# INVOICE

| UPC VENDOR | INVOICE Date | ORDER NO. |
|---|---|---|
| 000000 | 07/29/11 | 110736-00 |

| P.O. NO. | PAGE # |
|---|---|
| BLAKELY | 1 |

CUST.#:          1897

SHIP TO:   JOHN LASSITER HME.CON.,L.L.C.
P.O. BOX 397

DAPHNE, AL 36526

CORRESPONDENCE TO:   Mathes of Alabama Electric Sup
P.O. Box 1208

Foley, AL 36536

BILL TO:   JOHN LASSITER HME.CON.,L.L.C.
P.O. BOX 397

DAPHNE, AL 36526

| INSTRUCTIONS | | TERMS |
|---|---|---|
| 110391-00 | | Net25th |

| SHIP Point | SHIP VIA | SHIPPED |
|---|---|---|
| Mathes of Alabama-Daphne | | 07/29/11 |

| Line NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O | QTY. SHIPPED | QTY. U/M | UNIT PRICE | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|
| 1 | MLT563SN CEILING MT 13" 2LT SN | 1- | 0 | 1- | EA | 15.31 | 15.31 - |
| 1 | Lines Total | Qty Shipped Total | | 1- | | Total | 15.31- |
| | | | | | | Taxes | 1.45- |
| | | | | | | Invoice Total | 16.76- |

CREDIT - DO NOT PAY

Last Page

# *Mathes of Alabama*

1514 S. McKenzie    1406 Hwy 98
Foley, AL 36535    Daphne, AL 36526
(251) 943-8551    (251) 626-1908
Fax (251) 943-8554  Fax (251) 626-8110

**Pick Ticket**

| TAKEN BY | ORDER # |
|---|---|
| TAV | 110762-00 |

| ORDER DATE | CUSTOMER PO # | PAGE |
|---|---|---|
| 07/29/11 | WINSTON | 1 |

*** WILL CALL ***

CUST.#:    1897

BILL TO: JOHN LASSITER HME.CON..L.L.C.
P.O. BOX 397

DAPHNE, AL 36526

CORRESPONDENCE TO: Mathes of Alabama Electric Sup
P.O. Box 1208

Foley, AL 36536

SHIP TO:

| SHIP POINT | | INSTRUCTIONS |
|---|---|---|
| Mathes of Alabama-Daphne | | |

| SHIP VIA | REQUEST DATE | PICKED | TERMS |
|---|---|---|---|
| Cust Pick Up | 07/29/11 | 07/29/11 | Net25th |

| LINE NO. | PRODUCT AND DESCRIPTION | BIN LOCATION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | RECEIVED | NO. CARTONS | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | WES04165 65BR30FL/130V  $*144 | W1/12/B04/ | 1.00 | 0.00 | 1.00 | EA | | | |
| 2 | WES03687 60 CB FROST TORPEDO | W1/12/A04/ | 3.00 | 0.00 | 3.00 | EA | | | |

| 2 | LINES TOTAL | # OF LINES NOT PRINTED | 0 | QTY. SHIPPED TOTAL | 4.00 |
|---|---|---|---|---|---|

| PICKED BY | PACKED BY | CHECKD BY | CUBE | WEIGHT | FREIGHT CHARGE |
|---|---|---|---|---|---|
| | | | 0.00000 | 0.00000 | |

Last Page

| RECEIVED BY | DATE RECEIVED |
|---|---|
| | |

# *Mathes of Alabama*

**Pick Ticket**

1514 S. McKenzie    1406 Hwy 98
Foley, AL 36535    Daphne, AL 36526
(251) 943-8551    (251) 626-1908
Fax (251) 943-8554   Fax (251) 626-8110

\*\*\* WILL CALL \*\*\*

| TAKEN BY | ORDER # |
|---|---|
| CWJ | 105234-00 |

| ORDER DATE | CUSTOMER PO # | PAGE |
|---|---|---|
| 06/02/11 | WINSTON JOB | 1 |

CUST.#:    1897



BILL TO:    JOHN LASSITER HME.CON..L.L.C.
P.O. BOX 397

DAPHNE, AL 36526

CORRESPONDENCE TO:    Mathes of Alabama Electric Sup
P.O. Box 1208

Foley, AL 36536

SHIP TO:

| SHIP POINT | | INSTRUCTIONS |
|---|---|---|
| Mathes of Alabama-Daphne | | |

| SHIP VIA | REQUEST DATE | PICKED | TERMS |
|---|---|---|---|
| Cust Pick Up | 06/02/11 | 06/02/11 | Net25th |

| LINE NO. | PRODUCT AND DESCRIPTION | BIN LOCATION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | RECEIVED | NO. CARTONS | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | NUT696N<br>VENT FAN    *0005 | W1/13/A04/<br>W2/02/B01/ | 1.00 | 0.00 | 1.00 | EA | | | |

| 1 | LINES TOTAL | # OF LINES NOT PRINTED | 0 | QTY. SHIPPED TOTAL | | 1.00 | |
|---|---|---|---|---|---|---|---|

| PICKED BY | PACKED BY | CHECKD BY | CUBE | WEIGHT | FREIGHT CHARGE |
|---|---|---|---|---|---|
| | | | 0.00000 | 0.00000 | |

Last Page

| RECEIVED BY | DATE RECEIVED |
|---|---|
| | |

*Mathes of Alabama*

# Pick Ticket

1514 S. McKenzie    1406 Hwy 98
Foley, AL 36535      Daphne, AL 36526
(251) 943-8551      (251) 626-1908
Fax (251) 943-8554  Fax (251) 626-8110

| | TAKEN BY | ORDER # |
|---|---|---|
| | TAV | 105479-00 |

| ORDER DATE | CUSTOMER PO # | PAGE |
|---|---|---|
| 06/06/11 | WINSTON | 1 |

CUST.#:        1897

*** WILL CALL ***

BILL TO:   JOHN LASSITER HME.CON.,L.L.C.
P.O. BOX 397

DAPHNE, AL 36526

CORRESPONDENCE TO:   Mathes of Alabama Electric Sup
P.O. Box 1208

Foley, AL 36536

SHIP TO:

| SHIP POINT | | INSTRUCTIONS | |
|---|---|---|---|
| Mathes of Alabama-Daphne | | | |
| SHIP VIA | REQUEST DATE | PICKED | TERMS |
| Cust Pick Up | 06/06/11 | 06/06/11 | Net25th |

| LINE NO. | PRODUCT AND DESCRIPTION | BIN LOCATION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. U/M | RECEIVED | NO. CARTONS | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | LITL3 L3 LITHONIA 3" HOUSING | W1/14/B02/ | 1.00 | 0.00 | 1.00 | EA | | | |
| 2 | LITL3R REMODEL CAN 3 1/2" | W1/14/B02/ | 1.00 | 0.00 | 1.00 | EA | | | |

| 2 | LINES TOTAL | # OF LINES NOT PRINTED | 0 | QTY. SHIPPED TOTAL | | 2.00 | |
|---|---|---|---|---|---|---|---|
| PICKED BY | PACKED BY | CHECKD BY | CUBE | | WEIGHT | FREIGHT CHARGE | |
| | | | 0.00000 | | 0.00000 | | |

Last Page

| RECEIVED BY | DATE RECEIVED |
|---|---|
| | |

  

ALARMS
LOCK & KEY
AUDIO
MEDICAL

**1416 W 165 SERVICE ROAD S / MOBILE / ALABAMA / 36693**

**251-662-0500 • 850-438-8144 • 228-868-6339**
**TOLLFREE: 877-219-0664 • FAX: 251-662-5806**

## FACSIMILE TRANSMITTAL SHEET

| | | | |
|---|---|---|---|
| TO: John Lassiter | | FROM: Mark Moore | |
| COMPANY: John Lassiter Homes | | DATE: 5/31/11 | |
| FAX NUMBER: 928-7042 | | TOTAL NO. OF PAGES INCLUDING COVER: | |
| PHONE NUMBER: 463-0079 | | SENDER'S REFERENCE NUMBER: | |
| RE: | | YOUR REFERENCE NUMBER: | |

☐ URGENT ⊗ FOR REVIEW ☐ PLEASE COMMENT ☐ PLEASE REPLY ☐ PLEASE RECYCLE

NOTES/COMMENTS:

John,

Please let me know if you have any questions.
Thanks for the opportunity.

Best Regards,

Mark Moore

 

**1418 W I65 SERVICE RD S • MOBILE • ALABAMA • 36693 • (251) 662-0500**

May 31, 2011

John Lassiter Homes
John Lassiter
31945 Butler Drive
Spanish Fort, AL
Cell: 463-0079
Fax: 928-7042

**RE: BID PROPOSAL – SECURITY SYSTEM PROPOSAL**

I appreciate the opportunity to provide a proposal for your security needs. I have included a break-down below of the equipment we propose to install along with some material in regards to the equipment.

### Security System

| | |
|---|---|
| 1 | Pre-wire Charge |
| 1 | DSC Master Control Panel |
| 2 | DSC Digital Display Keypads |
| 3 | Exterior Door Contacts |
| 22 | Window Contacts |
| 1 | Interior Motion Sensor |
| 1 | Indoor Siren |
| 1 | Transformer (Power Supply) |
| 1 | Battery Back-up |
| 1 | Lawn Signs & Window Decals |

| **Total** | **$1,090.00** |
|---|---|

Pease feel free to contact me @ the above listed with any questions.

Best Regards,
Mark Moore
TSI Alarms



PowerSeries™ : Completely Secure



# PowerSeries: Advanced Security

- ▸ Protect family & property
- ▸ Save on insurance
- ▸ Increase real estate value

Imagine a security and fire alarm system that offers the most advanced protection for people and possessions. It can alert you when children return from school, distinguish pets from intruders, adjust lighting, heating and air conditioning, and minimize the chance of false alarms. Imagine a system that provides convenience, comfort and dynamic control. That's PowerSeries from DSC.

## advanced, award-winning technology

This year, last year and for decades, our digital security, fire alarm products and advanced internet communicators have won multiple awards at major security industry shows.

Our engineers created the first microprocessor-based control panels and set the industry standards for small elegant keypads and wireless devices.

We also achieved key engineering innovations in monitoring station technology. For many years DSC has been the brand of choice among security companies and homeowners in 140 countries worldwide.

## save on insurance & add value to your home

By adding a DSC security system to your home, not only will you have taken steps to protect your family and property, but you will also save between 5% and 20% on your annual insurance premium and will increase the value of your home on the housing market.



## legendary reliability & protection

Whether you need a traditional security system for burglary and fire, or a more sophisticated system that can transmit video images and send vital information via the internet, DSC has a reliable security solution for you.



## check on family or automate your home from afar

Need tighter control from outside your home or even from the other side of the globe? With our home automation features you are never far away.

If you want to control your alarm system from a wireless key, PDA, remote telephone or remote computer, you need DSC.

If you want to regularly check activity in your home and stay connected with your children, nannies, elderly relatives or intruders, you need DSC.

If you want to add controls for home entertainment, lighting, temperature, internet and a variety of other home systems, you need DSC.

## easy to understand, even easier to use

Our customers all over the world tell us that we have been successful because DSC systems are among the easiest for homeowners to understand and and use.

You can choose to protect your home with the push of a single button. You can even provide different codes for family members, visitors and trades people. Your DSC installer can teach the entire family to use the system in just a few minutes.

## stylish & unobtrusive

Designed for contemporary architecture, PowerSeries offers a variety of system controls that can blend into your surroundings or make a design statement on their own. Our newest PK series keypads (available with built-in wireless receivers) feature modern contoured styling, backlit ergonomic buttons and are arranged with universally recognized ICONs for quick action in an emergency.

Our smaller 5511 series keypads are ideal for economic installations or for use as a second keypad at the back door or in your garage.

For the ultimate in convenience and elegance, select our touchscreen model which simplifies arming, disarming and other everyday functions through the easy-to-use touchscreen display.





Apr 20 11 01:42p        Jane W Bunch                843-628-4851                    p.2

# Gulf Atlantic Insulation, Inc.
## PROPOSAL

DATE: _04-20-2011_

TO: _Lassiter Construction   251-928-7042 (f)_

ADDRESS: _____   JOB SITE: _31045 Butter Street_

DESCRIPTION:
We propose to furnish and install the following:

_R 13 exterior walls_

_R 38 blow attic_

YOUR TOTAL.................................$ _2400.00_
*30 Day Quote

Thank you for the opportunity to bid your project.
GULF ATLANTIC INSULATION, INC.

Accepted and Guaranteed by: _____

Date: _____

**This confidential information is not to be shared with any outside parties.**

**Post Office Box 1507 Gulf Breeze, Florida 32562 Tel: 850-525-4351 / Fax 850-308-1168**

# Gulf Atlantic Insulation, Inc.
## PROPOSAL

DATE: _05-31-2011_

TO: _Mr. John Lassiter_

ADDRESS: _251-928-7042_    JOB SITE: _31945 Butler Drive_
_Spanish Fort, AL_

DESCRIPTION:
We propose to furnish and install the following:

Add: _R11 soundproof between floors and powder room/office_

_____

_____

_____

_____

_____

_____

_____

YOUR TOTAL.................................................$ _490.00_
*30 Day Quote

Thank you for the opportunity to bid your project.
GULF ATLANTIC INSULATION, INC.

Accepted and Guaranteed by: _____

Date: _____

**This confidential information is not to be shared with any outside parties.**

**Post Office Box 1507 Gulf Breeze, Florida 32562 Tel: 850-525-4351 / Fax 850-308-1168**

# Gulf Atlantic Insulation, Inc

PO Box 1507
Gulf Breeze, FL 32562

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/7/2011 | 1015 |

| Bill To |
|---------|
| JOHN LASSITER<br>HOME CONSTRUCTION<br>PO bOX 397<br>DAPHNE, AL 36526 |

| | Terms | Project |
|---|-------|---------|
| BALDWIN | Due on receipt | 31945 BUTLER |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | R13 EXTERIOR WALLS / POLYCEL & BAFFLES / R30 VAULT / R11 BETWEEN FLOORS & SOME SOUND PROOF | | |
| | TOTAL | 1,790.00 | 1,790.00 |

Thank you for your business.

| | **Total** | $1,790.00 |
|---|-----------|-----------|

| Phone # | Fax # |
|---------|-------|
| 1-850-525-4351 | 1-850-308-1168 |

# Gulf Atlantic Insulation, Inc

PO Box 1507
Gulf Breeze, FL 32562

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/27/2011 | 1074 |

| Bill To |
|---------|
| JOHN LASSITER<br>HOME CONSTRUCTION<br>PO BOX 397<br>DAPHNE, AL 36526 |

| | Terms | Project |
|------|-------|---------|
| BALDWIN | Due on receipt | 31945 BUTLER |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | R38 BLOW ATTIC | | |
| | TOTAL | 1,100.00 | 1,100.00 |

Thank you for your business.

| | Total |
|------|-------|
| | $1,100.00 |

| Phone # | Fax # |
|---------|-------|
| 1-850-525-4351 | 1-850-308-1168 |

Aug 04 11 08:53a        Jane W Bunch                    843-628-4851                    p.1

# Gulf Atlantic Insulation, Inc

PO Box 1507
Gulf Breeze, FL 32562

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/2/2011 | 1089 |

| Bill To |
|---------|
| JOHN LASSITER<br>HOME CONSTRUCTION<br>PO BOX 397<br>DAPHNE, AL 36526 |

| | Terms | Project |
|------|-------|---------|
| BALDWIN | Due on receipt | 31945 BUTLER |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | (1) SET SINGLE BURNER NATURAL GAS LOG SET DROPPED OFF | | |
| | TOTAL | 340.00 | 340.00 |

Thank you for your business.

| | |
|---|---|
| **Total** | $340.00 |

| Phone # | Fax # |
|---------|-------|
| 1-850-525-4351 | 1-850-308-1168 |

928-7042

*TOTAL*
$ 3589,15

# South Alabama
## Brick Co., Inc.

**Keego Clay Products**
124 Hollywood Blvd.
Fl. Walton Beach FL 32548
one: (850) 664-2253
ax: (850) 664-2409

**Whatley Supply Co.**
230 Ross Clark Circle
P.O. Box 1789
Dothan AL 36302
Phone: (334) 794-4173
Fax: (334) 792-9725

**North Florida Brick**
480 West 11th Street
Panama City FL 32401
Phone: (850) 785-0586
Fax: (850) 785-0589

**Capital Brick Co.**
1410 Emory Falmer Blvd.
Montgomery AL 36110-3229 .
Phone: (334) 272-8121
Fax: (334) 272-8134

**WR Taylor**
17 Manresa Street
Pensacola FL 32502
hone: (850) 438-6163
Fax: (850) 462-6873

**Riley Stuart Supply Co.**
601 Western Drive
Mobile AL 36607
Phone: (251) 471-4361
Fax: (251) 471-4360

**PLEASE REMIT TO:**

RILEY STUART
POST OFFICE BOX 847
MOBILE, AL 36601

**DBA**

31945 BUTLER DRIVE
BLAKELEY FOREST

00000

| | | INVOICE NO. |
|---|---|---|
| 612099 | 6-09-2011 | 652947 |
| | 062 | 6-08-2011 |

**SOLD TO**

LASSITER. JOHN M. SR
LASSITER HOME CONST. LLC
P.O. BOX 397
DAPHNE          AL   36526

| | |
|---|---|
| 6201261 | |
| 652692 | 10TH |
| 60 | |

| PRODUCT NO. | QUANTITY ORDERED | SHIPPED | DESCRIPTION | PRICE | PER | AMOUNT |
|---|---|---|---|---|---|---|
| 35101 | 8448.00 | 8448.00 | MSF 1/2" 4X12 REG GYP 176 PCS | 188.000 | M | 1588.22 |
| 35120 | 320.00 | 320.00 | MSF 1/2" 4X8 XP GYPSUM 10 PCS | 312.000 | M | 99.84 |
| 85101 | 6480.00 | 6480.00 | MSF 1/2"X 54" X 12' GYP 120 PC | 225.000 | M | 1458.00 |
| 50902 | 3.00 | 3.00 | TP 30 HIGH DEF CHARCOAL | 29.670 | BN | 89.01 |
| 0 PCS 54" ON FIRST FLOOR | | | | | | |
| 5 PCS 4X12 ON FIRST FLOOR | | | | | | |
| 6 PCS XP ON FIRST FLOOR | | | | | | |
| 5 PCS 4X12 ON SECOND FLOOR | | | | | | |
| 4 PCS XP ON SECOND FLOOR | | | | | | |
| 6 PCS 4X12 IN GARAGE | | | | | | |

/ DESCRIPTION OF THE GOODS CONTAINED IN THIS AGREEMENT IS FOR THE SOLE PURPOSE OF IDENTIFYING THE GOODS. NO DESCRIPTION OF THE GOODS BEING SOLD HAS BEEN MADE PART THE BASIS OF THE BARGAIN OR HAS CREATED OR AMOUNTED TO AN EXPRESS WARRANTY THAT THE GOODS WOULD CONFORM TO ANY DESCRIPTION MADE BY THE SELLER. SELLER MAKES NO RRANTY OF MERCHANTABILITY WITH RESPECT TO THE GOODS BEING SOLD UNDER THIS CONTRACT. SELLER MAKES NO WARRANTY OF FITNESS FOR ANY PARTICULAR PURPOSE WHATSOEVER H RESPECT TO THE GOODS BEING SOLD. THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, WHICH EXTEND BEYOND THE DESCRIPTION ON THE FACE OF THIS AGREEMENT. SELLER DISCLAIM Y IMPLIED WARRANTY OF MERCHANTABILITY WITH REGARD TO THE GOODS DESCRIBED IN THIS AGREEMENT, AND BUYER AGREES THAT THE GOODS ARE SOLD "AS IS"

| CODE | JURISDICTION |
|---|---|
| 1 | ALABAMA |
| 11 | BALDWIN COUNTY |
| 731 | SPANISH FORT |

ALL BILLS ARE PAYABLE UPON RECEIPT AND DELINQUENT IF NOT PAID BY THE 10th OF THE MONTH FOLLOWING PURCHASE. A FINANCE CHARGE OF 1.5% PER MONTH (ANNUAL % RATE OF 18%) WILL BE CHARGED FROM ALL CHARGES FROM DATE OF PURCHASE ON ALL DELINQUENT ACCOUNTS. IF BUYER SHALL DEFAULT IN PAYMENT, AND SELLER SHALL TURN THIS ACCOUNT OVER TO AN ATTORNEY FOR COLLECTION, BUYER AGREES TO PAY ALL COSTS OF COLLECTION, INCLUDING REASONABLE ATTORNEY'S FEES.
All material shall be considered accepted after the Buyer or his Agent has had reasonable opportunity for inspection. Installed material constitutes total acceptance of the material by the Buyer or Consignee.

| | |
|---|---|
| GOODS PLUS | 3235.07 |
| STATE TAX | 129.40 |
| COUNTY TAX | 97.05 |
| CITY TAX | 48.53 |
| TOTAL | 3510.05 |

VED BY:

084419/06162011

CUSTOMER COPY

# Riley Stuart Supply Co.

Mobile, AL 36601
334-471-4361

6/16/2011

Date: _____

Loaded By: _____

Driver: _____

Time: _____

SHIP VIA: OUR TRUCK

ALAN

TERMS: 2% 10TH

| ORDER #: | SLM#: | CUST #: | CUST P/O #: | EL #: 00 |
| --- | --- | --- | --- | --- |
| 60-653043-00 | 062 | 612099 | 209597 | |

**ORD DATE:** 6/14/2011

SHIP DATE: 6/16/2011
PAGE: 1

**SOLD TO:**

LASSITER, JOHN M. SR
LASSITER HOME CONST. LLC
P.O. BOX 397
DAPHNE          AL
251/626-8319   36526-0000

**SHIP TO:**

31945 BUTLER DR
BLAKELEY FOREST

SPANISH FORT

00000-0000

MBR   IVBR
60    60

RILEY STUART SUPPLY CO

| ORD QTY | ITEM # / BIN / COLOR DESCRIPTION | SHP QTY | B/O QTY | U/M | UNIT PRICE | EXT PRICE |
| --- | --- | --- | --- | --- | --- | --- |
| 324 | 8185101 | 324 | | M | 220.000 | 73.87 |
| | 4 PCS 1/2x54x12 SHEETROCK | GYP 54 | | | | 72.49 |
| | PUT IN GARAGE | | | | | |

| | | |
| --- | --- | --- |
| MERCHANDISE | | 73.87 |
| ALABAMA | 2.95 | |
| BALDWIN COUNTY | 2oz | 0.00 |
| SPANISH FORT | 2IR | 1.11 |
| TOTAL AMOUNT DUE | 1 cn | 80.13 |

79.10

6 201935



# South Alabama Brick Co., Inc.

**DBA**

Capital Brick Co.
1410 Emory Folmer Blvd
Montgomery AL 36110-C
Phone: (334) 272-912
Fax: (334) 272-9104

Riley Stuart Supply
601 Western Drive
Mobile AL 36607
Phone: (251) 471-4556
Fax: (251) 471-4588

WR Taylor
17 Manresa Street
Pensacola FL 32502
Phone: (850) 432-6163
Fax: (850) 462-8873

Whatley Supply Co.
230 Ross Clark Circle
P.O. Box 1789
Dothan AL 36302
Brick Division (334) 794-4173
Phone: (334) 794-4173
Fax: (334) 792-9725

Keego Clay Products
124 Hollywood Blvd.
Ft Walton Beach FL 32548
Phone: (850) 664-2253
Fax: (850) 664-2469

North Florida Brick
480 West 11th Street
Panama City FL 32401
Phone: (850) 785-0588
Fax: (850) 785-0589

CUSTOMER

LASSITER, JOHN M. SR
LASSITER HOME CONST. LLC
P.O. BOX 397
DAPHNE, AL     36526-0000

| DATE | PAGE | ACCOUNT NO |
|---|---|---|
| 6-30-20 | 1 OF | 612099 |

| DATE | CODE | INVOICE NUMBER | CHARGES | PAYMENTS | BALANCE DU |
|---|---|---|---|---|---|
| 6-28-11 | CM | CM6491 | | 32.20 | 65. |
| 6-29-11 | INV | 653331 | 97.91 | | |

Paid
W/ Chk's Tom

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS OR OVER | AMOUNT |
|---|---|---|---|---|
| 65.71 | | | | 32. |
| | | | | 97. |
| | | | | 65. |

CUSTOMER

# South Alabama
## Brick Co., Inc.

**Keego Clay Products**
42 Miracle Strip Pkwy
Walton Beach FL 32548
Phone: (850) 664-2253
Fax: (850) 664-2409

**Whatley Supply Co.**
230 Ross Clark Circle
P.O. Box 1789
Dothan AL 36302
Phone: (334) 794-4173
Fax: (334) 792-9725

**North Florida Brick**
149 South Street
Panama City FL 32401
Phone: (850) 785-0588
Fax: (850) 785-0589

**Capital Brick Co.**
1410 Emory Folmer Blvd.
Montgomery AL 36110-3229
Phone: (334) 272-8121
Fax: (334) 272-8134

**WR Taylor**
101 W Alexa Drive
Pensacola FL 32502
Phone: (850) 432-6163
Fax: (850) 462-6873

**Riley Stuart Supply Co.**
601 Western Drive
Mobile AL 36607
Phone: (251) 471-4361
Fax: (251) 471-4360

**PLEASE REMIT TO:**

RILEY STUART
POST OFFICE BOX 847
MOBILE, AL 36601

**DBA**

| | |
|---|---|
| **S H I P T O** | 31945 BUTLER DRIVE<br>BLAKELEY FOREST<br>CUSTOMER RETURNED FOR<br>CREDIT                00000 |
| **S O L D T O** | LASSITER, JOHN M. SR<br>LASSITER HOME CONST. LLC<br>P.O. BOX 397<br>DAPHNE          AL   36526 |

| CUSTOMER NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|
| 612099 | 6-28-2011 | CM6491 |
| **DEL. TICKET NO.** | **SALESMAN NO.** | **DATE SHIPPED** |
| | 062 | 6-24-2011 |
| **JOB NO.** | **TRUCK NO.** | **DRIVER** |
| | 6201261 | |
| **P.O. NUMBER** | **OUR ORDER NO.** | **TERMS** |
| | 653323<br>60 | 2% 10TH |

| PRODUCT NO. | QUANTITY | | -DESCRIPTION- | PRICE | PER | AMOUNT |
|---|---|---|---|---|---|---|
| | ORDERED | SHIPPED | | | | |
| B050902 | 1.00 | 1.00 | TP 30 HIGH DEF CHARCOAL | 29.670 | BN | 29.67 |
| 120 PCS 54" ON FIRST FLOOR | | | | | | |
| 55 PCS 4X12 ON FIRST FLOOR | | | | | | |
| 6 PCS XP ON FIRST FLOOR | | | | | | |
| 85 PCS 4X12 ON SECOND FLOOR | | | | | | |
| 4 PCS XP ON SECOND FLOOR | | | | | | |
| 36 PCS 4X12 IN GARAGE | | | | | | |

ANY DESCRIPTION OF THE GOODS CONTAINED IN THIS AGREEMENT IS FOR THE SOLE PURPOSE OF IDENTIFYING THE GOODS. NO DESCRIPTION OF THE GOODS BEING SOLD HAS BEEN MADE PART OF THE BASIS OF THE BARGAIN OR HAS CREATED OR AMOUNTED TO AN EXPRESS WARRANTY THAT THE GOODS WOULD CONFORM TO ANY DESCRIPTION MADE BY THE SELLER. SELLER MAKES NO WARRANTY OF MERCHANTABILITY WITH RESPECT TO THE GOODS BEING SOLD UNDER THIS CONTRACT. SELLER MAKES NO WARRANTY OF FITNESS FOR ANY PARTICULAR PURPOSES WHATSOEVER WITH RESPECT TO THE GOODS BEING SOLD. THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, WHICH EXTEND BEYOND THE DESCRIPTION ON THE FACE OF THIS AGREEMENT. SELLER DISCLAIMS ANY IMPLIED WARRANTY OF MERCHANTABILITY WITH REGARD TO THE GOODS DESCRIBED IN THIS AGREEMENT, AND BUYER AGREES THAT THE GOODS ARE SOLD "AS IS"

| TAX CODE | JURISDICTION |
|---|---|
| 1 | ALABAMA |
| 11 | BALDWIN COUNTY |
| 731 | SPANISH FORT |

ALL BILLS ARE PAYABLE UPON RECEIPT AND DELINQUENT IF NOT PAID BY THE 10TH OF THE MONTH FOLLOWING PURCHASE. A FINANCE CHARGE OF 1 1/2% PER MONTH (ANNUAL % RATE OF 18%) WILL BE CHARGED ON ALL UNPAID BALANCES FROM DATE OF PURCHASE ON ALL DELINQUENT ACCOUNTS. IF BUYER SHALL DEFAULT IN PAYMENT, AND SELLER SHALL TURN THIS ACCOUNT OVER TO AN ATTORNEY FOR COLLECTION, BUYER AGREES TO PAY ALL COSTS OF COLLECTION, INCLUDING REASONABLE ATTORNEY'S FEES. All material shall be considered accepted after the Buyer or his Agent has had reasonable opportunity for inspection. Installed material constitutes total acceptance of the material by the Buyer or Consignee.

| SUB TOTALS | 29.67 |
|---|---|
| STATE TAX | 1.19 |
| COUNTY TAX | .89 |
| CITY TAX | .45 |
| TOTAL | 32.20 |

ECEIVED BY:

0

FORM #9005

150822 /06282011

**CUSTOMER COPY**

# South Alabama
## Brick Co., Inc.

**Keego Clay Products**
124 Holland Blvd.
Walton Beach FL 32546
Phone: (850) 664-2253
Fax: (850) 664-2409

**Whatley Supply Co.**
230 Ross Clark Circle
P.O. Box 1789
Dothan AL 36302
Phone: (334) 794-4173
Fax: (334) 792-9725

**North Florida Brick**
4601 10th Street
Panama City FL 32401
Phone: (850) 785-0588
Fax: (850) 785-0589

**Capital Brick Co.**
1410 Emory Folmer Blvd.
Montgomery AL 36110-3229
Phone: (334) 272-8121
Fax: (334) 272-8134

**WR Taylor**
5030 Mobile Hwy.
Pensacola FL 32502
Phone: (850) 432-6163
Phone: (850) 462-6873

**Riley Stuart Supply Co.**
601 Western Drive
Mobile AL 36607
Phone: (251) 471-4361
Fax: (251) 471-4360

**PLEASE REMIT TO**

RILEY STUART
POST OFFICE BOX 84
MOBILE, AL 36601

**DBA**

**SHIP TO:**
31945 BUTLER DRIVE
BLAKELY FOREST
FINISH UP
00000

**SOLD TO:**
LASSITER. JOHN M. SR
LASSITER HOME CONST. LLC
P.O. BOX 397
DAPHNE                 AL    36526

| CUSTOMER NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|
| 612099 | 6-29-2011 | 653331 |

| DEL TICKET NO. | SALESMAN NO. | DATE SHIPPED |
|---|---|---|
| | 062 | 6-10-2011 |

| JOB NO. | TRUCK NO. | DRIVER |
|---|---|---|
| | 6201356 | |

| P.O. NUMBER | OUR ORDER NO. | TERMS |
|---|---|---|
| 652913 | 60 | 2% 10TH |

| PRODUCT NO. | QUANTITY ORDERED | QUANTITY SHIPPED | -DESCRIPTION- | PRICE | PER | AMOUNT |
|---|---|---|---|---|---|---|
| 8135101 | 480.00 | 480.00 | MSF 1/2" 4X12 REG - 10 PCS | 188.000 | M | 90.2 |

ANY DESCRIPTION OF THE GOODS CONTAINED IN THIS AGREEMENT IS FOR THE SOLE PURPOSE OF IDENTIFYING THE GOODS. NO DESCRIPTION OF THE GOODS BEING SOLD HAS BEEN MADE PAR OF THE BASIS OF THE BARGAIN OR HAS CREATED OR AMOUNTED TO AN EXPRESS WARRANTY THAT THE GOODS WOULD CONFORM TO ANY DESCRIPTION MADE BY THE SELLER. SELLER MAKES N WARRANTY OF MERCHANTABILITY WITH RESPECT TO THE GOODS BEING SOLD UNDER THIS CONTRACT. SELLER MAKES NO WARRANTY OF FITNESS FOR ANY PARTICULAR PURPOSES WHATSOEVE WITH RESPECT TO THE GOODS BEING SOLD. THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, WHICH EXTEND BEYOND THE DESCRIPTION ON THE FACE OF THIS AGREEMENT. SELLER DISCLAIM ANY IMPLIED WARRANTY OF MERCHANTABILITY WITH REGARD TO THE GOODS DESCRIBED IN THIS AGREEMENT, AND BUYER AGREES THAT THE GOODS ARE SOLD "AS IS

| TAX CODE | JURISDICTION |
|---|---|
| 1 | ALABAMA |
| 11 | BALDWIN COUNTY |
| 731 | SPANISH FORT |

RECEIVED BY:

9

FORM #9005

ALL BILLS ARE PAYABLE UPON RECEIPT AND DELINQUENT IF NOT PAID BY THE 10TH OF THE MONTH FOLLOWING PURCHASE. A FINANCE CHARGE OF 1 1/2% PER MONTH (ANNUAL % RATE OF 18%) WILL BE CHARGED ON ALL UNPAID BALANCES FROM DATE OF PURCHASE ON ALL DELINQUENT ACCOUNTS. IF BUYER SHALL DEFAULT IN PAYMENT, AND SELLER SHALL TURN THIS ACCOUNT OVER TO AN ATTORNEY FOR COLLECTION, BUYER AGREES TO PAY ALL COSTS OF COLLECTION, INCLUDING REASONABLE ATTORNEY'S FEES. All material shall be considered accepted after the Buyer or his Agent has had reasonable opportunity for inspection. Installed material constitutes total acceptance of the material by the Buyer or Consignee.

