# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |

* * * * * * * * * * * * * * * * * *

## KNAUF DEFENDANTS' OPPOSITION TO LORENZO ALVAREZ'S PETITION FOR AUTHORITY TO SUPPLEMENT AND/OR LATE FILE CLAIM

Defendants Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu) Co., Ltd., Guangdong Knauf New Building Material Products Co., Ltd., Knauf Gips KG, Gebr. Knauf Verwaltungsgesellschaft KG, Knauf International GmbH, Knauf Insulation GmbH, Knauf UK GmbH, Knauf AMF GmbH & Co. KG, Knauf do Brasil Ltda., and PT Knauf Gypsum Indonesia (collectively the "Knauf Defendants") file this Opposition to Lorenzo Alvarez's ("Alvarez") Petition for Authority to Supplement and/or Late File Claim (Doc. No. 18074).

Alvarez submitted a claim for Knauf remediation pursuant to the Knauf MDL Settlement Agreement, but failed to submit any evidence that the subject property[1] contains KPT Chinese drywall. Therefore, Alvarez's Knauf remediation claim was denied. This is not an issue related to the timeliness of Alvarez's claim.

Section 4.4 of the Knauf MDL Settlement Agreement states, in pertinent part:

In order to qualify for benefits of the Remediation Fund an Owner Subclass Member whose property has not already been remediated **must submit physical proof such as photographic evidence or inspection reports satisfactory to the Settlement Administrator that the property has KPT Chinese Drywall.**

---

[1] The subject property is located at 172 NW 17th St., Homestead, Florida.

Doc. No. 16407-3, at p. 27 (emphasis added).

Because Alvarez has not provided any evidence that the subject property contains KPT Chinese Drywall, Alvarez's Petition should be denied as to his Knauf remediation claim.

Dated: November 17, 2014

                                        Respectfully submitted,

                                        BY:  /s/ Kerry J. Miller_____
                                        KERRY J. MILLER (#24562)
                                        KYLE A. SPAULDING (#29000)
                                        **FRILOT L.L.C.**
                                        1100 Poydras Street, Suite 3700
                                        New Orleans, LA 70163
                                        Telephone: (504) 599-8194
                                        Facsimile: (504) 599-8145
                                        Email: kmiller@frilot.com

## **CERTIFICATE**

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 17th day of November, 2014.

                                        /s/ Kerry J. Miller