**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: CHINESE - MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | * | **MDL Docket No. 2047** |
| | * | **SECTION L** |
| **This document relates to all cases** | * | **JUDGE FALLON** |
| | * | **MAGISTRATE JUDGE WILKINSON** |

*** * * * * * * * * * * * * * * * * * * * * * * * * ***

**PLAINTIFF WEIFANG ZHENG'S RESPONSE IN OPPOSITION TO MOTION TO EXTINGUISH THE KNAUF DEFENDANTS' SETTLEMENT OBLIGATIONS FOR CERTAIN ALREADY REMEDIATED HOMES**

Plaintiff Weifang Zheng ("Plaintiff") hereby files his response in opposition to the Knauf Defendants' Motion to Extinguish the Knauf Defandants' Settlement Obligations for Certain Already Remediated Homes. The Knauf Defendants have asserted in their Motion that Plaintiff purchased the property located at 9932 Cobblestone Creek Drive, Boynton Beach, Florida with knowledge of Chinese drywall, and thus, is not eligible for settlement benefits. Plaintiff contends that he was unaware of the presence of Chinese drywall in the property at the time of purchase. Plaintiff has provided an affidavit, attached as Exhibit "A", in support of his assertion. Plaintiff respectfully requests that the Knauf Defendants' Motion to extinguish his claim be denied.

Respectfully Submitted,

/s/ Holly R. Werkema
Holly R. Werkema
Florida Bar No. 71133

BARON & BUDD, P.C.
3102 Oak Lawn Ave., Ste. 1100
Dallas, TX 75219
hwerkema@baronbudd.com
Phone: (214) 521-3605
Fax: (214) 520-1181
*Counsel for Plaintiff Weifang Zheng*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this **17th** day of **November**, **2014**.

/s/ Holly R. Werkema
Holly R. Werkema