# EXHIBIT

# A

## Affidavit

This is to certify under the PENALTY OF PERJURY under the laws of the State of California that I purchase the property (9932 Cobblestone Creek Dr, Boynton Beach, FL 33472) with no knowledge of Chinese Drywall in 2009 and I had submit all seller disclosures/disclosure summary which I have to Holly R. Werkema, Attorney, Baron & Budd, P.C. via email.

Signature: _____  Date: 11/17/14

Printed Name: Weifang Zheng

STATE OF CALIFORNIA

COUNTY OF SAN DIEGO

On NOVEMBER 17, 2014 before me, SARA L. HERNANDEZ, NOTARY PUBLIC personally appeared ZHENG WEIFANG, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the forgoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature: _____ (Seal)



OFFICIAL SEAL
SARA L. HERNANDEZ
NOTARY PUBLIC-CALIFORNIA
COMM. NO. 2038519
SAN DIEGO COUNTY
MY COMM. EXP. AUG. 24, 2017