UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |

* * * * * * * * * * * * * * * * * *

**KNAUF DEFENDANTS' OPPOSITION TO MICHELLE FAMILY LLP'S MOTION TO REQUEST A COURT ORDER TO ALLOW THE SETTLEMENT ADMINISTRATOR TO ACCEPT THE CLAIM FROM MICHELLE FAMILY LLP**

Defendants Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu) Co., Ltd., Guangdong Knauf New Building Material Products Co., Ltd., Knauf Gips KG, Gebr. Knauf Verwaltungsgesellschaft KG, Knauf International GmbH, Knauf Insulation GmbH, Knauf UK GmbH, Knauf AMF GmbH & Co. KG, Knauf do Brasil Ltda., and PT Knauf Gypsum Indonesia (collectively the "Knauf Defendants") file this Opposition to Pro Se Plaintiff Michelle Family LLP's ("Michelle Family") Motion to Request a Court Order to Allow the Settlement Administrator to Accept the Claim from Michelle Family LLP (Doc. No. 18077).

Michelle Family has asserted two types of settlement claims for 12 condominiums in Opa-Locka, Florida,[1] Global Banner Inex claims ("GBI") and Knauf Remediation claims. As to Michelle Family's Knauf Remediation claims, those claims were denied because Michelle Family has failed to submit any evidence that any of the 12 condominiums contain KPT Chinese Drywall.

Section 4.4 of the Knauf MDL Settlement Agreement states, in pertinent part:

---

[1] The addresses of those condominiums are:  190 Fisherman St., #181 to #184; 192 Fisherman St., #177 to #180; and 200 Fisherman St., #149 to #152, Opa-Locka, FL  33054.  *See* Doc. No. 18077-1, at pp. 8-19.

> In order to qualify for benefits of the Remediation Fund an Owner Subclass Member whose property has not already been remediated **must submit physical proof such as photographic evidence or inspection reports satisfactory to the Settlement Administrator that the property has KPT Chinese Drywall.**

Doc. No. 16407-3, at p. 27 (emphasis added).  The documents submitted by Michelle Family indicate that the 12 condominiums contain Taishan manufactured drywall.  Doc. No. 18077-1, at pp. 8-19 ("Markings on Drywall – TAISHAN).

Because Michelle Family has not provided any evidence that any of the 12 condominiums contain KPT Chinese Drywall and are eligible for remediation under the Knauf MDL Settlement Agreement, Michelle Family's Motion should be denied.

Dated: November 17, 2014

                                        Respectfully submitted,

                                        BY:  /s/ Kerry J. Miller_____
                                        KERRY J. MILLER (#24562)
                                        KYLE A. SPAULDING (#29000)
                                        **FRILOT L.L.C.**
                                        1100 Poydras Street, Suite 3700
                                        New Orleans, LA 70163
                                        Telephone: (504) 599-8194
                                        Facsimile: (504) 599-8145
                                        Email: kmiller@frilot.com

## CERTIFICATE

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 17th day of November, 2014.

                                                              /s/ Kerry J. Miller