UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL | ) | MDL No. 2047 |
| | ) | |
| | ) | SECTION: L |
| | ) | |
| **THIS DOCUMENT RELATES TO ALL CASES** | ) | JUDGE FALLON |
| | ) | MAG. JUDGE WILKINSON |
| _____ | ) | |

## ORDER

Considering the foregoing Motion for Leave to File Reply Memorandum;

IT IS HEREBY ORDERED that Whitney Bank be and is hereby granted leave to file the attached Reply Memorandum and the same is hereby deemed filed into the record of this matter.

 New Orleans , Louisiana, this 18th day of November, 2014.

_____
UNITED STATES JUDGE

{L0314753.1}