UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL ) | MDL No. 2047 |
| ) | |
| ) | SECTION: L |
| ) | |
| **THIS DOCUMENT RELATES TO ALL CASES** ) | JUDGE FALLON |
| ) | MAG. JUDGE WILKINSON |
| ) | |

## AFFIDAVIT OF STEPHEN DUFFY

BEFORE ME, the undersigned authority, came and appeared Stephen Duffy, who did depose and state:

1. That he is employed by Whitney Bank as a _Vice President_

2. That Whitney Bank is the owner, by way of foreclosure, of the property located at 1600 Evers Haven Cantonment, Florida, formerly owned by Phillip Skipper;

3. That Whitney Bank received a judgment of foreclosure on May 14, 2014;

4. That Whitney Bank did not acquire a title to the subject property until the 10th day of June, 2014;

5. That on July 15, 2014, Whitney Bank selected an agent to represent it regarding the possible sale of the property;

6. That on July 21, 2014, Whitney Bank was given oral notice that the property appeared to have Chinese drywall in the interior rooms;

7. That shortly thereafter, Whitney Bank hired a house inspector to catalog the Chinese drywall and other issues with the house;

8. That Whitney Bank received a report from an inspector on July 24, 2014 that confirmed the presence of Chinese drywall, but not the specific manufacturer;

{L0314325.1}


EXHIBIT A

9. That at no time prior to July 24, 2014 did Whitney Bank have confirmed knowledge of Chinese drywall in the premises;

10. That since that time, Whitney Bank has been corresponding with counsel regarding the identity of the manufacturer of the Chinese drywall and the possibility of filing a claim in this matter.

_____
STEPHEN DUFFY

THUS DONE AND SIGNED before me, the undersigned authority, on this 12 day of November, 2014 at New Orleans, Louisiana.

_____
NOTARY PUBLIC
Printed Name: _____
Notary Number: _____
My Commission Expires: At Death

COURTNEY DUCOTE
NOTARY PUBLIC No. 132659
STATE OF LOUISIANA
My Commission is for Life.

{L0314325.1}