## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L** |
| **THIS DOCUMENT RELATES TO:**<br><br>*Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al*<br>Case No. 11-cv-080 (E.D. La.)<br><br>*Almeroth, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd., et al*<br>Case No. 12-cv-0498 (E.D. La.)<br><br>*Amato, et al. v. Liberty Mutual Insurance Company*, Case No. 2:10-cv-00932 (E.D.La.)<br><br>*Germano et al. v. Taishan Gypsum Co., Ltd. et al.*<br>Case No. 2:09-cv-06687 (E.D. La.)<br><br>*Gross, et al. v. Knauf Gips, KG, et al*<br>Case No. 09-cv-6690 (E.D. La.)<br><br>*Haya, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al*<br>Case No. 11-cv-1077 (E.D. La.)<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al*<br>Case No. 10-cv-361 (E.D. La.) | **JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |

## <u>MEMORANDUM IN SUPPORT OF CLASS COUNSELS' MOTION<br>FOR DISTRIBUTION OF SETTLEMENT FUNDS</u>

Class Counsel for the Virginia Settlements seek an Order from this Court authorizing the distribution of certain Settlement Funds to Special Master Matthew Garretson. Mr. Garretson was appointed as Special Master by Order of this Court on April 25, 2013, to assist in allocation of funds from the Four Class Settlements *Relating to Virginia and Certain Other Remaining Claims* [Rec. Doc. No. 16780]. This Order followed the Court's January 17, 2013 preliminary approval of those four settlements, [Rec. Doc. No. 16516].

1

On July 9, 2013, this Court entered an Order that, among other things, granted final approval to the four class settlements and approved an allocation plan [Rec. Doc. No. 16934]. The allocation plan set aside thirty-two percent (32%) of each Settlement Fund for attorneys' fees, and provided that no more than 15% of each Settlement Amount be allocated to common benefit fees and costs [Rec. Doc. No. 16819-11].

This Court entered several Orders in September 2013 establishing Qualified Settlement Funds for the purpose of providing the proceeds of recovery to the Class Members and other interested parties from each of the four Virginia Chinese Drywall Class Settlements [Rec. Doc. No. 17084 (Tobin Trading and Installers Settlement Agreement)]; [Rec. Doc. No. 17082 (Porter-Blaine/Venture Supply Settlement Agreement)]; [Rec. Doc. No. 17080 (Nationwide Insureds Settlement Agreement)]; [Rec. Doc. No. 17078 (Builders Mutual Insureds Settlement Agreement)].

The Garretson Resolution Group ("GRG") and Class Counsel have entered into a fund administration agreement, under which GRG agreed to assist in developing an allocation model and process claims to ensure the fair and efficient distribution of funds from the Four Virginia Chinese Drywall Class Settlements. GRG agreed to an hourly rate schedule, which was submitted to this court on July 12, 2013 (*see* GRG Rates, Rec. Doc. 16939-2). Further, Class Counsel and GRG anticipated (and submitted to the Court) that GRG's efforts would not exceed $1,000.00 per claim or $300,000.00 in the aggregate. (Rec. Doc. 16939-1).

Attached to this Memorandum as Exhibit 1 is a chart detailing the expenses accrued by Mr. Garretson and GRG in their duties as Special Master, from July 2013 through June 2014. Twelve invoices from GRG to the Law Offices of Richard J. Serpe, PC are attached as Exhibit 2 and substantiate GRG's expense calculations. Consistent with Class Counsel's July 12, 2013

submission, the total amount of expenses accrued by Mr. Garretson in his duties as Special Master is $136,874.56. None of this amount has been paid to Mr. Garretson as of this date.

Per the attached invoices, Class Counsel respectfully request that the Court enter an order directing that the total amount of $136,874.56 be drawn from the four Settlement Funds to compensate GRG for its services from July 2013 through June 2014. The distribution would be as follows:

1. $21,521.96 from the Tobin Trading and Installers Settlement Agreement Attorney Fees and Costs Fund (to which $949,000.00 has been allocated);

2. $23,830.47 from Porter-Blaine/Venture Supply Settlement Agreement Attorney Fees and Costs Fund (to which $1,060,000.00 has been allocated);

3. $77,695.09 from Nationwide Insureds Settlement Agreement Attorney Fees and Costs Fund (to which $3,650,000.00 has been allocated); and

4. $13,827.04 from Builders Mutual Insureds Settlement Agreement Attorney Fees and Costs Fund (to which $629,999.00 has been allocated).

Counsel respectfully submit that distributing certain funds to compensate GRG for costs incurred to date is appropriate given the length of time that GRG has worked on administering the claims process for the Four Virginia-based Settlements and the total of expenses incurred to date.

For these reasons, Class Counsel request an Order from the Court authorizing distribution of $136,874.56 from the Settlement Funds (as detailed above) to Special Master Matthew Garretson.

4

                                        Respectfully submitted,

Dated:  November  19, 2014           /s/ Leonard A. Davis
                                        Russ M. Herman, Esquire (Bar No. 6819)
                                        Leonard A. Davis, Esquire (Bar No. 14190)
                                        Stephen J. Herman, Esquire (Bar No. 23129)
                                        HERMAN, HERMAN &KATZ, LLC
                                        820 O'Keefe Avenue
                                        New Orleans, LA 70113
                                        Phone: (504) 581-4892
                                        Fax: (504) 561-6024
                                        Ldavis@hhklawfirm.com
                                        *Plaintiffs' Liaison Counsel in MDL 2047*
                                        *And Class Counsel*

                                        Arnold Levin
                                        Fred S. Longer
                                        Sandra L. Duggan
                                        Matthew C. Gaughan
                                        LEVIN, FISHBEIN, SEDRAN &BERMAN
                                        510 Walnut Street, Suite 500
                                        Philadelphia, PA 19106
                                        Phone: (215) 592-1500
                                        Fax: (215) 592-4663
                                        Alevin@lfsblaw.com
                                        *Plaintiffs' Lead Counsel in MDL 2047*
                                        *And  Class Counsel*

>Richard Serpe
>Law Offices of Richard J. Serpe
>Crown Center, Suite 310
>580 East Main Street
>Norfolk, VA 23510-2322
>Phone: (757) 233-0009
>Fax: (757) 233-0455
>rserpe@serpefirm.com
>*Class Counsel*
>
>Richard S. Lewis
>Kristen M. Ward
>HAUSFELD LLP
>1700 K St. NW, Suite 650
>Washington, D.C. 20006
>Phone: (202) 540-7200
>Fax: (202) 540-7201
>rlewis@hausfeldllp.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 19th day of November, 2014.

>/s/ Leonard A. Davis
>Leonard A. Davis, Esquire
>Herman, Herman & Katz, LLC
>820 O'Keefe Avenue
>New Orleans, Louisiana 70113
>Phone: (504) 581-4892
>Fax: (504) 561-6024
>Ldavis@hhklawfirm.com
>*Plaintiffs' Liaison Counsel in MDL 2047*
>*Co-counsel for Plaintiffs*