UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al*<br>Case No. 11-cv-080 (E.D. La.)<br><br>*Almeroth, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd., et al*<br>Case No. 12-cv-0498 (E.D. La.)<br><br>*Amato, et al. v. Liberty Mutual Insurance Company*, Case No. 2:10-cv-00932 (E.D.La.)<br><br>*Germano et al. v. Taishan Gypsum Co., Ltd. et al.*<br>Case No. 2:09-cv-06687 (E.D. La.)<br><br>*Gross, et al. v. Knauf Gips, KG, et al*<br>Case No. 09-cv-6690 (E.D. La.)<br><br>*Haya, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al*<br>Case No. 11-cv-1077 (E.D. La.)<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al*<br>Case No. 10-cv-361 (E.D. La.) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## ORDER

Considering Class Counsels' Motion for Distribution of Settlement Funds;

IT IS ORDERED BY THE COURT that the motion to distribute $136,875.56 to Matthew Garretson from the four Chinese Drywall Class Settlements in compensation for Mr. Garretson's services as Special Master from July 2013 through June 2014 is granted. The amount of $136,875.56 shall be drawn from the settlement funds in the following manner: $21,521.96 from the Tobin Trading and Installers Settlement Agreement Attorney Fund; $23,830.47 from the

1

Porter-Blaine/Venture Supply Settlement Agreement Attorney Fund; $77,695.09 from the Nationwide Insureds Settlement Agreement Attorney Fund; and $13,827.04 from the Builders Mutual Insureds Settlement Agreement Attorney Fund.  Once drawn, the amounts shall be promptly distributed to Mr. Garretson.

    New Orleans, Louisiana this _____ day of _____, 2014.

                                                        _____
                                                        ELDON E. FALLSON
                                                        UNITED STATES DISTRICT COURT JUDGE