# EXHIBIT 1

# Expenses Accrued by Garretson Resolution Group

|  | Nationwide | Porter-Blaine | Tobin | Builders Mutual | Total (4 Class Settlements Only) |
|---|---|---|---|---|---|
| **July 2013** | $4,879.93 | $1,463.98 | $1,317.58 | $829.59 | $8,491.08 |
| **August 2013** | $1,567.99 | $992.34 | $967.66 | $885.43 | $4,413.42 |
| **Sept 2013** | $9,097.05 | $2,729.12 | $2,456.20 | $1,546.50 | $15,828.87 |
| **Oct 2013** | $2,795.98 | $838.79 | $754.91 | $475.32 | $4,865.00 |
| **Nov 2013** | $3,561.78 | $1,068.53 | $961.68 | $605.50 | $6,197.49 |
| **Dec 2013** | $5,135.06 | $1,540.52 | $1,386.47 | $872.96 | $8,935.01 |
| **Jan 2014 (fees)** | $8,883.33 | $2,665.00 | $2,398.50 | $1,510.17 | $15,457.00 |
| **Jan 2014 (exps)** | $697.78 | $209.33 | $188.40 | $118.62 | $1,214.13 |
| **Feb 2014 (fees)** | $6,365.23 | $1,909.57 | $1,718.61 | $1,082.09 | $11,075.50 |
| **Feb 2014 (exps)** | $222.46 | $66.74 | $60.06 | $37.82 | $387.08 |
| **March 2014** | $7,824.71 | $2,347.41 | $2,112.67 | $1,330.20 | $13,614.99 |
| **April 2014** | $12,152.30 | $3,645.69 | $3,281.12 | $2,065.89 | $21,145.00 |
| **May 2014** | $7,989.94 | $2,396.98 | $2,157.28 | $1,358.29 | $13,902.49 |
| **June 2014** | $6,521.55 | $1,956.47 | $1,760.82 | $1,108.66 | $11,347.50 |
| **Totals:** | **$77,695.09** | **$23,830.47** | **$21,521.96** | **$13,827.04** | **$136,874.56** |