# EXHIBIT 2



# Invoice

| Invoice Date: | Invoice |
|---|---|
| 8/20/2013 | 42883 |

2115 Rexford Rd, 4th Floor
Charlotte, NC 28211
Phone: 704-559-4300  Fax: 704-365-7085

| Bill To |
|---|
| Law Offices of Richard J. Serpe, PC<br>520 East Main Street, Suite 310<br>Norfolk, VA 23510 |

| Due Date |
|---|
| 9/19/2013 |

| Terms | Project |
|---|---|
| Net 30 | Chinese Drywall |

| Description | GRG # | Rate | Amount |
|---|---|---|---|
| Chinese Drywall July 2013 | | | |
| Nationwide | | 4,879.93 | 4,879.93 |
| Porter-Blaine | | 1,463.98 | 1,463.98 |
| Tobin | | 1,317.58 | 1,317.58 |
| Builders Mutual | | 829.60 | 829.60 |
| Torres | | 3,262.27 | 3,262.27 |
| Ramirez | | 2,684.14 | 2,684.14 |

| | |
|---|---|
| **Total** | $14,437.50 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $14,437.50 |

Garretson Resolution Group wire instructions:
The PrivateBank, 70 West Madison Street, Chicago, IL 60602
Garretson Resolution Group Inc–Wire Receipts Acct
ABA#  071006486
Acct#  2178037



# Invoice

| Invoice Date: | Invoice |
|---|---|
| 8/31/2013 | 44745 |

2115 Rexford Rd, 4th Floor
Charlotte, NC 28211
Phone: 704-559-4300  Fax: 704-365-7085

| Bill To |
|---|
| Law Offices of Richard J. Serpe, PC
520 East Main Street, Suite 310
Norfolk, VA 23510 |

| Due Date |
|---|
| 11/30/2013 |

| Terms | Project |
|---|---|
| Net 90 | Chinese Drywall |

| Description | GRG # | Rate | Amount |
|---|---|---|---|
| Chinese Drywall August 2013 | | | |
| Nationwide | | 1,567.99 | 1,567.99 |
| Porter-Blaine | | 992.34 | 992.34 |
| Tobin | | 967.66 | 967.66 |
| Builders Mutual | | 885.43 | 885.43 |
| Torres | | 8,590.72 | 8,590.72 |
| Ramirez | | 6,933.85 | 6,933.85 |

| | |
|---|---|
| **Total** | $19,937.99 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $19,937.99 |

Garretson Resolution Group wire instructions:
The PrivateBank, 70 West Madison Street, Chicago, IL 60602
Garretson Resolution Group Inc–Wire Receipts Acct
ABA#  071006486
Acct#  2178037



# Invoice

| Invoice Date: | Invoice |
|---|---|
| 9/30/2013 | 46349 |

2115 Rexford Rd, 4th Floor
Charlotte, NC 28211
Phone: 704-559-4300  Fax: 704-365-7085

| Bill To |
|---|
| Law Offices of Richard J. Serpe, PC<br>520 East Main Street, Suite 310<br>Norfolk, VA 23510 |

| Due Date |
|---|
| 9/30/2013 |

| Terms | Project |
|---|---|
| Net 90 | Chinese Drywall |

| Description | GRG # | Rate | Amount |
|---|---|---|---|
| Chinese Drywall September 2013 | | | |
| Nationwide | | 9,097.05 | 9,097.05 |
| Porter-Blaine | | 2,729.12 | 2,729.12 |
| Tobin | | 2,456.20 | 2,456.20 |
| Builders Mutual | | 1,546.50 | 1,546.50 |

| | |
|---|---|
| **Total** | $15,828.87 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $15,828.87 |

Garretson Resolution Group wire instructions:
The PrivateBank, 70 West Madison Street, Chicago, IL 60602
Garretson Resolution Group Inc–Wire Receipts Acct
ABA#  071006486
Acct#  2178037



