UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | MAG. JUDGE WILKINSON |

*Sean and Beth Payton, et al. v.*
*Knauf Gips KG, et al.*
*Case No.   2009-07628 (E.D.La.)*

---

## DEFENDANT'S, MAJESTIC HOMES, INC., MOTION FOR DISMISSAL WITHOUT PREJUDICE

Defendant, Majestic Homes, Inc., through undersigned counsel, respectfully moves this Honorable Court for an Order Granting Dismissal, Without Prejudice, of claims against this defendant, pursuant to Rules 41(a) and 23(e) Federal Rules of Civil Procedure, for the reasons stated below.

1. Majestic Homes, Inc., was named as a defendant and included as a member of the Builder/Developer subclass (Subclass #271) by five plaintiffs who are:

    a. Gloria Berson and Keith Fuhrman, 2558 SW Abelard St., Port St. Lucie, FL   34953;

    b. William and Mary Palsgraf, 2192 SW Fears Ave., Port St. Lucie, FL 34953;

    c. John Schurer, 5933 NW Wolverine Rd., Port St. Lucie, FL   34986;

    d. Travis and Rachael Kleman, 3942 SW Hamlin St., Port St. Lucie, FL 34953; and

    e. John and Mary Arcese, 601 SW Jada Road, Port St. Lucie, FL 34953.

2. On May 17, 2010, plaintiffs filed a Joint Motion to Dismiss Certain Defendants, a copy of which is appended hereto and marked Exhibit "A".

3. The claims of plaintiffs Gloria Berson and Keith Fuhrman, William and Mary Palsgraf, and John Schurer against Majestic Homes, Inc., (subclass #271) were withdrawn.

4. On May 18, 2010, an Order was entered on Plaintiffs' Joint Motion to Dismiss Certain Defendants, wherein the Court ordered that "The alignment of plaintiffs and defendants shall be modified consistent with what is reflected in the attached Schedules 1 through 4, that are redlined to reflect such realignment, as well as typographical and other errors. Those plaintiffs whose names are stricken through on the attached schedule are deemed to have their subclass claims DISMISSED without prejudice."

The May 18, 2010 Order is appended and marked Exhibit "B".

5. The claims of Gloria Berson and Keith Fuhrman, William and Mary Palsgraf, and John Schurer were redlined in plaintiffs' May 17, 2010, Joint Motion and have been dismissed without prejudice.

6. Travis and Rachael Kleman filed, on June 11, 2010, their Notice of Voluntary Dismissal without Prejudice of defendant Majestic Homes, Inc.; a copy of which is appended and marked Exhibit "C".

7. John and Mary Arcese, on October 21, 2014, filed their Notice of Voluntary Dismissal without Prejudice of defendant Majestic Homes, Inc.; a copy of which is appended and marked Exhibit "D".

8. Notice, pursuant to Rule 23(e), Federal Rules of Civil Procedure, is or will be provided.

9. This Motion for Dismissal without Prejudice does not prejudice any other party.

10. Defendant has provided herein its statement identifying those Voluntary Dismissals, filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), an Order on which this motion is made.

11. This dismissal does not prejudice and would not bind other class members and a hearing should not be necessary or required.

WHEREFORE, for the reasons set forth in this Motion, Majestic Homes, Inc., requests that this Court grant this motion to dismiss Majestic Homes, Inc., from any pending claims of record.

Respectfully submitted,

*Wayne Argo*

Wayne Argo, Esq.
Florida Bar No. 0306576
Wayne Argo, P.A.
942 SE 17th Street
Ocala, FL 34471
(352) 732-8895
(352) 622-4564 Fax
Attorneys for Majestic Homes, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Motion for Dismissal without Prejudice has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the Unites States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this _19th_ day of November, 2014.

_Wayne Argo_
Wayne Argo, Esq.
Florida Bar No. 0306576
Wayne Argo, P.A.
942 SE 17th Street
Ocala, FL 34471
(352) 732-8895
(352) 622-4564 Fax
Attorneys for Majestic Homes, Inc.