

31158045

May 17 2010
10:30PM

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:

Payton, et al. v. Knauf GIPS KG, et. al.,
Case No. 2:09-cv-07628 (E.D.La.)

---

### PLAINTIFFS' JOINT MOTION TO DISMISS CERTAIN DEFENDANTS WITHOUT PREJUDICE UNDER FED.R.CIV. P. 41(a) AND TO AMEND THE PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (I)

Plaintiffs, by and through their counsel, respectfully move this Honorable Court for an Order in the form appended hereto to dismiss certain defendants without prejudice under Fed.R.Civ.P. 41(a), and to amend the Plaintiffs' Omnibus Class Action Complaint (I) (the "Complaint").[1]  Plaintiffs are seeking the amendment to the Complaint under Fed. R.Civ.P. 15(a).

For the reasons set forth in the Memorandum of law filed in conjunction herewith, the PSC respectfully requests that the Court grant the instant motion to dismiss certain defendants and to amend the Complaint.

---

[1] Plaintiffs' Proposed Order granting the instant motion is attached hereto as Exhibit "1". For the convenience of the parties and the Court, Plaintiffs' have attached their amended exhibits A, B, and D and schedules 1-4 to the Proposed Order.  All amended exhibits and schedules use the same designation as that used in the original Complaint, i.e., the amended version of Exhibit "A" is Amended Exhibit "A" to the Proposed Order.  Plaintiffs have also attached a chart with paragraph-by-paragraph amendments to the Complaint, Exhibit "E" to the Proposed Order, an amended valediction and signature block, Exhibit "F" to the Proposed Order, and a chart listing the names of plaintiffs and defendants who are being dismissed from the Complaint, Exhibit "G" to the Proposed Order.

3115 8045
5/17/10

Dated: May 17, 2010

Respectfully submitted,

/s/ Russ M. Herman
Russ M. Herman, Esquire (LA Bar No. 6819)
Leonard A. Davis, Esquire (LA Bar No. 14190)
Stephen J. Herman, Esquire (LA Bar No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin (On the Brief)
Fred S. Longer (On the Brief)
Matthew C. Gaughan (On the Brief)
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs'-Lead Counsel*
*MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Victor Manuel Diaz
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
vdiaz@podhurst.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
   Matthews, Martinez, Gonzales,
   Kalbac & Kane
255 Aragon Avenue, 2nd Floor
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

2