

31659536

Jun 16 2010
8:52AM

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047** <br> **SECTION: L** <br> **JUDGE FALLON** <br> **MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:** <br><br> **Payton, et al. v. Knauf GIPS KG, et. al., Case No. 2:09-cv-07628 (E.D.La.)** | |

### ORDER
#### (Supplement to Class Action Complaint (I))

AND NOW, on this __18th__ Day of ____May____, 2010, upon consideration of

the Plaintiffs' Joint Motion to Dismiss Certain Defendants, Without Prejudice, Under

Fed.R.Civ.P. 41(a) and to Amend the Plaintiffs' Omnibus Class Action Complaint (I), it is

hereby ORDERED, ADJUDGED AND DECREED that said motion is GRANTED.

The claims against the plaintiffs and defendants listed in Exhibit "G" hereto are hereby

DISMISSED without prejudice.

The schedules attached hereto as Schedules 1 through 4 shall amend, replace, and be

substituted for Schedules 1 through 4 that were attached to the Complaint at the time of filing.

The alignment of plaintiffs and defendants shall be modified consistent with what is reflected in

the attached Schedules 1 through 4, that are redlined to reflect such realignment, as well as the

correction of typographical and other errors. Those plaintiffs whose names are stricken through

on the attached schedules are deemed to have their subclass claims DISMISSED without

prejudice. For those plaintiffs whose subclass claims are dismissed but do not appear on Exhibit

1

31659536
6/10/10

G, their remaining claims are unchanged and will not be affected except for the dismissal of the subclass claims.

The Complaint is to be deemed amended as set forth below. All other unamended averments in the Complaint remain in effect as if re-alleged and averred in this Supplemental Amendment which by this ORDER should be hereinafter referred to as "Supplement to Class Action Complaint (I)."

**A.  Amendments to Exhibits and Signature Block**

The attached Exhibits A, B, and D shall amend, replace, and be substituted for Exhibits A, B, and D that were attached to the Complaint at the time of filing. Exhibit C is not being amended.

The attached valediction and signature block, Exhibit "F" hereto, shall amend, replace, and be substituted for the valediction and signature block in the Complaint.

**B.  Amendments to Specific Allegations**

**1.  Amendments to Existing Allegations**

The existing allegations in the Complaint are hereby deemed to be amended as set forth in the attached chart. *See* Exhibit "E" hereto.

**2.  Additional Allegations to be Deemed
Part of this Amended Complaint**

The Complaint is deemed amended by adding the following paragraphs:

4(a).  For purposes of clarity, the Plaintiffs are asserting claims on behalf of all owners and residents of the subject properties, including but not limited to, minors and other residents of the properties who do not appear herein as named plaintiffs.

2617(a).    Defendants also willingly facilitated the manufacture, exporting, importing, distribution, delivery, supply, inspection, marketing, and/or sale of the defective drywall in the United States since they knew or should have known that the testing performed abroad was inherently unreliable.

2617(b).    By way of example, Defendants knew or should have known that the government sponsored inspections and/or certifications of the defective Chinese manufactured drywall were unreliable and never should have been relied upon for purposes of determining whether the drywall was in compliance with American regulatory standards. Many of these government sponsored inspections and certifications were performed at the behest of entities that were either directly or indirectly owned by the Chinese government. This conflict of interest by the entities and individuals performing the inspections/certifications was known to Defendants and, therefore, Defendants were reckless in relying upon such inspections and certifications.

2617(c).    Defendants also knew or should have known that the testing performed abroad was inherently unreliable based on recent experiences involving the distribution and sale of defective products from China. At or around the time the defective Chinese drywall at issue in this litigation was being imported to the United States, there were several recent controversies involving defective products imported from China. Examples include: Chinese pet food containing melamine, toothpaste tainted with antifreeze, Chinese seafood laced with chemicals, counterfeit glycerin found in cough syrup, defective Heparin, salmonella found in spices used to season snack foods, children's toys and jewelry contaminated with lead paint, and tires that were manufactured without gum strip (*i.e.*, increasing the risk of tread separation and vehicle rollovers). Since these controversies and others were being reported at or around the time the

3

defective drywall at issue in this litigation was being imported to the United States, the Defendants knew or should have known that the testing of the Chinese manufactured drywall was inherently unreliable. Thus, Defendants were reckless and/or grossly negligent in relying upon such testing for purposes of determining compliance with American regulatory standards.

2620(a).    Defendants engaged in a course of conduct, individually and/or collectively, that caused the Plaintiffs' and Class Members' exposure to the defective drywall at issue in this litigation by virtue of their interdependent conscious parallel conduct in the manufacture, exporting, importing, distribution, delivery, supply, inspection, marketing, and/or sale of the defective drywall at issue in this litigation. Defendants' parallel conduct suggests their common behavior was not the result of idiosyncratic decision making.

2620(b).    The United States has been invaded by defective Chinese-manufactured drywall that is being produced by over one hundred Chinese manufacturers, many of which are partially state-owned entities related to the Peoples Republic of China through byzantine corporate structures. Although the Knauf entities are not wholly state-owned, they operate through such a byzantine corporate structure with interrelated corporate entities organized under the laws of Asia, Europe, and the United States. This family of interrelated corporate entities have numerous subsidiaries or other related entities with whom they engaged in interdependent parallel conduct in the manufacture, exporting, importing, distribution, delivery, supply, inspection, marketing, and/or sale of the defective drywall at issue in this litigation.

2620©.    Knauf has attempted to use its byzantine corporate structure to shield itself from liability. As was noted above, Knauf has a complex corporate structure with interrelated corporate entities located in Europe, Asia, the United States, and elsewhere. Knauf has

attempted to use this complex corporate structure to profit through the distribution and sale of the defective Chinese manufactured drywall while at the same time attempting to shield itself from liability to Plaintiffs and Class Members.

2620(d).    The distributors, suppliers, importers, exporters, and brokers have also aided, abetted, and/or otherwise assisted the defendant manufacturers whose defective products were imported into the United States. These defendants engaged in a course of conduct, individually and/or collectively, that caused the Plaintiffs' and Class Members' exposure to the defective drywall at issue in this litigation by virtue of their interdependent parallel conduct in the exporting, importing, distribution, delivery, supply, inspection, marketing, and/or sale of the defective drywall at issue in this litigation.

2620(e).    By information and belief, certain of the foreign defendants have positioned themselves in a manner designed to avoid or evade liability for their role in causing the manufacture, exporting, importing, distribution, delivery, supply, marketing, and/or sale of the defective drywall at issue in this litigation by making it difficult for injured consumers (located in the United States) to accomplish service on them. Such foreign defendants are seemingly attempting to avoid responsibility for their tortious conduct.

*        *        *

WHEREFORE, the Complaint is deemed amended as set forth above. All other unamended averments in the Complaint remain in effect as if re-alleged and averred in this Supplement to Class Action Complaint. Since the Court is aware that Plaintiffs have incurred considerable delay and cost in interpreting the Complaint for service on the foreign defendants, the Court does not wish to disrupt or further delay Plaintiffs' efforts to serve the foreign

defendants. For this reason, Plaintiffs are directed to promptly mail each of the domestic

defendants a copy of this ORDER and within ten days of learning that any foreign defendant has

been served with a copy of the translated Complaint, Plaintiffs are to likewise mail a copy of this

ORDER to that defendant.

New Orleans, Louisiana, this 18th day of May, 2010.

_____
U.S. District Judge



31659536
Jun 16 2010
8:52AM

# Exhibit "A"

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*

## Amended Exhibit "A"–Additional Plaintiffs
## Named in Plaintiffs' Omnibus Class Action Complaint (I)

1100 Valencia LLC
1Gerica, Ramona
Abbott, Carl D. And Adele
Abiega, Elisa
Aboulafia, Steven
Acadia II Condo c/o Russell Foti
Aceto, Anthony/Mancvich, Ida
Acevado, John
Acosta, Amparo
Acosta, Carlos
Adams, Candace H
Adams, Edward, Entrust IRA SW
    Florida for IRA #56926
Adams, John and Andrea
Adams, Kevin
Adams. David Creston and Frances
Carolyn Box
Adaniel, Jesue & Amy
Adcock, Jerald/Melissa
Adhin, David and Perlene
Aguilar, Eleanor
Akers, Christine & Robert
Alava, Alicia
Albano, Carol
Albert, James & Mariamma
Alcindor, Nevinsthon & Marlen
Alexandre, Dieuseul and Marie
Alfonso, Cindy
Alford, Edgar & Rita
Allard, John C.
Alldredge, Emily and Rufus
Allen, Andrew and Nicole
Allen, Brookman/Carolyn
Allen, Kennith & Cora
Allen, Patricia S.
Allen, Shane and Nicole
Almeida, Jeff
Alonzo, Judy
Alvarez-Farre, Emilio and Martha
Amato, Dean and Dawn
Amaya, Jose/Hernandez, Reina
Ambroise, Donald
Amenciro, Sandra and Gino
Amerson, Amy Louise
Ames, Vickie H.
Amey, Tim and Nellie
Ammirato, Salvatrice, Thomas J.
    and James E.; and Marie A. Latoff
Ammons, Dana and Rick
Ancira, Chris and Lilah
Anders, Thomas G. And Nicole P.

Andersen, James and Elizabeth
Anderson, Mark and Jamie; and
    Jearl and Betty Sasser
Anderson, Samuel
Anderson, Shawn and Victoria
Andrade, Sean & Katie
Andreason, Grant and Patricia
Andreoli, Robert
Anglada, Mark
Anglada, Mark
Anise, Maikel & Karen
Anton, Kevin and Joann
Antoni, Barry and Marilyn
Arango, Oswaldo
Araujo, Marcos
Arbelo, Luis and Fatima
Arcese, John and Mary
Archer, Steven and Anja
Areces, Miguel and Jacqueline
Aria Properties, LLC
Arias, Evelyn
Arias, Mirtha
Armstrong, Clayton and Amy
Armstrong, David and Bonnie
Armstrong, Richard John and
    Virginia Shelley
Arnaud, Lester and Catherine
Arnold, Lee and Maureen
Arsenaux, Everiste and Lizette
Asad, Issa and Noha
Ashley, Tatiana and Travis
Ashmore, John Britton
Athouriste, Herold and Gauty
Atkins, Lynard
Atkinson, Christopher and Kristin
Atkinson, William
Auerbach, Suely
Auger, Jerry and Susan
Austin, John
Avalon Preserve Condominium
    Association, Inc.
Avello, Daniel and Isbel
Awadallah, Mazen
Awalt, Donald/Awalt, Tatiana
Axelrod, Leonard and Rivka
Co-Trustees of The Leonard and
    Rivka Axelrod 2007 Revocable
    Trust
Ayers, James and Leona
Aymerich, Jason
Bache, Alan, Charlotte Fuller &

Michael Messner
Badchkam, Annette
Baez, Dava Lucherini
Baggiero, Alan and Dena
Baginski, Andrea
Bagley, Gerald
Bahl, Ashima
Bailey, Gary and Kristi
Bailey, Georgia and William
Bailey, Robert and Anne
Bailey, Vickie deceased, Gale
    Dixon, personal representative
Baker, Garry/Lynn
Baker, Joseph and Brittany
Baker,Adrianna Townsend
Balan, Kirenia and Jorge
Balassone, Arthur and Barbara
Ballard, James Monty and Suzanne
Ballard, Mildred
Bank Plus/Mercado
Banks, Jeremy and Carla
Banner, William and Kitty
Barbert, Reginald V. and
    Maria Mathis
Barcia, Aurora
Barker, Marion Knox
Baron, Allen
Barone, John and Heather
Barragan, Fernando & Barbara
Barranco, Johnny
Barreca, Antoine and Nicole
Barreca, Corinne
Barrett, Larry Van
Barrios, Orlando/Escalona, Amarilis
Barrios, Reggie
Barrow, Clarencea nd Marion
Barry, Scott and Judy
Bartels, Kerry & Marie
Bartholomen, Alexandra and Craig
Bashein, Joyce
Batteau, Michael and Jennifer
Battista, Leo--c/o Louis Battista
Baudier, Monette
Beard, Marilyn
Beasley, Austin and Betty
Beauvilet, Jean Louis
Becker, Larry and Robin
Bel Burgo, Carlos and Leonor
Bel Sole Condominium Association
Belfiglio, Mark
Bell, Gerald and Helen

