UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Payton, et al. v. Knauf Gips KG, et al.*, Case No.: 09–7628 (E.D.La.) | |

### JOHN AND MARY ARCESE'S NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, OF DEFENDANT, MAJESTIC HOMES, INC.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiffs, John Arcese and Mary Arcese, hereby dismiss, without prejudice, all of their claims against Defendant, Majestic Homes, Inc., in Plaintiffs' Omnibus Complaint, reserving their rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. John and Mary Arcese shall continue to pursue their claims against the remaining Defendant(s) not specifically dismissed herein.

Attached hereto as Exhibit "A" is correspondence from Gregory S. Weiss, counsel for John and Mary Arcese, dated August 5, 2014, specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

1

Respectfully submitted,

Dated: October 21, 2014 /s/ Leonard A. Davis
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
HERMAN, HERMAN, & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com

*Plaintiffs' Liaison Counsel*
*MDL 2047*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 21st day of October, 2014.

/s/ Leonard A. Davis
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
HERMAN, HERMAN, & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com

*Plaintiffs' Liaison Counsel*
*MDL 2047*



WEST PALM BEACH    STUART

**MRACHEK FITZGERALD ROSE KONOPKA THOMAS & WEISS, P.A.**

<u>VIA EMAIL TRANSMISSION</u>

August 5, 2014

Russ Herman, Esquire
HERMAN, HERMAN & KATZ, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Re:   <u>Chinese-Manufactured Drywall Products Liability Litigation (MDL 2047)</u>
      *Payton v. Knauf, et al.*, Case No. 2:09-cv-07628-EEF-JCW

Dear Russ:

My clients, John and Mary Arcese, authorize the attorneys of Herman, Herman & Katz, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss without prejudice all of their claims against Defendant, Majestic Homes, Inc., in the above referenced matter, reserving their rights and claims against any and all other Defendants therein.

Very truly yours,

*Gregory S. Weiss/ps*

GREGORY S. WEISS
Signed in attorney's absence to expedite delivery.

GSW/pms
cc:   Mr. and Mrs. Arcese
      Wayne Argo, Esq.

# Wayne Argo

| | |
|---|---|
| **From:** | Patrice Symons <PSymons@mrachek-law.com> |
| **Sent:** | Tuesday, October 21, 2014 11:12 AM |
| **To:** | Lisa Trick; Wayne Argo |
| **Cc:** | Wayne Argo; Gregory Weiss |
| **Subject:** | RE: Payton v. Knauf; MDL 2047; Your Clients: John and Mary Arcese |
| **Attachments:** | 2014-10-21 Arcese's N-Vol Dismissal of Majestic Homes Inc.pdf |

Dear Mr. Argo,

Attached please find a copy of John and Mary Arcese's Notice of Voluntary Dismissal of Defendant Majestic Homes, Inc.

Patrice Symons
Assistant and Paralegal to Gregory S. Weiss

---

**From:** Lisa Trick [mailto:Lisa@argolaw.net]
**Sent:** Friday, July 11, 2014 9:03 AM
**To:** Patrice Symons
**Cc:** bwargo@argolaw.net
**Subject:** RE: Payton v. Knauf; MDL 2047; Your Clients: John and Mary Arcese

Please see attached.

Lisa F. Trick
Wayne Argo, PA

---

**From:** Patrice Symons [mailto:PSymons@mrachek-law.com]
**Sent:** Friday, July 11, 2014 8:54 AM
**To:** Lisa Trick; Wayne Argo
**Cc:** Gregory Weiss; Tatum Whiddon
**Subject:** RE: Payton v. Knauf; MDL 2047; Your Clients: John and Mary Arcese

Dear Mr. Argo,

Mr. Weiss continues to represent Mr. and Mrs. Arcese.
Please forward to our office the 6/30/14 letter addressed to Lori Marks, the Motion to Compel and Request for Admissions.
Thank you for your assistance.


Patrice Symons, Assistant and Paralegal to Gregory S. Weiss
psymons@mrachek-law.com

**MRACHEK FITZGERALD ROSE KONOPKA THOMAS & WEISS, P.A.**

505 South Flagler Drive, Suite 600
West Palm Beach, Florida 33401
561.655.2250 Phone
561.655.5537 Fax

CONFIDENTIALITY NOTE: The information contained in this transmission is legally privileged and confidential, intentded only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution,

or copying of this communication is strictly prohibited. If you receive a copy of this communication in error, please **IMMEDIATELY** (1) reply by e-mail to us, and (2) delete this message.

TAX DISCLOSURE NOTE: To ensure compliance with requirements imposed by the Internal Revenue Service (Circular 230), we inform and advise you that any tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding penalties that may be imposed under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transactions or matters addressed herein.

---

**From:** Tatum Whiddon [mailto:twhiddon@cohenmilstein.com]
**Sent:** Thursday, July 10, 2014 4:48 PM
**To:** lisa@argolaw.net
**Cc:** Ted Leopold; Leah Cuomo; Gregory Weiss; Patrice Symons
**Subject:** FW: Payton v. Knauf; MDL 2047; Your Clients: John and Mary Arcese

Hi Lisa,

Please direct your inquiries to Greg Weiss (copied here). He was handling this matter while at our firm and we are co-counseling with him at his new firm.

Greg Weiss, Esq.
Mrachek Fitzgerald Rose Konopka Thomas & Weiss, PA
505 S. Flagler Drive Suite 600
West Palm Beach, FL 33401
(561) 655-2250

Regards,
Tatum



**COHEN MILSTEIN**

Tatum Whiddon
Paralegal

**COHEN MILSTEIN SELLERS & TOLL PLLC**
2925 PGA Boulevard | Suite 200
Palm Beach Gardens, FL 33410
t: 561.515.1400 | f: 561.515.1401
www.cohenmilstein.com

This transmission is intended for the exclusive use of the individual or entity that is the named addressee and may contain information that is privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee or an employee or agent responsible for delivering this message to the named addressee, you are not authorized to read, print, retain, copy or disseminate this transmission or any part of it. If you have received this message in error, please notify me immediately, discard all paper copies and delete any electronic files of this message. Thank you.

> Begin forwarded message:
>
> **From:** Lisa Trick <Lisa@argolaw.net>
> **Date:** July 10, 2014 at 2:51:25 PM EDT
> **To:** Theodore Leopold <tleopold@cohenmilstein.com>
> **Subject:** Payton v. Knauf; MDL 2047; Your Clients: John and Mary Arcese
>
> Mr. Leopold,
>
> I last sent a June 30, 2014 letter to Lori Marks, a copy of which is attached. I have been unsuccessful in receiving a reply.

2

My paralegal investigated, determined that Marks is gone, your old firm dissolved, and here you are. Do you still represent John and Mary Arcese? If not, who does? The Federal Court believes it's your old, now dissolved firm.

I have prepared and filed the attached Motion to Compel. I have prepared and am serving the attached request for admissions.

I believe that a voluntary dismissal is in order but if not filed by Arceses, then a date for their deposition is needed.

RSVP ASAP.

*Wayne Argo*
942 SE 17th Street
Ocala, FL 34471
(352) 732-8895
(866) 942-0913
(352) 622-4564 Fax

PRIVILEGED AND CONFIDENTIAL pursuant to American Bar Association Formal Opinion No. 99-413. DO NOT DISCLOSE, DUPLICATE OR CIRCULATE. If you have received this e-mail in error, please notify Wayne Argo, PA, immediately and delete all copies of this e-mail and any attachments. This email is confidential and only intended for the addressee. All content is opinion and privileged information.

Spam
Not spam
Forget previous vote