UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | MAG. JUDGE WILKINSON |

*Sean and Beth Payton, et al. v.*
*Knauf Gips KG, et al.*
*Case No. 2009-07628 (E.D.La.)*

---

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Defendant's Motion for Dismissal without Prejudice filed in this cause shall be submitted to the Court without oral hearing on or after **December 17, 2014 on or after 9:00 a.m.**, unless oral hearing is ordered by the Court.

Respectfully submitted,

_____
Wayne Argo, Esq.
Florida Bar No. 0306576
Wayne Argo, P.A.
942 SE 17th Street
Ocala, FL 34471
(352) 732-8895
(352) 622-4564 Fax
Attorneys for Majestic Homes, Inc.

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that the above and foregoing Notice of Submission has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by US Mail and via e-mail, or by hand-delivery and email upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19H day of Nov, 2014.

_____
WAYNE ARGO, ESQ.