UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION : SECTION: L
: JUDGE FALLON
: MAG. JUDGE WILKINSON

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

Before the Court is the Fee Committee's motion for inspection and hold back pursuant to PTO 28(E). (Rec. Docs. 18037, 18081).

**IT IS ORDERED** that the motion is set for hearing with oral argument, immediately following the monthly status conference on December 17, 2014.

New Orleans, Louisiana, this 18th day of November, 2014.

_____
UNITED STATES DISTRICT JUDGE