UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |
| ..................................................... | : | |

**THIS DOCUMENT RELATES TO:** ALL CASES

**ORDER**

Before the Court are motions from the Lockridge, Berrigan, and Burdman Law Firms to allow the late submission of common benefit documentation under PTO 28. (Rec. Docs. 18106, 18109, 18128). The Plaintiffs' Steering Committee and Fee Committee have responded. (Rec. Docs. 18110, 18115).

**IT IS ORDERED** that the parties confer in an attempt to resolve these motions. If the parties are unable to do so, these motions will be set for submission, without oral argument, on December 17, 2014.

New Orleans, Louisiana, this 18th day of November, 2014.

_____
UNITED STATES DISTRICT JUDGE