UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L** |
| **THIS DOCUMENT RELATES TO:**<br><br>*Hobbie, et al v. RCR Holdings II, LLC, et al* (No. 10-1113) | **JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |

**ORDER**

On December 19, 2013, the Court issued an Order Granting Partial Award of Attorney's Fees and Partial Reimbursement of Costs [Rec. Doc. 17368]. In that Order, the Court directed that "From the Villa Lago Settlement Qualified Settlement Fund ("QSF"), the amount $908,227.96 shall be paid to the Court pursuant to the Voluntary Payment Order for Common Benefit." The Clerk of Court has advised that the $908,227.96 was properly paid to the Court pursuant to the Voluntary Payment Order for Common Benefit. Thereafter, the Court established various Qualified Settlement Funds in its Order issued January 17, 2014 [Rec. Doc. 17398]. The January 17, 2014 Order was amended on February 11, 2014 [Rec. Doc. 17426]. Inadvertently, the $908,227.96 funds deposited with the Clerk of Court pursuant to the December 19, 2013 Order were referenced in the February 11, 2014 Order and the funds were transferred by the Clerk of Court to Esquire Bank. These funds were not intended to be transferred into the Qualified Settlement Funds and therefore, the Clerk of Court advises that Esquire Bank desires to rectify this situation and that Esquire Bank is remitting back to the Clerk of Court the sum of $908,227.96 so that the funds can be properly deposited with the Clerk of Court pursuant to the Voluntary Payment Order for Common Benefit as directed in the December 19, 2013 Order.

IT IS SO ORDERED that the funds in the amount of $908,227.96 shall be paid to the Court by Esquire Bank pursuant to the Voluntary Payment Order for Common Benefit.

New Orleans, Louisiana, this 19th day of November, 2014.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE