UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL 2047 |
| DRYWALL PRODUCTS     * | | |
| LIABILITY LITIGATION  * | | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: All Cases | * | |
| | * | MAGISTRATE JUDGE |
| | * | WILKINSON |
| * * * * * * * * * * * * * * * | | |

**ORDER**

Considering the Motion to Extinguish the Knauf Defendants' Settlement Obligations for Certain Already Remediated Home Claims filed by the Knauf Defendants;

IT IS ORDERED BY THE COURT that the Motion to Extinguish the Knauf Defendants' Settlement Obligations for Certain Already Remediated Home Claims is GRANTED. The Knauf Defendants' Settlement Obligations for the following already remediated home claims are hereby extinguished:

| Homeowner Name(s) | Affected Property Address | City | State | Zip | Primary Counsel |
|---|---|---|---|---|---|
| Adaniel / Steiner, Maximilian | 9709 Cobblestone Creek Drive | Boynton Beach | FL | 33472 | Baron & Budd, P.C. |
| Allard, John C; Allard, Julie | 1786 SW Cordova Street | Port St Lucie | FL | 34987 | Reich & Binstock, LLP |
| Allen, Louis Jr. | 14502 Quiet Summer Lane | Houston | TX | 77044 | Baron & Budd, P.C. |
| Andersen, Michael; Campos, Karla | 2105 SW 39th Terrace | Cape Coral | FL | 33914 | Parker Waichman, LLP |
| Atkinson, William; Walsh, Betty | 2512 SE Berkshire Blvd. | Port St. Lucie | FL | 34952 | Colson Hicks Eidson |
| Avner, Wendy; Avner, Brett | 18020 Via Bellamare Lane | Miromar Lakes | FL | 33913 | Parker Waichman, LLP |
| Baginski, Andrea; Baginski, Tina; Papasodaro, Rosa; Papsodaro, Alessandra | 20095 Larino Loop | Estero | FL | 33928 | Parker Waichman, LLP |
| Barrios, Reggie | 7431 Hwy 90 - Apartment | Bay St. Louis | MS | 39520 | Hawkins Gibson, PLLC |
| Bergus, Boris | 244 Silver Glen Drive | St. Augustine | FL | 32095 | Reich & Binstock, LLP |
| Bienemy, Eric ; Bienemy, Gina | 2823 Daniel Drive | Violet | LA | 70092 | Bencomo & Associates |

