UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L** |
| **THIS DOCUMENT RELATES TO:**<br><br>*Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al*<br>**Case No. 11-cv-080 (E.D. La.)**<br><br>*Almeroth, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd., et al*<br>**Case No. 12-cv-0498 (E.D. La.)**<br><br>*Amato, et al. v. Liberty Mutual Insurance Company*, **Case No. 2:10-cv-00932 (E.D.La.)**<br><br>*Germano et al. v. Taishan Gypsum Co., Ltd. et al.*<br>**Case No. 2:09-cv-06687 (E.D. La.)**<br><br>*Gross, et al. v. Knauf Gips, KG, et al*<br>**Case No. 09-cv-6690 (E.D. La.)**<br><br>*Haya, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al*<br>**Case No. 11-cv-1077 (E.D. La.)**<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al*<br>**Case No. 10-cv-361 (E.D. La.)** | **JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |

## ORDER

On July 9, 2013, the Court entered Order & Judgment:  (1) Certifying Each of Four Chinese Drywall Class Settlements (Nationwide Insurance Settlement Agreement, Porter-Blaine/Venture Supply Settlement Agreement, Tobin Trading and Installers Settlement Agreement, and Builders Mutual Insureds Settlement Agreement) Relating to Virginia and Certain Other Remaining Claims; (2) granting final approval to the Four Chinese Drywall Class

1

Settlements; and (3) approving an allocation plan for the Four Class Settlements [Rec. Doc. 16934].

The Allocation Plan allows for an Attorney's Fees Set Aside of 32%. The Court has considered Class Counsel's Motion for Authority to Disburse Funds From the Virginia Settlements for Real Property Loss [Rec. Doc. 18117] and has decided that Attorney's Fees shall be set at 30%. The Court will address allocation of Attorney's Fees at a later date. The difference between the set aside of 32% and the amount hereby ordered of 30% which results in a net of 2% shall be distributed to claimants as additional settlement funds. This 2% totals $348,000.00. The funds shall be withdrawn and distributed as follows:

| AMOUNT | WITHDRAWN FROM | DEPOSITED INTO |
| --- | --- | --- |
| $200,000.00 | Nationwide Attorney Fee Settlement Fund [Rec. Doc. 17080] | Nationwide Settlement Fund [Rec. Doc. 17079] |
| $34,000.00 | Builders Mutual Insurance Attorney Fee Settlement Fund [Rec. Doc. 17078] | Builders Mutual Insurance Settlement Fund [Rec. Doc. 17077] |
| $60,000.00 | Porter-Blaine/Venture Supply Attorney Fee Settlement Fund [Rec. Doc. 17082] | Porter-Blaine/Venture Supply Settlement Fund [Rec. Doc. 17081] |
| $54,000.00 | Tobin Trading and Installers Attorney Fee Settlement Fund [Rec. Doc. 17084] | Tobin Trading and Installers Settlement Fund [Rec. Doc. 17083] |

The Court has met with Class Counsel, the Special Master, Philip A. Garrett, and reviewed the Proposed Real Property Allocation. The Court approves of the Proposed Real Property Allocation and directs that the funds be remitted accordingly to the appropriate claimants.

New Orleans, Louisiana, this 20th day of November, 2014.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE