UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re:  CHINESE-MANUFACTURED      *     MDL 2047
        DRYWALL PRODUCTS           *
        LIABILITY LITIGATION       *     SECTION L
                                   *
                                   *     JUDGE FALLON
This document relates to All Cases *
                                   *     MAGISTRATE JUDGE WILKINSON
************************************

## PLAINTIFFS DAVID AND STEPHANIE MIGUELEZ' MOTION TO ENFORCE COMPLIANCE WITH THIRD AMENDED SETTLEMENT AGREEMENT

PLAINTIFFS, DAVID AND STEPHANIE MIGUELEZ, respectfully moves this Court to enforce the Third Amended Settlement Agreement as it pertains to eligibility of PLAINTIFFS to receive a "Lump Sum Payment" and as grounds therefore states as follows in support:

Under the Third Amended Settlement Agreement (hereinafter "Settlement Agreement"), Plaintiffs are members of the Residential Owner Subclass, as defined in Section 1.1.2.1. Plaintiffs' affected property is undergoing remediation through Option Two of the Settlement Agreement. See Section 4.3.2. Plaintiffs have also made claims within this settlement.

Section 4.3.1.1. *et seq.* sets forth PLAINTIFFS' entitlement to and calculation of a "Lump Sum Payment" for owners of property with KPT drywall.

However, the Defendants have refused to provide "Lump Sum Payment" to Plaintiffs.

Counsel for PLAINTIFFS has conferred with Counsel for DEFENDANT KNAUF. DEFENDANT KNAUF objects to the relief sought.

WHEREFORE, for the above reasons, PLAINTIFFS respectfully request this Honorable Court enter an order enforcing compliance with Settlement Agreement entitling PLAINTIFFS to recover the "Lump Sum Payment" as defined by the Settlement Agreement, in the amount of

$11,961.20. Additionally, because PLAINTIFFS' counsel had to file a motion before the Court to obtain that which the PLAINTIFFS are entitled, Counsel asserts an entitlement to attorney's fees and costs.

                    Respectfully Submitted,

                    */s/ Michael J. Ryan*
                    Michael J. Ryan Florida Bar No. 975990
                    Krupnick Campbell Malone Buser Slama
                    Hancock Liberman P.A.
                    Attorneys for Plaintiff
                    12 S.E. 7 Street, Suite 801
                    Ft. Lauderdale, FL  33301
                    Ph:954-763-8181;  FAX (954) 763-8292
                    mryan@krupnicklaw.com;
                    pleadings-mjr@krupnicklaw.com

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a copy of the foregoing Motion to Enforce Compliance with Third Amended Settlement Agreement has been  emailed to  Russ Herman, Esquire, Plaintiffs' Liaison Counsel, and Kerry Miller, Esquire, Defendants' Liaison Counsel,  and upon all parties by electronically uploading the same to File and ServeXpress f/k/a Lexis Nexis File and Serve in Accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 20th day of November 2014.

                    */s/ Michael J. Ryan*

                    Michael J. Ryan Florida Bar No. 975990
                    Krupnick Campbell Malone Buser Slama
                    Hancock Liberman P.A.
                    Attorneys for Plaintiff
                    12 S.E. 7 Street, Suite 801
                    Ft. Lauderdale, FL  33301
                    Ph:  954- 763-8181; FAX (954) 763-8292
                    mryan@krupnicklaw.com
                    pleadings-mjr@krupnicklaw.com