# EXHIBIT A

**History of Property**
**Name: David and Stephanie Miguelez**
**Affected Property: 330 Cipriani Way, N. Venice. FL  34275**

One page history of the property owners' experience with Chinese drywall to include the following:

    a.   Describe whether the home was purchased new, remodeled or repaired with Chinese drywall and the date of that purchase, repair, or remodeling;

**We purchased our home from WCI Communities in December 2006. The home was brand new.**

    b.   The date the home was originally occupied after the purchase, repair, or remodeling;

**We moved in December 2006.**

    c.   Describe the family, i.e., number of children, their experience with smell(?), coughs(?), eye irritation(?), etc.

**We are a family of three (Dave, Stephanie and daughter Danielle). As we only spend limited time in the house (vacation home) we did not experience coughing or eye irritation. We did however smell an unusual smell in the house after a short time.**

    d.   Date HVAC coils, appliances, TV(s), etc. went bad and/or were replaced, repaired or serviced;

**To date we have not experienced any replacement of HVAC coils, or repair and replacement of appliances, TVs etc. We have removed almost all furnishings from the home.**

    e.   Date owners confirmed presence of Chinese drywall;

**WCI performed the first test after which we sought a professional evaluation in September of 2009 which confirmed our suspicions.**

    f.   Are you living in home or date you moved out;

**We moved out of the home in September of 2009.**

    g.   Describe alternative living circumstances, if any (rental/family member/other accommodations);

**We are living in another home that we used as a rental, therefore we are losing rental income as a result.**

    h.   Date remediation began, if applicable;

**Remediation has not begun yet.**

    i.   Date remediation was complete, if applicable. N/A

Plaintiff Profile Form - Residential Properties

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL  
PRODUCTS LIABILITY LITIGATION  
THIS DOCUMENT RELATES TO: ALL CASES  

MDL NO. 2047  
SECTION: L  
JUDGE FALLON  
MAG. JUDGE WILKINSON  

**For Internal Use Only**  
File Number  
Date Received  

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

## Section I. Property Information

Name Property Owner: Stephanie and David Miguelez  
Address of Affected Property: 330 Cipriani Way, N. Venice, FL 34275  
Is this Property:* [X] Residential  [ ] Commercial  [ ] Governmental  
Name of Person Completing this Form: Stephanie Miguelez  
Is above your primary residence? ( ) Yes  No (●)  
Mailing Address (if different): 22 Wychwood Lane, Langhorne, PA 19047  
Phone: (215) 750-1567  

*If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.  

Circle one: [ ] Owner-Occupant  [ ] Owner Only  [ ] Renter-Occupant  
Represented By: Michael J. Ryan, Esquire  
Address: Krupnick Campbell Malone et. al., 700 S.E. 3rd Avenue, Suite 100, Ft. Lauderdale, FL 33316  
Phone: (954) 763-8181  
Case No. /Docket Info: 09-7628  

## Section II. Insurance Information

Homeowner/ Renter Insurer: ASI Assurance Corp  
Policy #: FLA266290  
Agent: Oswald Trippe and Company (Sarasota) #412610  
Address: 1544 First Street, Sarasota, FL 34236  
Phone: (941) 953-6603  

+ Attach Copy of Insurance Declaration Page

## Section III. Claimant Information

| Name of Claimant | Dates Occupied Move-In | Dates Occupied Leave | Gender | Date of Birth | Are you claiming personal injuries?* Circle One | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| Stephanie Miguelez | 12/27/06 | 11/14/09 | M / [X] | 08/18/59 | (●)Yes  No( ) | Owner-Occupant |
| David Miguelez | 12/27/06 | 11/14/09 | [X] / F | 06/27/59 | (●)Yes  No( ) | Owner-Occupant |
|  | / / | / / | M / F | / / | ( )Yes  No( ) |  |
|  | / / | / / | M / F | / / | ( )Yes  No( ) |  |
|  | / / | / / | M / F | / / | ( )Yes  No( ) |  |
|  | / / | / / | M / F | / / | ( )Yes  No( ) |  |
|  | / / | / / | M / F | / / | ( )Yes  No( ) |  |
|  | / / | / / | M / F | / / | ( )Yes  No( ) |  |
|  | / / | / / | M / F | / / | ( )Yes  No( ) |  |

* Personal injuries include claims for mental anguish and medical monitoring.

