# EXHIBIT B

# BETH ANN BROWN, P.C.

## CERTIFIED PUBLIC ACCOUNTANT

November 13, 2014


RE:  David & Stephanie Miguelez
     Florida Properties

To Whom It May Concern,

I have been preparing the Individual Income tax returns for David & Stephanie Miguelez for over 20 years.

Mr. & Mrs. Miguelez purchased a property at 186 Padova Way, North Venice FL on 2/1/05. They have rented this property for a portion of the year since 2005 as the attached Schedule E from their Form 1040's from 2005 thru 2013 will show.

Mr. & Mrs. Miguelez purchased a second property at 330 Cipriani Way, North Venice FL on 12/15/06 to be used 100% as a personal vacation property. This property was never rented, but was used personally until it became uninhabitable.

If you should require any additional information, please feel free to contact me.

Sincerely,

Betsy Brown, CPA

enc

3737 Pickertown Road, Chalfont, PA 18914    p  215.822.2811    f  215.822.0714    e-mail  babcpa22@msn.com

| SCHEDULE E (Form 1040) | Supplemental Income and Loss | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | (From rental real estate, royalties, partnerships, S corporations, estates, trusts, REMICs, etc)<br>► Attach to Form 1040 or Form 1041.<br>► See Instructions for Schedule E (Form 1040). | **2005**<br>Attachment Sequence No. **13** |

Name(s) shown on return: DAVID J & STEPHANIE MIGUELEZ

Your social security number: 

## Part I — Income or Loss From Rental Real Estate and Royalties

Note. If you are in the business of renting personal property, use **Schedule C** or **C-EZ** (see instructions). Report farm rental income or loss from **Form 4835** on page 2, line 40.

**1** List the type and location of each **rental real estate property**:

A HOUSE
  NORTH VENICE FLORIDA
B
C

**2** For each rental real estate property listed on line 1, did you or your family use it during the tax year for personal purposes for more than the greater of:
- 14 days, or
- 10% of the total days rented at fair rental value? (See instructions.)

|   | Yes | No |
|---|---|---|
| A |   | X |
| B |   |   |
| C |   |   |

| | | Properties | | | Totals |
|---|---|---|---|---|---|
| | | A | B | C | (Add columns A, B, and C.) |
| **Income:** | | | | | |
| 3  Rents received | 3 | 6,198. | | | 3    6,198. |
| 4  Royalties received | 4 | | | | 4 |
| **Expenses:** | | | | | |
| 5  Advertising | 5 | | | | |
| 6  Auto and travel (see instructions) | 6 | | | | |
| 7  Cleaning and maintenance | 7 | | | | |
| 8  Commissions | 8 | 750. | | | |
| 9  Insurance | 9 | 489. | | | |
| 10  Legal and other professional fees | 10 | | | | |
| 11  Management fees | 11 | | | | |
| 12  Mortgage interest paid to banks, etc (see instructions) | 12 | 1,146. | | | 12    1,146. |
| 13  Other interest | 13 | | | | |
| 14  Repairs | 14 | | | | |
| 15  Supplies | 15 | | | | |
| 16  Taxes | 16 | 574. | | | |
| 17  Utilities | 17 | 889. | | | |
| 18  Other (list) ► Other indirect expenses | 18 | 1,866. | | | |
| 19  Add lines 5 through 18 | 19 | 5,714. | | | 19    5,714. |
| 20  Depreciation expense or depletion (see instructions) | 20 | 484. | | | 20    484. |
| 21  Total expenses. Add lines 19 and 20 | 21 | 6,198. | | | |
| 22  Income or (loss) from rental real estate or royalty properties. Subtract line 21 from line 3 (rents) or line 4 (royalties). If the result is a (loss), see instructions to find out if you must file **Form 6198** | 22 | 0. | | | |
| 23  Deductible rental real estate loss. **Caution.** Your rental real estate loss on line 22 may be limited. See instructions to find out if you must file **Form 8582**. Real estate professionals must complete line 43 on page 2 | 23 | 0. | | | |
| 24  **Income.** Add positive amounts shown on line 22. **Do not** include any losses | | | | | 24 |
| 25  **Losses.** Add royalty losses from line 22 and rental real estate losses from line 23. Enter total losses here | | | | | 25    0. |
| 26  **Total rental real estate and royalty income or (loss).** Combine lines 24 and 25. Enter the result here. If Parts II, III, IV, and line 40 on page 2 do not apply to you, also enter this amount on Form 1040, line 17. Otherwise, include this amount in the total on line 41 on page 2 ..... N.P.A ....................... 0. | | | | | 26    0. |

BAA  For Paperwork Reduction Act Notice, see instructions.                                Schedule **E** (Form 1040) 2005

FDIZ2301   11/14/05

| SCHEDULE E | Supplemental Income and Loss | OMB No. 1545-0074 |
|---|---|---|
| (Form 1040) | (From rental real estate, royalties, partnerships, S corporations, estates, trusts, REMICs, etc) | **2006** |
| Department of the Treasury Internal Revenue Service (99) | ► Attach to Form 1040, 1040NR, or Form 1041. ► See Instructions for Schedule E (Form 1040). | Attachment Sequence No. **13** |

Name(s) shown on return: DAVID J & STEPHANIE MIGUELEZ

Your social security number:

## Part I — Income or Loss From Rental Real Estate and Royalties

Note. If you are in the business of renting personal property, use **Schedule C** or **C-EZ** (see instructions). Report farm rental income or loss from **Form 4835** on page 2, line 40.

