# EXHIBIT C

| | | | |
|---|---|---|---|
| **PROPERTY INFORMATION SHEET** |

| | **PROPERTY INFORMATION SHEET** | | |
|---|---|---|---|
| **I. Demographic Information** |
| 1. | **Claim ID** | 102321 | |
| 2. | **Property Owner Name(s)** | Last, First, Middle<br>Miguelez David ; Miguelez Steph | |
| 3. | **Affected Property Address** | Street<br>330 Cipriani Way | |
| | | City<br>North Venice | State FL — Zip 34275 |
| **II. Square Footage, Xactimate, Final Cost Estimate, Construction Duration Estimate, and KPT Drywall %** |
| 1. | **Remediation Square Footage** | | 2004 |
| 2. | **ANSI Square Footage** *For purposes of calculating Lump Sum Payment* | | 1759 |
| 3. | **Xactimate Amount** | $123,864.96 | $61.81/ Square Foot |
| 4. | **65% Xactimate Amount** | $80,512.22 | $40.18/ Square Foot |
| 5. | **Final Cost Estimate** | $132,050.95 | $65.89/ Square Foot |
| 6. | **Construction Duration Estimate** | | N/A |
| 7. | **KPT Drywall Percentage** | | 80% |
| **III. Option 1 – Program Contractor** *Mixed Properties are NOT Eligible* |
| 1. | **Lump Sum Payment** *For Residential properties only* | | N/A |
| **IV. Option 2 – Self-Remediation** |
| 1. | **Contractor Amount** | | $105,640.76 |
| 2. | **Lump Sum Payment Amount** *For Residential properties only* | | $11,961.20 |
| **V. Option 3 – Cash-Out** |
| 1. | **Reduced Payment** | | $105,640.76 |
| 2. | **Lump Sum Payment Amount** *For Residential properties only* | | $11,961.20 |
| 3. | **Total Payment Amount** | | $117,601.96 |