UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED DRYWALL          MDL NO. 2047
PRODUCTS LIABILITY LITIGATION

SECTION:  L

JUDGE FALLON
MAG. JUDGE WILKINSON

_____

## NOTICE OF SUBMISSION

Please take note that, upon the pleadings and other matters of record, the undersigned will move the Court before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, Room C456, United States District Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, following the monthly status conference on December 17, 2014 at 9:00 a.m., or as soon thereafter as counsel can be heard, for an order on Plaintiffs' Motion to Enforce Compliance with Third Amended Settlement Agreement and for such other further relief as the Court may deem just and appropriate.

Respectfully submitted,

/s *Michael J. Ryan*_____
Michael J. Ryan, Esquire
Florida Bar No. 975990
Krupnick, Campbell, Malone, Buser, Slama,
Hancock, Liberman , P.A.
12 S.E. 7 Street, Suite 801
Fort Lauderdale, FL  33301
Phone (954) 763-8181
Fax (954) 763-8292
pleadings-MJR@krupnicklaw.com
mryan@krupnicklaw.com
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Notice of Submission has been emailed to all parties by electronically uploading the same to File and ServeXpress f/k/a LexisNexis File & Serve in accordance with pre-trial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will serve a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 20th day of November, 2014.

/s/ *Michael J. Ryan*
Michael J. Ryan, Esquire
Florida Bar No. 975990
Krupnick Campbell Malone Buser Slama
Hancock Liberman P.A.
12 S.E. 7 Street, Suite 801
Fort Lauderdale, FL  33301
Phone (954) 763-8181
Fax (954) 763-8292
pleadings-MJR@krupnicklaw.com
mryan@krupnicklaw.com
Attorneys for Plaintiffs