UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
    PRODUCTS LIABILITY LITIGATION : SECTION: L
: JUDGE FALLON
: MAG. JUDGE WILKINSON

**THIS DOCUMENT RELATES TO:** ALL CASES

### ORDER

Before the Court is a motion to dismiss from Defendant Majestic Homes. (Rec. Doc. 18140).

**IT IS ORDERED** that the motion is set for submission, without oral argument, on December 17, 2014.

**IT IS FURTHER ORDERED** that any party that wishes to respond do so by December 9, 2014.

New Orleans, Louisiana, this 19th day of November, 2014.

_____
UNITED STATES DISTRICT JUDGE