UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047 SECTION: L |
| | * | JUDGE FALLON |
| **This document relates to all cases** | * * | MAG. JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## COLSON HICKS EIDSON'S SUPPLEMENTAL RESPONSE TO MOTION TO EXTINGUISH THE KNAUF DEFENDANTS' SETTLEMENT OBLIGATIONS FOR THE ATKINSON HOME

The Knauf Defendants filed their Reply Memo in Support of Motion to Extinguish on November 11, 2014, Doc. 18144, listing the Atkinson claim, at page 6 as one subject to dismissal. The Knauf Defendants' Reply also listed undersigned counsel, Colson Hicks Eidson "CHE" as counsel for Atkinson; however, that information is inaccurate because the Court granted CHE's Motion to Withdraw as Counsel for Plaintiff William Atkinson, Doc. 18093. On October 29, 2014, the Court granted CHE's Motion to Withdraw. Doc. 18093. CHE complied with the Court's order and provided the Court's Order to the Atkinsons. Accordingly, CHE's obligation as counsel to the Atkinsons was extinguished. CHE is taking no further action on behalf of the Atkinsons. In an abundance of caution, CHE provided the Knauf Defendants with the Atkinsons last known address for service purposes.

Respectfully Submitted.

/s/ Ervin Gonzalez
ERVIN A. GONZALEZ
Fla. Bar No. 500720
Ervin@colson.com

1

>PATRICK S. MONTOYA
>Fla. Bar No. 524441
>Patrick@colson.com
>COLSON HICKS EIDSON COLSON
>MATTHEWS MARTINEZ GONZALEZ
>KALBAC & KANE
>255 Alhambra Circle, PH
>Coral Gables, FL   33134
>Phone: (305) 476-7400
>Fax:    (305) 476-7444
>*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this **20**th day of **November**, **2014**.

>/s/  Ervin Gonzalez