UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION : SECTION: L
:
: JUDGE FALLON
This Document Relates to All Cases : MAG. JUDGE WILKINSON

## ORDER

The Court received and reviewed the attached correspondence from John E. Dearborn.

**IT IS ORDERED** that the attached correspondence be filed into the record.

**IT IS FURTHER ORDERED** that Liaison Counsel of the Plaintiffs' Steering Committee review the correspondence and conduct any appropriate action.

New Orleans, Louisiana, this 18th day of November, 2014.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

cc:
John E. & Charlotte K. Dearborn
20524 Chestnut Ridge Dr.
North Fort Meyers, Florida 33917