*John E. & Charlotte K. Dearborn*
*20524 Chestnut Ridge Dr.*
*North Fort Myers, Florida 33917*

United States District Court
Honorable Eldon E. Fallon
500 Poydras St. Rm C-456
New Orleans, LA 70130

November 15, 2014

Re: Chinese Drywall

Dear Judge Fallon:

We want to thank you for all of the hard work and time you and the court have spent on this difficult litigation. Your continued efforts in bringing Taishan to judgement is also appreciated.

My wife and I built our Cape Coral, Florida dream home in 2001 and **yes** we had all of the symptoms and problems a typical Chinese Drywall home would have. Unfortunately, we were one of the earliest to have CDW and did not associate or discover the problem until 2009, thus our losses and health effects were longer and greater. We refinanced our home and paid for remediation in 2011 and sold the home at a loss earlier this year. I was thankful that you showed the wisdom to ask for replacement of all the electrical wiring. When the contractor piled the home's wiring in our driveway, it smelled like burnt firecrackers and several areas showed the wiring had charred and almost started a fire. I sent pictures of the wiring to the President of the Electrical Contractors Association and he never responded back. His position was that it did not need to be replaced. A concern I have is for the families who have not had their homes remediated.

Since our drywall manufacturer has never been identified (Drywall Index #18), we were placed under the Global Settlement. Our builder and drywall supplier were participants, yet we only received a check for $5,816.96. Our remediation cost almost $120,000. The rub we have with all this is for a family represented by a different attorney. The question is how could they receive a settlement for $7,000 more than ours? Their home, as ours, was built by S. Petersen Homes (Steve Petersen). Their drywall and ours was supplied by Karr Drywall. Their home is the exact same home as ours, same square footage and design etc. Their home was completed and the Certificate of Occupancy (CO) was issued on September 28, 2001. Our CO was dated October 16, 2001. I do not think it is a stretch to say our home may have taken 18 days longer because we had a swimming pool and theirs did not. They had the same unidentified markings as ours. Your Honor, I would bet my reputation that Mr. Petersen had Karr install their drywall and ours at the same time or within a couple days of each other. My educated guess is our two drywall installs came out of the same shipment. Mr. Petersen is a small builder, he only built a few homes each year, our two homes were only about a mile from each other. All logic points to both homes being built in conjunction. Based on this information, do you agree?

I had several conversations by email and a phone conversation with our attorney (Allison Grant, Esq.). She said there was nothing she could do, because the money had been distributed and it was based on what was submitted by the drywall installer on who the supplier was. Why did they report us having an unidentified supplier and not with theirs? No effort was offered to find out from the drywall installer why the discrepancy in the reporting. I do not believe it is my responsibility to determine this information.

Your Honor, all that we ask is that you continue your efforts in taking Taishan and the country of China to task on this matter. If you think my thinking is correct, we would very much appreciate you having our small matter looked into. In the grand scheme of things, $7,000 is not a significant amount, but it certainly would make a big difference to us. If you have any questions, please feel free to give me a call at (239) 218-5285.

Respectfully,

John E. Dearborn