UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED ) | |
|     DRYWALL PRODUCTS ) | MDL NO. 2047 |
|     LIABILITY LITIGATION ) | |
| ) | |
| THIS DOCUMENT RELATES TO: ) | SECTION: L |
| ) | |
| *Hobbie, et al. v.* ) | JUDGE FALLON |
| *RCR Holdings II, LLC, et al.*, ) | |
| ) | |
| No. 10-1113 ) | |
| ) | MAG. JUDGE WILKINSON |
| _____ ) | |

## MOTION FOR APPROVAL OF PLAN OF DISTRIBUTION

Pursuant to the Court's Consent Order dated October 23, 2014 (Doc. No. 18080) ("Consent Order"), Settlement Class Counsel ("Class Counsel") hereby submit this Motion for Approval of Plan of Distribution. In support of the motion Class Counsel hereby submits the following Memorandum of Law in Support.

DATED: November 21, 2014      Respectfully submitted,

                                               */s/ Gary E. Mason*
                                               Gary E. Mason
                                               Daniel K. Bryson
                                               WHITFIELD BRYSON & MASON LLP
                                               1625 Massachusetts Ave., NW, Suite 605
                                               Washington, D.C. 20036
                                               Telephone: (202) 429-2290
                                               Facsimile: (202) 429-2294
                                               gmason@wbmllp.com
                                               dan@wbmllp.com

Joel R. Rhine
RHINE MARTIN LAW FIRM
1612 Military Cutoff Rd
Suite 300
Wilmington, NC 28403
Telephone:  (910) 772-9960
Facsimile:   (910) 772-9062
jrr@rhinelawfirm.com


*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the above and forgoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File and Serve® in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of the United States Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047 on this 21st day of November, 2014 and by U.S. Mail and/or email on the following objectors:

    Murat M. Ocalan
    16054 Fairway Dr.
    Montclair, Virginia 22025
    abiturk@comcast.net

    Ahmed Mahallawy
    1660 Renaissance Commons Blvd. Unit 2218
    Boynton Beach, Florida 33426
    agouz@hotmail.com

    Rizwan Ahmad
    1690 Renaissance Commons Blvd. Unit 1521
    Boynton Beach, Florida 33426
    rizwan_aa@hotmail.com

    /s/ Gary E. Mason
    Gary E. Mason