UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED ) <br> DRYWALL PRODUCTS ) <br> LIABILITY LITIGATION ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> *Hobbie, et al. v.* ) <br> *RCR Holdings II, LLC, et al.,* ) <br> ) <br> No. 10-1113 ) <br> ) <br> ) | MDL NO. 2047 <br><br> SECTION: L <br><br> JUDGE FALLON <br><br><br> MAG. JUDGE WILKINSON |

## DECLARATION OF MONICA DICOCCO

I, Monica DiCocco, under penalty of perjury, hereby declare that the following is true and correct to the best of my knowledge and belief:

1. I am over the age of 18 and am fully familiar with the facts and circumstances set forth herein and could competently testify thereto if called upon to do so.

2. I am a Paralegal at Whitfield, Bryson & Mason, LLP, one of the Court-appointed Interim Class Counsel for Plaintiffs and the Class in this action. I submit this Declaration in support of Motion for Final Approval of Plan of Distribution.

3. Pursuant to the Consent Order, ¶ 1, I caused the Proposed Plan of Distribution to be served on all affected Coastal Settlement Class Members on October 27, 2014 by First Class Mail at the last known address for each party and by electronic mail for persons with valid email addresses.

4. Five of the mailed Notices of were returned as undeliverable. Two of the five notices were sent to alternate addresses on November 7, 2014. Three of the notices could not be

forwarded as no alternate address was available. All five notices were also sent by email to the recipients.

5.	Class Counsel has received three (3) letters in support of the Plan of Distribution. *See* Attachment A. Class Counsel also received three objections to the Plan of Distribution: (1) an objection from Murat Ocalan, *see* Attachment B, (2) an objection from Ahmed Mahallawy, Attachment C, and (3) an objection from Rizwan Ahmad, *see* Attachment D.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 21st day of November, 2014 at Washington, D.C.

_____
Monica DiCocco