# EXHIBIT A

Nov. 5, 2014

Dear Sir,

This is to inform all parties involved that Barbara & Charles Jolly, former Villa Lago owners, support the Plan of Distribution as outlined by Gary E. Mason Esq., Whitfield Bryson & Mason LLP.

Barbara Jolly                                              Date
*Barbara Jolly*                                           11/5/14

Charles Jolly                                              Date
*Charles Jolly*                                           11/5/14

MDL No. 2047.
Section L.

Dear Whitfield Bryson

I wish to support the plan. I not only lost my deposit down payment mortages I paid then I had to let go no one could stay there I had. Chinese my Husband had chinese. I have been sending letters for 14 months. I dont know how much time I have left.

A. Orlando
Christine
Ginlano Orlando

NOV 7 2014

Case 2:09-md-02047-EEF-MBN Document 18150-4 Filed 11/21/14 Page 4 of 4
Case 2:09-md-02047-EEF-JCW Document 18082-1 Filed 10/27/14 Page 4 of 6

EXHIBIT A

# EXHIBIT B

| POTENTIAL LUMP SUM PAYMENTS |
| --- |
| 1125 - Santos & Barbara Rodriquez |
| 1126 - Howard & Ana Walters |
| 1304 - Lucille and Angeline Liem |
| 2108 - Christina, Anna and Girolamo Orlando |
| 2225 - Jerry Feldman |
| 2324 - Peter & Rose Riccardi |
| 2411 - Roberto Viejra & Rosangelo DeOliveira |
| 2416 - Zhongmin Zhou & Qinxi Huang |
| 2418 - James & Narcissa Rovezzi |
| 2627 - Yoel Perez |

Nov. 05, 2014

TO: Gary E. Mason, Esq.
Whitfield Bryson & Mason LLP
1625 Massachusetts Ave., NW, Suite 605
Washington, DC 20036

We support the Plan of Distribution.

Zhongmin Zhou & Qinxi Huang
7173 Copperfield Circle
Lake Worth, FL 33467
(current Address)