# EXHIBIT B

## OBJECTION TO PLAN OF DISTRIBUTION

RE: Case 2-09-md-02047-EEF-JCW  Document 18082  Filed 10/27/14

Claimant Information: Murat Mike OCALAN
Claimant ID: 103291
Affected property ID: 5485
Affected property address: 1690 Renaissance Commons Boulevard, Unit 1529 of Villa Lago Condominium.

Dear Mr. Mason,

I object to the plan of distribution for the following reason:

The Plan of Distribution, Exhibit A, page two, Item number 1; propose to distribute available funds as directed by the court; clearly states that the owners of units at Villa Lago as of 28 March 2013 will receive payments from the Coastal Settlement agreement.

*(1.  With respect to Non-Knauf and Non-Knauf Mixed units, payments shall be distributed pro rata to Coastal Settlement Class members who owned units at Villa Lago as of the execution date of the Coastal Settlement (March 28, 2013) as listed on Exhibit "C")*

According to the above paragraph, my name should have been listed in the Exhibit "C" because I was the owner of the Villa Lago Unit 1529 on the execution date of the Coastal Settlement.
  a) I purchased the property in 2011 and I still own it.
  b) The property was not foreclosed; I purchased the property from Mr. and Mrs. Poplausky as "short sale".

I respectfully request my name be added in Exhibit "C" as the owner of the Villa Lago unit 1529 and names of Mr. and Mrs. Poplausky are removed from the exhibit, they did not own the unit 1529 since December 2011 and they did not foreclosed the said property which disqualifies them.

Sincerely,

*[signature]*
Murat M. Ocalan