# EXHIBIT C

5. I thought that WHITFIELD BRYSON & MASON LLP is representing all class members but obviously they represent only the previous owners.

I am not asking for compensation for health or property damages. I am asking for my fair share to cover my "moving out expenses = moving + storage + hotel" for the 3 months as mentioned clearly in court order.

Thanks to all for considering this request for leniency.

Ahmed Mahallawy

enc.

copy to Honorable Eldon E. Fallon




# Benchmark
Remediation Group

September 21, 2012

Gregory Wallance
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Dear Mr. Wallance,

Please let me begin by thanking you for the opportunity to work with yourself and Kaye Scholer. Attached is the documentation for the inspection done at 1660 Renaissance Commons Blvd. unit 2218 Boynton Beach, FL.

The purpose of this Phase 1 inspection was to identify contaminated drywall within the home, indentify whether the home had any KPT drywall and identify whether the plumbing, electrical and HVAC had any corrosion.

As a summary, we have identified corrosion of the copper wiring throughout the home. In addition, we have discovered the existence of KPT Drywall in the home. Please see our detailed report for further information or contact me should you have any questions.

Sincerely,

Mr. Karell Locay
President



Benchmark Remediation Group LLC. 2455 East Sunrise Blvd Suite 510 Ft. Lauderdale, FL 33304
954-635-2307 fax 954-635-2400 Info@Benchmarkremediation.com