# EXHIBIT D

JUDGE FALLON
MAG. JUDGE WILKINSON

My name is Rizwan Ahmad and I was the first tenant, the only resident and now the owner of the unit 1521 at Villa Lago Renaissance Commons Boynton Beach, FL. I am just an ordinary person with no knowledge of law and how to even address judges, let alone write a letter. Please pardon my ignorance and openness if I come across as a person with no proper manners.

The reason for this letter is to simply point out some things that I feel you all should know about this property and in end will be able to make a decision for right party who deserves the amount in dispute.

Main points:
1) I am the first and ONLY resident of this unit, moved in unit and living here since Nov 2007.( copy of lease attached)
2) When renting this place I gave all of my credit worthiness, previous rental record with my social security number to Martha Julia
3) Martha Julia due to working in Wachovia Bank back then, applied $250k for a loan in my name without my permission. ( copies attached with her signature that she had done this)
4) When I confronted Martha of such a behavior, her reply was simply "I didn't mean this I am sorry"
5) I paid my rent on time to previous owner Martha and Juan Julia. ( most of copies of rent checks attached)
6) Martha & Juan Julia defaulted in early part of I think 2009, that I found out way later sometime mid 2009.
7) Martha Julia came to unit and had the unit inspected for Chinese Drywall sometime in end of 2009.
8) When I asked Martha about the finding of that inspection, I was told Management office has the results and there are "NO" Chinese dry wall present.
9) I asked Management office and they were employed by part condo association and part of Developer who I think still own 100+ unit in this property. No proper response were given.
10) Still continuously paid my rent on time for all 2010, until the bank of Martha & Juan Julia's the lender Wachovia foreclosed on them in end of 2010. At that time the association start Demanding me not to pay Martha & Juan but pay the association because they have not been paying their association dues.
11) Feb 2011 Wachovia bank after taking over the property 1521 villa lago, offered to me Rizwan Ahmad, since I was the resident/ tenant who again is the only resident of this property.
12) I bought unit 1521 in Apr/May of 2011.
13) Management / Association had an inspection done in Aug/Sep 2011 and at that time they determined that the unit in fact is Chinese dry wall infected.
14) Fast forward early 2013, I got married and continuously living in unit 1521.
15) Nov 2013 remediation of Villa Lago started.
16) I was supposed to be moved out of unit by early Apr 2014, due to absolutely lack of funds and expecting First child, I was not able to move out.
17) There was back and forth phone calls, email to attorney office and finally me and my pregnant wife moved out in Aug 2014 with help of some borrowed money and some partial funds that I received in end of Jul 2014 that are in dispute.
18) After two month of construction we both, and our new addition of baby boy, mid Oct 2014 we finally moved back into our home.

This whole process was very difficult on me, my pregnant wife and now new born baby. I hope no one has to go through this in their lifetime.

Martha & Juan Julia will try to show you that they lived in this unit, and moved out before I moved in Nov 2007. This is absolutely a lie, as you will see there is series and pattern of her lies. I am the only person with my family who lived in this unit since it's built. If there is someone who suffer; that is me and my family. With the possibility of health and definitely financial losses.

This is my humble request to please review this case in view of all of the above points mentioned and grant me the rest of disputed funds.

I thank you in advance.

Rizwan Ahmad
Unit #1521
Villa Lago
Renaissance Commons



Posting Date:20071105

Sequence
Number:700114560033

Amount:$1,200.00

Account: ███████

Routing Transit
Number: ███████

Check/Serial
Number:000000000154

Bank Number:21

IRD Indicator:0

BOFD:001665

Capture Source:W6

Entry Number:0022

UDK:21071105700114560033

Cost Center:1665

Teller Number:

Teller Sequence Number:

Missing Image:5

PE Indicator:N

Application Code:400

Trancode:000154

DB/CR:DB

Item Type:P

Processing Date:

#:8



Posting Date:20071105

Sequence Number:700114560032

Amount:$1,130.00

Account▮▮▮▮6

Routing Transit Number▮▮▮▮▮

Check/Serial Number:000000000155

Bank Number:21

IRD Indicator:0

BOFD:001665

Capture Source:W6

Entry Number:0022

UDK:21071105700114560032

Cost Center:1665

Teller Number:

Teller Sequence Number:

Missing Image:5

PE Indicator:N

Application Code:400

Trancode:000155

DB/CR:DB

Item Type:P

Processing Date:

#:1



Posting Date:20071210

Sequence Number:700112853915

Amount:$1,200.00

Account:

Routing Transit Number:

Check/Serial Number:000000000153

Bank Number:21

IRD Indicator:0

BOFD:000000

Capture Source:W6

Entry Number:0012

UDK:21071210700112853915

Cost Center:0

Teller Number:

Teller Sequence Number:

Missing Image:5

PE Indicator:N

Application Code:400

Trancode:000153

DB/CR:DB

Item Type:P

Processing Date:

#:10



Posting Date:20080103

Sequence Number:700120729589

Amount:$1,200.00

Account▓▓▓▓▓▓

Routing Transit Number:▓▓▓▓▓

Check/Serial Number:000000000201

Bank Number:21

IRD Indicator:0

BOFD:006989

Capture Source:W6

Entry Number:0021

UDK:21080103700120729589

Cost Center:6989

Teller Number:

Teller Sequence Number:

Missing Image:5

PE Indicator:N

Application Code:400

Trancode:000201

DB/CR:DB

Item Type:P

Processing Date:

#:11



Posting Date:20080207

Sequence Number:700130325211

Amount:$1,200.00

Account

Routing Transit Number

Check/Serial Number:000000000202

Bank Number:21

IRD Indicator:0

BOFD:001658

Capture Source:W6

Entry Number:0018

UDK:2108020770013 0325211

Cost Center:1658

Teller Number:

Teller Sequence Number:

Missing Image:5

PE Indicator:N

Application Code:400

Trancode:000202

DB/CR:DB

Item Type:P

Processing Date:

#:15



Posting Date:20080306

Sequence Number:700114510525

Amount:$1,200.00

Account:

Routing Transit Number:

Check/Serial Number:000000000203

Bank Number:21

IRD Indicator:0

BOFD:001658

Capture Source:W6

Entry Number:0019

UDK:2108030670114510525

Cost Center:1658

Teller Number:

Teller Sequence Number:

Missing Image:5

PE Indicator:N

Application Code:400

Trancode:000203

DB/CR:DB

Item Type:P

Processing Date:

#:17

Copyright © 2010 J.P. Morgan Chase & Co. All Rights Reserved



Posting Date:20080407

Sequence Number:700125359607

Amount:$1,200.00

Account

Routing Transit Number

Check/Serial Number:000000000204

Bank Number:21

IRD Indicator:0

BOFD:006989

Capture Source:W6

Entry Number:0018

UDK:2108040770012535 9607

Cost Center:6989

Teller Number:

Teller Sequence Number:

Missing Image:5

PE Indicator:N

Application Code:400

Trancode:000204

DB/CR:DB

Item Type:P

Processing Date:

#:13



Posting Date:20080505

Sequence Number:700111253170

Amount:$1,200.00

Account:█████████6

Routing Transit Number:█████████

Check/Serial Number:000000000205

Bank Number:21

IRD Indicator:0

BOFD:006989

Capture Source:W6

Entry Number:0017

UDK:2108050570011253170

Cost Center:6989

Teller Number:

Teller Sequence Number:

Missing Image:5

PE Indicator:N

Application Code:400

Trancode:000205

DB/CR:DB

Item Type:P

Processing Date:

#:2



https://oneview.jpmchase.net/OneView/object3Print.instant

11/4/2014



Posting Date:20080702

Sequence Number:700132321205

Amount:$1,200.00

Account▒▒▒▒▒

Routing Transit Number▒▒▒▒▒

Check/Serial Number:000000000208

Bank Number:21

IRD Indicator:0

BOFD:006989

Capture Source:W6

Entry Number:0017

UDK:2108070270013232121205

Cost Center:6989

Teller Number:

