# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: | SECTION: L |
| *Hobbie, et al. v. RCR Holdings II, LLC, et al.,* | JUDGE FALLON |
| No. 10-1113 | |
| | MAG. JUDGE WILKINSON |

## NOTICE OF SUBMISSION

TAKE NOTICE that Plaintiffs in the action styled *Hobbie, et al. v. RCR Holdings II, LLC, et al.*, No. 10-1113 (E.D. La.) (Fallon, J.) (the "*Hobbie*" matter), on behalf of themselves and all others similarly situated (collectively, "Plaintiffs"), by and through their undersigned counsel, hereby submit the following Motion for Approval of Plan of Distribution for consideration on December 17, 2012 at 9:00.

Date: November 21, 2014         WHITFIELD BRYSON & MASON LLP

/s/ Gary E. Mason
Gary E. Mason
Daniel K. Bryson
1625 Massachusetts Ave., NW, Suite 605
Washington, D.C. 20036
Tel. (202) 429-2290
Fax. (202) 429-2294

Joel R. Rhine
RHINE LAW FIRM, PC
314 Walnut Street, Suite 1000
Wilmington, NC 28401
Tel. (910) 772-9960
Fax. (910) 772-9062

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the above and forgoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File and Serve® in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of the United States Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047 on this 21st day of November, 2014 and by U.S. Mail and/or email on the following objectors:

Murat M. Ocalan
16054 Fairway Dr.
Montclair, Virginia 22025
abiturk@comcast.net

Ahmed Mahallawy
1660 Renaissance Commons Blvd. Unit 2218
Boynton Beach, Florida 33426
agouz@hotmail.com

Rizwan Ahmad
1690 Renaissance Commons Blvd. Unit 1521
Boynton Beach, Florida 33426
rizwan_aa@hotmail.com

/s/ Gary E. Mason
Gary E. Mason