UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL | ) | MDL No. 2047 |
| | ) | |
| | ) | SECTION: L |
| | ) | |
| **THIS DOCUMENT RELATES TO ALL CASES** | ) | JUDGE FALLON |
| | ) | MAG. JUDGE WILKINSON |
| _____ | ) | |

ORDER

Considering the foregoing Motion to Enroll Additional Counsel of Record for Whitney Bank;

IT IS HEREBY ORDERED that Brett S. Venn (Bar No. 32954), of Jones Walker LLP, 201 St. Charles Avenue, 51st Floor, New Orleans, Louisiana, 70170, be and is hereby allowed to enroll as additional counsel of record for Whitney Bank in the above-captioned matter.

Signed in _____, Louisiana, this _____ day of _____, 2014.

_____
UNITED STATES JUDGE

{L0315574.1}