# EXHIBIT A

12/11/2014

To: Whom It May Concern

Re: Chinese Drywall

From: Daniel & Marva Moon

We withdraw our names from the lawsuit.

Thanking you in advance

*Marva Moon*



Levin Fishbein Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, Pa 19106

BIRMINGHAM AL 350
03 NOV 2014 PM 5 L

