# EXHIBIT B

October 23, 2014

Herman, Herman & Katz, LLC

820 O'Keefe Avenue

New Orleans, LA, 70113

This is to inform you that we are not interested in being a part of this class action lawsuit. We were in a previous one, received an award, and signed an agreement that we would not participate in another.

Thank you for sending your information.

Respectfully,

Carlos and Beverly Ward

19710 O'Grady Avenue

Robertsdale, AL 36567

Telephone: 251-945-1116

*[signatures: Carlos Ward, Beverly Ward]*

MOBILE AL 365
24 OCT 2014 PM 2 L

OCT 27 2014

Carlos and Beverly Ward
19710 O'Grady Ave
Robertsdale, AL 36567

Herman, Herman & Katz LLC
820 O'Keefe Avenue
New Orleans, LA 70113

7011311 2520