UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED ) | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY ) | |
| LITIGATION ) | SECTION L |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯) | |
| ) | JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: ) | |
| ) | MAG. JUDGE JOSEPH WILKINSON |
| *Little, et al. v. Taishan Gypsum, et al*. ) | |
| (Case No. 2:14-cv-00587) ) | |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯) | |

**DEFENDANT TROUT CREEK PROPERTIES, LLC'S
MOTION TO WAIVE ORAL ARGUMENT AND FOR ENTRY OF ORDER
GRANTING TROUT CREEK PROPERTIES, LLC'S UNOPPOSED
<u>MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION</u>**

Defendant TROUT CREEK PROPERTIES, LLC ("Trout Creek"), by and through undersigned counsel, hereby requests that this Honorable Court enter an Order dispensing with oral argument on Trout Creek's unopposed Motion to Dismiss Class Action Complaint for Lack of Personal Jurisdiction ("Motion") and granting Trout Creek's Motion to Dismiss for the reasons articulated in Trout Creek's Memorandum of Law in Support of Defendant Trout Creek Properties, LLC's Motion to Dismiss Class Action Complaint for Lack of Personal Jurisdiction, and in support thereof states as follows:

1.   On October 14, 2014, Trout Creek filed its Motion to Dismiss Class Action Complaint for Lack of Personal Jurisdiction in the matter of Little, et al. v. Taishan Gypsum, et al., Case No. 2:14-cv-00587) [Document 18052].  On October 15, 2014, the Court entered an Order setting Trout Creek's Motion to Dismiss for hearing, with oral argument, immediately following the monthly Chinese drywall MDL status conference on **November 25, 2014**, and ordering that any

IN RE: CHINESE-MANUFACTURED                                                          MDL 2047
DRYWALL PRODUCTS LIABILITY LITIGATION                                                 Page 2

party wishing to respond to Trout Creek's Motion must do so by November 17, 2014 [Document 18056]. No response to Trout Creek's Motion to Dismiss was filed by the date ordered by the Court, nor has anything been filed as of the date of the filing of the instant Motion, such that the Motion appears to be unopposed.

2. In view of the fact that Trout Creek's Motion to Dismiss is fully briefed and apparently unopposed, and in the interest of judicial economy, it is respectfully requested that the Court rule on the submissions without oral argument.

WHEREFORE, Defendant TROUT CREEK PROPERTIES, LLC, respectfully requests that the Court rule on and grant its unopposed Motion to Dismiss without oral argument as scheduled for November 25, 2014.

Respectfully submitted,

/s/ Edward J. Briscoe
Edward J. Briscoe
Fla. Bar No. 109691
ebriscoe@fowler-white.com
Helaine S. Goodner
Fla. Bar No. 462111
E-mail: hgoodner@fowler-white.com
FOWLER WHITE BURNETT, P.A.
1395 Brickell Avenue, Fourteenth Floor
Miami, Florida 33131
Telephone: (305) 789-9200/Facsimile: (305) 789-9201
*Counsel for Trout Creek Properties, LLC*

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system on the 21st day of November, 2014.

/s/ Edward J. Briscoe
Edward J. Briscoe

4829-2335-8240, v. 1