UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * *

**PROPOSED AGENDA**
**FOR NOVEMBER 25, 2014 STATUS CONFERENCE**

I.  PRE-TRIAL ORDERS

II.  STATE COURT TRIAL SETTINGS

III.  STATE/FEDERAL COORDINATION

IV.  OMNIBUS CLASS ACTION COMPLAINTS

V.  CLASS ACTION COMPLAINT

VI.  PLAINTIFFS' MOTIONS TO ESTABLISH A PLAINTIFFS' LITIGATION FEE AND EXPENSE FUND

VII.  REMEDIATION PROGRAM

VIII.  INEX, BANNER, KNAUF, L&W and GLOBAL SETTLEMENTS

IX.  SHARED COSTS FUND

X.  TAISHAN DEFENDANTS

X1.  VENTURE SUPPLY & PORTER BLAINE DEFENDANTS

1

XII.    PLAINTIFF AND DEFENDANT PROFILE FORMS

XIII.   FREQUENTLY ASKED QUESTIONS

XIV.    MATTERS SET FOR HEARING FOLLOWING THE CURRENT STATUS CONFERENCE

XV.     *PRO SE* CLAIMANTS

XVI.    PHYSICAL EVIDENCE PRESERVATION ORDER

XVII.   ENTRY OF PRELIMINARY DEFAULT

XVIII.  ALREADY REMEDIATED HOMES

XIX.    LOUISIANA ATTORNEY GENERAL

XX.     NEXT STATUS CONFERENCE