UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION : SECTION: L
: JUDGE FALLON
: MAG. JUDGE WILKINSON

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

Before the Court is a motion to waive oral argument on Trout Creek Property's unopposed motion to dismiss. (Rec. Docs. 18052, 18154).

**IT IS ORDERED** that the motion to waive oral argument is **GRANTED**. The matter will be decided on the briefs.

New Orleans, Louisiana, this 24th day of November, 2014.

_____
UNITED STATES DISTRICT JUDGE