UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: *Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al* Case No. 11-cv-080 (E.D. La.) *Almeroth, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd., et al* Case No. 12-cv-0498 (E.D. La.) *Amato, et al. v. Liberty Mutual Insurance Company*, Case No. 2:10-cv-00932 (E.D.La.) *Germano et al. v. Taishan Gypsum Co., Ltd. et al.* Case No. 2:09-cv-06687 (E.D. La.) *Gross, et al. v. Knauf Gips, KG, et al* Case No. 09-cv-6690 (E.D. La.) *Haya, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al* Case No. 11-cv-1077 (E.D. La.) *Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al* Case No. 10-cv-361 (E.D. La.) | JUDGE FALLON MAG. JUDGE WILKINSON |

## SETTLEMENT ADMINISTRATION TENTH STATUS REPORT
## FOR THE FOUR VIRGINIA-BASED SETTLEMENTS

Special Master Matthew L. Garretson submits this tenth report to inform the Court of the status of the Chinese Drywall Four Virginia-Based Settlements as of November 24, 2014.

1

**Real Property Claims**

On November 18, 2014 the Special Master met with the Court, Class Counsel, and Philip A. Garrett and reviewed the Special Master's Proposed Real Property Allocation, and on November 20, 2014 the Court entered an order approving the Proposed Real Property Allocation [Rec. Doc. 18145]. In accordance with that Order, the funds set aside for attorneys' fees were reduced from 32% to 30%, which resulted in an additional $348,000.00 being made available for distribution to class members in the Real Property and Other Losses allocations. The Special Master is in the process of issuing $9,072,000.00 in Real Property Payments and Incentive Award Payments for 262 claims that are eligible to receive Real Property Awards. These payments are scheduled to be mailed on November 25, 2014, at which point distribution of funds to class members under the Real Property portion of the settlements will be complete.

**Other Loss Claims**

As distribution of Real Property Payments to class members is completed, the focus of administration of the settlements will shift to Other Loss claims. The Special Master will work with Class Counsel to address the remaining questions that have arisen from review of the Other Loss claims and will confer with Brown Greer to facilitate consistency with the processes being used in the MDL settlements, to the degree possible. Administration of the Other Loss claims will follow a similar process to that used in administration of the Real Property claims, including notifying class members of any deficiencies relating to their Other Loss claims, assigning values under each claim type, and issuing Other Loss Determination Notices, which will include an appeals process for class members to challenge the Special Master's determinations and provide additional information in support of their claims. When the appeals process is complete, the Special Master will then allocate the Other Loss funds and, as was done with the Proposed Real

Property Allocation, will provide the Court and Class Counsel with the opportunity to review the allocation.  Upon approval from the Court and Class Counsel, the Special Master will then begin issuing Other Loss Payments.  Once Other Loss payments are issued to class members, all distributions to class members under the settlements will be complete.

**Conclusion**

The Special Master submits this tenth report to the Court to inform the Court of the status of allocation for the Four Virginia-Based Settlements, which continue to proceed according to schedule.  The Special Master will continue to provide periodically such reports to the Court as settlement administration continues and can provide additional information as the Court might so request.

Respectfully submitted,

Dated: November 24, 2014         */s/ Matthew L. Garretson, Esq.*
Matthew L. Garretson, Esq.
GARRETSON RESOLUTION GROUP
6281 Tri-Ridge Boulevard, Suite 300
Cincinnati, OH 45140
Phone: (513) 794-0400
mlg@garretsongroup.com
*Chinese Drywall Special Master*