MINUTE ENTRY
FALLON, J.
NOVEMBER 25, 2014

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | JUDGE FALLON<br>MAGISTRATE WILKINSON |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter:  Susan Zielie

Appearances:   Robert Redfearn, Jr., Esq. for Preservation Alliance of New Orleans
Russ Herman, Esq., Dawn Barrios for Plaintiffs Liaison Counsel
Gary Mason, Esq.  for Settlement Class
Kerry Miller, Esq. for Knauf Defendants

1. Motion or Authority to File Claim in Knauf Class Settlement Program by Plaintiffs Peter S. Thriffiley, Jeannette N. Thriffiley  (17834)

2. Motion of Pro Se Curator Robert Johnston for Pro Se Plaintiffs Regarding Late Knauf Claims (17837)

3. Motion of Plaintiff Whitney Bank for Authority to File Claim  (18085)

4. Amended Motion for Extension of Deadlines and/or To Allow Late Filing by Claimant Lorenzo Alvarez (18094)

There was no oral argument on the above four motions - They will be Taken under Advisement and Court's ruling on these Motions is forthcoming.

5. Motion of the Knauf Defendants for an Order Extinguishing Knauf Defendants' Settlement Obligations for Certain Claims  (18046)

6. Motion of the Knauf Defendants to Extinguish the Knauf Defendants' Settlement Obligations for Certain Already Remediated Home Claims  (18066)

After argument, these two Motions were GRANTED - Court's Order to follow

7. Motion for Reconsideration of Special Master's Decision by Defendant Preservation Alliance of New Orleans, Inc.  (18087)

After argument- Motion was TAKEN UNDER ADVISEMENT

8. Motion for for Approval of Plan of Distribution by Settlement Class Counsel  (18150)

After argument - Motion was GRANTED

9. Trout Creek Property's unopposed motion to dismiss the party from this litigation (18052)

Motion was unopposed - Order to be entered


JS10:   :21