UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: | ) ) | SECTION: L |
| *Hobbie, et al. v.* *RCR Holdings II, LLC, et al.*, | ) ) ) | JUDGE FALLON |
| No. 10-1113 | ) ) ) ) | MAG. JUDGE WILKINSON |

ORDER GRANTING PLAINTIFFS'
MOTION FOR APPROVAL OF PLAN OF
DISTRIBUTION

Considering the Motion for Approval of Plan of Distribution and supporting Memorandum of Law, the Court hereby orders as follows:

1. The Plan of Distribution is APPROVED, except as set forth herein.

2. The objection submitted by Murat Ocalan is DENIED.

3. The objection submitted by Ahmed Mahallawy is DENIED.

4. The objection submitted by Rizwan Ahmad is GRANTED, in part, and DENIED, in part. Ahmad shall be awarded 50% of the Non-KPT LSP ($3,937.71) and the prior owners, Juan Carlos and Martha Julia, shall be awarded the remaining 50% of the Non-KPT LSP ($3,937.71).

IT IS SO ORDERED.

New Orleans, LA, this 25th day of Nov., 2014

_____
Judge Eldon E. Fallon
United States District Court Judge