UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL  : MDL NO. 2047
    PRODUCTS LIABILITY LITIGATION : SECTION: L
: JUDGE FALLON
: MAG. JUDGE WILKINSON

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

Before the Court is Trout Creek Property's unopposed motion to dismiss the party from this litigation. (Rec. Docs. 18052).

**IT IS ORDERED** that the motion is **GRANTED AS UNOPPOSED**. Due to the motion's unopposed nature, this dismissal has no precedential value.

New Orleans, Louisiana, this 25th day of November, 2014.

_____
UNITED STATES DISTRICT JUDGE