UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047 <br> SECTION L <br><br> JUDGE FALLON <br> MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

Before the Court is a Motion to Extinguish the Knauf Defendants' Settlement Obligations for Certain Claims filed by the Knauf Defendants, (Rec. Doc. 18046), as modified by the subsequently-filed Errata, (Rec. Doc. 18125). The Knauf Defendants explain their various efforts to remediate the two remaining homes. Accordingly,

**IT IS ORDERED** that the motion to extinguish, as modified, (Rec. Docs. 18046, 18125), is **GRANTED**.

New Orleans, Louisiana, this 25th day of November, 2014.

_____
UNITED STATES DISTRICT JUDGE

1