UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| | : | MDL NO. 2047 |
| IN RE: CHINESE MANUFACTURED DRYWALL | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAGISTRATE JUDGE |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. : | WILKINSON |

**THIS DOCUMENT RELATES TO:**  ALL CASES

<u>**ORDER**</u>

Before the Court is a motion of class counsel for the Virginia Settlements to pay the

Special Master his fee. (Rec. Doc. 18139).

**IT IS ORDERED** that the motion is set for submission, without oral argument, on

December 17, 2014.

**IT IS FURTHER ORDERED** that any party that wishes to respond to the motion must

do so by December 9, 2014.

New Orleans, Louisiana, this 1st day of December, 2014.

_____

UNITED STATES DISTRICT JUDGE