UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047 SECTION L JUDGE FALLON MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:**
13-6652: *Collins et al v. Bass Homes, Inc. et al*
13-6653: *Herrington et al v. Bass Homes, Inc. et al*

## ORDER

Before the Court are motions to continue the oral argument for the motions to dismiss for lack of personal jurisdiction in the *Collins* and *Herrington* actions. (Rec. Docs. 18158, 18159).

**IT IS ORDERED** that the motions to continue are **GRANTED**;

**IT IS FURTHER ORDERED** that the motion to dismiss, (Rec. Doc. 18089), is re-noticed for submission, with oral argument, on February 4, 2014.

New Orleans, Louisiana, this 1st day of December, 2014.

_____
UNITED STATES DISTRICT JUDGE

1