# EXHIBIT X

| *AMORIN, ET AL V. TAISHAN GYPSUM CO., LTD F/K/A SHANDONG TAIHE DONGXIN CO. LTD., ET AL* 11-1672 *OMNIBUS XV COMPLAINT (FLORIDA)* | | |
|---|---|---|
| **DEFENDANT** | **ADDRESS FOR SERVICE** | **SERVICE WAS MADE** |
| Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd. | Joe Cyr, Esquire<br>HOGAN LOVELLS US LLP<br>875 Third Avenue<br>New York, NY 10022 | 7/9/14<br>Served on defense counsel via Federal Express pursuant to the Court's Order dated June 25, 2014 (Rec. Doc. No. 17790) |
| Taian Taishan Plasterboard Co., Ltd. | Joe Cyr, Esquire<br>HOGAN LOVELLS US LLP<br>875 Third Avenue<br>New York, NY 10022 | 7/9/14<br>Served on defense counsel via Federal Express pursuant to the Court's Order dated June 25, 2014 (Rec. Doc. No. 17790) |
| Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | Gangcheng Street East No. 69<br>Haigang District<br>Qinhuangdao<br>066000 | 1/20/14 |
| Beijing New Building Materials Public Limited Company | No. A-11 Sanlihe Road<br>Haidian District, Beijing 100037 | |
| China National Building Materials Co., Ltd. | 17th Floor<br>Zhong Guo Jian Cai Da Sha, San Li He Road #11<br>Haidian District<br>Beijing City, PR.China 100037 | |
| Beijing New Building Materials (Group) Co., Ltd. | No. A-11 Sanlihe Road<br>Haidian District, Beijing 100037 | |
| China National Building Material Group | 17th Floor, Zhong Guo Jian Cai Da Sha, San Li He Road #11<br>Haidian District<br>Beijing City, PR.China, 100037 | |

| | *AMORIN, ET AL V. TAISHAN GYPSUM CO., LTD F/K/A SHANDONG TAIHE DONGXIN CO. LTD., ET AL* *11-1672* *OMNIBUS XV COMPLAINT (FLORIDA)* | |
|---|---|---|
| **DEFENDANT** | **ADDRESS FOR SERVICE** | **SERVICE WAS MADE** |
| Changzhou Yinhe Wood Industry Co., Ltd. | Qianfeng Industrial Park Henglin Town Changzhou, Jiangsu, China 213 103 | 12/16/13 |
| Fuxin Taishan Gypsum And Building Material Co., Ltd. | Pingxi Industrial Park North Haizhou District Fuxin Liaoning 123000 | 8/5/13 |
| Hubei Taishan Building Material Co., Ltd. | Jingmen High and New Technology Industrial Park, Hubei 448000 | 10/14/13 |
| Jinan Run & Fly New Materials Co., Ltd. | 3-201, Ruyibei BLD. Hualong Road Jinan, Shandong China 250100 | |
| Nanhai Silk Imp. & Exp. Corporation | Block 1 4 Nangui Road, West Foshan Guangdong China, 528200 | 8/12/13 |
| Pingyi Baier Building Materials Co., Ltd. | Baier Industrial Park Ziqiu Town Pingyi County Shandong China 273305 | 8/22/13 |
| Qinhuangdao Taishan Building Material Co., Ltd | Gangcheng Street East No. 69 Haigang District Qinhuangdao 066000 | |
| Shanghai Yu Yuan Imp. & Exp.Co., Ltd | 3/F No. 135-1 Jiu Jiao Chang Road Shanghai China 200010 | |

