# EXHIBIT BB

| | | |
|---|---|---|
| ***AMORIN, ET AL V. THE STATE-OWNED ASSETS SUPERVISION AND ADMINISTRATION COMMISSION OF THE STATE COUNCIL, ET AL*** *14-1727*  ***OMNIBUS XIX COMPLAINT*** | | |
| **DEFENDANT** | **ADDRESS FOR SERVICE** | **SERVICE WAS MADE** |
| Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd. | Joe Cyr, Esquire HOGAN LOVELLS US LLP 875 Third Avenue New York, NY 10022 | 7/31/14 Served on defense counsel via Federal Express pursuant to the Court's Order dated June 25, 2014 (Rec. Doc. No. 17790) |
| Taian Taishan Plasterboard Co., Ltd. | Joe Cyr, Esquire HOGAN LOVELLS US LLP 875 Third Avenue New York, NY 10022 | 7/31/14 Served on defense counsel via Federal Express pursuant to the Court's Order dated June 25, 2014 (Rec. Doc. No. 17790) |