UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE FALLON |
| Beane, et al. v. Knauf Case No. 13-609-EEF-JCW | ) ) ) ) | MAG. JUDGE WILKINSON |

## ORDER GRANTING MORGAN & MORGAN, P.A.'S MOTION TO WITHDRAW AS COUNSEL FOR DAVID AND ELNA MASEL

Considering the law firm of Morgan & Morgan, P.A.'s Motion to Withdraw as Counsel for Plaintiffs David and Elna Masel, having been advised there is no opposition to this matter and having found that the above-referenced counsel has complied with Local Rule 83.2.11,

IT IS ORDERED that the law firm of Morgan & Morgan, P.A.'s Motion to Withdraw as Counsel for Plaintiffs David and Elna Masel is GRANTED. The law firm of Morgan & Morgan, P.A. is discharged from any further obligation to David and Elna Masel in this matter. The law firm of Morgan & Morgan, P.A., shall serve this order on David and Elna Masel via electronic mail and regular U.S. mail at their last known address within 10 days of the entry of this order.

New Orleans, Louisiana, this _____ day of _____, 2014.

_____
Eldon E. Fallon
United States District Court Judge