IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| This Document Relates to: | SECTION L JUDGE FALLON |
| Jason S. Herrington, et ux. v. Bass Homes, Inc., et al. S. D. Mississippi, C. A. No. 1:13-00323 | MAG. JUDGE WILKINSON |

**NOTICE OF SUBSTITUTION**

COME NOW the Plaintiffs, JASON and CASSIE HERRINGTON, by and through their counsel of record, and file this Notice of Substitution of known parties for a previously unknown fictitious party Defendants, and would show unto this Honorable Court the following, to-wit:

1. Fictitious Defendant 2 is hereby identified as Pate Stevedore Company, Inc. ("Pate"), and is a corporation organized and existing under the laws of the State of Florida. Upon information and belief, Pate offloaded, stored, delivered, imported, shipped, purchased, sold, marketed, warranted, tested, inspected, advertised, surveyed and/or supplied the Chinese drywall at issue herein and marked said Chinese drywall as new product when they expressly knew or should have known it was "salvage".

2. Fictitious Defendant 3 is identified as Pensacola Stevedore Company, Inc. ("PSC"), and is a corporation organized and existing under the laws of the State of Florida. Upon information and belief, PSC offloaded, stored, delivered, imported, shipped, purchased, sold, marketed, warranted, tested, inspected, advertised, surveyed and/or supplied the Chinese drywall at issue herein and marked said Chinese drywall as new product when they expressly knew or should have known it was "salvage".

3. Fictitious Defendant 4 is identified as Fireman's Fund Insurance Company ("FFIC") and is a corporation organized and existing under the laws of the State of California. Upon information and belief, FFIC took possession of and/or title to, offloaded, stored, delivered, imported, shipped, purchased, sold, marketed, warranted, tested, inspected, advertised, surveyed, and/or supplied the Chinese drywall at issue herein after the MIV *Sanko Ralley* sustained damage to the cargo in question—Chinese drywall.  They then sold the Chinese drywall to the Defendants, Pate and PSC.

RESPECTFULLY SUBMITTED this, the 20th day of November, 2014.

                                      JASON & CASSIE HERRINGTON, Plaintiffs

                                      By and Through Their Attorneys,
                                      LUCKEY & MULLINS, PLLC

                                    BY:     /s/ Stephen W. Mullins
                                             STEPHEN W. MULLINS

ATTORNEYS FOR PLAINTIFFS:

STEPHEN W. MULLINS  (MS Bar No. 9772)
LUCKEY & MULLINS, PLLC
2016 Bienville Blvd., Suite 102   (39564)
Post Office Box 990
Ocean Springs, MS  39566
Phone: 228.875.3175
Fax:    228.872.4719
smullins@luckeyandmullins.com

Of Counsel:

**Daniel K. Bryson** (*pro hac vice*)
**WHITFIELD BRYSON & MASON LLP**
900 W. Morgan Street
Raleigh, NC 27603
Telephone: (919) 600-5000
Facsimile: (919) 600-5035

## CERTIFICATE OF SERVICE

  I, STEPHEN W. MULLINS, do hereby certify that I have on this date electronically filed the above and foregoing Notice of Substitution with this Court using the ECF filing system which has caused notification of such filing to be sent to registered counsel of record.

  THIS, the 20<u>th</u> day of November, 2014.

                /s/ Stephen W. Mullins
                STEPHEN W. MULLINS