IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA


IN RE:  CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                                          MDL NO. 2047

This Document Relates to:                                 SECTION L
                                                                        JUDGE FALLON
Jason S. Herrington, et ux. v. Bass Homes, Inc., et al.      MAG. JUDGE WILKINSON
S. D. Mississippi, C. A. No. 1:13-00323

---

### ORDER FOR SUBSTITUTION

---

This Honorable Court has considered the Notice of Plaintiffs, JASON & CASSIE HEARRINGTON, of Substitution of known parties for previously unknown fictitious party Defendants, and finds as follows, to-wit:

1.      That Pate Stevedore Company, Inc. shall be substituted for Fictitious Defendant 2.

2.      That Pensacola Stevedore Company, Inc. shall be substituted for Fictitious Defendant 3.

3.      That Fireman's Fund Insurance Company shall be substituted for Fictitious Defendant 4.

4.      Plaintiffs are hereby directed to file their Second Amended Complaint in this matter to substitute these named Defendants for Fictitious Defendants 2, 3 and 4.

SO ORDERED AND ADJUDGED this, the _____ day of _____, 2014.


                                                        _____
                                                        ELDON E. FALLON
                                                        U. S. DISTRICT COURT JUDGE

Order prepared & submitted by:

STEPHEN W. MULLINS  (MS Bar No. 9772)
LUCKEY & MULLINS, PLLC
2016 Bienville Blvd., Suite 102   (39564)
Post Office Box 990
Ocean Springs, MS  39566
Phone: 228.875.3175
Fax:    228.872.4719
smullins@luckeyandmullins.com