IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                                                          MDL NO. 2047

This Document Relates to:                                              SECTION L
                                                                                        JUDGE FALLON
Braxton H. Collins, et ux. v. Bass Homes, Inc., et al.        MAG. JUDGE WILKINSON
S. D. Mississippi, C. A. No. 1:13-00297

## ORDER FOR SUBSTITUTION

This Honorable Court has considered the Notice of Plaintiffs, BRAXTON and KERRIE COLLINS, of Substitution of known parties for previously unknown fictitious party Defendants, and finds as follows, to-wit:

1. That Pate Stevedore Company, Inc. shall be substituted for Fictitious Defendant 2.

2. That Pensacola Stevedore Company, Inc. shall be substituted for Fictitious Defendant 3.

3. That Fireman's Fund Insurance Company shall be substituted for Fictitious Defendant 4.

4. Plaintiffs are hereby directed to file their Second Amended Complaint in this matter to substitute these named Defendants for Fictitious Defendants 2, 3 and 4.

SO ORDERED AND ADJUDGED this, the ____ day of _____, 2014.

                                                                        _____
                                                                        ELDON E. FALLON
                                                                        U. S. DISTRICT COURT JUDGE

Order prepared & submitted by:

STEPHEN W. MULLINS  (MS Bar No. 9772)
LUCKEY & MULLINS, PLLC
2016 Bienville Blvd., Suite 102   (39564)
Post Office Box 990
Ocean Springs, MS  39566
Phone: 228.875.3175
Fax:    228.872.4719
smullins@luckeyandmullins.com