# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: All Cases | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |

* * * * * * * * * * * * * * * * * *

## NOTICE OF APPEAL

Notice is hereby given that Sixty Fifth and One LLC and Banner Supply Company Pompano LLC in *In re: Chinese-Manufactured Drywall Products Liability Litigation* No. 09-MD-2047, appeal to the United States Court of Appeals for the Fifth Circuit from the District Court's August 19, 2014 order (Rec. Doc. 17967) and November 4, 2014 order (Rec. Doc. 18102) denying (1) Sixty Fifth and One LLC's Motion to Enforce Injunction Regarding State Court Claims Brought By Putative Class Representative, Ralph Mangiarelli, Jr. (Rec. Doc. 17897) and (2) Banner Supply Company Pompano LLC's Motion to Enforce Injunction Regarding Claims Brought by Plaintiff Ralph Mangiarelli, Jr. (Rec. Doc. 17744).  This appeal is timely filed under Federal Rule of Appellate Procedure 4(a)(4)(A)(iv) because it was filed within thirty (30) days after the District Court's November 4, 2014 order denying Sixty Fifth and One LLC and Banner Supply Company Pompano LLC's timely filed Federal Rule of Civil Procedure 59(e) Motion for Reconsideration.  (Rec. Docs. 17981, 18102).  The Court of Appeals has jurisdiction of this appeal pursuant to 28 U.S.C. § 1292(a)(1).

Date: December 4, 2014.

Respectfully submitted,

/s/ *Jeffrey M. Paskert*
Jeffrey M. Paskert
Florida Bar No. 846041
Email:  jpaskert@mpdlegal.com
Secondary:  jegusquiza@mpdlegal.com
Ryan E. Baya
Florida Bar No. 0052610
Email:  rbaya@mpdlegal.com
Secondary:  dhutchins@mpdlegal.com
MILLS PASKERT DIVERS
100 N. Tampa St., Ste. 3700
Tampa, FL 33602
Telephone:  (813) 229-3500
*Attorneys for Sixty-Fifth and One LLC*

*/s/ Michael P. Peterson (with approval)*
Florida Bar No. 982040
Email:  michael@pbmlegal.net
Secondary:  ines@pbmlegal.net
PETERSON, BALDOR & MARANGES, PLLC
10631 Southwest 88th Street, Suite 220
Miami, FL  33176
Telephone:  (813) 270-3773
*Attorneys for Banner Supply Company Pompano, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana by using CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 4th day of December, 2014.

By: /s/ Jeffrey M. Paskert