UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED DRYWALL   MDL NO. 2047
    PRODUCTS LIABILITY LITIGATION

SECTION:  L

JUDGE FALLON
MAG. JUDGE WILKINSON

_____

## REQUEST FOR ORAL ARGUMENT

COMES NOW the undersigned counsel and Plaintiffs David and Stephanie Miguelez pursuant to Local Rule 78.1, and respectfully request oral argument on Plaintiffs' Motion for Enforcement of Settlement (D.E. 18146) set for hearing before this Honorable Court on the 17th day of December, 2014, at 9:00 a.m. at the December monthly status conference for the MDL 2047 Chinese-Manufactured Drywall Products Liability Litigation or at a time set by this court so as to more fully address any questions the court may have concerning  Plaintiffs' Motion.

Respectfully submitted,

/s *Michael J. Ryan*_____
Michael J. Ryan, Esquire
Bar No. 975990
Krupnick Campbell Malone Buser Slama
Hancock Liberman  P.A.
12 S.E. 7 Street, Suite 801
Fort Lauderdale, FL  33301
Phone (954) 763-8181
Fax (954) 763-8292
pleadings-MJR@krupnicklaw.com
mryan@krupnicklaw.com
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Request for Oral Argument has been electronically uploading the same to File and ServeXpress f/k/a Lexis Nexis File and Serve in Accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 4th day of December, 2014.

/s/ *Michael J. Ryan*
Michael J. Ryan, Esquire
Bar No. 975990
Krupnick Campbell Malone Buser Slama,
Hancock Liberman  P.A.
12 S.E. 7 Street, Suite 801
Fort Lauderdale, FL  33301
Phone (954) 763-8181
Fax (954) 763-8292
pleadings-MJR@krupnicklaw.com
Attorneys for Plaintiffs