IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| This Document Relates to: | SECTION L JUDGE FALLON |
| Jason S. Herrington, et ux. v. Bass Homes, Inc., et al. 13-cv-06653 | MAG. JUDGE WILKINSON |

## ORDER FOR SUBSTITUTION

This Honorable Court has considered the Motion of Plaintiffs, JASON & CASSIE HEARRINGTON, to Substitute known parties for previously unknown fictitious party Defendants, and finds as follows, to-wit:

1. That Pate Stevedore Company, Inc., shall be substituted for Fictitious Defendant 2.

2. That Pensacola Stevedore Company, Inc., shall be substituted for Fictitious Defendant 3.

3. That Fireman's Fund Insurance Company shall be substituted for Fictitious Defendant 4.

4. Plaintiffs are hereby directed to file their Second Amended Complaint in this matter to substitute these named Defendants for Fictitious Defendants 2, 3 and 4.

SO ORDERED AND ADJUDGED this, the ____ day of _____, 2014.

ELDON E. FALLON
U. S. DISTRICT COURT JUDGE

Order prepared & submitted by:

STEPHEN W. MULLINS  (MS Bar No. 9772)
LUCKEY & MULLINS, PLLC
2016 Bienville Blvd., Suite 102   (39564)
Post Office Box 990
Ocean Springs, MS  39566
Phone: 228.875.3175
Fax:    228.872.4719
smullins@luckeyandmullins.com