**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                         MDL NO. 2047

                                                   SECTION: L

                                                   JUDGE FALLON
                                                   MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:

ALL ACTIONS
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## O R D E R

Considering the Plaintiffs' Steering Committee's Motion for Leave to File Supplemental Memorandum Regarding Taishan Gypsum Co., Ltd.'s Privilege Log and to File the Supplemental Memorandum Under Seal;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the Plaintiffs' Steering Committee's Supplemental Memorandum Regarding Taishan Co., Ltd.'s Privilege Log be and is hereby FILED UNDER SEAL.

New Orleans, Louisiana, this _____ day of _____, 2014.


                                   _____
                                   Eldon E. Fallon
                                   United States District Court Judge