UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:**
13-6652: *Collins et al v. Bass Homes, Inc. et al*
13-6653: *Herrington et al v. Bass Homes, Inc. et al*

## ORDER

Before the Court are motions to sever several third-party Defendants in the *Collins* and *Herrington* actions. (Rec. Docs. 18122, 18123). The motions to sever are unopposed. As the Court finds that failure to sever would likely cause delay in the resolution of these cases,

**IT IS ORDERED** that the motions to sever are **GRANTED**.

New Orleans, Louisiana, this 8th day of December, 2014.

_____
UNITED STATES DISTRICT JUDGE

1