IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                                MDL NO. 2047

This Document Relates to:                                 SECTION L
                                                          JUDGE FALLON
Jason S. Herrington, et ux. v. Bass Homes, Inc., et al.   MAG. JUDGE WILKINSON
13-cv-06653

## ORDER FOR SUBSTITUTION

This Honorable Court has considered the Motion of Plaintiffs, JASON & CASSIE HERRINGTON, to Substitute known parties for previously unknown fictitious party Defendants, and finds as follows, to-wit:

1. That Pate Stevedore Company, Inc., shall be substituted for Fictitious Defendant 2.

2. That Pensacola Stevedore Company, Inc., shall be substituted for Fictitious Defendant 3.

3. That Fireman's Fund Insurance Company shall be substituted for Fictitious Defendant 4.

4. Plaintiffs are hereby directed to file their Second Amended Complaint in this matter to substitute these named Defendants for Fictitious Defendants 2, 3 and 4.

SO ORDERED AND ADJUDGED this, the 8th day of December, 2014.

_____
ELDON E. FALLON
U. S. DISTRICT COURT JUDGE