UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

Before the Court is a motion from Plaintiffs David and Stephanie Miguelez to compel enforcement of the Settlement Agreement. (Rec. Doc. 18146). Plaintiffs have requested oral argument. (Rec. Doc. 18176).

**IT IS ORDERED** that the motion is set for hearing, with oral argument, on December 17, 2014.

**IT IS FURTHER ORDERED** that any party that wishes to respond to the motion must do so by December 15, 2014.

New Orleans, Louisiana, this 8th day of December, 2014.

_____
UNITED STATES DISTRICT JUDGE

1