UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:

ALL ACTIONS

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the Plaintiffs' Steering Committee's Motion for Leave to File Supplemental Memorandum Regarding Taishan Gypsum Co., Ltd.'s Privilege Log and to File the Supplemental Memorandum Under Seal;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the Plaintiffs' Steering Committee's Supplemental Memorandum Regarding Taishan Co., Ltd.'s Privilege Log be and is hereby FILED UNDER SEAL.

New Orleans, Louisiana, this  9th   day of   December        , 2014.

Eldon E. Fallon
United States District Court Judge