UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2047<br>SECTION: L |
| This Document Relates to All Cases | : : | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## ORDER

The Court received and reviewed the attached correspondence from Eduardo Goudie of Greco Properties.

**IT IS ORDERED** that Defendants' Liaison Counsel respond within 30 days indicating what action, if any, that the Court should take. Brown Greer may also respond, if appropriate.

New Orleans, Louisiana, this 8th day of December, 2014.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

cc:
Eduardo Goudie
Greco Properties, Inc.
4970 SW 72 Avenue
Suite 102
Miami, FL 33150