UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED DRYWALL  
       PRODUCTS LIABILITY LITIGATION

MDL NO. 2047

SECTION:  L

This document relates to All Cases  
_____

JUDGE FALLON  
MAG. JUDGE WILKINSON

## NOTICE OF WITHDRAWAL OF MIGUELEZ' MOTION TO ENFORCE COMPLIANCE WITH THIRD AMENDED SETTLEMENT AGREEMENT

After the filing of the motion, the matter has been resolved amongst the parties. Therefore, Plaintiffs, David and Stephanie Miguelez respectfully provide notice of withdrawal of the pending Motion to Enforce Compliance with Third Amended Settlement Agreement (D.E. 18146) and Request for Oral Argument (D.E. 18176).  This matter was scheduled for oral argument by Order (D.E. 18188).

Respectfully submitted,

/s *Michael J. Ryan*_____  
Michael J. Ryan, Esquire  
Bar No. 975990  
Krupnick Campbell Malone Buser Slama  
Hancock Liberman  P.A.  
12 S.E. 7 Street, Suite 801  
Fort Lauderdale, FL  33301  
Phone (954) 763-8181  
Fax (954) 763-8292  
pleadings-MJR@krupnicklaw.com  
mryan@krupnicklaw.com  
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Notice of Withdrawal has been electronically uploaded to File and ServeXpress f/k/a Lexis Nexis File and Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this    10th day of December, 2014.

/s/ *Michael J. Ryan*
Michael J. Ryan, Esquire
Bar No. 975990
Krupnick Campbell Malone Buser Slama,
Hancock Liberman  P.A.
12 S.E. 7 Street, Suite 801
Fort Lauderdale, FL  33301
Phone (954) 763-8181
Fax (954) 763-8292
pleadings-MJR@krupnicklaw.com
Attorneys for Plaintiffs