UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | JOSEPH C. WILKINSON, JR. |
| | * | |

* * * * * * * * * * * * * ** * * * * * * ** * * * * * ** * *

THIS DOCUMENT RELATES TO:   ALL CASES

**COUNSEL'S MOTION FOR LEAVE OF COURT TO FILE COUNSEL'S RESPONSE TO THE PSC'S "SUPPLEMENTAL MEMORANDUM REGARDING TAISHAN GYPSUM COMPANY'S LTD. PRIVILEGE LOG" UNDER SEAL**

The undersigned law firms Hogan Lovells US LLP and Stanley, Reuter, Ross, Thornton & Alford, LLC, (collectively "Counsel") hereby move the Court for leave to file its Response to The PSC's "Supplemental Memorandum Regarding Taishan Gypsum Company's Ltd. Privilege Log" Under Seal ("Response") under seal.  The Response responds to the PCS's Supplemental Memorandum filed on December 8, 2014 and which the Court has allowed the PSC to file under seal.  (Rec. Doc. Nos. 18182, 18189).  Because this Response discusses the same confidential and privileged information that has led to the other briefs and submissions regarding this issue to be filed under seal, Counsel respectfully requests the Response should also be filed under seal.

WHEREFORE, Counsel respectfully requests that this Court grant this Motion and allow Counsel to file its Response under seal.

Date: December 10, 2014

Respectfully submitted,

/s/ Thomas P. Owen, Jr.
Joe Cyr
Frank T. Spano
Eric Statman
HOGAN LOVELLS US LLP
875 Third Avenue
New York, New York 10022
Email: Joe.cyr@hoganlovells.com
Frank.spano@hoganlovells.com
Eric.statman@hoganlovells.com
Telephone: 212-918-3000
Facsimile: 212-918-3100

Richard C. Stanley (La. Bar No. 8487)
Thomas P. Owen, Jr. (La. Bar No. 28181)
STANLEY, REUTER, ROSS, THORNTON
& ALFORD, LLC
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: 504-523-1580
Facsimile: 504-524-0069
E-mail: rcs@stanleyreuter.com
tpo@stanleyreuter.com

**On Their Own Behalf**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pretrial Order No. 6, and that the foregoing was also electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 10th day of December, 2014.

*/s/* Thomas P. Owen Jr.