UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL No. 2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * * ** * * * * * * ** * * * * * ** * *

**THIS DOCUMENT RELATES TO:   ALL CASES**

## ORDER

Considering the foregoing Motion for Leave to File Response to The PSC's "Supplemental Memorandum Regarding Taishan Gypsum Company's Ltd. Privilege Log" Under Seal ("Motion");

**IT IS ORDERED** that the Motion Is **GRANTED** and Counsel's Response to The PSC's "Supplemental Memorandum Regarding Taishan Gypsum Company's Ltd. Privilege Log shall be filed **UNDER SEAL**.

New Orleans, Louisiana, this _____ day of December, 2014.

_____
Honorable Eldon E. Fallon
U.S. District Court Judge