UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED          *    MDL No. 2047
DRYWALL PRODUCTS LIABILITY           *
LITIGATION                           *    SECTION L
                                     *
                                     *    JUDGE ELDON E. FALLON
                                     *
                                     *    MAGISTRATE JUDGE
                                     *    JOSEPH C. WILKINSON, JR.
                                     *

* * * * * * * * * * * * ** * * * * * * ** * * * * * ** * *

THIS DOCUMENT RELATES TO:   ALL CASES


# DOCUMENT TO BE FILED UNDER SEAL


**COUNSEL'S RESPONSE TO THE PSC'S "SUPPLEMENTAL MEMORANDUM REGARDING TAISHAN GYPSUM COMPANY'S LTD. PRIVILEGE LOG"**