# EXHIBIT "B"

Click to Print  Printed on: 12/9/2014 12:07:36 GMT-0600 (Central Standard Time)

## Case History Search

Search Created:
12/9/2014 12:07:36 GMT-0600 (Central Standard Time)

| | | | | | |
|---|---|---|---|---|---|
| **Court:** | LA US District Court Eastern District E-Service-Chinese Drywall | **Judge:** | Judge, Louisiana Chinese Drywall | **File & ServeXpress Live Date:** | 2/10/2014 |
| **Division:** | N/A | **Case Number:** | 2: 13cv06653 | **Document(s) Filed:** | 47 |
| **Case Type:** | Chinese Drywall | **Case Name:** | Herrington, Jason S et al vs Bass Homes Inc et al | **Date Range:** | All |

1-27 of 27 transactions  &lt;&lt;Prev Page 1 of 1 Next&gt;&gt;

| Transaction | Date/Time | Option | Case Number Case Name | Authorizer Organization | Document Type | Document Title | Size |
|---|---|---|---|---|---|---|---|
| 56441016 | 12/8/2014 6:55 PM CST | Serve Only - Public | 2: 13cv06653 Herrington, Jason S et al vs Bass Homes Inc et al | File & ServeXpress Service, File & ServeXpress Service | Order | ORDER granting [18178] Plaintiffs' Motion to Substitute Pate Stevedore Company, Inc., shall be substituted for Fictitious Defendant 2. That Pensacola Stevedore Company, Inc., shall be substituted for Fictitious Defendant 3.3. That Fireman's Fund Insurance Company shall be substituted for Fictitious Defendant 4. Plaintiffs are hereby directed to file their Second Amended Complaint in this matter to substitute these named Defendants for Fictitious Defendants 2, 3 and 4. Signed by Judge [18185] | 0.1MB |
| 56440971 | 12/8/2014 6:49 PM CST | Serve Only - Public | Multi-Case | File & ServeXpress Service, File & ServeXpress Service | Order | ORDER - Before the Court are motions to sever several third-party Defendants in the Collins and Herrington actions [18122], [18123]. The motions to sever are unopposed. As the Court finds that failure to sever would likely cause delay in the resolution of these cases, IT IS ORDERED that the motions to sever are GRANTED. Signed by Judge Eldon E. Fallon on 12-8-14. (Reference: 13-6652, 13-6653)(dno) [18183] | 0.1MB |
| 56430908 | 12/5/2014 5:10 PM CST | Serve Only - Public | 2: 13cv06653 Herrington, Jason S et al vs Bass Homes Inc et al | Danny J Collier, Luther Collier Hodges & Cash LLP | Notice | Notice of Service | 0.1MB |
| 56406491 | 12/2/2014 11:51 AM CST | Serve Only - Public | Multi-Case | File & ServeXpress Service, File & ServeXpress Service | Order | ORDERED that [18158] [18159] MOTIONS to Continue Oral Argument are GRANTED. [18089] MOTION to Dismiss for Lack of Personal Jurisdiction in the Collins and Herrington actions is re-set for 2-4-2014 09:00 AM before Judge Eldon E. Fallon.. Signed by Judge Eldon E. Fallon on 12-1-14.(Reference: 13-6652, 13-6653)(bbc) [18167] | 0.1MB |
| 56393854 | 11/26/2014 12:07 PM CST | Serve Only - Public | 2: 13cv06653 Herrington, Jason S et al vs Bass Homes Inc et al | Danny J Collier, Luther Collier Hodges & Cash LLP | Motion | Motion to Continue | 0.1MB |
| | | | | | Notice | Notice of Submission | 0.1MB |
| 56387937 | 11/25/2014 2:02 PM | Serve Only - | 2: 13cv06653 | Steve Mullins, | Letter | Letter in response to Order to show cause | 0.1MB |

| ID | Date/Time | Type | Case | Sender | Document Type | Document Title | Size |
|---|---|---|---|---|---|---|---|
| | | CST | Public | Herrington, Jason S et al vs Bass Homes Inc et al | | Luckey & Mullins PLLC | |
| 56369630 | 11/20/2014 4:23 PM CST | Serve Only - Public | 2: 13cv06653 Herrington, Jason S et al vs Bass Homes Inc et al | Steve Mullins, Luckey & Mullins PLLC | Other Pleading | Notice of Substitution | 0.1MB |
| | | | | | Proposed Order | Order for Substitution | 0.1MB |
| 56343211 | 11/14/2014 6:40 PM CST | Serve Only - Public | Multi-Case | File & ServeXpress Service, File & ServeXpress Service | Minute Entry | Minute Entry for proceedings held before Judge Eldon E. Fallon: A Telephone Status Conference was held on 11-13-2014. IT IS ORDERED that Plaintiffs' counsel, Stephen Mullins, SHOW CAUSE in writing to the Court as to why he failed to attend the scheduled status conference, (Rec. Doc. 18064), by November 21, 2014. (Reference: 13-6652 and 13-6653)(dno) [18127] | 0.1MB |
| 56332583 | 11/13/2014 10:59 AM CST | Serve Only - Public | 2: 13cv06653 Herrington, Jason S et al vs Bass Homes Inc et al | Danny J Collier, Luther Collier Hodges & Cash LLP | Motion | Motion to Sever | 0.1MB |
| | | | | | Notice | Notice of Submission | 0.1MB |
| 56269907 | 10/30/2014 3:03 PM CDT | Serve Only - Public | Multi-Case | S Wesley Pipes, Pipes Hudson & Watts LLP | Other Court Filed Documents | Stipulation of the Parties | 0.1MB |
| 56267857 | 10/30/2014 12:25 PM CDT | Serve Only - Public | Multi-Case | William W Watts, Pipes Hudson & Watts LLP | Motion | Third-Party Pate Defendants' Motion to Dismiss for Lack of Personal Jurisdiction | 0.1MB |
| | | | | | Brief | Third-Party Stevedore Defendants' Brief in Support of Motion to Dismiss for Lack of Personal Jurisdiction | 0.1MB |
| | | | | | Exhibits | Ex. 1 to Third-Party Defendants' Brief in Support of Motion to Dismiss for Lack of Personal Jurisdiction | 0.6MB |
| | | | | | Exhibits | Ex. 2 to Third-Party Stevedore Defendants' Brief In Support of Motion to Dismiss for Lack of Personal Jurisdiction | 1.0MB |
| | | | | | Notice | Third-Party Stevedore Defendants' Notice of Submission of Motion to Dismiss for Lack of Personal Jurisdiction | 0.1MB |
| 56268107 | 10/30/2014 12:20 PM CDT | Serve Only - Public | Multi-Case | William W Watts, Pipes Hudson & Watts LLP | Other Court Filed Documents | Third-Party Stevedore Defendant's Request for Oral Argument of Motion to Dismiss for Lack of Personal Jurisdiction | 0.1MB |
| 56218866 | 10/20/2014 1:29 PM CDT | Serve Only - Public | Multi-Case | File & ServeXpress Service, File & ServeXpress Service | Minute Entry | Minute Entry for proceedings held before Judge Eldon E. Fallon: A Telephone Status Conference was held on 10-17-2014. IT IS ORDERED that another Telephone Status Conference is set for 11-13-2014 at 9:30 AM before Judge Eldon E. Fallon. IT IS FURTHER ORDERED that the parties shall submit any discovery stipulation at least three days prior to the telephone status conference. (Reference: 13-6652 and 13-6653)(dno) [18064] | 0.1MB |