# EXHIBIT "C"

## RETAILER PROFILE FORM

All Defendant Drywall Retailers must complete and submit this Defendant Retailers' Profile Form. Additionally, each Defendant Drywall Retailer must sign and date Exhibit A to the Defendant Retailers' Profile Form for each property owned, rented or occupied by persons who are named Plaintiffs in suits pending in the MDL. The term "Chinese Drywall or Wallboard" encompasses all wallboard of Chinese origin or manufacture without reference to whether the particular wall board has been found to be defective. If additional knowledge becomes known after completion, this Defendant Retailers' Profile Form must be supplemented. If additional space is needed to answer any questions or complete your responses, additional pages may be attached. The questions contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law. Please print legibly or type your responses in English.

### I. IDENTIFICATION AND CONTACT INFORMATION

A. Retailer's Name: **Ace Home Center**

B. Retailer's Address: **21090 Hwy 59 South, Robertsdale, Alabama 36567**

C. Retailer's Website: **www.acerdale.com**

D. Headquarters if Foreign:

E. Address of USA Headquarters:

F. Name of supervisor at USA Headquarters: **Henry Vick**

G. Principal Place of Business in USA: **Robertsdale, Alabama**

H. Has Retailer operated under any other names from 2001 to 2009? If so, please list and explain for each different locale: **None**

I. Did Retailer also install Chinese Drywall? If so, describe involvement as installer: **No**

### II. COUNSEL INFORMATION OF DEFENDANT RETAILER

A. Name: **James E. Robertson, Jr., Esquire**
**SCOTT, SULLIVAN, STREETMAN & FOX, P.C.**
Lyon H. Garrison and Darrin L. Forte
GARRISON, YOUNT, FORTE & MULCAHY, LLC

1

B.   Address: **Post Office Box 1034, Mobile, Alabama 36633**

C.   Phone Number: **(251) 433-1346**

D.   Fax Number: **(251) 433-1086**

E.   Email: **jrobertson@scottsullivanlaw.com**

### III.   RETAILER'S PURCHASE OF CHINESE DRYWALL

For each purchase of Chinese Drywall between 2001 and 2009, please describe all sources from which Retailer purchased Chinese drywall, including manufacturers, exporters, importers, distributors, sales agents, and/or sales brokers. Attach additional sheets as necessary.

A.   Source: **Pate Stevedore**

1. Name of Chinese Drywall Manufacturer, if known: **Taishan**

2. Address of Chinese Drywall Manufacturer, if known: **unknown**

3. Name of Chinese Drywall Product, if known: **unknown**

4. Dates of purchase(s): **2006**

5. Total Volume of received Chinese Drywall product: **4,968 sheets 4' x 12' x ½"**

6. Identify any markings on the Chinese Drywall product (e.g., lot number, batch number, serial number, color markings, UPC Codes, etc.):
   **"Made in China" Meets or Exceeds ASTM C1396**

7. List all trade marks of the product, if known: **None**

8. The name and address of any importer, exporter, purchasing agent, or sales broker involved or referenced in any way with respect to your purchases of Chinese Drywall: **Devon International
   1100 First Avenue, Suite 100
   King of Prussia, PA 19406**

9. If known, prior to your receipt of or taking title to the Chinese Drywall, if any of your Chinese Drywall was stored at any time or for you at any location, identify the following:

2

Name of entity providing storage:     **Pensacola Stevedore**
Address of entity providing storage:  **Port of Pensacola** (Florida)

Dates product was stored:
_06_ / _30_ / _2006_ (Month/Day/Year) to _10_ / _31_ / _2006_ (Month/Day/Year)

Quantity of product stored:     **approximately 5,000 plus sheets**
Price paid for storage:     **N/A**
Name of contact person at storage facility:     **Mike Pate**
Phone number:     **N/A**
Email address:     **N/A**
List any complaints made or received regarding storage of the product:

## IV.   RETAILER'S ABILITY TO TRACK SALES AND SHIPMENTS OF CHINESE DRYWALL TO ITS CUSTOMERS

Please state whether you are able to track the sales and deliveries of Chinese Drywall to your customers. Please provide a description of your sales and shipping tracking procedures, including a description of database accessibility of this information and the name and address of the person or persons with knowledge of the same.     **No**

## V.   INSURANCE

Identify all CGL, Product Liability, Builder's Risk, D&O, excess insurance policies, as well as any other policies that provide coverage commonly described or generally understood to provide coverage afforded by such policies regardless of their name or title relating to the claims.[1]

1.   For each policy, identify the following:
     Insurer:     **a) CNA/Valley Forge Insurance Company**
                  **b) Pennsylvania Lumbermans Mutual Ins Co**
                  **c) Zurich**

     Dates policy in effect:
     a) _04_ / _01_ / _2007_ (Month/Day/Year) to _04_ / _01_ / _2008_ (Month/Day/Year)
     b) _04_ / _01_ / _2008_ (Month/Day/Year) to _04_ / _01_ / _2009_ (Month/Day/Year)
     c) _04_ / _01_ / _2006_ (Month/Day/Year) to _04_ / _01_ / _2007_ (Month/Day/Year)

---

[1] Listing policies does not purport to represent coverage status.

Policy Number:    a) C 2083995645
                             b) 01-A137-01-10
                             c) PPS 43184358

Type of Policy:
Insurance Agent:
Policy Coverage Limits:

## CERTIFICATION

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. §1746 that all information provided in this Retailer Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration, to the extent that such documents are in my possession, custody or control.

_3/18/11_
Date

Entity: _Ace Home Center, Inc._

By: _Wayne [signature]_
Its: _Vice President_

4