# EXHIBIT "D"

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL No. 2047
PRODUCTS LIABILITY LITIGATION : Section L
: 
This Document Relates to : JUDGE FALLON
ALL CASES : MAG. JUDGE WILKINSON

## DISTRIBUTOR PROFILE FORM *

All Defendant Drywall Distributors must complete and submit this Defendant Distributors' Profile Form. Additionally, each Defendant Drywall Distributor must sign and date Exhibit A to the Defendant Distributors' Profile Form for each property owned, rented or occupied by persons who are named Plaintiffs in suits pending in the MDL. The term "Chinese Drywall or Wallboard" encompasses all wallboard of Chinese origin or manufacture without reference to whether the particular wall board has been found to be defective. If additional knowledge becomes known after completion, this Defendant Distributors' Profile Form must be supplemented. If additional space is needed to answer any questions or complete your responses, additional pages may be attached. The questions contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law. Please print legibly or type your responses in English.

I. IDENTIFICATION AND CONTACT INFORMATION

A. Distributor's Name: Pensacola Stevedore Company, Inc., d/b/a Pate Stevedore Company, Inc.
B. Distributor's Address: 720A S. Barracks St., Bldg. 2, Pensacola, FL 32502
C. Website: _____
D. Headquarters if Foreign: N/A
E. Address of USA Headquarters: N/A
F. Name of supervisor at USA Headquarters: Mike Pate
G. Principal Place of Business in USA: Pensacola
H. Has Distributor operated under any other names from 2001 to 2009? If so, please list and explain for each different locale.
Yes. Pensacola Stevedore Company, Inc. has done business as Pate Stevedore Company, Inc. in the past.

I. Did Distributor also install Chinese Drywall? If so, describe involvement as installer.

{218429.0005/N0778704_1}1

* In preparing this form and identifying itself as "distributor" Pensacola Stevedore Company, Inc. does not admit, and expressly denies, that it was in the regular business of distributing or selling any goods, including drywall.

No. _____

_____

_____

_____

_____

**II.   COUNSEL INFORMATION OF DEFENDANT DISTRIBUTOR**

A. Name: William W. Watts, III; S. Wesley Pipes; Pipes, Hudson & Watts, LLP
B. Address: P.O. Box 989, Mobile, AL 36601-0989
C. Phone Number: 251-432-7200
D. Fax Number: 251-432-0073
E. E-Mail: bill@alabamatrial.com/wesley@alabamatrial.com

**III.   DISTRIBUTOR'S PURCHASE OF CHINESE DRYWALL**

For each purchase of Chinese Drywall between 2001 and 2009, please describe all sources from which Distributor purchased Chinese drywall, including manufacturers, exporters, importers, other distributors, sales agents, and/or sales brokers. Attach additional sheets as necessary.

A. Source: Devon International Trading, Inc./Fireman's Fund Insurance Company

1. Name of Chinese Drywall Manufacturer, if known:

    Believed to be "Taihe" or "Taian"

    City Taishan Gypsum Board, Inc.

2. Address of Chinese Drywall Manufacturer, if known:
    Daiyuam Area Da Wen Kou, Tian City

3. Name of Chinese Drywall Product, if known:
    Regular Gypsum Board

4. Dates of purchase(s): August 11, 2006

5. Total Volume of received Chinese Drywall product:
    3,700 bundles of 68 each

6. Identify any markings on the Chinese Drywall product (e.g., lot number, batch number, serial number, color markings, UPC codes, etc.):
    "Made in China – meets or exceeds ASTM C1396 04 Standrds"

7. List all trademarks of the product, if known:
    None

[218429.0005/N0778704_1] 2

8.  The name and address of any importer, exporter, purchasing agent, or sales broker involved or referenced in any way with respect to your purchases of Chinese Drywall:
    See Attached Addendum III

9.  If known, prior to your receipt of or taking title to the Chinese Drywall, if any of your Chinese drywall was stored at any time by or for you at any location, identify the following:

    Name of entity providing storage: N/A

    Address of entity providing storage: N/A lsted on Addencum IV

    Dates product was stored:
    ___/___/_____ (Month / Day / Year) to ___/___/_____ (Month / Day / Year)

    Quantity of product stored: _____

    Price paid for storage: _____

    Name of contact person at storage facility: _____

    Phone number: _____

    Email address: _____

    List any complaints made or received regarding storage of the product:
    _____

### IV. DISTRIBUTOR'S ABILITY TO TRACK SHIPMENTS

Please state whether you are able to track the distribution of Chinese drywall? If yes, provide names and/or entities of those to whom you supplied Chinese drywall. If you cannot track the distribution of Chinese drywall, please provide a description of your distribution process, including a description of database accessibility of this information, and the name and address of the person or persons with knowledge of the same:

This Defendant is aware of having sold Chinese drywall to those persons and entities on the attached Addendum IV.

### V. INSURANCE

A. Identify all policies of insurance, including all CGL, Product Liability, Builder's Risk, D&O and Excess Insurance policies relating to claims.[1]

　　1. For each policy, identify the following:

　　　　Issuer: American Home Assurance Company

　　　　Dates policy in effect:

　　　　7 / 3 / 2006 (Month / Day / Year) to 7 / 3 / 2007 (Month / Day / Year)

　　　　Policy Number: E076408

　　　　Type of Policy: Commercial Marine Liability

　　　　Insurance Agent: Commercial & Marine Insurance

　　　　Policy Coverage Limits: $2,000,000.00

See also attached Addendum V

### CERTIFICATION

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Defendant Manufacturers' Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration, to the extent that such documents are in my possession, custody or control.

