UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

In light of Plaintiffs' withdrawal of the motion to compel compliance with the Settlement Agreement, (Rec. Doc. 18146), **IT IS ORDERED** that oral argument will no longer be heard on that motion.

New Orleans, Louisiana, this 11th day of December, 2014.

*[signature: Eldon E. Fallon]*
_____
UNITED STATES DISTRICT JUDGE

1