UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL No. 2047 <br> * <br> * SECTION L <br> * <br> * JUDGE ELDON E. FALLON <br> * <br> * MAGISTRATE JUDGE <br> * JOSEPH C. WILKINSON, JR. <br> * |

* * * * * * * * * * * * * * ** * * * * * ** * * * * * ** * *

THIS DOCUMENT RELATES TO:   ALL CASES

## ORDER

Considering the foregoing Motion for Leave to File Response to The PSC's "Supplemental Memorandum Regarding Taishan Gypsum Company's Ltd. Privilege Log" Under Seal ("Motion");

**IT IS ORDERED** that the Motion Is **GRANTED** and Counsel's Response to The PSC's "Supplemental Memorandum Regarding Taishan Gypsum Company's Ltd. Privilege Log shall be filed **UNDER SEAL**.

New Orleans, Louisiana, this  10th   day of December, 2014.

_____
Honorable Eldon E. Fallon
U.S. District Court Judge