UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

# PROPOSED AGENDA
# FOR DECEMBER 17, 2014 STATUS CONFERENCE

I.   PRE-TRIAL ORDERS

II.  STATE COURT TRIAL SETTINGS

III. STATE/FEDERAL COORDINATION

IV.  OMNIBUS CLASS ACTION COMPLAINTS

V.   CLASS ACTION COMPLAINT

VI.  PLAINTIFFS' MOTIONS TO ESTABLISH A PLAINTIFFS'
     LITIGATION FEE AND EXPENSE FUND

VII. REMEDIATION PROGRAM

VIII. INEX, BANNER, KNAUF, L&W and GLOBAL SETTLEMENTS

IX.  SHARED COSTS FUND

X.   TAISHAN DEFENDANTS

X1.  VENTURE SUPPLY & PORTER BLAINE DEFENDANTS

1

XII.     PLAINTIFF AND DEFENDANT PROFILE FORMS

XIII.    FREQUENTLY ASKED QUESTIONS

XIV.     MATTERS SET FOR HEARING FOLLOWING THE CURRENT STATUS CONFERENCE

XV.      *PRO SE* CLAIMANTS

XVI.     PHYSICAL EVIDENCE PRESERVATION ORDER

XVII.    ENTRY OF PRELIMINARY DEFAULT

XVIII.   ALREADY REMEDIATED HOMES

XIX.     LOUISIANA ATTORNEY GENERAL

XX.      NEXT STATUS CONFERENCE