AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | |
|---|---|
| The State of Louisiana<br><br>_____<br>*Plaintiff(s)*<br><br>v.<br><br>Knauf Gips KG; Knauf International GMBH;<br>Knauf Plasterboard (Tianjin) Co. Ltd.; Knauf<br>Plasterboard (Wuhu) Co. Ltd.; Guangdong<br>Knauf New Building Material Products Co. Ltd.;<br>Knauf Insulation, GMBH; Gebrueder Knauf<br>Verwaltungsgesellschaft, KG; Taishan Gypsum Co.<br>Ltd.; Taian Taishan Plasterboard Co. Ltd; Beijing<br>New Building Materials Public Limited Co.; China<br>National Building Material Co., Ltd.; Beijing<br>New Building Materials (Group) Co., Ltd.; China<br>National Building Materials Group Corporation;<br>USG Corporation; United States Gypsum<br>Company; USG Interiors, Inc.; and L&W Supply<br>Corporation d/b/a/ Seacoast Supply<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 2:09-md-02047<br> Pertains to: 2:09-CV-0340 |

## SUMMONS IN A CIVIL ACTION

To:   Beijing New Building Materials Company PLC xxxxxxxxxxxxx Public Limited Co.
      Long Guan Zhi Ye Plaza
      No. 118 West Street
      Huilongguan, Changping District
      Beijing
      CHINA  102208

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      David L. Black
      Perkins Coie LLP
      1900 Sixteenth Street, Suite 1400
      Denver, CO  80202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                     *CLERK OF COURT*

                                                     **William W. Blevins**

Date:   December 16, 2014                            P. Hebert
LEGAL124189274.1

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:10-CV-0340

*Signature of Clerk or Deputy Clerk*

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

❒  I personally served the summons on the individual at *(place)*_____

_____ on *(date)* _____; or

❒  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

❒  I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____; or

❒  I returned the summons unexecuted because _____; or

❒  Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.


I declare under penalty of perjury that this information is true.


Date:     _____

                                                            _____
                                                            *Server's signature*

                                                            _____
                                                            *Printed Name and title*

                                                            _____
                                                            *Server's address*

Additional information regarding attempted service, etc:

LEGAL124189274.1