## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| The State of Louisiana, <br><br>                    Plaintiff, <br><br>     v. <br><br> Knauf Gips KG; Knauf International GMBH; Knauf Plasterboard (Tianjin) Co. Ltd.; Knauf Plasterboard (Wuhu) Co. Ltd; Guangdong Knauf New Building Material Products Co. Ltd.; Knauf Insulation, GMBH; Gebrueder Knauf Verwaltungsgesellschaft, KG; Taishan Gypsum Co. Ltd.; Taian Taishan Plasterboard Co. Ltd; Beijing New Building Materials Public Limited Co.; China National Building Material Co., Ltd.; Beijing New Building Materials (Group) Co., Ltd.; China National Building Materials Group Corporation; USG Corporation; United States Gypsum Company; USG Interiors, Inc; and L&W Supply Corporation d/b/a Seacoast Supply. , <br><br>                Defendants. | No. 2:10-CV-0340 <br><br> MDL 2047 <br> Section L <br><br> Judge Fallon <br><br> Magistrate Judge Wilkinson |

## ORDER APPOINTING SPECIAL PROCESS SERVER

The Court hereby GRANTS the State of Louisiana's Motion to Appoint Special Process Server and ORDERS that Process Forwarding International, including its designated agents, is appointed and authorized to effect service of process on the defendant, Gebrueder Knauf Verwaltungsgesellschaft, KG, in Germany.  Service shall be effected according to any internationally agreed means, the laws of the foreign country, or as directed by the foreign authority or the origination court if not otherwise prohibited by international agreement or the laws of the foreign country, and in a manner reasonably calculated to give notice.


Dated: _____


                                      _____
                                      UNITED STATES DISTRICT JUDGE