UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2047 SECTION: L |
| This Document Relates to All Cases | : : | JUDGE FALLON MAG. JUDGE WILKINSON |

## ORDER

The Court received and reviewed the attached correspondence from Chris Lea. Immediately following the December Monthly Status Conference, the Court met with Defendants' Liaison Counsel, Mr. Lea's attorney, and a representative of Moss about this matter. The Court is satisfied that Moss is taking the matter seriously and that the matter will be resolved in the immediate future. Counsel should advise if further Court intervention is necessary.

**IT IS ORDERED** that the attached correspondence shall be entered into the record.

New Orleans, Louisiana, this 17th day of December, 2014.

 ELDON E. FALLON
 UNITED STATES DISTRICT JUDGE

cc:
Chris Lea
213 Summer Place Cove
Slidell, LA 70461