December 9, 2014

Honorable Eldon Fallon
United States District Court
Eastern District of Louisiana
500 Poydras Street, Rm C456
New Orleans, LA 70130

RECEIVED
DEC 1 : 2014
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

RE:     Chris and Julie Lea
        213 Summer Place Cove, Slidell, LA 70461

Dear Judge Fallon

My home, located at 213 Summer Place Cove, Slidell La, was part of the pilot program to remediated homes involved in the Chinese Drywall Litigation. I agreed to allow Moss to remediate the house and they assigned my house to a company called Velvet Pines. There were problems from the start with workmanship being performed. I complained to John Barry (owner of Velvet Pines) and Eric Unser (Moss Supervisor) but my complaints fell on deaf ears.

Finally, on January 7, 2014, I received notice from Moss that my residence was complete and ready for a walk-through inspection. On January 9th 2014, I did a walk-through, with my attorney Salvadore Christina of the Becnel Law Firm and Eric, Supervisor of Moss, in which I found the house to be far from complete. The chair rail was completely wrong, the fire place mantle was reset instead of replaced as stated in the work order, the shower leaked, the counters were not caulked, the shower-head leaked, the seams in the ceiling could be seen, as well as the crown molding and other woodwork in the home did not appear to be up to par.

On January 16th, 2014, we performed the second walk through of the house. At this time some items were fixed but we still had issues, the main one being the ceilings in the kitchen, garage, den, and dining room. Other open items were the alarm contacts missing from the living room windows, several windows would not staying opened, the kitchen door was not closing properly, the speaker connections wired wrong, and other items as well.

The home was walked a third time on February 18, 2014 and again there were issues with the ceilings and other items on the punch list. Finally my attorney had a meeting with Moss and Moss sent a different contractor out to the house to fix the issues. Myself, Mr. Christina, Eric, and Lance Chetta met at the house on February 28, 2014 to create a new punch list, which again included the ceilings.

On March 8th I emailed Mr. Christina explaining my concerns about the quality of work being performed Moss representatives and requested that the Court's "special master" be notified. The home was walked again on March on 22nd with Mr. Louis Velez, and a Moss representative named Justin. I supplied everyone a list of items that I thought needed to be repaired. At that time I was told by Justin that the ceiling issues were "more than likely" just shadows, I advised Justin that I disagreed. Mr. Velez recommended that we obtain an estimate from an outside contractor, as I informed all parties that I did not want Moss to continue trying to fix the problems as they only seemed to get worse. I was asked by Justin to allow a Moss contractor to

enter, at a later date, so they could obtain a quote for the repairs. I agreed and gave Justin the key code to the lock box. I returned to my home a few days later only to find that Moss had hired a contractor and they were attempting to patch the problem areas of my ceiling. Not only had Moss lied to me about "only" obtaining an estimate, I discover the contractor had not properly covered the carpet and tile causing texture to be dropped on the floors. It was at that time I removed the lock box, advised my attorney of the situation and requested that I be able to obtain someone else to complete the repairs to my home. It became very clear that Moss was either un-able or un-willing to properly repair my home.

Using the attached list of items discussed during the March 22nd walk thru, We finally obtained a quote in April from Cut Above Renovations, LLC. Mr. Tarifa of Cut Above estimated that the cost to repair and finish the house would be $21,124.70. After my attorney discussed this matter with Moss, their offer was $1000 to have the home repainted.

I was asked to do another walk through of the house with a different Moss representative. Myself, Mr. Christina, Mr. Velez and Mr. Phil Adams of Moss meet at my house on October 14, 2014. At that time Mr. Adams agreed that the ceilings were in fact not repaired properly (including the garage ceiling which Moss had previously disagreed with) and agreed to pay for the door moldings that were not correct, the mantle that was not replaced as per the Scope of Work, the garage air conditioner that had been removed and not replaced and the ceiling fans blade that had been damaged by the Moss contractors.  At this time, Mr. Adams offered to settle my matter for $7500. I was told that I would only have 24 hours to accept that offer or it would be reduced. Mr. Adams insisted that Moss had paid a company, JES, to paint my house after the last walk through. This was not accurate and we got a statement from JES stating such.

