UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2047<br>) SECTION: L<br>)<br>) |
| THIS DOCUMENT RELATES TO:<br>(2:10-cv-00340) | ) JUDGE FALLON<br>)<br>) MAG. JUDGE WILKINSON<br>) |

### STATE OF LOUISIANA'S MOTION
### TO APPROVE ALTERNATIVE SERVICE OF PROCESS

The State of Louisiana moves for an order approving alternative service of process of the State's Second Amended and Restated Petition pursuant to Fed. R. Civ. P. 4(f)(3). For the reasons set forth in the accompanying memorandum of law, the State requests permission to serve the Taishan Defendants a summons and translated copy of the Amended Petition on their United States' counsel.

A memorandum in support of this motion and proposed order are submitted herewith.

Respectfully submitted,

**JAMES D. "BUDDY" CALDWELL**
**LOUISIANA ATTORNEY GENERAL**

James Trey Phillips, BarRoll# 19978
Sanettria Glasper Pleasant, BarRoll# 25396
L. Christopher Styron, BarRoll# 30747
Assistant Attorneys General
**LOUISIANA DEPARTMENT OF JUSTICE**
1885 North Third Street
Post Office Box 94005
Baton Rouge, Louisiana 70804-9005
Telephone: (225) 326-6000

LEGAL124438871.1

- 2 -

                                                    **Shows, Cali & Walsh, LLP**
E. Wade Shows, BarRoll# 7637
Trial Attorney
John C. Walsh, BarRoll# 24903
628 St. Louis St.
P. O. Drawer 4425
Baton Rouge, LA  70821
Telephone: (225) 346-1461

    s/  David L. Black
**Perkins Coie, LLP**
David L. Black
Craig M. J. Allely
Duston K. Barton
1900 Sixteenth Street, Suite 1400
Denver, CO  80202
(303) 291-2300
COUNSEL FOR THE STATE OF LOUISIANA

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Approve Alternative Service of Process with enclosed memorandum in support and proposed order have been served on Plaintiffs' Liaison Counsel, Russ Herman; Defendants' Liaison Counsel, Kerry Miller; Homebuilders' Liaison Counsel, Dorothy Wimberly; and Insurance Liaison Counsel, Judy Y. Barrasso, all by e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 17th day of December, 2014.

                                                  s/ David L. Black
                                                (Signature of Filing Attorney)