UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: (2:10-cv-00340) | ) ) ) ) ) | JUDGE FALLON MAG. JUDGE WILKINSON |

ORDER ON THE STATE OF LOUISIANA'S
MOTION TO APPROVE ALTERNATIVE SERVICE OF PROCESS

Having considered the State of Louisiana's Motion to Approve Alternative Service of Process and any responses filed thereto it is hereby ORDERED that the State of Louisiana's motion is GRANTED.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE

LEGAL124473983.1