MINUTE ENTRY
FALLON, J.
DECEMBER 17, 2014

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047  SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON MAGISTRATE WILKINSON |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Karen Ibos

Appearances:   Lenny Davis, Esq. Plaintiffs Liaison Counsel
                       Fred Longer, Esq., Plaintiffs' Steering Committee

1. Inspection Costs and Hold Back Motion of the Fee Committee (18081)

After argument - Granted

2. Plaintiffs' Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) and Request for Approval of Supplemental Notice (18086)

After argument - Plaintiffs' Request for Supplemental Notice was GRANTED and the remaining portion of the motion was continued.

JS10:   :09