UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>*Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.*, **Case No. 09-6687 (E.D.La.);**<br><br>*Gross, et al. v. Knauf Gips, KG, et al.*, **Case No. 09-6690 (E.D.La.);**<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*, **Case No 10-361 (E.D.La.);**<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, **Civ. Action No. 11-1672 (E.D.La.);**<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, **Civ. Action No. 11-1395 (E.D.La.);**<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, **Civ. Action No. 11-1673 (E.D.La.))** | |

## ORDER APPROVING SUPPLEMENTAL NOTICE

AND NOW, on this  17th  Day of  December , 2014, upon consideration of the Plaintiffs' Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) and

1

Request for Approval of Supplemental Notice, it is hereby ORDERED, ADJUDGED AND DECREED that the Supplemental Notice that is attached to Plaintiffs' motion as Exhibit "E" is hereby approved, **provided that the Notice is modified to include notice that the Court will consider the Motion for Assessment of Class Damages on February 12, 2015, immediately following February Monthly Status Conference**.  It is further ORDERED that Class Counsel shall disseminate the Supplemental Notice to class members within 10 days of the date of this Order.  The opt out period shall be 40 days from the date of this Order.

    New Orleans, Louisiana, this 17th  day of   December        , 2014.

                                                 Eldon E. Fallon
                                                 United States District Court Judge