UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047

SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:

*Sean and Beth Payton, et al. v.
Knauf Gips KG, et al.*
Case No.   2009-07628 (E.D.La.)

**ORDER ON DEFENDANT'S, MAJESTIC HOMES, INC.,
MOTION FOR DISMISSAL WITHOUT PREJUDICE**

NOW, on this  17th  day of  December , 2014, upon consideration of defendant, Majestic Homes, Inc.'s Motion for Dismissal without Prejudice, under Federal Rules of Civil Procedure 41(a) and 23(e), it is hereby

ORDER, ADJUDGED AND DECREED that:

Defendant's motion is GRANTED and the claims against Majestic Homes, Inc. (subclass #271) are hereby dismissed without prejudice and Majestic Homes, Inc., shall be deleted from the Builder/Developer subclass.

This  17th  day of  December , 2014.

_____
HONORABLE ELDON E. FALLON
U.S.DISTRICT COURT JUDGE

Submitted by:

Wayne Argo, Esq.
Florida Bar No.   0306576
Wayne Argo, P.A.
942 SE 17th Street
Ocala, FL 34471
(352) 732-8895
(352) 622-4564 Fax
Attorneys for Majestic Homes, Inc.

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that the above and foregoing Motion for Dismissal without Prejudice has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by US Mail and via e-mail, or by hand-delivery and email upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this _____ day of November, 2014.

                                        _____
                                        WAYNE ARGO, ESQ.