UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2047 |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO ALL CASES | * | MAG. JUDGE WILKINSON |
| | * | |

\*   \*   \*   \*   \*   \*   \*

---

**UNOPPOSED MOTION TO DISMISS FRANCIONI BUILDERS, INC. AS A DOWNSTREAM RELEASEE UNDER THE SETTLEMENT AGREEMENT REGARDING CLAIMS AGAINST INTERIOR/EXTERIOR BUILDING SUPPLY WITH PREJUDICE**

---

NOW INTO COURT, comes Francioni Builders, Inc. ("Francioni") who respectfully represents as follows:

1.

Francioni was mistakenly left off the original list of downstream releasees in the settlement agreement regarding claims against Interior/Exterior Building Supply, L.P. which was approved by this Court's February 07, 2013 Order and Judgment (Doc. #16570).

2.

Francioni now seeks dismissal with prejudice and formal classification as a downstream releasee.

SUTTERFIELD & WEBB, L.L.C.

/s/ Jessica B. Cozart

James R. Sutterfield (La. Bar No. 12597)
Jessica B. Cozart (La. Bar No. 31626)
650 Poydras Street, Suite 2715
New Orleans, LA  70130
Telephone:     (504) 598-2715
Facsimile:      (504)529-7197
jsutterfield@swslaw.com
jcozart@swslaw.com
**COUNSEL FOR FRANCIONI BUILDERS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify the above and foregoing Unopposed Motion to Dismiss Francioni Builders, Inc. as a Downstream Releasee Under the Settlement Agreement Regarding Claims Agaisnt Interior/Exterior Building Supply With Prejudice has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Avenue, Suite 100, New Orleans, Louisiana  70113, and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras Street, New Orleans, Louisiana  70163, by U.S. Mail and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with procedures established in MDL 2047, on this18th day of December, 2014.

/s/ Jessica B. Cozart