UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2047<br><br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO ALL CASES | * * | MAG. JUDGE WILKINSON |

\*   \*   \*   \*   \*   \*   \*

---

**ORDER GRANTING UNOPPOSED MOTION TO DISMISS FRANCIONI BUILDERS, INC. AS A DOWNSTREAM RELEASEE UNDER THE SETTLEMENT AGREEMENT REGARDING CLAIMS AGAINST INTERIOR/EXTERIOR BUILDING SUPPLY WITH PREJUDICE**

---

Considering Francioni Builders, Inc.'s Unopposed Motion to Dismiss Francioni Builders, Inc. as a Downstream Releasee Under the Settlement Agreement Regarding Claims Against Interior/Exterior Building Supply With Prejudice,

IT IS ORDERED that the Unopposed Motion to Dismiss Francioni Builders, Inc. as a Downstream Releasee Under the Settlement Agreement Regarding Claims Against Interior/Exterior Building Supply With Prejudice is GRANTED and Francioni Builders, Inc. is dismissed as a downstream releasee under the settlement agreement regarding the claims against Interior/Exterior Building Supply with prejudice.

New Orleans, Louisiana this _____ day of _____, 2014.

_____
Eldon E. Fallon
United States District Court Judge