# Jessica Cozart

| | |
|---|---|
| **From:** | Philip D. Nizialek <nizialek@carverdarden.com> |
| **Sent:** | Saturday, January 25, 2014 10:19 AM |
| **To:** | Fred Longer |
| **Subject:** | Francioni Builders |

Fred,

I have confirmed that Francioni is a Dow stream INEX released. The are a sheet rock hanger who were supplied INEX board to hang. I can provide you the invoice if you need it.

Kind regards,

Nizialek

Sent from my iPad



EXHIBIT A

1