# Jessica Cozart

| | |
|---|---|
| **From:** | Fred Longer <FLonger@lfsblaw.com> |
| **Sent:** | Thursday, October 23, 2014 8:29 AM |
| **To:** | Annette Arciniegas; 'nizialek@carverdarden.com' |
| **Cc:** | Jessica Cozart; Marion Hutson |
| **Subject:** | RE: Donna Borello v. Francioni Builders |
| **Attachments:** | Francioni Builders |

Phil, Based upon your representation from January (attached) that Francioni Builders is a Downstream Releasee of INEX, it is entitled to dismissal. I am not aware of a formal motion seeking their dismissal or an order regarding same. FSL

---

**From:** Annette Arciniegas [mailto:aarciniegas@swslaw.com]
**Sent:** Tuesday, October 21, 2014 3:17 PM
**To:** 'nizialek@carverdarden.com'; Fred Longer
**Cc:** Jessica Cozart
**Subject:** Donna Borello v. Francioni Builders

Counsel:

We are following-up with you for an update on whether Francioni Builders has been formally dismissed from the referenced matter.
Our client has directed us to close our file. In order for us to do so, we are in need of a signed order dismissing Francioni Builders.

Thank you for your cooperation and assistance.

*Annette Arciniegas*
Paralegal to James R. Sutterfield
   and Jessica B. Cozart
SUTTERFIELD & WEBB, LLC
650 Poydras Street, Suite 2715
New Orleans, LA 70130
Telephone:   504/598-2715
Fax:         504/529-7197
Email:       aarciniegas@swslaw.com

1


EXHIBIT B