UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:**
   13-6653: *Herrington et al v. Bass Homes, Inc. et al*

# ORDER

On December 8, 2014, in the *Herrington* matter, the Court granted Plaintiffs' motion to substitute two fictitious defendants for Pate Stevedore Company and Pensacola Stevedore Company (collectively, the "Stevedore Defendants"). The Stevedore Defendants are already third-party defendants in *Herrington* and have filed a motion to dismiss for lack of jurisdiction. The motion to dismiss will be heard before this Court at oral argument on February 4, 2015. (*See* Rec. Doc. 18089).

The Stevedore Defendants now move for the Court to reconsider its substitution order. (Rec. Doc. 18194). The Stevedore Defendants argue that (1) they never received notice of the substitution motion because Plaintiffs did not properly upload the motion to Lexis "File & Serve," (2) no personal jurisdiction exists over the Stevedore Defendants, (3) the complaint fails to state a claim, and (4) substitution is improper here.

The Court notes that failure to provide proper notice of filing in accordance with Pretrial Order 6 is a serious matter. **All counsel are reminded that they must upload their motions in this litigation to File and Serve.** Otherwise, counsel are in violation of PTO 6 and such a

1

motion may be stricken from the record. Accordingly, the Court will consider the arguments of the Stevedore Defendants.

Upon consideration of the arguments of the Stevedore Defendants, the Court still finds that substitution is valid here. Under Federal Rule of Civil Procedure 15(a)(2), a party may amend pleadings with court's leave. The Court finds that leave is warranted here. The Stevedore Defendants are already part of this litigation and a trial date has not been set. No prejudice results by permitting Plaintiffs to amend their complaint with the requested substitution. The Stevedore Defendants' other arguments do not pertain to Rule 15, but rather consist of 12(b) arguments. As the Stevedore Defendants have already filed a 12(b) motion, (Rec. Doc. 18089), which will be heard on February 7, 2015, any 12(b) arguments are premature. If the Stevedore Defendants find need to supplement their 12(b) motion, they may do so in accordance with the deadlines set forth by Local Rule 7.2.

**IT IS ORDERED** that the motion to reconsider is **GRANTED**;

**IT IS ORDERED** that the motion to substitute is nonetheless **GRANTED**.

New Orleans, Louisiana, this 18th day of December, 2014.

_____
UNITED STATES DISTRICT JUDGE