UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAGISTRATE JUDGE |
| ............................................................. : | | WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

Before the Court is a motion for assessment of class damages. (Rec. Doc. 18086). The Court considered the "notice" portion of this motion immediately following the December monthly status conference, but the Court has not yet considered the remaining portion of the motion.

**IT IS ORDERED** that the motion is set for submission, with oral argument, immediately following the monthly status conference on February 12, 2015.

**IT IS FURTHER ORDERED** that any party that wishes to respond to the motion must do so by February 4, 2015.

New Orleans, Louisiana, this 17th day of December, 2014.

_____
UNITED STATES DISTRICT JUDGE

1