UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE –MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No.: 2047<br><br>SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| Abel, et al. v. Taishan Gypsum Co., Ltd., f/ka Shandong Taihe Dongxin Co., Ltd., et al.<br>Case No.: 11-0080 | * * * * | |

**************************************

### PLAINTIFF DREAD MATTOX'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT W.B. HOWLAND CO., L.L.C.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), the Plaintiff, Dread Mattox, hereby dismisses with prejudice all of his claims against Defendant W.B. Howland Co. L.L.C. in the above-captioned lawsuit, reserving his rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. The Plaintiff shall continue to pursue his claims against the remaining Defendant(s) not specifically dismissed herein. Attached hereto as Exhibit "A" is correspondence from Pete Albanis, counsel for Dread Mattox, dated December 15, 2014, specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

Respectfully Submitted,

*/s/ Leonard A. Davis*
RUSS M. HERMAN, ESQ. (#6819)
LEONARD A DAVIS, ESQ. (#14190)
STEPHEN J. HERMAN, ESQ. (#23129)
Herman, Herman & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, LA 70113
Tel: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel, MDL 2047*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that the above and foregoing Notice of Voluntary Dismissal With Prejudice document has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail, email, or by hand delivery and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 22nd day of December, 2014.

      */s/ Leonard A. Davis*
      Herman, Herman & Katz, L.L.C.
      820 O'Keefe Avenue
      New Orleans, LA 70113
      Tel: (504) 581-4892
      Fax: (504) 561-6024
      LDavis@hhklawfirm.com
      *Plaintiffs' Liaison Counsel, MDL 2047*