# EXHIBIT "A"



December 15, 2014

**VIA FACSIMILE (504) 561-6024 and U.S. Mail**
Russ M. Herman, Esq.
Leonard A. Davis, Esq.
Herman, Herman & Katz, LLC
820 O'Keefe Ave.
New Orleans, LA 70113

RE:  **Our Client: Dread Mattox**
*In re: Chinese Manufactured Drywall Product Liability Litig.*
Case No. 11-0080  Abel, et al. v Taishan Gypsum Co., Ltd, et al.
Our File No.:   1017943

Dear Russ & Lenny:

We represent Dread Mattox.  We hereby authorize the attorneys of Herman, Herman & Katz, LLC to file the enclosed Rule 41 Notice of Voluntary Dismissal With Prejudice. Our client is dismissing with prejudice his claims against W.B. Howland Co., L.L.C. only. He will continue to pursue his claims against the remaining defendants. Thank you for your attention to this matter.

Sincerely,

Pete V. Albanis
PVA/esr

One University Park | 12800 University Drive | Suite 600 | Fort Myers, FL 33907 | Ph: 239.433.6880 | www.ForThePeople.com

Atlanta, GA | Bowling Green, KY | Daytona Beach, FL | Fort Myers, FL | Jackson, MS | Jacksonville, FL | Kissimmee, FL | Lakeland, FL | Lexington, KY | Naples, FL | Nashville, TN
New York, NY | Memphis, TN | Orlando, FL | Plantation, FL | Sarasota, FL | St. Petersburg, FL | Tallahassee, FL | Tampa, FL | Tavares, FL | The Villages, FL | Winter Haven, FL