# EXHIBIT "A"

**PW** **Parker | Waichman LLP**
A NATIONAL LAW FIRM

NEW YORK | LONG ISLAND | NEW JERSEY | WASHINGTON, D.C. | FLORIDA

27300 Riverview Center Boulevard
Suite 103
Bonita Springs, Florida 34134
Phone: 239-390-1000
Fax: 239-390-0055
800.LAW.INFO (529.4636)
www.yourlawyer.com

December 15, 2014

**Via Email and U.S. Mail**
Leonard A. Davis, Esq.
Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue, Suite 100
New Orleans, LA 70113

Re: In re: **Chinese Manufactured Drywall Products Liability Litigation**
**Haya v. Haya, et al. v. Taishan Gypsum Co., Ltd.., f/ka Shandong Taihe Dongxin Co., Ltd., et al., et al. Case No. 11-2349**

Dear Russ and Lenny:

My clients, Randy and Sherry Woods, authorizes the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss, with prejudice, all of their claims against defendant W.B. Howland Co. L.L.C. in the above matter, reserving their rights and claims against any and all other defendants therein.

Very truly yours,
Parker Waichman LLP

By: _____
April S. Goodwin, Esq.

Enclosure