UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: (2:10-cv-00340) | ) ) ) ) ) | JUDGE FALLON MAG. JUDGE WILKINSON |

ORDER ON THE STATE OF LOUISIANA'S
MOTION TO APPROVE ALTERNATIVE SERVICE OF PROCESS

Having considered the State of Louisiana's Motion to Approve Alternative Service of Process, (Rec. Doc. 18213), it is hereby ORDERED that the State of Louisiana's motion is GRANTED.

New Orleans, Louisiana, this 23rd day of December, 2014.

_____
UNITED STATES DISTRICT JUDGE