UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

**O R D E R**

Considering the Plaintiffs' Steering Committee's Motion to File Supplemental Memorandum Pursuant to Order & Reasons Dated December 12, 2014 Under Seal;

IT IS ORDERED BY THE COURT that the motion is granted and the Plaintiff's Steering Committee's Supplemental Memorandum Pursuant to Order & Reasons Dated December 12, 2014 be and is hereby filed UNDER SEAL.

New Orleans, Louisiana, this 23rd day of December, 2014.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE