UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | JOSEPH C. WILKINSON, JR. |
| | * | |

* * * * * * * * * * * * * * ** * * * * * * * ** * * * * * * ** * *

THIS DOCUMENT RELATES TO:   ALL CASES

**COUNSEL'S MOTION FOR LEAVE OF COURT TO FILE COUNSEL'S RESPONSE TO THE COURT'S ORDER AND REASONS CONCERNING *IN CAMERA* REVIEW OF PRIVILEGE LOG ITEMS UNDER SEAL**

The undersigned law firms Hogan Lovells US LLP and Stanley, Reuter, Ross, Thornton & Alford, LLC (collectively "Counsel") hereby move the Court for leave to file their Response to the Court's Order and Reasons Concerning *In Camera* Review of Privilege Log Items Under Seal ("Response") under seal.  The Response pertains to responses to discovery requests propounded by the PSC and a privilege log produced by Counsel.  To date, the Court has permitted all briefs filed regarding these discovery requests, which concern attorney-client communications, to be filed under seal.  As this Response concerns the same issues, Counsel respectfully requests that the Response also be filed under seal.

WHEREFORE, Counsel respectfully requests that this Court grant this Motion and allow Counsel to file its Response under seal.

Date: Dec. 29, 2014

        Respectfully submitted,

        /s/ *Thomas P. Owen, Jr.*
        Joe Cyr
        Frank T. Spano
        HOGAN LOVELLS US LLP
        875 Third Avenue
        New York, New York 10022
        Email: Joe.cyr@hoganlovells.com
        Frank.spano@hoganlovells.com
        Telephone: 212-918-3000
        Facsimile: 212-918-3100

        Richard C. Stanley (La. Bar No. 8487)
        Thomas P. Owen, Jr. (La. Bar No. 28181)
        STANLEY, REUTER, ROSS, THORNTON
        & ALFORD, LLC
        909 Poydras Street, Suite 2500
        New Orleans, Louisiana 70112
        Telephone: 504-523-1580
        Facsimile: 504-524-0069
        E-mail: rcs@stanleyreuter.com
        tpo@stanleyreuter.com

        **On Their Own Behalf**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pretrial Order No. 6, and that the foregoing was also electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 29th day of December 2014.

/s/ Thomas P. Owen Jr.