UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | JOSEPH C. WILKINSON, JR. |
| | * | |

* * * * * * * * * * * * * * ** * * * * * * ** * * * * * * ** * *

**THIS DOCUMENT RELATES TO:   ALL CASES**

## ORDER

Considering the foregoing Motion for Leave of Court to File Response to the Court's Order and Reasons Concerning *In Camera* Review of Privilege Log Items Under Seal ("Motion");

**IT IS ORDERED** that the Motion Is **GRANTED** and Counsel's Response to the Court's Order and Reasons Concerning In Camera Review of Privilege Log Items Under Seal shall be filed **UNDER SEAL**.

New Orleans, Louisiana, this _____ day of December, 2014.

_____
Honorable Eldon E. Fallon
U.S. District Court Judge