UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL No. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO ALL CASES** | | |

## NOTICE OF DISPOSAL OF PHYSICAL EVIDENCE
## BY TOLL ESTERO LIMITED PARTNERSHIP

Subject to the requirements of Pretrial Order No. 1(I), dated January 24, 2012, Toll Estero Limited Partnership ("Toll Estero") hereby gives notice of their intention to dispose of the physical evidence that Toll Estero was previously preserving pursuant to the requirements of Pretrial Order No. 1(B).  Any person or entity wishing to inspect this physical evidence must do so within thirty (30) days of the date of this notice upon reasonable notice to Toll Estero by contacting Timothy A. Kolaya, Esq. at Greenberg Traurig, P.A., by telephone at: (305) 579-0811 or by e-mail at kolayat@gtlaw.com.  Upon the expiration of the thirty-day period, Toll Estero may dispose of such physical evidence and will not be subject to a claim or defense of spoliation with respect to its disposal of such physical evidence.

Dated: December 29, 2014                        Respectfully submitted,

**GREENBERG TRAURIG, P.A.**
*Attorneys for Toll Estero*
*Limited Partnership*
 333 S.E. 2nd Ave., Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile:  (305) 579-0717
E-mail: bassh@gtlaw.com
E-mail: salkym@gtlaw.com
E-mail: foslida@gtlaw.com
E-mail: kolayat@gtlaw.com

By:     /s/ Adam M. Foslid
        HILARIE BASS
        Florida Bar No. 334323
        MARK A. SALKY
        Florida Bar No.  058221
        ADAM M. FOSLID
        Florida Bar No. 682284
        TIMOTHY A, KOLAYA
        Florida Bar No. 056140

3

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on December 29, 2014, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, Esq., and Defendants' Liaison Counsel, Kerry Miller, Esq., Homebuilders' Liaison Counsel, Dorothy Wimberly, Esq., and Insurer Defendants' Liaison Counsel, Judy Y. Barrasso, Esq., by U.S. mail and/or email or by hand delivery and I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and upon all parties by electronically uploading the same to File & ServeXpress Service in accordance with Pretrial Order No. 6.

                                        /s/ Timothy A. Kolaya
                                        TIMOTHY A. KOLAYA