# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | : | |
| DRYWALL PRODUCTS LIABILITY | : | MDL NO.: 2047 |
| LITIGATION | : | |
| | : | SECTION: L |
| **This Document Relates To:** | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |
| **Braxton H. Collins, et al. vs. Bass Homes, Inc.,** | : | |
| **et al.; S.D. Mississippi, C.A. No. 1:13-00297** | : | Case No.: 13-6652 |

_____

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | : | |
| DRYWALL PRODUCTS LIABILITY | : | MDL NO.: 2047 |
| LITIGATION | : | |
| | : | SECTION: L |
| **This Document Relates To:** | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |
| **Jason S. Herrington, et al. vs. Bass Homes, Inc.,** | : | |
| **et al.; S.D. Mississippi, C.A. No. 1:13-00297** | : | Case No.: 13-6653 |

### NOTICE OF PATE STEVEDORE COMPANY, INC., AND PENSACOLA STEVEDORE COMPANY, INC., DEPOSITION PURSUANT TO RULES 30(b)(2) AND 30(b)(6)

**TO:**

| | |
|---|---|
| S. Wesley Pipes, Esq. | Mobile Bay Reporting |
| Pipes Hudson & Watts, LLP | 110 Dauphin Street |
| Post Office Box 989 | Mobile, AL 36602 |
| Mobile, Alabama 36601 | (251) 438-7211 |

**PLEASE TAKE NOTICE** that, pursuant to F.R.C.P. 30(b)(6), Defendant/Third-Party Plaintiff ACE HOME CENTER, INC., will take the deposition upon oral examination of Third-Party Defendant, Pate Stevedore Company, Inc., and Pensacola Stevedore Company, Inc., at

10:00 a.m. on January 14, 2015 at Luther, Collier, Hodges & Cash LLP, 401 Church Street, Mobile, Alabama, 36602.

**PLEASE TAKE FURTHER NOTICE** that pursuant to F.R.C.P. 30(b)(6), the above entity is directed to designate one or more officers, directors, agents, partners, employees, or other persons to testify on its behalf.  It is to designate such person or persons as witnesses who have knowledge and information to respond in detail to the following items:

1. Identify each person from whom you purchased the CDW, and state the quantity purchased.

2. Describe all efforts you took to market or advertise your CDW for sale; identifying newspapers, trade publications, internet outlets or other means to notify potential customers of your CDW for sale.

3. Identify each person to whom you sold CDW, and state the quantity sold to each person.

4. Identify each person who purchased CDW from you and with whom you had done any business on a prior occasion; and describe the extent and scope of the prior business relationship.

5. Identify each person in Mississippi to whom you sold CDW, and state the quantities sold to each person.

6.  Identify each person outside the State of Florida to whom you sold CDW, and state the quantities sold to each person.

7. Identify each person to whom you sold CDW, to be delivered in Mississippi, and state the quantities sold to each person.

8. Apart from any sale of CDW, identify any other goods or products you sold to

any person in Mississippi from 1996 to the present, stating the quantities and identifying the purchaser(s).

9. Ace Home Center Inc.'s Request for Production to Pate Stevedore Company, Inc./Pensacola Stevedore Company, Inc., and Pate Stevedore Company, Inc./Pensacola Stevedore Company, Inc.'s document production in response to same.

**PLEASE TAKE NOTICE** that, pursuant to F.R.C.P. 30(b)(2), Ace Home Center, Inc., requests Pate Stevedore Company, Inc., and Pensacola Stevedore Company, Inc., to produce for copying, inspection and cross-examination all documents responsive to **ACE Home Center, Inc.'s Request for Production of Documents** propounded, or to be propounded hereafter.

Counsel is hereby invited to attend as he or she deems fit and proper.

                                        Respectfully submitted,

                                        **/ s / *Danny J. Collier, Jr.***

                                        Danny J. Collier, Jr., Esq.
                                        Attorney for Ace Home Center, Inc.

**OF COUNSEL:**

LUTHER, COLLIER, HODGES & CASH LLP
Post Office Box 1002
Mobile, Alabama 36633
(251) 694-9393 Office
(251) 694-9392 Fax
dcollier@lchclaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand-delivery upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this **29th day** of **December, 2014.**

Stephen W. Mullins, Esq.
Luckey & Mullins, PLLC
Post Office Box 990
Ocean Springs, MS 39566
smullins@luckeyandmullins.com

David C. Coons, Esq.
Christopher A. D'Amour, Esq.
Adams and Reese LLP
4500 One Shell Square
New Orleans, LA 70139
david.coons@arlaw.com
chris.damour@arlaw.com

Heather M. Houston, Esq.
Caroline Pryor, Esq.
Carr Allison
6251 Monroe Street
Suite 200
Daphne, Alabama 36526
hhouston@carrallison.com
cpryor@carrallison.com

S. Wesley Pipes, Esq.
Pipes Hudson & Watts, LLP
Post Office Box 989
Mobile, Alabama 36601
wesley@pipeshudsonwatts.com

Gary J. Russo, Esq.
Jones Walker LLP
600 Jefferson Street
Suite 1600
Lafayette, LA 70501
grusso@joneswalker.com

Richard C. Stanley, Esq.
Thomas P. Owen, Jr., Esq.
Stanley, Reuter, Ross, Thornton & Alford, LLC
909 Poydras Street
Suite 2500
New Orleans, Louisiana 70112
rcs@stanleyreuter.com
tpo@stanleyreuter.com

Joe Cyr, Esq.
Frank T. Spano, Esq.
Courtney L. Colligan, Esq.
Hogan Lovells US LLP
875 Third Avenue
New York, New York 10022
Joe.cyr@hoganlovells.com
Frank.spano@hoganlovells.com
Courtney.colligan@hoganlovells.com

/ s / *Danny J. Collier, Jr.*
_____
**OF COUNSEL**

---