**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**  **SECTION: L** |
| **THIS DOCUMENT RELATES TO:** *Donna Little, et al. v. Taishan Gypsum Co., Ltd., et al.* **2:14-cv-00587-EEF-JCW** | **JUDGE ELDON FALLON**  **MAG. JUDGE WILKINSON** |

<u>**REQUEST FOR ISSUANCE OF SUMMONSES**</u>

Counsel for Plaintiffs in the above-styled case hereby requests the issuance of summonses by

the Clerk of Court for the following Defendants:

1. **Beijing New Building Materials Public Limited Company**
2. **China National Building Material Group Corporation**

A copy of each proposed summons is attached hereto as an exhibit.

s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC
2100 Southbridge Pkwy., Suite 650
Birmingham, AL 35209
Tele: 205-533-9500
Fax: 205-414-7400
jimmy@doylefirm.com
*Attorney for Plaintiffs*