*Donna Little, et al. v. Taishan Gypsum Company, Ltd. et al.*

*Exhibit "B" - Defendants Named in Class Action Complaint*

| | **Defendant** | **Type of Defendant** | **Principal Place of Business** | **State of Incorporation** | **Address for Service** |
|---|---|---|---|---|---|
| 1. | Bedrock Gypsum | Manufacturer | China | Foreign Corporation | China |
| 2. | Beijing New Building Materials Public Limited Company ("BNBM") | Manufacturer | Long Guan Zhi Ye Plaza, No. 118 West Street, Huilongguan Changping District Beijing, China  102208 | Foreign Corporation | Long Guan Zhi Ye Plaza, No. 118 West Street, Huilongguan Changping District Beijing, China  102208 |
| 3. | China National Building Material Group Corporation ("CNBM") | Manufacturer | 23/F Tower 2, Guohai Plaza 17 Fuxing Road, Haidian District Beijing, China, 100036 | Foreign Corporation | 23/F Tower 2, Guohai Plaza 17 Fuxing Road, Haidian District Beijing, China, 100036 |
| 4. | Dailey's Homes, Inc. | Builder/ Developer | 1560 Ray Lyn Drive New Smyrna, FL 32168 | Florida | Troy V. Dailey 1560 Ray Lyn Drive New Smyrna, FL 32168 |
| 5. | IMG | Manufacturer | China | Foreign Corp. | China |
| 6. | JD Custom Homes, Inc. | Builder/ Developer | 14651 Palm Beach Blvd, Suite 106-B Fort Myers, FL 33905 | Florida | Scott M. Ketchum, Esq. 800 North Collier Blvd., Suite 203 Marco Island, FL 34145 |
| 7. | Meridian Homes at Saddlebrook, LLC | Builder/ Developer | P.O. Box 40 Loganville, GA 30052 | Georgia | Darrell McWaters 3232 Krisam Creek Drive, Suite 100 Loganville, GA 30052 |
| 8. | Midwest Construction & Development, LLC | Builder/ Developer | 1016 Clemons Street, Suite 305 Jupiter, FL  33477 | Florida | Joe A. Livesay 1016 Clemons Street, Suite 305  Jupiter, FL  33477 |

| | | | | | |
|---|---|---|---|---|---|
| 9. | Mobley Homes Florida, LLC | Builder/ Developer | 14824 North Florida Avenue Tampa, FL 33613 | Florida | Leonard H. Johnson 37837 Meridian Avenue, Suite 314 Dade City, FL 33525 |
| 10. | Parkview Homes Realty, Inc. | Builder/ Developer | 4153 Arlington Drive Palm Harbor, FL 34684 | Florida | Ross A. Puzzitiello 4153 Arlington Drive Palm Harbor, FL 34684 |
| 11. | Prowall | Manufacturer | China | Foreign Corporation | China |
| 12. | Rottlund Homes of Florida, Inc. | Builder/ Developer | n/a | Minnesota | c/o Hearthstone, Inc., Court Appointed Receiver 24151 Ventura Boulevard Calabasas, CA 91302 |
| 13. | Southwest Builders, LLC | Builder/ Developer | 80659 Highway 1083 Bush, LA 70431 | Louisiana | Warren J. Vollenweider 80659 Highway 1083 Bush, LA 70431 |
| 14. | Taishan | Manufacturer | Dawenkou, Daiyue District, Tai'an City, Shandong Province, China, 271026 | China | Dawenkou, Daiyue District Tai'an City, Shandong Province China, 271026 |
| 15. | Trout Creek Properties, LLC | Builder/Developer | 1140 Azalea Garden Road Norfolk, VA 23502 | Florida | Corporation Service Company 1201 Hays Street Tallahassee, FL 32301-2525 |