# EXHIBIT L

| *GROSS V. KNAUF GIPS, KG, ET AL*<br>*09-6690*<br>*OMNIBUS III AND III (A) COMPLAINTS* | | |
|---|---|---|
| **DEFENDANT** | **ADDRESS FOR SERVICE** | **SERVICE WAS MADE** |
| Beijing New Building Materials Public Limited Company (BNBM) | Beijing New Building Materials Public Limited Company No. A-11 Sanlihe Road, Haidian District, Beijing 100037 | |
| Beijing New Building Materials Group Co., Ltd. (BNBM Group) | Beijing New Building Materials Public Limited Company No. A-11 Sanlihe Road, Haidian District, Beijing 100037 | |
| Changzhou Yinhe Wood Industry Co., Ltd. | Qianfeng Industrial Park<br>Henglin Town<br>Changzhou, Jiangsu, China<br>213 103 | |
| China National Building Materials Co., Ltd. (CNBM) | 17th Floor<br>Zhong Guo Jian Cai Da Sha<br>San Li He Road #11<br>Haidian District<br>Beijing City, PR.China 100037 | 6/27/11<br>Served with rejected legal process. |
| China National Building Material Group Corporation (CNBM Group) | 17th Floor<br>Zhong Guo Jian Cai Da Sha<br>San Li He Road #11<br>Haidian District<br>Beijing City, PR.China 100037 | 6/27/11<br>Served with rejected legal process. |
| Fuxin Taishan Gypsum And Building Material Co., Ltd. | Pingxi Industrial Park North<br>Haizhou District<br>Fuxin<br>Liaoning<br>123000 | 2/24/11 |
| Guangdong Knauf New Building Materials Products Co., Ltd. | Kerry J. Miller, Esquire<br>Frilot LLC<br>Suite 3700<br>1100 Poydras Street<br>New Orleans LA 70130 | 12/29/10 |

***Gross v. Knauf Gips, KG, et al***
***09-6690***
***Omnibus III and III (A) Complaints***

| **Defendant** | **Address for Service** | **Service was Made** |
|---|---|---|
| Hubei Taishan Building Material Co., Ltd. | Jingmen High and New Technology Industrial Park,<br>Hubei<br>448000 | 2/24/11 |
| Jinan Run & Fly New Materials Co., Ltd. | 3-201, Ruyibei BLD.<br>Hualong Road<br>Jinan, Shandong China<br>250100 | 3/7/11 |
| Knauf AMF GMBH & Co., KG | Kerry J. Miller, Esquire<br>Frilot LLC<br>Suite 3700<br>1100 Poydras Street<br>New Orleans LA 70130 | 12/29/10 |
| Knauf Do Brasil, Ltd | Kerry J. Miller, Esquire<br>Frilot LLC<br>Suite 3700<br>1100 Poydras Street<br>New Orleans LA 70130 | 12/29/10 |
| Knauf GIPS KG | Kerry J. Miller, Esquire<br>Frilot LLC<br>Suite 3700<br>1100 Poydras Street<br>New Orleans LA 70130 | 12/29/10 |
| Knauf Gypsum Indonesia | Kerry J. Miller, Esquire<br>Frilot LLC<br>Suite 3700<br>1100 Poydras Street<br>New Orleans LA 70130 | 12/29/10 |
| Knauf Insulation GMBH a/k/a Knauf USA | Kerry J. Miller, Esquire<br>Frilot LLC<br>Suite 3700<br>1100 Poydras Street<br>New Orleans LA 70130 | 12/29/10 |

