# EXHIBIT S

| *Block v. Gebrueder Knauf Verwaltungsgesellschaft KG, et al* 11-1363 Omnibus X Complaint | | |
|---|---|---|
| **Defendant** | **Address for Service** | **Service was Made** |
| Knauf GIPS KG | Kerry J. Miller, Esquire Frilot LLC Suite 3700 1100 Poydras Street New Orleans LA 70130 | 6/28/11 |
| Knauf Plasterboard (Tianjin) Co. Ltd. | Kerry J. Miller, Esquire Frilot LLC Suite 3700 1100 Poydras Street New Orleans LA 70130 | 6/28/11 |
| Knauf Plasterboard (Wuhu) Co. Ltd. | Kerry J. Miller, Esquire Frilot LLC Suite 3700 1100 Poydras Street New Orleans LA 70130 | 6/28/11 |
| Guangdong Knauf New Building Material Products Co., Ltd. | Kerry J. Miller, Esquire Frilot LLC Suite 3700 1100 Poydras Street New Orleans LA 70130 | 6/28/11 |
| Knauf Insulation GmbH a/k/a Knauf USA and/or Knauf Insulation USA | Kerry J. Miller, Esquire Frilot LLC Suite 3700 1100 Poydras Street New Orleans LA 70130 | 6/28/11 |
| Knauf UK GMBH | Kerry J. Miller, Esquire Frilot LLC Suite 3700 1100 Poydras Street New Orleans LA 70130 | 6/28/11 |
| Knauf International GmbH | Kerry J. Miller, Esquire Frilot LLC Suite 3700 1100 Poydras Street New Orleans LA 70130 | 6/28/11 |

| *BLOCK v. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT KG, ET AL*  11-1363  *OMNIBUS X COMPLAINT* | | |
|---|---|---|
| **DEFENDANT** | **ADDRESS FOR SERVICE** | **SERVICE WAS MADE** |
| Gebrueder Knauf Verwaltungsgesellschaft, KG | Kerry J. Miller, Esquire  Frilot LLC  Suite 3700  1100 Poydras Street  New Orleans LA 70130 | 6/28/11 |
| Knauf Do Brasil, Ltd. | Kerry J. Miller, Esquire  Frilot LLC  Suite 3700  1100 Poydras Street  New Orleans LA 70130 | 9/21/11 |
| PT Knauf Gypsum Indonesia | Kerry J. Miller, Esquire  Frilot LLC  Suite 3700  1100 Poydras Street  New Orleans LA 70130 | 9/21/11 |
| Knauf Amf GmbH & Co., KG | Kerry J. Miller, Esquire  Frilot LLC  Suite 3700  1100 Poydras Street  New Orleans LA 70130 | 9/21/11 |