UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MDL No. 2047

IN RE: CHINESE-MANUFACTURED    SECTION: L
DRYWALL PRODUCTS
LIABILITY LITIGATION.          JUDGE FALLON

                               MAG. JUDGE WILKINSON
_____/

### PLAINTIFF AGNES ROSS'S MOTION FOR RELIEF FROM ORDER AND MOTION TO ENTER MISCELLANEOUS CLAIM FORM

Plaintiff AGNES ROSS, pursuant to Federal Rule of Civil Procedure 60(b)(1), hereby moves for relief from the Order entered September 27, 2013 ordering that the deadline for submission of claim forms be extended until October 25, 2013 and request the attached Miscellaneous Claim Form be entered in as of the date of the Court's Order, and says:

1.  AGNES ROSS is a Plaintiff in the Omnibus Class Action Complaint.

2.  Ms. Ross timely filed a Claimant Registration Form. A copy of her Claimant Registration Form is attached hereto.

3.  Counsel for Ms. Ross had been communicating with Defendants' counsel Frilot, LLC regarding settlement

4.  Counsel for Ms. Ross believed that all claim forms were properly and timely submitted.

5.  Counsel for Ms. Ross did not file a Miscellaneous Claim Form seeking damages under the "Other Loss Fund" with the belief that the property was going through the Knauf Chinese Drywall Pilot Program.

1

6. The failure to file the Miscellaneous Claim Form was an inadvertence on the part of Ms. Ross's counsel, due to this being his only client.

7. This inadvertence did not come to the attention of counsel for the Plaintiff until counsel received a recent communication with Brown Greer, the claims administrator for "Other Loss Fund" claims.

8. Ms. Ross's home is located within the development of Parkland Golf & Country Club, in Parkland, Florida.

9. The timing of this motion is reasonable as it is within months of the deadline, and well within a year of the Order.

10. The Order provides that "good faith shown" is a basis for relief from the claim filing deadline.

11. Based upon the totality of the factors, including that Ms. Ross has already been named in a Complaint, that the Registration Forms have already been filed, and that Ms. Ross's property was in the Knauf Chinese Drywall Pilot Program portal, good faith has been shown.

12. This Motion will not unduly prejudice any of the Parties or this Court, as upon information and belief, Defendant has not yet even begun to settle these claims.

13. Counsel for Ms. Ross has discussed this Motion with Brown Greer, but has been unable to resolve the matter.

## MEMORANDUM OF LAW

The Fifth Circuit Court of Appeals found in *Federal Sav. and Loan Ins. Corp. v. Kroenke*, 858 F. 2d 1067, 1069-1070 (5th Circuit 1988) that "Rule 60(b)

permits relief for mistake, inadvertence, surprise, or excusable neglect, among other reasons. To merit relief, a party must show that its failure to file a timely answer or otherwise defend resulted from justifiable neglect and that a fair probability of success on the merits existed if the judgment were to be set aside." *citing One 1978 Piper Navajo*, 748 F.2d at 318-19 (5th Circuit 1984).

Here, the standard is met as the inadvertence resulted from justifiable neglect as Ms. Ross was named in a Complaint, and Ms. Ross's counsel believed all claim forms were properly filed. Had the Miscellaneous Claim been filed timely, the claim would have been processed. Therefore, there is a more than fair probability of success on the merits if the claim is allowed.

**WHEREFORE**, Plaintiff respectfully requests this Court enter an Order granting the Plaintiff relief from the September 27, 2013 Order, and leave to timely file the attached Miscellaneous Claim Form.

Dated: September 15, 2014

THE GAINES LAW FIRM, P.A.
Counsel for Agnes Ross
5531 North University Drive, Suite 103
Coral Springs, Florida 33067
Telephone: (954) 603-8801
Facsimile: (954) 603-8804
Richard@gaineslawfl.com
Barb@gaineslawfl.com

By: _____
RICHARD H. GAINES, ESQ.
Florida Bar No. 0061069

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing **PLAINTIFF AGNES ROSS'S MOTION FOR RELIEF FROM ORDER AND MOTION TO ENTER MISCELLANEOUS CLAIM FORM FILED WITH THE CLERK OF COURT FOR THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA ON SEPTEMBER    , 2014** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the Unites States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 15 day of September, 2014.

THE GAINES LAW FIRM, P.A.
Counsel for Agnes Ross
5531 North University Drive, Suite 103
Coral Springs, Florida 33067
Telephone:  (954) 603-8801
Facsimile:   (954) 603-8804
Richard@gaineslawfl.com
Barb@gaineslawfl.com

By: _____
RICHARD H. GAINES, ESQ.
Florida Bar No. 0061069

## 1. CLAIMANT INFORMATION

**1. Name:**
- Last/Business Name: Ross
- First: Agnes
- M.I.: C

**2. Taxpayer Information:** (check the appropriate Taxpayer Type)
- [✓] Social Security Number
- [ ] Individual Taxpayer Identification Number
- [ ] Employer Identification Number

**Social Security Number (SSN):**
Issued by the Social Security Administration and used by the IRS as a taxpayer identification number. SSNs are assigned to individuals. If you file on behalf of any business using your SSN, select SSN as your taxpayer type.

