**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

MDL No. 2047

IN RE: CHINESE-MANUFACTURED  SECTION: L
　　　　DRYWALL PRODUCTS
　　　　LIABILITY LITIGATION.  JUDGE FALLON

　　　　　　　　　　　　　　　　　　　MAG. JUDGE WILKINSON
_____/

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that undersigned counsel for AGNES ROSS, Defendant shall bring on for submission their Motion for an Order Extinguishing the AGNES ROSS Defendant's Settlement Obligations for Certain Claims before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana on the 21st day of January, 2015 at 9:00 am, or as soon thereafter as counsel may be heard.

　　Dated:  January 6, 2015

　　　　　　　　　　　　　　THE GAINES LAW FIRM, P.A.
　　　　　　　　　　　　　　Counsel for Agnes Ross
　　　　　　　　　　　　　　5531 North University Drive, Suite 103
　　　　　　　　　　　　　　Coral Springs, Florida 33067
　　　　　　　　　　　　　　Telephone:  (954) 603-8801
　　　　　　　　　　　　　　Facsimile:　 (954) 603-8804
　　　　　　　　　　　　　　Richard@gaineslawfl.com
　　　　　　　　　　　　　　Barb@gaineslawfl.com

　　　　　　　　　　By:_____
　　　　　　　　　　　　　　RICHARD H. GAINES, ESQ.
　　　　　　　　　　　　　　Florida Bar No. 0061069

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing **PLAINTIFF AGNES ROSS'S MOTION FOR RELIEF FROM ORDER AND MOTION TO ENTER MISCELLANEOUS CLAIM FORM FILED WITH THE CLERK OF COURT FOR THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA ON JANUARY 6, 2015** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the Unites States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 6th day of January, 2015.

THE GAINES LAW FIRM, P.A.
Counsel for Agnes Ross
5531 North University Drive, Suite 103
Coral Springs, Florida 33067
Telephone:  (954) 603-8801
Facsimile:   (954) 603-8804
Richard@gaineslawfl.com
Barb@gaineslawfl.com

By: _____
    RICHARD H. GAINES, ESQ.
    Florida Bar No. 0061069