UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * * | MDL No. 2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * * ** * * * * * * ** * * * * * ** * *

THIS DOCUMENT RELATES TO: ALL CASES

## ORDER

Considering the foregoing Motion for Leave of Court to File Response to the Court's Order and Reasons Concerning *In Camera* Review of Privilege Log Items Under Seal ("Motion");

**IT IS ORDERED** that the Motion Is **GRANTED** and Counsel's Response to the Court's Order and Reasons Concerning In Camera Review of Privilege Log Items Under Seal shall be filed **UNDER SEAL**.

New Orleans, Louisiana, this  30th   day of December, 2014.

_____
Honorable Eldon E. Fallon
U.S. District Court Judge