## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

------------------------------------------------------------x

IN RE:

CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

: MDL NO. 2047
: SECTION: L
:
:                                                              Case 2:09-md-02047-EEF-JCW
:
: JUDGE FALLON
:
: MAG. JUDGE WILKINSON
:

------------------------------------------------------------x

| | |
|---|---|
| THIS DOCUMENT RELATES TO:<br>ALL CASES AND | :<br>:<br>: |
| *Payton, et al. v. Knauf Gips KG, et al.*<br>Case No. 2:09-cv-07628 (E.D. La.) | :<br>: |
| *Gross, et al. v. Knauf Gips KG, et al.*<br>Case No. 2:09-cv-06690 (E.D. La.) | :<br>: |
| *Rogers, et al. v. Knauf Gips KG, et al.*<br>Case No. 2:10-cv-00362 (E.D. La.) | :<br>: |
| *Abreu, et al. v. Gebrueder Knauf*<br>*Verwaltungsgesellschaft KG, et al.*<br>Case No. 2:11-cv-00252 (E.D. La.) | :<br>:<br>: |
| *Block, et al. v. Gebrueder Knauf*<br>*Verwaltungsgesellschaft KG, et al.*<br>Case No. 2:11-cv-2349 (E.D. La.) | :<br>:<br>: |
| *Arndt, et al. v. Gebrueder Knauf*<br>*Verwaltungsgesellschaft KG, et al.*<br>Case No. 2:11-cv-2349 (E.D. La.) | :<br>:<br>: |
| *Cassidy, et al. v. Gebrueder Knauf*<br>*Verwaltungsgesellschaft KG, et al.*<br>Case No. 2:11-cv-3023 (E.D. La.) | :<br>:<br>: |
| *Vickers, et al. v. Knauf Gips KG, et al.*<br>Case No. 2:09-cv-04117 | :<br>: |

------------------------------------------------------------x

## NOTICE OF MANUEL ATTACHMENTS

Please take notice that Claimant, ZHI XIONG CHEN, SSN -----4019, related to his property located at 3528 Woodbridge Avenue, North Port, Sarasota County, Florida, 34287, by and through his undersigned counsel, hereby is mailing the following exhibits to the United States District Court Eastern District of Louisiana:

1. Master List of Builder Supplier Installers.

Respectfully submitted:

/S/Kerry E. Mack, Esq.
Kerry E. Mack
FBN 337897
Attorney for Claimant
MACK LAW FIRM, CHARTERED
2022 Placida Road
Englewood, FL 34224 5104
941 475 7966
941 475 0729 fax
Eservice1@macklawfirm.org
Eservice2@macklawfirm.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 7, 2015, I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system, who will provide electronic notification to all counsel of record.

/S/Kerry E. Mack, Esq.
Kerry E. Mack