UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL
       PRODUCTS LIABILITY LITIGATION

MDL NO. 2047

SECTION: L

This document relates to all Cases
_____

JUDGE FALLON
MAG. JUDGE WILKINSON

## EXPARTE MOTION TO DEPOSIT SETTLEMENT FUNDS IN COURT REGISTRY

Petitioner, the law firm of Krupnick Campbell Malone et al., respectfully moves this Court for an Order allowing settlement funds to be deposited in the Court's Registry pending the Claimants', Roger and Allison Elliot resolution to the division of funds and as grounds therefore state as follows:

1. Petitioner received settlement funds for Roger and Allison Elliott for the Global Banner InEx Repair and Relocation Expenses Claim in the following amounts: $10,332.63 – Banner; $3,305.05 – Global Installer

2. Petitioner notified Claimants, Roger and Allison Elliott, that the funds had been received and requested Claimants sign and return a Distribution Schedule.

3. The Claimants are now divorced and are unable to resolve the division of the settlement funds.

For the reasons set forth above and within Petitioner's Memorandum in Support, the Petitioner respectfully requests this Court for an Order allowing the settlement funds to be deposited in the Court's Registry and for the Court to judicially resolve the disputed claim for the

monies if a motion is so filed.

                                              Respectfully submitted,

                                              /s *Michael J. Ryan*_____
                                              Michael J. Ryan, Esquire
                                              Florida Bar No. 975990
                                              Krupnick, Campbell, Malone, Buser, Slama,
                                              Hancock, Liberman , P.A.
                                              12 S.E. 7 Street, Suite 801
                                              Fort Lauderdale, FL  33301
                                              Phone (954) 763-8181; Fax (954) 763-8292
                                              pleadings-MJR@krupnicklaw.com
                                              mryan@krupnicklaw.com
                                              *Attorneys for Petitioner*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing ExParte Motion has been emailed to all parties by electronically uploading the same to File and ServeXpress f/k/a LexisNexis File & Serve in accordance with pre-trial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will serve a notice of electronic filing in accordance with the procedures established in MDL 2047, further a copy was mailed and emailed to Claimants, Roger Elliott,  rogerelliott2@gmail.com, 36 Corte Pino, Santa Rosa Beach, FL 32459 and Allison Elliott, rogerandallison@gmail.com, 2003 S W Laredo Street, Palm City, FL 33490 on this  7th day of  January, 2015.

                                              /s/ *Michael J. Ryan*
                                              Michael J. Ryan, Esquire
                                              Florida Bar No. 975990
                                              Krupnick Campbell Malone Buser Slama
                                              Hancock Liberman P.A.
                                              12 S.E. 7 Street, Suite 801
                                              Fort Lauderdale, FL  33301
                                              Phone (954) 763-8181; Fax (954) 763-8292
                                              pleadings-MJR@krupnicklaw.com
                                              mryan@krupnicklaw.com
                                              Attorneys for Petitioner