UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED DRYWALL         MDL NO. 2047
        PRODUCTS LIABILITY LITIGATION
                                             SECTION:  L

This document relates to all Cases                JUDGE FALLON
_____            MAG. JUDGE WILKINSON

## MEMORANDUM IN SUPPORT OF
## EXPARTE MOTION TO DEPOSIT SETTLEMENT FUNDS
## IN COURT REGISTRY

Petitioner, the law firm of Krupnick Campbell Malone et al., respectfully files this Memorandum in Support of ExParte Motion to Deposit Settlement Funds in Court Registry and moves this Court for an Order allowing settlement funds to be deposited in the Court's Registry pending the Claimants', Roger and Allison Elliott, resolution to the division of funds and as grounds therefore state as follows:

Petitioner, as counsel for homeowners Roger and Allison Elliott, received settlement funds for the Global, Banner, InEx Repair and Relocation Expenses Claim in the following amounts: $10,332.63 – Banner; $3,305.05 – Global Installer.  Petitioner notified Claimants, Roger and Allison Elliott, that the funds had been received and requested a signed Distribution Schedule.  However, the Claimants are now divorced and are unable to resolve the division of the settlement funds.

Efforts to encourage Roger and Allison Elliot to resolve this matter amicable were unsuccessful.  Each claims entitlement to the funds.  As a result, Counsel is an untenable position and unable to disburse the funds to either client.  Counsel notified both Roger and Allison Elliot that a petition would be filed to deposit the funds in the registry of this Court to

allow fair resolution through a judicial process.

For the reasons set forth above, and pursuant to Local Rule 67.2 and Local Rule 67.3, the Petitioner respectfully requests this Court for an Order allowing the settlement funds to be deposited in the Court's registry and for the Court to judicially resolve the disputed claim for the monies if a motion is so filed.

Respectfully submitted,

/s *Michael J. Ryan*  
Michael J. Ryan, Esquire  
Florida Bar No. 975990  
Krupnick, Campbell, Malone, Buser, Slama,  
Hancock, Liberman , P.A.  
12 S.E. 7 Street, Suite 801  
Fort Lauderdale, FL  33301  
Phone (954) 763-8181  
Fax (954) 763-8292  
pleadings-MJR@krupnicklaw.com  
mryan@krupnicklaw.com  
*Attorneys for Petitioner*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Memorandum in Support of ExParte Motion to Deposit Settlement Funds in Court Registry has been emailed to all parties by electronically uploading the same to File and ServeXpress f/k/a LexisNexis File & Serve in accordance with pre-trial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will serve a notice of electronic filing in accordance with the procedures established in MDL 2047, further a copy was mailed and emailed to Claimants, Roger Elliott, rogerelliott2@gmail.com, 36 Corte Pino, Santa Rosa Beach, FL 32459 and

2

Allison Elliott, rogerandallison@gmail.com, 2003 S W Laredo Street, Palm City, FL 33490 on this 7th day of January, 2015.

/s/ *Michael J. Ryan*
Michael J. Ryan, Esquire
Florida Bar No. 975990
Krupnick Campbell Malone Buser Slama
Hancock Liberman P.A.
12 S.E. 7 Street, Suite 801
Fort Lauderdale, FL 33301
Phone (954) 763-8181; Fax (954) 763-8292
pleadings-MJR@krupnicklaw.com
mryan@krupnicklaw.com
Attorneys for Petitioner