UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 2047 |
| | ) | SECTION "L" |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE FALLON |
| | ) ) | MAG. JUDGE WILKINSON |
| Arndt v. Gebrueder Knauf, et al, Case No. 2:11-cv-02349 | ) ) ) ) | |
| _____ | ) | |

## NOTICE OF DISPOSAL OF PHYSICAL EVIDENCE

Subject to the requirements of Pretrial Order No. 1(I) dated January 24, 2012, the following plaintiff hereby gives notice of their intention to dispose of physical evidence that was previously preserved pursuant to the requirements of Pretrial Order No. 1B:

> Sharon Messmer
> 4048 65th Place East
> Sarasota, FL  34243

Any person or entity wishing to inspect this physical evidence must do so within thirty (30) days of the date of this Notice upon reasonable notice to plaintiff by contacting: Patrick S. Montoya, Esquire, by telephone at (305) 476-7400 or by e-mail at patrick@colson.com. Upon the expiration of the thirty-day period, Plaintiff may dispose of such physical evidence and will not be subject to a claim or defense of spoliation with respect to its disposal of such physical evidence.

Dated:  January 8, 2015

Respectfully Submitted,

/s/ Patrick S. Montoya
ERVIN A. GONZALEZ, ESQ. (#500720)
PATRICK S. MONTOYA, ESQ. (#524441)
COLSON HICKS EIDSON
COLSON MATTHEWS MARTINEZ

GONZALEZ KALBAC & KANE  
255 Alhambra Circle, Penthouse  
Coral Gables, FL 33134  
Phone: (305) 476-7400  
Fax:    (305) 476-7444  
*Counsel for Claimant*

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 8th day of January, 2015.

/s/ Patrick S. Montoya
