UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

------------------------------------------------------------x

IN RE:

CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

: MDL NO. 2047
: SECTION: L
:
:                                                                     Case 2:09-md-02047-EEF-JCW
:
: JUDGE FALLON
:
: MAG. JUDGE WILKINSON
:

------------------------------------------------------------x

THIS DOCUMENT RELATES TO:                          :
ALL CASES AND                                      :
                                                   :
*Payton, et al. v. Knauf Gips KG, et al.*          :
Case No. 2:09-cv-07628 (E.D. La.)                  :
                                                   :
*Gross, et al. v. Knauf Gips KG, et al.*           :
Case No. 2:09-cv-06690 (E.D. La.)                  :
                                                   :
*Rogers, et al. v. Knauf Gips KG, et al.*          :
Case No. 2:10-cv-00362 (E.D. La.)                  :
                                                   :
*Abreu, et al. v. Gebrueder Knauf                  :
Verwaltungsgesellschaft KG, et al.*                :
Case No. 2:11-cv-00252 (E.D. La.)                  :
                                                   :
*Block, et al. v. Gebrueder Knauf                  :
Verwaltungsgesellschaft KG, et al.*                :
Case No. 2:11-cv-2349 (E.D. La.)                   :
                                                   :
*Arndt, et al. v. Gebrueder Knauf                  :
Verwaltungsgesellschaft KG, et al.*                :
Case No. 2:11-cv-2349 (E.D. La.)                   :
                                                   :
*Cassidy, et al. v. Gebrueder Knauf                :
Verwaltungsgesellschaft KG, et al.*                :
Case No. 2:11-cv-3023 (E.D. La.)                   :
                                                   :
*Vickers, et al. v. Knauf Gips KG, et al.*         :
Case No. 2:09-cv-04117                             :

------------------------------------------------------------x

## NOTICE OF MANUEL ATTACHMENTS

Please take notice that Claimant, ZHI XIONG CHEN, SSN -----4019, related to his property located at 3528 Woodbridge Avenue, North Port, Sarasota County, Florida, 34287, by and through his undersigned counsel, hereby is mailing the following exhibits to the United States District Court Eastern District of Louisiana:

1. Master List of Builder Supplier Installers.

Respectfully submitted:

/S/Kerry E. Mack, Esq.
Kerry E. Mack
FBN 337897
Attorney for Claimant
MACK LAW FIRM, CHARTERED
2022 Placida Road
Englewood, FL 34224 5104
941 475 7966
941 475 0729 fax
Eservice1@macklawfirm.org
Eservice2@macklawfirm.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 7, 2015, I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system, who will provide electronic notification to all counsel of record.

/S/Kerry E. Mack, Esq.
Kerry E. Mack

| Name |
| --- |
| Unknown |
| Banner |
| InEx |
| Centerline Homes, Inc., Centerline Homes Construction, Inc., Briella Townhomes, LLC, Centerline Homes at B and A, LLC n/k/a Completed Communities II, LLC, Centerline Homes at Tradition, LLC n/k/a Completed Communities II, LLC, Centerline Homes at Delray, Inc., Centerline Port St. Lucie, Ltd. n/k/a Completed Communities II, LLC, Centerline Homes at Georgetown, LLC, Centerline Homes |
| CM Duncan Contracting, Inc. |
| Cockerham Construction, LLC |
| Continental Drywall Contractors, Inc. |
| Coral Plastering & Wall Systems, Inc. |
| CORE Construction Services, Southeast, Inc. d/b/a Core Construction |
| Cothern Construction Company and Volney Cothern |
| Cox Lumber Company, formerly d/b/a HD Supply Lumber and Building Materials |
| Craftmaster, LLC |
| Craig Homes, Inc. |
| Creative Home Builders, LLC |
| Cypress Builders, Inc. |
| D & A Construction Services Inc. |
| D & W Drywall, Inc. |
| D.C. Builders LLC |
| D.R. Horton, Inc. and D.R. Horton, Inc. – Gulf Coast |
| D'Alessio Drywall & Painting Company |
| Daelen of Tangipahoa, L.L.C. |
| Dalbert Porée and Dalbert Porée General Repairs & Renovations, Inc. |
| Daly Construction, Inc. |
| Danal Homes Development, Inc. |
| Darwin Sharp Construction LLC |
| Dave Walker Construction Inc. |
| David E. Diggs, LLC and David Diggs |
| Davis Construction Supply, LLC |
| Deangelis Diamond Construction, Inc. and Deangelis Diamond Homes, Inc. |
| Deco Paver Bricks, Inc. |
| Deerfield Court Townhomes, LLC a/k/a Lavish Holding Corp. |
| DeLaCruz Drywall Plastering & Stucco, Inc. |
| Deloach Corporation, Inc. |
| Derouen Homes, LLC |
| Design Drywall of South Florida, LLC and Design Drywall, Inc. |
| Devon International Industries, Inc. f/k/a Devon International Trading, Inc., Devon International Group, Inc., Devon International, Inc., Devon Health Services, Inc. and John A Bennett |
| Devonshire Properties, Inc. and Devonshire Builders, Inc. |
| Diamond Court Construction Company |
| Distinctive Drywall Designs, Inc. |
| Distinctive Finishes, Inc. |

