# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

---------------------------------------------------------------x

IN RE:

CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

: MDL NO. 2047
: SECTION: L
:
:                                                                                          Case 2:09-md-02047-EEF-JCW
:
: JUDGE FALLON
:
: MAG. JUDGE WILKINSON

---------------------------------------------------------------x

| | |
|---|---|
| THIS DOCUMENT RELATES TO: <br> ALL CASES AND <br><br> *Payton, et al. v. Knauf Gips KG, et al.* <br> Case No. 2:09-cv-07628 (E.D. La.) <br><br> *Gross, et al. v. Knauf Gips KG, et al.* <br> Case No. 2:09-cv-06690 (E.D. La.) <br><br> *Rogers, et al. v. Knauf Gips KG, et al.* <br> Case No. 2:10-cv-00362 (E.D. La.) <br><br> *Abreu, et al. v. Gebrueder Knauf Verwaltungsgesellschaft KG, et al.* <br> Case No. 2:11-cv-00252 (E.D. La.) <br><br> *Block, et al. v. Gebrueder Knauf Verwaltungsgesellschaft KG, et al.* <br> Case No. 2:11-cv-2349 (E.D. La.) <br><br> *Arndt, et al. v. Gebrueder Knauf Verwaltungsgesellschaft KG, et al.* <br> Case No. 2:11-cv-2349 (E.D. La.) <br><br> *Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft KG, et al.* <br> Case No. 2:11-cv-3023 (E.D. La.) <br><br> *Vickers, et al. v. Knauf Gips KG, et al.* <br> Case No. 2:09-cv-04117 | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

---------------------------------------------------------------x

## NOTICE OF SUBMISSION

## RELIEF FROM ORDER
## RELATED TO DEADLINE FOR FILING PROOF OF DAMAGES

Please take notice that Claimant, ZHI XIONG CHEN, SSN -----4019, related to his property located at 3528 Woodbridge Avenue, North Port, Sarasota County, Florida, 34287, by and through his undersigned counsel, hereby moves this Honorable Court to allow him to file his damage claim late and to approve his late filed claim for damages that will be decided by the Honorable Judge Fallon on February 4, 2015, at 9:00 a.m.

Respectfully submitted:

/S/Kerry E. Mack, Esq.
Kerry E. Mack
FBN 337897
Attorney for Claimant
MACK LAW FIRM, CHARTERED
2022 Placida Road
Englewood, FL 34224 5104
941 475 7966
941 475 0729 fax
Eservice1@macklawfirm.org
Eservice2@macklawfirm.org