UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | CIVIL ACTION NO. 2047 |
| THIS DOCUMENT RELATES TO ALL CASES | JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

******************************************************************************

**MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION TO DISMISS GRAF'S DRYWALL AS A DOWNSTREAM RELEASEE UNDER THE SETTLEMENT AGREEMENT REGARDING CLAIMS AGAINST INTERIOR/EXTERIOR BUILDING SUPPLY WITH PREJUDICE**

MAY IT PLEASE THE COURT:

Defendant, Graf's Drywall ("Graf's") submits the following Memorandum in Support of its Unopposed Motion to Dismiss Graf's Drywall as a Downstream Releasee Under the Agreement Regarding Claims Against Interior/Exterior Building Supply with Prejudice. Graf's seeks to confirm that Graf's is a Downstream Releasee under the approved settlement involving Interior/Exterior Building Supply, Inc. ("INEX") and all claims should be dismissed against it. Graf's was sued by plaintiffs Ada and Hillary Brown, Candace and Todd Hakenjos, Wendy Hubbell, and Shelly and Kelly Parr in the case entitled *Sean Payton, et al v. Knauf Gips KG, et al;* USDC for the Eastern District of LA; No. 09-07628, which has been made a part of this MDL. All of the plaintiffs who have sued Graf's in the referenced case participated in the INEX settlement and as a result were to have their claims against all INEX Downstream Releasees dismissed with prejudice.

Graf's was mistakenly left off the original list of downstream releasees in the settlement agreement regarding claims against Interior/Exterior Building Supply, L.P. which was approved by this Court's February 7, 2013 Order and Judgment (Document No. 16570). Documentation has

1

been provided confirming, and counsel have agreed, that Graf's was an installer of drywall supplied by INEX. Please see Exhibit "A" (email correspondence from Phillip Nizialek). Plaintiffs' counsel does not object to the dismissal of Graf's. Please see Exhibit "B" (email correspondence from Fred Longer and Seth Smiley).

For the foregoing reasons, Graf's Drywall prays that it be dismissed with prejudice.

Respectfully Submitted by:

**DONOHUE PATRICK & SCOTT, P.L.L.C.**

  /s/ R. Heath Savant
KIRK A. PATRICK III (#19728)
HEATHER A. CROSS (#26249)
R. HEATH SAVANT (#29670)
450 Laurel Street, Suite 1600
Baton Rouge, Louisiana 70801
P.O. Box 1629
Baton Rouge, Louisiana 70821-1629
Telephone: (225) 214-1908
Facsimile: (225) 214- 3551
***Attorneys for Graf's Drywall***

**CERTIFICATE OF SERVICE**

      I hereby certify the above and foregoing Unopposed Motion to Dismiss Graf's Drywall as a Downstream Release Under the Settlement Agreement Regarding Claims Against Interior/Exterior Supply With Prejudice has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Avenue, Suit 100, New Orleans, Louisiana 70113, and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras Street, New Orleans, Louisiana 70163, by U.S. Mail and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court of the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with procedures established in MDL 2047, on this 12th day of January, 2015.

                                                                                      __/s/ R. Heath Savant___