## Heath Savant

| | |
|---|---|
| **From:** | Philip D. Nizialek <nizialek@carverdarden.com> |
| **Sent:** | Wednesday, January 07, 2015 8:28 AM |
| **To:** | Heath Savant |
| **Subject:** | RE: Payton v. Knauf - Graf's Drywall as a Downstream Releasee |

Heath,

I represented INEX in the Chinese Drywall cases with respect to insurance coverage matters. That being said, I negotiated a good part of the INEX Settlement Agreement, including the "Downstream Releasee" provision. I have confirmed with my client Graf's status as a Downstream Releasee, and have informed Fred Longer of that status. Fred is the plaintiff's lawyer handling INEX Settlement Agreement issues for the steering committee. Under the circumstances, I would advise you to consider filing a motion to dismiss your client in the Payton case, modeling the motion after that filed by Francioni. I expect that, under the circumstances, there will be no opposition to that motion.

If you have any questions, please feel free to give me a call.

Regards,

Nizialek

**From:** Heath Savant [mailto:HSavant@dps-law.com]
**Sent:** Tuesday, January 06, 2015 10:36 AM
**To:** Philip D. Nizialek
**Cc:** Chauntelle Ayo; Jennifer S. Acree; Kirk Patrick
**Subject:** Payton v. Knauf - Graf's Drywall as a Downstream Releasee

Phil,

I represent Graf's Drywall, a company that installed drywall exclusively supplied by INEX while Graf's was working as a sub for Southern Homes. Southern Homes is a Downstream Releasee and supplied Graf's with all of the drywall that Graf's installed. In reviewing Francioni Builders recent Unopposed Motion to Dismiss as a Downstream Releasee under the INEX settlement, it occurred to me that my client is similarly situated. Graf's has been named as a defendant in the Payton case but should be dismissed as a Downstream Releasee pursuant to the INEX settlement. Please let me know if the plaintiffs would oppose a similar motion on behalf of Graf's Drywall, who was also not listed as a Downstream Releasee on the exhibit to the settlement agreement. If there is any additional evidence you need to confirm that Graf's is a Downstream Releasee, please let me know and I will do what I can to provide it to you.

I am contacting you because your name was associated with the Francioni pleading; however, if there is someone else I need to contact please let me know. Thank you in advance for your help with this matter.

Happy New Year,

Heath

R. Heath Savant
**Donohue, Patrick & Scott, PLLC**
450 Laurel St., Suite 1600 (70801)



EXHIBIT

A

Post Office Box 1629
Baton Rouge, LA 70821-1629
(225) 214-1908 (Phone)
(225) 214-3551 (Fax)
*hsavant@dps-law.com*



**DONOHUE, PATRICK & SCOTT**
A PROFESSIONAL LIMITED LIABILITY COMPANY

The information contained in this electronic message is confidential information intended only for the recipient of the email address listed for this message.  If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited.  If you received this transmission in error, please immediately notify us by telephone at (225) 214-1908 and return the original message to Donohue, Patrick & Scott PLLC, Post Office Box 1629, Baton Rouge, Louisiana 70821-1629 via the United States Postal Service.