# Heath Savant

| | |
|---|---|
| **From:** | Fred Longer <FLonger@lfsblaw.com> |
| **Sent:** | Wednesday, January 07, 2015 4:30 PM |
| **To:** | 'Seth Smiley' |
| **Cc:** | Heath Savant; 'nizialek@carverdarden.com' |
| **Subject:** | RE: FW: Payton v. Knauf - Graf's Drywall as a Downstream Releasee |

Seth, Thank you. I am advising counsel for Graf's and Inex. FSL

---

**From:** Seth Smiley [mailto:ssmiley@wolfelaw.com]
**Sent:** Wednesday, January 07, 2015 5:08 PM
**To:** Fred Longer
**Subject:** Re: FW: Payton v. Knauf - Graf's Drywall as a Downstream Releasee

I consent. We will not oppose the motion to dismiss.


--

WE MOVED! PLEASE NOTE THE NEW ADDRESS BELOW

Seth J. Smiley
ssmiley@wolfelaw.com
www.wolfelaw.com
follow me on Twitter: @sethsmiley
blog: www.constructionlawmonitor.com
http://www.wolfelaw.com/blog/


Wolfe Law Group, LLC
365 Canal Street, Suite 1680
New Orleans, LA 70130
504.894.9653
866.761.8934 (fax)



**********************************************
This email and any files transmitted with it are confidential and intended
solely for the use of the individual or entity to whom they are addressed.
If you have received this email in error please notify the system manager.
This message contains confidential information and is intended only for the
individual named. If you are not the named addressee you should not
disseminate, distribute or copy this e-mail. Please notify the sender
immediately by e-mail if you have received this e-mail by mistake and
delete this e-mail from your system. If you are not the intended recipient
you are notified that disclosing, copying, distributing or taking any
action in reliance on the contents of this information is strictly
prohibited.

On Wed, Jan 7, 2015 at 4:01 PM, Fred Longer <FLonger@lfsblaw.com> wrote:



Seth, Your office represents the following plaintiffs against Graf's Drywall:

| | |
|---|---|
| Brown, Ada and Hillary<br><br>812 Cole Ct.<br><br>Covington, LA 70433 | Graf's Drywall, LLC |
| Hakenjo, Candace and Todd<br><br>820 Cole Court<br><br>Covington, LA 70433 | Graf's Drywall, LLC |
| Hubbell, Wendy<br><br>Cimo, Christy<br><br>802 Cole Court<br><br>Covington, LA 70433 | Graf's Drywall, LLC |
| Parr, Shelly and Kelly<br><br>683 Solomon Drive<br><br>Covington, LA 70433 | Graf's Drywall, LLC |

These clients have all participated in the INEX settlement and as a result were to have their claims against all INEX Downstream Releasees dismissed with prejudice. As you can see from the email chain below, Graf's counsel has requested that a motion to dismiss not be opposed. I ask that you respond and consent to same. In so doing, I will forward your response to Graf's counsel so that the motion may be addressed promptly. Thank you for your courtesies. FSL

**From:** Heath Savant [mailto:HSavant@dps-law.com]
**Sent:** Wednesday, January 07, 2015 11:01 AM
**To:** Fred Longer
**Cc:** Chauntelle Ayo; Jennifer S. Acree; Kirk Patrick
**Subject:** FW: Payton v. Knauf - Graf's Drywall as a Downstream Releasee

Fred,

It is my understanding that Phil Nizialek confirmed with you that Graf's Drywall is a Downstream Releasee under the INEX settlement. I plan to file a motion to dismiss Graf's from the Payton case and would like to represent to the court that the motion is unopposed. Please let me know if I can do so.

Thank you,

Heath

R. Heath Savant

**Donohue, Patrick & Scott, PLLC**

450 Laurel St., Suite 1600 (70801)

Post Office Box 1629

Baton Rouge, LA 70821-1629

(225) 214-1908 (Phone)

(225) 214-3551 (Fax)

hsavant@dps-law.com



DONOHUE, PATRICK & SCOTT
A PROFESSIONAL LIMITED LIABILITY COMPANY

The information contained in this electronic message is confidential information intended only for the recipient of the email address listed for this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you received this transmission in error, please immediately notify us by telephone at (225) 214-1908 and return the original message to Donohue, Patrick & Scott PLLC, Post Office Box 1629, Baton Rouge, Louisiana 70821-1629 via the United States Postal Service.

**From:** Philip D. Nizialek [mailto:nizialek@carverdarden.com]
**Sent:** Wednesday, January 07, 2015 8:28 AM
**To:** Heath Savant
**Subject:** RE: Payton v. Knauf - Graf's Drywall as a Downstream Releasee

Heath,

I represented INEX in the Chinese Drywall cases with respect to insurance coverage matters. That being said, I negotiated a good part of the INEX Settlement Agreement, including the "Downstream Releasee" provision. I have confirmed with my client Graf's status as a Downstream Releasee, and have informed Fred Longer of that status. Fred is the plaintiff's lawyer handling INEX Settlement Agreement issues for the steering committee. Under the circumstances, I would advise you to consider filing a motion to dismiss your client in the Payton case, modeling the motion after that filed by Francioni. I expect that, under the circumstances, there will be no opposition to that motion.

If you have any questions, please feel free to give me a call.

Regards,

Nizialek

**From:** Heath Savant [mailto:HSavant@dps-law.com]
**Sent:** Tuesday, January 06, 2015 10:36 AM
**To:** Philip D. Nizialek
**Cc:** Chauntelle Ayo; Jennifer S. Acree; Kirk Patrick
**Subject:** Payton v. Knauf - Graf's Drywall as a Downstream Releasee

Phil,

I represent Graf's Drywall, a company that installed drywall exclusively supplied by INEX while Graf's was working as a sub for Southern Homes. Southern Homes is a Downstream Releasee and supplied Graf's with all of the drywall that Graf's installed. In reviewing Francioni Builders recent Unopposed Motion to Dismiss as a Downstream Releasee under the INEX settlement, it occurred to me that my client is similarly situated. Graf's has been named as a defendant in the Payton case but should be dismissed as a Downstream Releasee pursuant to the INEX settlement. Please let me know if the plaintiffs would oppose a similar motion on behalf of Graf's Drywall, who was also not listed as a Downstream Releasee on the exhibit to the settlement agreement. If there is any additional evidence you need to confirm that Graf's is a Downstream Releasee, please let me know and I will do what I can to provide it to you.

I am contacting you because your name was associated with the Francioni pleading; however, if there is someone else I need to contact please let me know. Thank you in advance for your help with this matter.

Happy New Year,

Heath

R. Heath Savant

**Donohue, Patrick & Scott, PLLC**

450 Laurel St., Suite 1600 (70801)

Post Office Box 1629

Baton Rouge, LA 70821-1629

(225) 214-1908 (Phone)

(225) 214-3551 (Fax)

hsavant@dps-law.com



DONOHUE, PATRICK & SCOTT
A PROFESSIONAL LIMITED LIABILITY COMPANY

The information contained in this electronic message is confidential information intended only for the recipient of the email address listed for this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you received this transmission in error, please immediately notify us by telephone at (225) 214-1908 and return the original message to Donohue, Patrick & Scott PLLC, Post Office Box 1629, Baton Rouge, Louisiana 70821-1629 via the United States Postal Service.