**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **CIVIL ACTION NO. 2047** |
| | **JUDGE FALLON** |
| **THIS DOCUMENT RELATES TO ALL CASES** | **MAGISTRATE JUDGE WILKINSON** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER GRANTING UNOPPOSED MOTION TO DISMISS GRAF'S DRYWALL AS A DOWNSTREAM RELEASEE UNDER THE SETTLEMENT AGREEMENT REGARDING CLAIMS AGAINST INTERIOR/EXTERIOR BUILDING SUPPLY WITH PREJUDICE

Considering Graf's Drywall's Unopposed Motion to Dismiss Graf's Drywall as a Downstream Releasee Under the Settlement Agreement Regarding Claims Against Interior/Exterior Building Supply with Prejudice,

IT IS ORDERED that the Unopposed Motion to Dismiss Graf's Drywall Under the Settlement Agreement Regarding Claims Against Interior/Exterior Building Supply With Prejudice is GRANTED and Graf's Drywall is dismissed as a downstream releasee under the settlement agreement regarding the claims against Interior/Exterior Building Supply with prejudice.

New Orleans, Louisiana this _____ day of _____, 2015.


_____
United States District Court Judge