UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
|         PRODUCT LIABILITY LITIGATION | : | SECTION: L |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:**
*AMATO*, Case No. 10-932

### PLAINTIFFS' MOTION TO AMEND COMPLAINT BY INTERLINEATION

Now comes Plaintiffs' Liaison Counsel, Russ M. Herman, who files this Motion, Memorandum in Support and proposed Order at the request of and as a courtesy to Podhurst Orseck, P.A.

Plaintiffs, pursuant to rules 7, 15, 23, and all other applicable Federal Rules of Civil Procedure, and E.D. La. Local Rule 7, move the Court for an Order amending the Amended Class Action Complaint by interlineation, dismissing Defendant American Home Assurance Company and substituting Westchester Fire Insurance Company as a defendant in its place.  For the reasons stated in the accompanying Memorandum In Support, Plaintiffs respectfully request that the *Amato* Amended Complaint be amended by interlineation where it references American Home Assurance Company, substituting Westchester Fire Insurance Company, as follows:

- Paragraph 434
- Paragraph 647 – subclass #7
- Exhibit B, page 1
- Exhibit B, page 2
- Schedule 1, page 105 (two references)
- Schedule 2, page 24 (three references)

1

WHEREFORE, Plaintiffs request that the Court amend the Amended Complaint by interlineation as set forth in the accompanying Memorandum of Law. Plaintiffs have attached a proposed Order for the Court's consideration.

Dated: January 14, 2015          Respectfully Submitted,

`                                BY:  /s/  Leonard A. Davis
                                 Russ M. Herman, Esquire
                                 Leonard A. Davis, Esquire
                                 Stephen J. Herman, Esquire
                                 Herman, Herman & Katz, LLC
                                 820 O'Keefe Avenue
                                 New Orleans, Louisiana 70113
                                 Phone: (504) 581-4892
                                 Fax: (504) 561-6024
                                 ldavis@hhklawfirm.com
                                 *Plaintiffs' Liaison Counsel and Ex-Officio
                                 Member of the PSC
                                 MDL 2047*

                                 Arnold Levin, Esquire
                                 Fred S. Longer, Esquire
                                 Levin, Fishbein, Sedran & Berman
                                 510 Walnut Street, Suite 500
                                 Philadelphia, PA 19106
                                 215-592-1500 (phone)
                                 215-592-4663 (fax)
                                 Alevin@lfsblaw.com
                                 *Plaintiffs' Lead Counsel and Member of the PSC
                                 MDL 2047*

                                 Peter Prieto
                                 Florida Bar No.:  501492
                                 PODHURST ORSECK P.A.
                                 City National Bank Bldg., #800
                                 25 West Flagler Street
                                 Miami, Florida 33130
                                 Tel: 305/358-2800 - Fax: 305/358-2382
                                 *Counsel for Plaintiff Damien Querol
                                 Member of Plaintiffs Steering Committee*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served upon Warren Lutz, counsel for American Home Assurance Company, by email, on this 14th day of January 2015.

By: s/ Peter Prieto
Peter Prieto

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 14th day of January, 2015.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com

*Plaintiffs' Liaison Counsel and Ex-Officio*
*Member of the PSC*
*MDL 2047*