UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

|   |   |   |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCT LIABILITY LITIGATION | : : : : : : | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** *AMATO*, Case No. 10-932

### ORDER AMENDING COMPLAINT BY INTERLINEATION

This matter is before the Court on Plaintiffs' Motion to Amend Complaint by Interlineation. In that motion, Plaintiffs asked the Court for an Order amending the Amended Class Action Complaint by interlineation, dismissing Defendant American Home Assurance Company and substituting Westchester Fire Insurance Company as a defendant in its place.

The Court having reviewed the motion and all relevant related documents, and otherwise being fully advised in the premises, hereby **ORDERS AND ADJUDGES** that the motion is **GRANTED.** The Amended Complaint is hereby amended by interlineation, so that Defendant Westchester Fire Insurance Company is substituted for American Home Assurance Company, referenced in the Amended Complaint, at a minimum, as follows:

- Paragraph 434
- Paragraph 647 – subclass #7
- Exhibit B, page 1
- Exhibit B, page 2
- Schedule 1, page 105 (two references)
- Schedule 2, page 24 (three references)

Westchester Fire Insurance Company is substituted as a defendant in every instance American Home Assurance Company is named. As a consequence, the Court dismisses American Home Assurance Company from this action.

New Orleans, Louisiana, this ____ day of January, 2015.

_____
Eldon E. Fallon
United States District Court Judge