UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

Before the Court is a motion of the Plaintiffs' Steering Committee to amend the *Amato* complaint. (Rec. Doc. 18263). Specifically, the PSC seeks to "amend by interlineation" to dismiss Defendant American Home Assurance Company and substitute Westchester Fire Insurance Company.

**IT IS ORDERED** that the motion is set for submission, with oral argument, immediately following the monthly status conference on February 12, 2015.

**IT IS FURTHER ORDERED** that any party that wishes to respond to the motion must do so by February 4, 2015.

**IT IS FURTHER ORDERED** that Liaison Counsel for the PSC shall notify, in writing, Westchester Fire Insurance Company of the motion and the hearing on the motion.

New Orleans, Louisiana, this 15th day of January, 2015.

_____
UNITED STATES DISTRICT JUDGE

1