UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |
| | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * | | |

## PROPOSED AGENDA
## FOR JANUARY 22, 2014 STATUS CONFERENCE

I.   PRE-TRIAL ORDERS

II.  STATE COURT TRIAL SETTINGS

III. STATE/FEDERAL COORDINATION

IV.  OMNIBUS CLASS ACTION COMPLAINTS

V.   CLASS ACTION COMPLAINT

VI.  PLAINTIFFS' MOTIONS TO ESTABLISH A PLAINTIFFS' LITIGATION FEE AND EXPENSE FUND

VII. REMEDIATION PROGRAM

VIII. INEX, BANNER, KNAUF, L&W and GLOBAL SETTLEMENTS

IX.  SHARED COSTS FUND

X.   TAISHAN DEFENDANTS

X1.  VENTURE SUPPLY & PORTER BLAINE DEFENDANTS

1

XII.    PLAINTIFF AND DEFENDANT PROFILE FORMS

XIII.   FREQUENTLY ASKED QUESTIONS

XIV.    MATTERS SET FOR HEARING FOLLOWING THE CURRENT STATUS CONFERENCE

XV.     *PRO SE* CLAIMANTS

XVI.    PHYSICAL EVIDENCE PRESERVATION ORDER

XVII.   ENTRY OF PRELIMINARY DEFAULT

XVIII.  ALREADY REMEDIATED HOMES

XIX.    LOUISIANA ATTORNEY GENERAL

XX.     NEXT STATUS CONFERENCE