UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL Docket No. 2047 SECTION L |
| | * | JUDGE FALLON |
| This document relates to All Cases | * * | MAGISTRATE JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * *

## NOTICE OF CHANGE OF FIRM NAME AND ADDRESS

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

**PLEASE TAKE NOTICE THAT** the firm name and address for Defendants' Liaison Counsel Kerry J. Miller has changed effective January 20, 2015. The new firm name and address are:

>Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
>201 St. Charles Avenue, Suite 3600
>New Orleans, LA 70170
>Phone:  504.566.8646
>Fax:     504.585.6946
>Email:  kjmiller@bakerdonelson.com

Dated:       January 20, 2015

Respectfully submitted,

/s/ Kerry J. Miller
Kerry J. Miller
Baker, Donelson, Bearman, Caldwell
& Berkowitz, PC
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170
Phone:  504.566.8646
Fax:     504.585.6946
Email:  kjmiller@bakerdonelson.com

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Notice of Change of Firm Name and Address has been served upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 2047, on this 20th day of January, 2015.

      /s/ Kerry Miller