**Daniel H. Skerritt, OSB #681519**
    Direct Dial:  503.802.2024
    Direct Fax:  503.972.3724
    Email:  jon.stride@tonkon.com
**TONKON TORP LLP**
1600 Pioneer Tower
888 SW Fifth Avenue
Portland, OR  97204-2099

    Attorneys for Intervenors Eduardo and
    Carmen Amorin, Albert and Betsy Butzer,
    Jack and Anna McGinn, Thomas and Virginia
    Spencer, and Elliot and Angelina Everard

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## (PORTLAND DIVISION)

| | | |
|---|---|---|
| **CHINA NATIONAL BUILDING MATERIALS IMPORT AND EXPORT CORPORATION, a People's Republic of China corporation, and CMBM FOREST PRODUCTS (CANADA) LTD., a Canadian corporation** | * * * * * * | Civil No. 3:14-cv-00746-ST |
| Plaintiff, | * | **DECLARATION OF RUSS M. HERMAN IN SUPPORT OF MOTION TO INTERVENE OF EDWARD AND CARMEN AMORIN, ALBERT AND BETSY BUTZER, JACK AND ANNA McGINN, THOMAS AND VIRGINIA SPENCER, AND ELLIOT AND ANGELINA EVERARD** |
| v. | * * * * | |
| **MURPHY OVERSEAS USA ASTORIA FOREST PRODUCTS, LLC, a Oregon limited liability company, et al** | * * * * | |
| Defendants. | * | **(Oral Argument set 1/20/2015 @ 1:30 p.m.)** |

*******************************************

1     Declaration of Russ M. Herman in Support of Motion to Intervene of Edward and Carmen
      Amorin, Albert and Betsy Butzler, Jack and Anna McGinn, Thomas and Virginia Spencer, and
      Elliot and Angelina Everard

I, Russ M. Herman, declare as follows:

1.   I am an attorney admitted to practice before the bar of the Supreme Court of the United States, the United States Courts of Appeals for the Fifth Circuit, the United States District Courts for the Eastern District of Louisiana and the Supreme Court of the State of Louisiana, among others.  I received my L.L.B. from Tulane University Law School in 1966.

2.   I make this declaration in my capacity as the Court-appointed Plaintiffs' Liaison Counsel in *In re:   Chinese-Manufactured Drywall Products Liability Litigation,* MDL 2047, United States District Court, Eastern District of Louisiana, presently pending before the Honorable Eldon E. Fallon.

3.   The purpose of this declaration is to provide this Court with the information obtained throughout the pending MDL litigation regarding Taishan Gypsum Co., Ltd. (TG), along with its wholly-owned subsidiary Ta'ian Taishan Plasterboard Co., Ltd. (TTP), and its subsidiaries and affiliates, including but not limited to China National Building Materials Group Corporation, and CNBM Trading.  Attached as Exhibit "A" is a chart identifying the corporate structure of the Taishan defendants/affiliates, together with source back-up documentation which identifies the relationship between various subsidiaries and affiliates, including CNBM Group and its various subsidiaries and affiliates, including CNBM Trading.

4.   The following index of documents form a part of the MDL 2047 record:

A.   Default Judgments – *Germano, Mitchell, Gross, Wiltz*

   i.   Entry of Default *(Mitchell)* **(September 23, 2009; Case No. 2:09-md-02047, Rec. Doc. 277) (Exhibit "B")**

   ii.   Transcript of Default Hearing Proceedings Heard Before the Honorable Eldon E. Fallon, United States District Judge *(Germano)* **(February 19, 2010: Morning Session; Case No. 2:09-md-02047, Rec. Doc. 2188) (Exhibit "C")**

   iii.   Transcript of Default Hearing Proceedings Heard Before the Honorable Eldon E. Fallon, United States District Judge *(Germano)* **(February 19, 2010: Afternoon Session; Case No. 2:09-md-02047, Rec. Doc. 2189) (Exhibit "D")**

   iv.   Transcript of Default Hearing Proceedings Heard Before the Honorable Eldon E. Fallon, United States District Judge *(Germano)* **(February 22, 2010: Morning Session; Case No. 2:09-md-02047, Rec. Doc. 2190) (Exhibit "E")**

v. Transcript of Default Hearing Proceedings Heard Before the Honorable Eldon E. Fallon, United States District Judge *(Germano)* **(February 22, 2010: Afternoon Session; Case No. 2:09-md-02047, Rec. Doc. 2191) (Exhibit "F")**

vi. Default Judgment *(Germano)* **(signed May 10, 2010, filed May 11, 2010; Case No. 2:09-md-02047, Rec. Doc. 3013) (Exhibit "G")**

vii. Entry of Preliminary Default *(Gross)* **(February 1, 2011; Case No. 2:09-md-02047, Rec. Doc. 7302) (Exhibit "H")**

