UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL No. 2047 <br> SECTION L <br> JUDGE ELDON E. FALLON <br> MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:  ALL CASES**

## COUNSEL'S EXPEDITED MOTION TO STAY THE COURT'S JANUARY 13, 2015 ORDER PENDING PETITION FOR A WRIT OF MANDAMUS

The undersigned law firms, Hogan Lovells US LLP and Stanley, Reuter, Ross, Thornton & Alford, LLC, who have represented Defendants Taishan Gypsum Co. Ltd. ("TG") and Tai'an Taishan Plasterboard Co., Ltd. ("TTP") (together, the "Taishan Defendants") in the above-captioned litigation (collectively "Counsel"), submit this motion on their own behalf in response to this Court's January 13, 2015 Order ("Order") to request that the Court provide Counsel an additional thirty (30) days to comply with this Order.

The purpose of this motion is to request that the Court stay its order requiring Counsel to produce to Plaintiffs by January 27, 2015, the documents identified on Counsel's Privilege Log that the Court has designated for production (the "Designated Privilege Log Items") in order to allow Counsel to seek review of the Court's Order in the Fifth Circuit.  Counsel request that the Court stay its Order so that Counsel has an additional thirty (30) days up to and including February 26, 2015 to comply with the Order.  The grounds for this motion are set forth in Counsel's Memorandum in Support of Its Motion to Stay submitted herewith.

1

Respectfully submitted,

*/s/ Thomas P. Owen Jr.*
Joe Cyr
Frank T. Spano
Courtney Colligan
HOGAN LOVELLS US LLP
875 Third Avenue
New York, New York 10022
Telephone: 212-918-3000
Facsimile: 212-918-3100
Joe.cyr@hoganlovells.com
Frank.spano@hoganlovells.com
Courtney.colligan@hoganlovells.com

Richard C. Stanley (La. Bar No. 8487)
Thomas P. Owen, Jr. (La. Bar No. 28181)
STANLEY, REUTER, ROSS, THORNTON & ALFORD, LLC
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: 504-523-1580
Facsimile: 504-524-0069
rcs@stanleyreuter.com
tpo@stanleyreuter.com

On Their Own Behalf

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion to Stay the Court's January 13, 2015 Order Pending Petition for a Writ of Mandamus has been served on Plaintiffs' Liaison Counsel, Russ Herman, and defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pretrial Order No. 6, and that the foregoing was also electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 22nd day of January, 2015.

/s/ Thomas P. Owen Jr.