UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * * | MDL No. 2047 <br> SECTION L <br> JUDGE ELDON E. FALLON <br> MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**THIS DOCUMENT RELATES TO:  ALL CASES**

## ORDER

Considering the foregoing Expedited Motion to Stay the Court's January 13, 2015 Order Pending Petition for a Writ of Mandamus ("Motion") filed by Counsel;

**IT IS ORDERED** that the Motion Is **GRANTED** and that Counsel has an additional thirty (30) days up to and including February 26, 2015 to comply with the terms of this Court's January 13, 2015 Order ("Order") so that Counsel might seek appellate relief regarding this Order.

New Orleans, Louisiana, this _____ day of January, 2015.

_____
Honorable Eldon E. Fallon
U.S. District Court Judge