```
 1                UNITED STATES DISTRICT COURT

 2                EASTERN DISTRICT OF LOUISIANA

 3

 4   IN RE: CHINESE-MANUFACTURED     )
     DRYWALL PRODUCTS LIABILITY      )
 5   LITIGATION                      )
                                     ) MDL 2047 "L"
 6                                   ) NEW ORLEANS, LOUISIANA
                                     ) THURSDAY, JANUARY 22, 2015
 7                                   ) 9:00 A.M.
     THIS DOCUMENT RELATES TO:       )
 8                                   )
     ALL CASES                       )
 9                                   )
                                     )
10   *******************************

11

12

13          TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS

14        HEARD BEFORE THE HONORABLE ELDON E. FALLON

15                UNITED STATES DISTRICT JUDGE

16

17

     OFFICIAL COURT REPORTER:        SUSAN A. ZIELIE, RMR, FCRR
18                                   EASTERN DISTRICT OF LOUISIANA
                                     500 POYDRAS STREET, ROOM B406
19                                   NEW ORLEANS, LA 70130
                                     susan_zielie@laed.uscourts.gov
20                                   504.589.7781

21

22

23   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
     PRODUCED BY COMPUTER AIDED TRANSCRIPTION.
24

25
```

```
 1    APPEARANCES:

 2    FOR THE PLAINTIFFS'
      STEERING COMMITTEE:              HERMAN HERMAN KATZ
 3                                     BY:  LEONARD DAVIS, ESQUIRE
                                       820 O'KEEFE AVENUE
 4                                     NEW ORLEANS, LA 70113

 5                                     LEVIN, FISHBEIN, SEDRAN & BERMAN
                                       BY:  ARNOLD LEVIN, ESQUIRE
 6                                     510 WALNUT STREET, SUITE 500
                                       PHILADELPHIA, PA 19106
 7
      THE PLAINTIFFS:                  DANIEL BECNEL, ESQUIRE
 8                                     425 W. AIRLINE HIGHWAY
                                       SUITE B
 9                                     LAPLACE, LA 70086

10    FOR THE STATE/FEDERAL
      COORDINATION COMMITTEE:          BARRIOS, KINGSDORF & CASTEIX
11                                     BY:  DAWN BARRIOS, ESQUIRE
                                       701 POYDRAS STREET, SUITE 3600
12                                     NEW ORLEANS, LA 70139

13    PRO SE CURATOR:                  ROBERT MURRAY JOHNSTON, ESQ.
                                       LAW OFFICES OF
14                                       ROBERT M. JOHNSTON, LLC
                                       400 POYDRAS STREET
15                                     SUITE 2450
                                       NEW ORLEANS LA 70130
16
      DEFENDANT KNAUF:                 Frilot, LLC
17                                     BY:  KERRY J. MILLER, ESQUIRE
                                       ENERGY CENTRE
18                                     1100 POYDRAS STREET
                                       SUITE 3700
19                                     NEW ORLEANS, LA 70163

20    FOR HOME BUILDERS:               STONE PIGMAN
                                       BY:  DOROTHY H. WIMBERLY, ESQ.
21                                     546 Carondelet Street
                                       New Orleans LA 70130
22                                     504.593.0849
                                       dwimberly@stonepigman.com
23

24

25
```

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              NEW ORLEANS, LOUISIANA; THURSDAY, JANUARY 22, 2015      08:55AM

 2                            9:00 A.M.                                 08:55AM

 3              THE COURT:  Be seated, please.  Good morning, call the  08:59AM

 4   case.                                                             09:00AM

 5              CASE MANAGER:  In re:  2047 in re:  Chinese            09:00AM

 6   Manufactured Drywall Products Liability litigation.              09:00AM

 7              THE COURT:  This is our monthly status conference in   09:00AM

 8   this matter.  I'm hear from liaison counsel.                     09:01AM

 9              MR. LEVIN:  Good morning, Your Honor.  Arnold Levin,   09:01AM

10   substituting for Russ Herman, who is the plaintiff's liaison.    09:01AM

11              MR. MILLER:  Good morning, Your Honor.  Kerry Miller on 09:01AM

12   behalf of Knauf and the defense steering committee.              09:01AM

13              THE COURT:  I met with lead and liaison counsel moment 09:01AM

14   ago to discuss the agenda.                                       09:01AM

15              We don't have any motions necessarily on the          09:01AM

16   agenda but I'll take it on the order.                            09:01AM

17              Do we have anything on Pretrial Orders?               09:01AM

18              MR. LEVIN:  No, sir.  But BrownGreer will issue a      09:01AM

19   report to the Court today that speaks to the money that's        09:01AM

20   flowing to the clients.                                          09:01AM

21              THE COURT:  Anything on State Court Trial Settings?    09:01AM

22              MS. BARRIOS:  Your Honor, the three cases that are     09:01AM

23   listed in the joint report on page five are pending now in       09:01AM

24   Virginia, and we have hopes that they'll be able to be resolved  09:01AM

25   by Mr. Serpe.                                                    09:01AM
```

| | | |
|---|---|---|
| 1 | But I'd like to just jump head and talk about the | 09:01AM |
| 2 | Virginia class action settlements.  Garretson Group did not come | 09:02AM |
| 3 | today.  They asked me to make a very simple report. | 09:02AM |
| 4 | The other loss fund deadline is over.  They are | 09:02AM |
| 5 | now reviewing all the claim forms.  They are in the process of | 09:02AM |
| 6 | preparing the deficiency notices, which should go out by the end | 09:02AM |
| 7 | of the month.  They've been in very close contact with Jake | 09:02AM |
| 8 | Woody at BrownGreer, particularly with regard to your last order | 09:02AM |
| 9 | on the other loss funds and the payouts.  And they're talking | 09:02AM |
| 10 | about all issues with regard to it, particularly the | 09:02AM |
| 11 | Medicare-Medicaid injury with regard to the bodily injury | 09:02AM |
| 12 | payments. | 09:02AM |
| 13 | Thank you. | 09:02AM |
| 14 | MR. LEVIN:  That's a segue for one thing on the | 09:02AM |
| 15 | Virginia settlements.  Not necessarily the Virginia settlement, | 09:02AM |
| 16 | but Mr. Serpe is explaining to the Taishan plaintiffs on a | 09:02AM |
| 17 | one-to-one basis, answering calls and effectively steering them | 09:02AM |
| 18 | to make decisions with regard to the class certification order | 09:02AM |
| 19 | of this Court with regard to Taishan and the assessment of | 09:03AM |
| 20 | damages hearing which will take place during the February | 09:03AM |
| 21 | pretrial conference, sir. | 09:03AM |
| 22 | THE COURT:  All right.  That case seems to be going | 09:03AM |
| 23 | well.  I appreciate the help that the judge is giving to it. | 09:03AM |
| 24 | She and I have worked closely on this matter and she's been a | 09:03AM |
| 25 | great help to us in this proceeding. | 09:03AM |

1        While we are on that, Jake, give me a report on

2   what's happening with regard to the money.

3        MR. WOODY:  Good morning, Your Honor.  My name is Jake

4   Woody, from BrownGreer.  I'm here to give the monthly status

5   report for the Chinese Drywall settlement program.

6        I'll start very briefly, just as I always do, with

7   our total number of claims to set the stage.

8        Total submitted claims is 22,491.  Of those, we

9   reviewed 19,726.  We're complete with all claim types other than

10  miscellaneous claims.  We're actively reviewing those claims and

11  should be done with those in short order.

12       Our largest claim type, as you know, is our Global

13  Banner IN/EX repair and relocation claims.  Those are

14  settlements for a pro rata share of three different settlements,

15  the Global settlement, the Banner settlement and the IN/EX

16  settlement.  We had just under 10,000 eligible claims in this

17  category, 9,983.  We've denied 1,674 largely for insufficient

18  documentation or because the claimants submitted a claim that

19  they had previously assigned to another claim.

20       THE COURT:  So the denied doesn't mean that they're not

21  going to get some money but they're going to get it from another

22  fund?

23       MR. WOODY:  They are denied for this claim type, but

24  they could potentially receive claim from other loss fund or for

25  other loss claim.

1    These numbers change month to month largely
2  because we have claimants withdrawing claims.
3         We're at the stage in this claim type where we are
4  essentially reconciling duplicate claims.  We're only authorized
5  to make payment per property.  The claims that haven't been paid
6  are largely claims where we have that issue.  As we work through
7  them, claimants generally withdraw them.  We see duplicate
8  claims in many cases for spouses who submitted two claims out an
9  abundance of caution and also where we have competing claims
10  where one claimant has received an assignment and the other
11  assigned the claim.  We're reconciling those, and largely are
12  able to do that on our own.
13         We began issuing payments on GBI claims on
14  September 12th of last year.  So far, we've issued 11,770
15  checks.  The number of checks is larger than the number of
16  claimants because many claimants are eligible for payment from
17  multiple settlements.  So they would receive two checks for one
18  claim.  So far, we have distributed just over $54.8 million.
19  That's an increase of 1.7 million from the last status
20  conference.
21         We make payments every day.  The number fluctuates
22  as we're able to reconcile these duplicate claimant issues.  We
23  also require a W-9 and a verification of claims from claimants
24  before we make payment.  As we receive those, we put them in
25  line for payment and issue checks.

