UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2047 |
| | ) | SECTION: L |
| THIS DOCUMENT RELATES TO: *Haya et al. v. Taishan Gypsum Co., et al.* Case No. 11-cv-1077 | ) ) ) ) | JUDGE FALLON |
| | ) | MAG. JUDGE WILKINSON |

## NOTICE OF SUGGESTION OF DEATH

Plaintiffs, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby inform this Honorable Court of the death of PLAINTIFF, Melvina Hazeur which occurred on July 18, 2014. Plaintiffs respectfully inform this Court that a Motion for Substitution of Parties will be filed on behalf of the co-executrixes of Melvina Hazeur's estate, Shirley Buckingham and Isabella Marshall.

Dated:  January 23, 2015              Respectfully submitted,

By: /s/ Dawn M. Barrios
Dawn M. Barrios (LA Bar Roll #2821)
Bruce S. Kingsdorf (LA Bar Roll #7403)
Zachary L. Wool (LA Bar Roll #32778)
701 Poydras Street, Suite 3650
New Orleans, Louisiana 70139
Tel: (504) 524-3300
Fax: (504) 524-3313
barrios@bkc-law.com
bkingsdorf@bkc-law.com
zwool@bkc-law.com

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2047, on this 23rd day of January, 2015.

                                                  /s/ Dawn M. Barrios