UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2047<br>SECTION: L |
| This Document Relates to All Cases | : : : | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## ORDER

The Court received and reviewed the attached correspondence from counsel Danny Becnel. The matter was discussed at the January monthly status conference.

**IT IS ORDERED** that the attached correspondence shall be entered into the record.

New Orleans, Louisiana, this 23rd day of January, 2015.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE