# BECNEL LAW FIRM, LLC

ATTORNEYS AND COUNSELORS AT LAW
NOTARIES PUBLIC

DANIEL E. BECNEL, JR.*
DARRYL J. BECNEL
MATTHEW B. MORELAND
KEVIN P. KLIBERT
SALVADORE CHRISTINA, JR.
CHRISTOPHER D. BECNEL
TONI S. BECNEL
JENNIFER L. CROSE
KELLY V. DELBASTY
Of Counsel:
BRADLEY D. BECNEL

*Also Admitted In Colorado

*Please Reply To:*
☑ 106 WEST SEVENTH STREET
P.O. DRAWER H
RESERVE, LOUISIANA 70084
(985) 536-1186
(985) 536-7904
FAX (985) 536-6445
E-MAIL: dbecnel@becnellaw.com
www.becnellaw.com

☐ 425 WEST AIRLINE HIGHWAY
SUITE B
LAPLACE, LOUISIANA 70068
(985) 651-6101
(985) 652-3643
(985) 652-3668
FAX (985) 651-6104

Kay K. Serven
*Office Administrator*

Susan B. Williams
*Nurse*

January 14, 2015

Judge Eldon E. Fallon
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C456
New Orleans, LA 70130

Re: In Re: Chinese Manufactured Drywall Product Liability Litigation
MDL 2047

Dear Judge Fallon:

As you know, I personally settled the Sean Payton matter for $753,500 and never received a fee.

On a number of occasions I have asserted that the legal fees in the Payton matter belong to me and not the PSC. The PSC did no work on this case as it was originally filed by me on behalf of Sean Payton. All of the negotiations were conducted by me and the inspections were handled by me and my team of lawyers. It has been over three years since this case was settled.

Moreover, I asked Sean Payton to produce an advertisement so the PSC could obtain additional cases and also notify the public of the hazards of Chinese drywall. Through my representation of Sean Payton, Mickey Loomis, general manager of the Saints and Drew Brees produced this commercial at no costs to the PSC.

I would like this matter to be set at the next status conference on January 22, 2015. It could be done confidentially if the Court desires.

Very cordially yours,

Daniel E. Becnel, Jr.
Attorney at Law

DEBJr/ks
cc: Leonard Davis, Esq.
Arnold Levin, Esq.