UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047 <br> SECTION L <br><br> JUDGE FALLON <br> MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:**
  13-6652: *Collins et al v. Bass Homes, Inc. et al*
  13-6653: *Herrington et al v. Bass Homes, Inc. et al*

## ORDER

At the request of the parties in the *Collins* and *Herrington* matters,

**IT IS ORDERED** that the February 4, 2015 oral argument for the motion to dismiss, (Rec. Doc. 18089), will commence at **11:00 a.m**.

New Orleans, Louisiana, this 26th day of January, 2015.

_____
UNITED STATES DISTRICT JUDGE

1