UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL | ) | MDL No. 2047 |
| | ) | |
| | ) | SECTION: L |
| | ) | |
| **THIS DOCUMENT RELATES TO ALL CASES** | ) | JUDGE FALLON |
| | ) | MAG. JUDGE WILKINSON |
| | ) | |

ORDER GRANTING PETITIONER'S EXPARTE MOTON TO DEPOSIT
SETTLEMENT FUNDS IN COURT REGISTRY

The Court having considered Petitioner's ExParte Motion to Deposit Settlement Funds in Court Registry and supporting Memorandum, finds that Petitioner's ExParte Motion should be granted; accordingly; it is,

ORDERED that Petitioner's ExParte Motion is Granted and pursuant to Local Rule 67.2, the settlement funds for Claimants, Roger and Allison Elliott shall be deposited in the Court's Registry until further order by this Court.

New Orleans, Louisiana, this 27th day of January, 2015.

_____
Hon. Eldon E. Fallon
District Court Judge