UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

CASE NO. 2:09-md-02047-EEF-JCW

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION

MDL No. 2047
_____/

*Wiltz v. Beijing New Building Material Public Ltd. Co.*
E.D. La. Case No. 2:10-cv-00361-EEF-JCW
_____/

*Rogers v. Knauf Gips KG*
E.D. La. Case No. 2:10-cv-00362-EEF-JCW
_____/

*Abel v. Taishan Gypsum Co. Ltd.*
E.D. La. Case No. 2:11-cv-00080-EEF-JCW
_____/

*Block v. Gebrueder Knauf Verwaltungsgesellschaft, KG*
E.D. La. Case No. 2:11-cv-01363-EEF-JCW
_____/

*Amorin v. Taishan Gypsum Co. Ltd.*
E.D. La. Case No. 2:11-cv-01395-EEF-JCW
_____/

*Amorin v. Taishan Gypsum Co. Ltd.*
E.D. La. Case No. 2:11-cv-01672-EEF-JCW
_____/

*Amorin v. Taishan Gypsum Co. Ltd.*
E.D. La. Case No. 2:11-cv-01673-EEF-JCW
_____/

## NOTICE OF ASSIGNMENT OF PROCEEDS

Interested party IBERIABANK, a Louisiana state bank, gives notice of Plaintiff Blue Water of Cape Coral, Inc.'s assignment to IBERIABANK of proceeds due to Blue Water in connection with Blue Water's claims asserted in *In Re Chinese-Manufactured Drywall Products*

*Liability Litigation*, MDL No. 2047.  A copy of the Assignment of Proceeds is attached as Exhibit 1.

Dated:  January 28, 2015  Respectfully submitted:

**CARLTON FIELDS JORDEN BURT, P.A.**

 *s/ Avi R. Kaufman*
Avi R. Kaufman, Esq.
Florida Bar No: 84382
akaufman@cfjblaw.com
100 S.E. Second Street, Suite 4200
Miami, FL  33131-2113
Telephone: (305) 530-0050
Facsimile:  (305) 530-0055

*Counsel for IBERIABANK*

## **CERTIFICATE OF SERVICE**

On January 28, 2015, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF.

By: /s/ Avi R. Kaufman
Attorney