UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:**
  13-6652: *Collins et al v. Bass Homes, Inc. et al*
  13-6653: *Herrington et al v. Bass Homes, Inc. et al*

## ORDER

The Court previously set oral argument on February 4, 2015 for the motion to dismiss, (Rec. Doc. 18089), in the *Collins* and *Herrington* matters. Responses, however, were not timely filed. Although the Court could elect to deem the motion as unopposed, this 12(b) motion concerns a significant jurisdictional issue, thus fairness to all parties requires a continuance of oral argument on this motion.

This is the second time in the *Collins*/*Herrington* matters where a party has not followed a Local Rule or a MDL PTO. (*See* Rec. Doc. 18220). **Counsel are reminded that they are responsible for becoming familiar with the Local Rules and PTOs.** The Court previously noted that the Local Rules applied to this motion. (*See* Rec. Doc. 18220). Under Local Rule 7.5, a response must be filed at least eight days before the hearing date. Based on the foregoing,

**IT IS ORDERED** that the motion to dismiss is re-noticed for submission on **February 25, 2015**. The Court will hear oral argument at **11:00 a.m.** on that date. Under Local Rule 7.5, any response is due by **February 17, 2015**.

New Orleans, Louisiana, this 28th day of January, 2015.

_____
UNITED STATES DISTRICT JUDGE

1