UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED ) | | |
| DRYWALL PRODUCTS ) | MDL NO. 2047 | |
| LIABILITY LITIGATION ) | | |
| ) | | |
| THIS DOCUMENT RELATES TO: ) | SECTION: L | |
| ) | | |
| *Hobbie, et al. v.* ) | JUDGE FALLON | |
| *RCR Holdings II, LLC, et al.,* ) | | |
| ) | | |
| No. 10-1113 ) | MAG. JUDGE WILKINSON | |
| _____) | | |

**CLAIMANT RCR HOLDINGS II, LLC's OBJECTION TO
SPECIAL MASTER DENIAL NOTICES DATED JANUARY 14, 2015**

COMES NOW Claimant, RCR Holdings II., LLC ("RCR"), by and through its undersigned counsel, pursuant to Chinese Drywall Settlement Program Claims Administration Procedure [D.E. 17160-2] and hereby objects to 80 Special Master Denial Notices dated January 14, 2015 for Claimant's Global, Banner, InEx Repair and Relocation Expenses Claims, and states as follows:

1.	On April 24, 2013, this Court gave preliminary approval to the Coastal Construction Company of South Florida, Inc. Settlement [D.E. 16777] ("Coastal Settlement"). On October 21, 2013, this Court gave final approval to the Coastal Settlement [D.E. 17177].

2.	The Coastal Settlement involves more than 250 units affected with CDW located within a Boynton Beach, Florida, condominium project called Villa Lago at Renaissance Commons ("Villa Lago"). RCR owns 130 units within Villa Lago, of which 80 units contain CDW manufactured by a Non-Knauf entity.

1

3. The Coastal Settlement was the product of the January 29, 2013 Coastal Settlement Term Sheet and the March 28, 2013 Settlement Agreement.

4. Between September 24, 2013 and October 24, 2013, RCR (Claimant ID Number 102220) filed Chinese Drywall Settlement Program Claims for, *inter alia*, Global, Banner, InEx Repair and Relocation Expenses for its 80 Non-Knauf CDW units[1] within Villa Lago ("Non-Knauf Repair and Relocation Claims").[2]

5. On July 15, 2014 and September 22, 2014, the Settlement Administrator denied RCR's Non-Knauf Repair and Relocation Claims ("Settlement Administrator Denials")[3]

6. On August 20, 2014, RCR filed Notices of Appeal for the Settlement Administrator Denials of RCR's Non-Knauf Repair and Relocation Claims ("Notices of Appeal").[4]

7. On January 14, 2015, the Special Master issued a Special Master Denial Notice for RCR's Notices of Appeal ("Special Master Denials").[5]

8. Pursuant to Chinese Drywall Settlement Program Claims Administration Procedure [D.E. 17160-2] ("Procedure"), RCR hereby objects to the Special Master Denial Notices. The Procedure provides, "Unless the Court orders otherwise, appeals will be based on

---

[1] A list of the exact RCR Non-Knauf units that are the subject of this Objection is attached hereto as Exhibit "A".

[2] Copies of RCR's Non-Knauf Repair and Relocation Claims are attached hereto as Composite Exhibit "B".

[3] Copies of the 80 Settlement Administrator Denials are attached hereto as Composite Exhibit "C".

[4] Copies of the 80 Notices of Appeal are attached hereto as Composite Exhibit "D".

[5] Copies of the 80 Special Master Denials are attached hereto as Composite Exhibit "E".

the record and briefing before the Special Master without further evidentiary submissions, briefing or argument." Should the Court allow RCR to submit further evidentiary submissions, briefing or argument, RCR is prepared to do so.

        Respectfully submitted,

        /s/ GREGORY S. WEISS_____
        Gregory S. Weiss (Fla. Bar No. 163430)
        Mrachek, Fitzgerald, Rose,
        Konopka, Thomas & Weiss, P.A.
        505 S. Flagler Drive, Suite 600
        West Palm Beach, FL 33401
        Tel.: (561) 655-2250
        Fax: (561) 655-5537
        gweiss@mrachek-law.com

        *Counsel for RCR Holdings II, LLC*

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that the above and foregoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by email transmission, and upon all parties by electronically uploading the same to Lexis Nexis File and Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with procedures established in MDL 2047, on this 29th day of January, 2015.

              */s/* GREGORY S. WEISS_____
              Gregory S. Weiss (Fla. Bar No. 163430)