# EXHIBIT "A"

**Global, Banner, InEx Repair and Relocation Expenses Claims
Denied by Special Master:**

|  | Unit: | Claim: |
|---|---|---|
| 1. | 1101 | 5995 |
| 2. | 1102 | 6624 |
| 3. | 1104 | 6627 |
| 4. | 1105 | 6629 |
| 5. | 1110 | 6639 |
| 6. | 1112 | 6641 |
| 7. | 1114 | 6642 |
| 8. | 1116 | 6647 |
| 9. | 1117 | 6651 |
| 10. | 1119 | 6662 |
| 11. | 1122 | 6670 |
| 12. | 1123 | 6672 |
| 13. | 1129 | 6683 |
| 14. | 1201 | 6686 |
| 15. | 1204 | 6689 |
| 16. | 1207 | 6692 |
| 17. | 1208 | 6697 |
| 18. | 1210 | 6700 |
| 19. | 1214 | 6702 |
| 20. | 1220 | 6704 |
| 21. | 1222 | 6706 |
| 22. | 1229 | 6712 |
| 23. | 1305 | 6728 |
| 24. | 1306 | 6731 |
| 25. | 1316 | 6740 |
| 26. | 1318 | 6744 |

|  | **Unit:** | **Claim:** |
|---|---|---|
| 27. | 1319 | 6858 |
| 28. | 1320 | 6868 |
| 29. | 1322 | 6877 |
| 30. | 1325 | 6886 |
| 31. | 1326 | 6889 |
| 32. | 1403 | 6901 |
| 33. | 1404 | 6909 |
| 34. | 1406 | 6921 |
| 35. | 1407 | 6928 |
| 36. | 1408 | 6939 |
| 37. | 1414 | 6945 |
| 38. | 1415 | 6950 |
| 39. | 1416 | 6358 |
| 40. | 1421 | 6357 |
| 41. | 1425 | 6355 |
| 42. | 1504 | 6338 |
| 43. | 1506 | 6331 |
| 44. | 1507 | 6330 |
| 45. | 1509 | 6321 |
| 46. | 1510 | 6198 |
| 47. | 1511 | 6197 |
| 48. | 1514 | 6195 |
| 49. | 1516 | 6193 |
| 50. | 1517 | 6191 |
| 51. | 1518 | 6188 |
| 52. | 1520 | 6186 |
| 53. | 1523 | 6185 |

|     | Unit: | Claim: |
|-----|-------|--------|
| 54. | 1525  | 6184   |
| 55. | 1602  | 6183   |
| 56. | 1605  | 6179   |
| 57. | 1606  | 6178   |
| 58. | 1607  | 6177   |
| 59. | 2110  | 6159   |
| 60. | 2116  | 6155   |
| 61. | 2117  | 6154   |
| 62. | 2129  | 6146   |
| 63. | 2217  | 6134   |
| 64. | 2221  | 6133   |
| 65. | 2311  | 6123   |
| 66. | 2314  | 6119   |
| 67. | 2315  | 6117   |
| 68. | 2319  | 6107   |
| 69. | 2320  | 6105   |
| 70. | 2325  | 13474  |
| 71. | 2402  | 6098   |
| 72. | 2403  | 6093   |
| 73. | 2405  | 6091   |
| 74. | 2408  | 6084   |
| 75. | 2414  | 6073   |
| 76. | 2422  | 6071   |
| 77. | 2425  | 6067   |
| 78. | 2509  | 6038   |
| 79. | 2612  | 6011   |
| 80. | 2625  | 5997   |