# EXHIBIT "B"

# CHINESE DRYWALL SETTLEMENT PROGRAM
## GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM FORM

Any Claimant seeking Repair and Relocation Expenses under the Global, Banner, or InEx Settlement Agreements must complete and submit this Global, Banner, InEx Repair and Relocation Expenses Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before September 30, 2013.

When completing this Claim Form, refer to the Instructions and Definitions in the Appendix. These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online.

If you are not able to complete the Global, Banner, InEx Repair and Relocation Expenses Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| 1. Claimant Name: | Last Name/Business Name<br>RCR Holdings II, LLC | | First | | M.I. |
|---|---|---|---|---|---|
| | DBA or Fictitious Name (if applicable) | | | | |

| 2. | Individual Claimant 's Social Security Number (SSN): | \|_\|_\|_\| - \|_\|_\| - \|_\|_\|_\|_\| | 3. Business Claimant's Employee Identification Number (EIN) | \|2\|0\|0\| - \|8\|3\| - \|8\|5\|0\|6\| |
|---|---|---|---|---|

| 4. | Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant? | ☐ Yes<br>☒ No |
|---|---|---|

| 5. | Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant. | Name:_____<br><br>SSN: \|_\|_\|_\| - \|_\|_\| - \|_\|_\|_\|_\| |
|---|---|---|

| | | ☐ Check here if you are not represented by an attorney and skip to Question 5.<br>If you are represented by an attorney, complete this section. |
|---|---|---|
| | | Firm Name<br>Leopold Law |
| **6. Attorney Information:** | | Attorney Last Name ǀ Attorney First Name |
| | | Street |

Email
twhiddon@leopold-law.com

Phone Number
(_|_|_) |_|_|_|_| - |_|_|_|_|

**7. Affected Property Address:**

Street
1690 Renaissance Commons Blvd.  Unit 1101

| City | State | Zip | County/Parish |
|---|---|---|---|
| Boynton Beach | FL | 33426 | Palm Beach |

**8. Settlement Agreement under which you are submitting this claim (check all that apply):**

- [x] Knauf
- [x] Banner
- [ ] InEx
- [x] Global
  - Participating Supplier Name: Banner
  - Participating Builder Name: Other
  - Participating Installer Name: Precision Drywall, Inc.
- [ ] L&W
- [ ] Unknown

Additional Comments (attached additional pages if necessary):

**9. Lawsuit:**

Jurisdiction: United States District Court for the Eastern District of Louisiana

Case/Docket Number: 2:12-cv-00498-EEF-JCW

Date Filed: 02/23/12
(Month/Day/Year)

**10. Drywall Manufacturer:**

- [ ] Knauf
  - [ ] I am a member of the Knauf Settlement Class
  - [ ] I have Knauf Drywall but I am not a member of the Knauf Settlement Class
- [x] Mixed (Knauf and other)
- [ ] Non-Knauf
- [ ] Unknown

**11. Select the option that best describes your relationship to the Affected Property:**

- [ ] Residential Owner
- [ ] Tenant
- [ ] Previous Commercial or Rental Property Owner
- [ ] Previous Residential Owner
- [x] Commercial or Rental Property Owner
- [ ] Repairing Builder/Installer/Assignee
- [ ] Non-Tenant Occupant (e.g. family member)
- [ ] Condominium Association
- [ ] Mortgagee(Bank)
- [ ] Other

**12. Provide the Under Air Square Footage for the Affected Property:**

1460

**13. Comments and additional information about your claim:**

In order to control the damage that was caused to this unit by CDW so they would be habitable and rentable, it was treated with bactericide, repainted, carpet and pad was replaced.  The cost associated with those items is $4,567.71 (itemization of items appear in uploaded Villa Lago Unit Turn Over Cost chart).

## B. Required Documents

RCR Holdings II, LLC,
102220

2

Claimants seeking compensation for Repair and Relocation Damages caused by Chinese Drywall under the Banner, InEx or Global Settlements must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

**1.** Proof of Ownership or Assignment of Claim, such as

(a) a Deed or other document demonstrating the ownership of the Affected Property; OR

(b) an Assignment of Claim from the Owner of the Affected Property;

**2.** Documents demonstrating the presence of Chinese Drywall in the Affected Property;

**3.** Floor Plan or other document showing the Under Air Square Footage of the Affected Property;

**4.** Evidence of Settlement Eligibility, such as

(a) a Document demonstrating that Chinese Drywall in the Affected Property was supplied by participating supplier; OR

(b) a Document demonstrating that a participating builder built the Affected Property; OR

(c) a Document demonstrating that Chinese Drywall in the Affected Property was installed by participating installer.

**5.** Any other document that you believe supports your claim.

## C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney | Gregory S. Weiss | **Date** | 09/25/13 (Month/Day/Year) | |
| --- | --- | --- | --- | --- |
| **Printed Name** | First | Last | | M.I. |

RCR Holdings II, LLC, 102220

3

# CHINESE DRYWALL SETTLEMENT PROGRAM
## GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM FORM

Any Claimant seeking Repair and Relocation Expenses under the Global, Banner, or InEx Settlement Agreements must complete and submit this Global, Banner, InEx Repair and Relocation Expenses Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before September 30, 2013.

When completing this Claim Form, refer to the Instructions and Definitions in the Appendix. These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online.

If you are not able to complete the Global, Banner, InEx Repair and Relocation Expenses Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **1. Claimant Name:** | Last Name/Business Name<br>RCR Holdings II, LLC | First | M.I. |
| | DBA or Fictitious Name (if applicable) | | |

| | | | |
|---|---|---|---|
| **2. Individual Claimant 's Social Security Number (SSN):** | \|   \|   \| - \|   \| - \|   \|   \|   \| | **3. Business Claimant's Employee Identification Number (EIN)** | \| 2 \| 0 \| 0 \| - \| 8 \| 3 \| - \| 8 \| 5 \| 0 \| 6 \| |

**4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant?**

☐ Yes

☒ No

**5. Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant.**

Name:_____

SSN: \|   \|   \| - \|   \| - \|   \|   \|   \|   \|

☐ Check here if you are not represented by an attorney and skip to Question 5.
If you are represented by an attorney, complete this section.

Firm Name
Leopold Law

| | |
|---|---|
| | Attorney Last Name | Attorney First Name |
| **6. Attorney Information:** | Street |

| | Email<br>twhiddon@leopold-law.com | Phone Number<br>(__\|__\|__) \|__\|__\|__\| - \|__\|__\|__\| |
|---|---|---|

**7. Affected Property Address:**

Street
1690 Renaissance Commons Blvd.  Unit 1102

| City<br>Boynton Beach | State<br>FL | Zip<br>33426 | County/Parish<br>Palm Beach |
|---|---|---|---|

**8. Settlement Agreement under which you are submitting this claim (check all that apply):**

☒ Knauf
☒ Banner
☐ InEx
☒ Global
      Participating Supplier Name: Banner
      Participating Builder Name: Other
      Participating Installer Name: Precision Drywall, Inc.
☐ L&W
☐ Unknown
Additional Comments (attached additional pages if necessary):

**9. Lawsuit:**

Jurisdiction: United States District Court for the Eastern District of Louisiana

Case/Docket Number: 2:12-cv-00498-EEF-JCW

Date Filed: <u>02/23/12</u>
        (Month/Day/Year)

**10. Drywall Manufacturer:**

☐ Knauf
    ☐ I am a member of the Knauf Settlement Class
    ☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class
☒ Mixed (Knauf and other)
☐ Non-Knauf
☐ Unknown

**11. Select the option that best describes your relationship to the Affected Property:**

☐ Residential Owner
☐ Tenant
☐ Previous Commercial or Rental Property Owner
☐ Previous Residential Owner
☒ Commercial or Rental Property Owner
☐ Repairing Builder/Installer/Assignee
☐ Non-Tenant Occupant (e.g. family member)
☐ Condominium Association
☐ Mortgagee(Bank)
☐ Other

**12. Provide the Under Air Square Footage for the Affected Property:**

1240

**13. Comments and additional information about your claim:**

In order to control the damage that was caused to this unit by CDW so they would be habitable and rentable, it was treated with bactericide, repainted, carpet and pad was replaced.  The cost associated with those items is $3,918.38 (itemization of items appear in uploaded Villa Lago Unit Turn Over Cost chart).

## B. Required Documents

Claimants seeking compensation for Repair and Relocation Damages caused by Chinese Drywall under the Banner, InEx or Global Settlements must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

**1.** Proof of Ownership or Assignment of Claim, such as

(a) a Deed or other document demonstrating the ownership of the Affected Property; OR

(b) an Assignment of Claim from the Owner of the Affected Property;

**2.** Documents demonstrating the presence of Chinese Drywall in the Affected Property;

**3.** Floor Plan or other document showing the Under Air Square Footage of the Affected Property;

**4.** Evidence of Settlement Eligibility, such as

(a) a Document demonstrating that Chinese Drywall in the Affected Property was supplied by participating supplier; OR

(b) a Document demonstrating that a participating builder built the Affected Property; OR

(c) a Document demonstrating that Chinese Drywall in the Affected Property was installed by participating installer.

**5.** Any other document that you believe supports your claim.

| C. SIGNATURE | | | |
|---|---|---|---|

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney | Gregory S. Weiss, Esquire | **Date** | 09/25/13 (Month/Day/Year) | |
|---|---|---|---|---|
| **Printed Name** | First | Last | | M.I. |

# CHINESE DRYWALL SETTLEMENT PROGRAM
# GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM FORM

Any Claimant seeking Repair and Relocation Expenses under the Global, Banner, or InEx Settlement Agreements must complete and submit this Global, Banner, InEx Repair and Relocation Expenses Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before September 30, 2013.

When completing this Claim Form, refer to the Instructions and Definitions in the Appendix. These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online.

If you are not able to complete the Global, Banner, InEx Repair and Relocation Expenses Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **1. Claimant Name:** | Last Name/Business Name<br>RCR Holdings II, LLC | First | M.I. |
| | DBA or Fictitious Name (if applicable) | | |

| | | | |
|---|---|---|---|
| **2. Individual Claimant 's Social Security Number (SSN):** | \|\_\|\_\|\_\| - \|\_\|\_\| - \|\_\|\_\|\_\|\_\| | **3. Business Claimant's Employee Identification Number (EIN)** | \|2\|0\|0\| - \|8\|3\| - \|8\|5\|0\|6\| |

| | |
|---|---|
| **4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant?** | ☐ Yes<br><br>☒ No |

| | |
|---|---|
| **5. Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant.** | Name:_____<br><br>SSN: \|\_\|\_\|\_\| - \|\_\|\_\| - \|\_\|\_\|\_\|\_\| |

| | |
|---|---|
| | ☐ Check here if you are not represented by an attorney and skip to Question 5.<br>If you are represented by an attorney, complete this section. |
| | Firm Name<br>Leopold Law |
| **6. Attorney Information:** | Attorney Last Name / Attorney First Name |
| | Street |

| | |
|---|---|
| Email<br>twhiddon@leopold-law.com | Phone Number<br>(\_\_\|\_\_\|\_\_\|) \|\_\_\|\_\_\|\_\_\|\_\_\| - \|\_\_\|\_\_\|\_\_\|\_\_\| |

**7. Affected Property Address:**

Street
1690 Renaissance Commons Blvd.  Unit 1104

| City<br>Boynton Beach | State<br>FL | Zip<br>33426 | County/Parish<br>Palm Beach |
|---|---|---|---|

**8. Settlement Agreement under which you are submitting this claim (check all that apply):**

- ☒ Knauf
- ☒ Banner
- ☐ InEx
- ☒ Global
  - Participating Supplier Name: Banner
  - Participating Builder Name: Other
  - Participating Installer Name: Precision Drywall, Inc.
- ☐ L&W
- ☐ Unknown

Additional Comments (attached additional pages if necessary):

**9. Lawsuit:**

Jurisdiction: United States District Court for the Eastern District of Louisiana

Case/Docket Number: 2:12-cv-00498-EEF-JCW

Date Filed: <u>02/23/12</u>
(Month/Day/Year)

**10. Drywall Manufacturer:**

- ☐ Knauf
  - ☐ I am a member of the Knauf Settlement Class
  - ☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class
- ☒ Mixed (Knauf and other)
- ☐ Non-Knauf
- ☐ Unknown

**11. Select the option that best describes your relationship to the Affected Property:**

- ☐ Residential Owner
- ☐ Tenant
- ☐ Previous Commercial or Rental Property Owner
- ☐ Previous Residential Owner
- ☒ Commercial or Rental Property Owner
- ☐ Repairing Builder/Installer/Assignee
- ☐ Non-Tenant Occupant (e.g. family member)
- ☐ Condominium Association
- ☐ Mortgagee(Bank)
- ☐ Other

**12. Provide the Under Air Square Footage for the Affected Property:**

1460

**13. Comments and additional information about your claim:**

In order to control the damage that was caused to this unit by CDW so they would be habitable and rentable, it was treated with bactericide, repainted, carpet and pad was replaced.  The cost associated with those items is $4,567.71 (itemization of items appear in uploaded Villa Lago Unit Turn Over Cost chart).

## B. Required Documents

Claimants seeking compensation for Repair and Relocation Damages caused by Chinese Drywall under the Banner, InEx or Global Settlements must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

**1.** Proof of Ownership or Assignment of Claim, such as

    (a) a Deed or other document demonstrating the ownership of the Affected Property; OR

    (b) an Assignment of Claim from the Owner of the Affected Property;

**2.** Documents demonstrating the presence of Chinese Drywall in the Affected Property;

**3.** Floor Plan or other document showing the Under Air Square Footage of the Affected Property;

**4.** Evidence of Settlement Eligibility, such as

    (a) a Document demonstrating that Chinese Drywall in the Affected Property was supplied by participating supplier; OR

    (b) a Document demonstrating that a participating builder built the Affected Property; OR

    (c) a Document demonstrating that Chinese Drywall in the Affected Property was installed by participating installer.

**5.** Any other document that you believe supports your claim.

## C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney | Gregory S. Weiss, Esquire | **Date** | 09/25/13 (Month/Day/Year) | |
|---|---|---|---|---|
| **Printed Name** | First | Last | | M.I. |

# CHINESE DRYWALL SETTLEMENT PROGRAM
## GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM FORM

Any Claimant seeking Repair and Relocation Expenses under the Global, Banner, or InEx Settlement Agreements must complete and submit this Global, Banner, InEx Repair and Relocation Expenses Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before September 30, 2013.

When completing this Claim Form, refer to the Instructions and Definitions in the Appendix. These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online.

If you are not able to complete the Global, Banner, InEx Repair and Relocation Expenses Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **1. Claimant Name:** | Last Name/Business Name<br>RCR Holdings II, LLC | First | M.I. |
| | DBA or Fictitious Name (if applicable) | | |

| | | | |
|---|---|---|---|
| **2. Individual Claimant 's Social Security Number (SSN):** | \|___\|___\| - \|___\| - \|___\|___\|___\| | **3. Business Claimant's Employee Identification Number (EIN)** | \|2\|0\|0\| - \|8\|3\| - \|8\|5\|0\|6\| |

| | |
|---|---|
| **4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant?** | ☐ Yes<br>☒ No |

| | |
|---|---|
| **5. Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant.** | Name:_____<br><br>SSN: \|___\|___\|___\| - \|___\|___\| - \|___\|___\|___\|___\| |

| | |
|---|---|
| | ☐ Check here if you are not represented by an attorney and skip to Question 5.<br>If you are represented by an attorney, complete this section. |
| | Firm Name<br>Leopold Law |
| **6. Attorney Information:** | Attorney Last Name | Attorney First Name |
| | Street |

Offline Portal Submission

| | |
|---|---|
| Email<br>twhiddon@leopold-law.com | Phone Number<br>( \| \| \| ) \| \| \| \| - \| \| \| \| \| |

**7. Affected Property Address:**

Street
1690 Renaissance Commons Blvd.  Unit 1105

| City | State | Zip | County/Parish |
|---|---|---|---|
| Boynton Beach | FL | 33426 | Palm Beach |

**8. Settlement Agreement under which you are submitting this claim (check all that apply):**

- ☒ Knauf
- ☒ Banner
- ☐ InEx
- ☒ Global
  - Participating Supplier Name: Banner
  - Participating Builder Name: Other
  - Participating Installer Name: Precision Drywall, Inc.
- ☐ L&W
- ☐ Unknown

Additional Comments (attached additional pages if necessary):

**9. Lawsuit:**

Jurisdiction: United States District Court for the Eastern District of Louisiana

Case/Docket Number: 2:12-cv-00498-EEF-JCW

Date Filed: <u>02/23/12</u>
(Month/Day/Year)

**10. Drywall Manufacturer:**

- ☐ Knauf
  - ☐ I am a member of the Knauf Settlement Class
  - ☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class
- ☒ Mixed (Knauf and other)
- ☐ Non-Knauf
- ☐ Unknown

**11. Select the option that best describes your relationship to the Affected Property:**

- ☐ Residential Owner
- ☐ Tenant
- ☐ Previous Commercial or Rental Property Owner
- ☐ Previous Residential Owner
- ☒ Commercial or Rental Property Owner
- ☐ Repairing Builder/Installer/Assignee
- ☐ Non-Tenant Occupant (e.g. family member)
- ☐ Condominium Association
- ☐ Mortgagee(Bank)
- ☐ Other

**12. Provide the Under Air Square Footage for the Affected Property:**

1119

**13. Comments and additional information about your claim:**

In order to control the damage that was caused to this unit by CDW so they would be habitable and rentable, it was treated with bactericide, repainted, carpet and pad was replaced.  The cost associated with those items is $3,508.71 (itemization of items appear in uploaded Villa Lago Unit Turn Over Cost chart).

## B. Required Documents

Claimants seeking compensation for Repair and Relocation Damages caused by Chinese Drywall under the Banner, INEX or Global Settlements must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

**1.** Proof of Ownership or Assignment of Claim, such as

    (a) a Deed or other document demonstrating the ownership of the Affected Property; OR

    (b) an Assignment of Claim from the Owner of the Affected Property;

**2.** Documents demonstrating the presence of Chinese Drywall in the Affected Property;

**3.** Floor Plan or other document showing the Under Air Square Footage of the Affected Property;

**4.** Evidence of Settlement Eligibility, such as

    (a) a Document demonstrating that Chinese Drywall in the Affected Property was supplied by participating supplier; OR

    (b) a Document demonstrating that a participating builder built the Affected Property; OR

    (c) a Document demonstrating that Chinese Drywall in the Affected Property was installed by participating installer.

**5.** Any other document that you believe supports your claim.

## C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney | Gregory S. Weiss, Esquire | **Date** | 09/25/13 (Month/Day/Year) | |
|---|---|---|---|---|
| **Printed Name** | First | Last | | M.I. |

# CHINESE DRYWALL SETTLEMENT PROGRAM
## GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM FORM

Any Claimant seeking Repair and Relocation Expenses under the Global, Banner, or InEx Settlement Agreements must complete and submit this Global, Banner, InEx Repair and Relocation Expenses Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before September 30, 2013.

When completing this Claim Form, refer to the Instructions and Definitions in the Appendix. These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online.

If you are not able to complete the Global, Banner, InEx Repair and Relocation Expenses Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **1. Claimant Name:** | Last Name/Business Name<br>RCR Holdings II, LLC | First | M.I. |
| | DBA or Fictitious Name (if applicable) | | |

| | | | |
|---|---|---|---|
| **2. Individual Claimant 's Social Security Number (SSN):** | \|_\|_\|_\| - \|_\|_\| - \|_\|_\|_\|_\| | **3. Business Claimant's Employee Identification Number (EIN)** | \|2\|0\|0\| - \|8\|3\| - \|8\|5\|0\|6\| |

| | |
|---|---|
| **4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant?** | ☐ Yes<br><br>☒ No |

| | |
|---|---|
| **5. Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant.** | Name:_____<br><br>SSN: \|_\|_\|_\| - \|_\|_\| - \|_\|_\|_\|_\| |

| | |
|---|---|
| | ☐ Check here if you are not represented by an attorney and skip to Question 5.<br>If you are represented by an attorney, complete this section. |
| | Firm Name<br>Leopold Law |
| **6. Attorney Information:** | Attorney Last Name — Attorney First Name |
| | Street |

Offline Portal Submission

| Email | Phone Number |
|---|---|
| twhiddon@leopold-law.com | ( \| \| \| ) \| \| \| \| - \| \| \| \| \| |

**7. Affected Property Address:**

Street
1690 Renaissance Commons Blvd.  Unit 1110

| City | State | Zip | County/Parish |
|---|---|---|---|
| Boynton Beach | FL | 33426 | Palm Beach |

**8. Settlement Agreement under which you are submitting this claim (check all that apply):**

- ☒ Knauf
- ☒ Banner
- ☐ InEx
- ☒ Global
  - Participating Supplier Name: Banner
  - Participating Builder Name: Other
  - Participating Installer Name: Precision Drywall, Inc.
- ☐ L&W
- ☐ Unknown

Additional Comments (attached additional pages if necessary):

**9. Lawsuit:**

Jurisdiction: United States District Court for the Eastern District of Louisiana

Case/Docket Number: 2:12-cv-00498-EEF-JCW

Date Filed: <u>02/23/12</u>
(Month/Day/Year)

**10. Drywall Manufacturer:**

- ☐ Knauf
  - ☐ I am a member of the Knauf Settlement Class
  - ☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class
- ☒ Mixed (Knauf and other)
- ☐ Non-Knauf
- ☐ Unknown

**11. Select the option that best describes your relationship to the Affected Property:**

- ☐ Residential Owner
- ☐ Tenant
- ☐ Previous Commercial or Rental Property Owner
- ☐ Previous Residential Owner
- ☒ Commercial or Rental Property Owner
- ☐ Repairing Builder/Installer/Assignee
- ☐ Non-Tenant Occupant (e.g. family member)
- ☐ Condominium Association
- ☐ Mortgagee(Bank)
- ☐ Other

**12. Provide the Under Air Square Footage for the Affected Property:**

1119

**13. Comments and additional information about your claim:**

In order to control the damage that was caused to this unit by CDW so they would be habitable and rentable, it was treated with bactericide, repainted, carpet and pad was replaced.  The cost associated with those items is $3,508.71 (itemization of items appear in uploaded Villa Lago Unit Turn Over Cost chart).

## B. Required Documents

Claimants seeking compensation for Repair and Relocation Damages caused by Chinese Drywall under the Banner, InEx or Global Settlements must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

**1.** Proof of Ownership or Assignment of Claim, such as

    (a) a Deed or other document demonstrating the ownership of the Affected Property; OR

    (b) an Assignment of Claim from the Owner of the Affected Property;

**2.** Documents demonstrating the presence of Chinese Drywall in the Affected Property;

**3.** Floor Plan or other document showing the Under Air Square Footage of the Affected Property;

**4.** Evidence of Settlement Eligibility, such as

    (a) a Document demonstrating that Chinese Drywall in the Affected Property was supplied by participating supplier; OR

    (b) a Document demonstrating that a participating builder built the Affected Property; OR

    (c) a Document demonstrating that Chinese Drywall in the Affected Property was installed by participating installer.

**5.** Any other document that you believe supports your claim.

## C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney | Gregory S. Weiss, Esquire | **Date** | 09/25/13 <br> (Month/Day/Year) | |
|---|---|---|---|---|
| **Printed Name** | First | Last | | M.I. |

# CHINESE DRYWALL SETTLEMENT PROGRAM
## GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM FORM

Any Claimant seeking Repair and Relocation Expenses under the Global, Banner, or InEx Settlement Agreements must complete and submit this Global, Banner, InEx Repair and Relocation Expenses Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before September 30, 2013.

When completing this Claim Form, refer to the Instructions and Definitions in the Appendix. These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online.

If you are not able to complete the Global, Banner, InEx Repair and Relocation Expenses Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **1. Claimant Name:** | Last Name/Business Name<br>RCR Holdings II, LLC | First | M.I. |
| | DBA or Fictitious Name (if applicable) | | |

| | | | |
|---|---|---|---|
| **2. Individual Claimant 's Social Security Number (SSN):** | \|__\|__\|__\| - \|__\|__\| - \|__\|__\|__\|__\| | **3. Business Claimant's Employee Identification Number (EIN)** | \|2\|0\|0\|0\| - \|8\|3\| - \|8\|5\|0\|6\| |

**4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant?**

☐ Yes

☒ No

**5. Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant.**

Name:_____

SSN: \|__\|__\|__\| - \|__\|__\| - \|__\|__\|__\|__\|

☐ Check here if you are not represented by an attorney and skip to Question 5.
If you are represented by an attorney, complete this section.

Firm Name
Leopold Law

**6. Attorney Information:**

| Attorney Last Name | Attorney First Name |
|---|---|
| Street | |

| | | | | |
|---|---|---|---|---|
| | Email<br>twhiddon@leopold-law.com | | Phone Number<br>(_ \| \|_) \|_\|_\|_\| - \|_\|_\|_\| | |

| | | |
|---|---|---|
| **7. Affected Property Address:** | Street<br>1690 Renaissance Commons Blvd.  Unit 1112 | |
| | City<br>Boynton Beach | State<br>FL |
| | Zip<br>33426 | County/Parish<br>Palm Beach |

| | |
|---|---|
| **8. Settlement Agreement under which you are submitting this claim (check all that apply):** | ☒ Knauf<br>☒ Banner<br>☐ InEx<br>☒ Global<br>    Participating Supplier Name: Banner<br>    Participating Builder Name: Other<br>    Participating Installer Name: Precision Drywall, Inc.<br>☐ L&W<br>☐ Unknown<br>Additional Comments (attached additional pages if necessary): |
| **9. Lawsuit:** | Jurisdiction: United States District Court for the Eastern District of Louisiana<br><br>Case/Docket Number: 2:12-cv-00498-EEF-JCW<br><br>Date Filed: <u>02/23/12</u><br>            (Month/Day/Year) |
| **10. Drywall Manufacturer:** | ☐ Knauf<br>    ☐ I am a member of the Knauf Settlement Class<br>    ☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class<br>☒ Mixed (Knauf and other)<br>☐ Non-Knauf<br>☐ Unknown |
| **11. Select the option that best describes your relationship to the Affected Property:** | ☐ Residential Owner<br>☐ Tenant<br>☐ Previous Commercial or Rental Property Owner<br>☐ Previous Residential Owner<br>☒ Commercial or Rental Property Owner<br>☐ Repairing Builder/Installer/Assignee<br>☐ Non-Tenant Occupant (e.g. family member)<br>☐ Condominium Association<br>☐ Mortgagee(Bank)<br>☐ Other |
| **12. Provide the Under Air Square Footage for the Affected Property:** | 1240 |
| **13. Comments and additional information about your claim:** | In order to control the damage that was caused to this unit by CDW so they would be habitable and rentable, it was treated with bactericide, repainted, carpet and pad was replaced.  The cost associated with those items is $3,918.38 (itemization of items appear in uploaded Villa Lago Unit Turn Over Cost chart). |

## B. Required Documents

Claimants seeking compensation for Repair and Relocation Damages caused by Chinese Drywall under the Banner, InEx or Global Settlements must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

1. Proof of Ownership or Assignment of Claim, such as

    (a) a Deed or other document demonstrating the ownership of the Affected Property; OR

    (b) an Assignment of Claim from the Owner of the Affected Property;

2. Documents demonstrating the presence of Chinese Drywall in the Affected Property;

3. Floor Plan or other document showing the Under Air Square Footage of the Affected Property;

4. Evidence of Settlement Eligibility, such as

    (a) a Document demonstrating that Chinese Drywall in the Affected Property was supplied by participating supplier; OR

    (b) a Document demonstrating that a participating builder built the Affected Property; OR

    (c) a Document demonstrating that Chinese Drywall in the Affected Property was installed by participating installer.

5. Any other document that you believe supports your claim.

## C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney | Gregory S. Weiss, Esquire | **Date** | 09/25/13<br>(Month/Day/Year) | |
|---|---|---|---|---|
| **Printed Name** | First | Last | | M.I. |

# CHINESE DRYWALL SETTLEMENT PROGRAM
## GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM FORM

Any Claimant seeking Repair and Relocation Expenses under the Global, Banner, or InEx Settlement Agreements must complete and submit this Global, Banner, InEx Repair and Relocation Expenses Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before September 30, 2013.

When completing this Claim Form, refer to the Instructions and Definitions in the Appendix. These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online.

If you are not able to complete the Global, Banner, InEx Repair and Relocation Expenses Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **1. Claimant Name:** | Last Name/Business Name<br>RCR Holdings II, LLC | First | M.I. |
| | DBA or Fictitious Name (if applicable) | | |

| | | | |
|---|---|---|---|
| **2. Individual Claimant 's Social Security Number (SSN):** | \|_\|_\|_\| - \|_\|_\| - \|_\|_\|_\|_\| | **3. Business Claimant's Employee Identification Number (EIN)** | \|2\|0\|0\| - \|8\|3\| - \|8\|5\|0\|6\| |

**4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant?**

☐ Yes

☒ No

**5. Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant.**

Name:_____

SSN: \|_\|_\|_\| - \|_\|_\| - \|_\|_\|_\|_\|

☐ Check here if you are not represented by an attorney and skip to Question 5.
If you are represented by an attorney, complete this section.

Firm Name
Leopold Law

| Attorney Last Name | Attorney First Name |
|---|---|

**6. Attorney Information:**

Street

RCR Holdings II, LLC,
102220

1

| Email twhiddon@leopold-law.com | Phone Number (_\|\|_) \|\|\|\| - \|\|\|\|\| |
|---|---|

**7. Affected Property Address:**

Street
1690 Renaissance Commons Blvd.  Unit 1114

| City Boynton Beach | State FL | Zip 33426 | County/Parish Palm Beach |
|---|---|---|---|

**8. Settlement Agreement under which you are submitting this claim (check all that apply):**

☒ Knauf
☒ Banner
☐ InEx
☒ Global
    Participating Supplier Name: Banner
    Participating Builder Name: Other
    Participating Installer Name: Precision Drywall, Inc.
☐ L&W
☐ Unknown
Additional Comments (attached additional pages if necessary):

**9. Lawsuit:**

Jurisdiction:

Case/Docket Number:

Date Filed: ____ / ____ / ____
       (Month/Day/Year)

**10. Drywall Manufacturer:**

☐ Knauf
    ☐ I am a member of the Knauf Settlement Class
    ☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class
☒ Mixed (Knauf and other)
☐ Non-Knauf
☐ Unknown

**11. Select the option that best describes your relationship to the Affected Property:**

☐ Residential Owner
☐ Tenant
☐ Previous Commercial or Rental Property Owner
☐ Previous Residential Owner
☒ Commercial or Rental Property Owner
☐ Repairing Builder/Installer/Assignee
☐ Non-Tenant Occupant (e.g. family member)
☐ Condominium Association
☐ Mortgagee(Bank)
☐ Other

**12. Provide the Under Air Square Footage for the Affected Property:**

1240

**13. Comments and additional information about your claim:**

In order to control the damage that was caused to this unit by CDW so they would be habitable and rentable, it was treated with bactericide, repainted, carpet and pad was replaced.  The cost associated with those items is $3,918.38 (itemization of items appear in uploaded Villa Lago Unit Turn Over Cost chart).

## B. Required Documents

RCR Holdings II, LLC,

2

102220

Claimants seeking compensation for Repair and Relocation Damages caused by Chinese Drywall under the Banner, InEx or Global Settlements must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

**1.** Proof of Ownership or Assignment of Claim, such as

    (a) a Deed or other document demonstrating the ownership of the Affected Property; OR

    (b) an Assignment of Claim from the Owner of the Affected Property;

**2.** Documents demonstrating the presence of Chinese Drywall in the Affected Property;

**3.** Floor Plan or other document showing the Under Air Square Footage of the Affected Property;

**4.** Evidence of Settlement Eligibility, such as

    (a) a Document demonstrating that Chinese Drywall in the Affected Property was supplied by participating supplier; OR

    (b) a Document demonstrating that a participating builder built the Affected Property; OR

    (c) a Document demonstrating that Chinese Drywall in the Affected Property was installed by participating installer.

**5.** Any other document that you believe supports your claim.

## C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney | Gregory S. Weiss, Esquire | | Date | 09/25/13<br>(Month/Day/Year) | |
|---|---|---|---|---|---|
| **Printed Name** | First | Last | | | M.I. |

# CHINESE DRYWALL SETTLEMENT PROGRAM
## GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM FORM

Any Claimant seeking Repair and Relocation Expenses under the Global, Banner, or InEx Settlement Agreements must complete and submit this Global, Banner, InEx Repair and Relocation Expenses Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before September 30, 2013.

When completing this Claim Form, refer to the Instructions and Definitions in the Appendix. These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online.

If you are not able to complete the Global, Banner, InEx Repair and Relocation Expenses Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| | | | | |
|---|---|---|---|---|
| **1. Claimant Name:** | Last Name/Business Name<br>RCR Holdings II, LLC | | First | M.I. |
| | DBA or Fictitious Name (if applicable) | | | |

| | | | |
|---|---|---|---|
| **2. Individual Claimant's Social Security Number (SSN):** | \|\_\|\_\|\_\| - \|\_\|\_\| - \|\_\|\_\|\_\|\_\| | **3. Business Claimant's Employee Identification Number (EIN)** | \|2\|0\|0\| - \|8\|3\| - \|8\|5\|0\|6\| |

| | |
|---|---|
| **4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant?** | ☐ Yes<br><br>☒ No |

| | |
|---|---|
| **5. Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant.** | Name:_____<br><br>SSN: \|\_\|\_\|\_\| - \|\_\|\_\| - \|\_\|\_\|\_\|\_\| |

| | |
|---|---|
| | ☐ Check here if you are not represented by an attorney and skip to Question 5.<br>If you are represented by an attorney, complete this section. |
| | Firm Name<br>Leopold Law |
| **6. Attorney Information:** | Attorney Last Name / Attorney First Name |
| | Street |

Official Portal Submission

RCR Holdings II, LLC,
102220

1

| | |
|---|---|
| Email | Phone Number |
| twhiddon@leopold-law.com | (_|_|_) |_|_|_| - |_|_|_|_| |

**7. Affected Property Address:**

Street
1690 Renaissance Commons Blvd.  Unit 1116

| City | State | Zip | County/Parish |
|---|---|---|---|
| Boynton Beach | FL | 33426 | Palm Beach |

**8. Settlement Agreement under which you are submitting this claim (check all that apply):**

- ☒ Knauf
- ☒ Banner
- ☐ InEx
- ☒ Global
  - Participating Supplier Name: Banner
  - Participating Builder Name: Other
  - Participating Installer Name: Precision Drywall, Inc.
- ☐ L&W
- ☐ Unknown

Additional Comments (attached additional pages if necessary):

**9. Lawsuit:**

Jurisdiction:

Case/Docket Number:

Date Filed: ____ / ____ / ____
(Month/Day/Year)

**10. Drywall Manufacturer:**

- ☐ Knauf
  - ☐ I am a member of the Knauf Settlement Class
  - ☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class
- ☒ Mixed (Knauf and other)
- ☐ Non-Knauf
- ☐ Unknown

**11. Select the option that best describes your relationship to the Affected Property:**

- ☐ Residential Owner
- ☐ Tenant
- ☐ Previous Commercial or Rental Property Owner
- ☐ Previous Residential Owner
- ☒ Commercial or Rental Property Owner
- ☐ Repairing Builder/Installer/Assignee
- ☐ Non-Tenant Occupant (e.g. family member)
- ☐ Condominium Association
- ☐ Mortgagee(Bank)
- ☐ Other

**12. Provide the Under Air Square Footage for the Affected Property:**

1460

**13. Comments and additional information about your claim:**

In order to control the damage that was caused to this unit by CDW so they would be habitable and rentable, it was treated with bactericide, repainted, carpet and pad was replaced.  The cost associated with those items is $4,567.71 (itemization of items appear in uploaded Villa Lago Unit Turn Over Cost chart).

## B. Required Documents

Claimants seeking compensation for Repair and Relocation Damages caused by Chinese Drywall under the Banner, InEx or Global Settlements must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

**1.** Proof of Ownership or Assignment of Claim, such as

    (a) a Deed or other document demonstrating the ownership of the Affected Property; OR

    (b) an Assignment of Claim from the Owner of the Affected Property;

**2.** Documents demonstrating the presence of Chinese Drywall in the Affected Property;

**3.** Floor Plan or other document showing the Under Air Square Footage of the Affected Property;

**4.** Evidence of Settlement Eligibility, such as

    (a) a Document demonstrating that Chinese Drywall in the Affected Property was supplied by participating supplier; OR

    (b) a Document demonstrating that a participating builder built the Affected Property; OR

    (c) a Document demonstrating that Chinese Drywall in the Affected Property was installed by participating installer.

**5.** Any other document that you believe supports your claim.

## C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney | Gregory S. Weiss, Esquire | **Date** | 09/25/13 (Month/Day/Year) | |
|---|---|---|---|---|
| **Printed Name** | First | Last | | M.I. |

# CHINESE DRYWALL SETTLEMENT PROGRAM
## GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM FORM

Any Claimant seeking Repair and Relocation Expenses under the Global, Banner, or InEx Settlement Agreements must complete and submit this Global, Banner, InEx Repair and Relocation Expenses Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before September 30, 2013.

When completing this Claim Form, refer to the Instructions and Definitions in the Appendix.  These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online.  Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along.  Go to https://www3.browngreer.com/drywall to submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online.

If you are not able to complete the Global, Banner, InEx Repair and Relocation Expenses Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| 1. Claimant Name: | Last Name/Business Name<br>RCR Holdings II, LLC | | First | M.I. |
|---|---|---|---|---|
| | DBA or Fictitious Name (if applicable) | | | |

| 2. | Individual Claimant 's Social Security Number (SSN): | \|\_\|\_\|\_\| - \|\_\|\_\| - \|\_\|\_\|\_\|\_\| | 3. Business Claimant's Employee Identification Number (EIN) | \|2\|0\|0\|0\| - \|8\|3\| - \|8\|5\|0\|6\| |
|---|---|---|---|---|
| 4. | Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant? | ☐ Yes<br><br>☒ No | | |
| 5. | Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant. | Name:_____<br><br>SSN: \|\_\|\_\|\_\| - \|\_\|\_\| - \|\_\|\_\|\_\|\_\| | | |
| | | ☐ Check here if you are not represented by an attorney and skip to Question 5.<br>If you are represented by an attorney, complete this section. | | |
| | | Firm Name<br>Leopold Law | | |
| 6. Attorney Information: | | Attorney Last Name | | Attorney First Name |
| | | Street | | |

| | |
|---|---|
| Email twhiddon@leopold-law.com | Phone Number ( \| \| \| ) \| \| \| \| - \| \| \| \| |

| | | | |
|---|---|---|---|
| **7. Affected Property Address:** | Street 1690 Renaissance Commons Blvd.  Unit 1117 | | |
| | City Boynton Beach | State FL | Zip 33426 |  County/Parish Palm Beach |

**8. Settlement Agreement under which you are submitting this claim (check all that apply):**

- ☒ Knauf
- ☒ Banner
- ☐ InEx
- ☒ Global
    - Participating Supplier Name: Banner
    - Participating Builder Name: Other
    - Participating Installer Name: Precision Drywall, Inc.
- ☐ L&W
- ☐ Unknown

Additional Comments (attached additional pages if necessary):

**9. Lawsuit:**

Jurisdiction:

Case/Docket Number:

Date Filed: ____ / ____ / ____
(Month/Day/Year)

**10. Drywall Manufacturer:**

- ☐ Knauf
    - ☐ I am a member of the Knauf Settlement Class
    - ☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class
- ☒ Mixed (Knauf and other)
- ☐ Non-Knauf
- ☐ Unknown

**11. Select the option that best describes your relationship to the Affected Property:**

- ☐ Residential Owner
- ☐ Tenant
- ☐ Previous Commercial or Rental Property Owner
- ☐ Previous Residential Owner
- ☒ Commercial or Rental Property Owner
- ☐ Repairing Builder/Installer/Assignee
- ☐ Non-Tenant Occupant (e.g. family member)
- ☐ Condominium Association
- ☐ Mortgagee(Bank)
- ☐ Other

**12. Provide the Under Air Square Footage for the Affected Property:**

817

**13. Comments and additional information about your claim:**

In order to control the damage that was caused to this unit by CDW so they would be habitable and rentable, it was treated with bactericide, repainted, carpet and pad was replaced.  The cost associated with those items is $2,773.75 (itemization of items appear in uploaded Villa Lago Unit Turn Over Cost chart).

## B. Required Documents

RCR Holdings II, LLC,
102220

2

Claimants seeking compensation for Repair and Relocation Damages caused by Chinese Drywall under the Banner, InEx or Global Settlements must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

**1.** Proof of Ownership or Assignment of Claim, such as

(a) a Deed or other document demonstrating the ownership of the Affected Property; OR

(b) an Assignment of Claim from the Owner of the Affected Property;

**2.** Documents demonstrating the presence of Chinese Drywall in the Affected Property;

**3.** Floor Plan or other document showing the Under Air Square Footage of the Affected Property;

**4.** Evidence of Settlement Eligibility, such as

(a) a Document demonstrating that Chinese Drywall in the Affected Property was supplied by participating supplier; OR

(b) a Document demonstrating that a participating builder built the Affected Property; OR

(c) a Document demonstrating that Chinese Drywall in the Affected Property was installed by participating installer.

**5.** Any other document that you believe supports your claim.

## C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney | Gregory S. Weiss, Esquire | **Date** | 09/25/13 (Month/Day/Year) | |
|---|---|---|---|---|
| **Printed Name** | First | Last | | M.I. |

# CHINESE DRYWALL SETTLEMENT PROGRAM
## GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM FORM

Any Claimant seeking Repair and Relocation Expenses under the Global, Banner, or InEx Settlement Agreements must complete and submit this Global, Banner, InEx Repair and Relocation Expenses Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before September 30, 2013.

When completing this Claim Form, refer to the Instructions and Definitions in the Appendix. These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online.

If you are not able to complete the Global, Banner, InEx Repair and Relocation Expenses Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **1. Claimant Name:** | Last Name/Business Name<br>RCR Holdings II, LLC | First | M.I. |
| | DBA or Fictitious Name (if applicable) | | |

| | | | |
|---|---|---|---|
| **2. Individual Claimant 's Social Security Number (SSN):** | \|__\|__\|__\| - \|__\|__\| - \|__\|__\|__\|__\| | **3. Business Claimant's Employee Identification Number (EIN)** | \|2\|0\|0\|0\| - \|8\|3\| - \|8\|5\|0\|6\| |

**4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant?**

☐ Yes

☒ No

**5. Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant.**

Name:_____

SSN: \|__\|__\|__\| - \|__\|__\| - \|__\|__\|__\|__\|

☐ Check here if you are not represented by an attorney and skip to Question 5.
If you are represented by an attorney, complete this section.

Firm Name
Leopold Law

| Attorney Last Name | Attorney First Name |
|---|---|

**6. Attorney Information:**

Street

Online Portal Submission

| | |
|---|---|
| **Email**<br>twhiddon@leopold-law.com | **Phone Number**<br>( \|  \| ) \| \| \| \| - \| \| \| \| \| |

**7. Affected Property Address:**

Street: 1690 Renaissance Commons Blvd.  Unit 1119

| City | State | Zip | County/Parish |
|---|---|---|---|
| Boynton Beach | FL | 33426 | Palm Beach |

**8. Settlement Agreement under which you are submitting this claim (check all that apply):**

- ☒ Knauf
- ☒ Banner
- ☐ InEx
- ☒ Global
  - Participating Supplier Name: Banner
  - Participating Builder Name: Other
  - Participating Installer Name: Precision Drywall, Inc.
- ☐ L&W
- ☐ Unknown

Additional Comments (attached additional pages if necessary):

**9. Lawsuit:**

Jurisdiction:

Case/Docket Number:

Date Filed: ____ / ____ / ____
(Month/Day/Year)

**10. Drywall Manufacturer:**

- ☐ Knauf
  - ☐ I am a member of the Knauf Settlement Class
  - ☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class
- ☒ Mixed (Knauf and other)
- ☐ Non-Knauf
- ☐ Unknown

**11. Select the option that best describes your relationship to the Affected Property:**

- ☐ Residential Owner
- ☐ Tenant
- ☐ Previous Commercial or Rental Property Owner
- ☐ Previous Residential Owner
- ☒ Commercial or Rental Property Owner
- ☐ Repairing Builder/Installer/Assignee
- ☐ Non-Tenant Occupant (e.g. family member)
- ☐ Condominium Association
- ☐ Mortgagee(Bank)
- ☐ Other

**12. Provide the Under Air Square Footage for the Affected Property:**

1460

**13. Comments and additional information about your claim:**

In order to control the damage that was caused to this unit by CDW so they would be habitable and rentable, it was treated with bactericide, repainted, carpet and pad was replaced.  The cost associated with those items is $4,567.71 (itemization of items appear in uploaded Villa Lago Unit Turn Over Cost chart).

## B. Required Documents

RCR Holdings II, LLC,
102220

Claimants seeking compensation for Repair and Relocation Damages caused by Chinese Drywall under the Banner, InEx or Global Settlements must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

**1.** Proof of Ownership or Assignment of Claim, such as

    (a) a Deed or other document demonstrating the ownership of the Affected Property; OR

    (b) an Assignment of Claim from the Owner of the Affected Property;

**2.** Documents demonstrating the presence of Chinese Drywall in the Affected Property;

**3.** Floor Plan or document showing the Under Air Square Footage of the Affected Property;

**4.** Evidence of Settlement Eligibility, such as

    (a) a Document demonstrating that Chinese Drywall in the Affected Property was supplied by participating supplier; OR

    (b) a Document demonstrating that a participating builder built the Affected Property; OR

    (c) a Document demonstrating that Chinese Drywall in the Affected Property was installed by participating installer.

**5.** Any other document that you believe supports your claim.

## C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney | Gregory S. Weiss, Esquire | **Date** | 09/25/13 (Month/Day/Year) | |
|---|---|---|---|---|
| **Printed Name** | First | Last | | M.I. |

# CHINESE DRYWALL SETTLEMENT PROGRAM
## GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM FORM

Any Claimant seeking Repair and Relocation Expenses under the Global, Banner, or InEx Settlement Agreements must complete and submit this Global, Banner, InEx Repair and Relocation Expenses Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before September 30, 2013.

When completing this Claim Form, refer to the Instructions and Definitions in the Appendix. These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online.

If you are not able to complete the Global, Banner, InEx Repair and Relocation Expenses Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **1. Claimant Name:** | Last Name/Business Name<br>RCR Holdings II, LLC | First | M.I. |
| | DBA or Fictitious Name (if applicable) | | |

| | | | |
|---|---|---|---|
| **2. Individual Claimant's Social Security Number (SSN):** | \|__\|__\|__\| - \|__\|__\| - \|__\|__\|__\|__\| | **3. Business Claimant's Employee Identification Number (EIN)** | \|2\|0\|0\| - \|8\|3\| - \|8\|5\|0\|6\| |

| | |
|---|---|
| **4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant?** | ☐ Yes<br><br>☒ No |

| | |
|---|---|
| **5. Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant.** | Name:_____<br><br>SSN: \|__\|__\|__\| - \|__\|__\| - \|__\|__\|__\|__\| |

| | |
|---|---|
| | ☐ Check here if you are not represented by an attorney and skip to Question 5.<br>If you are represented by an attorney, complete this section. |
| | Firm Name<br>Leopold Law |
| **6. Attorney Information:** | Attorney Last Name / Attorney First Name |
| | Street |

| Email | Phone Number |
|---|---|
| twhiddon@leopold-law.com | ( \_ \| \| ) \| \| \| \| - \| \| \| \| \| |

**7. Affected Property Address:**

Street
1690 Renaissance Commons Blvd.  Unit 1122

| City | State | Zip | County/Parish |
|---|---|---|---|
| Boynton Beach | FL | 33426 | Palm Beach |

**8. Settlement Agreement under which you are submitting this claim (check all that apply):**

- ☒ Knauf
- ☒ Banner
- ☐ InEx
- ☒ Global

    Participating Supplier Name: Banner
    Participating Builder Name: Other
    Participating Installer Name: Precision Drywall, Inc.

- ☐ L&W
- ☐ Unknown

Additional Comments (attached additional pages if necessary):

**9. Lawsuit:**

Jurisdiction:

Case/Docket Number:

Date Filed: \_\_\_\_ / \_\_\_\_ / \_\_\_\_
     (Month/Day/Year)

**10. Drywall Manufacturer:**

- ☐ Knauf
  - ☐ I am a member of the Knauf Settlement Class
  - ☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class
- ☒ Mixed (Knauf and other)
- ☐ Non-Knauf
- ☐ Unknown

**11. Select the option that best describes your relationship to the Affected Property:**

- ☐ Residential Owner
- ☐ Tenant
- ☐ Previous Commercial or Rental Property Owner
- ☐ Previous Residential Owner
- ☒ Commercial or Rental Property Owner
- ☐ Repairing Builder/Installer/Assignee
- ☐ Non-Tenant Occupant (e.g. family member)
- ☐ Condominium Association
- ☐ Mortgagee(Bank)
- ☐ Other

**12. Provide the Under Air Square Footage for the Affected Property:**

1240

**13. Comments and additional information about your claim:**

In order to control the damage that was caused to this unit by CDW so they would be habitable and rentable, it was treated with bactericide, repainted, carpet and pad was replaced.  The cost associated with those items is $3,918.38 (itemization of items appear in uploaded Villa Lago Unit Turn Over Cost chart).

## B. Required Documents

Claimants seeking compensation for Repair and Relocation Damages caused by Chinese Drywall under the Banner, InEx or Global Settlements must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

**1.** Proof of Ownership or Assignment of Claim, such as

    (a) a Deed or other document demonstrating the ownership of the Affected Property; OR

    (b) an Assignment of Claim from the Owner of the Affected Property;

**2.** Documents demonstrating the presence of Chinese Drywall in the Affected Property;

**3.** Floor Plan or other document showing the Under Air Square Footage of the Affected Property;

**4.** Evidence of Settlement Eligibility, such as

    (a) a Document demonstrating that Chinese Drywall in the Affected Property was supplied by participating supplier; OR

    (b) a Document demonstrating that a participating builder built the Affected Property; OR

    (c) a Document demonstrating that Chinese Drywall in the Affected Property was installed by participating installer.

**5.** Any other document that you believe supports your claim.

## C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney | Gregory S. Weiss, Esquire | | **Date** | 09/25/13 (Month/Day/Year) | |
|---|---|---|---|---|---|
| **Printed Name** | First | Last | | | M.I. |

# CHINESE DRYWALL SETTLEMENT PROGRAM
## GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM FORM

Any Claimant seeking Repair and Relocation Expenses under the Global, Banner, or InEx Settlement Agreements must complete and submit this Global, Banner, InEx Repair and Relocation Expenses Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before September 30, 2013.

When completing this Claim Form, refer to the Instructions and Definitions in the Appendix. These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online.

If you are not able to complete the Global, Banner, InEx Repair and Relocation Expenses Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| 1. Claimant Name: | Last Name/Business Name<br>RCR Holdings II, LLC | First | M.I. |
|---|---|---|---|
| | DBA or Fictitious Name (if applicable) | | |

| 2. Individual Claimant 's Social Security Number (SSN): | \|_\|_\|_\| - \|_\|_\| - \|_\|_\|_\| | 3. Business Claimant's Employee Identification Number (EIN) | \|2\|0\|0\| - \|8\|3\| - \|8\|5\|0\|6\| |
|---|---|---|---|

| 4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant? | ☐ Yes<br><br>☒ No |
|---|---|

| 5. Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant. | Name:_____<br><br>SSN: \|_\|_\|_\| - \|_\|_\| - \|_\|_\|_\| |
|---|---|

| | ☐ Check here if you are not represented by an attorney and skip to Question 5.<br>If you are represented by an attorney, complete this section. |
|---|---|
| | Firm Name<br>Leopold Law |
| 6. Attorney Information: | Attorney Last Name | Attorney First Name |
| | Street |

| | |
|---|---|
| Email<br>twhiddon@leopold-law.com | Phone Number<br>(  \|  \|  ) \|  \|  \|  \| - \|  \|  \|  \| |

**7. Affected Property Address:**

Street
1690 Renaissance Commons Blvd.  Unit 1123

| City | State | Zip | County/Parish |
|---|---|---|---|
| Boynton Beach | FL | 33426 | Palm Beach |

**8. Settlement Agreement under which you are submitting this claim (check all that apply):**

- ☒ Knauf
- ☒ Banner
- ☐ InEx
- ☒ Global
  - Participating Supplier Name: Banner
  - Participating Builder Name: Other
  - Participating Installer Name: Precision Drywall, Inc.
- ☐ L&W
- ☐ Unknown

Additional Comments (attached additional pages if necessary):

**9. Lawsuit:**

Jurisdiction: United States District Court for the Eastern District of Louisiana

Case/Docket Number: 2:12-cv-00498-EEF-JCW

Date Filed: <u>02/23/12</u>
(Month/Day/Year)

**10. Drywall Manufacturer:**

- ☐ Knauf
  - ☐ I am a member of the Knauf Settlement Class
  - ☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class
- ☒ Mixed (Knauf and other)
- ☐ Non-Knauf
- ☐ Unknown

**11. Select the option that best describes your relationship to the Affected Property:**

- ☐ Residential Owner
- ☐ Tenant
- ☐ Previous Commercial or Rental Property Owner
- ☐ Previous Residential Owner
- ☒ Commercial or Rental Property Owner
- ☐ Repairing Builder/Installer/Assignee
- ☐ Non-Tenant Occupant (e.g. family member)
- ☐ Condominium Association
- ☐ Mortgagee(Bank)
- ☐ Other

**12. Provide the Under Air Square Footage for the Affected Property:**

1119

**13. Comments and additional information about your claim:**

In order to control the damage that was caused to this unit by CDW so they would be habitable and rentable, it was treated with bactericide, repainted, carpet and pad was replaced.  The cost associated with those items is $3,508.71 (itemization of items appear in uploaded Villa Lago Unit Turn Over Cost chart).

## B. Required Documents

RCR Holdings II, LLC,
102220

2

Claimants seeking compensation for Repair and Relocation Damages caused by Chinese Drywall under the Banner, InEx or Global Settlements must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

1. Proof of Ownership or Assignment of Claim, such as

    (a) a Deed or other document demonstrating the ownership of the Affected Property; OR

    (b) an Assignment of Claim from the Owner of the Affected Property;

2. Documents demonstrating the presence of Chinese Drywall in the Affected Property;

3. Floor Plan or other document showing the Under Air Square Footage of the Affected Property;

4. Evidence of Settlement Eligibility, such as

    (a) a Document demonstrating that Chinese Drywall in the Affected Property was supplied by participating supplier; OR

    (b) a Document demonstrating that a participating builder built the Affected Property; OR

    (c) a Document demonstrating that Chinese Drywall in the Affected Property was installed by participating installer.

5. Any other document that you believe supports your claim.

## C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney | Gregory S. Weiss, Esquire | | **Date** | 09/25/13 (Month/Day/Year) | |
|---|---|---|---|---|---|
| **Printed Name** | First | Last | | | M.I. |

# CHINESE DRYWALL SETTLEMENT PROGRAM
## GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM FORM

Any Claimant seeking Repair and Relocation Expenses under the Global, Banner, or InEx Settlement Agreements must complete and submit this Global, Banner, InEx Repair and Relocation Expenses Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before September 30, 2013.

When completing this Claim Form, refer to the Instructions and Definitions in the Appendix. These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online.

If you are not able to complete the Global, Banner, InEx Repair and Relocation Expenses Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

**1. Claimant Name:** Last Name/Business Name: RCR Holdings II, LLC — First — M.I.
DBA or Fictitious Name (if applicable)

**2. Individual Claimant's Social Security Number (SSN):** |__|__|__| - |__|__| - |__|__|__|__|

**3. Business Claimant's Employee Identification Number (EIN):** |2|0|0| - |8|3| - |8|5|0|6|

**4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant?** ☐ Yes ☒ No

**5. Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant.**
Name:_____
SSN: |__|__|__| - |__|__| - |__|__|__|__|

☐ Check here if you are not represented by an attorney and skip to Question 5.
If you are represented by an attorney, complete this section.
Firm Name: Leopold Law

**6. Attorney Information:** Attorney Last Name — Attorney First Name
Street

RCR Holdings II, LLC, 102220

1

| | |
|---|---|
| Email<br>twhiddon@leopold-law.com | Phone Number<br>(\|\|\|) \|\|\|\| - \|\|\|\|\| |

**7. Affected Property Address:**

Street
1690 Renaissance Commons Blvd.  Unit 1129

| City<br>Boynton Beach | State<br>FL | Zip<br>33426 | County/Parish<br>Palm Beach |
|---|---|---|---|

**8. Settlement Agreement under which you are submitting this claim (check all that apply):**

- ☒ Knauf
- ☒ Banner
- ☐ InEx
- ☒ Global
  - Participating Supplier Name: Banner
  - Participating Builder Name: Other
  - Participating Installer Name: Precision Drywall, Inc.
- ☐ L&W
- ☐ Unknown

Additional Comments (attached additional pages if necessary):

**9. Lawsuit:**

Jurisdiction: United States District Court for the Eastern District of Louisiana

Case/Docket Number: 2:12-cv-00498-EEF-JCW

Date Filed: <u>02/23/12</u>
(Month/Day/Year)

**10. Drywall Manufacturer:**

- ☐ Knauf
  - ☐ I am a member of the Knauf Settlement Class
  - ☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class
- ☒ Mixed (Knauf and other)
- ☐ Non-Knauf
- ☐ Unknown

**11. Select the option that best describes your relationship to the Affected Property:**

- ☐ Residential Owner
- ☐ Tenant
- ☐ Previous Commercial or Rental Property Owner
- ☐ Previous Residential Owner
- ☒ Commercial or Rental Property Owner
- ☐ Repairing Builder/Installer/Assignee
- ☐ Non-Tenant Occupant (e.g. family member)
- ☐ Condominium Association
- ☐ Mortgagee(Bank)
- ☐ Other

**12. Provide the Under Air Square Footage for the Affected Property:**

1240

**13. Comments and additional information about your claim:**

In order to control the damage that was caused to this unit by CDW so they would be habitable and rentable, it was treated with bactericide, repainted, carpet and pad was replaced.  The cost associated with those items is $3,918.38 (itemization of items appear in uploaded Villa Lago Unit Turn Over Cost chart).

## B. Required Documents

Claimants seeking compensation for Repair and Relocation Damages caused by Chinese Drywall under the Banner, InEx or Global Settlements must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

**1.** Proof of Ownership or Assignment of Claim, such as

    (a) a Deed or other document demonstrating the ownership of the Affected Property; OR

    (b) an Assignment of Claim from the Owner of the Affected Property;

**2.** Documents demonstrating the presence of Chinese Drywall in the Affected Property;

**3.** Floor Plan or other document showing the Under Air Square Footage of the Affected Property;

**4.** Evidence of Settlement Eligibility, such as

    (a) a Document demonstrating that Chinese Drywall in the Affected Property was supplied by participating supplier; OR

    (b) a Document demonstrating that a participating builder built the Affected Property; OR

    (c) a Document demonstrating that Chinese Drywall in the Affected Property was installed by participating installer.

**5.** Any other document that you believe supports your claim.

## C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney | Gregory S. Weiss, Esquire | **Date** | 09/25/13 (Month/Day/Year) | |
|---|---|---|---|---|
| **Printed Name** | First | Last | | M.I. |

# CHINESE DRYWALL SETTLEMENT PROGRAM
## GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM FORM

Any Claimant seeking Repair and Relocation Expenses under the Global, Banner, or InEx Settlement Agreements must complete and submit this Global, Banner, InEx Repair and Relocation Expenses Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before September 30, 2013.

When completing this Claim Form, refer to the Instructions and Definitions in the Appendix. These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online.

If you are not able to complete the Global, Banner, InEx Repair and Relocation Expenses Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| | |
|---|---|
| **1. Claimant Name:** | Last Name/Business Name: RCR Holdings II, LLC     First:     M.I. |
| | DBA or Fictitious Name (if applicable) |

| | | | |
|---|---|---|---|
| **2. Individual Claimant 's Social Security Number (SSN):** | \| \| \| - \| \| - \| \| \| \| | **3. Business Claimant's Employee Identification Number (EIN)** | \|2\|0\|0\| - \|8\|3\| - \|8\|5\|0\|6\| |

| | |
|---|---|
| **4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant?** | ☐ Yes<br>☒ No |
| **5. Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant.** | Name:_____<br><br>SSN: \| \| \| \| - \| \| \| - \| \| \| \| \| |
| | ☐ Check here if you are not represented by an attorney and skip to Question 5.<br>If you are represented by an attorney, complete this section.<br><br>Firm Name: Leopold Law |
| **6. Attorney Information:** | Attorney Last Name:     Attorney First Name:<br>Street: |

RCR Holdings II, LLC,
102220

1

| | |
|---|---|
| Email<br>twhiddon@leopold-law.com | Phone Number<br>(  \|  \| ) \| \| \| \| - \| \| \| \| |

**7. Affected Property Address:**

Street
1690 Renaissance Commons Blvd.  Unit 1201

| City | State | Zip | County/Parish |
|---|---|---|---|
| Boynton Beach | FL | 33426 | Palm Beach |

**8. Settlement Agreement under which you are submitting this claim (check all that apply):**

☒ Knauf
☒ Banner
☐ InEx
☒ Global
  Participating Supplier Name: Banner
  Participating Builder Name: Other
  Participating Installer Name: Precision Drywall, Inc.
☐ L&W
☐ Unknown
Additional Comments (attached additional pages if necessary):

**9. Lawsuit:**

Jurisdiction: United States District Court for the Eastern District of Louisiana

Case/Docket Number: 2:12-cv-00498-EEF-JCW

Date Filed: <u>02/23/12</u>
(Month/Day/Year)

**10. Drywall Manufacturer:**

☐ Knauf
  ☐ I am a member of the Knauf Settlement Class
  ☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class
☒ Mixed (Knauf and other)
☐ Non-Knauf
☐ Unknown

**11. Select the option that best describes your relationship to the Affected Property:**

☐ Residential Owner
☐ Tenant
☐ Previous Commercial or Rental Property Owner
☐ Previous Residential Owner
☒ Commercial or Rental Property Owner
☐ Repairing Builder/Installer/Assignee
☐ Non-Tenant Occupant (e.g. family member)
☐ Condominium Association
☐ Mortgagee(Bank)
☐ Other

**12. Provide the Under Air Square Footage for the Affected Property:**

1460

**13. Comments and additional information about your claim:**

In order to control the damage that was caused to this unit by CDW so they would be habitable and rentable, it was treated with bactericide, repainted, carpet and pad was replaced.  The cost associated with those items is $4,567.71 (itemization of items appear in uploaded Villa Lago Unit Turn Over Cost chart).

## B. Required Documents

RCR Holdings II, LLC,
102220

2

Claimants seeking compensation for Repair and Relocation Damages caused by Chinese Drywall under the Banner, InEx or Global Settlements must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

**1.** Proof of Ownership or Assignment of Claim, such as

    (a) a Deed or other document demonstrating the ownership of the Affected Property; OR

    (b) an Assignment of Claim from the Owner of the Affected Property;

**2.** Documents demonstrating the presence of Chinese Drywall in the Affected Property;

**3.** Floor Plan or other document showing the Under Air Square Footage of the Affected Property;

**4.** Evidence of Settlement Eligibility, such as

    (a) a Document demonstrating that Chinese Drywall in the Affected Property was supplied by participating supplier; OR

    (b) a Document demonstrating that a participating builder built the Affected Property; OR

    (c) a Document demonstrating that Chinese Drywall in the Affected Property was installed by participating installer.

**5.** Any other document that you believe supports your claim.

## C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney | Gregory S. Weiss, Esquire | **Date** | 09/25/13 (Month/Day/Year) |
|---|---|---|---|
| **Printed Name** | First | Last | M.I. |

RCR Holdings II, LLC,

102220

3

# CHINESE DRYWALL SETTLEMENT PROGRAM
## GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM FORM

Any Claimant seeking Repair and Relocation Expenses under the Global, Banner, or InEx Settlement Agreements must complete and submit this Global, Banner, InEx Repair and Relocation Expenses Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before September 30, 2013.

When completing this Claim Form, refer to the Instructions and Definitions in the Appendix. These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online.

If you are not able to complete the Global, Banner, InEx Repair and Relocation Expenses Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **1. Claimant Name:** | Last Name/Business Name<br>RCR Holdings II, LLC | First | M.I. |
| | DBA or Fictitious Name (if applicable) | | |

| | | | |
|---|---|---|---|
| **2. Individual Claimant 's Social Security Number (SSN):** | \|\_\|\_\|\_\| - \|\_\|\_\| - \|\_\|\_\|\_\|\_\| | **3. Business Claimant's Employee Identification Number (EIN)** | \|2\|0\|0\| - \|8\|3\| - \|8\|5\|0\|6\| |

| | |
|---|---|
| **4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant?** | ☐ Yes<br><br>☒ No |

| | |
|---|---|
| **5. Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant.** | Name:_____<br><br>SSN: \|\_\|\_\|\_\| - \|\_\|\_\| - \|\_\|\_\|\_\|\_\| |

| | |
|---|---|
| | ☐ Check here if you are not represented by an attorney and skip to Question 5.<br>If you are represented by an attorney, complete this section. |
| | Firm Name<br>Leopold Law |
| **6. Attorney Information:** | Attorney Last Name | Attorney First Name |
| | Street |

| Email | | Phone Number |
|---|---|---|
| twhiddon@leopold-law.com | | ( \| \| \| ) \| \| \| \| - \| \| \| \| \| |

| | | |
|---|---|---|
| **7. Affected Property Address:** | Street 1690 Renaissance Commons Blvd.  Unit 1204 | |

| City | State | Zip | County/Parish |
|---|---|---|---|
| Boynton Beach | FL | 33426 | Palm Beach |

**8. Settlement Agreement under which you are submitting this claim (check all that apply):**

- ☒ Knauf
- ☒ Banner
- ☐ InEx
- ☒ Global
  - Participating Supplier Name: Banner
  - Participating Builder Name: Other
  - Participating Installer Name: Precision Drywall, Inc.
- ☐ L&W
- ☐ Unknown

Additional Comments (attached additional pages if necessary):

**9. Lawsuit:**

Jurisdiction: United States District Court for the Eastern District of Louisiana

Case/Docket Number: 2:12-cv-00498-EEF-JCW

Date Filed: <u>02/23/12</u>
(Month/Day/Year)

**10. Drywall Manufacturer:**

- ☐ Knauf
  - ☐ I am a member of the Knauf Settlement Class
  - ☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class
- ☒ Mixed (Knauf and other)
- ☐ Non-Knauf
- ☐ Unknown

**11. Select the option that best describes your relationship to the Affected Property:**

- ☐ Residential Owner
- ☐ Tenant
- ☐ Previous Commercial or Rental Property Owner
- ☐ Previous Residential Owner
- ☒ Commercial or Rental Property Owner
- ☐ Repairing Builder/Installer/Assignee
- ☐ Non-Tenant Occupant (e.g. family member)
- ☐ Condominium Association
- ☐ Mortgagee(Bank)
- ☐ Other

**12. Provide the Under Air Square Footage for the Affected Property:**

1460

**13. Comments and additional information about your claim:**

In order to control the damage that was caused to this unit by CDW so they would be habitable and rentable, it was treated with bactericide, repainted, carpet and pad was replaced.  The cost associated with those items is $4,567.71 (itemization of items appear in uploaded Villa Lago Unit Turn Over Cost chart).

## B. Required Documents

Claimants seeking compensation for Repair and Relocation Damages caused by Chinese Drywall under the Banner, InEx or Global Settlements must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

**1.** Proof of Ownership or Assignment of Claim, such as

    (a) a Deed or other document demonstrating the ownership of the Affected Property; OR

    (b) an Assignment of Claim from the Owner of the Affected Property;

**2.** Documents demonstrating the presence of Chinese Drywall in the Affected Property;

**3.** Floor Plan or document showing the Under Air Square Footage of the Affected Property;

**4.** Evidence of Settlement Eligibility, such as

    (a) a Document demonstrating that Chinese Drywall in the Affected Property was supplied by participating supplier; OR

    (b) a Document demonstrating that a participating builder built the Affected Property; OR

    (c) a Document demonstrating that Chinese Drywall in the Affected Property was installed by participating installer.

**5.** Any other document that you believe supports your claim.

| C. SIGNATURE |
|---|

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney | Gregory S. Weiss, Esquire | **Date** | 09/25/13<br>(Month/Day/Year) | |
|---|---|---|---|---|
| **Printed Name** | First | Last | | M.I. |

RCR Holdings II, LLC,

102220

# CHINESE DRYWALL SETTLEMENT PROGRAM
## GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM FORM

Any Claimant seeking Repair and Relocation Expenses under the Global, Banner, or InEx Settlement Agreements must complete and submit this Global, Banner, InEx Repair and Relocation Expenses Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before September 30, 2013.

When completing this Claim Form, refer to the Instructions and Definitions in the Appendix. These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online.

If you are not able to complete the Global, Banner, InEx Repair and Relocation Expenses Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **1. Claimant Name:** | Last Name/Business Name<br>RCR Holdings II, LLC | First | M.I. |
| | DBA or Fictitious Name (if applicable) | | |

| | | | |
|---|---|---|---|
| **2. Individual Claimant 's Social Security Number (SSN):** | \|_\|_\|_\| - \|_\|_\| - \|_\|_\|_\|_\| | **3. Business Claimant's Employee Identification Number (EIN)** | \|2\|0\|0\|0\| - \|8\|3\| - \|8\|5\|0\|6\| |

**4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant?**

☐ Yes

☒ No

**5. Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant.**

Name:_____

SSN: \|_\|_\|_\| - \|_\|_\| - \|_\|_\|_\|_\|

☐ Check here if you are not represented by an attorney and skip to Question 5.
If you are represented by an attorney, complete this section.

Firm Name
Leopold Law

| Attorney Last Name | Attorney First Name |
|---|---|
| | |

**6. Attorney Information:**

Street

| | |
|---|---|
| **Email**<br>twhiddon@leopold-law.com | **Phone Number**<br>( \|  \| )  \| \| \| \| - \| \| \| \| |

| **7. Affected Property Address:** | **Street**<br>1690 Renaissance Commons Blvd.  Unit 1207 | | | |
|---|---|---|---|---|
| | **City**<br>Boynton Beach | **State**<br>FL | **Zip**<br>33426 | **County/Parish**<br>Palm Beach |

| **8. Settlement Agreement under which you are submitting this claim (check all that apply):** | ☒ Knauf<br>☒ Banner<br>☐ InEx<br>☒ Global<br>       Participating Supplier Name: Banner<br>       Participating Builder Name: Other<br>       Participating Installer Name: Precision Drywall, Inc.<br>☐ L&W<br>☐ Unknown<br>Additional Comments (attached additional pages if necessary): |
|---|---|

| **9. Lawsuit:** | Jurisdiction: United States District Court for the Eastern District of Louisiana<br><br>Case/Docket Number: 2:12-cv-00498-EEF-JCW<br><br>Date Filed: <u>02/23/12</u><br>            (Month/Day/Year) |
|---|---|

| **10. Drywall Manufacturer:** | ☐ Knauf<br>    ☐ I am a member of the Knauf Settlement Class<br>    ☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class<br>☒ Mixed (Knauf and other)<br>☐ Non-Knauf<br>☐ Unknown |
|---|---|

| **11. Select the option that best describes your relationship to the Affected Property:** | ☐ Residential Owner<br>☐ Tenant<br>☐ Previous Commercial or Rental Property Owner<br>☐ Previous Residential Owner<br>☒ Commercial or Rental Property Owner<br>☐ Repairing Builder/Installer/Assignee<br>☐ Non-Tenant Occupant (e.g. family member)<br>☐ Condominium Association<br>☐ Mortgagee(Bank)<br>☐ Other |
|---|---|

| **12. Provide the Under Air Square Footage for the Affected Property:** | 1240 |
|---|---|

| **13. Comments and additional information about your claim:** | In order to control the damage that was caused to this unit by CDW so they would be habitable and rentable, it was treated with bactericide, repainted, carpet and pad was replaced.  The cost associated with those items is $3,918.38 (itemization of items appear in uploaded Villa Lago Unit Turn Over Cost chart). |
|---|---|

## B. Required Documents

Claimants seeking compensation for Repair and Relocation Damages caused by Chinese Drywall under the Banner, InEx or Global Settlements must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

**1.** Proof of Ownership or Assignment of Claim, such as

    (a) a Deed or other document demonstrating the ownership of the Affected Property; OR

    (b) an Assignment of Claim from the Owner of the Affected Property;

**2.** Documents demonstrating the presence of Chinese Drywall in the Affected Property;

**3.** Floor Plan or other document showing the Under Air Square Footage of the Affected Property;

**4.** Evidence of Settlement Eligibility, such as

    (a) a Document demonstrating that Chinese Drywall in the Affected Property was supplied by participating supplier; OR

    (b) a Document demonstrating that a participating builder built the Affected Property; OR

    (c) a Document demonstrating that Chinese Drywall in the Affected Property was installed by participating installer.

**5.** Any other document that you believe supports your claim.

## C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney | Gregory S. Weiss, Esquire | **Date** | 09/25/13<br>(Month/Day/Year) | |
|---|---|---|---|---|
| **Printed Name** | First | Last | | M.I. |

# CHINESE DRYWALL SETTLEMENT PROGRAM
## GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM FORM

Any Claimant seeking Repair and Relocation Expenses under the Global, Banner, or InEx Settlement Agreements must complete and submit this Global, Banner, InEx Repair and Relocation Expenses Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before September 30, 2013.

When completing this Claim Form, refer to the Instructions and Definitions in the Appendix. These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online.

If you are not able to complete the Global, Banner, InEx Repair and Relocation Expenses Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **1. Claimant Name:** | Last Name/Business Name<br>RCR Holdings II, LLC | First | M.I. |
| | DBA or Fictitious Name (if applicable) | | |

| | | | |
|---|---|---|---|
| **2. Individual Claimant 's Social Security Number (SSN):** | \|___\|___\| - \|___\| - \|___\|___\|___\|___\| | **3. Business Claimant's Employee Identification Number (EIN)** | \|2\|0\|0\| - \|8\|3\| - \|8\|5\|0\|6\| |

| | |
|---|---|
| **4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant?** | ☐ Yes<br>☒ No |

| | |
|---|---|
| **5. Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant.** | Name:_____<br><br>SSN: \|___\|___\|___\| - \|___\|___\| - \|___\|___\|___\|___\| |

| | |
|---|---|
| | ☐ Check here if you are not represented by an attorney and skip to Question 5.<br>If you are represented by an attorney, complete this section. |
| | Firm Name<br>Leopold Law |
| **6. Attorney Information:** | Attorney Last Name / Attorney First Name |
| | Street |

| | |
|---|---|
| Email<br>twhiddon@leopold-law.com | Phone Number<br>(_\|_\|_) \|_\|_\|_\| - \|_\|_\|_\| |

**7. Affected Property Address:**

Street
1690 Renaissance Commons Blvd.  Unit 1208

| City | State | Zip | County/Parish |
|---|---|---|---|
| Boynton Beach | FL | 33426 | Palm Beach |

**8. Settlement Agreement under which you are submitting this claim (check all that apply):**

- ☒ Knauf
- ☒ Banner
- ☐ InEx
- ☒ Global
  - Participating Supplier Name: Banner
  - Participating Builder Name: Other
  - Participating Installer Name: Precision Drywall, Inc.
- ☐ L&W
- ☐ Unknown

Additional Comments (attached additional pages if necessary):

**9. Lawsuit:**

Jurisdiction: United States District Court for the Southern District of Florida

Case/Docket Number: 2:12-cv-00498-EEF-JCW

Date Filed: <u>02/23/12</u>
    (Month/Day/Year)

**10. Drywall Manufacturer:**

- ☐ Knauf
  - ☐ I am a member of the Knauf Settlement Class
  - ☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class
- ☒ Mixed (Knauf and other)
- ☐ Non-Knauf
- ☐ Unknown

**11. Select the option that best describes your relationship to the Affected Property:**

- ☐ Residential Owner
- ☐ Tenant
- ☐ Previous Commercial or Rental Property Owner
- ☐ Previous Residential Owner
- ☒ Commercial or Rental Property Owner
- ☐ Repairing Builder/Installer/Assignee
- ☐ Non-Tenant Occupant (e.g. family member)
- ☐ Condominium Association
- ☐ Mortgagee(Bank)
- ☐ Other

**12. Provide the Under Air Square Footage for the Affected Property:**

1240

**13. Comments and additional information about your claim:**

In order to control the damage that was caused to this unit by CDW so they would be habitable and rentable, it was treated with bactericide, repainted, carpet and pad was replaced.  The cost associated with those items is $3,918.38 (itemization of items appear in uploaded Villa Lago Unit Turn Over Cost chart).

**B. Required Documents**

Claimants seeking compensation for Repair and Relocation Damages caused by Chinese Drywall under the Banner, InEx or Global Settlements must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

1. Proof of Ownership or Assignment of Claim, such as

    (a) a Deed or other document demonstrating the ownership of the Affected Property; OR

    (b) an Assignment of Claim from the Owner of the Affected Property;

2. Documents demonstrating the presence of Chinese Drywall in the Affected Property;

3. Floor Plan or other document showing the Under Air Square Footage of the Affected Property;

4. Evidence of Settlement Eligibility, such as

    (a) a Document demonstrating that Chinese Drywall in the Affected Property was supplied by participating supplier; OR

    (b) a Document demonstrating that a participating builder built the Affected Property; OR

    (c) a Document demonstrating that Chinese Drywall in the Affected Property was installed by participating installer.

5. Any other document that you believe supports your claim.

## C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney | Gregory S. Weiss, Esquire | | Date | 09/25/13 (Month/Day/Year) | |
|---|---|---|---|---|---|
| Printed Name | First | Last | | | M.I. |

Online Oral Submission

# CHINESE DRYWALL SETTLEMENT PROGRAM
## GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM FORM

Any Claimant seeking Repair and Relocation Expenses under the Global, Banner, or InEx Settlement Agreements must complete and submit this Global, Banner, InEx Repair and Relocation Expenses Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before September 30, 2013.

When completing this Claim Form, refer to the Instructions and Definitions in the Appendix. These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online.

If you are not able to complete the Global, Banner, InEx Repair and Relocation Expenses Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **1. Claimant Name:** | Last Name/Business Name<br>RCR Holdings II, LLC | First | M.I. |
| | DBA or Fictitious Name (if applicable) | | |

| | | | |
|---|---|---|---|
| **2. Individual Claimant's Social Security Number (SSN):** | \|＿\|＿\| - \|＿\| - \|＿\|＿\|＿\|＿\| | **3. Business Claimant's Employee Identification Number (EIN)** | \|2\|0\|0\| - \|8\|3\| - \|8\|5\|0\|6\| |

| | |
|---|---|
| **4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant?** | ☐ Yes<br>☒ No |

| | |
|---|---|
| **5. Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant.** | Name:_____<br><br>SSN: \|＿\|＿\|＿\| - \|＿\|＿\| - \|＿\|＿\|＿\|＿\| |

| | |
|---|---|
| | ☐ Check here if you are not represented by an attorney and skip to Question 5.<br>If you are represented by an attorney, complete this section. |
| **6. Attorney Information:** | Firm Name<br>Leopold Law |
| | Attorney Last Name / Attorney First Name |
| | Street |

Official Portal Submission

| Email | | Phone Number |
|---|---|---|
| twhiddon@leopold-law.com | | (_\|_\|_) \|_\|_\|_\| - \|_\|_\|_\| |

**7. Affected Property Address:**

Street
1690 Renaissance Commons Blvd.  Unit 1210

| City | State | Zip | County/Parish |
|---|---|---|---|
| Boynton Beach | FL | 33426 | Palm Beach |

**8. Settlement Agreement under which you are submitting this claim (check all that apply):**

☒ Knauf
☒ Banner
☐ InEx
☒ Global
      Participating Supplier Name: Banner
      Participating Builder Name: Other
      Participating Installer Name: Precision Drywall, Inc.
☐ L&W
☐ Unknown
Additional Comments (attached additional pages if necessary):

**9. Lawsuit:**

Jurisdiction: United States District Court for the Eastern District of Louisiana

Case/Docket Number: 2:12-cv-00498-EEF-JCW

Date Filed: <u>02/23/12</u>
     (Month/Day/Year)

**10. Drywall Manufacturer:**

☐ Knauf
    ☐ I am a member of the Knauf Settlement Class
    ☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class
☒ Mixed (Knauf and other)
☐ Non-Knauf
☐ Unknown

**11. Select the option that best describes your relationship to the Affected Property:**

☐ Residential Owner
☐ Tenant
☐ Previous Commercial or Rental Property Owner
☐ Previous Residential Owner
☒ Commercial or Rental Property Owner
☐ Repairing Builder/Installer/Assignee
☐ Non-Tenant Occupant (e.g. family member)
☐ Condominium Association
☐ Mortgagee(Bank)
☐ Other

**12. Provide the Under Air Square Footage for the Affected Property:**

1119

**13. Comments and additional information about your claim:**

In order to control the damage that was caused to this unit by CDW so they would be habitable and rentable, it was treated with bactericide, repainted, carpet and pad was replaced.  The cost associated with those items is $3,508.71 (itemization of items appear in uploaded Villa Lago Unit Turn Over Cost chart).

**B. Required Documents**

Claimants seeking compensation for Repair and Relocation Damages caused by Chinese Drywall under the Banner, InEx or Global Settlements must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

**1.** Proof of Ownership or Assignment of Claim, such as

    (a) a Deed or other document demonstrating the ownership of the Affected Property; OR

    (b) an Assignment of Claim from the Owner of the Affected Property;

**2.** Documents demonstrating the presence of Chinese Drywall in the Affected Property;

**3.** Floor Plan or other document showing the Under Air Square Footage of the Affected Property;

**4.** Evidence of Settlement Eligibility, such as

    (a) a Document demonstrating that Chinese Drywall in the Affected Property was supplied by participating supplier; OR

    (b) a Document demonstrating that a participating builder built the Affected Property; OR

    (c) a Document demonstrating that Chinese Drywall in the Affected Property was installed by participating installer.

**5.** Any other document that you believe supports your claim.

## C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney | Gregory S. Weiss, Esquire | | **Date** | 09/25/13 (Month/Day/Year) | |
|---|---|---|---|---|---|
| **Printed Name** | First | Last | | | M.I. |

# CHINESE DRYWALL SETTLEMENT PROGRAM
## GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM FORM

Any Claimant seeking Repair and Relocation Expenses under the Global, Banner, or InEx Settlement Agreements must complete and submit this Global, Banner, InEx Repair and Relocation Expenses Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before September 30, 2013.

When completing this Claim Form, refer to the Instructions and Definitions in the Appendix. These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online.

If you are not able to complete the Global, Banner, InEx Repair and Relocation Expenses Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **1. Claimant Name:** | Last Name/Business Name<br>RCR Holdings II, LLC | First | M.I. |
| | DBA or Fictitious Name (if applicable) | | |

| | | | |
|---|---|---|---|
| **2. Individual Claimant 's Social Security Number (SSN):** | \|\_\|\_\|\_\| - \|\_\|\_\| - \|\_\|\_\|\_\|\_\| | **3. Business Claimant's Employee Identification Number (EIN)** | \|2\|0\|0\| - \|8\|3\| - \|8\|5\|0\|6\| |

| | |
|---|---|
| **4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant?** | ☐ Yes<br>☒ No |

| | |
|---|---|
| **5. Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant.** | Name:_____<br><br>SSN: \|\_\|\_\|\_\| - \|\_\|\_\| - \|\_\|\_\|\_\|\_\| |

| | |
|---|---|
| | ☐ Check here if you are not represented by an attorney and skip to Question 5.<br>If you are represented by an attorney, complete this section. |
| | Firm Name<br>Leopold Law |
| **6. Attorney Information:** | Attorney Last Name / Attorney First Name |
| | Street |

Online Portal Submission

| | |
|---|---|
| Email<br>twhiddon@leopold-law.com | Phone Number<br>( \| \| \| )  \| \| \| \|  -  \| \| \| \| |

**7. Affected Property Address:**

Street
1690 Renaissance Commons Blvd.  Unit 1214

| City<br>Boynton Beach | State<br>FL | Zip<br>33426 | County/Parish<br>Palm Beach |
|---|---|---|---|

**8. Settlement Agreement under which you are submitting this claim (check all that apply):**

- ☒ Knauf
- ☒ Banner
- ☐ InEx
- ☒ Global
  - Participating Supplier Name: Banner
  - Participating Builder Name: Other
  - Participating Installer Name: Precision Drywall, Inc.
- ☐ L&W
- ☐ Unknown

Additional Comments (attached additional pages if necessary):

**9. Lawsuit:**

Jurisdiction: United States District Court for the Eastern District of Louisiana

Case/Docket Number: 2:12-cv-00498-EEF-JCW

Date Filed: 02/23/12
(Month/Day/Year)

**10. Drywall Manufacturer:**

- ☐ Knauf
  - ☐ I am a member of the Knauf Settlement Class
  - ☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class
- ☒ Mixed (Knauf and other)
- ☐ Non-Knauf
- ☐ Unknown

**11. Select the option that best describes your relationship to the Affected Property:**

- ☐ Residential Owner
- ☐ Tenant
- ☐ Previous Commercial or Rental Property Owner
- ☐ Previous Residential Owner
- ☒ Commercial or Rental Property Owner
- ☐ Repairing Builder/Installer/Assignee
- ☐ Non-Tenant Occupant (e.g. family member)
- ☐ Condominium Association
- ☐ Mortgagee(Bank)
- ☐ Other

**12. Provide the Under Air Square Footage for the Affected Property:**

1240

**13. Comments and additional information about your claim:**

In order to control the damage that was caused to this unit by CDW so they would be habitable and rentable, it was treated with bactericide, repainted, carpet and pad was replaced.  The cost associated with those items is $3,918.38 (itemization of items appear in uploaded Villa Lago Unit Turn Over Cost chart).

**B. Required Documents**

RCR Holdings II, LLC,
102220

2

Claimants seeking compensation for Repair and Relocation Damages caused by Chinese Drywall under the Banner, InEx or Global Settlements must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

**1.** Proof of Ownership or Assignment of Claim, such as

   (a) a Deed or other document demonstrating the ownership of the Affected Property; OR

   (b) an Assignment of Claim from the Owner of the Affected Property;

**2.** Documents demonstrating the presence of Chinese Drywall in the Affected Property;

**3.** Floor Plan or other document showing the Under Air Square Footage of the Affected Property;

**4.** Evidence of Settlement Eligibility, such as

   (a) a Document demonstrating that Chinese Drywall in the Affected Property was supplied by participating supplier; OR

   (b) a Document demonstrating that a participating builder built the Affected Property; OR

   (c) a Document demonstrating that Chinese Drywall in the Affected Property was installed by participating installer.

**5.** Any other document that you believe supports your claim.

## C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney | Gregory S. Weiss, Esquire | **Date** | 09/25/13 <br> (Month/Day/Year) | |
|---|---|---|---|---|
| **Printed Name** | First | Last | | M.I. |

# CHINESE DRYWALL SETTLEMENT PROGRAM
## GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM FORM

Any Claimant seeking Repair and Relocation Expenses under the Global, Banner, or InEx Settlement Agreements must complete and submit this Global, Banner, InEx Repair and Relocation Expenses Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before September 30, 2013.

When completing this Claim Form, refer to the Instructions and Definitions in the Appendix. These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online.

If you are not able to complete the Global, Banner, InEx Repair and Relocation Expenses Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **1. Claimant Name:** | Last Name/Business Name<br>RCR Holdings II, LLC | First | M.I. |
| | DBA or Fictitious Name (if applicable) | | |

| | | | |
|---|---|---|---|
| **2. Individual Claimant 's Social Security Number (SSN):** | \|__\|__\| - \|__\| - \|__\|__\|__\| | **3. Business Claimant's Employee Identification Number (EIN)** | \|2\|0\|0\| - \|8\|3\| - \|8\|5\|0\|6\| |

| | |
|---|---|
| **4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant?** | ☐ Yes<br><br>☒ No |

| | |
|---|---|
| **5. Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant.** | Name:_____<br><br>SSN: \|__\|__\| - \|__\| - \|__\|__\|__\| |

| | |
|---|---|
| | ☐ Check here if you are not represented by an attorney and skip to Question 5.<br>If you are represented by an attorney, complete this section. |
| | Firm Name<br>Leopold Law |
| **6. Attorney Information:** | Attorney Last Name / Attorney First Name |
| | Street |

Online Portal Submission

| Email | Phone Number |
|---|---|
| twhiddon@leopold-law.com | (_ \| \|_) \|_ \| \| \| - \| \| \| \| \| |

**7. Affected Property Address:**

Street
1690 Renaissance Commons Blvd.  Unit 1220

| City | State | Zip | County/Parish |
|---|---|---|---|
| Boynton Beach | FL | 33426 | Palm Beach |

**8. Settlement Agreement under which you are submitting this claim (check all that apply):**

- ☒ Knauf
- ☒ Banner
- ☐ InEx
- ☒ Global
  - Participating Supplier Name: Banner
  - Participating Builder Name: Other
  - Participating Installer Name: Precision Drywall, Inc.
- ☐ L&W
- ☐ Unknown

Additional Comments (attached additional pages if necessary):

**9. Lawsuit:**

Jurisdiction: United States District Court for the Eastern District of Louisiana

Case/Docket Number: 2:12-cv-00498-EEF-JCW

Date Filed: <u>02/23/12</u>
(Month/Day/Year)

**10. Drywall Manufacturer:**

- ☐ Knauf
  - ☐ I am a member of the Knauf Settlement Class
  - ☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class
- ☒ Mixed (Knauf and other)
- ☐ Non-Knauf
- ☐ Unknown

**11. Select the option that best describes your relationship to the Affected Property:**

- ☐ Residential Owner
- ☐ Tenant
- ☐ Previous Commercial or Rental Property Owner
- ☐ Previous Residential Owner
- ☒ Commercial or Rental Property Owner
- ☐ Repairing Builder/Installer/Assignee
- ☐ Non-Tenant Occupant (e.g. family member)
- ☐ Condominium Association
- ☐ Mortgagee(Bank)
- ☐ Other

**12. Provide the Under Air Square Footage for the Affected Property:**

1119

**13. Comments and additional information about your claim:**

In order to control the damage that was caused to this unit by CDW so they would be habitable and rentable, it was treated with bactericide, repainted, carpet and pad was replaced.  The cost associated with those items is $3,508.71 (itemization of items appear in uploaded Villa Lago Unit Turn Over Cost chart).

## B. Required Documents

RCR Holdings II, LLC,
102220

Claimants seeking compensation for Repair and Relocation Damages caused by Chinese Drywall under the Banner, InEx or Global Settlements must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

**1.** Proof of Ownership or Assignment of Claim, such as

    (a) a Deed or other document demonstrating the ownership of the Affected Property; OR

    (b) an Assignment of Claim from the Owner of the Affected Property;

**2.** Documents demonstrating the presence of Chinese Drywall in the Affected Property;

**3.** Floor Plan or other document showing the Under Air Square Footage of the Affected Property;

**4.** Evidence of Settlement Eligibility, such as

    (a) a Document demonstrating that Chinese Drywall in the Affected Property was supplied by participating supplier; OR

    (b) a Document demonstrating that a participating builder built the Affected Property; OR

    (c) a Document demonstrating that Chinese Drywall in the Affected Property was installed by participating installer.

**5.** Any other document that you believe supports your claim.

## C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney | Gregory S. Weiss, Esquire | **Date** | 09/25/13 (Month/Day/Year) | |
|---|---|---|---|---|
| **Printed Name** | First | Last | | M.I. |

# CHINESE DRYWALL SETTLEMENT PROGRAM
## GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM FORM

Any Claimant seeking Repair and Relocation Expenses under the Global, Banner, or InEx Settlement Agreements must complete and submit this Global, Banner, InEx Repair and Relocation Expenses Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before September 30, 2013.

When completing this Claim Form, refer to the Instructions and Definitions in the Appendix. These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online.

If you are not able to complete the Global, Banner, InEx Repair and Relocation Expenses Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **1. Claimant Name:** | Last Name/Business Name<br>RCR Holdings II, LLC | First | M.I. |
| | DBA or Fictitious Name (if applicable) | | |

| | | | |
|---|---|---|---|
| **2. Individual Claimant 's Social Security Number (SSN):** | \|_\|_\|_\| - \|_\|_\| - \|_\|_\|_\|_\| | **3. Business Claimant's Employee Identification Number (EIN)** | \|2\|0\|0\| - \|8\|3\| - \|8\|5\|0\|6\| |

**4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant?**

☐ Yes

☒ No

**5. Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant.**

Name:_____

SSN: \|_\|_\|_\| - \|_\|_\| - \|_\|_\|_\|_\|

☐ Check here if you are not represented by an attorney and skip to Question 5.
If you are represented by an attorney, complete this section.

Firm Name
Leopold Law

| Attorney Last Name | Attorney First Name |
|---|---|
| **6. Attorney Information:** Street | |

| | |
|---|---|
| **Email**<br>twhiddon@leopold-law.com | **Phone Number**<br>(_\|_\|_) \|_\|_\|_ - \|_\|_\|_\| |

**7. Affected Property Address:**

Street: 1690 Renaissance Commons Blvd.  Unit 1222

| City | State | Zip | County/Parish |
|---|---|---|---|
| Boynton Beach | FL | 33426 | Palm Beach |

**8. Settlement Agreement under which you are submitting this claim (check all that apply):**

- ☒ Knauf
- ☒ Banner
- ☐ InEx
- ☒ Global
  - Participating Supplier Name: Banner
  - Participating Builder Name: Other
  - Participating Installer Name: Precision Drywall, Inc.
- ☐ L&W
- ☐ Unknown

Additional Comments (attached additional pages if necessary):

**9. Lawsuit:**

Jurisdiction: United States District Court for the Eastern District of Louisiana

Case/Docket Number: 2:12-cv-00498-EEF-JCW

Date Filed: <u>02/23/12</u>
(Month/Day/Year)

**10. Drywall Manufacturer:**

- ☐ Knauf
  - ☐ I am a member of the Knauf Settlement Class
  - ☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class
- ☒ Mixed (Knauf and other)
- ☐ Non-Knauf
- ☐ Unknown

**11. Select the option that best describes your relationship to the Affected Property:**

- ☐ Residential Owner
- ☐ Tenant
- ☐ Previous Commercial or Rental Property Owner
- ☐ Previous Residential Owner
- ☒ Commercial or Rental Property Owner
- ☐ Repairing Builder/Installer/Assignee
- ☐ Non-Tenant Occupant (e.g. family member)
- ☐ Condominium Association
- ☐ Mortgagee(Bank)
- ☐ Other

**12. Provide the Under Air Square Footage for the Affected Property:**

1240

**13. Comments and additional information about your claim:**

In order to control the damage that was caused to this unit by CDW so they would be habitable and rentable, it was treated with bactericide, repainted, carpet and pad was replaced.  The cost associated with those items is $3,918.38 (itemization of items appear in uploaded Villa Lago Unit Turn Over Cost chart).

## B. Required Documents

RCR Holdings II, LLC,
102220

2

Claimants seeking compensation for Repair and Relocation Damages caused by Chinese Drywall under the Banner, InEx or Global Settlements must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

**1.** Proof of Ownership or Assignment of Claim, such as

   (a) a Deed or other document demonstrating the ownership of the Affected Property; OR

   (b) an Assignment of Claim from the Owner of the Affected Property;

**2.** Documents demonstrating the presence of Chinese Drywall in the Affected Property;

**3.** Floor Plan or other document showing the Under Air Square Footage of the Affected Property;

**4.** Evidence of Settlement Eligibility, such as

   (a) a Document demonstrating that Chinese Drywall in the Affected Property was supplied by participating supplier; OR

   (b) a Document demonstrating that a participating builder built the Affected Property; OR

   (c) a Document demonstrating that Chinese Drywall in the Affected Property was installed by participating installer.

**5.** Any other document that you believe supports your claim.

## C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney | Gregory S. Weiss, Esquire | **Date** | 09/25/13 (Month/Day/Year) |
|---|---|---|---|
| **Printed Name** | First | Last | M.I. |

# CHINESE DRYWALL SETTLEMENT PROGRAM
## GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM FORM

Any Claimant seeking Repair and Relocation Expenses under the Global, Banner, or InEx Settlement Agreements must complete and submit this Global, Banner, InEx Repair and Relocation Expenses Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before September 30, 2013.

When completing this Claim Form, refer to the Instructions and Definitions in the Appendix. These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online.

If you are not able to complete the Global, Banner, InEx Repair and Relocation Expenses Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **1. Claimant Name:** | Last Name/Business Name<br>RCR Holdings II, LLC | First | M.I. |
| | DBA or Fictitious Name (if applicable) | | |

| | | | |
|---|---|---|---|
| **2. Individual Claimant 's Social Security Number (SSN):** | \|_\|_\|_\| - \|_\|_\| - \|_\|_\|_\|_\| | **3. Business Claimant's Employee Identification Number (EIN)** | \|2\|0\|0\|0\| - \|8\|3\| - \|8\|5\|0\|6\| |

**4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant?**

☐ Yes

☒ No

**5. Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant.**

Name:_____

SSN: \|_\|_\|_\| - \|_\|_\| - \|_\|_\|_\|_\|

☐ Check here if you are not represented by an attorney and skip to Question 5.
If you are represented by an attorney, complete this section.

Firm Name
Leopold Law

| | |
|---|---|
| | Attorney Last Name |
| **6. Attorney Information:** | Street |

Attorney First Name

| | |
|---|---|
| Email<br>twhiddon@leopold-law.com | Phone Number<br>( \| \| \| ) \| \| \| \| - \| \| \| \| \| |

**7. Affected Property Address:**

Street
1690 Renaissance Commons Blvd.  Unit 1229

| City<br>Boynton Beach | State<br>FL | Zip<br>33426 | County/Parish<br>Palm Beach |
|---|---|---|---|

**8. Settlement Agreement under which you are submitting this claim (check all that apply):**

- ☒ Knauf
- ☒ Banner
- ☐ InEx
- ☒ Global
  - Participating Supplier Name: Banner
  - Participating Builder Name: Other
  - Participating Installer Name: Precision Drywall, Inc.
- ☐ L&W
- ☐ Unknown

Additional Comments (attached additional pages if necessary):

**9. Lawsuit:**

Jurisdiction: United States District Court for the Eastern District of Louisiana

Case/Docket Number: 2:12-cv-00498-EEF-JCW

Date Filed: <u>02/23/12</u>
            (Month/Day/Year)

**10. Drywall Manufacturer:**

- ☐ Knauf
  - ☐ I am a member of the Knauf Settlement Class
  - ☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class
- ☒ Mixed (Knauf and other)
- ☐ Non-Knauf
- ☐ Unknown

**11. Select the option that best describes your relationship to the Affected Property:**

- ☐ Residential Owner
- ☐ Tenant
- ☐ Previous Commercial or Rental Property Owner
- ☐ Previous Residential Owner
- ☒ Commercial or Rental Property Owner
- ☐ Repairing Builder/Installer/Assignee
- ☐ Non-Tenant Occupant (e.g. family member)
- ☐ Condominium Association
- ☐ Mortgagee(Bank)
- ☐ Other

**12. Provide the Under Air Square Footage for the Affected Property:**

1240

**13. Comments and additional information about your claim:**

In order to control the damage that was caused to this unit by CDW so they would be habitable and rentable, it was treated with bactericide, repainted, carpet and pad was replaced.  The cost associated with those items is $3,918.38 (itemization of items appear in uploaded Villa Lago Unit Turn Over Cost chart).

## B. Required Documents

Claimants seeking compensation for Repair and Relocation Damages caused by Chinese Drywall under the Banner, INEX or Global Settlements must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

**1.** Proof of Ownership or Assignment of Claim, such as

    (a) a Deed or other document demonstrating the ownership of the Affected Property; OR

    (b) an Assignment of Claim from the Owner of the Affected Property;

**2.** Documents demonstrating the presence of Chinese Drywall in the Affected Property;

**3.** Floor Plan or other document showing the Under Air Square Footage of the Affected Property;

**4.** Evidence of Settlement Eligibility, such as

    (a) a Document demonstrating that Chinese Drywall in the Affected Property was supplied by participating supplier; OR

    (b) a Document demonstrating that a participating builder built the Affected Property; OR

    (c) a Document demonstrating that Chinese Drywall in the Affected Property was installed by participating installer.

**5.** Any other document that you believe supports your claim.

## C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney | Gregory S. Weiss, Esquire | **Date** | 09/25/13 (Month/Day/Year) | |
|---|---|---|---|---|
| **Printed Name** | First | Last | | M.I. |

# CHINESE DRYWALL SETTLEMENT PROGRAM
## GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM FORM

Any Claimant seeking Repair and Relocation Expenses under the Global, Banner, or InEx Settlement Agreements must complete and submit this Global, Banner, InEx Repair and Relocation Expenses Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before September 30, 2013.

When completing this Claim Form, refer to the Instructions and Definitions in the Appendix.  These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online.  Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along.  Go to https://www3.browngreer.com/drywall to submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online.

If you are not able to complete the Global, Banner, InEx Repair and Relocation Expenses Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **1. Claimant Name:** | Last Name/Business Name<br>RCR Holdings II, LLC | First | M.I. |
| | DBA or Fictitious Name (if applicable) | | |

| | | | |
|---|---|---|---|
| **2. Individual Claimant 's Social Security Number (SSN):** | \|＿\|＿\| - \|＿\| - \|＿\|＿\|＿\| | **3. Business Claimant's Employee Identification Number (EIN)** | \| 2 \| 0 \| 0 \| - \| 8 \| 3 \| - \| 8 \| 5 \| 0 \| 6 \| |

**4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant?**

☐ Yes

☒ No

**5. Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant.**

Name:_____

SSN: \|＿\|＿\|＿\| - \|＿\|＿\| - \|＿\|＿\|＿\|＿\|

☐ Check here if you are not represented by an attorney and skip to Question 5.
If you are represented by an attorney, complete this section.

Firm Name
Leopold Law

| | | |
|---|---|---|
| **6. Attorney Information:** | Attorney Last Name | Attorney First Name |
| | Street | |

Offline Portal Submission

| Email | Phone Number |
|---|---|
| twhiddon@leopold-law.com | ( ⎸ ⎸ ) ⎸ ⎸ ⎸ ⎸ - ⎸ ⎸ ⎸ ⎸ |

**7. Affected Property Address:**

Street
1690 Renaissance Commons Blvd.  Unit 1305

| City | State | Zip | County/Parish |
|---|---|---|---|
| Boynton Beach | FL | 33426 | Palm Beach |

**8. Settlement Agreement under which you are submitting this claim (check all that apply):**

- ☒ Knauf
- ☒ Banner
- ☐ InEx
- ☒ Global
  - Participating Supplier Name: Banner
  - Participating Builder Name: Other
  - Participating Installer Name: Precision Drywall, Inc.
- ☐ L&W
- ☐ Unknown

Additional Comments (attached additional pages if necessary):

**9. Lawsuit:**

Jurisdiction: United States District Court for the Eastern District of Louisiana

Case/Docket Number: 2:12-cv-00498-EEF-JCW

Date Filed: <u>02/23/12</u>
         (Month/Day/Year)

**10. Drywall Manufacturer:**

- ☐ Knauf
  - ☐ I am a member of the Knauf Settlement Class
  - ☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class
- ☒ Mixed (Knauf and other)
- ☐ Non-Knauf
- ☐ Unknown

**11. Select the option that best describes your relationship to the Affected Property:**

- ☐ Residential Owner
- ☐ Tenant
- ☐ Previous Commercial or Rental Property Owner
- ☐ Previous Residential Owner
- ☒ Commercial or Rental Property Owner
- ☐ Repairing Builder/Installer/Assignee
- ☐ Non-Tenant Occupant (e.g. family member)
- ☐ Condominium Association
- ☐ Mortgagee(Bank)
- ☐ Other

**12. Provide the Under Air Square Footage for the Affected Property:**

1119

**13. Comments and additional information about your claim:**

In order to control the damage that was caused to this unit by CDW so they would be habitable and rentable, it was treated with bactericide, repainted, carpet and pad was replaced.  The cost associated with those items is $3,508.71 (itemization of items appear in uploaded Villa Lago Unit Turn Over Cost chart).

## B. Required Documents

Claimants seeking compensation for Repair and Relocation Damages caused by Chinese Drywall under the Banner, InEx or Global Settlements must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

**1.** Proof of Ownership or Assignment of Claim, such as

    (a) a Deed or other document demonstrating the ownership of the Affected Property; OR

    (b) an Assignment of Claim from the Owner of the Affected Property;

**2.** Documents demonstrating the presence of Chinese Drywall in the Affected Property;

**3.** Floor Plan or other document showing the Under Air Square Footage of the Affected Property;

**4.** Evidence of Settlement Eligibility, such as

    (a) a Document demonstrating that Chinese Drywall in the Affected Property was supplied by participating supplier; OR

    (b) a Document demonstrating that a participating builder built the Affected Property; OR

    (c) a Document demonstrating that Chinese Drywall in the Affected Property was installed by participating installer.

**5.** Any other document that you believe supports your claim.

## C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney | Gregory S. Weiss, Esquire | **Date** | 09/25/13<br>(Month/Day/Year) | |
|---|---|---|---|---|
| **Printed Name** | First | Last | | M.I. |

# CHINESE DRYWALL SETTLEMENT PROGRAM
## GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM FORM

Any Claimant seeking Repair and Relocation Expenses under the Global, Banner, or InEx Settlement Agreements must complete and submit this Global, Banner, InEx Repair and Relocation Expenses Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before September 30, 2013.

When completing this Claim Form, refer to the Instructions and Definitions in the Appendix. These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online.

If you are not able to complete the Global, Banner, InEx Repair and Relocation Expenses Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **1. Claimant Name:** | Last Name/Business Name<br>RCR Holdings II, LLC | First | M.I. |
| | DBA or Fictitious Name (if applicable) | | |

| | | | |
|---|---|---|---|
| **2. Individual Claimant's Social Security Number (SSN):** | \|__\|__\| - \|__\| - \|__\|__\|__\|__\| | **3. Business Claimant's Employee Identification Number (EIN)** | \|2\|0\|0\| - \|8\|3\| - \|8\|5\|0\|6\| |

| | |
|---|---|
| **4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant?** | ☐ Yes<br><br>☒ No |

| | |
|---|---|
| **5. Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant.** | Name:_____<br><br>SSN: \|__\|__\|__\| - \|__\|__\| - \|__\|__\|__\|__\| |

| | |
|---|---|
| | ☐ Check here if you are not represented by an attorney and skip to Question 5.<br>If you are represented by an attorney, complete this section. |
| | Firm Name<br>Leopold Law |
| **6. Attorney Information:** | Attorney Last Name · Attorney First Name |
| | Street |

| | | |
|---|---|---|
| | Email<br>twhiddon@leopold-law.com | Phone Number<br>(_ | _ | _) | _ | _ | _ | _ - | _ | _ | _ | _ | |

| | | | | |
|---|---|---|---|---|
| **7. Affected** | Street<br>1690 Renaissance Commons Blvd.  Unit 1306 | | | |
| **Property Address:** | City<br>Boynton Beach | State<br>FL | Zip<br>33426 | County/Parish<br>Palm Beach |

**8. Settlement Agreement under which you are submitting this claim (check all that apply):**

- [x] Knauf
- [x] Banner
- [ ] InEx
- [x] Global
  - Participating Supplier Name: Banner
  - Participating Builder Name: Other
  - Participating Installer Name: Precision Drywall, Inc.
- [ ] L&W
- [ ] Unknown

Additional Comments (attached additional pages if necessary):

**9. Lawsuit:**

Jurisdiction: United States District Court for the Eastern District of Louisiana

Case/Docket Number: 2:12-cv-00498-EEF-JCW

Date Filed: <u>03/23/12</u>
            (Month/Day/Year)

**10. Drywall Manufacturer:**

- [ ] Knauf
  - [ ] I am a member of the Knauf Settlement Class
  - [ ] I have Knauf Drywall but I am not a member of the Knauf Settlement Class
- [x] Mixed (Knauf and other)
- [ ] Non-Knauf
- [ ] Unknown

**11. Select the option that best describes your relationship to the Affected Property:**

- [ ] Residential Owner
- [ ] Tenant
- [ ] Previous Commercial or Rental Property Owner
- [ ] Previous Residential Owner
- [x] Commercial or Rental Property Owner
- [ ] Repairing Builder/Installer/Assignee
- [ ] Non-Tenant Occupant (e.g. family member)
- [ ] Condominium Association
- [ ] Mortgagee(Bank)
- [ ] Other

**12. Provide the Under Air Square Footage for the Affected Property:**

1240

**13. Comments and additional information about your claim:**

In order to control the damage that was caused to this unit by CDW so they would be habitable and rentable, it was treated with bactericide, repainted, carpet and pad was replaced.  The cost associated with those items is $3,918.38 (itemization of items appear in uploaded Villa Lago Unit Turn Over Cost chart).

## B. Required Documents

Claimants seeking compensation for Repair and Relocation Damages caused by Chinese Drywall under the Banner, InEx or Global Settlements must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

1. Proof of Ownership or Assignment of Claim, such as

    (a) a Deed or other document demonstrating the ownership of the Affected Property; OR

    (b) an Assignment of Claim from the Owner of the Affected Property;

2. Documents demonstrating the presence of Chinese Drywall in the Affected Property;

3. Floor Plan or other document showing the Under Air Square Footage of the Affected Property;

4. Evidence of Settlement Eligibility, such as

    (a) a Document demonstrating that Chinese Drywall in the Affected Property was supplied by participating supplier; OR

    (b) a Document demonstrating that a participating builder built the Affected Property; OR

    (c) a Document demonstrating that Chinese Drywall in the Affected Property was installed by participating installer.

5. Any other document that you believe supports your claim.

## C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney | Gregory S. Weiss, Esquire | Date | 09/25/13 (Month/Day/Year) | |
|---|---|---|---|---|
| **Printed Name** | First | Last | | M.I. |

# CHINESE DRYWALL SETTLEMENT PROGRAM
## GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM FORM

Any Claimant seeking Repair and Relocation Expenses under the Global, Banner, or InEx Settlement Agreements must complete and submit this Global, Banner, InEx Repair and Relocation Expenses Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before September 30, 2013.

When completing this Claim Form, refer to the Instructions and Definitions in the Appendix. These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online.

If you are not able to complete the Global, Banner, InEx Repair and Relocation Expenses Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **1. Claimant Name:** | Last Name/Business Name<br>RCR Holdings II, LLC | First | M.I. |
| | DBA or Fictitious Name (if applicable) | | |

| | | | |
|---|---|---|---|
| **2. Individual Claimant 's Social Security Number (SSN):** | \|_\|_\|_\| - \|_\|_\| - \|_\|_\|_\|_\| | **3. Business Claimant's Employee Identification Number (EIN)** | \|2\|0\|0\| - \|8\|3\| - \|8\|5\|0\|6\| |

**4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant?**

☐ Yes

☒ No

**5. Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant.**

Name:_____

SSN: \|_\|_\|_\| - \|_\|_\| - \|_\|_\|_\|_\|

☐ Check here if you are not represented by an attorney and skip to Question 5.
If you are represented by an attorney, complete this section.

Firm Name
Leopold Law

| | |
|---|---|
| **6. Attorney Information:** | Attorney Last Name |
| | Attorney First Name |
| | Street |

Offline Portal Submission

| | |
|---|---|
| **Email** twhiddon@leopold-law.com | **Phone Number** (\_\|\_\|\_) \|\_\|\_\|\_\| - \|\_\|\_\|\_\|\_\| |

**7. Affected Property Address:**

**Street**
1690 Renaissance Commons Blvd.  Unit 1316

| **City** Boynton Beach | **State** FL | **Zip** 33426 | **County/Parish** Palm Beach |
|---|---|---|---|

**8. Settlement Agreement under which you are submitting this claim (check all that apply):**

☒ Knauf
☒ Banner
☐ InEx
☒ Global
       Participating Supplier Name: Banner
       Participating Builder Name: Other
       Participating Installer Name: Precision Drywall, Inc.
☐ L&W
☐ Unknown
Additional Comments (attached additional pages if necessary):

**9. Lawsuit:**

Jurisdiction: United States District Court for the Eastern District of Louisiana

Case/Docket Number: 2:12-cv-00498-EEF-JCW

Date Filed: 02/23/12
      (Month/Day/Year)

**10. Drywall Manufacturer:**

☐ Knauf
    ☐ I am a member of the Knauf Settlement Class
    ☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class
☒ Mixed (Knauf and other)
☐ Non-Knauf
☐ Unknown

**11. Select the option that best describes your relationship to the Affected Property:**

☐ Residential Owner
☐ Tenant
☐ Previous Commercial or Rental Property Owner
☐ Previous Residential Owner
☒ Commercial or Rental Property Owner
☐ Repairing Builder/Installer/Assignee
☐ Non-Tenant Occupant (e.g. family member)
☐ Condominium Association
☐ Mortgagee(Bank)
☐ Other

**12. Provide the Under Air Square Footage for the Affected Property:**

1460

**13. Comments and additional information about your claim:**

In order to control the damage that was caused to this unit by CDW so they would be habitable and rentable, it was treated with bactericide, repainted, carpet and pad was replaced.  The cost associated with those items is $4,567.71 (itemization of items appear in uploaded Villa Lago Unit Turn Over Cost chart).

## B. Required Documents

Claimants seeking compensation for Repair and Relocation Damages caused by Chinese Drywall under the Banner, InEx or Global Settlements must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

**1.** Proof of Ownership or Assignment of Claim, such as

    (a) a Deed or other document demonstrating the ownership of the Affected Property; OR

    (b) an Assignment of Claim from the Owner of the Affected Property;

**2.** Documents demonstrating the presence of Chinese Drywall in the Affected Property;

**3.** Floor Plan or other document showing the Under Air Square Footage of the Affected Property;

**4.** Evidence of Settlement Eligibility, such as

    (a) a Document demonstrating that Chinese Drywall in the Affected Property was supplied by participating supplier; OR

    (b) a Document demonstrating that a participating builder built the Affected Property; OR

    (c) a Document demonstrating that Chinese Drywall in the Affected Property was installed by participating installer.

**5.** Any other document that you believe supports your claim.

## C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney | Gregory S. Weiss, Esquire | | **Date** | 09/25/13 (Month/Day/Year) | |
|---|---|---|---|---|---|
| **Printed Name** | First | Last | | | M.I. |

# CHINESE DRYWALL SETTLEMENT PROGRAM
## GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM FORM

Any Claimant seeking Repair and Relocation Expenses under the Global, Banner, or InEx Settlement Agreements must complete and submit this Global, Banner, InEx Repair and Relocation Expenses Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before September 30, 2013.

When completing this Claim Form, refer to the Instructions and Definitions in the Appendix. These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online.

If you are not able to complete the Global, Banner, InEx Repair and Relocation Expenses Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **1. Claimant Name:** | Last Name/Business Name<br>RCR Holdings II, LLC | First | M.I. |
| | DBA or Fictitious Name (if applicable) | | |

| | | | |
|---|---|---|---|
| **2. Individual Claimant 's Social Security Number (SSN):** | \|__\|__\|__\| - \|__\|__\| - \|__\|__\|__\|__\| | **3. Business Claimant's Employee Identification Number (EIN)** | \|2\|0\|0\|0\| - \|8\|3\| - \|8\|5\|0\|6\| |

| | |
|---|---|
| **4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant?** | ☐ Yes<br><br>☒ No |

| | |
|---|---|
| **5. Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant.** | Name:_____<br><br>SSN: \|__\|__\|__\| - \|__\|__\| - \|__\|__\|__\|__\| |

| | |
|---|---|
| | ☐ Check here if you are not represented by an attorney and skip to Question 5.<br>If you are represented by an attorney, complete this section. |
| | Firm Name<br>Leopold Law |
| **6. Attorney Information:** | Attorney Last Name / Attorney First Name |
| | Street |

| | |
|---|---|
| Email<br>twhiddon@leopold-law.com | Phone Number<br>( \| \| \| ) \| \| \| \| - \| \| \| \| \| |

**7. Affected Property Address:**

Street
1690 Renaissance Commons Blvd.  Unit 1318

| City | State | Zip | County/Parish |
|---|---|---|---|
| Boynton Beach | FL | 33426 | Palm Beach |

**8. Settlement Agreement under which you are submitting this claim (check all that apply):**

☒ Knauf
☒ Banner
☐ InEx
☒ Global
      Participating Supplier Name: Banner
      Participating Builder Name: Other
      Participating Installer Name: Precision Drywall, Inc.
☐ L&W
☐ Unknown
Additional Comments (attached additional pages if necessary):

**9. Lawsuit:**

Jurisdiction: United States District Court for the Eastern District of Louisiana

Case/Docket Number: 2:12-cv-00498-EEF-JCW

Date Filed: <u>02/23/12</u>
     (Month/Day/Year)

**10. Drywall Manufacturer:**

☐ Knauf
    ☐ I am a member of the Knauf Settlement Class
    ☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class
☒ Mixed (Knauf and other)
☐ Non-Knauf
☐ Unknown

**11. Select the option that best describes your relationship to the Affected Property:**

☐ Residential Owner
☐ Tenant
☐ Previous Commercial or Rental Property Owner
☐ Previous Residential Owner
☒ Commercial or Rental Property Owner
☐ Repairing Builder/Installer/Assignee
☐ Non-Tenant Occupant (e.g. family member)
☐ Condominium Association
☐ Mortgagee(Bank)
☐ Other

**12. Provide the Under Air Square Footage for the Affected Property:**

1240

**13. Comments and additional information about your claim:**

In order to control the damage that was caused to this unit by CDW so they would be habitable and rentable, it was treated with bactericide, repainted, carpet and pad was replaced.  The cost associated with those items is $3,918.38 (itemization of items appear in uploaded Villa Lago Unit Turn Over Cost chart).

## B. Required Documents

RCR Holdings II, LLC,
102220

Claimants seeking compensation for Repair and Relocation Damages caused by Chinese Drywall under the Banner, InEx or Global Settlements must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

**1.** Proof of Ownership or Assignment of Claim, such as

    (a) a Deed or other document demonstrating the ownership of the Affected Property; OR

    (b) an Assignment of Claim from the Owner of the Affected Property;

**2.** Documents demonstrating the presence of Chinese Drywall in the Affected Property;

**3.** Floor Plan or other document showing the Under Air Square Footage of the Affected Property;

**4.** Evidence of Settlement Eligibility, such as

    (a) a Document demonstrating that Chinese Drywall in the Affected Property was supplied by participating supplier; OR

    (b) a Document demonstrating that a participating builder built the Affected Property; OR

    (c) a Document demonstrating that Chinese Drywall in the Affected Property was installed by participating installer.

**5.** Any other document that you believe supports your claim.

## C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney | Gregory S. Weiss, Esquire | | **Date** | 09/25/13 (Month/Day/Year) | |
|---|---|---|---|---|---|
| **Printed Name** | First | Last | | | M.I. |

# CHINESE DRYWALL SETTLEMENT PROGRAM
# GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM FORM

Any Claimant seeking Repair and Relocation Expenses under the Global, Banner, or InEx Settlement Agreements must complete and submit this Global, Banner, InEx Repair and Relocation Expenses Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before September 30, 2013.

When completing this Claim Form, refer to the Instructions and Definitions in the Appendix. These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online.

If you are not able to complete the Global, Banner, InEx Repair and Relocation Expenses Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **1. Claimant Name:** | Last Name/Business Name<br>RCR Holdings II, LLC | First | M.I. |
| | DBA or Fictitious Name (if applicable) | | |

| | | | |
|---|---|---|---|
| **2. Individual Claimant 's Social Security Number (SSN):** | \|   \|   \| - \|   \| - \|   \|   \|   \| | **3. Business Claimant's Employee Identification Number (EIN)** | \| 2 \| 0 \| 0 \| - \| 8 \| 3 \| - \| 8 \| 5 \| 0 \| 6 \| |

**4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant?**

☐ Yes

☒ No

**5. Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant.**

Name:_____

SSN: \|   \|   \| - \|   \| - \|   \|   \|   \|

☐ Check here if you are not represented by an attorney and skip to Question 5.
If you are represented by an attorney, complete this section.

| | |
|---|---|
| Firm Name<br>Leopold Law | |
| Attorney Last Name | Attorney First Name |
| **6. Attorney Information:** | Street |

| | |
|---|---|
| **Email**<br>twhiddon@leopold-law.com | **Phone Number**<br>( \| \| \| ) \| \| \| \| - \| \| \| \| \| |

**7. Affected Property Address:**

**Street**
1690 Renaissance Commons Blvd.  Unit 1319

| **City** | **State** | **Zip** | **County/Parish** |
|---|---|---|---|
| Boynton Beach | FL | 33426 | Palm Beach |

**8. Settlement Agreement under which you are submitting this claim (check all that apply):**

☒ Knauf
☒ Banner
☐ InEx
☒ Global
  Participating Supplier Name: Banner
  Participating Builder Name: Other
  Participating Installer Name: Precision Drywall, Inc.
☐ L&W
☐ Unknown
Additional Comments (attached additional pages if necessary):

**9. Lawsuit:**

Jurisdiction: United States District Court for the Eastern District of Louisiana

Case/Docket Number: 2:12-cv-00498-EEF-JCW

Date Filed: <u>02/23/12</u>
        (Month/Day/Year)

**10. Drywall Manufacturer:**

☐ Knauf
  ☐ I am a member of the Knauf Settlement Class
  ☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class
☒ Mixed (Knauf and other)
☐ Non-Knauf
☐ Unknown

**11. Select the option that best describes your relationship to the Affected Property:**

☐ Residential Owner
☐ Tenant
☐ Previous Commercial or Rental Property Owner
☐ Previous Residential Owner
☒ Commercial or Rental Property Owner
☐ Repairing Builder/Installer/Assignee
☐ Non-Tenant Occupant (e.g. family member)
☐ Condominium Association
☐ Mortgagee(Bank)
☐ Other

**12. Provide the Under Air Square Footage for the Affected Property:**

1460

**13. Comments and additional information about your claim:**

In order to control the damage that was caused to this unit by CDW so they would be habitable and rentable, it was treated with bactericide, repainted, carpet and pad was replaced.  The cost associated with those items is $4,567.71 (itemization of items appear in uploaded Villa Lago Unit Turn Over Cost chart).

## B. Required Documents

RCR Holdings II, LLC,
102220

2

Claimants seeking compensation for Repair and Relocation Damages caused by Chinese Drywall under the Banner, InEx or Global Settlements must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

**1.** Proof of Ownership or Assignment of Claim, such as

    (a) a Deed or other document demonstrating the ownership of the Affected Property; OR

    (b) an Assignment of Claim from the Owner of the Affected Property;

**2.** Documents demonstrating the presence of Chinese Drywall in the Affected Property;

**3.** Floor Plan or other document showing the Under Air Square Footage of the Affected Property;

**4.** Evidence of Settlement Eligibility, such as

    (a) a Document demonstrating that Chinese Drywall in the Affected Property was supplied by participating supplier; OR

    (b) a Document demonstrating that a participating builder built the Affected Property; OR

    (c) a Document demonstrating that Chinese Drywall in the Affected Property was installed by participating installer.

**5.** Any other document that you believe supports your claim.

## C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney | Gregory S. Weiss, Esquire | **Date** | 09/25/13 (Month/Day/Year) | |
|---|---|---|---|---|
| **Printed Name** | First | Last | | M.I. |

# CHINESE DRYWALL SETTLEMENT PROGRAM
## GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM FORM

Any Claimant seeking Repair and Relocation Expenses under the Global, Banner, or InEx Settlement Agreements must complete and submit this Global, Banner, InEx Repair and Relocation Expenses Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before September 30, 2013.

When completing this Claim Form, refer to the Instructions and Definitions in the Appendix. These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online.

If you are not able to complete the Global, Banner, InEx Repair and Relocation Expenses Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| | | | | |
|---|---|---|---|---|
| **1. Claimant Name:** | Last Name/Business Name<br>RCR Holdings II, LLC | | First | M.I. |
| | DBA or Fictitious Name (if applicable) | | | |

| | | | |
|---|---|---|---|
| **2. Individual Claimant's Social Security Number (SSN):** | \|__\|__\|__\| - \|__\|__\| - \|__\|__\|__\|__\| | **3. Business Claimant's Employee Identification Number (EIN)** | \|2\|0\|0\|0\| - \|8\|3\| - \|8\|5\|0\|6\| |
| **4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant?** | ☐ Yes<br><br>☒ No | | |
| **5. Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant.** | Name:_____<br><br>SSN: \|__\|__\|__\| - \|__\|__\| - \|__\|__\|__\|__\| | | |
| | ☐ Check here if you are not represented by an attorney and skip to Question 5.<br>If you are represented by an attorney, complete this section. | | |
| **6. Attorney Information:** | Firm Name<br>Leopold Law | | |
| | Attorney Last Name | | Attorney First Name |
| | Street | | |

Offline Portal Submission

Email
twhiddon@leopold-law.com

Phone Number
(_|_|_) |_|_|_| - |_|_|_|_|

| | |
|---|---|
| **7. Affected Property Address:** | Street<br>1690 Renaissance Commons Blvd.  Unit 1320 |

| City | State | Zip | County/Parish |
|---|---|---|---|
| Boynton Beach | FL | 33426 | Palm Beach |

| | |
|---|---|
| **8. Settlement Agreement under which you are submitting this claim (check all that apply):** | ☒ Knauf<br>☒ Banner<br>☐ InEx<br>☒ Global<br>　　Participating Supplier Name: Banner<br>　　Participating Builder Name: Other<br>　　Participating Installer Name: Precision Drywall, Inc.<br>☐ L&W<br>☐ Unknown<br>Additional Comments (attached additional pages if necessary): |

| | |
|---|---|
| **9. Lawsuit:** | Jurisdiction: United States District Court for the Eastern District of Louisiana<br><br>Case/Docket Number: 2:12-cv-00498-EEF-JCW<br><br>Date Filed: <u>02/23/12</u><br>　　　　　　(Month/Day/Year) |

| | |
|---|---|
| **10. Drywall Manufacturer:** | ☐ Knauf<br>　　☐ I am a member of the Knauf Settlement Class<br>　　☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class<br>☒ Mixed (Knauf and other)<br>☐ Non-Knauf<br>☐ Unknown |

| | |
|---|---|
| **11. Select the option that best describes your relationship to the Affected Property:** | ☐ Residential Owner<br>☐ Tenant<br>☐ Previous Commercial or Rental Property Owner<br>☐ Previous Residential Owner<br>☒ Commercial or Rental Property Owner<br>☐ Repairing Builder/Installer/Assignee<br>☐ Non-Tenant Occupant (e.g. family member)<br>☐ Condominium Association<br>☐ Mortgagee(Bank)<br>☐ Other |

| | |
|---|---|
| **12. Provide the Under Air Square Footage for the Affected Property:** | 1119 |

| | |
|---|---|
| **13. Comments and additional information about your claim:** | In order to control the damage that was caused to this unit by CDW so they would be habitable and rentable, it was treated with bactericide, repainted, carpet and pad was replaced.  The cost associated with those items is $3,508.71 (itemization of items appear in uploaded Villa Lago Unit Turn Over Cost chart). |

## B. Required Documents

Claimants seeking compensation for Repair and Relocation Damages caused by Chinese Drywall under the Banner, INEX or Global Settlements must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

**1.** Proof of Ownership or Assignment of Claim, such as

    (a) a Deed or other document demonstrating the ownership of the Affected Property; OR

    (b) an Assignment of Claim from the Owner of the Affected Property;

**2.** Documents demonstrating the presence of Chinese Drywall in the Affected Property;

**3.** Floor Plan or other document showing the Under Air Square Footage of the Affected Property;

**4.** Evidence of Settlement Eligibility, such as

    (a) a Document demonstrating that Chinese Drywall in the Affected Property was supplied by participating supplier; OR

    (b) a Document demonstrating that a participating builder built the Affected Property; OR

    (c) a Document demonstrating that Chinese Drywall in the Affected Property was installed by participating installer.

**5.** Any other document that you believe supports your claim.

## C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney | Gregory S. Weiss, Esquire | | **Date** | 09/25/13<br>(Month/Day/Year) | |
|---|---|---|---|---|---|
| **Printed Name** | First | | Last | | M.I. |

# CHINESE DRYWALL SETTLEMENT PROGRAM
## GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM FORM

Any Claimant seeking Repair and Relocation Expenses under the Global, Banner, or InEx Settlement Agreements must complete and submit this Global, Banner, InEx Repair and Relocation Expenses Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before September 30, 2013.

When completing this Claim Form, refer to the Instructions and Definitions in the Appendix. These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online.

If you are not able to complete the Global, Banner, InEx Repair and Relocation Expenses Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **1. Claimant Name:** | Last Name/Business Name<br>RCR Holdings II, LLC | First | M.I. |
| | DBA or Fictitious Name (if applicable) | | |

| | | | |
|---|---|---|---|
| **2. Individual Claimant 's Social Security Number (SSN):** | \|__\|__\|__\| - \|__\|__\| - \|__\|__\|__\|__\| | **3. Business Claimant's Employee Identification Number (EIN)** | \|2\|0\|0\|__\| - \|8\|3\| - \|8\|5\|0\|6\| |

| | |
|---|---|
| **4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant?** | ☐ Yes<br><br>☒ No |

| | |
|---|---|
| **5. Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant.** | Name:_____<br><br>SSN: \|__\|__\|__\| - \|__\|__\| - \|__\|__\|__\|__\| |

| | |
|---|---|
| | ☐ Check here if you are not represented by an attorney and skip to Question 5.<br>If you are represented by an attorney, complete this section. |
| | Firm Name<br>Leopold Law |
| **6. Attorney Information:** | Attorney Last Name       Attorney First Name |
| | Street |

RCR Holdings II, LLC,
102220

1

| | |
|---|---|
| Email | Phone Number |
| twhiddon@leopold-law.com | (  \|  \| ) \| \| \| \| - \| \| \| \| \| |

**7. Affected Property Address:**

Street
1690 Renaissance Commons Blvd.  Unit 1322

| City | State | Zip | County/Parish |
|---|---|---|---|
| Boynton Beach | FL | 33426 | Palm Beach |

**8. Settlement Agreement under which you are submitting this claim (check all that apply):**

- ☒ Knauf
- ☒ Banner
- ☐ InEx
- ☒ Global
  - Participating Supplier Name: Banner
  - Participating Builder Name: Other
  - Participating Installer Name: Precision Drywall, Inc.
- ☐ L&W
- ☐ Unknown

Additional Comments (attached additional pages if necessary):

**9. Lawsuit:**

Jurisdiction: United States District Court for the Eastern District of Louisiana

Case/Docket Number: 2:12-cv-00498-EEF-JCW

Date Filed: <u>02/23/12</u>
       (Month/Day/Year)

**10. Drywall Manufacturer:**

- ☐ Knauf
  - ☐ I am a member of the Knauf Settlement Class
  - ☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class
- ☒ Mixed (Knauf and other)
- ☐ Non-Knauf
- ☐ Unknown

**11. Select the option that best describes your relationship to the Affected Property:**

- ☐ Residential Owner
- ☐ Tenant
- ☐ Previous Commercial or Rental Property Owner
- ☐ Previous Residential Owner
- ☒ Commercial or Rental Property Owner
- ☐ Repairing Builder/Installer/Assignee
- ☐ Non-Tenant Occupant (e.g. family member)
- ☐ Condominium Association
- ☐ Mortgagee(Bank)
- ☐ Other

**12. Provide the Under Air Square Footage for the Affected Property:**

1240

**13. Comments and additional information about your claim:**

In order to control the damage that was caused to this unit by CDW so they would be habitable and rentable, it was treated with bactericide, repainted, carpet and pad was replaced.  The cost associated with those items is $3,918.38 (itemization of items appear in uploaded Villa Lago Unit Turn Over Cost chart).

## B. Required Documents

RCR Holdings II, LLC,
102220

2

Claimants seeking compensation for Repair and Relocation Damages caused by Chinese Drywall under the Banner, InEx or Global Settlements must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

**1.** Proof of Ownership or Assignment of Claim, such as

  (a) a Deed or other document demonstrating the ownership of the Affected Property; OR

  (b) an Assignment of Claim from the Owner of the Affected Property;

**2.** Documents demonstrating the presence of Chinese Drywall in the Affected Property;

**3.** Floor Plan or other document showing the Under Air Square Footage of the Affected Property;

**4.** Evidence of Settlement Eligibility, such as

  (a) a Document demonstrating that Chinese Drywall in the Affected Property was supplied by participating supplier; OR

  (b) a Document demonstrating that a participating builder built the Affected Property; OR

  (c) a Document demonstrating that Chinese Drywall in the Affected Property was installed by participating installer.

**5.** Any other document that you believe supports your claim.

## C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney | Gregory S. Weiss, Esquire | **Date** | 09/25/13 (Month/Day/Year) | |
|---|---|---|---|---|
| **Printed Name** | First | Last | | M.I. |

RCR Holdings II, LLC,
102220

3

# CHINESE DRYWALL SETTLEMENT PROGRAM
## GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM FORM

Any Claimant seeking Repair and Relocation Expenses under the Global, Banner, or InEx Settlement Agreements must complete and submit this Global, Banner, InEx Repair and Relocation Expenses Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before September 30, 2013.

When completing this Claim Form, refer to the Instructions and Definitions in the Appendix. These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online.

If you are not able to complete the Global, Banner, InEx Repair and Relocation Expenses Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **1. Claimant Name:** | Last Name/Business Name<br>RCR Holdings II, LLC | First | M.I. |
| | DBA or Fictitious Name (if applicable) | | |

| | | | |
|---|---|---|---|
| **2. Individual Claimant's Social Security Number (SSN):** | \|__\|__\|__\| - \|__\|__\| - \|__\|__\|__\|__\| | **3. Business Claimant's Employee Identification Number (EIN)** | \|2\|0\|0\|0\| - \|8\|3\| - \|8\|5\|0\|6\| |

**4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant?**

☐ Yes

☒ No

**5. Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant.**

Name:_____

SSN: \|__\|__\|__\| - \|__\|__\| - \|__\|__\|__\|__\|

☐ Check here if you are not represented by an attorney and skip to Question 5.
If you are represented by an attorney, complete this section.

Firm Name
Leopold Law

| Attorney Last Name | Attorney First Name |
|---|---|
| **6. Attorney Information:** | |
| Street | |

| Email twhiddon@leopold-law.com | Phone Number ( \|  \|  \| ) \| \| \| \| - \| \| \| \| \| |
|---|---|

| **7. Affected Property Address:** | Street 1690 Renaissance Commons Blvd.  Unit 1325 | | | |
|---|---|---|---|---|
| | City Boynton Beach | State FL | Zip 33426 | County/Parish Palm Beach |

| **8. Settlement Agreement under which you are submitting this claim (check all that apply):** | ☒ Knauf <br> ☒ Banner <br> ☐ InEx <br> ☒ Global <br>    Participating Supplier Name: Banner <br>    Participating Builder Name: Other <br>    Participating Installer Name: Precision Drywall, Inc. <br> ☐ L&W <br> ☐ Unknown <br> Additional Comments (attached additional pages if necessary): |
|---|---|

| **9. Lawsuit:** | Jurisdiction: United States District Court for the Eastern District of Louisiana <br><br> Case/Docket Number: 2:12-cv-00498-EEF-JCW <br><br> Date Filed: <u>02/23/12</u> <br>               (Month/Day/Year) |
|---|---|

| **10. Drywall Manufacturer:** | ☐ Knauf <br>    ☐ I am a member of the Knauf Settlement Class <br>    ☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class <br> ☒ Mixed (Knauf and other) <br> ☐ Non-Knauf <br> ☐ Unknown |
|---|---|

| **11. Select the option that best describes your relationship to the Affected Property:** | ☐ Residential Owner <br> ☐ Tenant <br> ☐ Previous Commercial or Rental Property Owner <br> ☐ Previous Residential Owner <br> ☒ Commercial or Rental Property Owner <br> ☐ Repairing Builder/Installer/Assignee <br> ☐ Non-Tenant Occupant (e.g. family member) <br> ☐ Condominium Association <br> ☐ Mortgagee(Bank) <br> ☐ Other |
|---|---|

| **12. Provide the Under Air Square Footage for the Affected Property:** | 1240 |
|---|---|

| **13. Comments and additional information about your claim:** | In order to control the damage that was caused to this unit by CDW so they would be habitable and rentable, it was treated with bactericide, repainted, carpet and pad was replaced.  The cost associated with those items is $3,918.38 (itemization of items appear in uploaded Villa Lago Unit Turn Over Cost chart). |
|---|---|

| **B. Required Documents** |
|---|

Claimants seeking compensation for Repair and Relocation Damages caused by Chinese Drywall under the Banner, InEx or Global Settlements must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

**1.** Proof of Ownership or Assignment of Claim, such as

    (a) a Deed or other document demonstrating the ownership of the Affected Property; OR

    (b) an Assignment of Claim from the Owner of the Affected Property;

**2.** Documents demonstrating the presence of Chinese Drywall in the Affected Property;

**3.** Floor Plan or other document showing the Under Air Square Footage of the Affected Property;

**4.** Evidence of Settlement Eligibility, such as

    (a) a Document demonstrating that Chinese Drywall in the Affected Property was supplied by participating supplier; OR

    (b) a Document demonstrating that a participating builder built the Affected Property; OR

    (c) a Document demonstrating that Chinese Drywall in the Affected Property was installed by participating installer.

**5.** Any other document that you believe supports your claim.

## C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney | Gregory S. Weiss, Esquire | **Date** | 09/25/13<br>(Month/Day/Year) | |
|---|---|---|---|---|
| **Printed Name** | First | Last | | M.I. |

# CHINESE DRYWALL SETTLEMENT PROGRAM
## GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM FORM

Any Claimant seeking Repair and Relocation Expenses under the Global, Banner, or InEx Settlement Agreements must complete and submit this Global, Banner, InEx Repair and Relocation Expenses Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before September 30, 2013.

When completing this Claim Form, refer to the Instructions and Definitions in the Appendix. These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online.

If you are not able to complete the Global, Banner, InEx Repair and Relocation Expenses Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| | | | | |
|---|---|---|---|---|
| **1. Claimant Name:** | Last Name/Business Name<br>RCR Holdings II, LLC | First | | M.I. |
| | DBA or Fictitious Name (if applicable) | | | |

| | | | |
|---|---|---|---|
| **2. Individual Claimant's Social Security Number (SSN):** | \|__\|__\| - \|__\|__\| - \|__\|__\|__\|__\| | **3. Business Claimant's Employee Identification Number (EIN)** | \|2\|0\|0\| - \|8\|3\| - \|8\|5\|0\|6\| |

| | |
|---|---|
| **4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant?** | ☐ Yes<br><br>☒ No |

| | |
|---|---|
| **5. Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant.** | Name:_____<br><br>SSN: \|__\|__\|__\| - \|__\|__\| - \|__\|__\|__\|__\| |

| | |
|---|---|
| | ☐ Check here if you are not represented by an attorney and skip to Question 5.<br>If you are represented by an attorney, complete this section. |
| | Firm Name<br>Leopold Law |
| **6. Attorney Information:** | Attorney Last Name / Attorney First Name |
| | Street |

Email
twhiddon@leopold-law.com

Phone Number
(__|__|__) |__|__|__|__| - |__|__|__|__|

**7. Affected Property Address:**

Street
1690 Renaissance Commons Blvd.  Unit 1326

| City | State | Zip | County/Parish |
|------|-------|-----|---------------|
| Boynton Beach | FL | 33426 | Palm Beach |

**8. Settlement Agreement under which you are submitting this claim (check all that apply):**

- ☒ Knauf
- ☒ Banner
- ☐ InEx
- ☒ Global
  - Participating Supplier Name: Banner
  - Participating Builder Name: Other
  - Participating Installer Name: Precision Drywall, Inc.
- ☐ L&W
- ☐ Unknown

Additional Comments (attached additional pages if necessary):

**9. Lawsuit:**

Jurisdiction: United States District Court for the Eastern District of Louisiana

Case/Docket Number: 2:12-cv-00498-EEF-JCW

Date Filed: <u>02/23/12</u>
(Month/Day/Year)

**10. Drywall Manufacturer:**

- ☐ Knauf
  - ☐ I am a member of the Knauf Settlement Class
  - ☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class
- ☒ Mixed (Knauf and other)
- ☐ Non-Knauf
- ☐ Unknown

**11. Select the option that best describes your relationship to the Affected Property:**

- ☐ Residential Owner
- ☐ Tenant
- ☐ Previous Commercial or Rental Property Owner
- ☐ Previous Residential Owner
- ☒ Commercial or Rental Property Owner
- ☐ Repairing Builder/Installer/Assignee
- ☐ Non-Tenant Occupant (e.g. family member)
- ☐ Condominium Association
- ☐ Mortgagee(Bank)
- ☐ Other

**12. Provide the Under Air Square Footage for the Affected Property:**

1240

**13. Comments and additional information about your claim:**

In order to control the damage that was caused to this unit by CDW so they would be habitable and rentable, it was treated with bactericide, repainted, carpet and pad was replaced.  The cost associated with those items is $3,918.38 (itemization of items appear in uploaded Villa Lago Unit Turn Over Cost chart).

## B. Required Documents

RCR Holdings II, LLC,
102220

Claimants seeking compensation for Repair and Relocation Damages caused by Chinese Drywall under the Banner, InEx or Global Settlements must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

**1.** Proof of Ownership or Assignment of Claim, such as

    (a) a Deed or other document demonstrating the ownership of the Affected Property; OR

    (b) an Assignment of Claim from the Owner of the Affected Property;

**2.** Documents demonstrating the presence of Chinese Drywall in the Affected Property;

**3.** Floor Plan or document showing the Under Air Square Footage of the Affected Property;

**4.** Evidence of Settlement Eligibility, such as

    (a) a Document demonstrating that Chinese Drywall in the Affected Property was supplied by participating supplier; OR

    (b) a Document demonstrating that a participating builder built the Affected Property; OR

    (c) a Document demonstrating that Chinese Drywall in the Affected Property was installed by participating installer.

**5.** Any other document that you believe supports your claim.

## C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney | Gregory S. Weiss, Esquire | **Date** | 09/25/13 (Month/Day/Year) | |
|---|---|---|---|---|
| **Printed Name** | First | Last | | M.I. |

RCR Holdings II, LLC,

102220

3

# CHINESE DRYWALL SETTLEMENT PROGRAM
## GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM FORM

Any Claimant seeking Repair and Relocation Expenses under the Global, Banner, or InEx Settlement Agreements must complete and submit this Global, Banner, InEx Repair and Relocation Expenses Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before September 30, 2013.

When completing this Claim Form, refer to the Instructions and Definitions in the Appendix. These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online.

If you are not able to complete the Global, Banner, InEx Repair and Relocation Expenses Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **1. Claimant Name:** | Last Name/Business Name<br>RCR Holdings II, LLC | First | M.I. |
| | DBA or Fictitious Name (if applicable) | | |

| | | | |
|---|---|---|---|
| **2. Individual Claimant's Social Security Number (SSN):** | \|\_\|\_\|\_\| - \|\_\|\_\| - \|\_\|\_\|\_\|\_\| | **3. Business Claimant's Employee Identification Number (EIN)** | \|2\|0\|0\| - \|8\|3\| - \|8\|5\|0\|6\| |

| | |
|---|---|
| **4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant?** | ☐ Yes<br><br>☒ No |

| | |
|---|---|
| **5. Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant.** | Name:_____<br><br>SSN: \|\_\|\_\|\_\| - \|\_\|\_\| - \|\_\|\_\|\_\|\_\| |

| | |
|---|---|
| | ☐ Check here if you are not represented by an attorney and skip to Question 5.<br>If you are represented by an attorney, complete this section. |
| | Firm Name<br>Leopold Law |
| **6. Attorney Information:** | Attorney Last Name / Attorney First Name |
| | Street |

Email
twhiddon@leopold-law.com

Phone Number
(_|_|_) |_|_|_| - |_|_|_|_|

**7. Affected Property Address:**

Street
1690 Renaissance Commons Blvd.  Unit 1403

| City | State | Zip | County/Parish |
|---|---|---|---|
| Boynton Beach | FL | 33426 | Palm Beach |

**8. Settlement Agreement under which you are submitting this claim (check all that apply):**

- ☒ Knauf
- ☒ Banner
- ☐ InEx
- ☒ Global
  - Participating Supplier Name: Banner
  - Participating Builder Name: Other
  - Participating Installer Name: Precision Drywall, Inc.
- ☐ L&W
- ☐ Unknown

Additional Comments (attached additional pages if necessary):

**9. Lawsuit:**

Jurisdiction: United States District Court for the Eastern District of Louisiana

Case/Docket Number: 2:12-cv-00498-EEF-JCW

Date Filed: 02/23/12
(Month/Day/Year)

**10. Drywall Manufacturer:**

- ☐ Knauf
  - ☐ I am a member of the Knauf Settlement Class
  - ☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class
- ☒ Mixed (Knauf and other)
- ☐ Non-Knauf
- ☐ Unknown

**11. Select the option that best describes your relationship to the Affected Property:**

- ☐ Residential Owner
- ☐ Tenant
- ☐ Previous Commercial or Rental Property Owner
- ☐ Previous Residential Owner
- ☒ Commercial or Rental Property Owner
- ☐ Repairing Builder/Installer/Assignee
- ☐ Non-Tenant Occupant (e.g. family member)
- ☐ Condominium Association
- ☐ Mortgagee(Bank)
- ☐ Other

**12. Provide the Under Air Square Footage for the Affected Property:**

1119

**13. Comments and additional information about your claim:**

In order to control the damage that was caused to this unit by CDW so they would be habitable and rentable, it was treated with bactericide, repainted, carpet and pad was replaced.  The cost associated with those items is $3,508.71 (itemization of items appear in uploaded Villa Lago Unit Turn Over Cost chart).

## B. Required Documents

Claimants seeking compensation for Repair and Relocation Damages caused by Chinese Drywall under the Banner, INEX or Global Settlements must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

**1.** Proof of Ownership or Assignment of Claim, such as

    (a) a Deed or other document demonstrating the ownership of the Affected Property; OR

    (b) an Assignment of Claim from the Owner of the Affected Property;

**2.** Documents demonstrating the presence of Chinese Drywall in the Affected Property;

**3.** Floor Plan or other document showing the Under Air Square Footage of the Affected Property;

**4.** Evidence of Settlement Eligibility, such as

    (a) a Document demonstrating that Chinese Drywall in the Affected Property was supplied by participating supplier; OR

    (b) a Document demonstrating that a participating builder built the Affected Property; OR

    (c) a Document demonstrating that Chinese Drywall in the Affected Property was installed by participating installer.

**5.** Any other document that you believe supports your claim.

| C. SIGNATURE |
|---|

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney | Gregory S. Weiss, Esquire | **Date** | 09/25/13 (Month/Day/Year) | |
|---|---|---|---|---|
| **Printed Name** | First | Last | | M.I. |

# CHINESE DRYWALL SETTLEMENT PROGRAM
## GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM FORM

Any Claimant seeking Repair and Relocation Expenses under the Global, Banner, or InEx Settlement Agreements must complete and submit this Global, Banner, InEx Repair and Relocation Expenses Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before September 30, 2013.

When completing this Claim Form, refer to the Instructions and Definitions in the Appendix. These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online.

If you are not able to complete the Global, Banner, InEx Repair and Relocation Expenses Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **1. Claimant Name:** | Last Name/Business Name<br>RCR Holdings II, LLC | First | M.I. |
| | DBA or Fictitious Name (if applicable) | | |

| | | | |
|---|---|---|---|
| **2. Individual Claimant 's Social Security Number (SSN):** | \|_\|_\|_\| - \|_\|_\| - \|_\|_\|_\|_\| | **3. Business Claimant's Employee Identification Number (EIN)** | \|2\|0\|0\| - \|8\|3\| - \|8\|5\|0\|6\| |

| | |
|---|---|
| **4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant?** | ☐ Yes<br><br>☒ No |
| **5. Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant.** | Name:_____<br><br>SSN: \|_\|_\|_\| - \|_\|_\| - \|_\|_\|_\|_\| |
| | ☐ Check here if you are not represented by an attorney and skip to Question 5.<br>If you are represented by an attorney, complete this section. |
| | Firm Name<br>Leopold Law |
| **6. Attorney Information:** | Attorney Last Name | Attorney First Name |
| | Street | |

RCR Holdings II, LLC,
102220

1

| | | |
|---|---|---|
| | Email<br>twhiddon@leopold-law.com | Phone Number<br>(\_\|\_\|\_\|) \|\_\|\_\|\_\| - \|\_\|\_\|\_\|\_\| |

| | | | | | |
|---|---|---|---|---|---|
| **7. Affected Property Address:** | Street<br>1690 Renaissance Commons Blvd.  Unit 1404 | | | | |
| | City<br>Boynton Beach | State<br>FL | Zip<br>33426 | County/Parish<br>Palm Beach | |

**8. Settlement Agreement under which you are submitting this claim (check all that apply):**

- ☒ Knauf
- ☒ Banner
- ☐ InEx
- ☒ Global
  - Participating Supplier Name: Banner
  - Participating Builder Name: Other
  - Participating Installer Name: Precision Drywall, Inc.
- ☐ L&W
- ☐ Unknown

Additional Comments (attached additional pages if necessary):

**9. Lawsuit:**

Jurisdiction:

Case/Docket Number:

Date Filed: _____ / _____ / _____
(Month/Day/Year)

**10. Drywall Manufacturer:**

- ☐ Knauf
  - ☐ I am a member of the Knauf Settlement Class
  - ☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class
- ☒ Mixed (Knauf and other)
- ☐ Non-Knauf
- ☐ Unknown

**11. Select the option that best describes your relationship to the Affected Property:**

- ☐ Residential Owner
- ☐ Tenant
- ☐ Previous Commercial or Rental Property Owner
- ☐ Previous Residential Owner
- ☒ Commercial or Rental Property Owner
- ☐ Repairing Builder/Installer/Assignee
- ☐ Non-Tenant Occupant (e.g. family member)
- ☐ Condominium Association
- ☐ Mortgagee(Bank)
- ☐ Other

**12. Provide the Under Air Square Footage for the Affected Property:**

1119

**13. Comments and additional information about your claim:**

In order to control the damage that was caused to this unit by CDW so they would be habitable and rentable, it was treated with bactericide, repainted, carpet and pad was replaced.  The cost associated with those items is $3,508.71 (itemization of items appear in uploaded Villa Lago Unit Turn Over Cost chart).

## B. Required Documents

Claimants seeking compensation for Repair and Relocation Damages caused by Chinese Drywall under the Banner, InEx or Global Settlements must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

1. Proof of Ownership or Assignment of Claim, such as

    (a) a Deed or other document demonstrating the ownership of the Affected Property; OR

    (b) an Assignment of Claim from the Owner of the Affected Property;

2. Documents demonstrating the presence of Chinese Drywall in the Affected Property;

3. Floor Plan or other document showing the Under Air Square Footage of the Affected Property;

4. Evidence of Settlement Eligibility, such as

    (a) a Document demonstrating that Chinese Drywall in the Affected Property was supplied by participating supplier; OR

    (b) a Document demonstrating that a participating builder built the Affected Property; OR

    (c) a Document demonstrating that Chinese Drywall in the Affected Property was installed by participating installer.

5. Any other document that you believe supports your claim.

## C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney | Gregory S. Weiss, Esquire | | Date | 09/25/13 (Month/Day/Year) |
|---|---|---|---|---|
| **Printed Name** | First | Last | | M.I. |

# CHINESE DRYWALL SETTLEMENT PROGRAM
## GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM FORM

Any Claimant seeking Repair and Relocation Expenses under the Global, Banner, or InEx Settlement Agreements must complete and submit this Global, Banner, InEx Repair and Relocation Expenses Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before September 30, 2013.

When completing this Claim Form, refer to the Instructions and Definitions in the Appendix. These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online.

If you are not able to complete the Global, Banner, InEx Repair and Relocation Expenses Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **1. Claimant Name:** | Last Name/Business Name<br>RCR Holdings II, LLC | First | M.I. |
| | DBA or Fictitious Name (if applicable) | | |

| | | | |
|---|---|---|---|
| **2. Individual Claimant 's Social Security Number (SSN):** | \|\_\|\_\|\_\| - \|\_\|\_\| - \|\_\|\_\|\_\|\_\| | **3. Business Claimant's Employee Identification Number (EIN)** | \|2\|0\|0\| - \|8\|3\| - \|8\|5\|0\|6\| |

| | |
|---|---|
| **4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant?** | ☐ Yes<br><br>☒ No |

| | |
|---|---|
| **5. Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant.** | Name:_____<br><br>SSN: \|\_\|\_\|\_\| - \|\_\|\_\| - \|\_\|\_\|\_\|\_\| |

| | |
|---|---|
| | ☐ Check here if you are not represented by an attorney and skip to Question 5.<br>If you are represented by an attorney, complete this section. |
| | Firm Name<br>Leopold Law |
| **6. Attorney Information:** | Attorney Last Name | Attorney First Name |
| | Street |

Offline Portal Submission

| Email | Phone Number |
|---|---|
| twhiddon@leopold-law.com | (_ \| \| ) \| \| \| \| - \| \| \| \| \| |

**7. Affected Property Address:**

Street
1690 Renaissance Commons Blvd.  Unit 1406

| City | State | Zip | County/Parish |
|---|---|---|---|
| Boynton Beach | FL | 33426 | Palm Beach |

**8. Settlement Agreement under which you are submitting this claim (check all that apply):**

- ☒ Knauf
- ☒ Banner
- ☐ InEx
- ☒ Global
  - Participating Supplier Name: Banner
  - Participating Builder Name: Other
  - Participating Installer Name: Precision Drywall, Inc.
- ☐ L&W
- ☐ Unknown

Additional Comments (attached additional pages if necessary):

**9. Lawsuit:**

Jurisdiction:

Case/Docket Number:

Date Filed: _____/_____/_____
(Month/Day/Year)

**10. Drywall Manufacturer:**

- ☐ Knauf
  - ☐ I am a member of the Knauf Settlement Class
  - ☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class
- ☒ Mixed (Knauf and other)
- ☐ Non-Knauf
- ☐ Unknown

**11. Select the option that best describes your relationship to the Affected Property:**

- ☐ Residential Owner
- ☐ Tenant
- ☐ Previous Commercial or Rental Property Owner
- ☐ Previous Residential Owner
- ☒ Commercial or Rental Property Owner
- ☐ Repairing Builder/Installer/Assignee
- ☐ Non-Tenant Occupant (e.g. family member)
- ☐ Condominium Association
- ☐ Mortgagee(Bank)
- ☐ Other

**12. Provide the Under Air Square Footage for the Affected Property:**

1240

**13. Comments and additional information about your claim:**

In order to control the damage that was caused to this unit by CDW so they would be habitable and rentable, it was treated with bactericide, repainted, carpet and pad was replaced.  The cost associated with those items is $3,918.38 (itemization of items appear in uploaded Villa Lago Unit Turn Over Cost chart).

## B. Required Documents

RCR Holdings II, LLC,
102220

2

Claimants seeking compensation for Repair and Relocation Damages caused by Chinese Drywall under the Banner, InEx or Global Settlements must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

1. Proof of Ownership or Assignment of Claim, such as

   (a) a Deed or other document demonstrating the ownership of the Affected Property; OR

   (b) an Assignment of Claim from the Owner of the Affected Property;

2. Documents demonstrating the presence of Chinese Drywall in the Affected Property;

3. Floor Plan or other document showing the Under Air Square Footage of the Affected Property;

4. Evidence of Settlement Eligibility, such as

   (a) a Document demonstrating that Chinese Drywall in the Affected Property was supplied by participating supplier; OR

   (b) a Document demonstrating that a participating builder built the Affected Property; OR

   (c) a Document demonstrating that Chinese Drywall in the Affected Property was installed by participating installer.

5. Any other document that you believe supports your claim.

## C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney | Gregory S. Weiss, Esquire | Date | 09/25/13 (Month/Day/Year) |
|---|---|---|---|
| Printed Name | First | Last | M.I. |

# CHINESE DRYWALL SETTLEMENT PROGRAM
## GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM FORM

Any Claimant seeking Repair and Relocation Expenses under the Global, Banner, or InEx Settlement Agreements must complete and submit this Global, Banner, InEx Repair and Relocation Expenses Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before September 30, 2013.

When completing this Claim Form, refer to the Instructions and Definitions in the Appendix. These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online.

If you are not able to complete the Global, Banner, InEx Repair and Relocation Expenses Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| 1. Claimant Name: | Last Name/Business Name <br> RCR Holdings II, LLC | First | M.I. |
|---|---|---|---|
| | DBA or Fictitious Name (if applicable) | | |

| 2. | Individual Claimant 's Social Security Number (SSN): | \|__\|__\|__\| - \|__\|__\| - \|__\|__\|__\|__\| | 3. Business Claimant's Employee Identification Number (EIN) | \|2\|0\|0\|0\| - \|8\|3\| - \|8\|5\|0\|6\| |
|---|---|---|---|---|

| 4. | Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant? | ☐ Yes <br> ☒ No |
|---|---|---|

| 5. | Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant. | Name:_____ <br><br> SSN: \|__\|__\|__\| - \|__\|__\| - \|__\|__\|__\|__\| |
|---|---|---|

| | | ☐ Check here if you are not represented by an attorney and skip to Question 5. <br> If you are represented by an attorney, complete this section. |
|---|---|---|
| | | Firm Name <br> Leopold Law |
| 6. Attorney Information: | | Attorney Last Name | Attorney First Name |
| | | Street |

| | | |
|---|---|---|
| | **Email**<br>twhiddon@leopold-law.com | **Phone Number**<br>(_\|_\|_) \|_\|_\|_\| - \|_\|_\|_\| |

| **7. Affected Property Address:** | **Street**<br>1690 Renaissance Commons Blvd.  Unit 1407 | | | |
|---|---|---|---|---|
| | **City**<br>Boynton Beach | **State**<br>FL | **Zip**<br>33426 | **County/Parish**<br>Palm Beach |

**8. Settlement Agreement under which you are submitting this claim (check all that apply):**

- ☒ Knauf
- ☒ Banner
- ☐ InEx
- ☒ Global
  - Participating Supplier Name: Banner
  - Participating Builder Name: Other
  - Participating Installer Name: Precision Drywall, Inc.
- ☐ L&W
- ☐ Unknown

Additional Comments (attached additional pages if necessary):

**9. Lawsuit:**

Jurisdiction: United States District Court for the Eastern District of Louisiana

Case/Docket Number: 2:12-cv-00498-EEF-JCW

Date Filed: <u>02/23/12</u>
     (Month/Day/Year)

**10. Drywall Manufacturer:**

- ☐ Knauf
  - ☐ I am a member of the Knauf Settlement Class
  - ☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class
- ☒ Mixed (Knauf and other)
- ☐ Non-Knauf
- ☐ Unknown

**11. Select the option that best describes your relationship to the Affected Property:**

- ☐ Residential Owner
- ☐ Tenant
- ☐ Previous Commercial or Rental Property Owner
- ☐ Previous Residential Owner
- ☒ Commercial or Rental Property Owner
- ☐ Repairing Builder/Installer/Assignee
- ☐ Non-Tenant Occupant (e.g. family member)
- ☐ Condominium Association
- ☐ Mortgagee(Bank)
- ☐ Other

**12. Provide the Under Air Square Footage for the Affected Property:**

1240

**13. Comments and additional information about your claim:**

In order to control the damage that was caused to this unit by CDW so they would be habitable and rentable, it was treated with bactericide, repainted, carpet and pad was replaced.  The cost associated with those items is $3,918.38 (itemization of items appear in uploaded Villa Lago Unit Turn Over Cost chart).

## B. Required Documents

RCR Holdings II, LLC,
102220

2

Claimants seeking compensation for Repair and Relocation Damages caused by Chinese Drywall under the Banner, InEx or Global Settlements must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

**1.** Proof of Ownership or Assignment of Claim, such as

    (a) a Deed or other document demonstrating the ownership of the Affected Property; OR

    (b) an Assignment of Claim from the Owner of the Affected Property;

**2.** Documents demonstrating the presence of Chinese Drywall in the Affected Property;

**3.** Floor Plan or other document showing the Under Air Square Footage of the Affected Property;

**4.** Evidence of Settlement Eligibility, such as

    (a) a Document demonstrating that Chinese Drywall in the Affected Property was supplied by participating supplier; OR

    (b) a Document demonstrating that a participating builder built the Affected Property; OR

    (c) a Document demonstrating that Chinese Drywall in the Affected Property was installed by participating installer.

**5.** Any other document that you believe supports your claim.

## C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney | Gregory S. Weiss, Esquire | **Date** | 09/25/13 (Month/Day/Year) | |
| --- | --- | --- | --- | --- |
| **Printed Name** | First | Last | | M.I. |

# CHINESE DRYWALL SETTLEMENT PROGRAM
# GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM FORM

Any Claimant seeking Repair and Relocation Expenses under the Global, Banner, or InEx Settlement Agreements must complete and submit this Global, Banner, InEx Repair and Relocation Expenses Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before September 30, 2013.

When completing this Claim Form, refer to the Instructions and Definitions in the Appendix. These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online.

If you are not able to complete the Global, Banner, InEx Repair and Relocation Expenses Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **1. Claimant Name:** | Last Name/Business Name<br>RCR Holdings II, LLC | First | M.I. |
| | DBA or Fictitious Name (if applicable) | | |

| | | | |
|---|---|---|---|
| **2. Individual Claimant 's Social Security Number (SSN):** | \| \|\| \| - \|\| \| - \| \| \| \| \| | **3. Business Claimant's Employee Identification Number (EIN)** | \| 2 \| 0 \| 0 \| - \| 8 \| 3 \| - \| 8 \| 5 \| 0 \| 6 \| |

**4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant?**
☐ Yes
☒ No

**5. Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant.**

Name:_____

SSN: \| \| \| \| - \| \| \| - \| \| \| \| \| \|

☐ Check here if you are not represented by an attorney and skip to Question 5.
If you are represented by an attorney, complete this section.

Firm Name
Leopold Law

| Attorney Last Name | Attorney First Name |
|---|---|

**6. Attorney Information:**

Street

RCR Holdings II, LLC,
102220

1

| | | |
|---|---|---|
| | Email<br>twhiddon@leopold-law.com | Phone Number<br>(___\|___) \|___\|___\| - \|___\|___\| |

**7. Affected Property Address:**

Street
1690 Renaissance Commons Blvd.  Unit 1408

| City | State | Zip | County/Parish |
|---|---|---|---|
| Boynton Beach | FL | 33426 | Palm Beach |

**8. Settlement Agreement under which you are submitting this claim (check all that apply):**

- [x] Knauf
- [x] Banner
- [ ] InEx
- [x] Global
  - Participating Supplier Name: Banner
  - Participating Builder Name: Other
  - Participating Installer Name: Precision Drywall, Inc.
- [ ] L&W
- [ ] Unknown

Additional Comments (attached additional pages if necessary):

**9. Lawsuit:**

Jurisdiction: United States District Court for the Eastern District of Louisiana

Case/Docket Number: 2:12-cv-00498-EEF-JCW

Date Filed: <u>02/23/12</u>
(Month/Day/Year)

**10. Drywall Manufacturer:**

- [ ] Knauf
  - [ ] I am a member of the Knauf Settlement Class
  - [ ] I have Knauf Drywall but I am not a member of the Knauf Settlement Class
- [x] Mixed (Knauf and other)
- [ ] Non-Knauf
- [ ] Unknown

**11. Select the option that best describes your relationship to the Affected Property:**

- [ ] Residential Owner
- [ ] Tenant
- [ ] Previous Commercial or Rental Property Owner
- [ ] Previous Residential Owner
- [x] Commercial or Rental Property Owner
- [ ] Repairing Builder/Installer/Assignee
- [ ] Non-Tenant Occupant (e.g. family member)
- [ ] Condominium Association
- [ ] Mortgagee(Bank)
- [ ] Other

**12. Provide the Under Air Square Footage for the Affected Property:**

1240

**13. Comments and additional information about your claim:**

In order to control the damage that was caused to this unit by CDW so they would be habitable and rentable, it was treated with bactericide, repainted, carpet and pad was replaced.  The cost associated with those items is $3,918.38 (itemization of items appear in uploaded Villa Lago Unit Turn Over Cost chart).

## B. Required Documents

RCR Holdings II, LLC,
102220

2

Claimants seeking compensation for Repair and Relocation Damages caused by Chinese Drywall under the Banner, InEx or Global Settlements must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

1. Proof of Ownership or Assignment of Claim, such as

   (a) a Deed or other document demonstrating the ownership of the Affected Property; OR

   (b) an Assignment of Claim from the Owner of the Affected Property;

2. Documents demonstrating the presence of Chinese Drywall in the Affected Property;

3. Floor Plan or other document showing the Under Air Square Footage of the Affected Property;

4. Evidence of Settlement Eligibility, such as

   (a) a Document demonstrating that Chinese Drywall in the Affected Property was supplied by participating supplier; OR

   (b) a Document demonstrating that a participating builder built the Affected Property; OR

   (c) a Document demonstrating that Chinese Drywall in the Affected Property was installed by participating installer.

5. Any other document that you believe supports your claim.

## C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney | Gregory S. Weiss, Esquire | Date | 09/25/13 (Month/Day/Year) | |
|---|---|---|---|---|
| Printed Name | First | Last | | M.I. |

# CHINESE DRYWALL SETTLEMENT PROGRAM
## GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM FORM

Any Claimant seeking Repair and Relocation Expenses under the Global, Banner, or InEx Settlement Agreements must complete and submit this Global, Banner, InEx Repair and Relocation Expenses Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before September 30, 2013.

When completing this Claim Form, refer to the Instructions and Definitions in the Appendix. These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online.

If you are not able to complete the Global, Banner, InEx Repair and Relocation Expenses Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **1. Claimant Name:** | Last Name/Business Name<br>RCR Holdings II, LLC | First | M.I. |
| | DBA or Fictitious Name (if applicable) | | |

| | | | |
|---|---|---|---|
| **2.** | **Individual Claimant 's Social Security Number (SSN):** | \|_\|_\|_\| - \|_\|_\| - \|_\|_\|_\|_\| | **3. Business Claimant's Employee Identification Number (EIN)** | \|2\|0\|0\|0\| - \|8\|3\| - \|8\|5\|0\|6\| |

**4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant?**

☐ Yes

☒ No

**5. Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant.**

Name:_____

SSN: \|_\|_\|_\| - \|_\|_\| - \|_\|_\|_\|_\|

☐ Check here if you are not represented by an attorney and skip to Question 5.
If you are represented by an attorney, complete this section.

Firm Name
Leopold Law

| Attorney Last Name | Attorney First Name |
|---|---|

**6. Attorney Information:**

Street

RCR Holdings II, LLC,
102220

1

| Email | | Phone Number |
|---|---|---|
| twhiddon@leopold-law.com | | (___\|___) \|___\|___\|___\| - \|___\|___\|___\|___\| |

**7. Affected Property Address:**

Street
1690 Renaissance Commons Blvd.  Unit 1414

| City | State | Zip | County/Parish |
|---|---|---|---|
| Boynton Beach | FL | 33426 | Palm Beach |

**8. Settlement Agreement under which you are submitting this claim (check all that apply):**

- ☒ Knauf
- ☒ Banner
- ☐ InEx
- ☒ Global

  Participating Supplier Name: Banner
  Participating Builder Name: Other
  Participating Installer Name: Precision Drywall, Inc.

- ☐ L&W
- ☐ Unknown

Additional Comments (attached additional pages if necessary):

**9. Lawsuit:**

Jurisdiction: United States District Court for the Eastern District of Louisiana

Case/Docket Number: 2:12-cv-00498-EEF-JCW

Date Filed: <u>02/23/12</u>
    (Month/Day/Year)

**10. Drywall Manufacturer:**

- ☐ Knauf
  - ☐ I am a member of the Knauf Settlement Class
  - ☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class
- ☒ Mixed (Knauf and other)
- ☐ Non-Knauf
- ☐ Unknown

**11. Select the option that best describes your relationship to the Affected Property:**

- ☐ Residential Owner
- ☐ Tenant
- ☐ Previous Commercial or Rental Property Owner
- ☐ Previous Residential Owner
- ☒ Commercial or Rental Property Owner
- ☐ Repairing Builder/Installer/Assignee
- ☐ Non-Tenant Occupant (e.g. family member)
- ☐ Condominium Association
- ☐ Mortgagee(Bank)
- ☐ Other

**12. Provide the Under Air Square Footage for the Affected Property:**

1240

**13. Comments and additional information about your claim:**

In order to control the damage that was caused to this unit by CDW so they would be habitable and rentable, it was treated with bactericide, repainted, carpet and pad was replaced.  The cost associated with those items is $3,918.38 (itemization of items appear in uploaded Villa Lago Unit Turn Over Cost chart).

## B. Required Documents

RCR Holdings II, LLC,
102220

2

Claimants seeking compensation for Repair and Relocation Damages caused by Chinese Drywall under the Banner, InEx or Global Settlements must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

**1.** Proof of Ownership or Assignment of Claim, such as

(a) a Deed or other document demonstrating the ownership of the Affected Property; OR

(b) an Assignment of Claim from the Owner of the Affected Property;

**2.** Documents demonstrating the presence of Chinese Drywall in the Affected Property;

**3.** Floor Plan or other document showing the Under Air Square Footage of the Affected Property;

**4.** Evidence of Settlement Eligibility, such as

(a) a Document demonstrating that Chinese Drywall in the Affected Property was supplied by participating supplier; OR

(b) a Document demonstrating that a participating builder built the Affected Property; OR

(c) a Document demonstrating that Chinese Drywall in the Affected Property was installed by participating installer.

**5.** Any other document that you believe supports your claim.

| C. SIGNATURE |
|---|

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney | Gregory S. Weiss, Esquire | **Date** | 09/25/13<br>(Month/Day/Year) | |
|---|---|---|---|---|
| **Printed Name** | First | Last | | M.I. |

# CHINESE DRYWALL SETTLEMENT PROGRAM
## GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM FORM

Any Claimant seeking Repair and Relocation Expenses under the Global, Banner, or InEx Settlement Agreements must complete and submit this Global, Banner, InEx Repair and Relocation Expenses Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before September 30, 2013.

When completing this Claim Form, refer to the Instructions and Definitions in the Appendix. These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online.

If you are not able to complete the Global, Banner, InEx Repair and Relocation Expenses Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **1. Claimant Name:** | Last Name/Business Name<br>RCR Holdings II, LLC | First | M.I. |
| | DBA or Fictitious Name (if applicable) | | |

| | | | |
|---|---|---|---|
| **2. Individual Claimant 's Social Security Number (SSN):** | \|_\|_\|_\| - \|_\|_\| - \|_\|_\|_\|_\| | **3. Business Claimant's Employee Identification Number (EIN)** | \|2\|0\|0\|0\| - \|8\|3\| - \|8\|5\|0\|6\| |

| | |
|---|---|
| **4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant?** | ☐ Yes<br>☒ No |

| | |
|---|---|
| **5. Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant.** | Name:_____<br><br>SSN: \|_\|_\|_\| - \|_\|_\| - \|_\|_\|_\|_\| |

| | |
|---|---|
| | ☐ Check here if you are not represented by an attorney and skip to Question 5.<br>If you are represented by an attorney, complete this section. |
| | Firm Name<br>Leopold Law |
| **6. Attorney Information:** | Attorney Last Name | Attorney First Name |
| | Street |

Email
twhiddon@leopold-law.com

Phone Number
(_|_|_) |_|_|_| - |_|_|_|_|

**7. Affected Property Address:**

Street
1690 Renaissance Commons Blvd.  Unit 1415

| City | State | Zip | County/Parish |
|---|---|---|---|
| Boynton Beach | FL | 33426 | Palm Beach |

**8. Settlement Agreement under which you are submitting this claim (check all that apply):**

☒ Knauf
☒ Banner
☐ InEx
☒ Global
　　Participating Supplier Name: Banner
　　Participating Builder Name: Other
　　Participating Installer Name: Precision Drywall, Inc.
☐ L&W
☐ Unknown
Additional Comments (attached additional pages if necessary):

**9. Lawsuit:**

Jurisdiction: United States District Court for the Eastern District of Louisiana

Case/Docket Number: 2:12-cv-00498-EEF-JCW

Date Filed: 02/23/12
　　　　　　　(Month/Day/Year)

**10. Drywall Manufacturer:**

☐ Knauf
　☐ I am a member of the Knauf Settlement Class
　☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class
☒ Mixed (Knauf and other)
☐ Non-Knauf
☐ Unknown

**11. Select the option that best describes your relationship to the Affected Property:**

☐ Residential Owner
☐ Tenant
☐ Previous Commercial or Rental Property Owner
☐ Previous Residential Owner
☒ Commercial or Rental Property Owner
☐ Repairing Builder/Installer/Assignee
☐ Non-Tenant Occupant (e.g. family member)
☐ Condominium Association
☐ Mortgagee(Bank)
☐ Other

**12. Provide the Under Air Square Footage for the Affected Property:**

1119

**13. Comments and additional information about your claim:**

In order to control the damage that was caused to this unit by CDW so they would be habitable and rentable, it was treated with bactericide, repainted, carpet and pad was replaced.  The cost associated with those items is $3,508.71 (itemization of items appear in uploaded Villa Lago Unit Turn Over Cost chart).

**B. Required Documents**

Claimants seeking compensation for Repair and Relocation Damages caused by Chinese Drywall under the Banner, InEx or Global Settlements must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

**1.** Proof of Ownership or Assignment of Claim, such as

   (a) a Deed or other document demonstrating the ownership of the Affected Property; OR

   (b) an Assignment of Claim from the Owner of the Affected Property;

**2.** Documents demonstrating the presence of Chinese Drywall in the Affected Property;

**3.** Floor Plan or other document showing the Under Air Square Footage of the Affected Property;

**4.** Evidence of Settlement Eligibility, such as

   (a) a Document demonstrating that Chinese Drywall in the Affected Property was supplied by participating supplier; OR

   (b) a Document demonstrating that a participating builder built the Affected Property; OR

   (c) a Document demonstrating that Chinese Drywall in the Affected Property was installed by participating installer.

**5.** Any other document that you believe supports your claim.

## C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney | Gregory S. Weiss, Esquire | **Date** | 09/25/13 (Month/Day/Year) | |
|---|---|---|---|---|
| **Printed Name** | First | Last | | M.I. |

# CHINESE DRYWALL SETTLEMENT PROGRAM
## GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM FORM

Any Claimant seeking Repair and Relocation Expenses under the Global, Banner, or InEx Settlement Agreements must complete and submit this Global, Banner, InEx Repair and Relocation Expenses Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before September 30, 2013.

When completing this Claim Form, refer to the Instructions and Definitions in the Appendix. These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online.

If you are not able to complete the Global, Banner, InEx Repair and Relocation Expenses Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **1. Claimant Name:** | Last Name/Business Name<br>RCR Holdings II, LLC | First | M.I. |
| | DBA or Fictitious Name (if applicable) | | |

| | | | |
|---|---|---|---|
| **2.** | **Individual Claimant's Social Security Number (SSN):** | \|__\|__\|__\| - \|__\|__\| - \|__\|__\|__\|__\| | **3. Business Claimant's Employee Identification Number (EIN)** | \|2\|0\|0\|0\| - \|8\|3\| - \|8\|5\|0\|6\| |

**4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant?**

☐ Yes

☒ No

**5. Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant.**

Name:_____

SSN: \|__\|__\|__\| - \|__\|__\| - \|__\|__\|__\|__\|

☐ Check here if you are not represented by an attorney and skip to Question 5.
If you are represented by an attorney, complete this section.

Firm Name
Leopold Law

| Attorney Last Name | Attorney First Name |
|---|---|
| | |

**6. Attorney Information:**

Street

| | | | |
|---|---|---|---|
| Email<br>twhiddon@leopold-law.com | | Phone Number<br>( \|  \|  \| ) \| \| \| \| - \| \| \| \| \| | |

**7. Affected Property Address:**

Street
1690 Renaissance Commons Blvd.  Unit 1416

| City | State | Zip | County/Parish |
|---|---|---|---|
| Boynton Beach | FL | 33426 | Palm Beach |

**8. Settlement Agreement under which you are submitting this claim (check all that apply):**

- ☒ Knauf
- ☒ Banner
- ☐ InEx
- ☒ Global
  - Participating Supplier Name: Banner
  - Participating Builder Name: Other
  - Participating Installer Name: Precision Drywall, Inc.
- ☐ L&W
- ☐ Unknown

Additional Comments (attached additional pages if necessary):

**9. Lawsuit:**

Jurisdiction: United States District Court for the Eastern District of Louisiana

Case/Docket Number: 2:12-cv-00498-EEF-JCW

Date Filed: 02/23/12
(Month/Day/Year)

**10. Drywall Manufacturer:**

- ☐ Knauf
  - ☐ I am a member of the Knauf Settlement Class
  - ☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class
- ☒ Mixed (Knauf and other)
- ☐ Non-Knauf
- ☐ Unknown

**11. Select the option that best describes your relationship to the Affected Property:**

- ☐ Residential Owner
- ☐ Tenant
- ☐ Previous Commercial or Rental Property Owner
- ☐ Previous Residential Owner
- ☒ Commercial or Rental Property Owner
- ☐ Repairing Builder/Installer/Assignee
- ☐ Non-Tenant Occupant (e.g. family member)
- ☐ Condominium Association
- ☐ Mortgagee(Bank)
- ☐ Other

**12. Provide the Under Air Square Footage for the Affected Property:**

1460

**13. Comments and additional information about your claim:**

In order to control the damage that was caused to this unit by CDW so they would be habitable and rentable, it was treated with bactericide, repainted, carpet and pad was replaced.  The cost associated with those items is $4,567.71 (itemization of items appear in uploaded Villa Lago Unit Turn Over Cost chart).

## B. Required Documents

RCR Holdings II, LLC,
102220

Claimants seeking compensation for Repair and Relocation Damages caused by Chinese Drywall under the Banner, InEx or Global Settlements must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

**1.** Proof of Ownership or Assignment of Claim, such as

    (a) a Deed or other document demonstrating the ownership of the Affected Property; OR

    (b) an Assignment of Claim from the Owner of the Affected Property;

**2.** Documents demonstrating the presence of Chinese Drywall in the Affected Property;

**3.** Floor Plan or other document showing the Under Air Square Footage of the Affected Property;

**4.** Evidence of Settlement Eligibility, such as

    (a) a Document demonstrating that Chinese Drywall in the Affected Property was supplied by participating supplier; OR

    (b) a Document demonstrating that a participating builder built the Affected Property; OR

    (c) a Document demonstrating that Chinese Drywall in the Affected Property was installed by participating installer.

**5.** Any other document that you believe supports your claim.

## C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney | Gregory S. Weiss | **Date** | 09/25/13<br>(Month/Day/Year) | |
|---|---|---|---|---|
| **Printed Name** | First | Last | | M.I. |

# CHINESE DRYWALL SETTLEMENT PROGRAM

# GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM FORM

Any Claimant seeking Repair and Relocation Expenses under the Global, Banner, or InEx Settlement Agreements must complete and submit this Global, Banner, InEx Repair and Relocation Expenses Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before September 30, 2013.

When completing this Claim Form, refer to the Instructions and Definitions in the Appendix. These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online.

If you are not able to complete the Global, Banner, InEx Repair and Relocation Expenses Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **1. Claimant Name:** | Last Name/Business Name<br>RCR Holdings II, LLC | First | M.I. |
| | DBA or Fictitious Name (if applicable) | | |

| | | | |
|---|---|---|---|
| **2. Individual Claimant 's Social Security Number (SSN):** | \|\_\|\_\|\_\| - \|\_\|\_\| - \|\_\|\_\|\_\|\_\| | **3. Business Claimant's Employee Identification Number (EIN)** | \|2\|0\|0\|0\| - \|8\|3\| - \|8\|5\|0\|6\| |

| | |
|---|---|
| **4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant?** | ☐ Yes<br>☒ No |

| | |
|---|---|
| **5. Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant.** | Name:_____<br><br>SSN: \|\_\|\_\|\_\| - \|\_\|\_\| - \|\_\|\_\|\_\|\_\| |

| | |
|---|---|
| | ☐ Check here if you are not represented by an attorney and skip to Question 5.<br>If you are represented by an attorney, complete this section. |
| **6. Attorney Information:** | Firm Name<br>Leopold Law |
| | Attorney Last Name / Attorney First Name |
| | Street |

| | |
|---|---|
| **Email** twhiddon@leopold-law.com | **Phone Number** (_|_|_) |_|_|_| - |_|_|_|_| |

**7. Affected Property Address:**

Street
1690 Renaissance Commons Blvd.  Unit 1421

| City Boynton Beach | State FL | Zip 33426 | County/Parish Palm Beach |
|---|---|---|---|

**8. Settlement Agreement under which you are submitting this claim (check all that apply):**

- ☒ Knauf
- ☒ Banner
- ☐ InEx
- ☒ Global
  - Participating Supplier Name: Banner
  - Participating Builder Name: Other
  - Participating Installer Name: Precision Drywall, Inc.
- ☐ L&W
- ☐ Unknown

Additional Comments (attached additional pages if necessary):

**9. Lawsuit:**

Jurisdiction: United States District Court for the Eastern District of Louisiana

Case/Docket Number: 2:11-cv-01363-EEF-JCW

Date Filed: <u>06/8/11</u>
(Month/Day/Year)

**10. Drywall Manufacturer:**

- ☐ Knauf
  - ☐ I am a member of the Knauf Settlement Class
  - ☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class
- ☒ Mixed (Knauf and other)
- ☐ Non-Knauf
- ☐ Unknown

**11. Select the option that best describes your relationship to the Affected Property:**

- ☐ Residential Owner
- ☐ Tenant
- ☐ Previous Commercial or Rental Property Owner
- ☐ Previous Residential Owner
- ☒ Commercial or Rental Property Owner
- ☐ Repairing Builder/Installer/Assignee
- ☐ Non-Tenant Occupant (e.g. family member)
- ☐ Condominium Association
- ☐ Mortgagee(Bank)
- ☐ Other

**12. Provide the Under Air Square Footage for the Affected Property:**

1119

**13. Comments and additional information about your claim:**

In order to control the damage that was caused to this unit by CDW so they would be habitable and rentable, it was treated with bactericide, repainted, carpet and pad was replaced.  The cost associated with those items is $3,508.71 (itemization of items appear in uploaded Villa Lago Unit Turn Over Cost chart).

## B. Required Documents

Claimants seeking compensation for Repair and Relocation Damages caused by Chinese Drywall under the Banner, InEx or Global Settlements must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

**1.** Proof of Ownership or Assignment of Claim, such as

    (a) a Deed or other document demonstrating the ownership of the Affected Property; OR

    (b) an Assignment of Claim from the Owner of the Affected Property;

**2.** Documents demonstrating the presence of Chinese Drywall in the Affected Property;

**3.** Floor Plan or other document showing the Under Air Square Footage of the Affected Property;

**4.** Evidence of Settlement Eligibility, such as

    (a) a Document demonstrating that Chinese Drywall in the Affected Property was supplied by participating supplier; OR

    (b) a Document demonstrating that a participating builder built the Affected Property; OR

    (c) a Document demonstrating that Chinese Drywall in the Affected Property was installed by participating installer.

**5.** Any other document that you believe supports your claim.

## C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney | Gregory S. Weiss, Esquire | **Date** | 09/25/13 (Month/Day/Year) | |
|---|---|---|---|---|
| **Printed Name** | First | Last | | M.I. |

# CHINESE DRYWALL SETTLEMENT PROGRAM
## GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM FORM

Any Claimant seeking Repair and Relocation Expenses under the Global, Banner, or InEx Settlement Agreements must complete and submit this Global, Banner, InEx Repair and Relocation Expenses Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before September 30, 2013.

When completing this Claim Form, refer to the Instructions and Definitions in the Appendix. These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online.

If you are not able to complete the Global, Banner, InEx Repair and Relocation Expenses Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **1. Claimant Name:** | Last Name/Business Name<br>RCR Holdings II, LLC | First | M.I. |
| | DBA or Fictitious Name (if applicable) | | |

| | | | | |
|---|---|---|---|---|
| **2. Individual Claimant 's Social Security Number (SSN):** | \|＿\|＿\|＿\| - \|＿\|＿\| - \|＿\|＿\|＿\|＿\| | **3. Business Claimant's Employee Identification Number (EIN)** | | \|2\|0\|0\|0\| - \|8\|3\| - \|8\|5\|0\|6\| |

| | |
|---|---|
| **4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant?** | ☐ Yes<br><br>☒ No |

| | |
|---|---|
| **5. Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant.** | Name:_____<br><br>SSN: \|＿\|＿\|＿\| - \|＿\|＿\| - \|＿\|＿\|＿\|＿\| |

| | |
|---|---|
| | ☐ Check here if you are not represented by an attorney and skip to Question 5.<br>If you are represented by an attorney, complete this section. |
| | Firm Name<br>Leopold Law |
| **6. Attorney Information:** | Attorney Last Name | Attorney First Name |
| | Street |

| Email | | Phone Number |
|---|---|---|
| twhiddon@leopold-law.com | | ( \_\|\_\|\_ ) \|\_\|\_\|\_\| - \|\_\|\_\|\_\|\_\| |

**7. Affected Property Address:**

Street
1690 Renaissance Commons Blvd.  Unit 1425

| City | State | Zip | County/Parish |
|---|---|---|---|
| Boynton Beach | FL | 33426 | Palm Beach |

**8. Settlement Agreement under which you are submitting this claim (check all that apply):**

- ☒ Knauf
- ☒ Banner
- ☐ InEx
- ☒ Global
  - Participating Supplier Name: Banner
  - Participating Builder Name: Other
  - Participating Installer Name: Precision Drywall, Inc.
- ☐ L&W
- ☐ Unknown

Additional Comments (attached additional pages if necessary):

**9. Lawsuit:**

Jurisdiction: United States District Court for the Eastern District of Louisiana

Case/Docket Number: 2:12-cv-00498-EEF-JCW

Date Filed: <u>02/23/12</u>
(Month/Day/Year)

**10. Drywall Manufacturer:**

- ☐ Knauf
  - ☐ I am a member of the Knauf Settlement Class
  - ☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class
- ☒ Mixed (Knauf and other)
- ☐ Non-Knauf
- ☐ Unknown

**11. Select the option that best describes your relationship to the Affected Property:**

- ☐ Residential Owner
- ☐ Tenant
- ☐ Previous Commercial or Rental Property Owner
- ☐ Previous Residential Owner
- ☒ Commercial or Rental Property Owner
- ☐ Repairing Builder/Installer/Assignee
- ☐ Non-Tenant Occupant (e.g. family member)
- ☐ Condominium Association
- ☐ Mortgagee(Bank)
- ☐ Other

**12. Provide the Under Air Square Footage for the Affected Property:**

1240

**13. Comments and additional information about your claim:**

In order to control the damage that was caused to this unit by CDW so they would be habitable and rentable, it was treated with bactericide, repainted, carpet and pad was replaced.  The cost associated with those items is $3,918.38 (itemization of items appear in uploaded Villa Lago Unit Turn Over Cost chart).

**B. Required Documents**

Claimants seeking compensation for Repair and Relocation Damages caused by Chinese Drywall under the Banner, InEx or Global Settlements must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

**1.** Proof of Ownership or Assignment of Claim, such as

    (a) a Deed or other document demonstrating the ownership of the Affected Property; OR

    (b) an Assignment of Claim from the Owner of the Affected Property;

**2.** Documents demonstrating the presence of Chinese Drywall in the Affected Property;

**3.** Floor Plan or other document showing the Under Air Square Footage of the Affected Property;

**4.** Evidence of Settlement Eligibility, such as

    (a) a Document demonstrating that Chinese Drywall in the Affected Property was supplied by participating supplier; OR

    (b) a Document demonstrating that a participating builder built the Affected Property; OR

    (c) a Document demonstrating that Chinese Drywall in the Affected Property was installed by participating installer.

**5.** Any other document that you believe supports your claim.

## C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney | Gregory S. Weiss, Esquire | **Date** | 09/25/13 (Month/Day/Year) | |
|---|---|---|---|---|
| **Printed Name** | First | Last | | M.I. |

RCR Holdings II, LLC,

102220

3

# CHINESE DRYWALL SETTLEMENT PROGRAM
## GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM FORM

Any Claimant seeking Repair and Relocation Expenses under the Global, Banner, or InEx Settlement Agreements must complete and submit this Global, Banner, InEx Repair and Relocation Expenses Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before September 30, 2013.

When completing this Claim Form, refer to the Instructions and Definitions in the Appendix. These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online.

If you are not able to complete the Global, Banner, InEx Repair and Relocation Expenses Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

| A. CLAIM INFORMATION | | |
|---|---|---|

**1. Claimant Name:**
Last Name/Business Name: RCR Holdings II, LLC
First: 
M.I.:
DBA or Fictitious Name (if applicable):

**2. Individual Claimant's Social Security Number (SSN):** | | | - | | - | | | |

**3. Business Claimant's Employee Identification Number (EIN):** | 2 | 0 | 0 | - | 8 | 3 | - | 8 | 5 | 0 | 6 |

**4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant?**
☐ Yes
☒ No

**5. Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant.**
Name: _____
SSN: | | | - | | - | | | | |

☐ Check here if you are not represented by an attorney and skip to Question 5.
If you are represented by an attorney, complete this section.

Firm Name
Leopold Law

**6. Attorney Information:**
Attorney Last Name | Attorney First Name
Street

RCR Holdings II, LLC,
102220

1

| | | |
|---|---|---|
| | Email<br>twhiddon@leopold-law.com | Phone Number<br>(_ \| \|_ ) \|_\|_\|_\| - \|_\|_\|_\|_\| |

| | | | | | |
|---|---|---|---|---|---|
| **7. Affected Property Address:** | Street<br>1690 Renaissance Commons Blvd.  Unit 1504 | | | | |
| | City<br>Boynton Beach | State<br>FL | Zip<br>33426 | County/Parish<br>Palm Beach | |

| | |
|---|---|
| **8. Settlement Agreement under which you are submitting this claim (check all that apply):** | ☒ Knauf<br>☒ Banner<br>☐ InEx<br>☒ Global<br>  Participating Supplier Name: Banner<br>  Participating Builder Name: Other<br>  Participating Installer Name: Precision Drywall, Inc.<br>☐ L&W<br>☐ Unknown<br>Additional Comments (attached additional pages if necessary): |
| **9. Lawsuit:** | Jurisdiction: United States District Court for the Eastern District of Louisiana<br><br>Case/Docket Number: 2:11-cv-01363-EEF-JW<br><br>Date Filed: <u>06/8/12</u><br>  (Month/Day/Year) |
| **10. Drywall Manufacturer:** | ☐ Knauf<br>   ☐ I am a member of the Knauf Settlement Class<br>   ☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class<br>☒ Mixed (Knauf and other)<br>☐ Non-Knauf<br>☐ Unknown |
| **11. Select the option that best describes your relationship to the Affected Property:** | ☐ Residential Owner<br>☐ Tenant<br>☐ Previous Commercial or Rental Property Owner<br>☐ Previous Residential Owner<br>☒ Commercial or Rental Property Owner<br>☐ Repairing Builder/Installer/Assignee<br>☐ Non-Tenant Occupant (e.g. family member)<br>☐ Condominium Association<br>☐ Mortgagee(Bank)<br>☐ Other |
| **12. Provide the Under Air Square Footage for the Affected Property:** | 1460 |
| **13. Comments and additional information about your claim:** | In order to control the damage that was caused to this unit by CDW so they would be habitable and rentable, it was treated with bactericide, repainted, carpet and pad was replaced.  The cost associated with those items is $4,567.71 (itemization of items appear in uploaded Villa Lago Unit Turn Over Cost chart). |

## B. Required Documents

Claimants seeking compensation for Repair and Relocation Damages caused by Chinese Drywall under the Banner, InEx or Global Settlements must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

1. Proof of Ownership or Assignment of Claim, such as

   (a) a Deed or other document demonstrating the ownership of the Affected Property; OR

   (b) an Assignment of Claim from the Owner of the Affected Property;

2. Documents demonstrating the presence of Chinese Drywall in the Affected Property;

3. Floor Plan or other document showing the Under Air Square Footage of the Affected Property;

4. Evidence of Settlement Eligibility, such as

   (a) a Document demonstrating that Chinese Drywall in the Affected Property was supplied by participating supplier; OR

   (b) a Document demonstrating that a participating builder built the Affected Property; OR

   (c) a Document demonstrating that Chinese Drywall in the Affected Property was installed by participating installer.

5. Any other document that you believe supports your claim.

## C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney | Gregory S. Weiss, Esquire | | Date | 09/25/13 (Month/Day/Year) | |
|---|---|---|---|---|---|
| **Printed Name** | First | Last | | | M.I. |

# CHINESE DRYWALL SETTLEMENT PROGRAM
## GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM FORM

Any Claimant seeking Repair and Relocation Expenses under the Global, Banner, or InEx Settlement Agreements must complete and submit this Global, Banner, InEx Repair and Relocation Expenses Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before September 30, 2013.

When completing this Claim Form, refer to the Instructions and Definitions in the Appendix. These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online.

If you are not able to complete the Global, Banner, InEx Repair and Relocation Expenses Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **1. Claimant Name:** | Last Name/Business Name<br>RCR Holdings II, LLC | First | M.I. |
| | DBA or Fictitious Name (if applicable) | | |

| | | | |
|---|---|---|---|
| **2. Individual Claimant's Social Security Number (SSN):** | \|_\|_\|_\| - \|_\|_\| - \|_\|_\|_\|_\| | **3. Business Claimant's Employee Identification Number (EIN)** | \|2\|0\|0\|0\| - \|8\|3\| - \|8\|5\|0\|6\| |

| | |
|---|---|
| **4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant?** | ☐ Yes<br><br>☒ No |

| | |
|---|---|
| **5. Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant.** | Name:_____<br><br>SSN: \|_\|_\|_\| - \|_\|_\| - \|_\|_\|_\|_\| |

| | |
|---|---|
| | ☐ Check here if you are not represented by an attorney and skip to Question 5.<br>If you are represented by an attorney, complete this section. |
| | Firm Name<br>Leopold Law |
| **6. Attorney Information:** | Attorney Last Name / Attorney First Name |
| | Street |

RCR Holdings II, LLC,
102220

1

| | | |
|---|---|---|
| | Email<br>twhiddon@leopold-law.com | Phone Number<br>(\_\|\_\|\_) \|\_\|\_\|\_\| - \|\_\|\_\|\_\|\_\| |

**7. Affected Property Address:**

Street
1690 Renaissance Commons Blvd.  Unit 1506

| City | State | Zip | County/Parish |
|---|---|---|---|
| Boynton Beach | FL | 33426 | Palm Beach |

**8. Settlement Agreement under which you are submitting this claim (check all that apply):**

☒ Knauf
☒ Banner
☐ InEx
☒ Global
     Participating Supplier Name: Banner
     Participating Builder Name: Other
     Participating Installer Name: Precision Drywall, Inc.
☐ L&W
☐ Unknown
Additional Comments (attached additional pages if necessary):

**9. Lawsuit:**

Jurisdiction: United States District Court for the Eastern District of Louisiana

Case/Docket Number: 2:11-cv-01363-EEF-JCW

Date Filed: 06/8/11
       (Month/Day/Year)

**10. Drywall Manufacturer:**

☐ Knauf
   ☐ I am a member of the Knauf Settlement Class
   ☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class
☒ Mixed (Knauf and other)
☐ Non-Knauf
☐ Unknown

**11. Select the option that best describes your relationship to the Affected Property:**

☐ Residential Owner
☐ Tenant
☐ Previous Commercial or Rental Property Owner
☐ Previous Residential Owner
☒ Commercial or Rental Property Owner
☐ Repairing Builder/Installer/Assignee
☐ Non-Tenant Occupant (e.g. family member)
☐ Condominium Association
☐ Mortgagee(Bank)
☐ Other

**12. Provide the Under Air Square Footage for the Affected Property:**

1240

**13. Comments and additional information about your claim:**

In order to control the damage that was caused to this unit by CDW so they would be habitable and rentable, it was treated with bactericide, repainted, carpet and pad was replaced.  The cost associated with those items is $3,918.38 (itemization of items appear in uploaded Villa Lago Unit Turn Over Cost chart).

## B. Required Documents

RCR Holdings II, LLC,
102220

2

Claimants seeking compensation for Repair and Relocation Damages caused by Chinese Drywall under the Banner, InEx or Global Settlements must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

1. Proof of Ownership or Assignment of Claim, such as

    (a) a Deed or other document demonstrating the ownership of the Affected Property; OR

    (b) an Assignment of Claim from the Owner of the Affected Property;

2. Documents demonstrating the presence of Chinese Drywall in the Affected Property;

3. Floor Plan or other document showing the Under Air Square Footage of the Affected Property;

4. Evidence of Settlement Eligibility, such as

    (a) a Document demonstrating that Chinese Drywall in the Affected Property was supplied by participating supplier; OR

    (b) a Document demonstrating that a participating builder built the Affected Property; OR

    (c) a Document demonstrating that Chinese Drywall in the Affected Property was installed by participating installer.

5. Any other document that you believe supports your claim.

## C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney | Gregory S. Weiss, Esquire | Date | 09/25/13 (Month/Day/Year) | |
|---|---|---|---|---|
| Printed Name | First | Last | | M.I. |

# CHINESE DRYWALL SETTLEMENT PROGRAM
# GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM FORM

Any Claimant seeking Repair and Relocation Expenses under the Global, Banner, or InEx Settlement Agreements must complete and submit this Global, Banner, InEx Repair and Relocation Expenses Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before September 30, 2013.

When completing this Claim Form, refer to the Instructions and Definitions in the Appendix. These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online.

If you are not able to complete the Global, Banner, InEx Repair and Relocation Expenses Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **1. Claimant Name:** | Last Name/Business Name<br>RCR Holdings II, LLC | First | M.I. |
| | DBA or Fictitious Name (if applicable) | | |

| | | | |
|---|---|---|---|
| **2. Individual Claimant 's Social Security Number (SSN):** | \|\_\|\_\|\_\| - \|\_\|\_\| - \|\_\|\_\|\_\|\_\| | **3. Business Claimant's Employee Identification Number (EIN)** | \|2\|0\|0\| - \|8\|3\| - \|8\|5\|0\|6\| |

| | |
|---|---|
| **4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant?** | ☐ Yes<br>☒ No |

| | |
|---|---|
| **5. Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant.** | Name:_____<br><br>SSN: \|\_\|\_\|\_\| - \|\_\|\_\| - \|\_\|\_\|\_\|\_\| |

| | |
|---|---|
| | ☐ Check here if you are not represented by an attorney and skip to Question 5.<br>If you are represented by an attorney, complete this section. |
| **6. Attorney Information:** | Firm Name<br>Leopold Law |
| | Attorney Last Name / Attorney First Name |
| | Street |

| | |
|---|---|
| **Email**<br>twhiddon@leopold-law.com | **Phone Number**<br>( \| \| ) \| \| \| \| - \| \| \| \| |

**7. Affected Property Address:**

**Street**
1690 Renaissance Commons Blvd.  Unit 1507

| **City**<br>Boynton Beach | **State**<br>FL | **Zip**<br>33426 | **County/Parish**<br>Palm Beach |
|---|---|---|---|

**8. Settlement Agreement under which you are submitting this claim (check all that apply):**

- ☒ Knauf
- ☒ Banner
- ☐ InEx
- ☒ Global
  - Participating Supplier Name: Banner
  - Participating Builder Name: Other
  - Participating Installer Name: Precision Drywall, Inc.
- ☐ L&W
- ☐ Unknown

Additional Comments (attached additional pages if necessary):

**9. Lawsuit:**

Jurisdiction:

Case/Docket Number:

Date Filed: ____/____/____
(Month/Day/Year)

**10. Drywall Manufacturer:**

- ☐ Knauf
  - ☐ I am a member of the Knauf Settlement Class
  - ☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class
- ☒ Mixed (Knauf and other)
- ☐ Non-Knauf
- ☐ Unknown

**11. Select the option that best describes your relationship to the Affected Property:**

- ☐ Residential Owner
- ☐ Tenant
- ☐ Previous Commercial or Rental Property Owner
- ☐ Previous Residential Owner
- ☒ Commercial or Rental Property Owner
- ☐ Repairing Builder/Installer/Assignee
- ☐ Non-Tenant Occupant (e.g. family member)
- ☐ Condominium Association
- ☐ Mortgagee(Bank)
- ☐ Other

**12. Provide the Under Air Square Footage for the Affected Property:**

1240

**13. Comments and additional information about your claim:**

In order to control the damage that was caused to this unit by CDW so they would be habitable and rentable, it was treated with bactericide, repainted, carpet and pad was replaced.  The cost associated with those items is $3,918.38 (itemization of items appear in uploaded Villa Lago Unit Turn Over Cost chart).

**B. Required Documents**

RCR Holdings II, LLC,
102220

2

Claimants seeking compensation for Repair and Relocation Damages caused by Chinese Drywall under the Banner, InEx or Global Settlements must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

**1.** Proof of Ownership or Assignment of Claim, such as

   (a) a Deed or other document demonstrating the ownership of the Affected Property; OR

   (b) an Assignment of Claim from the Owner of the Affected Property;

**2.** Documents demonstrating the presence of Chinese Drywall in the Affected Property;

**3.** Floor Plan or document showing the Under Air Square Footage of the Affected Property;

**4.** Evidence of Settlement Eligibility, such as

   (a) a Document demonstrating that Chinese Drywall in the Affected Property was supplied by participating supplier; OR

   (b) a Document demonstrating that a participating builder built the Affected Property; OR

   (c) a Document demonstrating that Chinese Drywall in the Affected Property was installed by participating installer.

**5.** Any other document that you believe supports your claim.

## C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney | Gregory S. Weiss, Esquire | | **Date** | 09/25/13 <br> (Month/Day/Year) | |
|---|---|---|---|---|---|
| **Printed Name** | First | Last | | | M.I. |

# CHINESE DRYWALL SETTLEMENT PROGRAM
## GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM FORM

Any Claimant seeking Repair and Relocation Expenses under the Global, Banner, or InEx Settlement Agreements must complete and submit this Global, Banner, InEx Repair and Relocation Expenses Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before September 30, 2013.

When completing this Claim Form, refer to the Instructions and Definitions in the Appendix. These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online.

If you are not able to complete the Global, Banner, InEx Repair and Relocation Expenses Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **1. Claimant Name:** | Last Name/Business Name<br>RCR Holdings II, LLC | First | M.I. |
| | DBA or Fictitious Name (if applicable) | | |

| | | | |
|---|---|---|---|
| **2. Individual Claimant 's Social Security Number (SSN):** | \|_\|_\|_\| - \|_\|_\| - \|_\|_\|_\|_\| | **3. Business Claimant's Employee Identification Number (EIN)** | \|2\|0\|0\|0\| - \|8\|3\| - \|8\|5\|0\|6\| |

**4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant?**

☐ Yes

☒ No

**5. Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant.**

Name:_____

SSN: \|_\|_\|_\| - \|_\|_\| - \|_\|_\|_\|_\|

☐ Check here if you are not represented by an attorney and skip to Question 5.
If you are represented by an attorney, complete this section.

Firm Name
Leopold Law

| | |
|---|---|
| **6. Attorney Information:** | Attorney Last Name | Attorney First Name |
| | Street |

RCR Holdings II, LLC,
102220

1

| | |
|---|---|
| City | State | Zip |
| Email<br>twhiddon@leopold-law.com | Phone Number<br>( \_ \| \_ ) \|\_\|\_\|\_\| - \|\_\|\_\|\_\|\_\| |

**7. Affected Property Address:**

Street
1690 Renaissance Commons Blvd.  Unit 1509

| City<br>Boynton Beach | State<br>FL | Zip<br>33426 | County/Parish<br>Palm Beach |
|---|---|---|---|

**8. Settlement Agreement under which you are submitting this claim (check all that apply):**

☒ Knauf
☒ Banner
☐ InEx
☒ Global
     Participating Supplier Name: Banner
     Participating Builder Name: Other
     Participating Installer Name: Precision Drywall, Inc.
☐ L&W
☐ Unknown
Additional Comments (attached additional pages if necessary):

**9. Lawsuit:**

Jurisdiction:

Case/Docket Number:

Date Filed: \_\_\_\_ / \_\_\_\_ / \_\_\_\_
       (Month/Day/Year)

**10. Drywall Manufacturer:**

☐ Knauf
    ☐ I am a member of the Knauf Settlement Class
    ☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class
☒ Mixed (Knauf and other)
☐ Non-Knauf
☐ Unknown

**11. Select the option that best describes your relationship to the Affected Property:**

☐ Residential Owner
☐ Tenant
☐ Previous Commercial or Rental Property Owner
☐ Previous Residential Owner
☒ Commercial or Rental Property Owner
☐ Repairing Builder/Installer/Assignee
☐ Non-Tenant Occupant (e.g. family member)
☐ Condominium Association
☐ Mortgagee(Bank)
☐ Other

**12. Provide the Under Air Square Footage for the Affected Property:**

817

**13. Comments and additional information about your claim:**

In order to control the damage that was caused to this unit by CDW so they would be habitable and rentable, it was treated with bactericide, repainted, carpet and pad was replaced.  The cost associated with those items is $2,773.75 (itemization of items appear in uploaded Villa Lago Unit Turn Over Cost chart).

**B. Required Documents**

Online Portal Submission

Claimants seeking compensation for Repair and Relocation Damages caused by Chinese Drywall under the Banner, InEx or Global Settlements must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

1. Proof of Ownership or Assignment of Claim, such as

   (a) a Deed or other document demonstrating the ownership of the Affected Property; OR

   (b) an Assignment of Claim from the Owner of the Affected Property;

2. Documents demonstrating the presence of Chinese Drywall in the Affected Property;

3. Floor Plan or other document showing the Under Air Square Footage of the Affected Property;

4. Evidence of Settlement Eligibility, such as

   (a) a Document demonstrating that Chinese Drywall in the Affected Property was supplied by participating supplier; OR

   (b) a Document demonstrating that a participating builder built the Affected Property; OR

   (c) a Document demonstrating that Chinese Drywall in the Affected Property was installed by participating installer.

5. Any other document that you believe supports your claim.

## C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney | Gregory S. Weiss, Esquire | Date | 09/25/13 (Month/Day/Year) | |
|---|---|---|---|---|
| Printed Name | First | Last | | M.I. |

RCR Holdings II, LLC,
102220

3

# CHINESE DRYWALL SETTLEMENT PROGRAM
## GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM FORM

Any Claimant seeking Repair and Relocation Expenses under the Global, Banner, or InEx Settlement Agreements must complete and submit this Global, Banner, InEx Repair and Relocation Expenses Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before September 30, 2013.

When completing this Claim Form, refer to the Instructions and Definitions in the Appendix. These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online.

If you are not able to complete the Global, Banner, InEx Repair and Relocation Expenses Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **1. Claimant Name:** | Last Name/Business Name<br>RCR Holdings II, LLC | First | M.I. |
| | DBA or Fictitious Name (if applicable) | | |

| | | | |
|---|---|---|---|
| **2.** | **Individual Claimant's Social Security Number (SSN):** | ∣_∣_∣_∣ - ∣_∣_∣ - ∣_∣_∣_∣ | **3. Business Claimant's Employee Identification Number (EIN)** | ∣2∣0∣0∣ - ∣8∣3∣ - ∣8∣5∣0∣6∣ |

| | |
|---|---|
| **4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant?** | ☐ Yes<br>☒ No |

| | |
|---|---|
| **5. Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant.** | Name:_____<br><br>SSN: ∣_∣_∣_∣ - ∣_∣_∣ - ∣_∣_∣_∣ |

| | |
|---|---|
| | ☐ Check here if you are not represented by an attorney and skip to Question 5.<br>If you are represented by an attorney, complete this section. |
| | Firm Name<br>Leopold Law |
| **6. Attorney Information:** | Attorney Last Name / Attorney First Name |
| | Street |

| | |
|---|---|
| City | State | Zip |
| Email twhiddon@leopold-law.com | Phone Number ( \_ \| \| ) \| \| \| \| - \| \| \| \| |

| | |
|---|---|
| **7. Affected Property Address:** | Street<br>1690 Renaissance Commons Blvd.  Unit 1510 |

| City | State | Zip | County/Parish |
|---|---|---|---|
| Boynton Beach | FL | 33426 | Palm Beach |

| | |
|---|---|
| **8. Settlement Agreement under which you are submitting this claim (check all that apply):** | ☒ Knauf<br>☒ Banner<br>☐ InEx<br>☒ Global<br>      Participating Supplier Name: Banner<br>      Participating Builder Name: Other<br>      Participating Installer Name: Precision Drywall, Inc.<br>☐ L&W<br>☐ Unknown<br>Additional Comments (attached additional pages if necessary): |

| | |
|---|---|
| **9. Lawsuit:** | Jurisdiction:<br><br>Case/Docket Number:<br><br>Date Filed: \_\_\_\_ / \_\_\_\_ / \_\_\_\_<br>           (Month/Day/Year) |

| | |
|---|---|
| **10. Drywall Manufacturer:** | ☐ Knauf<br>     ☐ I am a member of the Knauf Settlement Class<br>     ☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class<br>☒ Mixed (Knauf and other)<br>☐ Non-Knauf<br>☐ Unknown |

| | |
|---|---|
| **11. Select the option that best describes your relationship to the Affected Property:** | ☐ Residential Owner<br>☐ Tenant<br>☐ Previous Commercial or Rental Property Owner<br>☐ Previous Residential Owner<br>☒ Commercial or Rental Property Owner<br>☐ Repairing Builder/Installer/Assignee<br>☐ Non-Tenant Occupant (e.g. family member)<br>☐ Condominium Association<br>☐ Mortgagee(Bank)<br>☐ Other |

| | |
|---|---|
| **12. Provide the Under Air Square Footage for the Affected Property:** | 1119 |

| | |
|---|---|
| **13. Comments and additional information about your claim:** | In order to control the damage that was caused to this unit by CDW so they would be habitable and rentable, it was treated with bactericide, repainted, carpet and pad was replaced.  The cost associated with those items is $3,508.71 (itemization of items appear in uploaded Villa Lago Unit Turn Over Cost chart). |

| **B. Required Documents** |
|---|

Claimants seeking compensation for Repair and Relocation Damages caused by Chinese Drywall under the Banner, InEx or Global Settlements must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

**1.** Proof of Ownership or Assignment of Claim, such as

    (a) a Deed or other document demonstrating the ownership of the Affected Property; OR

    (b) an Assignment of Claim from the Owner of the Affected Property;

**2.** Documents demonstrating the presence of Chinese Drywall in the Affected Property;

**3.** Floor Plan or other document showing the Under Air Square Footage of the Affected Property;

**4.** Evidence of Settlement Eligibility, such as

    (a) a Document demonstrating that Chinese Drywall in the Affected Property was supplied by participating supplier; OR

    (b) a Document demonstrating that a participating builder built the Affected Property; OR

    (c) a Document demonstrating that Chinese Drywall in the Affected Property was installed by participating installer.

**5.** Any other document that you believe supports your claim.

## C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney | Gregory S. Weiss, Esquire | **Date** | 09/24/13 (Month/Day/Year) | |
|---|---|---|---|---|
| **Printed Name** | First | Last | | M.I. |

# CHINESE DRYWALL SETTLEMENT PROGRAM
## GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM FORM

Any Claimant seeking Repair and Relocation Expenses under the Global, Banner, or InEx Settlement Agreements must complete and submit this Global, Banner, InEx Repair and Relocation Expenses Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before September 30, 2013.

When completing this Claim Form, refer to the Instructions and Definitions in the Appendix. These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online.

If you are not able to complete the Global, Banner, InEx Repair and Relocation Expenses Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| 1. Claimant Name: | Last Name/Business Name<br>RCR Holdings II, LLC | First | M.I. |
|---|---|---|---|
| | DBA or Fictitious Name (if applicable) | | |

| 2. | Individual Claimant 's Social Security Number (SSN): | \|\_\|\_\|\_\| - \|\_\|\_\| - \|\_\|\_\|\_\|\_\| | 3. Business Claimant's Employee Identification Number (EIN) | \|2\|0\|0\|0\| - \|8\|3\| - \|8\|5\|0\|6\| |
|---|---|---|---|---|

| 4. | Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant? | ☐ Yes<br>☒ No |
|---|---|---|

| 5. | Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant. | Name:_____<br><br>SSN: \|\_\|\_\|\_\| - \|\_\|\_\| - \|\_\|\_\|\_\|\_\| |
|---|---|---|

| 6. Attorney Information: | ☐ Check here if you are not represented by an attorney and skip to Question 5.<br>If you are represented by an attorney, complete this section. |
|---|---|
| | Firm Name<br>Leopold Law |
| | Attorney Last Name      Attorney First Name |
| | Street |

RCR Holdings II, LLC,
102220

1

Email
twhiddon@leopold-law.com

Phone Number
( | | | ) | | | | - | | | | |

**7. Affected Property Address:**

Street
1690 Renaissance Commons Blvd.  Unit 1511

| City | State | Zip | County/Parish |
|------|-------|-----|---------------|
| Boynton Beach | FL | 33426 | Palm Beach |

**8. Settlement Agreement under which you are submitting this claim (check all that apply):**

- [x] Knauf
- [x] Banner
- [ ] InEx
- [x] Global
  - Participating Supplier Name: Banner
  - Participating Builder Name: Other
  - Participating Installer Name: Precision Drywall, Inc.
- [ ] L&W
- [ ] Unknown

Additional Comments (attached additional pages if necessary):

**9. Lawsuit:**

Jurisdiction:

Case/Docket Number:

Date Filed: ___/___/___
(Month/Day/Year)

**10. Drywall Manufacturer:**

- [ ] Knauf
  - [ ] I am a member of the Knauf Settlement Class
  - [ ] I have Knauf Drywall but I am not a member of the Knauf Settlement Class
- [x] Mixed (Knauf and other)
- [ ] Non-Knauf
- [ ] Unknown

**11. Select the option that best describes your relationship to the Affected Property:**

- [ ] Residential Owner
- [ ] Tenant
- [ ] Previous Commercial or Rental Property Owner
- [ ] Previous Residential Owner
- [x] Commercial or Rental Property Owner
- [ ] Repairing Builder/Installer/Assignee
- [ ] Non-Tenant Occupant (e.g. family member)
- [ ] Condominium Association
- [ ] Mortgagee(Bank)
- [ ] Other

**12. Provide the Under Air Square Footage for the Affected Property:**

817

**13. Comments and additional information about your claim:**

In order to control the damage that was caused to this unit by CDW so they would be habitable and rentable, it was treated with bactericide, repainted, carpet and pad was replaced.  The cost associated with those items is $2,773.75 (itemization of items appear in uploaded Villa Lago Unit Turn Over Cost chart).

## B. Required Documents

RCR Holdings II, LLC,
102220

2

Claimants seeking compensation for Repair and Relocation Damages caused by Chinese Drywall under the Banner, InEx or Global Settlements must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

**1.** Proof of Ownership or Assignment of Claim, such as

    (a) a Deed or other document demonstrating the ownership of the Affected Property; OR

    (b) an Assignment of Claim from the Owner of the Affected Property;

**2.** Documents demonstrating the presence of Chinese Drywall in the Affected Property;

**3.** Floor Plan or other document showing the Under Air Square Footage of the Affected Property;

**4.** Evidence of Settlement Eligibility, such as

    (a) a Document demonstrating that Chinese Drywall in the Affected Property was supplied by participating supplier; OR

    (b) a Document demonstrating that a participating builder built the Affected Property; OR

    (c) a Document demonstrating that Chinese Drywall in the Affected Property was installed by participating installer.

**5.** Any other document that you believe supports your claim.

## C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney | Gregory S. Weiss, Esquire | **Date** | 09/24/13 (Month/Day/Year) |
|---|---|---|---|
| **Printed Name** | First | Last | M.I. |

# CHINESE DRYWALL SETTLEMENT PROGRAM
## GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM FORM

Any Claimant seeking Repair and Relocation Expenses under the Global, Banner, or InEx Settlement Agreements must complete and submit this Global, Banner, InEx Repair and Relocation Expenses Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before September 30, 2013.

When completing this Claim Form, refer to the Instructions and Definitions in the Appendix. These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online.

If you are not able to complete the Global, Banner, InEx Repair and Relocation Expenses Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **1. Claimant Name:** | Last Name/Business Name<br>RCR Holdings II, LLC | First | M.I. |
| | DBA or Fictitious Name (if applicable) | | |

| | | | |
|---|---|---|---|
| **2. Individual Claimant 's Social Security Number (SSN):** | \|__\|__\|__\| - \|__\|__\| - \|__\|__\|__\|__\| | **3. Business Claimant's Employee Identification Number (EIN)** | \|2\|0\|0\| - \|8\|3\| - \|8\|5\|0\|6\| |

| | |
|---|---|
| **4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant?** | ☐ Yes<br><br>☒ No |

| | |
|---|---|
| **5. Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant.** | Name:_____<br><br>SSN: \|__\|__\|__\| - \|__\|__\| - \|__\|__\|__\|__\| |

| | |
|---|---|
| | ☐ Check here if you are not represented by an attorney and skip to Question 5.<br>If you are represented by an attorney, complete this section. |
| **6. Attorney Information:** | Firm Name<br>Leopold Law |
| | Attorney Last Name / Attorney First Name |
| | Street |

| | | |
|---|---|---|
| | Email<br>twhiddon@leopold-law.com | Phone Number<br>( \| \| \| ) \| \| \| \| - \| \| \| \| |

**7. Affected Property Address:**

Street
1690 Renaissance Commons Blvd.  Unit 1514

| City | State | Zip | County/Parish |
|---|---|---|---|
| Boynton Beach | FL | 33426 | Palm Beach |

**8. Settlement Agreement under which you are submitting this claim (check all that apply):**

- ☒ Knauf
- ☒ Banner
- ☐ InEx
- ☒ Global
  - Participating Supplier Name: Banner
  - Participating Builder Name: Other
  - Participating Installer Name: Precision Drywall, Inc.
- ☐ L&W
- ☐ Unknown

Additional Comments (attached additional pages if necessary):

**9. Lawsuit:**

Jurisdiction:

Case/Docket Number:

Date Filed:  _____ / _____ / _____
(Month/Day/Year)

**10. Drywall Manufacturer:**

- ☐ Knauf
  - ☐ I am a member of the Knauf Settlement Class
  - ☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class
- ☒ Mixed (Knauf and other)
- ☐ Non-Knauf
- ☐ Unknown

**11. Select the option that best describes your relationship to the Affected Property:**

- ☐ Residential Owner
- ☐ Tenant
- ☐ Previous Commercial or Rental Property Owner
- ☐ Previous Residential Owner
- ☒ Commercial or Rental Property Owner
- ☐ Repairing Builder/Installer/Assignee
- ☐ Non-Tenant Occupant (e.g. family member)
- ☐ Condominium Association
- ☐ Mortgagee(Bank)
- ☐ Other

**12. Provide the Under Air Square Footage for the Affected Property:**

1240

**13. Comments and additional information about your claim:**

In order to control the damage that was caused to this unit by CDW so they would be habitable and rentable, it was treated with bactericide, repainted, carpet and pad was replaced.  The cost associated with those items is $3,918.38 (itemization of items appear in uploaded Villa Lago Unit Turn Over Cost chart).

## B. Required Documents

Claimants seeking compensation for Repair and Relocation Damages caused by Chinese Drywall under the Banner, InEx or Global Settlements must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

**1.** Proof of Ownership or Assignment of Claim, such as

   (a) a Deed or other document demonstrating the ownership of the Affected Property; OR

   (b) an Assignment of Claim from the Owner of the Affected Property;

**2.** Documents demonstrating the presence of Chinese Drywall in the Affected Property;

**3.** Floor Plan or other document showing the Under Air Square Footage of the Affected Property;

**4.** Evidence of Settlement Eligibility, such as

   (a) a Document demonstrating that Chinese Drywall in the Affected Property was supplied by participating supplier; OR

   (b) a Document demonstrating that a participating builder built the Affected Property; OR

   (c) a Document demonstrating that Chinese Drywall in the Affected Property was installed by participating installer.

**5.** Any other document that you believe supports your claim.

## C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney | Gregory S. Weiss, Esquire | | **Date** | 09/24/13 (Month/Day/Year) | |
|---|---|---|---|---|---|
| **Printed Name** | First | Last | | | M.I. |

RCR Holdings II, LLC,

102220

3

# CHINESE DRYWALL SETTLEMENT PROGRAM
## GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM FORM

Any Claimant seeking Repair and Relocation Expenses under the Global, Banner, or InEx Settlement Agreements must complete and submit this Global, Banner, InEx Repair and Relocation Expenses Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before September 30, 2013.

When completing this Claim Form, refer to the Instructions and Definitions in the Appendix. These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online.

If you are not able to complete the Global, Banner, InEx Repair and Relocation Expenses Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **1. Claimant Name:** | Last Name/Business Name<br>RCR Holdings II, LLC | First | M.I. |
| | DBA or Fictitious Name (if applicable) | | |

| | | | |
|---|---|---|---|
| **2. Individual Claimant 's Social Security Number (SSN):** | \|_\|_\|_\| - \|_\|_\| - \|_\|_\|_\|_\| | **3. Business Claimant's Employee Identification Number (EIN)** | \|2\|0\|0\|0\| - \|8\|3\| - \|8\|5\|0\|6\| |

| | |
|---|---|
| **4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant?** | ☐ Yes<br>☒ No |

| | |
|---|---|
| **5. Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant.** | Name:_____<br><br>SSN: \|_\|_\|_\| - \|_\|_\| - \|_\|_\|_\|_\| |

| | |
|---|---|
| | ☐ Check here if you are not represented by an attorney and skip to Question 5.<br>If you are represented by an attorney, complete this section. |
| | Firm Name<br>Leopold Law |
| **6. Attorney Information:** | Attorney Last Name / Attorney First Name |
| | Street |

RCR Holdings II, LLC,
102220

1

| | |
|---|---|
| Email | Phone Number |
| twhiddon@leopold-law.com | ( \_ \| \_ ) \| \_ \| \_ \| \_ \| - \| \_ \| \_ \| \_ \| \_ \| |

**7. Affected Property Address:**

Street
1690 Renaissance Commons Blvd.  Unit 1516

| City | State | Zip | County/Parish |
|---|---|---|---|
| Boynton Beach | FL | 33426 | Palm Beach |

**8. Settlement Agreement under which you are submitting this claim (check all that apply):**

☒ Knauf
☒ Banner
☐ InEx
☒ Global
      Participating Supplier Name: Banner
      Participating Builder Name: Other
      Participating Installer Name: Precision Drywall, Inc.
☐ L&W
☐ Unknown
Additional Comments (attached additional pages if necessary):

**9. Lawsuit:**

Jurisdiction: United States District Court for the Eastern District of Louisiana

Case/Docket Number: 2:12-cv-00498-EEF-JCW

Date Filed: <u>02/23/12</u>
     (Month/Day/Year)

**10. Drywall Manufacturer:**

☐ Knauf
    ☐ I am a member of the Knauf Settlement Class
    ☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class
☒ Mixed (Knauf and other)
☐ Non-Knauf
☐ Unknown

**11. Select the option that best describes your relationship to the Affected Property:**

☐ Residential Owner
☐ Tenant
☐ Previous Commercial or Rental Property Owner
☐ Previous Residential Owner
☒ Commercial or Rental Property Owner
☐ Repairing Builder/Installer/Assignee
☐ Non-Tenant Occupant (e.g. family member)
☐ Condominium Association
☐ Mortgagee(Bank)
☐ Other

**12. Provide the Under Air Square Footage for the Affected Property:**

1460

**13. Comments and additional information about your claim:**

In order to control the damage that was caused to this unit by CDW so they would be habitable and rentable, it was treated with bactericide, repainted, carpet and pad was replaced.  The cost associated with those items is $4,567.71 (itemization of items appear in uploaded Villa Lago Unit Turn Over Cost chart).

**B. Required Documents**

RCR Holdings II, LLC,
102220

2

Claimants seeking compensation for Repair and Relocation Damages caused by Chinese Drywall under the Banner, InEx or Global Settlements must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

1. Proof of Ownership or Assignment of Claim, such as

    (a) a Deed or other document demonstrating the ownership of the Affected Property; OR

    (b) an Assignment of Claim from the Owner of the Affected Property;

2. Documents demonstrating the presence of Chinese Drywall in the Affected Property;

3. Floor Plan or other document showing the Under Air Square Footage of the Affected Property;

4. Evidence of Settlement Eligibility, such as

    (a) a Document demonstrating that Chinese Drywall in the Affected Property was supplied by participating supplier; OR

    (b) a Document demonstrating that a participating builder built the Affected Property; OR

    (c) a Document demonstrating that Chinese Drywall in the Affected Property was installed by participating installer.

5. Any other document that you believe supports your claim.

## C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney | Gregory S. Weiss, Esquire | | Date | 09/24/13 (Month/Day/Year) | |
|---|---|---|---|---|---|
| Printed Name | First | Last | | | M.I. |

# CHINESE DRYWALL SETTLEMENT PROGRAM
## GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM FORM

Any Claimant seeking Repair and Relocation Expenses under the Global, Banner, or InEx Settlement Agreements must complete and submit this Global, Banner, InEx Repair and Relocation Expenses Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before September 30, 2013.

When completing this Claim Form, refer to the Instructions and Definitions in the Appendix. These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online.

If you are not able to complete the Global, Banner, InEx Repair and Relocation Expenses Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| 1. Claimant Name: | Last Name/Business Name<br>RCR Holdings II, LLC | | First | | M.I. |
|---|---|---|---|---|---|
| | DBA or Fictitious Name (if applicable) | | | | |

| 2. | Individual Claimant 's Social Security Number (SSN): | \|_\|_\|_\| - \|_\|_\| - \|_\|_\|_\|_\| | 3. Business Claimant's Employee Identification Number (EIN) | \|2\|0\|0\|0\| - \|8\|3\| - \|8\|5\|0\|6\| |
|---|---|---|---|---|

| 4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant? | ☐ Yes<br><br>☒ No |
|---|---|

| 5. Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant. | Name:_____<br><br>SSN: \|_\|_\|_\| - \|_\|_\| - \|_\|_\|_\|_\| |
|---|---|

| 6. Attorney Information: | ☐ Check here if you are not represented by an attorney and skip to Question 5.<br>If you are represented by an attorney, complete this section. |
|---|---|
| | Firm Name<br>Leopold Law |
| | Attorney Last Name        Attorney First Name |
| | Street |

RCR Holdings II, LLC,
102220

| | Email<br>twhiddon@leopold-law.com | Phone Number<br>(__|__|__) |__|__|__| - |__|__|__|__| |
|---|---|---|

| **7. Affected** | Street<br>1690 Renaissance Commons Blvd.  Unit 1517 | | |
|---|---|---|---|
| **Property Address:** | City<br>Boynton Beach | State<br>FL | Zip<br>33426 | County/Parish<br>Palm Beach |

| **8. Settlement Agreement under which you are submitting this claim (check all that apply):** | ☒ Knauf<br>☒ Banner<br>☐ InEx<br>☒ Global<br>      Participating Supplier Name: Banner<br>      Participating Builder Name: Other<br>      Participating Installer Name: Precision Drywall, Inc.<br>☐ L&W<br>☐ Unknown<br>Additional Comments (attached additional pages if necessary): |
|---|---|

| **9. Lawsuit:** | Jurisdiction: United States District Court for the Eastern District of Louisiana<br><br>Case/Docket Number: 2:12-cv-00498-EEF-JCW<br><br>Date Filed: <u>02/23/12</u><br>       (Month/Day/Year) |
|---|---|

| **10. Drywall Manufacturer:** | ☐ Knauf<br>    ☐ I am a member of the Knauf Settlement Class<br>    ☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class<br>☒ Mixed (Knauf and other)<br>☐ Non-Knauf<br>☐ Unknown |
|---|---|

| **11. Select the option that best describes your relationship to the Affected Property:** | ☐ Residential Owner<br>☐ Tenant<br>☐ Previous Commercial or Rental Property Owner<br>☐ Previous Residential Owner<br>☒ Commercial or Rental Property Owner<br>☐ Repairing Builder/Installer/Assignee<br>☐ Non-Tenant Occupant (e.g. family member)<br>☐ Condominium Association<br>☐ Mortgagee(Bank)<br>☐ Other |
|---|---|

| **12. Provide the Under Air Square Footage for the Affected Property:** | 817 |
|---|---|

| **13. Comments and additional information about your claim:** | In order to control the damage that was caused to this unit by CDW so they would be habitable and rentable, it was treated with bactericide, repainted, carpet and pad was replaced.  The cost associated with those items is $2,773.75 (itemization of items appear in uploaded Villa Lago Unit Turn Over Cost chart). |
|---|---|

## B. Required Documents

Claimants seeking compensation for Repair and Relocation Damages caused by Chinese Drywall under the Banner, InEx or Global Settlements must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

**1.** Proof of Ownership or Assignment of Claim, such as

(a) a Deed or other document demonstrating the ownership of the Affected Property; OR

(b) an Assignment of Claim from the Owner of the Affected Property;

**2.** Documents demonstrating the presence of Chinese Drywall in the Affected Property;

**3.** Floor Plan or other document showing the Under Air Square Footage of the Affected Property;

**4.** Evidence of Settlement Eligibility, such as

(a) a Document demonstrating that Chinese Drywall in the Affected Property was supplied by participating supplier; OR

(b) a Document demonstrating that a participating builder built the Affected Property; OR

(c) a Document demonstrating that Chinese Drywall in the Affected Property was installed by participating installer.

**5.** Any other document that you believe supports your claim.

## C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney | Gregory S. Weiss, Esquire | **Date** | 09/24/13 (Month/Day/Year) | |
|---|---|---|---|---|
| **Printed Name** | First | Last | | M.I. |

# CHINESE DRYWALL SETTLEMENT PROGRAM
## GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM FORM

Any Claimant seeking Repair and Relocation Expenses under the Global, Banner, or InEx Settlement Agreements must complete and submit this Global, Banner, InEx Repair and Relocation Expenses Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before September 30, 2013.

When completing this Claim Form, refer to the Instructions and Definitions in the Appendix.  These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online.  Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along.  Go to https://www3.browngreer.com/drywall to submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online.

If you are not able to complete the Global, Banner, InEx Repair and Relocation Expenses Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **1. Claimant Name:** | Last Name/Business Name<br>RCR Holdings II, LLC | First | M.I. |
| | DBA or Fictitious Name (if applicable) | | |

| | | | |
|---|---|---|---|
| **2. Individual Claimant 's Social Security Number (SSN):** | \|＿\|＿\|＿\| - \|＿\|＿\| - \|＿\|＿\|＿\|＿\| | **3. Business Claimant's Employee Identification Number (EIN)** | \|2\|0\|0\|0\| - \|8\|3\| - \|8\|5\|0\|6\| |

**4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant?**

☐ Yes

☒ No

**5. Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant.**

Name:_____

SSN: \|＿\|＿\|＿\| - \|＿\|＿\| - \|＿\|＿\|＿\|＿\|

☐ Check here if you are not represented by an attorney and skip to Question 5.
If you are represented by an attorney, complete this section.

Firm Name
Leopold Law

| Attorney Last Name | Attorney First Name |
|---|---|
| **6. Attorney Information:** | |
| Street | |

Office Portal Submission

| Email | | Phone Number |
|---|---|---|
| twhiddon@leopold-law.com | | ( \_ \| \_ \| \_ ) \| \_ \| \_ \| \_ \| - \| \_ \| \_ \| \_ \| \_ \| |

**7. Affected Property Address:**

Street
1690 Renaissance Commons Blvd.  Unit 1518

| City | State | Zip | County/Parish |
|---|---|---|---|
| Boynton Beach | FL | 33426 | Palm Beach |

**8. Settlement Agreement under which you are submitting this claim (check all that apply):**

- ☒ Knauf
- ☒ Banner
- ☐ InEx
- ☒ Global
  - Participating Supplier Name: Banner
  - Participating Builder Name: Other
  - Participating Installer Name: Precision Drywall, Inc.
- ☐ L&W
- ☐ Unknown

Additional Comments (attached additional pages if necessary):

**9. Lawsuit:**

Jurisdiction: United States District Court for the Eastern District of Louisiana

Case/Docket Number: 2:12-cv-00498-EEF-JCW

Date Filed: <u>02/23/12</u>
(Month/Day/Year)

**10. Drywall Manufacturer:**

- ☐ Knauf
  - ☐ I am a member of the Knauf Settlement Class
  - ☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class
- ☒ Mixed (Knauf and other)
- ☐ Non-Knauf
- ☐ Unknown

**11. Select the option that best describes your relationship to the Affected Property:**

- ☐ Residential Owner
- ☐ Tenant
- ☐ Previous Commercial or Rental Property Owner
- ☐ Previous Residential Owner
- ☒ Commercial or Rental Property Owner
- ☐ Repairing Builder/Installer/Assignee
- ☐ Non-Tenant Occupant (e.g. family member)
- ☐ Condominium Association
- ☐ Mortgagee(Bank)
- ☐ Other

**12. Provide the Under Air Square Footage for the Affected Property:**

1240

**13. Comments and additional information about your claim:**

In order to control the damage that was caused to this unit by CDW so they would be habitable and rentable, it was treated with bactericide, repainted, carpet and pad was replaced.  The cost associated with those items is $3,918.38 (itemization of items appear in uploaded Villa Lago Unit Turn Over Cost chart).

**B. Required Documents**

Claimants seeking compensation for Repair and Relocation Damages caused by Chinese Drywall under the Banner, InEx or Global Settlements must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

**1.** Proof of Ownership or Assignment of Claim, such as

    (a) a Deed or other document demonstrating the ownership of the Affected Property; OR

    (b) an Assignment of Claim from the Owner of the Affected Property;

**2.** Documents demonstrating the presence of Chinese Drywall in the Affected Property;

**3.** Floor Plan or other document showing the Under Air Square Footage of the Affected Property;

**4.** Evidence of Settlement Eligibility, such as

    (a) a Document demonstrating that Chinese Drywall in the Affected Property was supplied by participating supplier; OR

    (b) a Document demonstrating that a participating builder built the Affected Property; OR

    (c) a Document demonstrating that Chinese Drywall in the Affected Property was installed by participating installer.

**5.** Any other document that you believe supports your claim.

## C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney | Gregory S. Weiss, Esquire | **Date** | 09/24/13 (Month/Day/Year) | |
|---|---|---|---|---|
| **Printed Name** | First | Last | | M.I. |

# CHINESE DRYWALL SETTLEMENT PROGRAM
## GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM FORM

Any Claimant seeking Repair and Relocation Expenses under the Global, Banner, or InEx Settlement Agreements must complete and submit this Global, Banner, InEx Repair and Relocation Expenses Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before September 30, 2013.

When completing this Claim Form, refer to the Instructions and Definitions in the Appendix. These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online.

If you are not able to complete the Global, Banner, InEx Repair and Relocation Expenses Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **1. Claimant Name:** | Last Name/Business Name<br>RCR Holdings II, LLC | First | M.I. |
| | DBA or Fictitious Name (if applicable) | | |

| | | | |
|---|---|---|---|
| **2. Individual Claimant 's Social Security Number (SSN):** | \|\_\|\_\|\_\| - \|\_\|\_\| - \|\_\|\_\|\_\|\_\| | **3. Business Claimant's Employee Identification Number (EIN)** | \|2\|0\|0\|0\| - \|8\|3\| - \|8\|5\|0\|6\| |

| | |
|---|---|
| **4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant?** | ☐ Yes<br>☒ No |

| | |
|---|---|
| **5. Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant.** | Name:_____<br><br>SSN: \|\_\|\_\|\_\| - \|\_\|\_\| - \|\_\|\_\|\_\|\_\| |

| | |
|---|---|
| | ☐ Check here if you are not represented by an attorney and skip to Question 5.<br>If you are represented by an attorney, complete this section. |
| | Firm Name<br>Leopold Law |
| **6. Attorney Information:** | Attorney Last Name     Attorney First Name |
| | Street |

RCR Holdings II, LLC,
102220

1

| | |
|---|---|
| Email<br>twhiddon@leopold-law.com | Phone Number<br>( \| \| \| ) \| \| \| \| - \| \| \| \| |

**7. Affected Property Address:**

Street
1690 Renaissance Commons Blvd.  Unit 1520

| City | State | Zip | County/Parish |
|---|---|---|---|
| Boynton Beach | FL | 33426 | Palm Beach |

**8. Settlement Agreement under which you are submitting this claim (check all that apply):**

- ☒ Knauf
- ☒ Banner
- ☐ InEx
- ☒ Global
    - Participating Supplier Name: Banner
    - Participating Builder Name: Other
    - Participating Installer Name: Precision Drywall, Inc.
- ☐ L&W
- ☐ Unknown

Additional Comments (attached additional pages if necessary):

**9. Lawsuit:**

Jurisdiction: United States District Court for the Eastern District of Louisiana

Case/Docket Number: 2:12-cv-00498-EEF-JCW

Date Filed: <u>02/23/12</u>
     (Month/Day/Year)

**10. Drywall Manufacturer:**

- ☐ Knauf
    - ☐ I am a member of the Knauf Settlement Class
    - ☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class
- ☒ Mixed (Knauf and other)
- ☐ Non-Knauf
- ☐ Unknown

**11. Select the option that best describes your relationship to the Affected Property:**

- ☐ Residential Owner
- ☐ Tenant
- ☐ Previous Commercial or Rental Property Owner
- ☐ Previous Residential Owner
- ☒ Commercial or Rental Property Owner
- ☐ Repairing Builder/Installer/Assignee
- ☐ Non-Tenant Occupant (e.g. family member)
- ☐ Condominium Association
- ☐ Mortgagee(Bank)
- ☐ Other

**12. Provide the Under Air Square Footage for the Affected Property:**

1119

**13. Comments and additional information about your claim:**

In order to control the damage that was caused to this unit by CDW so they would be habitable and rentable, it was treated with bactericide, repainted, carpet and pad was replaced.  The cost associated with those items is $3,508.71 (itemization of items appear in uploaded Villa Lago Unit Turn Over Cost chart).

## B. Required Documents

Claimants seeking compensation for Repair and Relocation Damages caused by Chinese Drywall under the Banner, InEx or Global Settlements must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

**1.** Proof of Ownership or Assignment of Claim, such as

    (a) a Deed or other document demonstrating the ownership of the Affected Property; OR

    (b) an Assignment of Claim from the Owner of the Affected Property;

**2.** Documents demonstrating the presence of Chinese Drywall in the Affected Property;

**3.** Floor Plan or other document showing the Under Air Square Footage of the Affected Property;

**4.** Evidence of Settlement Eligibility, such as

    (a) a Document demonstrating that Chinese Drywall in the Affected Property was supplied by participating supplier; OR

    (b) a Document demonstrating that a participating builder built the Affected Property; OR

    (c) a Document demonstrating that Chinese Drywall in the Affected Property was installed by participating installer.

**5.** Any other document that you believe supports your claim.

## C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney | Gregory S. Weiss, Esquire | **Date** | 09/24/13 (Month/Day/Year) |
|---|---|---|---|
| **Printed Name** | First | Last | M.I. |

# CHINESE DRYWALL SETTLEMENT PROGRAM
## GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM FORM

Any Claimant seeking Repair and Relocation Expenses under the Global, Banner, or InEx Settlement Agreements must complete and submit this Global, Banner, InEx Repair and Relocation Expenses Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before September 30, 2013.

When completing this Claim Form, refer to the Instructions and Definitions in the Appendix. These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online.

If you are not able to complete the Global, Banner, InEx Repair and Relocation Expenses Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **1. Claimant Name:** | Last Name/Business Name<br>RCR Holdings II, LLC | First | M.I. |
| | DBA or Fictitious Name (if applicable) | | |

| | | | |
|---|---|---|---|
| **2. Individual Claimant 's Social Security Number (SSN):** | \|\_\|\_\|\_\| - \|\_\|\_\| - \|\_\|\_\|\_\|\_\| | **3. Business Claimant's Employee Identification Number (EIN)** | \|2\|0\|0\|0\| - \|8\|3\| - \|8\|5\|0\|6\| |

**4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant?**

☐ Yes

☒ No

**5. Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant.**

Name:_____

SSN: \|\_\|\_\|\_\| - \|\_\|\_\| - \|\_\|\_\|\_\|\_\|

☐ Check here if you are not represented by an attorney and skip to Question 5.
If you are represented by an attorney, complete this section.

Firm Name
Leopold Law

| Attorney Last Name | Attorney First Name |
|---|---|

**6. Attorney Information:**

Street

RCR Holdings II, LLC,
102220

1

| | |
|---|---|
| City | State | Zip |
| Email<br>twhiddon@leopold-law.com | Phone Number<br>(\_\|\_\|\_\|) \|\_\|\_\|\_\|\_\| - \|\_\|\_\|\_\|\_\| |

**7. Affected Property Address:**

Street
1690 Renaissance Commons Blvd.  Unit 1523

| City<br>Boynton Beach | State<br>FL | Zip<br>33426 | County/Parish<br>Palm Beach |
|---|---|---|---|

**8. Settlement Agreement under which you are submitting this claim (check all that apply):**

- ☒ Knauf
- ☒ Banner
- ☐ InEx
- ☒ Global
  - Participating Supplier Name: Banner
  - Participating Builder Name: Other
  - Participating Installer Name: Precision Drywall, Inc.
- ☐ L&W
- ☐ Unknown

Additional Comments (attached additional pages if necessary):

**9. Lawsuit:**

Jurisdiction:

Case/Docket Number:

Date Filed: \_\_\_\_/\_\_\_\_/\_\_\_\_
(Month/Day/Year)

**10. Drywall Manufacturer:**

- ☐ Knauf
  - ☐ I am a member of the Knauf Settlement Class
  - ☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class
- ☒ Mixed (Knauf and other)
- ☐ Non-Knauf
- ☐ Unknown

**11. Select the option that best describes your relationship to the Affected Property:**

- ☐ Residential Owner
- ☐ Tenant
- ☐ Previous Commercial or Rental Property Owner
- ☐ Previous Residential Owner
- ☒ Commercial or Rental Property Owner
- ☐ Repairing Builder/Installer/Assignee
- ☐ Non-Tenant Occupant (e.g. family member)
- ☐ Condominium Association
- ☐ Mortgagee(Bank)
- ☐ Other

**12. Provide the Under Air Square Footage for the Affected Property:**

1119

**13. Comments and additional information about your claim:**

In order to control the damage that was caused to this unit by CDW so they would be habitable and rentable, it was treated with bactericide, repainted, carpet and pad was replaced.  The cost associated with those items is $3,508.71 (itemization of items appear in uploaded Villa Lago Unit Turn Over Cost chart).

## B. Required Documents

RCR Holdings II, LLC,
102220

2

Claimants seeking compensation for Repair and Relocation Damages caused by Chinese Drywall under the Banner, InEx or Global Settlements must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

**1.** Proof of Ownership or Assignment of Claim, such as

    (a) a Deed or other document demonstrating the ownership of the Affected Property; OR

    (b) an Assignment of Claim from the Owner of the Affected Property;

**2.** Documents demonstrating the presence of Chinese Drywall in the Affected Property;

**3.** Floor Plan or other document showing the Under Air Square Footage of the Affected Property;

**4.** Evidence of Settlement Eligibility, such as

    (a) a Document demonstrating that Chinese Drywall in the Affected Property was supplied by participating supplier; OR

    (b) a Document demonstrating that a participating builder built the Affected Property; OR

    (c) a Document demonstrating that Chinese Drywall in the Affected Property was installed by participating installer.

**5.** Any other document that you believe supports your claim.

## C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney | Gregory S. Weiss, Esquire | **Date** | 09/24/13 (Month/Day/Year) |
|---|---|---|---|
| **Printed Name** | First | Last | M.I. |

# CHINESE DRYWALL SETTLEMENT PROGRAM
## GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM FORM

Any Claimant seeking Repair and Relocation Expenses under the Global, Banner, or InEx Settlement Agreements must complete and submit this Global, Banner, InEx Repair and Relocation Expenses Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before September 30, 2013.

When completing this Claim Form, refer to the Instructions and Definitions in the Appendix. These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online.

If you are not able to complete the Global, Banner, InEx Repair and Relocation Expenses Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **1. Claimant Name:** | Last Name/Business Name<br>RCR Holdings II, LLC | First | M.I. |
| | DBA or Fictitious Name (if applicable) | | |

| | | | |
|---|---|---|---|
| **2. Individual Claimant 's Social Security Number (SSN):** | \|__\|__\|__\| - \|__\|__\| - \|__\|__\|__\|__\| | **3. Business Claimant's Employee Identification Number (EIN)** | \|2\|0\|0\| - \|8\|3\| - \|8\|5\|0\|6\| |

| | |
|---|---|
| **4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant?** | ☐ Yes<br>☒ No |

| | |
|---|---|
| **5. Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant.** | Name:_____<br><br>SSN: \|__\|__\|__\| - \|__\|__\| - \|__\|__\|__\|__\| |

| | |
|---|---|
| | ☐ Check here if you are not represented by an attorney and skip to Question 5.<br>If you are represented by an attorney, complete this section. |
| | Firm Name<br>Leopold Law |
| **6. Attorney Information:** | Attorney Last Name / Attorney First Name |
| | Street |

| | |
|---|---|
| Email<br>twhiddon@leopold-law.com | Phone Number<br>(_ \| \|_ ) \|_\|_\|_\| - \|_\|_\|_\| |

**7. Affected Property Address:**

Street
1690 Renaissance Commons Blvd.  Unit 1525

| City | State | Zip | County/Parish |
|---|---|---|---|
| Boynton Beach | FL | 33426 | Palm Beach |

**8. Settlement Agreement under which you are submitting this claim (check all that apply):**

- ☒ Knauf
- ☒ Banner
- ☐ InEx
- ☒ Global
  - Participating Supplier Name: Banner
  - Participating Builder Name: Other
  - Participating Installer Name: Precision Drywall, Inc.
- ☐ L&W
- ☐ Unknown

Additional Comments (attached additional pages if necessary):

**9. Lawsuit:**

Jurisdiction:

Case/Docket Number:

Date Filed: ____/____/____
           (Month/Day/Year)

**10. Drywall Manufacturer:**

- ☐ Knauf
  - ☐ I am a member of the Knauf Settlement Class
  - ☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class
- ☒ Mixed (Knauf and other)
- ☐ Non-Knauf
- ☐ Unknown

**11. Select the option that best describes your relationship to the Affected Property:**

- ☐ Residential Owner
- ☐ Tenant
- ☐ Previous Commercial or Rental Property Owner
- ☐ Previous Residential Owner
- ☒ Commercial or Rental Property Owner
- ☐ Repairing Builder/Installer/Assignee
- ☐ Non-Tenant Occupant (e.g. family member)
- ☐ Condominium Association
- ☐ Mortgagee(Bank)
- ☐ Other

**12. Provide the Under Air Square Footage for the Affected Property:**

1240

**13. Comments and additional information about your claim:**

In order to control the damage that was caused to this unit by CDW so they would be habitable and rentable, it was treated with bactericide, repainted, carpet and pad was replaced.  The cost associated with those items is $3,918.38 (itemization of items appear in uploaded Villa Lago Unit Turn Over Cost chart).

## B. Required Documents

Claimants seeking compensation for Repair and Relocation Damages caused by Chinese Drywall under the Banner, InEx or Global Settlements must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

**1.** Proof of Ownership or Assignment of Claim, such as

    (a) a Deed or other document demonstrating the ownership of the Affected Property; OR

    (b) an Assignment of Claim from the Owner of the Affected Property;

**2.** Documents demonstrating the presence of Chinese Drywall in the Affected Property;

**3.** Floor Plan or other document showing the Under Air Square Footage of the Affected Property;

**4.** Evidence of Settlement Eligibility, such as

    (a) a Document demonstrating that Chinese Drywall in the Affected Property was supplied by participating supplier; OR

    (b) a Document demonstrating that a participating builder built the Affected Property; OR

    (c) a Document demonstrating that Chinese Drywall in the Affected Property was installed by participating installer.

**5.** Any other document that you believe supports your claim.

## C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney | Gregory S. Weiss, Esquire | **Date** | 09/24/13 (Month/Day/Year) |
|---|---|---|---|
| **Printed Name** | First | Last | M.I. |

# CHINESE DRYWALL SETTLEMENT PROGRAM
## GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM FORM

Any Claimant seeking Repair and Relocation Expenses under the Global, Banner, or InEx Settlement Agreements must complete and submit this Global, Banner, InEx Repair and Relocation Expenses Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before September 30, 2013.

When completing this Claim Form, refer to the Instructions and Definitions in the Appendix.  These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online.  Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along.  Go to https://www3.browngreer.com/drywall to submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online.

If you are not able to complete the Global, Banner, InEx Repair and Relocation Expenses Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **1. Claimant Name:** | Last Name/Business Name<br>RCR Holdings II, LLC | First | M.I. |
| | DBA or Fictitious Name (if applicable) | | |

| | | | |
|---|---|---|---|
| **2.** | **Individual Claimant 's Social Security Number (SSN):** | \|＿\|＿\| - \|＿\| - \|＿\|＿\|＿\| | **3. Business Claimant's Employee Identification Number (EIN)** | \| 2 \| 0 \| 0 \| - \| 8 \| 3 \| - \| 8 \| 5 \| 0 \| 6 \| |

| | |
|---|---|
| **4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant?** | ☐ Yes<br>☒ No |

| | |
|---|---|
| **5. Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant.** | Name:_____<br><br>SSN: \|＿\|＿\|＿\| - \|＿\|＿\| - \|＿\|＿\|＿\|＿\| |

| | |
|---|---|
| | ☐ Check here if you are not represented by an attorney and skip to Question 5.<br>If you are represented by an attorney, complete this section. |
| | Firm Name<br>Leopold Law |
| **6. Attorney Information:** | Attorney Last Name | Attorney First Name |
| | Street |

RCR Holdings II, LLC,
102220

Online Portal Submission

| | | |
|---|---|---|
| | City | State | Zip |

**Email**
twhiddon@leopold-law.com

**Phone Number**
( _ | _ | _ ) _ | _ | _ | _ | _ - | _ | _ | _ | _ |

**7. Affected Property Address:**

**Street**
1690 Renaissance Commons Blvd.  Unit 1602

| City | State | Zip | County/Parish |
|---|---|---|---|
| Boynton Beach | FL | 33426 | Palm Beach |

**8. Settlement Agreement under which you are submitting this claim (check all that apply):**

- ☒ Knauf
- ☒ Banner
- ☐ InEx
- ☒ Global
  - Participating Supplier Name: Banner
  - Participating Builder Name: Other
  - Participating Installer Name: Precision Drywall, Inc.
- ☐ L&W
- ☐ Unknown

Additional Comments (attached additional pages if necessary):

**9. Lawsuit:**

Jurisdiction:

Case/Docket Number:

Date Filed: _____ / _____ / _____
(Month/Day/Year)

**10. Drywall Manufacturer:**

- ☒ Knauf
  - ☒ I am a member of the Knauf Settlement Class
  - ☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class
- ☐ Mixed (Knauf and other)
- ☐ Non-Knauf
- ☐ Unknown

**11. Select the option that best describes your relationship to the Affected Property:**

- ☐ Residential Owner
- ☐ Tenant
- ☐ Previous Commercial or Rental Property Owner
- ☐ Previous Residential Owner
- ☒ Commercial or Rental Property Owner
- ☐ Repairing Builder/Installer/Assignee
- ☐ Non-Tenant Occupant (e.g. family member)
- ☐ Condominium Association
- ☐ Mortgagee(Bank)
- ☐ Other

**12. Provide the Under Air Square Footage for the Affected Property:**

1240

**13. Comments and additional information about your claim:**

In order to control the damage that was caused to this unit by CDW so they would be habitable and rentable, it was treated with bactericide, repainted, carpet and pad was replaced.  The cost associated with those items is $3,918.38 (itemization of items appear in uploaded Villa Lago Unit Turn Over Cost chart).

**B. Required Documents**

RCR Holdings II, LLC,
102220

2

Claimants seeking compensation for Repair and Relocation Damages caused by Chinese Drywall under the Banner, InEx or Global Settlements must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

**1.** Proof of Ownership or Assignment of Claim, such as

  (a) a Deed or other document demonstrating the ownership of the Affected Property; OR

  (b) an Assignment of Claim from the Owner of the Affected Property;

**2.** Documents demonstrating the presence of Chinese Drywall in the Affected Property;

**3.** Floor Plan or other document showing the Under Air Square Footage of the Affected Property;

**4.** Evidence of Settlement Eligibility, such as

  (a) a Document demonstrating that Chinese Drywall in the Affected Property was supplied by participating supplier; OR

  (b) a Document demonstrating that a participating builder built the Affected Property; OR

  (c) a Document demonstrating that Chinese Drywall in the Affected Property was installed by participating installer.

**5.** Any other document that you believe supports your claim.

## C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney | Gregory S. Weiss, Esquire | **Date** | 09/24/13 (Month/Day/Year) | |
| --- | --- | --- | --- | --- |
| **Printed Name** | First | Last | | M.I. |

RCR Holdings II, LLC,
102220

3

# CHINESE DRYWALL SETTLEMENT PROGRAM
## GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM FORM

Any Claimant seeking Repair and Relocation Expenses under the Global, Banner, or InEx Settlement Agreements must complete and submit this Global, Banner, InEx Repair and Relocation Expenses Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before September 30, 2013.

When completing this Claim Form, refer to the Instructions and Definitions in the Appendix. These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online.

If you are not able to complete the Global, Banner, InEx Repair and Relocation Expenses Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **1. Claimant Name:** | Last Name/Business Name<br>RCR Holdings II, LLC | First | M.I. |
| | DBA or Fictitious Name (if applicable) | | |

| | | | |
|---|---|---|---|
| **2. Individual Claimant 's Social Security Number (SSN):** | \|\_\|\_\|\_\| - \|\_\|\_\| - \|\_\|\_\|\_\|\_\| | **3. Business Claimant's Employee Identification Number (EIN)** | \|2\|0\|0\|0\| - \|8\|3\| - \|8\|5\|0\|6\| |

| | |
|---|---|
| **4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant?** | ☐ Yes<br>☒ No |

| | |
|---|---|
| **5. Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant.** | Name:_____<br><br>SSN: \|\_\|\_\|\_\| - \|\_\|\_\| - \|\_\|\_\|\_\|\_\| |

| | |
|---|---|
| | ☐ Check here if you are not represented by an attorney and skip to Question 5.<br>If you are represented by an attorney, complete this section. |
| | Firm Name<br>Leopold Law |
| **6. Attorney Information:** | Attorney Last Name / Attorney First Name<br>Street |

| | Email<br>twhiddon@leopold-law.com | Phone Number<br>(   |   |   )   |   |   |   | - |   |   |   |   | |

| **7. Affected** | Street<br>1690 Renaissance Commons Blvd.  Unit 1605 | | | |
|---|---|---|---|---|
| **Property<br>Address:** | City<br>Boynton Beach | State<br>FL | Zip<br>33426 | County/Parish<br>Palm Beach |

**8. Settlement Agreement under which you are submitting this claim (check all that apply):**

- ☒ Knauf
- ☒ Banner
- ☐ InEx
- ☒ Global

  Participating Supplier Name: Banner
  Participating Builder Name: Other
  Participating Installer Name: Precision Drywall, Inc.

- ☐ L&W
- ☐ Unknown

Additional Comments (attached additional pages if necessary):

**9. Lawsuit:**

Jurisdiction:

Case/Docket Number:

Date Filed: ____/____/____
(Month/Day/Year)

**10. Drywall Manufacturer:**

- ☒ Knauf
  - ☒ I am a member of the Knauf Settlement Class
  - ☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class
- ☐ Mixed (Knauf and other)
- ☐ Non-Knauf
- ☐ Unknown

**11. Select the option that best describes your relationship to the Affected Property:**

- ☐ Residential Owner
- ☐ Tenant
- ☐ Previous Commercial or Rental Property Owner
- ☐ Previous Residential Owner
- ☒ Commercial or Rental Property Owner
- ☐ Repairing Builder/Installer/Assignee
- ☐ Non-Tenant Occupant (e.g. family member)
- ☐ Condominium Association
- ☐ Mortgagee(Bank)
- ☐ Other

**12. Provide the Under Air Square Footage for the Affected Property:**

1119

**13. Comments and additional information about your claim:**

In order to control the damage that was caused to this unit by CDW so they would be habitable and rentable, it was treated with bactericide, repainted, carpet and pad was replaced.  The cost associated with those items is $3,508.71 (itemization of items appear in uploaded Villa Lago Unit Turn Over Cost chart).

## B. Required Documents

Claimants seeking compensation for Repair and Relocation Damages caused by Chinese Drywall under the Banner, InEx or Global Settlements must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

1. Proof of Ownership or Assignment of Claim, such as

    (a) a Deed or other document demonstrating the ownership of the Affected Property; OR

    (b) an Assignment of Claim from the Owner of the Affected Property;

2. Documents demonstrating the presence of Chinese Drywall in the Affected Property;

3. Floor Plan or other document showing the Under Air Square Footage of the Affected Property;

4. Evidence of Settlement Eligibility, such as

    (a) a Document demonstrating that Chinese Drywall in the Affected Property was supplied by participating supplier; OR

    (b) a Document demonstrating that a participating builder built the Affected Property; OR

    (c) a Document demonstrating that Chinese Drywall in the Affected Property was installed by participating installer.

5. Any other document that you believe supports your claim.

## C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney | Gregory S. Weiss, Esquire | **Date** | 09/24/13<br>(Month/Day/Year) | |
|---|---|---|---|---|
| **Printed Name** | First | Last | | M.I. |

# CHINESE DRYWALL SETTLEMENT PROGRAM
## GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM FORM

Any Claimant seeking Repair and Relocation Expenses under the Global, Banner, or InEx Settlement Agreements must complete and submit this Global, Banner, InEx Repair and Relocation Expenses Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before September 30, 2013.

When completing this Claim Form, refer to the Instructions and Definitions in the Appendix. These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online.

If you are not able to complete the Global, Banner, InEx Repair and Relocation Expenses Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **1. Claimant Name:** | Last Name/Business Name<br>RCR Holdings II, LLC | First | M.I. |
| | DBA or Fictitious Name (if applicable) | | |

| | | | |
|---|---|---|---|
| **2. Individual Claimant 's Social Security Number (SSN):** | \|\_\|\_\|\_\| - \|\_\|\_\| - \|\_\|\_\|\_\|\_\| | **3. Business Claimant's Employee Identification Number (EIN)** | \|2\|0\|0\|0\| - \|8\|3\| - \|8\|5\|0\|6\| |

| | |
|---|---|
| **4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant?** | ☐ Yes<br>☒ No |

| | |
|---|---|
| **5. Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant.** | Name:_____<br><br>SSN: \|\_\|\_\|\_\| - \|\_\|\_\| - \|\_\|\_\|\_\|\_\| |

| | |
|---|---|
| | ☐ Check here if you are not represented by an attorney and skip to Question 5.<br>If you are represented by an attorney, complete this section. |
| | Firm Name<br>Leopold Law |
| **6. Attorney Information:** | Attorney Last Name \| Attorney First Name<br>Street |

| | |
|---|---|
| City | State | Zip |

| Email | Phone Number |
|---|---|
| twhiddon@leopold-law.com | ( \|\|\| ) \|\|\|\| - \|\|\|\|\| |

**7. Affected Property Address:**

Street
1690 Renaissance Commons Blvd.  Unit 1606

| City | State | Zip | County/Parish |
|---|---|---|---|
| Boynton Beach | FL | 33426 | Palm Beach |

**8. Settlement Agreement under which you are submitting this claim (check all that apply):**

- ☒ Knauf
- ☒ Banner
- ☐ InEx
- ☒ Global
    Participating Supplier Name: Banner
    Participating Builder Name: Other
    Participating Installer Name: Precision Drywall, Inc.
- ☐ L&W
- ☐ Unknown

Additional Comments (attached additional pages if necessary):

**9. Lawsuit:**

Jurisdiction:

Case/Docket Number:

Date Filed: _____ / _____ / _____
            (Month/Day/Year)

**10. Drywall Manufacturer:**

- ☐ Knauf
    - ☐ I am a member of the Knauf Settlement Class
    - ☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class
- ☒ Mixed (Knauf and other)
- ☐ Non-Knauf
- ☐ Unknown

**11. Select the option that best describes your relationship to the Affected Property:**

- ☐ Residential Owner
- ☐ Tenant
- ☐ Previous Commercial or Rental Property Owner
- ☐ Previous Residential Owner
- ☒ Commercial or Rental Property Owner
- ☐ Repairing Builder/Installer/Assignee
- ☐ Non-Tenant Occupant (e.g. family member)
- ☐ Condominium Association
- ☐ Mortgagee(Bank)
- ☐ Other

**12. Provide the Under Air Square Footage for the Affected Property:**

1240

**13. Comments and additional information about your claim:**

In order to control the damage that was caused to this unit by CDW so they would be habitable and rentable, it was treated with bactericide, repainted, carpet and pad was replaced.  The cost associated with those items is $3,918.38 (itemization of items appear in uploaded Villa Lago Unit Turn Over Cost chart).

## B. Required Documents

Claimants seeking compensation for Repair and Relocation Damages caused by Chinese Drywall under the Banner, InEx or Global Settlements must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

**1.** Proof of Ownership or Assignment of Claim, such as

    (a) a Deed or other document demonstrating the ownership of the Affected Property; OR

    (b) an Assignment of Claim from the Owner of the Affected Property;

**2.** Documents demonstrating the presence of Chinese Drywall in the Affected Property;

**3.** Floor Plan or other document showing the Under Air Square Footage of the Affected Property;

**4.** Evidence of Settlement Eligibility, such as

    (a) a Document demonstrating that Chinese Drywall in the Affected Property was supplied by participating supplier; OR

    (b) a Document demonstrating that a participating builder built the Affected Property; OR

    (c) a Document demonstrating that Chinese Drywall in the Affected Property was installed by participating installer.

**5.** Any other document that you believe supports your claim.

## C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney | Gregory S. Weiss, Esquire | **Date** | 09/24/13 (Month/Day/Year) | |
|---|---|---|---|---|
| **Printed Name** | First | Last | | M.I. |

RCR Holdings II, LLC,

102220

3

# CHINESE DRYWALL SETTLEMENT PROGRAM
## GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM FORM

Any Claimant seeking Repair and Relocation Expenses under the Global, Banner, or InEx Settlement Agreements must complete and submit this Global, Banner, InEx Repair and Relocation Expenses Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before September 30, 2013.

When completing this Claim Form, refer to the Instructions and Definitions in the Appendix.  These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online.  Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along.  Go to https://www3.browngreer.com/drywall to submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online.

If you are not able to complete the Global, Banner, InEx Repair and Relocation Expenses Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| 1. Claimant Name: | Last Name/Business Name<br>RCR Holdings II, LLC | First | M.I. |
|---|---|---|---|
| | DBA or Fictitious Name (if applicable) | | |

| | | | |
|---|---|---|---|
| 2. Individual Claimant 's Social Security Number (SSN): | \|_\|_\|_\| - \|_\|_\| - \|_\|_\|_\| | 3. Business Claimant's Employee Identification Number (EIN) | \|2\|0\|0\|0\| - \|8\|3\| - \|8\|5\|0\|6\| |
| 4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant? | ☐ Yes<br>☒ No | | |
| 5. Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant. | Name:_____<br><br>SSN: \|_\|_\|_\| - \|_\|_\| - \|_\|_\|_\|_\| | | |
| | ☐ Check here if you are not represented by an attorney and skip to Question 5.<br>If you are represented by an attorney, complete this section. | | |
| | Firm Name<br>Leopold Law | | |
| 6. Attorney Information: | Attorney Last Name | Attorney First Name | |
| | Street | | |

| | |
|---|---|
| Email | Phone Number |
| twhiddon@leopold-law.com | ( \_\_\_ \|\_\_\_ ) \|\_\_\|\_\_\|\_\_\| - \|\_\_\|\_\_\|\_\_\|\_\_\| |

**7. Affected Property Address:**

Street
1690 Renaissance Commons Blvd.  Unit 1607

| City | State | Zip | County/Parish |
|---|---|---|---|
| Boynton Beach | FL | 33426 | Palm Beach |

**8. Settlement Agreement under which you are submitting this claim (check all that apply):**

- ☒ Knauf
- ☒ Banner
- ☐ InEx
- ☒ Global
  - Participating Supplier Name: Banner
  - Participating Builder Name: Other
  - Participating Installer Name: Precision Drywall, Inc.
- ☐ L&W
- ☐ Unknown

Additional Comments (attached additional pages if necessary):

**9. Lawsuit:**

Jurisdiction:

Case/Docket Number:

Date Filed: \_\_\_\_/\_\_\_\_/\_\_\_\_
(Month/Day/Year)

**10. Drywall Manufacturer:**

- ☐ Knauf
  - ☐ I am a member of the Knauf Settlement Class
  - ☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class
- ☒ Mixed (Knauf and other)
- ☐ Non-Knauf
- ☐ Unknown

**11. Select the option that best describes your relationship to the Affected Property:**

- ☐ Residential Owner
- ☐ Tenant
- ☐ Previous Commercial or Rental Property Owner
- ☐ Previous Residential Owner
- ☒ Commercial or Rental Property Owner
- ☐ Repairing Builder/Installer/Assignee
- ☐ Non-Tenant Occupant (e.g. family member)
- ☐ Condominium Association
- ☐ Mortgagee(Bank)
- ☐ Other

**12. Provide the Under Air Square Footage for the Affected Property:**

1240

**13. Comments and additional information about your claim:**

In order to control the damage that was caused to this unit by CDW so they would be habitable and rentable, it was treated with bactericide, repainted, carpet and pad was replaced.  The cost associated with those items is $3,918.38 (itemization of items appear in uploaded Villa Lago Unit Turn Over Cost chart).

## B. Required Documents

RCR Holdings II, LLC,
102220

Claimants seeking compensation for Repair and Relocation Damages caused by Chinese Drywall under the Banner, InEx or Global Settlements must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

**1.** Proof of Ownership or Assignment of Claim, such as

    (a) a Deed or other document demonstrating the ownership of the Affected Property; OR

    (b) an Assignment of Claim from the Owner of the Affected Property;

**2.** Documents demonstrating the presence of Chinese Drywall in the Affected Property;

**3.** Floor Plan or other document showing the Under Air Square Footage of the Affected Property;

**4.** Evidence of Settlement Eligibility, such as

    (a) a Document demonstrating that Chinese Drywall in the Affected Property was supplied by participating supplier; OR

    (b) a Document demonstrating that a participating builder built the Affected Property; OR

    (c) a Document demonstrating that Chinese Drywall in the Affected Property was installed by participating installer.

**5.** Any other document that you believe supports your claim.

| C. SIGNATURE |
|---|

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney | Gregory S. Weiss, Esquire | **Date** | 09/24/13<br>(Month/Day/Year) | |
|---|---|---|---|---|
| **Printed Name** | First | Last | | M.I. |

# CHINESE DRYWALL SETTLEMENT PROGRAM
## GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM FORM

Any Claimant seeking Repair and Relocation Expenses under the Global, Banner, or InEx Settlement Agreements must complete and submit this Global, Banner, InEx Repair and Relocation Expenses Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before September 30, 2013.

When completing this Claim Form, refer to the Instructions and Definitions in the Appendix. These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online.

If you are not able to complete the Global, Banner, InEx Repair and Relocation Expenses Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **1. Claimant Name:** | Last Name/Business Name<br>RCR Holdings II, LLC | First | M.I. |
| | DBA or Fictitious Name (if applicable) | | |

| | | | |
|---|---|---|---|
| **2. Individual Claimant 's Social Security Number (SSN):** | \|\_\|\_\|\_\| - \|\_\|\_\| - \|\_\|\_\|\_\|\_\| | **3. Business Claimant's Employee Identification Number (EIN)** | \|2\|0\|0\| - \|8\|3\| - \|8\|5\|0\|6\| |

| | |
|---|---|
| **4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant?** | ☐ Yes<br><br>☒ No |

| | |
|---|---|
| **5. Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant.** | Name:_____<br><br>SSN: \|\_\|\_\|\_\| - \|\_\|\_\| - \|\_\|\_\|\_\|\_\| |

| | |
|---|---|
| | ☐ Check here if you are not represented by an attorney and skip to Question 5.<br>If you are represented by an attorney, complete this section. |
| | Firm Name<br>Leopold Law |
| **6. Attorney Information:** | Attorney Last Name | Attorney First Name |
| | Street |

Offline Portal Submission

| Email | Phone Number |
|---|---|
| twhiddon@leopold-law.com | (____)  \|____\| - \|_____\| |

**7. Affected Property Address:**

Street
1660 Renaissance Commons Blvd.  Unit 2110

| City | State | Zip | County/Parish |
|---|---|---|---|
| Boynton Beach | FL | 33426 | Palm Beach |

**8. Settlement Agreement under which you are submitting this claim (check all that apply):**

☒ Knauf
☒ Banner
☐ InEx
☒ Global
    Participating Supplier Name: Banner
    Participating Builder Name: Other
    Participating Installer Name: Precision Drywall, Inc.
☐ L&W
☐ Unknown
Additional Comments (attached additional pages if necessary):

**9. Lawsuit:**

Jurisdiction:

Case/Docket Number:

Date Filed: _____/_____/_____
       (Month/Day/Year)

**10. Drywall Manufacturer:**

☐ Knauf
    ☐ I am a member of the Knauf Settlement Class
    ☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class
☒ Mixed (Knauf and other)
☐ Non-Knauf
☐ Unknown

**11. Select the option that best describes your relationship to the Affected Property:**

☐ Residential Owner
☐ Tenant
☐ Previous Commercial or Rental Property Owner
☐ Previous Residential Owner
☒ Commercial or Rental Property Owner
☐ Repairing Builder/Installer/Assignee
☐ Non-Tenant Occupant (e.g. family member)
☐ Condominium Association
☐ Mortgagee(Bank)
☐ Other

**12. Provide the Under Air Square Footage for the Affected Property:**

817

**13. Comments and additional information about your claim:**

In order to control the damage that was caused to this unit by CDW so they would be habitable and rentable, it was treated with bactericide, repainted, carpet and pad was replaced.  The cost associated with those items is $2,773.75 (itemization of items appear in uploaded Villa Lago Unit Turn Over Cost chart).

## B. Required Documents

Claimants seeking compensation for Repair and Relocation Damages caused by Chinese Drywall under the Banner, InEx or Global Settlements must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

**1.** Proof of Ownership or Assignment of Claim, such as

    (a) a Deed or other document demonstrating the ownership of the Affected Property; OR

    (b) an Assignment of Claim from the Owner of the Affected Property;

**2.** Documents demonstrating the presence of Chinese Drywall in the Affected Property;

**3.** Floor Plan or other document showing the Under Air Square Footage of the Affected Property;

**4.** Evidence of Settlement Eligibility, such as

    (a) a Document demonstrating that Chinese Drywall in the Affected Property was supplied by participating supplier; OR

    (b) a Document demonstrating that a participating builder built the Affected Property; OR

    (c) a Document demonstrating that Chinese Drywall in the Affected Property was installed by participating installer.

**5.** Any other document that you believe supports your claim.

## C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney | Gregory S. Weiss, Esquire | **Date** | 09/24/13 (Month/Day/Year) |
|---|---|---|---|
| **Printed Name** | First | Last | M.I. |

# CHINESE DRYWALL SETTLEMENT PROGRAM
## GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM FORM

Any Claimant seeking Repair and Relocation Expenses under the Global, Banner, or InEx Settlement Agreements must complete and submit this Global, Banner, InEx Repair and Relocation Expenses Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before September 30, 2013.

When completing this Claim Form, refer to the Instructions and Definitions in the Appendix. These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online.

If you are not able to complete the Global, Banner, InEx Repair and Relocation Expenses Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **1. Claimant Name:** | Last Name/Business Name<br>RCR Holdings II, LLC | First | M.I. |
| | DBA or Fictitious Name (if applicable) | | |

| | | | |
|---|---|---|---|
| **2. Individual Claimant 's Social Security Number (SSN):** | \|__\|__\|__\| - \|__\|__\| - \|__\|__\|__\|__\| | **3. Business Claimant's Employee Identification Number (EIN)** | \|2\|0\|0\|0\| - \|8\|3\| - \|8\|5\|0\|6\| |

| | |
|---|---|
| **4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant?** | ☐ Yes<br>☒ No |

| | |
|---|---|
| **5. Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant.** | Name:_____<br><br>SSN: \|__\|__\|__\| - \|__\|__\| - \|__\|__\|__\|__\| |

| | |
|---|---|
| | ☐ Check here if you are not represented by an attorney and skip to Question 5.<br>If you are represented by an attorney, complete this section. |
| | Firm Name<br>Leopold Law |
| **6. Attorney Information:** | Attorney Last Name | Attorney First Name |
| | Street |

| | |
|---|---|
| City | State | Zip |
| Email twhiddon@leopold-law.com | Phone Number (_ \| \|) \| \| \| \| - \| \| \| \| |

**7. Affected Property Address:**

Street
1660 Renaissance Commons Blvd.  Unit 2116

| City | State | Zip | County/Parish |
|---|---|---|---|
| Boynton Beach | FL | 33426 | Palm Beach |

**8. Settlement Agreement under which you are submitting this claim (check all that apply):**

☒ Knauf
☒ Banner
☐ InEx
☒ Global
  Participating Supplier Name: Banner
  Participating Builder Name: Other
  Participating Installer Name: Precision Drywall, Inc.
☐ L&W
☐ Unknown
Additional Comments (attached additional pages if necessary):

**9. Lawsuit:**

Jurisdiction:

Case/Docket Number:

Date Filed: ____/____/____
                (Month/Day/Year)

**10. Drywall Manufacturer:**

☐ Knauf
    ☐ I am a member of the Knauf Settlement Class
    ☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class
☒ Mixed (Knauf and other)
☐ Non-Knauf
☐ Unknown

**11. Select the option that best describes your relationship to the Affected Property:**

☐ Residential Owner
☐ Tenant
☐ Previous Commercial or Rental Property Owner
☐ Previous Residential Owner
☒ Commercial or Rental Property Owner
☐ Repairing Builder/Installer/Assignee
☐ Non-Tenant Occupant (e.g. family member)
☐ Condominium Association
☐ Mortgagee(Bank)
☐ Other

**12. Provide the Under Air Square Footage for the Affected Property:**

1119

**13. Comments and additional information about your claim:**

In order to control the damage that was caused to this unit by CDW so they would be habitable and rentable, it was treated with bactericide, repainted, carpet and pad was replaced.  The cost associated with those items is $3,508.71 (itemization of items appear in uploaded Villa Lago Unit Turn Over Cost chart).

## B. Required Documents

Claimants seeking compensation for Repair and Relocation Damages caused by Chinese Drywall under the Banner, InEx or Global Settlements must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

**1.** Proof of Ownership or Assignment of Claim, such as

   (a) a Deed or other document demonstrating the ownership of the Affected Property; OR

   (b) an Assignment of Claim from the Owner of the Affected Property;

**2.** Documents demonstrating the presence of Chinese Drywall in the Affected Property;

**3.** Floor Plan or other document showing the Under Air Square Footage of the Affected Property;

**4.** Evidence of Settlement Eligibility, such as

   (a) a Document demonstrating that Chinese Drywall in the Affected Property was supplied by participating supplier; OR

   (b) a Document demonstrating that a participating builder built the Affected Property; OR

   (c) a Document demonstrating that Chinese Drywall in the Affected Property was installed by participating installer.

**5.** Any other document that you believe supports your claim.

## C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney | Gregory S. Weiss, Esquire | **Date** | 09/24/13 (Month/Day/Year) | |
| --- | --- | --- | --- | --- |
| **Printed Name** | First | Last | | M.I. |

RCR Holdings II, LLC,

102220

3

# CHINESE DRYWALL SETTLEMENT PROGRAM
## GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM FORM

Any Claimant seeking Repair and Relocation Expenses under the Global, Banner, or InEx Settlement Agreements must complete and submit this Global, Banner, InEx Repair and Relocation Expenses Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before September 30, 2013.

When completing this Claim Form, refer to the Instructions and Definitions in the Appendix. These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online.

If you are not able to complete the Global, Banner, InEx Repair and Relocation Expenses Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **1. Claimant Name:** | Last Name/Business Name<br>RCR Holdings II, LLC | First | M.I. |
| | DBA or Fictitious Name (if applicable) | | |

| | | | |
|---|---|---|---|
| **2. Individual Claimant 's Social Security Number (SSN):** | \|__\|__\|__\| - \|__\|__\| - \|__\|__\|__\|__\| | **3. Business Claimant's Employee Identification Number (EIN)** | \|2\|0\|0\|0\| - \|8\|3\| - \|8\|5\|0\|6\| |

| | |
|---|---|
| **4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant?** | ☐ Yes<br>☒ No |

| | |
|---|---|
| **5. Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant.** | Name:_____<br><br>SSN: \|__\|__\|__\| - \|__\|__\| - \|__\|__\|__\|__\| |

| | |
|---|---|
| | ☐ Check here if you are not represented by an attorney and skip to Question 5.<br>If you are represented by an attorney, complete this section. |
| | Firm Name<br>Leopold Law |
| **6. Attorney Information:** | Attorney Last Name / Attorney First Name |
| | Street |

Email
twhiddon@leopold-law.com

Phone Number
(__|__|__) |__|__|__| - |__|__|__|__|

**7. Affected Property Address:**

Street
1660 Renaissance Commons Blvd.  Unit 2117

| City | State | Zip | County/Parish |
|---|---|---|---|
| Boynton Beach | FL | 33426 | Palm Beach |

**8. Settlement Agreement under which you are submitting this claim (check all that apply):**

☒ Knauf
☒ Banner
☐ InEx
☒ Global
    Participating Supplier Name: Banner
    Participating Builder Name: Other
    Participating Installer Name: Precision Drywall, Inc.
☐ L&W
☐ Unknown
Additional Comments (attached additional pages if necessary):

**9. Lawsuit:**

Jurisdiction:

Case/Docket Number:

Date Filed: _____/_____/_____
(Month/Day/Year)

**10. Drywall Manufacturer:**

☒ Knauf
    ☒ I am a member of the Knauf Settlement Class
    ☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class
☐ Mixed (Knauf and other)
☐ Non-Knauf
☐ Unknown

**11. Select the option that best describes your relationship to the Affected Property:**

☐ Residential Owner
☐ Tenant
☐ Previous Commercial or Rental Property Owner
☐ Previous Residential Owner
☒ Commercial or Rental Property Owner
☐ Repairing Builder/Installer/Assignee
☐ Non-Tenant Occupant (e.g. family member)
☐ Condominium Association
☐ Mortgagee(Bank)
☐ Other

**12. Provide the Under Air Square Footage for the Affected Property:**

1460

**13. Comments and additional information about your claim:**

In order to control the damage that was caused to this unit by CDW so they would be habitable and rentable, it was treated with bactericide, repainted, carpet and pad was replaced.  The cost associated with those items is $4,567.71 (itemization of items appear in uploaded Villa Lago Unit Turn Over Cost chart).

## B. Required Documents

RCR Holdings II, LLC,
102220

2

Claimants seeking compensation for Repair and Relocation Damages caused by Chinese Drywall under the Banner, InEx or Global Settlements must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

**1.** Proof of Ownership or Assignment of Claim, such as

   (a) a Deed or other document demonstrating the ownership of the Affected Property; OR

   (b) an Assignment of Claim from the Owner of the Affected Property;

**2.** Documents demonstrating the presence of Chinese Drywall in the Affected Property;

**3.** Floor Plan or other document showing the Under Air Square Footage of the Affected Property;

**4.** Evidence of Settlement Eligibility, such as

   (a) a Document demonstrating that Chinese Drywall in the Affected Property was supplied by participating supplier; OR

   (b) a Document demonstrating that a participating builder built the Affected Property; OR

   (c) a Document demonstrating that Chinese Drywall in the Affected Property was installed by participating installer.

**5.** Any other document that you believe supports your claim.

| C. SIGNATURE |
|---|

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney | Gregory S. Weiss, Esquire | **Date** | 09/24/13<br>(Month/Day/Year) | |
|---|---|---|---|---|
| **Printed Name** | First | Last | | M.I. |

# CHINESE DRYWALL SETTLEMENT PROGRAM
## GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM FORM

Any Claimant seeking Repair and Relocation Expenses under the Global, Banner, or InEx Settlement Agreements must complete and submit this Global, Banner, InEx Repair and Relocation Expenses Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before September 30, 2013.

When completing this Claim Form, refer to the Instructions and Definitions in the Appendix. These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online.

If you are not able to complete the Global, Banner, InEx Repair and Relocation Expenses Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **1. Claimant Name:** | Last Name/Business Name<br>RCR Holdings II, LLC | First | M.I. |
| | DBA or Fictitious Name (if applicable) | | |

| | | | |
|---|---|---|---|
| **2. Individual Claimant's Social Security Number (SSN):** | \|_\|_\|_\| - \|_\|_\| - \|_\|_\|_\|_\| | **3. Business Claimant's Employee Identification Number (EIN)** | \|2\|0\|0\|0\| - \|8\|3\| - \|8\|5\|0\|6\| |

| | |
|---|---|
| **4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant?** | ☐ Yes<br><br>☒ No |

| | |
|---|---|
| **5. Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant.** | Name:_____<br><br>SSN: \|_\|_\|_\| - \|_\|_\| - \|_\|_\|_\|_\| |

| | |
|---|---|
| | ☐ Check here if you are not represented by an attorney and skip to Question 5.<br>If you are represented by an attorney, complete this section. |
| | Firm Name<br>Leopold Law |
| **6. Attorney Information:** | Attorney Last Name / Attorney First Name |
| | Street |

| | |
|---|---|
| Email<br>twhiddon@leopold-law.com | Phone Number<br>( \| \| \| ) \| \| \| \| - \| \| \| \| |

**7. Affected Property Address:**

Street
1660 Renaissance Commons Blvd.  Unit 2129

| City<br>Boynton Beach | State<br>FL | Zip<br>33426 | County/Parish<br>Palm Beach |
|---|---|---|---|

**8. Settlement Agreement under which you are submitting this claim (check all that apply):**

☒ Knauf
☒ Banner
☐ InEx
☒ Global
      Participating Supplier Name: Banner
      Participating Builder Name: Other
      Participating Installer Name: Precision Drywall, Inc.
☐ L&W
☐ Unknown
Additional Comments (attached additional pages if necessary):

**9. Lawsuit:**

Jurisdiction:

Case/Docket Number:

Date Filed: _____/_____/_____
        (Month/Day/Year)

**10. Drywall Manufacturer:**

☐ Knauf
    ☐ I am a member of the Knauf Settlement Class
    ☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class
☒ Mixed (Knauf and other)
☐ Non-Knauf
☐ Unknown

**11. Select the option that best describes your relationship to the Affected Property:**

☐ Residential Owner
☐ Tenant
☐ Previous Commercial or Rental Property Owner
☐ Previous Residential Owner
☒ Commercial or Rental Property Owner
☐ Repairing Builder/Installer/Assignee
☐ Non-Tenant Occupant (e.g. family member)
☐ Condominium Association
☐ Mortgagee(Bank)
☐ Other

**12. Provide the Under Air Square Footage for the Affected Property:**

817

**13. Comments and additional information about your claim:**

In order to control the damage that was caused to this unit by CDW so they would be habitable and rentable, it was treated with bactericide, repainted, carpet and pad was replaced.  The cost associated with those items is $2,773.75 (itemization of items appear in uploaded Villa Lago Unit Turn Over Cost chart).

**B. Required Documents**

Claimants seeking compensation for Repair and Relocation Damages caused by Chinese Drywall under the Banner, InEx or Global Settlements must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

**1.** Proof of Ownership or Assignment of Claim, such as

    (a) a Deed or other document demonstrating the ownership of the Affected Property; OR

    (b) an Assignment of Claim from the Owner of the Affected Property;

**2.** Documents demonstrating the presence of Chinese Drywall in the Affected Property;

**3.** Floor Plan or other document showing the Under Air Square Footage of the Affected Property;

**4.** Evidence of Settlement Eligibility, such as

    (a) a Document demonstrating that Chinese Drywall in the Affected Property was supplied by participating supplier; OR

    (b) a Document demonstrating that a participating builder built the Affected Property; OR

    (c) a Document demonstrating that Chinese Drywall in the Affected Property was installed by participating installer.

**5.** Any other document that you believe supports your claim.

| C. SIGNATURE |
|---|

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney | Gregory S. Weiss, Esquire | **Date** | 09/24/13 (Month/Day/Year) | |
|---|---|---|---|---|
| **Printed Name** | First | Last | | M.I. |

# CHINESE DRYWALL SETTLEMENT PROGRAM
## GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM FORM

Any Claimant seeking Repair and Relocation Expenses under the Global, Banner, or InEx Settlement Agreements must complete and submit this Global, Banner, InEx Repair and Relocation Expenses Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before September 30, 2013.

When completing this Claim Form, refer to the Instructions and Definitions in the Appendix. These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online.

If you are not able to complete the Global, Banner, InEx Repair and Relocation Expenses Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **1. Claimant Name:** | Last Name/Business Name<br>RCR Holdings II, LLC | First | M.I. |
| | DBA or Fictitious Name (if applicable) | | |

| | | | |
|---|---|---|---|
| **2. Individual Claimant 's Social Security Number (SSN):** | \|__\|__\|__\| - \|__\|__\| - \|__\|__\|__\|__\| | **3. Business Claimant's Employee Identification Number (EIN)** | \|2\|0\|0\| - \|8\|3\| - \|8\|5\|0\|6\| |

**4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant?**

☐ Yes

☒ No

**5. Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant.**

Name:_____

SSN: \|__\|__\|__\| - \|__\|__\| - \|__\|__\|__\|__\|

☐ Check here if you are not represented by an attorney and skip to Question 5.
If you are represented by an attorney, complete this section.

Firm Name
Leopold Law

| Attorney Last Name | Attorney First Name |
|---|---|

**6. Attorney Information:**

Street

| | |
|---|---|
| Email<br>twhiddon@leopold-law.com | Phone Number<br>( \|  \| ) \| \| \| \| - \| \| \| \| |

**7. Affected Property Address:**

Street
1660 Renaissance Commons Blvd.  Unit 2217

| City | State | Zip | County/Parish |
|---|---|---|---|
| Boynton Beach | FL | 33426 | Palm Beach |

**8. Settlement Agreement under which you are submitting this claim (check all that apply):**

- ☒ Knauf
- ☒ Banner
- ☐ InEx
- ☒ Global
  - Participating Supplier Name: Banner
  - Participating Builder Name: Other
  - Participating Installer Name: Precision Drywall, Inc.
- ☐ L&W
- ☐ Unknown

Additional Comments (attached additional pages if necessary):

**9. Lawsuit:**

Jurisdiction:

Case/Docket Number:

Date Filed: ___/___/___
(Month/Day/Year)

**10. Drywall Manufacturer:**

- ☐ Knauf
  - ☐ I am a member of the Knauf Settlement Class
  - ☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class
- ☒ Mixed (Knauf and other)
- ☐ Non-Knauf
- ☐ Unknown

**11. Select the option that best describes your relationship to the Affected Property:**

- ☐ Residential Owner
- ☐ Tenant
- ☐ Previous Commercial or Rental Property Owner
- ☐ Previous Residential Owner
- ☒ Commercial or Rental Property Owner
- ☐ Repairing Builder/Installer/Assignee
- ☐ Non-Tenant Occupant (e.g. family member)
- ☐ Condominium Association
- ☐ Mortgagee(Bank)
- ☐ Other

**12. Provide the Under Air Square Footage for the Affected Property:**

1460

**13. Comments and additional information about your claim:**

In order to control the damage that was caused to this unit by CDW so they would be habitable and rentable, it was treated with bactericide, repainted, carpet and pad was replaced.  The cost associated with those items is $4,567.71 (itemization of items appear in uploaded Villa Lago Unit Turn Over Cost chart).

## B. Required Documents

RCR Holdings II, LLC,
102220

Claimants seeking compensation for Repair and Relocation Damages caused by Chinese Drywall under the Banner, InEx or Global Settlements must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

**1.** Proof of Ownership or Assignment of Claim, such as

   (a) a Deed or other document demonstrating the ownership of the Affected Property; OR

   (b) an Assignment of Claim from the Owner of the Affected Property;

**2.** Documents demonstrating the presence of Chinese Drywall in the Affected Property;

**3.** Floor Plan or other document showing the Under Air Square Footage of the Affected Property;

**4.** Evidence of Settlement Eligibility, such as

   (a) a Document demonstrating that Chinese Drywall in the Affected Property was supplied by participating supplier; OR

   (b) a Document demonstrating that a participating builder built the Affected Property; OR

   (c) a Document demonstrating that Chinese Drywall in the Affected Property was installed by participating installer.

**5.** Any other document that you believe supports your claim.

| C. SIGNATURE |
|---|

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney | Gregory S. Weiss, Esquire | | **Date** | 09/24/13 (Month/Day/Year) | |
|---|---|---|---|---|---|
| **Printed Name** | First | Last | | | M.I. |

# CHINESE DRYWALL SETTLEMENT PROGRAM
## GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM FORM

Any Claimant seeking Repair and Relocation Expenses under the Global, Banner, or InEx Settlement Agreements must complete and submit this Global, Banner, InEx Repair and Relocation Expenses Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before September 30, 2013.

When completing this Claim Form, refer to the Instructions and Definitions in the Appendix. These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online.

If you are not able to complete the Global, Banner, InEx Repair and Relocation Expenses Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| 1. Claimant Name: | Last Name/Business Name<br>RCR Holdings II, LLC | First | M.I. |
|---|---|---|---|
| | DBA or Fictitious Name (if applicable) | | |

| 2. Individual Claimant 's Social Security Number (SSN): | \|_\|_\|_\| - \|_\|_\| - \|_\|_\|_\| | 3. Business Claimant's Employee Identification Number (EIN) | \|2\|0\|0\|0\| - \|8\|3\| - \|8\|5\|0\|6\| |
|---|---|---|---|

| 4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant? | ☐ Yes<br>☒ No |
|---|---|

| 5. Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant. | Name:_____<br><br>SSN: \|_\|_\|_\| - \|_\|_\| - \|_\|_\|_\|_\| |
|---|---|

| | ☐ Check here if you are not represented by an attorney and skip to Question 5.<br>If you are represented by an attorney, complete this section. |
|---|---|
| | Firm Name<br>Leopold Law |
| 6. Attorney Information: | Attorney Last Name / Attorney First Name |
| | Street |

| | | |
|---|---|---|
| | **City** | **State** | **Zip** |

Email
twhiddon@leopold-law.com

Phone Number
( _ | _ | ) _ | _ | _ | _ | - _ | _ | _ | _ |

**7. Affected Property Address:**

Street
1660 Renaissance Commons Blvd.  Unit 2221

| City | State | Zip | County/Parish |
|---|---|---|---|
| Boynton Beach | FL | 33426 | Palm Beach |

**8. Settlement Agreement under which you are submitting this claim (check all that apply):**

- ☒ Knauf
- ☒ Banner
- ☐ InEx
- ☒ Global
  - Participating Supplier Name: Banner
  - Participating Builder Name: Other
  - Participating Installer Name: Precision Drywall, Inc.
- ☐ L&W
- ☐ Unknown

Additional Comments (attached additional pages if necessary):

**9. Lawsuit:**

Jurisdiction:

Case/Docket Number:

Date Filed: _____/_____/_____
(Month/Day/Year)

**10. Drywall Manufacturer:**

- ☐ Knauf
  - ☐ I am a member of the Knauf Settlement Class
  - ☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class
- ☒ Mixed (Knauf and other)
- ☐ Non-Knauf
- ☐ Unknown

**11. Select the option that best describes your relationship to the Affected Property:**

- ☐ Residential Owner
- ☐ Tenant
- ☐ Previous Commercial or Rental Property Owner
- ☐ Previous Residential Owner
- ☒ Commercial or Rental Property Owner
- ☐ Repairing Builder/Installer/Assignee
- ☐ Non-Tenant Occupant (e.g. family member)
- ☐ Condominium Association
- ☐ Mortgagee(Bank)
- ☐ Other

**12. Provide the Under Air Square Footage for the Affected Property:**

1119

**13. Comments and additional information about your claim:**

In order to control the damage that was caused to this unit by CDW so they would be habitable and rentable, it was treated with bactericide, repainted, carpet and pad was replaced.  The cost associated with those items is $3,508.71 (itemization of items appear in uploaded Villa Lago Unit Turn Over Cost chart).

## B. Required Documents

RCR Holdings II, LLC,
102220

2

Claimants seeking compensation for Repair and Relocation Damages caused by Chinese Drywall under the Banner, InEx or Global Settlements must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

1. Proof of Ownership or Assignment of Claim, such as

   (a) a Deed or other document demonstrating the ownership of the Affected Property; OR

   (b) an Assignment of Claim from the Owner of the Affected Property;

2. Documents demonstrating the presence of Chinese Drywall in the Affected Property;

3. Floor Plan or other document showing the Under Air Square Footage of the Affected Property;

4. Evidence of Settlement Eligibility, such as

   (a) a Document demonstrating that Chinese Drywall in the Affected Property was supplied by participating supplier; OR

   (b) a Document demonstrating that a participating builder built the Affected Property; OR

   (c) a Document demonstrating that Chinese Drywall in the Affected Property was installed by participating installer.

5. Any other document that you believe supports your claim.

## C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney | Gregory S. Weiss, Esquire | **Date** | 09/24/13 (Month/Day/Year) | |
|---|---|---|---|---|
| **Printed Name** | First | Last | | M.I. |

RCR Holdings II, LLC,

102220

3

# CHINESE DRYWALL SETTLEMENT PROGRAM
# GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM FORM

Any Claimant seeking Repair and Relocation Expenses under the Global, Banner, or InEx Settlement Agreements must complete and submit this Global, Banner, InEx Repair and Relocation Expenses Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before September 30, 2013.

When completing this Claim Form, refer to the Instructions and Definitions in the Appendix. These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online.

If you are not able to complete the Global, Banner, InEx Repair and Relocation Expenses Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| | | | | |
|---|---|---|---|---|
| **1. Claimant Name:** | Last Name/Business Name<br>RCR Holdings II, LLC | First | | M.I. |
| | DBA or Fictitious Name (if applicable) | | | |

| | | | |
|---|---|---|---|
| **2. Individual Claimant's Social Security Number (SSN):** | \|_\|_\|_\| - \|_\|_\| - \|_\|_\|_\| | **3. Business Claimant's Employee Identification Number (EIN)** | \| 2 \| 0 \| 0 \| - \| 8 \| 3 \| - \| 8 \| 5 \| 0 \| 6 \| |

| | |
|---|---|
| **4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant?** | ☐ Yes<br><br>☒ No |

| | |
|---|---|
| **5. Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant.** | Name:_____<br><br>SSN: \|_\|_\|_\| - \|_\|_\| - \|_\|_\|_\| |

| | |
|---|---|
| | ☐ Check here if you are not represented by an attorney and skip to Question 5.<br>If you are represented by an attorney, complete this section. |
| | Firm Name<br>Leopold Law |
| **6. Attorney Information:** | Attorney Last Name · Attorney First Name |
| | Street |

| | |
|---|---|
| Email<br>twhiddon@leopold-law.com | Phone Number<br>( \| \| \| ) \| \| \| \| - \| \| \| \| |

**7. Affected Property Address:**

Street
1660 Renaissance Commons Blvd.  Unit 2311

| City | State | Zip | County/Parish |
|---|---|---|---|
| Boynton Beach | FL | 33426 | Palm Beach |

**8. Settlement Agreement under which you are submitting this claim (check all that apply):**

- ☒ Knauf
- ☒ Banner
- ☐ InEx
- ☒ Global
    - Participating Supplier Name: Banner
    - Participating Builder Name: Other
    - Participating Installer Name: Precision Drywall, Inc.
- ☐ L&W
- ☐ Unknown

Additional Comments (attached additional pages if necessary):

**9. Lawsuit:**

Jurisdiction: United States District Court for the Eastern District of Louisiana

Case/Docket Number: 2:11-cv-01363-EEF-JCW

Date Filed: 06/8/11
(Month/Day/Year)

**10. Drywall Manufacturer:**

- ☐ Knauf
    - ☐ I am a member of the Knauf Settlement Class
    - ☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class
- ☒ Mixed (Knauf and other)
- ☐ Non-Knauf
- ☐ Unknown

**11. Select the option that best describes your relationship to the Affected Property:**

- ☐ Residential Owner
- ☐ Tenant
- ☐ Previous Commercial or Rental Property Owner
- ☐ Previous Residential Owner
- ☒ Commercial or Rental Property Owner
- ☐ Repairing Builder/Installer/Assignee
- ☐ Non-Tenant Occupant (e.g. family member)
- ☐ Condominium Association
- ☐ Mortgagee(Bank)
- ☐ Other

**12. Provide the Under Air Square Footage for the Affected Property:**

1119

**13. Comments and additional information about your claim:**

In order to control the damage that was caused to this unit by CDW so they would be habitable and rentable, it was treated with bactericide, repainted, carpet and pad was replaced.  The cost associated with those items is $3,508.71 (itemization of items appear in uploaded Villa Lago Unit Turn Over Cost chart).

## B. Required Documents

Claimants seeking compensation for Repair and Relocation Damages caused by Chinese Drywall under the Banner, InEx or Global Settlements must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

1. Proof of Ownership or Assignment of Claim, such as

    (a) a Deed or other document demonstrating the ownership of the Affected Property; OR

    (b) an Assignment of Claim from the Owner of the Affected Property;

2. Documents demonstrating the presence of Chinese Drywall in the Affected Property;

3. Floor Plan or other document showing the Under Air Square Footage of the Affected Property;

4. Evidence of Settlement Eligibility, such as

    (a) a Document demonstrating that Chinese Drywall in the Affected Property was supplied by participating supplier; OR

    (b) a Document demonstrating that a participating builder built the Affected Property; OR

    (c) a Document demonstrating that Chinese Drywall in the Affected Property was installed by participating installer.

5. Any other document that you believe supports your claim.

## C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney | Gregory S. Weiss, Esquire | Date | 09/24/13 (Month/Day/Year) | |
|---|---|---|---|---|
| Printed Name | First | Last | | M.I. |

# CHINESE DRYWALL SETTLEMENT PROGRAM
## GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM FORM

Any Claimant seeking Repair and Relocation Expenses under the Global, Banner, or InEx Settlement Agreements must complete and submit this Global, Banner, InEx Repair and Relocation Expenses Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before September 30, 2013.

When completing this Claim Form, refer to the Instructions and Definitions in the Appendix. These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online.

If you are not able to complete the Global, Banner, InEx Repair and Relocation Expenses Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| 1. Claimant Name: | Last Name/Business Name<br>RCR Holdings II, LLC | First | M.I. |
|---|---|---|---|
| | DBA or Fictitious Name (if applicable) | | |

| 2. | Individual Claimant's Social Security Number (SSN): | \|__\|__\|__\| - \|__\|__\| - \|__\|__\|__\|__\| | 3. Business Claimant's Employee Identification Number (EIN) | \|2\|0\|0\|0\| - \|8\|3\| - \|8\|5\|0\|6\| |
|---|---|---|---|---|

| 4. | Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant? | ☐ Yes<br>☒ No |
|---|---|---|

| 5. | Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant. | Name:_____<br><br>SSN: \|__\|__\|__\| - \|__\|__\| - \|__\|__\|__\|__\| |
|---|---|---|

| | | ☐ Check here if you are not represented by an attorney and skip to Question 5.<br>If you are represented by an attorney, complete this section. |
|---|---|---|
| 6. Attorney Information: | Firm Name<br>Leopold Law | |
| | Attorney Last Name | Attorney First Name |
| | Street | |

Online Portal Submission

1

| | | |
|---|---|---|
| **Email** twhiddon@leopold-law.com | **Phone Number** ( \_ \| \_ \| \_ ) \| \_ \| \_ \| \_ \| \_ \| - \| \_ \| \_ \| \_ \| \_ \| | |

| **7. Affected Property Address:** | **Street** 1660 Renaissance Commons Blvd.  Unit 2314 | | | |
|---|---|---|---|---|
| | **City** Boynton Beach | **State** FL | **Zip** 33426 | **County/Parish** Palm Beach |

| **8. Settlement Agreement under which you are submitting this claim (check all that apply):** | ☒ Knauf <br> ☒ Banner <br> ☐ InEx <br> ☒ Global <br>       Participating Supplier Name: Banner <br>       Participating Builder Name: Other <br>       Participating Installer Name: Precision Drywall, Inc. <br> ☐ L&W <br> ☐ Unknown <br> Additional Comments (attached additional pages if necessary): |
|---|---|
| **9. Lawsuit:** | Jurisdiction: United States District Court for the Eastern District of Louisiana <br><br> Case/Docket Number: 2:11-cv-01363-EEF-JCW <br><br> Date Filed: <u>06/8/11</u> <br>     (Month/Day/Year) |
| **10. Drywall Manufacturer:** | ☐ Knauf <br>     ☐ I am a member of the Knauf Settlement Class <br>     ☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class <br> ☒ Mixed (Knauf and other) <br> ☐ Non-Knauf <br> ☐ Unknown |
| **11. Select the option that best describes your relationship to the Affected Property:** | ☐ Residential Owner <br> ☐ Tenant <br> ☐ Previous Commercial or Rental Property Owner <br> ☐ Previous Residential Owner <br> ☒ Commercial or Rental Property Owner <br> ☐ Repairing Builder/Installer/Assignee <br> ☐ Non-Tenant Occupant (e.g. family member) <br> ☐ Condominium Association <br> ☐ Mortgagee(Bank) <br> ☐ Other |
| **12. Provide the Under Air Square Footage for the Affected Property:** | 1240 |
| **13. Comments and additional information about your claim:** | In order to control the damage that was caused to this unit by CDW so they would be habitable and rentable, it was treated with bactericide, repainted, carpet and pad was replaced.  The cost associated with those items is $3,918.38 (itemization of items appear in uploaded Villa Lago Unit Turn Over Cost chart). |

| **B. Required Documents** |
|---|

Claimants seeking compensation for Repair and Relocation Damages caused by Chinese Drywall under the Banner, InEx or Global Settlements must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

1. Proof of Ownership or Assignment of Claim, such as

    (a) a Deed or other document demonstrating the ownership of the Affected Property; OR

    (b) an Assignment of Claim from the Owner of the Affected Property;

2. Documents demonstrating the presence of Chinese Drywall in the Affected Property;

3. Floor Plan or other document showing the Under Air Square Footage of the Affected Property;

4. Evidence of Settlement Eligibility, such as

    (a) a Document demonstrating that Chinese Drywall in the Affected Property was supplied by participating supplier; OR

    (b) a Document demonstrating that a participating builder built the Affected Property; OR

    (c) a Document demonstrating that Chinese Drywall in the Affected Property was installed by participating installer.

5. Any other document that you believe supports your claim.

## C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney | Gregory S. Weiss, Esquire | | **Date** | 09/24/13 <br> (Month/Day/Year) | |
|---|---|---|---|---|---|
| **Printed Name** | First | | Last | | M.I. |

# CHINESE DRYWALL SETTLEMENT PROGRAM
## GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM FORM

Any Claimant seeking Repair and Relocation Expenses under the Global, Banner, or InEx Settlement Agreements must complete and submit this Global, Banner, InEx Repair and Relocation Expenses Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before September 30, 2013.

When completing this Claim Form, refer to the Instructions and Definitions in the Appendix. These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online.

If you are not able to complete the Global, Banner, InEx Repair and Relocation Expenses Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **1. Claimant Name:** | Last Name/Business Name<br>RCR Holdings II, LLC | First | M.I. |
| | DBA or Fictitious Name (if applicable) | | |

| | | | |
|---|---|---|---|
| **2. Individual Claimant's Social Security Number (SSN):** | \|_\|_\|_\| - \|_\|_\| - \|_\|_\|_\|_\| | **3. Business Claimant's Employee Identification Number (EIN)** | \|2\|0\|0\|0\| - \|8\|3\| - \|8\|5\|0\|6\| |

| | |
|---|---|
| **4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant?** | ☐ Yes<br><br>☒ No |
| **5. Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant.** | Name:_____<br><br>SSN: \|_\|_\|_\| - \|_\|_\| - \|_\|_\|_\|_\| |
| | ☐ Check here if you are not represented by an attorney and skip to Question 5.<br>If you are represented by an attorney, complete this section. |
| | Firm Name<br>Leopold Law |
| **6. Attorney Information:** | Attorney Last Name / Attorney First Name<br>Street |

RCR Holdings II, LLC,
102220

1

| | |
|---|---|
| **Email** twhiddon@leopold-law.com | **Phone Number** (___\|___\|___) \|___\|___\|___\| - \|___\|___\|___\|___\| |

**7. Affected Property Address:**

Street
1660 Renaissance Commons Blvd.  Unit 2315

| City | State | Zip | County/Parish |
|---|---|---|---|
| Boynton Beach | FL | 33426 | Palm Beach |

**8. Settlement Agreement under which you are submitting this claim (check all that apply):**

- ☒ Knauf
- ☒ Banner
- ☐ InEx
- ☒ Global
  - Participating Supplier Name: Banner
  - Participating Builder Name: Other
  - Participating Installer Name: Precision Drywall, Inc.
- ☐ L&W
- ☐ Unknown

Additional Comments (attached additional pages if necessary):

**9. Lawsuit:**

Jurisdiction: United States District Court for the Eastern District of Louisiana

Case/Docket Number: 2:11-cv-01363-EEF-JCW

Date Filed: 06/8/11
(Month/Day/Year)

**10. Drywall Manufacturer:**

- ☐ Knauf
  - ☐ I am a member of the Knauf Settlement Class
  - ☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class
- ☒ Mixed (Knauf and other)
- ☐ Non-Knauf
- ☐ Unknown

**11. Select the option that best describes your relationship to the Affected Property:**

- ☐ Residential Owner
- ☐ Tenant
- ☐ Previous Commercial or Rental Property Owner
- ☐ Previous Residential Owner
- ☒ Commercial or Rental Property Owner
- ☐ Repairing Builder/Installer/Assignee
- ☐ Non-Tenant Occupant (e.g. family member)
- ☐ Condominium Association
- ☐ Mortgagee(Bank)
- ☐ Other

**12. Provide the Under Air Square Footage for the Affected Property:**

1240

**13. Comments and additional information about your claim:**

In order to control the damage that was caused to this unit by CDW so they would be habitable and rentable, it was treated with bactericide, repainted, carpet and pad was replaced.  The cost associated with those items is $3,918.38 (itemization of items appear in uploaded Villa Lago Unit Turn Over Cost chart).

## B. Required Documents

RCR Holdings II, LLC,
102220

2

Claimants seeking compensation for Repair and Relocation Damages caused by Chinese Drywall under the Banner, InEx or Global Settlements must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

1. Proof of Ownership or Assignment of Claim, such as

    (a) a Deed or other document demonstrating the ownership of the Affected Property; OR

    (b) an Assignment of Claim from the Owner of the Affected Property;

2. Documents demonstrating the presence of Chinese Drywall in the Affected Property;

3. Floor Plan or document showing the Under Air Square Footage of the Affected Property;

4. Evidence of Settlement Eligibility, such as

    (a) a Document demonstrating that Chinese Drywall in the Affected Property was supplied by participating supplier; OR

    (b) a Document demonstrating that a participating builder built the Affected Property; OR

    (c) a Document demonstrating that Chinese Drywall in the Affected Property was installed by participating installer.

5. Any other document that you believe supports your claim.

## C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney | Gregory S. Weiss, Esquire | Date | 09/24/13 (Month/Day/Year) | |
|---|---|---|---|---|
| **Printed Name** | First | Last | | M.I. |

# CHINESE DRYWALL SETTLEMENT PROGRAM
## GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM FORM

Any Claimant seeking Repair and Relocation Expenses under the Global, Banner, or InEx Settlement Agreements must complete and submit this Global, Banner, InEx Repair and Relocation Expenses Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before September 30, 2013.

When completing this Claim Form, refer to the Instructions and Definitions in the Appendix. These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online.

If you are not able to complete the Global, Banner, InEx Repair and Relocation Expenses Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

| A. CLAIM INFORMATION | | | |
|---|---|---|---|
| **1. Claimant Name:** | Last Name/Business Name<br>RCR Holdings II, LLC | First | M.I. |
| | DBA or Fictitious Name (if applicable) | | |
| **2. Individual Claimant 's Social Security Number (SSN):** | \|\_\|\_\|\_\| - \|\_\|\_\| - \|\_\|\_\|\_\|\_\| | **3. Business Claimant's Employee Identification Number (EIN)** | \|2\|0\|0\|0\| - \|8\|3\| - \|8\|5\|0\|6\| |
| **4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant?** | ☐ Yes<br>☒ No | | |
| **5. Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant.** | Name:_____<br><br>SSN: \|\_\|\_\|\_\| - \|\_\|\_\| - \|\_\|\_\|\_\|\_\| | | |
| | ☐ Check here if you are not represented by an attorney and skip to Question 5.<br>If you are represented by an attorney, complete this section. | | |
| | Firm Name<br>Leopold Law | | |
| **6. Attorney Information:** | Attorney Last Name | | Attorney First Name |
| | Street | | |

RCR Holdings II, LLC, 102220

1

| | | | |
|---|---|---|---|
| | **Email**<br>twhiddon@leopold-law.com | **Phone Number**<br>(_|_|_) _|_|_|_ - _|_|_|_|_| | |

| | | |
|---|---|---|
| **7. Affected Property Address:** | **Street**<br>1660 Renaissance Commons Blvd.  Unit 2319 | |

| **City**<br>Boynton Beach | **State**<br>FL | **Zip**<br>33426 | **County/Parish**<br>Palm Beach |
|---|---|---|---|

| | |
|---|---|
| **8. Settlement Agreement under which you are submitting this claim (check all that apply):** | ☒ Knauf<br>☒ Banner<br>☐ InEx<br>☒ Global<br>      Participating Supplier Name: Banner<br>      Participating Builder Name: Other<br>      Participating Installer Name: Precision Drywall, Inc.<br>☐ L&W<br>☐ Unknown<br>Additional Comments (attached additional pages if necessary): |
| **9. Lawsuit:** | Jurisdiction:<br><br>Case/Docket Number:<br><br>Date Filed: ____/____/____<br>         (Month/Day/Year) |
| **10. Drywall Manufacturer:** | ☐ Knauf<br>    ☐ I am a member of the Knauf Settlement Class<br>    ☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class<br>☒ Mixed (Knauf and other)<br>☐ Non-Knauf<br>☐ Unknown |
| **11. Select the option that best describes your relationship to the Affected Property:** | ☐ Residential Owner<br>☐ Tenant<br>☐ Previous Commercial or Rental Property Owner<br>☐ Previous Residential Owner<br>☒ Commercial or Rental Property Owner<br>☐ Repairing Builder/Installer/Assignee<br>☐ Non-Tenant Occupant (e.g. family member)<br>☐ Condominium Association<br>☐ Mortgagee(Bank)<br>☐ Other |
| **12. Provide the Under Air Square Footage for the Affected Property:** | 1119 |
| **13. Comments and additional information about your claim:** | In order to control the damage that was caused to this unit by CDW so they would be habitable and rentable, it was treated with bactericide, repainted, carpet and pad was replaced.  The cost associated with those items is $3,508.71 (itemization of items appear in uploaded Villa Lago Unit Turn Over Cost chart). |

| **B. Required Documents** |
|---|

RCR Holdings II, LLC,
102220

2

Claimants seeking compensation for Repair and Relocation Damages caused by Chinese Drywall under the Banner, InEx or Global Settlements must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

**1.** Proof of Ownership or Assignment of Claim, such as

    (a) a Deed or other document demonstrating the ownership of the Affected Property; OR

    (b) an Assignment of Claim from the Owner of the Affected Property;

**2.** Documents demonstrating the presence of Chinese Drywall in the Affected Property;

**3.** Floor Plan or other document showing the Under Air Square Footage of the Affected Property;

**4.** Evidence of Settlement Eligibility, such as

    (a) a Document demonstrating that Chinese Drywall in the Affected Property was supplied by participating supplier; OR

    (b) a Document demonstrating that a participating builder built the Affected Property; OR

    (c) a Document demonstrating that Chinese Drywall in the Affected Property was installed by participating installer.

**5.** Any other document that you believe supports your claim.

## C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney | Gregory S. Weiss, Esquire | **Date** | 09/24/13<br>(Month/Day/Year) | |
|---|---|---|---|---|
| **Printed Name** | First | Last | | M.I. |

# CHINESE DRYWALL SETTLEMENT PROGRAM
## GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM FORM

Any Claimant seeking Repair and Relocation Expenses under the Global, Banner, or InEx Settlement Agreements must complete and submit this Global, Banner, InEx Repair and Relocation Expenses Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before September 30, 2013.

When completing this Claim Form, refer to the Instructions and Definitions in the Appendix. These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online.

If you are not able to complete the Global, Banner, InEx Repair and Relocation Expenses Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **1. Claimant Name:** | Last Name/Business Name<br>RCR Holdings II, LLC | First | M.I. |
| | DBA or Fictitious Name (if applicable) | | |

| | | | |
|---|---|---|---|
| **2. Individual Claimant's Social Security Number (SSN):** | \|_\|_\|_\| - \|_\|_\| - \|_\|_\|_\|_\| | **3. Business Claimant's Employee Identification Number (EIN)** | \|2\|0\|0\|0\| - \|8\|3\| - \|8\|5\|0\|6\| |

**4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant?**

☐ Yes
☒ No

**5. Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant.**

Name:_____

SSN: \|_\|_\|_\| - \|_\|_\| - \|_\|_\|_\|_\|

☐ Check here if you are not represented by an attorney and skip to Question 5.
If you are represented by an attorney, complete this section.

Firm Name
Leopold Law

| Attorney Last Name | Attorney First Name |
|---|---|
| | |

**6. Attorney Information:**

Street

RCR Holdings II, LLC,
102220

1

| Email | | Phone Number |
|---|---|---|
| twhiddon@leopold-law.com | | (_ \| \|_) \|_\|_\|_\| - \|_\|_\|_\|_\| |

| 7. Affected Property Address: | Street |
|---|---|
| | 1660 Renaissance Commons Blvd.  Unit 2320 |

| City | State | Zip | County/Parish |
|---|---|---|---|
| Boynton Beach | FL | 33426 | Palm Beach |

| 8. Settlement Agreement under which you are submitting this claim (check all that apply): | ☒ Knauf<br>☒ Banner<br>☐ InEx<br>☒ Global<br>      Participating Supplier Name: Banner<br>      Participating Builder Name: Other<br>      Participating Installer Name: Precision Drywall, Inc.<br>☐ L&W<br>☐ Unknown<br>Additional Comments (attached additional pages if necessary): |
|---|---|

| 9. Lawsuit: | Jurisdiction:<br><br>Case/Docket Number:<br><br>Date Filed: _____ / _____ / _____<br>           (Month/Day/Year) |
|---|---|

| 10. Drywall Manufacturer: | ☐ Knauf<br>    ☐ I am a member of the Knauf Settlement Class<br>    ☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class<br>☒ Mixed (Knauf and other)<br>☐ Non-Knauf<br>☐ Unknown |
|---|---|

| 11. Select the option that best describes your relationship to the Affected Property: | ☐ Residential Owner<br>☐ Tenant<br>☐ Previous Commercial or Rental Property Owner<br>☐ Previous Residential Owner<br>☒ Commercial or Rental Property Owner<br>☐ Repairing Builder/Installer/Assignee<br>☐ Non-Tenant Occupant (e.g. family member)<br>☐ Condominium Association<br>☐ Mortgagee(Bank)<br>☐ Other |
|---|---|

| 12. Provide the Under Air Square Footage for the Affected Property: | 1460 |
|---|---|

| 13. Comments and additional information about your claim: | In order to control the damage that was caused to this unit by CDW so they would be habitable and rentable, it was treated with bactericide, repainted, carpet and pad was replaced.  The cost associated with those items is $4,567.71 (itemization of items appear in uploaded Villa Lago Unit Turn Over Cost chart). |
|---|---|

## B. Required Documents

RCR Holdings II, LLC,
102220

Claimants seeking compensation for Repair and Relocation Damages caused by Chinese Drywall under the Banner, InEx or Global Settlements must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

1. Proof of Ownership or Assignment of Claim, such as

    (a) a Deed or other document demonstrating the ownership of the Affected Property; OR

    (b) an Assignment of Claim from the Owner of the Affected Property;

2. Documents demonstrating the presence of Chinese Drywall in the Affected Property;

3. Floor Plan or document showing the Under Air Square Footage of the Affected Property;

4. Evidence of Settlement Eligibility, such as

    (a) a Document demonstrating that Chinese Drywall in the Affected Property was supplied by participating supplier; OR

    (b) a Document demonstrating that a participating builder built the Affected Property; OR

    (c) a Document demonstrating that Chinese Drywall in the Affected Property was installed by participating installer.

5. Any other document that you believe supports your claim.

## C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney | Gregory S. Weiss, Esquire | Date | 09/24/13 (Month/Day/Year) | |
|---|---|---|---|---|
| **Printed Name** | First | Last | | M.I. |

RCR Holdings II, LLC,

102220

3

# CHINESE DRYWALL SETTLEMENT PROGRAM
## GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM FORM

Any Claimant seeking Repair and Relocation Expenses under the Global, Banner, or InEx Settlement Agreements must complete and submit this Global, Banner, InEx Repair and Relocation Expenses Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before October 25, 2013.

When completing this Claim Form, refer to the Instructions and Definitions in the Appendix. These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online.

If you are not able to complete the Global, Banner, InEx Repair and Relocation Expenses Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| 1. Claimant Name: | Last Name/Business Name<br>RCR Holdings II, LLC | First | M.I. |
|---|---|---|---|
| | DBA or Fictitious Name (if applicable) | | |

| 2. Individual Claimant 's Social Security Number (SSN): | \|__\|__\|__\| - \|__\|__\| - \|__\|__\|__\|__\| | 3. Business Claimant's Employee Identification Number (EIN) | \|2\|0\|0\|0\| - \|8\|3\| - \|8\|5\|0\|6\| |
|---|---|---|---|

**4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant?**

☐ Yes

☒ No

**5. Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant.**

Name:_____

SSN: \|__\|__\|__\| - \|__\|__\| - \|__\|__\|__\|__\|

☐ Check here if you are not represented by an attorney and skip to Question 5.
If you are represented by an attorney, complete this section.

| | Firm Name<br>Leopold Law |
|---|---|
| **6. Attorney Information:** | Attorney Last Name \| Attorney First Name |
| | Street |

| | Email | Phone Number |
|---|---|---|
| | twhiddon@leopold-law.com | (___\|___) \|___\|___\|___\| - \|___\|___\|___\|___\| |

**7. Affected Property Address:**

Street
1660 Renaissance Commons Blvd., Unit 2325

| City | State | Zip | County/Parish |
|---|---|---|---|
| Boynton Beach | FL | 33401 | Palm Beach |

**8. Settlement Agreement under which you are submitting this claim (check all that apply):**

- ☒ Knauf
- ☒ Banner
- ☐ InEx
- ☒ Global
  - Participating Supplier Name: Banner
  - Participating Builder Name: Other
  - Participating Installer Name: Precision Drywall, Inc.
- ☐ L&W
- ☐ Unknown

Additional Comments (attached additional pages if necessary):

**9. Lawsuit:**

Jurisdiction: United States District Court for the Eastern District of Louisiana

Case/Docket Number: 2:11-cv-01363-EEF-JCW

Date Filed: <u>06/8/11</u>
(Month/Day/Year)

**10. Drywall Manufacturer:**

- ☒ Knauf
  - ☒ I am a member of the Knauf Settlement Class
  - ☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class
- ☐ Mixed (Knauf and other)
- ☐ Non-Knauf
- ☐ Unknown

**11. Select the option that best describes your relationship to the Affected Property:**

- ☐ Residential Owner
- ☐ Tenant
- ☐ Previous Commercial or Rental Property Owner
- ☐ Previous Residential Owner
- ☒ Commercial or Rental Property Owner
- ☐ Repairing Builder/Installer/Assignee
- ☐ Non-Tenant Occupant (e.g. family member)
- ☐ Condominium Association
- ☐ Mortgagee(Bank)
- ☐ Other

**12. Provide the Under Air Square Footage for the Affected Property:**

1240

**13. Comments and additional information about your claim:**

In order to control the damage that was caused to this unit by Chinese drywall so it would be habitable and rentable, it was treated with bactericide, repainted, and carpet and pad were replaced.  The cost associated with those items is $3,918.38 (itemization of items appear in uploaded Villa Lago Turn Over Cost chart).

## B. Required Documents

Claimants seeking compensation for Repair and Relocation Damages caused by Chinese Drywall under the Banner, InEx or Global Settlements must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

**1.** Proof of Ownership or Assignment of Claim, such as

(a) a Deed or other document demonstrating the ownership of the Affected Property; OR

(b) an Assignment of Claim from the Owner of the Affected Property;

**2.** Documents demonstrating the presence of Chinese Drywall in the Affected Property;

**3.** Floor Plan or document showing the Under Air Square Footage of the Affected Property;

**4.** Evidence of Settlement Eligibility, such as

(a) a Document demonstrating that Chinese Drywall in the Affected Property was supplied by participating supplier; OR

(b) a Document demonstrating that a participating builder built the Affected Property; OR

(c) a Document demonstrating that Chinese Drywall in the Affected Property was installed by participating installer.

**5.** Any other document that you believe supports your claim.

| C. SIGNATURE | | | |
|---|---|---|---|

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney | Gregory S. Weiss, Esquire | **Date** | 10/24/13<br>(Month/Day/Year) |
|---|---|---|---|
| **Printed Name** | First | Last | M.I. |

# CHINESE DRYWALL SETTLEMENT PROGRAM
## GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM FORM

Any Claimant seeking Repair and Relocation Expenses under the Global, Banner, or InEx Settlement Agreements must complete and submit this Global, Banner, InEx Repair and Relocation Expenses Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before September 30, 2013.

When completing this Claim Form, refer to the Instructions and Definitions in the Appendix.  These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online.  Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along.  Go to https://www3.browngreer.com/drywall to submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online.

If you are not able to complete the Global, Banner, InEx Repair and Relocation Expenses Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **1. Claimant Name:** | Last Name/Business Name<br>RCR Holdings II, LLC | First | M.I. |
| | DBA or Fictitious Name (if applicable) | | |

| | | | |
|---|---|---|---|
| **2. Individual Claimant 's Social Security Number (SSN):** | \|_\|_\|_\| - \|_\|_\| - \|_\|_\|_\|_\| | **3. Business Claimant's Employee Identification Number (EIN)** | \|2\|0\|0\|0\| - \|8\|3\| - \|8\|5\|0\|6\| |

**4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant?**

☐ Yes

☒ No

**5. Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant.**

Name:_____

SSN: \|_\|_\|_\| - \|_\|_\| - \|_\|_\|_\|_\|

☐ Check here if you are not represented by an attorney and skip to Question 5.
If you are represented by an attorney, complete this section.

Firm Name
Leopold Law

| | |
|---|---|
| Attorney Last Name | Attorney First Name |

**6. Attorney Information:**

Street

Offline Portal Submission

| | |
|---|---|
| Email | twhiddon@leopold-law.com |
| Phone Number | ( \_ \| \_ ) \| \_ \| \_ \| \_ \| - \| \_ \| \_ \| \_ \| \_ \| |

**7. Affected Property Address:**

Street: 1660 Renaissance Commons Blvd.  Unit 2402

| City | State | Zip | County/Parish |
|---|---|---|---|
| Boynton Beach | FL | 33426 | Palm Beach |

**8. Settlement Agreement under which you are submitting this claim (check all that apply):**

- ☒ Knauf
- ☒ Banner
- ☐ InEx
- ☒ Global
  - Participating Supplier Name: Banner
  - Participating Builder Name: Other
  - Participating Installer Name: Precision Drywall, Inc.
- ☐ L&W
- ☐ Unknown

Additional Comments (attached additional pages if necessary):

**9. Lawsuit:**

Jurisdiction:

Case/Docket Number:

Date Filed: _____ / _____ / _____
(Month/Day/Year)

**10. Drywall Manufacturer:**

- ☐ Knauf
  - ☐ I am a member of the Knauf Settlement Class
  - ☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class
- ☒ Mixed (Knauf and other)
- ☐ Non-Knauf
- ☐ Unknown

**11. Select the option that best describes your relationship to the Affected Property:**

- ☐ Residential Owner
- ☐ Tenant
- ☐ Previous Commercial or Rental Property Owner
- ☐ Previous Residential Owner
- ☒ Commercial or Rental Property Owner
- ☐ Repairing Builder/Installer/Assignee
- ☐ Non-Tenant Occupant (e.g. family member)
- ☐ Condominium Association
- ☐ Mortgagee(Bank)
- ☐ Other

**12. Provide the Under Air Square Footage for the Affected Property:**

1119

**13. Comments and additional information about your claim:**

In order to control the damage that was caused to this unit by CDW so they would be habitable and rentable, it was treated with bactericide, repainted, carpet and pad was replaced.  The cost associated with those items is $3,508.71 (itemization of items appear in uploaded Villa Lago Unit Turn Over Cost chart).

## B. Required Documents

Claimants seeking compensation for Repair and Relocation Damages caused by Chinese Drywall under the Banner, InEx or Global Settlements must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

**1.** Proof of Ownership or Assignment of Claim, such as

    (a) a Deed or other document demonstrating the ownership of the Affected Property; OR

    (b) an Assignment of Claim from the Owner of the Affected Property;

**2.** Documents demonstrating the presence of Chinese Drywall in the Affected Property;

**3.** Floor Plan or other document showing the Under Air Square Footage of the Affected Property;

**4.** Evidence of Settlement Eligibility, such as

    (a) a Document demonstrating that Chinese Drywall in the Affected Property was supplied by participating supplier; OR

    (b) a Document demonstrating that a participating builder built the Affected Property; OR

    (c) a Document demonstrating that Chinese Drywall in the Affected Property was installed by participating installer.

**5.** Any other document that you believe supports your claim.

| C. SIGNATURE |
|---|

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| **Signature of Claimant/Attorney** | Gregory S. Weiss, Esquire | **Date** | <u>09/24/13</u><br>(Month/Day/Year) | |
|---|---|---|---|---|
| **Printed Name** | First | Last | | M.I. |

# CHINESE DRYWALL SETTLEMENT PROGRAM
## GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM FORM

Any Claimant seeking Repair and Relocation Expenses under the Global, Banner, or InEx Settlement Agreements must complete and submit this Global, Banner, InEx Repair and Relocation Expenses Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before September 30, 2013.

When completing this Claim Form, refer to the Instructions and Definitions in the Appendix. These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online.

If you are not able to complete the Global, Banner, InEx Repair and Relocation Expenses Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **1. Claimant Name:** | Last Name/Business Name<br>RCR Holdings II, LLC | First | M.I. |
| | DBA or Fictitious Name (if applicable) | | |

| | | | |
|---|---|---|---|
| **2. Individual Claimant 's Social Security Number (SSN):** | \|_\|_\|_\| - \|_\|_\| - \|_\|_\|_\|_\| | **3. Business Claimant's Employee Identification Number (EIN)** | \|2\|0\|0\|0\| - \|8\|3\| - \|8\|5\|0\|6\| |

| | |
|---|---|
| **4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant?** | ☐ Yes<br>☒ No |

| | |
|---|---|
| **5. Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant.** | Name:_____<br><br>SSN: \|_\|_\|_\| - \|_\|_\| - \|_\|_\|_\|_\| |

| | |
|---|---|
| | ☐ Check here if you are not represented by an attorney and skip to Question 5.<br>If you are represented by an attorney, complete this section. |
| | Firm Name<br>Leopold Law |
| **6. Attorney Information:** | Attorney Last Name | Attorney First Name |
| | Street |

| | | |
|---|---|---|
| | City | State | Zip |
| | Email<br>twhiddon@leopold-law.com | Phone Number<br>(_ \| \|_) \|_\|_\|_\| - \|_\|_\|_\| |

**7. Affected Property Address:**

Street
1660 Renaissance Commons Blvd.  Unit 2403

| City | State | Zip | County/Parish |
|---|---|---|---|
| Boynton Beach | FL | 33426 | Palm Beach |

**8. Settlement Agreement under which you are submitting this claim (check all that apply):**

- ☒ Knauf
- ☒ Banner
- ☐ InEx
- ☒ Global
  - Participating Supplier Name: Banner
  - Participating Builder Name: Other
  - Participating Installer Name: Precision Drywall, Inc.
- ☐ L&W
- ☐ Unknown

Additional Comments (attached additional pages if necessary):

**9. Lawsuit:**

Jurisdiction:

Case/Docket Number:

Date Filed: ____ / ____ / ____
(Month/Day/Year)

**10. Drywall Manufacturer:**

- ☐ Knauf
  - ☐ I am a member of the Knauf Settlement Class
  - ☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class
- ☒ Mixed (Knauf and other)
- ☐ Non-Knauf
- ☐ Unknown

**11. Select the option that best describes your relationship to the Affected Property:**

- ☐ Residential Owner
- ☐ Tenant
- ☐ Previous Commercial or Rental Property Owner
- ☐ Previous Residential Owner
- ☒ Commercial or Rental Property Owner
- ☐ Repairing Builder/Installer/Assignee
- ☐ Non-Tenant Occupant (e.g. family member)
- ☐ Condominium Association
- ☐ Mortgagee(Bank)
- ☐ Other

**12. Provide the Under Air Square Footage for the Affected Property:**

817

**13. Comments and additional information about your claim:**

In order to control the damage that was caused to this unit by CDW so they would be habitable and rentable, it was treated with bactericide, repainted, carpet and pad was replaced.  The cost associated with those items is $2,773.75 (itemization of items appear in uploaded Villa Lago Unit Turn Over Cost chart).

## B. Required Documents

RCR Holdings II, LLC,
102220

2

Claimants seeking compensation for Repair and Relocation Damages caused by Chinese Drywall under the Banner, InEx or Global Settlements must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

1. Proof of Ownership or Assignment of Claim, such as

    (a) a Deed or other document demonstrating the ownership of the Affected Property; OR

    (b) an Assignment of Claim from the Owner of the Affected Property;

2. Documents demonstrating the presence of Chinese Drywall in the Affected Property;

3. Floor Plan or other document showing the Under Air Square Footage of the Affected Property;

4. Evidence of Settlement Eligibility, such as

    (a) a Document demonstrating that Chinese Drywall in the Affected Property was supplied by participating supplier; OR

    (b) a Document demonstrating that a participating builder built the Affected Property; OR

    (c) a Document demonstrating that Chinese Drywall in the Affected Property was installed by participating installer.

5. Any other document that you believe supports your claim.

## C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney | Gregory S. Weiss, Esquire | Date | 09/24/13 (Month/Day/Year) | |
|---|---|---|---|---|
| Printed Name | First | Last | | M.I. |

# CHINESE DRYWALL SETTLEMENT PROGRAM
## GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM FORM

Any Claimant seeking Repair and Relocation Expenses under the Global, Banner, or InEx Settlement Agreements must complete and submit this Global, Banner, InEx Repair and Relocation Expenses Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before September 30, 2013.

When completing this Claim Form, refer to the Instructions and Definitions in the Appendix. These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online.

If you are not able to complete the Global, Banner, InEx Repair and Relocation Expenses Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **1. Claimant Name:** | Last Name/Business Name<br>RCR Holdings II, LLC | First | M.I. |
| | DBA or Fictitious Name (if applicable) | | |

| | | | |
|---|---|---|---|
| **2. Individual Claimant 's Social Security Number (SSN):** | \|\_\|\_\|\_\| - \|\_\|\_\| - \|\_\|\_\|\_\|\_\| | **3. Business Claimant's Employee Identification Number (EIN)** | \|2\|0\|0\| - \|8\|3\| - \|8\|5\|0\|6\| |

| | |
|---|---|
| **4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant?** | ☐ Yes<br><br>☒ No |

| | |
|---|---|
| **5. Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant.** | Name:_____<br><br>SSN: \|\_\|\_\|\_\| - \|\_\|\_\| - \|\_\|\_\|\_\|\_\| |

| | |
|---|---|
| | ☐ Check here if you are not represented by an attorney and skip to Question 5.<br>If you are represented by an attorney, complete this section. |
| | Firm Name<br>Leopold Law |
| **6. Attorney Information:** | Attorney Last Name | Attorney First Name |
| | Street |

OFFICE Portal Submission

| | | | |
|---|---|---|---|
| | City | State | Zip |
| | Email<br>twhiddon@leopold-law.com | Phone Number<br>(_\|_\|_) \|_\|_\|_\| - \|_\|_\|_\| | |

| | | | | | |
|---|---|---|---|---|---|
| **7. Affected** | Street<br>1660 Renaissance Commons Blvd.  Unit 2405 | | | | |
| **Property Address:** | City<br>Boynton Beach | | State<br>FL | Zip<br>33426 | County/Parish<br>Palm Beach |

| | |
|---|---|
| **8. Settlement Agreement under which you are submitting this claim (check all that apply):** | ☒ Knauf<br>☒ Banner<br>☐ InEx<br>☒ Global<br>     Participating Supplier Name: Banner<br>     Participating Builder Name: Other<br>     Participating Installer Name: Precision Drywall, Inc.<br>☐ L&W<br>☐ Unknown<br>Additional Comments (attached additional pages if necessary): |
| **9. Lawsuit:** | Jurisdiction:<br><br>Case/Docket Number:<br><br>Date Filed: ____/____/____<br>             (Month/Day/Year) |
| **10. Drywall Manufacturer:** | ☐ Knauf<br>    ☐ I am a member of the Knauf Settlement Class<br>    ☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class<br>☒ Mixed (Knauf and other)<br>☐ Non-Knauf<br>☐ Unknown |
| **11. Select the option that best describes your relationship to the Affected Property:** | ☐ Residential Owner<br>☐ Tenant<br>☐ Previous Commercial or Rental Property Owner<br>☐ Previous Residential Owner<br>☒ Commercial or Rental Property Owner<br>☐ Repairing Builder/Installer/Assignee<br>☐ Non-Tenant Occupant (e.g. family member)<br>☐ Condominium Association<br>☐ Mortgagee(Bank)<br>☐ Other |
| **12. Provide the Under Air Square Footage for the Affected Property:** | 1460 |
| **13. Comments and additional information about your claim:** | In order to control the damage that was caused to this unit by CDW so they would be habitable and rentable, it was treated with bactericide, repainted, carpet and pad was replaced.  The cost associated with those items is $4,567.71 (itemization of items appear in uploaded Villa Lago Unit Turn Over Cost chart). |

## B. Required Documents

RCR Holdings II, LLC,<br>
102220

2

Claimants seeking compensation for Repair and Relocation Damages caused by Chinese Drywall under the Banner, InEx or Global Settlements must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

**1.** Proof of Ownership or Assignment of Claim, such as

    (a) a Deed or other document demonstrating the ownership of the Affected Property; OR

    (b) an Assignment of Claim from the Owner of the Affected Property;

**2.** Documents demonstrating the presence of Chinese Drywall in the Affected Property;

**3.** Floor Plan or other document showing the Under Air Square Footage of the Affected Property;

**4.** Evidence of Settlement Eligibility, such as

    (a) a Document demonstrating that Chinese Drywall in the Affected Property was supplied by participating supplier; OR

    (b) a Document demonstrating that a participating builder built the Affected Property; OR

    (c) a Document demonstrating that Chinese Drywall in the Affected Property was installed by participating installer.

**5.** Any other document that you believe supports your claim.

## C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney | Gregory S. Weiss, Esquire | **Date** | 09/24/13 (Month/Day/Year) | |
|---|---|---|---|---|
| **Printed Name** | First | Last | | M.I. |

RCR Holdings II, LLC,

102220

# CHINESE DRYWALL SETTLEMENT PROGRAM
## GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM FORM

Any Claimant seeking Repair and Relocation Expenses under the Global, Banner, or InEx Settlement Agreements must complete and submit this Global, Banner, InEx Repair and Relocation Expenses Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before September 30, 2013.

When completing this Claim Form, refer to the Instructions and Definitions in the Appendix. These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online.

If you are not able to complete the Global, Banner, InEx Repair and Relocation Expenses Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **1. Claimant Name:** | Last Name/Business Name<br>RCR Holdings II, LLC | First | M.I. |
| | DBA or Fictitious Name (if applicable) | | |

| | | | |
|---|---|---|---|
| **2. Individual Claimant 's Social Security Number (SSN):** | \|_\|_\|_\| - \|_\|_\| - \|_\|_\|_\| | **3. Business Claimant's Employee Identification Number (EIN)** | \|2\|0\|0\|0\| - \|8\|3\| - \|8\|5\|0\|6\| |

**4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant?**

☐ Yes

☒ No

**5. Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant.**

Name:_____

SSN: \|_\|_\|_\| - \|_\|_\| - \|_\|_\|_\|

☐ Check here if you are not represented by an attorney and skip to Question 5.
If you are represented by an attorney, complete this section.

Firm Name
Leopold Law

| Attorney Last Name | Attorney First Name |
|---|---|

**6. Attorney Information:**

Street

RCR Holdings II, LLC,
102220

1

| | |
|---|---|
| Email<br>twhiddon@leopold-law.com | Phone Number<br>( \_ \| \| ) \| \| \| \| - \| \| \| \| |

**7. Affected Property Address:**

Street
1660 Renaissance Commons Blvd.  Unit 2408

| City | State | Zip | County/Parish |
|---|---|---|---|
| Boynton Beach | FL | 33426 | Palm Beach |

**8. Settlement Agreement under which you are submitting this claim (check all that apply):**

- ☒ Knauf
- ☒ Banner
- ☐ InEx
- ☒ Global
  - Participating Supplier Name: Banner
  - Participating Builder Name: Other
  - Participating Installer Name: Precision Drywall, Inc.
- ☐ L&W
- ☐ Unknown

Additional Comments (attached additional pages if necessary):

**9. Lawsuit:**

Jurisdiction:

Case/Docket Number:

Date Filed: \_\_\_\_ / \_\_\_\_ / \_\_\_\_
(Month/Day/Year)

**10. Drywall Manufacturer:**

- ☐ Knauf
  - ☐ I am a member of the Knauf Settlement Class
  - ☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class
- ☒ Mixed (Knauf and other)
- ☐ Non-Knauf
- ☐ Unknown

**11. Select the option that best describes your relationship to the Affected Property:**

- ☐ Residential Owner
- ☐ Tenant
- ☐ Previous Commercial or Rental Property Owner
- ☐ Previous Residential Owner
- ☒ Commercial or Rental Property Owner
- ☐ Repairing Builder/Installer/Assignee
- ☐ Non-Tenant Occupant (e.g. family member)
- ☐ Condominium Association
- ☐ Mortgagee(Bank)
- ☐ Other

**12. Provide the Under Air Square Footage for the Affected Property:**

1119

**13. Comments and additional information about your claim:**

In order to control the damage that was caused to this unit by CDW so they would be habitable and rentable, it was treated with bactericide, repainted, carpet and pad was replaced.  The cost associated with those items is $3,508.71 (itemization of items appear in uploaded Villa Lago Unit Turn Over Cost chart).

**B. Required Documents**

RCR Holdings II, LLC,
102220

2

Claimants seeking compensation for Repair and Relocation Damages caused by Chinese Drywall under the Banner, InEx or Global Settlements must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

1. Proof of Ownership or Assignment of Claim, such as

   (a) a Deed or other document demonstrating the ownership of the Affected Property; OR

   (b) an Assignment of Claim from the Owner of the Affected Property;

2. Documents demonstrating the presence of Chinese Drywall in the Affected Property;

3. Floor Plan or other document showing the Under Air Square Footage of the Affected Property;

4. Evidence of Settlement Eligibility, such as

   (a) a Document demonstrating that Chinese Drywall in the Affected Property was supplied by participating supplier; OR

   (b) a Document demonstrating that a participating builder built the Affected Property; OR

   (c) a Document demonstrating that Chinese Drywall in the Affected Property was installed by participating installer.

5. Any other document that you believe supports your claim.

| **C. SIGNATURE** |
| --- |

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney | Gregory S. Weiss, Esquire | Date | 09/24/13 (Month/Day/Year) | |
| --- | --- | --- | --- | --- |
| Printed Name | First | Last | | M.I. |

# CHINESE DRYWALL SETTLEMENT PROGRAM
## GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM FORM

Any Claimant seeking Repair and Relocation Expenses under the Global, Banner, or InEx Settlement Agreements must complete and submit this Global, Banner, InEx Repair and Relocation Expenses Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before September 30, 2013.

When completing this Claim Form, refer to the Instructions and Definitions in the Appendix. These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online.

If you are not able to complete the Global, Banner, InEx Repair and Relocation Expenses Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| 1. Claimant Name: | Last Name/Business Name<br>RCR Holdings II, LLC | First | M.I. |
|---|---|---|---|
| | DBA or Fictitious Name (if applicable) | | |

| 2. | Individual Claimant 's Social Security Number (SSN): | \|__\|__\|__\| - \|__\|__\| - \|__\|__\|__\|__\| | 3. Business Claimant's Employee Identification Number (EIN) | \|2\|0\|0\|0\| - \|8\|3\| - \|8\|5\|0\|6\| |
|---|---|---|---|---|

| 4. | Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant? | ☐ Yes<br>☒ No |
|---|---|---|

| 5. | Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant. | Name:_____<br><br>SSN: \|__\|__\|__\| - \|__\|__\| - \|__\|__\|__\|__\| |
|---|---|---|

| | | ☐ Check here if you are not represented by an attorney and skip to Question 5.<br>If you are represented by an attorney, complete this section. |
|---|---|---|
| **6. Attorney Information:** | Firm Name<br>Leopold Law | |
| | Attorney Last Name | Attorney First Name |
| | Street | |

Online Portal Submission

| City | State | Zip |
| --- | --- | --- |

Email
twhiddon@leopold-law.com

Phone Number
( |  |  | ) |  |  |  |  | - |  |  |  |  |

| | | |
| --- | --- | --- |
| **7. Affected Property Address:** | Street<br>1660 Renaissance Commons Blvd.  Unit 2414 | |
| | City<br>Boynton Beach | State<br>FL |

| City | State | Zip | County/Parish |
| --- | --- | --- | --- |
| Boynton Beach | FL | 33426 | Palm Beach |

**8. Settlement Agreement under which you are submitting this claim (check all that apply):**

- ☒ Knauf
- ☒ Banner
- ☐ InEx
- ☒ Global
  - Participating Supplier Name: Banner
  - Participating Builder Name: Other
  - Participating Installer Name: Precision Drywall, Inc.
- ☐ L&W
- ☐ Unknown

Additional Comments (attached additional pages if necessary):

**9. Lawsuit:**

Jurisdiction: United States District Court for the Eastern District of Louisiana

Case/Docket Number: 2:11-cv-01363-EEF-JCW

Date Filed: <u>06/8/11</u>
(Month/Day/Year)

**10. Drywall Manufacturer:**

- ☐ Knauf
  - ☐ I am a member of the Knauf Settlement Class
  - ☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class
- ☒ Mixed (Knauf and other)
- ☐ Non-Knauf
- ☐ Unknown

**11. Select the option that best describes your relationship to the Affected Property:**

- ☐ Residential Owner
- ☐ Tenant
- ☐ Previous Commercial or Rental Property Owner
- ☐ Previous Residential Owner
- ☒ Commercial or Rental Property Owner
- ☐ Repairing Builder/Installer/Assignee
- ☐ Non-Tenant Occupant (e.g. family member)
- ☐ Condominium Association
- ☐ Mortgagee(Bank)
- ☐ Other

**12. Provide the Under Air Square Footage for the Affected Property:**

1240

**13. Comments and additional information about your claim:**

In order to control the damage that was caused to this unit by CDW so they would be habitable and rentable, it was treated with bactericide, repainted, carpet and pad was replaced.  The cost associated with those items is $3,918.38 (itemization of items appear in uploaded Villa Lago Unit Turn Over Cost chart).

## B. Required Documents

Claimants seeking compensation for Repair and Relocation Damages caused by Chinese Drywall under the Banner, InEx or Global Settlements must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

**1.** Proof of Ownership or Assignment of Claim, such as

    (a) a Deed or other document demonstrating the ownership of the Affected Property; OR

    (b) an Assignment of Claim from the Owner of the Affected Property;

**2.** Documents demonstrating the presence of Chinese Drywall in the Affected Property;

**3.** Floor Plan or other document showing the Under Air Square Footage of the Affected Property;

**4.** Evidence of Settlement Eligibility, such as

    (a) a Document demonstrating that Chinese Drywall in the Affected Property was supplied by participating supplier; OR

    (b) a Document demonstrating that a participating builder built the Affected Property; OR

    (c) a Document demonstrating that Chinese Drywall in the Affected Property was installed by participating installer.

**5.** Any other document that you believe supports your claim.

| C. SIGNATURE |
|---|

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney | Gregory S. Weiss, Esquire | **Date** | 09/24/13 (Month/Day/Year) | |
|---|---|---|---|---|
| **Printed Name** | First | Last | | M.I. |

# CHINESE DRYWALL SETTLEMENT PROGRAM
## GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM FORM

Any Claimant seeking Repair and Relocation Expenses under the Global, Banner, or InEx Settlement Agreements must complete and submit this Global, Banner, InEx Repair and Relocation Expenses Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before September 30, 2013.

When completing this Claim Form, refer to the Instructions and Definitions in the Appendix. These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online.

If you are not able to complete the Global, Banner, InEx Repair and Relocation Expenses Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **1. Claimant Name:** | Last Name/Business Name<br>RCR Holdings II, LLC | First | M.I. |
| | DBA or Fictitious Name (if applicable) | | |

| | | | |
|---|---|---|---|
| **2. Individual Claimant's Social Security Number (SSN):** | ⎵⎵⎵ - ⎵⎵ - ⎵⎵⎵⎵ | **3. Business Claimant's Employee Identification Number (EIN)** | \|2\|0\|0\| - \|8\|3\| - \|8\|5\|0\|6\| |
| **4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant?** | ☐ Yes<br>☒ No | | |
| **5. Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant.** | Name:_____<br><br>SSN: \|⎵⎵⎵\| - \|⎵⎵\| - \|⎵⎵⎵⎵\| | | |
| | ☐ Check here if you are not represented by an attorney and skip to Question 5.<br>If you are represented by an attorney, complete this section. | | |
| | Firm Name<br>Leopold Law | | |
| **6. Attorney Information:** | Attorney Last Name | Attorney First Name | |
| | Street | | |

| | Email<br>twhiddon@leopold-law.com | Phone Number<br>(_ | _ | _ ) _ | _ | _ | _ - | _ | _ | _ | _ | |
|---|---|---|

**7. Affected Property Address:**

Street
1660 Renaissance Commons Blvd.  Unit 2422

| City<br>Boynton Beach | State<br>FL | Zip<br>33426 | County/Parish<br>Palm Beach |
|---|---|---|---|

**8. Settlement Agreement under which you are submitting this claim (check all that apply):**

- ☒ Knauf
- ☒ Banner
- ☐ InEx
- ☒ Global
  - Participating Supplier Name: Banner
  - Participating Builder Name: Other
  - Participating Installer Name: Precision Drywall, Inc.
- ☐ L&W
- ☐ Unknown

Additional Comments (attached additional pages if necessary):

**9. Lawsuit:**

Jurisdiction:

Case/Docket Number:

Date Filed: ____ / ____ / ____
                 (Month/Day/Year)

**10. Drywall Manufacturer:**

- ☐ Knauf
  - ☐ I am a member of the Knauf Settlement Class
  - ☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class
- ☒ Mixed (Knauf and other)
- ☐ Non-Knauf
- ☐ Unknown

**11. Select the option that best describes your relationship to the Affected Property:**

- ☐ Residential Owner
- ☐ Tenant
- ☐ Previous Commercial or Rental Property Owner
- ☐ Previous Residential Owner
- ☒ Commercial or Rental Property Owner
- ☐ Repairing Builder/Installer/Assignee
- ☐ Non-Tenant Occupant (e.g. family member)
- ☐ Condominium Association
- ☐ Mortgagee(Bank)
- ☐ Other

**12. Provide the Under Air Square Footage for the Affected Property:**

1119

**13. Comments and additional information about your claim:**

In order to control the damage that was caused to this unit by CDW so they would be habitable and rentable, it was treated with bactericide, repainted, carpet and pad was replaced.  The cost associated with those items is $3,508.71 (itemization of items appear in uploaded Villa Lago Unit Turn Over Cost chart).

**B. Required Documents**

RCR Holdings II, LLC,
102220

2

Claimants seeking compensation for Repair and Relocation Damages caused by Chinese Drywall under the Banner, InEx or Global Settlements must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

1. Proof of Ownership or Assignment of Claim, such as

   (a) a Deed or other document demonstrating the ownership of the Affected Property; OR

   (b) an Assignment of Claim from the Owner of the Affected Property;

2. Documents demonstrating the presence of Chinese Drywall in the Affected Property;

3. Floor Plan or other document showing the Under Air Square Footage of the Affected Property;

4. Evidence of Settlement Eligibility, such as

   (a) a Document demonstrating that Chinese Drywall in the Affected Property was supplied by participating supplier; OR

   (b) a Document demonstrating that a participating builder built the Affected Property; OR

   (c) a Document demonstrating that Chinese Drywall in the Affected Property was installed by participating installer.

5. Any other document that you believe supports your claim.

## C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney | Gregory S. Weiss, Esquire | Date | 09/24/13 (Month/Day/Year) | |
|---|---|---|---|---|
| Printed Name | First | Last | | M.I. |

RCR Holdings II, LLC,

102220

3

# CHINESE DRYWALL SETTLEMENT PROGRAM
## GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM FORM

Any Claimant seeking Repair and Relocation Expenses under the Global, Banner, or InEx Settlement Agreements must complete and submit this Global, Banner, InEx Repair and Relocation Expenses Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before September 30, 2013.

When completing this Claim Form, refer to the Instructions and Definitions in the Appendix. These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online.

If you are not able to complete the Global, Banner, InEx Repair and Relocation Expenses Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **1. Claimant Name:** | Last Name/Business Name<br>RCR Holdings II, LLC | First | M.I. |
| | DBA or Fictitious Name (if applicable) | | |

| | | | |
|---|---|---|---|
| **2. Individual Claimant 's Social Security Number (SSN):** | \|__\|__\|__\| - \|__\|__\| - \|__\|__\|__\|__\| | **3. Business Claimant's Employee Identification Number (EIN)** | \|2\|0\|0\|0\| - \|8\|3\| - \|8\|5\|0\|6\| |

**4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant?**

☐ Yes

☒ No

**5. Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant.**

Name:_____

SSN: \|__\|__\|__\| - \|__\|__\| - \|__\|__\|__\|__\|

☐ Check here if you are not represented by an attorney and skip to Question 5.
If you are represented by an attorney, complete this section.

Firm Name
Leopold Law

| | |
|---|---|
| Attorney Last Name | Attorney First Name |

**6. Attorney Information:**

Street

RCR Holdings II, LLC,
102220

1

| | |
|---|---|
| Email<br>twhiddon@leopold-law.com | Phone Number<br>( \| \| \| ) \| \| \| \| - \| \| \| \| |

| | | | | | |
|---|---|---|---|---|---|
| **7. Affected Property Address:** | Street<br>1660 Renaissance Commons Blvd.  Unit 2425 | | | | |
| | City<br>Boynton Beach | State<br>FL | Zip<br>33426 | County/Parish<br>Palm Beach | |

**8. Settlement Agreement under which you are submitting this claim (check all that apply):**

☒ Knauf
☒ Banner
☐ InEx
☒ Global
  Participating Supplier Name: Banner
  Participating Builder Name: Other
  Participating Installer Name: Precision Drywall, Inc.
☐ L&W
☐ Unknown
Additional Comments (attached additional pages if necessary):

**9. Lawsuit:**

Jurisdiction: United States District Court for the Eastern District of Louisiana

Case/Docket Number: 2:11-cv-01363-EEF-JCW

Date Filed: <u>06/8/11</u>
       (Month/Day/Year)

**10. Drywall Manufacturer:**

☐ Knauf
  ☐ I am a member of the Knauf Settlement Class
  ☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class
☒ Mixed (Knauf and other)
☐ Non-Knauf
☐ Unknown

**11. Select the option that best describes your relationship to the Affected Property:**

☐ Residential Owner
☐ Tenant
☐ Previous Commercial or Rental Property Owner
☐ Previous Residential Owner
☒ Commercial or Rental Property Owner
☐ Repairing Builder/Installer/Assignee
☐ Non-Tenant Occupant (e.g. family member)
☐ Condominium Association
☐ Mortgagee(Bank)
☐ Other

**12. Provide the Under Air Square Footage for the Affected Property:**

1240

**13. Comments and additional information about your claim:**

In order to control the damage that was caused to this unit by CDW so they would be habitable and rentable, it was treated with bactericide, repainted, carpet and pad was replaced.  The cost associated with those items is $3,918.38 (itemization of items appear in uploaded Villa Lago Unit Turn Over Cost chart).

## B. Required Documents

RCR Holdings II, LLC,
102220

2

Claimants seeking compensation for Repair and Relocation Damages caused by Chinese Drywall under the Banner, InEx or Global Settlements must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

**1.** Proof of Ownership or Assignment of Claim, such as

    (a) a Deed or other document demonstrating the ownership of the Affected Property; OR

    (b) an Assignment of Claim from the Owner of the Affected Property;

**2.** Documents demonstrating the presence of Chinese Drywall in the Affected Property;

**3.** Floor Plan or other document showing the Under Air Square Footage of the Affected Property;

**4.** Evidence of Settlement Eligibility, such as

    (a) a Document demonstrating that Chinese Drywall in the Affected Property was supplied by participating supplier; OR

    (b) a Document demonstrating that a participating builder built the Affected Property; OR

    (c) a Document demonstrating that Chinese Drywall in the Affected Property was installed by participating installer.

**5.** Any other document that you believe supports your claim.

## C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney | Gregory S. Weiss, Esquire | **Date** | 09/24/13 (Month/Day/Year) | |
|---|---|---|---|---|
| **Printed Name** | First | Last | | M.I. |

# CHINESE DRYWALL SETTLEMENT PROGRAM
## GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM FORM

Any Claimant seeking Repair and Relocation Expenses under the Global, Banner, or InEx Settlement Agreements must complete and submit this Global, Banner, InEx Repair and Relocation Expenses Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before September 30, 2013.

When completing this Claim Form, refer to the Instructions and Definitions in the Appendix. These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online.

If you are not able to complete the Global, Banner, InEx Repair and Relocation Expenses Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **1. Claimant Name:** | Last Name/Business Name<br>RCR Holdings II, LLC | First | M.I. |
| | DBA or Fictitious Name (if applicable) | | |

| | | | |
|---|---|---|---|
| **2. Individual Claimant 's Social Security Number (SSN):** | \|__\|__\|__\| - \|__\|__\| - \|__\|__\|__\|__\| | **3. Business Claimant's Employee Identification Number (EIN)** | \|2\|0\|0\|0\| - \|8\|3\| - \|8\|5\|0\|6\| |

| | |
|---|---|
| **4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant?** | ☐ Yes<br>☒ No |

| | |
|---|---|
| **5. Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant.** | Name:_____<br><br>SSN: \|__\|__\|__\| - \|__\|__\| - \|__\|__\|__\|__\| |

| | |
|---|---|
| | ☐ Check here if you are not represented by an attorney and skip to Question 5.<br>If you are represented by an attorney, complete this section. |
| | Firm Name<br>Leopold Law |
| **6. Attorney Information:** | Attorney Last Name / Attorney First Name<br>Street |

| | |
|---|---|
| City | State | Zip |
| Email<br>twhiddon@leopold-law.com | Phone Number<br>(_\|_\|_) \|_\|_\|_\| - \|_\|_\|_\| |

**7. Affected Property Address:**

Street
1660 Renaissance Commons Blvd.  Unit 2509

| City | State | Zip | County/Parish |
|---|---|---|---|
| Boynton Beach | FL | 33426 | Palm Beach |

**8. Settlement Agreement under which you are submitting this claim (check all that apply):**

- ☒ Knauf
- ☒ Banner
- ☐ InEx
- ☒ Global
  - Participating Supplier Name: Banner
  - Participating Builder Name: Other
  - Participating Installer Name: Precision Drywall, Inc.
- ☐ L&W
- ☐ Unknown

Additional Comments (attached additional pages if necessary):

**9. Lawsuit:**

Jurisdiction: United States District Court for the Eastern District of Louisiana

Case/Docket Number: 2:11-cv-01363-EEF-JCW

Date Filed: <u>06/8/11</u>
(Month/Day/Year)

**10. Drywall Manufacturer:**

- ☐ Knauf
  - ☐ I am a member of the Knauf Settlement Class
  - ☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class
- ☒ Mixed (Knauf and other)
- ☐ Non-Knauf
- ☐ Unknown

**11. Select the option that best describes your relationship to the Affected Property:**

- ☐ Residential Owner
- ☐ Tenant
- ☐ Previous Commercial or Rental Property Owner
- ☐ Previous Residential Owner
- ☒ Commercial or Rental Property Owner
- ☐ Repairing Builder/Installer/Assignee
- ☐ Non-Tenant Occupant (e.g. family member)
- ☐ Condominium Association
- ☐ Mortgagee(Bank)
- ☐ Other

**12. Provide the Under Air Square Footage for the Affected Property:**

1240

**13. Comments and additional information about your claim:**

In order to control the damage that was caused to this unit by CDW so they would be habitable and rentable, it was treated with bactericide, repainted, carpet and pad was replaced.  The cost associated with those items is $3,918.38 (itemization of items appear in uploaded Villa Lago Unit Turn Over Cost chart).

## B. Required Documents

Claimants seeking compensation for Repair and Relocation Damages caused by Chinese Drywall under the Banner, InEx or Global Settlements must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

1. Proof of Ownership or Assignment of Claim, such as

   (a) a Deed or other document demonstrating the ownership of the Affected Property; OR

   (b) an Assignment of Claim from the Owner of the Affected Property;

2. Documents demonstrating the presence of Chinese Drywall in the Affected Property;

3. Floor Plan or other document showing the Under Air Square Footage of the Affected Property;

4. Evidence of Settlement Eligibility, such as

   (a) a Document demonstrating that Chinese Drywall in the Affected Property was supplied by participating supplier; OR

   (b) a Document demonstrating that a participating builder built the Affected Property; OR

   (c) a Document demonstrating that Chinese Drywall in the Affected Property was installed by participating installer.

5. Any other document that you believe supports your claim.

## C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney | Gregory S. Weiss, Esquire | | Date | 09/24/13 (Month/Day/Year) | |
|---|---|---|---|---|---|
| Printed Name | First | Last | | | M.I. |

RCR Holdings II, LLC,
102220

3

# CHINESE DRYWALL SETTLEMENT PROGRAM
## GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM FORM

Any Claimant seeking Repair and Relocation Expenses under the Global, Banner, or InEx Settlement Agreements must complete and submit this Global, Banner, InEx Repair and Relocation Expenses Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before September 30, 2013.

When completing this Claim Form, refer to the Instructions and Definitions in the Appendix. These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online.

If you are not able to complete the Global, Banner, InEx Repair and Relocation Expenses Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **1. Claimant Name:** | Last Name/Business Name<br>RCR Holdings II, LLC | First | M.I. |
| | DBA or Fictitious Name (if applicable) | | |

| | | | |
|---|---|---|---|
| **2. Individual Claimant 's Social Security Number (SSN):** | \|_\|_\|_\| - \|_\|_\| - \|_\|_\|_\|_\| | **3. Business Claimant's Employee Identification Number (EIN)** | \|2\|0\|0\|0\| - \|8\|3\| - \|8\|5\|0\|6\| |

**4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant?**

☐ Yes

☒ No

**5. Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant.**

Name:_____

SSN: \|_\|_\|_\| - \|_\|_\| - \|_\|_\|_\|_\|

☐ Check here if you are not represented by an attorney and skip to Question 5.
If you are represented by an attorney, complete this section.

Firm Name
Leopold Law

| | |
|---|---|
| Attorney Last Name | Attorney First Name |

**6. Attorney Information:**

Street

| | | | |
|---|---|---|---|
| | Email<br>twhiddon@leopold-law.com | Phone Number<br>(\_\_\|\_\_\|\_\_) \|\_\|\_\|\_\| - \|\_\|\_\|\_\|\_\| | |

**7. Affected Property Address:**

Street<br>1660 Renaissance Commons Blvd.  Unit 2612

| City | State | Zip | County/Parish |
|---|---|---|---|
| Boynton Beach | FL | 33426 | Palm Beach |

**8. Settlement Agreement under which you are submitting this claim (check all that apply):**

☒ Knauf
☒ Banner
☐ InEx
☒ Global
     Participating Supplier Name: Banner
     Participating Builder Name: Other
     Participating Installer Name: Precision Drywall, Inc.
☐ L&W
☐ Unknown
Additional Comments (attached additional pages if necessary):

**9. Lawsuit:**

Jurisdiction:

Case/Docket Number:

Date Filed: \_\_\_\_\_/\_\_\_\_\_/\_\_\_\_\_
       (Month/Day/Year)

**10. Drywall Manufacturer:**

☐ Knauf
    ☐ I am a member of the Knauf Settlement Class
    ☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class
☒ Mixed (Knauf and other)
☐ Non-Knauf
☐ Unknown

**11. Select the option that best describes your relationship to the Affected Property:**

☐ Residential Owner
☐ Tenant
☐ Previous Commercial or Rental Property Owner
☐ Previous Residential Owner
☒ Commercial or Rental Property Owner
☐ Repairing Builder/Installer/Assignee
☐ Non-Tenant Occupant (e.g. family member)
☐ Condominium Association
☐ Mortgagee(Bank)
☐ Other

**12. Provide the Under Air Square Footage for the Affected Property:**

817

**13. Comments and additional information about your claim:**

In order to control the damage that was caused to this unit by CDW so they would be habitable and rentable, it was treated with bactericide, repainted, carpet and pad was replaced.  The cost associated with those items is $2,773.75 (itemization of items appear in uploaded Villa Lago Unit Turn Over Cost chart).

**B. Required Documents**

Claimants seeking compensation for Repair and Relocation Damages caused by Chinese Drywall under the Banner, InEx or Global Settlements must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

**1.** Proof of Ownership or Assignment of Claim, such as

    (a) a Deed or other document demonstrating the ownership of the Affected Property; OR

    (b) an Assignment of Claim from the Owner of the Affected Property;

**2.** Documents demonstrating the presence of Chinese Drywall in the Affected Property;

**3.** Floor Plan or other document showing the Under Air Square Footage of the Affected Property;

**4.** Evidence of Settlement Eligibility, such as

    (a) a Document demonstrating that Chinese Drywall in the Affected Property was supplied by participating supplier; OR

    (b) a Document demonstrating that a participating builder built the Affected Property; OR

    (c) a Document demonstrating that Chinese Drywall in the Affected Property was installed by participating installer.

**5.** Any other document that you believe supports your claim.

## C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney | Gregory S. Weiss, Esquire | **Date** | 09/24/13 (Month/Day/Year) |
|---|---|---|---|
| **Printed Name** | First | Last | M.I. |

# CHINESE DRYWALL SETTLEMENT PROGRAM
## GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM FORM

Any Claimant seeking Repair and Relocation Expenses under the Global, Banner, or InEx Settlement Agreements must complete and submit this Global, Banner, InEx Repair and Relocation Expenses Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before September 30, 2013.

When completing this Claim Form, refer to the Instructions and Definitions in the Appendix. These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online.

If you are not able to complete the Global, Banner, InEx Repair and Relocation Expenses Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **1. Claimant Name:** | Last Name/Business Name<br>RCR Holdings II, LLC | First | M.I. |
| | DBA or Fictitious Name (if applicable) | | |

| | | | |
|---|---|---|---|
| **2. Individual Claimant's Social Security Number (SSN):** | \|_\|_\|_\| - \|_\|_\| - \|_\|_\|_\|_\| | **3. Business Claimant's Employee Identification Number (EIN)** | \|2\|0\|0\|0\| - \|8\|3\| - \|8\|5\|0\|6\| |

**4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant?**

☐ Yes

☒ No

**5. Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant.**

Name:_____

SSN: \|_\|_\|_\| - \|_\|_\| - \|_\|_\|_\|_\|

☐ Check here if you are not represented by an attorney and skip to Question 5.
If you are represented by an attorney, complete this section.

Firm Name
Leopold Law

| Attorney Last Name | Attorney First Name |
|---|---|
| | |

**6. Attorney Information:**

Street

RCR Holdings II, LLC,
102220

1

| | |
|---|---|
| City | State | Zip |
| Email | Phone Number |
| twhiddon@leopold-law.com | ( \_\_\_ \|\_\_\_ ) \|\_\_\_\|\_\_\_\|\_\_\_\| - \|\_\_\_\|\_\_\_\|\_\_\_\|\_\_\_\| |

**7. Affected Property Address:**

Street
1660 Renaissance Commons Blvd.  Unit 2625

| City | State | Zip | County/Parish |
|---|---|---|---|
| Boynton Beach | FL | 33426 | Palm Beach |

**8. Settlement Agreement under which you are submitting this claim (check all that apply):**

- ☒ Knauf
- ☒ Banner
- ☐ InEx
- ☒ Global
  - Participating Supplier Name: Banner
  - Participating Builder Name: Other
  - Participating Installer Name: Precision Drywall, Inc.
- ☐ L&W
- ☐ Unknown

Additional Comments (attached additional pages if necessary):

**9. Lawsuit:**

Jurisdiction: United States District Court for the Eastern District of Louisiana

Case/Docket Number: 2:11-cv-01363-EEF-JCW

Date Filed: <u>06/8/11</u>
(Month/Day/Year)

**10. Drywall Manufacturer:**

- ☐ Knauf
  - ☐ I am a member of the Knauf Settlement Class
  - ☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class
- ☒ Mixed (Knauf and other)
- ☐ Non-Knauf
- ☐ Unknown

**11. Select the option that best describes your relationship to the Affected Property:**

- ☐ Residential Owner
- ☐ Tenant
- ☐ Previous Commercial or Rental Property Owner
- ☐ Previous Residential Owner
- ☒ Commercial or Rental Property Owner
- ☐ Repairing Builder/Installer/Assignee
- ☐ Non-Tenant Occupant (e.g. family member)
- ☐ Condominium Association
- ☐ Mortgagee(Bank)
- ☐ Other

**12. Provide the Under Air Square Footage for the Affected Property:**

1240

**13. Comments and additional information about your claim:**

In order to control the damage that was caused to this unit by CDW so they would be habitable and rentable, it was treated with bactericide, repainted, carpet and pad was replaced.  The cost associated with those items is $3,918.38 (itemization of items appear in uploaded Villa Lago Unit Turn Over Cost chart).

## B. Required Documents

RCR Holdings II, LLC,
102220

Claimants seeking compensation for Repair and Relocation Damages caused by Chinese Drywall under the Banner, InEx or Global Settlements must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

1. Proof of Ownership or Assignment of Claim, such as

    (a) a Deed or other document demonstrating the ownership of the Affected Property; OR

    (b) an Assignment of Claim from the Owner of the Affected Property;

2. Documents demonstrating the presence of Chinese Drywall in the Affected Property;

3. Floor Plan or other document showing the Under Air Square Footage of the Affected Property;

4. Evidence of Settlement Eligibility, such as

    (a) a Document demonstrating that Chinese Drywall in the Affected Property was supplied by participating supplier; OR

    (b) a Document demonstrating that a participating builder built the Affected Property; OR

    (c) a Document demonstrating that Chinese Drywall in the Affected Property was installed by participating installer.

5. Any other document that you believe supports your claim.

## C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney | Gregory S. Weiss, Esquire | | Date | 09/24/13 (Month/Day/Year) | |
|---|---|---|---|---|---|
| Printed Name | First | Last | | | M.I. |

RCR Holdings II, LLC,

102220

3