# EXHIBIT N

| *ROGERS V. KNAUF GIPS, KG, ET AL* *10-362* *OMNIBUS IV(B) COMPLAINT* | | |
|---|---|---|
| **DEFENDANT** | **ADDRESS FOR SERVICE** | **SERVICE WAS MADE** |
| Knauf GIPS KG | Kerry J. Miller, Esquire<br>Frilot LLC<br>Suite 3700<br>1100 Poydras Street<br>New Orleans LA 70130 | 1/31/11 |
| Knauf Plasterboard (Tianjin) Co. Ltd. | Kerry J. Miller, Esquire<br>Frilot LLC<br>Suite 3700<br>1100 Poydras Street<br>New Orleans LA 70130 | 1/31/11 |
| Knauf Plasterboard (Wuhu) Co. Ltd. | Kerry J. Miller, Esquire<br>Frilot LLC<br>Suite 3700<br>1100 Poydras Street<br>New Orleans LA 70130 | 1/31/11 |
| Guangdong Knauf New Building Material Products Co., Ltd. | Kerry J. Miller, Esquire<br>Frilot LLC<br>Suite 3700<br>1100 Poydras Street<br>New Orleans LA 70130 | 1/31/11 |
| Knauf Insulation GmbH a/k/a Knauf USA and/or Knauf Insulation USA | Kerry J. Miller, Esquire<br>Frilot LLC<br>Suite 3700<br>1100 Poydras Street<br>New Orleans LA 70130 | 1/31/11 |