# EXHIBIT O

| \  | ROGERS V. KNAUF GIPS, KG, ET AL  10-362  OMNIBUS IV(C) COMPLAINT | \  |
|---|---|---|
| **DEFENDANT** | **ADDRESS FOR SERVICE** | **SERVICE WAS MADE** |
| Knauf GIPS KG | Kerry J. Miller, Esquire  Frilot LLC  Suite 3700  1100 Poydras Street  New Orleans LA 70130 | 2/4/11 |
| Knauf Plasterboard (Tianjin) Co. Ltd. | Kerry J. Miller, Esquire  Frilot LLC  Suite 3700  1100 Poydras Street  New Orleans LA 70130 | 2/4/11 |
| Knauf Plasterboard (Wuhu) Co. Ltd. | Kerry J. Miller, Esquire  Frilot LLC  Suite 3700  1100 Poydras Street  New Orleans LA 70130 | 2/4/11 |
| Guangdong Knauf New Building Material Products Co., Ltd. | Kerry J. Miller, Esquire  Frilot LLC  Suite 3700  1100 Poydras Street  New Orleans LA 70130 | 2/4/11 |
| Knauf Insulation GmbH a/k/a Knauf USA and/or Knauf Insulation USA | Kerry J. Miller, Esquire  Frilot LLC  Suite 3700  1100 Poydras Street  New Orleans LA 70130 | 2/4/11 |
| Knauf UK GMBH | Kerry J. Miller, Esquire  Frilot LLC  Suite 3700  1100 Poydras Street  New Orleans LA 70130 | 2/4/11 |
| Knauf International GmbH | Kerry J. Miller, Esquire  Frilot LLC  Suite 3700  1100 Poydras Street  New Orleans LA 70130 | 2/4/11 |

| *ROGERS V. KNAUF GIPS, KG, ET AL* <br> *10-362* <br><br> *OMNIBUS IV(C)* COMPLAINT ||| 
|---|---|---|
| **DEFENDANT** | **ADDRESS FOR SERVICE** | **SERVICE WAS MADE** |
| Gebrueder Knauf Verwaltungsgesellschaft, KG | Kerry J. Miller, Esquire <br> Frilot LLC <br> Suite 3700 <br> 1100 Poydras Street <br> New Orleans LA 70130 | 2/4/11 |