# EXHIBIT P

| *ABEL V. TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG TAIHE DONGXIN CO., LTD.* <br> *11-080* <br> *OMNIBUS VII COMPLAINT* | | |
|---|---|---|
| **DEFENDANT** | **ADDRESS FOR SERVICE** | **SERVICE WAS MADE** |
| Taian Taishan Plasterboard Co., Ltd. | Joe Cyr, Esquire HOGAN LOVELLS US LLP 875 Third Avenue New York, NY 10022 | 7/9/14 Served on defense counsel via Federal Express pursuant to the Court's Order dated June 25, 2014 (Rec. Doc. No. 17790) |
| Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd. | Joe Cyr, Esquire HOGAN LOVELLS US LLP 875 Third Avenue New York, NY 10022 | 7/9/14 Served on defense counsel via Federal Express pursuant to the Court's Order dated June 25, 2014 (Rec. Doc. No. 17790) |