UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL | MDL No. 2047<br>SECTION L<br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | MAG. JUDGE<br>WILKINSON |

## MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO SUBMIT LATE-FILED CLAIM INTO THE GLOBAL, BANNER, INEX SETTLEMENT AGREEMENTS

COMES NOW the Plaintiffs, RAMIRO TORRES-BARAJAS and NOEL TORRES ("Plaintiffs") (CDW claimant ID 112565), by and through undersigned counsel, and requests this Court for an order allowing Plaintiffs to submit their late claim into the Global, Banner, InEx Settlement (GBI) and would show the Court that:

1. Plaintiffs, through their counsel, were timely registered on the Brown Greer portal.

2. Plaintiffs, through their counsel, prepared a Global, Banner, InEx Pre-remediation Alternative Living Expenses Claim form, a Foreclosure and Lost Equity Claim form and a Miscellaneous Claim form on September 24, 2013.

3. Plaintiffs are eligible class members, having owned and/or resided in an Affected Property.

4. This firm, which collectively filed approximately 6,000 claims on behalf of their clients, recently discovered that the Plaintiffs' claim form for Foreclosure and Lost Equity was inadvertently not uploaded to the portal.

5. The reason that Plaintiffs' claim for Foreclosure and Lost Equity was not filed timely is due to an inadvertent error, mistake and/or excusable neglect on behalf of undersigned counsel and is in no way the fault of the Plaintiffs themselves.

6. No prejudice will result from the inclusion of the Plaintiffs' Foreclosure and Lost Equity Claim. No action has been taken in the proceeding which could cause prejudice to any other party in the proceeding.

7. Given that Plaintiffs were timely registered and have other claims filed, undersigned counsel moves that the Court invoke its equitable powers to permit Plaintiffs Foreclosure and Lost Equity Claim to be included in the Settlement process.

8. Pursuant to CAP 2013-6, paragraph 3, upon a showing of good cause the Court may allow the Settlement Administrator to accept claims after the January 15, 2014, deadline.

9. Plaintiffs were declared ELIGIBLE and received payment on their GBI Repair and Relocation Expenses Claim that was submitted on September 24, 2013.

10. Because all of the documents were attained but inadvertently not submitted for the Foreclosure and Lost Equity Claim as part of the submission process to the claims portal, counsel can expeditiously submit the documentation to the Claims Administrator to file this claim. Therefore, undersigned counsel seeks, on behalf of Plaintiffs, an order granting this motion to file their Foreclosure and Lost Equity claim into the GBI fund.

WHEREFORE, for the above reasons, RAMIRO TORRES-BARAJAS and NOEL TORRES respectfully request this Honorable Court enter an order permitting them, through counsel, to submit their Foreclosure and Lost Equity Claim form and to deem it timely filed.

DATED: January 30, 2015                    Respectfully submitted,

*/s/ Gary E. Mason*
Gary E. Mason
Daniel K. Bryson
WHITFIELD BRYSON & MASON LLP
1625 Massachusetts Ave., NW, Suite 605
Washington, D.C.  20036
Telephone:  (202) 429-2290
Facsimile:  (202) 429-2294
gmason@wbmllp.com
dan@wbmllp.com

                                            Joel R. Rhine
                                            RHINE MARTIN LAW FIRM
                                            1612 Military Cutoff Rd
                                            Suite 300
                                            Wilmington, NC 28403
                                            Telephone:  (910) 772-9960
                                            Facsimile:   (910) 772-9062
                                            jrr@rhinelawfirm.com

                                            *Counsel for Plaintiffs*