UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL          MDL No. 2047
                                             SECTION: L
THIS DOCUMENT RELATES TO:                    JUDGE FALLON
ALL CASES

                                             MAG. JUDGE WILKINSON

ORDER GRANTING PLAINTIFF'S MOTION

The Court, having considered Plaintiff's Motion to Submit a Late-Filed Claim into the

Global, Banner, InEx Settlement (GBI) and supporting Memorandum, finds that Plaintiffs,

Ramiro Torres-Barajas and Noel Torres (CDW claimant ID 112565), by and through

undersigned counsel, and requests this Court for an order allowing them to submit their

foreclosure and lost equity claim into the Global, Banner, InEx Settlement (GBI)  which will be

considered timely submitted.

Accordingly, it is ORDERED  that plaintiff s RAMIRO TORRES-BARAJAS and NOEL

TORRES' Motion is GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2015.


_____
HON. ELDON E. FALLON
DISTRICT COURT JUDGE