# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED ) | |
|       DRYWALL PRODUCTS ) | MDL NO. 2047 |
|       LIABILITY LITIGATION ) | |
| ) | |
| THIS DOCUMENT RELATES TO: ) | SECTION: L |
| ) | |
| *Hobbie, et al. v.* ) | JUDGE FALLON |
| *RCR Holdings II, LLC, et al.,* ) | |
| ) | |
| No. 10-1113 ) | |
| ) | MAG. JUDGE WILKINSON |
| ) | |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Plaintiffs, Ramiro Torres-Barajas and Noel Torres (CDW claimant ID 112565) ("Plaintiffs"), by and through undersigned counsel, and requests this Court for an order allowing them to submit their foreclosure claim into the Global, Banner, InEx Settlement (GBI) before the Hon. Eldon E. Fallon at 9:00 a.m. on February 25, 2015, or at such other time as the Court directs, at the United States Court for the Eastern District of Louisiana. Pursuant to Uniform Local Rule 78.1E, this motion will be heard without benefit of oral argument, unless the Court directs otherwise.

Date: January 30, 2015     WHITFIELD BRYSON & MASON LLP

/s/ Gary E. Mason
Gary E. Mason
Daniel K. Bryson
1625 Massachusetts Ave., NW, Suite 605
Washington, D.C. 20036
Tel. (202) 429-2290
Fax. (202) 429-2294

Joel R. Rhine
RHINE LAW FIRM, PC
314 Walnut Street, Suite 1000
Wilmington, NC 28401

Tel. (910) 772-9960
Fax. (910) 772-9062

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the above and forgoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File and Serve® in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of the United States Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047 on this 28th day of January, 2015.

/s/ Gary E. Mason
Gary E. Mason