UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

The Court received and reviewed the attached correspondence from claimant Diane Jastram regarding a request to make a late-filed claim.

**IT IS ORDERED** that the attached correspondence -be entered into the record.

**IT IS FURTHER ORDERED** that Defendants' Liaison Counsel and the Pro Se Curator review the correspondence.

New Orleans, Louisiana, this 28th day of January, 2015.

_____
UNITED STATES DISTRICT JUDGE

cc:

Ms. Diane Jastram
G15 Twin Lights Terrace
Atlantic Highlands, NJ 07732

1