STATE OF __ALABAMA__

## BUILDING CONTRACT
## BASS HOMES, INC.

This agreement made this __15TH__ day of __JULY__, __2008__, between __JASON HERRINGTON AND CASSIE HERRINGTON__, hereinafter designated "Buyer" whose residence is __20608 CAMERON LANE__ and Bass Homes, Inc., having its principal place of business at P. O. Box 344, Stapleton, Alabama, 36578, hereinafter designated "Seller."

(1)

**WITNESSETH:**

The Seller agrees to build according to the plans and specifications on this sheet, or sheet attached hereto, which is by reference made a part hereof, on the property of the Buyer, located at:
__HURLEY, MS.__

(2)

Description of construction to be performed: __BUILD A 50' X 56' X 59' ONE AND ONE HALF STORY HOME, TO BE BUILT ACCORDING TO BASS HOMES, INC. "HALLMARK GOLD" MODEL, FOR SPECIAL CHANGES AND DETAILS SEE EXHIBITS A, B, C, D, E AND F ATTACHED HERETO. (WITHOUT GARAGE: 50' X 56')__

Exhibits A, B, C, D, E and F dated __JULY 15TH 2008__, and attached hereto, before execution hereof, are made a part of this contract.

Buyer covenants and agrees to pay for said project (work) the sums and amounts herein set forth, pursuant to the following terms: __TWO HUNDRED TWENTY THOUSAND AND 00/100__

(1) TOTAL PRICE           $ __220,000.00__
(2) DOWN PAYMENT          $ __1,000.00__
(3) UNPAID BALANCE        $ __219,000.00__

Details of Payments: __BUYER(S) TO OBTAIN A CONVENTIONAL MORTGAGE LOAN. BUYER(S) TO PAY ALL CLOSING COSTS, DISCOUNT POINTS AND PRE-PAIDS. BUYER(S) TO OBTAIN A 100% CONSTRUCTION LOAN WITH PROGRESS PAYMENTS DURING CONSTRUCTION OF HOME. SAID PAYMENTS TO BE AS PER STANDARD BANK POLICY. FINAL PAYMENT DUE UPON COMPLETION OF HOME.__

(3)

This instrument, and the other instruments signed in connection with this transaction contain the price and all the terms and conditions agreed upon by the Buyer and Seller, and no statement, representation or promise not set forth herein or in any of said instruments has been made to induce either party to enter into this transaction. In the event an unsatisfactory credit report on the Buyer or any other information unsatisfactory to the Seller is received prior to beginning construction of the house, Seller at its option may within 10 days thereafter cancel this agreement UPON returning to Buyer any deposit. In the event Buyer fails to perform any activities or duties required of Buyer (e.g., failure to prepare lot for construction, or, failure to obtain an unconditional letter of commitment for funds to purchase home or any contents of this contract, or, failure to deliver proof of all funds if cash purchase applies) which failure prevents Seller from commencing construction for a period of sixty (60) days from the date hereof, Seller may cancel this contract at its option, regardless of any assistance that seller may have provided in financing. Should seller not exercise their option to cancel buyer at 60 day requirement then seller can negotiate with buyers to increase cost of this contract should seller choose to do so, provided that construction has not commenced by seller at buyers property described herein (e.g., starting foundation work on home). If buyer chooses not to agree an additional cost then seller may cancel this contract and retain buyers initial deposit of money. In the event the Buyer does not have good and marketable title to the property described in paragraph 1, Seller may at its option, elect to incur all expenses reasonably necessary to obtain good and marketable title in the Buyer, and Buyer shall forthwith reimburse Seller for all expenses so incurred by Seller. In the event the house built by Seller at the location on the ground designated by Buyer is not entirely on the property of Buyer, then the Buyer agrees to pay Seller any and all costs, damages, losses and expenses, including reasonable attorneys' fees and court costs, suffered or incurred as a result thereof by Seller. The above expenses incurred by the Seller shall constitute a lien against said property of the Buyer until paid. No completion date has been represented or is a part of this contract. All provisions of this contract are subject to approval by an officer of BASS HOMES, INC., Stapleton, AL 36578.

In those homes where pilings are specified, pilings shall be to a depth determined by Seller to be structurally safe and sound. In the event the Buyer requires a depth in excess of that deemed by Seller to be sufficient and structurally safe and sound, this contract, at the option of Seller, shall be declared null and void, or the contract may be re-negotiated to include the cost of drilling to a deeper depth. Commencement of construction and commencement of drilling pilings shall not be deemed a waiver of this position.

The house to be constructed is not designed for unusual surface conditions and/or sub-surface conditions in that no warranty is made that the house is designed for conditions that are abnormal, that no testing of the soil will be conducted by the Seller.

Failure of this Seller or Subcontractor to pay those persons supplying material or services to complete this contract can result in the filing of a lien on the above described property which is the subject of this contract.

