# EXHIBIT A

1/13/2015

Rec'd 1/16/2015

TO: Whom It May Concern

From: Maria (M.M.) + Daniel (D.M.) Moon

Re: Litigation -- Chinese Dry Wall

We are withdrawing from the class action suit for Chinese Dry Wall. Please remove Daniel + Maria Moon from the suit.

Thank you.

January 21, 2015

HERMAN, HERMAN & KATZ LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Subject:   Class Action Lawsuit

Mr. Russ M. Herman, Esquire

We wish to be excluded from the class action lawsuit, pertaining to Chinese Drywall.  We have already settled a lawsuit and signed a document saying that we would not join any other lawsuits in regards to Chinese drywall.

The affected property address is the same as the home address.

Carlos and Beverly Ward
19710 O'Grady Avenue
Robertsdale, AL 36567

Phone 251-945-1116


Thank you,

*Carlos Ward*
*Beverly A Ward*