UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : MDL NO. 2047<br>:<br>: SECTION L<br>:<br>: JUDGE FALLON<br>: MAGISTRATE JUDGE<br>: WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

The Court received and reviewed the attached correspondence from Ms. Geraldine Billups.

**IT IS ORDERED** that the attached correspondence be entered into the record.

**IT IS FURTHER ORDERED** that Plaintiffs' Liaison Counsel review the correspondence and take any appropriate action.

New Orleans, Louisiana, this 30th day of January, 2015.

_____
UNITED STATES DISTRICT JUDGE

cc:

Ms. Geraldine Billups
3122 Chester Ct.
Apt. A
Metairie, LA 70006

1