UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL No. 2047 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO | * | JUDGE FALLON |
| | * | MAG. JUDGE WILKINSON |
| Braxton H. Collins, et al., vs. Bass Homes, Inc., Et al.; S.D. Mississippi, C.A. No. 1:13-00297 | * * | **Case No.: 13-6652** |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL No. 2047 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO | * | JUDGE FALLON |
| | * | MAG. JUDGE WILKINSON |
| Jason S. Herrington, et al., vs. Bass Homes, Inc., Et al.; S.D. Mississippi, C.A. No. 1:13-00297 | * * | **Case No.: 13-6653** |

## MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

Come now the Defendants Pensacola Stevedore Company, Inc. ("Pensacola Stevedore") and Pate Stevedore Company, Inc. ("Pate Stevedore) (collectively the "Stevedore Defendants") and, pursuant to Rule 12(b)(2), Fed.R.Civ.P., move to dismiss the claims filed by the Plaintiffs Braxton and Kerrie Collins and Jason and Cassie Herrington against the Stevedore Defendants in their respective Second Amended Complaints in Case Nos. 13-6652 (Doc. 18287) and 13-6653 (Doc. 18288). As and for grounds for said motion, the Stevedore Defendants would show this Honorable Court that the assertion of personal jurisdiction over them is beyond the reach of the limits established by the due process clause of the U.S. Constitution.

In support of said motion, the Stevedore Defendants refer to and by this reference adopt herein their Brief and evidentiary materials (Doc. 18089) filed in Support of their Motion to Dismiss the Third-Party Complaint of Ace Home Center, Inc. ("Ace Home Center").

The Stevedore Defendants submit that these materials demonstrate that (a) neither Pensacola Stevedore nor Pate Stevedore had such "continuous and systematic" activity in Mississippi so as to subject either of them to general jurisdiction in that state, and (b) specific personal jurisdiction does not exist over them in Mississippi because Plaintiffs' claims do not arise out of or result from any purposeful contacts by either of the Stevedore Defendants with Mississippi. The Second Amended Complaints filed by the Collins and Herringtons consist of claims arising out of their purchase of homes in Mississippi constructed by Defendant Bass Homes allegedly using Chinese drywall purchased by Bass Homes from Ace Home Center, Inc. in Robertsdale, Alabama, which in turn allegedly purchased the Chinese drywall from Pensacola Stevedore and/or Pate Stevedore. The Stevedore Defendants have submitted undisputed evidence that they did not market or advertise the sale of drywall to any residents of the State of Mississippi; that the contract of sale between Pensacola Stevedore and Ace Home Center was made in Florida, involved the sale and delivery of damaged, salvaged drywall to Ace Home Center in Florida, and did not entail the performance of any obligations in Mississippi; and that Pensacola Stevedore had no knowledge or expectation that the drywall would be ultimately transported to Mississippi by a builder and used in the construction of a home there.

    Respectfully submitted,

    s/s  William W. Watts, III
    S. WELSEY PIPES, V.
    Alabama Bar No. ASB6226-P71S
    WILLIAM W. WATTS, III
    Alabama Bar No. ASB5095-S67W
    ATTORNEYS FOR STEVEDORE  EFENDANTS

**OF COUNSEL:**
PIPES, HUDSON & WATTS, L.L.P.
P.O. Box 989
Mobile, AL  36601-0989
PH:     251-432-7200
FX:     251-432-0073
bill@pipeshudsonwatts.com
wesley@pipeshudsonwatts.com

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 5th day of February 2015, the foregoing has been electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the EM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 09-2047 and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, to the following:

| | |
|---|---|
| Danny J. Collier, Jr., Esq. | Lewis Robert Shreve, Esq. |
| Stephen W. Mullins, Esq. | Heather M. Houston, Esq. |
| Caroline Pryor, Esq. | David C. Coons, Esq. |
| Christopher A. D'Amour, Esq. | Gary J. Russo, Esq. |

                                            s/s  William W. Watts, III
                                            WILLIAM W. WATTS, III