UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO | * * | SECTION L JUDGE FALLON MAG. JUDGE WILKINSON |
| Braxton H. Collins, et al., vs. Bass Homes, Inc., Et al.; S.D. Mississippi, C.A. No. 1:13-00297 | * * | **Case No.: 13-6652** |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO | * * | SECTION L JUDGE FALLON MAG. JUDGE WILKINSON |
| Jaspm S. Herrington, et al., vs. Bass Homes, Inc., Et al.; S.D. Mississippi, C.A. No. 1:13-00297 | * * | **Case No.: 13-6653** |

**NOTICE OF SUBMISSION OF**
**MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

Please take notice that the Defendants Pensacola Stevedore Company, Inc. and Pate Stevedore Company, Inc. will bring the attached Motion to Dismiss and supporting documents before the Honorable Judge Fallon, United States District Court, U.S. Courthouse, 500 Poydras Street, New Orleans, Louisiana at 11:00 a.m. on February 25, 2015, or as soon thereafter as the Court can take up same.

s/s  William W. Watts, III
WILLIAM W. WATTS, III
Alabama Bar No. ASB5095-S67W
S. WELSEY PIPES, V.
Alabama Bar No. ASB6226-P71S
ATTORNEYS FOR STEVEDORE DEFENDANTS

**OF COUNSEL:**
Pipes, Hudson & Watts, LLP
P.O. Box 989
Mobile, AL  36601-0989
PH:	251-432-7200
FX:	251-432-0073
bill@pipeshudsonwatts.com
wesley@pipeshudsonwatts.com

**CERTIFICATE OF SERVICE**

I HEREBYCERTIFY that on the 5th day of February 2015, the foregoing has been electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the EM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 09-2047 and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, to the following:

Danny J. Collier, Jr., Esq.
Lewis Robert Shreve, Esq.
Stephen W. Mullins, Esq.
Heather M. Houston, Esq.
Caroline Pryor, Esq.
David C. Coons, Esq.
Christopher A. D'Amour, Esq.
Gary J. Russo, Esq.

					s/s  William W. Watts
					WILLIAM W. WATTS