UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL No. 2047 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO | * | JUDGE FALLON |
| | * | MAG. JUDGE WILKINSON |
| Braxton H. Collins, et al., vs. Bass Homes, Inc., Et al.; S.D. Mississippi, C.A. No. 1:13-00297 | * * | **Case No.: 13-6652** |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL No. 2047 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO | * | JUDGE FALLON |
| | * | MAG. JUDGE WILKINSON |
| Jason S. Herrington, et al., vs. Bass Homes, Inc., Et al.; S.D. Mississippi, C.A. No. 1:13-00297 | * * | **Case No.: 13-6653** |

## REQUEST FOR ORAL ARGUMENT

**NOW INTO** COURT, through undersigned counsel, come the Defendants Pensacola Stevedore Company, Inc. and Pate Stevedore Company, Inc., in the above-numbered and entitled actions, who, pursuant to the Local Rule 78.1, respectfully requests oral argument on the Motion to Dismiss for Lack of Personal Jurisdiction, set for hearing before this Honorable Court on February 25, 2015 at 11:00 a.m., or at a time set by this Court so as to more fully address any questions the Court may have concerning the Defendants' motion.

        Respectfully submitted,

        s/s William W. Watts, III
        S. WELSEY PIPES, V.
        Alabama Bar No. ASB6226-P71S
        WILLIAM W. WATTS, III
        Alabama Bar No. ASB5095-S67W
        ATTORNEYS FOR STEVEDORE DEFENDANTS

**OF COUNSEL:**
PIPES, HUDSON & WATTS, L.L.P.
P.O. Box 989
Mobile, AL  36601-0989
PH:    251-432-7200
FX:    251-432-0073
bill@pipeshudsonwatts.com
wesley@pipeshudsonwatts.com

### CERTIFICATE OF SERVICE

I HEREBYCERTIFY that on the 5th day of February 2015, the foregoing has been electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the EM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 09-2047 and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, to the following:

| | |
|---|---|
| Danny J. Collier, Jr., Esq. | Lewis Robert Shreve, Esq. |
| Stephen W. Mullins, Esq. | Heather M. Houston, Esq. |
| Caroline Pryor, Esq. | David C. Coons, Esq. |
| Christopher A. D'Amour, Esq. | Gary J. Russo, Esq. |

s/s  William W. Watts, III
WILLIAM W. WATTS, III