UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>ALL CASES AND<br><br>*Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.*, Case No. 09-6687 (E.D.La.);<br><br>*Gross, et al. v. Knauf Gips, KG, et al.*, Case No. 09-6690 (E.D.La.);<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*, Case No 10-361 (E.D.La.);<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Civ. Action No. 11-1672 (E.D.La.);<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Civ. Action No. 11-1395 (E.D.La.);<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Civ. Action No. 11-1673 (E.D.La.) | |

**DECLARATION OF ARNOLD LEVIN IN SUPPORT
OF PLAINTIFFS' MOTION FOR ASSESSMENT OF
CLASS DAMAGES PURSUANT TO RULE 55(b)(2)(B)**

I, Arnold Levin, declare as follows:

1. I am an attorney admitted to practice before the bar of the Supreme Court of the United States, the Supreme Court of Pennsylvania and have been granted leave to practice in the Eastern District of Louisiana as Plaintiffs' Lead Counsel in *In re: Chinese-Manufactured*

*Drywall Products Liability Litigation*, MDL 2047 (E.D.La.).

2.  I make this declaration in my capacity as the Court-appointed Plaintiffs' Lead Counsel.  This Declaration is in support of Plaintiffs' Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B)(Rec.Doc. 18086).

3.  The following documents are presented to form the record before the Court for purposes of plaintiffs' motion:

  (a)  Affidavit of Ronald E. Wright, P.E. with exhibits (Rec.Doc. 18086-3-18086-13).

  (b)  Summary listing of the property addresses of each impacted property including the square footage of these properties.  This document was original attached as Exhibit C to Plaintiffs' Motion at Rec.Doc. 18086-14, 18086-15 and 18086-16.

  (c)  *In re: Chinese-Manufactured Drywall Products Liability Litigation* MDL 2047 (E.D.La.), Findings of Fact & Conclusions of Law (Apr. 8, 2010)(Rec.Doc. 2380).[1]

---

[1] *In re Chinese Manufactured Drywall Products Liab. Litig.*, 706 F. Supp. 2d 655 (E.D. La. 2010).

(d) *In re: Chinese-Manufactured Drywall Products Liability Litigation* MDL 2047 (E.D.La.), Findings of Fact and Conclusions of Law with respect to Plaintiffs' Omnibus Motion for Class Certification Pursuant to Rules 23(a)(1)-(4) and 23(b)(3)) (E.D.La. September 26, 2014) (Rec.Doc. 18028).[2]

(e) Notice of Filing of Affidavit of Tim Walters dated October 3, 2014 (Rec.Doc.18035).

(f) Notice of Filing of Affidavit of Tim Walters dated December 30, 2014 (Rec.Doc. 18238).

(g) Notice of Filing of Exclusions dated November 21, 2014 (Rec.Doc. 18152).

(h) Notice of Filing of Opt Outs dated February 3, 2015 (Rec.Doc. 18289).

4. Declarant further requests that this Court take judicial notice of default proceedings, and other related proceedings involving the Taishan defendants. *Id.*, 2014 WL 4809520 at *1 (Paragraph No. 3).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 5th day of February, 2015 in Philadelphia, Pennsylvania.

    /s/ Arnold Levin
    Arnold Levin
    Levin, Fishbein, Sedran & Berman
    510 Walnut Street, Suite 500
    Philadelphia, PA 19106
    215-592-1500 (phone)
    215-592-4663 (fax)
    Alevin@lfsblaw.com
    *Plaintiffs' Lead Counsel*
    *MDL 2047*

---

[2] *In re Chinese Manufactured Drywall Products Liability Litig.*, 2014 WL 4809520 (E.D.La. September 26, 2014)

## **CERTIFICATE OF SERVICE**

       I hereby certify that the above and foregoing Declaration of Arnold Levin in Support of Plaintiffs' Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 5th day of February, 2015.

                                              */s/ Leonard A. Davis*
                                              Leonard A. Davis, Esquire
                                              HERMAN, HERMAN & KATZ, LLC
                                              820 O'Keefe Avenue
                                              New Orleans, Louisiana 70113
                                              Phone: (504) 581-4892
                                              Fax: (504) 561-6024
                                              Ldavis@hhklawfirm.com
                                              Plaintiffs' Liaison Counsel
                                              MDL 2047

                                              *Co-counsel for Plaintiffs*