# EXHIBIT A

# EXHIBIT B

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| *Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.,* Case No. 09-6687 (E.D.La.); | |
| *Gross, et al. v. Knauf Gips, KG, et al.,* Case No. 09-6690 (E.D.La.); | |
| *Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.,* Case No 10-361 (E.D.La.); | |
| *Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* Civ. Action No. 11-1672 (E.D.La.); | |
| *Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* Civ. Action No. 11-1395 (E.D.La.); | |
| *Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* Civ. Action No. 11-1673 (E.D.La.) | |

## AFFIDAVIT OF RONALD E. WRIGHT, P.E.

I, Ronald E. Wright, being first duly sworn, depose and say:

      1.      I graduated with a Bachelor of Science in Civil Engineering and Master of Business Administration degrees from the University of Toledo, and am a licensed Professional Engineer in the states of Alabama, Florida, Maryland, Mississippi, New Jersey, North Carolina, Ohio, Pennsylvania, South Carolina, and Virginia.  I have been

involved in construction for over 30 years. I am currently employed by Berman and Wright Architecture, Engineering & Planning, LLC. I have performed forensic investigations and provided opinions regarding construction issues and building problems that included developing the scope of repair necessary and the estimated cost of repairs. I have presented at numerous seminars regarding various construction issues on topics including: problems with mold, water intrusion, and defective materials; their effects on buildings; and the repairs necessary to address these problems. I have formed opinions regarding these construction issues through the use of my technical education and training, twenty-five plus years of hands-on field experience including investigations of over 1,000 buildings, and the subsequent remediation needed to address the building problems. I have also extended considerable time and effort in the research of publications and studies by other forensic investigators and trade associations, and the review of national standards and guidelines. I have been retained in numerous matters to provide expert opinions regarding building problems. My curriculum vita is attached as Compendium of Exhibits as "Comp Ex. 1" and includes behind the curriculum vita a listing of those depositions and trials in which I have provided expert testimony over the past four years. My hourly rate for services rendered on this matter is $250/hour.

2.  I have been asked to determine the property damages caused by Taishan Drywall to a class of Taishan drywall homeowners. The class includes homeowners of 3,852 residential units residing in 18 states, but primarily in the Gulf and Southeastern U.S. states. The average square footage of a class member's house is 1,996 square feet, and the estimated cumulative total for all residential units is 7,688,739 square feet (Comp. Ex. 2) (summary page provided, electronic data for full listing of the class

2

members' information is available upon request). All opinions expressed herein are expressed to a reasonable degree of certainty within the field of engineering.

3.     In a prior legal proceeding in the *Germano* case – the February 19-22, 2010 remediation trial for the seven (7) Plaintiff Intervenors (hereinafter the "Germano Remediation Proceeding"), I did extensive evaluation of damages caused by Taishan Drywall as summarized in my expert report and trial testimony. *Germano* Virginia Taishan Drywall Cases Expert Report (12/23/09); *Germano* Trial Transcript, (2/22/10) Vol. II at 62(24) – 125(8). My prior work included the inspection of seven Virginia Taishan Drywall residential units selected to represent a cross-section of Virginia residential units, and the inspection of "control residential units" (similar residential units to the seven, but with no Chinese Drywall). I participated in the development of a scope of work to remediate these residential units to return them to their pre-damaged condition. This scope of work, which ultimately was set forth by the Court in the FOFCOL, Doc. 2380, is very similar to that utilized by Florida builders who did Chinese Drywall home remediation such as Beazer Homes. It is also similar to the scope of work recommended by the Consumer Product Safety Commission ("CPSC"). This scope of work included (1) removal and replacement of all drywall, (2) removal and replacement of electrical systems including wiring, low voltage, devices, fixtures, controls, and sensors, (3) removal and replacement of HVAC air handler units, compressor units, and ductwork, (4) removal and replacement of appliances, (5) removal and replacement of copper plumbing lines and fittings, and fixtures (6) removal and replacement of carpeting, hardwood and vinyl flooring, and protection/possible replacement of hard tile flooring, (7) removal and replacement of all doors, cabinets, countertops, trim, crown

3

molding, and baseboard, and (8) replacement of all ceiling and wall insulation. This scope of work for each of the seven Taishan Drywall residential units was subjected to two independent construction bids from Virginia general contractors. Evaluating these bids across the cross-section of residential units, I determined the average cost of remediation for these type of residential units is $86/square foot. In reaching this determination, I also considered standard references such as RS Means which provide estimates for the cost of materials and the costs of labor on a local, regional, and national basis. I also evaluated the need for a professional environmental inspection at the conclusion of the remediation to certify the remediation successfully returned the residential units to their pre-damage condition. I determined the cost of such an inspection and certification to be an additional 6% per residential unit remediation cost which was not included in my estimate of $86/square foot. Furthermore, I evaluated the occurrence of premature failures of HVAC, appliance and electronics in this cross-section of homes. In addition, I have performed scope of work and damages estimates in other Chinese Drywall remediation scope and costs projects in Louisiana, Florida, Virginia, North Carolina, and New Jersey. In those projects, the scope of work and costs were generally consistent with the determinations made in *Germano*. I rely on all this prior work in evaluating the data available for the residential units of the Taishan homeowner class to make damages determinations.

4.      I have reviewed the FRE 1006 (Summary of Screening Data for Virginia Taishan Homes), (Comp. Ex. 3); Venture Supply Distribution Records (Comp. Ex. 4); the Venture Supply Profile Form (10/6/09) (Comp. Ex. 5); the Taishan Gypsum Ltd. Manufacturer Profile Form (10/13/10) (Comp. Ex. 6); the RS Means data on local,

regional, and national pricing for materials and labor, Chinese Drywall property remediation costs from Louisiana, Florida, Virginia, North Carolina, and New Jersey; a database of the 3,852 residential unit properties in the Taishan Chinese Drywall class; and the Plaintiff Profile Forms for the class representatives: Eduardo and Carmen Amorin of 240 West End Drive #721, Punta Gorda, FL 33950; Albert and Betsy Butzer of 9519 26th Bay Street, Norfolk, VA 23518; Thomas and Virginia Spencer of 2481 Lakewood Manor Drive, Athens, GA 30606; and Elliot and Angelina Everard of 3000 N. Palm Drive, Slidell, LA 70458. This data documents widespread distribution of Taishan Chinese Drywall in the Gulf and Southeastern U.S. states, as well as limited distribution in other states. In reviewing the RS Means data for the cost of materials and the costs of labor from the 18 states where class members' properties are located, and in reviewing our own Chinese Drywall remediation cost data from other states, it is clear that the remediation estimate of $86 per square foot and the 6% inspection and certification fee (updated to $101.83 in 2014 dollars) is a valid estimate for the expected costs of remediation in the 18 covered states. The $86 per square foot determination was made in 2010 and must be adjusted to account for the subsequent increase in the costs of materials and the costs of labor in the 18 affected states. To do this, I relied on RS Means data, and adjusted the $86 estimate to $96.06/square foot in 2014 dollars. The conversion of these costs and the addition of the inspection and certification fees result in a total square footage cost in 2014 dollars of $101.83. Calculations for this conversion are provided in Comp. Ex. 7.

5.    The residential units of the class representatives and class members are of a similar type of construction, similar size, and similar time period of construction as the

cross-section of residential units studied in the *Germano* Remediation Proceeding and my work in numerous other states. The class representatives' residential units have experienced the same type of corrosion damage as the seven *Germano* Plaintiff Intervenor residential units, as well as the other Chinese Drywall residential units I have inspected in various states, and require the same remediation as that recommended for the seven *Germano* Plaintiff Intervenors.

6.     Based on this documentation, it is clear that each of the class representatives' residential units meet the defective Chinese Drywall case definition set out by the CPSC Interim Guidance (Comp. Ex. 8) and the Florida Department of Health. (Comp. Ex. 9)

7.     It is estimated based on the past experience reviewed above that the homeowner will need to vacate the residential unit for a period of four to six months during the remediation. The average alternative living costs (including alternative housing, transportation and storage, and replacement of personal property damaged by the Chinese drywall) for alternative living expenses as defined above from our projects and data from Louisiana, Florida, Virginia, North Carolina, and New Jersey, is $12.38 per square foot. (Comp. Ex. 10).

8.     Relying on the data reviewed above, I have calculated damages for members of the class of Taishan homeowners for *remediation* (including post-remediation inspection and certification); and *alternative living costs*, (including housing, transportation and storage, and personal property losses).

9.     The class damages calculation and formula is set out below.

Class damages amount = *remediation and inspection and clearance* cost of residential

6

unit [cost per square foot – i.e. $101.83 figure x total square feet of claimants' residential

units] + *alternative living costs* [cost per square foot – i.e. $12.38 per square foot x total

square feet of claimants' residential units].   Thus, the formula establishes total property

damages, costs, and fees at $114.21 per square foot.

       10.    In sum, the property damages to the class of Taishan drywall homeowners

of the 3,852 residential units is $878,130,881.

Exhibits:

1.    Curriculum Vitae and Testimony Listing 2010 to 2014
2.    Square Footage Summary Page
3.    FRE 1006 (Virginia Screening Data)
4.    Venture Supply Distribution Records
5.    Venture Supply Profile Form
6.    Taishan Gypsum Ltd. Manufacturer Profile Form
7.    Calculations for 2014 remediation costs and inspection and clearance fees
8.    CPSC Interim Guidance (1/28/10)
9.    Florida Dept. of Health (12/8/09)
10.    Average Alternative Living and Personal Property Damage Costs

Further, the affiant sayeth not.

10-22-14
Date

*Ronald E. Wright* (signature)
Ronald E. Wright, P.E.

Sworn to and subscribed before me this 22 day of October 2014

*Kathryn R. Wright* (signature)
NOTARY PUBLIC

My Commission Expires: 4/8/2017

7

# EXHIBIT 1

# B W  BERMAN & WRIGHT
### ARCHITECTURE, ENGINEERING & PLANNING, LLC.

## Ronald E. Wright, PE
Principal

### PROFESSIONAL SUMMARY

Ron Wright has provided services to the construction industry since 1979. Mr. Wright's variety of experiences include Building Diagnostics, Design, Project Management, CPM scheduling, Claims Management, and Surety Contract Management. Mr. Wright is widely and highly regarded in the industry for his expertise in Building Diagnostics and has provided expert testimony in front of juries, arbitrators, judges, and mediators.

### PROFESSIONAL EXPERIENCE

**Berman & Wright, Architecture, Engineering & Planning, LLC (Formerly Buric)**

| | |
|---|---|
| Principal | 2011 – Present |
| Chief Operating Officer | 2007 – 2011 |
| Vice President of Building Diagnostics Services | 2005 – 2007 |
| Senior Vice President | 2004 – 2006 |
| Vice President | 2000 – 2004 |
| Senior Project Consultant | 1995 – 2000 |
| Project Consultant | 1989 – 1995 |

Mr. Wright actively participates in providing services to owners, design professionals, contractors, and other participants in the construction field. Services provided include defining design and construction deficiencies; completing construction code and technical analysis; determining and documenting causes of building deterioration in order to define corrections; estimating costs of repairs and managing projects through rehabilitation, inclusive of cost monitoring and controls; administering contracts; and scheduling.

**H. C. Rummage, Inc.**

| | |
|---|---|
| Project Manager and Estimator | 1987 – 1989 |

Mr. Wright worked in the capacities of Project Manager and Estimator constructing commercial and industrial projects for the general contractor. His responsibilities included initiating and developing contracts with Clients; developing project estimates and establishing contract amounts; performing project management duties including project schedules, developing and finalizing subcontracts and materials purchases; and closeout of projects. Additionally, for design-build projects, Mr. Wright developed project construction documents that included engineering design.

---

New Jersey                    North Carolina                    Ohio

1642 Military Cutoff Road, Wilmington, NC 28403    T: 910-338-4244    F: 910-256-0771    WWW.BERMANWRIGHT.COM



**Bench Mark Builders, Inc.**
Project Manager and Estimator                                              1984 – 1987

Mr. Wright worked in the roles of Project Manager and Estimator to construct commercial and industrial projects for a general contractor. Mr. Wright's responsibilities included initiating and developing contracts with Clients; developing project estimates and establishing contract amounts; performing project management duties including project schedules, developing and finalizing subcontracts and materials purchases, and closeout of projects. Additionally, for design-build projects, Mr. Wright developed project construction documents that included design engineering.

**Owens-Illinois Inc.**
Staff Engineer                                                            1979 - 1984

Mr. Wright work in the role of Staff Engineer by performing design engineering and by serving as owner's representative on construction projects for over twenty glass manufacturing plants. His duties included site reviews to establish construction needs, develop drawings and specifications for projects performed by contractors or in-house personnel, coordinate project work, develop cost estimates for budget purposes, meet with materials suppliers and manufacturers to evaluate products to be used within construction, and perform on-site management of project work during major glass plant renovations or new construction projects.

## EDUCATION

| University of Toledo | Toledo, Ohio |
|---|---|
| Master of Business Administration | June 1984 |
| Bachelor of Science in Civil Engineering | June 1979 |

## PROFESSIONAL LICENSE

Registered Professional Engineer

| Ohio | License No. E-48776 | May 1984 |
|---|---|---|
| North Carolina | License No. 012130 | October 1984 |
| South Carolina | License No. 10583 | July 1985 |
| Virginia | License No. 036280 | June 2001 |
| Maryland | License No. 0029570 | March 2004 |
| New Jersey | License No. GE45073 | June 2004 |
| Mississippi | License No. 20672 | March 2012 |
| Alabama | License No. 32709-E | May 2012 |
| Florida | License No. 74971 | August 2012 |
| Pennsylvania | License No. 080264 | September 2012 |



## PROFESSIONAL MEMBERSHIPS

American Architectural Manufacturers Association
American Society for Testing and Materials
International Code Council
Professional Engineers of North Carolina
American Society of Civil Engineers
Tau Beta Pi, Engineering Honorary Fraternity

## PROFESSIONAL PUBLICATION

- Wright, Ron. "The Mold Challenge in Construction," Construction Claims Advisor, May 2005.

## CURRENT PROJECTS LIST

| | |
|---|---|
| Lakeside at North Haledon Condominiums | North Haledon, NJ |
| Edgewater Condominiums | Myrtle Beach, SC |
| Metropolitan Apartments | Camp Springs, MD |
| Village of Troon Condominiums | Charlotte, NC |



Ronald E. Wright, PE lectures on a variety of construction-related topics including Building Diagnostics. The following is a listing of seminars Mr. Wright has presented:

<table>
<tr><td colspan="2" align="center"><b>LISTING OF SEMINARS PRESENTED</b></td></tr>
<tr><td align="center"><b>Date</b></td><td align="center"><b>Topic</b></td></tr>
<tr><td>2012</td><td>Senior Summit; Panelist for open forum Q & A; Manchester, New Jersey</td></tr>
<tr><td>2010</td><td>Associated Owners & Developers 14th Annual Construction Industry Conference "How Owners and Contractors can Control Project Risk" Seminar presentation for Dealing With Construction and Design Defects; Atlanta, Georgia</td></tr>
<tr><td>2008</td><td>Lorman Education Services "Condominium Construction Issues in North Carolina", Seminar Presentation for Building Diagnostics; Raleigh, North Carolina</td></tr>
<tr><td>2005</td><td>"Mealey's Construction Defect & Mold Litigation Conference", Panel member in presentation on "Hot Topics in Construction Defect Litigation - Defective Product Round-up"; Phoenix, Arizona'</td></tr>
<tr><td>2004</td><td>National Business Institute "Ohio Construction Defect and Mold Litigation" Seminar Presentation for Mold and Building Diagnostics; Cleveland, Ohio</td></tr>
<tr><td>2004</td><td>National Business Institute "Ohio Construction Defect and Mold Litigation" Seminar Presentation for Mold and Building Diagnostics; Akron, Ohio</td></tr>
<tr><td>2004</td><td>Lorman Education Services "Advances in Environmental Mold Issues" Fairfax County Government Seminar Presentation for Mold and Building Diagnostics; Fairfax, Virginia</td></tr>
<tr><td>2004</td><td>National Business Institute "Ohio Construction Defect and Mold Litigation" Seminar Presentation for Mold and Building Diagnostics; Cleveland, Ohio</td></tr>
<tr><td>2003</td><td>The "Contractor's Construction Superconference" Presentation for "What Owners Need to Know About Delay and Disruption Claims"; San Francisco, California</td></tr>
<tr><td>2003</td><td>Lorman Education Services "Advances in Environmental Mold Issues in Virginia" Seminar Presentation for Mold and Building Diagnostics; Arlington, Virginia</td></tr>
<tr><td>2002</td><td>North Carolina Academy of Trial Lawyers "Toxic Mold and Construction Defects" Seminar Presentation for Using the Forensic Engineer to Build the Case; Raleigh, North Carolina</td></tr>
<tr><td>2002</td><td>The "Contractor's Construction Superconference" Presentation for Mold and Building Problems Investigations; San Francisco, California</td></tr>
<tr><td>2001</td><td>Waterproofing Contractors Association, Inc. "Construction Pitfalls and Solutions" Seminar Presentation for Construction Pitfalls and Solutions; Pinehurst, North Carolina</td></tr>
<tr><td>1999</td><td>North Carolina Bar Foundation "Advanced Synthetic Stucco Update" Presentation for Overview of EIFS Issues; Cary, North Carolina</td></tr>
<tr><td>1999</td><td>NOVA SHOC Public Forum on EIFS Presentation as Panel Member for open</td></tr>
</table>



|      |                                                                                                                                                          |
|------|----------------------------------------------------------------------------------------------------------------------------------------------------------|
|      | discussion of EIFS; Fairfield County Civic Center, Virginia                                                                                               |
| 1998 | North Carolina Bar Foundation "Stucco Litigation" Seminar Presentation for Expert/Engineer's Perspective; Greensboro, North Carolina                       |
| 1996 | North and South Carolina Bar Foundation Annual Construction Law Section Meeting Presentation as Panel Member for Open Discussion of EIFS; Durham, North Carolina |
| 1996 | Homeowner Public Forum on EIFS Presentation for Investigation and Documentation of Problems with EIFS; Savannah, Georgia                                    |



| SEMINARS ATTENDED | |
|---|---|
| **Date** | **Topic** |
| 2014 | Infrared Training Center Infrared Thermography Level I Certification Class Nashua, NH |
| 2014 | North Carolina Bar Foundation Annual Construction Law Section Meeting "Multi-Party Construction Cases: The Critical Path to Resolution" Pinehurst, North Carolina |
| 2013 | South and North Carolina Bar Foundation Law Section "Constructing the Trial of a Construction Defect Case" Asheville, North Carolina |
| 2013 | North Carolina Bar Foundation "Construction Law 2013: Practice Smarter, Not Harder!" Cary, North Carolina |
| 2012 | North Carolina Bar Foundation Annual Construction Law Section Annual Meeting "Navigating Changes and Building Practice Area Expertise" Concord, North Carolina |
| 2012 | 21st Century Building Exposition and Conference "Profiting in 2012 and Beyond" Charlotte, North Carolina |
| 2012 | 21st Century Building Exposition and Conference "Strategy Shift: Moving from Defense to Offense" Charlotte, North Carolina |
| 2012 | 21st Century Building Exposition and Conference "Misleading Proposals and How to Avoid Them" Charlotte, North Carolina |
| 2011 | South and North Carolina Bar Foundation Law Section Conference "A Gathering of Leaders from the Judiciary, the Legislature, the Industry and Bars" Wild Dunes, Isle of Palms, South Carolina |
| 2011 | 21st Century Building Exposition and Conference "Residential Code Update" Charlotte, North Carolina |
| 2011 | 21st Century Building Exposition and Conference "The 11 Hottest Marketing Commodities of 2011" Charlotte, North Carolina |
| 2010 | Waterproofing Contractor's Association Spring Conference Wilmington, North Carolina |
| 2010 | Reed Construction Data "Economic Recovery: Under Construction" Webinar |
| 2010 | North Carolina Bar Foundation Annual Construction Law Section Annual Meeting; Greensboro, North Carolina |
| 2009 | Reed Construction Data "Construction Activity Update" Webinar |
| 2009 | HB Litigation Conference "Chinese Drywall Litigation" Teleconference |
| 2009 | Reed Construction Data "Lessons in BIM Adoption" Webinar |
| 2009 | North and South Carolina Bar Foundation Law Section Meeting Asheville, North Carolina |



| SEMINARS ATTENDED | |
|---|---|
| **Date** | **Topic** |
| 2008 | North Carolina Bar Foundation Annual Construction Law Section meeting<br>Greensboro, North Carolina |
| 2007 | North and South Carolina Bar Foundation Construction Law Section Meeting<br>Isle of Palms, South Carolina |
| 2006 | "North Carolina Building Inspectors Association – Winter Code Seminar"<br>Boone, North Carolina |
| 2006 | North Carolina Bar Foundation Annual Construction Law Section Meeting<br>Greensboro, North Carolina |
| 2005 | North and South Carolina Bar Foundation Construction Law Section Meeting<br>Asheville, North Carolina |
| 2005 | ASCE Structures Congress: Metropolis & Beyond<br>New York City, New York |
| 2002 | North Carolina Bar Foundation Annual Construction Law Section Meeting<br>Southern Pines, North Carolina |
| 2001 | ASTM Symposium on Performance of Exterior Building Walls<br>Phoenix, Arizona |
| 2001 | North and South Carolina Bar Foundation Construction Law Section Meeting<br>Asheville, North Carolina |
| 2001 | Professional Engineers of North Carolina "Changes to the Building Code and Impacts on Construction"; Wilmington, North Carolina |
| 2000 | Training for Inspection of Hurricane Damaged Homes<br>Wilmington, North Carolina |
| 1999 | North and South Carolina Bar Foundation Construction Law Section Meeting<br>Charleston, South Carolina |
| 1998 | Patton – Boggs "Hot Legal Topics" Seminar<br>Research Triangle Park, North Carolina |
| 1998 | North Carolina Bar Foundation Annual Construction Law Section Meeting<br>Durham, North Carolina |
| 1998 | ASTM Symposium<br>Atlanta, George |
| 1997 | ASTM Symposium: "EIFS: Innovations and Solutions to Industry Challenges"; San Diego, California |
| 1997 | North and South Carolina Bar Foundation Construction Law Section Meeting<br>Asheville, North Carolina |
| 1996 | ASTM Symposium "Water Leakage Through Building Facades"<br>Orlando, Florida |
| 1996 | Green Building's Seminar<br>Wilmington, North Carolina |
| 1995 | North and South Carolina Bar Foundation Construction Law Section Meeting and Seminar; Charleston, South Carolina |



| SEMINARS ATTENDED | |
|---|---|
| **Date** | **Topic** |
| Prior to 1995 | Brick Institute of America "Discussion of Sealant Joints" |
| Prior to 1995 | Owens-Corning Training "Field Investigations" |
| Prior to 1995 | Carlisle Roof Training "Field Investigations" |



