OCT/17/2013/THU 11:16 AM    Alfonso Property          FAX No. 228-255-2532          P. 002

*Emailed to Brown Greer 10/17/13*

# CHINESE DRYWALL SETTLEMENT PROGRAM
## MDL 2047

### CHINESE DRYWALL SETTLEMENT PROGRAM
### VERIFICATION OF CLAIMS

All claimants must submit this Verification of Claims in support of Chinese Drywall Claims. You need only submit this Affidavit once and the Settlement Administrator will review it in conjunction with submitted claims. To submit this Affidavit, upload it directly to the Chinese Drywall Settlement Portal at https://www3.browngreer.com/drywall. If you cannot upload this Affidavit to the Chinese Drywall Settlement Portal, email it to CDWQuestions@browngreer.com, or send by U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

### A. CLAIMANT INFORMATION

| | | | |
|---|---|---|---|
| **1. Claimant Name:** | Last Name/Business Name *Sanderford* | First *Anita* | M.I. *F.* |
| **2. Claimant Identification Number (if you know it):** | | | |
| **3. SSN or TIN (if you do not know the Affected Property Identification Number):** | 2 5 4 1 7 7 0 4 0 | | |

### B. VERIFICATION OF CLAIMS

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that I have read and reviewed all Chinese Drywall Settlement Program Claim Form(s) and evidence submitted in supporte of all claims and certify under penalty of perjury that all information contained therein is true, accurate, and complete to the best of my knowledge. I understand that false statements or claims made in connection with this Affidavit and my claim may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

| | | | |
|---|---|---|---|
| **Claimant's Signature:** | *Anita Sanderford* | **Date:** | *10/17/13* (Month/Day/Year) |
| **Title (If a business):** | | | |
| **Printed Name:** | First *Anita* | Last *Sanderford* | M.I. *F.* |

EXHIBIT
**B**

CDW AFF-2                                    1

TO SUBMIT THIS AFFIDAVIT ONLINE VISIT HTTPS://WWW3.BROWNGREER.COM/DRYWALL

*Emailed 10/29/13*

# CHINESE DRYWALL SETTLEMENT PROGRAM
## MDL 2047

### CHINESE DRYWALL SETTLEMENT PROGRAM
### VERIFICATION OF CLAIMS

All claimants must submit this Verification of Claims in support of Chinese Drywall Claims. You need only submit this Affidavit once and the Settlement Administrator will review it in conjunction with submitted claims. To submit this Affidavit, upload it directly to the Chinese Drywall Settlement Portal at https://www3.browngreer.com/drywall. If you cannot upload this Affidavit to the Chinese Drywall Settlement Portal, email it to CDWQuestions@browngreer.com, or send by U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

### A. CLAIMANT INFORMATION

| | | Last Name/Business Name | First | M.I. |
|---|---|---|---|---|
| **1.** | **Claimant Name:** | LADNER | SHEA | M |
| **2.** | **Claimant Identification Number (if you know it):** | | | |
| **3.** | **SSN or TIN (if you do not know the Affected Property Identification Number):** | 4 5 0 6 1 3 2 1 5 | | |

### B. VERIFICATION OF CLAIMS

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that I have read and reviewed all Chinese Drywall Settlement Program Claim Form(s) and evidence submitted in supporte of all claims and certify under penalty of perjury that all information contained therein is true, accurate, and complete to the best of my knowledge. I understand that false statements or claims made in connection with this Affidavit and my claim may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

| **Claimant's Signature:** | *[signature]* | **Date:** | 10 / 22 / 2013 |
| | | | (Month/Day/Year) |
| **Title (If a business):** | | | |

| **Printed Name:** | First | Last | M.I. |
|---|---|---|---|
| | SHEA | LADNER | M |

CDW AFF-2

1

Claimant ID 104630

| 1. CLAIMANT INFORMATION | | |
|---|---|---|

| 1. Name: | Last/Business Name<br>Clark | First<br>Marilyn | M.I. |
|---|---|---|---|

**2. Taxpayer Information: (check the appropriate Taxpayer Type)**

☒ **Social Security Number**
☐ **Individual Taxpayer Identification Number**
☐ **Employer Identification Number**

**Social Security Number (SSN):**
Issued by the Social Security Administration and used by the IRS as a taxpayer identification number. SSNs are assigned to individuals. If you file on behalf of any business using your SSN, select SSN as your taxpayer type.

| 0 | 7 | 0 | 5 0 ~ | | 7 | 9 | 2 | 3 |
|---|---|---|---|---|---|---|---|---|

(Enter numbers only)

**Individual Taxpayer Identification Number (ITIN):**
A tax processing number only available for certain non-resident and resident aliens, their spouses, and dependents who cannot get a Social Security Number (SSN).

