**Adrienne Parker**

**From:** Wayne Ferrell
**Sent:** Thursday, August 07, 2014 12:11 PM
**To:** 'Robert L. Redfearn, Jr.'
**Cc:** 'John Hunter'; 'Reba Parsley'; Jeri Ausbon; Dawn Crosby
**Subject:** FW: Chinese Drywall Settlement Program

Robert: Here is the E-Mail that my client received. I understand that the same E-Mail has been sent to Marilyn Clark



Begin forwarded message:

> **From:** Rachel Mays <rmays@browngreer.com>
> **Date:** August 7, 2014 at 12:01:10 PM CDT
> **To:** "anitasanderford@att.net" <anitasanderford@att.net>
> **Subject: Chinese Drywall Settlement Program**
>
> Ms. Sanderford,
>
> Per our discussion this morning, I have confirmed that we never received any Claim Forms from you or your attorney for the affected property at 8331 Kahala Drive. I am with Brown Greer and we have been assigned as the Settlement Administrator for the Chinese Drywall Settlement Program, MDL 2047. The Registration Forms and Claim Forms became available on our website, https://www3.browngreer.com/Drywall/, last summer (2013). The program requires both a Registration Form and a Claim Form (or Claim Forms) to be submitted. You were Registered in our system on 6/19/13 but we never received any Claim Forms. The filing deadline to submit Claim Forms was 10/25/13. At this time, we cannot accept any late claim forms into the system without an Order from the overseeing court; Eastern District Court of Louisiana. Here is a link to the court website: http://www.laed.uscourts.gov/Drywall/Drywall.htm.
>
> Please let me know if you have any questions.
>
> Thank you,
> Rachel



EXHIBIT E

**Rachel Mays**
Analyst I
**BROWNGREER PLC**
250 Rocketts Way
Richmond, Virginia 23231
Telephone: (804) 782-4597
Facsimile: (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

12/10/2014