UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047 SECTION L JUDGE FALLON MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:**
13-6652: *Collins et al v. Bass Homes, Inc. et al*
13-6653: *Herrington et al v. Bass Homes, Inc. et al*

## ORDER

Before the Court is a motion of the Stevedore Defendants to dismiss Plaintiffs' claims in the *Collins* and *Herrington* matters. (Rec. Doc. 18292). As this motion adopts the arguments in the motion already set for oral argument at 11:00 a.m. on February 25, 2015, (Rec. Doc. 18089),

**IT IS ORDERED** that the February 25, 2015 oral arguments will also include the new motion to dismiss, (Rec. Doc. 18292).

New Orleans, Louisiana, this 5th day of February, 2015.

_____
UNITED STATES DISTRICT JUDGE

1