UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:**  ALL CASES

## ORDER

Before the Court is a motion of Defendant American Home Assurance Company which adopts the arguments of the Plaintiffs' Steering Committee regarding the motion to amend by interlineation. (Rec. Doc. 18263). As the PSC's motion to amend has been set for oral argument immediately following the monthly status conference on February 12, 2015, **IT IS ORDERED** that Defendant American Home Assurance Company may also participate in oral argument on that date.

New Orleans, Louisiana, this 5th day of February, 2015.

_____
UNITED STATES DISTRICT JUDGE