IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO.: 2047 |
| | : | SECTION: L |
| **This Document Relates To:** | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |
| **Braxton H. Collins, et al. vs. Bass Homes, Inc., et al.; S.D. Mississippi, C.A. No. 1:13-00297** | : : | Case No.: 13-6652 |

_____

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO.: 2047 |
| | : | SECTION: L |
| **This Document Relates To:** | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |
| **Jason S. Herrington, et al. vs. Bass Homes, Inc., et al.; S.D. Mississippi, C.A. No. 1:13-00297** | : : | Case No.: 13-6653 |

_____

## MOTION TO RE-CONSOLIDATE THIRD PARTY CLAIMS AGAINST DEVON INTERNATIONAL INDUSTRIES, INC.

COMES NOW, Ace Home Center, Inc. ("AHC"), a defendant and third-party plaintiff in the above-styled actions, and hereby moves this Honorable Court to re-consolidate AHC's third party claims against Devon International Industries, Inc., as follows:

1.    On September 19, 2014, AHC filed its First Amended Third-Party Complaints adding Devon International Industries, Inc., f/k/a/ Devon International Trading, Inc., a/k/a Devon Building Products ("Devon") as a Third Party Defendant in the above-styled matters.

2.    Subsequently, Devon informed AHC that Devon had filed for bankruptcy on April 23, 2013, in the United States Bankruptcy Court for the Eastern District of Pennsylvania (Case No. 13-13552 (SR)), and that an automatic stay was imposed pursuant to 11 U.S.C. §363.

3. On November 13, 2014, AHC filed a Motion to Sever its third party claims against Devon to avoid delay and prejudice in the instant action in light of the bankruptcy stay which precluded the immediate prosecution of AHC's third party claims against Devon.

4. On November 20, 2014, AHC filed a Motion for Relief from the Automatic Stay in the United States Bankruptcy Court for the Eastern District of Pennsylvania.

5. On December 8, 2014, this Court granted AHC's Motion to Sever AHC's third party claims against Devon.

6. On December 17, 2014, the United States Bankruptcy Court for the Eastern District of Pennsylvania executed an Order granting AHC permission to join Devon as a third party defendant in the two above-styled matters, and ruling that "once joined in these two matters, all appropriate parties may pursue claims against Devon International Industries, Inc., and obtain judgment against it, but only up to the amount of all applicable insurance coverage available to Devon International Industries, Inc. See Attachment 1, a copy of the December 17, 2014 Order.

7. As the U.S. Bankruptcy Court has granted permission to AHC to pursue its third party claims against Devon in the above-styled matters, claims against Devon are due to be joined in the *Collins* and *Herrington* actions. Rule 21 of the *Federal Rules of Civil Procedure*, which allows the court to sever any claim against a party, states that "the court may at any time, on just terms, add or drop a party." Since having been severed from the *Collins* and *Herrington* actions, nothing has occurred that would prejudice Devon by being re-consolidated in the main actions. Indeed, in the interests of justice and judicial economy, AHC's third party claims against Devon should be re-consolidated into the *Collins* and *Herrington* actions.

WHEREFORE, PREMISES CONSIDERED, Ace Home Center, Inc., respectfully moves this Honorable Court to join Devon International Industries, Inc., as a third party defendant in the *Collins* and *Herrington* actions, and require that Devon respond to Ace Home Center, Inc.'s Third Party Complaints within 21 days from entry of an Order granting this motion.

    Respectfully submitted,

    **/ s / *Danny J. Collier, Jr.***
    _____
    Danny J. Collier, Jr., Esq.
    Attorney for Ace Home Center, Inc.

**OF COUNSEL:**

LUTHER, COLLIER, HODGES & CASH LLP
Post Office Box 1002
Mobile, Alabama 36633
(251) 694-9393 Office
(251) 694-9392 Fax
dcollier@lchclaw.com

**SERVE BY CERTIFIED MAIL:**

| | |
|---|---|
| Devon International Industries, Inc. | Taishan Gypsum Co. Ltd. |
| 1100 First Avenue | c/o Richard C. Stanley, Esq. |
| Suite 100 | Thomas P. Owen, Jr., Esq. |
| King of Prussia, PA 19406 | Stanley, Reuter, Ross, Thornton & Alford, LLC |
| | 909 Poydras Street |
| | Suite 2500 |
| | New Orleans, Louisiana 70112 |

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Motion to Re-Consolidate has been served on Plaintiffs' Liaison Counsel, Russ Herman and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand-delivery upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this **9th day** of **February, 2015**.

Stephen W. Mullins, Esq.
Luckey & Mullins, PLLC
Post Office Box 990
Ocean Springs, MS 39566
smullins@luckeyandmullins.com

Heather M. Houston, Esq.
Caroline Pryor, Esq.
Carr Allison
6251 Monroe Street
Suite 200
Daphne, Alabama 36526
hhouston@carrallison.com
cpryor@carrallison.com

Gary J. Russo, Esq.
Jones Walker LLP
600 Jefferson Street
Suite 1600
Lafayette, LA 70501
grusso@joneswalker.com

Joe Cyr, Esq.
Frank T. Spano, Esq.
Courtney L. Colligan, Esq.
Hogan Lovells US LLP
875 Third Avenue
New York, New York 10022
Joe.cyr@hoganlovells.com
Frank.spano@hoganlovells.com
Courtney.colligan@hoganlovells.com

David C. Coons, Esq.
Christopher A. D'Amour, Esq.
Adams and Reese LLP
4500 One Shell Square
New Orleans, LA 70139
david.coons@arlaw.com
chris.damour@arlaw.com

S. Wesley Pipes, Esq.
William W. Watts III
Pipes Hudson & Watts, LLP
Post Office Box 989
Mobile, Alabama 36601
wesley@pipeshudsonwatts.com
bill@pipeshudsonwatts.com

Richard C. Stanley, Esq.
Thomas P. Owen, Jr., Esq.
Stanley, Reuter, Ross, Thornton & Alford, LLC
909 Poydras Street
Suite 2500
New Orleans, Louisiana 70112
rcs@stanleyreuter.com
tpo@stanleyreuter.com

                                                / s / **Danny J. Collier, Jr.**
                                                OF COUNSEL

---

Case No.: 13-6652/13-6653
Our File No.: 13-053/13-052
Page **4** of **4**