IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO.: 2047 |
| | : | SECTION: L |
| **This Document Relates To:** | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |
| **Braxton H. Collins, et al. vs. Bass Homes, Inc., et al.; S.D. Mississippi, C.A. No. 1:13-00297** | : : | Case No.: 13-6652 |

_____

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO.: 2047 |
| | : | SECTION: L |
| **This Document Relates To:** | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |
| **Jason S. Herrington, et al. vs. Bass Homes, Inc., et al.; S.D. Mississippi, C.A. No. 1:13-00297** | : : | Case No.: 13-6653 |

_____

### ORDER

Upon consideration of Ace Home Center, Inc.'s Motion to Re-consolidate Third Party Claims Against Devon International Industries, Inc., it is hereby **ORDERED and DECREED** that Devon International Industries, Inc., be joined as a third party defendant in the *Collins* and *Herrington* actions; and Devon International Industries, Inc., shall respond to Ace Home Center, Inc.'s Third Party Complaints within 21 days from entry of this Order.

**SO ORDERED AND ADJUDGED** this, the _____ day of, 2015.

_____
**ELDON E. FALLON**
**U. S. DISTRICT COURT JUDGE**