UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | ) | CASE NO. 2:09-MD-02047 |
| DRYWALL PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | SECTION L |
| | ) | |
| | ) | JUDGE FALLON |
| (Relates to *Amato v. Liberty Mutual Ins.*, | ) | |
| No. 2:10-cv-00932) | ) | MAG. JUDGE WILKINSON |

## NOTICE OF APPEARANCE OF COUNSEL AND
## REQUEST FOR SERVICE OF ALL DOCUMENTS AND PLEADINGS

COMES NOW, John W. Hite of the law firm of Salley, Hite & Mercer LLC and Joseph A. Ziemianski of the law firm of Cozen O'Connor, and hereby file this Notice of Appearance of Counsel on behalf of Westchester Fire Insurance Company.  It is respectfully requested that all future pleadings and correspondence be served upon the undersigned counsel in connection with this action.  This appearance is submitted reserving all defenses and without waiving any objections to service of process, venue or jurisdiction.  All objections and challenges are specifically reserved.

Dated: February 9, 2015               Respectfully Submitted,

                                      BY:    */s/ John W. Hite*

                                      John W. Hite (T.A. 17611)
                                      Salley, Hite, Mercer & Resor LLC
                                      365 Canal Street
                                      One Canal Place, Suite 1710
                                      New Orleans, LA 70130
                                      Phone: (504) 566-8802
                                      Fax: (504) 566-8828
                                      jhite@shmnola.com

Joseph A. Ziemianski  
Cozen O'Connor  
1221 McKinney Street, Suite 2900  
Houston, Texas 77010  
Telephone: (832) 214-3900  
Telecopier: (832) 214-3905  
jziemianski@cozen.com

*Counsel for Westchester Fire Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 9th day of February 2015.

                                           */s/ John W. Hite III*

                                           John W. Hite (T.A. 17611)
                                           Salley, Hite, Mercer & Resor LLC
                                           365 Canal Street
                                           One Canal Place, Suite 1710
                                           New Orleans, LA 70130
                                           Phone: (504) 566-8802
                                           Fax: (504) 566-8828
                                           jhite@shmnola.com