UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | )<br>)<br>)<br>)<br>) | CASE NO. 2:09-MD-02047<br><br>SECTION L<br><br>JUDGE FALLON |
| (Relates to *Amato v. Liberty Mutual Ins.*, No. 2:10-cv-00932) | )<br>) | MAG. JUDGE WILKINSON |

**WESTCHESTER FIRE INSURANCE COMPANY'S
EX PARTE MOTION FOR LEAVE TO FILE ITS OPPOSITION TO
PLAINTIFFS' MOTION TO AMEND COMPLAINT BY INTERLINEATION
AND INCORPORATED MEMORANDUM IN SUPPORT**

Westchester Fire Insurance Company ("Westchester"), pursuant to the applicable Federal Rules of Civil Procedure and E.D. La. Local Rule 7, move this Honorable Court for an Order permitting Westchester to file its Opposition to Plaintiffs' Motion to Amend Complaint by Interlineation ("motion") for the reasons discussed below.

Westchester has attached a proposed Order granting leave to file its Opposition, as well as its Opposition, for the Court's consideration.

**I.   FACTS & ARGUMENT**

As this Honorable Court is aware, on January 14, 2015, Plaintiffs filed a motion seeking to substitute Westchester in place of American Home Assurance Company ("American Home") as a defendant in the action styled as *Amato, et al. v. Liberty Mutual Ins., et al.*, No. 2:10-cv-00932 (E.D. La.) (the "*Amato* action").[1]

On January 15, 2015, this Honorable Court issued a docket order setting Plaintiffs' motion for submission, with oral argument, immediately following the monthly status conference on February 12, 2015.[2]  This Court ordered that any party that wishes to respond to Plaintiffs' motion

---

[1]   *See* Dkt. No. 18263 (Plaintiffs' motion and related documents).

[2]   *See* Dkt. No. 18266 (Order Setting/Resetting Hearing on Motion).

must do so by February 4, 2015, and further ordered that Liaison Counsel for the PSC shall notify Westchester, in writing, of the motion and hearing on the motion.[3]

On February 4, 2015, Defendant American Home Assurance Company ("American Home") filed a joinder in Plaintiffs' motion.[4]  On the evening of February 4, 2015, American Home's counsel sent, as an email attachment, a copy of American Home' joinder to Westchester's counsel and counsel for various other parties, including Russ Herman, Plaintiffs' Liaison Counsel.[5]  It was not until receipt of this email that Westchester's counsel learned of the filing of Plaintiffs' motion on January 14, 2015 and the Court's docket order on January 15, 2015.

On February 5, 2015, Westchester's counsel emailed Mr. Herman and inquired whether Plaintiffs' Liaison Counsel notified Westchester in writing of Plaintiffs' motion and the hearing, as previously ordered by this Court.[6]  Westchester's counsel also requested that, if Plaintiffs' Liaison Counsel did indeed notify Westchester in writing, Mr. Herman provide Westchester's counsel with information regarding the notification, including to whom it was provided and whether a response was received, and a copy of the notification.[7]  As of the filing of this motion, Mr. Herman has not responded to Westchester's counsel.

At present, it remains unknown whether Plaintiffs' Liaison counsel notified Westchester in writing of Plaintiffs' motion and the hearing, as previously ordered by this Court.  Certainly, Plaintiffs' Liaison Counsel did not notify Westchester's counsel, in writing or otherwise.  By the time Westchester learned of Plaintiffs' motion from American Home's counsel, the deadline set by this Court for responsive pleadings had passed.

---

[3]     *See id.*

[4]     *See* Dkt. No. 18291 (American Home's joinder and related documents).

[5]     A copy of the email sent by American Home's counsel on the evening of February 4, 2015 is attached hereto as Exhibit A.

[6]     A copy of the email sent by Westchester's counsel on February 5, 2015 is attached hereto as Exhibit B.

[7]     *See* Exhibit B.

2

Westchester therefore requests that this Honorable Court permit it to file its Opposition to Plaintiffs' Motion to Amend Complaint by Interlineation. Westchester has attached a copy of its Opposition for the Court's consideration.

## II.  CONCLUSION

WHEREFORE, for the reasons discussed above, Westchester respectfully requests that this Honorable Court permit it to file its Opposition to Plaintiffs' Motion to Amend Complaint by Interlineation. Westchester has attached a copy of its Opposition for the Court's consideration.

Westchester has also attached a proposed Order for the Court's consideration.

Dated: February 9, 2015                     Respectfully Submitted,

                                            BY:     */s/ John W. Hite*

                                            John W. Hite (T.A. 17611)
                                            Salley, Hite, Mercer & Resor LLC
                                            365 Canal Street
                                            One Canal Place, Suite 1710
                                            New Orleans, LA 70130
                                            Phone: (504) 566-8802
                                            Fax: (504) 566-8828
                                            jhite@shmnola.com

                                            Joseph A. Ziemianski
                                            Cozen O'Connor
                                            1221 McKinney Street, Suite 2900
                                            Houston, Texas 77010
                                            Telephone: (832) 214-3900
                                            Telecopier: (832) 214-3905
                                            jziemianski@cozen.com

                                            *Counsel for Westchester Fire Insurance Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Westchester's Motion for Leave to File its Opposition to Plaintiffs' Motion to Amend Complaint by Interlineation has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 9th day of February 2015.

                                                          */s/ John W. Hite III*

                                                          John W. Hite (T.A. 17611)
                                                          Salley, Hite, Mercer & Resor LLC
                                                          365 Canal Street
                                                          One Canal Place, Suite 1710
                                                          New Orleans, LA 70130
                                                          Phone: (504) 566-8802
                                                          Fax: (504) 566-8828
                                                          jhite@shmnola.com