UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: CHINESE-MANUFACTURED** | ) | **CASE NO. 2:09-MD-02047** |
| **DRYWALL PRODUCTS LIABILITY** | ) | |
| **LITIGATION** | ) | **SECTION L** |
| | ) | |
| | ) | **JUDGE FALLON** |
| **(Relates to** *Amato v. Liberty Mutual Ins.***,** | ) | |
| **No. 2:10-cv-00932)** | ) | **MAG. JUDGE WILKINSON** |

ORDER GRANTING WESTCHESTER FIRE INSURANCE COMPANY'S
EX PARTE MOTION FOR LEAVE TO FILE ITS OPPOSITION TO
PLAINTIFFS' MOTION TO AMEND COMPLAINT BY INTERLINEATION

This matter is before the Court on Westchester Fire Insurance Company's Ex Parte Motion for Leave to File its Opposition to Plaintiffs' Motion to Amend Complaint by Interlineation.

This Court, having Court having reviewed the motion and all relevant related documents, and otherwise being fully advised in the premises, hereby ORDERS AND ADJUDGES that the motion is GRANTED. Westchester Fire Insurance Company's Opposition to Plaintiffs' Motion to Amend Complaint by Interlineation is hereby deemed FILED as of the date of entry of this Order.

New Orleans, Louisiana, this ____ day of February, 2015.

_____
Eldon E. Fallon
United States District Court Judge