## Cortland, Andrea

**From**: Parkinson, Erin F. [mailto:eparkinson@mcglinchey.com]
**Sent**: Wednesday, February 04, 2015 06:46 PM
**To**: rherman@hhklawfirm.com <rherman@hhklawfirm.com>; kjmiller@bakerdonelson.com <kjmiller@bakerdonelson.com>; dwimberly@stonepigman.com <dwimberly@stonepigman.com>; MAT[jbarrasso@barrassousdin.com]; Ziemianski, Joseph
**Cc**: Warren Lutz (wlutz@jackscamp.com) <wlutz@jackscamp.com>; PSmolinsky@JacksCamp.com <PSmolinsky@JacksCamp.com>
**Subject**: In Re: Chinese-Manufactured Drywall Products Liability Litigation (Relating to Amato -- 2:10-cv-00932)

Counselors:

Please see attached *Joinder of Defendant American Home Assurance Company in Plaintiffs' Motion to Amend Complaint by Interlineation with Exhibit* that we have electronically filed with the Court today, as well as uploading to LexisNexis for notice to all parties.

I apologize to the extent that there are errors in any of my attempts in that I was without my legal assistant today. I hope that everyone is doing well.

With kindest regards,
Erin

_____

**Erin Fury Parkinson**
*McGlinchey Stafford, PLLC*
**12th Floor, 601 Poydras Street**
**New Orleans, LA  70130**
**Direct Dial: (504) 596-2814**
**Facsimile: (504) 910-9539**
**Cell Phone: (504) 452-9838**
**email: eparkinson@mcglinchey.com**

www.mcglinchey.com | www.CafaLawBlog.com

McGlinchey Stafford, PLLC in Florida, Louisiana, Mississippi, New York, Ohio and Texas and McGlinchey Stafford, LLP in California.

Confidentiality Statement: This email may contain attorney-client privileged or confidential information. It is for the sole use of the intended recipient(s). If you have received this transmission in error, immediately notify us by telephone at 504-586-1200 and return the original message to us at McGlinchey Stafford, 12th Floor, 601 Poydras Street, New Orleans, LA, 70130 via the United States Postal Service.

We take steps to remove metadata in attachments sent by email, and any remaining metadata should be presumed inadvertent and should not be viewed or used without our express permission. If you receive an attachment containing metadata, please notify the sender immediately and a replacement will be provided.

See McGlinchey Stafford Disclaimer/Privacy Policy http://www.mcglinchey.com/disclaimer/