# Cortland, Andrea

| | |
|---|---|
| **From:** | Cortland, Andrea |
| **Sent:** | Thursday, February 5, 2015 2:15 PM |
| **To:** | 'rherman@hhklawfirm.com' |
| **Cc:** | Ziemianski, Joseph |
| **Subject:** | In Re: Chinese-Manufactured Drywall Products Liability Litigation (Relating to Amato -- 2:10-cv-00932) |

Russ,

As you may know, Joe Ziemianski of Cozen O'Connor represents Westchester Fire Insurance Company ("Westchester") in the Chinese Drywall MDL, as well as in the Peninsula II litigation previously pending before Judge Seitz in the Southern District of Florida. I am an attorney working with Joe on these matters.

Yesterday, Joe was notified by counsel for American Home Assurance Company ("American Home") of American Home's joinder in Plaintiffs' motion to amend. We subsequently learned that on January 14, 2015, Plaintiffs had filed a motion to amend the Amato class action complaint by interlineation to dismiss American Home and substitute Westchester as a defendant in its place. We also subsequently learned that on January 15, 2015, Judge Fallon set Plaintiffs' motion to amend for hearing, with oral argument, for February 12, 2015, ordered that any party who wishes to respond to Plaintiffs' motion must do so by February 4, 2015, and further ordered Plaintiffs' counsel to notify Westchester in writing of Plaintiffs' motion and the hearing on the motion.

Did you notify Westchester in writing of Plaintiffs' motion and the hearing? If so, Joe and I would greatly appreciate you providing us with information regarding this notification, including to whom it was provided and whether a response was received, as well as a copy of this notification.

Thank you.



**Andrea Cortland**
**Associate | Cozen O'Connor**
1900 Market Street | Philadelphia, PA 19103
P: 215-665-2751 F: 215-701-2304
Email | Bio | LinkedIn | Map | cozen.com