# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
Case No. 09-23691-CIV-SEITZ

PENINSULA II DEVELOPERS, INC., *et al.*,

    Plaintiffs,

v.

WESTCHESTER FIRE INSURANCE
COMPANY, *et al.*,

    Defendants.

_____/

## ORDER REQUIRING REGULAR STATUS REPORTS

This matter is before the Court on the parties' reports on the status of ongoing state-court litigation. [DE-390 to DE-393.] On October 27, 2014, the Third District Court of Appeal heard oral argument in *Peninsula II Developers, Inc. v. Gryphon Construction, LLC, et al.*, No. 2011-16038-CA-01 (Fla. 11th Jud. Cir. filed May 24, 2011), *appeal docketed*, No. 3D13-2284 (Fla. 3d DCA Sep. 5, 2013), but has yet to issue an opinion. Moreover, *The Peninsula Condominium Association, Inc. vs. Aventura Land Holding II, Ltd. et al.*, Case No. 2008-35333-CA-01 (Fla. 11th Jud. Cir. filed June 19, 2008) is ongoing. So that the Court can remain apprised of these ongoing proceedings in these cases, the Court will set a schedule for regular status reports and will also require the parties to notify the Court of any dispositive orders. Accordingly, it is

    ORDERED that

1) On **January 14, 2015**, the parties shall file a joint status report of no more than three pages informing the Court of any relevant developments in the state-court proceedings.

2) The parties shall file a joint status report **every 60 days** thereafter.

3) Within **ten days** of any dispositive order or other disposition in any relevant state-court proceeding, the parties shall file a copy of that order or disposition in the docket.

DONE AND ORDERED in Miami, Florida, this 12TH day of November, 2014.

*Patricia A. Seitz*
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record