# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 09-23691-CIV-SEITZ/SIMONTON

**PENINSULA II DEVELOPERS, INC. a Florida corporation, GRYPHON CONSTRUCTION, LLC, A Florida limited liability company, and SKYLINE SYSTEMS, a Florida corporation,**

    Plaintiffs,

vs.

**WESTCHESTER FIRE INSURANCE COMPANY,** a New York corporation and **LANDMARK AMERICAN INSURANCE COMPANY,** an Oklahoma corporation,

    Defendants.

_____/

## JOINT STATUS REPORT

On November 13, 2014, the Court ordered the parties to file a joint status reports on January 14, 2015. [DE-394] Since the Court issued that order, there have been no developments in the state-court proceedings. As of this filing, no decision has been issued.

Respectfully submitted,

Dated: January 14, 2015

/s/ Timothy S. Taylor
TIMOTHY S. TAYLOR
Florida Bar No. 545015
TAYLOR ESPINO VEGA TOURON, P.A.
2555 Ponce de Leon Boulevard, Suite 220
Coral Gables, Florida 33134
Telephone: (305) 443-2043
Facsimile: (305) 443-2048
Email: ttaylor@tevtlaw.com

*Counsel for Gryphon Construction, LLC*

/s/ Eric C. Edison
ERIC C. EDISON, ESQ.
Florida Bar No. 010379
Email: ece@angelolaw.com
ANGELO & BANTA, P.A.
SunTrust Center, Suite 850
515 East Las Olas Blvd.
Fort Lauderdale, FL 33301
Telephone: 954-766-9930
Facsimile: 954-766-9937

and

/s/ Anaysa Gallardo Stutzman
Anaysa Gallardo Stutzman, Esq.
Florida Bar No. 0707635
Cozen O'Connor
Southeast Financial Center, Suite 4410
200 S. Biscayne Boulevard
Miami, FL 33131-4332
Tel:    305/704-5940
Fax:   305/704-5955
agallardo@cozen.com

AND

Joseph A. Ziemianski (Admitted Pro Hac Vice)
Texas Bar No. 00797732
Bryan P. Vezey (Admitted Pro Hac Vice)
Texas Bar No. 00788583
Cozen O'Connor
1221 McKinney Street, Suite 2900
Houston, Texas 77010
Telephone: (832) 214-3900
Telecopier: (832) 214-3905

*Counsel For Defendant,*
*Westchester Fire Insurance Company*


 /s/ Sandra D. Kennedy
FERENCIK LIBANOFF BRANDT
BUSTAMANTE AND GOLDSTEIN, P.A.
150 South Pine Island Road, Suite 400
Fort Lauderdale, Florida 33324
Telephone: (954) 474-8080
Facsimile: (954) 474-7343
Counsel for Skyline Systems, Inc.
Sandra D. Kennedy, Esq.
Florida Bar No. 45314
skennedy@flblawyers.com
noutar@flblawyers.com

*Counsel for Skyline Systems*

DAVID T. DEKKER, ESQ. (admitted pro hac vice)
MELISSA C. LESMES (admitted pro hac vice)
MICHAEL S. MCNAMARA (admitted pro hac vice)
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street
Washington, D.C. 20037
Telephone:  202.663.8000
Facsimile:  202.663.8007
Email:  david.dekker@pillsburylaw.com
Email:  melissa.lesmes@pillsburylaw.com
Email: michael.mcnamara@pillsburylaw.com

*Counsel for Peninsula II Developers, Inc.*

2

3

## CERTIFICATE OF SERVICE

I certify that on this 14th day of January 2015, a true and correct copy of the foregoing was filed today electronically with the Clerk of the Court, and served on all counsel of record electronically.

                                              By:    /s/ Eric C. Edison_____
                                                      ERIC C. EDISON, ESQ.
                                                      Florida Bar No. 010379