# EXHIBIT "A"

```
                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF LOUISIANA


IN RE: CHINESE-MANUFACTURED      )
DRYWALL PRODUCTS LIABILITY       )
LITIGATION                       )
                                 ) MDL 2047 "L"
                                 ) NEW ORLEANS, LOUISIANA
                                 ) THURSDAY, JANUARY 22, 2015
                                 ) 9:00 A.M.
THIS DOCUMENT RELATES TO:        )
                                 )
ALL CASES                        )
                                 )
                                 )
*******************************


              TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS

              HEARD BEFORE THE HONORABLE ELDON E. FALLON

                      UNITED STATES DISTRICT JUDGE



OFFICIAL COURT REPORTER:        SUSAN A. ZIELIE, RMR, FCRR
                                EASTERN DISTRICT OF LOUISIANA
                                500 POYDRAS STREET, ROOM B406
                                NEW ORLEANS, LA 70130
                                susan_zielie@laed.uscourts.gov
                                504.589.7781




PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
PRODUCED BY COMPUTER AIDED TRANSCRIPTION.
```

| | | |
|---|---|---|
| 1 | and I'm conscious of that.  Thanks for bringing it to my | 09:22AM |
| 2 | attention. | 09:22AM |
| 3 | How about the Remediation Program, anything, | 09:22AM |
| 4 | Kerry? | 09:22AM |
| 5 | MR. MILLER:  Good morning, again, Your Honor.  Kerry | 09:22AM |
| 6 | Miller. | 09:22AM |
| 7 | Nothing really new to report, Your Honor.  The | 09:22AM |
| 8 | remediation program is into I think the last inning of the game. | 09:22AM |
| 9 | Moss is complete with ninety-plus percent of the homes.  They're | 09:23AM |
| 10 | trying to do their last shift, including the last group of pro | 09:23AM |
| 11 | se homes we talked about last time, get those started this | 09:23AM |
| 12 | spring, so that everything's done this year, Your Honor. | 09:23AM |
| 13 | THE COURT:  Yes. | 09:23AM |
| 14 | As everyone knows, with the Remediation Program, | 09:23AM |
| 15 | as I mentioned several times, in this particular case, rather | 09:23AM |
| 16 | than wait for the case to get over the defendants have | 09:23AM |
| 17 | undertaken the remediation program which even predated the | 09:23AM |
| 18 | settlement of the case.  And, so far, they've been able to | 09:23AM |
| 19 | remediate several thousand homes, which has worked out well. | 09:23AM |
| 20 | How about the IN\EX, Banner, Knauf settlement? | 09:23AM |
| 21 | MR. LEVIN:  Nothing with regard to that. | 09:23AM |
| 22 | THE COURT:  Anything on Shared Costs? | 09:23AM |
| 23 | MR. LEVIN:  Nothing, sir. | 09:23AM |
| 24 | THE COURT:  What about Taishan defendants? | 09:23AM |
| 25 | MR. LEVIN:  Well, if we're in the ninth inning with | 09:23AM |

1  regard to the Knauf remediation program, we're in the first
2  inning or perhaps just batting practice with regard to Taishan.
3        We are pursuing assets. We are pursuing
4  litigation in Portland, Oregon. We have determined that Taishan
5  affiliates have brought suit in Portland, Oregon and have
6  utilized our court system, our federal court system, to pursue
7  their commercial needs, where they have ignored us in the
8  Eastern District of Louisiana and created another great wall
9  between us and China.
10       THE COURT: Is there any money in that?
11       MR. LEVIN: There's $50,000 for attorneys fees in the
12 case that was settled. We're not interested in hurting the
13 attorneys that have handled the case there for the $50,000.
14       But what we are interested in is finding out what
15 their ongoing business is. It seems that they are purchasing
16 timber in the Northwest because of this a shortage of timber in
17 China. Just like we had a shortage of drywall and purchased
18 from China drywall.
19       We have not seen the settlement agreement. We've
20 been precluded so far from seeing the settlement agreement. But
21 we think the settlement agreement contains clauses with ongoing
22 activities between the parties to the settlement. That's just
23 one aspect of it.
24       Once we perfect service on SASAC, and either they
25 come in and defend or we get a default judgment against SASAC,

