# EXHIBIT "D"



TAISHAN 2006 STRUCTURE – Post March 16 Global Offering

August 4, 2011 Mtg.

HERMAN AFFIDAVIT
EXHIBIT
130

Q000955

TAISHAN 2006 STRUCTURE – Post March 16 Global Offering

August 4, 2011 Mtg.

1. State Owned Asset Supervision and Administration Commission of the State Counsel [Doc. Ref. Taishan & BNBM Structure/Government Control 00113 & 00136-00137; CNBM Global Offering P. 29]
2. [Doc. Ref. CNBM Global Offering P. 27 & P. 97]
3. Beijing New Building Material (Group) Company Limited [Doc. Ref. CNBM Global Offering P. 18 & P. 97]
4. China National Building Material Import and Export Company[Doc. Ref. CNBM Global Offering P. 20 & P. 97]
5. [Doc. Ref. CNBM Global Offering P. 19 & P. 97]
6. China Cinda Asset Management Corporation [Doc. Ref. CNBM Global Offering P. 20 & P. 97]
7. [Doc. Ref. CNBM Global Offering P. 97]
8. [Doc. Ref. CNBM Global Offering P. 20 & P. 97]
9. [Doc. Ref. CNBM Global Offering P. 18 & P. 97]
10. [Doc. Ref. CNBM Global Offering P. 31 & P. 97]
11. [Doc. Ref. Zhang Deposition, Dated April 6, 2011 P. 141:24 – 142:21; Jai Deposition, Dated April 5, 2011 P. 480:24 –481:24; Peng Deposition, Dated April 7, 2011 P. 135:3-5 & Declaration of Jia Tongchun dated August 15, 2010, Paragraph 39]
12. [Doc. Ref. China National Building Company Limited Announcement re: Connected Transaction Acquisition of the Entire Equity Interest in Taian Donglian Investment Trading Company Limited Connected Transaction Provision of Financial Assistance to Taian State Owned Assets Management Company]

Q000956

# EXHIBIT K

# KEY FACTS ABOUT TAISHAN GYPSUM CO., LTD.

## I. Basic Information

| Old Name | Shandong Taihe Dongxin Co., Ltd. (山东泰和东新股份有限公司) |
|---|---|
| Current Name | TAISHAN GYPSUM CO., LTD<br>泰山石膏股份有限公司 |
| Legal Representative | Mr. Tongchun JIA |
| Registration No. | 370000018011595 |
| Registered Capital | RMB 155,625,000 Yuan *(currently RMB 6.8¥ = $1)* |
| # of Employees | Over 4,000 |
| Est. Year | 1998 |
| Milestones | On June 24th, 1998, Taihe Dongxin established.<br>On March 19th, 2005, BNBM purchased 65% equity of Taihe and became the largest shareholder.<br>On September 10th, 2007, Shandong Taihe Dongxin Co., Ltd. changed its name into "Taishan Gypsum Co., Ltd." |
| Contact Information | Address: Taishan Gypsum Co. Ltd., Dawenkou, Daiyue District, East of National Road 104, 25km South to Tai'an City, Shandong, China 271026<br>Tel: (86583)-8811293, 8811428, 8811348, 8811448, 8811078, 8811369, 8812001, 8812003<br>Int'l Department: (86538) 8812017, 8811077, 8812002, 8812516<br>Fax: (86-538)8811250, 8811323<br>Website: http://www.taihegroup.com<br>E-mail: taihe@public.taptt.sd.cn |

*Source: data collected and translated from Taishan Web, 2007 Annual Report of BNBM*

## II. Main Financial Statistics (Up to December 31st, 2008)

| Total assets | RMB 1,841,910,300 Yuan |
|---|---|
| Net assets | RMB 620,571,600 Yuan |
| Operating revenue | RMB 1,365,759,100 Yuan |
| Total profits | RMB 197,400,000 Yuan |
| Net profits | RMB 180,120,000 Yuan |

*Source: data collected and translated from 2008 Annual Report of BNBM, Taishan Web*

| Jan. 10th, 1998 | **Taihe Broke Away From Government Agency** <br> Tai'an City Government authorized the state-owned assets management to Taihe itself. Therefore, Taihe broke away from competent government agency, and reported work directly to Tai'an City Government. And Tai'an City Government assigned the chief financial operator to Taihe. <br> *Source: see supra* |
|---|---|
| June 24th, 1998 | **Shandong Taihe Dongxin Co., Ltd. Established** <br> *Source: "Asset Appraisal Report" of Tai'an Jindun, Weifang Aotai, etc.* |
| Dec. 1998 | **Taihe Carried Out Joint-stock Reform** <br> Taihe carried out joint-stock reform by way of promoters. Taihe, taking Taihe Plasterboard General Plant as its critical enterprise, established Shandong Taihe Dongxin Co., Ltd. jointly with Feicheng Lutai New Building Materials General Plant and other 3 corporate enterprises. Taihe Dongxin has the total stock of RMB 83 million Yuan, and operated upon approval of the People's Government of Shandong Province. <br> *Source: see supra, article of "Events of Tai'an for Five Thousand Years"* |
| March 19th, 2005 | **BNBM Became the Largest Shareholder of Taihe Dongxin** <br> BNBM purchased 65% equity of Taihe Dongxin and became the largest shareholder. <br> *Source: BNBM 2006 Annual Report* |
| Sept. 10th, 2007 | **Change of Name into Taishan Gypsum Co., Ltd.** <br> Upon approval of the State Administration for Industry and Commerce, Shandong Taihe Dongxin Co., Ltd., which was a subsidiary company controlled by BNBM, changed its name into "Taishan Gypsum Co., Ltd." The new name and the new seal of Taishan Gypsum Co., Ltd. have been used as of September 10th, 2007. <br> *Source: Announcement on Change in the Name of a Controlled Subsidiary Company made by BNBM on Sept. 11, 2007* |

