# EXHIBIT "E"

# HISTORY, REORGANIZATION AND GROUP STRUCTURE

The following chart sets out the simplified corporate structure of the Group immediately after the Global Offering, assuming the Over-allotment Option is not exercised:



* Sum of these shareholding percentages may differ from total due to rounding.