# ATTACHMENT "2"

# LIST OF TAISHAN AFFILIATES SUBJECT TO THE COURT'S
# JULY 17, 2014 CONTEMPT ORDER AND INJUNCTION

| | |
|---|---|
| 1. | Taishan Gypsum Co., Ltd. |
| 2. | Tai'an Taishan Plasterboard Co., Ltd |
| 3. | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. |
| 4. | China National Building Material and Equipment Import and Export Company |
| 5. | China Building Materials Academy |
| 6. | China Cinda Asset Management Co., Ltd. |
| 7. | China National Building Material Co., Ltd. |
| 8. | China National Building Material Company, Ltd. |
| 9. | China National Building Material Import and Export Company |
| 10. | CNBM Forest Products, Ltd. |
| 11. | CNBM Forest Products (Canada), Ltd. |
| 12. | Beijing New Building Material Public Limited Company |
| 13. | Beijing New Building Materials Homes |
| 14. | BND Co., Ltd. |
| 15. | Beijing New Building Material (Group) Co., Ltd. |
| 16. | Suzhou Tianfeng New Building Material Co., Ltd. |
| 17. | Shandong Taihe Dongxin Co., Ltd. |
| 18. | China United Cement Co., Ltd. |
| 19. | China United Luhong Cement Co., Ltd. |
| 20. | China United Julong Huaihai Cement Co., Ltd. |
| 21. | China United Nanyang Co. |
| 22. | China United Qingzhou Luhong Cement Co., Ltd. |
| 23. | Zaozuhuang China United Luhong Cement Co., Ltd. |
| 24. | Xingtai China United Ziyan Co., Ltd. |
| 25. | China Fiberglass Co., Ltd. |
| 26. | Jishi Group Co., Ltd. |

| | |
|---|---|
| 27. | China Composites Group Corp., Ltd. |
| 28. | Shenzhen B&Q Decoration & Building Materials Co., Ltd. |
| 29. | Lianzhong Zhongfu Lianzhong Composite Material Group Co., Ltd. |
| 30. | Changzhou China Composites Tianma Fiberglass Products Co., Ltd. |
| 31. | Changzhou China Composites Liberty Co., Ltd. |
| 32. | Changzhou Liberty TOLI Building Material Co., Ltd. |
| 33. | Shanghai Yaohua Pilkington Glass Co., Ltd. |
| 34. | China Triumph International Engineering Co., Ltd. |
| 35. | China Triumph Nanjing Cement Technological Engineering Co., Ltd. |
| 36. | CTIEC Shenzhen Scieno-tech Engineering Co., Ltd. |
| 37. | China Triumph Bengbu Engineering and Technology Co., Ltd. |
| 38. | China National Building Materials Group, Co., Ltd. |
| 39. | State-owned Assets Supervision and Administration Commission of the State Counsel |