UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PROPOSED AGENDA
FOR FEBRUARY 12, 2015 STATUS CONFERENCE**

I.      PRE-TRIAL ORDERS

II.     STATE COURT TRIAL SETTINGS

III.    STATE/FEDERAL COORDINATION

IV.     OMNIBUS CLASS ACTION COMPLAINTS

V.      CLASS ACTION COMPLAINT

VI.     PLAINTIFFS' MOTIONS TO ESTABLISH A PLAINTIFFS'
        LITIGATION FEE AND EXPENSE FUND

VII.    REMEDIATION PROGRAM

VIII.   INEX, BANNER, KNAUF, L&W and GLOBAL SETTLEMENTS

IX.     SHARED COSTS FUND

X.      TAISHAN DEFENDANTS

X1.     VENTURE SUPPLY & PORTER BLAINE DEFENDANTS

1

XII.     PLAINTIFF AND DEFENDANT PROFILE FORMS

XIII.    FREQUENTLY ASKED QUESTIONS

XIV.    MATTERS SET FOR HEARING FOLLOWING THE CURRENT STATUS
         CONFERENCE

XV.     *PRO SE* CLAIMANTS

XVI.    PHYSICAL EVIDENCE PRESERVATION ORDER

XVII.   ENTRY OF PRELIMINARY DEFAULT

XVIII.  ALREADY REMEDIATED HOMES

XIX.    LOUISIANA ATTORNEY GENERAL

XX.    NEXT STATUS CONFERENCE