# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

February 09, 2015

Mr. Richard C. Stanley
Stanley, Reuter, Ross, Thornton & Alford, L.L.C.
909 Poydras Street
LL&E Tower
Suite 2500
New Orleans, LA 70112

Ms. Catherine Emily Stetson
Hogan Lovells US, L.L.P.
555 13th Street, N.W.
Columbia Square
Washington, DC 20004

    No. 15-30114    In re: Hogan Lovells US, L.L.P., et al
                          USDC No. 2:09-MD-2047

Dear Mr. Stanley, Ms. Stetson,

We have docketed the petition for writ of mandamus, and ask you to use the case number above in future inquiries.

Filings in this court are governed strictly by the Federal Rules of **Appellate** Procedure.  We cannot accept motions submitted under the Federal Rules of **Civil** Procedure.  We can address only those documents the court directs you to file, or proper motions filed in support of the appeal.  See Fed R. App. P. and 5th Cir. R. 27 for guidance.  Documents not authorized by these rules will not be acknowledged or acted upon.

ATTENTION ATTORNEYS:  Attorneys are required to be a member of the Fifth Circuit Bar and to register for Electronic Case Filing.  The "Application and Oath for Admission" form can be printed or downloaded from the Fifth Circuit's website, www.ca5.uscourts.gov. Information on Electronic Case Filing is available at www.ca5.uscourts.gov/cmecf/.

Sincerely,

LYLE W. CAYCE, Clerk

By: /s/ Dawn D. Victoriano
Dawn D. Victoriano, Deputy Clerk
504-310-7717

cc:  Mr. William W. Blevins