UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

Before the Court is Westchester Fire Insurance Company's ex parte motion for leave to file an opposition regarding the PSC's motion to amend by interlineation. (Rec. Docs. 18263, 18301). Accordingly,

**IT IS ORDERED** that Westchester's motion for leave is **GRANTED**;

**IT IS FURTHER ORDERED** that the motion to amend by interlineation is **CONTINUED** and is reset for submission, with oral argument, immediately following the monthly status conference on March 26, 2015.

**IT IS FURTHER ORDERED** that any party that wishes to file supplemental briefing on the motion must do so by March 17, 2015.

New Orleans, Louisiana, this 10th day of February, 2015.

_____
UNITED STATES DISTRICT JUDGE

1