UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

THIS DOCUMENT RELATES TO: ALL CASES

### ORDER

The Court received and reviewed the attached correspondence from Ms. Nell Boothe. Ms. Boothe describes her frustration with her settlement award. The Court notes that Taishan has resisted involvement in this litigation and now refuses to participate, making Ms. Boothe's frustrated situation a common one.

**IT IS ORDERED** that the attached correspondence shall be entered into the record.

**IT IS FURTHER ORDERED** that Plaintiffs' Liaison Counsel shall review the correspondence and respond to Ms. Boothe.

New Orleans, Louisiana, this 11th day of February, 2015.

UNITED STATES DISTRICT JUDGE

cc:

Ms. Nell Boothe
483 Tranquil Drive
Winder, Georgia 30680