Hon..Eldon E.. Fallon
United States District Court
Eastern Division of Lousianna,
500 Poydras Street Room C-456,
New Orleans, Lousianna 70130.

Garretson Resolution Group
Chinesedrywall@garretsongroup,com

Dear Judge Fallon:

I and 2 of my neighbors are a member of the Taishan Drywall settlement, recently we received 2 check from the settlement which amounted to a little over $11 thousand dollars for me. Our lawyer has said this is all we will receive of this settlement, and it is unlikely to be anything from the Chinese Company.

I am 89 years old, also the other 2 ladies who bought homes with Chinese Drywall, one is 89 and the other is in her 70, we bought homes in a 55 and older community, invest all the money from sale of our homes expecting to live here and enjoy life for the rest of our lives, I have live here almost 9 years repairing the air conditioning for 7 of the 9 years, had 3 TV's, four computers, 3 monitor, some days have to bring in a big yellow electric cord to find an outlet that works, even had 4 coffee pots, replaced the smoke alarms 3 time and the ones I have haven't worked in months. My golf cart I have sits under the big hole in the ceiling in the garage, the inspectors cut when they inspected the house and afraid to drive it, had 2 batteries blow up. This does not include small repairs to dishwasher, microwave.

There is no way we can repair our houses for 11 thousand dollars, our builder had 3 houses in this community with Chinese Drywall and he said he was not responsible, his check for the settlement was $3773.77 I doubt this will buy the sheetrock. 6 years in this Class Action and this is our help, $11 thousand, this is a joke on us. We do not appreciate this at all.

I was told do not write the Judge, I am sorry if this not something I am supposed to do, but someone should know what has been done to 3 old ladies who only wanted to live close to their children in their old age and enjoy life.

*Nell W. Boothe*

Nell W. Boothe
483 Tranquil Drive
Winder, Georgia 30680
770-867-5642