UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES AND | |

**THE PLAINTIFFS' STEERING COMMITTEE'S RESPONSE TO
PLAINTIFFS MOTION TO SUBMIT LATE-FILED CLAIM INTO
THE GLOBAL, BANNER, INEX SETTLEMENT AGREEMENTS**

The Plaintiffs' Steering Committee ("PSC") hereby submits this response in opposition to the motion of Plaintiffs Ramiro Torres-Barajas and Noel Torres ("Plaintiffs") motion to submit late-filed claim into the Global, Banner, InEx settlement agreements [Rec.Doc. 18285]. For the reasons set forth below, Plaintiffs' motion should be denied.

Mr. Torres-Barajas and Ms. Torres, seek leave to file late-filed claims in three of the inter-related settlements (Global, Banner and InEx) finally approved by this Court on February 7, 2013 [Rec.Doc. 16579]. These Plaintiffs timely registered for the settlements, but acknowledge that their counsel failed to timely submit claim forms on their behalf. Counsel for the Plaintiffs contend that their oversight in missing the filing deadline of October 25, 2013 was inadvertent. Apparently, these Plaintiffs were one of 6,000 claims filed on behalf of the firm who were simply "lost in the shuffle." Plaintiffs' Motion at 1 ¶¶4-5. Plaintiffs also contend that there is no prejudice resulting from the inclusion of Plaintiffs' claim for foreclosure and lost equity in the settlements at issue. *Id*. at 6. Plaintiffs' assertions are mistaken.

This litigation has progressed to the point that distributions are already under way and

1

square footage calculations have been determined by the Claims Administrator, Brown Greer, LLC, such that inclusion of such late-filed claims would disrupt and disturb the efficient administration of these class action settlements.

Since March 2014, the PSC has responded to several movants who have argued for extensions of the claims submission deadline for various reasons.  Originally, the PSC did not oppose extensions of deadlines for late-filed claimants but noted that continued extensions of time could not be tolerated indefinitely and alerted late-comers (such as the instant Plaintiffs) that a point in time would arrive when extensions would no longer be acceptable.  *See* Rec.Doc. 17501.

By July 2014, the tension between moving forward with claims administration and tolerating late-filed claimants reached the breaking point.  In its Order of July 21, 2014 [Rec.Doc. 17872], the Court stated that it had "previously expressed its concerns over late-filed claims." *Id*. at 1.  Further, the Court held that it, "can no longer allow such late-filed claims, without the presence of exceptional circumstances.  Neither the Mitchell's case nor the Thomleys' case present such exceptional circumstances." *Id*. at 1-2.  The Court then denied those movants' request to submit late-filed claims.

Since that Order, this Court has consistently denied requests for late-filed claims.  *See* Order Dated August 19, 2014 (denying motions to submit late filed claims) [Rec.Doc. No. 17872].  Thus, all litigants were on notice of their need to examine their claim's filing status.

Not only did the October 25, 2013 filing deadline expire long ago but the Plaintiffs failed to make any effort to verify their claim's status until now.  A reasonably diligent litigant would have made some effort to verify the status of their claim.  These Plaintiffs did not.  The instant

Plaintiffs have failed to demonstrate either exceptional circumstances or excusable neglect such that they should be allowed to submit their late-filed claim.

For the reasons set for above, the PSC submits that the instant Plaintiffs' motion should be denied.

Dated: February 11, 2015

Respectfully submitted,

/s/ Russ M. Herman
Russ M. Herman (LA Bar No. 6819)
Leonard A. Davis (LA Bar No. 14190)
Stephen J. Herman (LA Bar No. 23129)
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin
Fred S. Longer (on the brief)
Matthew C. Gaughan
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

**PLAINTIFFS' STEERING COMMITTEE**

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm, LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Peter Prieto
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Bruce William Steckler
Steckler, LLP
12720 Hillcrest Road, Ste 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-4041
bruce@stecklerlaw.com

Ervin A. Gonzalez
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker Waichman, LLP
27300 Riverview Center Blvd.
Suite 103
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves  
Reeves & Mestayer, PLLC  
160 Main Street  
Biloxi, MS 39530  
Phone: (228) 374-5151  
Fax: (228) 374-6630  
jrr@attorneys4people.com  

Christopher Seeger  
Seeger Weiss, LLP  
77 Water Street  
New York, NY 10005  
Phone: (212) 584-0700  
Fax: (212) 584-0799  
cseeger@seegerweiss.com  

Daniel K. Bryson  
Whitfield, Bryson & Mason, LLP  
900 W. Morgan Street  
Raleigh, NC 27603  
Phone: (919) 600-5000  
Fax: (919) 600-5002  
dan@wbmllp.com  

Richard J. Serpe  
Law Offices of Richard J. Serpe  
Crown Center, Ste. 310  
580 East Main Street  
Norfolk, VA 23510-2322  
Phone: (757) 233-0009  
Fax: (757) 233-0455  
rserpe@serpefirm.com  

Victor M. Diaz, Jr.  
V.M. Diaz and Partners, LLC  
119 Washington Ave, Suite 402  
Miami Beach, FL 33139  
Phone: (305) 704-3200  
Fax: (305) 538-4928  
victor@diazpartners.com  

## OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

Richard S. Lewis  
HAUSFELD LLP  
1700 K Street, N.W  
Suite 650  
Washington, DC 20006  
Phone: (202) 540-7200  
Fax: (202) 540-7201  
rlewis@hausfeldllp.com  

Andrew A. Lemmon  
Lemmon Law Firm, LLC  
P.O. Box 904  
15058 River Road  
Hahnville, LA 70057  
Phone: (985) 783-6789  
Fax: (985) 783-1333  
andrew@lemmonlawfirm.com

Anthony D. Irpino
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

## CERTIFICATE OF SERVICE

   I hereby certify that the above and foregoing has been served has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 11th day of February, 2015.

                /s/ Leonard A. Davis
                Leonard A. Davis
                HERMAN, HERMAN & KATZ, LLP
                820 O'Keefe Avenue
                New Orleans, Louisiana 70113
                Phone: (504) 581-4892
                Fax: (504) 561-6024
                Ldavis@hhkc.com
                Plaintiffs' Liaison Counsel
                MDL 2047

                *Co-counsel for Plaintiffs*