MINUTE ENTRY
FALLON, J.
FEBRUARY 12, 2015

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: CHINESE-MANUFACTURED          MDL NO. 2047
      DRYWALL PRODUCTS
      LIABILITY LITIGATION           SECTION: L

THIS DOCUMENT RELATES TO:         JUDGE FALLON
09-6687, 09-6690, 10-361, 11-1672,     MAGISTRATE WILKINSON
11-1395 and 11-1673

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Jodi Simcox

Appearances:  Arnold Levin, Esq. for Plaintiffs
              Aaron Block, Esq.  for Defendant BNBM

---

Plaintiffs' Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) and Request for Approval of Supplemental Notice  (18086)

Attorney Aaron Block, of Alston & Bird, LLP, appeared on behalf of defendant BNBM, and orally moved to continue the hearing on this motion.

Oral motion to continue was granted, motion is set for hearing on Tuesday, March 17, 2015 at 9:00am.  BNBM, and any other party that wishes to respond to the Motion for Assessment of Damages (18086), must file said responses by March 9, 2015.


JS10:   :09