UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | CIVIL ACTION |
| DRYWALL PRODUCTS LIABILITY | * | 2:09-md-2047 EEF-JCW |
| LITIGATION | * | JUDGE: ELDON FALLON |
| | * | MAGISTRATE: JUDGE |
| ************************************************ | | WILKINSON |

## MOTION FOR OBJECTION TO SPECIAL MASTER'S DENIAL OF CLAIM

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Crescent City Property Redevelopment Association, LLC, Claimant ID # 114365, Claim ID # 23242 and on suggesting to this Honorable Court that Plaintiffs hereby request that this Honorable Court reconsider Plaintiffs' claims and objection to denial of claim by the special master herein.

WHEREFORE, mover prays that this Honorable Court reconsider Plaintiffs' claim and objection to denial of claim herein.

Respectfully submitted,

/s/ JULIUS C. FORD /s/
JULIUS C. FORD, LA Bar No. 32456
4300 S. I-10 Service Rd., Suite 103N
Metairie, Louisiana 70001
(504) 223-8953
E-Mail: j.chris.ford1983@gmail.com

## CERTIFICATE

I do hereby certify that I have on this _12_ day of February, 2015, served a copy of the foregoing Motion to all counsel of record through the court's electronic filing system.

/s/ JULIUS C. FORD /s/