UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | CIVIL ACTION |
| DRYWALL PRODUCTS LIABILITY | * | 2:09-md-2047 EEF-JCW |
| LITIGATION | * | JUDGE: ELDON FALLON |
| | * | MAGISTRATE: JUDGE |
| ************************************************ | | WILKINSON |

## MEMOMORANDUM IN SUPPORT OF MOTION FOR OBJECTION TO SPECIAL MASTER'S DENIAL OF CLAIM

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Crescent City Property Redevelopment Association, LLC, Claimant ID # 114365, Claim # 23242 who hereby file this memorandum in support of their Motion for Objection to Special Master's Denial of Claim for the following reasons to wit:

## FACTS

Plaintiffs purchased and installed Chinese Drywall in numerous properties during the rebuilding effort in the aftermath of Hurricane Katrina.

Plaintiffs sustained significant losses and damages from the defective & hazardous drywall.

Plaintiffs filed claims for the aforementioned properties via the webportal established by Brown Greer, the settlement administrator, on October 24, 2013.

Plaintiffs received their first reply communication from Brown Greer on April 25, 2014 requesting additional claim and W-9 information. Plaintiff was then told that the claims were not

timely filed and that he would have to seek permission from the court to participate in the class action lawsuit. Permission was granted to file the claims and they were filed.

Plaintiffs submitted completed claim forms attaching all evidence in their possession including: photographs of the Chinese manufactured drywall that had been installed in affected properties, affidavits attesting to the fact that Chinese manufactured drywall had caused damage, ownership documents, and an expert report. The claim was ultimately denied for "incompleteness" (**Exhibit 1**) with the Special Master Denial notice being transmitted on January 29, 2015.

A meeting to attempt to resolve issues related to the denial was scheduled by undersigned counsel at 11 AM on February 11, 2015, pursuant to the requirement contained in Knauf Settlement Agreement Section 4.2.9. No resolution was reached. (**Exhibit 2**).

## ARGUMENT

This Honorable Court has the discretion to grant the instant Motions for Objection and approve an award amount payable to Plaintiffs under the terms of the Knauf Settlement Agreement and Claims Administration Procedure 2013-5.

Plaintiffs did not anticipate nor foresee the problems and damages that were caused by the defective Chinese Drywall. As such, litigation was not anticipated and Plaintiffs did not do the type of record keeping one would do with future litigation in mind. Plaintiffs have submitted all documentation and evidence in their possession and respectfully request that their claims be approved herein.

## CONCLUSION

For the aforementioned reasons, Crescent City Property Redevelopment Association, LLC's claims should be granted.

WHEREFORE, Plaintiffs pray that after consideration of their Motion for Objection to Special Master's Denial of Claim that their claims be granted herein.

Respectfully submitted,

/s/ JULIUS C. FORD /s/
J. CHRISTOPHER FORD, LA Bar No. 32456
4300 S. I-10 Service Rd., Suite 103 N
Metairie, LA 70001
(504) 223-8953
Email: j.chris.ford1983@gmail.com

CERTIFICATE

I do hereby certify that I have on this 12 day of February, 2015, served a copy of the foregoing Memorandum in Support and Exhibits thereto to all counsel of record through the court's electronic filing system.

/s/ JULIUS C. FORD /s/

3