UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | CIVIL ACTION |
| DRYWALL PRODUCTS LIABILITY | * | 2:09-md-2047 EEF-JCW |
| LITIGATION | * | JUDGE: ELDON FALLON |
| | * | MAGISTRATE: JUDGE |
| ************************************************ | | WILKINSON |

### MEMOMORANDUM IN SUPPORT OF MOTION FOR OBJECTION TO SPECIAL MASTER'S DENIAL OF CLAIM

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Side-By-Side Redevelopment, Inc., Claimant ID # 114674, Claim # 23258 who hereby file this memorandum in support of their Motion for Objection to Special Master's Denial of Claim for the following reasons to wit:

### FACTS

Plaintiffs purchased and installed Chinese Drywall in numerous properties during the rebuilding effort in the aftermath of Hurricane Katrina.

Plaintiffs sustained significant losses and damages from the defective & hazardous drywall.

Plaintiffs filed claims for the aforementioned properties via the webportal established by Brown Greer, the settlement administrator, on October 24, 2013.

Plaintiffs received their first reply communication from Brown Greer on April 25, 2014 requesting additional claim and W-9 information. Plaintiff was then told that the claims were not