**From:** Parish, James [mailto:jparish@bakerdonelson.com]
**Sent:** Monday, February 09, 2015 2:41 PM
**To:** Gary Mason
**Cc:** Miller, Kerry
**Subject:** RE: Chinese Drywall Litigation:

Gary,

We have no objection if you submit the foreclosure claim to the Other Loss QSF (see attached PTO 29).  The pending motion appears to be directed to the GBI fund in general.  We want to make sure the claim is made to the Other Loss QSF.

Thanks,

**James R. Parish**
Associate

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Ave.
Suite 3600
New Orleans, LA 70170

Phone:  504.566.8664
Fax:       504.585.6964
jparish@bakerdonelson.com

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC represents clients across the U.S. and abroad from offices in Alabama, Florida, Georgia, Louisiana, Mississippi, Tennessee, Texas and Washington, D.C.

**BAKER DONELSON**
BEARMAN, CALDWELL & BERKOWITZ, PC

One of FORTUNE magazine's "100 Best Companies to Work For"

> **From:** Gary Mason
> **Sent:** Friday, February 06, 2015 2:42 PM
> **To:** 'kjmiller@bakerdonalson.com'
> **Subject:** Chinese Drywall Litigation:
>
> Hi, Kerry.
>
> Congratulation on your move.  I hope you have had a smooth transition.
>
> I am writing you about the attached motion.  Any chance KP will consent to this?  We filed other claims on behalf of this client (which have been paid), but somehow missed filing the Foreclosure Claim.  Jacob Woody did not see a problem covering this but would not process without an order by Fallon.   Regardless, I would like to avoid a trip to NOLA just for this motion so let me know one way or the other so I can so advise Fallon's clerk.
>
> Gary
>
> **GARY E. MASON**
> WHITFIELD BRYSON & MASON LLP

1625 Massachusetts Ave. NW | Ste 605
Washington, DC 20036
P: 202.429.2290  |  F: 202.429.2294
gmason@wbmllp.com  |  v-card

_____

Under requirements imposed by the IRS, we inform you that, if any advice concerning one or more U.S. federal tax issues is contained in this communication (including in any attachments and, if this communication is by email, then in any part of the same series of emails), such advice was not intended or written by the sender or by Baker, Donelson, Bearman, Caldwell & Berkowitz, PC to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or tax-related matter addressed herein.

This electronic mail transmission may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail, so that our address record can be corrected.