# Exhibit "A"



February 9, 2015

**VIA FACSIMILE (504) 561-6024 and U.S. Mail**
Russ M. Herman, Esq.
Leonard A. Davis, Esq.
Herman, Herman & Katz, LLC
820 O'Keefe Ave.
New Orleans, LA 70113

RE:     **Our Client: Donna Feltner**
        ***In re: Chinese Manufactured Drywall Product Liability Litig.***
        Case No. 11-0080  Abel, et al. v. Taishan Gypsum Co., Ltd., et al.
        Our File No.:   1040450

Dear Russ & Lenny:

We represent Donna Feltner.  We hereby authorize the attorneys of Herman, Herman & Katz, LLC to file the enclosed Rule 41 Notice of Voluntary Dismissal With Prejudice. Our client is dismissing with prejudice her claims against USG Corporation and L&W Supply Corp. D/B/A Seacoast Supply Corp. only. She will continue to pursue any remaining claims against the remaining defendants. Thank you for your attention to this matter.


Sincerely,

Pete V. Albanis, Esq.

PVA/esr
Enclosure

One University Park | 12800 University Drive | Suite 600 | Fort Myers, FL 33907 | Ph: 239.433.6880 | www.ForThePeople.com

Atlanta, GA | Bowling Green, KY | Daytona Beach, FL | Fort Myers, FL | Jackson, MS | Jacksonville, FL | Kissimmee, FL | Lakeland, FL | Lexington, KY | Naples, FL | Nashville, TN
New York, NY | Memphis, TN | Orlando, FL | Plantation, FL | Sarasota, FL | St. Petersburg, FL | Tallahassee, FL | Tampa, FL | Tavares, FL | The Villages, FL | Winter Haven, FL