UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE –MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No.: 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| BENOIT, et al. v. LaFarge, S.A., et al. Case No.: 11-1893 | * * | |

**************************************

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT L&W SUPPLY CORP. D/B/A SEACOAST SUPPLY CORP.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), the below listed Plaintiffs:

| | | |
|---|---|---|
| Ernest and Anika Coney | Ira Goldstein | Jason Anderson |
| Thomas and Linda Habel | Michael and Brenda Swank | |
| Marian Jones | Monica Economou | |

hereby dismiss with prejudice all of their claims against Defendant L&W Supply Corp. d/b/a Seacoast Supply Corp. in Plaintiffs' Omnibus Complaint, reserving their rights and claims, if any, against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. The Plaintiffs shall continue to pursue their claims against the remaining Defendant(s) not specifically dismissed herein. Attached hereto as Exhibit "A" is correspondence from Pete Albanis, counsel for Ernest and Anika Coney, Thomas and Linda Habel, Marian Jones, Monica Economou and Jason Anderson dated February 9, 2015, specifically authorizing the undersigned to file this Notice of Voluntary Dismissal. Attached hereto as Exhibit "B" is correspondence from Holly Werkama, counsel for Ira Goldstein and Michael and Brenda Swank, dated December 10, 2014, specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

Respectfully Submitted,

*/s/ Leonard A. Davis*
RUSS M. HERMAN, ESQ. (#6819)
LEONARD A DAVIS, ESQ. (#14190)
STEPHEN J. HERMAN, ESQ. (#23129)
Herman, Herman & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, LA 70113
Tel: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel, MDL 2047*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that the above and foregoing Notice of Voluntary Dismissal With Prejudice document has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail, email, or by hand delivery and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 13th day of February, 2015.

                                      */s/ Leonard A. Davis*
                                      Herman, Herman & Katz, L.L.C.
                                      820 O'Keefe Avenue
                                      New Orleans, LA 70113
                                      Tel: (504) 581-4892
                                      Fax: (504) 561-6024
                                      LDavis@hhklawfirm.com
                                      *Plaintiffs' Liaison Counsel, MDL 2047*