# Exhibit "A"



February 9, 2015

**VIA FACSIMILE (504) 561-6024 and U.S. Mail**
Russ M. Herman, Esq.
Leonard A. Davis, Esq.
Herman, Herman & Katz, LLC
820 O'Keefe Ave.
New Orleans, LA 70113

RE:  **Our Clients: Ernest and Anika Coney, Thomas and Linda Habel, Marian Jones, Monica Economou and Jason Anderson**
*In re: Chinese Manufactured Drywall Product Liability Litig.*
Case No. 11-1893  Benoit, et al. v. Lafarge S.A., et al.
Our File Nos.: 1096217, 1237639, 1414628, 1364963, 1411912

Dear Russ & Lenny:

We represent Ernest and Anika Coney, Thomas and Linda Habel, Marian Jones, Monica Economou and Jason Anderson.  We hereby authorize the attorneys of Herman, Herman & Katz, LLC to file the enclosed Rule 41 Notice of Voluntary Dismissal With Prejudice. Our clients are dismissing with prejudice their claims against L&W Supply Corp. D/B/A Seacoast Supply Corp. only. They will continue to pursue their claims against the remaining defendants. Thank you for your attention to this matter.

Sincerely,

Pete V. Albanis, Esq.

PVA/esr
Enclosure

One University Park | 12800 University Drive | Suite 600 | Fort Myers, FL 33907 | Ph: 239.433.6880 | www.ForThePeople.com

Atlanta, GA | Bowling Green, KY | Daytona Beach, FL | Fort Myers, FL | Jackson, MS | Jacksonville, FL | Kissimmee, FL | Lakeland, FL | Lexington, KY | Naples, FL | Nashville, TN
New York, NY | Memphis, TN | Orlando, FL | Plantation, FL | Sarasota, FL | St. Petersburg, FL | Tallahassee, FL | Tampa, FL | Tavares, FL | The Villages, FL | Winter Haven, FL