# Exhibit "B"



DALLAS    |    AUSTIN    |    LOS ANGELES    |    BATON ROUGE

800.222.2766  3102 Oak Lawn Avenue
tel 214.521.3605  Suite 1100
fax 214.520.1181  Dallas, TX 75219-428

December 10, 2014

**Via Facsimile (504) 561-6024 and U.S. Mail**
Russ M. Herman, Esq.
Leonard A. Davis, Esq.
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Ave.
New Orleans, LA 700113

Re:   Baron & Budd, P.C. Clients Ira Goldstein and Michael & Brenda Swank
      *In re: Chinese Manufactured Drywall Products Liability Litigation*
      *Benoit, et al. v. Knauf GIPS KG, et al.- Case No. 11-1893*

Dear Mr. Herman and Mr. Davis:

   Baron & Budd, P.C. represents plaintiffs Ira Goldstein and Michael & Brenda Swank.  We hereby authorize the attorneys of Herman, Herman, Katz & Cotlar, L.L.P. to file the enclosed Rule 41 Notice of Voluntary Dismissal with Prejudice.  Our clients are dismissing with prejudice their claims against USG Corporation and L & W Supply Corp. d/b/a Seacoast Supply Corp. only.  They will continue to pursue their claims against the remaining defendants.  Thank you for your attention to this matter.

                                        Sincerely,

                                        *[signature]*

                                        Holly R. Werkema
                                        Baron & Budd, P.C.