DEDUCT    1.80
IF PAID BY:  7-10-2011
143351/06292011

| SUB TOTALS | 90.2 |
|---|---|
| STATE TAX | 3.6 |
| COUNTY TAX | 2.7 |
| CITY TAX | 1.35 |
| TOTAL | 97.9 |

**CUSTOMER COPY**

Case 2:09-md-02047-EEF-MBN   Document 18130-7   Filed 11/17/14   Page 74 of 179

# RILEY-STUART
## Supply Co.

### Building Materials

P.O. BOX 847 - MOBILE, ALABAMA 36601 - PHONE 251/471-4361

WESTERN DRIVE OFF MOFFAT RD.

SHIP TO:

SHIP TO:

CREDIT MEMO - F.C.

## CREDIT MEMORANDUM

*Thank You*

YOUR GOOD WILL
IS OUR BEST ASSET

ANY RETURN OF MERCHANDISE IS SUBJECT TO OUR APPROVAL AND NO RETURNS CAN BE AUTHORIZED AFTER 30 DAYS OF PURCHASE. PAST DUE ACCOUNTS ARE SUBJECT TO 1½% SERVICE CHARGE PER MONTH, 60 DAYS AFTER DUE DATE.

5/85

| ORDERED | INVOICE NO. | SHIPPED | ORDER NO. | JOB | DESCRIPTION | TERMS | DATE OF ORDER | QUANTITY | INVOICE DATE | PRICE | SALESMAN | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Case 2:09-md-02047-EEF-MBN Document 18180-3 Filed 11/17/14 Page 75 of 179

**Riley**
**Stuart**
**Supply Co.**

MATERIAL ESTIMATE

MOBILE, AL 36607
PHONE: (251) 471-4361
FAX: (251) 471-4360

Date 4-18-11

Company Name John Carrtor

Job Name or No. _____

Address 31945 Button Dr

Job Location Blakley Forrest

Address _____

Telephone _____
Office          Home or Job Site

| QUANTITY | MATERIAL DESCRIPTION | UNIT COST | | TOTAL COST | |
|---|---|---|---|---|---|
| 120 | 1/2 x 54" x 12 Sheetrock 1st Floor | 205 | 00 | 1328 | 40 |
| 55 | 1/2 x 4 x 12 Sheetrock 1st Floor | 185 | 00 | 488 | 40 |
| 85 | 1/2 x 4 x 12 Sheetrock - 2nd Floor | 185 | 00 | 754 | 80 |
| 36 | 1/2 x 4 x 12 Sheetrock - Garage | 185 | 00 | 319 | 60 |
| 10 | 1/2 x 4 x 8 XP Sheetrock | 312 | 00 | 99 | 84 |
| | | | | 2991 | 12 |
| | | 9.5% | | 284 | 16 |
| | | | | 3275 | 28 |
| | | | | | |
| | | | | | |
| | 176 - 1/2 x 4 x 12 | | | | |
| | 120 - 54" | | | | |
| | 10 - XP | | | | |

IMPORTANT NOTES

SUB TOTAL

THIS IS AN ESTIMATE ONLY.
WE ASSUME NO RESPONSIBILITY FOR EXACT QUANTITY OF MATERIAL ORDERED.
MATERIAL ESTIMATES ARE GOOD FOR 30 DAYS AND ARE SUBJECT TO MATERIAL AVAILABILITY.
ALL DELIVERED PRICES ARE FOR STREET CURB DELIVERY. WE WILL ASSUME NO RESPONSIBILITY FOR ANY DAMAGE WHERE DELIVERY IS MADE INSIDE OF THE CURB.

| COUNTY TAX | |
| CITY TAX | |
| STATE TAX | |

TOTAL ⟶

# INVOICE

**SOLD TO** Thon Lassiter Con

**ADDRESS**

**CITY, STATE, ZIP** Spanish fort Al

**CUSTOMER ORDER NO.** Hang & finish

**ORDERED** Drywall

Make Checks To: Rickey Gran
ADDRESS: PO Box 65  #232 4713
CITY, STATE, ZIP: Daphne AL 36626

**DATE** 6-15-11

| SHIPPED | DESCRIPTION | TERMS | F.O.B. | PRICE | UNIT | AMOUNT |
|---------|-------------|-------|--------|-------|------|--------|
| | Sheet Rock Count | Subwork | | | | |
| | 118 x 54 x 46¢ | | | $ 2931.12 | | |
| | 186 x 48 x 46¢ | | | $ 4106.88 | | |
| | 10 x 32 x 46¢ | | | $ 147.20 | | |
| | Add 6 65" x 46 $ 79.10 | | | | | |
| | TOTAL = | | $ 7264.30 | | | |
| | Draw for 50% | | = 3632.15 | | | |
| | | | 3632.15 | | | |

A-5840 T-467(3)(46/21)

**191127**

Rickey Gray   23d 4713

## ORDER INFO

| Field | Value |
|---|---|
| customer's order no | |
| name | Then Lassiter Cou |
| address | |
| city, state, zip | |
| sold by | |
| date | 4-17-11 |

cash ☐   charge ☐
c.o.d. ☐   on acct. ☐

shipping information: B.D   Have $ fin. sz. Dig wall

| quantity | description | price | amount |
|---|---|---|---|
| 1 | | | |
| 2 | | ½ | |
| 3 | 186 x 48 x 46 d | 300.60 | |
| 4 | 155 x 54 x 46.5 | 3880.20 | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | TOTAL $ 7051.80 | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |

received by

keep this slip for reference

a Jams

DC5808UV

# INVOICE

| SOLD TO | Then LASSiter con. | SHIP TO | MAKE ClecKS to: RicKy GRA) |
|---|---|---|---|
| ADDRESS | | ADDRESS | |
| CITY, STATE, ZIP | Spuish Fort | CITY, STATE, ZIP | |

| CUSTOMER ORDER NO. | SOLD BY | TERMS | F.O.B. | DATE |
|---|---|---|---|---|
| Hang & Finish | Sleetrock | Subwork | | 6-22-11 |

| ORDERED | SHIPPED | DESCRIPTION | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|---|
| | | 124 X 54 | | | |
| | | 186 X 48 | | | |
| | | 10 X 32 | | | |
| | | | | | |
| | | TOTAL  $3,800.00 | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

A-5840 T-46706/46721

# STATEMENT

No. 538186

TO John Lassiter Home Construction

ADDRESS

IN ACCOUNT WITH Theo Luker
Trim Contractor

DATE 5/04/11

TERMS

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Remove - Interior Doors - Trim | | | | | | | | | | | | $1,200.00 | PAID |

# STATEMENT

538196

**DATE** 8/01/2011

**TERMS**

TO John Lassiter Home Construction

ADDRESS

IN ACCOUNT WITH Theo Luker
Trim Contractor

| Interior Trim | | | | $1,100.00 |
|---|---|---|---|---|
| Lock out/ set Bath | | | | |
| Accessories And | | | | |
| Complete Trim Structure | | | | |

Adams DC5812



(Millwork)
**FORD LUMBER & MILLWORK CO, INC**
P.O. Box 689
Semmes, AL  36575
251.649.3215



# QUOTE

**1104-210368**       PAGE 1 OF 1

| SOLD TO | JOB ADDRESS |
|---|---|
| JOHN M. LASSITER, SR.<br>P.O. BOX 397<br>DAPHNE  AL  36526 | BLAKELY FOREST<br>31945 BUTLER DRIVE<br>SPANISH FORT  AL  36527<br>251-463-0079 |

| ACCOUNT | JOB |
|---|---|
| LA1000 | 0 |
| CREATED ON | 04/19/2011 |
| EXPIRES ON | 06/30/2011 |
| BRANCH | 1000 |
| CUSTOMER PO# | |
| STATION | T04 |
| CASHIER | CJ1 |
| SALESPERSON | DEX |
| ORDER ENTRY | CJ1 |
| MODIFIED BY | |

THANKS FOR YOUR BUSINESS!
(FEIN: 63-1099765)

| Item | Description | Quantity | U/M | Price | Per | Amount |
|---|---|---|---|---|---|---|
| 4FJP5180 | 5180 BASE DELUXE COLONIAL 5-1/4 9/16<br>1st FLOOR BASE | 480 | LF | 0.7900 | LF | 379.20 |
| 4FJP620 | BASE 620 PRIMED 9/16X4-1/4<br>2nd FLOOR BASE | 384 | LF | 0.6500 | LF | 249.60 |
| 4RADP1416 | 1X4 FJP RADIATA PRIMED<br>GARAGE BASE | 80 | LF | 0.6800 | LF | 54.40 |
| 4FJP1021 | WINDOW STOOL 1021 PRIMED 5 1/4<br>11/16X5-1/4X16 | 88 | LF | 0.8900 | LF | 78.32 |
| 4FJR351 | CASING 351 FJR 3" | 1,598 | LF | 0.4800 | LF | 767.04 |
| 4FJP47 | CROWN 47 PRIMED 9/16X4-5/8<br>1ST & 2ND FLOOR CROWN | 1,088 | LF | 0.7800 | LF | 848.64 |
| 4FJP163 | BASE CAP 163 PRIMED 11/16 X<br>1-3/8X16 | 832 | LF | 0.3200 | LF | 266.24 |
| 4FJP300 | CHAIR RAIL 300 FJP 3" | 128 | LF | 1.3500 | LF | 172.80 |
| 4FJP504 | CHAIR BACKER PR #504 5 1/4" | 128 | LF | 1.1167 | LF | 142.94 |
| 4FJP129 | BASE SHOE 129 PRIMED<br>7/16X11/16X16 | 192 | LF | 0.1900 | LF | 36.48 |
| 4RADP11220 | 1X12X20 PRIME RADIATA<br>SKIRTBOARD | 2 | PC | 47.0000 | PC | 94.00 |
| 1L20610 | 2X6-10' STD & BTR LODGEPOLE<br>GOALPOST | 5 | PC | 4.5380 | PC | 22.69 |
| 1L20614 | 2X6-14' STD & BTR LODGEPOLE<br>GOALPOST | 1 | PC | 6.4347 | PC | 6.43 |

| | | |
|---|---|---|
| This is an estimate only, not guaranteed to complete any specific job. Compliance with building codes and plan specifications is the responsibility of customer, not Ford Lumber. The above pricing is subject to change. Any errors are subject to correction. | Subtotal | 3,118.78 |
| | ALSF 8.50% Sales Tax | 265.10 |
| | Total | 3,383.88 |

_____

Signature

# FORD LUMBER

**(Baldwin)**
FORD LUMBER & MILLWORK CO, INC
P.O. Box 689
Semmes, AL  36575
251.649.3215
Fax: 251.649.3268

**DISPATCH COPY**



**ORDER**

**1104-R12661**          PAGE  1  OF  1

| SOLD TO | SHIP TO |
|---|---|
| JOHN M. LASSITER, SR.<br>P.O. BOX 397<br>DAPHNE  AL  36526 | 31945 BUTLER DR<br>BLACKLY FOREST<br>SPANISH FORT  AL  36526<br>251-626-8319 |

THANKS FOR YOUR BUSINESS!
(FEIN:63-1099765)



| ACCOUNT | JOB |
|---|---|
| LA1000 | 0 |
| ORDERED ON | 4/27/2011 1:33:42 PM |
| DELIVER ON | 04/28/2011 |
| BRANCH | 4000 |
| CUSTOMER PO# | |
| STATION | R10 |
| CASHIER | MIC |
| SALESPERSON | DEX |
| ORDER ENTRY | MIC |
| MODIFIED BY | MIC |

| Yard | Quantity | Remain | U/M | Item | Description | Location | Notes |
|---|---|---|---|---|---|---|---|
| Y | 22 | 22 | EA | 2XWB12 | 7/16" OSB 4'X8' | | |
| Y | 2 | 2 | EA | 3917242 | RED ROSIN PAPER 432 SQ FT 36" | | |
| Y | 4 | 4 | RLL | 8372609 | TAPE MASK BLUE SAFE 1.5X60YD | | |

| Stager | Loader | Driver | Truck | Load | | |
|---|---|---|---|---|---|---|
| | | | | 0.0000 | | |

Receiver:

Received in Good Condition



**(Mobile)**
**FORD LUMBER & MILLWORK CO, INC**
P.O. Box 689
Semmes, AL  36575
251.649.3215
Fax: 251.649.3268

**STATEMENT**



1106-399287  Pg 1  Of  1
Date  05/31/11   Acct:  LA1000
**Statement Summary**

JOHN M. LASSITER, SR.
P.O. BOX 397
DAPHNE  AL  36526

| | |
|---|---|
| Total | 22.45 |
| Credits | 0.00 |
| Pay By 06/10/11 | 22.45 |

TOTAL PAID   *22.45*

| Job | Name | Balance Due | Amount Paid |
|---|---|---|---|
| 0 | JOHN M. LASSITER, SR. | 22.45 | |
| 4008 | OLD GOV ST | 0.00 | |
| 4009 | HEDGE JOB | 0.00 | |

"The best remedy for a short temper is a long walk."

Please remit to:

Ford Lumber & Millwork Co., Inc.
P.O. Box 689
Semmes, AL 36575

| | |
|---|---|
| **Current** | 22.45 |
| **Past Due** | |
| 30-Day | 0.00 |
| 60-Day | 0.00 |
| 90-Day | 0.00 |
| > 90 | 0.00 |
| **Finance Chrg** | 0.00 |
| **Credits** | 0.00 |
| **Balance** | 22.45 |

To ensure each job is properly credited, please return this entire page with your payments for each job indicated in the space provided.



**(Mobile)**
**FORD LUMBER & MILLWORK CO, INC**
P.O. Box 689
Semmes, AL  36575
251.649.3215
Fax: 251.649.3268

### STATEMENT



1106-399288  Pg 1  Of  1
Date  05/31/11    Acct:  LA1000
Job # - 0 JOHN M. LASSITER, SR.
P.O. BOX 397

JOHN M. LASSITER, SR.
P.O. BOX 397
DAPHNE AL  36526

Pay By 06/10/11                    22.45

TOTAL PAID

| Date | Transaction | Document # | Reference | Amount | Balance |
|------|-------------|-----------|-----------|--------|---------|
| 05/04/11 | Invoice | 1105-214598 | | 22.45 | 22.45 |
| 05/09/11 | Payment | 1105-396469 | Check# 1004 | -228.46 | |
| 05/09/11 | Payment | 1105-396469 | Check# 1858 | -209.21 | |

"The best remedy for a short temper is a long walk."

Please remit to:

Ford Lumber & Millwork Co., Inc.
P.O. Box 689
Semmes, AL 36575

| | | |
|---|---|---|
| **Current** | **22.45** | Account: LA1000 |
| **Past Due** | | JOHN M. LASSITER, SR. |
| **30-Day** | 0.00 | P.O. BOX 397 |
| **60-Day** | 0.00 | DAPHNE  AL  36526 |
| **90-Day** | 0.00 | Job # - 0 JOHN M. |
| **> 90** | 0.00 | LASSITER, SR. |
| **Finance Chrg** | 0.00 | P.O. BOX 397 |
| **Balance** | **22.45** | |

# FORD LUMBER

EST. 1907

(Baldwin)
**FORD LUMBER & MILLWORK CO., INC.**
P.O. Box 689
Semines, AL 36575
251.649.3215
Fax: 251.649.3268

**CUSTOMER COPY**

**INVOICE**
1105-214598

| ACCOUNT | LA1060 | JOB | |
|---|---|---|---|
| | 0 | PAGE: 1 OF 1 | |

| SOLD ON | 5/4/2011 3:11:48 PM |
|---|---|
| UP-LIVER ON | |
| BRANCH | 4000 |

**CUSTOMER PO#**

| STATION | | R05 | VOL |
|---|---|---|---|
| CASHIER | | VOL | |
| SALESPERSON | | DSX | VOL |
| ORDER ENTRY | | VOL | |

**SOLD TO**

JOHN M LASSITER, SR
P.O. BOX 397
DAPHNE, AL 36526

**JOB ADDRESS**

3194 S BUTLER DR
BLAKELY FOREST

251-626-8319

THANKS FOR YOUR BUSINESS!

| Quantity | UM | Item | Description | D | T | Price | Per | Amount |
|---|---|---|---|---|---|---|---|---|
| 2 | EA | 3917242 | Order: 1105-R14536 RED ROSIN PAPER 432 SQ FT 36" | Y | | 10.4900 | EA | 20.98 |

| | |
|---|---|
| SubTotal | 20.98 |
| ALBA 7.00% Sales Tax | 1.47 |
| Deposit | |
| **Please Pay This Amount** | **22.45** |

**Payment Method(s)**

| Charge to Acct | 22.45 |
|---|---|

All sales are governed by Ford Lumber's "Sales Terms" incorporated herein by reference, a copy of which is available upon request and at www.fordlumbersupply.com. Payment terms are "Net 10th". A 1.5% monthly finance charge applies to any unpaid balance.

Signature _____



**(Mobile)**
**FORD LUMBER & MILLWORK CO, INC**
P.O. Box 689
Semmes, AL 36575
251.649.3215
Fax: 251.649.3268

## STATEMENT



1107-403524  Pg 1  Of 1
Date 06/30/11    Acct: LA1000
Job # - 4010 BLAKELY FOREST
31945 BUTLER DRIVE

JOHN M. LASSITER, SR.
P.O. BOX 397
DAPHNE AL 36526

| | |
|---|---|
| Pay By 07/10/11 | 2,166.59 |
| **TOTAL PAID** | |

| Date | Transaction | Document # | Reference | Amount | Balance |
|---|---|---|---|---|---|
| 06/27/11 | Invoice | 1106-227654 | | 42.12 | 42.12 |
| 06/28/11 | Invoice | 1106-228057 | | 2,066.26 | 2,066.26 |
| 06/30/11 | Invoice | 1106-228642 | | 58.21 | 58.21 |



Success is getting what you want.
Happiness is liking what you get.

| | | |
|---|---|---|
| **Current** | **2,166.59** | |
| **Past Due** | | |
| **30-Day** | 0.00 | |
| **60-Day** | 0.00 | |
| **90-Day** | 0.00 | |
| **> 90** | 0.00 | |
| **Finance Chrg** | 0.00 | |
| **Balance** | **2,166.59** | |

Account: LA1000
JOHN M. LASSITER, SR.
P.O. BOX 397
DAPHNE AL 36526

Job # - 4010 BLAKELY
FOREST
31945 BUTLER DRIVE

Please remit to:

Ford Lumber & Millwork Co., Inc.
P.O. Box 689
Semmes, AL 36575



**(Mobile)**
**FORD LUMBER & MILLWORK CO, INC**
P.O. Box 689
Semmes, AL 36575
251.649.3215
Fax: 251.649.3268

### STATEMENT

1107-403521   Pg 1   Of 1
Date 06/30/11   Acct: LA1000
**Statement Summary**

JOHN M. LASSITER, SR.
P.O. BOX 397
DAPHNE AL 36526

| | |
|---|---|
| Total | 3,436.75 |
| Credits | 0.00 |
| Pay By 07/10/11 | 3,436.75 |
| **TOTAL PAID** | |

| Job | Name | Balance Due | AmountPaid |
|---|---|---|---|
| 0 | JOHN M. LASSITER, SR. | 843.84 | |
| 4008 | OLD GOV ST | 426.32 | |
| 4010 | BLAKELY FOREST | 2,166.59 | |

*Winston*
*3010.43*

*Cronook*
*426.33*

Success is getting what you want.
Happiness is liking what you get.

Please remit to:

Ford Lumber & Millwork Co., Inc.
P.O. Box 689
Semmes, AL 36575

| | |
|---|---|
| **Current** | **3,436.75** |
| **Past Due** | |
| 30-Day | 0.00 |
| 60-Day | 0.00 |
| 90-Day | 0.00 |
| > 90 | 0.00 |
| **Finance Chrg** | 0.00 |
| **Credits** | 0.00 |
| **Balance** | **3,436.75** |

To ensure each job is
properly credited, please
return this entire page with
your payments for each
job indicated in the space
provided.



**(Mobile)**
**FORD LUMBER & MILLWORK CO, INC**
P.O. Box 689
Semmes, AL  36575
251.649.3215
Fax: 251.649.3268

| STATEMENT |
| --- |



1107-403522  Pg 1  Of 1

Date  06/30/11   Acct:  LA1000

Job # - 0 JOHN M. LASSITER, SR.
P.O. BOX 397

JOHN M. LASSITER, SR.
P.O. BOX 397
DAPHNE  AL  36526

Pay By 07/10/11          843.84

TOTAL PAID

| Date | Transaction | Document # | Reference | Amount | Balance |
| --- | --- | --- | --- | --- | --- |
| 06/20/11 | Invoice | 1106-226112 | | 843.84 | 843.84 |
| 06/06/11 | Payment | 1106-400634 | Check# 1015 | -22.45 | |

Success is getting what you want.
Happiness is liking what you get.

Please remit to:

Ford Lumber & Millwork Co., Inc.
P.O. Box 689
Semmes, AL 36575

| | | |
| --- | --- | --- |
| **Current** | 843.84 | Account: LA1000 |
| **Past Due** | | JOHN M. LASSITER, SR. |
| **30-Day** | 0.00 | P.O. BOX 397 |
| **60-Day** | 0.00 | DAPHNE  AL  36526 |
| **90-Day** | 0.00 | |
| **> 90** | 0.00 | Job # - 0 JOHN M. |
| **Finance Chrg** | 0.00 | LASSITER, SR. |
| | | P.O. BOX 397 |
| **Balance** | 843.84 | |

# FORD LUMBER
EST. 1907

(Millwork)
**FORD LUMBER & MILLWORK CO.**
INC
P.O. Box 689
Semmes, AL 36575
251.459.7165
Fax: 251.459.7157

**CUSTOMER COPY**

**INVOICE**

1106-228642   PAGE  1  OF  1

| SOLD TO | SHIP TO |
|---|---|
| JOHN M. LASSITER SRL | BLAKLEY FOREST |
| P.O. BOX 397 | 31945 BUTLER DRIVE |
| DAPHNE AL 36526 | SPANISH FORT AL 36527 |
| | 251-626-6319 |

THANKS FOR YOUR BUSINESS!
(FEIN: 63-1099765)

| ACCOUNT | | JOB | |
|---|---|---|---|
| LA1000 | | 4010 | |
| SOLD ON | 6/20/2012 4:42:39 PM | | |
| DELIVER ON | 6/20/2011 | | |
| BRANCH | 1000 | | |
| CUSTOMER PO# | | | |
| STATION | | T08 | |
| CASHIER | | PHT | |
| SALESPERSON | | DEX | |
| ORDER ENTRY | | JP1 | |

| Quantity | UM | Item | Description | O | T | Price | Per | Amount |
|---|---|---|---|---|---|---|---|---|
| 80 | LF | 4X4DP1416 | Order:  1106-T27768 | | Y | 0.6800 | LF | 54.40 |
| | | | 1X4 FJP RADIATA PRIMED | | | | | |

| | | |
|---|---|---|
| | SubTotal | 54.40 |
| ALB4 7.00% | Sales Tax | 3.81 |
| | Deposit | |
| | **Please Pay This Amount** | **58.21** |

58.21

*(Payment Method(s))*

Charge to Acct    58.21

Signature

All sales are governed by Ford Lumber's "Sales Terms" incorporated herein by reference, a copy of which is available upon request and at www.fordlumbersupply.com. Payment terms are "Net 10th." A 1.5% monthly finance charge applies to any unpaid balance.

## Invoice 1 (Baldwin)

**FORD LUMBER & MILLWORK CO., INC.**
(Baldwin)
P.O. Box 689
Semmes, AL 36575
251.649.3165
Fax 251.649.3268

CUSTOMER COPY

**INVOICE**
1106-327654
PAGE 1 OF 1

**SOLD TO:**
JOHN M. LASITER, SR.
P.O. BOX 397
SPANISH FORT AL 36527
251-626-8319

**SHIP TO:**
BLAKELY FOREST
31945 BUTLER DRIVE
SPANISH FORT AL 36527
251-626-8319

| ACCOUNT | LA1000 | JOB | 4010 |
|---|---|---|---|
| SOLD ON | | | |
| DELIVER ON | 8/27/2011 3:13:31 PM | | |
| BRANCH | 4000 | | |
| CUSTOMER PO# | | STATION | R85 |
| CASHIER | VAL | | |
| SALESPERSON | DEX | | |
| ORDER ENTRY | MIC | | |

| Qty | Uit | Item | Description | D | T | Price | Per | Amount |
|---|---|---|---|---|---|---|---|---|
| 4 | PC | 1L20014 | 2X6-14' STD & BTR LODGEPOLE | | Y | 6.4386 | PC | 25.75 |
| 3 | PC | 1L20010 | 2X6-10' STD & BTR LODGEPOLE | | Y | 4.5373 | PC | 13.61 |
| | | COMMENT | please select | | | | | |

SubTotal 39.36
Sales Tax ALBA 7.00% 2.76
Deposit
Please Pay This Amount 42.12

Charge to Acct 42.12

THANKS FOR YOUR BUSINESS!
(FEIN 63-1099765)

All sales are governed by Ford Lumber's "Sales Terms" incorporated herein by reference, a copy of which is available upon request and at www.fordlumbersupply.com. Payment terms are "Net 10th." A 1.5% monthly finance charge applies to any unpaid balance.

Payment Method(s)

Signature

## Invoice 2 (Millwork)

**FORD LUMBER & MILLWORK CO., INC.**
(Millwork)
P.O. Box 689
Semmes, AL 36575
251.459.7165
Fax 251.459.7157

CUSTOMER COPY

**INVOICE**
1106-326657
PAGE 1 OF 1

**SOLD TO:**
JOHN M. LASITER, SR.
P.O. BOX 397
DAPHNE AL 36526

**SHIP TO:**
BLAKELY FOREST
31945 BUTLER DRIVE
SPANISH FORT AL 36527
251-626-8319

| ACCOUNT | LA1000 | JOB | 4010 |
|---|---|---|---|
| SOLD ON | | | |
| DELIVER ON | 8/26/2011 4:01:49 PM | | |
| BRANCH | 1000 | | |
| CUSTOMER PO# | | STATION | T08 |
| CASHIER | PHI | | |
| SALESPERSON | DEX | | |
| ORDER ENTRY | JP1 | | |

| Quantity | Uit | Item | Description | D | T | Price | Per | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | EA | MXT2J47.000 | 240UL4 RIOMAN 351FJR 3/4 4-9/16F JP | | Y | 77.0000 | EA | 77.00 |
| 192 | LF | 4FJP47 | CROWN 47 PRIMED B16X4-5/8 | | Y | 0.7800 | LF | 149.76 |
| 60 | LF | 4FJP45 | CROWN 47 PRIMED B16X4-5/8 | | Y | 0.3200 | LF | 25.60 |
| 68 | LF | 4JAM87 | BASE CAP 163 PRIMED 11/16 X 1-3/8X16 | | Y | 1.1400 | LF | 77.52 |
| 624 | LF | 4FJP5180 | FLAT JAMB PRIM 11/16X4-9/16 Order: 1106-T25712 | | Y | 0.7600 | LF | 462.86 |
| 464 | LF | 4FJR351 | S190 BASE DELUXE COLONIAL 5-1/4 9/16 CASING 351 FLJR 3" | | Y | 0.4800 | LF | 222.72 |
| 640 | LF | 4FJP45 | CROWN 45 PRIMED B16X5-1/4 | | Y | 0.8100 | LF | 518.40 |
| 48 | LF | 4FJP300 | CHAIR RAIL 300 FJP 3" | | Y | 1.2500 | LF | 60.00 |
| 688 | LF | 4FJP163 | BASE CAP 163 PRIMED 11/16 X 1-3/8X16 | | Y | 0.3000 | LF | 206.40 |
| 2 | PC | 4RADP11220 | 1X12X20 PRIME RADIATA | | Y | 47.0000 | PC | 94.00 |
| 21 | LF | 4CLR868 | MULL 868 CLEAR PINE 3/8X1-3/8X16 5/8? 3/? PIECES | | Y | 0.3200 | LF | 6.72 |

SubTotal 1,931.08
Sales Tax ALBA 7.00% 133.16
Deposit
Please Pay This Amount 2,066.26

Charge to Acct 2,066.26

THANKS FOR YOUR BUSINESS!
(FEIN 63-1099765)

All sales are governed by Ford Lumber's "Sales Terms" incorporated herein by reference, a copy of which is available upon request and at www.fordlumbersupply.com. Payment terms are "Net 10th." A 1.5% monthly finance charge applies to any unpaid balance.