# Invoice

| Invoice Date: | Invoice |
|---|---|
| 11/1/2013 | 48286 |

2115 Rexford Rd, 4th Floor
Charlotte, NC 28211
Phone: 704-559-4300  Fax: 704-365-7085

| Bill To |
|---|
| Law Offices of Richard J. Serpe, PC<br>520 East Main Street, Suite 310<br>Norfolk, VA 23510 |

| Due Date |
|---|
| 11/1/2013 |

| Terms | Project |
|---|---|
| Net 90 | Chinese Drywall |

| Description | GRG # | Rate | Amount |
|---|---|---|---|
| Chinese Drywall October 2013 | | | |
| Nationwide | | 2,795.98 | 2,795.98 |
| Porter-Blaine | | 838.79 | 838.79 |
| Tobin | | 754.91 | 754.91 |
| Builders Mutual | | 475.32 | 475.32 |

| | |
|---|---|
| **Total** | $4,865.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $4,865.00 |

Garretson Resolution Group wire instructions:
The PrivateBank, 70 West Madison Street, Chicago, IL 60602
Garretson Resolution Group Inc–Wire Receipts Acct
ABA#  071006486
Acct#  2178037



# Invoice

| Invoice Date: | Invoice |
|---|---|
| 11/30/2013 | 49961 |

2115 Rexford Rd, 4th Floor
Charlotte, NC 28211
Phone: 704-559-4300  Fax: 704-365-7085

| Bill To |
|---|
| Law Offices of Richard J. Serpe, PC<br>520 East Main Street, Suite 310<br>Norfolk, VA 23510 |

| Due Date |
|---|
| 3/3/2014 |

| Terms | Project |
|---|---|
| Net 90 | Chinese Drywall |

| Description | GRG # | Rate | Amount |
|---|---|---|---|
| Chinese Drywall November 2013 | | | |
| Nationwide | | 3,561.78 | 3,561.78 |
| Porter-Blaine | | 1,068.53 | 1,068.53 |
| Tobin | | 961.68 | 961.68 |
| Builders Mutual | | 605.50 | 605.50 |

| | |
|---|---|
| **Total** | $6,197.49 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $6,197.49 |

Garretson Resolution Group wire instructions:
The PrivateBank, 70 West Madison Street, Chicago, IL 60602
Garretson Resolution Group Inc–Wire Receipts Acct
ABA#  071006486
Acct#  2178037



# Invoice

| Invoice Date: | Invoice |
|---|---|
| 12/31/2013 | 51809 |

2115 Rexford Rd, 4th Floor
Charlotte, NC 28211
Phone: 704-559-4300  Fax: 704-365-7085

| Bill To |
|---|
| Law Offices of Richard J. Serpe, PC<br>520 East Main Street, Suite 310<br>Norfolk, VA 23510 |

| Due Date |
|---|
| 3/31/2014 |

| Terms | Project |
|---|---|
| Net 90 | Chinese Drywall |

| Description | GRG # | Rate | Amount |
|---|---|---|---|
| Chinese Drywall December 2013 | | | |
| Nationwide | | 5,135.06 | 5,135.06 |
| Porter-Blaine | | 1,540.52 | 1,540.52 |
| Tobin | | 1,386.47 | 1,386.47 |
| Builders Mutual | | 872.96 | 872.96 |

| | |
|---|---|
| **Total** | $8,935.01 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $8,935.01 |

Garretson Resolution Group wire instructions:
The PrivateBank, 70 West Madison Street, Chicago, IL 60602
Garretson Resolution Group Inc–Wire Receipts Acct
ABA#  071006486
Acct#  2178037