1

Bello de Bachek, Nilda
Belson, Luydmila
Benesch, Paul
Benjamin, Jack and Claire
Bennett, James and Barbara
Bennett, John F. & Mary
Bennette, Lillie & Joseph
Benullis, Stephen and Michelle
Berman, Seth and Ginger
Berra, Dale and JaneWoodruff
Henry and Nancy Woodruff
Berson, Gloria and Fuhrman, Keith
Bertram, Beresford and Theresa
Berteau, Ronnie and Wendy
Besson, Ellen and Michael J.
Bettencourt, Virgil and Mary
Beverly, Martin and Erika
Bicehouse, Daniel and Tracy
Bidigare, Susan
Bienemy, Eric and Gina
Billy, Ronald/Tabitha
Bilski, Walter and Tracey
Birnbaum, Scott and Mary
Bishop, Brian
Bissoon, Suresh and Oma
Bizarro, Julio
Blackhawk Reserve JV/Regency
Constructors, LLC
Blacklidge, Rhonny
Blalock Seafood c/o Peter Blalock
Blanco, Christopher and Cristina
Bloom, Andrew and Ina
Bo, Theresa
Bobinger, Lisa McQueen and
Brandie
Bobrow, Scott and Cheryl
Boersma, Kenneth and Victoria
Boggs, Gary L. and Penelope D.
Boham, Keith and Allison
Bolden, Thomas/Smith, Monica
Bolton, Wade and Robert Raynor
Bolyard, Christopher and Rachel
Bonamour, Mikea nd Deborh
Bonamy, Robert David, Jr. and
Jennifer Ann Bonamy
Bond, Arthur A. and Marilyn J.
Bongiomo, Salvatore and Arlene
Bonnecarrere, Wavi Lee
Bontu, Prakash R. and Rupa
Boothe, Neil
Boquet, Edwin
Bordy, Agnes
Borgardt, David & Kathy
Borges, Haroldo
Borkowski, Julie and Stephen
Borne, Carol
Borodiak, Ivan

Borrello, Donna M./Thomas W.
Stallings
Bosarge, Deborah
Botterill, Thurburn & Caroline
Bouanchaud, Janine
Boudreaux, Virginia R.
Bound, Brenda
Bourdon, Lucille
Bourgeois, Bryan & Sandy
Bourgeois, Jason and Felicia
Bourgeois, Richard and Gail
Boxe, Kevin and Roxann
Bradford, Deborah
Bradley, Jimmy and Louise
Brady, John and Joann
Brady, Michael and Barbara
Braithwaite, Judy
Brand, Maryann
Brandolino, Rose
Brandt, Sherolyn V.
Braun Enterprises
Braun, Michael and Ilana
Braun, Steve and Helen
Bravo, David and Cossette Llanes
Brazon, Kevin and Jennifer
Brennan, John and Barbara
Brerenton, Matthew
Bretzman, Carl Jr and Amanda
Additional Occupants: Trey (son
10); Brandon (son 6); Kassidy
(daught-1)
Bridges, Paul E. and Marie J.
Bridges
Briscoe, Hopeton
Brito, Juan
Brittain, James and Caroline H.
Brogdon, Carl and Stacey
Bronaugh, David and Heather
Brooks, George
Brotbeck, Charles and Sandra
Brown, Ada and Hillary
Brown, Dorene
Brown, Faith
Brown, Habdon and Carla Joseph
Brown, Judalyne Brown
Brown, Ronald T. & Marilyn
Bruce,Jamie and Erick and Larry
Lunsford
Brumfield, Ollie and Andreienne
Bryant, Robbie and Lizabeth
Bryda, Louis and Karen
Brynn, Gerald E./Betty J. Brynn
Buckingham, Keith/Fasenda, Jose
Buckley, Brenda
Buckner, John
Bunn, James & Michele
Burgess, George and Karen
Burgos, Philip and Robbin

Burke, Jules and Barbara
Burke, Thomas & Mona
Burkman, Ken and Rosi
Burns, Robert E.
Burrus, Jordan
Burt, James and Janie
Burzotta, James and Rita
Bush, Charles and Judy
Bustamante, Jaime and Lynda
Guzman
Butler, Hilliard and Sheral
Butler, James and Joycelyn
Buxton, Darren and Tracy
Byrne, Gerald
Caballero, Talishia
Cahill, Thomas and Susan;
Lengemann, Robert and Mary
Caliguirie, Jacob
Caliper Capital of Florida, LLC
Callahan, Donald and Joanna
Calvo, Jeannette/Martinez, Tyrone
Camastro, Francesco and Georgina
Cameron, Christine
Caminita, Jennifer and Frank
Cammarata, Louis and Michele
Camp, Michael
Campanelli, Larry and Karen
Campbell, Ann Marie and Andre
Campbell, Daniel and Joan
Campbell, Janet Olive, as Trustee of
the Bryan Olive Trust U/W July 12,
2006
Campbell, John
Campola, Patsy and Maureen
Canciglia, Michael/Runda
Candela, Hilario
Cannestor, Michael and Enny
Cannistraci, Darlene
Canty, Honore and Elaine
Capizola, Edith
Caputo, Mark and Lisa
Carambat, Jr., Joseph
Carbone, David and Rachael
Cardenas, Albert and Lidelis
Carillo, Lou and Marge
Carlin, Charles and Yvonne
Carr, Craig/Windsor, Jill
Carr, Patrick E. Jr.
Carraway, Richard T/Linda
Carraway
Carrion, Kathy
Carter, Alexis and James
Carter, Daniel
Carter, Jack Jr.
Carter-Smith, Jill
Caruso, Leanard and Cheryl
Carvajalino, Carlos
Case, Ronald and Frank

2

Casey, Hugh
Cash, Charles and Barbara
Casper, Bruce and Barbara
Cassagne, Jordan and Brande
Cassanova, Filberto
Cassard, Jesse and Angela
Castaneda, Juan Carlos
Castillo, Alexis
Catalano, Pete and Annett
Catalano, Thomas and Faye
Catalogna, Michael and Phyllis
Cathcart, Carolyn
Caudle, Annie
Cavalieri, John and Jennifer; and
  Simoni and Candece Cavalieri
Ceglio, Carmine and Donna
Ceminsky, Gerald and Margaret
Cerna, Fernando and Cristina Jones-
  Cerna
Ceruti, Ronald and Sharon
Chadwick, Mark W.
Chanderdat, Jairaj and Taijrance
Chandler, John Eric
Chandler, Leslie and Shamel
Chandra, Shalini
Chaney, Wesley M./Shelia D.
Chaney
Chapados, Rene and Pierce, Lonnie
Chaplin, David and Arlen/c/o Evan
  Seif, Esq.
Chapman, David and Denise
Chapman, Duane & Sarah
Chapman, Patrick & Elizabeth
Charles, Frantz and Damaris Paulin
Chatman, Funell and Gail
Chavin, Valerie/Shmuely, Rami
Chavous, George and Lorene
Cheeran, David C. and Mary
Chery Jean-Robert and Presina
Chester, Cheryl/Fischer, Donald
Chiappetta, Kevin and Karen
Chiarelli, Zopito and Palma
Child, Quinn and Cheri
Childress, Patricia
Chladny, Ray and Stafford, Debbie
Chowdhry, Pervaiz
Christensen, Richard W., Revocable
  Trust and Linda M. Christensen
  Revocable Trust
Christian, Firdie and Deyse
Christian, Kevin
Christiansen, Jamie Weber
Chrusz, Ryan and Kelli
Chutz, Lily Rose
Cianfrini, Jerry
Ciaramitaro, Dominic
Cindrich, Jeffrey and Tamara
Cintula, Theodore

Clague, Randy and Lisa
Clark, Charles E.
Clark, Jason
Clarke, Glen
Clarke, Michael and Peggy
Clarke, Roger
Clarkson, Arthur, Administrator of
  the Succession Of Mary Clarkson
  DeArmas
Clay, William and Wendy Cook
Claybaker, Richard W. and
  Klingsick, Judith D
Clement, Paul and Schexnaydre,
  Celeste
Clouse, Ronald and Eileen
Coats, Chuck
Cohan, Bradley
Cohen, Carol
Cohen, Elizabeth
Cohen, Jan and Michele
Cohen, Richard
Colby, Richard and Susan; Jordan,
  Nathan and Nickens, Florette
Cole, Harley and Brenda
Coley, Bryan and Harmony
Collepardi, Frank and Catherine
Collignon, Robert
Collins, John and Brenda
Conner, Virginia
Conrad, Formica/Fayard, Crystal
Conroy, John & Sandra
Constantino, Anthony and Iraida
Conte, Margaret Ann
Coogan, Kevin and Stella
Cook, Thomas and Martha
Coombs, Donald
Cooper, Andy
Cooper, Herbert "Kit"
Cooper, Jon and Sondra
Cooper, Obadiah/Lakeisha Cooper
Coords, Maria
Copeland, Justin and Kelly
Coplin, Jose and Mercedes
Corcos, Menashe and Robin
Cordier, Gregory and Jean
Corell, Robert and Angela
Corley, Kyle & Lorie Szymela
Cornwell, Burl and Sondra
Corr, Thomas Leo, III
Costoya,, Armando and Ileana
Costoya, Jose and Maria
Cothia, Sidney & Diane
Cox, Donnis P. and Thomas
Cox, Maria and Robert Shane
Cox, Shawn and Lisa
Craig, Bill and Jill
Craig, Brandy & James
Cramer, David and Denise

Crane, Jimmy
Crawford, Dawn and Scott
Crawford, Gary & Linda
Crawford, Michael and Daniel
  Richter
Crawford, Monique and Elaine
  Shand
Creech, Raymond D. and Corrye
Crispino, Peter and Mary Ann
Cronin, William and Margaret
Crosby, Patrick and Jennifer
Cskanyos, Renata and Antal,
  Gyorgy
Cucci, Jacqueline
Cuddapah, Prabhakara and
  Ramathilakam
Cuellar, Javier and Echeverri, Laura
Cuevas, Marvin & Angela
Cullin, Thomas and Delcie
Culpepper, Jonathan and Cindy
Cummings, Barrington/Brown,
  Annmarie
Cummings, Mark
Cuningham, Eddie
Cunningham, Dennis and Susan
Cunningham, Jean
Curcillo,Cynthia as attorney-in-fact
  and next friend of Ann Curcillo
Curthards, Nicholas
D'Agresto, Lewis and Marcia
D'Ambrosio, Angelo and Deborah
D'Ambrosio, John and Pamela
D'Amico Michelle and Daniel
D'Angelo, Mara & James
D'Loughy, Daniel J.
Dabalsa, Ricardo
Dacosta, George
Dalmage, Dilworth & Hyaciinth
Daly, Patricia and Kimberly
  Schrank
Daniel, Michael & Monica
Daniel, William E. and Grace E.
Daniels, Kimberly Carroll
Daniels, Rita
Dano, Robbin
Darden, Reggie
Darmodihardjo, Denny and Tammy
Dauterive, Valliere, Margaret and
  Savoy, Ann Dauterive
David, Tony and Bethany
Davidson, T. Blake
Davis, Bill and Nancy
Davis, Jesse
Davis, Matthew and Tricia
Davis, Michael and Santagata, Paul
Davis, Wendell and Maritza
Davy, Christopher and Amy
De Los Santos, Rosibel and Brian