1

| Homeowner Name(s) | Affected Property Address | City | State | Zip | Primary Counsel |
|---|---|---|---|---|---|
| Bradley, Christopher; Bradley, Tatianna | 4420 SW 9th Place | Cape Coral | FL | 33914 | Parker Waichman, LLP |
| Brazon, Kevin; Brazon, Jennifer | 9326 River Rock Lane | Riverview | FL | 33578 | Parker Waichman, LLP |
| Brotbeck, Charles R; Brotbeck, Sandra | 3261 Lee Way Court #8 | North Fort Myers | FL | 33903 | Parker Waichman, LLP |
| Bryant, Robbie; Bryant, Lizabeth; D.R. Horton, Inc. - Gulf Coast; Achord, Brennan | 26083 Big Ben Drive | Denham Springs | LA | 70726 | Whitfield, Bryson & Mason, LLP |
| Cardiello, Fran; Cardiello, Gayle | 1006 NW 38th Place | Cape Coral | FL | 33993 | Parker Waichman, LLP |
| Casey, William; Casey, Pamela | 713 SE 16th Court | Fort Lauderdale | FL | 33316 | Parker Waichman, LLP |
| Conway Centre, LLC | 1629 SE Port St. Lucie Blvd. | Port St. Lucie | FL | 34952 | Allison Grant, P.A. |
| Cummings, Mark; Cummings, Nicole | 210 Medici Terrace | N. Venice | FL | 34275 | Baron & Budd, P.C. |
| Daly, Patrici ; Schrank, Kimberly | 21597 Baccarat Lane #102 | Estero | FL | 33928 | Parker Waichman, LLP |
| Davis, Walter | 276 Jessie Smith Road | Lucedale | MS | 39452 | Whitfield, Bryson |
| Fairley, Robert; Fairley, Barbara; Fairley, Derek; Fairley, Tad | 21100 Hwy 57 | Vancleave | MS | 39565 | Gentle, Turner & Sexton |
| Frasiolas, Steve; Frasiolas, Harriet | 11436 Mountain Ash Circle | Port St. Lucie | FL | 34987 | Parker Waichman, LLP |
| Gatlin, David; Gatlin, Jodi | 5131 Skiff Lane | Gulf Shores | AL | 36542 | Gentle, Turner & Sexton |
| Green, Desmond | 3758 Preston Place | New Orleans | LA | 70131 | Baron and Budd, LLC |
| Hanlon, Patrick L; Hanlon, Ann M. | 3407 W Oakellar Avenue | Tampa | FL | 33611 | Parker Waichman, LLP |
| Hayek, Michael; Hayek, Hensley; D.R. Horton, Inc. - Gulf Coast | 26084 Big Ben Drive | Denham Springs | LA | 70726 | Whitfield, Bryson & Mason, LLP |
| Hoyos, Hernan | 877 SW 146th Terrace | Pembroke Pines | FL | 33027 | Parker Waichman, LLP |
| Kinard, Stella | 9223 Fellowship Rd | Meridian | MS | 39305 | Unknown |
| Lobb, Karol; Lobb, Tatiana | 6907 Julia Gardens Drive | Coconut Creek | FL | 33073 | Parker Waichman, LLP |
| Magruder, Ann | 2534 Faulkner Court | Ocean Springs | MS | 39564 | Whitfield, Bryson |
| Miller, Bill; Miller, Joann; Goodman, Roy; Goodman, Claudi | 9440 Eden Manor | Parkland | FL | 33076 | Allison Grant, P.A. |
| Mitchell, Robert; Mitchell, Bonnie | 1442 El Dorado Parkway West | Cape Coral | FL | 33914 | Parker Waichman, LLP |
| Moses, William (Bill); Moses, Carolyn | 9861 Cobblestone Creek Drive | Boynton Beach | FL | 33472 | Baron & Budd, P.C. |
| Overbeck, David | 13525 Little Gem Circle | Fort Myers | FL | 33913 | Parker Waichman, LLP |
| PSC Enterprises; Condon, Paul; Condon, Sara | 362 Eisenhower Blvd. | Lehigh Acres | FL | 33974 | Parker Waichman, LLP |
| Ramaskevicius, Gintautas | 11001 Gulf Reflections Drive #A102 | Ft. Myers | FL | 33908 | Roberts & Durkee |
| Rosen, Michael; Rosen, Robyn; Shukow, Allen; Shukow, Donna | 17538 Middlebrook Way | Boca Raton | FL | 33496 | Baron & Budd, P.C./Allison Grant |
| Saltamacchia, Brian; Saltalamacchia, Misty | 11560 Bayou View Drive | Bay St. Louis | MS | 39520 | Hawkins Gibson, PLLC |
| Saltzman, Scott; Saltzman, Jordana | 8485 Breezy Hill Drive | Boyton Beach | FL | 33437 | Parker Waichman, LLP |
| Savell, Donna | 9720 Robinson Thomas Rd | Meridian | MS | 39305 | Unknown |
| Schatzle, Ralph; Schatzle, Judith | 3445 NW 18th Terrace | Cape Coral | FL | 33993 | Parker Waichman, LLP |
| Slowley, Andre; King, Hanna; Walters, Leonie | 846 SW 146th Terrace | Pembroke Pines | FL | 33027 | Parker Waichman, LLP |
| Steiner, Roland; Steiner, Marjorie | 1901 NW 6th Terrace | Cape Coral | FL | 33993 | Baron & Budd, P.C. |
| Stewart, Michael E. | 793 West McHenry Road | McHenery | MS | 39561 | Pro Se |
| Tellez, Luisa; Barrera, Michelle | 818 SW 146th Terrace | Pembroke Pines | FL | 33027 | Parker Waichman, LLP |
| Thomas, Matthew | 10556 Coral Key Avenue | Tampa | FL | 33647 | Pro Se |
| Vo Hiep | 8688 Pegasus Drive | Lehigh Acres | FL | 33971 | Parker Waichman, LLP |
| Vo Hiep; Nguyen Dong | 11505 Centaur Way | Lehigh Acres | FL | 33971 | Parker Waichman, LLP |
| Vo Hiep; Pham Kelly | 8686 Pegasus Drive | Lehigh Acres | FL | 33971 | Parker Waichman, LLP |
| Walker, Stephen | 41 Mark Smith Drive | Mandeville | LA | 70471 | Baron & Budd, P.C. |
| Wilson, Darrell; Wilson, Darlene | 24226 Santa Inez Road | Punta Gorda | FL | 33955 | Parker Waichman, LLP |
| Winslade, Cyril | 215 Everglades Blvd | Stuart | FL | 34994 | Baron & Budd, P.C. |
|  | 346 SW Wellwood Street | Palm Bay | FL | 32908 | Unknown |

New Orleans, Louisiana, this _____ day of _____, 2014.

                                                                               _____
                                                                               Eldon E. Fallon
                                                                               United States District Court Judge