Page 1

Miguelez0001

Plaintiff Profile Form - Residential Properties

### Section IV. Inspection Information

**1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?** ☒ Yes  ☐ No

**1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?** LaBarre Home Evaluations

**1.2. When did the inspection take place?** 09/17/09

**2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?** ☒ Yes  ☐ No

**2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?** Michael LaBarre- LaBarre Home Evaluations

**2.2. When was this determination made?** 09/17/09

### Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| **See below | Unknown | Unknown |
|  |  |  |
|  |  |  |

### Section VI. Home Information

| | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 2562 | | | |
| Estimated Sq. Ft. of Drywall | unknown | Occupied | | |
| Height of Interior Walls | 10 foot | Year-round | ☒ | ☐ |
| Number of Bedrooms: | 3 | Summer | ☐ | ☐ |
| Number of Bathrooms: | 2 | Winter | ☐ | ☐ |

#### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | ☐ | ☐ | ☒ |
| Copper Piping | ☒ | ☐ | ☐ |
| Copper Fixtures | ☒ | ☐ | ☐ |
| Other Fixtures | ☒ | ☐ | ☐ |
| Were repairs made to the plumbing system? | No | | |
| Dates: | | | |

#### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | ☒ | ☐ | ☐ |
| Switches | ☒ | ☐ | ☐ |
| Main Panel | ☒ | ☐ | ☐ |
| 2nd Panel | ☐ | ☐ | ☒ |
| Exposed Copper Wires | ☒ | ☐ | ☐ |
| Were repairs made to the electrical system? | ☐ | ☒ | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

### Section VII. Construction/Renovation Information

**Date Range for New Home Construction: (Month/Day/Year)**

| Start Date: | / / | Completion Date | 08/02/06 |
|---|---|---|---|
| Move in Date: | 12/27/06 | Date Acquired Home | 12/15/06 |

**Date Range for Renovations: (Month/Day/Year)**

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move in Date: | / / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | ☐ | ☐ | ☐ |
| First Floor: Full Wall of drywall replaced | ☐ | ☐ | ☐ |
| Second Floor: Any drywall replaced | ☐ | ☐ | ☐ |

### Section VIII. Homebuilder/ General Contractor/ Developer Information

**Homebuilder/ General Contractor/ Developer's Name:**

WCI Communities, Inc.

**Address:** 24301 Walden Center Drive
Bonita Springs, FL  34134

**Phone:** (800) WCI - 4486

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

### Section IX. Drywall Installer

**Drywall Installer's Name:** WCI Communities, Inc

**Address:** 24301 Walden Center Drive
Bonita Springs, FL  34134

**Phone:** (800) WCI - 4486

### Section X. Drywall Supplier

**Drywall Supplier's Name:** **See below

**Address:** _____

**Phone:** ( ) -

\* All dates are approximate
\*\* Information will be supplemented.

Plaintiff Profile Form - Residential Properties

| Section XI. Verification of Plaintiff Profile Form |

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

_David Miguelez_  12/6/09
Claimant's Signature    Date Signed

_Stephanie Miguelez_  12/6/09
Claimant's Signature    Date Signed

Claimant's Signature    Date Signed

Claimant's Signature    Date Signed

Claimant's Signature    Date Signed

Claimant's Signature    Date Signed

Page 3

Miguelez0003




ASI ASSURANCE CORP
805 Executive Center Dr W Suite 300
St. Petersburg, FL 33702
For General Inquiries:   (727) 374-2502