1 List the type and location of each **rental real estate property**:

- A   HOUSE / NORTH VENICE FLORIDA
- B
- C

2 For each rental real estate property listed on line 1, did you or your family use it during the tax year for personal purposes for more than the greater of:
- 14 days, or
- 10% of the total days rented at fair rental value?
(See instructions.)

| | Yes | No |
|---|---|---|
| A | | X |
| B | | |
| C | | |

| Income: | | | Properties A | B | C | Totals (Add columns A, B, and C.) |
|---|---|---|---|---|---|---|
| 3 | Rents received | 3 | | | | 3 |
| 4 | Royalties received | 4 | | | | 4 |
| **Expenses:** | | | | | | |
| 5 | Advertising | 5 | | | | |
| 6 | Auto and travel (see instructions) | 6 | | | | |
| 7 | Cleaning and maintenance | 7 | | | | |
| 8 | Commissions | 8 | | | | |
| 9 | Insurance | 9 | | | | |
| 10 | Legal and other professional fees | 10 | | | | |
| 11 | Management fees | 11 | | | | |
| 12 | Mortgage interest paid to banks, etc (see instructions) | 12 | | | | 12 |
| 13 | Other interest | 13 | | | | |
| 14 | Repairs | 14 | | | | |
| 15 | Supplies | 15 | | | | |
| 16 | Taxes | 16 | | | | |
| 17 | Utilities | 17 | | | | |
| 18 | Other (list) ► | 18 | | | | |
| 19 | Add lines 5 through 18 | 19 | | | | 19 |
| 20 | Depreciation expense or depletion (see instructions) | 20 | 4,727. | | | 20    4,727. |
| 21 | Total expenses. Add lines 19 and 20 | 21 | 4,727. | | | |
| 22 | Income or (loss) from rental real estate or royalty properties. Subtract line 21 from line 3 (rents) or line 4 (royalties). If the result is a (loss), see instructions to find out if you must file **Form 6198** | 22 | -4,727. | | | |
| 23 | Deductible rental real estate loss. **Caution.** Your rental real estate loss on line 22 may be limited. See instructions to find out if you must file **Form 8582**. Real estate professionals must complete line 43 on page 2 | 23 | 0. | | | |
| 24 | **Income.** Add positive amounts shown on line 22. **Do not** include any losses | | | | | 24 |
| 25 | **Losses.** Add royalty losses from line 22 and rental real estate losses from line 23. Enter total losses here | | | | | 25    0. |
| 26 | Total rental real estate and royalty income or (loss). Combine lines 24 and 25. Enter the result here. If Parts II, III, IV, and line 40 on page 2 do not apply to you, also enter this amount on Form 1040, line 17, or Form 1040NR, line 18. Otherwise, include this amount in the total on line 41 on page 2 | | | | | 26    0. |

BAA For Paperwork Reduction Act Notice, see instructions.   FDIZ2301   08/02/06     Schedule **E** (Form 1040) 2006

**SCHEDULE E**
(Form 1040)
Department of the Treasury
Internal Revenue Service

**Supplemental Income and Loss**
(From rental real estate, royalties, partnerships, S corporations, estates, trusts, REMICs, etc)
► Attach to Form 1040, 1040NR, or Form 1041.
► See Instructions for Schedule E (Form 1040).

OMB No. 1545-0074

**2007**

Attachment Sequence No. **13**

Name(s) shown on return: DAVID J & STEPHANIE MIGUELEZ

Your social security number:

## Part I — Income or Loss From Rental Real Estate and Royalties

Note. If you are in the business of renting personal property, use Schedule C or C-EZ (see instructions). If you are an individual, report farm rental income or loss from Form 4835 on page 2, line 40.