Teller Sequence Number:

Missing Image:5

PE Indicator:N

Application Code:400

Trancode:000208

DB/CR:DB

Item Type:P

Processing Date:

#:12



Posting Date:20080802

Sequence Number:700122378746

Amount:$1,200.00

Account:████████████

Routing Transit Number:███████████

Check/Serial Number:000000000210

Bank Number:21

IRD Indicator:0

BOFD:006989

Capture Source:W6

Entry Number:0004

UDK:2108080270122378746

Cost Center:6989

Teller Number:

Teller Sequence Number:

Missing Image:5

PE Indicator:N

Application Code:400

Trancode:000210

DB/CR:DB

Item Type:P

Processing Date:

#:4



Posting Date:20080902

Sequence
Number:700123235374

Amount:$1,200.00

Account:█████████

Routing Transit
Number:█████████

Check/Serial
Number:000000000211

Bank Number:21

IRD Indicator:0

BOFD:006989

Capture Source:W6

Entry Number:0015

UDK:21080902700123235374

Cost Center:6989

Teller Number:

Teller Sequence Number:

Missing Image:5

PE Indicator:N

Application Code:400

Trancode:000211

DB/CR:DB

Item Type:P

Processing Date:

#:9



RIZWAN ALI AHMAD
1650 RENAISSANCE COMMONS BLVD., APT 4150
BOYNTON BEACH, FL 33426-7208

DATE 10/01/08

PAY TO THE ORDER OF MARTHA JULIA                    $ 1200.00

TWELVE HUNDRED                                      DOLLARS

Washington Mutual

NOTES Oct Rest 1574

Posting Date:20081001

Sequence Number:700133322509

Amount:

Account

Routing Transit Number:

Check/Serial Number:000000000212

Bank Number:21

IRD Indicator:0

BOFD:001661

Capture Source:W6

Entry Number:0015

UDK:21081001700133322509

Cost Center:1661

Teller Number:

Teller Sequence Number:

Missing Image:5

PE Indicator:N

Application Code:400

Trancode:000212

DB/CR:DB

Item Type:P

Processing Date:

#:6



Posting Date:20081106

Sequence Number:700115812041

Amount:$1,100.00

Account:

Routing Transit Number:

Check/Serial Number:000000000213

Bank Number:21

IRD Indicator:0

BOFD:001658

Capture Source:W6

Entry Number:0013

UDK:21081106700115812041

Cost Center:1658

Teller Number:

Teller Sequence Number:

Missing Image:5

PE Indicator:N

Application Code:400

Trancode:000213

DB/CR:DB

Item Type:P

Processing Date:

#:9



Posting Date:20081201

Sequence
Number:700131967561

Amount:$1,100.00

Account

Routing Transit
Number:

Check/Serial
Number:000000000214

Bank Number:21

IRD Indicator:0

BOFD:001658

Capture Source:W6

Entry Number:0014

UDK:2108120170013196755 1

Cost Center:1658

Teller Number:

Teller Sequence Number:

Missing Image:5

PE Indicator:N

Application Code:400

Trancode:000214

DB/CR:DB

Item Type:P

Processing Date:

#:11

RIZWAN ALI AHMAD
1690 RENAISSANCE COMMONS BLVD., APT. 1521
BOYNTON BEACH, FL. 33426-7208

63-8413/2670
1800591706

217

112023606  01-07-09  3244  55  1/5/09

PAY TO THE
ORDER OF  MARTHA JULIA                            $ 1100 00/100

ELEVEN HUNDRED ONLY                            DOLLARS

Washington Mutual
Washington Mutual Bank, FA
Pembroke Pines Financial Center 1652
200 S. Flamingo Road
Pembroke Pines, FL 33027      1-800-788-7000
                              24 hour Customer Service

NOTES  No # Recpt in ps# A1521

⑆ 0217

WAMU BK  FL
>267091263<
01-07-09
112023606

| | |
|---|---|
| Posting Date:20090107 | |
| Sequence Number:700112023606 | |
| Amount:$1,100.00 | |
| Account: | |
| Routing Transit Number: | |
| Check/Serial Number:000000000217 | |
| Bank Number:21 | |
| IRD Indicator:0 | |
| BOFD:001658 | |
| Capture Source:W6 | |
| Entry Number:4217 | |
| UDK:2109010700112023606 | |
| Cost Center:1658 | |
| Teller Number: | |
| Teller Sequence Number: | |
| Missing Image:5 | |
| PE Indicator:N | |
| Application Code:400 | |
| Trancode:000217 | |
| DB/CR:DB | |
| Item Type:P | |
| Processing Date: | |
| #:15 | |

Copyright © 2010 J.P. Morgan Chase & Co. All Rights Reserved



| | |
|---|---|
| Posting Date:20090203 | |
| Sequence Number:700137337786 | |
| Amount:$1,100.00 | |
| Account: | |
| Routing Transit Number: | |
| Check/Serial Number:000000000219 | |
| Bank Number:21 | |
| IRD Indicator:0 | |
| BOFD:001658 | |
| Capture Source:W6 | |
| Entry Number:4964 | |
| UDK:2109020370013737786 | |
| Cost Center:1658 | |
| Teller Number: | |
| Teller Sequence Number: | |
| Missing Image:5 | |
| PE Indicator:N | |
| Application Code:400 | |
| Trancode:000219 | |
| DB/CR:DB | |
| Item Type:P | |
| Processing Date: | |
| #:5 | |



| | |
|---|---|
| Posting Date:20090305 | |
| Sequence Number:700132180742 | |
| Amount:$1,100.00 | |
| Account: | |
| Routing Transit Number: | |
| Check/Serial Number:000000000220 | |
| Bank Number:21 | |
| IRD Indicator:0 | |
| BOFD:006989 | |
| Capture Source:W6 | |
| Entry Number:0228 | |
| UDK:21090305700132180742 | |
| Cost Center:6989 | |
| Teller Number: | |
| Teller Sequence Number: | |
| Missing Image:5 | |
| PE Indicator:N | |
| Application Code:400 | |
| Trancode:000220 | |
| DB/CR:DB | |
| Item Type:P | |
| Processing Date: | |
| #:3 | |



| | |
|---|---|
| Posting Date:20090404 | |
| Sequence Number:700120647248 | |
| Amount:$1,100.00 | |
| Account: | |
| Routing Transit Number: | |
| Check/Serial Number:000000000221 | |
| Bank Number:21 | |
| IRD Indicator:0 | |
| BOFD:006989 | |
| Capture Source:W6 | |
| Entry Number:6301 | |
| UDK:21090404700120647248 | |
| Cost Center:6989 | |
| Teller Number: | |
| Teller Sequence Number: | |
| Missing Image:5 | |
| PE Indicator:N | |
| Application Code:400 | |
| Trancode:000221 | |
| DB/CR:DB | |
| Item Type:P | |
| Processing Date: | |
| #:10 | |



| | |
|---|---|
| Posting Date:20090505 | |
| Sequence Number:716781280300 | |
| Amount:$1,100.00 | |
| Account | |
| Routing Transit Number | |
| Check/Serial Number:000000000223 | |
| Bank Number:21 | |
| IRD Indicator:0 | |
| BOFD:001678 | |
| Capture Source:W6 | |
| Entry Number:9277 | |
| UDK:2109050571678128030 0 | |
| Cost Center:1678 | |
| Teller Number: | |
| Teller Sequence Number: | |
| Missing Image:5 | |
| PE Indicator:N | |
| Application Code:400 | |
| Trancode:000223 | |
| DB/CR:DB | |
| Item Type:P | |
| Processing Date: | |
| #:14 | |



Posting Date:20090606

Sequence Number:716781110129

Amount:$1,100.00

Account

Routing Transit Number

Check/Serial Number:000000000224

Bank Number:21

IRD Indicator:0

BOFD:001678

Capture Source:W6

Entry Number:5565

UDK:2109060671678110129

Cost Center:1678

Teller Number:

Teller Sequence Number:

Missing Image:5

PE Indicator:N

Application Code:400

Trancode:000224

DB/CR:DB

Item Type:P

Processing Date:

#:12



| | |
|---|---|
| | Posting Date:20091005 |
| | Sequence Number:3490507783 |
| | Amount:$1,000.00 |
| | Account: |
| | Routing Transit Number: |
| | Check/Serial Number:000000000226 |
| | Bank Number:21 |
| | IRD Indicator:0 |
| | BOFD:074909962 |
| | Capture Source:BY |
| | Entry Number:5229 |
| | UDK:21091005003490507783 |
| | Cost Center:741674 |
| | Teller Number:2 |
| | Teller Sequence Number:380 |
| | Missing Image:5 |
| | PE Indicator:P |
| | Application Code:1 |
| | Trancode:000226 |
| | DB/CR:DB |
| | Item Type:P |
| | Processing Date:20091005 |
| | #:6 |





| Posting Date:20101008 |
| Sequence Number:6780199337 |
| Amount:$1,100.00 |
| Account: |
| Routing Transit Number: |
| Check/Serial Number:000000000238 |
| Bank Number:21 |
| IRD Indicator:0 |
| BOFD:000000000 |
| Capture Source:PV |
| Entry Number:4773 |
| UDK:21101008006780199337 |
| Cost Center: |
| Teller Number: |
| Teller Sequence Number: |
| Missing Image:5 |
| PE Indicator:N |
| Application Code:1 |
| Trancode:000238 |
| DB/CR:DB |
| Item Type:P |
| Processing Date: |
| #:30 |

RIZWAN ALI AHMAD
1690 RENAISSANCE COMMONS BLVD., APT. 1521
BOYNTON BEACH, FL  33426-7208

63-8413/2670
1380581706

235

DATE 01/02/2010

PAY TO THE
ORDER OF   MARTH JULIA & JUAN          $ 900.00/100

NINE HUNDRED                                    DOLLARS

Washington Mutual
Washington Mutual Bank, FA
Pembroke Pines Financial Center 1652
330 S. Flamingo Road          1-800-788-7000
Pembroke Pines, FL 33027      24 hour Customer Service

NOTES 1521 Rent as Agreed

O 235

041000124 02/19/10 100707000090810 NC693

Posting Date:20100222

Sequence
Number:3680410910

Amount:$900.00

Account:████████████

Routing Transit
Number:████████

Check/Serial
Number:000000000235

Bank Number:21

IRD Indicator:0

BOFD:000000000

Capture Source:PV

Entry Number:2458

UDK:21100222003680410910

Cost Center:

Teller Number:

Teller Sequence Number:

Missing Image:5

PE Indicator:N

Application Code:1

Trancode:000235

DB/CR:DB

Item Type:P

Processing Date:

#:24



RIZWAN ALI AHMAD
1690 RENAISSANCE COMMONS BLVD., APT. 1521
BOYNTON BEACH, FL  33426-7208

63-6413/2670
1860501706

236

DATE 02/04/10

PAY TO THE
ORDER OF  MARTHA JULIA & JUAN  $ 900.00

NINE HUNDRED ————————— DOLLARS

Washington Mutual
Washington Mutual Bank, FA
Pembroke Pines Financial Center 1652
390 S. Flamingo Road
Pembroke Pines, FL 33027

NOTES 1521 Rent as Agreed

041000124 02/19/10 100707000090790 MCB93

| Posting Date:20100222 |
| Sequence Number:3680410909 |
| Amount:$900.00 |
| Account: |
| Routing Transit Number: |
| Check/Serial Number:000000000236 |
| Bank Number:21 |
| IRD Indicator:0 |
| BOFD:000000000 |
| Capture Source:PV |
| Entry Number:2458 |
| UDK:21100222003680410909 |
| Cost Center: |
| Teller Number: |
| Teller Sequence Number: |
| Missing Image:5 |
| PE Indicator:N |
| Application Code:1 |
| Trancode:000236 |
| DB/CR:DB |
| Item Type:P |
| Processing Date: |
| #:10 |



| | |
|---|---|
| Posting Date:20100406 | |
| Sequence Number:3690884722 | |
| Amount:$900.00 | |
| Account: | |
| Routing Transit Number: | |
| Check/Serial Number:000000000237 | |
| Bank Number:21 | |
| IRD Indicator:0 | |
| BOFD:074909962 | |
| Capture Source:BY | |
| Entry Number:3597 | |
| UDK:21100406003690884722 | |
| Cost Center:741674 | |
| Teller Number:5 | |
| Teller Sequence Number:171 | |
| Missing Image:5 | |
| PE Indicator:P | |
| Application Code:1 | |
| Trancode:000237 | |
| DB/CR:DB | |
| Item Type:P | |
| Processing Date:20100406 | |
| #:2 | |

RIZWAN ALI AHMAD
1690 RENAISSANCE COMMONS BLVD., APT. 1521
BOYNTON BEACH, FL  33426-7208

63-8413/2670
180591706

240

DATE 05/01/10

PAY TO THE
ORDER OF _MARTHA JULIA_ $ 900.00/100

_NINE HUNDRED_ _____ DOLLARS

Washington Mutual
Washington Mutual Bank, FA
Pembroke Pines Financial Center 1852
390 S. Flamingo Road
Pembroke Pinep, FL 33027
1-800-788-7000
24 Hour Customer Service

NOTES _Apt Rent 1521 as agreed_

⑆ 0240

Pay any bank JPMorgan Chase Bank 9131.90095627

| | |
|---|---|
| Posting Date:20100527 | |
| Sequence Number:4180161158 | |
| Amount:$900.00 | |
| Account | |
| Routing Transit Number: | |
| Check/Serial Number:000000000240 | |
| Bank Number:21 | |
| IRD Indicator:0 | |
| BOFD:074909962 | |
| Capture Source:BY | |
| Entry Number:3807 | |
| UDK:21100527004180161158 | |
| Cost Center:741674 | |
| Teller Number:12 | |
| Teller Sequence Number:381 | |
| Missing Image:5 | |
| PE Indicator:P | |
| Application Code:1 | |
| Trancode:000240 | |
| DB/CR:DB | |
| Item Type:P | |
| Processing Date:20100527 | |
| #:35 | |

Copyright © 2010 J.P. Morgan Chase & Co. All Rights Reserved



RIZWAN ALI AHMAD
1690 RENAISSANCE COMMONS BLVD., APT. 1521
BOYNTON BEACH, FL  33426-7208

63-6413/2670
1800591706

243

DATE 6/3/10

PAY TO THE
ORDER OF   MARTHA JULIA                    $ 900.00/100

NINE HUNDRED                                  DOLLARS

Washington Mutual

Washington Mutual Bank, FA
Pembroke Pines Financial Center 1652
300 E. Flamingo Road          1-800-788-7000
Pembroke Pines, FL 33027      24 hour Customer Service

NOTES  APT 1521 1Le # AS Ylead

⑆ 0 243

Pay any cank JPMorgan Chase Bank, 94210050.09

CREDITED TO ACCOUNT OF
WITHIN NAMED PAYEE
FOR DEPOSIT ONLY
JPMorgan Chase Bank, N.A.