***AMORIN, ET AL V. TAISHAN GYPSUM CO., LTD F/K/A SHANDONG TAIHE DONGXIN CO. LTD., ET AL***
***11-1672***

***OMNIBUS XV COMPLAINT (FLORIDA)***

| DEFENDANT | ADDRESS FOR SERVICE | SERVICE WAS MADE |
|---|---|---|
| Sinkiang Tianshan Building Material and Gypsum Product Co., Ltd | Dabancheng Village<br>Dabancheng Township<br>Dabancheng District<br>Urumchi<br>Xinjiang Uygur<br>Autonomous Region<br>8300389 | |
| Sunrise Building Materials Ltd. | Unit 7, 55 Nugget Ave.<br>Scarborough, Toronto, ON<br>Canada, M1S 3L1 | |
| Tai'an Jindun Building Material Co., Ltd. | Dawenkou<br>Daiyue District<br>Tai'an<br>271026 | 11/19/13 |
| Taishan Gypsum Co., Ltd. Lucheng Branch | Ganlin Road No. 3<br>Lucheng, Shaanxi<br>047500 | |
| Taishan Gypsum (Baotou) Co., Ltd. | No. 7 Goumen Township<br>Tuyouqi<br>Baotou<br>Inner Mongolia Autonomous Region<br>014100 | 12/6/13 |
| Taishan Gypsum (Chongqing) Co., Ltd. | Luhuang Industrial Park A<br>Jiangjin<br>Chongqing<br>402260 | 11/8/13 |
| Taishan Gypsum (Henan) Co., Ltd. | Shouyang Industrial Park<br>Beihuan Road North<br>Yanshi<br>Henan<br>471900 | 8/22/13 |
| Taishan Gypsum (Pingshan) Co., Ltd. | Dianchang Road<br>Pingshan Township<br>Pingshan County<br>050400 | 5/28/13 |

### *AMORIN, ET AL V. TAISHAN GYPSUM CO., LTD F/K/A SHANDONG TAIHE DONGXIN CO. LTD., ET AL*
### 11-1672

### *OMNIBUS XV COMPLAINT (FLORIDA)*

| DEFENDANT | ADDRESS FOR SERVICE | SERVICE WAS MADE |
|---|---|---|
| Taishan Gypsum (Pizhou) Co., Ltd. | Yunhe Bridge West<br>Xulian Road<br>Pizhou City<br>Jiangsu<br>221200 | |
| Taishan Gypsum (Tongling) Co., Ltd. | Jinqiao Industrial Park<br>Tongling Anhui<br>244000 | 7/26/13 |
| Taishan Gypsum (Xiangtan) Co., Ltd. | Industrial Park<br>Guoqiang Village<br>Shuangma Township<br>Yuetang District<br>Xiangtan<br>Hunan<br>411102 | 5/28/13 |
| Yunan Taishan Gypsum And Building Material Co., Ltd. | Sanjia Village<br>Liujiezhen Factory<br>Yimen County<br>Yunan<br>651107 | 8/9/13<br>Served with rejected legal process |
| Shaanxi Taishan Gypsum Co., Ltd. | Weibei Industrial Park<br>Xinshi Township<br>Linwei District<br>Weinan City<br>Shaanxi<br>714000 | 8/21/13<br>Served with rejected legal process |
| Taishan Gypsum (Hengshui) Co., Ltd. | Renmin West Road (Hengfeng Power Plant Ecology Industrial Park)<br>Hengshui City<br>053000 | |
| Taishan Gypsum (Jiangyin) Co., Ltd. | Shengang Industrial Park<br>Jiangyin Economic and Technological Development Zone<br>Jiangsu<br>214443 | |

| | | |
|---|---|---|
| | ***AMORIN, ET AL V. TAISHAN GYPSUM CO., LTD F/K/A SHANDONG TAIHE DONGXIN CO. LTD., ET AL*** <br> ***11-1672*** <br><br> ***OMNIBUS XV COMPLAINT (FLORIDA)*** | |
| **DEFENDANT** | **ADDRESS FOR SERVICE** | **SERVICE WAS MADE** |
| Taishan Gypsum (Wenzhou) Co., Ltd. | Yinhui Road No. 76, Panshi Zhen, Leqing, Wenzhen, Zhenjiang, China 325602 | 9/5/13 |
| Qingdao Yilie International Trade Co., Ltd | Room 804 <br> Building 1 <br> Tianshengyuan <br> 21 Donghai West Road <br> Shinan District <br> Qingdao, Shandong, China 266071 | |
| Shanghai East Best Arts & Crafts Co., Ltd. | 273 SI Ping Lu <br> Shanghai <br> Shanghai China 200081 | 11/29/13 |
| SIIC Shanghai International Trade (Group) Co., Ltd. | 30/F, SIIC Building <br> No. 18, Caoxi North Road <br> Shanghai, China 200030 | |
| Tianjin Tianbao Century Development Co., Ltd. | 3 F, Eastern Exhibition Hall <br> 31 Halbin Fifth Road <br> Tianjin Free Trade Zone <br> Tianjin City, China | 8/28/13 |
| Shandong Oriental International Trading Corp. | 17 - 21/F Shandong International Trades Mansion <br> 51 Taiping Road <br> Qingdao, China 266002 | |
| Shanghai YuYuan Market Import & Export Co., Ltd. | 19 Wen Chuan Rd. <br> Changhai China | |
| Orient International Holding Shanghai Foreign Trade Co., Ltd | Suite B, No. 85, Loushan Guan Road, Shanghai, Shanghai, China | 9/3/13 |
| Qingdao Aoni Decoration Board and Materials Co., Ltd. | 68 Shimei'an Road <br> Licang Dist. <br> Qingdao <br> Shandong, China | |