X August 5, 2010　　　　Pensacola Stevedore Company, Inc.,
Date　　　　　　　　　　X d/b/a Pate Stevedore Company, Inc.
　　　　　　　　　　　　Entity
　　　　　　　　　　　　By: _____
　　　　　　　　　　　　Its: President

---

[1] Listing policies does not purport to represent coverage status.

{218429.0005/N0778704_1}4

## Distributor Profile Form Addenum III

8.    1.    Devon International Trading, Inc.
            1100 First Avenue., Suite 1100
            King of Prussia, PA. 19406

       2.    Fireman's Fund Insurance Company
            777 San Marin Drive
            Novato, CA 94998

       3.    Salvage Sale Services, Inc.
            1001 McKinny, Suite 700
            Houston, TX 77002

       4.    North Pacific
            P.O. Box 391
            Waynesboro, MS 39367

       5.    North Pacific
            P.O. Box 3915
            Portland, OR 97208-3915

## Distributor Profile Form Addendum IV

ACE Home Center
Adam Andrews
Alcedos Freeman
Ashleigh Butgereit
Brooks Assembly of God Church
Bruce Dickerson
C. Henry Johnson
Calvin Erkhart
Calvin Gray (Turkey Strut, Inc.)
Charles Dennis
Clayton Campbell
Coastal Construction (Philip Skipper)
Colony Millwork
D & S Salvage
D. K. Enterprises
David Smith
Devon International, Inc.
Dewitt Carter
Discount Building Materials
Don Phillips
Doug Lutley
E & T Enterprises (Terry Frank/Elaine Frank)
Evans Construction
Fred Nolte
Fred Nolte, Jr.
Gary Buchanan
Gary Cole
Gary White (for Donny Faust)
George G. Cole
George Wilson
Goldin Salvage
Gulf Coast Shelter
Handyman Salvage
Harry Harris
Henry Johnson
Howard Thomas
Jack Lamy
James A. Frego
James Fuller
James Stevens
Jason Beasley
Jay Clinton
Jerry Graham

Addendum IV – Continued
Page2

Jim Overstreet
Jim Sharpe Building Supply
Jimmy Burgess
Joe Shaffer
John Cook
John Hamilton
John Q. Cook
Johnny Prestreidge
Jonathan Martin
Joseph Hayes
Keith Kent
Kenneth Doherty
Knox Rail Salvage
Lakeside Salvage
Lamar Smith
Larry Bryant
Lee Davis
Lyle Edgerly
M. R. Foster
MAGA Materials Supply, Inc.
Magnolia Holiness Church
Mandy Davis
Marelle Mitchell
Marvin Blankenship
Mazer Discount Home Centers
Melissa Davis
Melissa Hudson/Donald Tindle
Michael Nowling
Mike Arnold
Pat Hamilton
Paul Emmons
Paul Redman
Payne Forest Products
Pennington Home Center
Picayune Discount
Preferred Contractors
R.L. Stockett & Associates
Robert
Rodney Crocker
Rodney Wilhite
Sharkey Sales, LLC
Sheldon Schneider
Sherry Loper
Smith Discount

Addendum IV – Continued
Page 3

        Split Brick, Inc.
        Steve Hurst
        T. J. Reeber
        Ted Bristol
        Ted's Building Supply
        Thomas Daw
        Thomas Howard
        Timothy Brewton
        Tommie Milstid
        Travis Hagadon
        Turkey Strut, Inc. (Calvin Gray)
        Vic Dolohite
        Webb Builders
        William Kent
        Wilson Builders (George Wilson)

## Distributor Profile Form Addendum V

2. Insurer: American Home Assurance Company

   Dates Policy in effect:
   07/03/2007 (Month/Day/Year) to 07/03/2008 (Month/Day/Year)

   Policy Number: E076407

   | | |
   |---|---|
   | Type of Policy: | Commercial Marine Liability |
   | Insurance Agent: | Commercial & Marine Insurance |
   | Policy Coverage Limits: | $1,000,000.00 |

3. Insurer: Fireman's Fund Insurance Company

   Dates Policy in effect:
   06/28/2008 (Month/Day/Year) to 07/03/2010 (Month/Day/Year)

   Policy Number: OML97509-104

   | | |
   |---|---|
   | Type of Policy: | Marine General Liability |
   | Insurance Agent: | Marine N-Surance Brokers |
   | Policy Coverage Limits: | $2,000,000.00/$1,000,000.00 |

4. Insurer: Northern Assurance Company of America

   Dates Policy in effect:
   04/24/2009 (Month/Day/Year) to 07/03/2010 (Month/Day/Year)

   Policy Number: N5JH24293

   | | |
   |---|---|
   | Type of Policy: | Bumbershoot Liability Policy |
   | Insurance Agent: | Marine N-Surance Brokers |
   | Policy Coverage Limits: | $1,000,000.00 |