All of this has put us past our 90 day deadline.  Moss has compensated us for 60 days past due, but we when we finally had to move in our house, which still is not repaired correctly, we had an additional 36 days for which we have not been compensated.

I have explained to my attorney that the estimate to repair my home is over 21,000.00, which includes only those issues agreed upon by Moss representatives. This estimate doesn't include items I was told by Mr. Adams and other Moss representatives they would take care of such as: replacing the mismatched doorway moldings, the missing garage A/C unit, the damaged fan blades and the 36 days of additional living expense.

Your Honor, I am asking for your help to get my house completed.  It has been 14 months since we were required to move out of our home. Now, not only is my house not complete, but to finish it, We will have to move out again to have the home repainted and repaired in full.

Sincerely,

Chris Lea

Enclosure

**CHRIS LEA INSPECTION**

**FOYER:**
- Found that the decorative trim was installed correctly. Moss and Salvadore Christina agreed that it was the same in the pictures prior to kickoff as it is now.
- Walls need to be repainted. Can see a sheen on the wall.

DINING ROOM
- Decorative trim was installed properly.
- The walls have a mismatched paint between the chair rail and wainscoat trim.
- The edges at the ceiling and walls are not cut in properly. Can see the line.
- The ceiling still have visible seams. Client claims it looks wavy. There are pin holes in the texture.

LIVING ROOM
- Seams are visible in the ceiling.
- The closet in the living room is primed only, is not painted with two coats.
- The windows (3) are missing the alarm contacts and the window to left next to kitchen has a broken spring and will not stay open.
- Top of the mantle is damaged and needs to be sanded and repainted.
- The edges at the ceiling and walls are not cut in properly. Can see the line.
- Pinholes in texture.

BREAKFAST AREA
- Ceiling the seams are visible and looks wavy.
- There is paint overspray on the far left window.
- Fan blades are damaged but have been ordered by Moss.
- The back door to the garage hits the molding to the door and not the striker.

KITCHEN
- Spot on wall over counter cabinet.
- See seams (3) in ceiling.
- The edges at the ceiling and walls are not cut in properly. Can see the line.

UTILITY ROOM/WASHROOM
- The edges at the ceiling and walls are not cut in properly. Can see the line.
- Spots on the wall.

GARAGE
- Window A/C unit still missing. Eric (Moss) was suppose to have but has not dropped off.
- Mr. Lea sees three seams in the garage, Mr. Velez and Justin do not see the seams. When the garage is opened, no one saw the seams.
- Can see the edges where the paint was not cut in.

Entry to Master
- Scratches in the crown paint.
- Paint issue on the wall

MASTER BEDROOM
- Above bathroom entrance appears to be a stain on the ceiling.
- The closet on the right, the cornerbead is visible and closet needs to be repainted.
- The closet on the left, has same issue and appears only to have a primer coat of paint.

MASTER BATHROOM
- Ceiling is painted horribly, needs to repaint the ceiling.

1st BEDROOM
- Fan blades are damaged from tape, according to Eric replacement blades have been ordered.
- Closet only has a primer coat and does not have crow feet texture on ceiling.
- Ceiling is touched up with different paint.

3rd BEDROOM
- Fan blades-see above
- Ceiling touch up paint especially in far right corner there are marks on the ceiling.
- Closet only has primer coat.
- Wall touched up with different paint.

Guest Bathroom:
- Paint used throughout to touch up was a different paint. Mainly the ceiling and over cabinet.

2nd BEDROOM
- Closet is primed only.
- All walls were touched up with a paint that does not match.

Chris Lea
213 Summer Place Cove
Slidell, LA 70461

U.S. MARSHALS

Honorable Eldon Fallon
United States District Court
Eastern District of Louisiana
500 Poydras Street, Rm C456
New Orleans, LA 70130

U.S. MARSHALS