| *GROSS V. KNAUF GIPS, KG, ET AL*<br>*09-6690*<br>*OMNIBUS III AND III (A) COMPLAINTS* | | |
|---|---|---|
| **DEFENDANT** | **ADDRESS FOR SERVICE** | **SERVICE WAS MADE** |
| Knauf Plasterboard (Tianjin) Co. Ltd. | Kerry J. Miller, Esquire<br>Frilot LLC<br>Suite 3700<br>1100 Poydras Street<br>New Orleans LA 70130 | 12/29/10 |
| Knauf Plasterboard (Wuhu) Co. Ltd. | Kerry J. Miller, Esquire<br>Frilot LLC<br>Suite 3700<br>1100 Poydras Street<br>New Orleans LA 70130 | 12/29/10 |
| Nanhai Silk Imp. & Exp. Corporation | Block 1<br>4 Nangui Road, West<br>Foshan Guangdong<br>China, 528200 | 3/16/11 |
| Pingyi Baier Building Materials Co., Ltd. | Baier Industrial Park<br>Ziqiu Town<br>Pingyi County<br>Shandong<br>China 273305 | 2/15/11 |
| Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd. f/k/a Shandong Chenxiang Building Materials Co., Ltd (Chexiang) | Dongyah Dianzi Village<br>Pingyi Town<br>Pingyi County<br>Shandong China 273300 | 3/16/11 |
| Qingdao Yilie International Trade Co., Ltd | Room 804<br>Building 1<br>Tianshengyuan<br>21 Donghai West Road<br>Shinan District<br>Qingdao, Shandong, China<br>266071 | 1/30/11 |

| ***GROSS V. KNAUF GIPS, KG, ET AL*** ***09-6690*** ***OMNIBUS III AND III (A) COMPLAINTS*** | | |
|---|---|---|
| **DEFENDANT** | **ADDRESS FOR SERVICE** | **SERVICE WAS MADE** |
| Qinhuangdao Taishan Building Material Co., Ltd | Gangcheng Street<br>East No. 69<br>Haigang District<br>Qinhuangdao<br>066000 | 6/27/11 |
| Shaanxi Taishan Gypsum Co., Ltd. | Weibei Industrial Park<br>Xinshi Township<br>Linwei District<br>Weinan City<br>Shaanxi<br>714000 | 12/17/10 |
| Shandong Oriental International Trading Co., Ltd. | 17 - 21/F Shandong<br>International Trades Mansion<br>51 Taiping Road<br>Qingdao, China 266002 | 1/31/11 |
| Shandong Yifang Gypsum Industry Co., Ltd. | Industry Park of<br>Taierzhuang, Zaozhuang City,<br>Shandong<br>China 277400 | |
| Shanghai East Best Arts & Crafts Co., Ltd. | 273 SI Ping Lu<br>Shanghai<br>Shanghai China 200081 | 1/26/11 |
| Shanghai Yu Yuan Imp. & Exp.Co., Ltd | 3/F No. 135-1<br>Jiu Jiao Chang Road<br>Shanghai<br>China 200010 | |
| SIIC Shanghai International Trade (Group) Co., Ltd. | 30/F, SIIC Building<br>No. 18, Caoxi North Road<br>Shanghai, China 200030 | 1/27/11 |

| *GROSS V. KNAUF GIPS, KG, ET AL*<br>*09-6690*<br>*OMNIBUS III AND III (A) COMPLAINTS* | | |
|---|---|---|
| **DEFENDANT** | **ADDRESS FOR SERVICE** | **SERVICE WAS MADE** |
| Sinkiang Tianshan Building Material and Gypsum Product Co., Ltd | Dabancheng Village<br>Dabancheng Township<br>Dabancheng District<br>Urumchi<br>Xinjiang Uygur<br>Autonomous Region<br>8300389 | 2/15/11 |
| Tai'an Jindun Building Material Co., Ltd. | Dawenkou<br>Daiyue District<br>Tai'an<br>271026 | 3/23/11 |
| Tai'an Kangyijia Building Materials Co., Ltd. | Shigao Industrial Park<br>Dawenkou, Tai'an City<br>Shandong, China<br>271024 | 3/23/11 |
| Tai'an Taishan Gypsum Board Co., Ltd. | Houzhou Village<br>Dawenkou<br>Daiyue District<br>Tai'an<br>271026 | 6/21/11 |
| Taian Taishan Plasterboard Co., Ltd. | Beixiyao Village<br>Dawenkou<br>Taian<br>Shandong 271026<br>China<br><br>III(A) service:<br><br>Joe Cyr, Esquire<br>HOGAN LOVELLS US LLP<br>875 Third Avenue<br>New York, NY 10022 | 6/21/11<br><br>III(A) 7/9/14<br>Served on defense counsel via Federal Express pursuant to the Court's Order dated June 25, 2014 (Rec. Doc. No. 17790) |