2 6 2 6 2 7 7 5 1
(Enter numbers only)

**Individual Taxpayer Identification Number (ITIN):**
A tax processing number only available for certain non-resident and resident aliens, their spouses, and dependents who cannot get a Social Security Number (SSN).

**Employer Identification Number (EIN):**
Also known as a Federal Tax Identification Number and used to identify a business entity. Only businesses have an EIN.

**3. Mailing Address:**
- Street: 9611 Clemmons Street
- City: Parkland
- State: FL
- Zip Code: 33067
- Parish/County:

**4. Email Address:** ross.aggie@gmail.com

**5. Telephone Numbers:**
- Home/Business: (954) 688-1904
- Cell: (678) 756-4584

**6.** If you are registering as a business, provide a DBA Name, if applicable, and the name and title of an Authorized Business Representative. If you are registering as an individual and not as a business, skip to Section 2.
- DBA Name:
- Authorized Representative Last Name:
- Authorized Representative First Name:
- Title:

2

## 2. AFFECTED PROPERTY INFORMATION

You must complete this section for each property upon which you intend to base a claim. Attach additional copies of this page to register additional properties.

☐ Check here if this is a Rental or Commercial property.

| 7. Affected Property Address: | Street: 9611 Clemmons St. <br> City: Parkland   State: FL   Zip Code: 33067   Parish/County: Broward |
|---|---|

☐ Check here if you are not represented by an attorney, and skip to Question 9. If you are represented by an attorney, complete this section.

| 8. Attorney Information: | Firm Name: Greenspoon Marder P.A. <br> Attorney Last Name: Gaines   Attorney First Name: Richard <br> Street: 100 W. Cypress Ck. Rd. #700 <br> City: Ft. Lauderdale   State: FL   Zip Code: 33309 <br> Email: richard.gaines@gmlaw.com   Phone Number: 954 491 1120 |
|---|---|

**9. Indicate the types of claims that relate to this Affected Property that you intend to file by selecting from the options below:**

☐ **Remediation.** Remediation means that you are seeking compensation for Repair and Relocation Damages and you: (I) currently own an Affected Property that has not been repaired; or (II) sold, transferred, or otherwise lost title (including foreclosure) to an Affected Property that has not been repaired, but entered into a written agreement pursuant to which you retained the exclusive right to bring any claims relating to Repair and Relocation Damages for the Affected Property. If you select this Option, you must provide either (a) a Deed or other document demonstrating that you own(ed) the property listed in Row 7 above; or (b) if you sold, transferred, or otherwise lost title (including foreclosure) to an Affected Property that has not been repaired, the agreement pursuant to which you retained the exclusive right to bring claims relating to Repair and Relocation Damages for that Affected Property.

☑ **Already Remediated Property.** You may file a claim for an Already Remediated Property if you are an individual or builder who already repaired the Affected Property listed in Row 7 above at your own expense (whether you currently own the property or not) and now seek reimbursement for the remediation costs you incurred to repair that Affected Property.

☐ **Other Losses.** The Other Loss fund is intended to provide compensation for Pre-Remediation Alternative Living Expenses, Lost Use, Sales, and Rentals, Foreclosure losses, and Short Sale losses. If you select this Option, you must provide a Deed or other document demonstrating that you own or owned the property listed in Row 7 above.

☐ **Tenant Losses.** Tenant losses may be available to you if you rented or leased a property containing Chinese Drywall and incurred costs to move out of the property during remediation or suffered damage to your personal property. If you select this Option, you must provide a Lease, Rental Agreement, other document demonstrating that you rented or leased the property listed in Row 7 above.

☐ **Bodily Injury.** Bodily Injury benefits may be available to you if you sought medical treatment for your claimed injury and received treatment by a healthcare provider documented in medical records at or near the time of the onset of complaints which you now relate to Chinese Drywall. **If you intend to file a claim for Bodily Injury benefits, you must provide all medical and pharmacy records as required by the applicable Settlement Agreement governing your claim.**

### 3. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Registration Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Registration Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Registration Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Registration Form.

| Signature: | *Agnes Ross* | Date: | 04/19/13 (Month/Day/Year) |
|---|---|---|---|
| Printed Name: | First: Agnes  Last: Ross | | M.I. |

# CHINESE DRYWALL SETTLEMENT PROGRAM
# MISCELLANEOUS CLAIM FORM

Pursuant to section 4.7.3.1 of the Knauf Settlement Agreement, the Special Master may consider claims that are not explicitly provided for in the Knauf Settlement Agreement. Use this form only if your damages are not covered by any other claim type. You must fully describe the nature of your claim and attach all relevant documents. Please note that the Special Master has discretion to consider claims submitted under Section 4.7.3.1 of the Knauf Settlement Agreement, and submission of this claim does not necessarily entitle you to compensation. The deadline to file all Claim Forms is October 25, 2013.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit this Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit this Claim Form online.