| |
|---|
| Diversified General Contractors, Inc. |
| DMH Development Co. |
| Dobson Construction, Inc. |
| Douglas B. Francis and Douglas B. Francis, Inc. |
| Drywall Experts, Inc. |
| Dunn Wright Construction, Inc. |
| Duo Fast Construction, Inc. |
| duPont Builders, Inc. and duPont Construction and Renovations, LLC |
| Dupree Construction Company, Inc., Dupree Construction, LLC, Dupree Construction Company, LLC, Dupree Construction, Inc., Dupree Contractors, Inc. and CB Dupree Construction, LLC |
| E. Jacob Construction, Inc. and E. Jacob Fakouri Construction, Inc. |
| E.L. Cretin, LLC, Cretin Homes, LLC and Cretin Homes, Inc. |
| Eastern Construction Group, Inc. |
| Eastmond Enterprises, Inc. and Eastmond Homes, LLC |
| Ed Price Building Materials Inc. |
| Eddleman Homes, LLC, Highland Lakes Homes, LLC, Courtside Development, Inc., Eddleman Properties, Inc., Park Homes, LLC, and Dunnavant Place, LLC |
| Edwards Construction |
| Eight at Fairview Corp. |
| Empire Construction, L.L.C. |
| Empire Properties, LLC and Empire Products, LLC |
| Everglades Lumber & Building Supplies, LLC |
| F. Vicino Drywall, Inc., F. Vicino Drywall II, Inc. and F. Vicino & Company, Inc. |
| Faith Built Homes, LLC |
| Farthing MTR Enterprises, Inc. d/b/a Star Drywall, Inc. |
| Federal Construction Specialists, Inc. |
| Fekel Stucco & Plastering, Inc. |
| Finest Drywall, Inc. |
| First Choice Homes of SW Florida, Inc. |
| First Home Builders of Florida, LLC, First Home Builders of Florida, a/k/a First Home Builders of Florida I, LLC, First Home Builders of Florida I, Inc., First Home Builders of Florida, Inc." |
| Florida Home Partnership, Inc. |
| Florida Leisure Communities Corp. |
| Florida Style Services, Inc. |
| Font Builders, Inc. |
| Forester Homes, Inc. and Forester Construction Corp. |
| Four Star Innovations, LLC |
| Freemar Homes, Inc. |
| Frost Metal Framing & Drywall, Inc. |
| G Drywall Corp. and G. Drywalls Corporation |
| G. Patrick Bourgeois & Associates, Inc. |
| G. Proulx, LLC and G. Proulx, Inc. |

| |
|---|
| G.L. Building Corporation, G.L.Homes of Florida Corporation, G.L. Homes Limited Corporation, G.L. Homes of Boynton Beach Associates IX, Ltd. Boyton Beach Associates XVI, LLLP, Boynton Beach XVI Corporation, Miramar Associates IV, LLLP, Miramar IV Corporation, G.L. Homes of Davie Associates II, Ltd., G.L. Homes of Davie Associates III, Ltd., G.L. Homes of Davie Associates IV, Ltd., G.L. Homes |
| Gant & Shivers Homes, LLC |
| Gateway Building and Design Corp. |
| Gator Gypsum, Inc. |
| George Fraker General Contractor, Inc. |
| GH Vero Beach Development, LLC |
| Gibson & Anderson Construction, Inc. |
| GLM Remodeling Building Contractors, Inc. |
| Global Home Builders, Inc. |
| GMI Construction, Inc. |
| Gold Coast Homes of SW Florida, Inc. |
| Gomez's Interiors Corp. |
| Grand Harbour Homes, Inc. |
| Grays Bay Builders, Inc. |
| Great Southern Builders, LLC |
| Great Southern Homes, Inc. |
| Great Western Building Materials |
| Gregan Construction Corp. and Gregan Construction, Inc. |
| Gregg Nieberg, Inc. |
| Gremillion Homes, Inc. |
| Groff Construction, Inc. |
| Grove Hammock Investments, LLC |
| Groza Builders, Inc. |
| GSF Enterprises, Inc. d/b/a Foster Painting |
| Guarantee Service Team of Professionals, Inc. and William Folks |
| Gulf Coast Drywall, L.L.C. and Correct Custom Drywall, Inc. |
| Gulf Coast Engineering, LLC a/k/a Gulfcoast Engineering, Inc. |
| Gulf Coast Shelter, Inc. and Shelter Products Inc. |
| Gulfside Supply, Inc. d/b/a Gulfeagle Supply |
| Gulfstream Development Group, LLC |
| Gulfstream Homes, Inc. |
| H. C. Owen Builder, Inc. |
| Hal Collums Construction, LLC and HPC Holdings, LLC |
| 1st Choice Construction, Inc. |
| 1st Drywall, LLC |
| 3180 Lamb Court Acquisition LLC and Linel Consulting LLC |
| 5177 Builders, Ltd. |
| 84 Lumber Company |
| A&M Business Properties, Inc. f/k/a A&M Properties, Inc., CRF Management Co., Inc. and Century Homes-Carlsberg, LLC |
| A.A. Stucco & Drywall, Inc. |
| A.R.B.C. Corporation |