viii. Entry of Preliminary Default *(Wiltz)* **(February 24, 2011; Case No. 2:09-md-02047, Rec. Doc. 7735) (Exhibit "I")**

ix. Order & Reasons re: denial of Taishan's Motion to Vacate the Default Judgment *(Germano, Mitchell, Gross, Wiltz)* **(September 4, 2012; Case No. 2:09-md-02047, Rec. Doc. 15755) (Exhibit "J")**

x. Judgment and opinion of U.S. 5th Circuit Court of Appeals affirming the District Court's refusal to vacate the default judgment *(Germano)* **(filed and issued as mandate February 19, 2014; Case No. 2:09-md-02047, Rec. Doc. 17458)** *(5th Circuit case no. 10-30568, Rec. Docs. 00512536708 (judgment) and 00512513792 (opinion), filed January 28, 2014)***(Exhibit "K")**

xi. Judgment and opinion of U.S. 5th Circuit Court of Appeals affirming the District Court's refusal to vacate the default judgment *(Mitchell, Gross, Wiltz)* **(issued as mandate June 11, 2014, filed June 13, 2014; Case No. 2:09-md-02047, Rec. Docs. 17756 [judgment] and 17756-1 [opinion])** *(5th Circuit case no. 12-31213, Rec. Docs. 00512660615 (judgment) and 00512636188 (opinion), filed May 20, 2014)***(Exhibit "L")**

B. Omnibus Complaints re: Taishan

i. Omnibus Class Action Complaint (II) **(February 10, 2010; Case No. 2:10-cv-00361) (Exhibit "M")**

a. Amended Omnibus Class Action Complaint (II) **(March 15, 2010; Case No. 2:09-md-02047, Rec. Doc. 1747) (Exhibit "N")**

b. Plaintiffs' Motion to Intervene (II(A)) **(July 9, 2010; Case No. 2:09-md-02047, Rec. Doc. 4347) (Exhibit "O")**

c. Plaintiffs' Motion to Intervene (II(B)) **(October 5, 2010; Case No. 2:09-md-02047, Rec. Doc. 5669) (Exhibit "P")**

Declaration of Russ M. Herman in Support of Motion to Intervene of Edward and Carmen Amorin, Albert and Betsy Butzler, Jack and Anna McGinn, Thomas and Virginia Spencer, and Elliot and Angelina Everard

    d. Plaintiffs' Motion to Intervene (II(C)) **(December 15, 2010; Case No. 2:09-md-02047, Rec. Doc. 6649) (Exhibit "Q")**

  ii. Omnibus Class Action Complaint in Intervention (III) **(March 17, 2010; Case No. 2:09-md-02047, Rec. Doc. 1777) (Exhibit "R")**

    a. Class Action Complaint *(Gross)* **(October 7, 2009; Case No. 2:09-cv-06690, Rec. Doc. 1) (Exhibit "S")**

    b. Plaintiffs' Motion to Intervene (III(A)) **(March 23, 2010; Case No. 2:09-md-02047, Rec. Doc. 2187) (Exhibit "T")**

    c. Plaintiffs' Motion to Intervene (III(B)) **(July 9, 2010; Case No. 2:09-md-02047, Rec. Doc. 4350) (Exhibit "U")**

  iii. Omnibus Class Action Complaint (VII) **(January 14, 2011; Case No. 2:11-cv-00080, Rec. Doc. 1) (Exhibit "V")**

  iv. Omnibus Class Action Complaint (IX) **(May 5, 2011; Case No. 2:11-cv-01077, Rec. Doc. 1) (Exhibit "W")**

    a. Amended Omnibus Class Action Complaint **(May 10, 2011; Case No. 2:09-md-02047, Rec. Doc. 8781) (Exhibit "X")**

    b. Second Amended Omnibus Class Action Complaint **(September 27, 2011; Case No. 2:09-md-02047, Rec. Doc. 10732) (Exhibit "Y")**

  v. Omnibus Class Action Complaint (XIII) **(February 23, 2012; Case No. 2:12-cv-00498, Rec. Doc. 1) (Exhibit "Z")**

  vi. Omnibus Class Action Complaint (XIX) **(July 29, 2014; Case No. 2:14-cv-01727, Rec. Doc. 1) (Exhibit "AA")**

    a. Omnibus Class Action Complaint in Intervention (XV) **(November 14, 2012; Case No. 2:09-md-02047, Rec. Doc. 16225) (Exhibit "BB")**

    b. Omnibus Class Action Complaint in Intervention (XVI) **(November 14, 2012; Case No. 2:09-md-02047, Rec. Doc. 16227) (Exhibit "CC")**

    c. Omnibus Class Action Complaint in Intervention (XVII) **(November 14, 2012; Case No. 2:09-md-02047, Rec. Doc. 16228) (Exhibit "DD")**

C. Affidavit of Russ M. Herman in Support of the Plaintiffs' Steering Committee's Global Statement of Facts and Memorandum of Law in Opposition to: (1) Taishan's Renewed Motions to Vacate the Default Judgments and Dismiss the Complaints in Germano and