```
1              Both of those forms are available on our website.    09:06AM
2    I'll give the address at the end of this presentation.         09:06AM
3              We have $21.3 million left to distribute.  As I      09:06AM
4    mentioned, we continue to make payments every day and this     09:06AM
5    process is largely stable and we're not seeing any problems with 09:06AM
6    it.                                                            09:06AM
7              The claims that are not Global, Banner, IN-EX        09:06AM
8    claims, we refer to as Other Loss Claims, and these fit in a   09:06AM
9    variety of categories.  Our four main Other Loss claims        09:07AM
10   are bodily injury; foreclosure and short sale; lost rent, use  09:07AM
11   and sales; and pre-remediation alternative living expenses,    09:07AM
12   which we abbreviate as PRALE here.                             09:07AM
13             We have just over 4,000 claims in these four claim   09:07AM
14   types; 428, to be exactly.  Of those 2,527 are eligible.  44 are 09:07AM
15   incomplete.  As I always mention, the incompleteness number    09:07AM
16   changes every month.  Last month, it was 100.  The month before, 09:07AM
17   I think it was 200.  So you can see the progress we're making in 09:07AM
18   reconciling those and moving them from either incomplete to     09:07AM
19   eligible if they satisfy the document requirements or denying   09:07AM
20   them for failure to submit those documents.                    09:07AM
21             Because of the low number of incomplete claims,      09:07AM
22   we're able to work with the parties and the Court to draft and  09:07AM
23   submit PTO-29, which allow us to begin making payments on      09:07AM
24   eligible Other Loss claims.                                    09:07AM
25             The Court entered this order on December 23rd.       09:07AM
```

1   We've received a lot of questions, and I'd like to just go                09:08AM

2   through some of the high points of PTO-29.                                09:08AM

3                   PTO-29 allow us to make what we call resolution           09:08AM

4   offers on eligible Other Loss claims of varying amounts.  For             09:08AM

5   bodily injury, it's up to $1,000.  For closure short sale                 09:08AM

6   claims, it's up to $10,000.  For loss use or sales, it's up to            09:08AM

7   $10,000.  For lost rent, it's three times the verified monthly            09:08AM

8   rent for rental property.  For PRALE claims, it's $14,400.  It's          09:08AM

9   up to $14,400.  And miscellaneous tenant losses are up to                 09:08AM

10  $2,500.                                                                   09:08AM

11                  These amounts are essentially modified pro rata           09:08AM

12  share of the amount available for Other Loss claims, which is             09:08AM

13  $37.7 millin.  It's not a straight pro rata or distribution               09:08AM

14  because each claim has a different value.  But within each claim          09:08AM

15  type, it is a pro rata number.  That's where we got those                 09:08AM

16  numbers from and that's how we're proceeding.                             09:09AM

17                  We will issue eligibility notices and have begun          09:09AM

18  issuing eligibility notices on Other Loss claims that list the            09:09AM

19  resolution offer.                                                         09:09AM

20                  I should also mention, before I move on, that the         09:09AM

21  up to -- this is an up to number.  So, if we review the claim             09:09AM

22  and determine that the verified losses are less than the numbers          09:09AM

23  that I mentioned, we make the lower offer.                                09:09AM

24                  And whatever the offer is will be in the                  09:09AM

25  eligibility notice.  We'll issue these through our standard               09:09AM

1       notice process.                                          09:09AM

2               The notices contain instructions on how to       09:09AM

3       proceed.  Claimants have two options after receiving an   09:09AM

4       eligibility notice.  They can accept offer and receive payment.  09:09AM

5       Or they can, if they feel the offer is insufficient, request  09:09AM

6       what we call a special master award.  Those claims, if you  09:09AM

7       request that Special Master Award, those claims would be routed  09:09AM

8       to the special master who will review them independently of us  09:09AM

9       and make a determination.                                09:09AM

10              Claimants who do not take any action within thirty  09:10AM

11      days will be deemed to have accepted the offer; and, if all  09:10AM

12      payment documents are present, we'll make payment to them.  So,  09:10AM

13      if you take no action, you will lose the chance to request the  09:10AM

14      Special Master Award but you will receive the resolution offer.  09:10AM

15              If the claimant requests a Special Master Award,  09:10AM

16      the offer can change.  It can go up, it can go down or it can  09:10AM

17      stay the same.                                           09:10AM

18              What happens when a claimant requests this is yet  09:10AM

19      to be determined.  There's a number of variables at issue.  The  09:10AM

20      special master, as I mentioned, will do a review independent of  09:10AM

21      ours and come up with a determination.                   09:10AM

22              If a claimant accepts the resolution offer, we    09:10AM

23      will make payment rapidly.  Generally, within seven days of the  09:10AM

24      acceptance.  Assuming, of course, that the W-9 verification of  09:10AM

25      the claims form are present.                             09:10AM

1    If you already submitted those documents in                09:10AM

2  support of another claim, of a GBI claim, you do not need to   09:10AM

3  submit them again.  We only need these documents once per claim. 09:10AM

4    If a claimant wishes to request a Special Master            09:11AM

5  Award, you cannot submit an additional documents.  The time to 09:11AM

6  submit supporting documents has passed, along with the claims  09:11AM

7  deadline.  You can, however -- and we prefer that you submit   09:11AM

8  something that tells us where in your claim what we should look 09:11AM

9  at:  A list of itemized expenses that you think support your   09:11AM

10  request and you can refer to documents you've already admitted 09:11AM

11  to us.  That will help streamline the special master review and 09:11AM

12  speed up the process.                                          09:11AM

13    Finally, we have received a lot of questions about          09:11AM

14  the timeline associated with that special master.  We anticipate 09:11AM

15  having the vast majority of all eligibility notices on Other   09:11AM

16  Loss claims issued by the first week of February.  That will   09:11AM

17  start the thirty-day clock on all the claims.  We will not be  09:11AM

18  able to grant deadline extensions for those claims.            09:11AM

19    So the deadline for almost all the Other Loss               09:11AM

20  claims should expire some time in the first week of March.  Once 09:11AM

21  we have a good idea of how many people want a special master   09:12AM

22  review and how many want to be paid, we'll be able to make a   09:12AM

23  better evaluation of how long it will take.  However, because  09:12AM

24  all of the claim documents are already in because we've reviewed 09:12AM

25  all the claims, it will not take as long as the claim process. 09:12AM

1   It will be a shorter process.                                    09:12AM

2        THE COURT:  All right.  We'll have some indication by       09:12AM

3   next meeting, I would think.                                     09:12AM

4        MR. WOODY:  I think so.                                      09:12AM

5        As I mentioned, have begun issuing eligible                 09:12AM

6   notices on these claims.  So far, we've issued just over a       09:12AM

7   thousand on three different claim types.  We've issued all the   09:12AM

8   eligibility notices for bodily injury and foreclosure and short  09:12AM

9   sale claims and we've issued 200 notices on PRALE claims.  And   09:12AM

10  we'll continue to issue notices, as I mentioned, on all of the   09:12AM

11  remaining PRALE claims as well as the lost rent, use and sales   09:12AM

12  claims.                                                          09:12AM

13       So we've issued just over 1,000.  We've received            09:12AM

14  responses on 176 claims.  159 offers have been accepted.         09:12AM

15  Seventeen have requested the special master review, which puts   09:13AM

16  our acceptance rate at ninety percent.                           09:13AM

17       And we've also begun issuing payment on Other Loss          09:13AM

18  claims.  We began earlier this week.  We've paid forty-three     09:13AM

19  claims and disbursed $393,800.  We'll continue make payments on  09:13AM

20  accepted claims, and should have payment out pretty quickly      09:13AM

21  within the date of acceptance and resolve as many of these       09:13AM

22  claims as we can.                                                09:13AM

23       Finally, our contact information, the best place            09:13AM

24  to obtain the W-9 verification form I mentioned are on our       09:13AM

25  website at www3.BrownGreer.com/drywall.  If you need to email    09:13AM

```
 1    us, you can do it at CDWquestions@BrownGreer.  And you can call      09:13AM
 2    us at 866-866-1729.                                                  09:13AM
 3            THE COURT:  Thank you.                                        09:13AM
 4            The next item is Omnibus Class Actions.  Anything            09:13AM
 5    on that?                                                             09:14AM
 6            MR. LEVIN:  Just one personal thing.                         09:14AM
 7            The PSC has listened to the BrownGreer report each          09:14AM
 8    and every month, and I just want BrownGreer to know how              09:14AM
 9    appreciative we have of the work they are doing and the manner       09:14AM
10    in which they're doing the work.                                     09:14AM
11            THE COURT:  Yes.  They've done a good job, and I             09:14AM
12    appreciate that also.                                                09:14AM
13            MR. LEVIN:  With regard to the Class Action Complaints,      09:14AM
14    the Omnibus, there's just one aspect of the complaints that's        09:14AM
15    outstanding.  We have a complaint against SASAC in China right       09:14AM
16    now.  And, if SASAC behaves as CMBM behaved and BMBM behaved in      09:14AM
17    the past and doesn't enter an appearance and come in here, for       09:14AM
18    whatever reasons, but appear in these proceedings, at that           09:14AM
19    point, in about six weeks, we're prepared to take a default          09:14AM
20    judgment against SASAC.  And then we will pursue assessment of a     09:15AM
21    class action as we pursued against CMBM and BMBM an assessment       09:15AM
22    of damages against SASAC, which is the umbrella corporation that     09:15AM
23    has a lot of interests in the United States.                         09:15AM
24            THE COURT:  How about Class Action, the last item?           09:15AM
25            MR. LEVIN:  That would be it, sir.                           09:15AM
```

1      THE COURT:  The next item is Fee Expense.                 09:15AM

2      MR. LEVIN:  There's nothing new on that.                  09:15AM

3      THE COURT:  In connection with that, I have received      09:15AM

4   from Danny Becnel letters showing copies to you and to Arnold.  09:15AM

5           Danny, you want to flesh that out for me, the        09:15AM

6   issue here on Sean Payton.                                   09:15AM

7      MR. BECNEL:  Judge, as you know, Sean was living across   09:15AM

8   the lake in the Super Bowl year, in Mandeville, in a rather  09:16AM

9   expensive home.  He and his wife, the minute it was finished,  09:16AM

10  had to move out.  He then had to live in the Saint's training  09:16AM

11  camp for the whole season, and his wife wound up having to get  09:16AM

12  another house.  So she moved.  The Chinese drywall case really  09:16AM

13  resulted in the dissolution of their marriage.               09:16AM

14          And he approached me.  As you know, I represent      09:16AM

15  many of the Saints:  Mickey Loomis, the general manager, Drew  09:16AM

16  Brees and many of the team members.                          09:16AM

17          And so I handled that case by myself.  I             09:16AM

18  negotiated the settlement by myself.  And I don't mind if all  09:16AM

19  the other cases I have with the plaintiff's committee gets a  09:16AM

20  fee.  But this case was purely me.  And I could have settled it  09:16AM

21  probably a week after they were notified that I had Sean Payton.  09:17AM

22          In any event, I'd like to get paid on it.  And       09:17AM

23  it's been, I think I said -- I only got in at 1 o'clock so I  09:17AM

24  didn't even have time to get my file this morning from Kansas  09:17AM

25  City.  But I'd like to get paid on it.                       09:17AM

1     THE COURT:  All right.                                    09:17AM

2     MR. BECNEL:  And I don't think the PSC has a claim        09:17AM

3  against those funds.                                         09:17AM

4          I did the inspections myself.  In fact, it was       09:17AM

5  inspected five different times.  Because it was kind of the  09:17AM

6  poster child of how do you find what's wrong with the Chinese 09:17AM

7  drywall case.                                                09:17AM

8     THE COURT:  Well, you know, in this case, I guess the     09:17AM

9  beauty of it is so forth, from the standpoint of the litigants 09:17AM

10 themselves, is that the defendant, the settlements call for the 09:17AM

11 defendant paying the attorney fees.                          09:17AM

12         Let me hear from Arnold.                             09:18AM

13    MR. LEVIN:  I will not hold it against Danny Becnel and   09:18AM

14 Sean Payton that they've had their way with the Philadelphia 09:18AM

15 Eagles for some time now.                                    09:18AM

16         Getting to the merits of Mr. Becnel's request.      09:18AM

17 The fee committee has conducted extensive interviews with every 09:18AM

18 plaintiff's counsel that is seeking a common benefit fee, and 09:18AM

19 the fee committee has taken all of that under advisement.  And I 09:18AM

20 can assure Mr. Becnel that those issues are being discussed by 09:18AM

21 the fee committee.                                           09:18AM

22         There will be a report, and he will be able to      09:18AM

23 review that report and take whatever action.                 09:18AM

24         I might add that, at the interview, the situation   09:18AM

25 with Sean Payton was not mentioned by Mr. Becnel.  However, the 09:18AM

```
 1    fee committee is available -- is aware of his representation of     09:18AM

 2    the lead plaintiff in the omnibus complaint, and we will treat      09:19AM

 3    him the way we treat everybody as to when a common benefit fee,     09:19AM

 4    how it advanced the litigation.  And also there's a segment of      09:19AM

 5    the fee for the individual attorneys on their retainer              09:19AM

 6    agreements.  And that is being actively pursued and is a very       09:19AM

 7    prolix and complex process, and Mr. Becnel will be treated as       09:19AM

 8    everybody else is.  And he will have -- there will be a report,     09:19AM

 9    the Court will see the report.  Danny Becnel could object to the    09:19AM

10    report, he could deal with it afterwards if he doesn't like what    09:19AM

11    the fee committee has done with regard to his particular claim.     09:19AM

12            But I can assure Danny that:  We know who he is,            09:19AM

13    we know who Sean Payton is, we know what this litigation is and     09:19AM

14    we will afford him due process.                                     09:19AM

15            THE COURT:  Okay.                                           09:20AM

16            MR. BECNEL:  Your Honor, let me just reply to that.         09:20AM

17            As you know, I got Sean Payton and the Saints to            09:20AM

18    do a commercial.  I paid the fee for sending to the advertising    09:20AM

19    counsel with the bar association, and it had all kinds of          09:20AM

20    commotion with it.  And we got a lot of cases as a result of the   09:20AM

21    public service announcement he made on Chinese Drywall.            09:20AM

22            The case was -- he and my first client,                    09:20AM

23    Dr. Parent, the dentist, that's the first two cases.  She's a      09:20AM

24    Taishan case, he was a Knauf case.                                 09:20AM

25            And, you know, I just don't think I should have to         09:20AM
```

1    wait, especially with my health situation periodically.  I don't    09:20AM

2    want to be here with my estate having to deal with something    09:20AM

3    that I should have been paid on and could have been paid on    09:20AM

4    directly, right off the bat.    09:21AM

5            THE COURT:  The interesting thing in this particular    09:21AM

6    case is that usually, as everybody knows, the fee comes from the    09:21AM

7    litigants.  The litigants work out some arrangement with their    09:21AM

8    attorney.  They hire the attorney, they agree to pay the    09:21AM

9    attorney a fee.  Then the case comes to MDL.  The MDL sets an    09:21AM

10   amount for common benefit fee.  That common benefit generally    09:21AM

11   comes from the attorney's fee portion, not in addition to the    09:21AM

12   claimant.    09:21AM

13           But, in this particular case, the interesting    09:21AM

14   thing was that the concept of the settlement was that the    09:21AM

15   claimants got their homes fixed, 100 percent of their homes    09:21AM

16   fixed; and, in addition to that, the defendants paid a fee.  So    09:21AM

17   the claimants didn't have to pay anything.  They got everything    09:21AM

18   done for them and plus their attorney fees.  So it's a little    09:22AM

19   different in this situation.    09:22AM

20           But I hear your comments, and nobody's going to    09:22AM

21   get any fee until I approve the fees.  So I'm going to give    09:22AM

22   everybody an opportunity express themselves, and I certainly    09:22AM

23   will take all of that into consideration.  Including a    09:22AM

24   fast-track type situation.  There are some people who may have    09:22AM

25   some issues, health and otherwise, that need to be dealt with,    09:22AM