(4)

Seller promises to furnish Buyer at closing a one-year limited warranty on the dwelling, a copy of which is attached here as Exhibit " ? "

(5)

**ARBITRATION AGREEMENT**

ANY DISPUTE, CONTROVERSY OR CLAIM ARISING OUT OF OR RELATING TO THIS AGREEMENT, OR THE BREACH THEREOF, OR ARISING OUT OF ANY PRIOR DEALINGS BETWEEN SELLER AND BUYER OR ARISING OUT OF ANY FUTURE DEALINGS BETWEEN SELLER AND BUYER, SHALL BE SETTLED BY ARBITRATION IN THE STATE OF ALABAMA BY ACCORDANCE WITH THE COMMERCIAL ARBITRATION RULES OF THE AMERICAN ARBITRATION ASSOCIATION (THE "ARBITRATION RULES OF THE AAA") AND JUDGMENT UPON THE AWARD RENDERED BY THE ARBITRATOR(S) MAY BE ENTERED IN ANY COURT HAVING JURISDICTION THEREOF.

THE PARTIES FURTHER AGREE THAT SHOULD ONE PARTY INVOKE ARBITRATION IN ACCORDANCE WITH THIS AGREEMENT, THE OTHER PARTY SHALL BRING TO THE ARBITRATION PROCESS ANY CLAIM OR COUNTERCLAIM WHICH IT MAY HAVE AGAINST THE INVOKING PARTY, WHETHER DEEMED TO BE COMPULSORY OR PERMISSIVE AT LAW; AND, THE FAILURE TO BRING SUCH CLAIM OR COUNTERCLAIM SHALL CONSTITUTE A WAIVER OF AND A BAR TO THE BRINGING OF SUCH CLAIM OR COUNTERCLAIM IN ANY SUBSEQUENT ARBITRATION OR LEGAL ACTION.

SELLER AND BUYER UNDERSTAND AND AGREE (i) THAT EACH OF THEM IS WAIVING RIGHTS TO SEEK REMEDIES IN COURT, INCLUDING THE RIGHT TO A JURY TRIAL; (ii) THAT PRE-ARBITRATION DISCOVERY PROCEEDINGS IS GENERALLY MORE LIMITED THAN AND DIFFERENT FROM COURT PROCEEDINGS; (iii) THE ARBITRATOR'S AWARD IS NOT REQUIRED TO INCLUDE FACTUAL FINDINGS OR LEGAL REASONING; AND (iv) EITHER PARTY'S RIGHT TO APPEAL OR SEEK MODIFICATION OF RULINGS BY THE ARBITRATOR IS STRICTLY LIMITED. THE VENUE FOR ARBITRATION SHALL BE IN BALDWIN COUNTY, ALABAMA.

IN WITNESS WHEREOF, the Buyer and Seller have hereunto set their hands and seals at __STAPLETON__, __ALABAMA__, the day and year first above written.
                (City)       (State)

CAUTION: IT IS IMPORTANT THAT YOU THOROUGHLY READ THIS CONTRACT BEFORE YOU SIGN IT.

BASS HOMES, INC.
SELLER                                        (BUYER) _____

BY _____
   Title                                      (BUYER) _____

**EXHIBIT A**

EXHIBIT A
BASS HOMES, INC., 34661 HWY. 59 SOUTH, STAPLETON, AL 36578

JASON HERRINGTON AND CASSIE HERRINGTON                                          JULY 15TH 2008
BUYER(S) NAME(S)                                                                DATE

NOTICE
ANY HOLDER OF THIS CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE BUYER COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE BUYER SHALL NOT EXCEED AMOUNTS PAID BY THE BUYER HEREIN.

BUYER'S RIGHT TO CANCEL
IF THIS AGREEMENT WAS SOLICITED AT YOUR RESIDENCE AND YOU DO NOT WANT THE GOODS OR SERVICES, YOU MAY CANCEL THIS AGREEMENT BY MAILING A NOTICE TO THE SELLER. THE NOTICE MUST SAY THAT YOU DO NOT WANT THE GOODS OR SERVICES AND MUST BE MAILED BEFORE MIDNIGHT OF THE THIRD BUSINESS DAY AFTER YOU SIGN THIS AGREEMENT. THE NOTICE MUST BE MAILED TO: LEGAL DEPARTMENT, BASS HOMES, INC., HIGHWAY 31, P. O. DRAWER 340, STAPLETON, ALABAMA 36578. YOU ARE ALSO ENTITLED TO RECEIVE A REFUND OF ANY DOWN PAYMENT OR OTHER CONSIDERATION IF YOU CANCEL.
NOTICE TO THE BUYER (a) DO NOT SIGN THIS BEFORE YOU READ IT OR IF IT CONTAINS ANY BLANK SPACES. (b) YOU ARE ENTITLED TO AN EXACT COPY OF THE PAPER YOU SIGN.
THE BUYER ACKNOWLEDGES THAT HE RECEIVED A COPY OF THIS AGREEMENT AND THAT BEFORE SIGNING THE SAME, THE CONTRACT CONTAINED THE ENTIRE TERMS AND ALL BLANK SPACES HAD BEEN FILLED IN PRIOR TO THE SIGNING OF THE SAME.

These presents constitute a part of the Building Contract of even date attached hereto. The following options and additions, to-wit: HOUSE TO BE BUILT ACCORDING TO PLANS FURNISHED BY BASS HOMES, INC.
Note to Buyers: Bass Homes, Inc., may at its election require water and sewer to be installed on mortgaged property before construction begins or before completion of rough plumbing in home. In the event that water and sewer with connections to home is not completed at Bass Homes, Inc., request, Sellers and Buyers agree that Bass Homes, Inc., will have full rights to install water supply and sewer with connections and Buyers then agree to pay in full normal and customary charges of goods.