# TESTIMONY EXPERIENCE

**Trials**
- Deficiencies of design and cost estimate to complete construction of Stone Bay Plantation amenities (1997)
- Design and construction deficiencies and damages for Pepper Residence (1998)
- Construction deficiencies of beach access way for Hodge (1999)
- Cost estimate for replacement of McAlisters Restaurant destroyed by fire (2000)
- Investigation and analysis for building problems and water intrusion at Polk County Judicial Complex (2000)
- Design and construction deficiencies and damages for Maday Residence (2000)
- Design and construction deficiencies and damages for Stafford Residence (2001)
- Design and construction deficiencies and damages for Spy Glass at Bay Point condominiums (2001)
- Design and construction deficiencies and damages for Tucker Residence (2002)
- Design and construction deficiencies and damages for Farhoumand Residence (2002)
- Design and construction deficiencies and damages for Rasmussen Residence (2002)
- Design and construction deficiencies and damages for Columbine Place Townhomes (2002)
- Design and construction deficiencies and damages for Taft Residence (2003)
- Design and construction deficiencies and damages for Herman/Chancler Residence (2003)
- Design and construction deficiencies and damages for Calhoun Residence (2003)
- Design and construction deficiencies and damages for Shannon Residence (2004)
- Design and construction deficiencies and damages for Blackward Residence (2004)
- Construction deficiencies and repair costs for Davis Residence (2004)
- Construction deficiencies and damages for Davis Residence (2005)
- Construction deficiencies and damages for Daniel Residence (2006)
- Design and construction deficiencies and damages for the Marina Village Condominiums (2006)
- Design and construction deficiencies and damages for the Westbriar Condominiums (2006)
- Design and construction deficiencies and damages for the Ferranti Residence (2007)
- Design and construction deficiencies and damages for the Camelot Condominiums (2008)
- Design and construction deficiencies and damages for Garmon Residence (2008)
- Design and construction deficiencies and damages for the Hunters Creek Condominiums (2008)
- Design and construction deficiencies and damages for Meng Residence (2008)
- Remediation scope of work and damages to address defective Chinese drywall for the Germano Plaintiffs (2010)
- Design and construction deficiencies and damages for Renaissance on the Ocean Condominiums (2010)
- Design and construction deficiencies and damages for Quay 55 Apartments (2014)
- Design and construction deficiencies and damages for Port Liberte II (2014)

**Arbitrations**
- Assist with design and construction deficiencies presentation for Pavilion Towers apartment complex (1995)
- Improper installation of exterior finish system and damages for Nugent Residence (1997)
- Water intrusion and building problem issues for Soaring Eagle Hotel (1999,2000)



- Design and construction deficiencies and damages for Shaw Residence (2002)
- Design and construction deficiencies and damages for Singer Residence (2002)
- Design and construction deficiencies and damages for Ahern Residence (2002)
- Design and construction deficiencies and damages for Peter/Jay Residence (2002)
- Design and construction deficiencies and damages for Tolsdorf Residence (2003)
- Design and construction deficiencies and damages for Siegal Residence (2003)
- Design and construction deficiencies and damages for Olson/St. Ledger-Roty Residence (2005)
- Design and construction deficiencies and damages for the Oster Residence (2008)
- Design and construction deficiencies and damages for the Grove Landing Townhouses (2008)

**Mediations**
- Design and construction deficiencies and damages for Muse Residence (1995)
- Delay claim analysis and damages for Sun Oil Marcus Hook Refinery piling contractor (1996)
- Design and construction deficiencies and damages for Villa Capriani Condominiums (1997)
- Design and construction deficiencies and damages for Pembroke at Landfall Condominiums (1997)
- Design and construction deficiencies and damages for Lakeside Village Condominiums (1997)
- Design and construction deficiencies and damages for Lukowski Residence (1998)
- Design and construction deficiencies and damages for Brissette Residence (1998)
- Design and construction deficiencies and damages for Hovdesven Residence (1999)
- Design and construction deficiencies and damages for Williamson Residence (2000)
- Design and construction deficiencies and repairs for San Francisco State University student housing (2000)
- Design and construction deficiencies and damages for Van Volkenburg Residence (2001)
- Design and construction deficiencies and damages for Myrtle Grove Volunteer Fire Department (2001)
- Design and construction deficiencies and damages for Extended Stay America Hotel Site #877 (2002)
- Design and construction deficiencies and damages for Extended Stay America Hotel Site #6065 (2002)
- Design and construction deficiencies and damages for Extended Stay America Hotel Site #399 (2003)
- Design and construction deficiencies and damages for Villas at Harbor Island Condominiums (2005)
- Design and construction deficiencies and damages for the Prospect Ashley Condominiums (2006)
- Design and construction deficiencies for the Park Phillips Townhomes (2006)
- Construction deficiencies and damages for the Villas at Harbor Island Condominiums (2006)
- Design and construction deficiencies for the Amherst Mews Townhomes (2007)
- Design and construction deficiencies for the Renaissance on the Ocean Condominiums (2008)
- Construction deficiencies for the McKinney Residence (2008)
- Construction and design deficiencies for the Bryan Psychiatric Hospital (2010)
- Construction and design deficiencies for the Edgewater Condominiums (2011)



## Hearings
· North Carolina Licensing Board for General Contractors for Code violations on construction of Daniel residence (2001)
· York County, Virginia Board of Appeals for code violations on use of Chinese Drywall (2010)
· Plenary hearing for insurance coverage issues concerning the Lakeside at North Haledon Condominiums (2013)

## Depositions
· Design and construction deficiencies and damages for Barnwell Colony condominiums (1989)
· Design and construction deficiencies and damages for Pavilion Towers apartment complex (1992)
· Design and construction deficiencies and damages for Muse Residence (1994)
· Delay claim analysis and damages for Sun Oil Marcus Hook Refinery piling contractor (1996)
· Design and construction deficiencies and damages for Villa Capriani condominiums (1996)
· Design and construction deficiencies and damages for Regency Executive Plaza Office Condominiums (1997)
· Design and construction deficiencies and damages for Hallman Residence (1997)
· Design and construction deficiencies and damages for Means Residence (1998)
· Design and construction deficiencies and damages for Rose Residence (1998)
· Design and construction deficiencies and damages for Blackward Residence (1998)
· Design and construction deficiencies and damages for Pepper Residence (1998)
· Design and construction deficiencies and damages for Toscano Residence (1999)
· Design and construction deficiencies and damages for Pope Residence (1999)
· Design and construction deficiencies and damages for Austin Residence (1999)
· Design and construction deficiencies and damage for Atkinson et al. (1999)
· Design and construction deficiencies of Lincoln Windows for Coastal Window and Door Company (1999)
· Design and construction deficiencies of Molesworth Residence (1999)
· Design and construction deficiencies for Weyerhaeuser Residence (1999)
· Design deficiencies of EIFS for the North Carolina State EIFS Class Actions (1999).
· Design and construction deficiencies for Puryear Residence (1999)
· Design and construction deficiencies for Jones Residence (1999)
· Design and construction deficiencies for Gelfo Residence (1999)
· Issues of design, installation, and maintenance of LPP sewer system for Brinkman et al. (1999, 2000)
· Design and construction deficiencies for Tuluri Residence (1999)
· Design and construction deficiencies for Hannen and Graziano Residences (2000)
· Design and construction deficiencies for Hull Residence (2000)
· Design and construction deficiencies for Williamson Residence (2000)
· Design and construction deficiencies for Travis Residence (2000)
· Design and construction deficiencies for Eastport Development fence (2000)
· Design and construction deficiencies for Garrett Residence (2000)
· Design and construction deficiencies for Bissett Residence (2000)
· Design and construction deficiencies for Spencer Residence (2000)
· Design and construction deficiencies for Preston Falls Villas (2000)



- Design and construction deficiencies for Link/Potter and Maday Residences (2000)
- Design and construction deficiencies for Karnofsky Residence (2000)
- Design and construction deficiencies for Mignogna Residence (2000)
- Design and construction deficiencies for McGugan Residence (2000)
- Design and construction deficiencies for Gardner Residence (2000)
- Design and construction deficiencies for Alspaugh Residence (2000)
- Design and construction deficiencies for Gibson Residence (2000)
- Design and construction deficiencies for Allen Residence (2000, 2001)
- Design and construction deficiencies for Spy Glass at Bay Point condominiums (2000)
- Design and construction deficiencies for Berger and Anderson Residences (2000)
- Design and construction deficiencies for Wilmington Assisted Living Community (2001)
- Design and construction deficiencies for Moskowitz and Sanok Residences (2001)
- Design and construction deficiencies for Pizzurro Residence (2001)
- Design and construction deficiencies for Atkinson Residence (2001)
- Design and construction deficiencies for Moore Residence (2001)
- Design and construction deficiencies for Zimmerlein Residence (2001)
- Design and construction deficiencies for Club Villas townhomes (2001, 2002)
- Design and construction deficiencies for Combof Residence (2001)
- Design and construction deficiencies for Wilson Residence (2001)
- Design and construction deficiencies for Ramm Residence (2001)
- Design and construction deficiencies for Stafford Residence (2001)
- Design and construction deficiencies for Sergent/Thompson Residence (2001)
- Design and construction deficiencies for Shull Residence (2001)
- Design and construction deficiencies for Connolly Residence (2001)
- Design and construction deficiencies for Higgins Residence (2001)
- Design and construction deficiencies for Swain Residence (2001)
- Design and construction deficiencies for Jordan Residence (2001)
- Design and construction deficiencies for Foss Residence (2001)
- Design and construction deficiencies for Desjardins Residence (2001)
- Design and construction deficiencies for Tong/Huang Residence (2001)
- Design and construction deficiencies for Wynne Residence (2001)
- Design and construction deficiencies for Peppertree Residences (2001, 2002)
- Design and construction deficiencies for Steel Residence (2002)
- Design and construction deficiencies for Gergits Residence (2002)
- Design and construction deficiencies for Country Club of Landfall (2002)
- Design and construction deficiencies for Mix Residence (2002)
- Design and construction deficiencies for Ashton Townhomes (2002)
- Design and construction deficiencies for Fix Residence (2002)
- Design and construction deficiencies for Miller Residence (2002)
- Design and construction deficiencies for Geller Residence (2002)
- Design and construction deficiencies for Farhoumand Residence (2002)
- Design and construction deficiencies for Tucker Residence (2002)
- Design and construction deficiencies for Amin (Harry) Residence (2002)
- Design and construction deficiencies for Amin (Mike) Residence (2002)
- Design and construction deficiencies for Pendry Residence (2002)



- Design and construction deficiencies for Gibson Residence (2002)
- Design and construction deficiencies for McGuiness Residence (2002)
- Design and construction deficiencies for Cardamone Residence (2002)
- Design and construction deficiencies for Robbins Residence (2002)
- Design and construction deficiencies for Evans Residence (2002)
- Design and construction deficiencies for Sochko Residence (2002)
- Design and construction deficiencies for Wolff Residence (2002)
- Design and construction deficiencies for Johnson Residence (2002)
- Design and construction deficiencies for Kaufman Residence (2002)
- Design and construction deficiencies for Taylor Residence (2002)
- Design and construction deficiencies for Columbine Place Townhomes (2002)
- Design and construction deficiencies for Petrella Residence (2002)
- Design and construction deficiencies for Doremus Residence (2002, 2003)
- Design and construction deficiencies for Stoney Residence (2002, 2003)
- Design and construction deficiencies for McClure Residence (2002)
- Design and construction deficiencies for Goodall Residence (2002)
- Design and construction deficiencies for Peter/Jay Residence (2002)
- Design and construction deficiencies for Thomas Residence (2003)
- Design and construction deficiencies for Gavin Residence (2003)
- Design and construction deficiencies for Nazelrod Residence (2003)
- Design and construction deficiencies for Horne Residence (2003)
- Design and construction deficiencies for Lesner Point East condominiums (2003, 2004, 2005)
- Design and construction deficiencies for Taft Residence (2003)
- Design and construction deficiencies for Himes Residence (2003)
- Design and construction deficiencies for Shaw Residence (2003)
- Design and construction deficiencies for Tolsdorf Residence (2003)
- Design and construction deficiencies for Basumallik Residence (2003)
- Design and construction deficiencies for Extended Stay America Hotels #6065 and #877 (2003)
- Design and construction deficiencies for McDonalds Restaurants (North Carolina)  (2003)
- Design and construction deficiencies for Butt/Priester Residence (2003)
- Design and construction deficiencies for Spinnaker Cove Condominiums (2003)
- Design and construction deficiencies for Skirzenski Residence (Finestone EIFS Class Action) (2003)
- Design and construction deficiencies for Schrader Residence (2003)
- Design and construction deficiencies for Sherwood Residence (2003)
- Design and construction deficiencies for Shank Residence (2003)
- Design and construction deficiencies for Rosthein Residence (2004)
- Design and construction deficiencies for Shannon Residence (2004)
- Design and construction deficiencies for Tran Residence (2004)
- Construction issues for Riley accident (2004)
- Design and construction deficiencies for Tanner Residence (2004)
- Design and construction deficiencies for Extended Stay America Hotel #831 (2004)
- Design and construction deficiencies for Ronan Residence (2004)
- Design and construction deficiencies for New Jersey Sto Class Action litigation (2004)
- Design and construction deficiencies for Lucas Residence (2004)
- Design and construction deficiencies for Stang Residence (2004)
- Design and construction deficiencies for Rogoff, Tenenbaum, and Tice Residences (2004)

Case 2:09-md-02047-EEF-MBN   Document 18294-1   Filed 02/05/15   Page 24 of 92
Case 2:09-md-02047-EEF-JCW   Document 18086-4   Filed 10/29/14   Page 15 of 20



- Design and construction deficiencies for Cutrone Residence (2004)
- Design and construction deficiencies for Full Cry Farms residences (Cole, Hickey-Fishbein, Police, Sander, Weber) (2004)
- Design and construction deficiencies for Scott Residence (2004)
- Repair scope and cost analysis and estimate for Davis Residence (2004)
- Design and construction deficiencies for Florio Residence (2004, 2005)
- Design and construction deficiencies for Galioto Residence (2004)
- Design and construction deficiencies for the Red Roof Inn (2004)
- Design and construction deficiencies for the Mulligan Residence (2004)
- Design and construction deficiencies for the Willard Residence (2004)
- Design and construction deficiencies for the Stokes Residence (2004)
- Design and construction deficiencies for the Erdogan Residence (2004)
- Design and construction deficiencies for the Liska Residence (2004)
- Design and construction deficiencies for the Villas at Harbor Island Condominiums (2004, 2005)
- Design and construction deficiencies for Extended Stay America Hotels #2504, #2528, #2530, and #2549 (2004)
- Design and construction deficiencies for the McMillin Residence (2004)
- Design and construction deficiencies for the Village of Carver Falls and Hollows at Greenville Apartments (2004)
- Design and construction deficiencies for the Noble Residence (2004)
- Design and construction deficiencies for the Rathnam Residence (2005)
- Design and construction deficiencies for the Cato Residence (2005)
- Design and construction deficiencies for the Watson Residence. (2005)
- Design and construction deficiencies for the Berean Baptist Church. (2005)
- Design and construction deficiencies for the Moore Residence. (2005)
- Design and construction deficiencies for the Pocock Residence. (2005)
- Design and construction deficiencies for Extended Stay America Hotels #522 and #561 (2005)
- Design and construction deficiencies for the Messner Residence (2005)
- Construction deficiencies for the McKinney Residence (2005)
- Design and construction deficiencies for the Zinn Residence (2005)
- Design and construction deficiencies for the Hale Residence (2005)
- Design and construction deficiencies for the Carter, Hatten, Krantz, Mehrotra, and Paige residences (2005, 2006)
- Design and construction deficiencies for the Dayton Place Condominiums (2005)
- Design and construction deficiencies for the Szczesny Residence (2006)
- Design and construction deficiencies for the Pierce Residence (2006)
- Design and construction deficiencies for the Kravecas Residence (2006)
- Design and construction deficiencies for the Avalos Residence (2006)
- Design and construction deficiencies for the Dean Residence (2006)
- Design and construction deficiencies for the Dial Residence (2006)
- Design and construction deficiencies for the Prospect Ashley Condominiums (2006)
- Design and construction deficiencies for the Burkhamer Residence (2006)
- Design and construction deficiencies for the Lightkeepers Village (2006)
- Design and construction deficiencies for the Venick Residence (2006)
- Design and construction deficiencies for the Chadbourn Commercial Building (2006)
- Design and construction deficiencies for the Seibert Residence (2006)