**Employer Identification Number (EIN):**
Also known as a Federal Tax Identification Number and used to identify a business entity. Only businesses have an EIN.

| 3. Mailing Address: | Street<br>9303 Shore Rd., 7J | | | |
|---|---|---|---|---|
| | City<br>Brooklyn | State<br>NY | Zip Code<br>11209 | Parish/County |

| 4. Email Address: | |
|---|---|

| 5. Telephone Numbers: | Home/Business<br>( ) - | Cell<br>(2 1 8) 2 2 4 - 2 4 8 8 |
|---|---|---|

| 6. If you are registering as a business, provide a DBA Name, if applicable, and the name and title of an Authorized Business Representative. If you are registering as an individual and not as a business, skip to Section 2. | DBA Name | |
|---|---|---|
| | Authorized Representative Last Name | Authorized Representative First Name |
| | Title | |

2

## 2. AFFECTED PROPERTY INFORMATION

You must complete this section for each property upon which you intend to base a claim. Attach additional copies of this page to register additional properties.

| 7. Affected Property Address: | ☐ Check here if this is a Rental or Commercial property. |
|---|---|

Street: *6465 Apelehama Road*

| City: *Diamondhead* | State: *MS* | Zip Code: *39525* | Parish/County: *Hancock* |
|---|---|---|---|

| 8. Attorney Information: | ☐ Check here if you are not represented by an attorney, and skip to Question 9. If you are represented by an attorney, complete this section. |
|---|---|

Firm Name: *Law Office of Wayne E. Ferrell Jr. PLLC*

| Attorney Last Name: *Ferrell* | Attorney First Name: *Wayne* |
|---|---|

Street: *405 Tombigbee*

| City: *Jackson* | State: *MS* | Zip Code: *39201* |
|---|---|---|

| Email: *jausbon@airlawonline.com* | Phone Number: *601-969-4700* |
|---|---|

**9. Indicate the types of claims that relate to this Affected Property that you intend to file by selecting from the options below:**

☐ **Remediation.** Remediation means that you are seeking compensation for Repair and Relocation Damages and you: (i) currently own an Affected Property that has not been repaired; or (ii) sold, transferred, or otherwise lost title (including foreclosure) to an Affected Property that has not been repaired, but entered into a written agreement pursuant to which you retained the exclusive right to bring any claims relating to Repair and Relocation Damages for the Affected Property. If you select this Option, you must provide either (a) a Deed or other document demonstrating that you own(ed) the property listed in Row 7 above; or (b) if you sold, transferred, or otherwise lost title (including foreclosure) to an Affected Property that has not been repaired, the agreement pursuant to which you retained the exclusive right to bring claims relating to Repair and Relocation Damages for that Affected Property.

☐ **Already Remediated Property.** You may file a claim for an Already Remediated Property if you are an individual or builder who already repaired the Affected Property listed in Row 7 above at your own expense (whether you currently own the property or not) and now seek reimbursement for the remediation costs you incurred to repair that Affected Property.

☐ **Other Losses.** The Other Loss fund is intended to provide compensation for Pre-Remediation Alternative Living Expenses, Lost Use, Sales, and Rentals, Foreclosure losses, and Short Sale losses: If you select this Option, you must provide a Deed or other document demonstrating that you own or owned the property listed in Row 7 above.

☐ **Tenant Losses.** Tenant losses may be available to you if you rented or leased a property containing Chinese Drywall and incurred costs to move out of the property during remediation or suffered damage to your personal property. If you select this Option, you must provide a Lease, Rental Agreement, other document demonstrating that you rented or leased the property listed in Row 7 above.

☐ **Bodily Injury.** Bodily Injury benefits may be available to you if you sought medical treatment for your claimed injury **and** received treatment by a healthcare provider documented in medical records at or near the time of the onset of complaints which you now relate to Chinese Drywall. **If you intend to file a claim for Bodily Injury benefits, you must provide all medical and pharmacy records as required by the applicable Settlement Agreement governing your claim.**

3

**3. SIGNATURE**

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Registration Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Registration Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Registration Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Registration Form.

| Signature: | _Marilyn Clark_ | Date: | _5 / 13 / 2013_ (Month/Day/Year) |
| --- | --- | --- | --- |
| Printed Name: | First _Marilyn_ | Last _Clark_ | M.I. |

4

| 1. CLAIMANT INFORMATION | | | |
|---|---|---|---|
| **1. Name:** | Last/Business Name **Ladner** | First **Shea** | M.I. **M** |

**2. Taxpayer Information: (check the appropriate Taxpayer Type)**

- [X] **Social Security Number**
- [ ] **Individual Taxpayer Identification Number**
- [ ] **Employer Identification Number**

**Social Security Number (SSN):**
Issued by the Social Security Administration and used by the IRS as a taxpayer identification number. SSNs are assigned to individuals. If you file on behalf of any business using your SSN, select SSN as your taxpayer type.

| 4 | 5 | 0 | 6 | | 3 | 2 | | 5 |
(Enter numbers only)

**Individual Taxpayer Identification Number (ITIN):**
A tax processing number only available for certain non-resident and resident aliens, their spouses, and dependents who cannot get a Social Security Number (SSN).