1  that umbrella corporation has petroleum, banking and other 09:25AM
2  interests around the world, including in the United States. 09:25AM
3        And we just want to assure those poor unfortunates 09:25AM
4  that didn't have Knauf board, so that their homes could be 09:25AM
5  remediated, and had Taishan board, that eventually we are going 09:25AM
6  to make them whole.  But, unfortunately, in the process, many of 09:26AM
7  them have had foreclosures and gone bankrupt. 09:26AM
8        THE COURT:  As we know, the board that we're talking 09:26AM
9  about was manufactured by basically two entities, one Knauf and 09:26AM
10 the other Taishan entities. 09:26AM
11       After discovery in trial, the Knauf entities 09:26AM
12 settled the case.  The Taishan entities did not.  They resisted 09:26AM
13 service, and then they resisted appearance.  And, eventually, 09:26AM
14 they showed up in court participating in an appeal.  They lost 09:26AM
15 the appeal, and then they decided that they were going to walk 09:26AM
16 away from the court because they didn't get their way.  They're 09:26AM
17 going to take their ball and go home, so to speak. 09:26AM
18       And, as a result, I gave them an opportunity to 09:26AM
19 explain why they did that.  They refused to participate in the 09:27AM
20 proceedings, so I found them in content of court.  And, in 09:27AM
21 addition to fining them, I provided that a percentage of any 09:27AM
22 fees or profits that they earned in this country, by either them 09:27AM
23 or any of their affiliates, would be seized by the Court. 09:27AM
24       So I would direct counsel to determine whether or 09:27AM
25 not there's any assets of that company, and I'll issue a seizure 09:27AM

1  order wherever they happen to be in the United States.  Because   09:27AM
2  I do sit, as an MDL judge, I sit as a district judge in every   09:27AM
3  district in the United States.  So let me know if there's any   09:27AM
4  assets, and I will seize them.   09:27AM
5          MR. BECNEL:  May it please the Court, I want to give   09:27AM
6  the Court some additional information on Chinese assets.   09:27AM
7              About five weeks ago, six weeks, Cargill and then   09:28AM
8  ADM filed suit in St. John Parish in our court system for money   09:28AM
9  against Syngenta, which produced genetically engineered corn.   09:28AM
10 There is a separate MDL which we had a hearing on yesterday in   09:28AM
11 Kansas.   09:28AM
12             But they, Chinese, refused to accept it.   09:28AM
13 Although, they already paid those companies.  And so the corn is   09:28AM
14 all coming back, which has been paid for by China.   09:28AM
15             And I think we would have the ability -- -as the   09:28AM
16 Court knows, the major grain exports come from Reserve,   09:28AM
17 Louisiana, with all of the grain elevators there.  And we may be   09:28AM
18 able to seize those grain.  You know, it could be sold here in   09:29AM
19 the US for cattle feed and other things.  But it's something   09:29AM
20 else that the Chinese sent back, that we may have an ability to   09:29AM
21 get those assets.   09:29AM
22         THE COURT:  Okay.  Well, if there's some assets, any   09:29AM
23 kind of assets from those companies or the affiliates of those   09:29AM
24 companies, I will act on it.  Because I do owe the system the   09:29AM
25 duty to effect my orders, and I ordered them to do that.  They   09:29AM

| | | |
|---|---|---|
| 1 | violated it.  I held them in contempt.  So I'll stand behind | 09:29AM |
| 2 | that. | 09:29AM |
| 3 | MR. DAVIS:  Your Honor, we'll prepare the appropriate | 09:29AM |
| 4 | papers for the Court. | 09:29AM |
| 5 | But we'll ask Mr. Becnel or anyone else that has | 09:29AM |
| 6 | information, if they could get it to us and they could provide | 09:29AM |
| 7 | us the links to CMDM or BMDM or whoever it is so that we can | 09:29AM |
| 8 | make those links. | 09:29AM |
| 9 | THE COURT:  Let's make sure it's an affiliate or the | 09:29AM |
| 10 | company itself.  Because I don't want to wrongfully seize | 09:30AM |
| 11 | anything.  But I will seize matters or material. | 09:30AM |
| 12 | MR. LEVIN:  Your Honor, we would request that madam | 09:30AM |
| 13 | court reporter give us on an expedited basis, which we'll pay | 09:30AM |
| 14 | for obviously, the transcript of these proceedings.  Because I | 09:30AM |
| 15 | think this becomes very relevant for the judiciary in Portland, | 09:30AM |
| 16 | Oregon to see. | 09:30AM |
| 17 | MR. BECNEL:  In addition to that, Judge, there's an MDL | 09:30AM |
| 18 | judge on that very case.  And, yesterday, at the hearing, both | 09:30AM |
| 19 | ADM and Cargill says they didn't want to be in the MDL; they | 09:30AM |
| 20 | want it to come back.  Because almost all of the grain that goes | 09:30AM |
| 21 | to China is shipped through Reserve. | 09:30AM |
| 22 | MR. DAVIS:  If you'll got us that link, Danny, so we | 09:30AM |
| 23 | can make the connection, that that will be helpful.  Thank you. | 09:30AM |
| 24 | THE COURT:  Venture Supply, anything on Venture Supply? | 09:30AM |
| 25 | MR. LEVIN:  No, sir.  Just that the Virginia settlement | 09:30AM |