# EXHIBIT L

# Illustration of Shareholding and Controlling Relation between BNBM and Its Ultimate Controlling Shareholders



Taishan & BNBM
Structure/Government Control 00113

Case 2:09-md-02047-EEF-MBN Document 18392-5 Filed 02/10/15 Page 9 of 18
Case 2:09-md-02047-EEF-MBN Document 6249-35 Filed 10/28/10 Page 12 of 202
Main Functions and Responsibilities



State-owned Assets Supervision and Administration Commission of the State Council (SASAC), the People's Republic of China

Main Functions and Responsibilities

# Main Functions and Responsibilities of SASAC

1. Authorized by the State Council, in accordance with the Company Law of the People's Republic of China and other administrative regulations, the State-owned Assets Supervisio and Administration Commission of the State Council (SASAC) performs investor's responsibilities, supervises and manages the state-owned assets of the enterprises under t supervision of the Central Government (excluding financial enterprises), and enhances the management of the state-owned assets.

2. SASAC shoulders the responsibility of supervising the preservation and increment of the value of the state-owned assets of the supervised enterprises; establishes and improves th index system of the preservation and increment of the value of the state-owned assets, anc works out assessment criteria; supervises and administers the preservation and increment the value of the state-owned assets of the supervised enterprises through statistics and auditing; and is responsible for the management work of wages and remuneration of the supervised enterprises and formulates policies regulating the income distribution of the top executives of the supervised enterprises and organizes implementation of the policies.

3. SASAC guides and pushes forward the reform and restructuring of state-owned enterpris advances the establishment of modern enterprise system in SOEs, improves corporate governance, and propels the strategic adjustment of the layout and structure of the state economy.

4. SASAC appoints and removes the top executives of the supervised enterprises, and evaluates their performances through legal procedures and either grants rewards or inflicts punishments based on their performances; establishes corporate executives selection syst in accordance with the requirements of the socialist market economy system and modern enterprise system, and improves incentives and restraints system for corporate manageme

5. In accordance with related regulations, SASAC dispatches supervisory panels to the supervised enterprises on behalf of the state council and takes charge of daily managemer the supervisory panels.

6. SASAC is responsible for organizing the supervised enterprises to turn the state-owned capital gains over to the state, participates in formulating management system and method the state-owned capital operational budget, and is responsible for working out the state-ow capital operational budget and final accout and their implementation in accordance with relɛ regulations.

7. SASAC is responsible for urging the supervised enterprises to carry out the guiding principles, policies, related laws and regulations and standards for safety production and inspects the results in accordance with the responsibilities as investor.

8. SASAC is responsible for the fundamental management of the state-owned assets of enterprises, works out draft laws and regulations on the management of the state-owned assets, establishes related rules and regulations and directs and supervises the managem

Taishan & BNBM
Structure/ Government Control 00136

work of local state-owned assets according to law.
9. SASAC undertakes other tasks assigned by the State Council.

Taishan & BNBM
Structure/ Government Control 00137

# EXHIBIT M

## State-owned Assets Supervision and Administration Commission of the State Council (SASAC), the People's Republic of China

### Profile



- A special commission of the PRC, directly under the State Council.
- 2003 – Established according to the State Council Institutional Reform Scheme approved at the First Session of the 10th National People's Congress of PRC.
- The chairman and party secretary: Li, Rongrong.
- Oversees more than 150 large central state-owned enterprises (SOEs), including China National Building Material Group Corporation (CNBM Group)
- Address: Xuanwumen West Street No. 26, Xuanwu District, Beijing, P.R.China (100053)北京市宣武门西大街26号
- Tel: 86-10-63192000
- Web site: www.sasac.gov.cn

Taishan & BNBM
Structure/ Government Control 00114



## State-owned Assets Supervision and Administration Commission of the State Council (SASAC), the People's Republic of China

### Main Functions and Responsibilities

On the principle of separating government administration from enterprise management and separating ownership from management power, SASAC

- performs the responsibility as the investor on behalf of the state;
- supervises and manages the state-owned assets of enterprises;
- supervises the value preservation and increment of the state-owned assets;
- guides and pushes forward the reform and restructuring of SOEs;
- appoints and removes top executives of SOEs;
- is responsible for organizing SOEs to turn gains over to the state;
- is responsible for urging SOEs to carry out laws and regulations for safety production;
- directs and supervises the management work of local state-owned assets;
- undertakes other tasks assigned by the State Council.