Payment Method(s)

Signature

# FORD LUMBER
EST. 1957

(Millwork)
**FORD LUMBER & MILLWORK CO., INC**
P.O. Box 689
Semmes, AL 36575
251.459.7165
Fax: 251.459.7157

**INVOICE**
1106-226112

**CUSTOMER COPY**

PAGE 1 OF 1

| ACCOUNT | LA1000 | | JOB | 0 |
|---|---|---|---|---|
| SOLD ON | 6/20/2011 3:49:32 PM | | | |
| DELIVER ON | 6/20/2011 | | | |
| BRANCH | 1000 | | | |
| CUSTOMER PO# | | | STATION | T08 |
| CASHIER | | | | PH1 |
| SALESPERSON | | | | DEX |
| ORDER ENTRY | | | | MH1 |

**SOLD TO**
JOHN M. LASITER, SR.
P O BOX 397
DAPHNE AL 36526

**SHIP TO**
JOHN M. LASITER, SR.
BLAKELEY FOREST
P O BOX 397
DAPHNE AL 36526
251-626-8319

THANKS FOR YOUR BUSINESS!
(FEIN 63-1-1099765)

| Quantity | UM | Item | Order: 1106-T258956 | D T | Price | Per | Amount |
|---|---|---|---|---|---|---|---|
| 384 | LF | 4FJP47 | CROWN 47 PRIMED 9/16X4-5/8 | Y | 0.7800 | LF | 299.52 |
| 368 | LF | 4FJP5180 | 5180 BASE DELUXE COLONIAL 5-1/4 | Y | 0.7900 | LF | 290.72 |
| | | | 9/16 | | | | |
| 136 | LF | 4F-IR351 | CASING 351 F-JR 3" | Y | 0.4800 | LF | 65.28 |
| 128 | LF | 49ADP1416 | 1X4 F-JP RADIATA PRIMED | Y | 0.6800 | LF | 87.04 |
| 128 | LF | 49ADP1216 | 1X2X16 F-JP RADIATA PRIMED | Y | 0.3600 | LF | 46.08 |

843.84

(Payment Method(s))

| | | |
|---|---|---|
| | SubTotal | 788.64 |
| ALBA 7.00% | Sales Tax | 55.20 |
| | Deposit | |

**Please Pay This Amount** 843.84

All sales are governed by Ford Lumber's "Sales Terms" incorporated herein by reference, a copy of which is available upon request and at www.fordlumbersupply.com. Payment terms are "Net 10th." A 1.5% monthly finance charge applies to any unpaid balance.

Signature



(Millwork)
**FORD LUMBER & MILLWORK CO, INC**
P.O. Box 689
Semmes, AL  36575
251.459.7165
Fax: 251.459.7157



# ORDER

1106-T25856          PAGE   1  OF   1

| ACCT NO. | JOB |
|---|---|
| LA1000 | 0 |
| ENTRY DATE | 6/20/2011 7:49:03 AM |
| DELIVER ON | 06/20/2011 |
| BRANCH | 1000 |
| CUSTOMER PO# | |
| STATION | T05 |
| CASHIER | MH1 |
| SALESPERSON | DEX |
| ORDER ENTRY | MH1 |
| MODIFIED BY | MH1 |

| SOLD TO | SHIP TO |
|---|---|
| JOHN M. LASSITER, SR.<br>P.O. BOX 397<br>DAPHNE  AL  36526 | JOHN M. LASSITER, SR.<br>BLAKELEY FOREST<br>DAPHNE  AL  36526<br>251-626-8319<br><br>31945 BUTLER DRIVE<br>4TH ON LEFT |

THANKS FOR YOUR BUSINESS!
(FEIN: 63-1099765)

| Item | Description | Ordered | Sold | Remain | UM | Price | Per | Amount |
|---|---|---|---|---|---|---|---|---|
| 4FJP47 | CROWN 47 PRIMED 9/16X4-5/8 | 384 | | 384 | LF | 0.7800 | LF | 299.52 |
| 4FJP5180 | 5180 BASE DELUXE COLONIAL 5-1/4 9/16 | 368 | | 368 | LF | 0.7900 | LF | 290.72 |
| 4FJR351 | CASING 351 FJR 3" | 136 | | 136 | LF | 0.4800 | LF | 65.28 |
| 4RADP1416 | 1X4 FJP RADIATA PRIMED | 128 | | 128 | LF | 0.6800 | LF | 87.04 |
| 4RADP1216 | 1X2X16 FJP RADIATA PRIMED | 128 | | 128 | LF | 0.3600 | LF | 46.08 |

**Payment Method(s)**

| | | | |
|---|---|---|---|
| | | SubTotal | 788.64 |
| | ALBA 7.00% | Sales Tax | 55.20 |
| | | Deposit | 0.00 |
| | **Please Pay This Amount** | | 843.84 |

All sales are governed by Ford Lumber's "Sales Terms" incorporated herein by reference, a copy of which is available upon request and at www. fordlumbersupply.com.  Payment terms are "Net 10th."  A 1.5% monthly finance charge applies to any unpaid balance.

Signature



**(Millwork)**
**FORD LUMBER & MILLWORK CO,**
**INC**
P.O. Box 689
Semmes, AL  36575
251.459.7165
Fax: 251.459.7157

# DISPATCH COPY



## ORDER

**1106-T25856**        PAGE  1  OF  1

| SOLD TO | SHIP TO |
|---|---|
| JOHN M. LASSITER, SR.<br>P.O. BOX 397<br>DAPHNE  AL  36526 | JOHN M. LASSITER, SR.<br>BLAKELEY FOREST<br>DAPHNE  AL  36526<br>251-626-8319 |

THANKS FOR YOUR BUSINESS!
(FEIN: 63-1099765)

| ACCOUNT | JOB |
|---|---|
| LA1000 | 0 |
| ORDERED ON | 6/20/2011 7:49:03 AM |
| DELIVER ON | 06/20/2011 |
| BRANCH | 1000 |
| CUSTOMER PO# | |
| STATION | T05 |
| CASHIER | MH1 |
| SALESPERSON | DEX |
| ORDER ENTRY | MH1 |
| MODIFIED BY | MH1 |

| Yard | Quantity | Remain | U/M | Item | Description | Location | Notes |
|---|---|---|---|---|---|---|---|
| | 384 | 384 | LF | 4FJP47 | CROWN 47 PRIMED 9/16X4-5/8 | | |
| | 368 | 368 | LF | 4FJP5180 | 5180 BASE DELUXE COLONIAL 5-1/4 9/16 | | |
| | 136 | 136 | LF | 4FJR351 | CASING 351 FJR 3" | | |
| | 128 | 128 | LF | 4RADP1416 | 1X4 FJP RADIATA PRIMED | | |
| | 128 | 128 | LF | 4RADP1216 | 1X2X16 FJP RADIATA PRIMED | | |

| Stager | Loader | Driver | Truck | Load | |
|---|---|---|---|---|---|
| | | | | | 0.0000 |

*Receiver:*

Received in Good Condition



(Millwork)
**FORD LUMBER & MILLWORK CO, INC**
P.O. Box 689
Semmes, AL  36575
251.459.7165
Fax: 251.459.7157

# DISPATCH COPY



## ORDER

**1106-T26712**          PAGE   1  OF  1

| SOLD TO | SHIP TO |
|---|---|
| JOHN M. LASSITER, SR.<br>P.O. BOX 397<br>DAPHNE  AL  36526 | BLAKELY FOREST<br>31945 BUTLER DRIVE<br>SPANISH FORT  AL  36527<br>251-626-8319 |

THANKS FOR YOUR BUSINESS!
(FEIN: 63-1099765)

PUT IN GARAGE

| ACCOUNT | JOB |
|---|---|
| LA1000 | 4010 |
| ORDERED ON | 6/22/2011 4:53:33 PM |
| DELIVER ON | 06/24/2011 |
| BRANCH | 1000 |
| CUSTOMER PO# | |
| STATION | T04 |
| CASHIER | CJ1 |
| SALESPERSON | DEX |
| ORDER ENTRY | CJ1 |
| MODIFIED BY | CJ1 |

| Yard | Quantity | Remain | U/M | Item | Description | Location | Notes |
|---|---|---|---|---|---|---|---|
| | 624 | 624 | LF | 4FJP5180 | 5180 BASE DELUXE COLONIAL 5-1/4 9/16 | | |
| | 464 | 464 | LF | 4FJR351 | CASING 351 FJR 3" | | |
| | 640 | 640 | LF | 4FJP45 | CROWN 45 PRIMED 9/16X5-1/4 | | |
| | 48 | 48 | LF | 4FJP300 | CHAIR RAIL 300 FJP 3" | | |
| | 688 | 688 | LF | 4FJP163 | BASE CAP 163 PRIMED 11/16 X 1-3/8X16 | | |
| | 2 | 2 | PC | 4RADP11220 | 1X12X20 PRIME RADIATA | | |
| | 21 | 21 | LF | 4CLR988 | MULL 988 CLEAR PINE 3/8X1-3/8X16 SHIP 3/7' PIECES | | |
| | 16 | 16 | LF | 4SPHR6040 | 6040 RND WALL RAIL OAK 16 | | |
| | 4 | 4 | EA | 4SPHRB3003ORB | VB HVY DUTY RAIL BRACKET 1 HOLE | | |
| | 7 | 7 | PC | 1L20610 | 2X6-10' STD & BTR LODGEPOLE | | |

| Stager | Loader | Driver | Truck | Load | |
|---|---|---|---|---|---|
| | | | | 0.0000 | |

Receiver:

Received in Good Condition



**(Mobile)**
**FORD LUMBER & MILLWORK CO, INC**
P.O. Box 689
**Semmes, AL  36575**
**251.649.3215**
**Fax: 251.649.3268**

**STATEMENT REMIT**

**1108-407720**
Date  07/31/11     Acct:  LA1000

JOHN M. LASSITER, SR.
P.O. BOX 397
DAPHNE  AL  36526

| | |
|---|---:|
| Total | 1,325.15 |
| Credits | -653.57 |
| Pay By 08/10/11 | 671.58 |

**TOTAL PAID**   671.58

4010 - BLAKELY FOREST

| Invoice | Balance | Pay | Invoice | Balance | Pay | Invoice | Balance | Pay |
|---|---|---|---|---|---|---|---|---|
| 1107-228973 | 475.78 | ✓ | 1107-229570 | 659.60 | ✓ | 1107-230558 | 46.22 | ✓ |
| 1107-230855 | 116.50 | ✓ | 1107-234177 | 27.05 | ✓ | | | |

The following **credits have not been posted** to your account.  Please indicate where you would like them applied.

| Date | Type | Doc # | Reference | Job | Amount | Apply to Invoice | Apply to Oldest |
|---|---|---|---|---|---|---|---|
| 07/28/11 | Credit Memo | 1107-234795 | | 4010 | -653.57 | | ✓ |
| | | | | Total Unapplied Credits | -653.57 | | |

*Please mark the checkbox next to each item covered by your payment and return this page with your payment.  Thank you.*



**(Mobile)**
**FORD LUMBER & MILLWORK CO, INC**
P.O. Box 689
Semmes, AL  36575
251.649.3215
Fax: 251.649.3268

| STATEMENT |
| --- |



**1108-407723**  Pg 1  Of 1
Date  07/31/11    Acct:  LA1000
**Job # - 4010 BLAKELY FOREST**
**31945 BUTLER DRIVE**

JOHN M. LASSITER, SR.
P.O. BOX 397
DAPHNE AL  36526

Pay By 08/10/11          1,325.15

TOTAL PAID  *691.58*

| Date | Transaction | Document # | Reference | Amount | Balance |
| --- | --- | --- | --- | --- | --- |
| 07/04/11 | Invoice | 1107-228973 | | 475.78 | 475.78 |
| 07/06/11 | Invoice | 1107-229570 | | 659.60 | 659.60 |
| 07/11/11 | Invoice | 1107-230558 | | 46.22 | 46.22 |
| 07/12/11 | Invoice | 1107-230855 | | 116.50 | 116.50 |
| 07/26/11 | Invoice | 1107-234177 | | 27.05 | 27.05 |
| 07/06/11 | Payment | 1107-404720 | Check# 1034 | -2,166.58 | |
| 07/06/11 | Discount | 1107-404721 | Discount | -0.01 | |

"It is better to deserve honors and not have them than to have them and not
deserve them."

Please remit to:

Ford Lumber & Millwork Co., Inc.
P.O. Box 689
Semmes, AL 36575

| | | |
| --- | --- | --- |
| **Current** | | **1,325.15** |
| **Past Due** | | |
| **30-Day** | | 0.00 |
| **60-Day** | | 0.00 |
| **90-Day** | | 0.00 |
| **> 90** | | 0.00 |
| **Finance Chrg** | | 0.00 |
| **Balance** | | **1,325.15** |

Account: LA1000
JOHN M. LASSITER, SR.
P.O. BOX 397
DAPHNE  AL  36526

Job # - 4010 BLAKELY
FOREST
31945 BUTLER DRIVE



**(Mobile)**
**FORD LUMBER & MILLWORK CO, INC**
**P.O. Box 689**
**Semmes, AL 36575**
**251.649.3215**
**Fax: 251.649.3268**

| STATEMENT |
| --- |



**1108-407720**  Pg 1  Of 1
Date 07/31/11   Acct: LA1000
**Statement Summary**

JOHN M. LASSITER, SR.
P.O. BOX 397
DAPHNE AL 36526

| | |
| --- | --- |
| Total | 1,325.15 |
| Credits | -653.57 |
| Pay By 08/10/11 | 671.58 |

**TOTAL PAID**  671 58

| Job | Name | Balance Due | AmountPaid |
| --- | --- | --- | --- |
| 0 | JOHN M. LASSITER, SR. | 0.00 | |
| 4008 | OLD GOV ST | 0.00 | |
| 4010 | BLAKELY FOREST | 1,325.15 | |
| | | 1,325.15 | |

If Unapplied Credits of  -653.57  are taken, amount balance is          671.58

"It is better to deserve honors and not have them than to have them and not deserve them."

Please remit to:

Ford Lumber & Millwork Co., Inc.
P.O. Box 689
Semmes, AL 36575

| | |
| --- | --- |
| **Current** | **1,325.15** |
| **Past Due** | |
| 30-Day | 0.00 |
| 60-Day | 0.00 |
| 90-Day | 0.00 |
| > 90 | 0.00 |
| **Finance Chrg** | 0.00 |
| **Credits** | -653.57 |
| **Balance** | 671.58 |

To ensure each job is properly credited, please return this entire page with your payments for each job indicated in the space provided.

## Invoice 1 (CUSTOMER COPY)

FORD LUMBER

(Millwork)
FORD LUMBER & MILLWORK CO,
INC
P.O. Box 689
Semmes, AL 36575
251.459.7165
Fax: 251.459.7157

CUSTOMER COPY

**SOLD TO**
JOHN M. LASSITER, SR.
P.O. BOX 397
DAPHNE  AL  36526

**JOB-ADDRESS**
BLAKELY FOREST
31945 BUTLER DRIVE
SPANISH FORT  AL  36527
251-626-8319

THANKS FOR YOUR BUSINESS!
(FEIN: 63-1099765)

INVOICE   PAGE   1   OF   1

1107-234177

| ACCOUNT | LA1000 | JOB |
|---|---|---|
| SOLD ON | 7/28/2011 5:20:49 PM | 4010 |
| DELIVER ON | | 1000 |
| BRANCH | | |
| CUSTOMER PO# | | |
| STATION | | T06 |
| CASHIER | | PHI |
| SALESPERSON | | DEK |
| ORDER ENTRY | | PHI |

| Quantity | UM | Item | D | T | Description | Y | Price | Per | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 8 | EA | 90S90853 | | | SN DOOR STOP DOOR SAVER U528D | Y | 1.3500 | EA | 10.80 |
| 15 | EA | 90S11 | | | SN SPRING DOORSTOP HD | Y | 0.9500 | EA | 14.25 |

| | | | | SubTotal | 25.05 |
|---|---|---|---|---|---|
| | | ALL 8.00% | | Sales Tax | 2.00 |
| Charge to Acct | 27.05 | | | Deposit | |
| | | | | **Please Pay This Amount** | **27.05** |

Payment Method(s)

Signature

All sales are governed by Ford Lumber's "Sales Terms" incorporated herein by reference, a copy of which is available upon request and at www. fordlumbersupply.com.  Payment terms are "Net 10th."  A 1.5% monthly finance charge applies to any unpaid balance.

## Invoice 2 (CUSTOMER COPY)

FORD LUMBER

(Millwork)
FORD LUMBER & MILLWORK CO,
INC
P.O. Box 689
Semmes, AL  36575
251.459.7165
Fax: 251.459.7157

CUSTOMER COPY

**SOLD TO**
JOHN M. LASSITER, SR.
P.O. BOX 397
DAPHNE  AL  36526

**JOB ADDRESS**
BLAKELY FOREST
31945 BUTLER DRIVE
SPANISH FORT  AL  36527
251-626-8319

THANKS FOR YOUR BUSINESS!
(FEIN: 63-1099765)

RETURN   PAGE   1   OF   1

1107-234795

| ACCOUNT | LA1000 | JOB |
|---|---|---|
| SOLD ON | 7/28/2011 5:04:50 PM | 4010 |
| DELIVER ON | | 1000 |
| BRANCH | | |
| CUSTOMER PO# | | |
| STATION | | T06 |
| CASHIER | | PHI |
| SALESPERSON | | DEK |
| ORDER ENTRY | | |

| Quantity | UM | Item | D | T | Description | Y | Price | Per | Amount |
|---|---|---|---|---|---|---|---|---|---|
| -1 | PC | 4517 | | | **NON-TAPED**SHELF 3/4X15-1/2X12 | Y | 13.8500 | PC | -13.85 |
| -224 | LF | 4F-JP163 | | | BASE CAP 163 PRIMED 11/16 X 1-3/8X16 | Y | 0.3000 | LF | -67.20 |
| -16 | LF | 4RADP1216 | | | 1X2X16 F.JP RADATA PRIMED | Y | 0.3600 | LF | -5.76 |
| -295 | LF | 4F-R351 | | | CASING 351 F.JP 3" | Y | 0.4800 | LF | -122.40 |
| -128 | LF | 4F-JP106 | | | QTR ROUND 106 PRIMED 11/16X11/16X16 | Y | 0.2700 | LF | -34.56 |
| -224 | LF | 4F-JP518D | | | 5X60 BASE DELUXE COLONIAL 5-1/4 9/16 | Y | 0.7900 | LF | -176.96 |
| -160 | LF | 4F-P45 | | | CROWN 45 PRIMED 9/16X5-1/4 | Y | 0.8100 | LF | -129.60 |
| -16 | LF | 4F-JP504 | | | CHAIR BACKER PR #504 5 1/4" | Y | 1.0800 | LF | -17.28 |
| -32 | LF | 4F-JP200 | | | CHAIR RAIL 200 F-JP 3" | Y | 1.3500 | LF | -43.20 |

| | | | | SubTotal | -610.61 |
|---|---|---|---|---|---|
| Refund to Acct | -653.57 | ALBA 7.00% | | Sales Tax | -42.76 |
| | | | | Deposit | |
| | | | | **REFUND** | **-653.57** |

Payment Method(s)

Signature

All sales are governed by Ford Lumber's "Sales Terms" incorporated herein by reference, a copy of which is available upon request and at www. fordlumbersupply.com.  Payment terms are "Net 10th."  A 1.5% monthly finance charge applies to any unpaid balance.



## Invoice 1107-228973

**FORD LUMBER**
(Millwork)
FORD LUMBER & MILLWORK CO., INC.
P.O. Box 689
Semmes, AL 36575
251.459.7165
Fax: 251.459.7157
EST. 1957

**CUSTOMER COPY**

**INVOICE 1107-228973** — PAGE 1 OF 1

| ACCOUNT | LA1000 | JOB | 4010 |
|---|---|---|---|
| SOLD ON | 7/4/2011 9:45:54 AM | | |
| DELIVER ON | 7/1/2011 | | |
| BRANCH | 1000 | | |
| STATION | T08 | | |
| CASHIER | PHI | | |
| SALESPERSON | DEX | | |
| ORDER ENTRY | PHI | | |
| CUSTOMER PO# | | | |

**SOLD TO**
JOHN M. LASSITER, SR.
P.O. BOX 307
DAPHNE AL 36526

**SHIP TO**
BLAKELY FOREST
31945 BUTLER DRIVE
SPANISH FORT AL 36527
251-626-8319

THANKS FOR YOUR BUSINESS!
(FEIN: 63-1090765)

Order: 1107-T28844

| Quantity | UM | Item | Description | D | T | Price | Per | Amount |
|---|---|---|---|---|---|---|---|---|
| 400 | LF | 4FJP163 | BASE CAP 163 PRIMED 11/16 X 1-3/8X16 | | Y | 0.3200 | LF | 128.00 |
| 9 | LF | 4RAD546 | 5/4x6 S./R RADATA | | Y | 1.9330 | LF | 17.40 |
| 19 | EA | 4MISC12 | BLOCK PLINTH 5 1/2"Wx8"H x 1 1/4 | | Y | 15.7500 | EA | 299.25 |

Payment Method(s)
Charge to Acct 475.78

| | | |
|---|---|---|
| SubTotal | | 444.65 |
| ALBA 7.00% Sales Tax | | 31.13 |
| Deposit | | |
| Please Pay This Amount | | 475.78 |

Signature

All sales are governed by Ford Lumber's "Sales Terms" incorporated herein by reference, a copy of which is available upon request and at www.fordlumbersupply.com. Payment terms are "Net 10th." A 1.5% monthly finance charge applies to any unpaid balance.

---

## Invoice 1107-229570

**FORD LUMBER**
(Millwork)
FORD LUMBER & MILLWORK CO., INC.
P.O. Box 689
Semmes, AL 36575
251.459.7165
Fax: 251.459.7157
EST. 1957

**CUSTOMER COPY**

**INVOICE 1107-229570** — PAGE 1 OF 1

| ACCOUNT | LA1000 | JOB | 4010 |
|---|---|---|---|
| SOLD ON | 7/6/2011 3:31:01 PM | | |
| DELIVER ON | 7/6/2011 | | |
| BRANCH | 1000 | | |
| STATION | T08 | | |
| CASHIER | PHI | | |
| SALESPERSON | DEX | | |
| ORDER ENTRY | C11 | | |
| CUSTOMER PO# | | | |

**SOLD TO**
JOHN M. LASSITER, SR.
P.O. BOX 307
DAPHNE AL 36526

**SHIP TO**
BLAKELY FOREST
31945 BUTLER DRIVE
SPANISH FORT AL 36527
251-626-8319

THANKS FOR YOUR BUSINESS!
(FEIN: 63-1090765)

Order: 1107-T29150

| Quantity | UM | Item | Description | D | T | Price | Per | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | PC | 4MDF1912 | 1X12 MDF 19/12 3/4X11-1/4X16 | | Y | 26.0000 | PC | 26.00 |
| 512 | LF | 4FJP106 | CTR ROUND 106 PRIMED 11/16X11/16X16 | | Y | 0.2700 | LF | 138.24 |
| 16 | LF | 4FJP1021 | WINDOW STOOL 1021 PRIMED 5 1/4 11/16X5-1/4X16 | | Y | 0.8900 | LF | 14.24 |
| 64 | LF | 4FJP000 | CHAIR RAIL 300 FJP 3" | | Y | 1.3500 | LF | 86.40 |
| 112 | LF | 4FJP504 | CHAIR BACKER PR #504 5 1/4" | | Y | 1.0800 | LF | 120.96 |
| 7 | PC | 4317 | "NON TAPED" SHELF 3/4X15-1/2X12 | | Y | 13.8500 | PC | 96.95 |
| 80 | LF | 4RADP1416 | 1X4 F.JP RADATA PRIMED | | Y | 0.6800 | LF | 54.40 |
| 21 | LF | 4CLR286 | LATTICE 286 CLEAR 1-1/2" | | Y | 0.3115 | LF | 6.54 |
| 202 | LF | 4RADP1218 | 1X2X16 F.JP RADATA PRIMED SHP 3/7 PIECES | | Y | 0.3800 | LF | 72.72 |

Payment Method(s)
Charge to Acct 659.60

| | | |
|---|---|---|
| SubTotal | | 616.45 |
| ALBA 7.00% Sales Tax | | 43.15 |
| Deposit | | |
| Please Pay This Amount | | 659.60 |

Signature

All sales are governed by Ford Lumber's "Sales Terms" incorporated herein by reference, a copy of which is available upon request and at www.fordlumbersupply.com. Payment terms are "Net 10th." A 1.5% monthly finance charge applies to any unpaid balance.

## Invoice 1107-230558

**CUSTOMER COPY**

FORD LUMBER & MILLWORK CO., INC.
(Millwork)
P.O. Box 689
Semmes, AL 36575
251.459.7165
Fax:251.459.7157
EST. 1967

**INVOICE** 1107-230558  PAGE 1 OF 1

| ACCOUNT | LA1000 | JOB | 4010 |
|---|---|---|---|
| SOLD ON | 7/11/2011 6:52:47 PM | | |
| DELIVER ON | 7/8/2011 | | |
| BRANCH | 1000 | | |
| CUSTOMER PO# | | | |
| STATION | T08 | | |
| CASHIER | PHI | | |
| SALESPERSON | DEX | | |
| ORDER ENTRY | CJ1 | | |

SOLD TO:
JOHN M. LASSITER, SR.
P.O. BOX 397
DAPHNE AL 36526

SHIP TO:
BLAKELY FOREST
31945 BUTLER DRIVE
SPANISH FORT AL 36527
251-626-8319

THANKS FOR YOUR BUSINESS!
(FEIN 63-1099765)

| Quantity | UM | Item | Description | D | T | Price | Per | Amount |
|---|---|---|---|---|---|---|---|---|
| 32 | LF | 4FJP300 | Order: 1107-T29845 CHAIR RAIL 300 F/JP 3" | | Y | 1.3500 | LF | 43.20 |

Payment Method(s)
Charge to Acct 46.22

| | |
|---|---|
| SubTotal | 43.20 |
| Sales Tax | 3.02 |
| Deposit | |
| ALBA 7.00% | |
| Please Pay This Amount | 46.22 |

All sales are governed by Ford Lumber's "Sales Terms" incorporated herein by reference, a copy of which is available upon request and at www.fordlumbersupply.com. Payment terms are "Net 10th." A 1.5% monthly finance charge applies to any unpaid balance.

Signature

---

## Invoice 1107-230855

**CUSTOMER COPY**

FORD LUMBER & MILLWORK CO., INC.
(Millwork)
P.O. Box 689
Semmes, AL 36575
251.459.7165
Fax:251.459.7157
EST. 1967

**INVOICE** 1107-230855  PAGE 1 OF 1

| ACCOUNT | LA1000 | JOB | 4010 |
|---|---|---|---|
| SOLD ON | 7/12/2011 3:56:20 PM | | |
| DELIVER ON | 8/4/2011 | | |
| BRANCH | 1000 | | |
| CUSTOMER PO# | | | |
| STATION | T08 | | |
| CASHIER | PHI | | |
| SALESPERSON | DEX | | |
| ORDER ENTRY | CJ1 | | |

SOLD TO:
JOHN M. LASSITER, SR.
P.O. BOX 397
DAPHNE AL 36526

SHIP TO:
BLAKELY FOREST
31945 BUTLER DRIVE
SPANISH FORT AL 36527
251-626-8319

THANKS FOR YOUR BUSINESS!
(FEIN 63-1099765)

SHIP ASAP

| Quantity | UM | Item | Description | D | T | Price | Per | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | BX | ISOT29155-000 | Order: 1107-T29155 SOS FLEX MOULD - HALF ROUND - 351 CASING - 64" WIDTH W/32" RADIUS | | Y | 98.0000 | BX | 98.00 |
| 16 | LF | 4RADP1416 | Order: 1107-T30572 1X4 F/J RADIATA PRIMED | | Y | 0.6800 | LF | 10.88 |

Payment Method(s)
Charge to Acct 116.50

| | |
|---|---|
| SubTotal | 108.88 |
| Sales Tax | 7.62 |
| Deposit | |
| ALBA 7.00% | |
| Please Pay This Amount | 116.50 |

All sales are governed by Ford Lumber's "Sales Terms" incorporated herein by reference, a copy of which is available upon request and at www.fordlumbersupply.com. Payment terms are "Net 10th." A 1.5% monthly finance charge applies to any unpaid balance.

Signature

Winston        Blakeley Forrest

Townsend     Painting

Draw - $7,500⁰⁰

Two Lukea °1300
    Trim  Carpenter

**Jubilee Flooring & Decorating**
25263 U.S. Hwy 98
Daphne, AL 36526
251-625-1700

**Invoice#: 023103**
**Sale Date:** 07/25/2011
**Install Date:**
**Sales Rep:** McDavid, Jr, W
**Sales Rep:**

Printed 03/05 11

**SOLD TO**

| | | |
|---|---|---|
| John Lassiter Home Constructi | | |
| P.O. 397 | | |
| Daphne | AL | 36526 |
| 251-463-0079 | | |

**SHIPPED TO**

| | | |
|---|---|---|
| Winston | | |
| Blakeley Forest | | |
| Spanish Ft. | AL | 36527 |

| MATERIALS | QUANTITY | PRICE | TOTAL |
|---|---|---|---|
| (1) Granite Slabs 3cm                    St. Cecelia Dk. | 74.00SqFt | $36.00 | $2,664.00 |
| Comments: kitchen with 4" splash standard colors | | | |
| | **Materials Subtotal:** | | **$2,664.00** |

| LABOR | QUANTITY | PRICE | TOTAL |
|---|---|---|---|
| (2) Granite - Undermount  Lg. --,   ** ** | 1.00 Each | $175.00 | $175.00 |
| | **Labor Subtotal:** | | **$175.00** |

| | | |
|---|---|---|
| Comments: | **Subtotal:** | $2,839.00 |
| | **Exempt:** | $0.00 |
| | **Total:** | $2,839.00 |
| | **Payments:** | $2,839.00 |
| | **Balance:** | $0.00 |

# CHAVIS FURNITURE, LLC

125 TELEGRAPH ROAD
CHICKASAW, AL 36611-1344

| Bill To |
|---|
| WINSTON, ED<br>31945 BULTER DRIVE<br>SPANISH FORT, AL 36527<br>251 599 9404 |

| Ship To |
|---|
| |

| | |
|---|---|
| Phone # | 251-457-5569 |
| Fax # | 251-457-7999 |
| E-mail | |
| INFO@CHAVISFURNITURE.COM | |
| Web Site | |
| WWW.CHAVISFURNITURE.COM | |

**PAID**

# Invoice

| Date |
|---|
| 5/10/2011 |
| **Invoice #** |
| 10531 |

| SOLD BY | Customer Verified | | DEL. DATE | TERMS |
|---|---|---|---|---|
| | | | 5/18/2011 | |

| QTY | MODEL | STATUS | MFG | Description | Price Each | Amount |
|---|---|---|---|---|---|---|
| 1 | FPDS3085KF | NF05118980 | | 30" PROFESSIONAL DUAL FUEL SLIDE-IN RANGE | 1,900.00 | 1,900.00 |
| 1 | FPBM189KF | 9G10503124 | | FRIGIDAIRE PROFESSIONAL, 1.8 CU FT, STAINLESS STEEL | 300.00 | 300.00 |
| 1 | FPHD2491KF | KH02711335 | | DISHWASHER BUILT IN | 400.00 | 400.00 |
| | DEL.CHARGE | | | BASIC DELIVERY. GROUND FLOOR. 30 MILE LIMIT. | 49.00 | 49.00 |
| 1 | | | | PRODUCTS LESS THAN 300 POUNDS INSTALLATION NOT INCLUDED. | | |
| 1 | L111 | | WAST... | 1/3 HP 2 YEAR WARRANTY | 69.00 | 69.00 |
| | PYMT. CHECK | | | DOWNPAYMENT | | -2,949.03 |

| | |
|---|---|
| Sales Tax (8.5%) | $231.03 |
| Total | $0.00 |
| Bal. Due | $0.00 |

**CUSTOMER IS RESPONSIBLE FOR FILING ALL REBATES**

# FRIGIDAIRE
P R O F E S S I O N A L.

## Slide-In Range
FPDS3085K F    30" Dual-Fuel

| Features | |
|---|---|
| Oven Control/Timing System | Pro-Select* |
| Surface Type | Black Porcelain |
| Sealed Gas Burners | Yes |
| Grates | Continuous Cast Iron w/Black Matte Finish |
| Window | Extra-Large with Pro-Tint Finish |
| Exterior Door Finish | Real Stainless Steel |
| Handle Design | Stainless Steel |
| Exterior Finish (Side Panels) | Black |
| Convection System | True Convection |
| Oven Cleaning System | Self Clean |
| Drawer Functionality | Warmer |
| **Oven Controls** | |
| Bake/Broil | Yes/Variable (400 – 550 °F) |
| Effortless™ Convection Conversion | Yes |
| Convection Bake/Broil/Roast | Yes/Yes/Yes |
| PowerPlus* Preheat | Yes |
| My Favorite | Yes |
| Chicken Nugget Button | Yes |
| Pizza Button | Yes |
| Keep Warm | Yes |
| Add-a-Minute | Yes |
| Delay Start | Yes |
| Self Clean | 2, 3, 4 Hours |
| Quick Clean Option | Yes |
| Delay Clean | Yes |
| Kitchen Timer/Timed Cook Option | Yes/Yes |
| Auto Oven Shut-Off | 6 Hours |
| Lower Drawer Control | Warmer, Low-Med-High |
| **Cooktop Features** | |
| Right Front Burner (BTU) | 600 to 17,000 |
| Right Rear Burner (BTU) | 5,000 |
| Left Front Burner (BTU) | 9,500 |
| Left Rear Burner (BTU) | 15,000 |
| **Oven Features** | |
| Capacity (Cu. Ft.) | 4.2 |
| Oven Light | 2 |
| Hidden Bake Element | Yes |
| Rack Configuration | 1 Heavy Duty, 1 SpaceWise* Half Rack, 1 Effortless™ |
| Baking System | Even Baking Technology |
| Broiling System | PowerPlus* Broil |
| Bake Element/Broil Element (Watts) | 2,500/4,000 |
| Drawer Rack | 1 SpaceWise* Half Rack |
| **Certifications** | |
| A.D.A. Compliant* | Yes |
| Sabbath Mode (Star-K* Certified) | Yes |
| **Specifications** | |
| Oven Interior (H x W x D) | 16-1/2" x 24-7/8" x 18-1/32" |
| Power Supply Connection Location | Left Bottom Rear |
| Gas Supply Connection Location | Right Bottom Rear |
| LP Gas Conversion Kit | Included |
| Voltage Rating | 240V/208V/60 Hz |
| Connected Load (kW Rating) @ 240/208 Volts | 5.6/4.2 |
| Amps @ 240/208 Volts | 23.3/20.2 |
| Minimum Circuit Required (Amps) | 20 |
| Shipping Weight (Approx.) | 260 Lbs. |

*When properly installed, meets the appliance standards in the Americans with Disabilities Act and the Architectural Barriers Act Accessibility Guidelines as published by the United States Access Board on June 23, 2004, as amended August 5, 2005.