# Invoice

| Invoice Date: | Invoice |
|---|---|
| 1/31/2014 | 54089 |

2115 Rexford Rd, 4th Floor
Charlotte, NC 28211
Phone: 704-559-4300  Fax: 704-365-7085

| Bill To |
|---|
| Law Offices of Richard J. Serpe, PC |
| 520 East Main Street, Suite 310 |
| Norfolk, VA 23510 |

| Due Date |
|---|
| 4/30/2014 |

| Terms | Project |
|---|---|
| Net 90 | Chinese Drywall |

| Description | GRG # | Rate | Amount |
|---|---|---|---|
| Chinese Drywall January 2014 | | | |
| Nationwide | | 8,883.33 | 8,883.33 |
| Porter-Blaine | | 2,665.00 | 2,665.00 |
| Tobin | | 2,398.50 | 2,398.50 |
| Builders Mutual | | 1,510.17 | 1,510.17 |
| Pass Through Expenses | | | |
| Nationwide | | 697.78 | 697.78 |
| Porter-Blaine | | 209.33 | 209.33 |
| Tobin | | 188.40 | 188.40 |
| Builders Mutual | | 118.62 | 118.62 |

| | |
|---|---|
| **Total** | $16,671.13 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $16,671.13 |

Garretson Resolution Group wire instructions:
The PrivateBank, 70 West Madison Street, Chicago, IL 60602
Garretson Resolution Group Inc–Wire Receipts Acct
ABA#  071006486
Acct#  2178037



# Invoice

2115 Rexford Rd, 4th Floor
Charlotte, NC 28211
Phone: 704-559-4300  Fax: 704-365-7085

| Invoice Date: | Invoice |
|---|---|
| 2/25/2014 | 54745 |

| Bill To |
|---|
| Law Offices of Richard J. Serpe, PC<br>520 East Main Street, Suite 310<br>Norfolk, VA 23510 |

| Due Date |
|---|
| 2/25/2014 |

| Terms | Project |
|---|---|
| Net 90 | Chinese Drywall |

| Description | GRG # | Rate | Amount |
|---|---|---|---|
| Chinese Drywall February 2014 | | | |
| Nationwide | | 6,365.23 | 6,365.23 |
| Porter-Blaine | | 1,909.57 | 1,909.57 |
| Tobin | | 1,718.61 | 1,718.61 |
| Builders Mutual | | 1,082.09 | 1,082.09 |
| Pass Through Expenses | | | |
| Nationwide | | 222.46 | 222.46 |
| Porter-Blaine | | 66.74 | 66.74 |
| Tobin | | 60.06 | 60.06 |
| Builders Mutual | | 37.82 | 37.82 |

| | |
|---|---|
| **Total** | $11,462.58 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $11,462.58 |

Garretson Resolution Group wire instructions:
The PrivateBank, 70 West Madison Street, Chicago, IL 60602
Garretson Resolution Group Inc–Wire Receipts Acct
ABA# 071006486
Acct# 2178037



**GARRETSON**
RESOLUTION GROUP

2115 Rexford Road, 4th Floor | Charlotte, NC 28211

Law Offices of Richard J Serpe PC
520 East Main Street
Suite 310
Norfolk, VA 23510
United States

| | |
|---|---|
| Invoice Number | 602799 |
| Invoice Date | April 24, 2014 |
| PO Number | |
| Contract | |
| Project | CHDRY-01163-00 |
| Terms | 30 |
| Page | 1 of 1 |

Chinese Drywall March 2014

| Description | Client Case# | GRG# | Qty | Rate | Amount |
|---|---|---|---|---|---|
| Nationwide | | | 1.00 | 7,824.71 | 7,824.71 |
| Porter-Blaine | | | 1.00 | 2,347.41 | 2,347.41 |
| Tobin | | | 1.00 | 2,112.67 | 2,112.67 |
| Builders Mutual | | | 1.00 | 1,330.20 | 1,330.20 |
| Subtotal | | | | | 13,614.99 |
| **Invoice Total** | | | | | **13,614.99** |