3

| | | |
|---|---|---|
| Deakins, John and Beverly | Dominguez, Antonio and Zeneida | Epstein, Kim |
| Deane, Robert and Lois | Donaldson, Malcom & Kelli | Eskenazi, Anna and Mark |
| Deano, Madeline T. | Donlon, Barnaby and Martina | Esmail, Nasim |
| DeBenedictis, Frank & Deborah | Donnelly, Jerome and Daphine | Espinal, Joseph and Fabiola |
| DeCambre, Nadine and Pansy Bell | Donnelly, Paul and Carrie Westphal | Espino, Julio and Evangelina |
| Decker, Enid and Harriet | Donston, Cubby | Ess, Thomas and Judith |
| Defalco, John | Dontje, Mark and Katherine | Estadt, Barry and Jean |
| Defusco, Rob | Doran, Candy | Esteves, Jose |
| Deitsch, Erik and Elizabeth | Doreus, Gerta | Etter, Steve and Cathy |
| Dejan, Charlotte | Doria, Vincent and Mary | Etzel, William Todd and Rebecca |
| Dejan, Leroy and Ann | Dorsey, Glenda F. | Eubank, Richard |
| Del Torro, Gilbert and Zamira | Dowling, D.J. and Andrea | Eze, Joann |
| Delbusto, Barbara | Doyle, Theodore & Brenda | Ezekiel, James David & Suzanne |
| Delgado, Johnnie and Aimee | Drake, Walter L. | Faber, Fred and Irene |
| Delpapa, Pamela | Druand, Pedro and Alice | Fairburn, Tom & Cherie |
| Demers, Jeffrey and Audra | Dube, Tim and Laura | Fairley, Billy and Mary |
| Dempsey, Timothy and Kevin Trustees of Agnes G. Dempsey Revocable Trust | Dugan, James and Kathleen | Fairley, Donald Larry and Helen; and Margaret Sarin |
| | Duggins, Bruce and Maria | |
| | Duhon, Christopher and Kimberly | Fairley, Robert and Barbara |
| Denkhaus, David and Diane | Dukes, Donald | Falke, Kenneth & Maureen |
| Dennis, Jack, Jr. and Sabrina | Dunbar, Jean | Fallmann, James & Barbara |
| Dennis, Patrick and Kathleen | Dunne, Cahal | Fandetti, John and Maria |
| DePirro, Stephen | Dupre, Ross and Marlo | Farmer, Sherry |
| DePompa, Angelo and Bianca | Dupuy, Cullen and Mary | Farve, Beverlie |
| Derzhko, Miroslav and Jaroslawa Dzyndra | Durham, Scott and Heather | Fasano, Zack |
| | Duval, Jean and Marie Jacquet | Fath, Tom |
| DeSola, Nick and Heather | Dye, Eileen | Fayard, Amanda |
| Despino, Jason and Brandy | Dykes, Kathleen and Leroy | Fazande, Dwayne and Latanja |
| Despote, Eddie & JoAnn | Earnest, Matthew Brent | Fechik, Deborah and Stacker, Edwin |
| Desrosiers, Marie | Ebersole, Maria/Architectural Alliance Holdings, Inc. | |
| Deutsch, Hunting and Mary | | Feeney, Fred and Susan |
| DeVita, Gerard and Ellen | Edelman, Michael and Francine | Feinberg, Manley and Diane |
| Dew Five, LLC, c/o Richard & Gilda Podber | Edmonds, Johnny Lee and Susan | Feler, Svyatoslav/Smolyanskaya, Yelena |
| | Edmondson, Willie and Margarita | |
| Dewberry, Patricia | Edwards, Curtis and Kristine | Felicetti, Steven & Gayle |
| Dharamsey, Shabbir | Edwards, Cecile | Fellows, David |
| Dhawan, Ajay and Ritu Chada | Edwards, Trenice | Felton, Kerturah |
| Diallo, Alfa and Molero, Karla | Effron, Roger and Salley | Ferguson, Howard and Anna Catherine |
| Diamond, James and Heidi | Efries, Nathan and Patricia | |
| Diaz, Fernando | Egan, Michelle and Giancario Lee | Ferguson, Kejuana and Livingston, Jr. |
| Diez, Mr. Douglas (agent/member and Pelican Point Properties, L.L.C.)/Pelican Point Properties, LLC | Eisenfelder, Scott and Jilea | |
| | Eleuterius, Marshall and Tasha | Ferguson, Lee and Melinda |
| | Elkins, Joseph | Fergusson, Monica |
| | Elliot, Dezman | Fernandez, Damian |
| DiFillipo, Steven and Kathleen | Elliott, Rogert | Fernandez, Jorge and Michelle |
| Dileo, Carl | Elliott, William & Mary Ann Fryc | Fernandez, Jose and Lissette |
| DiMaggio, Juanita | Ellis, Rayford H. And Kristin Lyn | Fernandez, Vernon and JoAnn |
| Dinitto, Patrick and hevanilson Magalhaes | Ellis | Ferraro, Brenda and Lee |
| | Elmore, Lillian | Ferrell, John |
| Dion, David and Parks, Eunice | Elmurr, Johnny | Ferri, Albert and Francine |
| Dishauzi, David | Elorriaga, Mikel | Feuerberg, Bryan and Emily |
| Dishauzi, John and Rose Marie | Elsenberg, Brian and Lauren | Field, Theodore and Leslie |
| Dobbins, Margaret & Glenwood | Elzein, Hassib | Fifteen B's, LC/Bruce, Isaac/Santangelo Carl |
| Doby, Brenda | Emerald Greens at Carrollwood, LLC | |
| Dodge, Beverly | | Figueroa, Kathryn |
| Doering, Paul | Enslen, Sr., Robert G. | Finch, Jerry |
| Dolinsky, Chanel | Enyart, James and Constance | Finch, Joan |

4

Fincher, Randy and Becky
Finke, Margaret c/o Castillo, Ronda
Firmani, Terry Lee
First East Side Savings Bank
Fischer, Dirk & Svetlana Fisher
Fisher, Steve and Corrinn
Fitz-Patrick, Michael/Karen/KSK
Investment Group, LLC
Fitzmorris, Mireille McLain
Flaherty, Sean
Flanagan, Barbara C. & John
Bowman
Flanagan, Jane
Flanagan, John and Mary
Flattmann, Grady and Laura
Fleck, Joe
Fleming, Alan
Fleurantain, Toussaint and Bernite
Flores, Julian and Nathalia Cora
Floyd, Leroy and Bernadette
FMY Ventures, LLC
Fodor, Amy and Angelo
Fogle, James & Tecquinette
Foote, H. David
Forbes, William and Mary Lois
Ford, William and Melanie
Formice, Conrad
Forrest, Adrian and Wendy
Forrester, Ronald, Power of
Attorney for Tommie Jean
Forrester
Foster, Katherine
Fothergill, Zen
Fowler, David and Martha
Fox, Edwin and Lisa
Foxwell, Craig Philip and Linda
Frais, Berenise and Sherley/Frais,
Jonah
Franatovich, Mitchell J.
Frank, David and Catherine
Frank, Stephen and Susan
Frawley, Don and Amy
Frazier, Larry and Dorothy
Freeland, Andrew and Emily
Freeman, Curtis and Jessica
Frenchman, Beth
Frenz, Ray and Barbara
Frew, Brian and Susannah
Fuchs, Steven
Fuentes, Rolando and W. Annia
Marquirez
Fulks, Bonnie and Richard
Fuqua, Kelly E.
Gagnard, Gary
Gaita, Gina (Promenade)
Galatas, Bernadette
Gall, Earl and Gywnn
Gallo, Louis

Gallotta-Dimassi, Cheryl
Galloway, James and Cynthia
Galloway, Jason and Deborah
Galluci, Gary/Patricia
Galluzzi, Joseph and Heather
Galvin, Larry and Rene
Gamboa, Hernan
Gammage, Dr. Dan
Gandhi, Shailesh and Hemangini
Gant & Shivers Homes, LLC
Ganucheau, Renee
Garcia, Gabriela
Garcia, Jesus/Fernandez, Julio
Garcia, Lorena and Angela
Gardette, Michael A. and Nicole
Gardette, Michael and Rhonda
Gardner, Francesca and Brian
Gardner, Winston and Joyce
Gareave, Sterling and Jean
Garrett, Philip & Courtney
Garrett, Roger
Garton, Timothy
Gascon, Ed
Gatlin, David and Jodi
Gatto, Charles
Gaussiran, Maxi
Gay, Diana
Gaynor, Peter and
Tracy/Ackerman,Lillian
Gazzal, Joseph and Candace
Gazzier, Neoma
Geensburg, Cary and Patricia
Geissler, Arthur and Sherry
Geloso, Guiseppe and Rosa; and
Roberto and Lina Mosca
Gels, Daniel and Michelle
Genoune, Meir and Esther
Genovese, Karen
George, Christopher and Natalie
Vacca
George, Faith
Geraci, Vincent & Joan
Gesualdo, Domenic and Darlene
Ghafari, David
Ghate, Bageshri andDilip
Gibbs, Michael Ray and Eileen
Giffoni, Carlos and Ana
Giggey, Richard and Linda
Gilbert, Tony & Ann
Gilbert, Jeffrey and Chrissie
Gill, Russell and Ashley
Gillane, William and Maureen
Gillard, Rudean
Gillespie, Thomas J.
Gilligan, Brian and Carina
Gimenez, Adriana
Glaum, Leroy and Virginia
Gleason, Herman and Deborah

Glewa, Garrrett
Glick, Brad
Glickman, David and Joan
Glover, Bonnie J. And Craig
Gobos, Peter V.
Godwin, Pamela and Jack
Godwin, Richard and Bridgette
Goldblum, John and Shirali, Asmita
Goldstein, Samuel and Denise
Goldstein, Cindy
Goldstein, Marh and Nina
Gomez, Alfredo/Sylvia
Gomez, Axel and Nicole
Gomez, Gerogina
Gonzales, Angela and Saul
Gonzales, Nina
Gonzalez, Adalberto and Annette
Gonzalez, Dolores
Gonzalez, Hender and Kathrine
Gonzalez, Luis and Caridad
Gonzalez, Miguel Angel
Gonzalez, Omar, Victoria and
Miriam Velez
Gonzalez, Reinaldo and Kariana
Gonzalez, Roberto/Rivera,
Fernanda
Gonzalez, Victor/Socarras, Yelene
Gonzelez, Oscar
Goodspeed, Jeff and Tracy
Goodus, Richard and Jane
Gopal, Renganathan & Induleisha
Gordon, RoseMarie
Gordon, Russell and Judy
Gotreaux, Dustin & Korie
Gottlieb, David and Lindsey
Gottlieb, Howard and Marilyn
Gottlob, Alan and Toni Ann and
Melchiorre, John and Barbara
(Tenants in Common)
Gottung, Douglas and Dolores
Florio
Grace, Khadijeh
Graham, Marlene and Jay Russell
Graham, Michael/Dayton, Glenn
Graham, William and Martha, Betty
M. Harrod Trust for the Benefit
of Martha H. Graham Under the
Betty M. Harrod Trust
Grajales, Beatriz
Grant, Olga and Ralph
Grasmeier, John and Marie
Graves, Chance Rio and Miriam
Greco, Vincen
Green, Colin and natasha
Green, Jeffrey and Michelle

5

Green, Vaneen

Green, William and Jamie

Greenberg, Jason and Susan

Greenblott, Charles

Greene, Craig and Kristin

Greer, Matthew & Olivia A.

Greever, Jeanne

Gremillion, Paul and Andrea

Griffith, Alan & Zoe

Griffith Richard and Olga

Griffiths, Lilly C. Gaye

Grippa, Vincent and Virginia

Gritter, Joseph and Catherine

Groce, Sue H.

Groom, Richard and Pamela

Gropp, Terry/Hilary

Grote,Joe and Janet/Danielle K and Julia Ruth Grote

Grundvig, Arlen & Brooke

Guerra, Darlyn

Guerrazzi, Diego & Magaly Nano

Guerrera, Anthony and Debbie

Guerrero, Nelson and Gretty Mendoza

Guidry, Christopher and Jerene

Guidry, Richard and Amy

Guillory, Gregory and Cynthia

Guillot, Eno and Frances

Gulf Reflections Condo Assn

Gulf Shores Surf & Racquet Club/c/o Thomas E. Brett

Gumina, Frank and Rosemarie

Gumpert, Melvin and Shirley

Gurley, James F.

Gutierrez de Garcia, Jose and Maribel

Gutierrez, Victor and Bibiana

Hafeez, Muneer and Khalida

Hagmaier, Ray & Dyana

Haiman, Phillip

Hajela, Kuldeep and Karuna

Hakenjo, Candace and Todd

Hall, Eric

Hall, John and Denise

Hamilton, Wayne

Hammersley, Philip and Susannah/Watt, Dana and Kelly

Hamrick, Rebecca

Hand, Lincoln & Mimi Wade

Hansen, Curt and Carrie

Hansen, Deborah

Hanson, Rene

Haralson, Tommy and Sandra

Harbour, James and Jennifer

Harilchean, Sundaram and Jeeva

Harkins, Rochelle Frazier

Harmer, David and Heidi Kay

Harmon, Dennis and Nancy

Harper, Robert D.