## Homeowners Declaration Page

| | |
|---|---|
| Total Policy Premium: | $420 |
| Policy Number: | FLA266290 |

**Named Insured:**
David Miguelez
22 WYCHWOOD LN
LANGHORNE, PA 19047

**Agent:**
Oswald Trippe and Company (Sarasota)
1544 First Street
Sarasota, FL 34236

Agent Code:                       412610
For Policy Service, Call:         (941) 953-6603
E-Mail Address:     JSikora@otc1.com

Effective Date of This Transaction:     12/18/2009

Policy Period:   From: 12/18/2009   To: 12/18/2010
(At 12:01 AM Standard Time at the residence premises)

Activity of This Transaction:   Renewal
Residence Premises:
330 CIPRIANI WAY
NORTH VENICE, FL 34275

Plan Type:   HO3

Coverage at the residence premises is provided only where a limit of liability is shown or a premium is stated.

### Coverages and Limits of Liability

| | | Limit | Premium |
|---|---|---|---|
| SECTION I: | A. Dwelling Cov | $238,000 | 5083.68 |
| | B. Other Structures Limit | $4,760 | Included |
| | C. Personal Property Limit | $119,000 | Included |
| | D. Loss of Use | $23,800 | Included |
| SECTION II: | E. Liability Limit | $300,000 | 15.00 |
| | F. Medical Payments Limit | $5,000 | 10.00 |

OTHER COVERAGES AND ENDORSEMENTS:
(Printed on the following page)

**Deductibles:**
HURRICANE:                       N/A
ALL OTHER COVERED PERILS:        $1000

**Mortgagee:**

**1st Mortgagee:**
WELLS FARGO BANK NA ISAOA, ATIMA
PO BOX 5708
SPRINGFIELD, OH 45501

**2nd Mortgagee:**

Loan #: 0070070305       Escrow: Yes

Miguelez0004

Page 2 of 3   Countersigned by Authorized Representative       St. Petersburg, Florida       Date: 10/18/2009       ASI HO 09 DEC 06 07

# Single-Family New Home Warranty

## WCI COMMUNITIES, INC.

NAME _David and Stephanie Miguelez_

LEGAL DESCRIPTION _Lot 14 Phase 4C_

ADDRESS _330 Cipriani Way_

DATE OF COMMENCEMENT _December 15, 2006_

### 1ST YEAR

The following non-load bearing portions of the Home are covered by the Warranty:

1. Roofing and sheathing
2. Drywall and plaster
3. Exterior siding
4. Brick, stone or stucco veneer
5. Floor covering material
6. Wall tile and other wall coverings
7. Non-load bearing walls and partitions
8. Concrete floors in attached garages that are built separately from foundation walls or other structural elements of the Home
9. Electrical, plumbing, heating, cooling and ventilation systems
10. Appliances, fixtures and items of equipment
11. Paint
12. Doors and windows
13. Trim
14. Cabinets
15. Hardware
16. Insulation

*Note: Manufacturers' warranties on appliances, fixtures and other items take precedence over builders' warranty and requests for service or repairs shall be made to the manufacturer.*

### 2ND YEAR

Mechanical – Exterior
1. Air conditioning & heating
2. Electrical
3. Plumbing

Mechanical – Interior
1. Cooling/heating system
2. Electrical wiring
3. Plumbing line failures

Miguelez0005



Plaintiff Profile Form - Residential Properties

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION
THIS DOCUMENT RELATES TO: ALL CASES

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

For Internal Use Only

File Number

Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

### Section I. Property Information

Name Property Owner: Miguelez, David & Stephanie
Address of Affected Property: 330 Cipriani Way
N Venice, FL 34275

Is this Property: [X] Residential  [ ] Commercial  [ ] Governmental

Name of Person Completing this Form: _____

Is above your primary residence? (•) Yes  ( ) No

Mailing Address (if different): 22 Wychwood Lane
Langhorne, PA 19047

Phone: (     )     -

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one:  [X] Owner-Occupant  [ ] Owner Only  [ ] Renter-Occupant