**1** List the type and location of each rental real estate property:
- A: HOUSE, NORTH VENICE FLORIDA
- B:
- C:

**2** For each rental real estate property listed on line 1, did you or your family use it during the tax year for personal purposes for more than the greater of:
- 14 days, or
- 10% of the total days rented at fair rental value? (See instructions.)

| | Yes | No |
|---|---|---|
| A | | X |
| B | | |
| C | | |

| | | | Properties | | | Totals |
| | | | A | B | C | (Add columns A, B, and C.) |
|---|---|---|---|---|---|---|
| **Income:** | | | | | | |
| 3 | Rents received | 3 | 8,000. | | | 3 — 8,000. |
| 4 | Royalties received | 4 | | | | 4 |
| **Expenses:** | | | | | | |
| 5 | Advertising | 5 | | | | |
| 6 | Auto and travel (see instructions) | 6 | 780. | | | |
| 7 | Cleaning and maintenance | 7 | | | | |
| 8 | Commissions | 8 | | | | |
| 9 | Insurance | 9 | 1,400. | | | |
| 10 | Legal and other professional fees | 10 | | | | |
| 11 | Management fees | 11 | | | | |
| 12 | Mortgage interest paid to banks, etc (see instructions) | 12 | 8,744. | | | 12 — 8,744. |
| 13 | Other interest | 13 | | | | |
| 14 | Repairs | 14 | | | | |
| 15 | Supplies | 15 | | | | |
| 16 | Taxes | 16 | 3,454. | | | |
| 17 | Utilities | 17 | 1,800. | | | |
| 18 | Other (list) ► ASSOCIATION FEES | 18 | 4,300. | | | |
| 19 | Add lines 5 through 18 | 19 | 20,478. | | | 19 — 20,478. |
| 20 | Depreciation expense or depletion (see instructions) | 20 | 4,727. | | | 20 — 4,727. |
| 21 | Total expenses. Add lines 19 and 20 | 21 | 25,205. | | | |
| 22 | Income or (loss) from rental real estate or royalty properties. Subtract line 21 from line 3 (rents) or line 4 (royalties). If the result is a (loss), see instructions to find out if you must file Form 6198 | 22 | −17,205. | | | |
| 23 | Deductible rental real estate loss. Caution. Your rental real estate loss on line 22 may be limited. See instructions to find out if you must file Form 8582. Real estate professionals must complete line 43 on page 2 | 23 | −8,307. | | | |
| 24 | Income. Add positive amounts shown on line 22. Do not include any losses | | | | | 24 |
| 25 | Losses. Add royalty losses from line 22 and rental real estate losses from line 23. Enter total losses here | | | | | 25 — −8,307. |
| 26 | Total rental real estate and royalty income or (loss). Combine lines 24 and 25. Enter the result here. If Parts II, III, IV, and line 40 on page 2 do not apply to you, also enter this amount on Form 1040, line 17, or Form 1040NR, line 18. Otherwise, include this amount in the total on line 41 on page 2 | | | | | 26 — −8,307. |

BAA For Paperwork Reduction Act Notice, see instructions.   FDIZ2301   11/07/07

Schedule **E** (Form 1040) 2007

| SCHEDULE E (Form 1040) Department of the Treasury Internal Revenue Service (99) | Supplemental Income and Loss (From rental real estate, royalties, partnerships, S corporations, estates, trusts, REMICs, etc) ► Attach to Form 1040, 1040NR, or Form 1041. ► See Instructions for Schedule E (Form 1040). | OMB No. 1545-0074 **2008** Attachment Sequence No. **13** |
|---|---|---|

Name(s) shown on return: DAVID J & STEPHANIE MIGUELEZ

Your social security number:

## Part I — Income or Loss From Rental Real Estate and Royalties

Note. If you are in the business of renting personal property, use Schedule C or C-EZ (see instructions). If you are an individual, report farm rental income or loss from Form 4835 on page 2, line 40.

1  List the type and address of each **rental real estate property**:
- A  HOUSE / NORTH VENICE FLORIDA
- B
- C

2  For each rental real estate property listed on line 1, did you or your family use it during the tax year for personal purposes for more than the greater of:
- 14 days, or
- 10% of the total days rented at fair rental value? (See instructions.)