Posting Date:20100611

Sequence
Number:7890156564

Amount:$900.00

Account:███████

Routing Transit
Number:██████

Check/Serial
Number:000000000243

Bank Number:21

IRD Indicator:0

BOFD:074909962

Capture Source:BY

Entry Number:3863

UDK:21100611007890156564

Cost Center:741679

Teller Number:4

Teller Sequence Number:167

Missing Image:5

PE Indicator:P

Application Code:1

Trancode:000243

DB/CR:DB

Item Type:P

Processing Date:20100611

#:31





| | |
|---|---|
| **RIZWAN ALI AHMAD** | Posting Date:20100924 |
| 1690 RENAISSANCE COMMONS BLVD., APT. 1521 | Sequence Number:5980836035 |
| BOYNTON BEACH, FL  33426-7208 | |
| 63-8413/2670 | Amount:$900.00 |
| 18805617705 | Account:1 |
| 245 | Routing Transit Number: |
| DATE Aug/08/10 | Check/Serial Number:000000000245 |
| PAY TO THE ORDER OF MARTHA JULIA | Bank Number:21 |
| $ 900.00/100 | IRD Indicator:0 |
| NINE HUNDRED DOLLARS | BOFD:074909962 |
| Washington Mutual | Capture Source:BY |
| Washington Mutual Bank, FA | Entry Number:3873 |
| Pembroke Pines Financial Center 1652 | UDK:21100924005980836035 |
| 300 S. Flamingo Road | Cost Center:741679 |
| Pembroke Pines, FL 33027 | Teller Number:13 |
| 1-800-788-7000 | Teller Sequence Number:196 |
| 24 Hour Customer Service | Missing Image:5 |
| NOTES | PE Indicator:P |
| 0 245 | Application Code:1 |
| | Trancode:000245 |
| | DB/CR:DB |
| | Item Type:P |
| | Processing Date:20100924 |
| | #:36 |



| | |
|---|---|
| Posting Date:20101115 | |
| Sequence Number:3590151339 | |
| Amount:$900.00 | |
| Account: | |
| Routing Transit Number: | |
| Check/Serial Number:000000000251 | |
| Bank Number:21 | |
| IRD Indicator:0 | |
| BOFD:074909962 | |
| Capture Source:BY | |
| Entry Number:3182 | |
| UDK:21101115003590151339 | |
| Cost Center:741679 | |
| Teller Number:1 | |
| Teller Sequence Number:19 | |
| Missing Image:5 | |
| PE Indicator:P | |
| Application Code:1 | |
| Trancode:000251 | |
| DB/CR:DB | |
| Item Type:P | |
| Processing Date:20101115 | |
| #:37 | |

Copyright © 2010 J.P. Morgan Chase & Co. All Rights Reserved



**Residential House Lease**
Document Checklist

This checklist is provided to help you to complete the Residential House Lease document and to ensure that the necessary steps are taken to make it binding.

1. The Residential House Lease must be signed by both the Landlord and each adult Tenant. Tenants should be aware that each of them may be obligated for all of the lease obligations if the other Tenant(s) do not perform.

2. The Joint Inspection should be completed promptly upon the beginning of occupancy by the Tenant(s).

3. Print one copy of the Lease, including Joint Inspection, for the Landlord and for each Tenant. All parties should sign each copy so that the Landlord and each Tenant can have an original copy.

4. Laws vary from state to state and change over time. Before using this document, have a lawyer review it. Where a document is to be negotiated with another party, be sure to consult an attorney before the start of negotiations.



Martha Julia
Mortgage Consultant
Se Habla Español
Retail Division

**WACHOVIA**

Wachovia Mortgage Corporation
4440 PGA Boulevard, Suite 103, FL6238
Palm Beach Gardens, FL 33410
Tel 561 602-5701
Fax 561 838-5335 & 561 649-5678
martha.julia1@wachovia.com
http://mjulia.wachovialoans.com

**RESIDENTIAL APARTMENT/CONDO LEASE AGREEMENT**

This Residential House Lease Agreement ("Lease") is made and effective this October 29th, 2007  by and between Martha Julia ("Landlord") and Pizuvou ALMA ("Tenant," whether one or more).  This Lease creates joint and several liability in the case of multiple Tenants.

1. <u>PREMISES</u>.
Landlord hereby rents to Tenant and Tenant accepts in its present condition the APARTMENT at following address: 1690 Rennaisance Commons Unit 1521, Boynton Beach Fl. 33437 (the "Condo/House/Apartment").

2. <u>TERM</u>.
The term of this Lease shall start on NOVEMBER 1st, 2007 , and end on October 31st, 2008. In the event that Landlord is unable to provide the Apartment on the exact start date, then Landlord shall provide the Condo/Apartment as soon as possible, and Tenant's obligation to pay rent shall abate during such period.  Tenant shall not be entitled to any other remedy for any delay in providing the Condo.

3. <u>RENT</u>.
Tenant agrees to pay, without demand, to Landlord as rent for the Apartment the sum of $1,200.00 One Thousand One Hundred,  per month in advance on the first day of each calendar month, at Landlord's Bank account via direct deposit or at such other place as Landlord may designate.  Landlord may impose a late payment charge of $40.00 per day for any amount that is more than five (5) days late.  Rent will be prorated if the term does not start on the first day of the month or for any other partial month of the term.

4. <u>SECURITY DEPOSIT</u>.
Upon execution of this Lease, Tenant deposits with Landlord $1,200.00 One Thousand Two Hundred and Cero Cents, as security for the performance by Tenant of the terms of this Lease to be returned to Tenant, $1,200 without interest, following the full and faithful performance by Tenant of this Lease.  In the event of damage to the Condo/Apartment caused by Tenant or Tenant's family, agents or visitors, Landlord may use funds from the deposit to repair, but is not limited to this fund and Tenant remains liable.

5. <u>QUIET ENJOYMENT</u>.
Landlord agrees that if Tenant timely pays the rent and performs the other obligations in this Lease, Landlord will not interfere with Tenant's peaceful use and enjoyment of the Condo/Apartment.

6. <u>USE OF PREMISES</u>.
A.  The Condo shall be used and occupied by Tenant exclusively as a private single-family residence.  Neither the House nor any part of the Condo/Apartment or patio shall be used at any time during the term of this Lease for the purpose of carrying on any business, profession, or trade of any kind, or for any purpose other than as a private

single-family residence.

B.  Tenant shall comply with all the health and sanitary laws, ordinances, rules, and orders of appropriate governmental authorities and homes associations, if any, with respect to the House.

7.  **NUMBER OF OCCUPANTS**.
Tenant agrees that the Condo shall be occupied by no more than TWO persons, including no more than NONE under the age of eighteen (18) years, without the prior written consent of Landlord.

8.  **CONDITION OF PREMISES**.
A.  Tenant agrees that Tenant has examined the Condo, including the grounds and all buildings and improvements, and that they are, at the time of this Lease, in good order, good repair, safe, clean, and tenantable condition.

B.  Landlord and Tenant agree that a copy of the "Joint Inspection," the original of which is maintained by Landlord and a copy provided to Tenant, attached hereto reflects the condition of the Condo at the commencement of Tenant's occupancy.

9.  **ASSIGNMENT AND SUBLETTING**.
A.  Tenant shall not assign this Lease, or sublet or grant any concession or license to use the House/Condo/Apartment or any part of the House without Landlord's prior written consent.
B.  Any assignment, subletting, concession, or license without the prior written consent of Landlord, or an assignment or subletting by operation of law, shall be void and, at Landlord's option, terminate this Lease.

10.  **ALTERATIONS AND IMPROVEMENTS**.
A.  Tenant shall make no alterations to the House or construct any building or make other improvements without the prior written consent of Landlord.

B.  All alterations, changes, and improvements built, constructed, or placed on or around the Condoby Tenant, with the exception of fixtures properly removable without damage to the Condo and movable personal property, shall, unless otherwise provided by written agreement between Landlord and Tenant, be the property of Landlord and remain at the expiration or earlier termination of this Lease.

11.  **DAMAGE TO PREMISES**.
If the Condo, or any part of the Condo, shall be partially damaged by fire or other casualty not due to Tenant's negligence or willful act, or that of Tenant's family, agent, or visitor, there shall be an abatement of rent corresponding with the time during which, and the extent to which, the Condo is untenantable.  If Landlord shall decide not to rebuild or repair, the term of this Lease shall end and the rent shall be prorated up to the time of the damage.