| | | |
|---|---|---|
| | ***AMORIN, ET AL V. TAISHAN GYPSUM CO., LTD F/K/A SHANDONG TAIHE DONGXIN CO. LTD., ET AL*** <br> ***11-1672*** <br><br> ***OMNIBUS XV COMPLAINT (FLORIDA)*** | |
| **DEFENDANT** | **ADDRESS FOR SERVICE** | **SERVICE WAS MADE** |
| Beijing Building Materials Import & Export Co., Ltd. | Jin Yu Mansion <br> Room 2013 No. 129 <br> Xuan Wu Men W Road <br> Beijing, China | |
| Taian Taigao Trading Co., Ltd. | No. 157 Dongyue Road <br> Taian, China | |
| Nantong Economic and Technological Development Zone Corporation | 9 Waihuan West Rd. <br> Chongchuan Nantong <br> Jiangsu, China | 7/23/13 |
| Qingdao Kanghong Import and Export Co., Ltd. | 22 Juxian Rd. <br> Shibei District <br> Qingdao Shandong, China | |
| Zhejiang Provincial Second Light Industry Enterprises Group Imp. & Exp. Co., Ltd. | 11/F Jiangjiang Mansion, 111 Hushu South Road, Hangzhou, Zhejiang, China, 310005 | 7/31/13 |
| SIIC Shanghai International Trade Group Pudong Co., Ltd. | SIIC Building 30F., NO.18cao Xi Bei RD. Shanghai 200030, China, Shanghai | 9/3/13 |
| Jiangsu Sainty International Economic & Technical Cooperation Co., Ltd. | No.5 West Beijing Road, Nanjing, Jiangsu, China | |
| Zibo International Economic and Technical Cooperation Corporation | 4/F No. 107 LiuQuan Rd. <br> ZhangDian District <br> Zibo, Shandong, China | 7/29/13 |
| Shanghai Kaidun Development Co., Ltd. | Room 313, 260 Nanxun Rd. <br> Hongkou District, Shanghai, China | |
| Shanghai Yujin Industry Co., Ltd. | Room 1805, Lucky Mansion, 660 Shangcheng Road, Shanghai, China 200120 | |
| Hangzhou Great Import and Export Co., Ltd. | Suite 1201, Torch Building #3, #259 Wen San Road, Hangzhou City, Zhejiang Province. China 310012 | 7/31/13 |

| | |
|---|---|
| ***AMORIN, ET AL V. TAISHAN GYPSUM CO., LTD F/K/A SHANDONG TAIHE DONGXIN CO. LTD., ET AL*** <br> **11-1672** <br><br> ***OMNIBUS XV COMPLAINT (FLORIDA)*** | |

| DEFENDANT | ADDRESS FOR SERVICE | SERVICE WAS MADE |
|---|---|---|
| Xuzhou Hanbang Global Trade Co., Ltd. | Room409, Yicheng Plaza, No.95 Pengcheng Road Xuzhou Jiangsu 221003 China | 8/13/13 |
| China Xuzhou International Economic & Technological Cooperation Co., Ltd. | 4/F Yingdu Bldg. 120 Huaihai West Rd. Xuzhou, Jiangsu, China | 8/13/13 |
| Jiangsu Easthigh Group Import & Export Co., Ltd. | 3/F, Jiangsu International Economic Trade Building, No. 50, Zhonghua Road, Nanjing 210001 | 8/13/13 |
| Qingdao Joy Industrial & Development Co., Ltd. | 50 Qutangxia Rd. Qingdao, Shandong, China | |
| Lianyungang Yuntai International Trade Co., Ltd. | NO.1-28 Tongguanshouth Road, Lianyung | |
| Beijing New Material Incubator Co., Ltd. | 16 Jiancaicheng West Rd. Xisanqi, Haidian District Beijing, China <br><br> or <br><br> 11 Chuangye Middle Road, Shangdi Information Industry Base, Haidian District Beijing, China 100096 | |
| CNBMI Co., Ltd. | 14/F International Trade Building, NO. 3002, Renmin South Road, Luohu District, Shenzhen, China 518014 | |