| *GROSS v. KNAUF GIPS, KG, ET AL*<br>*09-6690*<br>*OMNIBUS III AND III (A) COMPLAINTS* | | |
|---|---|---|
| **DEFENDANT** | **ADDRESS FOR SERVICE** | **SERVICE WAS MADE** |
| Taishan Gypsum (Chongqing) Co., Ltd. | Luhuang Industrial Park A<br>Jiangjin<br>Chongqing<br>402260 | 4/21/11 |
| Taishan Gypsum (Hengshui) Co., Ltd. | Renmin West Road (Hengfeng Power Plant Ecology Industrial Park)<br>Hengshui City<br>053000 | 6/27/11 |
| Taishan Gypsum (Jiangyin) Co., Ltd. | Shengang Industrial Park<br>Jiangyin Economic and Technological Development Zone<br>Jiangsu<br>214443 | 2/22/11 |
| Taishan Gypsum (Pingshan) Co., Ltd. | Dianchang Road<br>Pingshan Township<br>Pingshan County<br>050400 | 6/27/11 |
| Taishan Gypsum (Tongling) Co., Ltd. | Jinqiao Industrial Park<br>Tongling Anhui<br>244000 | 4/18/11 |
| Taishan Gypsum (Wenzhou) Co., Ltd. | Wenzhen Power Generation Co., Ltd., Yinhui Road No. 76, Panshi Zhen, Leqing, Wenzhen, Zhenjiang, China 325602 | 6/2/11 |
| Taishan Gypsum (Xiangtan) Co., Ltd. | Industrial Park<br>Guoqiang Village<br>Shuangma Township<br>Yuetang District<br>Xiangtan<br>Hunan<br>411102 | 2/22/11 |

| ***Gross v. Knauf Gips, KG, et al*** <br> ***09-6690*** <br> ***Omnibus III and III (A) Complaints*** | | |
|---|---|---|
| **Defendant** | **Address for Service** | **Service was Made** |
| Taishan Gypsum (Baotou) Co., Ltd. | No. 7 Goumen Township<br>Tuyouqi<br>Baotou<br>Inner Mongolia Autonomous Region<br>014100 | 8/23/11 |
| Taishan Gypsum (Henan) Co., Ltd. | Shouyang Industrial Park<br>Beihuan Road North<br>Yanshi<br>Henan<br>471900 | 5/5/11 |
| Taishan Gypsum (Pizhou) Co., Ltd. | Yunhe Bridge West<br>Xulian Road<br>Pizhou City<br>Jiangsu<br>221200 | |
| Taishan Gypsum Co. Ltd, f/k/a Shandong Taihe Dongxin Co., Ltd. | Dawenkou Daiyue District<br>271026 Taian, Shandong, China<br><br>III(A) service:<br><br>Joe Cyr, Esquire<br>HOGAN LOVELLS US LLP<br>875 Third Avenue<br>New York, NY 10022 | 6/30/11<br><br><br>III(A) 7/9/14<br>Served on defense counsel via Federal Express pursuant to the Court's Order dated June 25, 2014 (Rec. Doc. No. 17790) |
| Taishan Gypsum Co., Ltd. Lucheng Branch | Ganlin Road No. 3<br>Lucheng, Shaanxi<br>047500 | |
| The China Corporation, LTD<br><br>This was previously sent to APS for service with Order. | Room A22, 13/F, Block A<br>37-41 San Mei Street<br>Wah Lok Industrial Centre<br>Fotan, Sha Tin, New Territories<br>Hong Kong, SAR | 7/15/11 |

| *GROSS v. KNAUF GIPS, KG, ET AL*<br>*09-6690*<br>*OMNIBUS III AND III (A) COMPLAINTS* | | |
|---|---|---|
| **DEFENDANT** | **ADDRESS FOR SERVICE** | **SERVICE WAS MADE** |
| Tianjin Tianbao Century Development Co., Ltd. | 3 F, Eastern Exhibition Hall<br>31 Halbin Fifth Road<br>Tianjin Free Trade Zone<br>Tianjin City, China<br>300461 | 1/21/11 |
| Weifang Aotai Gypsum Co., Ltd. | Anqiu Economic Development Zone<br>North Weifang<br>262100 | |
| Yunnan Taishan Gypsum And Building Material Co., Ltd. | Sanjia Village<br>Liujiezhen Factory<br>Yimen County<br>Yunan<br>651107 | 3/10/11 |