If you are not able to complete this Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| 1. Claimant Name: | Last Name/Business Name: ROSS | First: AGNES | M.I. |
|---|---|---|---|
| | Co-Owner Last Name/Business Name | Co-Owner First | M.I. |
| | DBA or Fictitious Name (if applicable) | | |

| 2. Individual Claimant's Social Security Number (SSN): | 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 | 3. Business Claimant's Employer Identification Number (EIN) | |
|---|---|---|---|
| 4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant? | ☐ Yes  ☒ No | | |
| 5. Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant. | Name:_____<br>SSN: _____-___-_____ | | |

1

# CHINESE DRYWALL SETTLEMENT PROGRAM
## MISCELLANEOUS CLAIM FORM

**6. Attorney Information:**

☐ Check here if you are not represented by an attorney and skip to Question 7. If you are represented by an attorney, complete this section.

Firm Name: THE GAINES LAW FIRM, P.A.

Attorney Last Name: GAINES

Attorney First Name: RICHARD

Street: 5531 NORTH UNIVERSITY DRIVE, SUITE 103

City: CORAL SPRINGS

State: FLORIDA

Zip: 33067

Email: Richard@gaineslawfl.com

Phone Number: (954) 603-8801

**7. Affected Property Address:**

Street: 9611 CLEMMONS STREET

City: PARKLAND

State: FL

Zip: 33076

County/Parish: BROWARD

**8. Settlement Agreement under which you are submitting this claim (check all that apply):**

☒ Knauf

☐ Banner.

☐ InEx.

☐ Global.

 Participating Supplier Name: _____

 Participating Builder Name: _____

 Participating Installer Name: _____

☐ L&W

☐ Unknown.

Additional Comments (attached additional pages if necessary):

| | CHINESE DRYWALL SETTLEMENT PROGRAM<br>MISCELLANEOUS CLAIM FORM |
|---|---|
| 9. Lawsuit: | Jurisdiction: <u>USDC, Eastern</u> District of Louisiana<br><br>Case/Docket Number: <u>MDL NO. 2047</u> / Judge Fallon<br><br>Date Filed: ___/___/___<br>(month/day/year) |
| 10. Drywall Manufacturer: | [X] Knauf<br>    [X] I am a member of the Knauf Settlement Class<br>    [ ] I have Knauf Drywall but I am not a member of the Knauf Settlement Class<br>[ ] Mixed (Knauf and other)<br>[ ] Non-Knauf<br>[ ] Unknown |
| 11. Select the option that best describes your relationship to the Affected Property: | [X] Residential Owner<br>[ ] Commercial/Rental Property Owner<br>[ ] Tenant<br>[ ] Previous Commercial/Rental Property Owner<br>[ ] Previous Residential Owner<br>[ ] Repairing Builder/Installer/Assignee<br>[ ] Non-Tenant Occupant (e.g. family member)<br>[ ] Condominium Association<br>[ ] Mortgagee (Bank)<br>[ ] Other:_____ |
| 12. Select the option that best describes how you used the Affected Property: | [X] Primary Residence<br>[ ] Rental/Commercial Property<br>[ ] Secondary Residence<br>[ ] Vacant<br>[ ] Other:_____ |

## B. CLAIM INFORMATION

Pursuant to section 4.7.3.1 of the Knauf Settlement Agreement, the Special Master may consider claims that are not explicitly provided for in the Knauf Settlement Agreement. Use the text box below to describe the nature of your claim. Once you have described the nature of your claim, submit all documents that you believe support your claim to the Settlement Administrator as well as the Verification of Claims form. You must also sign your claim by using the Signature and Submission feature. Your claim will not be complete until you sign and submit it.

Loss of use and other "economic" damages not covererd by Knauf CDW Settlement Program, including "soft costs" of infected property through remediation (ATT&T, DirectTv, water, electricity, trash, lawn service, storage, moving expenses, dry cleaning of curtains, tv repairs, country club dues (while property uninhabitable), apprasial necessary to challenge tax assessment, homeowners' association dues (while

| CHINESE DRYWALL SETTLEMENT PROGRAM |
| :---: |
| MISCELLANEOUS CLAIM FORM |

property uninhabitable, home equity line of credit interest, real estate taxes (whild property uninhabitable) and legal fees and costs.

### C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| **CHINESE DRYWALL SETTLEMENT PROGRAM** <br> **MISCELLANEOUS CLAIM FORM** | | | |
|---|---|---|---|
| **Signature of Claimant/Attorney:** | *[signature]* | **Date:** | 09 / 11 / 14 <br> (Month/Day/Year) |
| **Printed Name:** | First: Richard | Last: Gaines | M.I. H. |

[This space left intentionally blank.]