| |
|---|
| Aarco, L.L.C. |
| ABC Drywall Corporation |
| ABF Drywall, Inc. |
| Aburton Homes, Inc. |
| AC1 Supply, Inc |
| Acadian Builders & Contractors, L.L.C. |
| ACE Home Center, Inc. and Robertsdale Ace Home Center (a non-existing legal entity in the Abel case) |
| Active Drywall South, Inc. |
| Adams Homes of Northwest Florida, Inc. , Adams Homes LLC and Adams Homes Realty, Inc. |
| Advantage Builders of America, Inc. and Advantage Builders of SW Florida, Inc. |
| Affordable Homes & Land, L.L.C. |
| AHS Construction Group, Inc. and AH Salce Construction Group, Inc. |
| Al Brothers, Inc. a/k/a S3 Enterprises, Inc. a/k/a Al Brother Metal Framing & Drywall |
| Albanese-Popkin The Oaks Development Group, L.P. and Albanese Popkin Development Group, LLC |
| All Florida Drywall Supplies, Inc. |
| Allied Building Products Corp d/b/a Southern Atlantic Supply Division Corp and Old Castle, Inc. |
| Allsteel & Gypsum Products, Inc. |
| Alpha Homes, Inc. f/k/a Suarez Housing Corp. |
| Alvarez Homes, Inc. |
| Alvian Homes, Inc. d/b/a Stones & More, Alvian Custom Homes, LLC and Alvian Incorporated |
| Alvin G. Royes, Jr., L.L.C. |
| Alvin R. Savoie & Associates, Inc., Savoie Construction, Inc., Savoie Real Estate Holdings, LLC, Savoie Realty, LLC and Savoie Construction & Development, LLC |
| American Building Materials, Inc. |
| American Dream Builders, Inc. |
| American Gallery Development, LLC and American Gallery Development Group, LLC |
| American Housing Corporation |
| America's First Home of Southwest Florida, L.L.P., incorrectly named as America's First Home, Inc. |
| Amerisouth, Inc. |
| AnaDon Construction, LLC |
| Angel Developments, LLC |
| Anthony F. Marino General Contractor, LLC |
| Anthony Stirp d/b/a Excel Construction of SW Florida, Inc. |
| Anthony's Drywall, Inc. |
| Aranda Homes, Inc. |
| ARM Structural, Inc. and Schenley Park Homes, LLC |
| Arthur Homes, L.L.C. |
| Ashton Houston Residential L.L.C . |
| Ashton Tampa Residential, L.L.C. |
| Associated Builders and Developers, Inc. |
| ATCO Interior Corp. |
| Aubuchon Homes, Inc. |
| Aurora Commercial Construction, Inc. |
| Avalon Building Corporation of Tampa Bay a/k/a Avalon Building Corporation of Tampa Bay, Inc. |
| Avatar Properties Inc. |

| |
|---|
| Azimuth E & E, Inc. |
| B E Construction Corp. |
| B J & K Condo Construction, Inc. |
| B&B Disposal Services, LLC d/b/a Builder's Choice Home Center |
| B&B Smith Construction, Inc. |
| Bagley Construction, LLC |
| Banner Homes of Florida, Inc. |
| Barloy Contractors, Inc. |
| Baroney Homes, Inc. |
| Bass Homes, Inc. |
| Bauhaus Solutions, Inc., Bauhaus Solutions and Bauhaus, Inc. |
| Bayou Building Products, LLC |
| Bayshore Construction Company, Inc. |
| Baystate Drywall, Inc. |
| Baywood Construction, Inc. |
| BBL-Florida, LLC |
| Beazer Homes Corp. |
| Bella Builders, Inc. |
| Ben & Joy Money and BMD, Inc. |
| Bender Construction and Development, Inc. |
| Benoit Builders, LLC |
| Best Drywall Services, Inc. |
| Beta Credit Management, LLC |
| Beta Drywall, LLC and Beta Construction, LLC |
| BFS Townhomes, L.L.C. |
| Big Bear Construction Co., Inc. |
| Big River Construction & Remodeling Co., Inc. |
| Bill Gregory Drywall |
| Black Bear Gypsum Supply, Inc. and Black Bear Gypsum, LLC |
| Blanchard Homes Inc. |
| BMI Construction, L.L.C. |
| Boardwalk Drywall, Inc. |
| Boasso Construction, LLC |
| Boohaker & Associates, LLC |
| Boulanger Drywall Corp. |
| Bovis Lend Lease, Inc. n/k/a Lend Lease |
| Boyle Lumber Company |
| Boynton Village, LLC, Hollywood Dixie Associates, LLC, Cornerstone Group Construction, Inc., BoyntonVillage Associates, Ltd., Cornerstone Group Development Corp., Cornerstone Group Development, LLC, San Remo Associates, Ltd. |
| Bradford Lumber & Supply, Inc. |
| Bradford Plastering, Inc. |
| Brandi Rogers d/b/a Gulf South Drywall |
| Breakwater Custom Homes, Inc. |
| Brent Garrod Drywall, Inc. |

| |
|---|
| Brooks & Freund, LLC |
| Brownstone Builders, Inc. |
| Builders Gypsum Supply LLP and Builders Gypsum Supply Co., Inc |
| Building Materials Wholesale |
| Burmaster Construction, Inc. |
| BurMon Properties, L.L.C. |
| By-George, Inc. |
| C & C Homebuilders Construction, Inc., C&C Home Builders, Inc. and Christopher T. Cadis |
| C & D Plastering & Stucco, Inc. |
| C. Adams Construction & Design, LLC |
| C.A. Steelman, Inc. |
| Caliber Properties, LLC |
| Calmar Construction Company, Inc. |
| Capitol Materials, Inc. |
| Capricorn III Construction |
| Capstone Builders, LLC |
| Caribe Central LLC and Caribe East, LLC |
| Caribe East LLC |
| Carillon Lakes, LLC |
| Carl B. Hamilton, Inc. |
| Carl Gonzales |
| Carruth Brothers Lumber Company, Inc. |
| Carter's Custom Homes, Inc. |
| CastleRock Communities LP |
| CDC Builders, Inc. |
| Central Florida Finishers, Inc. |
| Chabot Enterprises, Inc. |
| Cherry Bark Builders |
| Christopher Duet d//b/a Woodtech |
| Ciara Homes LLC (incorrectly named as Cierra Homes, LLC) and Dylan Bourg |
| Citrus Park Development Group, LLC |
| City Salvage, Inc. |
| CL Architects and Contractors, Corp. |
| Clayton's Drywall, Inc. |
| Cloutier Brothers, Inc. |
| Hallmark International Lands & Investments, Inc. |
| Hammer Commercial Services, LLC and Hammer Commercial Services, Ltd. |
| Hammer Construction Services, Ltd. |
| Hanover Homes, Inc. |
| Hansen Homes of South Florida, Inc. |
| Harbor Springs Construction and Development, LLC |
| Harold "Frank" Causey |
| Hartsville Lumber & Barns, Inc. |
| Hearthstone, Inc. as Receiver for Rottlund Homes of Florida, Inc. |