Mitchell and (2) Taishan's Motions to Dismiss the Complaints in Gross and Wiltz **(May 8, 2012; Case No. 2:09-md-02047, Rec. Doc. 14215-3)** – the exhibits to this Affidavit have been filed with the MDL Court manually in the Eastern District of Louisiana and many are filed under seal pursuant to Court Order.  All of these exhibits are incorporated herein as if copied *in extenso*.  Declarant requests that this Court take judicial notice of the filing of the original Russ M. Herman Affidavit as if it were filed in this proceeding. Should any party in this proceeding deem it necessary to obtain the exhibits to the original Affidavit that were filed under seal then a motion for same should be filed in the Eastern District of Louisiana Multidistrict MDL and intervenor's counsel will consent to such disclosure. **(Exhibit "EE")**

D.  Default Judgments – *Omnibus*

   i.  Amended Entry of Preliminary Default re: Plaintiffs' Omnibus Motion for Preliminary Default Judgment **(August 7, 2012; Case No. 2:09-md-02047, Rec. Doc. 15687) (Exhibit "FF")**

   ii.  Order granting Plaintiffs' Second Omnibus Motion for  Preliminary Default Judgment with Third Amended Exhibit A **(October 26, 2012; Case No. 2:09-md-02047, Rec. Doc. 16030) (Exhibit "GG")**

   iii.  Amended Order re: Plaintiffs' Third Omnibus Motion for Preliminary Default Judgment **(July 1, 2014; Case No. 2:09-md-02047, Rec. Docs. 17814, 17814-1, 17814-2) (Exhibit "HH")**

   iv.  Amended Order re: Plaintiffs' Fourth Omnibus Motion for Preliminary Default Judgment **(July 1, 2014; Case No. 2:09-md-02047, Rec. Docs. 17815, 17815-1, 17815-2, 17815-3) (Exhibit "II")**

   v.  Amended Order re: Plaintiffs' Fifth Omnibus Motion for Preliminary Default Judgment **(July 1, 2014; Case No. 2:09-md-02047, Rec. Docs. 17816, 17816-1, 17816-2, 17816-3) (Exhibit "JJ")**

E.  Contempt

   i.  Transcript of Status Conference and Motion Proceedings Heard Before the Honorable Eldon E. Fallon, United States District Judge **(July 17, 2014) (Exhibit "KK")**

   ii.  Order of Contempt re: Taishan Gypsum Co. Ltd. **(July 17, 2014; Case No. 2:09-md-02047, Rec. Doc. 17869) (Exhibit "LL")**

F.  Findings of Fact and Conclusions of Law with Respect to Plaintiffs' Omnibus Motion for Class Certification Pursuant to Rules 23(a)(1)-(4) and 23(b)(3) **(September 26, 2014; Case No. 2:09-md-02047, Rec. Doc. 18028) (Exhibit "MM")**

G.  Notices on Class Action

   i.  Notice of Pendency of Class Action **(September 26, 2014; Case No. 2:09-md-02047, Rec. Doc. 18028-1) (Exhibit "NN")**

   ii.  Supplemental Notice of Pendency of Class Action and Notice of Request for Assessment of Class Damages **(filed October 29, 2014, approved December 17, 2014; Case No. 2:09-md-02047, Rec. Doc. 18086-18) (Exhibit "OO")**

   iii.  Order Approving Supplemental Notice **(December 17, 2014; Case No. 2:09-md-02047, Rec. Doc. 18217) (Exhibit "PP")**

H.  Plaintiffs' Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) and Request for Approval of Supplemental Notice **(October 29, 2014; Case No. 2:09-md-02047, Rec. Doc. 18086)**, Memorandum in Support **(Case No. 2:09-md-02047, Rec. Doc. 18086-1)**, Exhibits A-E **(Case No. 2:09-md-02047, Rec. Docs. 18086-2 through 18086-18) (Exhibit "QQ")**

5.  Federal Rule of Evidence, Rule 201, provides that "The Court may judicially notice a fact that is not subject to reasonable dispute because it can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Further, "The Court may take judicial notice on its own, or must take judicial notice if a party requests it and the Court is supplied with the necessary information." See also, *Marsh v. San Diego County*, 432 F.Supp.2d 1035 (2006) ("A judicially noticed fact must be one not subject to reasonable dispute in that it is . . . capable of accuracy and ready determination by resort to sources whose accuracy cannot reasonably be questioned. Citing, Fed. R. Evid. 210, subd. (b). A Court may take judicial notice of the existence of matters of public record, such as a prior Order or decision, but not the truth of the facts cited therein.)

Executed on this 16th day of January, 2015 in New Orleans, Louisiana.

/s/ Russ M. Herman
Russ M. Herman
Plaintiffs' Liaison Counsel, MDL 2047