```
1    and I'm conscious of that.  Thanks for bringing it to my          09:22AM
2    attention.                                                        09:22AM
3                 How about the Remediation Program, anything,         09:22AM
4    Kerry?                                                            09:22AM
5                 MR. MILLER:  Good morning, again, Your Honor.  Kerry 09:22AM
6    Miller.                                                           09:22AM
7                 Nothing really new to report, Your Honor.  The      09:22AM
8    remediation program is into I think the last inning of the game.  09:22AM
9    Moss is complete with ninety-plus percent of the homes.  They're  09:23AM
10   trying to do their last shift, including the last group of pro    09:23AM
11   se homes we talked about last time, get those started this        09:23AM
12   spring, so that everything's done this year, Your Honor.          09:23AM
13                 THE COURT:  Yes.                                    09:23AM
14                 As everyone knows, with the Remediation Program,    09:23AM
15   as I mentioned several times, in this particular case, rather     09:23AM
16   than wait for the case to get over the defendants have            09:23AM
17   undertaken the remediation program which even predated the        09:23AM
18   settlement of the case.  And, so far, they've been able to        09:23AM
19   remediate several thousand homes, which has worked out well.      09:23AM
20                 How about the IN\EX, Banner, Knauf settlement?      09:23AM
21                 MR. LEVIN:  Nothing with regard to that.            09:23AM
22                 THE COURT:  Anything on Shared Costs?               09:23AM
23                 MR. LEVIN:  Nothing, sir.                           09:23AM
24                 THE COURT:  What about Taishan defendants?          09:23AM
25                 MR. LEVIN:  Well, if we're in the ninth inning with 09:23AM
```

1    regard to the Knauf remediation program, we're in the first    09:24AM

2    inning or perhaps just batting practice with regard to Taishan.    09:24AM

3              We are pursuing assets.  We are pursuing    09:24AM

4    litigation in Portland, Oregon.  We have determined that Taishan    09:24AM

5    affiliates have brought suit in Portland, Oregon and have    09:24AM

6    utilized our court system, our federal court system, to pursue    09:24AM

7    their commercial needs, where they have ignored us in the    09:24AM

8    Eastern District of Louisiana and created another great wall    09:24AM

9    between us and China.    09:24AM

10             THE COURT:  Is there any money in that?    09:24AM

11             MR. LEVIN:  There's $50,000 for attorneys fees in the    09:24AM

12   case that was settled.  We're not interested in hurting the    09:24AM

13   attorneys that have handled the case there for the $50,000.    09:24AM

14             But what we are interested in is finding out what    09:24AM

15   their ongoing business is.  It seems that they are purchasing    09:24AM

16   timber in the Northwest because of this a shortage of timber in    09:24AM

17   China.  Just like we had a shortage of drywall and purchased    09:25AM

18   from China drywall.    09:25AM

19             We have not seen the settlement agreement.  We've    09:25AM

20   been precluded so far from seeing the settlement agreement.  But    09:25AM

21   we think the settlement agreement contains clauses with ongoing    09:25AM

22   activities between the parties to the settlement.  That's just    09:25AM

23   one aspect of it.    09:25AM

24             Once we perfect service on SASAC, and either they    09:25AM

25   come in and defend or we get a default judgment against SASAC,    09:25AM

1    that umbrella corporation has petroleum, banking and other    09:25AM

2    interests around the world, including in the United States.    09:25AM

3              And we just want to assure those poor unfortunates    09:25AM

4    that didn't have Knauf board, so that their homes could be    09:25AM

5    remediated, and had Taishan board, that eventually we are going    09:25AM

6    to make them whole.  But, unfortunately, in the process, many of    09:26AM

7    them have had foreclosures and gone bankrupt.    09:26AM

8         THE COURT:  As we know, the board that we're talking    09:26AM

9    about was manufactured by basically two entities, one Knauf and    09:26AM

10   the other Taishan entities.    09:26AM

11             After discovery in trial, the Knauf entities    09:26AM

12   settled the case.  The Taishan entities did not.  They resisted    09:26AM

13   service, and then they resisted appearance.  And, eventually,    09:26AM

14   they showed up in court participating in an appeal.  They lost    09:26AM

15   the appeal, and then they decided that they were going to walk    09:26AM

16   away from the court because they didn't get their way.  They're    09:26AM

17   going to take their ball and go home, so to speak.    09:26AM

18             And, as a result, I gave them an opportunity to    09:26AM

19   explain why they did that.  They refused to participate in the    09:27AM

20   proceedings, so I found them in content of court.  And, in    09:27AM

21   addition to fining them, I provided that a percentage of any    09:27AM

22   fees or profits that they earned in this country, by either them    09:27AM

23   or any of their affiliates, would be seized by the Court.    09:27AM

24             So I would direct counsel to determine whether or    09:27AM

25   not there's any assets of that company, and I'll issue a seizure    09:27AM

1   order wherever they happen to be in the United States.  Because   09:27AM

2   I do sit, as an MDL judge, I sit as a district judge in every   09:27AM

3   district in the United States.  So let me know if there's any   09:27AM

4   assets, and I will seize them.   09:27AM

5           MR. BECNEL:  May it please the Court, I want to give   09:27AM

6   the Court some additional information on Chinese assets.   09:27AM

7               About five weeks ago, six weeks, Cargill and then   09:28AM

8   ADM filed suit in St. John Parish in our court system for money   09:28AM

9   against Syngenta, which produced genetically engineered corn.   09:28AM

10  There is a separate MDL which we had a hearing on yesterday in   09:28AM

11  Kansas.   09:28AM

12              But they, Chinese, refused to accept it.   09:28AM

13  Although, they already paid those companies.  And so the corn is   09:28AM

14  all coming back, which has been paid for by China.   09:28AM

15              And I think we would have the ability -- -as the   09:28AM

16  Court knows, the major grain exports come from Reserve,   09:28AM

17  Louisiana, with all of the grain elevators there.  And we may be   09:28AM

18  able to seize those grain.  You know, it could be sold here in   09:29AM

19  the US for cattle feed and other things.  But it's something   09:29AM

20  else that the Chinese sent back, that we may have an ability to   09:29AM

21  get those assets.   09:29AM

22          THE COURT:  Okay.  Well, if there's some assets, any   09:29AM

23  kind of assets from those companies or the affiliates of those   09:29AM

24  companies, I will act on it.  Because I do owe the system the   09:29AM

25  duty to effect my orders, and I ordered them to do that.  They   09:29AM

```
 1    violated it.  I held them in contempt.  So I'll stand behind      09:29AM
 2    that.                                                             09:29AM
 3             MR. DAVIS:  Your Honor, we'll prepare the appropriate    09:29AM
 4    papers for the Court.                                             09:29AM
 5                  But we'll ask Mr. Becnel or anyone else that has    09:29AM
 6    information, if they could get it to us and they could provide    09:29AM
 7    us the links to CMDM or BMDM or whoever it is so that we can      09:29AM
 8    make those links.                                                 09:29AM
 9             THE COURT:  Let's make sure it's an affiliate or the     09:29AM
10    company itself.  Because I don't want to wrongfully seize         09:30AM
11    anything.  But I will seize matters or material.                  09:30AM
12             MR. LEVIN:  Your Honor, we would request that madam      09:30AM
13    court reporter give us on an expedited basis, which we'll pay     09:30AM
14    for obviously, the transcript of these proceedings.  Because I    09:30AM
15    think this becomes very relevant for the judiciary in Portland,   09:30AM
16    Oregon to see.                                                    09:30AM
17             MR. BECNEL:  In addition to that, Judge, there's an MDL  09:30AM
18    judge on that very case.  And, yesterday, at the hearing, both    09:30AM
19    ADM and Cargill says they didn't want to be in the MDL; they      09:30AM
20    want it to come back.  Because almost all of the grain that goes  09:30AM
21    to China is shipped through Reserve.                              09:30AM
22             MR. DAVIS:  If you'll got us that link, Danny, so we     09:30AM
23    can make the connection, that that will be helpful.  Thank you.   09:30AM
24             THE COURT:  Venture Supply, anything on Venture Supply?  09:30AM
25             MR. LEVIN:  No, sir.  Just that the Virginia settlement  09:30AM
```

1    is just between Your Honor, Judge Wall, Mr. Serpe and Dewan and

2    others that have been working with them, is being run very

3    effectively.

4            THE COURT:  Okay. *

5               Plaintiff and Defendant Profile, Fact Forms,

6    anything?

7            MR. LEVIN:  Nothing, sir.

8            THE COURT:  Nothing on Frequently Asked Questions.

9               No pro se claimants?

10           MR. LEVIN:  Mr. Johnston has informed me that he

11   needn't come here --

12           THE COURT:  He is here.

13           MR. JOHNSTON:  It's been so interesting that I decided

14   to stay.

15              Let me make a brief comment for the Court.

16              Since the November 25th status conference, I have

17   worked certainly very, very well with counsel for Knauf and

18   staff.  My office has provided every document, every piece of

19   paper for every one of the group that I've called the late Knauf

20   claimants, which we're all aware of, that we ended up being

21   informed by Kerry Miller at the last status that remediation was

22   going to be accomplished.  And I think it is going very, very

23   well.  And I just want to notify the Court that we've had

24   back-and-forth, but there's never been a negative moment since

25   the last status conference.  And we'll continue try to help