FOUNDATION:   Elevation of lot shall not have more than a 24" slope over the longest portion or the longest dimension of house. If so, Buyer will be responsible for any additional material and labor required for foundation. NOTE: Builder shall negotiate additional cost if any with customer before foundation is installed. Any additional depth of foundation (piers, pilings, or slab) or width of footings required by any building governmental agencies, buyers, or builder's discretion shall all be on a cost plus basis unless pre-charged and written in contract total price.

1. Foundation will be raised type with continuous 8" block wall around perimeter of home only. Note: All porches will be open piers. If exterior is Brick Veneer, foundation will be piers only. Foundation height of home to be at sellers discretion and building codes if enforced. Buyers are responsible to determine if they are in a flood zone and shall disclose to seller in writing before construction begins if a required foundation height is necessary.
2. Treated foundation seals will be installed; all porch seals and porch floor will be treated.
3. 3/4" tongue and groove plywood flooring.

EXTERIOR OF HOUSE:
1. Exterior walls will have OSB and housewrap sheeting under siding.
2. Exterior siding hardiplank or comparable unless otherwise stated in contract.
3. All porch rails, fascias, and window trim will be pressure treated.
4. Roof will have all framing 2' o.c.
5. Roof will have standard fiberglass shingles, unless otherwise stated in contract.
6. Exterior doors will be metal insulated.
7. Exterior windows will be insulated white colonial style. Tilt window sash's are optional
8. Exterior of house will be painted latex.
9. All homes with vinyl siding or hardy plank siding will have 7/16" OSB wafer board in lieu of standard styrofoam.

INTERIOR:
1. Interior of home will have 3 ½" insulation in exterior walls and 6" fiberglass insulation in attic exposed ceiling areas only.
2. Interior wall will have ½" sheetrock throughout entire house.
3. Cabinet faces and doors only will be 3/4" Birch plywood or comparable material with laminated countertops. All white lacquer cabinets will be 5/8" MDF or HDF, including raised panel doors. All cabinet backs, ends, shelves or other components in cabinets shall be equal to Bass Homes, Inc., model home.
4. Standard interior doors and trim.
5. Vinyl flooring in kitchen, utility, and all baths, no wax.
6. Carpet in all other areas of home from Bass Homes, Inc., samples.
7. Fluorescent light in kitchen area.

STANDARD OPTIONS OF HOUSE:
1. PLUMBING:   Fiberglass tub and shower units/stainless steel kitchen sink/standard vanity porcelain sinks, standard white fixtures.
2. ELECTRICAL:   200 amp service/standard copper and aluminum wiring/standard light fixtures.
3. HEAT AND AIR:   Standard electric central forced heat and air. 42" Metal insert fireplace (without blowers) in homes that are shown on Bass Homes, Inc. sales brochure only.
4. PAINT:   A.   Exterior oil base stain/interior latex paint on walls. Standard color all interior walls (soft white) Devoe Brand or something equivalent, all paint and stain from Bass Homes, Inc., samples.
             B.   All interior walls in home will be one color (soft white).
             C.   All trim work and cabinets will be stained or white.
             D.   All exteriors will be painted.
             E.   All exteriors will have one trim color for doors and shutters only. Any other trim colors will be additional costs. (Hand rails, porch rails, corner boards, and eaves will be stained or painted same color as exterior of home).
5. All materials in excess of job will remain the property of Bass Homes, Inc.
6. Buyers are responsible for removal of construction debris.
7. All utilities are stubbed out only to exterior (Electrical Service Wire, Gas, and Plumbing). See Exhibit "B" for details.


_____                              _____
(SELLER, BUILDER)                                           (BUYER, OWNER)

                                                            _____
                                                            (BUYER, OWNER)

EXHIBIT B - PART 1
BASS HOMES, INC., 34661 HWY. 59 SOUTH, STAPLETON, AL 36578

DATE: JULY 15TH 2008

NAME OF BUYER(S): JASON HERRINGTON AND CASSIE HERRINGTON

TYPE OF HOME: CEMPLANK     MODEL: HALLMARK GOLD

OWNER'S CHOICE OF INTERIOR & EXTERIOR COLORS:

**EXTERIOR:**   HARDIPLANK OR COMPARABLE _____   CEDAR _____   BRICK _____
SIDING COLOR _____
STANDARD TRIM COLOR (DOOR & SHUTTERS ONLY) _____
DELUXE TRIM COLOR (DOOR, SHUTTERS, FASCIA & WINDOW TRIM) THIS ITEM IS $950.00 ADDITIONAL COST
SHINGLES _____   WINDOWS: BRONZE _____   WHITE _____
BRICK COLOR _____
MORTAR COLOR: GREY _____   DARK MORTAR _____   OTHER _____

**INTERIOR:**
KITCHEN/DINING
   COUNTER TOP _____
   STANDARD RANGE HOOD: ALMOND _____ WHITE _____ STAINLESS _____
   CONNECTION FOR MICROWAVE: ☐ YES or ☐ NO
   VINYL _____

UTILITY:
   VINYL _____

MASTER BATHROOM:
   VANITY TOP _____
   VINYL _____

HALL BATHROOM:
   VANITY TOP _____
   VINYL _____

CARPET:
   $250.00 ADDED COST FOR HARDWOOD FLOORING FRONT ENTRANCE: _____
   LIVING ROOM _____
   BEDROOM #1 _____
   BEDROOM #2 _____
   BEDROOM #3 _____
   BEDROOM #4 _____
(NOTE: Vinyl throughout home, other than kitchen, dining and baths cost an additional $2.00 per sq. ft.)