- Design and construction deficiencies for the Matturro and Strenkowski Residences (2006)
- Design and construction deficiencies for the Marina Village Condominiums (2006)
- Design and construction deficiencies for the Nardella Residence (2006)
- Design and construction deficiencies for the Juranich Residence (2006)
- Design and construction deficiencies for the Hunters Creek Condominiums (2006)
- Design and construction deficiencies and damages for the Tomasetta Residence (2006)
- Design and construction deficiencies and damages for the Hetrick and Northrop Residences (2006)
- Design and construction deficiencies for the Tulenko Residence (2006)
- Design and construction deficiencies for the Breezewood Condominiums (2006)
- Design and construction deficiencies for the Baum Residence (2007)
- Design and construction deficiencies for the Chang Residence (2007)
- Design and construction deficiencies for the Super 8 Motel (2007)
- Design and construction deficiencies for the Harbor Ridge Condominiums (2007)
- Design and construction deficiencies for the Greenberg Residence (2007)
- Standard of care for professionals on the Sunset Beach Development (2007)
- Design and construction deficiencies for the Marrone Residence (2007)
- Design and construction deficiencies for the Stith Residence (2007)
- Design and construction deficiencies for the Ward Residence (2007)
- Design and construction deficiencies for the Camelot Condominiums (2007)
- Design and construction deficiencies for the Kleinberg Residence (2007)
- Design and construction deficiencies for the Sea Dunes II (2007)
- Design and construction deficiencies for the Roberts Residence (2007)
- Design and construction deficiencies for the Ocean Sands Best Western Hotel (2007)
- Design and construction deficiencies and damages for the Amherst Mews Townhouses (2008)
- Design and construction deficiencies and damages for the Renaissance on the Ocean Condominiums (2008)
- Design and construction deficiencies and damages for the Millennium Building Condominiums (2008)
- Design and construction deficiencies and damages for the Sussek Residence (2008)
- Design and construction deficiencies and damages for the Meng Residence (2008)
- Design and construction deficiencies for the Bald Eagle Commons Condominiums (2008)
- Design and construction deficiencies for the Microtel Inn & Suites (2009)
- Design and construction deficiencies for the Linkside Village at the Country Club (2009)
- Design and construction deficiencies for the Fortner residence (2010)
- Remediation scope of work and damages to address defective Chinese drywall for the Germano Plaintiffs (2010)
- Design and construction deficiencies for the Sidney Lanier Middle School (2010)
- Design and construction deficiencies for Brooklyn House Condominiums (2011)
- Remediation scope of work and damages to address defective Chinese drywall for the Mayo, Tedder, and White residences (2011)
- Remediation scope of work and damages to address defective Chinese drywall for Class Representatives in Florida and Louisiana (2011)
- Design and construction deficiencies for the Port Liberte II condominiums (2011, 2014)
- Design and construction deficiencies for the KC Prime Restaurant (2011, 2012)
- Design and construction deficiencies for the Blanton Residence (2011)
- Design and construction deficiencies for the Hardiplank class action (Elliott, Gabrielson, and



Kashima residences) (2011)
- Remediation and scope of work and damages to address defective Chinese drywall for the Bell residence (2012)
- Remediation and scope of work and damages to address water intrusion and mold for the Wayland Residence (2012)
- Remediation and scope of work and damages to address defective Chinese drywall for the Ard and McCully residences and Seminole Baptist Church (2012)
- Design and construction deficiencies for the Nemec Residence (2012)
- Design and construction deficiencies for the Broadfoot Residence (2012)
- Design and construction deficiencies for Lakeside at North Haledon Condominiums (2013)
- Remediation and scope of work and damages to address defective Chinese drywall for the Fincher Residence (2013)
- Remediation and scope of work and damages to address defective Chinese drywall for the 341 9th Street Condominiums (2013)
- Design and construction deficiencies for the Watson Residence (2013)
- Declaratory judgment for insurance coverage issues fore Lakeside at North Haledon Condominiums (2013)
- Design and construction deficiencies for the Ferris Residence (2013)
- Site drainage deficiencies for the Brantley Residence (2013)
- Construction deficiencies for the Quay 55 apartments (2014)

## SUMMARY OF EXPERT TESTIMONY FOR RONALD E. WRIGHT, PE

### 2010 through 2014

**Depositions**

1. Kathy L. Fortner vs. Dawol Homes, Inc., and David J. Wolons; Georgetown County, South Carolina; Court of Common Pleas 2006-CP-22-949

2. Michelle Germano, et al vs. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al; New Orleans, Louisiana; Eastern District of Louisiana 09-CV-6687

3. Donna M. Moses, et al vs. Dustin Construction, Inc., et al; Fairfax County, Virginia; Circuit Court CL2009-12575

4. Brooklyn House Condominium Owners Association vs. Plantation Building Corp., f/k/a Plantation Inc., et al; New Hanover County, North Carolina; Superior Court 10-CVS-1380

5. Chad Everett Langham, et al vs. Ace Home Center, Inc., et al; Baldwin County, Alabama; Circuit Court CV-2009-900948

6. Michelle Germano, et al vs. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al; New Orleans, Louisiana; Eastern District of Louisiana 09-CV-6687; Class Action

7. Port Liberte Condominium Association, Inc., II vs. New Liberty Residential Urban Renewal Co., LLC, et al; Hudson County, New Jersey; Superior Court HUD-L-1222-08

8. Dawn Restaurant, Inc. t/a KC Prime Restaurant Steakhouse vs. Penn Millers Insurance Company; Mercer County, New Jersey; District Court of New Jersey 10-CV-2273-MLC-TJB

9. L. Randy Blanton vs. CJB Process Associates, Inc. and Pollard Windows, Inc.; New Hanover County, North Carolina; Superior Court 10-CVS-4778

10. Elliott, Gabrielson and Kashima et al vs. KB Home Raleigh-Durham, Inc.; Wake County, North Carolina; Superior Court 08-CVS-021190

11. Thomas E. Bell vs. Hulsey-Nezlo Construction, LLC, Snead Door, LLC; Marshall County, Alabama; Circuit Court CV-09-431

12. Janet Wayland vs. Board of Directors of the Charleston Condominium Unit Owners Association, Inc.; Arlington County, Virginia; Circuit Court CL10-1959

13. Tryan Chance Ard, Leland and Amy McCully vs. Ace Home Center, Inc., et al; Baldwin County. Alabama; Circuit Court CV-2011-901112

1

14. Donald O. Nemec and Brenda L. Nemec vs. Equity Lifestyle Properties, Inc., et al; Fairfax County, Virginia; Circuit Court 2011-04792

15. Burmah Dixon Broadfoot vs. Richard Brooks Addis and Addis Construction and Property Maintenance , LLC; New Hanover County, North Carolina; Superior Court 11-CVS-0053

16. Lakeside at North Haledon Condominium Association, Inc., a New Jersey Not-For-Profit Corporation vs. K. Hovnanian at North Haledon, LLC, et al; Passaic County, NJ; Superior Court PAS-L-2688-10

17. Nathan and Megan Fincher vs. Mazer's Discount Home Center, et al; Jefferson County, Alabama; Circuit Court CV-2010-001470

18. Karin M. Sadove, et al vs. Warjoe, LLC, et al; Bergen County, New Jersey; Superior Court L-8186-10

19. David Watson and Carol Watson vs. Texas Design Interests, LLC, et al; Jackson County, Mississippi; Circuit Court 2010-00346

20. Crum & Forster Insurance Company and Crum & Forster Specialty Insurance Company vs. The Breese Corporation and Lakeside at North Haledon Condominium Association, Inc.; Passaic County, New Jersey; Superior Court L-1949-12

21. Mark E. Ferris, et al vs. DR Horton, Inc., - New Jersey, et al; New Castle County, Delaware; Superior Court N11C-11-221 CHT

22. Nadine Brantley vs. The City of Rock Hill, a body politic and subdivision of the State of South Carolina and Wherry Construction Co., Inc; York County, South Carolina; Common Court of Pleas 2012-CP-46-00146

23. Quay 55 Limited Partnership, LLC vs. Marous Brothers Construction, Inc., et al; Cuyahoga County, OH; Court of Common Pleas CV-11-766308

## Trials

1. Michelle Germano,  et al vs. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al; New Orleans, Louisiana; Eastern District of Louisiana 09-CV-6687

2. Renaissance Condominium Association vs. Renaissance Real Estate, et als; Monmouth County, NJ; Superior Court MON-L-1152-05

3. Quay 55 Limited Partnership, LLC vs. Marous Brothers Construction, Inc., et al; Cuyahoga County, OH; Court of Common Pleas CV-11-766308

4.  Port Liberte Condominium Association, Inc., II vs. New Liberty Residential Urban Renewal Co., LLC, et al; Hudson County, New Jersey; Superior Court HUD-L-1222-08

## Hearings

1.  York County, Virginia Board of Appeals for code violations on use of Chinese Drywall (2010)
2.  Crum & Forster Insurance Company and Crum & Forster Specialty Insurance Company vs. The Breese Corporation and Lakeside at North Haledon Condominium Association, Inc.; Passaic County, New Jersey; Superior Court L-1949-12

# EXHIBIT 2

# IN RE:  CHINESE-MANUFACTURED
# DRYWALL PRODUCTS LIABILITY LITIGATION

Taishan Class Square Footage Summary
As of October 20, 2014

| | | |
|---|---|---|
| 1. | Number of Property Units Square Footage Verified | 2,535 |
| 2. | Square Footage Verified for these properties | 5,059,957 |
| 3. | Average Square Footage (Line 2 divided by Line 1) | 1,996 |
| 4. | Number of Properties with Unverified Square Footage | 1,317 |
| 5. | Estimated Square Footage for these Properties (Line 3 times Line 4) | 2,628,782 |
| 6. | **Total Square Footage All Property Units (Line 3 plus Line 5)** | **7,688,739** |

# EXHIBIT 3

Case 2:09-md-02047-EEF-JCW   Document 18086-6   Filed 10/29/14   Page 2 of 3

FRE 1006 Summary of Screening Data for:
Virginia Venture Taishan Homes

| Client | Property Address | City | Core Drill Field Inspection | Photographic Evidence of AC Coil Corrosion (ipd) | Photographic Evidence of Sulfide Corrosion(x) | Laboratory Evidence of Corrosion (x) Corrosion (bd) | Laboratory Confirmation of Reactive Sulfur in Drywall (Electrical) (pd) | Laboratory Confirmation that Drywall is Problematic (pd) | Timeline Delivery Confirmation (pd) | # of Sheets | Aging Test Results | Aging Test Photographic Reference (pd) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Allen, Philip and Claire | 807 Eastfield Lane | Newport News | Yes | Yes | Yes | Yes | | Yes | 5/29/2007 | 45 | Positive | Yes |
| Abila, Joe and Debra | 3857 Border Way | Virginia Beach | Yes | New Coil Recently Installed | Yes | N/A | Yes | Yes | 8/18/2007 | 243 | Positive | Yes |
| Abkins, Tadesio and Matisa | 1257 Avondale Circle | Newport News | Yes | | Yes | N/A | Yes | Yes | 2/14/2007 | 37 | Positive | Yes |
| Atwell, Roger | 5816 Brixton Road | Williamsburg | Yes | | Yes | N/A | Yes | Yes | 11/7/2008 | 46 | Positive | Yes |
| Bailey, Eric | 958 Hollymeade Court | Newport News | Yes | Note Coil Recently Installed | Yes | Pending | Yes | Yes | 10/22/2008 | 45 | Positive | Yes |
| Baldwin, Barry & Inez | 4203 Dunhaven Circle | Williamsburg | Yes | | Yes | Yes | Yes | Yes | 10/22/2008 | 77 | Positive | Yes |
| Barnes, Gerald and Michelle | 5568 Brixton Road | Williamsburg | Yes | | Yes | Yes | Yes | Yes | 12/29/2008 | 51 | Positive | Yes |
| Brown, Craig and Angela | 1031 Hollymeade Circle | Newport News | Yes | Yes | Yes | Yes | Yes | Yes | 3/6/2008 | 61 | Positive | Yes |
| Byng, Eddie | 5530 Hollymeade Circle | Newport News | Yes | Yes | Yes | Yes | Yes | Yes | 3/6/2008 | 7 | Positive | Yes |
| Byrd, Ty DeMetra | 1600 Hollymeade Circle | Newport News | Yes | Yes | Yes | Yes | Yes | Yes | 11/7/2008 | 45 | Positive | Yes |
| Cain, Victoria | 952 Hollymeade Circle | Newport News | Yes | Yes | Yes | Yes | Yes | Yes | 3/20/2008 | 61 | Positive | Yes |
| Cousins, Tony | 2408 Catlains Loop Lane | Virginia Beach | Yes | Yes | Yes | Yes | Yes | Yes | 11/7/2008 | 37 | Positive | Yes |
| Criss, Bryant Maria | 1014 Hollymeade Circle | Newport News | Yes | Yes | Yes | Yes | Yes | Yes | 2/21/2005 | 192 | Positive | Yes |
| Darst, Matt and Candi | 1219 Avondale Lane | Newport News | Yes | Yes | Yes | Yes | Yes | Yes | 6/14/2008 | 101 | Positive | Yes |
| Dillard, Vida | 27807 Fangsy Run Road | Courtland | Yes | Yes | Yes | Yes | Yes | Yes | 9/22/2007 | 50 | Positive | Yes |
| Dorghety, Lisa and Jason | 801 Holly Street | Richmond | Yes | | Yes | N/A | Yes | Yes | 11/6/2006 | 94 | Pending | N/A |
| Edmonds, Rick | 1016 Hollymeade Circle | Newport News | Yes | New Coil Recently Installed | Yes | N/A | Yes | Yes | 4/7/2008 | 159 | Positive | Yes |
| Forehand, Perry and Cassandra | 957 Hollymeade Circle | Newport News | Yes | New Coil Recently Installed | Yes | N/A | Yes | Yes | 5/12/2008 | 61 | Positive | Yes |
| Fowke, Amanda | 961 Hollymeade Circle | Newport News | Yes | New Coil Recently Installed | Yes | N/A | Yes | Yes | 2/6/2007 | 37 | Positive | Yes |
| Freeman, Carroll | 1215 Avondale Lane | Newport News | Yes | | Yes | N/A | Yes | Yes | 3/6/2007 | 45 | Positive | Yes |
| Geedy, Treyon | 9171 North View Blvd. | Norfolk | Yes | New Coil Recently Installed | Yes | N/A | Yes | Yes | 10/11/2008 | 37 | Positive | Yes |
| Germain, Tabetha | 3872 Border Way | Virginia Beach | Yes | New Coil Recently Installed | Yes | N/A | Yes (Crawford Inspection) | Yes | 2/26/2008 | 153 | Pending | N/A |
| Goboy, Arvin and Clarissa | 957 Hollymeade Circle | Newport News | Yes | | Yes | N/A | Yes | Yes | 6/25/2008 | 351 | Positive | Yes |
| Hamilla, John | 214-A 60th Street | Virginia Beach | Yes | | Yes | N/A | Yes | Yes | 3/6/2008 | 37 | Positive | Yes |
| Haskins, Steve and Liz | 156 Melberry Lane | Mulberry | Yes | | Yes | N/A | Yes | Yes | N/A | 198 | Positive | Yes |
| Hinkley, Curtis and Stephanie | 905 Eastfield Lane | Newport News | Yes | | Yes | Pending | Yes | Yes | 8/20/2007 | 37 | Positive | Yes |
| Hollingsworth, Michael | 911 North Point Road | Williamsburg | Yes | | Yes | Pending | Yes | Yes | 8/20/2007 | 37 | Positive | Yes |
| Hong, Stephone | 5599 Brixton Road | Williamsburg | Yes | | Yes | N/A | Yes | Yes | 2/29/2008 | 242 | Positive | Yes |
| Hrishikesh, Rajiv | 8157 North View Blvd. | Norfolk | Yes | | Yes | Pending | Yes | Yes | 3/30/2008 | 101 | Positive | Yes |
| Jackson, Dennis and Sharon | 961 Hollymeade Circle | Newport News | Yes | | Yes | Yes | Yes | Yes | 8/6/2008 | N/A | Pending | N/A |
| Jones, Thomas and Maria | 1610 Hollymeade Circle | Newport News | Yes | | Yes | Yes | Yes | Yes | 2/6/2007 | 45 | Positive | Yes |
| Jones, Richard and Delores and Anderson, Valerie | 1022 Hollymeade Circle | Newport News | Yes | New Coil Recently Installed | Yes | N/A | Yes | Yes | 6/14/2008 | 63 | Positive | Yes |
| Kim, Soon | 4043 Delancey Cirle | Williamsburg | Yes | N/A | Yes | N/A | Yes | Yes | Pending | 65 | Positive | Yes |
| Knight, Kristin | 1718 Hollymeade Circle | Newport News | Yes | Yes | Yes | N/A | Yes | Yes | Pending | 48 | Positive | Yes |
| Leach, Joe & Cathy | 8169 Hollymeade Court | Newport News | Yes | Yes | Yes | N/A | Yes | Yes | 1/16/2008 | 77 | Positive | Yes |
| Lee, Hoo Suk | 5548 Brixton Road | Williamsburg | Yes | Yes | Yes | N/A | Yes | Yes | 3/6/2008 | 93 | Positive | Yes |
| Lechman, Lee and Susanne | 953 Hollymeade Circle | Newport News | Yes | Yes | Yes | Yes | Yes | Yes | 1/6/2008 | 37 | Positive | Yes |
| Lavette, Mike | 1211 Avondale Lane | Newport News | Yes | Yes | Yes | Yes | Yes | Yes | 2/6/2008 | 50 | Positive | Yes |
| Long, Dixon | 1909 Hollymeade Circle | Newport News | Yes | Yes | Yes | Yes | Yes | Yes | 2/12/2007 | 61 | Positive | Yes |
| Madison, Tyrone and Aleritia | 901 Eastfield Lane | Newport News | Yes | Yes | Yes | Pending | Yes | Yes | 6/14/2007 | 45 | Positive | Yes |
| McKellar, Preston and Rachal | 1166 Abington Drive | Williamsburg | Yes | Yes | Yes | Yes | Yes | Yes | 9/22/2007 | 155 | Positive | Yes |
| Mohaus, Fred and Vanessa | 1166 Wakehammocks Drive | Newport News | Yes | New Coil Recently Installed | Yes | Yes | Yes | Yes | 2/22/2008 | 45 | Pending | N/A |
| Myers, Williams and Deborah | 961 Hollymeade Circle | Newport News | Yes | Yes | Yes | Yes | Yes | Yes | 10/12/2008 | 45 | Positive | Yes |
| Nguyen, Colleen and Tuan | 4991 Wakehammocks Drive | Williamsburg | Yes | Yes | Yes | Yes | Yes | Yes | 2/26/2008 | 8 | Positive | Yes |
| Oh, Guanan | 113 Eskins Run | Yorktown | Yes | | Yes | Pending | Pending | | 7/10/2008 | 45 | Pending | N/A |
| Oros and Lisa | 854 Hollymeade Circle | Newport News | Yes | New Coil Recently Installed | Yes | N/A | Yes | Yes | 6/30/2008 | 37 | Positive | Yes |
| Park, Il Hela | 1023 Hollymeade Circle | Newport News | Yes | New Coil Recently Installed | Yes | N/A | Yes | Yes | 3/6/2008 | 8 | Positive | Yes |
| Parker, Marlon and LaTasha | 1217 Avondale Lane | Newport News | Yes | Yes | Yes | N/A | Yes | Yes | 1/11/2008 | 30 | Positive | Yes |
| Phillips, Jaqueline and Rodney | 854 Hollymeade Circle | Newport News | Yes | New Coil Recently Installed | Yes | N/A | Yes | Yes | 9/22/2008 | 50 | Positive | Yes |
| Pogovitich, Robert | | Williamsburg | Yes | New Coil Recently Installed | Yes | N/A | Yes | Yes | 9/5/2008 | 50 | Positive | Yes |
| Ponnada, Vee | | Newport News | Yes | New Coil Recently Installed | Yes | N/A | Yes | Yes | 8/16/2007 | 45 | Positive | Yes |
| Reed, Anton and Melissa | 969 Hollymeade Circle | Newport News | Yes | New Coil Recently Installed | Yes | N/A | Yes | Yes | 1/18/2007 | 45 | Positive | Yes |