**Employer Identification Number (EIN):**
Also known as a Federal Tax Identification Number and used to identify a business entity. Only businesses have an EIN.

| **3. Mailing Address:** | Street **7814 Puna Ct.** | | | |
|---|---|---|---|---|
| | City **Diamondhead** | State **MS** | Zip Code **39525** | Parish/County **Hancock** |

| **4. Email Address:** | |
|---|---|

| **5. Telephone Numbers:** | Home/Business **(228) 216-9901** | Cell **( ) - ** |
|---|---|---|

**6.** If you are registering as a business, provide a DBA Name, if applicable, and the name and title of an Authorized Business Representative. If you are registering as an individual and not as a business, skip to Section 2.

DBA Name

Authorized Representative Last Name

Authorized Representative First Name

Title

2

## 2. AFFECTED PROPERTY INFORMATION

You must complete this section for each property upon which you intend to base a claim. Attach additional copies of this page to register additional properties.

**7. Affected Property Address:**

☐ Check here if this is a Rental or Commercial property.

Street: 10824 Koloa Ct.

| City | State | Zip Code | Parish/County |
|------|-------|----------|---------------|
| Diamondhead | MS | 39525 | |

**8. Attorney Information:**

☐ Check here if you are not represented by an attorney, and skip to Question 9. If you are represented by an attorney, complete this section.

Firm Name: Law Office of Wayne E. Ferrell Jr.

| Attorney Last Name | Attorney First Name |
|--------------------|---------------------|
| Ferrell | Wayne |

Street: 405 Tombigbee St.

| City | State | Zip Code |
|------|-------|----------|
| Jackson | MS | 39201 |

Email: jausbon@airlawonline.com   Phone Number: (601) 969-4700

**9. Indicate the types of claims that relate to this Affected Property that you intend to file by selecting from the options below:**

☐ **Remediation.** Remediation means that you are seeking compensation for Repair and Relocation Damages and you: (i) currently own an Affected Property that has not been repaired; or (ii) sold, transferred, or otherwise lost title (including foreclosure) to an Affected Property that has not been repaired, but entered into a written agreement pursuant to which you retained the exclusive right to bring any claims relating to Repair and Relocation Damages for the Affected Property. If you select this Option, you must provide either (a) a Deed or other document demonstrating that you own(ed) the property listed in Row 7 above; or (b) if you sold, transferred, or otherwise lost title (including foreclosure) to an Affected Property that has not been repaired, the agreement pursuant to which you retained the exclusive right to bring claims relating to Repair and Relocation Damages for that Affected Property.

☐ **Already Remediated Property.** You may file a claim for an Already Remediated Property if you are an individual or builder who already repaired the Affected Property listed in Row 7 above at your own expense (whether you currently own the property or not) and now seek reimbursement for the remediation costs you incurred to repair that Affected Property.

☐ **Other Losses.** The Other Loss fund is intended to provide compensation for Pre-Remediation Alternative Living Expenses, Lost Use, Sales, and Rentals, Foreclosure losses, and Short Sale losses. If you select this Option, you must provide a Deed or other document demonstrating that you own or owned the property listed in Row 7 above.

☐ **Tenant Losses.** Tenant losses may be available to you if you rented or leased a property containing Chinese Drywall and incurred costs to move out of the property during remediation or suffered damage to your personal property. If you select this Option, you must provide a Lease, Rental Agreement, other document demonstrating that you rented or leased the property listed in Row 7 above.

☐ **Bodily Injury.** Bodily Injury benefits may be available to you if you sought medical treatment for your claimed injury **and** received treatment by a healthcare provider documented in medical records at or near the time of the onset of complaints which you now relate to Chinese Drywall. **If you intend to file a claim for Bodily Injury benefits, you must provide all medical and pharmacy records as required by the applicable Settlement Agreement governing your claim.**

3

## 3. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Registration Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Registration Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Registration Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Registration Form.

| Signature: | | Date: | 5/13/13 (Month/Day/Year) |
|---|---|---|---|
| Printed Name: | First   Shea | Last   Ladner | M.I.   M |

4