## SASAC and CNBM Group



State-owned Assets Supervision and Administration Commission of the State Council (SASAC), the People's Republic of China

- Ever since its establishment in 2003, SASAC takes the investor responsibility for CNBM Group on behalf of the state. CNBM Group is subject to direct supervision and management of SASAC.

- 2005 – SASAC incorporated CNBM Group into the 2nd batch of pilot solely state-owned enterprises for the board of directors formation.

- Nov. 2005 – SASAC announced the formation of the Board of CNBM Group, and appointed directors and managers of CNBM Group.

- Oct 11, 2006 – SASAC held a meeting for the pilot reform of the Board of CNBM Group, and hired outside directors of CNBM Group.

- 2009 – CNBM Group was incorporated into the SASAC list of Level A SOEs thanks to its good performances in 2008. There are 32 Level A SOEs among 145 SOEs under the supervision of SASAC.

# EXHIBIT N

Taishan & BNBM
Structure/ Government Control 00117

# CNBM Group Profile


CNBM

- A holding company & a state-owned enterprise in charge of administrative affairs in building material industry;

- Incorporated in 1984 upon approval by the State Council;

- Currently under the administration of the State-owned Assets Supervision and Administration Commission of the State Council (SASAC);

- Business scope - covers from the design, manufacturing and sales of new building materials, chemical building materials, cement, composite materials, glass, etc. to the distribution of building materials, scientific research and design, real estate development, import and export trade, consulting service, etc.;

- CNBM has a total assets of 20 billion RMB yuan; a staff of 30 thousands; 200 affiliated companies; four publicly listed companies in which CNBM has a controlling percentage of shares; 11 publicly listed companies in which CNBM has a substantial percentage of shares;

- Chairman & General Manager: Mr. Song, Zhiping;

- Address: No.2 Zizhuyuan South Road, Haidian District, Beijing, P.R.China (100048)
  Tel: 86-10-68731147    Fax: 86-10-68422743
  Email: icd@cnbm.com.cn



# CNBM Group Milestones

- In 1979 - Comrade Deng Xiaoping inspected the experimental house that was made of new building material in Zi Zhuyuan and directed: New building materials manufacturing factories should be set up as soon as possible.

- March 18, 1980 - China New Building Materials Company (hereinafter "CNBM" for short) was founded.

- January 3, 1984 - CNBM was officially established with approval of the State Council.

- October 26, 1987 - CNBM was included as one of the enterprises separately covered by the State's planning as approved by the State Planning Commission.

- December 14, 1991 - CNBM was included in the State's first list of 55 experimental enterprise groups.

- In 1992 - Comrade Jiang Zemin wrote the inscription for the group: to develop the industry of new building materials and contribute more to the modernization of China.

- March 9, 1994 - China New Building Materials Group Finance Co., Ltd. was established.

- 1995 - CNBM was included as one of the 520 large enterprise groups under the State's focused support.

- March 27, 1996 - Beijing New Building Materials (Group) Co., Ltd., a subsidiary fully owned by CNBM, was founded.

- May 30, 1997 - Beijing New Building Materials (Group) Co., Ltd., a subsidiary fully owned by CNBM, independently founded BNBM Building Materials Corporation; on June 6 of the same year, the shares of the Corporation were issued and listed at Shenzhen Securities Exchange.

Taishan & BNBM
Structure/ Government Control 00118



# CNBM Group Milestones 1

- 1998 - CNBM was listed as one of the 163 focused enterprises subject to direct administration of the central government.

- January 2, 1999 - CNBM became independent of the State Building Materials Administration.

- January 2, 1999 - China Inorganic Materials Science & Technology Group Corp. ( renamed : China Composite Materials Group Corp. ) and China Building Materials & Equipments Import & Export Company under the governance of the State Building Materials Administration were merged into CNBM.

- March 3, 1999 - CNBM changed its name into "China New Building Materials (Group) Corp.

- April 16, 1999 - CNBM established China Chemical Building Materials Corporation, with a share of which listed at Shanghai Stock Exchange on April 22 of the same year.

- May 20, 1999 - In accordance with an official reply from the State Department of Science and Technology and the State Commission of Economic Relations and Trade, 8 scientific research institutions, including Qinhuangdao Glass Industry Research & Design Institute under the State Building Materials Administration, were put under governance of CNBM.

- June 28, 1999 - China United Cement Co., Ltd. was founded.

- From October 7, 1999 - According to an official approval of the State Planning Commission and the Ministry of Finance, grant-based central loans amounting to RMB ¥ 2.6billion for capitalization purpose, which were under the control of the State Building Materials Administration, were transferred to CNBM in four installments.

Taishan & BNBM
Structure/ Government Control 00119