Extreme protrusion

NOTE: For planning purposes only. Always consult local and national electric and gas codes. Refer to Product Installation Guide for detailed installation instructions on the web at frigidaire.com.



| Product Dimensions | |
|---|---|
| A – Height (Max.) | 36-5/8" |
| B – Width | 30" |
| C – Depth | 28-5/16" |
| Depth with Door Open 90° | 45-1/2" |

| Cutout Dimensions | |
|---|---|
| Height (Min.)/(Max.) | 35-7/8"/36-5/8" |
| Width (Min.)/(Max.)* | 29-15/16"/30-1/16" |
| Depth (Min.)/(Max.)** | 21-3/4"/22-1/8" |

*Cutout and countertop cutout width should match.
**24" with optional backguard installed.

FRIGIDAIRE

USA · 10200 David Taylor Drive · Charlotte, NC 28262 · 1-800-FRIGIDAIRE · frigidaire.com
CANADA · 5855 Terry Fox Way · Mississauga, ON L5V 3E4 · 1-800-265-8352 · frigidaire.ca

FPDS3085K 02/11

Accessories information available on the web at frigidaire.com

Specifications subject to change.

Printed in the U.S.A.

© 2011 Electrolux Home Products, Inc.

# FRIGIDAIRE

## PROFESSIONAL.

# Slide-In Range
FPDS3085K F   30" Dual-Fuel



## Slide-In Range Specifications

- Product Shipping Weight (approx.) – 260 Lbs.
- Single phase 3- or 4-wire cable, 120/240 or 120/208 Volt, 60 Hertz, fused on both sides of line with ground. (If local code permits, range may be connected by hard-wiring or by means of power supply cord kit.)
- Connected Load (kW Rating) @ 240/208 Volts = 5.6/4.2 kW
- Amps @ 240/208 Volts = 23.3/20.2 Amps
- Always consult local and national electric and gas codes.
- Make sure wall coverings around range can withstand heat generated by range.
- Linoleum or any other synthetic floor covering located beneath range, must be capable of withstanding minimum heat of 90°F above room temperature without shrinking, warping or discoloring. Insulating pad or 1/4"-thick plywood required between range and a carpeted floor.
- Do not obstruct flow of combustion air at oven vent nor around base or beneath lower front panel of range. Range requires fresh air for proper burner combustion.
- Range ships with 3/4" factory regulator.
- LP Gas conversion kit supplied.
- Gas supply piping can be routed through side wall of right cabinet. Right side cabinet is ideal location for main shutoff valve.
- Countertop MUST be level in all directions and adjustable range height at least 1/16" greater than tallest cabinet height, to ensure metal rangetop flange will fit properly on countertop edge.
- When installing optional Backguard Kit, cutout depth of 21-3/4" minimum/22-1/8" maximum needs increased to 24".
- Overhead cabinetry should not exceed a 13" maximum depth.
- Absolute minimum horizontal distance between overhead cabinets installed to either side of appliance must be no less than maximum width of appliance.

- Allow 24" minimum clearance between rangetop and bottom of cabinet when bottom of wood or metal cabinet is protected by not less than 1/4" flame-retardant millboard covered with not less than No. 28 MGS sheet steel, 0.015" stainless steel, 0.024" aluminum or 0.020" copper. Allow 30" minimum clearance when cabinet is unprotected.
- Allow 5" minimum clearance from edge of rangetop to nearest combustible wall on either side of unit.
- To reduce risk of fire when using overhead cabinetry, install range hood that projects horizontally a recommended minimum of 5" beyond bottom of cabinets.

## Countertop Preparation

For detailed preparation instructions, refer to installation guide on the web.

- Flat square-finish (flat) countertop requires no preparation since rangetop flange lays directly on countertop edge.
- Formed front-edged countertops require front molded edge to be shaved flat 3/4" from each front corner of opening.
- Tile countertops may need cut back 3/4" from each front corner of opening and/or rounded edge flattened.
- For existing cutout width greater than 30-1/16" reduce the 3/4" overlap dimension or for cutout width of 29", replace actual side trim panels with smaller side trim panels, available with optional Side Trim Kit (refer to detailed kit installation instructions).

Note: For planning purposes only. Refer to Product Installation Guide on the web at frigidaire.com for detailed instructions.

## Optional Accessories

- Rear Filler Kit: Black – (PN # 901193-9010).
- Side Panel Kit: Black – (PN # 903074-9010).
- Backguard Kit: Black – (PN # 903046-9010).
- Side Trim Kit: Black – (PN # 903075-9010).

FRIGIDAIRE
USA · 10200 David Taylor Drive · Charlotte, NC 28262 · 1-800-FRIGIDAIRE · frigidaire.com
CANADA · 5855 Terry Fox Way · Mississauga, ON L5V 3E4 · 1-800-265-8352 · frigidaire.ca
FPDS3085K 02/11
® 2011 Electrolux Home Products, Inc.

Accessories information available
on the web at frigidaire.com

Specifications
subject to change.
Printed in the U.S.A.



# FRIGIDAIRE

P R O F E S S I O N A L ·

# Microwave
FPBM189K F   30" Over-The-Range

| Features | |
|---|---|
| Control/Timing System | Pro-Select* |
| Exterior Door Finish | Real Stainless Steel |
| Handle Design | Stainless Steel |
| Microwave Capacity (Cu. Ft.) | 1.8 |
| Convection | |
| Watts (IEC-705 Test Procedure) | 1,000 |
| Interior Light | Yes |
| Interior Color | White |
| Turntable Diameter | 14" |
| Turntable On/Off | Yes |
| Control Lock | Yes |
| Clock | Yes |
| Touch Pad Buttons | 31 |
| Power Levels | High (1–9) |
| Accessory Metal Rack | Yes (1) |
| **Microwave Control Options** | |
| Popcorn Button | Yes |
| Chicken Nugget Button | Yes |
| Baked Potato Button | Yes |
| Sensor Reheat Button | Yes |
| Snack Button | Yes |
| Beverage | Yes |
| Melt & Soften Options | 4 |
| Auto Reheat Options | 4 |
| Snack Menu Options | 6 |
| Auto Cook Options | 9 |
| Auto Defrost Options | 6 |
| Multi-Stage Cooking Option | Yes |
| Keep Warm | Yes |
| Add 30 Seconds | Yes |
| Sensor Cooking Options | 5 |
| Vegetable Cook Sensor | Yes |
| Delay Start | |
| User Preferences | Yes |
| **Ventilation System** | |
| Ducted/Ductless Installation Option | Yes |
| Exhaust Fan (CFM) | 2-Speed 150/350 |
| Cooktop Light | 2 |
| Auto-Start Heat Sensor | Yes |
| Dishwasher-Safe Vent Filter (Ductless Installation) | Yes |
| **Power Ratings** | |
| Frequency (MHz) | 2,450 |
| Watts @ 120 Volts | 1,650 |
| Amps @ 120 Volts | 14.3 |
| **Optional Accessories** | |
| 36" Stainless Steel Filler Panel Kit | PN # MWFILKTSS |
| **Specifications** | |
| Oven Interior (HxWxD) | 10-1/16" x 22-17/32" x 14-31/32" |
| Power Supply Connection Location | Right Top Rear |
| Voltage Rating | 120V/60Hz/15A |
| Connected Load (kW Rating) @ 120 Volts | 1.65 |
| Minimum Circuit Required (Amps) | 15 |
| Shipping Weight (Approx.) | 69 Lbs. |

*For use on adequately wired 120V, dedicated circuit having 2-wire service with a separate ground wire. Appliance must be grounded for safe operation.



NOTE: For planning purposes only. Always consult local and national electric codes.
Refer to Product Installation Guide for detailed installation instructions on the web at frigidaire.com.



| Product Dimensions | |
|---|---|
| A - Height | 17-1/16" |
| B - Width | 29-29/32" |
| C - Depth | 16-3/4" |

| Cutout Dimensions | |
|---|---|
| Height (Min. from floor to top of unit) | 66" |
| Width (Min.) | 30" |
| Depth (Min.) | 12" |
| Depth (Max.) | 13" |

Accessories information available on the web at frigidaire.com

FRIGIDAIRE

USA · 10200 David Taylor Drive · Charlotte, NC 28262 · 1-800-FRIGIDAIRE · frigidaire.com
CANADA · 5855 Terry Fox Way · Mississauga, ON L5V 3E4 · 1-800-265-8352 · frigidaire.ca

★ 2011 Electrolux Home Products, Inc.

FPBM189K 06/11

Specifications subject to change.
Printed in the U.S.A.

# FRIGIDAIRE

P R O F E S S I O N A L.

## Microwave

FPBM189K F   30" Over-The-Range



## Microwave Specifications

• Product Shipping Weight (approx.) – 69 Lbs.
• Voltage Rating – 120V/60 Hz/15 Amps
• Connected Load (kW Rating) @ 120 Volts = 1.65 kW
  (For use on adequately wired 120V, dedicated circuit having 2-wire
  service with a separate ground wire. Appliance must be grounded
  for safe operation.)
• Amps @ 120 Volts = 14.3 Amps
• Always consult local and national electric codes.
• Grounded outlet should be located in cabinet above, with hole in base
  to route power cord. Carefully follow top template instructions for
  power cord clearance when installing beneath smooth, flat cabinets.
• Microwave's exhaust ventilation system is preset to recirculate air
  inside with no ducting system required. Exhausting air outside is
  optional, using either vertical or horizontal ducting system. (Refer to
  Ducted Option Specifications for outside ventilation.)
• For safe and proper installation, microwave MUST be mounted to
  BOTH a top cabinet AND a wall, and connected to at least one wall
  stud. Can NOT be installed in island or peninsula cabinet arrangements.
• Cabinet bottom MUST be level to insure proper installation.
• Cabinet MUST be capable of supporting a total load of 110 lbs.
• Filler blocks recommended for installation when cabinet front hangs
  below recessed bottom shelf.
• Minimum distance of 30" required from cooking surface to bottom
  edge of top cabinet.
• Minimum distance of 66" required from floor to top of microwave.
• Opening between cabinets MUST be 30" wide and free of obstructions.
  For openings up to 36" wide, order optional 36" Filler Panel Kit to fill
  in gap between unit and cabinets.
• Allow 26" minimum clearance for 90° door swing.

## Ducted Option Specifications

• For outside ventilation.
• Exhaust duct adapter will be needed for outside ventilation, to mate
  with standard 3-1/4" x10" rectangular duct. If round duct required,
  rectangular-to-round transition adapter will be needed with no less
  than 6" diameter.
• For most efficient airflow exhaust, use a straight run or as few elbows
  as possible with a maximum duct length of 3-1/4"x10" rectangular or
  6" diameter round duct, not to exceed 140 equivalent feet.
• For horizontal installation, be sure to allow enough space between
  wall studs to accommodate exhaust.
• Refer to installation instructions on web for detailed duct
  preparation and converting exhaust vent blower system for exterior
  exhaust ventilation.

Note: For planning purposes only. Refer to Product Installation Guide
      on the web at frigidaire.com for detailed instructions.

## Optional Accessories

• 36" Stainless Steel Filler Panel Kit – (PN# MWFILKTSS).

Accessories information available
on the web at frigidaire.com



FRIGIDAIRE
USA • 10200 David Taylor Drive • Charlotte, NC 28262 • 1-800-FRIGIDAIRE • frigidaire.com
CANADA • 5855 Terry Fox Way • Mississauga, ON L5V 3E4 • 1-800-265-8352 • frigidaire.ca
FPBM189K 06/11                                    ® 2011 Electrolux Home Products, Inc.

Specifications
subject to change.

Printed in the U.S.A.

# FRIGIDAIRE
P R O F E S S I O N A L

# Dishwasher
FPHD2491K F   24" Built-In

| Features | |
|---|---|
| Control Design | Fully-Integrated Pro-Select™ |
| Digital Display | Yes |
| Door Latch/Stay-Put Door Hinge Design | Yes/Yes |
| Low Rinse-Aid Indicator Light | Yes |
| Interior Design/Interior Color | Tall Tub/Stainless Steel |
| Wash System | Direct |
| Wash Levels/Wash Speeds | 5/1 |
| DishSense™ Technology | Yes |
| Sound Package | SilentDesign™ |
| Filter/Filter Trap | S. Steel/Removable |
| Soft Food Disposer | Yes |
| dB Level | 51 |
| Drying System | PowerPlus™ Dry |
| **Cycles** | |
| Number of Cycles | 6 |
| Heavy | Yes |
| Normal | Yes |
| Light | Yes |
| Quick | |
| Favorite | |
| China Crystal | Yes |
| Rinse Only | Yes |
| Energy Saver Plus | Yes |
| Upper Rack Wash Only | |
| Cycle Indicator Light/Control Lock | No/Yes |
| **Options** | |
| Heat/No Heat Dry | Yes |
| Hi-Temp Wash | Yes |
| NSF* Certified Sanitize Rinse | Yes |
| Delay Start | 1-24 Hour |
| **Rack System** | |
| Rack Design | Maximum |
| Rack Coating | Nylon TufRacks™ |
| Upper Rack – | |
| Rack Handles | Yes |
| Stemware/Champagne Glass Holders | Yes |
| Fold-Down Tines | Yes |
| Cup Shelves | 2 |
| Utensil Tray | |
| Adjustable Rack Height | Yes |
| Lower Rack – | |
| SpaceWise™ Silverware Basket | 3-Piece Split |
| Fold-Down Tines | 2 Full Rows |
| Small Items Cover | 3 |
| **Certifications** | |
| ENERGY STAR* | Yes |
| NSF* International Certification | Yes |
| **Specifications** | |
| Water Inlet Location | Left Bottom Front |
| Water Usage (Gallons) | 4.9 – 8.5 |
| Water Pressure (PSI) | 20 – 120 |
| Integral Air Gap on Supply | Yes |
| Leveling Legs | 4 |
| Power Supply Connection Location | Right Bottom Front |
| Voltage Rating | 120V/60 Hz/15A |
| Connected Load (kW Rating)@120 Volts† | 1.44 |
| Amps @ 120 Volts | 10 |
| Shipping Weight (Approx.) | 90 |

† For use on an adequately wired 120V, dedicated circuit having 2-wire service with a separate ground wire. Appliance must be grounded for safe operation.

NOTE: For planning purposes only. Always consult local and national electric and plumbing codes. Refer to Product Installation Guide for detailed installation instructions on the web at frigidaire.com.



Meets requirements of ASSE 1006

| Product Dimensions | |
|---|---|
| A-Height (Adjustable) | 34"-35" |
| B-Width | 23-3/4" |
| C-Depth (Including Door) | 25-3/8" |
| D-Depth (To Tub Flange) | 23" |
| Depth with Door Open 90° | 50-3/8" |

| Cutout Dimensions | |
|---|---|
| Height (Min.) | 34-1/4" |
| Height (Max.) | 35-1/4" |
| Width (Min.) | 24" |
| Depth (Min.) | 24" |

FRIGIDAIRE

USA · 10200 David Taylor Drive · Charlotte, NC 28262 · 1-800-FRIGIDAIRE · frigidaire.com
CANADA · 5855 Terry Fox Way · Mississauga, ON L5V 3E4 · 1-800-265-8352 · frigidaire.ca

© 2010 Electrolux Home Products, Inc.

FPHD2491K 08/10

Accessories information available on the web at frigidaire.com

Specifications subject to change.
Printed in the U.S.A.

**Jubilee Flooring & Decorating**
25263 U.S. Hwy 98
Daphne, AL 36526
251-625-1700

Invoice#: **010514**
Sale Date: 07/19/2011
Install Date: 08/04/2011
Sales Rep: McDavid, Jr, W
Sales Rep:

Printed 08 03       J 8

**SOLD TO**

John Lassiter Home Constructi
P.O. 397
Daphne            AL          36526
251-463-0079          928-7042 fax

**SHIPPED TO**

Winston
31945 Butler
Spanish Ft.          AL          36527

| MATERIALS | | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|
| (1) High Hand | Oat Straw | 180.00SqYd | $8.49 | $1,528.20 |
| (2) Pad -6lb Sage | 7/16", 6lb | 180.00SqYd | $2.75 | $495.00 |
| | | | **Materials Subtotal:** | **$2,023.20** |

| LABOR | | QUANTITY | PRICE | TOTAL |
|---|---|---|---|---|
| (1) Cpt - Builder --Parnell,David | | 180.00 SqYd | $3.50 | $630.00 |
| (4) Cpt - Stairs Upholstered --Parnell,David   ** ** | | 15.00 Each | $5.00 | $75.00 |
| | | | **Labor Subtotal:** | **$705.00** |

Comments:

| | |
|---|---|
| Subtotal: | $2,728.20 |
| Misc: | $171.97 |
| Total: | $2,900.17 |
| Payments: | $2,900.17 |
| Balance: | $0.00 |

PORT CITY MARBLE
P.O. BOX 7455
MOBILE, ALABAMA 36607

04-Aug-11

INVOICE #        241

JOB  :   Blakely Forrest

John Lassiter
P.O. Box 397
Daphne, Alabama 36526

| Install Marble in Master bath and upstairs tub surrounds as instructed | $3,800.00 |

| Total This Invoice | $3,800.00 |
| Previous Balance | $0.00 |
| Less Previous Payment (Deposit) | $0.00 |

| TOTAL BALANCE | $3,800.00 |

CLASSIC IMAGE GLASS
10921 A HWY 31
SARELOME AL 36532
251-802-2768    251-979-9163

**183947**

| ORDER NO. | -1079 |
| SHIP TE | |

SOLD BY

SHIP TO: Classic Homes
ADDRESS: 31945 Butler Dr.
CITY STATE ZIP: Spanish Fort, AL

TERMS

| DESCRIPTION | PRICE | UNIT | AMOUNT |
|---|---|---|---|
| Dul mixet | | | |
| Pull out Mirrors & Master Bath. | | | |
| Shower door. | | | |

DATE 4-28-11

TOTAL QUAN.

3 20 00



**CLEAR IMAGE GLASS**
**16821A HWY 181**
**FAIRHOPE, AL 36532**
~~251-802-3765~~ ~~251-978-9163~~

**Invoice** 864896

| SOLD TO | SHIP TO |
|---|---|
| John Lassiter Construction | |
| ADDRESS | ADDRESS 31945 Butler Dr. |
| CITY, STATE, ZIP | CITY, STATE, ZIP Spanish Fort, AL 36527 |

| CUSTOMER ORDER NO. | SOLD BY | TERMS | F.O.B. | DATE |
|---|---|---|---|---|
| 463-0079 | | | | 8-4-11 |

| ORDERED | SHIPPED | DESCRIPTION | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|---|
| | | Furnish and install: 1/4" mirrors | | | |
| | 1 | 59 3/4 x 42 w/ beveled overlay | | | |
| | 1 | 48 1/2 x 42 no overlay | | | |
| | 1 | 48 3/4 x 42 no overlay | | | |
| | | Total Due | | | $478 33 |

A-5840 T-46706/46721

**CLEAR IMAGE GLASS**
**16821A HWY 181**
**FAIRHOPE, AL 36532**
251-802-3765 SHIP 251-978-9163

**Invoice** 864897

| SOLD TO | SHIP TO |
|---|---|
| John Lassiter Construction | |
| ADDRESS | ADDRESS 31945 Butler Dr |
| CITY, STATE, ZIP | CITY, STATE, ZIP Spanish Fort, AL |

| CUSTOMER ORDER NO. | SOLD BY | TERMS | F.O.B. | DATE |
|---|---|---|---|---|
| 463-0079 | | | | 8-4-11 |

| ORDERED | SHIPPED | DESCRIPTION | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|---|
| | | Furnish and install: Shower Door | | | |
| | 1 | 47 7/8 x 76 w/ 12 7/16" & 14 3/4" Buttress panels | | | |
| | | Set on 157° & 1-90° return panel | | | |
| | | Brush Nickle Frame / Clear glass | | | |
| | | Total Due | | | 1,325 00 |

A-5840 T-46706/46721

# Door-N-Gutter Pro, Inc.

### Commercial * Residential
### Sales & Service
### Garage Doors* Custom Seamless Gutters * Screen Rooms

3819 Gordon John Drive
Mobile, AL  36693
Phone 251-666-8313
Fax 251-661-6716
Cell 251-583-4223

# Fax Cover Sheet

Date: _5-17-11_          Number Of Pages: _2_
                          *Includes Cover Page*

Fax Number: ___928 - 7042___

TO: _Lassiter Const - Accts Payable_

From: _DNG / Ben_

## Description/Message:

_____
_____
_____
_____
_____
_____



## Door-N-Gutter Pro, Inc.

**3819 Gordon John Drive**
**Mobile, AL 36693**
**Office: 251-666-8313**
**Fax:    251-661-6716**

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/13/2011 | 1811 |

**Bill To**

Lassiter Construction
P O Box 397
Daphne, AL 36526

| Terms | Due Date |
|-------|----------|
| Completion | 5/13/2011 |

| Description | Qty | Amount |
|-------------|-----|--------|
| 9'X7' Garage Door take down and store and reinstalled | 2 | 600.00 |
| 31945 Butler Drive Spanish Fort Al | | |

*Pay 50%*

*300—*

*Balance 300—*

All work is complete!

*Thank You for Your Business!*

| **Balance Due** | **$600.00** |
|-----------------|-------------|

*300—*
*Balance 300—*



# Door-N-Gutter Pro, Inc.

**3819 Gordon John Drive**
**Mobile, AL 36693**
**Office:  251-666-8313**
**Fax:     251-661-6716**

**Invoice**

| Date | Invoice # |
|---|---|
| 5/13/2011 | 1811 |

| Bill To |
|---|
| Lassiter Construction<br>P O Box 397<br>Daphne, AL  36526 |

*528- 7042*

| Terms | Due Date |
|---|---|
| Completion | 5/13/2011 |

| Description | Qty | Amount |
|---|---|---|
| 9'X7' Garage Door take down and store and reinstalled | 2 | 600.00 |
| 31945 Butler Drive Spanish Fort Al | | |
| LDO50 1/2hp Linear Operator | 2 | 600.00 |

*$/200*
*Less  300*
*$ 900*

| All work is complete! | | |
|---|---|---|
| | **Balance Due** | **$900.00** |



# FERGUSON ENTERPRISES, INC.

8813 GROW DRIVE
ELLYSON IND. PARK
PENSACOLA, FL 32514-7057

Please contact with Questions:
800-321-1913

| INVOICE NUMBER | CUSTOMER | PAGE |
|---|---|---|
| 0857359 | 19642 | 1 |

**PLEASE REFER TO INVOICE NUMBER WHEN MAKING PAYMENT AND REMIT TO:**

FEI - PENSACOLA 253
REMIT TO:
PO BOX 100286
ATLANTA, GA 30384-0286

00007614 01 MB   0.390 01 TR 035 FRIDCA01 000000
JOHN LASSITER HOME CONSTRUCTN.
PO BOX 397
DAPHNE, AL 36526

**SHIP TO:**
COUNTER PICK UP
25271 FRIENDSHIP ROAD
DAPHNE, AL 36526-0000



| SHIP WHSE. | SELL WHSE. | TAX CODE | CUSTOMER ORDER NUMBER | SALESMAN | JOB NAME | INVOICE DATE | BATCH |
|---|---|---|---|---|---|---|---|
| 1608 | 1608 | AL7002 | HANDLE | CSJ | WINSTON | 08/05/11 | 10 28043 |

| ORDERED | SHIPPED | ITEM NUMBER | DESCRIPTION | UNIT PRICE | UM | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 1 | DH778SS | 1HDL MTL LEV HDL *LELAND SS | 39.914 | EA | 39.91 |
| | | | INVOICE SUB-TOTAL | | | 39.91 |
| | | | TAX | Baldwin Co. | | 2.79 |

TERMS:    NET 10TH PROX          ORIGINAL INVOICE          TOTAL DUE    42.70

All accounts are due and payable per the invoiced terms. All past due amounts are subject to a service charge at the maximum rate allowed by state law plus costs of collection including attorney fees if incurred. Freight terms are FOB our dock unless otherwise specified above.          WARRANTY PROVISIONS: SEE REVERSE SIDE   A



# FERGUSON ENTERPRISES, INC.

8813 GROW DRIVE
ELLYSON IND. PARK
PENSACOLA, FL 32514-7057

Please contact with Questions:
800-321-1913

| INVOICE NUMBER | CUSTOMER | PAGE |
|---|---|---|
| 0856046 | 19642 | 1 |

**PLEASE REFER TO INVOICE NUMBER WHEN
MAKING PAYMENT AND REMIT TO:**

FEI - PENSACOLA 253
REMIT TO:
PO BOX 100286
ATLANTA, GA 30384-0286

00008700 01 MB   0.390 01 TR 039 FRIDCF01 000000
JOHN LASSITER HOME CONSTRUCTN
PO BOX 397
DAPHNE, AL 36526

**SHIP TO:**

COUNTER PICK UP
25271 FRIENDSHIP ROAD
DAPHNE, AL 36526-0000



| SHIP WHSE. | SELL WHSE. | TAX CODE | CUSTOMER ORDER NUMBER | SALESMAN | JOB NAME | INVOICE DATE | BATCH |
|---|---|---|---|---|---|---|---|
| 1608 | 1608 | AL7002 | KIT SINK | CSJ | WINSTON | 08/04/11 | 10 28029 |

| ORDERED | SHIPPED | ITEM NUMBER | DESCRIPTION | UNIT PRICE | UM | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 1 | DISPLAY | DSPLY ITEM BLANCO B440186 OFF 1608 FLOOR | 409.200 | EA | 409.20 |
| | | | INVOICE SUB-TOTAL | | | 409.20 |
| | | | TAX | Baldwin Co. | | 28.64 |

| TERMS: | NET 10TH PROX | ORIGINAL INVOICE | TOTAL DUE | 437.84 |
|---|---|---|---|---|

All accounts are due and payable per the invoiced terms. All past due amounts are subject to a service charge at the maximum rate allowed by state law plus costs of collection including attorney fees if incurred. Freight terms are FOB our dock unless otherwise specified above.   WARRANTY PROVISIONS: SEE REVERSE SIDE   A

**Checks needed for this week 8/5/11**

Thursday, August 4, 2011 6:52 PM

**From:** "JOHN M LASSITER" <jlass9698@bellsouth.net>
**To:** "Ed Winston 3rd" <winstoniiie@bellsouth.net>
**Cc:** "Ed Winston" <ed2win@bellsouth.net>

Ed and Gail this is the list of checks needed for this week.

1. Ferguson supply $3405.53 ( sinks, faucets, drains, shower trims )
2. Theo Luker $1100, ( finish trim, lock out and install bath hardware )
3. Ellison Plumbing $2500 ( complete set out of fixtures and 3 gas drops )
4. Port City Marble $ 3800 ( master shower, master bath tub trim, upstairs bath tub surrounds
5. Jubilee Flooring $2900.17 ( Carpet and pad)
6. Ford Lumber $671.58 ( balance of trim materials)
7. Easy Haul $285 ( last dumpster)
8. Clear Image Glass $478.33 ( bath room Mirrors)
9. Clear Image Glass $1325 ( Glass shower door and enclosure )
10. Gulf Atlantic Insulation $340 ( vent less fire place log burner )
11. John Lassiter $2500 ( draw for August )   *1032*
12. John Lassiter $706 ( tile repair, replacement, fire place surround, lowes and home depot expenditures , 2 months rental for new storage building, cleaning out 2 storage buildings and moving to new storage building and house.