Garretson Resolution Group wire instructions
The Private Bank, 120 S. LaSalle St., Chicago, IL 60603
Garretson Resolution Group Inc-Wire Receipts Acct
ABA# 071006486
Acct# 2178037



| | |
|---|---|
| Invoice Number | 603124 |
| Invoice Date | April 30, 2014 |
| PO Number | |
| Contract | |
| Project | CHDRY-01163-00 |
| Terms | 30 |
| Page | 1 of 1 |

2115 Rexford Road, 4th Floor | Charlotte, NC 28211

Law Offices of Richard J Serpe PC
520 East Main Street
Suite 310
Norfolk, VA 23510
United States

Chinese Drywall April 2014

| Description | Client Case# | GRG# | Qty | Rate | Amount |
|---|---|---|---|---|---|
| Nationwide | | | 1.00 | 12,152.30 | 12,152.30 |
| Porter-Blaine | | | 1.00 | 3,645.69 | 3,645.69 |
| Tobin | | | 1.00 | 3,281.12 | 3,281.12 |
| Builders Mutual | | | 1.00 | 2,065.89 | 2,065.89 |
| Subtotal | | | | | 21,145.00 |
| **Invoice Total** | | | | | 21,145.00 |

Garretson Resolution Group wire instructions
The Private Bank, 120 S. LaSalle St., Chicago, IL 60603
Garretson Resolution Group Inc-Wire Receipts Acct
ABA# 071006486
Acct# 2178037



**GARRETSON**
RESOLUTION GROUP

2115 Rexford Road, 4th Floor | Charlotte, NC 28211

| | |
|---|---|
| Invoice Number | 605743 |
| Invoice Date | June 04, 2014 |
| PO Number | |
| Contract | |
| Project | CHDRY-01163-00 |
| Terms | 30 |
| Page | 1 of 1 |

Law Offices of Richard J Serpe PC
520 East Main Street
Suite 310
Norfolk, VA 23510
United States

| Description | Client Case# | GRG# | Qty | Rate | Amount |
|---|---|---|---|---|---|
| Nationwide | | | 1.00 | 7,989.94 | 7,989.94 |
| Porter-Blaine | | | 1.00 | 2,396.98 | 2,396.98 |
| Tobin | | | 1.00 | 2,157.28 | 2,157.28 |
| Builders Mutual | | | 1.00 | 1,358.29 | 1,358.29 |
| Subtotal | | | | | 13,902.49 |
| Invoice Total | | | | | 13,902.49 |

Garretson Resolution Group wire instructions
The Private Bank, 120 S. LaSalle St., Chicago, IL 60603
Garretson Resolution Group Inc-Wire Receipts Acct
ABA# 071006486
Acct# 2178037



2115 Rexford Road, 4th Floor | Charlotte, NC 28211

| | |
|---|---|
| Invoice Number | 607640 |
| Invoice Date | June 30, 2014 |
| PO Number | |
| Contract | |
| Project | CHDRY-01163-00 |
| Terms | 30 |
| Page | 1 of 1 |

Law Offices of Richard J Serpe PC
520 East Main Street
Suite 310
Norfolk, VA 23510
United States

Chinese Drywall June 2014

| Description | Client Case# | GRG# | Qty | Rate | Amount |
|---|---|---|---|---|---|
| Nationwide | | | 1.00 | 6,521.55 | 6,521.55 |
| Porter-Blaine | | | 1.00 | 1,956.47 | 1,956.47 |
| Tobin | | | 1.00 | 1,760.82 | 1,760.82 |
| Builders Mutual | | | 1.00 | 1,108.66 | 1,108.66 |
| Subtotal | | | | | 11,347.50 |
| **Invoice Total** | | | | | 11,347.50 |

Garretson Resolution Group wire instructions
The Private Bank, 120 S. LaSalle St., Chicago, IL 60603
Garretson Resolution Group Inc-Wire Receipts Acct
ABA# 071006486
Acct# 2178037