Harrell, Jason & Melissa

Harris, A. Brent & Judy

Harris, Anthony Richard

Harris, Hugh and Elizabeth

Harris, Norman and Corliss

Harrison, George

Harrison-Wiley, Adria

Hart, Jesse and Sheila

Hartfield, Linda and Robert

Hartley Trust, Loren C.

Hartmann, William/Karen

Hartz, Charles and Joy

Hary, Michael/Sarah

Hatcher, Brian and Amanda

Hatten, Gabriel

Hatzokos, Aris and Angela

Hawkins, Robert and Melissa

Haworth Holdings, LLC

Hay, Robert and Maria

Hayek, Michael and Hensley

Hayes, Brian D.

Haynes, Elvis and Carol

Hayre, Harbhajan

Hebert, Deborah

Hebert, Loney and Vickie

Heck, Joshua and Kelly

Heckman, Gary and Hall, Katherine

Heller, James and Barbara

Helm, Melina and Brandon

Helmkamp, Christopher and Zivile

Henderson, Linda

Henry, Frank

Henry, Michael and Joanne

Hensley, Donna

Henson, James Meredith

Herbert, Jason and Shanique

Herbert, Ken and Margot Foglia

Hernandez, Cynthia and Pedro

Hernandez, Divaldo and Migdalia

Hernandez, Ernest

Hernandez, James (Tripp) and Sherri

Hernandez, John and Diane E.

Hernandez, Jose & Concepcion

Hernandez, Marla

Hernandez, Nicolbe & Sepia Reid

Hernandez, Ramon L. Rivas and Nilda Vega Bermudez

Hernandez, Tatum and Charlene

Herrera, Vincente and Maria

Hertel, Larry and JeAnne

Hewitt, Margie

Hick, Todd

Hickey, William

Hidalgo, Tony and Sidney

Hidalgo, Tonya and Sidney

Hierholzer, Brian and Meena

Hill, Chris

Hiller, Billie

Hitt, James and Tammy

Hoagland, Lawrence and Ann

Hochman, Todd and Michelle

Hodge, Debra

Hoffman, Marvin and Dorecia

Hogan, Barbara

Hogan, Christopher & Kristen

Hogan, Rober J. and Joanne

Hoit, Charles and Leta

Holder, David

Holland, Diane

Holleman, Timothy and Lisa, (individually and on behalf of their minor child, Matthew Holleman)

Holley, Charles and Heidi

Holliman, Jimmy & Debra

Holmes, Christine M.

Holmes, Elena

Hontzas, Betty

Hopkins, Terrell and Raeshonda

Hopper, Dean and Dena

Horton, Jamie and Kimberly

Hawkins, Robert and Melissa

Horvit, Adam and Marilyn
Howell, Michael, Susan and Ralph
Hueston, Debra
Hovis, Michelle
Howard, Agnes and Terril, John
Howard, Cynthia
Howard, Evelyn
Howard, Hillary K.
Howard, James and Carol Binion
Howard, Walter and Juliette
Hoyos, Hernan
Hubbell, Wendy/Cimo, Christy
Huckabee, Harold
Huckaby, Brian
Huckaby, Michael and Jennifer
Hudson, Adam
Hudson, Arthur and Linda
Hufft, Val and Audrey
Hulsey, Charles and Sarah
Hunter, Stephen and Patricia
Hunter, Thaddeus L. & Pamela R.
Hurley, Harry/Rosemarie
Huzey, John/Brennan, Chun
Iannazzi, Ronald and Florence
Igercich, Richard
Igl, Patrick
Inglis, John and Luella
Insco, John and Ruth
Investment Leaders, LLC
Ivory, James and Mariamma
J. H. P. W., LLC
Jackson, Anthony and Ruth
Jackson, Douglas
Jackson, Leonard and Juliet
Jackson, Ronald
Jackson, Senora B.
Jackson, Stephen and Graciela
Jackson, Steve and Pam
Jackson, Valerie
Jacobsen, Kevin and Rhonda
James, Janelle
James, John and Imie
Janssen, Richard/Tamara
Jaquez, Frank
Jaramillo, Consuello and Martinez, Ana

Jarrell, Chad and Darlene
Jarvin, Francis and Kathy
Jaspers, Peter
Jastremski, Florence
Jeannot, Welcemen & Kathleen
Jendersee, Melvin and Gloria; and Cary Jendersee
Jerone, Victor
Jesus, Manuel and Liliane
Jimenez, Camilo and Lisa
Jioia, Robert and Lori
JJ Hill, Brace & Limb Co.
Joachim, Ronald
Johnson, Charles and Molly
Johnson, Christopher & Loray
Johnson, Christopher Brett
Johnson, George and Millicent
Johnson, Michael and Janet
Johnson, Paul and Patricia
Johnson, Paul and Caron
Johnson, Steve and Knoth, Mark
Johnson, Dr. Scott Raymond
Johnston, Jerry and Linda
Johnston, Victoria
Jones, Charles and Myrna
Jones, Gail
Jones, Roosevelt and Green, Barbara
Jones, Jr., Roy and Carol
Jones, Steven and Jessica
Jordan, William
Joseph, Booker & Brenda F.
Joseph Fernandez Additional Occupants: Megan Cobb (fiancé)
Joseph, Kesnel and Francine
Joseph, Mark and Jody
Josephson, Anthony and Philomin
Judge, Richard

Kalish, Joshua and Martin
Kallas, John & Katherine
Kampf, Richard and Patricia
Kapit, Arthur and Michelle
Karaian, George and Bernadette
Karl, Peter and Donna
Karp, Herbert
Kasakowski, Lawrence C. and

Diane Kelly Wonderlick
Kasl, Paul and Melody
Kata, Carlos/Carolina
Katherine Dutten Wallace Trust
Kaufman, Welcemen M. and Linda G.
Kazor, Joseph and Patricia
Kee, Michael and Pamela
Keenan, Brian and Shannon
Kehoe, Molly
Keller, Brad and Kerry
Kelly, Francine M.
Kelly, P. Clarke and Kathy G.
Kenney, Catherine and Danny
Kent, T. Jack
Kern, Kevin Mark
Kerr, Anna
Kessler, David and Amanda
Kesterson, Stephen
Khimani, Zareen and Suleman
Killen, Cindy
Kim, Charles and Helen
Kim, Jennifer J. and Phil Won Suh
Kim, Nina
Kinelmi, LLC
King, David and Mary
King, Gregory G.
Kingsnorth, Bob and Grace
Kim, Joseph Douglas
Kirsch, Yoshi
Kittrell, Glenn Allen and Fawn G. Kittrell
Kittrell, Mark Charles and Laurie Lynn Kittrell
Kitts, Corey and Monique
Klemann, Travis and Rachael
Klemm, Timothy
Klien, Lee
Klujian, Matthew and Sirarpi
Knapp, Russell and Jonas, Audrey
Knight, Marshall J., Sr.
Knock, Luther David
Knouff, John and Jacqueline Clary
Koc, Jeffrey and Lori
Kokoszka, Jason and Heather
Kol, Dan/Phalla/Kol, Frank/Jennie
Kolbenheyer, Howard

7

Case 2:09-md-02047-EEF-JCW Document 3160-2 Filed 05/18/10 Page 9 of 16

Kolich, John and Susanna

Kornegay, Kim P. and Mona J. Kornegay

Kottkamp, Jeffrey and Cynthia

Kovacs, Michael and Judith

Kozlowski, Michael

Kraham, Stuart

Kranstover, John and Linda

Kraut, Lee

Kroll, Brian and Naida

Krulik, Holly and Douglas

Kuhne, Erica and Maurico

Kuhner, James/Laine, Janet

Kupfer, Larry and Robin

Kurutz, Barbara and Stephen

Kynard, Horace and Kimberly

L&M Estates

La Fleur, Marius and Wendy

LaCroix, Jim

Ladner, Brent & Stacy

Ladner, Daniel Christian

LaDow, Gilbert and Dolores

Lagano, Sasha

Laguerre, Lucien

Lahey, Patrick

Lahn, Gerard & Karen

Lake, William and Jacqueline

Lake Worth Real Estate, Inc./Regency Constructors, LLC/Greyhawk

Lalama, Frank and Romy

Lamadore, Gary

Lamma, Husein

Landry, Floyd

Landry, Gerard and J. Leatrice Kiefer (homeowner)

Landry, Decker and Julia (landowner)

Landry, Justin and Renee

Lang, Janet

Lang, Joe & Amy

Langdale, James

Langfeld, Stephan

Langlois, Rebecca and Robert Roth

Lapidot, Ori

Laraque, Jean & Gueldie

Lartigue, C.W. & Margaret

LaSala, Anthony and Brian

LaSalle, Julio and Carmen

Lasserre, Paul

Latona, Giovanni/Christine

Lattanzio, Frank

Laudermilk, Richard and Jewelstine

Lauer, David and Dolores

Lawrence, Ericka & Cornelius

Lay, Stephen and Kristen

Lea, Chris and Julie

Leben, Roger and Janet

LeBlance, Calvin and Sara

Ledet, Trisha and Darryl

Ledford, Samuel

Legendre, Eugene

Legendre, Paul and Janet

Leger, Lolly J./Hayden, Leslie J.

Leblang, David and Sharon

Lee, Arnold and Rada Waheed Gendeel Al-Armaish

LeJeune, Michael and Melissa

Lemmon, Dennis and Helen

Leon, Maria Elena

Leonard, Jeff and Denise

Lescault, Henry

Leslie, Kathleen

Lessick, Michael

Lester, John/Jaycine/Schiller, Larry

Levin, Ronald and Carol

Levine, Daniel and Tamara/Joie D. and Landon D. Levine

Levitan, Lev & Rosaliya Makarchuk

Levy, Kenneth and Lynn

Lewinger, Elizabeth

Lewis, Christopher and Natalie

Lewis Eloise

Lewis, Jared and Emily Ella

Lewis, Lesley

Lezama, Juan Carlos and Evelin Rey

Libertella, Rocco and Gladys

Lief, Matthew and Delores

Lightle, Kenneth

Lim, George & Percy

Limbach, Richard A.

Lincoln, David and Margaret

Lindner, Thomas

Lippold, Patricia/Hibbs, Janet

Litten, Randall

Litus, Rodney and Suze

Twin Crest Associates, LLC

Livesay, Michael J.

Lizotte, Richard and Robichaux, Ronald Jr.

Lizotte, Richard and Susan

LLG Investment Properties LLC

Lobb, Karol and Tatiana

Loftis, Dell and Lydia

Logie, Kevin and Nicole

LoMonaco, Philip and Deborah

Loney, Christopher & Rochelle

Lopez, Christie

Lopez, Javiel and Natiai

Lopez, Jose Juan and Carmen Monsalve

Lopez, Stephen

Lorona, Karen

Louis, Adlain

Loutfy, Tarek and Andrea

Lowe, Talut, Lowe, Linton and Mercedes/Lowe, Daniel/Lowe, Arran

Lowry, Jim/Lowry Development, LLC

Luglis, John

Lukaszewski, Lynn

Lumare Properties/c/o Mauricio Reyes Henao

Lundberg, Richard and Kathleen

Lundy, Michael

Lunsford, Lynette and Richard Weiss

Lybarger, Rayman and Chong Suk

Lynch, Richard

Ma, Guofeng & Wei Cheng

Macario, Juan

Machado, Cleber and Sandra

Machado, Williams Bicelis and Franyelina Lopez

Macias, Juan Carlos/Hernandez, Adrianna

Mackie, Casey and Adrienne

Mackle, Frank

Mackoff, Arlene & Charles

Macmurdo, William and Cornelia

Macri, Joseph and Earl Heller

Maddox, Sidney

Magdalena Gardens Condo Association

Magpantry, Maria Elaine

Mahlstedt, Steve and Martha Mahlstedt

Mahner, John

Maier, William Craft

Mailhes, Debbie

Maillot, Georges and Janice

Maloy, Jack and Louise

Maltby, Wesley and Diane

Mancini, Edward and Grace Solvik

Mancuso, Robert and Lorraine

Mandill, Jami

Mandsaurwala, Ali Asgar and Shadaab

Manes, Ronald

Marcario, Katherine

Marcinkiewicz, Michael and Lillian

Mardeni, Marirose and Roberto

Marines, John and Judy

Marino, Jonathan

Mark Brown and Tracy Brown/Additional Occupant: Hayley

Markowitz, Brian and Nancy

Marr, John

Marsell, Thomas and Peggy

Marshall, Kathryn

Marston II, William Thomas and Juan Marie Hanson Marston

Martin, Aaron

Martin, Donna

Martin, James and Heather

Martin, Michael

Martin, Patrick and Alice

Martin, Robert & Acela

Martinez, Felix and Jenny

Martinez, Gerardo/Pomares, Ivonne

Martinez, Mario and Diane

Martinez-Diaz, Dailyn

Maryfield, David and Jane

Masmela, Bryan

Mason, Fay and Michael

Mason, Hiram, Individually and on behalf of his wife Shannon S. Mason, and their minor children, Bryce L. Mason, and Hiram L. Mason, Jr

Mason, Phillip and Candace

Massachi, Amy

Masse Contracting, Inc.