Represented By: Michael Ryan, Esquire
Address: Krupnick Campbell, et al.
12 SE 7th Street, Suite 801
Ft. Lauderdale, FL 33316
Phone: (954) 763 - 8181
Case No. /Docket Info: 11-1672; 11-1395; 11-1673

### Section II. Insurance Information

Homeowner/ Renter Insurer: ASI Assurance Corp.
Policy #: FLA 266290
Agent: Oswald Trippe and Company (Sarasota)
Address: 1544 First STreet
Sarasota, FL 34236
Phone: (     )     -

+ Attach Copy of Insurance Declaration Page

### Section III. Claimant Information

| Name of Claimant | Dates Occupied Move-In | Dates Occupied Leave | Gender | Date of Birth | Are you claiming personal injuries?* Circle One | Identify Claimant Status as an Owner Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| Stephanie Miguelez | 12/27/06 | 11/14/09 | M /[X]F | 8/18/59 | (•)Yes  No( ) | Owner-Occupant |
| David Miguelez | 12/27/06 | 11/14/09 | [X]M / F | 6/27/59 | (•)Yes  No( ) | Owner-Occupant |
| | / / | / / | M / F | / / | ( )Yes  No( ) | |
| | / / | / / | M / F | / / | ( )Yes  No( ) | |
| | / / | / / | M / F | / / | ( )Yes  No( ) | |
| | / / | / / | M / F | / / | ( )Yes  No( ) | |
| | / / | / / | M / F | / / | ( )Yes  No( ) | |
| | / / | / / | M / F | / / | ( )Yes  No( ) | |
| | / / | / / | M / F | / / | ( )Yes  No( ) | |
| | / / | / / | M / F | / / | ( )Yes  No( ) | |

* Personal injuries include claims for mental anguish and medical monitoring.

Page 1

Miguelez, D. 0001

Plaintiff Profile Form - Residential Properties

### Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?  ☒ Yes  ☐ No

1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?  LaBarre; Krupnick Campbell Rep;

1.2. When did the inspection take place?  9 /17 /09

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?  ☒ Yes  ☐ No

2.1. If "Yes" to Question 2.0, Section IV. Who made this determination?  In addition to above Benchmark 10/7/11; Yanes 8/9/12

2.2. When was this determination made?  4 /2 /09

### Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| KPT | China | living room; master bedroom; bedroom 2 |
|  |  | bathroom; kitchen |
| Taishan | 12 feet x 1/2 inch | den/study |

### Section VI. Home Information

| | |
|---|---|
| Approx. Sq. Ft. of House: | 2562 |
| Estimated Sq. Ft. of Drywall | tbd |
| Height of Interior Walls | 12'-18' |
| Number of Bedrooms: | 3 |
| Number of Bathrooms: | 2 |

| | Yes | No |
|---|---|---|
| Occupied | ☒ | |
| Year-round | ☒ | |
| Summer | | |
| Winter | | |

**Plumbing System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | ☒ | |
| Copper Piping | ☒ | | |
| Copper Fixtures | | | ☒ |
| Other Fixtures | | | ☒ |

Were repairs made to the plumbing system?
Dates:

**Electrical System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | ☒ | | |
| Switches | ☒ | | |
| Main Panel | | ☒ | |
| 2nd Panel | | ☒ | |
| Exposed Copper Wires | ☒ | | |

Were repairs made to the electrical system?  ☐ Yes  ☒ No
Dates:

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

### Section VII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)
Start Date: 8 / /05   Completion Date: 7 /1 /06
Move In Date: 12 /6 /06   Date Acquired Home: 12 /5 /06

Date Range for Renovations: (Month/Day/Year)
Start Date: / /   Completion Date: / /
Move In Date: / /