|   | Yes | No |
|---|---|---|
| A |   | X |
| B |   |   |
| C |   |   |

| | | | Properties | | | Totals (Add columns A, B, and C.) |
|---|---|---|---|---|---|---|
| **Income:** | | | A | B | C | |
| 3 | Rents received | 3 | 5,331. | | | 3  5,331. |
| 4 | Royalties received | 4 | | | | 4 |
| **Expenses:** | | | | | | |
| 5 | Advertising | 5 | | | | |
| 6 | Auto and travel (see instructions) | 6 | 903. | | | |
| 7 | Cleaning and maintenance | 7 | 355. | | | |
| 8 | Commissions | 8 | | | | |
| 9 | Insurance | 9 | 1,700. | | | |
| 10 | Legal and other professional fees | 10 | | | | |
| 11 | Management fees | 11 | 1,046. | | | |
| 12 | Mortgage interest paid to banks, etc (see instructions) | 12 | 8,613. | | | 12  8,613. |
| 13 | Other interest | 13 | | | | |
| 14 | Repairs | 14 | 93. | | | |
| 15 | Supplies | 15 | | | | |
| 16 | Taxes | 16 | 3,202. | | | |
| 17 | Utilities | 17 | 843. | | | |
| 18 | Other (list) ► ASSOCIATION FEES / LEASE PREP FEE / CLUB DUES | 18 | 3,000. / 50. / 1,599. | | | |
| 19 | Add lines 5 through 18 | 19 | 21,404. | | | 19  21,404. |
| 20 | Depreciation expense or depletion (see instructions) | 20 | 4,727. | | | 20  4,727. |
| 21 | Total expenses. Add lines 19 and 20 | 21 | 26,131. | | | |
| 22 | Income or (loss) from rental real estate or royalty properties. Subtract line 21 from line 3 (rents) or line 4 (royalties). If the result is a (loss), see instructions to find out if you must file **Form 6198** | 22 | -20,800. | | | |
| 23 | Deductible rental real estate loss. **Caution.** Your rental real estate loss on line 22 may be limited. See instructions to find out if you must file **Form 8582**. Real estate professionals must complete line 43 on page 2 | 23 | 0. | | | |
| 24 | Income. Add positive amounts shown on line 22. **Do not** include any losses | | | | | 24 |
| 25 | Losses. Add royalty losses from line 22 and rental real estate losses from line 23. Enter total losses here | | | | | 25  0. |
| 26 | Total rental real estate and royalty income or (loss). Combine lines 24 and 25. Enter the result here. If Parts II, III, IV, and line 40 on page 2 do not apply to you, also enter this amount on Form 1040, line 17, or Form 1040NR, line 18. Otherwise, include this amount in the total on line 41 on page 2 | | | | | 26  0. |

BAA  For Paperwork Reduction Act Notice, see instructions.   FDIZ2301   11/08/08    Schedule E (Form 1040) 2008

**SCHEDULE E**
(Form 1040)
Department of the Treasury
Internal Revenue Service (99)

# Supplemental Income and Loss
(From rental real estate, royalties, partnerships,
S corporations, estates, trusts, REMICs, etc)
► Attach to Form 1040, 1040NR, or Form 1041.
► See Instructions for Schedule E (Form 1040).

OMB No. 1545-0074

**2009**

Attachment Sequence No. **13**

Name(s) shown on return: DAVID J & STEPHANIE MIGUELEZ

Your social security number:

## Part I — Income or Loss From Rental Real Estate and Royalties
Note. If you are in the business of renting personal property, use Schedule C or C-EZ (see instructions). If you are an individual, report farm rental income or loss from **Form 4835** on page 2, line 40.

**1** List the type and address of each **rental real estate property**:

- A  HOUSE
     NORTH VENICE FLORIDA
- B  RESIDENTIAL RENTAL 33.33%
     720 WESLEY AVE APT 202   OCEAN CITY, NJ 08226
- C

**2** For each rental real estate property listed on line 1, did you or your family use it during the tax year for personal purposes for more than the greater of:
- 14 days, **or**
- 10% of the total days rented at fair rental value?
(See instructions.)

|   | Yes | No |
|---|-----|----|
| A |     | X  |
| B |     | X  |
| C |     |    |

| | | Properties | | | | Totals |
|---|---|---|---|---|---|---|
| | | A | B | C | | (Add columns A, B, and C.) |
| **Income:** | | | | | | |
| 3  Rents received | 3 | 7,000. | 1,433. | | 3 | 8,433. |
| 4  Royalties received | 4 | | | | 4 | |
| **Expenses:** | | | | | | |
| 5  Advertising | 5 | | | | | |
| 6  Auto and travel (see instructions) | 6 | | 132. | | | |
| 7  Cleaning and maintenance | 7 | | | | | |
| 8  Commissions | 8 | | | | | |
| 9  Insurance | 9 | 1,336. | 110. | | | |
| 10 Legal and other professional fees | 10 | | | | | |
| 11 Management fees | 11 | 1,400. | | | | |
| 12 Mortgage interest paid to banks, etc (see instructions) | 12 | 8,473. | | | 12 | 8,473. |
| 13 Other interest | 13 | | | | | |
| 14 Repairs | 14 | 202. | | | | |
| 15 Supplies | 15 | | | | | |
| 16 Taxes | 16 | 2,367. | 600. | | | |
| 17 Utilities | 17 | | 250. | | | |
| 18 Other (list) ► ASSOCIATION FEES / CLUB DUES / CONDO FEES | 18 | 3,000. / 1,599. | 817. | | | |
| 19 Add lines 5 through 18 | 19 | 18,377. | 1,909. | | 19 | 20,286. |
| 20 Depreciation expense or depletion (see instructions) | 20 | 4,727. | 2,434. | | 20 | 7,161. |
| 21 Total expenses. Add lines 19 and 20 | 21 | 23,104. | 4,343. | | | |
| 22 Income or (loss) from rental real estate or royalty properties. Subtract line 21 from line 3 (rents) or line 4 (royalties). If the result is a (loss), see instructions to find out if you must file **Form 6198** | 22 | -16,104. | -2,910. | | | |
| 23 Deductible rental real estate loss. **Caution.** Your rental real estate loss on line 22 may be limited. See instructions to find out if you must file **Form 8582.** Real estate professionals must complete line 43 on page 2 | 23 | 0. | 0. | | | |
| 24 Income. Add positive amounts shown on line 22. **Do not** include any losses | | | | | 24 | 0. |
| 25 Losses. Add royalty losses from line 22 and rental real estate losses from line 23. Enter total losses here | | | | | 25 | 0. |
| 26 Total rental real estate and royalty income or (loss). Combine lines 24 and 25. Enter the result here. If Parts II, III, IV, and line 40 on page 2 do not apply to you, also enter this amount on Form 1040, line 17, or Form 1040NR, line 18. Otherwise, include this amount in the total on line 41 on page 2 | | | | | 26 | 0. |