12. **DANGEROUS MATERIALS**.
Tenant shall not keep or have on or around the Condo any article or thing of a dangerous,
inflammable, or explosive character that might unreasonably increase the danger of fire
on or around the Condo or that might be considered hazardous.

13. **UTILITIES**.
Tenant shall be responsible for arranging and paying for all utility services required on
the premises, except Landlord will provide:  HOA fees, Tenant shall not default on any
obligation to a utility provider for utility services at the Condo. ~~tenant is responsible for~~
~~electric bill only. HOD pays high speed, water, cable!~~

14. **MAINTENANCE AND REPAIR**.
A.  Tenant will, at Tenant's sole expense, keep and maintain the House and appurtenances
in good and sanitary condition and repair during the term of this Lease.  In particular,
Tenant shall keep the fixtures in the House in good order and repair; keep the furnace
clean; and keep the walks free from dirt and debris.  Tenant shall, at Tenant's sole
expense, make all required repairs to the plumbing, range, oven heating apparatus,
electric and gas fixtures, other mechanical devices and systems, floors, ceilings and walls
whenever damage to such items shall have resulted from Tenant's misuse, waste, or
neglect, or that of the Tenant's family, agent, or visitor.

B.  Tenant agrees that no signs shall be placed or painting done on or about the Condo by
Tenant without the prior written consent of Landlord.

C.  Tenant agrees to promptly notify Landlord in the event of any damage, defect or
destruction of the Condo, or the failure of any of Landlord's appliances or mechanical
systems, and except for repairs or replacements that are the obligation of Tenant pursuant
to Subsection A above, Landlord shall use its best efforts to repair or replace such
damaged or defective area, appliance or mechanical system.

15. **ANIMALS**.
Tenant shall keep no domestic or other animals in or about the Condo without the prior
written consent of Landlord. (No pets are permitted in this Condo Unit.)

16. **RIGHT OF INSPECTION**.
Landlord and Landlord's agents shall have the right at all reasonable times during the term
of this Lease and any renewal of this Lease to enter the House for the purpose of
inspecting the premises and/or making any repairs to the premises or other item as
required under this Lease.

17. **DISPLAY OF SIGNS**.
During the last thirty (60) days of this Lease, Landlord or Landlord's agent may display
"For Sale" or "For Rent" or "Vacancy" or similar signs on or about the House and enter to
show the House to prospective purchasers or tenants.

18. **HOLDOVER BY TENANT**.

Should Tenant remain in possession of the House with the consent of Landlord after the expiration of the Term of this Lease, a new tenancy from month to month shall be created which shall be subject to all the terms and conditions of this Lease, but shall be terminable on thirty (30) days by either party or longer notice if required by law. If Tenant holds over without Landlord's consent, Landlord is entitled to double rent, pro-rated per each day of the holdover, lasting until Tenant leaves the Condo.

19. **SURRENDER OF PREMISES**.

At the expiration of the Lease, Tenant shall quit and surrender the Condo in as good a condition as it was at the commencement of this Lease, reasonable wear and tear and damages by the elements excepted.

20. **FORFEITURE OF SECURITY DEPOSIT - DEFAULT**.

It is understood and agreed that Tenant shall not attempt to apply or deduct any portion of any security deposit from the last or any month's rent or use or apply any such security deposit at any time in lieu of payment of rent. If Tenant fails to comply, such security deposit shall be forfeited and Landlord may recover the rent due as if any such deposit had not been applied or deducted from the rent due. For the purposes of this paragraph, it shall be conclusively presumed that a Tenant leaving the Premises while owing rent is making an attempted deduction of deposits. Furthermore, any deposit shall be held as a guarantee that Tenant shall perform the obligations of the Lease and shall be forfeited by the Tenant should Tenant breach any of the terms and conditions of this Lease. In the event of default, by Tenant, of any obligation in this Lease which is not cured by Tenant within fifteen (15) days notice from Landlord, then in addition to forfeiture of the Security Deposit, Landlord may pursue any other remedy available at law, equity or otherwise.

21. **ABANDONMENT**.

If at any time during the term of this Lease, Tenant abandons the House or any of Tenant's personal property in or about the House, Landlord shall have the following rights: Landlord may, at Landlord's option, enter the House by any means without liability to Tenant for damages and may relet the House, for the whole or any part of the then unexpired term, and may receive and collect all rent payable by virtue of such reletting; Also, at Landlord's option, Landlord may hold Tenant liable for any difference between the rent that would have been payable under this Lease during the balance of the unexpired term, if this Lease had continued in force, and the net rent for such period realized by Landlord by means of such reletting. Landlord may also dispose of any of Tenant's abandoned personal property as Landlord deems appropriate, without liability to Tenant. Landlord is entitled to presume that Tenant has abandoned the House if Tenant removes substantially all of Tenant's furnishings from the House, if the House is unoccupied for a period of two (2) consecutive weeks, or if it would otherwise be reasonable for Landlord to presume under the circumstances that the Tenant has abandoned the House.

22. SECURITY.
Tenant acknowledges that Landlord does not provide a security alarm system or any security for the House or for Tenant and that any such alarm system or security service, if provided, is not represented or warranted to be complete in all respects or to protect Tenant from all harm.  Tenant hereby releases Landlord from any loss, suit, claim, charge, damage or injury resulting from lack of security or failure of security.

23. SEVERABILITY.
If any part or parts of this Lease shall be held unenforceable for any reason, the remainder of this Agreement shall continue in full force and effect.

24. INSURANCE.
Tenant acknowledges that Landlord will not provide insurance coverage for Tenant's property, nor shall Landlord be responsible for any loss of Tenant's property, whether by theft, fire, acts of God, or otherwise.

25. BINDING EFFECT.
The covenants and conditions contained in the Lease shall apply to and bind the heirs, legal representatives, and permitted assigns of the parties.

26. GOVERNING LAW.
It is agreed that this Lease shall be governed by, construed, and enforced in accordance with the laws of the State of Florida.

27. ENTIRE AGREEMENT.
This Lease shall constitute the entire agreement between the parties.  Any prior understanding or representation of any kind preceding the date of this Lease is hereby superseded.  This Lease may be modified only by a writing signed by both Landlord and Tenant.

28. NOTICES.
Any notice required or otherwise given pursuant to this Lease shall be in writing; hand delivered, mailed certified return receipt requested, postage prepaid, or delivered by overnight delivery service, if to Tenant, at the House and if to Landlord, at the address for payment of rent.

29. ADDENDUM: Landlord and Tenant agrees that IF in the case the Tenant needed to vacant the Apartment early, Landlord will provide some flexibility ONLY if tenant gives two months advance notice. there will be no penalty and security will be return to Tenant [if]

30. KEYS: Tenant will receive from Landlord two sets of Garage and Club House Devices (2) and two set of Apartment keys and one mail box key. Upon termination of the lease aggreement, where  Tenant MUST to, return all of them at the end of the term. There is a $40.00 charge per key or electric device.

22. **SECURITY**.
Tenant acknowledges that Landlord does not provide a security alarm system or any
security for the House or for Tenant and that any such alarm system or security service, if
provided, is not represented or warranted to be complete in all respects or to protect
Tenant from all harm.  Tenant hereby releases Landlord from any loss, suit, claim, charge,
damage or injury resulting from lack of security or failure of security.

23. **SEVERABILITY**.
If any part or parts of this Lease shall be held unenforceable for any reason, the remainder
of this Agreement shall continue in full force and effect.

24. **INSURANCE**.
Tenant acknowledges that Landlord will not provide insurance coverage for Tenant's
property, nor shall Landlord be responsible for any loss of Tenant's property, whether by
theft, fire, acts of God, or otherwise.

25. **BINDING EFFECT**.
The covenants and conditions contained in the Lease shall apply to and bind the heirs,
legal representatives, and permitted assigns of the parties.

26. **GOVERNING LAW**.
It is agreed that this Lease shall be governed by, construed, and enforced in accordance
with the laws of the State of Florida.