| |
|---|
| Heights Properties, LLC, Heights Custom Homes, Inc., Heights Properties, Inc., Heights Custom Homes, LLC, Heights Title Services, LLC and Heights Realty and Investments, LLC |
| Hendrickson Construction, LLC |
| Heritage Builders of West Palm Beach, Inc. |
| Heritage Homes of Northwest Florida, LLC and Heritage Homes of NW FL, LLC |
| Hilliard Butler Construction, Inc. |
| Hinkle Drywall, Inc. |
| Hinkle Drywall, LLC |
| Holiday Builders Construction of Florida, LLC |
| Holiday Builders, Inc. |
| Home Depot U.S.A., Inc. and The Home Depot, Inc. |
| Home One Homes, Inc. |
| Home Tech, LLC |
| HomeTown Lumber & Supply, Inc. |
| Hovnanian Developments of Florida, Inc. |
| Hovnanian Enterprises, Inc. |
| Hovstone Properties Florida, LLC |
| Hoyt's Construction Co., Inc. |
| Image Drywall, Inc. |
| Independent Builders Supply Assoc., Inc. |
| Independent Drywall Distributors, LLC f/k/a China Drywall Funding Partners |
| In-Line Contractors, L.L.C. and In-Line Design, L.L.C. |
| Innovative Custom Builders, Inc. |
| Ironwood Properties, Inc. and Antilles Vero Beach LLC |
| Island Coast Drywall & Stucco, Inc. |
| J & A Stucco Drywall, Inc. and J&A Brothers Drywall & Stucco, Inc. |
| J&J Builders Northshore, Inc. |
| J. Cherry & Sons, Inc. |
| J. Helm Construction, Inc. |
| J.D. Tillman Construction Co. |
| J.M.G. Drywall, Inc. |
| J.P. Real Estate Development, Corp. |
| J.S.D. Builders, Inc. |
| J.W. Allen & Co., Inc. |
| J.W. Hodges Drywall, Inc. |
| Jack's Drywall, LLC |
| Jack's, Inc. |
| James Drywall, LLC |
| James G. Hoskins, Inc. d/b/a Chippendale Contractors |
| JB Plaster, Inc. |
| JDC of Florida, Inc. |
| JDL Drywall, Inc. |
| JDM Builders, Inc. |
| JEBCO, Inc. and Chapel Hills, LLC |
| Jim Morris & Sons, Inc. |

| |
|---|
| Jim Walter Homes, Inc. & Jim Walter Holmes, LLC |
| Jimmy Stokley d/b/a Choctaw Builders, Inc. |
| JK Construction, LLC |
| John Carew, Sr. d/b/a Carew Construction, Inc. and Carew Construction, Inc. |
| John Gillespie |
| John Korn Builders, LLC |
| John L. Crosby, LLC |
| Joseph Grimsly, LLC |
| JSK Construction, Inc. |
| Judson Construction Group, LLC |
| JWR Construction Services, Inc. |
| K. Hovnanian Developments of New Jersey, Inc. |
| K. Hovnanian Developments of Texas, Inc. |
| K. Hovnanian First Homes, LLC |
| K. Hovnanian Homes of Houston, LLC f/k/a K. Hovnanian of Houston, LP d/b/a Parkside Homes |
| K. Hovnanian of Houston II, LLC f/k/a K. Hovnanian of Houston II, LP d/b/a Brighton Homes |
| K. Hovnanian of Palm Beach XIII, Inc. |
| K. Hovnanian Windward Homes, LLC |
| Karr Drywall, Inc. |
| Kaye Homes, Inc. and Custom Homes by Kaye, Inc. |
| KB HOME Tampa LLC, KB HOME Florida LLC, KB HOME Treasure Coast LLC, KB HOME Jacksonville LLC, KB HOME Orlando LLC, KB HOME Fort Myers LLC and KB HOME/SHAW |
| KCG, Inc., REW Materials, Inc., REW Materials Orlando, LLC and KC Gypsum, Inc. |
| Kelley Drywall, Inc. |
| Kelley's Quality Drywall, Inc. |
| Kemah Construction, Inc. and M.K. Wong |
| Keystone Building Company, Inc. |
| King Cash and Carry Building Supplies, LLC |
| Klepk Bros. Drywall, Inc. |
| KT Drywall, Inc. |
| L & J Builders, Inc. |
| L.A. Homes, Inc. |
| L.R. Gardere Drywall Construction, Inc. |
| Lake Ashton Development Group II, LLC by Century Residential, LLC |
| Lakehill Ventures, Inc. |
| Lancer Enterprises, Inc. |
| Land Services of FL, LLC and Butler Properties, LLC |
| LaPorte Builders, Inc. |
| Law Developers, LLC |
| Lebaron Brothers Drywall, LLC |
| Lee Roy Jenkins, Inc. and Lee Roy Jenkins |
| Legend Custom Builders & Best Homes of SW FL, Inc. |
| Lennar Corporation, Lennar Homes, LLC f/k/a Lennar Homes, Inc., and U.S. Home Corporation |
| Levet Homes, L.L.C. |
| Likness Construction of SW FL. |