```
 1    these last group of people to get what they want, which is of      09:32AM
 2    course to have the remediation of their properties.                09:32AM
 3            THE COURT:  Okay.  I appreciate your work on it.           09:32AM
 4               As you all know, we had a number of pro se             09:32AM
 5    claimants.  They haven't hired attorneys.  They don't wish to       09:32AM
 6    hire an attorney.  And so I appointed Bob Johnston to help them     09:32AM
 7    navigate through this system.  He's been talking to them.  As a     09:32AM
 8    result of his efforts and efforts of Knauf, these individuals       09:32AM
 9    have been taken care of.  So I appreciate your work.                09:32AM
10            MR. LEVIN:  Your Honor, I apologize to Bob.  Because he    09:33AM
11    had told me before this hearing that he couldn't be here for the    09:33AM
12    complete hearing; he had a personal situation.  And I didn't        09:33AM
13    think he was in the courtroom when I started off.                   09:33AM
14            THE COURT:  All right.                                     09:33AM
15               Anything on --                                         09:33AM
16            MR. JOHNSTON:  Did you hear what I said?  It was so        09:33AM
17    interesting that I just had to stay.                                09:33AM
18            THE COURT:  Okay.                                          09:33AM
19               Physical Evidence.                                      09:33AM
20            MR. LEVIN:  Mr. Davis will respond to that.               09:33AM
21            MR. DAVIS:  Yes, Your Honor.                              09:33AM
22               In light of your comments earlier, prior status        09:33AM
23    conferences, we've met --                                          09:33AM
24            THE COURT:  This is the issue in the Physical Evidence.   09:33AM
25    In this some type situation, the exposure to the board has         09:33AM
```

| | |
|---|---|
| 1 | created physical problems with a lot of appliances, particularly | 09:33AM |
| 2 | with the copper-fit appliances.  It has some negative effect | 09:33AM |
| 3 | object those appliances.  Well, those appliances and a lot of | 09:33AM |
| 4 | other board had to be stored.  And you can imagine, there may be | 09:33AM |
| 5 | hundreds or thousands of refrigerators and things of that sort. | 09:34AM |
| 6 | The issue now is what do we do with it?  It's not really fair | 09:34AM |
| 7 | for the defendants to be required to continue to pay rent for | 09:34AM |
| 8 | these warehouses that I required them to keep the material in. | 09:34AM |
| 9 | So we have to recognize, however, the case is not | 09:34AM |
| 10 | over and some proof may be needed. | 09:34AM |
| 11 | So it seems to me that it's legitimate and | 09:34AM |
| 12 | appropriate for the defendants or liaison counsel and defendants | 09:34AM |
| 13 | to file a motion with the Court to find some other way.  And | 09:34AM |
| 14 | what we would do is take pictures of it, take samples of it, | 09:34AM |
| 15 | take video of it and have individuals look at it so that they | 09:34AM |
| 16 | can be able to testify. | 09:34AM |
| 17 | The reason I suggest the motion is that so there's | 09:34AM |
| 18 | no spoliation issue that's raised by a defendant later on saying | 09:34AM |
| 19 | that you intentionally and maliciously destroyed this material | 09:35AM |
| 20 | so that evidence should be used against you.  I don't see it | 09:35AM |
| 21 | that way.  It's a practicality. | 09:35AM |
| 22 | So file the motion and I'll authorize another way | 09:35AM |
| 23 | of preserving that evidence. | 09:35AM |
| 24 | MR. DAVIS:  Thank you, Your Honor. | 09:35AM |
| 25 | And, in light of that, we've also had discussions | 09:35AM |

| | |
|---|---|
| 1 | with Ms. Bass and Ms. Wimberly of the Home Builders committee to | 09:35AM |
| 2 | try to reach some type of proposal that we will present to the | 09:35AM |
| 3 | Court. | 09:35AM |
| 4 | We appreciate that, Your Honor. | 09:35AM |
| 5 | THE COURT:  Okay. | 09:35AM |
| 6 | Anything from BASS?  From the builder, Moss?  Any | 09:35AM |
| 7 | problems? | 09:35AM |
| 8 | I always ask the Moss representative to be here. | 09:35AM |
| 9 | In case any litigants or lawyers have any issues, they can take | 09:35AM |
| 10 | it up directly with the remediation program manager, who is in | 09:35AM |
| 11 | charge of all of this. | 09:36AM |
| 12 | MR. MILLER:  Your Honor, Kerry Miller again. | 09:36AM |
| 13 | Phil Adams from Moss is here, as he has been for | 09:36AM |
| 14 | the last twenty or so status conferences.  Maybe more, I can | 09:36AM |
| 15 | remember.  And, if there are any issues, this presents a nice | 09:36AM |
| 16 | forum form discussion. | 09:36AM |
| 17 | But what we've seen, Your Honor, is the | 09:36AM |
| 18 | remediation program has certainly peaked and is on the down | 09:36AM |
| 19 | swing.  We don't have nearly the issues we used to. | 09:36AM |
| 20 | But, to the extent they do exist, Mr. Adams is | 09:36AM |
| 21 | here and certainly available to address them while in New | 09:36AM |
| 22 | Orleans. | 09:36AM |
| 23 | THE COURT:  Yes.  The people who are interested in | 09:36AM |
| 24 | remediating their homes have access to professional | 09:36AM |
| 25 | well-thought-of, well documented national group that's been | 09:36AM |

1    doing this.                                                    09:36AM

2            And, because of the numbers that they've worked        09:36AM

3    on, they're able to have not only the quality but also some    09:37AM

4    break for the numbers of cases that they're handling, and      09:37AM

5    they're able to do it and do it efficiently.  While this has   09:37AM

6    been going on.  So individuals have applied for this program.  09:37AM

7    And, as in all remediation or as in all building programs,     09:37AM

8    sometimes things don't work out.  And so Moss has been able to 09:37AM

9    be at these meetings; and, any problems that people have had,  09:37AM

10   they've been able to bring them up at these meetings and they've 09:37AM

11   been able to get attention immediately for it.                 09:37AM

12           So I think the program has worked very well, and I     09:37AM

13   appreciate the cooperation of the parties in doing it.         09:37AM

14       MR. LEVIN:  Your Honor, lead and liaison counsel have      09:37AM

15   monitored what's going on with the remediation.  There's emails 09:37AM

16   every day confirming various problems and the resolution of    09:37AM

17   various problems.  And we can say that, with the undertaking    09:38AM

18   that Knauf has made through Kerry and what Moss has done, that  09:38AM

19   we only wish that the Taishan defendants behaved in the manner  09:38AM

20   in which Knauf, their counsel and Moss have behaved to the      09:38AM

21   clients that we represent.                                     09:38AM

22       THE COURT:  All right.                                     09:38AM

23           Any other items on the agenda?                         09:38AM

24           The Louisiana Attorney General, anything from the      09:38AM

25   attorney general?                                              09:38AM