FIREPLACE STONE: _____
(NOTE: The fireplace in all homes with cathedral ceilings will have stone to mantle height.)
FIREPLACE MANTLE BACKING BRACE (2" X 4"): YES _____ OR NO _____
CABINETS, STAINS OR COLOR: _____
ALL CABINET DOOR AND ANY CABINET UPGRADES MUST BE IN CONTRACT ON "EXHIBIT C" AND ALSO PROOF OF PURCHASE ON
BASS HOMES COST BREAK DOWN SHEET.
INTERIOR TRIM STAIN OR COLOR: _____
CABINET HARDWARE _____

      \*ONE CHOICE OF CARPET COLOR
      \*TWO COLORS FOR VINYL
      \*TWO COLORS FOR VANITY AND COUNTER TOP

VINYL FLOORING WILL BE INSTALLED IN BATHROOMS, KITCHEN, UTILITY, AND BREAKFAST AREAS ONLY.
ANY VINYL INSTALLED IN ANY OTHER AREAS, BUYER(S) AGREE TO PAY AN ADDITIONAL $2.00 PER SQUARE
FOOT FOR UNDERLAYMENT.

_____
(BUYER, OWNER)

_____
(BUYER, OWNER)


EXHIBIT B - PART 2

BASS HOMES, INC., 34661 HWY. 59 SOUTH, STAPLETON, AL 36578

BUYER(S) __JASON HERRINGTON AND CASSIE HERRINGTON__

DATE: __JULY 15TH 2008__

1. Ceiling fan outlets ONLY WHERE: __LIVING AND ALL BEDROOMS__

2. Ceiling fan installation ONLY WHERE: __NONE__

3. Dishwasher cutout? YES __X__  OR NO____

4. Dishwasher hookup? YES____  OR NO __X__

5. Ice-maker line only installed: YES __X__  OR NO____

6. Cabinet space for standard 30" free standing electric stove YES_____ OR NO____

    Drop-in stove: YES_____ OR NO__

7. Gas utilities: YES_____ OR NO__

8. Termite Treatment; one twelve month bond: YES __X__  OR NO____
   (No termite treatment shall be provided for homes on pilings.)

9. Electric hookup: Standard overhead_____ OR underground____

10. Clean up debris and haul off? NO. If yes, additional costs must be added to total price and Exhibit C of Contract.

11. Payment towards Builder's Risk Insurance during construction period.
    YES____ OR NO __X__
    Buyer(s) agree(s) to furnish Builder's Risk policy payable to Seller and if necessary, also to Lender or Buyer(s) prior to and during construction of home until construction of home is complete.

12. All utilities are stubbed out only to exterior (electric service wire, gas, plumbing, and sewer).

13. Gutters, parquet flooring and mini-blinds not included in standard price of home.

(I) Buyer(s) agree that all special changes to home plans have been made and incorporated into this contract. Buyer(s) further agrees that all color selections and selections of all goods have been made by Buyer(s), and upon execution of this Contract, both Parties agree that no changes will be made.

(II) Buyer(s) agree(s) that upon substantial completion of home, Buyer(s) and a Bass Homes, Inc., representative will do a walk through inspection of home and a punch list will be written up which is mutually agreeable by both parties. Buyer(s) hereby agree(s) that the initial walk through and resulting punch list will be the only walk through and punch list. Seller hereby agrees to correct or complete the items on the punch list and once finished, Buyer(s) agree(s) to immediately pay Seller the entire balance owed to the Seller under the contract or otherwise. If Seller should agree to do any extra work after the initial punch list, this work shall not commence until Seller has been paid in full. All other matters will be strictly related to the standard one year Builder's Warranty styled as a "Completion Certificate and Owner's Acceptance".

(III) Buyer(s) agree(s) that he and/or she shall not be allowed to take possession of the home until such time as Seller has been paid in full under the contract and has also been paid any additional cost, if any, which has been added to the original contract price. Buyer(s) acknowledge(s) that, until such time as Seller has been paid in full the contract price and signed a "Completion Certificate and Owner's Acceptance," Buyer(s) will not be allowed to occupy or store any of his and/or her possessions in said home. In the event that Buyer(s) fail to the agreed terms above, Buyer(s) shall in this agreement, pay to the Seller a sum of $1,000.00 per month rent for possessing the newly constructed home for storing any of Buyer(s) goods or occupying the home in any manner. The monthly $1,000.00 rate will be paid to Seller until Seller is paid in full.


_____          _____
(SELLER, BUILDER)                  (BUYER, OWNER)

                                   _____
                                   (BUYER, OWNER)

EXHIBIT C
BASS HOMES, INC., 34661 HWY. 59 SOUTH, STAPLETON, AL 36578

NAMES OF BUYER(S): __JASON HERRINGTON AND CASSIE HERRINGTON__

DATE: __JULY 15TH 2008__

TYPE OF HOME: __CEMPLANK__

NAME OF HOME BEING BUILT: __HALLMARK GOLD__

PLEASE LIST ANY CHANGES OTHER THAN "STANDARD" THAT IS STATED IN THIS CONTRACT REGARDLESS OF HOW SMALL OR LARGE THE CHANGE MAY BE. ANYTHING WRITTEN IN EXHIBIT "C" WILL OVERRIDE THE "STANDARD" CONTRACT AND BLUEPRINTS.