Case 2:09-md-02047-EEF-JCW   Document 18086-6   Filed 10/29/14   Page 3 of 3

| Name | Address | City | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Satkowski, Mark | 120 Chanticleer Court | Williamsburg | Yes | Yes | Yes | Yes | Yes | | | 7/30/2007 | 50 Positive | Yes |
| Sherwood, Karl | 1029 Hollymeade Circle | Newport News | Yes | Yes | Yes | Yes | Yes | | | 2/5/2009 | 114 Positive | Yes |
| Simpson, Catherine | 112 Chanticleer Court | Williamsburg | Yes | Yes | Yes | Yes | Yes | | | 11/7/2007 | 50 Positive | Yes |
| Smith, Jonella | 956 Hollmeade Circle | Newport News | Yes | Yes | Yes | Yes | Yes | | | 5/6/2009 | 62 Positive | Yes |
| Starnes, David | 4065 Dunbarton Circle | Williamsburg | Yes | Yes | Yes | Yes | Yes | | | 2/26/2009 | 2412 Positive | Yes |
| Topf, Frank and Yvonne | 2417 Catttail Loch Lane | Virginia Beach | Yes | Yes | Yes | Yes | Yes | | | 3/2/2009 | 220 Positive | Yes |
| Walker, Ben | 1012 Hollymeade Circle | Newport News | Yes | Yes | Yes | Yes | Yes | | | 4/14/2009 | 332 Positive | Yes |
| Ward, Lawrence | 214-B 80th Street | Virginia Beach | Yes | Yes | Yes | Yes | Yes | | | 3/6/2009 | 198 Positive | Yes |
| Whittington, Brenda and Charles | 2105 Governors Pointe Drive | Suffolk | Yes | Yes | Yes | Pending | Yes | | | 6/2/2009 | 159 Positive | Yes |
| Woodson, Gregory and Floreliza | 3865 Border Way | Virginia Beach | Yes | New Coil Recently Installed | N/A | Yes | Yes | | | 4/14/2009 | 192 Positive | Yes |
| Aging Control - No Drywall | | | | | | | | | | | Certificate of Analysis | Control |
| Aging Control - National Gypsum | | | | | | | | | | | Certificate of Analysis | Control |

# EXHIBIT 4



## VENTURE
### SUPPLY, INC.

Remit To:  Venture Supply, Inc.
1140 Azalea Garden Road
Norfolk, VA 23502-
USA  Phone: (757)-855-5433

**INVOICE**

**00118322-001**

Invoice Date: 04/21/06
Account#: POR01 3325
Branch: VENTNRF
Phone#: (757)-857-0282
Fax#: (757)-857-0283
Delivery #: 00118322-001

BILL TO:                    Reprinted: 11/14/09  09:09:47        SHIP TO:
Porter-Blaine Co.                                                 17 CEDAR WOOD VILLAGE
1140 Azalea Garden Road                                           WOODVILLE NC 23502
Norfolk VA 23502

CREATED BY: Lorrie            Page  1 of  1

| PO#: Terry | | | REF#: | | JOB#: | | |
|---|---|---|---|---|---|---|---|
| ORDER DATE: 04/20/06 | SALES | | ORDER TYPE: Whse | SHIP VIA:  Pick Up | FRT TERM:  Prepaid | | |
| SHIP DATE:   04/20/06 | AGENTS | | ORDERED BY: | | | | |

| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 10 | 10 | PC | 1212DWVS          1/2" 4X12 | .4800/MSF | 263.33/MSF | 126.40 |
| | | | Drywall Venture Supply | | | |
| | | | ****** SUB-TOTAL ****** | | | 126.40 |
| | | | NC Sales Tax | | 7.0% | 8.85 |

TERMS:
2% Discount on 10th of Following Month 25th Cut Off  Due Date: 05/25/06        Balance        135.25
You may deduct 2.53 if paid by 05/10/06

V029927



**VENTURE**
SUPPLY, INC.

Remit To:  Venture Supply, Inc.
           1140 Azalea Garden Road
           Norfolk, VA 23502-
           USA Phone: (757)-855-5433

| INVOICE |
|---|
| 00118883-001 |

Invoice Date: 05/10/06
Account#: POR01 3489
Branch: VENTNRF
Phone#: (757)-857-0282
Fax#: (757)-857-0283
Delivery #: 00118883-001

BILL TO:                     Reprinted: 11/14/09  09:45:42      SHIP TO:
Porter-Blaine Co.                                               116 DOLPHIN STREET
1140 Azalea Garden Road                                         MOYOCK NC 23502
Norfolk VA 23502

CREATED BY: Lorrie                     Page  1 of  1

| PO#: 060372 | | REF#: | | JOB#: | | |
|---|---|---|---|---|---|---|
| ORDER DATE: 05/03/06 | SALES | | ORDER TYPE: Whse | SHIP VIA: Our Truck | FRT TERM: Prepaid | |
| SHIP DATE:  05/03/06 | AGENTS | | ORDERED BY: | | | |

| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| 41 | 41 | PC | 1212DWGB | 1/2" 4X12 | 1.9680/MSF | 263.33/MSF | 518.23 |
| | | | Drywall Goldbond | | | | |
| 90 | 90 | PC | 1212DWVS | 1/2" 4X12 | 4.3200/MSF | 263.33/MSF | 1,137.59 |
| | | | Drywall Venture Supply | | | | |
| 17 | 17 | PC | MBDWBD08 | 8' | 17.0000/PC | 1.18/PC | 20.06 |
| | | | Drywall Corner Bead | | | | |
| 4 | 4 | PC | MBSPLYBD08 | 8' | .0320/MLF | 276.00/MLF | 8.83 |
| | | | Splayed Drywall Bead Metal | | | | |
| 13 | 13 | ROLL | DWTAPE | 250' | 13.0000/ROLL | 1.88/ROLL | 24.44 |
| | | | Drywall Tape | | | | |
| 13 | 13 | BKT | MDGBADV | GB | 13.0000/BKT | 12.72/BKT | 165.36 |
| | | | Mud Advantage Pail Gold Bond | | | | |
| 1 | 1 | BG | EZ45 | 18 lb. | 1.0000/BG | 14.70/BG | 14.70 |
| | | | Easy Sand 45 Minute | | | | |
| | | | ****** SUB-TOTAL | | | | 1,889.21 |
| | | | NC Sales Tax | | | 7.0% | 132.24 |

TERMS:
2% Discount on 10th of Following Month 25th Cut Off  Due Date: 06/25/06
You may deduct 37.78 if paid by 06/10/06

| Balance | 2,021.45 |
|---|---|

V029973



**VENTURE**
**SUPPLY, INC.**

Remit To: Venture Supply, Inc.
1140 Azalea Garden Road
Norfolk, VA 23502-
USA Phone: (757)-855-5433

| INVOICE |
| --- |
| 00119691-001 |

Invoice Date: 05/31/06
Account#: POR01 3610
Branch: VENTNRF
Phone#: (757)-857-0282
Fax#: (757)-857-0283
Delivery #: 00119691-001

BILL TO:
Porter-Blaine Co.
1140 Azalea Garden Road
Norfolk VA 23502

Reprinted: 11/14/09  09:51:56

SHIP TO:
43 Cedar Wood Village
Woodville NC 23502

CREATED BY: Lorrie        Page 1 of 1

| PO#: 060370 | | REF#: | | JOB#: | | |
| --- | --- | --- | --- | --- | --- | --- |
| ORDER DATE: 05/22/06 | SALES | | ORDER TYPE:Whse | | FRT TERM: Prepaid | |
| SHIP DATE:   05/22/06 | AGENTS | | ORDERED BY: | | | |

| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 68 | 68 | PC | 1212DWGB        1/2" 4X12<br>Drywall Goldbond | | 3,2640/MSF | 263.33/MSF | 859.51 |
| 92 | 92 | PC | 1212DWVS        1/2" 4X12<br>Drywall Venture Supply | | 4.4160/MSF | 263.33/MSF | 1,162.87 |
| 64 | 64 | PC | 1254DWGB        1/2" 54X12<br>Drywall Gold Bond | | 3.4560/MSF | 301.85/MSF | 1,043.19 |
| 99 | 99 | PC | MBDWBD08        8'<br>Drywall Corner Bead | | 99.0000/PC | 1.18/PC | 116.82 |
| 15 | 15 | PC | MBSPLYBD08      8'<br>Splayed Drywall Bead Metal | | 1200/MLF | 276.00/MLF | 33.12 |
| 12 | 12 | PC | MBDWBD09        9'<br>Drywall Corner Bead | | 108.0000/PC | 1.32/PC | 15.84 |
| 3 | 3 | PC | MBSPLYBD09      9'<br>Splayed Drywall Bead Metal | | 0270/MLF | 276.00/MLF | 7.45 |
| 22 | 22 | ROLL | DWTAPE         250'<br>Drywall Tape | | 22.0000/ROLL | 1.88/ROLL | 41.36 |
| 22 | 22 | BKT | MDGBADV         5 Gal<br>Mud Advantage Pail Gold Bond | | 22.0000/BKT | 12.72/BKT | 279.84 |
| 1 | 1 | BG | EZ45            18 lb.<br>Easy Sand 45 Minute | | 1.0000/BG | 14.70/BG | 14.70 |
| | | | ****** SUB-TOTAL ****** | | | | 3,574.70 |
| | | | NC Sales Tax | | | 7.0% | 250.23 |

TERMS:
2% Discount on 10th of Following Month 25th Cut Off  Due Date: 07/25/06
You may deduct 71.49 if paid by 07/10/06

| Balance | 3,824.93 |
| --- | --- |

V029989



| | |
|---|---|
| | **INVOICE** |
| | 00116896-002 |

Remit To: Venture Supply, Inc.
1140 Azalea Garden Road
Norfolk, VA 23502-
USA  Phone: (757)-855-5433

Invoice Date: 03/24/06
Account#: KEL01 0001
Branch: VENTNRF
Phone#: (252)-473-2160
Fax#: (252)-473-5870
Delivery #: 00116896-002

BILL TO:
Kellogg Supply Co.
P.O. Box 99
771 N HWY 64/264
Manteo NC 27954

Reprinted: 11/14/09  07:39:08

SHIP TO:
Kellog Supply Co.
P.O Box 99
771 N. HWY 64/264
Manteo NC 27954

CREATED BY: Kim                    Page  1 of  1

PO#: 19460          REF#:                    JOB#:

| ORDER DATE: 03/21/06 | SALES | | ORDER TYPE: Whse | | SHIP VIA: | | FRT TERM: | |
|---|---|---|---|---|---|---|---|---|
| SHIP DATE:   03/24/06 | AGENTS | | ORDERED BY: | | | | | |

| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| 240 | 240 | PC | 5848DENSGLASS | 5/8" 4X8 | 240.0000/PC | 19.04/PC | 4,569.60 |
| | | | Densglass GP | | | | |
| 2 | 2 | PC | 1212DWVS | 1/2" 4X12 | .0960/MSF | 0.00/MSF | 0.00 |
| | | | Drywall Venture Supply | | | | |
| | | | ****** SUB-TOTAL ****** | | | | 4,569.60 |
| | | | Freight Charge | | | | 100.00 |

TERMS:
2% Discount on 10th of Following Month 25th No Cut Off  Due Date: 04/30/06
You may deduct 91.39 if paid by 04/10/06

Balance         4,669.60

V029772



**VENTURE**
SUPPLY, INC.

Remit To:   Venture Supply, Inc.
1140 Azalea Garden Road
Norfolk, VA 23502-
USA Phone: (757)-855-5433

| INVOICE |
|---|
| 00122044-001 |

Invoice Date: 07/24/06
Account#: POR01 3864
Branch: VENTNRF
Phone#: (757)-857-0282
Fax#: (757)-857-0283
Delivery #: 00122044-001

BILL TO:
Porter-Blaine Co.
1140 Azalea Garden Road
Norfolk VA 23502

Reprinted: 11/14/09  10:11:52

SHIP TO:
40 Crown Point
South Mills NC 23502

CREATED BY: Lorrie                 Page 1 of 1

PO#: 060385              REF#:                                JOB#:
ORDER DATE: 07/18/06   SALES          ORDER TYPE: Whse          SHIP VIA: Our Truck    FRT TERM: Prepaid
SHIP DATE:  07/18/06   AGENTS         ORDERED BY:

| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| 89 | 89 | PC | 1212DWGB<br>Drywall Goldbond | 1/2" 4X12 | 4.2720/MSF | 263.33/MSF | 1,124.95 |
| 24 | 24 | PC | 1212DWVS<br>Drywall Venture Supply | 1/2" 4X12 | 1.1520/MSF | 263.33/MSF | 303.36 |
| 141 | 141 | PC | 1254DWGB<br>Drywall Gold Bond | 1/2" 54X12 | 7.6140/MSF | 301.85/MSF | 2,298.29 |
| 88 | 88 | PC | TT7008<br>Bullnose Corner Bead #7008 | 8' X 3/4" | 88.0000/PC | 1.85/PC | 162.80 |
| 67 | 67 | PC | TT7009<br>Bullnose Corner Bead #7009 | 9'X 3/4" | 67.0000/PC | 2.08/PC | 139.36 |
| 1 | 1 | PC | TT7309<br>(Outside) Splayed Bullnose Corner Bead #7309 | 9'X 3/4" | 1.0000/PC | 2.08/PC | 2.08 |
| 6 | 6 | PC | TT7110<br>Bullnose Archway Corner Bead #7110 | 10' X 3/4" | 6.0000/PC | 2.76/PC | 16.56 |
| 25 | 25 | ROLL | DWTAPE<br>Drywall Tape | 250' | 25.0000/ROLL | 1.88/ROLL | 47.00 |
| 25 | 25 | BKT | MDGBADV<br>Mud Advantage Pail Gold Bond | 5 Gal | 25.0000/BKT | 12.72/BKT | 318.00 |
| 1 | 1 | BG | EZ45<br>Easy Sand 45 Minute | 18 lb. | 1.0000/BG | 14.70/BG | 14.70 |
| | | | ****** SUB-TOTAL ****** | | | | 4,427.10 |
| | | | NC Sales Tax | | | 7.0% | 309.90 |

VENTURE SUPPLY INC

TERMS:
2% Discount on 10th of Following Month 25th Cut Off  Due Date: 08/25/06
You may deduct 88.54 if paid by 08/10/06

Balance    4,737.00

V030010



**VENTURE**
SUPPLY, INC.

Remit To:  Venture Supply, Inc.
1140 Azalea Garden Road
Norfolk, VA  23502-
USA  Phone: (757)-855-5433

**INVOICE**

00117217-001

Invoice Date: 03/30/06
Account#: BMW 0003
Branch: VENTNRF
Phone#: (205)-733-8026
Fax#: (205)-733-8626
Delivery #: 00117217-001

BILL TO:
Building Material Wholesale
Post Office Box 1269
Pelham AL 35124

Reprinted: 11/14/09  07:47:59

SHIP TO:
Building Materials Wholesale
772 Highway 11
Monroe GA 30655

CREATED BY: Lorrie          Page  1 of  1

| PQ#: 9200193-00 | | | REF#: | | JOB#: | | |
|---|---|---|---|---|---|---|---|
| ORDER DATE:  03/28/06 | SALES | | ORDER TYPE:Whse | | SHIP VIA:  Our Truck | FRT TERM: | |
| SHIP DATE:  03/28/06 | AGENTS | | ORDERED BY: | | | | |

| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| 450 | 450 | PC | 1212DWVS          1/2" 4X12 | | 21.6000/MSF | 270.00/MSF | 5,832.00 |
| | | | Drywall Venture Supply | | | | |
| | | | ****** SUB-TOTAL ****** | | | | 5,832.00 |
| | | | THANK YOU FOR YOUR ORDER! | | | | |

TERMS:
Cash on Delivery
You may deduct 0.00 if paid by 03/30/06

Balance          5,832.00

V029787



**VENTURE**
**SUPPLY, INC.**

Remit To:   Venture Supply, Inc.
1140 Azalea Garden Road
Norfolk, VA 23502-
USA  Phone: (757)-855-5433

| INVOICE |
| --- |
| 00117219-001 |

Invoice Date: 03/30/06
Account#: BMW 0003
Branch: VENTNRF
Phone#: (205)-733-8026
Fax#: (205)-733-8626
Delivery #: 00117219-001

BILL TO:
Building Material Wholesale
Post Office Box 1269
Pelham AL 35124

Reprinted: 11/14/09  07:48:24

SHIP TO:
Building Materials Wholesale
772 Highway 11
Monroe GA 30655

CREATED BY: Lorrie                Page  1 of  1

| PO#: 9200193-01 | | REF#: | | | JOB#: | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| ORDER DATE:  03/28/06 | SALES | | ORDER TYPE: Whse | | SHIP VIA:  Our Truck | FRT TERM: | |
| SHIP DATE:    03/28/06 | AGENTS | | ORDERED BY: | | | | |

| QTY. ORDERED | QTY. SHIPPED | UOM | ITEM/DESCRIPTION | | CONVERTED QTY. | PRICE/UOM | EXTENDED AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 450 | 450 | PC | 1212DWVS        1/2" 4X12 | | 21.6000/MSF | 270.00/MSF | 5,832.00 |
| | | | Drywall Venture Supply | | | | |
| | | | ****** SUB-TOTAL ****** | | | | 5,832.00 |
| | | | THANK YOU FOR YOUR ORDER! | | | | |

TERMS:
Cash on Delivery
You may deduct 0.00 if paid by 03/30/06

| Balance | 5,832.00 |
| --- | --- |

V029788



Remit To:   Venture Supply, Inc.
1140 Azalea Garden Road
Norfolk, VA 23502-
USA  Phone: (757)-855-5433

**INVOICE**

00117220-001

Invoice Date: 03/30/06
Account#: BMW 0004
Branch: VENTNRF
Phone#: (205)-733-8026
Fax#: (205)-733-8626
Delivery #: 00117220-001

BILL TO:
Building Material Wholesale
Post Office Box 1269
Pelham AL 35124

Reprinted: 11/14/09  07:48:56

SHIP TO:
Building Materials Wholesale
940 Dailey Mill Road
McDonough GA 30253

CREATED BY: Lorrie          Page  1 of  1

| PO#: 9400128-00 | | REF#: | | | JOB#: | | |
|---|---|---|---|---|---|---|---|
| ORDER DATE:  03/28/06 | SALES | | ORDER TYPE: Whse | | SHIP VIA: Our Truck | FRT TERM: | |
| SHIP DATE:  03/28/06 | AGENTS | | ORDERED BY: | | | | |

| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| 450 | 450 | PC | 1212DWVS            1/2" 4X12 | | 21.6000/MSF | 270.00/MSF | 5,832.00 |
| | | | Drywall Venture Supply | | | | |
| | | | ****** SUB-TOTAL ****** | | | | 5,832.00 |
| | | | THANK YOU FOR YOUR ORDER! | | | | |

TERMS:
Cash on Delivery
You may deduct 0.00 if paid by 03/30/06

Balance          5,832.00

V029789



**SUPPLY, INC.**

| INVOICE |
|---|
| 00117221-001 |

Remit To:   Venture Supply, Inc.
1140 Azalea Garden Road
Norfolk, VA 23502-
USA  Phone: (757)-855-5433

Invoice Date: 03/30/06
Account#: BMW 0004
Branch: VENTNRF
Phone#: (205)-733-8026
Fax#: (205)-733-8626
Delivery #: 00117221-001

BILL TO:                    Reprinted: 11/14/09  07:49:48        SHIP TO:
Building Material Wholesale                                      Building Materials Wholesale
Post Office Box 1269                                            940 Dailey Mill Road
Pelham AL 35124                                                 McDonough GA 30253

CREATED BY: Lorrie                    Page  1 of  1

| PO#: 9400128-01 | | | REF#: | | JOB#: | |
|---|---|---|---|---|---|---|
| ORDER DATE: 03/28/06 | SALES | | ORDER TYPE:Whse | | SHIP VIA: Our Truck | FRT TERM: |
| SHIP DATE:   03/28/06 | AGENTS | | ORDERED BY: | | | |

| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 450 | 450 | PC | 1212DWVS          1/2" 4X12 | 21.6000/MSF | 270.00/MSF | 5,832.00 |
|  |  |  | Drywall Venture Supply |  |  |  |
|  |  |  | ****** SUB-TOTAL ****** |  |  | 5,832.00 |
|  |  |  | THANK YOU FOR YOUR ORDER! |  |  |  |

TERMS:
Cash on Delivery
You may deduct 0.00 if paid by 03/30/06

| Balance | 5,832.00 |
|---|---|

V029790


**VENTURE**
**SUPPLY, INC.**

Remit To:  Venture Supply, Inc.
1140 Azelea Garden Road
Norfolk, VA  23502-
USA  Phone: (757)-855-5433

| INVOICE |
|---|
| 00117313-001 |

Invoice Date: 03/31/06
Account#: BMW 0003
Branch: VENTNRF
Phone#: (205)-733-8026
Fax#: (205)-733-8626
Delivery #: 00117313-001