I hope to be completely finished by the 19th of this month. Call is you have any questions.
john

*Ledger for Master Tub*

*Fire Place Surround*

**LOWE'S®**

LOWE'S HOME CENTERS, INC.
29645 FREDERICK BOULEVARD
DAPHNE, AL 36526   (251) 621-7620

– SALE –

SALES #: S2251JF2 1322160      07-18-11

6003 2X4X92 5/8 KD WW SELECT S        2.30

SUBTOTAL:            2.30
TAX:            0.22
INVOICE 01765  TOTAL:            2.52
CASH :          100.00
CHANGE:           97.48

STORE: 2251   TERMINAL: 01   07/18/11 12:50:23
# OF ITEMS PURCHASED:            1
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS

**LOWE'S®**

LOWE'S HOME CENTERS, INC.
29645 FREDERICK BOULEVARD
DAPHNE, AL 36526   (251) 621-7620

– SALE –

SALES #: S2251BA1 918509      08-04-11

118439 12X12 ABSOLUTE BLACK GRAN    4.73
4.98   DISCOUNT EACH         -0.25
118439 12X12 ABSOLUTE BLACK GRAN   47.30
4.98   DISCOUNT EACH         -0.25
10 @    4.73

SUBTOTAL:          52.03
TAX:           4.94
INVOICE 02189  TOTAL:          56.97
LAR:          56.97

TAL DISCOUNT:           2.75
R:XXXXXXXXXXXX5921 AMOUNT:56.97 AUTHCD:000065
KEYED REFID:803910525 08/04/11 15:48:24

ACCOUNT NAME:
JOHN LASSITER HOME CONST
AUTH BUYER:  LASSITER JOHN

ACCOUNT WILL BE BILLED UPON MERCHANDISE TRANSACTION
DATE FOR STOCK MERCHANDISE AND NO LATER THAN 90 DAY
FROM TRANSACTION DATE FOR SOS OR DIRECT DELIVERY
MERCHANDISE.

STORE: 2251   TERMINAL: 02   08/04/11 15:48:34
# OF ITEMS PURCHASED:            1
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS

BALDWIN COUNTY - MCBRIDE
15140 COUNTY ROAD 49
SUMMERDALE, AL 36580

(251) 972-6878

Bill To:

cash
15140 COUNTY RD 49
SUMMERDALE ,AL 36580

Ticket No:     2026905
Date:   08/03/2011
Inbound:     8:34 am
Outbound:     8:44 am
Account No:       99998
Vehicle ID#:        5
Reference:
Permit#:

| Gross | 5,100 lb | CAPTURED |
| Tare | 4,640 lb | CAPTURED |
| Net | 460 lb | |

| Material | Qty | Unit/S | Totals |
| --- | --- | --- | --- |
| C&D | 0.23 | $19.00 | $4.37 |
| Materials | | | $4.37 |
| ADEM $1/ton Tax | | | $0.23 |
| Total Due | | | $4.60 |
| Paid CASH | | | $4.60 |

X 

Driver - I certify load does not contain
non-permitted/hazardous materials and is
from Baldwin Co.

Thank You

*Total*
*127.04*



CRULE For VANITY Tops

# LOWE'S®

LOWE'S HOME CENTERS, INC.
29645 FREDERICK BOULEVARD
DAPHNE, AL 36526   (251) 621-7620

## - SALE -
SALES #: S2251SK1 1326648      08-04-11

219873 10 OZ ALEX PLUS WHITE      4.56
              2 @     2.28
331822 10.1 OZ ALEX PLUS ANTIQUE   4.96
              2 @     2.48

          SUBTOTAL:        9.52
               TAX:        0.90
INVOICE 14436  TOTAL:     10.42
              CASH:       10.52
            CHANGE:        0.10

STORE: 2251  TERMINAL: 14  08/04/11 07:33:15
# OF ITEMS PURCHASED:           4
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS





More saving.
More doing.®

              7100 HWY.90
DAPHNE, AL  36526   (251)625-0890

0863  00005  70333      08/01/11  01:18 PM
CASHIER APRIL - AXS2418

045686045105 F DIS 22-18 <A>      2.99
              SALES TAX        0.29
              TOTAL           $3.28
              CASH             3.28



0863 05 70333 08/01/2011 5520

½ BATH MIRROW

# LOWE'S®

LOWE'S HOME CENTERS, INC.
29645 FREDERICK BOULEVARD
DAPHNE, AL 36526   (251) 621-7620

## - SALE -
SALES #: S2251SK1 1326648      08-04-11

202632 DRP SS 26X35 PEWTR WRGHT   44.98

          SUBTOTAL:       44.98
               TAX:        4.27
INVOICE 14433  TOTAL:     49.25
              CASH :     100.00
            CHANGE:       50.75

STORE: 2251  TERMINAL: 14  08/04/11 07:26:25
# OF ITEMS PURCHASED:           1
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS



**Ellison Plumbing & Piping, Inc.**
**4360 Dawes Lane East**
**Mobile, AL 36619**

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/4/2011 | 8571-B |

| Bill To |
|---------|
| John Lassiter<br>PO Box 397<br>Daphne, AL 36526 |

| Job Name/Location |
|-------------------|
| |

| Description | Amount |
|-------------|--------|
| Final draw.  This will complete the original contract plus 3 gas drops. | 2,500.00 |
| Sales Tax | 0.00 |

| Phone # | Fax # | E-mail | | |
|---------|-------|--------|---|---|
| 251-634-9314 | (251)634-9185 | ellisonplumbing@bellsouth.net | **Balance Due** | $2,500.00 |

# Gulf Atlantic Insulation, Inc

PO Box 1507
Gulf Breeze, FL 32562

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/2/2011 | 1089 |

**Bill To**

JOHN LASSITER
HOME CONSTRUCTION
PO BOX 397
DAPHNE, AL 36526

| | Terms | Project |
|------|-------|---------|
| BALDWIN | Due on receipt | 31945 BUTLER |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | (1) SET SINGLE BURNER NATURAL GAS LOG SET DROPPED OFF | | |
| | TOTAL | 340.00 | 340.00 |

Thank you for your business.

**Total**      $340.00

| Phone # | Fax # |
|---------|-------|
| 1-850-525-4351 | 1-850-308-1168 |

## CLEAR IMAGE GLASS
### 16821A HWY 181
### FAIRHOPE, AL 36532
### 251-802-3765 251-978-9163

**Invoice**

**864896**

SOLD TO: John Lassiter Construction

ADDRESS:

CITY, STATE, ZIP:

SHIP TO ADDRESS: 31945 Butler Dr.

CITY, STATE, ZIP: Spanish Fort, AL 36527

| CUSTOMER ORDER NO. | SOLD BY | TERMS | F.O.B. | DATE |
|---|---|---|---|---|
| 485 0079 | | | | 8-4-11 |

| ORDERED | SHIPPED | DESCRIPTION | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|---|
| | | Furnish and install: 1/4" mirrors | | | |
| | 1 | 59 3/4 x 42 w/ beveled overlay | | | |
| | 1 | 48 1/2 x 42    No overlay | | | |
| | 1 | 48 3/4 x 42    No overlay | | | |
| | | | | Total Due | $478 33 |

---

## CLEAR IMAGE GLASS
### 16821A HWY 181
### FAIRHOPE, AL 36532
### 251-802-3765 251-978-9163

**Invoice**

**864897**

SOLD TO: John Lassiter Construction

ADDRESS:

CITY, STATE, ZIP:

SHIP TO ADDRESS: 31945 Butler Dr.

CITY, STATE, ZIP: Spanish Fort, AL

| CUSTOMER ORDER NO. | SOLD BY | TERMS | F.O.B. | DATE |
|---|---|---|---|---|
| 485 0079 | | | | 8-4-11 |

| ORDERED | SHIPPED | DESCRIPTION | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|---|
| | | Furnish and install: Shower Door | | | |
| | 1 | 47 1/8 x 76 w/ 12 7/16" & 14 3/4" Buttress panels | | | |
| | | Set on 157° & 1-90° return panel | | | |
| | | Brush Nickle frame / Clear glass | | | |
| | | | | Total Due | 1,325 00 |



## FERGUSON ENTERPRISES, INC.

8813 GROW DRIVE
ELLYSON IND. PARK
PENSACOLA, FL 32514-7057

Please contact with Questions:
800-321-1913

| INVOICE NUMBER | CUSTOMER | PAGE |
|---|---|---|
| 0853995 | 19642 | 1 |

**PLEASE REFER TO INVOICE NUMBER WHE**
**MAKING PAYMENT AND REMIT TO:**

FEI - PENSACOLA 253
REMIT TO:
PO BOX 100286
ATLANTA, GA 30384-0286

00008980 01 MB   0.390 01 TR 041 FRIDCT01 000000
JOHN LASSITER HOME CONSTRUCTN
PO BOX 397
DAPHNE, AL 36526

SHIP TO

COUNTER PICK UP
25271 FRIENDSHIP ROAD
DAPHNE, AL 36526-0000



| SHIP WHSE. | SELL WHSE. | TAX CODE | CUSTOMER ORDER NUMBER | SALESMAN | JOB NAME | INVOICE DATE | BATC |
|---|---|---|---|---|---|---|---|
| 1608 | 1608 | AL7002 | WINSTON | CSJ | . | 07/18/11 | IO 2783 |

| ORDERED | SHIPPED | ITEM NUMBER | DESCRIPTION | UNIT PRICE | UM | AMOUN |
|---|---|---|---|---|---|---|
| 1 | 1 | PFW0354 | W&O PVC SCH40 L&T H/KIT BRS BODY BN | 45.000 | EA | 4 |
|  |  |  | INVOICE SUB-TOTAL |  |  | 4 |
|  |  |  | TAX | Baldwin Co. |  |  |

| TERMS: | NET 10TH PROX | ORIGINAL INVOICE | TOTAL DUE | 48.15 |
|---|---|---|---|---|

All accounts are due and payable per the invoiced terms. All past due amounts are subject to a service charge at the maximum rate allowed by state law plus
costs of collection including attorney fees if incurred. Freight terms are FOB our dock unless otherwise specified above.

WARRANTY PROVISIONS: SEE REVERSE SIDE   A



# FERGUSON ENTERPRISES, INC.

8813 GROW DRIVE
ELLYSON IND. PARK
PENSACOLA, FL 32514-7057

| INVOICE NUMBER | CUSTOMER | PAGE |
|---|---|---|
| 0853622 | 19642 | 1 |

**PLEASE REFER TO INVOICE NUMBER WHEN MAKING PAYMENT AND REMIT TO:**

Please contact with Questions:
800-321-1913

FEI - PENSACOLA 253
REMIT TO:
PO BOX 100286
ATLANTA, GA 30384-0286

00008669 01 MB   0.390 01 TR 039 FRIDCWO1 000000
JOHN LASSITER HOME CONSTRUCTN
PO BOX 397
DAPHNE, AL 36526

SHIP TO
JOHN LASSITER HOME CONSTRUCTN
BRING TO DAPHNE STORE
DAPHNE, AL 36526



| SHIP WHSE. | SELL WHSE. | TAX CODE | CUSTOMER ORDER NUMBER | SALESMAN | JOB NAME | INVOICE DATE | BATCH |
|---|---|---|---|---|---|---|---|
| 252 | 1608 | AL9623 | PLMG REMODEL | CSJ | BLAKELY FOREST | 07/26/11 | 10 27923 |

| ORDERED | SHIPPED | ITEM NUMBER | DESCRIPTION | UNIT PRICE | UM | AMOUNT |
|---|---|---|---|---|---|---|
| | | | KITCHEN SINK/FCT | | | |
| 1 | 1 | D9178SSDST | LF 1HDL 1/3H PD KITC FCT *LELAND SS | 238.390 | EA | 238.39 |
| 1 | 0 | B440194 | 32-3/4X21-1/4 UM SINK *BLADIA  ANTH | | EA | 0.00 |
| | | | LAUNDRY | | | |
| 1 | 1 | PFT332283 | 33X22 3H 8.0 20 GA 2B SS SINK | 109.320 | EA | 109.32 |
| 1 | 1 | PFX6011BN | *TRN LF 1HDL LEV KITC FCT W/ PO SPT | 196.734 | EA | 196.73 |
| | | | MASTER BATH | | | |
| 2 | 2 | D3575SS | W/SPRD LAV FCT | 262.621 | EA | 525.24 |
| 1 | 1 | DT14278SSLHP | 1HDL SHWR TRIM L/HDL *LELAND SS | 82.620 | EA | 82.62 |
| 1 | 1 | D50650SS | H/SHWR DIV SHWR ARM SS | 62.000 | EA | 62.00 |
| 1 | 1 | D55020SS | WM H/SHWR SS | 200.420 | EA | 200.42 |
| 1 | 1 | DT2775SS | 3 H ROMAN TUB | 256.229 | EA | 256.23 |
| | | | UPSTAIRS BATHS | | | |
| 2 | 2 | D4569SSLHP | 2HDL LEV MINI W/SPRD FCT *ORLEAN SS | 198.088 | EA | 396.18 |
| 2 | 2 | DH269SS | SM MTL LEV HDL PR *ELLING SS | 44.785 | EA | 89.57 |
| 2 | 2 | DT14469SSLHP | 1HDL T&S TRIM L/HDL *ORLEAN SS | 120.240 | EA | 240.48 |
| 2 | 2 | DH769SS | LEV HDL *ORLEAN 1400 SER SS | 35.995 | EA | 71.99 |
| | | | POWDER BATH | | | |
| 1 | 1 | D2538LFSS | LF 2HDL CRVD 3H CC LAV FCT *LAHARA | 158.060 | EA | 158.06 |
| | | | INVOICE SUB-TOTAL | | | 2627.23 |
| | | | TAX | | Daphne | 249.61 |

TERMS:        NET 10TH PROX                   ORIGINAL INVOICE          TOTAL DUE    2,876.84

All accounts are due and payable per the invoiced terms. All past due amounts are subject to a service charge at the maximum rate allowed by state law plus   WARRANTY PROVISIONS: SEE REVERSE SIDE   A

# FERGUSON ENTERPRISES, INC. ® a WOLSELEY company

FERGUSON ENTERPRISES #1608
25271 FRIENDSHIP ROAD
DAPHNE, AL 36526-0000

PH: 251-621-2147    FAX: 251-626-7020
CUST PH: 251-928-7042

0857359

| CUSTOMER NO. | CUSTOMER ALPHA | CONTRACT NO. | REQUIRED DATE | BID NO. | ORDER DATE | ORDERED BY |
|---|---|---|---|---|---|---|
| | LASSITER3 | | 08/04/11 | 1608 | 08/04/11 | JHN |

JOHN LASSITER HOME CONSTRUCTN
BOX 397
DAPHNE, AL 36526

SHIP WHS. 1608
SELL WHS. 1608

S H I P  T O:
COUNTER PICK UP
25271 FRIENDSHIP ROAD
DAPHNE, AL 36526-0000

STOCK SALES ORDER

SHOWROOM
SOURCE = SHE
IS FRT = N        0.00
OB SHIP = N       0.00
04 AUG 2011 7:33:08

| WRITER | SALESMAN |
|---|---|
| CSJ | CSJ |

OML CONTACT: Cheryl Johnson
VENDOR:

| CUSTOMER P.O. NO. | LINE | ORDER QTY. | SHIP QTY. | ITEM CODE | DESCRIPTION | UNIT PRICE | U/M | TOTAL |
|---|---|---|---|---|---|---|---|---|
| | 1 | 1 | | DH778SS | HDL MTL LEV HDL XLELAND SS | EA | | |

INSTRUCTIONS:

SHIP VIA: CPU COUNTER PICK-UP

| SHIP WT. | PCS | BAGS | BOXES | CRATES | LENGTHS | BUNDLES | SHIP DATE | DELIVERED BY | PACKED BY | CHECKED BY |
|---|---|---|---|---|---|---|---|---|---|---|

| ATTN: | VENDOR P.O. NO. | ROUTE DESC: | RUN NO. | DEPART: |
|---|---|---|---|---|

| ROUTE NO. | PO. NO. | AISLE LOC |
|---|---|---|
| | | XM1-0 |

1.0 lb

| SUBTOTAL | INBOUND FREIGHT | OUTBOUND SHIPPING | TAX | LESS DEPOSIT | TOTAL DUE |
|---|---|---|---|---|---|

8 4/2.70

NO RETURNS ALLOWED WITHOUT PROPER AUTHORIZATION. RETURNED MATERIALS SUBJECT TO HANDLING CHARGES. SEE REVERSE SIDE FOR IMPORTANT TERMS AND CONDITIONS OF SALE AND LIMITATIONS OF WARRANTY.

CUSTOMER'S SIGNATURE: _____    DATE: _____

TERMS:

FEI DT0222 (6/06)

# *Easy-Haul Inc.*

8100 Falcon Blvd
Fairhope, AL  36532

Phone: 251-929-2133
Fax: 251-929-3211

# Invoice

Page 1 of 1

| | |
|---|---|
| Invoice Number: | 10267 |
| Invoice Date: | 8/1/2011 |
| Terms: | Net Due 10 Days From Invoice |
| Due Date: | 8/11/2011 |

Customer:

John Lassiter Home Construction LLC
P.O. Box 397
Daphne, AL  36526

Contact Name: John Lassiter
Job Name: Winston
PO Number:

| Description | Container # | Dump Date | Quantity | Price Each | Extended Price |
|---|---|---|---|---|---|
| Container Service: Dump | 25-1183 | 7/27/2011 | 1 | $275.00 | $275.00 |
| | | | | Invoice Total: | $275.00 |

**Easy Pay By Credit Card**  To pay by credit card complete this section and mail or fax to 251-929-3211.

☐ Visa   ☐ MasterCard   ☐ AmerExpress   ☐ Discover

Card Number: _____   Exp. Date: _____

Name On Card: _____   Signature: _____

**\*\* We Appreciate Your Business \*\***       *We Make It Easy!*

A late charge of 1.25% per month will be assessed on all past due invoices.  Any questions, please call 251-929-2133.



## Invoice 1

(Milworth)
FORD LUMBER & MILLWORK CO., INC
P.O. Box 689
Summerdale, AL 36575
251.459.7165
Fax 251.459.7157

FORD LUMBER EST. 1957

**INVOICE** 1107-124177   PAGE 1 OF 1

SOLD TO
JOHN M. LASSITER, SR.
P.O. BOX 397
DAPHNE, AL 36526

JOB ADDRESS
BLAKELY FOREST
31945 BUTLER DRIVE
SPANISH FORT, AL 36527
251-626-8319

THANKS FOR YOUR BUSINESS!
(FEIN: 83-1099705)

| ACCOUNT | JOB |
| --- | --- |
| LA1060 | 4010 |
| SOLD ON | 7/26/2011 5:06:49 PM |
| DELIVER ON | |
| BRANCH | 1020 |
| CUSTOMER PO# | |
| STATION | T09 |
| CASHIER | PH1 |
| SALESPERSON | PH1 |
| ORDER ENTRY | DEX |

Order: 1107-1336691

| Quantity | UM | Item | Description | D | T | Y | Price | Per | Amount |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 8 | EA | 0060053 | 5N DOOR STOP DOOR SAVER U52KD | | | Y | 1.3500 | EA | 10.80 |
| 15 | EA | 0511 | 5N SPRING DOORSTOP MD | | | Y | 0.9500 | EA | 14.25 |

Payment Method(s)

Charge to Acct    27.05

| | SubTotal | 25.05 |
| --- | --- | --- |
| AL6 8.00% | Sales Tax | 2.00 |
| | Deposit | |
| Please Pay This Amount | | 27.05 |

Signature

All sales are governed by Ford Lumber's "Sales Terms" incorporated herein by reference, a copy of which is available upon request and at www.fordlumbersupply.com. Payment terms are "Net 10th." A 1.5% monthly finance charge applies to any unpaid balance.



## Invoice 2

(Milworth)
FORD LUMBER & MILLWORK CO., INC
P.O. Box 689
Summerdale, AL 36575
251.459.7165
Fax 251.459.7157

FORD LUMBER EST. 1957

**RETURN** 1107-134795   PAGE 1 OF 1

SOLD TO
JOHN M. LASSITER, SR.
P.O. BOX 397
DAPHNE, AL 36526

JOB ADDRESS
BLAKELY FOREST
31945 BUTLER DRIVE
SPANISH FORT, AL 36527
251-626-8319

THANKS FOR YOUR BUSINESS!
(FEIN: 83-1099705)

| ACCOUNT | JOB |
| --- | --- |
| LA1060 | 4010 |
| SOLD ON | 7/26/2011 9:04:15 PM |
| DELIVER ON | |
| BRANCH | 1020 |
| CUSTOMER PO# | |
| STATION | T09 |
| CASHIER | PH1 |
| SALESPERSON | DEX |
| ORDER ENTRY | |

| Quantity | UM | Item | Description | D | T | Y | Price | Per | Amount |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| -1 | PC | 4517 | "NON-TAPED" SHELF 3/4X15-1/2X12 | | | Y | 13.8500 | PC | -13.85 |
| -224 | LF | 4FJP163 | BASE CAP 163 PRIMED 11/16 X 1-3/4X16 | | | Y | 0.3000 | LF | -67.20 |
| -16 | LF | 4FADP1716 | 1/2X1 5/8 P-P RADIATA PRIMED | | | Y | 0.3600 | LF | -5.76 |
| -255 | LF | 4FJR351 | CASING 351 F-JR 3" | | | Y | 0.4800 | LF | -122.40 |
| -128 | LF | 4FJP106 | QTR ROUND 106 PRIMED 11/16X11/16X16 | | | Y | 0.2700 | LF | -34.56 |
| -224 | LF | 4FJP5160 | 5160 BASE DELUXE COLONIAL 9/16 | | | Y | 0.7900 | LF | -176.96 |
| -160 | LF | 4FJR45 | CROWN 45 PRIMED 9/16X5-1/4 | | | Y | 0.8100 | LF | -129.60 |
| -16 | LF | 4FJP504 | CHAIR BACKER PR #504 5 1/4" | | | Y | 1.0800 | LF | -17.28 |
| -32 | LF | 4FJP300 | CHAIR RAIL 300 F-JP 3" | | | Y | 1.3500 | LF | -43.20 |

Payment Method(s)

Refund to Acct    653.57

| | SubTotal | -610.81 |
| --- | --- | --- |
| AL8 7.00% | Sales Tax | -42.76 |
| | Deposit | |
| REFUND | | -653.57 |

Signature

All sales are governed by Ford Lumber's "Sales Terms" incorporated herein by reference, a copy of which is available upon request and at www.fordlumbersupply.com. Payment terms are "Net 10th." A 1.5% monthly finance charge applies to any unpaid balance.




# STATEMENT

| DATE 8/01/2011 | | | TERMS | |
|---|---|---|---|---|
| TO John Lassiter Home Construction | | | | |
| ADDRESS | | | | |
| | | | | |
| IN ACCOUNT WITH Theo Lyker | | | | |
| Trim Contractor | | | | |
| | | | | |
| Interior Trim | | | $1100 | 00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DC5812

Lassize
643-1840

~~853995~~        ~~48.15~~
853622      2876.84
853995       48.15
860461 sent  437.84

today  —  42.70 handle

Balance        $3405.53

FxGUSON

Print

http://us.mg204.mail.yahoo.com/dc/launch?.partner=sbc&.gx=1&.ran

**From:** Cheryl.Johnson@Ferguson.com (Cheryl.Johnson@Ferguson.com)
**To:** JLASS9698@BELLSOUTH.NET;
**Date:** Mon, May 23, 2011 1:42:16 PM
**Cc:**
**Subject:** FW: Email Bid# B252851-PLUMBING BLAKELY FOREST

**From:** Cheryl Johnson - 2380 GULF_COAST [mailto:cheryl.johnson@ferguson.com]
**Sent:** Monday, May 23, 2011 12:28 PM
**To:** Johnson, Cheryl [Ferguson] - 2380 Pensacola ADMIN
**Subject:** Email Bid# B252851

## Price Quotation # B252851

## FERGUSON ENTERPRISES INC #252

4172 HALLS MILL ROAD
MOBILE, AL 36693-5614

Phone : 251-643-1840
Fax : 251-661-8408

Bid No.......: B252851
Bid Date...: 05/19/11
Quoted By : PAT
Customer.: JOHN LASSITER HOME CONSTRUCTN
PO BOX 397
DAPHNE, AL 36526

Cust Phone: 251-928-7042
Terms.........: NET 10TH PROX
Ship To.......: JOHN LASSITER HOME CONSTRUCTN
PO BOX 397
DAPHNE, AL 36526

Cust PO#..: PLMG REMODEL          Job Name.:   BLAKELY FOREST

| Item | Description | Quantity | Net Price | UM | Total |
|------|-------------|----------|-----------|-----|-------|
| | KITCHEN SINK/FCT | | | | |
| D9178SSDST | LF 1HDL 1/3H PD KITC FCT *LELAND SS | 1 | 238.390 | EA | 238.39 |
| B440194 | 32-3/4X21-1/4 UM SINK *BLADIA ANTH | 1 | 421.820 | EA | 421.82 |
| | | | | | |
| | LAUNDRY | | | | |
| PFT332283 | 33X22 3H 8.0 20 GA 2B SS SINK | 1 | 109.320 | EA | 109.32 |
| PFX6011BN | LF 1HDL LEV KITC FCT W/ PO SPT BN | 1 | 196.734 | EA | 196.73 |
| | | | | | |
| | MASTER BATH | | | | |
| D3575SS | W/SPRD LAV FCT | 2 | 262.621 | EA | 525.24 |
| DR10000PX | 1HDL T&S P/BAL RI VLV ONLY *MONITO | 1 | 31.860 | EA | 31.86 |
| DT14278SSL1P | 1HDL SHWR TRIM L/HDL *LELAND SS | 1 | 82.620 | EA | 82.62 |
| D50650SS | H/SHWR DIV SHWR ARM SS | 1 | 62.000 | EA | 62.00 |
| D55020SS | WM H/SHWR SS | 1 | 200.420 | EA | 200.42 |

**From:** Cheryl.Johnson@Ferguson.com (Cheryl.Johnson@Ferguson.com)
**To:** JLASS9698@BELLSOUTH.NET;
**Date:** Mon, May 23, 2011 1:42:16 PM
**Cc:**
**Subject:** FW: Email Bid# B252851-PLUMBING BLAKELY FOREST

---

**From:** Cheryl Johnson - 2380 GULF_COAST [mailto:cheryl.johnson@ferguson.com]
**Sent:** Monday, May 23, 2011 12:28 PM
**To:** Johnson, Cheryl [Ferguson] - 2380 Pensacola ADMIN
**Subject:** Email Bid# B252851

## Price Quotation # B252851

## FERGUSON ENTERPRISES INC #252

**4172 HALLS MILL ROAD**
**MOBILE, AL 36693-5614**

Phone : 251-643-1840
Fax : 251-661-8408

---

| | | | | |
|---|---|---|---|---|
| Bid No.......: B252851 | | Cust Phone: | 251-928-7042 | |
| Bid Date...: 05/19/11 | | Terms........: | NET 10TH PROX | |
| Quoted By: PAT | | Ship To.......: | JOHN LASSITER HOME CONSTRUCTN | |
| Customer.: JOHN LASSITER HOME CONSTRUCTN | | | PO BOX 397 | |
| PO BOX 397 | | | DAPHNE, AL 36526 | |
| DAPHNE, AL 36526 | | | | |

Cust PO#..:  PLMG REMODEL          Job Name.:  BLAKELY FOREST

| Item | Description | Quantity | Net Price | UM | Total |
|---|---|---|---|---|---|
| | KITCHEN SINK/FCT | | | | |
| D9178SSDST | LF 1HDL 1/3H PD KITC FCT *LELAND SS | 1 | 238.390 | EA | 238.39 |
| B440194 | 32-3/4X21-1/4 UM SINK *BLADIA ANTH | 1 | 421.820 | EA | 421.82 |
| | | | | | |
| | LAUNDRY | | | | |
| PFT332283 | 33X22 3H 8.0 20 GA 2B SS SINK | 1 | 109.320 | EA | 109.32 |
| PFX6011BN | LF 1HDL LEV KITC FCT W/ PO SPT BN | 1 | 196.734 | EA | 196.73 |
| | | | | | |
| | MASTER BATH | | | | |
| D3575SS | W/SPRD LAV FCT | 2 | 262.621 | EA | 525.24 |
| DR10000PX | 1HDL T&S P/BAL RI VLV ONLY *MONITO | 1 | 31.860 | EA | 31.86 |
| DT14278SSLHP | 1HDL SHWR TRIM L/HDL *LELAND SS | 1 | 82.620 | EA | 82.62 |
| D50650SS | H/SHWR DIV SHWR ARM SS | 1 | 62.000 | EA | 62.00 |
| D55020SS | WM H/SHWR SS | 1 | 200.420 | EA | 200.42 |

| Code | Description | Qty | Price | Unit | Total |
|---|---|---|---|---|---|
| BLTWTSN | 1-1/2 L&T W&O CONV KIT SN | 1 | 28.660 | EA | 28.66 |
| DT2775SS | 3 H ROMAN TUB | 1 | 256.229 | EA | 256.23 |
| | | | | | |
| | UPSTAIRS BATHS | | | | |
| D4569SSLHP | 2HDL LEV MINI W/SPRD FCT *ORLEAN SS | 2 | 198.088 | EA | 396.18 |
| DH269SS | SM MTL LEV HDL PR *ELLING SS | 2 | 44.785 | EA | 89.57 |
| DR10000PX | 1HDL T&S P/BAL RI VLV ONLY *MONITO | 2 | 31.860 | EA | 63.72 |
| DT14469SSLHP | 1HDL T&S TRIM L/HDL *ORLEAN SS | 2 | 120.240 | EA | 240.48 |
| DH769SS | LEV HDL *ORLEAN 1400 SER SS | 2 | 35.995 | EA | 71.99 |
| BLTWTSN | 1-1/2 L&T W&O CONV KIT SN | 2 | 28.655 | EA | 57.31 |
| | | | | | |
| | POWDER BATH | | | | |
| D2538LFSS | LF 2HDL CRVD 3H CC LAV FCT *LAHARA | 1 | 158.060 | EA | 158.06 |

Net Total:       3230.60
Tax:           306.92
Total:        3537.52

Quoted prices are based upon receipt of the total quantity for immediate shipment (48 hours). SHIPMENTS BEYOND 48 HOURS SHALL BE AT THE PRICE IN EFFECT AT TIME OF SHIPMENT UNLESS NOTED OTHERWISE. Seller not responsible for delays, lack of product or increase of pricing due to causes beyond our control, and/or based upon Local, State and Federal laws governing type of products that can be sold or put into commerce. This Quote is offered contingent upon the Buyer's acceptance of Seller's terms and conditions, which are incorporated by reference and found either following this document, or on the web at http://wolseleyna.com/terms_conditionsSale.html. Govt Buyers: All items quoted are open market unless noted otherwise.

| | | | | | |
|---|---|---|---|---|---|
| BLTWTSN | 1-1/2 L&T W&O CONV KIT SN | 1 | 28.660 | EA | 28.66 |
| DT2775SS | 3 H ROMAN TUB | 1 | 256.229 | EA | 256.23 |
| | | | | | |
| | UPSTAIRS BATHS | | | | |
| D4569SSLHP | 2HDL LEV MINI W/SPRD FCT *ORLEAN SS | 2 | 198.088 | EA | 396.18 |
| DH269SS | SM MTL LEV HDL PR *ELLING SS | 2 | 44.785 | EA | 89.57 |
| DR10000PX | 1HDL T&S P/BAL RI VLV ONLY *MONITO | 2 | 31.860 | EA | 63.72 |
| DT14469SSLHP | 1HDL T&S TRIM L/HDL *ORLEAN SS | 2 | 120.240 | EA | 240.48 |
| DH769SS | LEV HDL *ORLEAN 1400 SER SS | 2 | 35.995 | EA | 71.99 |
| BLTWTSN | 1-1/2 L&T W&O CONV KIT SN | 2 | 28.655 | EA | 57.31 |
| | | | | | |
| | POWDER BATH | | | | |
| D2538LFSS | LF 2HDL CRVD 3H CC LAV FCT *LAHARA | 1 | 158.060 | EA | 158.06 |

Net Total:     3230.60
Tax:           306.92
Total:         3537.52

Quoted prices are based upon receipt of the total quantity for immediate shipment (48 hours). **SHIPMENTS BEYOND 48 HOURS SHALL BE AT THE PRICE IN EFFECT AT TIME OF SHIPMENT UNLESS NOTED OTHERWISE.** Seller not responsible for delays, lack of product or increase of pricing due to causes beyond our control, and/or based upon Local, State and Federal laws governing type of products that can be sold or put into commerce. This Quote is offered contingent upon the Buyer's acceptance of Seller's terms and conditions, which are incorporated by reference and found either following this document, or on the web at http://wolseleyna.com/terms_conditionsSale.html. Govt Buyers: All items quoted are open market unless noted otherwise.