Matherne, Erich & Hayley

Matthew Cotton and Melanie Cotton/Additional Occupant: Luke Cotton

Matus, Aldo and Ghedy

Matzer, Joy and Robert

Maunsbach, Kay

Maya, Adi

Maykut, Kent & Donna

Mayo, Jake C. and Emily

Mazza-Martinez, Tania and Armando

Mazzaca, Philip

McAleer, Joseph and Amanda

McAuliffe, Dixie and Matthew

McAuliffe, James & Carole

McCabe, Lawrence Dean

McCaffrey, Patrick

McCarty, Terrance and Sandra

McCauley, Edward and Jeanette

McCoy, Douglas & Carolyn

McCue, Michael and Ethel

McCullough, Matthew Stuart

McDavid, Fermon and Loretta

McDuffie, Claude Eugene and Jimmie McDuffie

McEneany, Edward

McGarity, Megan Leigh

McHugh Real Estate Holdings, LLC and Ohio Company

McKenzie, James and Elizabeth

McLendon, Brian/Stephanie

McMillan, William and Maleah

McNitt, David and Sharon

McPherson, William & Claudette

McVety, Michael/Terri

Mekras, George

Meltzer, Marc/Carol

Melville, Maundy and John

Mendoza, Esperanza & Adolfo

Mercado, Juan/Irena

Mercado, Marvin and Martha Mercado

Mercante, Joseph and Barbara

Mercliop Holding, LLC

Mesa, Mirta

Methvin, William & Deborah

Metzl, Justin

Meyer, John

Meyer, Lawrence and Elizabeth

Meyer, Robert & Lynn

Miano, Bert J. and Ann B.

Michaud, Claude and Laidlaw, Melissa

Middleton, Michael and Megham

Middleton, Valerie T.

Miguelez, David & Stephanie Miguelez

Mikita, Michael

Milano, Jason & Sarah Bennett

Miles, Carl and Tania

Miller, Alan & Christine

Miller, Bradley & Tricia

Miller, Daniel

Miller, Vickie T. Egan

Miller, William and Marlene

Mills, Jeannete

Minafri, Steven

Minor, David

Minuto, Michael

Mirakian, Samuel

Mitchell, Michael

Mitchell, Rennie and Shirley M. Mitchell

Mizell, Fred & Taffenie

Mizne, Michael and Jeannine

Mogor, Melissa

Molero, Charles and JoAnn

Molina, Cesar and Monica

Molinaro, Joseph and Sharon

Molinaro, Peter

Monahan, Bill and Mary

Moore, Victor

Moreau, Catherine and Patrick

Morgan, Jetson and Lee

9

Morici, Mark and Maureen, individually and obo their minor children Abigail and Meagan

Morias, Ralph and Paula

Morrison, Jeffrey/Leigh

Morton, Gary

Morton, Robert

Moser, Mary Catherine

Moses, William and Carolyn

Mosley, Shawn

Moulin, William and JoAnn

Moyse, Margaret A, individually and on behalf of the Margaret Allen Moyse Revocable Living Trust

Mozdzonek, Agnes

Muenchen, Stephen Sr.

Mullen, Thomas and Kathleen

Mulligan, Vincent and Virginia

Mumphrey, Frank and Gail Arcement

Murray, Brian

Murray, Paul

Musgrave, Richard and Michele

Nabors, Jason & Charlotte

Naden, Craig & Roberta

Naidus, Gary and Elaine Fisher

Naustdal, Oscar and Donna

Navy Cove Harbor, a Condominium Association

Nearing, Wayne and Virginia

Neel, Kevin and Stacy

Nelson, Brian and Victoria

Nelson, Dick and Nancy

Nelson, Douglas and Maria

Neste, Dave

Neumann, Allan

Nevels, Susan

Newton, Twnica N.

Ng, Winnie & CheeWah

Nguyen, Anthony

Nguyen, Thach Dai and Minhthu Lee

Nichols, Gregory/Jill

Nichols, John W. and Pamela J.

Nichols, W. Barrett and Linda

Niemann, Jason and Renee

Nieto, Peter

Nijhawan, Balraj and Pushpa/c/o Pradeep Nijhawan

Njie, Josephina

Noel, Patrick & Jacqueline

Nolan, James and Adele

Noldge, Don

Norman, Louis and Patricia

Norton, James P. & Joan C.

Novello, Robin

Nukho, Michael, Edward and George

Nunez, Carmela

Nunez, Ernest and Marie

Nunez, Frederick & Lisa

Nuzzo, James

O'Brien, Wendy

O'Brien, William

O'Connor, Andrew

O'Donnell, Elizabeth

O'Hear, Anne M.

O'Keefe, James

O'Loughlin, William and Mary Ellen

O'Neil, Gerald & Brasch, Jacqueline

Oakbrook Building & Design, Inc./Regency Constructors, LLC

Oceanique Development Company

Oe, Jonathan

Oler, Danette and Raymond

Oliver, Patches & Richard

Olson, Olaf A. and Wanda G., individually and obo their minor children, Coral Olson and Marina Olson

Onori, Paul

Orcutt, Aaron and Tracey/Gallo, Vito

Orduna, Albert and Judith

Origin Capital VII, LLC

Orjuela, Sonia

Orlando, Dario

Orlowski, David

Ornstein, Steven and Jodi Orenstein

Oropesa, Omar & Danielle Brandy & Olivia Oropesa

Orr, James S. and Barbara G. Orr

Ortiz, Amelia & Mark & Candace & Brianna

Ortiz, Leiszardo and Benedicte

Osaiyuwu, Ivie and Richard

Osowsky, Dawn

Oster, Don and Betty

Osterberg, David & Andrea

Otero, Edgar & Kellie Ann

Ott, Elizabeth

Oves, Jose Francisco

Ovicher, Joseph and Celine

Oxman, Samuel

P&M Property Management

Pabon, Fernando

Pagador, Tabitha

Palma, Hector and JoAnn

Palmer, Edith

Palmer, Olga

Palmer, William and Anne

Palsgraf, William and Maria

Pampel, Terry L. and Nancy J.

Panariello, Agostino and Johanna

Panessa, Bart

Panico, Frank and Fay Teller Panico

Panneton, Ruth and Ovila

Parker, Charles and Rachael

Parr, Shelly and Kelly

Parrillo, Joseph and Dorothy

Pascntine, Judith Ellen

Patel, Mayur

Patin, Danielle

Patino, Hector

Patterson, Gary and Nicole

Patterson, Sydney Patterson, Sean

Patterson, Scott A

Patterson, Shawn and Yvonne

Patton, Fredran and Monica

Paukovich, Michael and Margarita

Pavageau, Craig and Olivia

Payne, James and Vicki

Peace, Daniel and Sharon

Peace Harbor Condo Association

Peace, Stephanie & John

Peach Harbor Clubhouse

Pelland, John and Susan

Pelner, Richard and Debra

Peloquin, Michael and Erin
Pena, Adelky
Penala, Sadanandam and Neeraja Suram
Pensabene, Joseph and Patricia
Pentecost, Mary Louise
Peoples, Daniel and Desire Gionsiewski
Pereira, Fernanda
Peres, Tony and Kathy
Perez, Edgar F.
Perez, Geraldo and Olga Alfonso
Perez, Jorge and Rosa
Perez, Louis
Perez, Tyrone
Perez-Marini, Monique C.
Perga, Anthony and Marcia; and Steven and Suzanne Tanke
Perone, Pat
Perone, Samuel
Perrio, Carla
Perry, James
Perry, Timothy and Tracey
Persaud, Narayan and Durpattie
Persaud, Thakur
Persky, Paula and Wansor
Pestenski, Tirzah and Ryan
Petagna, Brent & Lisa
Peters, Ronald
Petersman, Craig
Peterson, Daniel
Peterson, Derrick & Robin
Peterson, Robert
Petkin, Paul and Therese
Petone, Anthony Peter
Petrella, Robert, on behalf of Albert and Annette Petrella
Petrey, Charles & Marcia
Petrorairo, Michael and Kathy
Pezze, Dan and Carol
Piccolo, John and Ann
Pierre, Rollad
Pierson, Jan and Neil
Pike, Lisa
Pilgram, Bobby Glenn and Mary
Pilkington, Barbara and Joseph Tennet

Piper, Victor
Pisaris-Henderson, Craig and Kelly
Pitre, David
Pitter, Delroy and Jacqueline
Pittman, Robert and Robin
Piwetz, Randy & Jeanne
Pizani, Calvin and Lindsey
Plaza, Ana Maria
Plazas, Luis and Sandra
Plotkin, Peter/McNeel, Diane
Plushko, Valentin and Nadezha
Poliard, Phares and Yolene
Poliseo, Daniel and Donna
Polk, Sarah
Polovin, Annette
Poplano, Mark & Linda
Porch, David and Ashley
Portsmith Condo Association/c/o Kenneth Hinkley, President
Postler, Mark & Deborah
Pote, David and Linda Eugster
Potes, Lino
Pratts, Norberto & Belgica
Price, Joshua and Kimberlea
Price, Kevin
Price, Robert and Edith
Prichard Housing Authoirty
Prickett, Javis Brian
Prieto, Jorge and Jennifer
Pritchard, Thomas and Merrily
Proby, Joseph and Mary
Profit, Russell and Georgina
Promenade at Tradition Community Association, Inc.
Properties in Miami, LLC
Proske, Allan and Rebecca
Provenzano, John & Karen
Pruscha, Calman & Charleen Living Trust
Puig, Donald and Marcelyn
Puri, Antonio Cesar
Purter, Charles N. and Nicole J.
Quaglietti Jr. Trust, Rocco A.
Quebbeman, Brad and Lisa
Quick, William and Maxine
Quilio, Sandra
Quimby, Clayton/Cheryl

Quividia, Joseph Todd
Raborn, Randy and Pamela
Ragsdale, Tara
Raio, Joseph
Ramirez, Fredrick
Ramirez, Julio and Myriam
Ramos, Manuel and Lavinia
Ramos, Mariann and Joseph
Ramsarran, Lloyd and Dinah
Randolph, Vincent L.
Ranelli, Frank J. and Rosalind
Rapp, Chari
Raso, Anthony
Rautenberg, Lee and Alissa
Ravelo, Carlos
Rayman, Birgitta
Real Estate Resolutions Group, LLC
Redmond, Benny
Reece, Ryan and Ashlin
Reed, Dustin & Amy
Reese, Jean
Reese, Virgil
Rehrig, Neil and Carla Ferrel
Reid, Grant and Kathym
Reid, Marvin
Reino, Helen
Restrepo, Socorro
Reyes, Evelyn & Viera Lazara
Reyes, Jorge and Joanna
Riccardi, Peter and Rose
Richard, Catherine
Richards, John and Patricia
Richards, Stephen and Donna
Richardson, Cherie & Keith
Richardson, Franklyn and Kimberly
Richardson, M.L.
Rickert, Frederick and Kathleen
Riesz, Lawrence and Schnee, Jennifer
Rigney, George and Raffy
Rinaldi, Jr. Joseph J.
Risko, Dawn
Ristovski, Van
Ritman, William
Ritter, Bill and Elizaberth

Riverbend Condominiums, Inc./Allen Young, Owner

Riverbend Condominiums, Inc./James Byers, Owner

Riverbend Condominiums, Inc./Michael Cabrera

Riverbend Homeowners Association

Rizzo, Frank & Christina

Rizzo, Jack & Luz

Rizzo, Ricardo and Alfonso, Madelin

Road and House, LLC

Robair, Alexander

Roberson, Sandra

Roberts, Greg

Roberts, Jeffrey D.