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | |
| First Floor: Full Wall of drywall replaced | | | |
| Second Floor: Any drywall replaced | | | |

### Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:
WCI
Address: 24301 Walden Center Drive
Bonita Springs, FL 34134

Phone: (   )   -

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

### Section IX. Drywall Installer

Drywall Installer's Name: Unknown
Address:

Phone: (   )   -

### Section X. Drywall Supplier

Drywall Supplier's Name: Possible Banner Supply
Address: 7195 NW 30 Street
Miami, FL 33122

Phone: (   )   -

Page 2

Miguelez, D. 0002

Plaintiff Profile Form - Residential Properties

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

_Stephanie Miguelez_ 10-29-12
Claimant's Signature / Date Signed

Claimant's Signature / Date Signed

_D. Miguelez_ 10-29-12
Claimant's Signature / Date Signed

Claimant's Signature / Date Signed

Claimant's Signature / Date Signed

Claimant's Signature / Date Signed

Page 3

Miguelez, D. 0003



ASI ASSURANCE CORP
P.O. Box 33018
Saint Petersburg, FL 33733-8018



## Renewal Premium Notice

David Miguelez
22 WYCHWOOD LN
LANGHORNE, PA 19047

AgentID: 412610
BB&T - Oswald Trippe and Company
P. O. Box 60139
Fort Myers, FL 33906-6139
(941) 953-6603

POLICY NUMBER:   FLA266290
POLICY HOLDER:   David Miguelez
PROPERTY LOCATION:
330 CIPRIANI WAY NORTH VENICE, FL 34275

POLICY TYPE:                Homeowners
POLICY INCEPTION DATE:      12/18/2011
NOTICE DATE:                10/18/2011

Dear PolicyHolder:

We are pleased to enclose a renewal offer for your policy. Please pay the amount shown below in order to continue coverage. Since a service fee is added for each installment, you can save money by paying the total amount due. Thank you for allowing ASI to serve your insurance needs. We appreciate your business.

Florida Statute 627.4133(7)(a)1 requires insurers to provide the dollar amount of premium charged for assessments. The renewal premium shown below includes the following:

| | | | |
|---|---|---|---|
| Florida Hurricane Catastrophe Fund | $6.39 | Citizens Property Insurance Corporation | $0.00 |
| Florida Insurance Guaranty Association | $0.00 | Citizens Property Insurance Corporation Emergency | $4.91 |

Florida Statute 627.4133(7)(a)2 requires insurers to provide the dollar amount of premium increase due to an approved rate increase and the dollar amount of premium increase due to coverage changes. The renewal premium shown below includes the following:

    $64.00  Increase   due to a rate revision approved by the Florida Office of Insurance Regulation
    $0.00   Increase due to a change in coverage

Your policy consists of a Hurricane and Non-hurricane premium. The renewal premium shown below includes the following:

    Hurricane Premium         $0.00
    Non-hurricane Premium     $505.00

**Payor:**  WELLS FARGO BANK NA ISAOA, ATIMA
PO BOX 5708
SPRINGFIELD, OH 45501
Loan #: 0070076305

**Make Checks Payable and Mail To:**
ASI Underwriters
P.O. Box 33018
St. Petersburg, FL 33733-8018

*DETACH HERE AND RETURN BOTTOM PORTION WITH YOUR PAYMENT TO ASI*

1 Pay Amount:                                           $505.00
2 Pay, Down Payment:                                    $289.90
    Pay Plan Fee of  $9.00  is added to each addtl payment

4 Pay, Down Payment:                                    $175.18
    Pay Plan Fee of  $6.00  is added to each addtl payment

Policy Number
FLA266290

Insured
David Miguelez

Agent
BB&T - Oswald Trippe and Company

Minimum Amount Due:   $175.18
Total Amount Due:     $505.00

Due Date:   12/18/2011

10/18/2011    4:39:01AM

ASI RNP 06 07

Miguelez, D. 0005

November 7, 2014

To Whom It May Concern-

The document provided to the Plaintiff Steering Committee erroneously recorded our Lost Rental Revenue. The Cipriani property was never a rental property. The statement we made presupposed a rental of the property if the Padova property could not be rented. Cipriani is our permanent Florida residence, whereas Padova is our rental property.