BAA  For Paperwork Reduction Act Notice, see instructions.   FDIZ2301  06/24/09   Schedule **E** (Form 1040) 2009

| SCHEDULE E (Form 1040) Department of the Treasury Internal Revenue Service (99) | Supplemental Income and Loss (From rental real estate, royalties, partnerships, S corporations, estates, trusts, REMICs, etc) ► Attach to Form 1040, 1040NR, or Form 1041. ► See Instructions for Schedule E (Form 1040). | OMB No. 1545-0074 **2010** Attachment Sequence No. **13** |
|---|---|---|

Name(s) shown on return: DAVID J & STEPHANIE MIGUELEZ

Your social security number: ____

### Part I  Income or Loss From Rental Real Estate and Royalties
Note. If you are in the business of renting personal property, use Schedule C or C-EZ (see instructions). If you are an individual, report farm rental income or loss from Form 4835 on page 2, line 40.

**1** List the type and address of each **rental real estate property**:

A  HOUSE  
   186 PADOVA WAY  
B  RESIDENTIAL RENTAL 33.33%  
   720 WESLEY AVE APT 202   OCEAN CITY, NJ 08226  
C  

**2** For each rental real estate property listed on line 1, did you or your family use it during the tax year for personal purposes for more than the greater of:
- 14 days, or
- 10% of the total days rented at fair rental value?
(See instructions.)

|   | Yes | No |
|---|---|---|
| A |   | X |
| B |   | X |
| C |   |   |

| | | Properties | | | Totals |
| | | A | B | C | (Add columns A, B, and C.) |
|---|---|---|---|---|---|
| **Income:** | | | | | |
| 3  Rents received | 3 | 7,500. | 1,319. | | 3  8,819. |
| 4  Royalties received | 4 | | | | 4 |
| **Expenses:** | | | | | |
| 5  Advertising | 5 | | | | |
| 6  Auto and travel (see instructions) | 6 | | | | |
| 7  Cleaning and maintenance | 7 | | | | |
| 8  Commissions | 8 | | | | |
| 9  Insurance | 9 | 316. | 110. | | |
| 10 Legal and other professional fees | 10 | | | | |
| 11 Management fees | 11 | | | | |
| 12 Mortgage interest paid to banks, etc (see instructions) | 12 | 2,052. | | | 12  2,052. |
| 13 Other interest | 13 | | | | |
| 14 Repairs | 14 | | | | |
| 15 Supplies | 15 | | 8. | | |
| 16 Taxes | 16 | 603. | 564. | | |
| 17 Utilities | 17 | | 213. | | |
| 18 Other (list) ► ASSOCIATION FEES CLUB DUES CONDO FEES ASSESSMENTS | 18 | 3,000. 1,529. | 800. 400. | | |
| 19 Add lines 5 through 18 | 19 | 7,500. | 2,095. | | 19  9,595. |
| 20 Depreciation expense or depletion (see instructions) | 20 | 0. | 2,539. | | 20  2,539. |
| 21 Total expenses. Add lines 19 and 20 | 21 | 7,500. | 4,634. | | |
| 22 Income or (loss) from rental real estate or royalty properties. Subtract line 21 from line 3 (rents) or line 4 (royalties). If the result is a (loss), see instructions to find out if you must file Form 6198 | 22 | 0. | -3,315. | | |
| 23 Deductible rental real estate loss. Caution. Your rental real estate loss on line 22 may be limited. See instructions to find out if you must file Form 8582. Real estate professionals must complete line 43 on page 2 | 23 | -41,451. | -5,107. | | |
| 24 Income. Add positive amounts shown on line 22. Do not include any losses | | | | | 24 |
| 25 Losses. Add royalty losses from line 22 and rental real estate losses from line 23. Enter total losses here | | | | | 25  -46,558. |
| 26 Total rental real estate and royalty income or (loss). Combine lines 24 and 25. Enter the result here. If Parts II, III, IV, and line 40 on page 2 do not apply to you, also enter this amount on Form 1040, line 17, or Form 1040NR, line 18. Otherwise, include this amount in the total on line 41 on page 2 | | | | | 26  -46,558. |

BAA  For Paperwork Reduction Act Notice, see your tax return instructions.   FDIZ2301   06/25/10   Schedule **E** (Form 1040) 2010

# SCHEDULE E
## (Form 1040)

Department of the Treasury
Internal Revenue Service (99)

# Supplemental Income and Loss
(From rental real estate, royalties, partnerships, S corporations, estates, trusts, REMICs, etc)
► Attach to Form 1040, 1040NR, or Form 1041.
► See separate instructions.