27. **ENTIRE AGREEMENT**.
This Lease shall constitute the entire agreement between the parties.  Any prior
understanding or representation of any kind preceding the date of this Lease is hereby
superseded.  This Lease may be modified only by a writing signed by both Landlord and
Tenant.

28. **NOTICES**.
Any notice required or otherwise given pursuant to this Lease shall be in writing; hand
delivered, mailed certified return receipt requested, postage prepaid, or delivered by
overnight delivery service, if to Tenant, at the House and if to Landlord, at the address for
payment of rent.

29. **ADDENDUM:** Landlord and Tenant agrees that IF in the case the Tenant needed to
vacant the Apartment early, Landlord will provide ~~some~~ flexibility ONLY if tenant gives
**two months advance notice** ~~after living in the apartment at least for the first 6 MONTHS~~
~~months.~~ *There will be Assurance of the right to receive security,*
*Dad in Florida.*

30. **KEYS:** Tenant will receive from Landlord two sets of Garage and Club House Devices (2)
and two set of Apartment keys and one mail box key. Upon termination of the lease
agreement, where Tenant MUST to, return all of them at the end of the term. There is a
$40.00 charge per key or electric device.

IN WITNESS WHEREOFF, the parties have cause this Lease to be executed the day and year abobe written, October 29th, 2007 in the City of Boynton Beach, Palm Beach County, Florida.

_____
Martha Julia Landlord

**[Signature]**

JOINT INSPECTION

THIS INSPECTION SHOULD BE COMPLETED PROMPTLY FOLLOWING INITIAL OCCUPANCY OR UPON DELIVERY OF POSSESSION

LANDLORD: Md Abu Jubr.          TENANT: Rizwan Ahmad

PREMISES: Unit 1521

DATE OF POSSESSION: 10/38/07

CONDITION OF PREMISES: CL - Clean    ND - No Damage    ENB - Exception Noted Below    C - Checkout

| LIVING ROOM | CL | ND | ENB | C |
|---|---|---|---|---|
| Walls & Baseboard | ✓ | ( ) | ( ) | ( ) |
| Carpet | ✓ | ( ) | ( ) | ( ) |
| Drapes, Rods, Hooks | ✓ | ( ) | ( ) | ( ) |
| Door & Lock | ✓ | ( ) | ( ) | ( ) |
| Coat Closet | ✓ | ( ) | ( ) | ( ) |

| DINING AREA | CL | ND | ENB | C |
|---|---|---|---|---|
| Walls & Baseboard | ✓ | ( ) | ( ) | ( ) |
| Carpet | ✓ | ( ) | ( ) | ( ) |
| Light Fixture | ✓ | ( ) | ( ) | ( ) |
| Windows & Screens | ✓ | ( ) | ( ) | ( ) |

| KITCHEN | CL | ND | ENB | C |
|---|---|---|---|---|
| Walls & Baseboards | ✓ | ( ) | ( ) | ( ) |
| Light Fixture | ✓ | ( ) | ( ) | ( ) |
| Stove | ✓ | | | |
| Drip Pans | ✓ | ( ) | ( ) | ( ) |
| Oven | ✓ | ( ) | ( ) | ( ) |
| Broiler Pan | ✓ | ( ) | ( ) | ( ) |
| Hood, Fan & Light | ✓ | ( ) | ( ) | ( ) |
| Refrigerator | | | | |
| Defrosted | ✓ | ( ) | ( ) | ( ) |
| Ice Trays (2) | ✓ | ( ) | ( ) | ( ) |
| Hydrator Cover | ✓ | ( ) | ( ) | ( ) |
| Dishwasher | ✓ | ( ) | ( ) | ( ) |
| Cupboards | ✓ | ( ) | ( ) | ( ) |
| Drawers | ✓ | ( ) | ( ) | ( ) |
| Counter | ✓ | ( ) | ( ) | ( ) |
| Sink | ✓ | ( ) | ( ) | ( ) |
| Disposal & Stopper | ✓ | ( ) | ( ) | ( ) |
| Floor | ✓ | ( ) | ( ) | ( ) |

| HALL | CL | ND | ENB | C |
|---|---|---|---|---|
| Walls & Baseboards | ✓ | ( ) | ( ) | ( ) |
| Carpet | ✓ | ( ) | ( ) | ( ) |
| Light Fixture | ✓ | ( ) | ( ) | ( ) |
| Linen Closet | ✓ | ( ) | ( ) | ( ) |
| Furnace Closet | ✓ | ( ) | ( ) | ( ) |

| | CL | ND | ENB | C |
|---|---|---|---|---|
| Mailbox Lock | ✓ | ( ) | ( ) | ( ) |
| Other | ( ) | ( ) | ( ) | ( ) |

Exceptions: _____

| BATHROOM - 1 | CL | ND | ENB | C |
|---|---|---|---|---|
| Walls & Baseboard Sink | ( ) | ( ) | ( ) | ( ) |
| Counter | ( ) | ( ) | ( ) | ( ) |
| Cabinets/Mirror | ( ) | ( ) | ( ) | ( ) |
| Toilet | ( ) | ( ) | ( ) | ( ) |
| Bath Tub/Shower | ( ) | ( ) | ( ) | ( ) |
| Light Fixture | ( ) | ( ) | ( ) | ( ) |
| Floor | ( ) | ( ) | ( ) | ( ) |
| Tissue Holder/Towel Bars | ( ) | ( ) | ( ) | ( ) |

| BATHROOM - 2 | CL | ND | ENB | C |
|---|---|---|---|---|
| Walls & Baseboard Sink | ( ) | ( ) | ( ) | ( ) |
| Counter | ( ) | ( ) | ( ) | ( ) |
| Cabinets/Mirror | ( ) | ( ) | ( ) | ( ) |
| Toilet | ( ) | ( ) | ( ) | ( ) |
| Bath Tub/Shower | ( ) | ( ) | ( ) | ( ) |
| Light Fixture | ( ) | ( ) | ( ) | ( ) |
| Floor | ( ) | ( ) | ( ) | ( ) |
| Tissue Holder/Towel Bars | ( ) | ( ) | ( ) | ( ) |

| BEDROOM - 1 | CL | ND | ENB | C |
|---|---|---|---|---|
| Walls & Baseboards | ( ) | ( ) | ( ) | ( ) |
| Windows & Screens | ( ) | ( ) | ( ) | ( ) |
| Drapes, Rods & Hooks | ( ) | ( ) | ( ) | ( ) |
| Light Fixtures | ( ) | ( ) | ( ) | ( ) |
| Carpet | ( ) | ( ) | ( ) | ( ) |
| Closet | ( ) | ( ) | ( ) | ( ) |

| BEDROOM - 2 | CL | ND | ENB | C |
|---|---|---|---|---|
| Walls and Baseboards | ( ) | ( ) | ( ) | ( ) |
| Windows & Screens | ( ) | ( ) | ( ) | ( ) |
| Drapes, Rods & Hooks | ( ) | ( ) | ( ) | ( ) |
| Light Fixtures | ( ) | ( ) | ( ) | ( ) |
| Carpet | ( ) | ( ) | ( ) | ( ) |
| Closet | ( ) | ( ) | ( ) | ( ) |

| DEN OR BEDROOM - 3 | CL | ND | ENB | C |
|---|---|---|---|---|
| Walls & Baseboards | ( ) | ( ) | ( ) | ( ) |
| Windows & Screens | ( ) | ( ) | ( ) | ( ) |
| Drapes, Rods & Hooks | ( ) | ( ) | ( ) | ( ) |
| Light Fixtures | ( ) | ( ) | ( ) | ( ) |
| Carpet | ( ) | ( ) | ( ) | ( ) |
| Closet | ( ) | ( ) | ( ) | ( ) |

| | CL | ND | ENB | C |
|---|---|---|---|---|
| Balcony/Patio | ( ) | ( ) | ( ) | ( ) |
| Storage Area | ( ) | ( ) | ( ) | ( ) |

_____

_____

_____

_____

Page 7 of 8

JOINT INSPECTION - CONTINUED

FURNITURE INVENTORY (If the furniture is provided by Landlord)

| LIVING ROOM | No. | DINING AREA | No. | BEDROOMS | No. |
|---|---|---|---|---|---|
| Couch | | Table | | Beds | |
| Chairs | | Chairs | | Dressers | |
| Lamps | | Hutch | | Mirrors | |
| Coffee Table | | | | Bookcases | |
| End Table | | | | | |

OTHER

KITCHEN   No.
Stove
Oven
Refrigerator
Dishwasher
Table
Chairs

The parties acknowledge that the above inspection was made on _10/29/07_ ,
and that the conditions of the premises and the inventory of furnishings and appliances is
as shown above.  The parties further agree that a copy of this Joint Inspection was
provided to Tenant.