| |
|---|
| Littles Construction of Central Florida, Inc. |
| L'Oasis Builders Incorporated |
| Louran Builders, Vincent Montalto Const., Inc., and Vincent Montalto Construction Inc. |
| LPR Builders, Inc. |
| LTL Construction, Inc. |
| Lucas Construction Corporation |
| Lucchetti Drywall, Anthony Lucchetti and AML Drywall |
| Lucky Strike M.K., Inc. |
| Luke & Sons Construction, Inc. |
| Lumar Builders, Inc. |
| LWH, LLC f/k/a Lee Wetherington Homes, LLC |
| M. Carbine Restorations, Ltd. |
| M. Slayton Construction, Inc. |
| M.K. Developers, Inc. |
| M/I Homes, Inc., M/I Homes of Florida, LLC, M/I Homes of Tampa, LLC, M/I Homes of West Palm Beach, LLC and M/I Homes of Orlando, LLC |
| MACC Construction, Inc. |
| MacGlen Builders, Inc. |
| Management Services of Lee County, Inc. (f/k/a Paul Homes, Inc.) |
| Manclar Builders, Inc. |
| Mandalay Homes, Inc. |
| Mandy Drywall, Inc. a/k/a Mandy's Drywall & Stucco Corporation |
| Maranatha Construction Corp. and Maranatha Construction, Inc. |
| Maronda Homes, Inc. of Florida |
| Marsiglia Construction Co., Inc. |
| Marty's Drywall Services, Inc. |
| Marvin's, Inc. |
| Mastercraft Homes, LLC by Century Residential, LLC |
| Matmo Construction, L.L.C. |
| Mavied Corp. |
| Mayeaux Construction, Inc. |
| Mazer's Discount Home Centers, Inc. |
| MC Contractors, Inc. |
| McCar Homes, Inc., McCar Homes - Tampa, LLC and McCar Homes, Inc. - Jacksonville |
| McCluskey Custom Homes, Inc. |
| McCombs Services, LLC |
| McDowell Builders, LLC |
| McMath Construction, Inc., McMath Construction, LLC and Don McMath |
| MDW Drywall, Inc. a/k/a McCoy Drywall, Inc. |
| Meadows of Estero-Bonita Springs Limited Partnership |
| Medallion Homes Gulf Coast, Inc., Cargor Partners III - Parrish LC and Cargor Partners IV - Bobcat LC |
| Melvin Prange, Jr. Construction, LLC |
| Mercado Enterprises, Inc. |
| Mercedes Homes, Inc. |
| Meridian Homes USA, Inc. |

| |
|---|
| Meritage Homes of Florida, Inc. and Meritage Homes of Texas, LLC |
| Metropolitan Design Group, Inc. |
| MGB Construction, Inc. |
| Miami Riverfront Partners LLC, Latitude One pratners LLC, Latitude Retail Partners LLC, Miami Riverwalk Investments LLC, Dellbrook Manager, Inc. and EAF Manager, Inc. |
| Other Brothers Drywall, Inc. |
| Mid-State Drywall, Inc. d/b/a Michael Mosley Drywall |
| Mike Glass |
| Millennium Homes & Development, Inc. |
| MJF Construction Corp. and MJF Construction, Inc. |
| Modern Construction Group, Inc. |
| Moore Unique Interiors, Inc. |
| Morgan Homes, Inc. |
| MSC of NWF, Inc. and Michael Stanley Construction, Inc. |
| Nautical Homes, LLC n/k/a Statewide Structural, LLC |
| New Millennium Builders, Inc. and New Millenium at MCC, Inc. |
| New Orleans Area Habitat for Humanity, Inc. |
| Newcastle Construction, Inc. |
| Nice Homes, Inc. |
| North Pacific Group, Inc. in Receivership |
| Northstar Holdings, Inc., Northstar Homes, Inc., Northstar Holdings at B&A, LLC |
| Northstar Homebuilders, LLC |
| Northstar Homes, LLC |
| NPG Chinese Drywall Property Damage and Personal Injury Settlement Trust |
| Oxnard Building Materials d/b/a Great Western Building Materials, Inc. |
| Nu Way Drywall, LLC |
| Oak Tree Homes, Inc. and Thompson Wood Products, Inc. |
| Oakbrook Building and Design, Inc., Stonybrook Estates Ltd., Stonebrook Estates, Inc. and Viking V., |
| Ocean Coast Drywall of South Florida, Inc. and O.C.D. of S. Florida, Inc. |
| Ocean Construction, Inc. |
| O'Key Homes, Inc. d/b/a Dennis O'Key Affordable Homes |
| Osprey Gulfshore Building Materials, Inc. |
| Oyster Bay Homes, Inc. |
| P.D.C. Drywall Contractors, Inc. |
| Palm Coast Construction, LLC |
| Parr-Self, Inc |
| Patrick Drywall, Inc. |
| Patriot Homes, LLC |
| Pat's Construction, LLC |
| Penn Construction Co., L.L.C. and Penn Construction Company, LLC |
| Pensacola Stevedore Company, Inc. and Pate Stevedore Company, Inc. |
| Pezzano Contracting & Development LLC f/k/a Cornerstone Construction of SW FL Inc. |
| Phillip W. Giles Drywall, LLC |
| PHL Construction L.L.C. d/b/a Summit Homes, LLC |
| Picayune Discount Building Supply |