```
1            The representative says no.                        09:38AM

2            The next meeting is February the 12th; and,        09:38AM

3    following that, it's March the 26th.  March 26th.          09:38AM

4            MR. MILLER:  Your Honor, one thing before we break. 09:38AM

5            On the issue of Already Remediated Homes, that was  09:38AM

6    right before the Louisiana Attorney General.               09:38AM

7            Your Honor, Sean Payton was the actually first ARA  09:38AM

8    that settled this part of that component of the class action 09:38AM

9    settlement.  That was a protocol I had worked out with Mr. Davis 09:38AM

10   in terms of documentation and putting books together and so on 09:39AM

11   and so forth.                                              09:39AM

12           On that, Your Honor, we've settled about 260 of    09:39AM

13   those.  We have about 150 left.  The 260 we've settled were the 09:39AM

14   cases that had the best documentation, such as Mr. Payton's home 09:39AM

15   and others like that, where the attorneys kept and the clients 09:39AM

16   kept very good records of what went on.                    09:39AM

17           For the 150 that are left, maybe some fall in that 09:39AM

18   category.  But the others, at least to us, appear to have some 09:39AM

19   evidentiary issues and so are more difficult to resolve.   09:39AM

20           What we want to do, Your Honor is perhaps set up    09:39AM

21   mediations, perhaps set up face-to-face meetings with counsel 09:39AM

22   and their clients on these issues to try and wrap these up this 09:39AM

23   year while we wrap up the other aspects of the program.    09:39AM

24           THE COURT:  That's a good idea.                     09:39AM

25           What's the total number?  Some thousands?           09:39AM
```

1    MR. MILLER:  No.  Already remediated homes?  About 410.    09:39AM

2  So we've gotten about 260 done with about 150 left to go.    09:39AM

3    THE COURT:  All right.    09:40AM

4    MR. MILLER:  Your Honor, on that score, I've recently    09:40AM

5  switched firms.  I know that they were looking for some contact    09:40AM

6  information in terms of getting additional information in on    09:40AM

7  these already remediated homes that are unsettled or setting    09:40AM

8  mediation, things of that nature.  I provided Duncan, your law    09:40AM

9  clerk, with my new email address.  That will be available on the    09:40AM

10  Court's website.  And certainly me and the staff that I have at    09:40AM

11  my new firm will be very attentive to this issue moving forward    09:40AM

12  at this point.    09:40AM

13    THE COURT:  Good luck to you at the new firm.  I know    09:40AM

14  you'll do a good job for them.    09:40AM

15    Court will stand in recess.  Thank you.    09:40AM

16    (9:38 a.m., proceedings recessed.)    09:40AM

17    09:41AM

18

19    CERTIFICATE

20

21    I, Susan A. Zielie, Official Court Reporter, do hereby

22  certify that the foregoing transcript is correct.

23

24

25    /S/ SUSAN A. ZIELIE, FCRR
    _____
    Susan A. Zielie, FCRR

## $

**$1,000** [1] - 9:5
**$10,000** [2] - 9:6, 9:7
**$14,400** [1] - 9:8, 9:9
**$2,500** [1] - 9:10
**$393,800** [1] - 12:19
**$50,000** [2] - 19:11, 19:13

## /

**/S** [1] - 29:24

## 1

**1** [1] - 14:23
**1,000** [1] - 12:13
**1,674** [1] - 6:17
**1.7** [1] - 7:19
**10,000** [1] - 6:16
**100** [2] - 8:16, 17:15
**11,770** [1] - 7:14
**1100** [1] - 2:18
**12th** [2] - 7:14, 28:2
**150** [3] - 28:13, 28:17, 29:2
**159** [1] - 12:14
**176** [1] - 12:14
**19,726** [1] - 6:9
**19106** [1] - 2:6

## 2

**2,527** [1] - 8:14
**200** [2] - 8:17, 12:9
**2015** [2] - 1:6, 4:1
**2047** [2] - 1:5, 4:5
**21.3** [1] - 8:3
**22** [2] - 1:6, 4:1
**22,491** [1] - 6:8
**23rd** [1] - 8:25
**2450** [1] - 2:15
**25th** [1] - 23:16
**260** [3] - 28:12, 28:13, 29:2
**26th** [2] - 28:3

## 3

**3600** [1] - 2:11
**37.7** [1] - 9:13
**3700** [1] - 2:18

## 4

**4,000** [1] - 8:13
**400** [1] - 2:14
**410** [1] - 29:1
**425** [1] - 2:8

**428** [1] - 8:14
**44** [1] - 8:14

## 5

**500** [2] - 1:18, 2:6
**504.589.7781** [1] - 1:20
**504.593.0849** [1] - 2:22
**510** [1] - 2:6
**54.8** [1] - 7:18
**546** [1] - 2:21

## 7

**70086** [1] - 2:9
**701** [1] - 2:11
**70113** [1] - 2:4
**70130** [3] - 1:19, 2:15, 2:21
**70139** [1] - 2:12
**70163** [1] - 2:19

## 8

**820** [1] - 2:3
**866-866-1729** [1] - 13:2

## 9

**9,983** [1] - 6:17
**9:00** [2] - 1:7, 4:2
**9:38** [1] - 29:16

## A

**A.M** [2] - 1:7, 4:2
**a.m** [1] - 29:16
**abbreviate** [1] - 8:12
**ability** [2] - 21:15, 21:20
**able** [15] - 4:24, 7:12, 7:22, 8:22, 11:18, 11:22, 15:22, 18:18, 21:18, 25:16, 27:3, 27:5, 27:8, 27:10, 27:11
**abundance** [1] - 7:9
**accept** [2] - 10:4, 21:12
**acceptance** [3] - 10:24, 12:16, 12:21
**accepted** [3] - 10:11, 12:14, 12:20
**accepts** [1] - 10:22
**access** [1] - 26:24
**accomplished** [1] - 23:22

**act** [1] - 21:24
**Action** [2] - 13:13, 13:24
**action** [6] - 5:2, 10:10, 10:13, 13:21, 15:23, 28:8
**Actions** [1] - 13:4
**actively** [2] - 6:10, 16:6
**activities** [1] - 19:22
**Adams** [2] - 26:13, 26:20
**add** [1] - 15:24
**addition** [4] - 17:11, 17:16, 20:21, 22:17
**additional** [3] - 11:5, 21:6, 29:6
**address** [3] - 8:2, 26:21, 29:9
**ADM** [2] - 21:8, 22:19
**admitted** [1] - 11:10
**advanced** [1] - 16:4
**advertising** [1] - 16:18
**advisement** [1] - 15:19
**affiliate** [1] - 22:9
**affiliates** [3] - 19:5, 20:23, 21:23
**afford** [1] - 16:14
**afterwards** [1] - 16:10
**agenda** [3] - 4:14, 4:16, 27:23
**ago** [2] - 4:14, 21:7
**agree** [1] - 17:8
**agreement** [3] - 19:19, 19:20, 19:21
**agreements** [1] - 16:6
**AIDED** [1] - 1:23
**AIRLINE** [1] - 1:8
**ALL** [1] - 1:8
**allow** [2] - 8:23, 9:3
**almost** [2] - 11:19, 22:20
**alternative** [1] - 8:11
**amount** [2] - 9:12, 17:10
**amounts** [2] - 9:4, 9:11
**announcement** [1] - 16:21
**answering** [1] - 5:17
**anticipate** [1] - 11:14
**apologize** [1] - 24:10
**appeal** [2] - 20:14, 20:15
**appear** [2] - 13:18, 28:18
**appearance** [2] - 13:17, 20:13

**APPEARANCES** [1] - 2:1
**appliances** [4] - 25:1, 25:2, 25:3
**applied** [1] - 27:6
**appointed** [1] - 24:6
**appreciate** [6] - 5:23, 13:12, 24:3, 24:9, 26:4, 27:13
**appreciative** [1] - 13:9
**approached** [1] - 14:14
**appropriate** [2] - 22:3, 25:12
**approve** [1] - 17:21
**ARA** [1] - 28:7
**Arnold** [3] - 4:9, 14:4, 15:12
**ARNOLD** [1] - 2:5
**arrangement** [1] - 17:7
**aspect** [2] - 13:14, 19:23
**aspects** [1] - 28:23
**assessment** [3] - 5:19, 13:20, 13:21
**assets** [7] - 19:3, 20:25, 21:4, 21:6, 21:21, 21:22, 21:23
**assigned** [2] - 6:19, 7:11
**assignment** [1] - 7:10
**associated** [1] - 11:14
**association** [1] - 16:19
**assuming** [1] - 10:24
**assure** [3] - 15:20, 16:12, 20:3
**attention** [2] - 18:2, 27:11
**attentive** [1] - 29:11
**Attorney** [2] - 27:24, 28:6
**attorney** [7] - 15:11, 17:8, 17:9, 17:18, 24:6, 27:25
**attorney's** [1] - 17:11
**attorneys** [5] - 16:5, 19:11, 19:13, 24:5, 28:15
**authorize** [1] - 25:22
**authorized** [1] - 7:4
**available** [5] - 8:1, 9:12, 16:1, 26:21, 29:9
**AVENUE** [1] - 2:3
**award** [1] - 10:6
**Award** [4] - 10:7, 10:14, 10:15, 11:5
**aware** [2] - 16:1, 23:20

## B

**B406** [1] - 1:18
**back-and-forth** [1] - 23:24
**ball** [1] - 20:17
**banking** [1] - 20:1
**bankrupt** [1] - 20:7
**Banner** [4] - 6:13, 6:15, 8:7, 18:20
**bar** [1] - 16:19
**BARRIOS** [3] - 2:10, 2:11, 4:22
**basis** [2] - 5:17, 22:13
**BASS** [1] - 26:6
**Bass** [1] - 26:1
**bat** [1] - 17:4
**batting** [1] - 19:2
**beauty** [1] - 15:9
**Becnel** [7] - 14:4, 15:13, 15:20, 15:25, 16:7, 16:9, 22:5
**BECNEL** [6] - 2:7, 14:7, 15:2, 16:16, 21:5, 22:17
**Becnel's** [1] - 15:16
**becomes** [1] - 22:15
**BEFORE** [1] - 1:14
**began** [2] - 7:13, 12:18
**begin** [1] - 8:23
**begun** [3] - 9:17, 12:5, 12:17
**behalf** [1] - 4:12
**behaved** [4] - 13:16, 27:19, 27:20
**behaves** [1] - 13:16
**behind** [1] - 22:1
**benefit** [4] - 15:18, 16:3, 17:10
**BERMAN** [1] - 2:5
**best** [2] - 12:23, 28:14
**better** [1] - 11:23
**between** [3] - 19:9, 19:22, 23:1
**BMBM** [2] - 13:16, 13:21
**BMDM** [1] - 22:7
**board** [5] - 20:4, 20:5, 20:8, 24:25, 25:4
**Bob** [2] - 24:6, 24:10
**bodily** [4] - 5:11, 8:10, 9:5, 12:8
**books** [1] - 28:10
**Bowl** [1] - 14:8
**break** [2] - 27:4, 28:4
**Brees** [1] - 14:16
**brief** [1] - 23:15
**briefly** [1] - 6:6

bring [1] - 27:10
bringing [1] - 18:1
brought [1] - 19:5
BrownGreer [5] -
  4:18, 5:8, 6:4, 13:7,
  13:8
builder [1] - 26:6
BUILDERS [1] - 2:20
Builders [1] - 26:1
building [1] - 27:7
business [1] - 19:15
BY [7] - 1:23, 1:23,
  2:3, 2:5, 2:11, 2:17,
  2:20

## C

camp [1] - 14:11
cannot [1] - 11:5
care [1] - 24:9
Cargill [2] - 21:7,
  22:19
Carondelet [1] - 2:21
case [22] - 4:4, 5:22,
  14:12, 14:17, 14:20,
  15:7, 15:8, 16:22,
  16:24, 17:6, 17:9,
  17:13, 18:15, 18:16,
  18:18, 19:12, 19:13,
  20:12, 22:18, 25:9,
  26:9
CASE [1] - 4:5
CASES [1] - 1:8
cases [7] - 4:22, 7:8,
  14:19, 16:20, 16:23,
  27:4, 28:14
CASTEIX [1] - 2:10
categories [1] - 8:9
category [2] - 6:17,
  28:18
cattle [1] - 21:19
caution [1] - 7:9
CDWquestions@
  BrownGreer [1] -
  13:1
CENTRE [1] - 2:17
certainly [5] - 17:22,
  23:17, 26:18, 26:21,
  29:10
CERTIFICATE [1] -
  29:19
certification [1] - 5:18
certify [1] - 29:22
chance [1] - 10:13
change [2] - 7:1,
  10:16
changes [1] - 8:16
charge [1] - 26:11
checks [4] - 7:15,
  7:17, 7:25

child [1] - 15:6
China [6] - 13:15,
  19:9, 19:17, 19:18,