1. INSTALL BRICK VENEER FROM BASS HOMES SAMPLES AROUND FOUNDATION AREA AND PORCH AREAS OF HOME (SAME AS REDWOOD MODEL HOME). NOTE: FRONT STEPS ONLY WILL BE BRICK. ALL OTHER STEPS TO BE TREATED PINE.

2. INSTALL 9' CEILINGS THROUGHOUT DOWNSTAIRS OF HOME. UPSTAIRS TO BE 8' ( IF APPLICABLE). "ANGELWOOD GOLD MODEL" AND "DALTON GOLD MODELS" WILL HAVE 10' CEILINGS IN LIVING AND FOYER AREAS. ALL CLASSIC MODELS, OR II AND III MODELS OF THE DALTON WILL NOT HAVE ANY 10' CEILINGS.

3. INSTALL DIMENSIONAL SHINGLES ON ROOF OF HOME IN LIEU OF STANDARD SHINGLES FROM BASS HOME SAMPLES.

4. INSTALL ARCHED RAISED PANEL CABINETS FROM BASS HOMES SAMPLES THROUGHOUT HOME.

5. INSTALL CERAMIC TILE IN KITCHEN (BREAKFAST IF APPLICABLE) AND MASTER BATH ONLY. ALL TO BE SELECTED FROM BASS HOMES SAMPLES.

6. ADD 10' TO LENGTH TO FRONT PORCH. BUILD PORCH TO LOOK LIKE THE "DALTON MODEL" WITH WRAP AROUND STYLE ON EACH END OF PORCH ROOF. NEW PORCH DIMENSIONS WILL BE 8' X 40'.

7. ADD STAIRS TO REAR OF GARAGE AT EXTERIOR GABLE AS PER PRELIMINARY PLANS. NOTE: INSTALL A 9-LITE DOOR AT TOP OF STAIRS TO GARAGE ATTIC AND INSTALL 3/4" PLYWOOD FLOORING IN GARAGE ATTIC AN AREA OF 12' X 24' WITH KNEE WALLS.

8. INSTALL SMOOTH CEILINGS THROUGHOUT HOME WITH LIGHT ORANGE PEEL TEXTURE IN LIEU OF BLOWN CEILINGS.

10. INSTALL LARGE ONE PIECE CROWN MOLDING IN KITCHEN/BREAKFAST, LIVING WITH FOYER.

11. INSTALL FRONT WINGED BRICK STEPS SAME AS ANGELWOOD MODEL. SELLER MUST INSTALL WOOD HAND RAILS ON TOP OF WINGS TO MEET BUILDING CODES. BUYERS MAY CHOOSE TO PUT CUSTOM IRON RAILINGS AFTER COMPLETION OF HOME.

__JULY 15TH 2008__
DATE

_____                    _____
(SELLER, BUILDER)                        (BUYER, OWNER)

                                         _____
                                         (BUYER, OWNER)

EXHIBIT D
BASS HOMES, INC., 34661 HWY. 59 SOUTH, STAPLETON, AL 36578

NAME OF BUYER(S): __JASON HERRINGTON AND CASSIE HERRINGTON__
DATE: __JULY 15TH 2008__
TYPE OF HOME: __CEMPLANK__
MODEL: __HALLMARK GOLD__

BUYER(S) AGREES TO PROVIDE THE FOLLOWING ITEMS PRIOR TO COMMENCEMENT OF CONSTRUCTION UNLESS OTHERWISE STATED IN THIS CONTRACT:

1. Electricity necessary to construct home within 25 feet of proposed structure. All expenses to be from Buyer(s) including power bills.
2. Water supply necessary to construct home within 25 feet of proposed structure. All expenses to be from Buyer(s) including water bills.
3. Temporary driveway (and culvert if necessary) within 25 feet of proposed structure. Driveway material must be sufficient to support heavy equipment delivering building goods.
4. Clearing of lot for proposed structure. Clearing includes trees, stumps or any type of debris above or below ground to Seller's satisfaction.
5. Elevation certification in flood areas when required in connection with builder obtaining building permit. Seller will provide building permit only.
6. Water supply within 500 feet for installing pilings for homes being built on pilings.
7. Cost of plan reviews when required by county or city building departments.
8. Engineering cost of certifying home plans when required by building codes or governmental agencies.

BUYER(S) SHALL PROVIDE THE FOLLOWING ITEMS DURING OR AT COMPLETION OF CONSTRUCTION (UNLESS OTHERWISE STATED IN THIS CONTRACT). NOTE: SOME ITEMS MAY BE AT BUYER(S) DISCRETION UNLESS REQUIRED BY MORTGAGE HOLDER.

1. Septic system and line to stub-out at home.
2. Water meter, well, and line to stub-out at home.
3. Buyers to connect water and sewer line to stub-out at foundation of home.
4. Television antenna outlets, cable outlets, telephone outlets or other items of similar nature.
5. Mirrors in baths, soap dishes, towel bars, etc.
6. Safety bars or grab bars in tubs and showers.
7. Shower doors.
8. Mantel over fireplace.