BILL TO:                          Reprinted: 11/14/09 07:56:28          SHIP TO:
Building Material Wholesale                                             Building Materials Wholesale
Post Office Box 1269                                                    772 Highway 11
Pelham AL 35124                                                         Monroe GA 30655

CREATED BY: Lorrie                    Page  1 of  1

| PO#: 9200193-02 | | REF#: | | | JOB#: | | |
|---|---|---|---|---|---|---|---|
| ORDER DATE: 03/30/06 | | SALES | | ORDER TYPE:Whse | | SHIP VIA:  Our Truck | FRT TERM: |
| SHIP DATE:  03/30/06 | | AGENTS | | ORDERED BY: | | | |

| QTY. ORDERED | QTY. SHIPPED | UOM | ITEM/DESCRIPTION | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 450 | 450 | PC | 1212DWVS          1/2" 4X12 | 21.6000/MSF | 270.00/MSF | 5,832.00 |
|  |  |  | Drywall Venture Supply |  |  |  |
|  |  |  | ****** SUB-TOTAL ****** |  |  | 5,832.00 |
|  |  |  | THANK YOU FOR YOUR ORDER! |  |  |  |

TERMS:
Cash on Delivery
You may deduct 0.00 if paid by 03/31/06

**Balance** | 5,832.00

V029796


# VENTURE
## SUPPLY, INC.

Remit To:   Venture Supply, Inc.
1140 Azalea Garden Road
Norfolk, VA 23502-
USA Phone: (757)-855-5433

| INVOICE |
| --- |
| 00118059-002 |

Invoice Date: 04/21/06
Account#: BMW 0005
Branch: VENTNRF
Phone#: (205)-733-8026
Fax#: (205)-733-8626
Delivery #: 00118059-002

BILL TO:
Building Material Wholesale
Post Office Box 1269
Pelham AL 35124

Reprinted: 11/14/09  08:52:49

SHIP TO:
Building Material Wholesale
#1 15th Street West
Birmingham AL 35208

CREATED BY: Lorrie          Page 1 of 1

PO#: 41458-00          REF#:                    JOB#:

| ORDER DATE: 04/14/06 | SALES | | ORDER TYPE: Whse | | SHIP VIA: Our Truck | FRT TERM: |
| SHIP DATE: 04/20/06 | AGENTS | | ORDERED BY: | | | |

| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 450 | 450 | PC | 1212DWVS          1/2" 4X12 | | 21.6000/MSF | 285.00/MSF | 6,156.00 |
| | | | Drywall Venture Supply | | | | |
| | | | ***** SUB-TOTAL ***** | | | | 6,156.00 |
| | | | THANK YOU FOR YOUR ORDER! | | | | |

TERMS:
Cash on Delivery
You may deduct 0.00 if paid by 04/21/06

Balance          6,156.00

V029914



**VENTURE**
**SUPPLY, INC.**

Remit To:  Venture Supply, Inc.
1140 Azalea Garden Road
Norfolk, VA  23502-
USA  Phone: (757)-855-5433

**INVOICE**

00118060-002

Invoice Date: 04/21/06
Account#: BMW 0005
Branch: VENTNRF
Phone#: (205)-733-8026
Fax#: (205)-733-8626
Delivery #: 00118060-002

| BILL TO: | Reprinted: 11/14/09  08:53:11 | SHIP TO: |
|---|---|---|
| Building Material Wholesale | | Building Material Wholesale |
| Post Office Box 1269 | | #1 15th Street West |
| Pelham AL 35124 | | Birmingham AL 35208 |

CREATED BY: Lorrie          Page  1 of  1

| PO#: 41458-01 | | | REF#: | | JOB#: | | |
|---|---|---|---|---|---|---|---|
| ORDER DATE: 04/14/06 | SALES | | ORDER TYPE: Whse | | SHIP VIA: Our Truck | FRT TERM: | |
| SHIP DATE: 04/20/06 | AGENTS | | ORDERED BY: | | | | |

| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 450 | 450 | PC | 1212DWVS        1/2" 4X12 | 21.6000/MSF | 285.00/MSF | 6,156.00 |
| | | | Drywall Venture Supply | | | |
| | | | ****** SUB-TOTAL ****** | | | 6,156.00 |
| | | | THANK YOU FOR YOUR ORDER! | | | |

TERMS:
Cash on Delivery
You may deduct 0.00 if paid by 04/21/06

Balance        6,156.00

V029915



**VENTURE**
**SUPPLY, INC.**

Remit To:   Venture Supply, Inc.
1140 Azalea Garden Road
Norfolk, VA  23502-
USA  Phone: (757)-855-5433

| INVOICE |
| --- |
| 00118063-002 |

Invoice Date: 04/24/06
Account#: BMW 0005
Branch: VENTNRF
Phone#: (205)-733-8026
Fax#: (205)-733-8626
Delivery #: 00118063-002

BILL TO:
Building Material Wholesale
Post Office Box 1269
Pelham AL 35124

Reprinted: 11/14/09  09:10:14

SHIP TO:
Building Material Wholesale
#1 15th Street West
Birmingham AL 35208

CREATED BY: Lorrie                    Page  1 of  1

| PO#: 41458-02 | REF#: | JOB#: | | |
| --- | --- | --- | --- | --- |
| ORDER DATE: 04/14/06 | SALES | ORDER TYPE: Whse | SHIP VIA: Our Truck | FRT TERM: |
| SHIP DATE:   04/21/06 | AGENTS | ORDERED BY: | | |

| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
| --- | --- | --- | --- | --- | --- | --- |
| 450 | 450 | PC | 1212DWVS          1/2" 4X12 | 21.6000/MSF | 285.00/MSF | 6,156.00 |
| | | | Drywall Venture Supply | | | |
| | | | ****** SUB-TOTAL ****** | | | 6,156.00 |
| | | | THANK YOU FOR YOUR ORDER! | | | |

TERMS:
Cash on Delivery
You may deduct 0.00 if paid by 04/24/06

Balance         6,156.00

V029928


**SUPPLY, INC.**

Remit To:   Venture Supply, Inc.
1140 Azalea Garden Road
Norfolk, VA 23502-
USA Phone: (757)-855-5433

| INVOICE |
| --- |
| 00118064-002 |

Invoice Date: 04/24/06
Account#: BMW 0005
Branch: VENTNRF
Phone#: (205)-733-8026
Fax#: (205)-733-8626
Delivery #: 00118064-002

**BILL TO:**
Building Material Wholesale
Post Office Box 1269
Pelham AL 35124

Reprinted: 11/14/09  09:10:41

**SHIP TO:**
Building Material Wholesale
#1 15th Street West
Birmingham AL 35208

CREATED BY: Lorrie          Page  1 of  1

| PO#: 41458-03 | | REF#: | | JOB#: | | |
| --- | --- | --- | --- | --- | --- | --- |
| ORDER DATE: 04/14/06 | SALES | | ORDER TYPE: Whse | | SHIP VIA: Our Truck | FRT TERM: |
| SHIP DATE: 04/21/06 | AGENTS | | ORDERED BY: | | | |

| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
| --- | --- | --- | --- | --- | --- | --- |
| 450 | 450 | PC | 1212DWVS        1/2" 4X12 | 21.6000/MSF | 285.00/MSF | 6,156.00 |
| | | | Drywall Venture Supply | | | |
| | | | ****** SUB-TOTAL ****** | | | 6,156.00 |
| | | | THANK YOU FOR YOUR ORDER! | | | |

**TERMS:**
Cash on Delivery
You may deduct 0.00 if paid by 04/24/06

| Balance | 6,156.00 |
| --- | --- |

V029929



# VENTURE
## SUPPLY, INC.

Remit To:   Venture Supply, Inc.
1140 Azalea Garden Road
Norfolk, VA 23502-
USA Phone: (757)-855-5433

**INVOICE**

00118067-002

Invoice Date: 04/24/06
Account#: BMW 0005
Branch: VENTNRF
Phone#: (205)-733-8026
Fax#: (205)-733-8626
Delivery #: 00118067-002

Reprinted: 11/14/09  09:11:24

**BILL TO:**
Building Material Wholesale
Post Office Box 1269
Pelham AL 35124

**SHIP TO:**
Building Material Wholesale
#1 15th Street West
Birmingham AL 35208

CREATED BY: Lorrie          Page 1 of 1

| PO#: 41458-04 | REF#: | | JOB#: | | | |
|---|---|---|---|---|---|---|
| ORDER DATE: 04/14/06 | SALES | | ORDER TYPE:Whse | SHIP VIA: Our Truck | FRT TERM: | |
| SHIP DATE: 04/21/06 | AGENTS | | ORDERED BY: | | | |

| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 450 | 450 | PC | 1212DWVS          1/2" 4X12<br>Drywall Venture Supply | 21.6000/MSF | 285.00/MSF | 6,156.00 |
| | | | ****** SUB-TOTAL ****** | | | 6,156.00 |
| | | | THANK YOU FOR YOUR ORDER! | | | |

**TERMS:**
Cash on Delivery
You may deduct 0.00 if paid by 04/24/06

**Balance**   6,156.00

V029930


**VENTURE SUPPLY, INC.**

Remit To:   Venture Supply, Inc.
1140 Azalea Garden Road
Norfolk, VA  23502-
USA  Phone: (757)-855-5433

| INVOICE |
|---|
| 00148750-001 |

**Invoice Date:** 03/21/08
**Account#:** POR01 5932
**Branch:** VENTNRF
**Phone#:** (757)-857-0282
**Fax#:** (757)-857-0283
**Delivery #:** 00148750-001

**BILL TO:**
Porter-Blaine Co.
1140 Azalea Garden Road
Norfolk VA 23502

Reprinted: 05/04/10 07:33:44

**SHIP TO:**
Plantation Bldrs
Bldg 20 Bramaer
Unit 2002
Williamburg VA 23502

CREATED BY: Lorrie                Page   1 of   1

PO#: 08-0014          REF#:                    JOB#:
ORDER DATE:  03/20/08   SALES         ORDER TYPE: Whse      SHIP VIA:  Our Truck      FRT TERM: Prepaid
SHIP DATE:   03/20/08   AGENTS Terry   ORDERED BY:
                                       AUTH CHG:

| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 21 | 21 | PC | 1212DWGB<br>1/2" 4X12 Drywall Goldbond | 1.0080/MSF | 194.16/MSF | 195.71 |
| 10 | 10 | PC | 1212DWVS<br>1/2" 4X12 Drywall Venture Supply | .4800/MSF | 194.16/MSF | 93.20 |
| 75 | 75 | PC | 5812DWGB   "X" Drywall Gold Bond<br>5/8" 4X12 | 3.6000/MSF | 245.00/MSF | 882.00 |
| 10 | 10 | BKT | MDGB<br>5 Gal Mud All Purpose Pail Gold Bond | 10.0000/BKT | 12.72/BKT | 127.20 |
| 10 | 10 | ROLL | DWTAPE<br>250' Drywall Tape #JT2342 | 10.0000/ROLL | 1.88/ROLL | 18.80 |
| 66 | 66 | PC | RC2<br>Resilient Channel 1/2" 12' 2 Leg | .7920/MLF | 275.00/MLF | 217.80 |
| 1 | 1 | BOX | NAIL2<br>2" Smooth CC Drywall Nail #DWCC200 | 1.0000/BOX | 45.00/BOX | 45.00 |
| 1 | 1 | BOX | 300<br>1-1/4" Wood Screw Grabber Coarse<br>#300 8M/box | 1.0000/BOX | 31.00/BOX | 31.00 |
| 1 | 1 | BOX | 368<br>1-1/4" Fine Screw #68 8M/Box | 1.0000/BOX | 37.00/BOX | 37.00 |
| 1 | 1 | BOX | 768<br>2" Bugle Head Fine Thread #768 | 1.0000/BOX | 39.00/BOX | 39.00 |
| | | | ****** SUB-TOTAL ****** | | | 1,686.71 |
| | | | VA Sales Tax | | 5.0% | 84.34 |

**TERMS:**
2% Discount on 10th of Following Month 25th Cut Off  Due Date: 04/25/08
You may deduct 33.73 if paid by 04/10/08

| Balance | 1,771.05 |
|---|---|

**EV003116**

DPF-VENTURE SUPPLY, INC-1-00087


**VENTURE SUPPLY, INC.**

| | |
|---|---|
| **INVOICE** | |
| 00148751-001 | |

Remit To:  Venture Supply, Inc.
1140 Azalea Garden Road
Norfolk, VA  23502-
USA  Phone: (757)-855-5433

**Invoice Date:** 03/21/08
**Account#:** POR01 5915
**Branch:** VENTNRF
**Phone#:** (757)-857-0282
**Fax#:** (757)-857-0283
**Delivery #:** 00148751-001

**BILL TO:**
Porter-Blaine Co.
1140 Azalea Garden Road
Norfolk VA 23502

**Reprinted: 05/04/10 07:34:34**

**SHIP TO:**
Plantation Bldrs
Bldg 20 Bramaer
Unit 2003
Williamsburg VA 23502

CREATED BY: Lorrie          Page 1 of 1

| PO#: 08-0014 | | | REF#: | | | JOB#: | | |
|---|---|---|---|---|---|---|---|---|
| ORDER DATE: 03/20/08 | | SALES | ORDER TYPE:Whse | | SHIP VIA: Our Truck | | FRT TERM: Prepaid | |
| SHIP DATE: 03/20/08 | | AGENTS Terry | ORDERED BY: | | AUTH CHG: | | | |

| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 21 | 21 | PC | 1212DWGB<br>1/2" 4X12 Drywall Goldbond | 1.0080/MSF | 194.16/MSF | 195.71 |
| 10 | 10 | PC | 1212DWVS<br>1/2" 4X12 Drywall Venture Supply | .4800/MSF | 194.16/MSF | 93.20 |
| 87 | 87 | PC | 5812DWGB<br>5/8" 4X12  "X" Drywall Gold Bond | 4.1760/MSF | 245.00/MSF | 1,023.12 |
| 7 | 7 | PC | 5812XPGB<br>5/8" 4X12 Moisture Resist "XP"<br>Gold Bond | .3360/MSF | 362.00/MSF | 121.63 |
| 19 | 19 | PC | HAT781025<br>7/8" Hat Channel 10' 25 Gauge | .1900/MLF | 219.00/MLF | 41.61 |
| 10 | 10 | BKT | MDGB<br>5 Gal Mud All Purpose Roll Gold<br>Bond | 10.0000/BKT | 12.72/BKT | 127.20 |
| 10 | 10 | ROLL | DWTAPE<br>250' Drywall Tape #JT2342 | 10.0000/ROLL | 1.88/ROLL | 18.80 |
| 125 | 125 | PC | RC2<br>Resilient Channel 1/2" 12' 2 Leg | 1.5000/MLF | 275.00/MLF | 412.50 |
| | | | ****** SUB-TOTAL ****** | | | 2,033.77 |
| | | | VA Sales Tax | | 5.0% | 101.89 |

**TERMS:**
2% Discount on 10th of Following Month 25th Cut Off  Due Date: 04/25/08
You may deduct 40.68 if paid by 04/10/08

| Balance | 2,135.46 |
|---|---|

EV003117

DPF-VENTURE SUPPLY, INC-1-00088


**VENTURE SUPPLY, INC.**

Remit To: Venture Supply, Inc.
1140 Azalea Garden Road
Norfolk, VA 23502-
USA Phone: (757)-855-5433

| | |
|---|---|
| **INVOICE** | |
| 00148752-001 | |

**Invoice Date:** 03/21/08
**Account#:** POR01 5916
**Branch:** VENTNRF
**Phone#:** (757)-857-0282
**Fax#:** (757)-857-0283
**Delivery #:** 00148752-001

**BILL TO:**
Porter-Blaine Co.
1140 Azalea Garden Road
Norfolk VA 23502

Reprinted: 05/04/10 07:35:01

**SHIP TO:**
Plantation Bldrs
Bldg 20 Bramaer
Unit 2004
Williamsburg VA 23503

CREATED BY: Lorrie                                    Page 1 of 1

| PO#: 08-0014 | | REF#: | | JOB#: | |
|---|---|---|---|---|---|
| ORDER DATE: 03/20/08 | SALES | ORDER TYPE: Whse | | SHIP VIA: Our Truck | FRT TERM: Prepaid |
| SHIP DATE: 03/20/08 | AGENTS Terry | ORDERED BY: | | AUTH CHG: | |

| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|
| 60 | 60 | PC | 1212DWGB<br>1/2" 4X12 Drywall Goldbond | 2.8800/MSF | 194.16/MSF | 559.18 |
| 10 | 10 | PC | 1212DWVS<br>1/2" 4X12 Drywall Venture Supply | .4800/MSF | 194.16/MSF | 93.20 |
| 75 | 75 | PC | 5812DWGB<br>5/8" 4X12  "X" Drywall Gold Bond | 3.6000/MSF | 245.00/MSF | 882.00 |
| 10 | 10 | PC | 5B12XPGB<br>5/8" 4X12 Moisture Resist "XP"<br>Gold Bond | .4800/MSF | 362.00/MSF | 173.76 |
| 15 | 15 | PC | HAT781020<br>7/8" Hat Channel 10' 20 Gauge | .1500/MLF | 306.00/MLF | 45.90 |
| 10 | 10 | BKT | MDGB<br>5 Gal Mud All Purpose Pail Gold<br>Bond | 10.0000/BKT | 12.72/BKT | 127.20 |
| 10 | 10 | ROLL | DWTAPE<br>250' Drywall Tape #JT2342 | 10.0000/ROLL | 1.88/ROLL | 18.80 |
| 50 | 50 | PC | RC2<br>Resilient Channel 1/2" 12' 2 Leg | .6000/MLF | 275.00/MLF | 165.00 |
| | | | ***** SUB-TOTAL ***** | | | 2,065.04 |
| | | | VA Sales Tax | | 5.0% | 103.25 |

**TERMS:**
2% Discount on 10th of Following Month 25th Cut Off  Due Date: 04/25/08
You may deduct 41.30 if paid by 04/10/08

| | |
|---|---|
| **Balance** | 2,168.29 |

**EV003118**

DPF-VENTURE SUPPLY, INC-1-00089



**SUPPLY, INC.**

Remit To: Venture Supply, Inc.
1140 Azalea Garden Road
Norfolk, VA 23502-
USA Phone: (757)-855-5433

| **INVOICE** |
| --- |
| **00148754-001** |

**Invoice Date:** 03/21/08
**Account#:** POR01 5917
**Branch:** VENTNRF
**Phone#:** (757)-857-0282
**Fax#:** (757)-857-0283
**Delivery #:** 00148754-001

BILL TO:
Porter-Blaine Co.
1140 Azalea Garden Road
Norfolk VA 23502

Reprinted: 05/04/10 07:36:23

SHIP TO:
Plantation Bldrs
Bldg 20 Bramaer
Unit 2005
Williamburg VA 23502

CREATED BY: Lorrie                Page 1 of 1

| PO#: 08-0014 | REF#: | | | JOB#: | | |
| --- | --- | --- | --- | --- | --- | --- |
| ORDER DATE: 03/20/08 | SALES | | ORDER TYPE: Whse | SHIP VIA: Our Truck | | FRT TERM: Prepaid |
| SHIP DATE: 03/20/08 | AGENTS Terry | | ORDERED BY: | | | |
| | | | | AUTH CHG: | | |

| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
| --- | --- | --- | --- | --- | --- | --- |
| 50 | 50 | PC | 1212DWGB 1/2" 4X12 Drywall Goldbond | 2.4000/MSF | 194.16/MSF | 465.98 |
| 10 | 10 | PC | 1212DWVS 1/2" 4X12 Drywall Venture Supply | .4800/MSF | 194.16/MSF | 93.20 |
| 46 | 46 | PC | 5812DWGB 5/8" 4X12 "X" Drywall Gold Bond | 2.2080/MSF | 245.00/MSF | 540.96 |
| 2 | 2 | PC | 5812XPGB 5/8" 4X12 Moisture Resist "XP" Gold Bond | .0960/MSF | 362.00/MSF | 34.75 |
| 10 | 10 | BKT | MDGB 5 Gal Mud All Purpose Pail Gold Bond | 10.0000/BKT | 12.72/BKT | 127.20 |
| 10 | 10 | ROLL | DWTAPE 250' Drywall Tape #JT2342 | 10.0000/ROLL | 1.88/ROLL | 18.80 |
| 9 | 9 | PC | RC2 Resilient Channel 1/2" 12' 2 Log | .1080/MLF | 275.00/MLF | 29.70 |
| | | | ***** SUB-TOTAL ***** | | | 1,310.59 |
| | | | VA Sales Tax | | 5.0% | 65.53 |