# FERGUSON ENTERPRISES, INC.

6813 GROW DRIVE
ELLYSON IND. PARK
PENSACOLA, FL 32514-7057

| INVOICE NUMBER | CUSTOMER | PAGE |
|---|---|---|
| 0845766 | 19642 | 1 |

**PLEASE REFER TO INVOICE NUMBER WHEN MAKING PAYMENT AND REMIT TO:**

Please contact with Questions:
800-321-1913

FEI - PENSACOLA 253
REMIT TO:
PO BOX 100286
ATLANTA, GA 30384-0286

SHIP TO:

00016326 01 AB   0.368 01 TR 078 FR1DCW02 000000
JOHN LASSITER HOME CONSTRUCTN
PO BOX 397
DAPHNE, AL 36526

COUNTER PICK UP
25271 FRIENDSHIP ROAD
DAPHNE, AL 36526-0000



| SHIP WHSE. | SELL WHSE. | TAX CODE | CUSTOMER ORDER NUMBER | SALESMAN | JOB NAME | INVOICE DATE | BATCH |
|---|---|---|---|---|---|---|---|
| 1608 | 1608 | AL7002 | WINSTON | CSJ | WINSTON | 05/31/11 | 10 27352 |

| ORDERED | SHIPPED | ITEM NUMBER | DESCRIPTION | UNIT PRICE | UM | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | | EA | 0.00 |
| 3 | 0 | BLTWTSN | 1-1/2 L&T W&O CONV KIT SN | 31.860 | EA | 95.58 |
| 3 | 3 | DR10000PX | 1HDL T&S P/BAL R1 VLV ONLY #MONITO | 1.000 | EA | 1.00 |
| 1 | 1 | RAP11508 | *0809 RAPTOR PRO 7 CLAMP WRCH CRV | 1.000 | EA | 1.00 |
| 1 | 1 | RAP11501 | *0809 RAPTOR PRO 7 CLMP WRCH STRT | | | |
| | | | INVOICE SUB-TOTAL | | | 97.58 |
| | | | TAX | Baldwin Co. | | 6.83 |

TERMS:       NET 10TH PROX       ORIGINAL INVOICE       TOTAL DUE   104.41



# FERGUSON ENTERPRISES, INC.

6813 GROW DRIVE
ELLYSON IND. PARK
PENSACOLA, FL 32514-7057

Please contact with Questions:
800-321-1913

| INVOICE NUMBER | CUSTOMER | PAGE |
|---|---|---|
| 0845766 | 19642 | 1 |

PLEASE REFER TO INVOICE NUMBER WHEN
MAKING PAYMENT AND REMIT TO:

FEI - PENSACOLA 253
REMIT TO:
PO BOX 100286
ATLANTA, GA 30384-0286

00016326 01 AB   0.368 01 TR 078 FRIDCW02 000000
JOHN LASSITER HOME CONSTRUCTN
PO BOX 397
DAPHNE, AL 36526

SHIP TO:
COUNTER PICK UP
25271 FRIENDSHIP ROAD
DAPHNE, AL 36526-0000



| SHIP WHSE. | SELL WHSE. | TAX CODE | CUSTOMER ORDER NUMBER | SALESMAN | JOB NAME | INVOICE DATE | BATCH |
|---|---|---|---|---|---|---|---|
| 1608 | 1608 | AL7002 | WINSTON | CSJ | WINSTON | 05/31/11 | 10 27352 |

| ORDERED | SHIPPED | ITEM NUMBER | DESCRIPTION | UNIT PRICE | UM | AMOUNT |
|---|---|---|---|---|---|---|
| 3 | 0 | BLTWTSN | 1-1/2 L&T W&O CONV KIT SN | 31.860 | EA | 0.00 |
| 3 | 3 | DR10000PX | 1HDL T&S P/BAL RI VLV ONLY #MONITO | 1.000 | EA | 95.58 |
| 1 | 1 | RAP11508 | *0809 RAPTOR PRO 7 CLAMP WRCH CRV | 1.000 | EA | 1.00 |
| 1 | 1 | RAP11501 | *0809 RAPTOR PRO 7 CLMP WRCH STRT | | EA | 1.00 |
| | | | INVOICE SUB-TOTAL | | | 97.58 |
| | | | TAX | Baldwin Co. | | 6.83 |

| | | | | | TOTAL DUE | 104.41 |
|---|---|---|---|---|---|---|

TERMS:   NET 10TH PROX

ORIGINAL INVOICE

WARRANTY PROVISIONS: SEE REVERSE SIDE    A

Rightfax          5/23/2011 1:32:15 PM   PAGE   2/002   Fax Server



FERGUSON ENTERPRISES, INC.
FEI #252
Price Quotation                    Page # 2
Phone : 251-643-1840
Fax   : 251-661-8408

13:30:04 MAY 23 2011

**Reference No:**  B252851

| Item | Description | Quantity | Net Price | UM | Total |
|------|-------------|----------|-----------|-----|-------|
|  |  POWDER BATH |  |  |  |  |
| D2538LFSS | LF 2HDL CRVD 3H CC LAV FCT *LAHARA | 1 | 158.060 | EA | 158.06 |

Net Total:     3230.60
Tax:       306.92
Total:     3537.52

Quoted prices are based upon receipt of the total quantity for immediate shipment (48 hours).  SHIPMENTS BEYOND 48 HOURS SHALL BE AT THE PRICE IN EFFECT AT TIME OF SHIPMENT UNLESS NOTED OTHERWISE.  Seller not responsible for delays, lack of product or increase of pricing due to causes beyond our control, and/or based upon Local, State and Federal laws governing type of products that can be sold or put into commerce.  This quote is offered contingent upon the buyer's acceptance of Seller's terms and conditions, which are incorporated by reference and found either following this document, or on the web at http://wolseleyna.com/terms_conditionsSale.html. Govt Buyers:  All items are open market unless noted otherwise.

Rightfax                    5/23/2011 1:32:15 PM  PAGE   2/002    Fax Server

**FERGUSON ENTERPRISES, INC.**

FERGUSON ENTERPRISES, INC.
FEI #252
Price Quotation                              Page # 2
Phone : 251-643-1840
Fax  : 251-661-8408

13:30:04 MAY 23 2011

*Reference No:*  8252851

| Item | Description | Quantity | Net Price | UM | Total |
|------|-------------|----------|-----------|-----|-------|
| | POWDER BATH | | | | |
| D2538LFSS | LF 2HDL CRVD 3H CC LAV FCT *LAHARA | 1 | 158.060 | EA | 158.06 |

|  |  |
|---|---|
| **Net Total:** | 3230.60 |
| **Tax:** | 306.92 |
| **Total:** | 3537.52 |

Quoted prices are based upon receipt of the total quantity for immediate shipment (48 hours).  SHIPMENTS BEYOND 48 HOURS SHALL BE
AT THE PRICE IN EFFECT AT TIME OF SHIPMENT UNLESS NOTED OTHERWISE.  Seller not responsible for delays, lack of product or increase of
pricing due to causes beyond our control, and/or based upon Local, State and Federal laws governing type of products that can be sold
or put into commerce.  This quote is offered contingent upon the buyer's acceptance of Seller's terms and conditions, which are
incorporated by reference and found either following this document, or on the web at http://wolseleyna.com/terms_conditionsSale.html.
Govt Buyers:  All items are open market unless noted otherwise.

Rightfax                    5/23/2011 1:32:15 PM  PAGE  1/002    Fax Server


**FERGUSON ENTERPRISES, INC.**

FERGUSON ENTERPRISES INC #252
4172 HALLS MILL ROAD
MOBILE, AL 36693-5614

| Deliver To: | JOHN |
| From: | Cheryl Johnson |
| Comments: | CHANGED TO SS FINISH...ELIMINATED |
| ACCESSORIES... |

13:30:04 MAY 23 2011

FERGUSON ENTERPRISES. INC.
FEI #252
Price Quotation
Phone : 251-643-1840
Fax  : 251-661-8408

Page # 1

Bid No.......:  B252851
Bid Date....:  05/19/11
Quoted By.:  PAT

Cust Phone: 251-928-7042
Terms........: NET 10TH PROX

Customer:  JOHN LASSITER HOME CONSTRUCTN
           PO BOX 397
           DAPHNE. AL 36526

Ship To:  JOHN LASSITER HOME CONSTRUCTN
          PO BOX 397
          DAPHNE. AL 36526

Cust PO#...: PLMG REMODEL

Job Name:  BLAKELY FOREST

| Item | Description | Quantity | Net Price | UM | Total |
|---|---|---|---|---|---|
| | KITCHEN SINK/FCT | | | | |
| D9178SSDST | LF 1HDL 1/3H PD KITC FCT *LELAND SS | 1 | 238.390 | EA | 238.39 |
| B440194 | 32-3/4X21-1/4 UM SINK *BLADIA  ANTH | 1 | 421.820 | EA | 421.82 |
| | ---- | | | | |
| | LAUNDRY | | | | |
| PFT332283 | 33X22 3H 8.0 20 GA 2B SS SINK | 1 | 109.320 | EA | 109.32 |
| PFX6011BN | LF 1HDL LEV KITC FCT W/ PO SPT BN | 1 | 196.734 | EA | 196.73 |
| | --- | | | | |
| | MASTER BATH | | | | |
| D3575SS | W/SPRD LAV FCT | 2 | 262.621 | EA | 525.24 |
| DR10000PX | 1HDL T&S P/BAL RI VLV ONLY *MONITO | 1 | 31.860 | EA | 31.86 |
| D114278SSLHP | 1HDL SHWR TRIM L/HDL *LELAND SS | 1 | 82.620 | EA | 82.62 |
| D50650SS | H/SHWR DIV SHWR ARM SS | 1 | 62.000 | EA | 62.00 |
| D55020SS | WM H/SHWR SS | 1 | 200.420 | EA | 200.42 |
| BLTWTSN | 1-1/2 L&T W&O CONV KIT SN | 1 | 28.660 | EA | 28.66 |
| D12775SS | 3 H ROMAN TUB | 1 | 256.229 | EA | 256.23 |
| | ---- | | | | |
| | UPSTAIRS BATHS | | | | |
| D4569SSLHP | 2HDL LEV MINI W/SPRD FCT *ORLEAN SS | 2 | 198.088 | EA | 396.18 |
| DH269SS | SM MTL LEV HDL PR *ELLING SS | 2 | 44.785 | EA | 89.57 |
| DR10000PX | 1HDL T&S P/BAL RI VLV ONLY *MONITO | 2 | 31.860 | EA | 63.72 |
| D114469SSLHP | 1HDL T&S TRIM L/HDL *ORLEAN SS | 2 | 120.240 | EA | 240.48 |
| DH769SS | LEV HDL *ORLEAN 1400 SER SS | 2 | 35.995 | EA | 71.99 |
| BLTWTSN | 1-1/2 L&T W&O CONV KIT SN | 2 | 28.655 | EA | 57.31 |
| | ---- | | | | |

Rightfax                 5/23/2011 1:32:15 PM   PAGE   1/002   Fax Server



**FERGUSON ENTERPRISES, INC.**

FERGUSON ENTERPRISES INC #252
4172 HALLS MILL ROAD
MOBILE, AL 36693-5614

| | |
|---|---|
| Deliver To: | JOHN |
| From: | Cheryl Johnson |
| Comments: | CHANGED TO SS FINISH...ELIMINATED ACCESSORIES... |

---

13:30:04 MAY 23 2011

FERGUSON ENTERPRISES, INC.
FEI #252
Price Quotation
Phone : 251-643-1840
Fax   : 251-661-8408

Page # 1

**Bid No.......:** B252851
**Bid Date....:** 05/19/11
**Quoted By.:** PAT

**Cust Phone:** 251-928-7042
**Terms........:** NET 10TH PROX

**Customer:** JOHN LASSITER HOME CONSTRUCTN
PO BOX 397
DAPHNE, AL 36526

**Ship To:** JOHN LASSITER HOME CONSTRUCTN
PO BOX 397
DAPHNE, AL 36526

**Cust PO#...:** PLMG REMODEL

**Job Name:** BLAKELY FOREST

| Item | Description | Quantity | Net Price | UM | Total |
|---|---|---|---|---|---|
| | KITCHEN SINK/FCT | | | | |
| D9178SSDST | LF 1HDL 1/3H PD KITC FCT *LELAND SS | 1 | 238.390 | EA | 238.39 |
| B440194 | 32-3/4X21-1/4 UM SINK *BLADIA ANTH | 1 | 421.820 | EA | 421.82 |
| | --- | | | | |
| | LAUNDRY | | | | |
| PFT332283 | 33X22 3H 8.0 20 GA 2B SS SINK | 1 | 109.320 | EA | 109.32 |
| PFX6011BN | LF 1HDL LEV KITC FCT W/ PO SPT BN | 1 | 196.734 | EA | 196.73 |
| | --- | | | | |
| | MASTER BATH | 2 | 262.621 | EA | 525.24 |
| D3575SS | W/SPRD LAV FCT | | | | |
| DR10000PX | 1HDL T&S P/BAL RI VLV ONLY *MONITO | 1 | 31.860 | EA | 31.86 |
| DT14278SSLHP | 1HDL SHWR TRIM L/HDL *LELAND SS | 1 | 82.620 | EA | 82.62 |
| D50650SS | H/SHWR DIV SHWR ARM SS | 1 | 62.000 | EA | 62.00 |
| D55020SS | WM H/SHWR SS | 1 | 200.420 | EA | 200.42 |
| BLTWTSN | 1-1/2 L&T W&O CONV KIT SN | 1 | 28.660 | EA | 28.66 |
| DT2775SS | 3 H ROMAN TUB | 1 | 256.229 | EA | 256.23 |
| | --- | | | | |
| | UPSTAIRS BATHS | | | | |
| D4569SSLHP | 2HDL LEV MINI W/SPRD FCT *ORLEAN SS | 2 | 198.088 | EA | 396.18 |
| DH269SS | SM MTL LEV HDL PR *ELLING SS | 2 | 44.785 | EA | 89.57 |
| DR10000PX | 1HDL T&S P/BAL RI VLV ONLY *MONITO | 2 | 31.860 | EA | 63.72 |
| DT14469SSLHP | 1HDL T&S TRIM L/HDL *ORLEAN SS | 2 | 120.240 | EA | 240.48 |
| DH769SS | LEV HDL *ORLEAN 1400 SER SS | 2 | 35.995 | EA | 71.99 |
| BLTWTSN | 1-1/2 L&T W&O CONV KIT SN | 2 | 28.655 | EA | 57.31 |
| | --- | | | | |



# FERGUSON ENTERPRISES, INC.

8813 GROW DRIVE
ELLYSON IND. PARK
PENSACOLA, FL 32514-7057

Please contact with Questions:
800-321-1913

| INVOICE NUMBER | CUSTOMER | PAGE |
|---|---|---|
| 0853622 | 19642 | 1 |

**PLEASE REFER TO INVOICE NUMBER WHEN
MAKING PAYMENT AND REMIT TO:**

FEI - PENSACOLA 253
REMIT TO:
PO BOX 100286
ATLANTA, GA 30384-0286

SHIP TO:

00008669 01 MB   0.390 01 TR 039 FRIDCW01 000000
JOHN LASSITER HOME CONSTRUCTN
PO BOX 397
DAPHNE, AL 36526

JOHN LASSITER HOME CONSTRUCTN
BRING TO DAPHNE STORE
DAPHNE, AL 36526



| SHIP WHSE. | SELL WHSE. | TAX CODE | CUSTOMER ORDER NUMBER | SALESMAN | JOB NAME | INVOICE DATE | BATCH |
|---|---|---|---|---|---|---|---|
| 252 | 1608 | AL9623 | PLMG REMODEL | CSJ | BLAKELY FOREST | 07/26/11 | 10 27923 |

| ORDERED | SHIPPED | ITEM NUMBER | DESCRIPTION | UNIT PRICE | UM | AMOUNT |
|---|---|---|---|---|---|---|
| | 1 | D9178SSDST | KITCHEN SINK/FCT | | EA | |
| 1 | 1 | | LF 1HDL 1/3H PD KITC FCT *LELAND SS | 238.390 | EA | 238.39 |
| 1 | 0 | B440194 | 32-3/4X21-1/4 UM SINK *BLADIA  ANTH | | EA | 0.00 |
| | | | LAUNDRY | | | |
| 1 | 1 | PFT332283 | 33X22 3H 8.0 20 GA 2B SS SINK | 109.320 | EA | 109.32 |
| 1 | 1 | PFX6011BN | *TRN LF 1HDL LEV KITC FCT W/ PO SPT | 196.734 | EA | 196.73 |
| | | | MASTER BATH | | | |
| 2 | 2 | D3575SS | W/SPRD LAV FCT | 262.621 | EA | 525.24 |
| 1 | 1 | DT14278SSLHP | 1HDL SHWR TRIM L/HDL *LELAND SS | 82.620 | EA | 82.62 |
| 1 | 1 | D50650SS | H/SHWR DIV SHWR ARM SS | 62.000 | EA | 62.00 |
| 1 | 1 | D55020SS | WM H/SHWR SS | 200.420 | EA | 200.42 |
| 1 | 1 | DT2775SS | 3 H ROMAN TUB | 256.229 | EA | 256.23 |
| | | | UPSTAIRS BATHS | | | |
| 2 | 2 | D4569SSLHP | 2HDL LEV MINI W/SPRD FCT *ORLEAN SS | 198.088 | EA | 396.18 |
| 2 | 2 | DH269SS | SM MTL LEV HDL PR *ELLING SS | 44.785 | EA | 89.57 |
| 2 | 2 | DT14469SSLHP | 1HDL T&S TRIM L/HDL *ORLEAN SS | 120.240 | EA | 240.48 |
| 2 | 2 | DH769SS | LEV HDL *ORLEAN 1400 SER SS | 35.995 | EA | 71.99 |
| | | | POWDER BATH | | | |
| 1 | 1 | D2538LFSS | LF 2HDL CRVD 3H CC LAV FCT *LAHARA | 158.060 | EA | 158.06 |
| | | | INVOICE SUB-TOTAL | | | 2627.2 |
| | | | TAX | | Daphne | 249.6 |

| TERMS: | NET 10TH PROX | ORIGINAL INVOICE | TOTAL DUE | 2,876.84 |
|---|---|---|---|---|

WARRANTY PROVISIONS, SEE REVERSE SIDE   A



**FERGUSON ENTERPRISES, INC.**

8813 GROW DRIVE
ELLYSON IND. PARK
PENSACOLA, FL 32514-7057

Please contact with Questions:
800-321-1913

| INVOICE NUMBER | CUSTOMER | PAGE |
|---|---|---|
| 0853622 | 19642 | 1 |

PLEASE REFER TO INVOICE NUMBER WHEN
MAKING PAYMENT AND REMIT TO:

FEI - PENSACOLA 253
REMIT TO:
PO BOX 100286
ATLANTA, GA 30384-0286

00008669 01 MB   0.390 01 TR 039 FRIDCW01 000000
JOHN LASSITER HOME CONSTRUCTN
PO BOX 397
DAPHNE, AL 36526

SHIP TO:
JOHN LASSITER HOME CONSTRUCTN
BRING TO DAPHNE STORE
DAPHNE, AL 36526



| SHIP WHSE. | SELL WHSE. | TAX CODE | CUSTOMER ORDER NUMBER | SALESMAN | JOB NAME | INVOICE DATE | BATCH |
|---|---|---|---|---|---|---|---|
| 252 | 1608 | AL9623 | PLMG REMODEL | CSJ | BLAKELY FOREST | 07/26/11 | 10 27923 |

| ORDERED | SHIPPED | ITEM NUMBER | DESCRIPTION | UNIT PRICE | UM | AMOUNT |
|---|---|---|---|---|---|---|
| | | | KITCHEN SINK/FCT | | | |
| 1 | 1 | D9178SSDST | LF 1HDL 1/3H PD KITC FCT *LELAND SS | 238.390 | EA | 238.39 |
| 1 | 0 | B440194 | 32-3/4X21-1/4 UM SINK *BLADIA   ANTH | | EA | 0.00 |
| | | | LAUNDRY | | | |
| 1 | 1 | PFT332283 | 33X22 3H 8.0 20 GA 2B SS SINK | 109.320 | EA | 109.32 |
| 1 | 1 | PFX6011BN | *TRN LF 1HDL LEV KITC FCT W/ PO SPT | 196.734 | EA | 196.73 |
| | | | MASTER BATH | | | |
| 2 | 2 | D3575SS | W/SPRD LAV FCT | 262.621 | EA | 525.24 |
| 1 | 1 | DT14278SSLHP | 1HDL SHWR TRIM L/HDL *LELAND SS | 82.620 | EA | 82.62 |
| 1 | 1 | D50650SS | H/SHWR DIV SHWR ARM SS | 62.000 | EA | 62.00 |
| 1 | 1 | D55020SS | WM H/SHWR SS | 200.420 | EA | 200.42 |
| 1 | 1 | DT2775SS | 3 H ROMAN TUB | 256.229 | EA | 256.22 |
| | | | UPSTAIRS BATHS | | | |
| 2 | 2 | D4569SSLHP | 2HDL LEV MINI W/SPRD FCT *ORLEAN SS | 198.088 | EA | 396.1 |
| 2 | 2 | DH269SS | SM MTL LEV HDL PR *ELLING SS | 44.785 | EA | 89.5 |
| 2 | 2 | DT14469SSLHP | 1HDL T&S TRIM L/HDL *ORLEAN SS | 120.240 | EA | 240.4 |
| 2 | 2 | DH769SS | LEV HDL *ORLEAN 1400 SER SS | 35.995 | EA | 71.9 |
| | | | POWDER BATH | | | |
| 1 | 1 | D2538LFSS | LF 2HDL CRVD 3H CC LAV FCT *LAHARA | 158.060 | EA | 158.0 |
| | | | INVOICE SUB-TOTAL | | | 2627.2 |
| | | | TAX | | Daphne | 249.6 |

| TERMS: | NET 10TH PROX | | ORIGINAL INVOICE | TOTAL DUE | 2,876.84 |
|---|---|---|---|---|---|



# FERGUSON ENTERPRISES, INC.

8813 GROW DRIVE
ELLYSON IND. PARK
PENSACOLA, FL 32514-7057

Please contact with Questions:
800-321-1913

| INVOICE NUMBER | CUSTOMER | PAGE |
|---|---|---|
| 0853995 | 19642 | 1 |

PLEASE REFER TO INVOICE NUMBER WHEN
MAKING PAYMENT AND REMIT TO:

FEI - PENSACOLA 253
REMIT TO:
PO BOX 100286
ATLANTA, GA 30384-0286

00008980 01 MB   0.390 01 TR 041 FR1DCT01 000000
JOHN LASSITER HOME CONSTRUCTN
PO BOX 397
DAPHNE, AL 36526

SHIP TO:
COUNTER PICK UP
25271 FRIENDSHIP ROAD
DAPHNE, AL 36526-0000



| SHIP WHSE. | SELL WHSE. | TAX CODE | CUSTOMER ORDER NUMBER | SALESMAN | JOB NAME | INVOICE DATE | BATCH |
|---|---|---|---|---|---|---|---|
| 1608 | 1608 | AL7002 | WINSTON | CSJ | . | 07/18/11 | IO 27838 |

| ORDERED | SHIPPED | ITEM NUMBER | DESCRIPTION | UNIT PRICE | UM | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 1 | PFW0354 | W&O PVC SCH40 L&T H/KIT BRS BODY BN | 45.000 | EA | 45.0 |
| | | | INVOICE SUB-TOTAL | | | 45.0 |
| | | | TAX | Baldwin Co. | | 3. |

ORIGINAL INVOICE

TOTAL DUE   48.15

TERMS:   NET 10TH PROX



**FERGUSON ENTERPRISES, INC.**

8813 GROW DRIVE
ELLYSON IND. PARK
PENSACOLA, FL 32514-7057

Please contact with Questions:
800-321-1913

| INVOICE NUMBER | CUSTOMER | PAGE |
|---|---|---|
| 0853995 | 19642 | 1 |

PLEASE REFER TO INVOICE NUMBER WHEN
MAKING PAYMENT AND REMIT TO:

FEI - PENSACOLA 253
REMIT TO:
PO BOX 100286
ATLANTA, GA 30384-0286

00008980 01 MB   0.390 01 TR 041 FRIDCT01 000000
JOHN LASSITER HOME CONSTRUCTN
PO BOX 397
DAPHNE, AL 36526

**SHIP TO**

COUNTER PICK UP
25271 FRIENDSHIP ROAD
DAPHNE, AL 36526-0000



| SHIP WHSE. | SELL WHSE. | TAX CODE | CUSTOMER ORDER NUMBER | SALESMAN | JOB NAME | INVOICE DATE | BATCH |
|---|---|---|---|---|---|---|---|
| 1608 | 1608 | AL7002 | WINSTON | CSJ | . | 07/18/11 | 10 27838 |

| ORDERED | SHIPPED | ITEM NUMBER | DESCRIPTION | UNIT PRICE | UM | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 1 | PFWO354 | W&O PVC SCH40 L&T H/KIT BRS BODY BN | 45.000 | EA | 45.0 |
| | | | INVOICE SUB-TOTAL | | | 45.0 |
| | | | TAX | Baldwin Co. | | 3.1 |

ORIGINAL INVOICE

| TOTAL DUE | |
|---|---|
| | 48.15 |

TERMS:        NET 10TH PROX

# STATEMENT



**FERGUSON ENTERPRISES, INC.**

8813 GROW DRIVE
ELLYSON IND. PARK
PENSACOLA, FL 32514-7057

Please contact with Questions:
850-484-8202

| AMOUNT DUE | DATE | CUSTOMER | PAGE |
|---|---|---|---|
| 2,924.99 | 07/29/11 | 19642 | 1 |

| AMOUNT PAID | IMPORTANT |
|---|---|
| | TO INSURE PROPER CREDIT RETURN THIS STUB WITH YOUR CHECK TO: |

00028767 01 AB    0.368 01 TR 133 FRSDCA02 000000
JOHN LASSITER HOME CONSTRUCTN
PO BOX 397
DAPHNE, AL 36526

303840286862
FERGUSON ENTERPRISES, INC. #253
REMIT TO:
PO BOX 100286
ATLANTA, GA 30384-0286



PLEASE INDICATE INVOICES
TO WHICH PAYMENT APPLIES ▼

| INVOICE DATE | INVOICE NUMBER | CUST. ORDER NO. | CURRENT | PAST DUE | INV. DATE | INVOICE NUMBER | √ | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | Warehouse 253 | Warehouse 253 | | | Warehouse 253 | | |
| 07/18/11 | 0853995 | WINSTON | 48.15 | | 07/18/11 | 0853995 | | 48. |
| 07/26/11 | 0853622 | PLMG REMODEL | 2,876.84 | | 07/26/11 | 0853622 | | 2,876.8 |

PLEASE DETACH AND RETURN WITH YOUR REMITTANCE.

| | | | | 0.00 | TOTAL AMOUNT DUE | 2,924.9 |
|---|---|---|---|---|---|---|

# STATEMENT



**FERGUSON ENTERPRISES, INC.**

8813 GROW DRIVE
ELLYSON IND. PARK
PENSACOLA, FL 32514-7057

Please contact with Questions:
850-484-8202

| AMOUNT DUE | DATE | CUSTOMER | PAGE |
|---|---|---|---|
| 2,924.99 | 07/29/11 | 19642 | 1 |

| AMOUNT PAID | IMPORTANT |
|---|---|
| | TO INSURE PROPER CREDIT RETURN THIS STUB WITH YOUR CHECK TO: |

00028767 01 AB    0.368 01 TR 133 FRSDCA02 000000
JOHN LASSITER HOME CONSTRUCTN
PO BOX 397
DAPHNE, AL 36526

303840286862
FERGUSON ENTERPRISES, INC. #253
REMIT TO:
PO BOX 100286
ATLANTA, GA 30384-0286



PLEASE INDICATE INVOICES
TO WHICH PAYMENT APPLIES ▼

| INVOICE DATE | INVOICE NUMBER | CUST. ORDER NO. | CURRENT | PAST DUE | INV. DATE | INVOICE NUMBER | √ | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | Warehouse 253 | Warehouse 253 | | | Warehouse 253 | | 48.1 |
| 07/18/11 | 0853995 | WINSTON | 48.15 | | 07/18/11 | 0853995 | | 2,876.8 |
| 07/26/11 | 0853622 | PLMG REMODEL | 2,876.84 | | 07/26/11 | 0853622 | | |

| | | | | | TOTAL AMOUNT DUE | 2,924.9 |
|---|---|---|---|---|---|---|
| | | 2,924.99 | 0.00 | | | |

# FERGUSON ENTERPRISES, INC.® a WOLSELEY company

PAYMENT ON ACCOUNT

FE: H252
PO BOX 1004286
AT ANTA, GA 30384-0286

PH: 251-621-2147   FAX: 251-626-7020

REQUIRED DATE: 08/05/11
SHIP WHS: 1609
SELL WHS: 1609
BID NO.: 1698

CUSTOMER ALPHA: LASSITERJ
CONTRACT NO.

AN LASSITER HOME CONSTRUCTION
BOX 37
PRAT , - 36526

JOB PH: 251-928-7042

| ITEM CODE | DESCRIPTION |
|---|---|
| | Received as Payment on Account |
| | APPLY TO ACCT |
| | PAID 3405.53 BY CHECK CRM 1656 ON 08/05/11 |

TOTAL: 3405.53

WRITER: LJM

TERMS:

TOTAL DUE: 3405.53

RETURNS ALLOWED WITHOUT PROPER AUTHORIZATION. RETURNED MATERIALS
BJECT TO HANDLING CHARGES.
E REVERSE SIDE FOR IMPORTANT TERMS AND CONDITIONS OF SALE AND LIMITATIONS
WARRANTY.

# FERGUSON ENTERPRISES, INC.® a WOLSELEY company

FEI H252
PO BOX 100286
ATLANTA, GA 30384-0286

PH : 251-621-2147    FAX: 251-626-7020
REQUIRED DATE 08/05/11
SHIP WHS. 1600    SELL WHS. 1600

CUSTOMER ALPHA: HASSITERJ
CONTRACT NO.