Roberts, Lois Bosarge

Roberts, Michael and Wendy

Roberts, Steven and Jennifer

Roberts, Velda

Robichaux, Ronald, Jr.

Robinhood Terrace, LLC

Robins, Kelvin Hayes and Alecia; Janeyah Monic Hall, Kaleb and Tylecia Marie Ridgley

Robinson, Linda

Robinson, Lynne & Edger

Robinson, Robert and Lindy

Roche, Ross D. and Mary Ann K.

Rodenhouse, Robert

Rodgers, Jeremy A.

Rodosta, Toni

Rodriguez, Javier and Sepulveda, Catalina

Rodriguez, Jeryl & Jose

Rodriguez, Jorge A. and Lizet

Rodriguez, Nicole/Canfield, Carrie

Rodriguez, Rudy

Rogers, Brad and Cassandra

Rohan, Patricia and Donald

Rojas, Victor

Rojhani, Ira & Sherri

Roll, Patrick and Jane

Romain, Doug

Romano, Leo and Marie

Romano, Rita

Rome, Erwin and Karen

Romero, Jacqueline and Jose

Ronkin, Joel & Sharri

Rooney, Frank

Rose, George and Marie

Rose, Michael

Rose, Novlet and Lionel

Rose, Tom and Lisa

Roseman, Robert & Linda

Rosen, Michael

Rosen, Richard & Elissa

Rosetta, Dufrene and Ernest

Ross, Agnes

Ross, Bourgeois/McCants, Michael

Ross Jr., Nathan and Ruth

Ross, Robert and Natalie

Rossi, Richard and Joanna

Rottau, Erwin/Cloeren, Mary Jane

Rovezzi, James

Rovira, Jonathan Paul, Jr.

Roy, Gerard and Nancy

Rubenstein, Richard and Cathy Stubins

Rubin, Laurence & Helen

Rucker, Johnnie

Ruesch, Kevin and Dorothy

Ruiz, Vincent & Diana

Runyon, Thomas/Sonia

Rupp, Joseph and Theresa

Russinoff, Ian & Irvia

Ryan, Frank and Lisa

Ryan, Michael and Michele

Sabatino, Dominic and Hiskey, Richard/Sabatino, Dominic/Hiskey, Richard

Sacks, Sieglinde

Saggese, Thomas and Joy

Saich, Clifford

Saintil, Ducassea nd Mereegrace

Salerno, Valerie

Salguero, Diana

Salinas, Maria E.

Salloum, Eddy and Bechara

Samberg, Brian and Lori

Samlal, Nalinie D.

Samos Holdings, LLC

Sampson, Henry

San Filippo, Keith and Linda

Sanchez, Alfonso and Maria

Sanchez, Jacqueline

Sanchez, Jason and Elizabeth

Sanchez, Lisset and Ian

Sanclemente, Leonardo and Nelly

Sanders, Bill and Veglia, Elizabeth

Sanders, Billy

Sanfilippo, Frank

Sanibel Condo Owners Assn.

Santamaria, Carolyn and Daniel

Santiago, Jason

Santos, Luis & Odette

Sardina, Raymond

Sargent, Judith R.

Sarkar, Immanuel and Robinson, Catherin

Satter, Jonathan

Scaletta, Thomas

Scarlett, Perry & Stephanie

Schafer, Clyde and Pauline

Schafer, Thomas and Camille

Schatzle, Ralph and Judith

Schiel, John H. and D'Auby

Schields, Larry

Schlabach, Eric and Stacy

Schlichte, Henry and Cheryl

Schlief, Robert and Krista

Schmidt, Dale and Sheila Ann

Schmidt, David and Karen

Schmidt, John

Schmitt, Gerd (Trust)

Schmitt, Leah, Todd; Hammond, Anne and Cangelosi, Pam

Schneiderman, Leonardo and Jean

Scholand, Martin, Constance and Francis

Schriener, John and Patricia

Schruff, Patrick & Marcile

Schultheis, Gary and Maryann

Schulz, Shannon and Grant

Schumacher, Jay and Carrie

Schwall, Edward and Madaline

Scivley, Dale and Kathleen

Scoone, James

Scott, Janet Gardner

Scott, Robert and Pauline Nelson

Scully, Leroy & Valerie

12

Seall, Stephen & Barbara
Seavers Jay and Sandra
Segreto, Mark and Victoria
Segundo, Rafael & Ana
Seifart, Armin and Gore, Lisa
Seifert, Charles and Lois
Seiler, Marie
Seliby, William
Semrau, Terrance Scott & Deborah
Senac, Jacque and Dana
Senior, Wendy and Lucianil
Sexton, Brian & Shannon
Seyour, Serge
Sferrazza, Laura
Sharit, Juanita R.
Sharper, Darren
Shaw, John & Barbara
Shaya, Samuel
Shea, Doris
Sheldon Friefeld, Inc. and Southern
Homes Development Corp.
Shelton, Michael & Leslie
Sheperd, Wesley
Sheppard, Kenneth and Catherine
Shikley, Ahmed and Shazia
Shirali, Sudheer and Charu/c/o
Canton Pediatrics, Inc.
Shirley, Jason
Shurer, John
Sica, Donna
Sicard, Austin, Jr.
Siegel, William and Sandra
Silva, Stephen & Isis
Silverblatt, James and Cheryl
Silvestre, Luis & Melissa
Silvestri, Richard and Lorraine
Silvestri, Susan W.
Simmons, David
Simmons, Kevin and Gayla
Simms, Troy and Carrie
Simon, David and Andrea
Singh, Janet
Singleteary, Stephen B.
Singleton, Enrica
Singley, Wanda Yvette
Sirota, Alli and Paul

Sisk, Robert and Suzanne
Sisso, Alberto and Leon
Sisson, Amanda and Colby
Skinner, Helena
Skora, Gregory and Danielle
Slowley, Andre; Hana King and
   Leonie Walters
Small, Norma
Smieiana, Marci J, Rugiano, Laruel
Smillie, John and Samantha
/Chapman, Michael and Heidi
Smith, Adrian & Micaile
Smith, Audra Ray
Smith, Bo and Laura
Smith, Clinton & Kelly
Smith, David and Ellen
Smith, David and Wendy
Smith, Donald and Winsome
Smith, Everett and Maressa
Smith, Frank and Cherylbeth
Smith, Kelly
Smith, Michael & Tatiana
Smith, Nancy
Smith, Steve
Snow, Olivia
Snyder, Robert and Doreen
Sokich, Kristin and Kristen
Soldavini-Clapper, Brigid
Solomon, Daniel & Grace
Somerholder, Robert
Sontheimer, Shirley
SoSa, Gustavo & Maria
Soska, Frank and Maria
Souza, Juliana
Spallina, Joseph and Mary
Spangler, John and Rita
Spencer, Patricia
Spink-Farmer, Dr. Carol B.
Spivey, Sharon
Sposa, Jacqueline
Spoto, Anthony/Sharon
Squiccirini, Robert and Melissa
St. Cyr, Randa and Emmanuel
St. Germain, Keith and Cheryl
St. Martin, Janell
St. Martin, Steven

Stabile, Anthony and Judith
Stafford, Malcolm and Heather
Stan Pinkus Revocable Trust
Stanley, Billy, Wayne and Amanda
Stanley, David and Patricia
Stanley, Duke
Starkman, Jeffrey and Sharlene
Starnes, Tracey & Vickie
Stastny, Steven and Lauren
Staton, Lori Ann
Steele, Jason and Peny
Steiner, Roland
Steiner, Stephanie
Stephens, Charles
Stephens, Daniel and Stephanie
Stephens, Ricardo
Stephenson, Randy Lynn
Sternstein, Jerry
Stewart, Chester
Stock, Amir and Bella
Stockwell, Shelley
Stokes, Wyman
Stone, Blayne and Charlayne
Stopa, Gary/Sharon
Stovall, Virginia and Daniel
Streufert, Tera Brook and Michael
Stringer, Allen & June
Stringer, Mark & Denise
Strong, Karrissa M. and Myrus
Styron, Charles
Suarez, Gaston and Marta
Suarez, Humberto
Sulen, Francisco
Sumner, David and Amy
Suo, Qi Ming
Supernaugh, John and Deborah
Surman, Fred
Sutton, James
Sutton Lori
Swanson, Andrew and Maria
Szirovatka, John
Tabor, Donna
Tabor, Edward & Emmilou
Tabor, Lisa and Jordan
Talbert, Bill
Talley, Lawrence and Cathleen

Tanis, Donald & Susan

Tann, Guy & Dorothy

Tapia, Arben and Diana

Tarzy, Jim

Taylor, Bryan

Taylor, David Jason and Amanda B.

Taylor, Eric

Taylor, Russell

Taylor, Russell and Tiffany

Tedesco, Caroline and Robert

Teefy, Thomas M. /Susan E. Teefy

Teegarden, Randy & Teresa

Teixeira, Adelino and Sandra

Tempel, Harvey and Lisa

Tenny, Thomas/Rene

Terlizzi, John

Thayer, Thomas and Aspasia

Theologos, Charles and Sherry

Thomas, Brian and Tamara

Thomas, Craig and Carol

Thomas, Darlene and James

Thomas, Marshall and Michelle

Thomas, Michael

Thomas, Omar & Nordia Nelson

Thomas, Pernice Thomas

Thompson, Otis Darren & Susan

Thompson, Venesia and Logan, Susan

Tiano, Pete & Sharon

Tiburzi, Angelo and Mary Anne

Tiemann, Richard and Jean

Tillery, Robert and Nancy

Timberlake, Frank & Laura

Tinoco, Lester and Soymar

Tobin, Eric and Beth Sorenson

Todd, Debra/Smith, Frank

Todoroski, Vasil and Vera

Toledo, Marcia

Tokiko, Lewis-Zellini

Tom, Jianran and San

Toran, George, Jr.

Toras, Nikolaos

Torbet, Christopher

Toronio, Eric

Torrance, Matthew and Mary

Toscana II at Renaissance, Inc./c/o

James Enyart, President

Toth, Daniel and Gessica

Tracey, Ron and Hazel

Tran, Andy

Tran, Phu and Dao

Transland, LLC

Trees, Eric and Natalie

Trepkowski, Carrie and David

Tronchet, Ryan

Trotman, Shonae

Troutman, Rodney and Sheila

Trump, Chris and Kelly

Tucker, Joseph and Deborah

Tuhro, Raymond W. and Nancy

Turner, Earnest & Pigi Caretti

Turner, Tyrone C.

Tutin, Barry and Barbara

Uli, Peter and Catherine

Omana, Jose and Mirriam Herrera

Urdaneta, Herving & Annielys Aular

Ursu, Flaviu-Emil/Dorina

Valentine, David & Donna

Valle, Gladys

Valverde, Mark

Van House, Robert/Jean

Van Winkle, Ronnie and Anne

Vargas, Jose

Vargo, Julie

Vasquez, Claudia

Vasquez, Martha

Velazques, Andrew and Romney

Venius, Jean-Enor and Rosita

Ventimiglia, Sal

Venturoso, Maria

Vereen, Glenn W.

Verger, Jose & Valerie

Vest, Jason

Vetter, Frank and Gina

Vickers, Karin

Victores, Monica and Didio

Vieau, Mark and Sheryl

Villalta, Daniel

Villamizar, German and Janice

Villarama, Lilia

Villaverde, Gilbert & Gloria

Vincent, Maria Whaley and James Russell

Vinh, Le Ven

Virden, David

Virella, Vilma

Vitiello, Anthony and Laura DiPlacido

Vivante at Boca Lago Homeowner's Association

Volke, Chip and Christina

Vollrath, Richard & Rebecca

Wachter, William and Jill

Wagner, Mark

Wagner, Tracy

Waguespack, Jacques and Nicole

Wahlgren, Henry and Joan

Waite, Gregory Miller and Kelly

Walker, Andrew

Walker, Darren and Sandra

Walker, James and Cheryl

Wallace, Stephen L. and Jeanie P.

Walsh, Darion

Walsh, Gladys/Morin, Frank

Walsh, John and Joanne

Walter, Todd

Walters, Charles and Suzanne

Walton, William

Wanounou, Susan and Yacov

Ward, Amy and Truman

Warhurst, Ernest E.