Sincerely,

Stephanie and David Miguelez

Venetian Golf and River Club
330 Cipriani Way
North Venice, FL  34275

Lump Sum Payment Eligibility Form

# CHINESE DRYWALL
## LUMP SUM PAYMENT ELIGIBILITY FORM

KPT Property Owners who are members of the Residential Owner Subclass may be eligible to receive the applicable Other Covered Expenses including the Lump Sum Payment. Members of the Commercial Owner Subclass are not eligible to receive the Other Covered Expenses including the Lump Sum Payment. This instruction is provided to guide the KPT Property Owner and his/her counsel through confirming membership among the Residential and Commercial Owner Subclasses. Answer the questions below as they apply to the KPT Property Owner and the Affected Property. All questions require an answer. Select all that apply.

In order to receive the Lump Sum Payment, you must submit the completed Lump Sum Payment Eligibility Form to BrownGreer through the Chinese Drywall secure web portal or by emailing it to DrywallRemediation@browngreer.com. If you do not have access to the internet, you may send it by mail to:

Remediation Program Administrator
250 Rocketts Way
Richmond, Virginia 23231

### SECTION A. HOMEOWNER INFORMATION

| | | |
|---|---|---|
| 1. | Property Owner Name(s) | Last, First, Middle: Miguelez, David<br>Last, First, Middle: Miguelez, Stephanie |
| 2. | Affected Property Address | Street: 330 Cipriani Way<br>City: North Venice   State: FL   Zip: 34275 |
| 3. | Primary Counsel | Michael J. Ryan |
| 4. | Purchase Date | On what date, did the owner purchase the affected property?<br>12 / __ / 06  (month) (day) (year) |
| 5. | Occupancy Dates | List the date range for which the owner resided in the affected property, or check the box below if the owner did not reside in the affected property.<br>12 / __ / 06 through 9 / __ / 09<br>(month) (day) (year)       (month) (day) (year)<br>☐ Owner did not reside in the affected property. |
| 6. | Discovery of Chinese Drywall | On what date, did the owner become aware of the presence of Chinese Drywall in the affected property?<br>8 / 9 / 12  (month) (day) (year) |

#431151v5
9/12/13

1

Lump Sum Payment Eligibility Form

## CHINESE DRYWALL
## LUMP SUM PAYMENT ELIGIBILITY FORM

| 7. | Current Use | How is the affected property currently used by the owner?<br><br>☐ Primary Residence<br>☐ Secondary Residence<br>■ Vacation Property<br>☐ Rental Property<br>☐ Investment Property<br>☐ Business<br>☐ Vacant (If vacant, you must select a Prior Use Type)<br>☐ Other _____ |
| --- | --- | --- |
| 8. | Prior Use | How was the property used by the owner prior to the discovery of Chinese Drywall?<br><br>☐ Primary Residence<br>☐ Secondary Residence<br>■ Vacation Property<br>☐ Rental Property<br>☐ Investment Property<br>☐ Business<br>☐ Vacant (If vacant, provide additional information below)<br>☐ Other _____ |
| 9. | Additional Information | |

### SECTION B. CERTIFICATION BY HOMEOWNER OR COUNSEL

By my signature below, I represent and warrant, on behalf of the Homeowner or Counsel identified below, that all information provided on this form is true and correct to the best of my knowledge.

| 10. | Signature | *David Miguelez* | Date | 7/2/14 (month) (day) (year) |
| --- | --- | --- | --- | --- |
| 11. | Printed Name | First: DAVID  MI  Last: Miguelez | | |
| 12. | Firm Name | | | |

#431151v5
9/12/13

2