OMB No. 1545-0074

## 2011

Attachment Sequence No. **13**

Name(s) shown on return: **DAVID J & STEPHANIE MIGUELEZ**

Your social security number:

**A** Did you make any payments in 2011 that would require you to file Form(s) 1099? (see instructions) ............ Yes [ ] No [X]
**B** If 'Yes,' did you or will you file all required Forms 1099? ........................................................ Yes [ ] No [ ]

### Part I — Income or Loss From Rental Real Estate and Royalties
Note. If you are in the business of renting personal property, use Schedule C or C-EZ (see instructions). If you are an individual, report farm rental income or loss from Form 4835 on page 2, line 40.

Caution. For each rental property listed on line 1, check the box in the last column only if you owned that property as a member of a qualified joint venture (QJV) reporting income not subject to self-employment tax.

| 1 | Physical address of each property — street, city, state, zip | Type – from list below | 2 For each rental real estate property listed, report the number of days rented at fair rental value and days with personal use. See instructions. | | Fair Rental Days | Personal use Days | QJV |
|---|---|---|---|---|---|---|---|
| A | 186 PADOVA WAY, NORTH VENICE, FL 34275 | 1 | | A | 90 | 30 | |
| B | 720 WESLEY AVE APT 202, OCEAN CITY, NJ 08226 | 1 | | B | 125 | 6 | |
| C | | | | C | | | |

**Type of Property:**
1 Single Family Residence  3 Vacation/Short-Term Rental  5 Land  7 Self-Rental
2 Multi-Family Residence  4 Commercial  6 Royalties  8 Other (describe)

| | | | Properties | | |
|---|---|---|---|---|---|
| | | | A | B | C |
| **Income:** | | | | | |
| 3a | Merchant card and third party payments. For 2011, enter -0- | 3a | 0. | 0. | |
| b | Payments not reported to you on line 3a | 3b | 6,000. | 1,759. | |
| 4 | Total not including amounts on line 3a that are not income (see instructions) | 4 | 6,000. | 1,759. | |
| **Expenses:** | | | | | |
| 5 | Advertising | 5 | | | |
| 6 | Auto and travel (see instructions) | 6 | | | |
| 7 | Cleaning and maintenance | 7 | | | |
| 8 | Commissions | 8 | | | |
| 9 | Insurance | 9 | | 118. | |
| 10 | Legal and other professional fees | 10 | | | |
| 11 | Management fees | 11 | 900. | | |
| 12 | Mortgage interest paid to banks, etc (see instructions) | 12 | 2,014. | | |
| 13 | Other interest | 13 | | | |
| 14 | Repairs | 14 | | 27. | |
| 15 | Supplies | 15 | | 91. | |
| 16 | Taxes | 16 | 629. | 552. | |
| 17 | Utilities | 17 | | 300. | |
| 18 | Depreciation expense or depletion | 18 | 0. | 2,547. | |
| 19 | Other (list) ► See Line 19 Other Expenses | 19 | 3,406. | 1,167. | |
| 20 | Total expenses. Add lines 5 through 19 | 20 | 6,949. | 4,802. | |
| 21 | Subtract line 20 from line 4. If result is a (loss), see instructions to find out if you must file Form 6198 | 21 | -949. | -3,043. | |
| 22 | Deductible rental real estate loss after limitation, if any, on Form 8582 (see instructions) | 22 | -10,027. | -4,161. | |

| 23a | Total of all amounts reported on line 3a for all rental properties | 23a | 0. |
| b | Total of all amounts reported on line 3a for all royalty properties | 23b | |
| c | Total of all amounts reported on line 4 for all rental properties | 23c | 7,759. |
| d | Total of all amounts reported on line 4 for all royalty properties | 23d | |
| e | Total of all amounts reported on line 12 for all properties | 23e | 2,014. |
| f | Total of all amounts reported on line 18 for all properties | 23f | 2,547. |
| g | Total of all amounts reported on line 20 for all properties | 23g | 11,751. |

| 24 | Income. Add positive amounts shown on line 21. **Do not** include any losses | 24 | |
| 25 | Losses. Add royalty losses from line 21 and rental real estate losses from line 22. Enter total losses here | 25 | -14,188. |
| 26 | Total rental real estate and royalty income or (loss). Combine lines 24 and 25. Enter the result here. If Parts II, III, IV, and line 40 on page 2 do not apply to you, also enter this amount on Form 1040, line 17, or Form 1040NR, line 18. Otherwise, include this amount in the total on line 41 on page 2 ........................... NPA  -949. | 26 | -14,188. |

BAA  For Paperwork Reduction Act Notice, see instructions.   FDIZ2301  11/22/11   Schedule **E** (Form 1040) 2011

# SCHEDULE E
### (Form 1040)
Department of the Treasury
Internal Revenue Service (99)

## Supplemental Income and Loss
(From rental real estate, royalties, partnerships,
S corporations, estates, trusts, REMICs, etc)
► Attach to Form 1040, 1040NR, or Form 1041.
► Information about Schedule E and its separate instructions is at *www.irs.gov/form1040*.