[Signature]

M.Athar Julia
Landlord.

Rizwan Ahmed.
Tenant

Page 8 of 8





# VILLA LAGO CONDO ASSOC.
## AT RENAISSANCE COMMONS, INC.
### RENTAL/RESALE PACKAGE

## ~IMPORTANT NOTICE~
## PLEASE READ CAREFULLY

- **THE ENCLOSED APPLICATION MUST BE COMPLETELY FILLED OUT IN ORDER FOR IT TO BE PROCESSED.**

- **THE ENTIRE PACKAGE WILL BE RETURNED IF ANY INFORMATION IS MISSING WHICH WILL RESULT IN A DELAY IN APPROVAL.**

- **SUBMIT <u>ONE (1)</u> COPY OF YOUR COMPLETED APPLICATION PACKAGE AND RETURN TO THIS OFFICE ALONG WITH YOUR ORIGINALS!**

PRIME MANAGEMENT GROUP, INC.
6300 PARK OF COMMERCE BOULEVARD
BOCA RATON, FLORIDA 33487-8290

TELEPHONE: (561) 997-4045
WWW.PRIME-MGT.COM

THE BOARD OF DIRECTORS OF YOUR ASSOCIATION ARE RESPONSIBLE FOR APPROVAL OR DISAPPROVAL OF AN
APPLICATION. AS THE ASSOCIATION'S AGENT, PRIME IS RESPONSIBLE FOR PROCESSING THIS APPLICATION.

SALES & RENTALS DEPARTMENT      (561) 997-4045

1





# VILLA LAGO CONDO ASSOC.

**PLEASE INCLUDE THE FOLLOWING ITEMS IN YOUR APPROVAL PACKAGE FOR RENTAL/SALE**

(1)   APPLICATION FILLED OUT <u>COMPLETELY</u>

(2)   COPY OF SIGNED SALES OR LEASE CONTRACT

(3)   COPY OF LICENSE OR PHOTO I.D. OF ALL APPLICANTS

(4)   A NON-REFUNDABLE CHECK IN THE AMOUNT OF <u>$100.00</u> MADE OUT TO:
      <u>VILLA LAGO CONDO. ASSOCIATION</u>

(5)   UNIT OWNERS ARE REQUIRED TO INCLUDE A REFUNDABLE SECURITY DEPOSIT  IN THE AMOUNT
      OF <u>$1000.00</u> MADE OUT TO: <u>VILLA LAGO CONDO. ASSOCIATION</u>

(6)   THE BOARD OF DIRECTORS WILL REVIEW ALL APPLICATIONS ONCE THEY ARE PROCESSED IN THE
      PRIME SYSTEM

## PLEASE NOTE:  PRIME MANAGEMENT HAS THIRTY (30) DAYS TO PROCESS A COMPLETED SALE/LEASE APPLICATION

        <u>PLEASE  RETURN COMPLETED APPLICATION TO:</u>
        PRIME MANAGEMENT GROUP, INC.
        6300 PARK OF COMMERCE  BLVD
        BOCA RATON FLORIDA 33487
        ATTN:  SALES & RENTAL DEPT

        561-997-4045

2



**VILLA LAGO CONDO ASSOC. AT RENAISSANCE COMMONS, INC.**

Applicant hereby authorizes Prime Management Group to obtain a consumer report, and any other information it deems necessary for the purpose of evaluating my application.  I understand that such information may include, but is not limited to, credit history, civil and criminal information, records of arrest, rental history, employment/salary details, vehicle records, licensing records, and/or any other necessary information.  I understand that subsequent consumer reports may be obtained and utilized under this authorization in connection with an update, renewal, extension or collection with respect or in connection with the rental or lease of a residence for which this application was made. I hereby expressly release Prime Management Group, and any procurer or furnisher of information, from any liability what-so-ever in the use, procurement, or furnishing of such information, and understand that my application information may be provided to various local, state, and/or federal government agencies including without limitation, various law enforcement agencies.

_____        10/29/07
(Applicant's Signature)                                      Date

_____        _____
(Applicant's Signature)                                      Date

6300 Park of Commerce Boulevard, Boca Raton Florida 33487-8229
Boca: (561) 997-4045   Broward: (954) 463-2600   West Palm Beach: (561) 734-5675   Fax: (561) 997-5684

OUR MISSION:  To be the leader of the community association management industry, providing the highest level of service to our customers.

3

**PRIME MANAGEMENT GROUP, INC.**
6300 PARK OF COMMERCE BLVD, BOCA RATON, FL 33487-8290
BOCA (561) 997-4045 – FAX: (561) 995-1385

| Filled out by Prime Management | _____ Date Received Application |
|---|---|
| | _____ Date Delivered to Board |

ASSOCIATION NAME:  <u>VILLA LAGO CONDO ASSOC. AT RENAISSANCE COMMONS</u>

SALE/RENTAL UNIT ADDRESS:
<u>16 90</u>   Renaissance Commons Blvd.  Boynton Beach, FL 33426   Unit # <u>1521</u>

NAME OF CURRENT OWNER: <u>Martha & Juan Gulos Julia</u>

PERMANENT ADDRESS OF OWNER: _____   PH: _____

CITY, STATE, ZIP#: _____   PKG. NO. _____

NAME OF APPLICANT: <u>Rizwan Ali Ahmad</u>   SS#: ███████   AGE: <u>38</u>

CO-APPLICANT: <u>Rushna Irfan</u>   SS#: _____   AGE: <u>28</u>
                                           <u>Boca Raton, FL 33432</u>
APPLICANT'S ADDRESS: <u>371- SW 8th St</u> <u>Apt # B</u>   PHONE: ████████

CITY, STATE, ZIP #: <u>Boca Raton, FL 33432</u>

| PLEASE | ☑ | RENEWAL | <u>11-01-07</u> |
|---|---|---|---|
| CHECK | ☑ | RENTAL APPLICATION-RENTAL PERIOD FROM <del>11-01-07</del> TO <u>10-31-08</u> |
| ONE ONLY | ☑ | SALE APPLICATION-DESIRED CLOSING DATE: _____ |

PLEASE LIST ALL OCCUPANT (S), WHO WILL RESIDE AT THE RESIDENCE IF APPROVED:

| NAME | RELATIONSHIP TO APPLICANT | DATE OF BIRTH |
|---|---|---|
| <u>Rushna Irfan</u> | <u>Wife / Spouse</u> | <u>05/16/79</u> |
| <u>Shamim Begum</u> | <u>Mother</u> | <u>60</u> |
| <u>Ghazanfar Rahmani</u> | <u>Father</u> | <u>65</u> |

AGE OF OLDEST OCCUPANT <u>38</u>        HOW MANY PETS DO YOU HAVE? <u>NA</u>

AGE OF YOUNGEST OCCUPANT <u>28</u>        TYPE: _____

HOW MANY CARS DO YOU HAVE? <u>2</u>        WEIGHT: _____

NAME OF ATTORNEY, REALTOR OR TITLE COMPANY: (PLEASE CIRCLE ONE)
_____

ADDRESS: _____   LOCAL PHONE #: (___) _____

IF APPROVED, GIVE ADDRESS WHERE CERTIFICATE OF APPROVAL SHOULD BE SENT:

_____

_____

IN CASE OF EMERGENCY, PLEASE NOTIFY: PHONE NUMBER ████████████ / ████████ ,

NAME: _GHUFRAN A AHMAD_/_IMRAN A AHMAD_ RELATIONSHIP: _BROTHERS._

ADDRESS: _1627  LONGMONT DR  LAWRENCEVILLE, GA  30044_

             STREET                CITY           STATE    ZIP

SOCIAL REFERENCES: (LIST THREE (3) WITH COMPLETE ADDRESSES AND PHONE NUMBERS):

(1) _GHUFRAN A AHMAD_         ████ ████████

(2) _SHAFIA  BEGUM_          ████ ████████

(3) _IMRAN  A AHMAD_         ████ ████████

(4) _LIGIA  GALLEGO  (2nd 3rd)_     ████████████

BANK REFERENCES: (LIST 1 OR 2 WITH COMPLETE ADDRESSES AND ACCOUNT NUMBERS):

(1) _WAMU_                ACCT. #: ████████████

(2) _CITIBANK_           ACCT. #:

*APPLICANT AGREES TO OBTAIN FROM UNIT OWNER A COPY OF THE "RULES AND REGULATIONS" AND "DECLARATION"...AS WELL AS ADHERE TO THEM. _____ APPLICATION FEE AND COPY OF THE LEASE AND/OR CONTRACT OF SALE MUST ACCOMPANY APPLICATION BEFORE THE PROCESSING CAN BEGIN.  PLEASE PAY

PARTICULAR ATTENTION TO THE FOLLOWING....

    ....✓....SUBLEASING IS NOT ALLOWED

    ....✓....LEASING WITH "OPTIONS TO PURCHASE" ARE NOT PERMITTED

    .....✓....LEASE RENEWALS MUST RECEIVE ASSOCIATION APPROVAL

THIS SECTION FOR BOARD USE ONLY

"BUYER BECOMES RESPONSIBLE FOR ANY AND ALL OUTSTANDING BALANCES AFTER THE CLOSING! PLEASE VERIFY CURRENT BALANCE AT THE TIME OF THE CLOSING!"

    OWNER CURRENTLY OWES:

    AMOUNT: $_____     AS OF _____

    BY: _____

APPROVED:_____ DATE:_____ DISAPPROVED:_____ DATE:_____

    HOMEOWNER/CONDOMINIUM ASSOC.        HOMEOWNER/CONDOMINIUM ASSOC.

APPROVED:_____ DATE:_____ DISAPPROVED:_____ DATE:_____

    (other, if applicable)           (other, if applicable)

5

# WACHOVIA

Wachovia Mortgage Corporation
4440 PGA Blvd, Ste 103
Palm Beach Gardens, FL 33410

October 31, 2007

Mr. Rizwan Ahmad



Dear Applicant(s):

Thank you for the opportunity to allow Wachovia Mortgage Corporation serve your home financing needs. We are reviewing your loan application and will provide a credit decision to you promptly. Enclosed are some disclosures required by Federal or State law. Please review these documents carefully.

Please contact us with any questions or concerns at (561) 838-5620.

Sincerely,

Martha Julia

Wachovia Mortgage Corporation

**To help fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account.**

Sharing Information Regarding Your Mortgage Account

Wachovia shares loan payment history and experience with affiliates though a central information system and Wachovia is also permitted by the Fair Credit Reporting Act to share other customer information with our affiliates. Wachovia will never share other information with any non-affiliated third party for any reason other than those already stated in your account or mortgage application agreement. Sharing information with our affiliates can be used to improve our services to you. However, you have the right to direct that we not share this information with our affiliates, other than information about our own transactions and experience with you. In order to exercise this right, contact us at 1-866-642-9405.

After your loan has closed, you still have the right to request that we restrict information sharing among our affiliates by calling 1-866-642-9405 or by sending your request including your name, address and social security number to: Wachovia, P.O. Box 11726, Roanoke, VA 24022-1726. (Your request must be mailed in a separate envelope and should not be included in any other correspondence, Please note that each customer has the right to direct us not to share information other than transaction or experience information about them with our affiliates. Each customer, including each joint owner, may separately choose to ask that we restrict information sharing with affiliates. Customers who request that we restrict information sharing may do so only for themselves, and may not do so for anyone else, including joint account owners. We will process any request received as quickly as possible.)

# WACHOVIA

Wachovia Mortgage Corporation
4440 PGA Blvd, Ste 103
Palm Beach Gardens, FL 33410

October 31, 2007

Mr. Rizwan Ahmad



Dear Applicant(s):

Thank you for the opportunity to allow  Wachovia Mortgage Corporation serve your home financing needs.  We are reviewing your loan application and will provide a credit decision to you promptly.  Enclosed are some disclosures required by Federal or State law.  Please review these documents carefully.

Please contact us with any questions or concerns at (561) 838-5620 .

Sincerely,

Martha Julia

Wachovia Mortgage Corporation

**To help fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account.**

Sharing Information Regarding Your Mortgage Account

Wachovia shares loan payment history and experience with affiliates though a central information system and Wachovia is also permitted by the Fair Credit Reporting Act to share other customer information with our affiliates.  Wachovia will never share other information with any non-affiliated third party for any reason other than those already stated in your account or mortgage application agreement.  Sharing information with our affiliates can be used to improve our services to you.  However, you have the right to direct that we not share this information with our affiliates, other than information about our own transactions and experience with you.  In order to exercise this right, contact us at 1-866-642-9405.

After your loan has closed, you still have the right to request that we restrict information sharing among our affiliates by calling 1-866-642-9405 or by sending your request including your name, address and social security number to: Wachovia, P.O. Box 11726, Roanoke, VA  24022-1726.  (Your request must be mailed in a separate envelope and should not be included in any other correspondence. Please note that each customer has the right to direct us not to share information other than transaction or experience information about them with our affiliates.  Each customer, including each joint owner, may separately choose to ask that we restrict information sharing with affiliates.  Customers who request that we restrict information sharing may do so only for themselves, and may not do so for anyone else, including joint account owners.  We will process any request received as quickly as possible.)

# FEDERAL TRUTH IN LENDING DISCLOSURE/REDISCLOSURE STATEMENT

Creditor: Wachovia Mortgage Corporation                    Loan No:█████████

Applicant(s): Mr. Rizwan Ahmad

Property Address: TBD, Lake Worth, FL 33461

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | AMOUNT FINANCED<br>The amount of credit provided to you or on your behalf. | TOTAL OF PAYMENTS<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| e<br>6.166% | e<br>$264,629.00 | e<br>$221,006.06 | e<br>$485,635.06 |

Your payment schedule will be:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE |
|---|---|---|---|---|---|
| 359 | $1,348.99 | Monthly beginning 02/01/2008 | | | |
| 1 | $1,347.65 | Monthly beginning 01/01/2038 | | | |

**SECURITY:**  You are giving a security interest in the property being purchased in this transaction located at:
  TBD, Lake Worth, FL 33461

[  ] Assignment of brokerage account and pledge of securitites          [  ] Personal property: stocks and lease

[  ] Assignment of life insurance policy                               Other: _____

**ASSUMPTION:** Someone buying your house cannot assume the remainder of the mortgage on the original terms.

**LATE CHARGES:** If a payment is late, you will be charged 5.000% of the payment.

**PREPAYMENT:**  If you pay off early, you will not have to pay a penalty.
      You will not be entitled to a refund of part of the finance charge.

See your contract documents for any additional information about non-payment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties and assumption policy.

**e denotes ESTIMATE**

---

## ACKNOWLEDGEMENT

By signing below you acknowledge that you have received a completed copy of this Federal Truth in Lending Statement prior to the execution of any closing documents.

_____
Mr. Rizwan Ahmad                          [ Date ]