| |
|---|
| Platinum Property Management, Inc. |
| Portofino Homes, Inc. |
| Precision Drywall, Inc. |
| Premier Communities, Inc. |
| Premier Design Homes, Inc. and Sedgwick Developers, Inc. |
| Prestige Development, Inc. |
| Pride Homes of Lakes by the Bay Parcel H, LLC and Pride Homes of Lakes by the Bay Parcel J, LLC |
| Princeton Homes, Inc. |
| ProBuild Holdings LLC, a Delaware limited liability company, sole owner of ProBuild Company LLC, a Delaware limited liability company, as successor by merger to ProBuild East LLC, The Contractor Yard LLC, and Rosen Building Supplies, Inc |
| Probuilders and Restoration of Louisiana, LLC |
| Professional Drywall Construction, Inc. |
| Protocol Construction, L.L.C. and G & H Restorations, L.L.C. |
| Pukka Development, Inc. |
| Quality Builders of North Florida, Inc. |
| R & H Masonry Contractors, Inc. |
| R. Fry Builders, Inc. |
| R. Mossel Construction, Inc |
| R.A. Tabora Enterprises, Inc. |
| Radd Builders, Inc. |
| RAH of Texas, LP |
| Ramos Builders, Inc. |
| Ray Adams d/b/a Rightway Drywall, Inc. & Rightway Finishing |
| Ray Beck, Inc. |
| Ray Horvath Drywall, Inc. |
| RCH Drywall Service, Inc. |
| RCL Development, Inc. |
| Reed Builders, LLC |
| Regatta Construction, LLC |
| Regency Homes, Inc., Regency Homes Group LLC, Regency Constructors LLC, Regency Constructors Inc., Regency at Plantation Acres, LLC, Regency at Stonebrook Estates LLC, Regency Custom Homes of Weston LLC, Stonebrook Homes LLC, Stonebrook Partners LLC, Stonebrook Homes J.V., San Melina Holdings LLC, Balmoral at Delray Lakes Estates LLC, Tuscany at Davie LLC, Black Hawk Reserve J.V., Blackhawk Reserve LLC,  Blackhawk Partners LLC, Saraceno at Plantation Acres LLC, Greyhawk a |
| Residential Drywall, Inc. |
| Reve Development Corporation |
| RFC Homes, Inc. |
| Richard Hoover |
| Richard Jones Construction Company, Inc. and Scarborough Estates, LLC |
| Richmond Heights Community Development Corp. |
| Rick Strawbridge, Inc. |
| Rightway Drywall, Inc. |
| Rinker Materials of Florida, Inc. n/k/a CEMEX Construction Materials Florida, LLC |
| Rivera & Company of SW Florida, Inc. |

| |
|---|
| Rivercrest, LLC, St. Joe Towns & Resorts, LP, The St. Joe Company f/k/a St. Joe Corporation f/k/a St. Joe Paper Company and St. Joe Home Building LP |
| RiverStreet Homes, Inc. |
| RJL Drywall, Inc. |
| RJM Builders North, Inc., RJM Builders Inc. and RJM Builders South, Inc. |
| RL Drywall |
| Robert Lynch Builders, L.L.C. |
| Robert/Charles Builders, Inc. |
| Robertson Construction Corporation a/k/a Robertson Construction, Inc. |
| Roche Jr. Construction Inc. |
| Rockwell Builders, L.L.C. |
| Rogers Co., LLC |
| Royal Homes, L.L.C. and Marigold Court, LLC |
| Russ Mills d/b/a Mills Construction |
| S & D Specialties, Inc. |
| S&O Investments |
| S. Petersen Homes Inc. |
| S.D. & Associates, Inc. |
| S3 Enterprises, Inc. |
| SAM Drywall, Inc. |
| Saturno Construction AB, Inc. |
| Saucedo Construction, Inc. |
| Schear Corporation |
| Schmidt Brothers Homes, Inc. |
| Shamrock Building Materials, Inc. |
| Shelby Building Corp. |
| Shirley Construction and Drywall, Inc. |
| Shoma Homes at Keys Cove Phase II, Inc. |
| Shoma Homes Splendido, Inc. |
| Sidney Sutton Drywall, Inc. |
| Siesta Bay Custom Homes, LLC |
| Sixty Fifth and One LLC |
| Sleuth, Inc. |
| Smith Enterprises Inc. d/b/a Smith Drywall |
| Smith Family Homes Corporation and Smith Family Homes, Inc. |
| Smoky Mountain Materials, Inc. d/b/a Emerald Coast Building Materials |
| Sodrel Construction, Inc. |
| Solid Construction of the Gulf Coast, Inc. |
| Sorrento Lumber Company, Inc. |
| South Florida Custom Trim, Inc. |
| South Kendall Construction, Inc. a/k/a South Kendall Construction, LLC |
| Southbay Development Corp. |
| Southern Bay Homes, Inc. |
| Southern Heritage Builders, Inc. |
| Southern Homes, LLC, Tallow Creek, LLC, Springhill, LLC and Adrian Kornman |

| |
|---|
| Southern Star Construction Co., Inc., Chinchuba Creek Garden Homes, LLC, and Laporte Family |
| Southwell Homes, LLC |
| Southwest Innovations, Inc. |
| Speedy Drywall Service, LLC |
| Spires Commercial Flooring, Inc. |
| Spring Park Builders, LLC |
| Standard Pacific Corp., Standard Pacific of South Florida GP, Inc., Standard Pacific Homes of South Florida GP, Inc., Standard Pacific of Tampa GP, Inc., Standard Pacific of Colorado, Inc., HWB Construction, Inc., Westbrooke Homes, Westfield Homes of Florida, Inc. and Standard Pacific Homes of |
| Star Homes of Florida LLC |
| Star Services, Inc. |
| Steeler, Inc. |
| Sterling Communities at Talavera, LLC |
| Sterling Communities, Inc. and Sterling Communities Realty, Inc. |
| Steven R. Carter, Inc. |
| Steven Sweet Drywall, LLC |
| Stock Building Supply, LLC, Stock Building Supply of Florida, LLC, Stock Building Supply, Inc., Stock Building Supply Holdings, LLC and Stock Building Supply West, LLC |
| Stocker Drywall, Inc. |
| Stuart South Group, LC d/b/a Treasure Coast Homes |
| Suffolk Construction Company, Inc. |
| Sumaj Builders Corp. |
| Summit Contractors, Inc. and Summit Homes of LA, Inc. |
| Sun Construction, L.L.C. and Sunrise Construction and Development, LLC |
| Suncoast Building Materials, Inc. |
| Sunset Drywall, Inc. |
| Suntree Homes, Inc. |
| Swedberg Enterprises, Inc. d/b/a Florida Drywall |
| Sweet Interiors, Inc. |
| T & T Green Construction, Inc. |
| T&T Enterprises of SW Florida, Inc. |
| Taber Construction, LLC |
| Tapia Construction, LLC |
| Taylor Construction Services, Inc. |
| Taylor Morrison of Florida, Inc. |
| Taylor Morrison Services, Inc. |
| Taylor Morrison, Inc. |
| Taylor Woodrow Communities at Herons Glen, L.L.C |
| Taylor Woodrow Communities at Vasari, L.L.C. |
| Teamwork Construction, LLC |
| Teo's Drywall, Inc. |
| Terry Mott Builder |
| The David Group Inc. |
| The Haskell Company |
| The Henning Group, LC |