  21:14, 22:21
Chinese [4] - 4:5, 6:5,
  14:12, 15:6, 16:21,
  21:6, 21:12, 21:20
CHINESE [1] - 1:4
CHINESE-
  MANUFACTURED
  [1] - 1:4
City [1] - 14:25
claim [24] - 5:5, 6:9,
  6:12, 6:18, 6:19,
  6:23, 6:24, 6:25, 7:3,
  7:11, 7:18, 8:13,
  9:14, 9:21, 11:2,
  11:3, 11:8, 11:24,
  11:25, 12:7, 15:2,
  16:11
claimant [7] - 7:10,
  7:22, 10:15, 10:18,
  10:22, 11:4, 17:12
claimants [13] - 6:18,
  7:2, 7:7, 7:16, 7:23,
  10:3, 10:10, 17:15,
  17:17, 23:9, 23:20,
  24:5
Claims [1] - 8:8
claims [45] - 6:7, 6:8,
  6:10, 6:13, 6:16, 7:2,
  7:4, 7:5, 7:6, 7:8,
  7:9, 7:13, 7:23, 8:7,
  8:8, 8:9, 8:13, 8:21,
  8:24, 9:4, 9:6, 9:8,
  9:12, 9:18, 10:6,
  10:7, 10:25, 11:6,
  11:16, 11:17, 11:18,
  11:20, 11:25, 12:6,
  12:9, 12:11, 12:12,
  12:14, 12:18, 12:19,
  12:20, 12:22
class [4] - 5:2, 5:18,
  13:21, 28:8
Class [3] - 13:4,
  13:13, 13:24
clauses [1] - 19:21
clerk [1] - 29:9
client [1] - 16:22
clients [4] - 4:20,
  27:21, 28:15, 28:22
clock [1] - 11:17
close [1] - 5:7
closely [1] - 5:24
closure [1] - 9:5
CMBM [2] - 13:16,
  13:21
CMDM [1] - 22:7
coming [1] - 21:14
comment [1] - 23:15

comments [2] - 17:20,
  24:22
commercial [2] -
  16:18, 19:7
committee [8] - 4:12,
  14:19, 15:17, 15:19,
  15:21, 16:1, 16:11,
  26:1
COMMITTEE [2] - 2:2,
  2:10
common [4] - 15:18,
  16:3, 17:10
commotion [1] - 16:20
companies [3] -
  21:13, 21:23, 21:24
company [2] - 20:25,
  22:10
competing [1] - 7:9
complaint [2] - 13:15,
  16:2
Complaints [1] -
  13:13
complaints [1] - 13:14
complete [3] - 6:9,
  18:9, 24:12
complex [1] - 16:7
component [1] - 28:8
COMPUTER [1] - 1:23
concept [1] - 17:14
conducted [1] - 15:17
CONFERENCE [1] -
  1:13
conference [5] - 4:7,
  5:21, 7:20, 23:16,
  23:25
conferences [2] -
  24:23, 26:14
confirming [1] - 27:16
connection [2] - 14:3,
  22:23
conscious [1] - 18:1
consideration [1] -
  17:23
contact [3] - 5:7,
  12:23, 29:5
contain [1] - 10:2
contains [1] - 19:21
contempt [1] - 22:1
content [1] - 20:20
continue [5] - 8:4,
  12:10, 12:19, 23:25,
  25:7
cooperation [1] -
  27:13
COORDINATION [1] -
  2:10
copies [1] - 14:4
copper [1] - 25:2
copper-fit [1] - 25:2
corn [2] - 21:9, 21:13

corporation [2] -
  13:22, 20:1
correct [1] - 29:22
Costs [1] - 18:22
counsel [10] - 4:8,
  4:13, 15:18, 16:19,
  20:24, 23:17, 25:12,
  27:14, 27:20, 28:21
country [1] - 20:22
course [2] - 10:24,
  24:2
court [8] - 19:6, 20:14,
  20:16, 20:20, 21:8,
  22:13, 29:15
Court [16] - 4:19, 4:21,
  5:19, 8:22, 8:25,
  16:9, 20:23, 21:5,
  21:6, 21:16, 22:4,
  23:15, 23:23, 25:13,
  26:3, 29:21
COURT [39] - 1:1,
  1:17, 4:3, 4:7, 4:13,
  4:21, 5:22, 6:20,
  12:2, 13:3, 13:11,
  13:24, 14:1, 14:3,
  15:1, 15:8, 16:15,
  17:5, 18:13, 18:22,
  18:24, 19:10, 20:8,
  21:22, 22:9, 22:24,
  23:4, 23:8, 23:12,
  24:3, 24:14, 24:18,
  24:24, 26:5, 26:23,
  27:22, 28:24, 29:3,
  29:13
Court's [1] - 29:10
courtroom [1] - 24:13
created [2] - 19:8,
  25:1
CURATOR [1] - 2:13

## D

damages [2] - 5:20,
  13:22
DANIEL [1] - 2:7
Danny [6] - 14:4, 14:5,
  15:13, 16:9, 16:12,
  22:22
date [1] - 12:21
DAVIS [5] - 2:3, 22:3,
  22:22, 24:21, 25:24
Davis [2] - 24:20, 28:9
DAWN [2] - 1:17
days [2] - 10:11, 10:23
deadline [4] - 5:4,
  11:7, 11:18, 11:19
deal [2] - 16:10, 17:2
dealt [1] - 17:25
December [1] - 8:25
decided [2] - 20:15,

23:13
decisions [1] - 5:18
deemed [1] - 10:11
default [2] - 13:19,
  19:25
defend [1] - 19:25
defendant [3] - 15:10,
  15:11, 25:18
DEFENDANT [1] -
  2:16
Defendant [1] - 23:5
defendants [7] -
  17:16, 18:16, 18:24,
  25:7, 25:12, 27:19
defense [1] - 4:12
deficiency [1] - 5:6
denied [3] - 6:17,
  6:20, 6:23
dentist [1] - 16:23
denying [1] - 8:19
destroyed [1] - 25:19
determination [2] -
  10:9, 10:21
determine [2] - 9:22,
  20:24
determined [2] -
  10:19, 19:4
Dewan [1] - 23:1
different [5] - 6:14,
  9:14, 12:7, 15:5,
  17:19
difficult [1] - 28:19
direct [1] - 20:24
directly [2] - 17:4,
  26:10
disbursed [1] - 12:19
discovery [1] - 20:11
discuss [1] - 4:14
discussed [1] - 15:20
discussion [1] - 26:16
discussions [1] -
  25:25
dissolution [1] - 14:13
distribute [1] - 8:3
distributed [1] - 7:18
distribution [1] - 9:13
District [1] - 19:8
DISTRICT [4] - 1:1,
  1:2, 1:15, 1:18
district [2] - 21:2, 21:3
document [2] - 8:19,
  23:18
DOCUMENT [1] - 1:7
documentation [3] -
  6:18, 28:10, 28:14
documented [1] -
  26:25
documents [8] - 8:20,
  10:12, 11:1, 11:3,
  11:5, 11:6, 11:10,

11:24
**done** [7] - 6:11, 13:11, 16:11, 17:18, 18:12, 27:18, 29:2
**DOROTHY** [1] - 2:20
**down** [2] - 10:16, 26:18
**Dr** [1] - 16:23
**draft** [1] - 8:22
**Drew** [1] - 14:15
**Drywall** [3] - 4:6, 6:5, 16:21
**DRYWALL** [1] - 1:4
**drywall** [4] - 14:12, 15:7, 19:17, 19:18
**due** [1] - 16:14
**Duncan** [1] - 29:8
**duplicate** [3] - 7:4, 7:7, 7:22
**during** [1] - 5:20
**duty** [1] - 21:25
**dwimberly@
    stonepigman.com**
    [1] - 2:22

## E

**Eagles** [1] - 15:15
**earned** [1] - 20:22
**Eastern** [1] - 19:8
**EASTERN** [2] - 1:2, 1:18
**effect** [2] - 21:25, 25:2
**effectively** [2] - 5:17, 23:3
**efficiently** [1] - 27:5
**efforts** [1] - 24:8
**either** [3] - 28:18, 19:24, 20:22
**ELDON** [1] - 1:14
**elevators** [1] - 21:17
**eligibility** [6] - 9:17, 9:18, 9:25, 10:4, 11:15, 12:8
**eligible** [7] - 6:16, 7:16, 8:14, 8:19, 8:24, 9:4, 12:5
**email** [2] - 12:25, 29:9
**emails** [1] - 27:15
**end** [2] - 5:6, 8:2
**ended** [1] - 23:20
**ENERGY** [1] - 2:17
**engineered** [1] - 21:9
**enter** [1] - 13:17
**entered** [1] - 8:25
**entities** [4] - 20:9, 20:10, 20:11, 20:12
**especially** [1] - 17:1
**ESQ** [2] - 2:13, 2:20
**ESQUIRE** [5] - 2:3,

2:5, 2:7, 2:11, 2:17
**essentially** [2] - 7:4, 9:11
**estate** [1] - 17:2
**evaluation** [1] - 11:23
**event** [1] - 14:22
**eventually** [2] - 20:5, 20:13
**Evidence** [2] - 24:19, 24:24
**evidence** [2] - 25:20, 25:23
**evidentiary** [1] - 28:19
**EX** [1] - 8:7
**exactly** [1] - 8:14
**exist** [1] - 26:20
**expedited** [1] - 22:13
**Expense** [1] - 14:1
**expenses** [2] - 8:11, 11:9
**expensive** [1] - 14:9
**expire** [1] - 11:20
**explain** [1] - 20:19
**explaining** [1] - 5:16
**exports** [1] - 21:16
**exposure** [1] - 24:25
**express** [1] - 17:22
**extensions** [1] - 11:18
**extensive** [1] - 15:17
**extent** [1] - 26:20

## F

**face** [1] - 28:21
**face-to-face** [1] - 28:21
**fact** [1] - 15:4
**Fact** [1] - 23:5
**failure** [1] - 8:20
**fair** [1] - 25:6
**fall** [1] - 28:17
**FALLON** [1] - 1:14
**far** [5] - 7:14, 7:18, 12:6, 18:18, 19:20
**fast** [1] - 17:24
**fast-track** [1] - 17:24
**FCRR** [3] - 1:17, 29:24, 29:25
**February** [3] - 5:20, 11:16, 28:2
**federal** [1] - 19:6
**fee** [16] - 14:20, 15:17, 15:18, 15:19, 15:21, 16:1, 16:3, 16:5, 16:11, 16:18, 17:6, 17:9, 17:10, 17:11, 17:16, 17:21
**Fee** [1] - 14:1
**feed** [1] - 21:19
**fees** [5] - 15:11, 17:18,

17:21, 19:11, 10:22
**file** [3] - 14:24, 25:13, 25:22
**filed** [1] - 21:8
**finally** [2] - 11:13, 12:23
**fining** [1] - 20:21
**finished** [1] - 14:9
**firm** [2] - 29:11, 29:13
**firms** [1] - 29:5
**first** [6] - 11:16, 11:20, 16:22, 16:23, 19:1, 28:7
**FISHBEIN** [1] - 2:5
**fit** [2] - 8:8, 25:2
**five** [3] - 4:23, 15:5, 21:7
**fixed** [2] - 17:15, 17:16
**flesh** [1] - 14:5
**flowing** [1] - 4:20
**fluctuates** [1] - 7:21
**following** [1] - 28:3
**FOR** [3] - 2:2, 2:10, 2:20
**foreclosure** [2] - 8:10, 12:8
**foreclosures** [1] - 20:7
**foregoing** [1] - 29:22
**form** [3] - 10:25, 12:24, 26:16
**forms** [2] - 5:5, 8:1
**Forms** [1] - 23:5
**forth** [3] - 15:9, 23:24, 28:11
**forty** [1] - 12:18
**forty-three** [1] - 12:18
**forum** [1] - 26:16
**forward** [1] - 29:11
**four** [2] - 8:9, 8:13
**Frequently** [1] - 23:8
**Frilot** [1] - 2:16
**fund** [3] - 5:4, 6:22, 6:24
**funds** [2] - 5:9, 15:3

## G

**game** [1] - 18:8
**Garretson** [1] - 5:2
**GBI** [2] - 7:13, 11:2
**general** [2] - 14:15, 27:25
**General** [2] - 27:24, 28:6
**generally** [3] - 7:7, 10:23, 17:10
**genetically** [1] - 21:9
**Global** [3] - 6:12, 6:15, 8:7
**grain** [4] - 21:16,

21:17, 21:18, 22:20
**grant** [1] - 11:18
**great** [2] - 5:25, 19:8
**group** [4] - 18:10, 23:19, 24:1, 26:25
**Group** [1] - 5:2
**guess** [1] - 15:8

## H

**handled** [2] - 14:17, 19:13
**handling** [1] - 27:4
**head** [1] - 5:1
**health** [2] - 17:1, 17:25
**hear** [4] - 4:8, 15:12, 17:20, 24:16
**HEARD** [1] - 1:14
**hearing** [5] - 5:20, 21:10, 22:18, 24:11, 24:12
**held** [1] - 22:1
**help** [5] - 5:23, 5:25, 5:11, 23:25, 24:6
**helpful** [1] - 22:23
**hereby** [1] - 29:21
**HERMAN** [1] - 2:2
**Herman** [1] - 4:10
**high** [1] - 9:2
**HIGHWAY** [1] - 2:8
**hire** [2] - 17:8, 24:6
**hired** [1] - 24:5
**hold** [1] - 15:13
**HOME** [1] - 2:20
**Home** [1] - 26:1
**home** [3] - 14:9, 20:17, 28:14
**homes** [9] - 17:15, 18:9, 18:11, 18:19, 20:4, 26:24, 29:1, 29:7
**Homes** [1] - 28:5
**Honor** [23] - 4:9, 4:11, 4:22, 6:3, 16:16, 18:5, 18:7, 18:12, 22:3, 22:12, 23:1, 24:10, 24:21, 25:24, 26:4, 26:12, 26:17, 27:14, 28:4, 28:7, 28:12, 28:20, 29:4
**HONORABLE** [1] - 1:14
**hopes** [1] - 4:24
**house** [1] - 14:12
**hundreds** [1] - 25:5
**hurting** [1] - 19:12

## I

**idea** [2] - 11:21, 28:24
**ignored** [1] - 19:7
**imagine** [1] - 25:4
**immediately** [1] - 27:11
**IN** [2] - 1:4, 8:7
**IN-EX** [1] - 8:7
**IN/EX** [2] - 6:13, 6:15
**IN\EX** [1] - 18:20
**including** [3] - 17:23, 18:10, 20:2
**incomplete** [3] - 8:15, 8:18, 8:21
**incompleteness** [1] - 8:15
**increase** [1] - 7:19
**independent** [1] - 10:20
**independently** [1] - 10:8
**indication** [1] - 12:2
**individual** [1] - 16:5
**individuals** [3] - 24:8, 25:15, 27:6
**information** [5] - 12:23, 21:6, 22:6, 29:6
**informed** [2] - 23:10, 23:21
**injury** [5] - 5:11, 8:10, 9:5, 12:8
**inning** [3] - 18:8, 18:25, 19:2
**inspected** [1] - 15:5
**inspections** [1] - 15:4
**instructions** [1] - 10:2
**insufficient** [2] - 6:17, 10:5
**intentionally** [1] - 25:19
**interested** [3] - 19:12, 19:14, 26:23
**interesting** [4] - 17:5, 17:13, 23:13, 24:17
**interests** [1] - 13:23, 20:2
**interview** [1] - 15:24
**interviews** [1] - 15:17
**issue** [14] - 4:18, 7:6, 7:25, 9:17, 9:25, 10:19, 12:10, 14:6, 20:25, 24:24, 25:6, 25:18, 28:5, 29:11
**issued** [6] - 7:14, 11:16, 12:6, 12:7, 12:9, 12:13
**issues** [9] - 5:10, 7:22, 15:20, 17:25, 26:9,

26:15, 26:19, 28:19, 28:22