BUYER(S) ACKNOWLEDGES AND AGREES WITH THE FOLLOWING POLICIES AND STATEMENTS:

1. Seller will not be responsible for any property damage to Buyer(s)' lot in connection with Seller constructing Buyer(s)' home.
2. Seller will not do any landscaping or leveling of lot during or after completion of this contract unless otherwise stated in this contract.
3. When homes are sold with brick veneer on exterior of home, all walls under porch and gables shall having siding (specified type in contract) in those areas unless otherwise written in contract. All exterior steps and rails shall be wood.
4. When final building plans are completed, Buyer(s) agrees that Seller will not build home to exact dimensions and cosmetic details that may appear on plans due to a large volume of plan changes that Seller produces. Seller and Buyer(s) agrees to build home according to sales brochure plan and preliminary plans.
5. Seller will not warrant the performance or appearance of any clear sealers or semi transparent stains installed by Seller on exterior of homes such as Clear Wood Finish or similar brand.
6. Buyer(s) shall not take any possession of home or move any goods in until seller receives final payment.
7. Seller is not required to provide buyer(s) any building drawings or blueprints other than a preliminary style set of plans with room sizes and exterior elevations of all sides of home.
8. Buyers strictly agree that they are not allowed to perform any construction improvements or install any goods or improvements in home until final payment of home is payed to seller at completion. SHOULD BUYER(S) VIOLATE OR BREAK THE TERMS OF THIS AGREEMENT HEREBY STATED IN ITEM #8 OF THIS EXHIBIT D OF CONTRACT THEN BUYER(S) WILL PAY SELLER AN ADDITIONAL $5,000.00 TO THE TOTAL PRICE OF THIS CONTRACT AT THE TIME OF FINAL PAYMENT.
9. Buyer(s) agree upon substantial completion of construction of home that one (1) time walk-through inspection will be done by appointment with a Bass Homes, Inc. representative and a written list of items will be produced. Bass Homes, Inc. will complete all listed items from the one (1) time walk-through inspection. Buyer(s) agree to close immediately upon completion of list.
   Buyer(s) and Seller agree that no additional walk-through or additional items will be allowed after the initial one (1) time walk-through and item list.
10. "completion certificate of owners acceptance" warranty limitations are a part of this contract.

Buyers agree to pay the full amount for materials and labor of any special additions/code enforcement's that are required by building departments, mortgage lenders, or any type of governmental agency that are not standard in Bass Homes, Inc. model home or said plans and specs. This includes, but is not limited to, the following items: special insulation, underpinning of home's on pilings, structural engineering, certification of plans, special depth of concrete footings (i.e. prairie soil, white sand in coastal areas, unstable soil), or any items that must be added to meet the requirements of any of the above governmental agencies, companies, or departments.

_____
(SELLER, BUILDER)

_____
(BUYER, OWNER)

_____
(BUYER, OWNER)

EXHIBIT "E"

BASS HOMES INC. 34661 STATE HWY 59 SOUTH STAPLETON, AL 36578

BUYER(S) JASON HERRINGTON AND CASSIE HERRINGTON
BUYER(S) AGREE TO THE FOLLOWING TERMS, DISCLOSURE NOTICES AND COST ADDENDUMS TO BE ADDED TO THE TOTAL PRICE OF THIS CONTRACT (COST WHEN APPLICABLE) TO THE UNDERSIGNED BUYER(S).

1. ANY ENGINEERING COST OF BUYER(S) PLANS IF REQUIRED BY MORTGAGE LENDER, BUILDING DEPARTMENTS OR ANY TYPE OF AGENCY THAT CAN ENFORCE SAID REQUIREMENT THEREOF.

2. IF BUYER(S) COMMENCE'S WITH ANY IMPROVEMENTS, PERFORM ANY TYPE OF WORK ON HOME DESCRIBED IN THIS CONTRACT OR HIRE ANY WORK TO BE PERFORMED BY OTHERS IN THE ACTUAL HOME DESCRIBED IN THIS CONTRACT INCLUDING ADDING ON TO THE STRUCTURE OF THIS HOME, PRIOR TO PAYING THE FINAL PAYMENT OF THIS CONTRACT TO BASS HOMES INC. TOGETHER WITH SIGNING THE "COMPLETION OF OWNERS ACCEPTANCE", THEN IT IS AGREED THAT BUYER(S) SHALL PAY BASS HOMES INC. THE SUM OF $5,000.00 ADDITIONAL COST ABOVE THE TOTAL PRICE IN THIS CONTRACT AT TIME OF FINAL PAYMENT.

3. RECESSED LIGHTS ARE NOT INCLUDED IN THE REDWOOD MODEL OR ANY OTHER HOME PLANS UNLESS ADDED TO COST BREAKDOWN AND LISTED ON EXHIBIT "C" OF THIS CONTRACT.

4. BUYERS CANNOT PROVIDE ANY LIGHT FIXTURES, PLUMBING FIXTURES OR ANY OTHER TYPE OF GOODS IN CONNECTION WITH THIS CONTRACT.
ALL OF THE ABOVE SHALL BE STANDARD FIXTURES FROM BASS HOME INC.

5. GRINDER PUMPS WHEN APPLICABLE FOR SEWER WILL NOT BE CONNECTED BY THE SELLER. BUYERS TO PAY FOR THE ELECTRICAL AND PLUMBING CONNECTIONS.