TERMS:
2% Discount on 10th of Following Month 25th Cut Off  Due Date: 04/25/08
You may deduct 26.21 if paid by 04/10/08

| Balance | 1,376.12 |
| --- | --- |

**EV003119**

DPF-VENTURE SUPPLY, INC-1-00090


**VENTURE SUPPLY, INC.**

Remit To: Venture Supply, Inc.
1140 Azalea Garden Road
Norfolk, VA 23502-
USA Phone: (757)-855-5433

| INVOICE |
| --- |
| 00148756-001 |

**Invoice Date:** 03/21/08
**Account#:** POR01 5919
**Branch:** VENTNRF
**Phone#:** (757)-857-0282
**Fax#:** (757)-857-0283
**Delivery #:** 00148756-001

**BILL TO:**
Porter-Blaine Co.
1140 Azalea Garden Road
Norfolk VA 23502

Reprinted: 05/04/10 07:36:52

**SHIP TO:**
Plantion
Bldg 20 Braemar
Unit 2006
Williamsburg VA 23502

CREATED BY: Lorrie                                     Page  1 of  1

| PO#: 08-0014 | | REF#: | | | JOB#: | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| ORDER DATE: 03/20/08 | SALES | | ORDER TYPE:Whse | | SHIP VIA:  Our Truck | | FRT TERM: Prepaid |
| SHIP DATE:    03/20/08 | AGENTS Kim | | ORDERED BY: | | | | |
| | | | | | AUTH CHG: | | |

| QTY ORDERED | QTY SHIPPED | UOM | ITEM/DESCRIPTION | CONVERTED QTY | PRICE/UOM | EXTENDED AMOUNT |
| --- | --- | --- | --- | --- | --- | --- |
| 80 | 80 | PC | 1212DWGB<br>1/2" 4X12 Drywall Goldbond | 3.8400/MSF | 194.16/MSF | 745.57 |
| 10 | 10 | PC | 1212DWVS<br>1/2" 4X12 Drywall Venture Supply | .4800/MSF | 194.16/MSF | 93.20 |
| 44 | 44 | PC | 5812DWGB<br>5/8" 4X12   "X" Drywall Gold Bond | 2.1120/MSF | 245.00/MSF | 517.44 |
| 7 | 7 | PC | 5812XPGB<br>5/8" 4X12 Moisture Resist "XP"<br>Gold Bond | .3360/MSF | 362.00/MSF | 121.63 |
| 14 | 14 | PC | HAT781020<br>7/8" Hat Channel 10' 20 Gauge | .1400/MLF | 306.00/MLF | 42.84 |
| 10 | 10 | BKT | MDGB<br>5 Gal Mud All Purpose Pail Gold<br>Bond | 10.0000/BKT | 12.72/BKT | 127.20 |
| 10 | 10 | ROLL | DWTAPE<br>250' Drywall Tape #JT2342 | 10.0000/ROLL | 1.88/ROLL | 18.80 |
| 42 | 42 | PC | RC2<br>Resilient Channel 1/2" 12' 2 Leg | .5040/MLF | 275.00/MLF | 138.60 |
| | | | ***** SUB-TOTAL ***** | | | 1,805.28 |
| | | | VA Sales Tax | | 5.0% | 90.26 |

**TERMS:**
2% Discount on 10th of Following Month 25th Cut Off  Due Date: 04/25/08
You may deduct 36.11 if paid by 04/10/08

| Balance | 1,895.54 |
| --- | --- |

EV003120

DPF-VENTURE SUPPLY, INC-1-00091

# EXHIBIT 5

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | :MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | :Section L |
| | : |
| This Document Relates to | :JUDGE FALLON |
| ALL CASES | :MAG. JUDGE WILKINSON |

**EXPORTER, IMPORTER, OR BROKER DEFENDANT PROFILE FORM**
**FILED ON BEHALF OF VENTURE SUPPLY, INC.**

**I.    IDENTIFICATION AND CONTACT INFORMATION**

A.    Defendant's Name:    Venture Supply, Inc.

B.    Defendant's U.S. Address:    No longer in business.  Formerly, 1140 Azalea Garden Rd., Norfolk, VA 23502.

C.    Phone Number:    No longer in business.  Formerly, (757) 855-5433.

D.    Email address:    No longer in business.  Formerly, c/o porterblaine1@aol.com

E.    Web site:    No longer in business.  Formerly, www.venturesupply.com

F.    Name of supervisor at U.S. Address: No longer in business – formerly Samuel G. Porter, President.

G.    Principal Place of Business in the U.S.:    See above.

H.    Address of Headquarters if Foreign: N/A

I.    Has Defendant operated under any other names from 2001 to 2009?  If so, please list and explain for each different locale.    N/A.

J.    Describe your involvement in the exportation/importation of Chinese drywall into the Unites States:

Exporter:_____    Importer:___X___   Broker:_____   Other:_____

DPF-VENTURE SUPPLY, INC-1-00001

## II. COUNSEL INFORMATION OF DEFENDANT EXPORTER, IMPORTER OR BROKER

A.  Name: Mark C. Nanavati and Kenneth F. Hardt

B.  Address:  Sinnott, Nuckols & Logan, P.C., 13811 Village Mill Dr., Midlothian, VA 23114-4365

C.  Phone Number:  (804) 378-7600 (MCN ext. 3316, KFH ext. 3311)

D.  Fax Number:  (804) 378-2610

E.  E-Mail:  MCN:  mnanavati@snllaw.com

  KFH:  khardt@snllaw.com

## III. EXPORTER/IMPORTER/BROKER'S TRANSACTION INVOLVING DRYWALL

1.  Type of transaction (e.g., purchase, sale, delivery)

  First purchase and second purchase

2.  Date of transaction:  First purchase on or about December 16, 2005

  Second purchase on or about May 1, 2006

3.  Volume of Chinese Drywall involved in this transaction:

  First purchase 100,000 (many boards damaged in transit)

  Second purchase 53,000 sheets of gypsum board, 10% more or less.

4.  Name of Drywall Product:  N/A

5.  During the course of this transaction, did you receive, store, or handle the Chinese Drywall?

  Yes:___X___  No:_____

  Explain your role in the transaction:  Venture shipped the drywall from China and stored it in its warehouse for sale.

DPF-VENTURE SUPPLY, INC-1-00002

6.     Identify any markings on the Chinese Drywall product (e.g., lot number, batch number, serial number, color markings, UPC codes, etc.) involved in this transaction:

The wallboards were marked "VENTURE SUPPLY INC. MFG TAIHE CHINA". The edge tape was green in color and contained the following: "4' x 12' x ½" GYPSUM BOARD DISTRIBUTED BY VENTURE SUPPLY INC. 757-855-5433 VENTURESUPPLY.COM" Each board has what appears to be manufacturing dates/times stamped on them, although it is not certain if this is correct.

7.     List all trademarks of the product:    N/A

8.     Identify all means of identification employed by you to track or identify the Chinese Drywall.

All of the wallboards were stamped with either of the above.

9.     Name and Address of Entity that supplied you with Chinese Drywall:

Shandong Taihe Dongxin Co. Ltd.
Dawenkou, Daiyue District
Tai'an City, Shandong Province
China 271026

a.     Type of Entity (e.g. manufacturer, exporter, broker)

Manufacturer

b.     Did the supplier provide you with any warranties, product specifications, or instructions for use or storage of the Chinese Drywall?

Yes:   X   No:   

If so, please describe: The drywall was produced to meet or exceed China GB/79775-1999. Each sheet was to be 12.7x1220x3660 mm.

10.    The name and address of any other entity, including manufacturers, importers, exporters, purchasing agents, distributors, or sales brokers involved in any way with supplying you the Chinese Drywall involved in this transaction:

The sale was brokered by Tobin Trading, Inc., 5800 Gatehouse Way, Virginia Beach, Virginia, 23455.

DPF-VENTURE SUPPLY, INC-1-00003

11. Upon your receipt of, acceptance, or taking title to the Chinese Drywall involved in this transaction, did you ever store the product:

   Yes:_____ No:___X*___

   *Other than during shipment, the product was stored at Venture's warehouse.

12. Name and Address of Entity to which you sold, transferred, shipped, or distributed the Chinese Drywall involved in this transaction:

   On or about June, 2008, Venture disposed of some 50,000 plus sheets of Chinese Drywall in a certified landfill because the product was banned by the Norfolk, Va. City Council. Approximately 60 sheets of the drywall have been retained. Other than sheets damaged in shipment, those disposed of, those retained, and those damaged in the warehouse during the normal course of business, sales of Chinese Drywall are documented on the attached Exhibit 1.

   m.   Type of Entity (e.g., importer, distributor, retailer, builder).

        See attached Exhibit 1.

   n.   Did you provide any warranties, product specifications, or instructions for use or storage of the Chinese Drywall to the purchaser, transferee, or recipient?

        Yes:_____ No:___X___

13. The name and address of any other entity, including manufacturers, importers, exporters, purchasing agent, distributors, or sales brokers involved in any way with your sale, transfer, shipment, delivery, or distribution of Chinese Drywall:

   See attached Exhibit 1 for sales to distributors.

14. Did you ever receive any complaints or notice of defect about the Chinese Drywall?

   Yes:___X___ No:_____

   If yes, please describe:

   See attached Exhibit 2.

   Please provide the names and address of any entities or persons from whom you received complaints or notice of defects about the Chinese Drywall:

See attached Exhibit 2.

15.   Has any testing, inspection, or analysis been performed by you or on your behalf, at any time, to determine whether the Chinese drywall was within product specifications:

Yes: __X__ No: _____

a.   If yes, please describe the testing, inspection, or analysis performed:

The manufacturer had testing performed as to compliance with specifications.  See attached testing documents, Exhibit 3.

b.   Identify what ASTM (or other) standards you used in determining the quality and characteristics of the drywall products you used:

See attached testing documents, Exhibit 3.

## IV. EXPORTATER/IMPORTER/BROKER'S ABILITY TO TRACK SHIPMENTS AND/OR RECEIPTS OF CHINESE DRYWALL

Please briefly describe Defendant's ability to track and document shipments and/or receipts into and out of its locations and to/from particular addresses, including a description of database accessibility to this information, if any.

See attached Exhibit 1.

## V. INSURANCE

A.   Identify all policies of insurance, including all CGL, Product Liability, Builder's Risk, D&O and Excess policies relating to claims.

1.   For each policy identify the following:

See attached Exhibit 4 along with the attached policies.

B.   Identify all claims you have made on any insurance policies relating to your sale, transfer, distribution or shipment of products identified herein.

DPF-VENTURE SUPPLY, INC-1-00005

1. For each claim please provide the following:

Hanover has been notified of all the claims and lawsuits on the attached Exhibit 2. Hanover is currently providing a defense to all the lawsuits on the attached Exhibit 2. Fireman's Fund has been notified or is in the process of being notified of all of the claims and lawsuits on the attached Exhibit 2.

Counsel listed above in Section II are involved in all of the lawsuits on the attached Exhibit 2. In addition, the following attorneys are involved in the noted actions.

Thomas M. Buckley, Esquire
Hedrick, Gardner, Kincheloe &
Garofalo, LLC
4011 Westchase Blvd., Ste. 300
Raleigh, NC 27607
Involved in the Hinkley action transferred to this Court.

William Ryan, Esquire
RYAN & CONLON
5 Hanover Square, Suite 1605
New York, NY 10004
Involved in the St. James Development action pending in Nassau County, New York

Brett Bollinger, Esquire
Allen & Gooch
3900 North Causeway, Suite 1450
Metairie, Louisiana 70002
Involved in the Gross class action lawsuit filed in New Orleans, Louisiana

DPF-VENTURE SUPPLY, INC-1-00006

## CERTIFICATION

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Distributor Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration, to the extent such documents are in my possession, custody or control.

_____ Pres     Samuel Ponder Pres     10/16/09
Signature                         Print Name               Date

DPF-VENTURE SUPPLY, INC-1-00007

# EXHIBIT 6

10/10/13   16:46      150      0336-8811999           p.01

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL    :    MDL No. 2047
PRODUCTS LIABILITY LITIGATION          :    Section L
                                       :
_____    :    JUDGE FALLON
This Document Relates to                :    MAG. JUDGE WILKINSON
ALL CASES                              :
                                       :

**TAISHAN GYPSUM CO. LTD. MANUFACTURER PROFILE FORM**

All Defendant Drywall Manufacturers must complete and submit this Defendant Manufacturers' Profile Form. Each Defendant Drywall Manufacturer must complete and sign a Defendant Manufacturers' Profile Form for all shipments or deliveries of Chinese Drywall into, or for importation into, the US from 2001 through 2009. Each Defendant Drywall Manufacturer must complete and sign a separate Exhibit A for any individual named Plaintiff with an action pending in Federal Court. If additional knowledge becomes known after completion, this Defendant Manufacturers' Profile Form must be supplemented. If additional space is needed to answer any questions or complete your responses, additional pages may be attached. In addition, if any attachments or documents are provided in response to any question, please identify the specific question within this Defendant Manufacturers' Profile Form that relates to the specific attachment or document.

The questions contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law. Please print legibly or type your responses in English.

I.    CONTACT INFORMATION OF DEFENDANT MANUFACTURER COMPLETING THIS PROFILE FORM

      A.    Manufacturer Name: Taishan Gypsum Co. Ltd. ("Taishan")[1]

      B.    Address: Dawenkou, Daiyue District, Shandong Province, P.R. China

      C.    Phone number: (0086) (538) 8811449

      D.    Email address: taihe@public.taptt.sd.cn

      E.    Web site: www.taihegroup.com

      F.    President or CEO: None. Jia Tongchun is the Legal Representative and Chairman of the Board of Taishan

      G.    Headquarters if Foreign: Taian, China

      H.    Address of USA Headquarters: None

      I.    Name of supervisor at USA Headquarters: None

      J.    Principal Place of Business in USA: None

_____

[1] Taishan is responding to Defendant Manufacturers' Profile Form in these multidistrict proceedings without waiving any of its rights to object, in these or in any other proceedings, to: (i) the relevance or admissibility of any information disclosed on this form or its attachments; (ii) the sufficiency of process or the service of process upon it; (iii) the jurisdiction of this or any other court over it; and/or (iv) any discovery that may be served upon it on any grounds including, without limitation, that such discovery violates the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters.

DPF-TAISHAN GYPSUM CO LTD-1-00001

10/10/13   16:48      156      0538-6811999                         p.02

K.      List of all offices or locations in USA where entity has done business at any time in 2001 through 2009

        Taishan has never had an office in the US or otherwise operated out of any location in the US.

L.      Name of Manager at each office or location identified in I(J) above Not applicable

(If you have identified more than one entity in I(A) above separately answer I(B)-I(L) for each entity.)

## II.      COUNSEL INFORMATION OF DEFENDANT MANUFACTURER

| | | | |
|---|---|---|---|
| A. | Name: | Joe Cyr<br>Frank Spano<br>Eric Statman<br>Matthew Galvin | Richard C. Stanley<br>Thomas P. Owen, Jr. |
| B. | Address: | HOGAN LOVELLS US LLP<br>875 3rd Avenue<br>New York, New York 10022 | STANLEY, REUTER, ROSS, THORNTON & ALFORD, LLC<br>909 Poydras Street, Suite 2500<br>New Orleans, Louisiana 70112 |
| C. | Phone Number: | (212) 918-3000 | 504-523-1580 |
| D. | Fax Number: | (212) 918-3100 | 504-524-0069 |
| E. | E-Mail: | joe.cyr@hoganlovells.com<br>frank.spano@hoganlovells.com<br>eric.statman@hoganlovells.com<br>matthew.galvin@hoganlovells.com | rcs@stanleyreuter.com<br>tpo@stanleyreuter.cm |

## III.      CHINESE DRYWALL PRODUCT IDENTIFICATION AND CHAIN OF DISTRIBUTION

1.      Product Identification:

Name of Manufacturer(s)' drywall product:

Taishan manufactured drywall to US dimensions on a made-to-order OEM basis on two isolated occasions for a U.S. purchaser, Venture Supply, Inc. ("Venture Supply").

Identify any markings on the drywall product (e.g. lot number, batch number, serial number, color markings, UPC codes, etc.):

The drywall was imprinted with the following marks: VENTURE SUPPLY INC. MFG: SHANDONG TAIHE, CHINA.  The drywall also had sealing tape on its edges with the marking "Venture Supply."

List all trademarks applicable to the product:

No Taishan trademarks were applicable to the drywall manufactured by Taishan and sold to Venture Supply.  Taishan is unaware whether Venture Supply or any other parties applied their own trademarks to drywall manufactured by Taishan.

Is the drywall that is the subject of this litigation known or referred to, either by the public or only internally within your company, by any other names, brand names, titles, or designations? Provide a detailed list of all names, brand names, titles, and designations by which this drywall is known:

In 2007, the company changed its name from Shandong Taihe Dongxin Co. to Taishan Gypsum Co. Ltd.  Accordingly to the best of Taishan's knowledge, drywall manufactured

DPF-TAISHAN GYPSUM CO LTD-1-00002

10/10/13   16:48   TSG   0538-8811999                    p.03

for Venture Supply was not known by any other names other than the product markings described above.

Is the drywall that is the subject of this litigation manufactured in any other types or versions? Please describe such other types and how they may be identified:

With regards to drywall that was exported to the US, Taishan manufactured only standard drywall to US dimensions.

Is the drywall that is the subject of this litigation sold by any other party under its own name? If so, provide a list of all parties selling your drywall under their names, and the brand names under which the drywall is sold:

Taishan has no knowledge of the brand names under which Venture Supply may have resold it.

2.   Shipment Information (identify the following for each shipment to, or for importation to, the United States):

Exporter Name:   Taishan sold the drywall to Venture Supply in China. Venture Supply took title to the drywall in China and shipped the drywall to the United States. However, Taishan referred to itself as the "exporter" for purposes of preparing tax invoices under Chinese tax law.

Address of Exporter:   See 1 (B.) above

Date of Export:  2 / 24 / 2006   (Month / Day / Year)
Date of Export:  7 / 20 / 2006   (Month / Day / Year)

Name of all ports through which shipment was in transit: Unknown

Name of final port where shipment was offloaded:  Taishan does not have knowledge of where the drywall purchased by Venture Supply was offloaded.  The drywall left the port in China on vessels bound for Norfolk, VA and Camden, NJ respectively.

Date shipment was offloaded: Unknown

Amount of Drywall exported:   The February 24, 2006 and July 20, 2006 shipments of drywall by Venture Supply to the United States contained 100,000 and 53,912 sheets of drywall respectively.

Name of shipper:   Unknown

Address of shipper:

Mode of Shipment:   Venture Supply shipped the drywall to the U.S. by ocean-going freight.

Name of vessel:   The bills of lading for the February 24, 2006 and July 20, 2006 shipments indicate that the shipments were shipped aboard the Vessel Glykofiloussa and the Vessel Atlantic Fortune respectively.

3.   Importer Information (identify the following for each importer):

Importer Name:   Venture Supply, Inc.

Address of Importer:   1140 Azalea Garden Road, Norfolk, VA 23502-5612

DPF-TAISHAN GYPSUM CO LTD-1-00003

10/10/13   16:48     TSG      0538-9811999           p.04

Date of Import:   Unknown

Amount of Drywall imported:

As described above, the February 24, 2006 and July 20, 2006 shipments of drywall contained 100,000 and 53,912 sheets of drywall respectively.