PAYMENT ON ACCOUNT

WRITER: LMI
SALESMAN

SHIP TO:
JOHN LASSITER HOME CONSTRUCTN
BOX 37
PRME, AL 36526

CUST PH: 251-928-7042

| ITEM CODE | DESCRIPTION | TOTAL |
|---|---|---|
| | Received as Payment on Account | |
| APPLY TO ACCT | | 3405.53 |
| PAID 3405.53 BY CHECK CK# 1936 ON 08/05/11 | | |

TOTAL DUE: 3405.53

TERMS:

# FERGUSON ENTERPRISES, INC.®

a WOLSELEY company

FEI DT0222 (6/06)

| LINE | ORDER QTY. | CUSTOMER PO NO. | SHIP QTY. | ITEM CODE | DESCRIPTION | UNIT PRICE | U/M | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 | | 1 | 0917PF09ST | | | | |
| 2 | 1 | | 3 | B440SY4 | | | | |
| 3 | 1 | | | LDPREY | | | | |
| 4 | 1 | | | | | | | |
| 5 | | | | | | | | |
| 6 | 1 | | 1 | PF099933 | | | | |
| 7 | 1 | | 1 | PF9601HP | | | | |
| 8 | | | | | | | | |
| 9 | | | | | | | | |
| 10 | 2 | | 2/box | P357585 | | | | |

SUBTOTAL | INBOUND FREIGHT | OUTBOUND SHIPPING | TAX | LESS DEPOSIT | TOTAL DUE

CUSTOMER'S SIGNATURE _____ DATE: _____

TERMS:

NO RETURNS ALLOWED WITHOUT PROPER AUTHORIZATION. RETURNED MATERIALS SUBJECT TO HANDLING CHARGES. SEE REVERSE SIDE FOR IMPORTANT TERMS AND CONDITIONS OF SALE AND LIMITATIONS OF WARRANTY.

FEI DT0222 (6/06)

# FERGUSON ENTERPRISES, INC.® a WOLSELEY company

| LINE | ORDER QTY | SHIP QTY | ITEM CODE | DESCRIPTION | UNIT PRICE | U/M | TOTAL |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | D91785SDST | | | | |
| 2 | 1 | 1 | D440194 | | | | |
| 3 | 1 | | | | | | |
| 4 | | | | | | | |
| 5 | | 1 | PF52400 | | | | |
| 6 | 1 | 1 | PF52522SS | | | | |
| 7 | 1 | | | | | | |
| 8 | | | | | | | |
| 9 | | | D357555 | | | | |
| 10 | 2 | | | | | | |

SUBTOTAL · INBOUND FREIGHT · OUTBOUND SHIPPING · TAX · LESS DEPOSIT · TOTAL DUE

NO RETURNS ALLOWED WITHOUT PROPER AUTHORIZATION. RETURNED MATERIALS SUBJECT TO HANDLING CHARGES. SEE REVERSE SIDE FOR IMPORTANT TERMS AND CONDITIONS OF SALE AND LIMITATIONS OF WARRANTY.

CUSTOMER'S SIGNATURE: _____  DATE: _____

TERMS:

# FERGUSON ENTERPRISES, INC.® a WOLSELEY company

STOCK SALES ORDER

FEI DT0222 (6/06)

PH: 251-621-2147     FAX: 251-626-0090

JST PH: 251-928-7042

CUSTOMER NO. 8642

ORDER NO. 8445766

REQUIRED DATE

SHIP WHS 1.08

SELL WHS 1.98

CONTRACT NO.

BID NO.

ORDER DATE

ORDERED BY

| LINE | ORDER QTY. | SHIP QTY. | ITEM CODE | DESCRIPTION | UNIT PRICE | U/M | TOTAL |
|------|-----------|-----------|-----------|-------------|-----------|-----|-------|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

SUBTOTAL

INBOUND FREIGHT

OUTBOUND SHIPPING

TAX

LESS DEPOSIT

TOTAL DUE

NO RETURNS ALLOWED WITHOUT PROPER AUTHORIZATION. RETURNED MATERIALS SUBJECT TO HANDLING CHARGES. SEE REVERSE SIDE FOR IMPORTANT TERMS AND CONDITIONS OF SALE AND LIMITATIONS OF WARRANTY.

CUSTOMER'S SIGNATURE:

DATE:

TERMS:

**FERGUSON ENTERPRISES, INC.®** a WOLSELEY company

STOCK SALES ORDER

PH: 251-621-2147
FAX: 251-626-7920

ORDER NO. W745766

JST PH: 251-928-7942

NO RETURNS ALLOWED WITHOUT PROPER AUTHORIZATION. RETURNED MATERIALS SUBJECT TO HANDLING CHARGES. SEE REVERSE SIDE FOR IMPORTANT TERMS AND CONDITIONS OF SALE AND LIMITATIONS OF WARRANTY.

CUSTOMER'S SIGNATURE:                    DATE:

TERMS:

# Elkins Construction Company, Inc

# Invoice

2090 Schillinger Road South Suite C
Mobile, Alabama 36695
Phone: 251-634-9122  Fax: 251-634-9187

| Date | Invoice # |
|------|-----------|
| 6/3/2011 | 1214 |

| Invoice to |
|------------|
| John Lassiter |

| Date Due | Project |
|----------|---------|
| Due on receipt | |

| Description | Amount |
|-------------|--------|
| material and labor to remove soffit and replace after rewiring and rewrap garage doors | 549.75 |

Thank you for your business. We accept Visa and Mastercard, however we charge 3% to the total. A finance charge will accrue on past due balances at the rate of 1.5% per month.

| | |
|---|---|
| **Total** | $549.75 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $549.75 |

Please visit our website:
www.elkinsconstructioncompany.com

# Elkins Construction Company, Inc

2090 Schillinger Road South Suite C
Mobile, Alabama 36695
Phone: 251-634-9122  Fax: 251-634-9187

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/3/2011 | 1214 |

| Invoice to |
|------------|
| John Lassiter |

| Date Due | Project |
|----------|---------|
| Due on receipt | |

| Description | Amount |
|-------------|--------|
| material and labor to remove soffit and replace after rewiring and rewrap garage doors | 549.75 |

Thank you for your business. We accept Visa and Mastercard, however we charge 3% to the total. A finance charge will accrue on past due balances at the rate of 1.5% per month.

| | |
|--|--|
| **Total** | $549.75 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $549.75 |

Please visit our website:
www.elkinsconstructioncompany.com

# LOWE'S®

LOWE'S HOME CENTERS, INC.
29645 FREDERICK BOULEVARD
DAPHNE, AL 36526    (251) 621-7520

- SALE -

SALES # S22510L1 1519642        07-20-11

06156 2X12X16 TOP CHOICE #2 SYP        13.40

| | |
|---|---|
| SUBTOTAL: | 13.40 |
| TAX: | 1.20 |
| INVOICE 02829 TOTAL: | 14.76 |
| CASH: | 20.01 |
| CHANGE: | 5.25 |

IF YOU FIND A LOWER PRICE, WE WILL BEAT IT BY 10%.
SEE STORE FOR DETAILS.

WE HAVE THE LOWEST PRICES, GUARANTEED!

STORE CODE: 22510-T2011-028829

WWW.LOWES.COM/FEEDBACK
STORE MANAGER: NICKI BENTON

HAVE A COMMENT OR FEEDBACK? LET US KNOW AT:

SEE REVERSE SIDE FOR RETURN POLICY.
THANK YOU FOR SHOPPING LOWE'S.

# OF ITEMS PURCHASED: 1
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS

STORE: 2251   TERMINAL: 02   07/20/2011 10:08:15

**************************************
*               *
*     YOUR OPINIONS COUNT!     *
*               *
*  REGISTER TO WIN A $5,000 LOWE'S GIFT CARD!  *
*  ¡REGISTRESE PARA GANAR UNA TARJETA DE REGALO LOWE'S!  *
*               *
*  REGISTER BY COMPLETING A GUEST SATISFACTION SURVEY  *
*  WITHIN ONE WEEK AT: WWW.LOWES.COM/SURVEY  *
*     Y O U R   I D #  02829 2251 201     *
*               *
*  NO PURCHASE NECESSARY TO ENTER OR WIN.  *
*  VOID WHERE PROHIBITED. MUST BE 18 OR OLDER TO ENTER.  *
*  OFFICIAL RULES & WINNERS AT: WWW.LOWES.COM/SURVEY  *
*               *
**************************************
STORE: 2251   TERMINAL: 02   07/20/2011 10:08:15



LOWE'S HOME CENTERS, INC.
29645 FREDERICK BOULEVARD
DAPHNE, AL 36526 (251) 621-7620

- SALE -

SALES #: S2251SF1 1358898    07-19-11

73600 2X6X8 TOP CHOICE #2 SYP P    6.40
3.37    DISCOUNT EACH    -0.17
2 @   3.20
96156 2X12X16 TOP CHOICE #2 SYP    12.81
13.48    DISCOUNT EACH    -0.67

SUBTOTAL:    19.21
TAX:    1.82
INVOICE 02726 TOTAL:    21.03
CAR:    21.03

TOTAL DISCOUNT=    1.01

LAR:xxxxxxxxxxxxxx5921 AMOUNT:21.03 AUTHCD:000013
KEYED REF ID:809015525 07/19/11 15:23:00
ACCOUNT NAME:
JOHN LASSITER HOME CONST
RUTH BUYER: LASSITER JOHN
JOHN LASSITER HOME CONST

ACCOUNT WILL BE BILLED UPON MERCHANDISE TRANSACTION
DATE FOR STOCK MERCHANDISE AND NO LATER THAN 90 DAYS
FROM TRANSACTION DATE FOR SOS OR DIRECT DELIVERY
MERCHANDISE.

(signature)

STORE: 2251  TERMINAL: 02  07/19/11 15:23:09
# OF ITEMS PURCHASED:    3
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS



THANK YOU FOR SHOPPING LOWE'S.
SEE REVERSE SIDE FOR RETURN POLICY.
STORE MANAGER: NICKI BENTON

HAVE A COMMENT OR FEEDBACK? LET US KNOW AT:
WWW.LOWES.COM/FEEDBACK
STORE CODE: 22510-71911-02728
WE HAVE THE LOWEST PRICES, GUARANTEED!
IF YOU FIND A LOWER PRICE, WE WILL BEAT IT BY 10%.
SEE STORE FOR DETAILS.
************************************************
* YOUR OPINION COUNTS! *
* REGISTER TO WIN A $5,000 LOWE'S GIFT CARD! *
* ¡REGISTRESE PARA GANAR UNA TARJETA DE REGALO LOWE'S! *
* *
* REGISTER BY COMPLETING A GUEST SATISFACTION SURVEY *
* www.lowes.com/survey *
* 02726 2251 200 *
* *
* IF TO ENTER OR WIN, *
* BE 18 OR OLDER TO ENTER. *
* (: www.lowes.com/survey *
************************************************
2 07/19/11 15:23:09

# LOWE'S

LOWE'S HOME CENTERS, INC.
29645 FREDERICK BOULEVARD
DAPHNE, AL 36526   (251) 621-7620

- SALE -

SALES #: FSTLANE3 13          04-30-11

66738 8X12 PLASTIC  KEEP OUT          1.92
         2 @ 0.96

SUBTOTAL:                 1.92
TAX:                      0.18
INVOICE 05688 TOTAL:      2.10
CASH:                     3.00
CHANGE:                   0.90

STORE: 2251 TERMINAL: 05 04/30/11 09:31:35
# OF ITEMS PURCHASED: 2
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS

THANK YOU FOR SHOPPING LOWE'S.
SEE REVERSE SIDE FOR RETURN POLICY.
STORE MANAGER: NICKI BENTON

HAVE A COMMENT OR FEEDBACK? LET US KNOW AT:
WWW.LOWES.COM/FEEDBACK
STORE CODE: 22510-43011-05688

WE HAVE THE LOWEST PRICES, GUARANTEED!
IF YOU FIND A LOWER PRICE, WE WILL BEAT IT BY 10%.
SEE STORE FOR DETAILS.

*********************************************
*  YOUR OPINIONS COUNT!
*  REGISTER TO WIN A $5,000 LOWE'S GIFT CARD!
*  [REGISTRESE PARA GANAR UNA TARJETA DE REGALO LOWE'S]
*  REGISTER BY COMPLETING A GUEST SATISFACTION SURVEY
*  WITHIN ONE WEEK AT: WWW.LOWES.COM/SURVEY
*  Y O U R   I D #: 05688 2251 120
*  NO PURCHASE NECESSARY TO ENTER OR WIN.
*  VOID WHERE PROHIBITED. MUST BE 18 OR OLDER TO ENTER.
*  OFFICIAL RULES & WINNERS AT: WWW.LOWES.COM/SURVEY
*********************************************

STORE: 2251 TERMINAL: 05 04/30/11 09:31:35

NOTICE: Drywall Settlement. Read Below.

Lowe's has settled a lawsuit alleging that certain drywall purchased from Lowe's was defective and caused property damage and/or personal injury. Lowe's denies all of these claims. You are included in the Class if you have or allegedly had defective drywall that was purchased from Lowe's anytime before 7/27/10.

Class Members may receive free $50 to $100,000.00 in Lowe's gift cards and/or cash. To get a payment, you must submit a claim form by 7/15/11.

Unless you exclude yourself from the Class by 5/27/11, you give up the right to ever sue Lowe's about the legal claims this settlement resolves. If you stay in the Class, you may object to the amended settlement by 5/27/11.

The Court will hold a hearing on 10/12/11 to consider whether to approve the settlement and attorney's fees of up to $2.9085 million. You may ask to appear and speak at the hearing.

For more information about the settlement, including how to get benefits, exclude yourself or object, go to www.DrywallSettlement.info or call 1-877-497-3512.

## Consolidated Statement

### Current Invoice Details

Mail Payments to:

LOWE'S
P.O. BOX 530954
ATLANTA, GA 30353-0954

JOHN LASSITER HOME CONST
Account : 9900 015592 1
Store/City : 2251 / DAPHNE, AL
Buyer: LASSITER JOHN

Date of Sale:  03/09/11
Invoice:  901928
P.O. / JOB:

| S.K.U. | DESCRIPTION | QUANTITY | UNIT | PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 00000000001 2192 | 1502'X2X8 3 PLY SHTG 32/ | 2.00 | PC | 11.37 | 22.74 |
| 00000000015 5970 | PROMOTIONAL DISCOUNT | 1.00 | EA | 0.00 | 0.00 |
| Subtotal: 22.74 | | Tax:  2.16 | | Balance Due: | 24.90 |



PAID 4/29/11

LOWE'S

LOWE'S HOME CENTERS, INC.
29645 FREDERICK BOULEVARD
DAPHNE, AL 36526 (251) 621-7620

- SALE -
SALES #: S2251DB1 1429326 04-27-11

12212 7/16IN X 4FT X 8FT OSB SH 13.82
7.27 DISCOUNT EACH -0.36
2 @ 6.91

SUBTOTAL: 13.82
TAX: 1.31
INVOICE 02031 TOTAL: 15.13
LAR: 15.13
TOTAL DISCOUNT: 0.72
LAR:XXXXXXXXXXXX5921 AMOUNT:15.13 AUTHCD:000724
KEYED REFID:803993309 04/27/11 07:19:11
ACCOUNT NAME:
JOHN LASSITER HOME CONST
AUTH BUYER: LASSITER JOHN

ACCOUNT WILL BE BILLED UPON MERCHANDISE TRANSACTION DATE FOR STOCK MERCHANDISE AND NO LATER THAN 90 DAYS FROM TRANSACTION DATE FOR SOS OR DIRECT DELIVERY MERCHANDISE.

STORE: 2251 TERMINAL: 02 04/27/11 07:19:20
# OF ITEMS PURCHASED: 2
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS

THANK YOU FOR SHOPPING LOWE'S.
SEE REVERSE SIDE FOR RETURN POLICY.
STORE MANAGER: NICKI BENTON

HAVE A COMMENT OR FEEDBACK? LET US KNOW AT:
WWW.LOWES.COM/FEEDBACK
STORE CODE: 22510-42711-02031

WE HAVE THE LOWEST PRICES, GUARANTEED!
IF YOU FIND A LOWER PRICE, WE WILL BEAT IT BY 10%.
SEE STORE FOR DETAILS.

*****************************************************
* YOUR OPINIONS COUNT! *

LOWE'S

LOWE'S HOME CENTERS, INC.
29645 FREDERICK BOULEVARD
DAPHNE, AL 36526 (251) 621-7620

- SALE -

SALES #: S2251TS2 1327900 04-28-11

| | | |
|---|---|---|
| 224273 55 GAL 40 CT CONTR CHCE D | | 14.23 |
| 14.98 | DISCOUNT EACH | -0.75 |
| 126347 35" CONTRACTORS PAPER - F | | 14.21 |
| 14.96 | DISCOUNT EACH | -0.75 |
| 43066 3M 2" 3PK BLUE PAINTER'S | | 19.16 |
| 20.17 | DISCOUNT EACH | -1.01 |
| | SUBTOTAL: | 47.60 |
| | TAX: | 4.52 |
| INVOICE 14773 | TOTAL: | 52.12 |
| | LAR: | 52.12 |

TOTAL DISCOUNT: 2.51

LAR:XXXXXXXXXXXX5921 AMOUNT:52.12 AUTHCD:000762
KEYED REFID:803996269 04/28/11 10:11:34
ACCOUNT NAME:
JOHN LASSITER HOME CONST
AUTH BUYER: LASSITER JOHN

ACCOUNT WILL BE BILLED UPON MERCHANDISE TRANSACTION DATE FOR STOCK MERCHANDISE AND NO LATER THAN 90 DAYS FROM TRANSACTION DATE FOR SOS OR DIRECT DELIVERY MERCHANDISE.

STORE: 2251 TERMINAL: 14 04/28/11 10:11:43
# OF ITEMS PURCHASED: 3
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS

THANK YOU FOR SHOPPING LOWE'S.
SEE REVERSE SIDE FOR RETURN POLICY.
STORE MANAGER: NICKI BENTON

HAVE A COMMENT OR FEEDBACK? LET US KNOW AT:
WWW.LOWES.COM/FEEDBACK
STORE CODE: 22510-42811-14773

WE HAVE THE LOWEST PRICES, GUARANTEED!
IF YOU FIND A LOWER PRICE, WE WILL BEAT IT BY 10%.
SEE STORE FOR DETAILS.

*****************************************************
* YOUR OPINIONS COUNT! *
* REGISTER TO WIN A $5,000 LOWE'S GIFT CARD! *
* ¡REGISTRESE PARA GANAR UNA TARJETA DE REGALO LOWE'S! *
* *
* REGISTER BY COMPLETING A GUEST SATISFACTION SURVEY *
* WITHIN ONE WEEK AT: www.lowes.com/survey *
* Y O U R I D # 14773 2251 118 *
* *
* NO PURCHASE NECESSARY TO ENTER OR WIN. *
* VOID WHERE PROHIBITED. MUST BE 18 OR OLDER TO ENTER. *
* OFFICIAL RULES & WINNERS AT: www.lowes.com/survey *
*****************************************************

STORE: 2251 TERMINAL: 14 04/28/11 10:11:43

NOTICE: Drywall Settlement. Read Below.

Lowe's has settled a lawsuit alleging that certain drywall purchased from Lowe's was defective and caused property damage and/or personal injury. Lowe's denies all of these claims. You are included in the Class if you have or [illegible] had defective drywall that has

LOWE'S HOME CENTERS, INC.
29645 FREDERICK BOULEVARD
DAPHNE, AL 36526  (251) 621-7620

- SALE -

SALES #: S2251NH1 15/0042   04-28-11

126332 8 OZ 9X12 CANVAS DROP CLO      15.00
256584 (40990) 55YD UTILITY DUCT       3.58
   3.77  DISCOUNT EACH               -0.19
93826 KNIFE RPLCEMNT BLADES-LGS        1.88
   1.98  DISCOUNT EACH               -0.10
126347 35" CONTRACTORS PAPER - F      14.21
  14.96  DISCOUNT EACH               -0.75

                    SUBTOTAL:         34.67
                         TAX:          3.29
INVOICE 14736    TOTAL::             37.96
                         LAR:         37.96

TOTAL DISCOUNT:                 1.04
LAR:XXXXXXXXXXX5921 AMOUNT:37.96 AUTHCD:000748
KEYED REFID:803996317 04/28/11 07:22:42
ACCOUNT NAME:
JOHN LASSITER HOME CONST
AUTH BUYER: LASSITER JOHN

ACCOUNT WILL BE BILLED UPON MERCHANDISE TRANSACTION
DATE FOR STOCK MERCHANDISE AND NO LATER THAN 90 DAYS
FROM TRANSACTION DATE FOR SOS OR DIRECT DELIVERY
MERCHANDISE.

STORE: 2251  TERMINAL: 14  04/28/11 07:22:51
# OF ITEMS PURCHASED:    4
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS

THANK YOU FOR SHOPPING LOWE'S,



LOWE'S HOME CENTERS, INC.
2945 FREDERICK BOULEVARD
DAPHNE, AL 36526   (251) 621-7620

- RETURN 14735 -

SALES #:R S2251NH1 1510042   04-28-11

RET 126532 8 OZ 9X12 CANVAS DROP CLO   15.00-
ORIG. STORE: 2251 DATE:042811 INV:14734
RET 256584 (40590) 5SYD UTILITY DUCT   3.77-
ORIG. STORE: 2251 DATE:042811 INV:14734
RET 93826 KNIFE MPLCEMNT BLODES-LGS   1.98-
ORIG. STORE: 2251 DATE:042811 INV:14734
RET 126347 35" CONTRACTORS PAPER - F   14.96-
ORIG. STORE: 2251 DATE:042811 INV:14734

                SUBTOTAL:        35.71-
                     TAX:         3.39-
            TOTAL RETURN:        39.10-
                     LAR:        39.10-

LAR:XXXXXXXXXXX5921 AMOUNT:39.10-
KEYED REFID:803904589 04/28/11 07:21:12
            ACCOUNT NAME:
    JOHN LASSITER HOME CONST
AUTH BUYER: LASSITER JOHN

STORE: 2251  TERMINAL: 14  04/28/11 07:21:12

STORE MANAGER: NICKI BENTON

HAVE A COMMENT OR FEEDBACK? LET US KNOW AT:
        WWW.LOWES.COM/FEEDBACK
STORE CODE: 22510-42811-14735

***************************************
*      YOUR OPINIONS COUNT!            *
* REGISTER TO WIN A $5,000 LOWE'S GIFT CARD! *
***************************************

# LOWE'S®

LOWE'S HOME CENTERS, INC.
29645 FREDERICK BOULEVARD
DAPHNE, AL 36526   (251) 621-7620

**- SALE -**

SALES #: S225THN1 1510042        04-28-11

| | |
|---|---|
| 126332 8 OZ 9X12 CANVAS DROP CLO | 15.00 |
| 256584 (40990) 55YD UTILITY DUCT | 3.77 |
| 93826 KNIFE RPLCEMNT BLADES-LGS | 1.98 |
| 126347 35" CONTRACTORS PAPER - F | 14.96 |

| | |
|---|---|
| SUBTOTAL: | 35.71 |
| TAX: | 3.39 |
| INVOICE 14734 TOTAL: | 39.10 |
| LAR: | 39.10 |

LAR:XXXXXXXXXX5921 AMOUNT:39.10 AUTHCD:000749
KEYED REF ID:003996317 04/28/11 07:19:43
ACCOUNT NAME:
JOHN LASSITER HOME CONST
AUTH BUYER:  LASSITER JOHN

ACCOUNT WILL BE BILLED UPON MERCHANDISE TRANSACTION
DATE FOR STOCK MERCHANDISE AND NO LATER THAN 90 DAYS
FROM TRANSACTION DATE FOR SOS OR DIRECT DELIVERY
MERCHANDISE.

STORE: 2251  TERMINAL: 14  04/28/11 07:20:03
**# OF ITEMS PURCHASED:** 4
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS

THANK YOU FOR SHOPPING LOWE'S.
SEE REVERSE SIDE FOR RETURN POLICY.
STORE MANAGER: NICKI BENTON

LOWE'S

LOWE'S HOME CENTERS, INC.
29645 FREDERICK BOULEVARD
DAPHNE, AL 36526   (251) 621-7620

**- SALE -**

SALES #: S2251PH2 1067396                06-02-11

| | | |
|---|---|---|
| 6003 2X4X92 5/8 KD HM SELECT S | | 6.42 |
| DISCOUNT EACH 2.25 | | -0.11 |
| 170935 ENERGIZER 2032 BATTERY 2 | 3 @ 2.14 | 4.12 |
| DISCOUNT EACH 4.34 | | -0.22 |
| 123380 1LL. HBGHDG HOT DIP GALV | | 8.50 |
| DISCOUNT EACH 4.47 | | -0.22 |
| 115180 H2.5RZ REVERSIBLE HURR. C | 2 @ 4.25 | 20.10 |
| DISCOUNT EACH 0.71 | | -0.04 |
| 126347 35" CONTRACTORS PAPER - F | 30 @ 0.67 | 14.21 |
| DISCOUNT EACH 14.96 | | -0.75 |

| | |
|---|---|
| SUBTOTAL: | 53.35 |
| TAX: | 5.07 |
| INVOICE 01768 TOTAL: | 58.42 |
| LAR: | 58.42 |

**TOTAL DISCOUNT:   2.94**

LAR:XXXXXXXXXX5921 AMOUNT:58.42 AUTHID:000803
KEYED REFID:803907405 06/02/11 12:04:27

ACCOUNT NAME:
JOHN LASSITER HOME CONST

AUTH BUYER:   LASSITER JOHN

ACCOUNT WILL BE BILLED UPON MERCHANDISE TRANSACTION
DATE FOR STOCK MERCHANDISE AND NO LATER THAN 90 DAYS
FROM TRANSACTION DATE FOR SOS OR DIRECT DELIVERY
MERCHANDISE.

LOWE'S HOME CENTERS, INC.
29645 FREDERICK BOULEVARD
DAPHNE, AL 36526   (251) 621-7620

- SALE -

SALES #: S2251001 1428326          05-16-11

242129 100' 14/3 OUTDOOR CORD          $1.91
    39.97  DISCOUNT EACH                 -.30

                        SUBTOTAL:       37.97
                            TAX:         3.61
INVOICE 02326       TOTAL:              41.58
                            LAR:        41.58

TOTAL DISCOUNT:                         2.00
LAR:XXXXXXXXXX5921 AMOUNT:41.58 AUTHCD:000770
KEYED REFID:803910569 05/16/11 07:13:42
    ACCOUNT NAME:
    JOHN LASSITER HOME CONST
AUTH BUYER: LASSITER JOHN

ACCOUNT WILL BE BILLED UPON MERCHANDISE TRANSACTION
DATE FOR STOCK MERCHANDISE AND NO LATER THAN 90 DAYS
FROM TRANSACTION DATE FOR SOS OR DIRECT DELIVERY
    MERCHANDISE.

STORE: 2251   TERMINAL: 02   05/16/11 07:13:53
# OF ITEMS PURCHASED:                       1
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS

# LOWE'S®

LOWE'S HOME CENTERS, INC.
151 EAST I-65 SERVICE ROAD
MOBILE, AL 36606   (251) 473-1880

— SALE —

SALES #: S0212041 7KH7                05-16-11

124475 NT05HDG 1 1/2" HDG NAIL        31.72
        2 @      15.86

                        SUBTOTAL:     31.72
                             TAX:      3.17
INVOICE 36010            TOTAL:       34.89

                             LAR:      34.89

LAR:XXXXXXXXXXXX5921 AMOUNT:34.89 AUTHCD:000763
KEYED REF ID:0020010508 05/16/11 19:08:06
                ACCOUNT NAME:
        JOHN LASSITER HOME CONST
AUTH BUYER:  LASSITER JOHN

ACCOUNT WILL BE BILLED UPON MERCHANDISE TRANSACTION
DATE FOR STOCK MERCHANDISE AND NO LATER THAN 90 DAYS
FROM TRANSACTION DATE FOR SOS OR DIRECT DELIVERY
        MERCHANDISE.

STORE: 0212   TERMINAL: 36   05/16/11 10:08:14
# OF ITEMS PURCHASED :                    2
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS



LOWE'S HOME CENTERS, INC.
29645 FREDERICK BOULEVARD
DAPHNE, AL 36526   (251) 621-7620

- SALE -

SALES #: S2251SF1 1358890      05-18-11

03954 3X5FT, POLY/CTN US REPLCE                8.05
    8.47  DISCOUNT EACH                       -0.42
294562 12PC DEMOLITION RECIP KIT             18.97
    19.97  DISCOUNT EACH                      -1.00
115180 H2.5RZ REVERSIBLE HGRR. C             15.41
    0.71  DISCOUNT EACH                       -0.04
    23 @   0.67

                          SUBTOTAL:           42.43
                               TAX:            4.03
        -1 INVOICE 02779  TOTAL:              46.46
                               **R:           46.46
TOTAL DISCOUNT:                                2.34
LRI:XXXXXXXXXXX5921 AMOUNT:46.46 AUTHCD:000776
    KEYED REF ID:803910573 05/18/11 12:40:18
                     ACCOUNT NAME:
              JOHN LASSITER HOME CONST
        AUTH BUYER:   LASSITER JOHN

ACCOUNT WILL BE BILLED UPON MERCHANDISE TRANSACTION
DATE FOR STOCK MERCHANDISE AND NO LATER THAN 90 DAYS
FROM TRANSACTION DATE FOR SOS OR DIRECT DELIVERY
                  MERCHANDISE.

# LOWE'S®

LOWE'S HOME CENTERS, INC.
151 EAST I-65 SERVICE ROAD
MOBILE, AL 36606   (251) 473-1880

— SALE —

SALES #: S0212PP1 673027                05-11-11

| | | |
|---|---|---|
| 12475 N1005HDG 1 1/2" HDG NAIL | | 14.25 |
| 115180 H2.5RZ REVERSIBLE HURR. C | | 128.00 |
| 0.71 DISCOUNT EACH | | -0.07 |
| 205706 3 PC KIT WOOSTER | 200 @ 0.64 | 7.25 |
| 260948 GL VALSPAR DRYWALL PRIMER | | 11.98 |

| | |
|---|---|
| SUBTOTAL: | 161.48 |
| TAX: | 16.15 |
| INVOICE 33450 TOTAL: | 177.63 |
| **TOTAL DISCOUNT:** | **14.00** |
| L&R: | 177.63 |
| TOTAL: | 177.63 |

L&R:XXXXXXXXX5921 AMOUNT:177.63 AUTHCD:000001
KEYED REFID:803996221 05/11/11 08:35.15
ACCOUNT NAME:
JOHN LASSITER HOME CONST
AUTH BUYER: LASSITER JOHN

ACCOUNT WILL BE BILLED TO JOHN LASSIT...

THE HOME DEPOT ®

More saving.
More doing.™

7100 HWY 90
DAPHNE, AL    36526    (251)625-0890

0863  00014  46236    07/27/11  01:49 PM
CASHIER TIA - TMB727

03328714411Z 21PC BIT SET <A,S>      9.97
07798500466B SST9 TIMER <A>          64.97

                        SUBTOTAL       74.94
                        SALES TAX       7.12
                        TOTAL         $82.06
                        AMEX           82.06
XXXXXXXXXXXXX2004                       TA
AUTH CODE 539771/7142287

RETURN POLICY DEFINITIONS
POLICY ID  DAYS   POLICY EXPIRES ON
A       1    90          10/25/2011

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN. IN STORES FOR
DETAILS.