Watson, Gloria

Watson, Patrick and Paula

Watts, James and Linda

Watts, Sharon

Wayne, William and Kelly

WCI Chinese Drywall Property Damage and Personal Injury Settlement Trust

Webb, James and Sandy

Walker, Darren/

Weiner, Darryl

Weldon, Daniel Scott & Kimberly Dawn

Wengel, Lawrence and Susan

Wenzel, John and Lorraine, individually and obo their minor child, Bryan Wenzel

Werner, Udo

West Trust, Fern
West, Ralph
Wetzler, Melissa
Whaley, John and Sharon
Wheeler, Alicia, individually and obo Jeffrey Wheeler and Jordan Wheeler
Wheeler, Don and Agnes
Whidden, Tyler
Whipps, Jared
Whitaker, Robert and Dana
White, Taeneia
Whitfield, Christopher
Wilbar Investments LLC
Wiley, Thad
Wilkens, Susan
Wilkinson, Paul & Joann/Clean Tech Buffs, Inc.
Willet, Frank and Deidre
Williams, Demetriys and Latasha
Williams, Dina and Kerry
Williams, Herbert

Williams, Margret Angella
Williams, Mark E.
Williams, Mike
Williamson, Dolly
Willingham, Peter/Marty
Willis, John & Lori
Wilson, Kevin
Wilson, Teresa and Stephen
Wisdom, Katori and Patrick
Witteveen, Michael
Wojciechowski, Thomas
Wojcik, Walter Jr. and Lydia
Wolf, Frederick/Acosta, Ynes
Wolslegel, Walter and Harriette
Wood, Pamela Ann
Wood, Sheila
Woodbridge, Robert and Dale
Woodruff, Henry
Woods, Rechanda
Woodside, John and Jennifer
Woolley, Scott
Wright, Jeff & Suzanne J.

Wynter, Viola
Yarbrough, Rebecca K.
Youmans, Dr. Cassandra
Young, Arne and Jeanie
Young, Linda & Raymond
Young, Michael/Patricia
Young, Ramona and Id-Deen, Suluki/Young, Ramona/Id-Deen, Suluki:
Yourich, Stephen
Yu, Albert and Sarah Yu
Zeber, Michele and Neil
Zeigler, Bart
Zeller, Maria Rosa/Solabella Company Limited OMC Chambers
Zervos, Angelos and Gregoria
Zheltkov, Victor and Lyudmila
Zheng, Weifgang and Xiaojuan
Zhou, Zhongmin and Huang, Qinxi
Ziska, David and Julie
Zito, Anthony and Donna



31659536

Jun 16 2010
8:52AM

# Exhibit "B"

## *Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*

### Amended Exhibit "B"–Additional Defendants
### Named in Plaintiffs' Omnibus Class Action Complaint (I)

84 Lumber Company
911 Drywall, Inc.
A1 Brothers, Inc.
Aburton Homes
Aburton Homes, Inc.
Acadian Buidlers of Gonzales, Inc.
Acadian Builders and Contractors, LLC
Ace Drywall
Aced Interior Drywall, Inc.
Adam Carpenter
Adams Homes of North West Florida, Inc.
Affordable Homes & Land, LLC
Alana Development Corporation
Albanese-Popkin The Oaks Development Group, L.P.
Alternative Source, Inc.
Alvin Royes, Jr., LLC
America's First Home, Inc.
American Dream Builders, Inc.
American Gallery Development Group, LLC d/b/a
American Gallery Homes
Andrews Hardware Company, Inc. d/b/a Andrews Ace
Hardware
Anthony F. Marino General Contractor, LLC
Anthony Raggs
Anthony Skrmetti
Anthony's Drywalls, Inc.
Antilles Vero Beach, LLC
Aranda Homes, Inc.
Aranda Homes of Florida, Inc.
Arizen Homes, Inc.
Arthur Homes (JL Arthur)
Aubuchon Homes, Inc.
Avalon Preserve Developers, LLC
B & B Drywall
B&E Construction of Miami, Corp.
B&W Complete Construction, Inc.
Bagley Construction, LLC
Bailey Lumber & Supply Company
Banner Supply Co.
Banner Supply Company Fort Myers, LLC
Banner Supply Company Pompano, LLC
Banner Supply Company Port St. Lucie, LLC
Banner Supply Company Tampa, LLC
Banner Supply International, LLC
Barony Homes, Inc.
Bass Homes, Inc.
Bauhaus Inc.
Bauhaus Solutions, Inc.
Baystate Drywall
Baywood Construction, Inc.
BDG Waterstone, LLC
Belmont Lakes Investments, LLC
Bender Construction & Development, Inc.
Benoit Buidlers, LLC f/k/a Benoit Builders
& Realtors, Inc.
Big Bear Const. Co.

Big River Construction and Remodeling Co., Inc.
Bill Gregory Drywall
Blackhawk Partners, LLC
BO Builders, LLC
Bonita Beachwalk, LLC
Bove Company
Bradford Plastering, Inc.
Brantly Homes, Inc.
Brian Papania
Brightwater Community 1 LLC
Building Materials Wholesale (B.M.W.)
Burnett Construction Co.
C. Adams Construction and Design, LLC
C.A. Steelman, Inc.
C&C Homebuilders, Inc.
Calmar Construction Company, Inc.
Cape Cement & Supply, Inc.
Cardel Master Builder, Inc. d/b/a Cardel Homes
Caribe Central, LLC
Caribe East LLC
Catalano Custom Homes, LLC
CDC Builders, Inc.
Centerline Homes at Delray, Inc.
Centerline Homes at Georgetown LLC
Centerline Homes at Tradition, LLC
Centerline Homes Construction Inc.
Centerline Homes, Inc.
Centerline Port St. Lucie, Ltd.
Central Peninsula Contracting LLC
Centurion Homes of Louisiana, LLC
Century Homebuilders, LLC
Certain Homes, Inc.
CGF Construction
Chabot Enterprises, Inc.
Chris Booty
Chris Cadis
Chris P. Roberts
Christopher Billot
Christopher M. Odom
Cockerham Construction, LLC
Continental Drywall Contractors, Inc.
Corner Stone Const. of LA, LLC d/b/a Florida Inc. / CS
Construction of Collier Co., LLC
Cox Lumber Co. d/b/a HD Supply Lumber & Building
Materials
Craftmaster, LLC
Craftsmen Builders, Inc.
Creola Ace Hardware, Inc.
Cretin Homes, LLC
Cretin Homes, LLC (EL Cretin, d/b/a Cretin Homes)
CRF Management Co., Inc.
Crosby Development Company, LLC
CSI Contractor Services, Inc.
D.R. Horton, Inc.
D&B Framing, Inc.
Daelen of Tangiaphoa, LLC

1

Danal Homes Development, Inc.
Darwin Sharp Construction, LLC
David Ray Gavins
DC Builders, LLC
Dedicated Builders, LLC
DeMorgan Homes of Bradenton, Inc. a/k/a Mtn Homes Southwest, Inc.
Derby Homes, Inc.
Design Contractors, LLC
Design Drywall of South Florida, LLC
Diamond Court Construction Company
DMH Development, Co.
Dorado Homes Development, Ltd.
Drywall Service, Inc.
Dunn Wright Construction, Inc.
Duo-Fast Construction, Inc.
Dupree Construction Company, Inc. n/k/a Dupree Contruction Company, LLC
E. Jacob Fakouri Construction, Inc.
E.B. Developers, Inc.
E.N. Suttin Construction Company
Eastern Construction Group, Inc.
Ed Price Building Materials
EH Building Group
Elite Construction Co. SW Inc.
Elite Home Construction Inc.
Empire Construction, LLC
Empire Properties, LLC
Enchanted Homes, Inc.
Excel Construction of S.W. Florida, Inc.
Executive Home Builders, LLC
Finish One Drywall, LLC
First Choice Drywall Services, Inc.
First Construction Corporation
Fisher & Son Contractors, LLC
Florida Style Services, Inc.
Floridian Gulf Coast Homes, Inc.
Font Builders, Inc.
Fortis Construction, LLC
Francioni Builders, Inc.
Fusion Building Concepts, Inc.
G. Drywalls Corporation
Galloway Sunset Estates, Inc.
Garram Homes, Inc.
Gatco Construction, Inc.
Gateway Drywall, Inc.
Gavins Construction Company
Genesis Residential Group, Inc.
George Meza
GHO Development Corporation
GL Homes Limited Corporation a/k/a GL Homes Limited Corporation
Global Home Builders, Inc.
Global Home Builders, LLC
Global Home Builders of the Treasure Coast, Inc.
GMI Construction, Inc.
Gold Coast Homes of SW Florida
Gooden Homes, LLC
Graf's Drywall, LLC
Great Southern Homes, Inc.
Gregg Nieberg, Inc.
Gremillion Homes, Inc.

Greystoke Homes at South Point II LLC
Gryphon Construction, LLC
Guillermo Permuy
Gulf Coast Engineering, LLC
Gulfstream Development, LLC
Gulfstream Homes, Inc.
Gwen Core
H & H Custom Homebuilders
H.C. Owen Builder, Inc.
Hallmark Homes, Inc.
Hammer Constructions Services, Ltd.
Hansen Homes, Inc.
Hansen Homes of South Florida, Inc
Harbor Springs Construction and Development, L.L.C.
Hc Seals Drywall Partners
Heights Custom Homes, LLC a/k/a Heights Properties, LLC
Highland Lakes, LLC d/b/a Eddleman Homes, LLC
Hilliard Butler Construction Company, Inc.
Holiday Builders, Inc.
Holmes Building Materials, LLC
Home Depot USA, Inc.
Home One Homes
Home Town Lumber & Supply, Inc.
Homes, Inc.
HPH Homes
HPH Properties, LLC
Hutchinson Homes, Inc.
In-line Contractors, LLC
Independent Drywall Distributors, LLC
Interior/Exterior Building Supply, LP
Interior/Exterior Enterprises, LLC
Investment Properties Unlimited Inc.
Ironwood Properties, Inc.
J. Helms Construction, Inc. d/b/a Sundown Development
J.W. Hodges Drywall, Inc.
J&H Distributers
J&J Builders Northshore, Inc.
Jacks Drywall LLC
James LeBlanc
JB Plaster, Inc.
Jim Walter Homes, Inc.
JJK&A Holding Corporation
JM Interiors, Inc.
John Eschete
John Gillespie
John Korn Builders, LLC
John L. Crosby, L.L.C.
John Paul George d/b/a JPG Enterprises, Inc.
John T. Grab, III
Jon A. Wilder, Inc.
Jonathan Scott Shewmake
JP Drywall, LLC
JPG Enterprises, Inc.
JST Properties, LLC of Mississippi
Judson Construction Group, LLC
Just-Rite Supply
K. Hovnanian First Homes, LLC
Kaye Homes, Inc.
KB Home Florida LLC
KB Home Fort Myers, LLC
Keith Warrick Drywall, Inc.

2

Kemah Construction, Inc.
Ken Roberts
Klepk Bros. Drywall, Inc.
Knauf GIPS KG
Knauf Plasterboard (Tianjin) Co., Ltd.
Knauf Plasterboard (Wuhu), Co., Ltd.
Knauf Plasterboard (Dongguan) Co., Ltd
L&W Supply Corporation d/b/a Seacoast Supply
La Drywall
L.A. Homes, Inc.
La Suprema Enterprise, Inc.
La Suprema Trading, Inc.
Lake Ashton Development Group II LLC
Lakeside Village Development, L.L.C. 1
Land Resources LLC
Laporte Family Properties
Las Playas LLC
Last Minute Properties, LLC
Lawrence Migliar LLJ Construction
Lebaron Bros. Drywall
Lee Harbor Homes of Florida, Inc.
Lee Roy Jenkins
Lee Wetherington Homes, Inc.
Legend Custom Builders, Inc.
Lennar Corporation
Lennar Homes, LLC
Leroy Laporte, Jr.
Lifescape Builders
Liongate Design Structure, LLC
Louisiana Lumber, LLC
Louran Builders, Inc.
Louran Gips KG
Lowe's Home Centers, Inc.
LPR Builders, Inc.
LTL Construction, Inc.
Lucra Investments, Inc.
Lynch Builders, LLC
M/I Homes, Inc.
M/I Homes of Tampa, LLC
M.E. Gibbens, Inc.
Majestic Homes and Realty SW LLC
Majestic Homes, Inc.
Majestic Homes of Port St.Lucie, Inc.
Manny's Drywall
Manuel Gonzales Terra Group Intl.
Marigold Court, LLC
Marina Village Townhomes Inc.
Maronda Homes Inc. of Florida
Master Builders of South Florida, Inc.
Mavied Corp.
Mayeaux Construction, Inc.
Mazer's Discount Homes Centers, Inc.
McCombs Services, LLC
McDowell Builders, LLC
MCM Building Enterprise, Inc.
Meadows of Estero-Bonita Springs Limited Partnership
d/b/a Shelby Homes
Medallion Homes Gulf Coast, Inc.
Melvin Prange, Jr. Construction, L.L.C.
Meridian Homes USA, Inc.
Meritage Homes of Florida, Inc.
Methodical Builders, Inc.