OMB No. 1545-0074

**2012**

Attachment Sequence No. **13**

Name(s) shown on return: DAVID J & STEPHANIE MIGUELEZ

Your social security number:

### Part I  Income or Loss From Rental Real Estate and Royalties
Note. If you are in the business of renting personal property, use Schedule C or C-EZ (see instructions). If you are an individual, report farm rental income or loss from **Form 4835** on page 2, line 40.

**A** Did you make any payments in 2012 that would require you to file Form(s) 1099? (see instructions) .......... ☐ Yes  ☒ No
**B** If 'Yes,' did you or will you file required Forms 1099? .......... ☐ Yes  ☐ No

**1a** Physical address of each property (street, city, state, ZIP code)
A  186 PADOVA WAY, NORTH VENICE, FL 34275
B  720 WESLEY AVE APT 202, OCEAN CITY, NJ 08226
C

| 1b Type of Property (from list below) | 2 For each rental real estate property listed above, report the number of fair rental and personal use days. Check the **QJV** box only if you meet the requirements to file as a qualified joint venture. See instructions. | | Fair Rental Days | Personal Use Days | QJV |
|---|---|---|---|---|---|
| A  1 | | A | 121 | 28 | |
| B  1 | | B | 56 | 6 | |
| C | | C | | | |

**Type of Property:**
1 Single Family Residence   3 Vacation/Short-Term Rental   5 Land   7 Self-Rental
2 Multi-Family Residence    4 Commercial                   6 Royalties   8 Other (describe)

| Income: | Properties: | A | B | C |
|---|---|---|---|---|
| 3 Rents received ............ | 3 | 10,000. | 2,028. | |
| 4 Royalties received ........ | 4 | | | |
| **Expenses:** | | | | |
| 5 Advertising ............... | 5 | | | |
| 6 Auto and travel (see instructions) | 6 | | 150. | |
| 7 Cleaning and maintenance .. | 7 | | 120. | |
| 8 Commissions .............. | 8 | | 196. | |
| 9 Insurance ................. | 9 | 819. | 112. | |
| 10 Legal and other professional fees | 10 | | | |
| 11 Management fees .......... | 11 | | | |
| 12 Mortgage interest paid to banks, etc (see instructions) | 12 | 2,644. | | |
| 13 Other interest ............. | 13 | | | |
| 14 Repairs .................. | 14 | | 10. | |
| 15 Supplies ................. | 15 | | | |
| 16 Taxes ................... | 16 | 1,278. | 545. | |
| 17 Utilities ................. | 17 | | 275. | |
| 18 Depreciation expense or depletion | 18 | 1,917. | 2,553. | |
| 19 Other (list) ► See Line 19 Other Expenses | 19 | 3,342. | 924. | |
| 20 Total expenses. Add lines 5 through 19 | 20 | 10,000. | 4,885. | |
| 21 Subtract line 20 from line 3 (rents) and/or 4 (royalties). If result is a (loss), see instructions to find out if you must file **Form 6198** ........... | 21 | 0. | -2,857. | |
| 22 Deductible rental real estate loss after limitation, if any, on **Form 8582** (see instructions) ..... | 22 | 0. | -2,857. | |

| | | | |
|---|---|---|---|
| 23a Total of all amounts reported on line 3 for all rental properties | 23a | 12,028. | |
| b Total of all amounts reported on line 4 for all royalty properties | 23b | | |
| c Total of all amounts reported on line 12 for all properties | 23c | 2,644. | |
| d Total of all amounts reported on line 18 for all properties | 23d | 4,470. | |
| e Total of all amounts reported on line 20 for all properties | 23e | 14,885. | |
| 24 **Income.** Add positive amounts shown on line 21. **Do not** include any losses ........ | 24 | | |
| 25 **Losses.** Add royalty losses from line 21 and rental real estate losses from line 22. Enter total losses here ..... | 25 | | -2,857. |
| 26 **Total rental real estate and royalty income or (loss).** Combine lines 24 and 25. Enter the result here. If Parts II, III, IV, and line 40 on page 2 do not apply to you, also enter this amount on Form 1040, line 17, or Form 1040NR, line 18. Otherwise, include this amount in the total on line 41 on page 2 ..... | 26 | | -2,857. |

BAA  For Paperwork Reduction Act Notice, see instructions.        FDIZ2301   01/07/13         Schedule **E** (Form 1040) 2012

**SCHEDULE E (Form 1040)** — **Supplemental Income and Loss**
(From rental real estate, royalties, partnerships, S corporations, estates, trusts, REMICs, etc.)
► Attach to Form 1040, 1040NR, or Form 1041.
► Information about Schedule E and its separate instructions is at *www.irs.gov/schedulee*.