| |
|---|
| The Jade Organization, Inc., Jade Organization, Inc. and Jade Organization General Contractor, LLC |
| The Mitchell Company, Inc. and The Mitchell Company, Ltd. |
| The Ryland Group, Inc. |
| The Sterling Collection, Inc. |
| Thomas F. Gray Construction, Inc. |
| Thomas R. Gould, Inc. and Thomas Gould, Inc. |
| Three County Construction Co., Inc. |
| Tim Barnett d/b/a Barnett Drywall |
| Timberline Builders, Inc. |
| Titan Drywall, Inc. |
| TMO Global Logistics, L.L.C. |
| Toll Estero Limited Partnership |
| Tommy Ganey |
| Total Community Action, Inc. |
| Total Drywall |
| Toula Properties LLC, Total Maintenance Services of the South, Inc. and Professional Construction and Restoration, LLC and Enoch R. Emmons Jr. |
| TOUSA Homes Florida, L.P., successor by merger to EH/Transeastern, LLC |
| TOUSA Homes, Inc. |
| TOUSA, Inc. |
| Tracey Construction, Inc. |
| Treasure Coast Communities, LC |
| Triple Crown Homes, Inc. and The 103 Investments, LLC |
| Triple E Corporation |
| Triple J Plus Enterprises, Inc. |
| Triple M Drywall, Inc. |
| Trivium Construction, Inc. |
| Trust America Homes, Inc. d/b/a First American Homes |
| Tudela's Classic Homes, L.L.C. |
| Turley Heating & Cooling, Inc. and J. Brian Turley |
| Turn Key Home Builders, Inc. |
| Turner Wall Systems |
| Tuscan Harvey Estate Homes, Inc. and Tuscan Harvey Custom Homes, Inc. |
| United Dream Builders, Inc. |
| United Drywall & Stucco, Inc. |
| United Homes International, Inc. |
| United-Bilt Homes, L.L.C. |
| V&I Drywall & Stucco a/k/a V and I Drywall & Stucco, Inc. |
| Van Aller Construction, Inc. |
| Venetian Village, LLC |
| Vernon Construction Corp. |
| Vet Construction, Inc. |
| Vetter Lumber Company, Inc. |
| Vicinity Drywall, Inc. |
| Viking Homes of SW Florida, Inc. |

| |
|---|
| Villa Development, Inc. d/b/a Villa Homes of SW Florida |
| Vintage Homes, LLC |
| Vista Builders, Inc. |
| Vizcaya Custom Homes, Inc. |
| Vortex Wall Systems |
| W. McDaniel Construction, Inc. f/k/a Nicholas McDaniel Construction a/k/a W. McDaniel Construction |
| Walker Brothers, Ltd. |
| Waterways Joint Venture IV, LLC |
| WB Construction, Inc. |
| WCI Chinese Drywall Property Damage and Personal Injury Settlement Trust |
| WCI Communities, Inc |
| Weekley Homes, LLC f/k/a Weekley Homes, LP, Weekley Homes, LP, David Weekley Homes, LLC and DM Weekley, Inc. |
| Wellington Shores -- Wellington Limited Partnership |
| West Coast Drywall Construction, Inc. |
| Wholesale Building Products, LLC |
| William L. Perry Plastering & Drywall, Inc. |
| Williams-Brown, Inc. |
| Windship Homes of Florida, Inc. |
| Woodland Enterprises, Inc. |
| Woodside Group |
| Wyman Stokes Builder, Inc. |
| Yarco, Inc. |
| Ybarzabal Contractors, LLC |
| Zahn Luxury Homes, Inc. and Zahn Builders Florida, Inc. |
| Alfa Mutual Insurance Company |
| American Economy Insurance Company, American States Insurance Company, American States Insurance Company of Texas, American Fire and Casualty Company, Montgomery Insurance Company, General Insurance Company of America, and First National Insurance Company of America |
| American Empire Surplus Lines Insurance Company |
| American Home Assurance Company |
| American Strategic Insurance Corporation, ACA Home, Home Pointe, American Capital Assurance, Ark Royal Insurance Company, ASI Assurance Corp., ASI Corp., ASI Lloyds, ASI Preferred and ASI Select |
| Amerisure Insurance Company and Amerisure Mutual Insurance Company |
| Arch Insurance Company |
| Argo Underwriting Agency, Ltd., the sole underwriting member or "Name" for Syndicate 1200, improperly identified in the Amended Amato Complaint as "Underwriters at Lloyd's, London" |
| Atlantic Casualty Insurance Company |
| Audubon Indemnity Company |
| Bankers Insurance Group and Bankers Insurance Company |
| Builders Mutual Insurance Company |
| Canal Indemnity |
| Catlin Specialty Insurance Company and Wellington Specialty Insurance Company |
| Certain Underwriters at Lloyd's, London (each severally subscribed to the insurance policy each for its own part and not one for the other, numbered ART001135). |