**issuing** [4] - 7:13, 9:18, 12:5, 12:17
**item** [3] - 13:4, 13:24, 14:1
**itemized** [1] - 11:9
**items** [1] - 27:23
**itself** [1] - 22:10

## J

**Jake** [3] - 5:7, 6:1, 6:3
**JANUARY** [2] - 1:6, 4:1
**job** [2] - 13:11, 29:14
**john** [1] - 21:8
**JOHNSTON** [4] - 2:13, 2:14, 23:13, 24:16
**Johnston** [2] - 23:10, 24:6
**joint** [1] - 4:23
**Judge** [2] - 22:17, 23:1
**judge** [5] - 5:23, 14:7, 21:2, 22:18
**JUDGE** [1] - 1:15
**judgment** [2] - 13:20, 19:25
**judiciary** [1] - 22:15
**jump** [1] - 5:1

## K

**Kansas** [2] - 14:24, 21:11
**KATZ** [1] - 2:2
**keep** [1] - 25:8
**kept** [2] - 28:15, 28:16
**Kerry** [6] - 4:11, 18:4, 18:5, 23:21, 26:12, 27:18
**KERRY** [1] - 2:17
**kind** [1] - 15:5, 21:23
**kinds** [1] - 16:19
**KINGSDORF** [1] - 2:10
**Knauf** [12] - 4:12, 16:24, 18:20, 19:1, 20:4, 20:9, 20:11, 23:17, 23:19, 24:8, 27:18, 27:20
**KNAUF** [1] - 2:16
**knows** [3] - 17:6, 18:14, 21:16

## L

**LA** [7] - 1:19, 2:4, 2:9, 2:12, 2:15, 2:19,

2:21
**lake** [1] - 14:8
**LAPLACE** [1] - 2:9
**largely** [5] - 6:17, 7:1, 7:6, 7:11, 8:5
**larger** [1] - 7:15
**largest** [1] - 6:12
**last** [13] - 5:8, 7:14, 7:19, 8:16, 13:24, 18:8, 18:10, 18:11, 23:21, 23:25, 24:1, 26:14
**late** [1] - 23:19
**law** [1] - 29:8
**LAW** [1] - 2:13
**lawyers** [1] - 26:9
**lead** [3] - 4:13, 16:2, 27:14
**least** [1] - 28:18
**left** [4] - 8:3, 28:13, 28:17, 29:2
**legitimate** [1] - 25:11
**LEONARD** [1] - 2:3
**less** [1] - 9:22
**letters** [1] - 14:4
**LEVIN** [21] - 2:5, 2:5, 4:9, 4:18, 5:14, 13:6, 13:13, 13:25, 14:2, 15:13, 18:21, 18:23, 18:25, 19:11, 22:12, 22:25, 23:7, 23:10, 24:10, 24:20, 27:14
**Levin** [1] - 4:9
**LIABILITY** [1] - 1:4
**Liability** [1] - 4:6
**liaison** [5] - 4:8, 4:10, 4:13, 25:12, 27:14
**light** [2] - 24:22, 25:25
**line** [1] - 7:25
**link** [1] - 22:22
**links** [2] - 22:7, 22:8
**list** [2] - 9:18, 11:9
**listed** [1] - 4:23
**listened** [1] - 13:7
**litigants** [4] - 15:9, 17:7, 26:9
**litigation** [4] - 4:6, 16:4, 16:13, 19:4
**LITIGATION** [1] - 1:5
**live** [1] - 14:10
**living** [2] - 8:11, 14:7
**LLC** [2] - 2:14, 2:16
**look** [2] - 11:8, 25:15
**looking** [1] - 29:5
**Loomis** [1] - 14:15
**lose** [1] - 10:13
**Loss** [9] - 8:8, 8:9, 8:24, 9:4, 9:12, 9:18, 11:16, 11:19, 12:17

**loss** [5] - 5:4, 5:9, 6:24, 6:25, 9:6
**losses** [2] - 9:9, 9:22
**lost** [4] - 8:10, 9:7, 12:11, 20:14
**Louisiana** [1] - 19:8, 21:17, 27:24, 28:6
**LOUISIANA** [1] - 1:2, 1:6, 1:18, 4:1
**low** [1] - 8:21
**lower** [1] - 9:23
**luck** [1] - 29:13

## M

**madam** [1] - 22:12
**main** [1] - 8:9
**major** [1] - 21:16
**majority** [1] - 11:15
**maliciously** [1] - 25:19
**manager** [2] - 14:15, 26:10
**MANAGER** [1] - 4:5
**Mandeville** [1] - 14:8
**manner** [2] - 13:9, 27:19
**MANUFACTURED** [1] - 1:4
**manufactured** [1] - 20:9
**Manufactured** [1] - 4:6
**March** [3] - 11:20, 28:3
**marriage** [1] - 14:13
**master** [7] - 10:6, 10:8, 10:20, 10:11, 11:14, 11:17, 12:15
**Master** [4] - 10:7, 10:14, 10:15, 11:4
**material** [3] - 22:11, 25:8, 25:19
**matter** [2] - 4:8, 5:24
**matters** [1] - 22:11
**MDL** [6] - 17:9, 21:2, 21:10, 22:17, 22:19
**mDL** [1] - 1:5
**mean** [1] - 6:20
**MECHANICAL** [1] - 1:23
**mediation** [1] - 29:8
**mediations** [1] - 28:21
**Medicaid** [1] - 5:11
**Medicare** [1] - 5:11
**Medicare-Medicaid** [1] - 5:11
**meeting** [2] - 12:3, 28:2
**meetings** [3] - 27:9, 27:10, 28:21
**members** [1] - 14:16
**mention** [2] - 8:15,

9:20
**mentioned** [8] - 8:4, 9:23, 10:20, 12:5, 12:10, 12:24, 15:25, 18:15
**merits** [1] - 15:16
**met** [2] - 4:13, 24:23
**Mickey** [1] - 14:15
**might** [1] - 15:24
**MILLER** [7] - 2:17, 4:11, 18:5, 26:12, 28:4, 29:1, 29:4
**Miller** [4] - 4:11, 18:6, 23:21, 26:12
**millin** [1] - 9:13
**million** [3] - 7:18, 7:19, 8:3
**mind** [1] - 14:18
**minute** [1] - 14:9
**miscellaneous** [2] - 6:10, 9:9
**modified** [1] - 9:11
**moment** [2] - 4:13, 23:24
**money** [5] - 4:19, 6:2, 6:21, 19:10, 21:8
**monitored** [1] - 27:15
**month** [7] - 5:7, 7:1, 8:16, 13:8
**monthly** [3] - 4:7, 6:4, 9:7
**morning** [6] - 4:3, 4:9, 4:11, 6:3, 14:24, 18:5
**Moss** [7] - 18:9, 26:6, 26:8, 26:13, 27:8, 27:18, 27:20
**motion** [2] - 25:13, 25:17, 25:22
**motions** [1] - 4:15
**move** [2] - 9:20, 14:10
**moved** [1] - 14:12
**moving** [2] - 8:18, 29:11
**MR** [39] - 4:9, 4:11, 4:18, 5:14, 6:3, 6:23, 12:4, 13:6, 13:13, 13:25, 14:2, 14:7, 15:2, 15:13, 16:16, 18:5, 18:21, 18:23, 18:25, 19:11, 21:5, 22:3, 22:12, 22:17, 22:22, 22:25, 23:7, 23:10, 23:13, 24:10, 24:16, 24:20, 24:21, 25:24, 26:12, 27:14, 28:4, 29:1, 29:4
**MS** [1] - 4:22
**multiple** [1] - 7:17
**MURRAY** [1] - 2:13

## N

**name** [1] - 6:3
**national** [1] - 26:25
**nature** [1] - 29:8
**navigate** [1] - 24:7
**nearly** [1] - 26:19
**necessarily** [2] - 4:15, 5:15
**need** [4] - 11:2, 11:3, 12:25, 17:25
**needed** [1] - 25:10
**needn't** [1] - 23:11
**needs** [1] - 19:7
**negative** [2] - 23:24, 25:2
**negotiated** [1] - 14:18
**never** [1] - 23:24
**New** [2] - 2:21, 26:21
**new** [5] - 14:2, 18:7, 29:9, 29:11, 29:13
**NEW** [1] - 1:6, 1:19, 2:4, 2:12, 2:15, 2:19, 4:1
**next** [4] - 12:3, 13:4, 14:1, 28:2
**nice** [1] - 26:15
**ninety** [2] - 12:16, 18:9
**ninety-plus** [1] - 18:9
**ninth** [1] - 18:25
**nobody's** [1] - 17:20
**Northwest** [1] - 19:16
**nothing** [6] - 14:2, 18:7, 18:21, 18:23, 23:7, 23:8
**notice** [3] - 9:25, 10:1, 10:4
**notices** [9] - 5:6, 9:17, 9:18, 10:2, 11:15, 12:6, 12:8, 12:9, 12:10
**notified** [1] - 14:21
**notify** [1] - 23:23
**November** [1] - 23:16
**number** [11] - 6:7, 7:15, 7:21, 8:15, 8:21, 9:15, 9:21, 10:19, 24:4, 28:25
**numbers** [5] - 7:1, 9:16, 9:22, 27:2, 27:4

## O

**o'clock** [1] - 14:23
**O'KEEFE** [1] - 2:3
**object** [2] - 16:9, 25:3
**obtain** [1] - 12:24
**obviously** [1] - 22:14
**OF** [4] - 1:2, 1:13,

1:18, 2:13
**offer** [9] - 9:19, 9:23,
9:24, 10:4, 10:5,
10:11, 10:14, 10:16,
10:22
**offers** [2] - 9:4, 12:14
**office** [1] - 23:18
**OFFICES** [1] - 2:13
**Official** [1] - 29:21
**OFFICIAL** [1] - 1:17
**Omnibus** [2] - 13:4,
13:14
**omnibus** [1] - 16:2
**once** [3] - 11:3, 11:20,
19:24
**one** [11] - 5:14, 5:17,
7:10, 7:17, 13:6,
13:14, 19:23, 20:9,
23:19, 28:4
**one-to-one** [1] - 5:17
**ongoing** [2] - 19:15,
19:21
**opportunity** [2] -
17:22, 20:18
**options** [1] - 10:3
**order** [6] - 4:16, 5:8,
5:18, 6:11, 8:25,
21:1
**ordered** [1] - 21:25
**Orders** [1] - 4:17
**orders** [1] - 21:25
**Oregon** [3] - 19:4,
19:5, 22:16
**ORLEANS** [7] - 1:6,
1:19, 2:4, 2:12, 2:15,
2:19, 4:1
**Orleans** [2] - 2:21,
26:22
**otherwise** [1] - 17:25
**outstanding** [1] -
13:15
**owe** [1] - 21:24
**own** [1] - 7:12

## P

**PA** [1] - 2:6
**page** [1] - 4:23
**paid** [11] - 7:5, 11:22,
12:18, 14:22, 14:25,
16:18, 17:3, 17:16,
21:13, 21:14
**paper** [1] - 23:19
**papers** [1] - 22:4
**parent** [1] - 16:23
**Parish** [1] - 21:8
**part** [1] - 28:8
**participate** [1] - 20:19
**participating** [1] -
20:14

29:12
**points** [1] - 9:2
**poor** [1] - 20:3
**portion** [1] - 17:11
**Portland** [3] - 19:4,
19:5, 22:15
**poster** [1] - 15:6
**potentially** [1] - 6:24
**POYDRAS** [4] - 1:18,
2:11, 2:14, 2:18
**practicality** [1] - 25:21
**practice** [1] - 19:2
**PRALE** [4] - 8:12, 9:8,
12:9, 12:11
**pre** [1] - 8:11
**pre-remediation** [1] -
8:11
**precluded** [1] - 19:20
**predated** [1] - 18:17
**prefer** [1] - 11:7
**prepare** [1] - 22:3
**prepared** [1] - 13:19
**preparing** [1] - 5:6
**present** [3] - 10:12,
10:25, 26:2
**presentation** [1] - 8:2
**presents** [1] - 26:15
**preserving** [1] - 25:23
**pretrial** [1] - 5:21
**Pretrial** [1] - 4:17
**pretty** [1] - 12:20
**previously** [1] - 6:19
**PRO** [1] - 2:13
**pro** [7] - 6:14, 9:11,
9:13, 9:15, 18:10,
23:9, 24:4
**problems** [6] - 8:5,
25:1, 26:7, 27:9,
27:16, 27:17
**proceed** [1] - 10:3
**proceeding** [2] - 5:25,
9:16
**proceedings** [4] -
13:18, 20:20, 22:14,
29:16
**PROCEEDINGS** [2] -
1:13, 1:23
**process** [9] - 5:5, 8:5,
10:1, 11:12, 11:25,
12:1, 16:7, 16:14,
20:6
**produced** [1] - 21:9
**PRODUCED** [1] - 1:23
**Products** [1] - 4:6
**PRODUCTS** [1] - 1:4
**professional** [1] -
26:24
**Profile** [1] - 23:5
**profits** [1] - 20:22

**program** [9] - 6:5,
18:8, 18:17, 19:1,
26:10, 26:18, 27:6,
27:12, 28:23
**Program** [2] - 18:3,
18:14
**programs** [1] - 27:7
**progress** [1] - 8:17
**prolix** [1] - 16:7
**proof** [1] - 25:10
**properties** [1] - 24:2
**property** [2] - 7:5, 9:8
**proposal** [1] - 26:2
**protocol** [1] - 28:9
**provide** [1] - 22:6
**provided** [3] - 20:21,
23:18, 29:8
**PSC** [2] - 13:7, 15:2
**PTO-29** [3] - 8:23, 9:2,
9:3
**public** [1] - 16:21
**purchased** [1] - 19:17
**purchasing** [1] - 19:15
**purely** [1] - 14:20
**pursue** [2] - 13:20,
19:6
**pursued** [2] - 13:21,
16:6
**pursuing** [2] - 19:3
**put** [1] - 7:24
**puts** [1] - 12:15
**putting** [1] - 28:10

## Q

**quality** [1] - 27:3
**Questions** [1] - 23:8
**questions** [2] - 9:1,
11:13
**quickly** [1] - 12:20

## R

**raised** [1] - 25:18
**rapidly** [1] - 10:23
**rata** [4] - 6:14, 9:11,
9:13, 9:15