6. ELECTRICAL WIRING FOR PUMPS AND WELLS WHEN APPLICABLE ARE NOT INCLUDED IN TOTAL PRICE.

7. CONCRETE SLABS UNDER BEACH HOMES ON PILINGS WILL NOT BE WARRANTED AGAINST SLIGHT PUDDLES OF WATER AFTER RAINS DUE TO THE NATURE OF A SLAB FINISH. SLABS UNDER PILING HOMES WILL NOT INCLUDE PORCH OR DECK AREAS.

8. BUYER(S) LOT SLOPE WILL BE ASSESSED FOR SLOPE THAT MAY EXCEED THE REQUIREMENTS OF THIS CONTRACT ON EXHIBIT "A" AT TIME OF COMMENCEMENT OF CONSTRUCTION OF FOUNDATION.

9. FIREPLACE MANTLES WILL NOT BE INCLUDED ON ANY HOMES AS A STANDARD ITEM IN ANY HOME. SELLER WILL INSTALL A 2' X 4' SUPPORT AT MANTLE HEIGHT FOR BUYER(S) TO INSTALL A MANTLE AFTER COMPLETION OF HOME.

10. BUYER(S) ARE RESPONSIBLE FOR CAULKING DOOR THRESH-HOLDS AS NEEDED BUT NOT LESS THAN EACH AND EVERY ANNIVERSARY DATE OF ORIGINAL CONSTRUCTION COMPLETION OF HOME. BUYERS ARE RESPONSIBLE FOR THE ANNUAL INSPECTION OF FIREPLACE FLASHING AND CAULKING. BUYERS ARE RESPONSIBLE FOR CHECKING AND CAULKING EXTERIOR OF WINDOWS ANNUALLY.

11. BASS HOMES INC. WILL NOT WARRANT THE PERFORMANCE OF HEATING AND COOLING IN ONE AND ONE HALF STORY HOMES THAT DO NOT HAVE AN UPSTAIRS SEPARATE UNIT. THE UPSTAIRS WILL HAVE A TENDENCY TO MAINTAIN SEVERAL DEGREES DIFFERENCE IN TEMPERATURE WHICH IS STANDARD TO THE CONSTRUCTION INDUSTRY.

12. BUYER(S) AND SELLER AGREE THAT THERE ARE NO OTHER PROMISES OTHER THAN THAT WHICH IS WRITTEN IN THIS CONTRACT. THIS MEANS INCLUDING ANY VERBAL PROMISES THAT BUYER(S) MAY CLAIM THAT A SALES AGENT OR BASS HOMES INC. EMPLOYEE OR REPRESENTATIVE COULD HAVE IMPLIED OR PROMISED HE OR SHE.

13. BUYERS HEREBY AGREE THAT BASS HOMES INC. WILL NOT ACCEPT ANY LIABILITY OF BUYERS COST OF UTILITY BILLS DURING CONSTRUCTION OF HOME OR AFTER BUYER(S) TAKES OCCUPANCY OF THIS HOME DESCRIBED HEREIN. THIS INCLUDES ANY COMPLAINT BUYER(S) MAY ASSERT OF INFLATED POWER BILL'S OR ANY TYPE OF OTHER UTILITY.

BUYER(S)_____

BUYER(S)_____

JULY 15TH 2008
DATE

Exhibit " F "

## RE: JASON HERRINGTON AND CASSIE HERRINGTON
## COMPLETION CERTIFICATE AND OWNER'S ACCEPTANCE ;
### LIMITED ONE-YEAR WRITTEN WARRANTY

The undersigned, owner (whether one or more) of the real property described in their contract with BASS HOMES, INC. ("Contractor") dated : JULY 15TH 2008  hereby acknowledge and certify as follows:

1. All materials and labor provided for in said contract have been furnished and installed by the Contractor or his subcontractors on our said real property in a good and workmanlike manner; that we have made a full and complete inspection of the same; that all construction and other work called for in said contract has been satisfactorily completed; that the home is fit, suitable and habitable; and the improvements are hereby accepted by us as built.

2. Contractor did not manufacture any materials used in the construction of this home; that the Contractor does not warrant any of the said materials against any defects in QUALITY, FITNESS or MERCHANTABILITY; that the Contractor will make good only on the workmanship of the actual construction of home; and that any and all claims related to the materials used in construction shall be pursued by customers ONLY against the manufacturers of any materials provided to the Contractor.

3. Contractor hereby gives a limited warranty on the home located at HURLEY, MS. for a period of one ( 1 ) year following closing or occupancy by the Buyer(s), whichever event occurs first.

4. Contractor warrants the home to be free from latent defects for a period of one ( 1 ) year following closing or occupancy, whichever event occurs first.

5. THIS WARRANTY IS GIVEN IN LIEU OF ANY AND ALL OTHER WARRANTIES, EITHER EXPRESSED OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, HABITABILITY AND /OR WORKMANSHIP.

6. Contractor shall not be liable under the parties' contract or this warranty unless written notice of the latent defect(s) shall have been given by Buyer(s) to Contractor within the (1) year warranty. Steps taken by the Contractor to correct any defect(s) shall not act to extend the warranty period described hereunder.

7. Buyers confirm that they have performed a walk-thru inspection prior to signing the Completion Certificate and Owners Acceptance; Limited One-Year Written Warranty. Further Buyer(s) agree that their signatures below signify that they have accepted the construction of the home and waive any further right to complain of cosmetic deficiencies and the quality of workmanship or any other matter that does not constitute a latent defect.