4.     Distributor in USA:

To the extent you are aware of the distributor or drywall contractor/installer, for any shipments of your product to the USA, provide such information:

**Venture Supply, Inc.**

5.     Are you aware of any brokers or intermediary agents involved in the supply chain who purchased or took possession of your product, either directly from you or from a successor in distribution? If so, identify such brokers or intermediary agents by name, address, and phone number, and provide any correspondence or other documentation in your possession concerning such brokers or agents.

**Tobin Trading, Inc. executed the contracts for both sales of drywall on behalf of Venture Supply.**

6.     If any of your Chinese drywall was stored at any time by or for you at any location, identify the following:

Name of entity providing storage:     **Taishan stored the drywall for a limited time at its facility prior to inspection and acceptance by Venture Supply's agent in China. Taishan has no knowledge regarding any further storage of the drywall after Taishan delivered it to Venture Supply in China.**

Address of entity providing storage:     **See 1 (B.) above**

Dates product was stored:  **Taishan stored Venture Supply's second order of drywall at its facility between February 2006 and June 2006 (dates are approximate).**

_____/_____/_____ (Month / Day / Year) to ___/___/_____ (Month / Day / Year)

Quantity of product stored:

Price paid for storage:

Name of contact person at storage facility:

Phone number:

Email address:

List any complaints made or received regarding storage of the product:

7.     Describe all agreements existing between the manufacturer and; exporters; importers; shippers; and distributors, relating to each shipment of Chinese drywall to, or for importation to, the United States.

**Taishan sold drywall to Venture Supply pursuant to two written agreements that are already in the record in Germano, et al. v. Taishan Gypsum Co., Ltd., et al., Case No. 09-6687. The agreements were negotiated and executed in China and provided for dispute resolution in China.**

DPF-TAISHAN GYPSUM CO LTD-1-00004

10/10/13   16:48   TSG   0538-8811999   p.05

8.  For all shipments or deliveries of Chinese Drywall into, or for importation into, the US from 2001-2009, please indicate whether you provided any of the following

    a.  Express warranties;  The Venture Supply agreements described the quantity of drywall, the price, the dimensions and the Chinese GBT specification applicable to the order.

    b.  Product specifications;  China GB/T9775-1999.

    c.  Product information and/or instructions for storage or use

In the normal course of business, a package of drywall manufactured by Taishan contained the following warnings:

(1) Pickup/do not turn over

(2) Breakable

(3) Avoid rain/moisture

## IV.  INSURANCE

A.  Identify all policies of insurance, including all CGL, Product Liability, Builder's Risk, D&O and Excess insurance policies relating to claims.

    i.  For each policy, identify the following:

        Insurer;  Taishan has no insurance policies that relate to the Shipments.

        Dates policy in effect:

        ____/____/   (Month / Day / Year) to ____/____/(Month / Day / Year)

        Policy Number: _____

        Type of Policy: _____

        Insurance Agent _____

        Policy Coverage Limits _____

        Produce a copy of the Declaration page, exclusions and policy of insurance.

B.  Identify all claims you have made on any insurance policies relating to the manufacture or shipment of products identified in Section V above.

    i.  For each claim please provide the following:

        Date: ____/____/____   (Month / Day / Year)

        Insurer: _____

        Description of claim: _____

        Insurer's response to claim: _____

        If in litigation: _____

        Caption of Case: _____

        Name and address of attorneys involved:

DPF-TAISHAN GYPSUM CO LTD-1-00005

10/10/13   16:48   TSG   0538-8811999                p.06

_____
_____
_____
_____

insurance carriers involved:

_____
_____
_____
_____

### CERTIFICATION

    I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Defendant Manufacturers' Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration, to the extent that such documents are in my possession, custody or control.

_____          _____          2010. 10. 13
Signature                                      Print Name                                    Date

DPF-TAISHAN GYPSUM CO LTD-1-00006

10/10/13  16:45   T30   0538-8811999   p.01

美国地区法院

路易斯安那州东部区

| | |
|---|---|
| 关于：中国制造的石膏板产品责任诉讼 | 跨地区诉讼第 2047 号 |
| | L 部分 |
| 本文件相关案件 | FALLON 法官 |
| 所有案件 | WILKINSON 司法官 |

### 泰山石膏股份有限公司制造商资料表

所有被告石膏板制造商均必须填写并提交本被告制造商资料表。每名被告石膏板制造商均必须填写并签署一份被告制造商资料表，列明从 2001 年至 2009 年所有运往或交付至美国境内或被进口美国的中国石膏板。每名被告石膏板制造商均必须对于联邦法院待决诉讼中的任何位原告之列的个人填写并签署一份独立的附件 A。如在完成本被告制造商资料表后得知其它信息，则必须加以补充。如同各任何问题或填写答复的空间不够，可另加附页。此外，如在回复任何题时需提供任何附件或文件，请指明本被告制造商资料表中与该其体附件或文件相关的具体问题。

本资料表中的问题均为非争议性问题，并应被问答而无异议。填写本资料表，并不表示您放弃律师工作成果和/或律师——委托人守密特权。同样，通过披露顾问的身份，此等顾问可以保持为非作证专家，且受到法律提供的所有保护。请以英文清楚书写或键入您的答复。

I.   填写本资料表的被告制造商的联系信息

A.   制造商名称：泰山石膏股份有限公司（"泰山"）[1]

B.   地址：中华人民共和国山东省泰安市岱岳区大汶口

C.   电话号码：(0086) (538) 8811449

D.   电邮地址：taihe@public.taptt.sd.cn

E.   网址：www.taihegroup.com

F.   总裁或首席执行官：无。贾同春为泰山的法定代表人及董事长

G.   总部（如位于国外）：中国泰安

H.   美国总部地址：无

I.   美国总部主管姓名：无

J.   美国主要营业地点：无

K.   于 2001 年至 2009 年期间内的任何时间，该实体在美国经营所在的所有办事处或地点列表
泰山从来在美国设立过办事处或以其它方式于美国任何地点经营。

L.   上文第 I(J) 项中指明的每个办事处或地点的经理姓名不适用

---

[1] 泰山就此等跨地区法律程序填写被告制造商资料表，但不放弃对于此等法律程序或任何其它法律程序中就以下事项提出异议的任何权利：(i) 本表格或其附件所披露任何信息的相关性或可理性；(ii) 法律程序文件送达的有效性或有关法律程序文件的送达；(iii) 本法院或任何其它法院对其的司法管辖权；和／或 (iv) 以任何理由对于可能的其送达的任何证据披露要求提出异议，理由包括但不限于，该等证据披露违反了《关于从国外调取民事或商事证据的海牙公约》。

Hogan Lovells

DPF-TAISHAN GYPSUM CO LTD-1-00007

（如果您在上文第 I(A) 项中列明多于一个实体，请就每个实体分别回答第 I(B)-1(L) 项。）

II. 被告制造商的律师信息

A. 姓名：

Joe Cyr
Frank Spano
Eric Statman
Matthew Galvin

Richard C. Stanley
Thomas P. Owen, Jr.

B. 地址：

HOGAN LOVELLS US LLP
875 3rd Avenue
New York, New York 10022

STANLEY, REUTER, ROSS,
THORNTON & ALFORD, LLC
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112

C. 电话号码：

(212) 918-3000

504-523-1580

D. 传真号码：

(212) 918-3100

504-524-0069

E. 电邮：

joe.cyr@hoganlovells.com
frank.spano@hoganlovells.com
eric.statman@hoganlovells.com
matthew.galvin@hoganlovells.com

rcs@stanleyreuter.com
tpo@stanleyreuter.em

III. 中国石膏板产品识别和经销链

1. 产品识别：

制造商的石膏板产品的名称：

泰山曾单独分别简次按美国尺寸以 OEM 代工定制方式为美国采购商 Venture Supply, Inc.（"Venture Supply"）制造石膏板。

说明石膏板产品上的任何标识（例如，批号、批盒号、序列号、颜色标识、UPC 代码等）：

该等石膏板印有以下标识：VENTURE SUPPLY INC, MFG：SHANDONG TAIHE, CHINA。边缘处的封边带上印有"Venture Supply"标识。

列出适用于该产品的所有商标：

泰山制造并销售给 Venture Supply 的石膏板上并无使用任何泰山商标；泰山并不知晓 Venture Supply 或任何其他方是否有将其商标使用于泰山为其制造的石膏板上。

本诉讼中涉石膏板是否有任何其它名称、品牌名称、称呼或称号为公众所知或所用，或仅在贵公司内部使用? 请提供用以指涉涉石膏板的所有名称、品牌名称、称呼或称号的详细列表：

2007 年，上述公司由山东泰和东新股份有限公司更名为泰山石膏股份有限公司。因此，就泰山所知，为 Venture Supply 制造的石膏板除上述产品标识外并无使用任何其它名称。

本诉讼中涉石膏板是否有其它类型或版本? 请说明这类其它类型以及识别该等类型的方式：

对出口至美国的石膏板，泰山仅按照美国图尺寸生产标准石膏板

Hogan Lovells

10/10/13   16:45   156   0558-8811999   p.03

是否有任何其他方以其自身名义出售本诉讼所涉石膏板？如有，请提供以其自身名义出售
货方石膏板的各方列表，以及出售该等石膏板的品牌名称列表：

泰山不知道 Venture Supply 可能以哪些品牌名称转售这些石膏板。

2.　货运信息（请说明向美国装运或进口每批货物的以下信息）：

出口商名称：　泰山在中国将石膏板出售给 Venture Supply。Venture Supply 在中
　　　　　　　国获得石膏板的所有权，并将石膏板运往美国。但泰山为按照中国
　　　　　　　税法准备发票，将其自身称为"出口商"。

出口商地址：　请参阅上文第 1 (B.) 项

出口日期：　2 / 24 / 2006（月 / 日 / 年）

出口日期：　7 / 20 / 2006（月 / 日 / 年）

货物运输经过的所有港口名称：不详

货物装载的最终目的港名称：泰山不知道 Venture Supply 所购买的石膏板在哪里卸货。石
膏板在中国港口分别装载于前往弗吉尼亚州诺福克和新泽西州卡姆登的轮船。

货物卸载日期：不详

出口的石膏板数量：　　Venture Supply 于 2006 年 2 月 24 日和 2006 年 7 月 20 日向
　　　　　　　　　　美国运送的该两批石膏板数量分别为 100,000 张和 53,912
　　　　　　　　　　张。

运货人名称：　　　　　不详

运货人地址：

运输方式：　　　　　　Venture Supply 通过海运向美国运送石膏板。

轮船名称：　　　　　　2006 年 2 月 24 日和 2006 年 7 月 20 日的该两批货物的提单
　　　　　　　　　　显示货物分别搭载于 GlykoMoussa 号和 Atlantic Fortune 号
　　　　　　　　　　轮船。

3.　进口商信息（提供每名进口商的以下信息）：

进口商名称：　Venture Supply, Inc.

进口商地址：　1140 Azalea Garden Road, Norfolk, VA 23502-5612

进口日期：不详

进口的石膏板数量：

如上所述，于 2006 年 2 月 24 日和 2006 年 7 月 20 日送送的该两批石膏板数量分别为
100,000 张和 53,912 张。

4.　美国经销商：

如您知道有任何经销商或石膏板承包商 / 安装商将您的产品运往美国，请提供有关信息：

Venture Supply, Inc.

Hogan Lovells

DPF-TAISHAN GYPSUM CO LTD-1-00009

10/10/13   16:45   156   0558-0811999                    p.04

5.  您是否知晓在整个供应链中是否有任何经纪人或中介代理商直接从您处或从后续经销商购买或拥有您的产品？如有，请说明该等经纪人或中介代理商的名称／姓名、地址和电话号码，并提供您掌握的有关该等经纪人或代理商的任何往来信函或其它文件。

    Tobin Trading, Inc. 代表 Venture Supply 签订两批石膏板的销售合同。

6.  请说明由您或代表您在任何时间都将任何您的中国石膏板存放于任何地点的情况：

    提供存储的实体名称：                于 Venture Supply 的代理在中国验收石膏板前的一
                                        段有限时间内，泰山曾将石膏板存储在其工厂内。
                                        在泰山在中国向 Venture Supply 交货后，泰山并不
                                        知道石膏板的任何进一步存储情况。

    提供存储的实体地址：                请参阅上文第 1 (B.) 项

    产品存储日期：泰山约于 2006 年 2 月至 2006 年 6 月期间将 Venture Supply 订购的第二批
    石膏板存储于泰山的工厂内。

    ____/____/____（月／日／年）至____/____/____（月／日／年）

    存储的产品数量：

    为存储所付价格：

    存储仓库的联络人姓名：

    电话号码：

    电邮地址：

    请列出就产品存储提出或收到的任何投诉：

7.  请说明制造商就每批运往或进口到美国的中国石膏板与出口商、进口商、运货人及经销商签订的所有协议。

    泰山根据两份书面协议向 Venture Supply 出售了石膏板，该两份协议已载于 Germano 诉
    泰山石膏股份有限公司等一案（案件编号：09-6687）的记录中。该两份协议在中国商定
    并签署，并规定在中国解决任何相关争议。

8.  请就 2001 年至 2009 年运往或交付至美国境内或供进口美国的中国石膏板，说明您是否提
    供了以下任何事项：

    a.  明示担保：          Venture Supply 协议载明石膏板的数量、价格、尺寸和适用
                           于该等订单的中国 GBT 规格。

    b.  产品规格：          中国 GB/T9775-1999。

    c.  产品信息和／或存储或使用说明

    在正常业务过程中，泰山倒运的石膏板的包装会载有以下警告信息：

    (1) 抬起／请勿倒置

    (2) 易碎

    (3) 避免雨淋／潮湿

                                                                Hogan Lovells

DPF-TAISHAN GYPSUM CO LTD-1-00010

10/10/13    16:45    156    0336-6511999    p.03

**IV.**　**保险**

A.　请列明与索赔有关的所有保单，包括所有一般商业综合责任保险、产品责任险、建造险、董监事及高级管理人员责任险和追缴保险保单。

  1.　请就每份保单提供以下信息：

    承保人：　　　泰山没有就该等批次的货物购买任何保险。

    保单生效日期：

    \_\_\_/\_\_\_/\_\_\_（月/日/年）至 \_\_\_/\_\_\_/\_\_\_（月/日/年）

    保单编号：_____

    保单类型：_____

    保险代理：_____

    保单承保范围限制：_____

    请提供保险的声明页、例外情况和保单副本。

B.　请说明您就生产或运输上文第 V 节所述产品对任何保单提起的全部索赔。

  1.　请就每项索赔提供以下信息：

    日期：\_\_\_/\_\_\_/\_\_\_（月/日/年）

    承保人：_____

    索赔说明：_____

    承保人对索赔的回应：_____

    是否正在进行诉讼：_____

    案件标题：_____

    所涉律师姓名和地址：

    _____

    _____

    所涉保险公司：

    _____

    _____

    _____

    _____

*Hogan Lovells*

DPF-TAISHAN GYPSUM CO LTD-1-00011

10/10/13   16:45   156   0336-8611999   p.06

<u>声明</u>

本人根据《美国法典》第 28 编第 1746 节声明，就本人所知，提供于本被告制造商资料现的全部信息息均为真实且准确，并且本人已提供本声明中所要求的所有由本人拥有、照管或控制的文件，否则愿受美利坚合众国法律项下的伪证罪刑罚。

_____          _____          2010.10.13
签名                      正楷姓名                   日期

Hogan Lovells

DPF-TAISHAN GYPSUM CO LTD-1-00012

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED | * MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * |
| LITIGATION | * SECTION L |
| | * |
| | * JUDGE ELDON E. FALLON |
| | * |
| | * MAGISTRATE JUDGE |
| | * JOSEPH C. WILKINSON, JR. |
| | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

PEOPLE'S REPUBLIC OF CHINA

CITY OF SHANGHAI

### DECLARATION OF YUEN HIU SUM

This is a declaration being made in accordance with and pursuant to 28 U.S.C. § 1746.

I, Yuen Hiu Sum, declare under penalty of perjury under the laws of the United States of America that the following statements are true and correct:

1.     I am over eighteen (18) years of age, am competent to testify to the matters contained herein, and have personal knowledge of these facts.

2.     I am a senior translator with the law firm of Hogan Lovells International LLP, and work in the firm's office in Shanghai, China.

3.     I am fluent in the languages of Chinese and English.

DPF-TAISHAN GYPSUM CO LTD-1-00013

4.     Based upon my ability to speak, read, and write Chinese and English fluently, I have been responsible for translating various communications and documents relating to the above-captioned lawsuit.

5.     Among the documents I have translated is the Defendant Manufacturers' Profile Form prepared on behalf of Taishan Gypsum Co., Ltd.

6.     I hereby certify that I translated the Defendant Manufacturers' Profile Form between the English and Chinese languages.  I further certify that the English version of the Defendant Manufacturers' Profile Form is a true and accurate translation of the Chinese version of the Defendant Manufacturers' Profile Form.  I also certify that the English version of the Defendant Manufacturers' Profile Form and the Chinese version of the Defendant Manufacturers' Profile Form are accurate translations of one another.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 13, 2010.

Yuen Hiu Sum

DPF-TAISHAN GYPSUM CO LTD-1-00014

# EXHIBIT 7

# IN RE:  CHINESE-MANUFACTURED
# DRYWALL PRODUCTS LIABILITY LITIGATION

Taishan Class Updating Cost per Square Foot and Clearance Testing
Calculated in 2010 For Germano Trial

| | | |
|---|---|---|
| 1. | Original 2010 Remediation cost per square foot | $86.00 |
| 2. | RS Means conversion from 2010 to 2014 dollars | 111.70% |
| 3. | Remediation cost converted to 2014 dollars (line 1 times line 2) | $96.06 |
| 4. | RS Means additional 6% cost for clearance testing (line 3 times 6 | $5.76 |
| 5. | **Remediation cost and inspection and clearance fees in 2014 dollars (line 3 plus line 4)** | **$101.83** |

# EXHIBIT 8

**Interim Guidance – Identification of Homes with Corrosion from Problem Drywall**[1]
by the Consumer Product Safety Commission
and the Department of Housing and Urban Development

January 28, 2010

**Executive Summary**

This preliminary identification guidance represents what the Federal Interagency Task Force on Problem Drywall believes is the best approach based on the limited information available today. This identification guidance is based primarily on the presence of metal corrosion in homes as well as other indicators of problem drywall. Additional work will continue to validate these methods and the identification guidance will be modified as necessary.

**Identification Method**
The identification process is two steps: (1) an initial or threshold inspection to find visual signs of metal corrosion and evidence of drywall installation during the relevant time period, and (2) the identification of corroborating evidence or characteristics.

**Step 1: Threshold Inspection**
Visual inspection[2] must show:
  (a) Blackening of copper electrical wiring and/or air conditioning evaporator coils; and
  (b) The installation of new drywall (for new construction or renovations) between 2001 and 2008.
A positive result for this step (including both criteria) is a prerequisite to any further consideration.

**Step 2: Corroborating Evidence**
Because it is possible that corrosion of metal in homes can occur for other reasons, it is important to obtain additional corroborating evidence of problem drywall. Homes with the characteristic metal corrosion problems must also have at least 2 of these corroborating conditions if the new drywall was installed between 2005 and 2008. For installations between 2001 and 2004, at least 4 of the following conditions must be met. Collecting evidence of these corroborating conditions will in some cases require professional assessors and/or testing by analytical laboratories.

  (a) Corrosive conditions in the home, demonstrated by the formation of copper sulfide on copper coupons (test strips of metal) placed in the home for a period of 2 weeks to 30 days or confirmation of the presence of sulfur in the blackening of the grounding wires and/or air conditioning coils;
  (b) Confirmed markings of Chinese[3] origin for drywall in the home;
  (c) Strontium levels in samples of drywall core found in the home (i.e. excluding the exterior paper surfaces) exceeding 1200 parts per million (ppm);
  (d) Elemental sulfur levels in samples of drywall core found in the home exceeding 10 ppm;
  (e) Elevated levels of hydrogen sulfide, carbonyl sulfide and/or carbon disulfide emitted from samples of drywall from the home when placed in test chambers using ASTM Standard Test Method D5504-08 or similar chamber or headspace testing[4];
  (f) Corrosion of copper metal to form copper sulfide when copper is placed in test chambers with drywall samples taken from the home.