0863 14 46236 07/27/2011 7653

*************************************
ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!
*************************************

GUARANTEED LOW PRICES
LOOK FOR HUNDREDS OF
LOWER PRICES STOREWIDE

Share Your Opinion With Us! Complete
the brief survey about your store visit
and enter for a chance to win at:

www.homedepot.com/opinion

¡PARTICIPE EN UNA
OPORTUNIDAD DE GANAR
UNA TARJETA DE
REGALO DE $5,000
DE 1 HD

# LOWE'S®

LOWE'S HOME CENTERS, INC.
29645 FREDERICK BOULEVARD
DAPHNE, AL 36526   (251) 621-7620

- SALE -

SALES #: S2251C61 1446807      07-27-11

| | | |
|---|---|---|
| 57478 HM #6X1-1/4 PHIL FLAT STL | | 0.90 |
| 72947 HM 8 X 1 1/4 SL HX SHEET | | 5.58 |
| 71008 HM 8 X 1 SL HEX HD SHEET | | 5.58 |
| | SUBTOTAL: | 12.14 |
| | TAX: | 1.15 |
| | INVOICE 23737 TOTAL: | 13.29 |
| | CASH : | 20.30 |
| | CHANGE: | 7.01 |

STORE: 2251   TERMINAL: 23   07/27/11 08:10:40
# OF ITEMS PURCHASED:                  3
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS

THANK YOU FOR SHOPPING LOWE'S.
SEE REVERSE SIDE FOR RETURN POLICY.
STORE MANAGER: NICKI BENTON

HAVE A COMMENT OR FEEDBACK? LET US KNOW AT:
WWW.LOWES.COM/FEEDBACK

THE HOME DEPOT®

**More saving.
More doing.℠**

DAPHNE, AL    7100 HWY 90
                36526    (251)625-0890

0863  00005  51044   07/27/11  01:57 PM
CASHIER KORI - KMC3765

736511500660 66KWIKSETKEY <A>         1.78

                        SALES TAX     0.17
                        TOTAL         $1.95
                        CASH          2.00
                        CHANGE DUE    0.05

0863 05 51044 07/27/2011 2539

RETURN POLICY DEFINITIONS
POLICY ID    DAYS    POLICY EXPIRES ON
A    1        90      10/25/2011

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

GUARANTEED LOW PRICES
LOOK FOR HUNDREDS OF
LOWER PRICES STOREWIDE

*****************************
*****************************
ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!

Share Your Opinion With Us! Complete
the brief survey about your store visit
and enter for a chance to win at:

www.homedepot.com/opinion

¡PARTICIPE EN UNA
OPORTUNIDAD DE GANAR



More saving.
More doing.™

THE HOME DEPOT ®

7100 HWY 90
DAPHNE, AL  36526   (251)625-0890
0863  00005  70333   08/01/11  01:18 PM
CASHIER APRIL - * AXS2418

0456860045105 F DIS 22-18 <A>          2.99

                SALES TAX          0.29
                TOTAL             $3.28
                CASH               3.28



0663 05 70333 08/01/2011 5520



**Receipt 1** (handwritten: Y BOOTH / MIRROW)

```
LOWE'S HOME CENTERS, INC.
29645 FREDERICK BOULEVARD
DAPHNE, AL 36526   (251) 621-7620

              - SALE -
SALES #: S2251SK1 132/6648        08-04-11

202632 DRP SS 26X35 PEWTR WRGHT      44.98

            SUBTOTAL:    44.98
                 TAX:     4.27
               TOTAL:    49.25
               CASH :   100.00
             CHANGE:     50.75

STORE: 2251   TERMINAL: 14   08/04/11 07:25:25
# OF ITEMS PURCHASED: 1
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS
```

**Receipt 2** (handwritten: CAULK FOR VANITY TOPS)

```
LOWE'S HOME CENTERS, INC.
29645 FREDERICK BOULEVARD
DAPHNE, AL 36526   (251) 621-7620

              - SALE -
SALES #: S2251SK1 132/6648        08-04-11

219073 10 OZ ALEX PLUS WHITE          4.56
   2 @   2.28
331822 10.1 OZ ALEX PLUS ANTIQUE      4.96
   2 @   2.48

            SUBTOTAL:     9.52
                 TAX:     0.90
               TOTAL:    10.42
               CASH :    10.52
             CHANGE:      0.10

STORE: 2251   TERMINAL: 14   08/04/11 07:33:15
# OF ITEMS PURCHASED: 4
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS
```

**Receipt 3** (handwritten: LEDGER FOR MASTER TUB)

```
LOWE'S HOME CENTERS, INC.
29645 FREDERICK BOULEVARD
DAPHNE, AL 36526   (251) 621-7620

              - SALE -
SALES #: S2251JF2 132/2160        07-18-11

6003 2X4X92 5/8 KD WW SELECT S        2.30

            SUBTOTAL:     2.30
                 TAX:     0.22
               TOTAL:     2.52
               CASH :   100.00
             CHANGE:     97.48

STORE: 2251   TERMINAL: 01   07/18/11 12:50:2
# OF ITEMS PURCHASED: 1
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEM
```

```
OUNTY - MCBRIDE
UNTY ROAD 49
DALE, AL 36580

) 972-6878


D 49
L 36580
   2026905
   08/03/2011
   8:34 am
   8:44 am
   99998
   5


100 lb    CAPTURED
640 lb    CAPTURED

460 lb


ty      Unit/$     Totals
.23    $19.00      $4.37

                   $4.37
                   $0.23

                   $4.60
                   $4.60


loes not contain
ous materials and is

ou
```

BALDWIN COUNTY - MCBRIDE
15140 COUNTY ROAD 49
SUMMERDALE, AL 36580

(251) 972-6878

Bill To:

cash
15140 COUNTY RD 49
SUMMERDALE ,AL 36580

| | |
|---|---|
| Ticket No: | 2026905 |
| Date: | 08/03/2011 |
| Inbound: | 8:34 am |
| Outbound: | 8:44 am |
| Account No: | 99998 |
| Vehicle ID#: | 5 |
| Reference: | |
| Permit#: | |

| | | |
|---|---|---|
| Gross | 5,100 lb | CAPTURED |
| Tare | 4,640 lb | CAPTURED |
| Net | 460 lb | |

| Material | Qty | Unit/$ | Totals |
|---|---|---|---|
| C&D | 0.23 | $19.00 | $4.37 |
| | | | |
| Materials | | | $4.37 |
| ADEM $1/ton Tax | | | $0.23 |
| | | | |
| Total Due | | | $4.60 |
| Paid CASH | | | $4.60 |

X _____

Driver - I certify load does not contain
non-permitted/hazardous materials and is
from Baldwin Co.

Thank You



LOWE'S HOME CENTERS, INC.
29645 FREDERICK BOULEVARD
DAPHNE, AL 36526   (251) 621-7620

- SALE -
SALES #: S22510L1 1519642   07-20-11

86156 2X12X16 TOP CHOICE #2 SYP     13.48

SUBTOTAL:        13.48
TAX:         1.28
INVOICE 02829  TOTAL:        14.76
CASH :        20.01
CHANGE:         5.25

STORE: 2251   TERMINAL: 02   07/20/11 10:08:15
# OF ITEMS PURCHASED:        1
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS



THANK YOU FOR SHOPPING LOWE'S.
SEE REVERSE SIDE FOR RETURN POLICY.
STORE MANAGER: NICKI BENTON

HAVE A COMMENT OR FEEDBACK? LET US KNOW AT:
WWW.LOWES.COM/FEEDBACK
STORE CODE: 22510-72011-02829

WE HAVE THE LOWEST PRICES, GUARANTEED!
IF YOU FIND A LOWER PRICE, WE WILL BEAT IT BY 10%.
SEE STORE FOR DETAILS.

*******************************************
*     YOUR OPINIONS COUNT!            *
*   REGISTER TO WIN A $5,000 LOWE'S GIFT CARD!   *
* ¡REGISTRESE PARA GANAR UNA TARJETA DE REGALO LOWE'S! *
*                                     *
* REGISTER BY COMPLETING A GUEST SATISFACTION SURVEY *
*   WITHIN ONE WEEK AT: www.lowes.com/survey   *
*      Y O U R   I D # 02829 2251 201      *
*                                     *
*   NO PURCHASE NECESSARY TO ENTER OR WIN.   *
* VOID WHERE PROHIBITED. MUST BE 18 OR OLDER TO ENTER. *
* OFFICIAL RULES & WINNERS AT: www.lowes.com/survey *
*******************************************
STORE: 2251   TERMINAL: 02   07/20/11 10:08:15

---



LOWE'S HOME CENTERS, INC.
29645 FREDERICK BOULEVARD
DAPHNE, AL 36526   (251) 621-7620

- SALE -
SALES #: S2251SF1 1350898   07-19-11

73600 2X6X8 TOP CHOICE #2 SYP P     6.40
  3.37   DISCOUNT EACH       -0.17
         2 @     3.20
86156 2X12X16 TOP CHOICE #2 SYP    12.81
 13.48   DISCOUNT EACH       -0.67

SUBTOTAL:        19.21
TAX:         1.82
INVOICE 02728  TOTAL:        21.03
LAR:        21.03
TOTAL DISCOUNT:          1.01
LAR:XXXXXXXXXXXX5921 AMOUNT:21.03 AUTHCD:000813
KEYED REFID:803910525 07/19/11 15:23:00
ACCOUNT NAME:
JOHN LASSITER HOME CONST
AUTH BUYER:  LASSITER JOHN

ACCOUNT WILL BE BILLED UPON MERCHANDISE TRANSACTION
DATE FOR STOCK MERCHANDISE AND NO LATER THAN 90 DAYS
FROM TRANSACTION DATE FOR SOS OR DIRECT DELIVERY
MERCHANDISE.



STORE: 2251   TERMINAL: 02   07/19/11 15:23:09
# OF ITEMS PURCHASED:        3
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS

THANK YOU FOR SHOPPING LOWE'S.
SEE REVERSE SIDE FOR RETURN POLICY.
STORE MANAGER: NICKI BENTON

HAVE A COMMENT OR FEEDBACK? LET US KNOW AT:
WWW.LOWES.COM/FEEDBACK
STORE CODE: 22510-71911-02728

WE HAVE THE LOWEST PRICES, GUARANTEED!
IF YOU FIND A LOWER PRICE, WE WILL BEAT IT BY 10%.
SEE STORE FOR DETAILS.

*******************************************
*     YOUR OPINIONS COUNT!            *
*   REGISTER TO WIN A $5,000 LOWE'S GIFT CARD!   *
* ¡REGISTRESE PARA GANAR UNA TARJETA DE REGALO LOWE'S! *
*                                     *
* REGISTER BY COMPLETING A GUEST SATISFACTION SURVEY *
*   WITHIN ONE WEEK AT: www.lowes.com/survey   *
*      Y O U R   I D # 02728 2251 200      *



_EDD_

CRULE FOR VANITY TOPS





```
                  7100 HWY.90
     DAPHNE, AL   36526    (251)625-0890
  0863 00005 70333   08/01/11   01:18 PM
  CASHIER APRIL - AXS2418
  045686045105 F DIS 22-18 <A>          2.99
                   SALES TAX             0.29
                   TOTAL                $3.28
                   CASH                  3.28

  0863 05 70333 08/01/2011 5520
```

½ BATH   MIRROW

## LOWE'S®

LOWE'S HOME CENTERS, INC.
29645 FREDERICK BOULEVARD
DAPHNE, AL 36526   (251) 621-7620

- SALE -
SALES #: S2251SK1 1326648     08-04-11



```
219873 10 OZ ALEX PLUS WHITE         4.56
          2 @    2.28
331822 10.1 OZ ALEX PLUS ANTIQUE     4.96
          2 @    2.48

              SUBTOTAL:              9.52
                   TAX:              0.90
   INVOICE 14436 TOTAL:             10.42
                 CASH :             10.52
                 CHANGE:             0.10

  STORE: 2251  TERMINAL: 14   08/04/11 07:33:15
# OF ITEMS PURCHASED:            4
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS
```

## LOWE'S®

LOWE'S HOME CENTERS, INC.
29645 FREDERICK BOULEVARD
DAPHNE, AL 36526   (251) 621-7620

- SALE -
SALES #: S2251SK1 1326648     08-04-11

```
202632 DRP SS 26X35 PEWTR WRGHT     44.98

              SUBTOTAL:             44.98
                   TAX:             4.27
   INVOICE 14433 TOTAL:            49.25
                 CASH :           100.00
                 CHANGE:           50.75

  STORE: 2251  TERMINAL: 14   08/04/11 07:26:25
# OF ITEMS PURCHASED:            1
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS
```

*Ledger for Master Tub*



# LOWE'S®

LOWE'S HOME CENTERS, INC.
29645 FREDERICK BOULEVARD
DAPHNE, AL 36526    (251) 621-7620

**- SALE -**

SALES #: S2251JF2 1322160    07-18-11

6003 2X4X92 5/8 KD WW SELECT S       2.30

SUBTOTAL:              2.30
TAX:                   0.22
INVOICE 01765  TOTAL:              2.52
CASH :           100.00
CHANGE:           97.48

STORE: 2251  TERMINAL: 01  07/18/11 12:50:23

**# OF ITEMS PURCHASED:      1**
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS

---

*Fire Place Surround*

# LOWE'S®

LOVE'S HOME CENTERS, INC.
29645 FREDERICK BOULEVARD
DAPHNE, AL 36526    (251) 621-7620

**- SALE -**

SALES #: S2251BA1 918509       08-04-11

118439 12X12 ABSOLUTE BLACK GRAN     4.73
  4.98    DISCOUNT EACH      -0.25
118439 12X12 ABSOLUTE BLACK GRAN    47.30
  4.98    DISCOUNT EACH      -0.25
  10 @     4.73

SUBTOTAL:             52.03
TAX:              4.94
INVOICE 02189  TOTAL:             56.97
LAR:             56.97

TAL DISCOUNT:            2.75
X:XXXXXXXXXXXX5921 AMOUNT:56.97 AUTHCD:000065
KEYED REFID:803910525 08/04/11 15:48:24
ACCOUNT NAME:
JOHN LASSITER HOME CONST
AUTH BUYER:  LASSITER JOHN

ACCOUNT WILL BE BILLED UPON MERCHANDISE TRANSACTION
DATE FOR STOCK MERCHANDISE AND NO LATER THAN 90 DAY
FROM TRANSACTION DATE FOR SOS OR DIRECT DELIVERY
MERCHANDISE.



STORE: 2251  TERMINAL: 02  08/04/11 15:48:34

**# OF ITEMS PURCHASED:      1**
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS

---

BALDWIN COUNTY - MCBRIDE
15140 COUNTY ROAD 49
SUMMERDALE, AL 36580

(251) 972-6878

Bill To:

cash
15140 COUNTY RD 49
SUMMERDALE, AL  36580

| | |
|---|---|
| Ticket No: | 2026905 |
| Date: | 08/03/2011 |
| Inbound: | 8:34 am |
| Outbound: | 8:44 am |
| Account No: | 99998 |
| Vehicle ID#: | 5 |
| Reference: | |
| Permit#: | |

| | | |
|---|---|---|
| Gross | 5,100 lb | CAPTURED |
| Tare | 4,640 lb | CAPTURED |
| Net | 460 lb | |

| Material | Qty | Unit/$ | Totals |
|---|---|---|---|
| C&D | 0.23 | $19.00 | $4.37 |
| Materials | | | $4.37 |
| ADEM $1/ton Tax | | | $0.23 |
| Total Due | | | $4.60 |
| Paid CASH | | | $4.60 |

X _____

Driver - I certify load does not contain
non-permitted/hazardous materials and is
from Baldwin Co.

Thank You

RENTAL AGREEMENT
CONTRACT

# EAST BAY MINI-STORAGE

UNIT # _520_

**P.O. BOX 1710**
**DAPHNE, AL 36526**
**(251) 626-7776**

SIZE _10 x 20_

THIS AGREEMENT is executed in triplicate on this _28_ day of _April_, 20 _11_ between East Bay Mini-Storage, hereinafter called Owner, and

LEASEE/OCCUPANT'S
NAME _JOHN LASSITER_

STREET _P.O. Box 397_
CITY _DAPHNE_

RESIDENCE                                    BUSINESS
PHONE ( ) _463-0079_  PHONE ( )

ALTERNATIVE PERSON INFORMATION
NAME____
RELATIONSHIP____
STREET____
CITY____
RESIDENCE
PHONE ( )____

This is a monthly lease for storage
from_____ _MAY_ 20 _11_
to_____ _June_ 20_11_

The monthly rental rate is _70.00_
The first month's rent paid is hereby acknowledged.
Each succeeding month's rent is due and payable on the
1ST day of each succeeding month until terminated by either
LESSOR or LESSEE in writing.

IF ALTERNATE INFORMATION IS REFUSED
LESSEE WILL PLEASE SIGN HERE

REQUIRED PERFORMANCE DEPOSIT
(Refundable less service/administration charges _30.00_
RETURNED OR BAD CHECK CHARGE _32.00_
LATE PAYMENT CHARGE _15.00_
REQUIRED VACANT NOTICE NOT GIVEN _N/A_
FOR NOT LEAVING UNIT BROOM CLEAN _15.00_
DAMAGE TO UNIT (beyond normal usage) _AT COST_
(Determined by actual labor & material cost) _15.00 OVERLOCK_

PRORATE — _0_ —
DEPOSIT _30.00_
MONTHLY _70.00_
LOCK
TOTAL $ _100.00_

1. THESE FACILITIES ARE OPERATED IN ACCORDANCE WITH THE ALABAMA SELF-STORAGE FACILITY ACT.
2. PREMISES: OWNER hereby leases to OCCUPANT, AND OCCUPANT rents from OWNER, on the terms and conditions herein set forth, the self-storage facility described above, or the vehicle space described above, herein called "the premises." The premises shall be used solely for the purpose of storage pursuant to the terms and conditions of this agreement and for no other purpose whatsoever (See paragraphs 9,10,11 and 12 below).
3. TERM: The term of the agreement shall commence on the date set forth above and continue on a period to period basis as noted above, provided, however, that the term of this agreement shall be automatically extended on the same terms and conditions for similar succeeding periods at the stated rent unless and until OCCUPANT has removed his property from the premises and has given written notice thereof to OWNER at least 10 days in advance of vacating date. OWNER may terminate this agreement with or without cause as of the end of any storage term, and OWNER may terminate this agreement for reasonable cause at any time by giving OCCUPANT written notice thereof at least 24 hours prior to the termination date and upon refunding any unearned rental.
4. RENTAL: OCCUPANT agrees to pay to OWNER as rental for the premises the sum of money set forth in the rent schedule above provided, however, that all rental rates shall be subject to change upon 30 days written notice to OCCUPANT, and at the expiration of such 30-day period, the new rental rate shall thereupon be effective as if set forth in this agreement. All rental is payable in advance. The minimum leasing term is one month. The first payment of rental shall be for a full month plus a performance deposit as indicated above, thus making the due date for each succeeding month be the same date of each succeeding month. Rental payments are not refundable. Any payment for less than one month beyond the first month minimum, shall be at the daily or weekly rate as shown above. If this lease is extended for a lesser term than the original term, then the rent for the extended period shall be as shown in the rent schedule. All monthly rental rates are for a calendar month; all weekly rates are for a period of seven consecutive days; all daily rates are for a calendar day, midnight to midnight.
5. STATEMENTS/NOTICES/PERFORMANCE DEPOSITS. It is expressly understood and agreed that OWNER is not required to nor does OWNER send out monthly statements or reminders of rental due dates. Notification will only be given when rent is delinquent. There will be a service charge for each dishonored check and/or each rent payment which is paid ten (10) days or more after the date it is due to defray clerical and administrative expenses which ordinarily result from such delinquencies The amount of such service and/or administrative charges is posted in the rent schedule above. Such charge is due without prior notice as additional rental. Notwithstanding the service charge, time is of the essence and in the event any rental is due and unpaid, the OWNER may terminate this agreement by reason of default in the payment of rent. The performance deposit paid by OCCUPANT to the OWNER shall not be applied as rent, and OCCUPANT is not required to segregate such performance deposit from other funds. The performance deposit is refundable upon OCCUPANT's removing his property from the premises in a timely fashion at the expiration of the term hereof, leaving the premises in a neat and orderly condition with ordinary wear and tear excepted, and having met all other terms and conditions of the agreement. Deposit will be returned by U.S. mail.
6. OWNER HAS A LIEN ON ALL PERSONAL PROPERTY STORED IN OCCUPANT'S SPACE FOR RENT, LABOR, OR OTHER CHARGES, PRESENT OR FUTURE, IN RELATION TO THE PERSONAL PROPERTY, AND FOR ITS PRESERVATION OR EXPENSES REASONABLY INCURRED IN ITS SALE OR OTHERWISE DISPOSED OF. IF NO PAYMENT HAS BEEN RECEIVED FOR A CONTINUOUS THIRTY DAY PERIOD AFTER DEFAULT. IF ANY MONTHLY INSTALLMENT IS NOT MADE WITHIN 10 DAYS SAID INSTALLMENT IS DUE, OR IF ANY CHECK GIVEN IN PAYMENT IS DISHONORED, THE OCCUPANT IS IN DEFAULT FROM DATE PAYMENT WAS DUE. For purposes of OWNER'S lien: "personal property: means movable property, not affixed to land, and includes, but is not limited to, goods, merchandise, and household items or motor vehicles or other property evidenced by certificate of title; "Last known address" means that address provided by the OCCUPANT in the latest rental agreement or the address provided by the OCCUPANT in a subsequent _____ change of agreement. The OWNER'S lien is superior to any other lien or security interest _____."
of this rental agreement in Alabama, in the name of the OCCU____
County where th___ __

... SHALL HAVE NO LIABILITY TO ANY

... of the personal property sold to satisfy OWNER'S lien takes the property free of any rights of persons against whom the lien
was valid, despite noncompliance by the OWNER with the requirements of this agreement.
In the event of a sale, the OWNER may satisfy his lien from the proceeds of the sale. The OWNER shall hold the balance of the proceeds, if any, for
the OCCUPANT or any notified, secured interest holder. If not claimed within two years of the date of the sale, the balance of the proceeds shall be
disposed of in accordance with the Disposition of Unclaimed Property Act (Acts 1972, pp 762, 764) Chapter 85-20 and as it may be amended. In no
event shall the OWNER'S liability exceed the proceeds of the sale.
10. NO BAILMENT IS CREATED HEREUNDER: OWNER is not a warehouseman engaged in the business of storing goods for hire, and all property
stored within or on the space by OCCUPANT or located at the facility by anyone shall be stored at OCCUPANT'S sole risk. Insurance carried by the
OWNER shall be for the sole benefit of the OWNER and OCCUPANT shall make no claim whatsoever against OWNER'S insurance. Therefore,
OCCUPANT secure his own insurance to protect himself and his property against all perils of whatsoever nature. OWNER shall not be liable
whatsoever to any extent to OCCUPANT or OCCUPANT'S invitees, family, employees, agents or servants for any personal injury or property damage
or loss from theft, vandalism, fire, smoke, water, hurricanes, rain, tornadoes, explosions, acts of God or any cause whatsoever, OCCUPANT acknowl-
edges that OWNER does not take care, custody, control possession or dominion over the contents in or on the space or at the facility and does not agree
to provide protection for the facility, the space or the contents thereof. OCCUPANT must take whatever steps he deems necessary to safeguard what
is at the facility or in or on the space. OCCUPANT assumes full responsibility for who has the keys and access to the space. OCCUPANT AGREES TO
IDEMNIFY AND HOLD HARMLESS THE OWNER from and against any and all and any manner of claims for damaged or lost property or personal
injury and costs including attorney's fees arising from OCCUPANTS rental of the space or the facility of from any activity, work, or thing done,
permitted or suffered by OCCUPANT in or about or on the space or about the facility.
11. COMPLIANCE WITH LAW: The storage of welding, flammable, explosive or other inherently dangerous material is prohibited. OCCUPANT
shall not store in the premises any items which shall be in violation OF any order or requirement imposed by and Board of Health, Sanitary Depart-
ment, Police Department or other government or governmental agency or in violation of any other legal requirements, or do any act or cause to be done
any act which creates or may create a nuisance and/or hazard. It is specifically understood and agreed that OWNER need not be concerned with the
kind, quantity, or value of personal property or other goods stored by OCCUPANT in or about the premises pursuant to this Rental Agreement.
12. USE AND ALTERATIONS; OCCUPANT shall not make or allow any alteration to the premises. The premises shall be used for storage purposes
only as to those approved for such storage by the OWNER, such as merchandise, household goods, furniture, materials, supplies, equipment, boats and
campers owned by OCCUPANT, and for no other use. The OCCUPANT agrees to comply with the rules and regulations from time to time as the
OWNER in his sole discretion shall deem proper, and the OCCUPANT agrees to comply with such amendments within a reasonable time following
notification of such amendments. The OCCUPANT acknowledges that he has read the rules and regulations attached hereto and, that he has also
observed a copy of said rules and regulations posted in the office of the project.
13. WASTE, QUIET CONDUCT, MAINTENANCE: OCCUPANT shall not commit, or allow to be committed, any waste upon the premises or in any
building or property adjacent to the premises, nor shall OCCUPANT use the premises for any premises for any business use or purpose or in any
manner deemed by the OWNER to be disreputable or hazardous. OCCUPANT shall take good care of the premises, whether to the interior or exterior
other premises, necessitated or occasioned by the act or neglect of OCCUPANT or any agent of OCCUPANT or other person for whose acts OCCU-
PANT is responsible. Use of electricity by OCCUPANT in excess of one hour per day not permitted.
14. LOCKS: OCCUPANT shall provide, at OCCUPANT'S own expense, a lock for the Premises which OCCUPANT, in OCCUPANT'S sole discre-
tion, deems sufficient to secure the Premises. should any governmental authority so require, the OCCUPANT will provide OWNER with a workable
key to all locks at all times. If OCCUPANT changes locks or fails to provide OWNER with the correct key, OWNER has the right, as he deems
necessary, to remove such lock by cutting or any other means. OWNER shall not be held liable for replacement of any lock that is damaged by forced
entry by the OWNER or any authorized governmental agency.
Although there may be a place on the door of the rented unit for a second lock, OCCUPANT is only permitted to use a single lock. Also, in the event
any governmental agency or authority should require a key to OCCUPANT'S locked rented space, a duplicate key to the OCCUPANT'S lock will be
held by the OWNER, at the OWNER'S office, in an individual sealed container, with the seal initialed by the OCCUPANT. this duplicate key will be
returned to the OCCUPANT when the rented unit is vacated. Should any governmental authority demand the space be opened for any valid reason, the
deposited key will be removed from the sealed container to open the unit and the OCCUPANT will be promptly notified. Should the OCCUPANT
change locks and not deposit a duplicate key with the OWNER, as described above, the OWNER specifically assumes no responsibility or liability for
the consequences whatsoever.
15. ABANDONMENT OF OCCUPANT'S PROPERTY: Any property which shall remain on the premises after the expiration or termination of this
agreement shall be deemed to have been abandoned and that the same has no monetary value, and such property may be retained by OWNER as its
property or disposed of in such manner as OWNER may see fit. If such property or any part thereof shall be sold, OWNER may receive and retain the
proceeds of such sale and apply the same, at its option, against the expense of the sale, the cost of moving and storage, and any arrears of rent or
additional rent payable hereunder and any damages to which OWNER may be entitled.
16. OCCUPANT'S RIGHT OF ENTRY: If any default shall be made in any of the covenants herein contained, or if OCCUPANT shall abandon the
premises, OWNER may enter the premises and remove all property therefrom, in which event this agreement shall terminate, without prejudice to the
OWNER'S right to recover rent due and unpaid through the date of such entry, damages in respect of any default under this agreement, and such other
amounts as may be recoverable pursuant to law. In the event of a breach of this agreement or abandonment of the premises by OCCUPANT prior to the
expiration of the agreement, OWNER may, at his option determine not to terminate the agreement in which event the agreement shall continue in court
and OWNER may enforce all of its rights and remedies under the agreement. OCCUPANT agrees that OWNER and OWNER'S agents and other
representatives shall have the right to therein as may be necessary. OWNER shall promptly notify OCCUPANT by certified mail, either before or after
entry, so that OCCUPANT may appear at the project office and initial a new key envelope seal after he has re-inspected the rented unit.
17. NO WARRANTIES: OWNER hereby disclaims any implied or express warranties, guarantees or representations of the nature, condition, safety or
security of the premises and OCCUPANT hereby acknowledges, as provided in paragraph 8 above, the OCCUPANT has inspected the premises and
hereby acknowledges and agrees that OWNER does not represent or guarantee the safety or security of the premises or of any property stored therein.
This agreement sets forth the entire agreement of the parties with respect to the subject matter hereof and supersedes all prior agreements or
understandings with respect thereto. NO representative of OWNER is authorized to make any representations or warranties except as expressly set
forth herein.
18. ACCEPTANCE OF PAYMENT OF RENT: In the event of a default by the OCCUPANT, OCCUPANT agrees that (a) the tender of the rental by
OCCUPANT and the acceptance thereof by OWNER, if not the full amount due, or (b) the allowing of OCCUPANT to remove his personal property
from the premises, after the delivery of a preliminary lien notice or during the pendency of an unlawful detainer action, shall not constitute a waiver
of the preliminary lien notice, the notice of termination nor shall it reinstate the terms and provisions of the Rental Agreement.
19. ASSIGNMENT: OCCUPANT shall not assign or sublease the premises or any portion thereof. Any attempt to assign or sublease shall be void.
20. WAIVER: The waiver by either party of any breach of any term, covenant or condition herein contained shall not be deemed to be a waiver of such
term, covenant or condition upon any subsequent breach of the same term, covenant or condition of this agreement, other than the failure to perform
the particular duties subsequently accepted, regardless of knowledge of such preceding breach at the time of acceptance of such performance.
21. ATTORNEY'S FEES AND COSTS: In the event any action be instituted or other proceedings taken to enforce any covenant herein contained or
to recover any rent due or to recover possession of the premises for any default or breach of this agreement by OCCUPANT, OCCUPANT shall pay
OWNER'S reasonable attorneys' fees, costs and expenses.
22. SUCCESSORS: All the provisions shall apply to the heirs, executors, representatives, successors and assigns of the OCCUPANT and of the
OWNER.
23. NUMBER AND GENDER: wherever the context of this agreement appears to require it, the singular number shall include the plural, and vice
versa, and the masculine gender shall include the feminine and/or neuter genders and vice versa.
24. CONSTRUCTION: This agreement has been reviewed and negotiated and its terms and provisions explained to OCCUPANT. Accordingly, this
agreement shall not be construed for or against either OWNER or OCCUPANT.
25. SEVERABILITY: In the event that any of the provisions of portions thereof of this storage agreement are held to be unenforceable, Invalid, void or
illegal, by any court of competent jurisdiction, the validity, legality and enforceability of the remaining provisions or portions hereof shall not be
affected or impaired thereby.
26. NOTICES: OCCUPANT agrees to give prompt written notice to OWNER of any change in OCCUPANT'S address and any change in the liens and
secured interests on OCCUPANT'S property in the space. Said written notice shall be mailed by certified mail, return receipt requested with postage
prepared to the OWNER at his address, which is shown on the reverse side of this contract.
27. ELECTRICITY: In event there is an electrical outlet within the leased or rented space for the purpose of providing a light or for plugging in an
electrical appliance, the OWNER/OCCUPANT is cautioned that the power to the electrical circuit may be turned on or off at the option of the
OWNER. Accordingly, the OWNER/OCCUPANT is required to turn off all lights and disconnect any powered appliance before leaving the rented
space.
If continuous and/or intermittent electric service is desired and is available, special arrangements must be made with the site manager for its use. If
such an arrangement is made, the OWNER assumes no liability resulting from the failure, regardless of the source of failure, of the power supply.