Midwest Construction & Development, LLC
Millennium Homes & Development, Inc.
Miller Professional Contracting, Inc.
Ming K Wong
Morgan Homes, Inc.
Morrison Homes, Inc.
Murphy Bateman Building Supplies, LLC
Nathanial Crump
Neslo Contracting
Nice Homes, Inc.
North Palm Estates Homes, Inc.
Northeast Drywall Co.
Northstar Holdings at B and A LLC
Northstar Homebuilders, Inc.
Northstar Homes
NuWay Drywall LLC
O'Neal Homes, Inc.
O'Neill/Holliman Corporation
Oak Avenue, LLC
Oak Tree Construction
Oakbrook Building and Design, Inc.
Ocean Coast Drywall, Inc. f/k/a Ocean Coast Drywall of S.
Florida, Inc.
Ocean Springs Lumber Company, LLC
Oyster Bay Homes, Inc.
P.D.C. Drywall Contractors, Inc.
Palm Coast Construction, LLC
Palm Isles Holdings, LLC
Paradise Builders of SW Florida, Inc.
Paragon Homes Corporation
Paramount Quality Homes Corp.
Parish Home Center
Paul Homes, Inc. a/k/a Management Services of Lee
County, Inc.
Paul Hyde Homes
Penn Construction Co., LLC
Philip Latapie
Phillips Abita Lumber Company, Inc. d/b/a Abita Lumber
Company, Inc.
Pioneer Construction, LLC
Ponce Riviera, LLC
Ponce Siding & Remodeling
Precision Drywall
Premier Communities, Inc.
Premier Plastering of Naples
Prestige Development, Inc.
Prestige Properties
Pride Homes of Lakes by the Bay - Parcel H, LLC
Promenade Developers, Ltd.
Punta Gorda Partners, LLC
R & B Construction of Northwest, FL, Inc.
R. Fry Builders, Inc.
R.J. Homes, LLC
R.L. Drywall Inc.
Rafuls & Associates Construction Co., Inc.
Randal Maranto Builders, LLC
Ray Bec Inc.
Ray Horvath Drywall, Inc.
RCR Holdings II, LLC
Reed Builders, LLC
Regatta Construction, LLC
Regency Homes, Inc.

3

Residential Drywall Inc.
Resource Rental & Renovation LLC
RFC Homes
Richard Hoover
Richard Jones Construction Company, Inc.
Richardson Drywall
Right Way Finishing, Inc.
Rivercrest, LLC/The St. Joe Company
RJL Drywall, Inc.
RJM Builders North, Inc.
Robert Champagne, Great Southern Builders, LLC
Rookery Park Estates, LLC
Rothchilt International Ltd.
Royal Homes (Anthony Marino)
The Ryland Group, Inc.
S&O Investments, Inc.
Sampson Drywall, Inc.
Santa Barbara Estates, Inc.
Saturno Construction AB Inc.
Arm Structural, Inc.
Scott Colson
Sea Coast Construction, LLC
Seals Drywall
Shelby Homes at Meadows, Inc.
Shelby Homes, Inc.
Sidney Sutton Drywall, Inc.
Siesta Bay Custom Homes, LLC
Signature Series Homes, Inc.
Smith and Core, Inc.
Smith Family Homes Corporation
Sorrento Lumber Co., Inc.
South Kendall Construction Corp.
Southern Homes, LLC
Southern Star Construction Company, Inc.
Southwell Homes, LLC
Southwest Innovations, Inc.
Speedy Drywall
Springhill, LLC
Standard Pacific d/b/a Standard Pacific of Colorado, Inc.
Standard Pacific Homes of South Florida, a Florida
General Partnership
Standard Pacific Homes of South Florida GP, Inc.
Star Homes of Florida LLC
Stephen Steiner d/b/a Steiner Drywall
Stephen Shivers
Sterling Communities Inc.
Sterling Communities Realty Inc.

Stock Building Supply LLC
Stone Sheetrock
Stonebrook Estates, Inc.
Stonebrook Homes, LLC
Summit Contractors, Inc.
Summit Homes of LA, Inc.
Sun Construction, LLC d/b/a Sunrise Homes
Sundown Development
Sunrise Construction and Development, LLC
Sunrise Custom Homes & Construction, LLC
Sunrise Homes/Sun Construction
Supreme Builders
Swift Supply, Inc.
Taber Construction
Tad Brown
Tallow Creek, LLC
Taylor-Woodrow Communities at Vasari, Inc.
Team Work Construction, LLC
Tepeyac, LLC
The Mitchell Co.
The New Morning, LLC
The Sterling Collection, Inc.
Tikal Construction Co.
Toll Estero, Ltd. Partnership d/b/a Toll Brothers
Total Contracting and Roofing, Inc.
Triumph Construction
Tudela Classic Homes, LLC
Tuscan-Harvey Estate Homes, Inc.
Twin Lakes Reserve & Golf Club, Inc.
United Homes Builders, Inc.
United Homes, Inc.
United Homes International, Inc.
United-Bilt Homes, LLC
USG Corporation
Van Aller Construction
Velvet Pines Construction, LLC
Venture Supply Company
Vicinity Drywall, Inc.
Viking Homes of S.W. Florida, Inc.
Villa Development, Inc.
Vintage Properties, Inc.
Waterways Joint Venture IV, LLC
Wellington Drywall, Inc.
Wilson Heights Development, Inc.
Ybarzabal Contractors, LLC
Zamora Corporation



# Exhibit "G"

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*

**EXHIBIT "G" - LIST OF PLAINTIFFS AND DEFENDANTS BEING DISMISSED
FROM PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (I)**

## I.   PLAINTIFFS BEING DISMISSED WITHOUT PREJUDICE

Antilles Vero Beach, LLC
   c/o Ironwood Development
Arif, Mohammed
Arroyave, Angela
Avery, Janet
Baker, Omar
Bass, William
Bennett, Stephen and Jennifer
Beringhaus, Robert
Blue Water Condo Association
Brown, Larry
Buckner, Paige
Bynum, Denese
Campbell, Thomas/Kelli
Chestang, Russell
Christiansen, Steven
Copello, Victor and Pamela
Cruikshawk, Craig and Jennifer Cruikshawk
DeHenese, Neil and Yolanda
DeSchamps, Adam and Bobbie
Dodge, Dale
Eldson, Austin
Eleuterius, Gregory and Elizabeth
Everett, Michael
Farmer, Richard, Connie and Tracie
Fisher, Norman and Andres
Florida Waterfront Holdings, LLC
Franklin, Doris
Gody, Anthony/Candace
Gray, Bernard
Greenberg, Robert and Barbera
Greenwald, Mike
Gudding Tiffany
Hand, Lincoln and Mimi
Henderson, Jason
Hopmayer, Peter
Jackson, Terrell
James, Jason and Jessica
Johnson, Willie L. Jr.
Kenny, Jared Alan
Kesterson, Rachel
Kirn, Linda
L&L South Florida Realty, LLC
Langfeld, Sabine
Lakind, Alan and Linda
Lamarque, Carroll, Jr., Carrol Lamarque, III and Robin
Lamarque
Lee, April
Legere, Michele

Lindsay, Horace and Donna
Livaich, Peter
Logan, Jamie D.
Luntz, George and Adrienne
Marchetti, Shawn
Martineau, Bill and Cynthia
McDuffie, Jason and Burleson
McGee, Tim
McHugh, Joseph and Ellyn
Medrano, Ramon/Melo, Nedy
Miller, William and Teresa
Mills, Stephanie Jo
Morgan, Keith and Shirley
Nguyen, Katie and Khanal Luong
Nuqui, Magno/Aracelli
Pedlar, Lynne
Perez, Aida
Perry, Joshua
Phan, Lisa
Phoenix West Condo/c/o William Robinson, Jr.
Podlasek, Christopher
Poplausky, Maurice and Hanna
Pressnail, Donald and Sherron
Rauci, Steven/Dorothy
Rayfield, Sylvia W.
Reeves, Brandy
Reino, Frank
Roberts, Ashley
Rookery Park Estates, LLC/ KOL Ventures, LLC
Sampson, Pauline
Sanon, Enock/Marie
Schultz, James and Jennifer
Sill, Garth
Siraco, Stephen
Smith, Margaret
Spiers, Susan
Spradlin, Brenda H.
Strout, Katie/Jerrells, Matt J.
Summers, Mary Jo
Tailor, Lloyd and Hoxter, Scott
Taylor, Robert
Thomas, Paula
Thomas, Willie
Tombrello, Pat
Toran, George
Torbet, Tracie
Traffica, Charles
Triche, Susan, Glenn, Nicholas and Sha/Dennis, Shae
Trott, Darrell and Tammy

Page 1 of 2

| | |
|---|---|
| Tynes, Tiffany | Wiatr, Daniel and Kay |
| Walden, Nicholas | Wilkes, Margaret |
| Watson, John/Joan | Wakeland, Angella and Nicholas |
| Webster, James and Rosalie | Woodward, Sam and Kristy |

## II.  DEFENDANTS BEING DISMISSED WITHOUT PREJUDICE

| | |
|---|---|
| 53 Enterprises f/k/a A-1 Brothers, Inc. | Mandy Drywall Inc. |
| 84 Lumber Company, LP | Manny Garcia |
| Abington Woods, LLC | MATSA Construction Company, Inc. |
| Advantage Builders of America, Inc. | MCCAR Homes - Tampa, LLC |
| B.B.S. Builders, Inc. | McMath Construction, Inc. |
| Bay Colony - Gateway, Inc | Medallion Homes, LLC |
| Bella Builders, Inc. | Meiben Home Builders, LLC |
| BHD Corp. | MGB Construction, Inc. |
| Blue Oaks/Gulfstream Development, LLC | Ozark Atlantic, LLC |
| Bradford Lumber | Palm State Construction, Inc. |
| Building Supply House, L.L.C. | Paul Homes of Florida, LLC |
| Caribe Homes Corp. | Pine Ridge Real Estate Enterprises, LLC |
| Centerline Homes at Vizcaya, Inc. | Premier Custom Homes |
| Comfort Home Builders, Inc. | Pride Homes, LLC |
| Crown Builders, Inc. | ProBuild East, LLC |
| David Weekley Homes, LLC a.k.a. Weekley Homes, LP | Raintree Construction |
| Duncan Construction of South West Florida, Inc. | Rickelman Construction, Inc. |
| E. Vincian and Company, Inc. | RL Homes IX, LLC |
| First Homes Builders, Inc. | Sail Harbour, LLC |
| Francisco Tomas Permuy | Savoie Construction, Inc. |
| G.I. Homes | Savoie Real Estate Holdings, LLC |
| G.L. Building Corporation | Scott Designer Homes, Inc. |
| G.L.B. and Associates, Inc. d/b/a Balli Construction | Southern Homes of Broward XI, Inc. |
| Groff Construction Inc. | St. Joe Home Building, L.P. |
| HWB Construction, Inc. | Steven R. Carter, Inc. |
| ICI Homes, Inc. | Suarez Housing Corporation |
| Intercoastal Construction Co. | Taylor Morrison of Florida, Inc. |
| Intervest Construction, Inc. | Treasure Coast Homes, LLC |
| JD Custom Homes, Inc. | Twelve Oaks of Polk County, Inc. |
| John G. Finch Construction, LLC | Velez Construction, LLC |
| KB Home of Orlando, LLC | Vincent Montalto Construction, Inc. |
| Kelley Drywall | WB Construction Company, Inc. |
| Kolter Homes, LLC | Westpoint Development, LLC |
| Lucky Strike M.K.Inc. | Windship Homes of Florida, Inc. |
| M. Miller and Company, Inc. | Woodland Enterprises, Inc. |
| M.K. Development, Inc. | |
| Majestic Custom Homes & Development, Inc. | |