OMB No. 1545-0074
**2013**
Attachment Sequence No. **13**

Department of the Treasury
Internal Revenue Service (99)

Name(s) shown on return: DAVID J & STEPHANIE MIGUELEZ

Your social security number:

### Part I — Income or Loss From Rental Real Estate and Royalties
Note. If you are in the business of renting personal property, use **Schedule C** or **C-EZ** (see instructions). If you are an individual, report farm rental income or loss from **Form 4835** on page 2, line 40.

**A** Did you make any payments in 2013 that would require you to file Form(s) 1099? (see instructions) ... ☐ Yes  ☒ No
**B** If "Yes," did you or will you file required Forms 1099? ... ☐ Yes  ☐ No

**1a** Physical address of each property (street, city, state, ZIP code)
A  186 PADOVA WAY NORTH VENICE FL 34275
B  720 WESLEY AVE APT 202 OCEAN CITY NJ 08226
C

**1b** Type of Property (from list below):
A  1
B  1
C

**2** For each rental real estate property listed above, report the number of fair rental and personal use days. Check the **QJV** box only if you meet the requirements to file as a qualified joint venture. See instructions.

| | Fair Rental Days | Personal Use Days | QJV |
|---|---|---|---|
| A | 120 | 28 | ☐ |
| B | 49 | 0 | ☐ |
| C | | | ☐ |

**Type of Property:**
1 Single Family Residence   3 Vacation/Short-Term Rental   5 Land       7 Self-Rental
2 Multi-Family Residence    4 Commercial                   6 Royalties  8 Other (describe)

| Income: | Properties: | | A | B | C |
|---|---|---|---|---|---|
| 3 | Rents received | 3 | 10,000. | 1,696. | |
| 4 | Royalties received | 4 | | | |
| **Expenses:** | | | | | |
| 5 | Advertising | 5 | | | |
| 6 | Auto and travel (see instructions) | 6 | | | |
| 7 | Cleaning and maintenance | 7 | | 133. | |
| 8 | Commissions | 8 | | 188. | |
| 9 | Insurance | 9 | 973. | 141. | |
| 10 | Legal and other professional fees | 10 | | | |
| 11 | Management fees | 11 | | | |
| 12 | Mortgage interest paid to banks, etc. (see instructions) | 12 | 2,571. | | |
| 13 | Other interest | 13 | | | |
| 14 | Repairs | 14 | | | |
| 15 | Supplies | 15 | | | |
| 16 | Taxes | 16 | 1,666. | 465. | |
| 17 | Utilities | 17 | | 303. | |
| 18 | Depreciation expense or depletion | 18 | 2,290. | 2,733. | |
| 19 | Other (list) ► See Line 19 Other Expenses | 19 | 2,500. | 1,042. | |
| 20 | Total expenses. Add lines 5 through 19 | 20 | 10,000. | 5,005. | |
| 21 | Subtract line 20 from line 3 (rents) and/or 4 (royalties). If result is a (loss), see instructions to find out if you must file **Form 6198** | 21 | 0. | -3,309. | |
| 22 | Deductible rental real estate loss after limitation, if any, on **Form 8582** (see instructions) | 22 | ( 0. ) | ( 3,309. ) | ( ) |

| 23a | Total of all amounts reported on line 3 for all rental properties | 23a | 11,696. |
|---|---|---|---|
| b | Total of all amounts reported on line 4 for all royalty properties | 23b | |
| c | Total of all amounts reported on line 12 for all properties | 23c | 2,571. |
| d | Total of all amounts reported on line 18 for all properties | 23d | 5,023. |
| e | Total of all amounts reported on line 20 for all properties | 23e | 15,005. |
| 24 | **Income.** Add positive amounts shown on line 21. **Do not** include any losses | 24 | |
| 25 | **Losses.** Add royalty losses from line 21 and rental real estate losses from line 22. Enter total losses here | 25 | ( 3,309. ) |
| 26 | **Total rental real estate and royalty income or (loss).** Combine lines 24 and 25. Enter the result here. If Parts II, III, IV, and line 40 on page 2 do not apply to you, also enter this amount on Form 1040, line 17, or Form 1040NR, line 18. Otherwise, include this amount in the total on line 41 on page 2 | 26 | -3,309. |

For Paperwork Reduction Act Notice, see the separate instructions.  BAA  REV 03/03/14 PRO        Schedule E (Form 1040) 2013