| |
|---|
| Chartis Specialty Insurance Company, f/k/a American International Specialty Lines Insurance Company |
| Cincinnati Insurance Company |
| Clarendon America Insurance Company, Praetorian Specialty Insurance Company, QBE Specialty Insurance Company, QBE Insurance Corporation, Southern Guaranty Insurance Company and Praetorian Insurance Co., f/k/a the Insurance Company of Hanover |
| Colony Insurance Company |
| Companion Property & Casualty Group |
| Continental Casualty Company |
| Continental Insurance Company |
| Continental Western Insurance Company |
| Employers Mutual Casualty Company |
| Endurance American Specialty Insurance Company |
| Faraday Syndicate 435 and Heritage Syndicate 1200 As Certain Underwriters subscribing to certain policies issued to Southern Homes, LLC, Tallow Creek, LLC, Springhill, LLC and Adrian Kornman Faraday Syndicate 435 and Heritage Syndicate 1200 As Certain Underwriters subscribing to certain policies issued to Southern Homes, LLC, Tallow Creek, LLC, Springhill, LLC and Adrian Kornman |
| Penn-America Insurance Company |
| Pennsylvania Lumbermens Mutual Insurance Company |
| Quanta Indemnity Company and Quanta Specialty Lines Insurance Company |
| Republic Underwriters Insurance Company and Southern Insurance Company |
| Rockhill Insurance Company |
| Scottsdale Insurance Company |
| FCCI Insurance Company, FCCI Commercial Insurance Company, National Trust Insurance Company, Brierfield Insurance Company and FCCI Advantage Insurance Company |
| Federal Insurance Company |
| Federated Mutual Insurance Company and Federated Service Insurance Company |
| Federated National Insurance Company f/k/a American Vehicle Insurance Company |
| Fireman's Fund Insurance Company and Interstate Fire and Casualty Company |
| Florida Insurance Guaranty Association |
| Gemini Insurance Company |
| General Fidelity Insurance Company |
| Granada Insurance Company |
| Granite State Insurance Company |
| Great American Insurance Company |
| Harleysville Mutual Insurance Company |
| Hartford Fire Insurance Company, Hartford Casualty Insurance Company, Hartford Insurance Company of the Southwest, Hartford Underwriters Insurance Company, Twin City Fire Insurance Company |
| Illinois National Insurance Company |
| Sentry Insurance, A Mutual Company |
| Illinois Union Insurance Company |
| Indian Harbor Insurance Company |
| James River Insurance Company |
| Kingsway Amigo Insurance Company |
| Landmark American Insurance Company and RSUI Indemnity Company |
| Lexington Insurance Company |

| |
|---|
| Liberty Mutual Insurance Company and Liberty Mutual Fire Insurance Company |
| Liberty Surplus Insurance Corporation and LSI Corporation, Liberty Insurance Underwriters, Inc. |
| Louisiana HomeBuilders Association General Liability Trust |
| Mapfre Insurance Company |
| Maxum Indemnity Company |
| Mid-Continent Casualty Company and Mid-Continent Insurance Company |
| Montpelier US Insurance Company |
| National Surety Corporation |
| National Union Fire Insurance Company of Pittsburgh, Pa. |
| Nationwide Mutual Insurance Company and Nationwide Mutual Fire Insurance Company |
| Nautilus Insurance Company |
| New Hampshire Insurance Company |
| North American Specialty Insurance Company |
| North Pointe Casualty Insurance Company, North Pointe Insurance Company and Queensway International Indemnity Company |
| Northbridge Indemnity Insurance Corporation, f/k/a Commonwealth Insurance Company |
| Old Dominion Insurance Company |
| Omega Dedicated Ltd (UK), the sole underwriting member or "Name" for Syndicate 958 (improperly identified in the Amended Amato Complaint as "Underwriters at Lloyd's, London") |
| Owners Insurance Company, Southern Owners Insurance Company and Auto-Owners Insurance |
| State Farm Fire and Casualty Company and State Farm Florida Insurance Company |
| The American Insurance Company |
| The Insurance Company of the State of Pennsylvania |
| The Ohio Casualty Insurance Company and West American Insurance Company |
| The Underwriting Member of Lloyd's Syndicate 3500 in its capacity as Reinsurer to Close of Lloyd's Syndicate 2112 c/o RiverStone Managing Agency Limited of Park Gate, 161-163 Preston Road, Brighton BN1 6AU ("the RiverStone Syndicate"). |
| Travelers Property Casualty Company of America f/k/a The Travelers Indemnity Company of Illinois, The Travelers Indemnity Company of America, St. Paul Surplus Lines Insurance Company, and The Charter Oak Fire Insurance Company |
| Unigard Insurance Company |
| USF Insurance Company |
| Valley Forge Insurance Company |
| Wausau Underwriters Insurance Company, Wausau Business Insurance Company, Employers Insurance Company of Wausau, and Employers Insurance of Wausau |
| Wesco Insurance Company |
| Western Pacific Mutual Insurance Company |
| Western World Insurance Company |
| Westfield Insurance Company |
| Zurich American Insurance Company, American Zurich Insurance Company, Maryland Casualty Company, Steadfast Insurance Company, Assurance Company of America, American Guarantee and |
| Knauf Plasterboard (Tianjin) Ltd. |
| Crescent City |
| Taihe |
| Taishan |

| |
|---|
| Venture Supply |
| BNBM |
| C&K |
| Dragon Brand |
| IMG |
| Bedrock Gypsum |
| IMT |
| ProWall Inc. |
| KNAUF MADE IN GERMANY |
| LAFARGE MADE IN GERMANY |
| Unknown |
| National Gypsum |
| American Gypsum |
| CertainTeed/ProRoc |
| Georgia Pacific |
| Lafarge |
| NORGIPS USA Inc. |
| Panel Rey |
| USG |
| PT Knauf Gypsum Indonesia Ltd. |
| Guangdong Knauf New Building Material Products Co. Ltd. |
| Knauf Plasterboard (Wuhu) Co. Ltd. |
| Knauf do Brasil Ltd. |
| Knauf Gips KG |
| James Hardie |
| Federal Gypsum Company |
| Temple Inland |
| Flintcote Company |