**rate** [1] - 12:16
**rather** [2] - 14:8, 18:15
**re** [2] - 4:5
**RE** [1] - 1:4
**reach** [1] - 26:2
**really** [3] - 14:12, 18:7,
25:6
**reason** [1] - 25:17
**reasons** [1] - 13:18
**receive** [5] - 6:24,
7:17, 7:24, 10:4,
10:14
**received** [5] - 7:10,

9:1, 11:13, 12:13,
14:3
**receiving** [1] - 10:3
**recently** [1] - 29:4
**recess** [1] - 29:15
**recessed** [1] - 29:16
**recognize** [1] - 25:9
**reconcile** [1] - 7:22
**reconciling** [2] - 7:4,
7:11, 8:18
**RECORDED** [1] - 1:23
**records** [1] - 28:16
**refer** [2] - 8:8, 11:10
**refrigerators** [1] - 25:5
**refused** [2] - 20:19,
21:12
**regard** [11] - 5:8, 5:10,
5:11, 5:18, 5:19, 6:2,
13:13, 16:11, 18:21,
19:1, 19:2
**RELATES** [1] - 1:7
**relevant** [1] - 22:15
**relocation** [1] - 6:13
**remaining** [1] - 12:11
**remediate** [1] - 18:19
**Remediated** [1] - 28:5
**remediated** [3] - 20:5,
29:1, 29:7
**remediating** [1] -
26:24
**Remediation** [2] -
18:3, 18:14
**remediation** [10] -
8:11, 18:8, 18:17,
19:1, 23:21, 24:2,
26:10, 26:18, 27:7,
27:15
**remember** [1] - 26:15
**rent** [5] - 8:10, 9:7,
9:8, 12:11, 25:7
**rental** [1] - 9:8
**repair** [1] - 6:13
**reply** [1] - 16:16
**report** [12] - 4:19,
4:23, 5:3, 6:1, 6:5,
13:7, 15:22, 15:23,
16:8, 16:9, 16:10,
18:7
**REPORTER** [1] - 1:17
**reporter** [1] - 22:13
**Reporter** [1] - 29:21
**represent** [2] - 14:14,
27:21
**representation** [1] -
16:1
**representative** [2] -
26:8, 28:1
**request** [7] - 10:5,
10:7, 10:13, 11:4,
11:10, 15:16, 22:12

**particular** [4] - 16:11,
17:5, 17:13, 18:15
**particularly** [3] - 5:8,
5:10, 25:1
**parties** [3] - 8:22,
19:22, 27:13
**passed** [1] - 11:6
**past** [1] - 13:17
**pay** [4] - 17:8, 17:17,
22:13, 25:7
**paying** [1] - 15:11
**payment** [10] - 7:5,
7:16, 7:24, 7:25,
10:4, 10:12, 10:23,
12:17, 12:20
**payments** [6] - 5:12,
7:13, 7:21, 8:4, 8:23,
12:19
**payouts** [1] - 5:9
**Payton** [7] - 14:6,
14:21, 15:14, 15:25,
16:13, 16:17, 28:7
**Payton's** [1] - 28:14
**peaked** [1] - 26:18
**pending** [1] - 4:23
**people** [5] - 11:21,
17:24, 24:1, 26:23,
27:9
**per** [2] - 7:5, 11:3
**percent** [3] - 12:16,
17:15, 18:9
**percentage** [1] - 20:21
**perfect** [1] - 19:24
**perhaps** [3] - 19:2,
28:20, 28:21
**periodically** [1] - 17:1
**personal** [2] - 13:6,
24:12
**petroleum** [1] - 20:1
**Phil** [1] - 26:13
**Philadelphia** [1] -
15:14
**PHILADELPHIA** [1] -
2:6
**physical** [2] - 24:19,
25:1
**Physical** [1] - 24:24
**pictures** [1] - 25:14
**piece** [1] - 23:18
**PIGMAN** [1] - 2:20
**place** [2] - 5:20, 12:23
**plaintiff** [2] - 16:2,
23:5
**plaintiff's** [3] - 4:10,
14:19, 15:18
**plaintiffs** [1] - 5:16
**PLAINTIFFS** [1] - 2:7
**PLAINTIFFS'** [1] - 2:2
**plus** [2] - 17:18, 18:9
**point** [2] - 13:19,

**requested** [1] - 12:15
**requests** [2] - 10:15, 10:18
**require** [1] - 7:23
**required** [2] - 25:7, 25:8
**requirements** [1] - 8:19
**Reserve** [2] - 21:16, 22:21
**resisted** [2] - 20:12, 20:13
**resolution** [5] - 9:3, 9:19, 10:14, 10:22, 27:16
**resolve** [2] - 12:21, 28:19
**resolved** [1] - 4:24
**respond** [1] - 24:20
**responses** [1] - 12:14
**result** [3] - 16:20, 20:18, 24:8
**resulted** [1] - 14:13
**retainer** [1] - 16:5
**review** [7] - 9:21, 10:8, 10:20, 11:11, 11:22, 12:15, 15:23
**reviewed** [2] - 6:9, 11:24
**reviewing** [2] - 5:5, 6:10
**RMR** [1] - 1:17
**ROBERT** [2] - 2:13, 2:14
**ROOM** [1] - 1:18
**routed** [1] - 10:7
**run** [1] - 23:2
**Russ** [1] - 4:10

## S

**Saint's** [1] - 14:10
**Saints** [2] - 14:15, 16:17
**sale** [3] - 8:10, 9:5, 12:9
**sales** [3] - 8:11, 9:6, 12:11
**samples** [1] - 25:14
**SASAC** [6] - 13:15, 13:16, 13:20, 13:22, 19:24, 19:25
**satisfy** [1] - 8:19
**score** [1] - 29:4
**SE** [1] - 2:13
**se** [3] - 18:11, 23:9, 24:4
**Sean** [8] - 14:6, 14:7, 14:21, 15:14, 15:25, 16:13, 16:17, 28:7

**season** [1] - 14:11
**seated** [1] - 4:3
**SEDRAN** [1] - 2:5
**see** [5] - 7:7, 8:17, 16:9, 22:16, 25:20
**seeing** [2] - 8:5, 19:20
**seeking** [1] - 15:18
**segment** [1] - 16:4
**segue** [1] - 5:14
**seize** [4] - 21:4, 21:18, 22:10, 22:11
**seized** [1] - 20:23
**seizure** [1] - 20:25
**sending** [1] - 16:18
**sent** [1] - 21:20
**separate** [1] - 21:10
**September** [1] - 7:14
**Serpe** [3] - 4:25, 5:16, 23:1
**service** [3] - 16:21, 19:24, 20:13
**set** [3] - 6:7, 28:20, 28:21
**sets** [1] - 17:9
**setting** [1] - 29:7
**Settings** [1] - 4:21
**settled** [6] - 14:20, 19:12, 20:12, 28:8, 28:12, 28:13
**settlement** [15] - 5:15, 6:5, 6:15, 6:16, 14:18, 17:14, 18:18, 18:20, 19:19, 19:20, 19:21, 19:22, 22:25, 28:9
**settlements** [5] - 5:2, 5:15, 6:14, 7:17, 15:10
**seven** [1] - 10:23
**seventeen** [1] - 12:15
**several** [2] - 18:15, 18:19
**share** [2] - 6:14, 9:12
**Shared** [1] - 18:22
**shift** [1] - 18:10
**shipped** [1] - 22:21
**short** [4] - 6:11, 8:10, 9:5, 12:8
**shortage** [2] - 19:16, 19:17
**shorter** [1] - 12:1
**showed** [1] - 20:14
**showing** [1] - 14:4
**simple** [1] - 5:3
**sit** [2] - 21:2
**situation** [6] - 15:24, 17:1, 17:19, 17:24, 24:12, 24:25
**six** [2] - 13:19, 21:7

**sold** [1] - 21:18
**sometimes** [1] - 27:8
**sort** [1] - 25:5
**speaks** [1] - 4:19
**special** [7] - 10:6, 10:8, 10:20, 11:11, 11:14, 11:21, 12:15
**Special** [4] - 10:7, 10:14, 10:15, 11:4
**speed** [1] - 11:12
**spoliation** [1] - 25:18
**spouses** [1] - 7:8
**spring** [1] - 18:12
**St** [1] - 21:8
**stable** [1] - 8:5
**staff** [2] - 23:18, 29:10
**stage** [2] - 6:7, 7:3
**stand** [2] - 22:1, 29:15
**standard** [1] - 9:25
**standpoint** [1] - 15:9
**start** [2] - 6:6, 11:17
**started** [2] - 18:11, 24:13
**State** [1] - 4:21
**STATE/FEDERAL** [1] - 2:10
**STATES** [2] - 1:1, 1:15
**States** [4] - 13:23, 20:2, 21:1, 21:3
**status** [8] - 4:7, 6:4, 7:19, 23:16, 23:21, 23:25, 24:22, 26:14
**STATUS** [1] - 1:13
**stay** [3] - 10:17, 23:14, 24:17
**STEERING** [1] - 2:2
**steering** [2] - 4:12, 5:17
**STENOGRAPHY** [1] - 1:23
**STONE** [1] - 2:20
**stored** [1] - 25:4
**straight** [1] - 9:13
**streamline** [1] - 11:11
**STREET** [5] - 1:18, 2:6, 2:11, 2:14, 2:18
**Street** [1] - 2:21
**submit** [6] - 8:20, 8:23, 11:3, 11:5, 11:6, 11:7
**submitted** [4] - 6:8, 6:18, 7:8, 11:1
**substituting** [1] - 4:10
**suggest** [1] - 25:17
**suit** [2] - 19:5, 21:8
**SUITE** [5] - 2:6, 2:8, 2:11, 2:15, 2:18
**Super** [1] - 14:8
**Supply** [2] - 22:24

**support** [2] - 11:2, 11:9
**supporting** [1] - 11:6
**Susan** [2] - 29:21, 29:25
**SUSAN** [2] - 1:17, 29:24
**susan_zielie@laed.uscourts.gov** [1] - 1:19
**swing** [1] - 26:19
**switched** [1] - 29:5
**Syngenta** [1] - 21:9
**system** [5] - 19:6, 21:8, 21:24, 24:7

## T

**Taishan** [10] - 5:16, 5:19, 16:24, 18:24, 19:2, 19:4, 20:5, 20:10, 20:12, 27:19
**team** [1] - 14:16
**tenant** [1] - 9:9
**terms** [2] - 28:10, 29:6
**testify** [1] - 25:16
**THE** [40] - 1:14, 2:2, 2:10, 4:3, 4:7, 4:13, 4:21, 5:22, 6:20, 12:2, 13:3, 13:11, 13:24, 14:1, 14:3, 15:1, 15:8, 16:15, 17:5, 18:13, 18:22, 18:24, 19:10, 20:8, 21:22, 22:9, 22:24, 23:4, 23:8, 23:12, 24:3, 24:14, 24:18, 24:24, 26:5, 26:23, 27:22, 28:24, 29:3, 29:13
**themselves** [2] - 15:10, 17:22
**they've** [7] - 5:7, 13:11, 15:14, 18:18, 27:2, 27:10
**thirty** [2] - 10:10, 11:17
**thirty-day** [1] - 11:17
**thousand** [2] - 12:7, 18:19
**thousands** [2] - 25:5, 28:25
**three** [5] - 4:22, 6:14, 9:7, 12:7, 12:18
**THURSDAY** [2] - 1:6, 4:1
**timber** [2] - 19:16
**timeline** [1] - 11:14
**TO** [1] - 1:7
**today** [2] - 4:19, 5:3

**together** [1] - 28:10
**total** [3] - 6:7, 6:8, 28:25
**track** [1] - 17:24
**training** [1] - 14:10
**transcript** [2] - 22:14, 29:22
**TRANSCRIPT** [2] - 1:13, 1:23
**TRANSCRIPTION** [1] - 1:23
**treat** [2] - 16:2, 16:3
**treated** [1] - 16:7
**Trial** [1] - 4:21
**trial** [2] - 20:11
**try** [3] - 23:25, 26:2, 28:22
**trying** [1] - 18:10
**twenty** [1] - 26:14
**two** [5] - 7:8, 7:17, 10:3, 16:23, 20:9
**type** [6] - 6:12, 6:23, 7:3, 9:15, 17:24, 24:25, 26:2
**types** [3] - 6:9, 8:14, 12:7

## U

**umbrella** [2] - 13:22, 20:1
**under** [2] - 6:16, 15:19
**undertaken** [1] - 18:17
**undertaking** [1] - 27:17
**unfortunately** [1] - 20:6
**unfortunates** [1] - 20:3
**United** [4] - 13:23, 20:2, 21:1, 21:3
**UNITED** [2] - 1:1, 1:15
**unsettled** [1] - 19:7
**up** [19] - 9:5, 9:6, 9:9, 9:21, 10:16, 10:21, 11:12, 14:11, 20:14, 23:20, 26:10, 27:10, 28:20, 28:21, 28:22, 28:23
**US** [1] - 21:19
**utilized** [1] - 19:6

## V

**value** [1] - 9:14
**variables** [1] - 10:19
**variety** [1] - 8:9
**various** [2] - 27:16, 27:17
**varying** [1] - 9:4

**vast** [1] - 11:15
**Venture** [2] - 22:24
**verification** [3] - 7:23, 10:24, 12:24
**verified** [2] - 9:7, 9:22
**video** [1] - 25:15
**violated** [1] - 22:1
**Virginia** [5] - 4:24, 5:2, 5:15, 22:25

## W

**W-9** [3] - 7:23, 10:24, 12:24
**wait** [2] - 17:1, 18:16
**walk** [1] - 20:15
**wall** [1] - 19:8
**Wall** [1] - 23:1
**WALNUT** [1] - 2:6
**warehouses** [1] - 25:8
**website** [3] - 8:1, 12:25, 29:10
**week** [4] - 11:16, 11:20, 12:18, 14:21
**weeks** [3] - 13:19, 21:7
**well-thought-of** [1] - 26:25
**whole** [2] - 14:11, 20:6
**wife** [2] - 14:9, 14:11
**Wimberly** [1] - 26:1
**WIMBERLY** [1] - 2:20
**wish** [2] - 24:5, 27:19
**wishes** [1] - 11:4
**withdraw** [1] - 7:7
**withdrawing** [1] - 7:2
**Woody** [2] - 5:8, 6:4
**WOODY** [3] - 6:3, 6:23, 12:4
**world** [1] - 20:2
**wound** [1] - 14:11
**wrap** [2] - 28:22, 28:23
**wrongfully** [1] - 22:10
**www3.BrownGreer. com/drywall** [1] - 12:25

## Y

**year** [4] - 7:14, 14:8, 18:12, 28:23
**yesterday** [2] - 21:10, 22:18

## Z

**Zielie** [2] - 29:21, 29:25
**ZIELIE** [2] - 1:17, 29:24