8. Any and all remedies of the Buyer(s) and any liability of the Contractor shall be governed strictly by the terms of this one-year limited warranty. Neither the Contractor nor its assigns shall be liable for any incidental or consequential damages. under no circumstances may the Buyer(s) recover damages in excess of the amount of the subject building construction contract.

9. Any reference to the singular herein shall also encompass the plural where appropriate; and any reference to the plural shall also encompass the singular where appropriate.

BUYER(S) INITIALS OF RECEIPT OF THIS DOCUMENT BEFORE CONSTRUCTION OF HOME:
BUYER: _____ BUYER: _____

DATE: _____ BUYER: XXXXXXXXXXXXXXXX

DATE: _____ BUYER: XXXXXXXXXXXXXXXX

Witness: _____ DATE: _____

MAY. 22. 1998 11:43AM                                                                          No.3147  P. 2

First Federal Savings and Loan Association
Pascagoula-Moss Point • Pascagoula, Mississippi
**Owner's and Contractor's Agreement**

STATE OF MISSISSIPPI  } ss:
COUNTY OF JACKSON

PERSONALLY appeared before me, the undersigned authority in and for said county and state, the undersigned owner, purchaser and/or contractor, who after being first duly sworn states on oath:

They are/he is the owner and/or general or JASON SCOTT HERRINGTON                                                    contractor
in connection with improvements on the real property situated in the County of JACKSON
State of Mississippi                                                       known as
NHN OLD AMERICAS ROAD

more particularly described in the Deed of Trust, Mortgage or other Security Instrument in favor of First Federal Savings & Loan Association, dated   November 13, 2008         , securing the sum of $ 225,000.00                          , and filed for record or to be filed in the office of the recorder of the county in which the above land is located, which Deed of Trust, Mortgage or other Security Instrument is a valid first lien on said premises; and,

The undersigned owner states that of his personal knowledge, no other contracts have been let or guarantees of payment made by the undersigned owner to anyone other than: (LIST EACH CONTRACT LET OR GUARANTEE MADE AND OBTAIN AFFIDAVIT AND AGREEMENT FOR EACH)

The owner has no interest or ownership in the contracting firm or firms and the contractor has no interest in the real property described above, except:

The undersigned owner has inspected the premises before making this affidavit and found all work satisfactory to owner; and that the undersigned owner is in possession of the subject premises, unless otherwise stated: (LIST DISCREPANCIES AND NATURE OF POSSESSION OTHER THAN BY OWNER)

The contractor has been paid in full for work or services performed and materials furnished on the above project and does hereby waive, release and surrender any and all lien or claim or right of lien to the date for which payment is made, for labor, services and/or materials furnished by the undersigned upon the premises described above, except (IF NONE, STATE "NONE") NONE

The Owner and/or contractor has/have paid in full any and all amounts due architects, engineers, surveyors, attorneys, sub-contractors, materialmen and labors for work or services performed and materials furnished to the undersigned in connection with the construction of the improvements on the above property, except: (IF NONE, STATE "NONE") NONE

The Owner has received no notice of any unpaid bills or claims for labor or services performed or materials furnished on the above project, except (IF NONE, STATE "NONE") NONE

The Owner and/or contractor hereby request(s) First Federal Savings & Loan Association, to consummate a loan secured by said real estate without exception therein as to any possible unfiled mechanics' or materialmen's lien, and in consideration thereof, and as an inducement therefor, the undersigned does hereby agree to indemnify and hold harmless the said Association of and from any and all loss, cost, damages and expenses of every kind including attorney's fees, which said association shall suffer or may suffer or incur or become liable for because of said loan secured by said real estate, part thereof or interest therein arising, directly or indirectly, out of or on account of any such mechanics' or materialmen's liens, claim or claims as a result of the undersigned's unpaid bills or in connection with its enforcement of its rights under this agreement.

In the event this agreement is executed for a Construction Draw of funds, the undersigned acknowledges receipt of
$                              for the                                              draw on Loan No.

The owner and/or contractor state that no chattel mortgages, conditional sales contracts, security agreements, financing statements, retention of title agreements, personal property leases or the like have been given or are now outstanding as to any materials, fixtures, appliances, furnishings or equipment placed upon, installed in or upon the aforesaid premises or the improvements thereon, and that all plumbing, heating, lighting refrigerating and other equipment is fully paid for; and

The undersigned purchaser(s) (if applicable) state(s) that he/they has/have no notice of any unpaid bills or claims for labor or services performed or materials furnished on the above described land, except: (IF NONE, STATE "NONE") NONE

Contractor BASS HOMES, INC.  _William L Bass_

JASON SCOTT HERRINGTON , BY HIS ATTORNEY-IN-FACT PER
POWER OF ATTORNEY RECORDED IN DEED BK 1558, PAGES 334-335

PENNY HERRINGTON, AS ATTORNEY-IN-FACT                      Owner (Or Seller)

SWORN TO AND SUBSCRIBED before me, by the owner (or seller), contractor or purchaser, whose signature appears above, this the  13th  day of  November, 2008

My Commission expires:                                   _Patricia Dewbery_
  9/19/2012                                               Notary Public

SWORN TO AND SUBSCRIBED before me, by the owners, whose signatures appear above, this the 13th day of November, 2008.

My commission expires:
                                                         Notary Public