---

[1] This is a staff document, and has not been reviewed or approved by, and may not necessarily reflect the views of, the Commission or the Department.
[2] For example, the Florida Department of Health's Self-Assessment Guide on signs that a home may be affected by drywall associated corrosion (http://www.doh.state.fl.us/environment/community/indoor-air/inspections.html) has questions that may be helpful; mention in this guidance of this or other references does not imply endorsement.
[3] This does not imply that all Chinese drywall or that only Chinese drywall is associated with these problems, but that among homes with the characteristic corrosion, Chinese drywall is a corroborating marker for the characteristic problems.
[4] ASTM International. Standard D5504-08: Standard Test Method for Determination of Sulfur Compounds in Natural Gas and Gaseous Fuels by Gas Chromatography and Chemiluminescence. 2008.
http://www.astm.org/Standards/D5504.htm. Subsequent revisions by ASTM of this standard will be considered to be "similar chamber or headspace testing" methods.

## Detailed Description

### Introduction

This preliminary identification guidance represents what the Federal Interagency Task Force on Problem Drywall believes is the best approach based on the limited information available today. We recognize that important additional guidance is still needed to clarify qualifications for inspectors and test laboratories and to describe methods for making the measurements in the criteria defined herein. This interim identification guidance is being released in recognition of the immediate need of homeowners for this information. Consumers should exercise caution in contracting for testing, and should be diligent in confirming the references, qualifications, and background of individuals and firms that offer such testing[5]. Scientific investigations have moved as quickly as possible to understand the complex problems presented by the issue of Chinese[6] drywall. The scientific work completed to date by the Federal Interagency Task Force has been essential to building the foundation for decision-making by homeowners and local, state and federal authorities.[7] The investigation continues on several fronts to expand our understanding of this issue – but the Task Force believes that current information is sufficient to develop interim guidance on how to identify homes with problems associated with this drywall.

Findings have shown a strong association between the presence of problem drywall and metal corrosion in homes. The results of investigations reported by the Federal Interagency Task Force provide criteria and indicators for identifying those homes. The Task Force developed this preliminary guidance document based on these findings.

This identification guidance is based primarily on the presence of metal corrosion in homes as well as other indicators of problem drywall. It is possible to misclassify homes because of other possible sources of metal corrosion such as volatile sulfur compounds from sewer gas, well water, and outdoor contaminants that may enter the home independent of the drywall in the home. Homes may also be misclassified as having no drywall problem due to the absence of characteristics found to be typical in the limited testing to date. Given these limitations, additional work will continue to validate these methods and the identification guidance will be modified as necessary.

### Identification Method

The identification process will be two steps: (1) an initial or threshold inspection to find visual signs of metal corrosion and evidence of drywall installation in the relevant time period, and (2) the identification of corroborating evidence or characteristics.

### Step 1: Threshold Inspection

A visual inspection shall seek to identify blackening of copper electrical wiring and/or air conditioning evaporator coils (or documentation of replacement of evaporator coils due to blackened corrosion causing failure), and the installation of new drywall (for new construction or renovations) between 2001 and 2008. Meeting both criteria for this step is a prerequisite for further consideration.

---

[5] FTC Consumer Alert, "Defective Imported Drywall: Don't Get Nailed by Bogus Tests and Treatments", http://www.ftc.gov/bcp/edu/pubs/consumer/alerts/alt164.pdf, December 2009.
[6] The Interagency Task Force on Problem Drywall is conducting a broad investigation and its studies have included both Chinese and non-Chinese samples. While this work does reference "Chinese" drywall as a general term, we have not concluded that all Chinese-manufactured drywall may present corrosion or health issues, or that drywall made elsewhere will never present these issues.
[7] Reports and information released regarding Chinese drywall can be found at www.drywallresponse.gov.

P1.1844-0002

### Rationale

Visual observations of corrosion of air conditioning evaporator coils and/or electrical wiring by trained inspectors is believed to be a prerequisite for consideration of a home as having problem drywall. The Florida Department of Health has long included such corrosion as part of its definition of problem drywall homes[8,9]. It is appropriate to limit the dates to the relevant time period, as this corresponds to the vast majority of complaints received by the Consumer Product Safety Commission (CPSC), also much older homes could exhibit corrosion due to different sources acting over longer periods of time.

A CPSC contractor completed a detailed study of 51 homes in Florida, Louisiana, Virginia, Alabama, and Mississippi; the report was issued on November 23, 2009 and is available on www.drywallresponse.gov. This investigation included inspections of each home for the presence and extent of corrosion. Copper and silver metal test strips, called "coupons," were also placed in the home for 2 weeks to test the corrosive environment of each house. The copper and silver coupons showed significantly higher rates of corrosion in homes where complaints had been registered than in the control homes. The dominant types of corrosion on the coupons were copper sulfide and silver sulfide, respectively, as determined by additional laboratory tests. Copper sulfide and silver sulfide appear as a black coating on copper or silver metal. Visual inspection and evaluation of electrical (ground) wire corrosion also revealed statistically significant greater corrosion in complaint homes compared to the control homes.

### Step 2:  Corroborating Evidence

Because it is possible that corrosion of metal in homes can occur for other reasons, it is important to obtain additional corroborating evidence of problem drywall. Homes with the characteristic metal corrosion problems must also have at least 2 of these corroborating conditions if the new drywall was installed between 2005 and 2008. For installations between 2001 and 2004, at least 4 of the following conditions must be met. Collecting this corroborating evidence will in some cases require professional assessors and/or testing by analytical laboratories.

(a) Corrosive conditions in the home, demonstrated by the formation of copper sulfide on copper coupons (test strips of metal) placed in the home for a period of 2 weeks to 30 days or confirmation of the presence of sulfur in the blackening of the grounding wires and/or air conditioning coils;

(b) Confirmed markings of Chinese[10] origin for drywall in the home;

(c) Strontium levels in samples of drywall core found in the home (i.e., excluding the exterior paper surfaces) exceeding 1200 parts per million (ppm);

(d) Elemental sulfur levels in samples of drywall core found in the home exceeding 10 ppm;

(e) Elevated levels of hydrogen sulfide, carbonyl sulfide and/or carbon disulfide emitted from samples of drywall from the home when placed in test chambers using ASTM Standard Test Method D5504-08 or similar chamber or headspace testing[11];

(f) Corrosion of copper metal to form copper sulfide when copper is placed in test chambers with drywall samples taken from the home.

---

[8] Case Definition (03-31-09) for Premature Copper Corrosion in Residences Possibly Associated with the Presence of Imported Drywall from China.
[9] Case Definition (12-18-09) for Drywall Associated Corrosion in Residences.
(http://www.doh.state.fl.us/ENVIRONMENT/COMMUNITY/indoor-air/casedefinition.html.)
[10] This does not imply that all Chinese drywall or that only Chinese drywall is associated with these problems, but that among homes with the characteristic corrosion, Chinese drywall is a corroborating marker for the characteristic problems.
[11] ASTM International. Standard D5504-08: Standard Test Method for Determination of Sulfur Compounds in Natural Gas and Gaseous Fuels by Gas Chromatography and Chemiluminescence. 2008.
http://ww.astm.org/Standards/D5504.htm. Subsequent revisions by ASTM of this standard will be considered to be "similar chamber or headspace testing" methods.

P1.1844-0003

## Rationale

The Federal Interagency Task Force's study of the elemental and chemical composition of 17 drywall samples shows higher concentrations of elemental sulfur and strontium in Chinese drywall than in non-Chinese drywall.[12]  Additionally, the 51-home study (41 homes with reported problems and 10 control homes) also found a correlation between elevated strontium levels and problem homes.[13]  Additional studies have also found sulfur and strontium to be associated with problem drywall homes.  Thus, the presence of elevated levels of either elemental sulfur or strontium is believed to be corroborating evidence for homes with problem drywall.

The 51-home study and the preliminary corrosion reports[14,15] also found that the type of corrosion present on copper coupons and copper electrical wire and air conditioning evaporator coils was copper sulfide. Thus, the confirmation of copper sulfide or sulfur in the corrosion of the copper (and similarly silver sulfide or sulfur in the corrosion on silver coupons) is believed to be a corroborating marker.

Chinese drywall installed in the affected period has been associated with the types of corrosion problems reported.  This does not imply that all Chinese drywall or that only Chinese drywall is associated with these problems, but that among homes with the characteristic corrosion, Chinese drywall is a corroborating marker for the characteristic problems.  It is not absolutely necessary for the markings to be found as in some cases Chinese drywall does not have markings indicating nation of origin.

Additionally, the preliminary results reported for the study underway at the Lawrence Berkeley National Laboratory indicated that higher levels of total volatile sulfur compounds were released by Chinese drywall samples compared to domestic drywall samples, and the fifty-one home study reported an association between hydrogen sulfide levels in homes and corrosion in those homes.  Thus it is believed that one of the possible corroborating tests which could be considered is emissions testing from suspect drywall from homes.  Another similar corroborative test that could be considered is determining if corrosion of copper metal to form copper sulfide occurs when copper is placed in test chambers with drywall from the home at elevated humidity.  Chamber tests may be costly and time consuming options.

## Continuing Development of this Guidance

We will incorporate future findings as appropriate to improve upon this preliminary guidance.  More information on problem drywall is available at the federal Drywall Information Center website, www.drywallresponse.gov.

---

[12] Statistical Analysis of the Chemical Screening of a Small Sample of Unused Chinese and non-Chinese Drywall, October 30, 2009, http://www.cpsc.gov/info/drywall/TabA.pdf.
[13] U.S. Consumer Product Safety Commission Staff Summary of Contractor's Indoor Air Quality Assessment of Homes Containing Chinese Drywall, November 23, 2009, http://www.cpsc.gov/info/drywall/51homeStudy.pdf.
[14] Status Report on the Preliminary Analysis of HVAC, Gas Distribution, and Fire Safety Equipment Installed in Homes with Chinese Drywall, November 23, 2009,
http://www.cpsc.gov/info/drywall/PrelimHVACGasDistFireSyst.pdf.
[15] Interim Report on the Status of the Analysis of Electrical Components Installed in Homes with Chinese Drywall, November 23, 2009, http://www.cpsc.gov/info/drywall/prelimelectrical.pdf.

4

P1.1844-0004

# EXHIBIT 9

## Case Definition (12-18-09) for Drywall Associated Corrosion in Residences.

This revision of the 03-31-09 Case Definition reflects our current understanding of this emerging problem and the results of recently released information regarding corrosive drywall testing. The sole purpose of this case definition is to help identify homes that are affected by corrosion associated with drywall emissions. The case definition is NOT intended to evaluate the health risks for occupants or to evaluate occupant exposures to corrosive emissions. This case definition is NOT regulatory in nature or required to be used by those inspecting homes. This case definition is provided to the public for informational purposes only and its use is strictly voluntary. Adoption of this case definition for purposes beyond its intended use is at the risk of the user. Criteria to demonstrate that a home is not affected by corrosive drywall emissions may require a different approach and inspection criteria that are not described in this document.

This version of the case definition enables the user to rank homes as a possible, probable, or confirmed case. Homes that exhibit the sentinel indicators of drywall associated corrosion are defined as possible cases. All three sentinel indicators of Criteria 1 **must** be met for the home to be considered as a possible case. Criteria that define a probable or confirmed case are described in later sections.

### Criteria 1:
**Sentinel Indicators of Drywall Associated Corrosion (Possible Case = all 3)**

1. The home was constructed or renovated with new drywall since 2001.

2. Observed corrosion of air conditioner evaporator coil exemplified by black corrosion on copper tubing components. *The corrosion can result in refrigerant leakage making it impossible to cool the home requiring coil replacement. Coil failures indicative of this problem typically occur every 6-14 months*

3. Observed metal corrosion, indicated by blackening of **one or more** of the following:
   - copper wires, ground wires, and electrical connectors
   - un-insulated and un-coated copper pipes and fittings
   - chrome-plated bathroom fixtures
   - silver and copper jewelry
   - mirror backing in bathrooms

If you have answered yes to all three of the above indicators, the home meets the criteria for "possible case". Continue to Criteria 2 or 3 **only** if home meets the criteria for "possible case". Trained professionals performing home assessments based upon this case definition should use their experience, training, and professional judgment to establish their inspection procedures and sampling strategies. Professional judgment is necessary to determine the number of samples and weight of evidence needed to meet each set of criteria. A trained professional, not the homeowner, should conduct inspections and testing described in Criteria 2 and 3.

**For Homeowners**

**For Trained Professionals**

Criteria 2:
**Supporting Indicators of Drywall Associated Corrosion (Probable Case = 1 or more)**

1. Observed markings on the back of drywall indicating the country of origin is China.

2. Objective analysis of drywall in home finds Strontium levels exceed 2,000 mg/kg (ppm), indicating the gypsum used in the drywall was probably mined in China. Analytical methods commonly used for this include XRF and ICP. [2, 3, 5, 7, 8, 9, 10, 11, 12]

If you have met the criteria for "possible case" and answered yes to at least one of the above indicators in Criteria 2, the home meets the criteria for "probable case". These criteria do not confirm that the drywall causes corrosion. Identifying the origin of the drywall is considered a screening tool for suspect drywall, but confirmation requires analysis described in Criteria 3.

Criteria 3:
**Confirmatory Evidence of Drywall Associated Corrosion (Confirmed Case = 1 or more)**

1. Elemental sulfur (Orthorhombic sulfur, cyclooctasulfur, $S_8$) content of gypsum core exceeding 10 mg/kg (ppm), indicating the gypsum in drywall samples from the home contains the source material that is believed to contribute to the reduced sulfur gasses emitted from corrosive drywall. Analytical methods commonly used for this include GC/ECD, GC/MS, or HPLC. [1, 2, 3, 4, 6, 8, 9, 10, 11]

2. Laboratory analysis of suspect drywall headspace for reduced sulfur gas emissions ($H_2S$, COS, $CS_2$) indicating drywall samples from the home emit reduced sulfur gasses capable of causing copper corrosion. Analytical methods commonly used for this include GC/SCD.[6] *Results that are indicative of corrosive drywall must be established by each laboratory based upon internal procedures, comparison to control samples, and validated methods.*

3. Qualitative analysis of suspect drywall for its ability to cause corrosion/blackening of copper under controlled conditions, indicating drywall samples from the home emit gasses capable of corroding copper. *Results that are indicative of corrosive drywall must be established by each laboratory based upon internal procedures, comparison to control samples, and validated methods.*

If you have met the criteria for "possible case", ruled out other sources of hydrogen sulfide as significant contributors to copper corrosion in the home, and receive positive results on a sufficient number of samples from one or more of the above evaluations in Criteria 3, the home meets the criteria for a "confirmed case". Some confounding factors that should be excluded as causes of observed corrosion are hydrogen sulfide from well water, sewer gas, or soil gas.

**Odors and Symptoms**
- Use of odors as an indicator of drywall associated corrosion is limited. Odors have not been reported in all homes exhibiting drywall associated corrosion.
- Occupant reported health symptoms have limited use in identifying homes with drywall associated corrosion. The symptoms reported by occupants are not unique or consistent across affected homes.
- Documenting the presence of odors and/or occupant symptoms may be important to public health agencies, but their relationship to the presence or absence of drywall associated corrosion in homes remains unclear.

P1.1841-0002

## Remediation

Prior to embarking on efforts to remediate the home, one should perform sufficient evaluation to ensure the criteria for "confirmed case" are met and rule out confounding factors. **Please note: The Florida Department of Health has not examined remediation methods and does not endorse any specific methods or techniques to conduct an effective remediation of affected homes.**

### Key to abbreviations and acronyms:

| | | |
|---|---|---|
| mg/kg | = | milligrams per kilograms |
| ppm | = | parts per million |
| XRF | = | x-ray fluorescence |
| ICP | = | inductively coupled plasma |
| GC/ECD | = | gas chromatography / electron capture detector |
| GC/MS | = | gas chromatography / mass spectrometry |
| GC/SCD | = | gas chromatography / sulfur chemiluminescence detection |
| HPLC | = | high performance liquid chromatography |
| $H_2S$ | = | hydrogen sulfide |
| COS | = | carbonyl sulfide |
| $CS_2$ | = | carbon disulfide |

### References (Available at www.drywallsymposium.com)

1.    Alessandroni, M. What's the (Elemental S)tory?). Poster Presentation at Technical Symposium on Corrosive Imported Drywall Nov 5-6, 2009.

2.    Demott, R., Alessandroni, M., Hayes, H., Freeman, G., Gauthier, T. - Elemental Sulfur and Trace Metal Content in Chinese and Domestic Brands). Poster Presentation at Technical Symposium on Corrosive Imported Drywall Nov 5-6, 2009.

3.    Salazar, R., Krause, D., Eldredge, C. - Comparison of Methods Utilized by Commercial Laboratories for Analyses of Bulk Drywall Samples. Poster Presentation at Technical Symposium on Corrosive Imported Drywall Nov 5-6, 2009.

4.    Singhvi, R, Lin, Y., Admassu, G., Syslo, J. Field Analysis of Elemental Sulfur in Drywall by GC/ECD. Poster Presentation at Technical Symposium on Corrosive Imported Drywall Nov 5-6, 2009.

5.    Spates, W., Rinicker, T., Toburen, T. - Evolution of Chinese Drywall Inspections and Findings Based on Laboratory Data and FDOH Guidelines and the Need to Incorporate New and Productive Inspection Techniques Poster Presentation at Technical Symposium on Corrosive Imported Drywall Nov 5-6, 2009.

6.    Tuday, M., Chen, K, Cherazaie, H., Fortune, A., Henton, W., Parnell, C, Dangazyan, M., Cornett, C. Measurement of Corrosive, Odorous and Potentially Harmful Gases from Imported and Domestic Wallboard . Oral Presentation at Technical Symposium on Corrosive Imported Drywall Nov 5-6, 2009.

7.    Tedder, R. Disposal Options for Imported Drywall. Oral Presentation at Technical Symposium on Corrosive Imported Drywall Nov 5-6, 2009.

8.    Layne, A. EPA's Activities on Chinese Drywall. Oral Presentation at Technical Symposium on Corrosive Imported Drywall Nov 5-6, 2009.

P1.1841-0003

Reference (Available at http://www.epa.gov/oswer/docs/chinesedrywall.pdf)
9.      US EPA Environmental Response Team Report on Drywall Sample Analysis. May 7, 2009.

References (Available at http://www.cpsc.gov/info/drywall)
10. Garland, S.E., and Greene, M.A. Statistical Analysis of the Chemical Screening of a Small Sample of Unused Chinese and non-Chinese Drywall – Tab A. Oct 28, 2009.

11. Interagency Task Force on Chinese Drywall October 29, 2009 Release of Initial Chinese Drywall Studies -- Indoor Air Studies. Tab C. Oct 28, 2009.

12. EH&E Report 16512 for the CPSC. Draft Final Report on an Indoor Environmental Quality Assessment of Residences Containing Chinese Drywall – 51 home study. Nov 18, 2009.

P1.1841-0004

# EXHIBIT 10

# IN RE:  CHINESE-MANUFACTURED
# DRYWALL PRODUCTS LIABILITY LITIGATION

### Taishan Class Alternative Living and Personal Property Damage Costs
### Calculated in 2010 For Villa Lago Condominiums

|  | $/month | # units | # months | Costs | Area | Unit $/SF |
|---|---|---|---|---|---|---|
| Apartment rental | $1,186 | 328 | 5 | $1,945,400 | 411,576 | $4.72 |
| Property Storage Costs | $239 | 328 | 5 | $391,840 | 411,576 | $0.95 |

|  | $/hour | # hours | Costs | Area | Unit $/SF |
|---|---|---|---|---|---|
| Move in/out apartment & storage | $70.00 | 12,272 | $859,040 | 411,576 | $2.09 |

|  | $ Damage | # units | Costs | Area | Unit $/SF |
|---|---|---|---|---|---|
| Personal property damages | $4,165 | 328 | $1,366,000 | 411,576 | $3.32 |

Unit costs for alternative living and personal property damages calculated in 2010   $11.08

RS Means conversion from 2010 to 2014 dollars   111.70%

**Total unit costs for alternative living and personal property damages in 2014   $12.38**