# Exhibit "B"

**BARON B BUDD, P.C.**   DALLAS   |   AUSTIN   |   LOS ANGELES   |   BATON ROUGE

800.222.2766   3102 Oak Lawn Avenue
tel 214.521.3605   Suite 1100
fax 214.520.1181   Dallas, TX 75219-428

December 10, 2014

**Via Facsimile (504) 561-6024 and U.S. Mail**
Russ M. Herman, Esq.
Leonard A. Davis, Esq.
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Ave.
New Orleans, LA 700113

Re:   Baron & Budd, P.C. Client Ira Goldstein
      *In re: Chinese Manufactured Drywall Products Liability Litigation*
      *Gross, et al. v. Knauf GIPS KG, et al.- Case No. 09-6690*

Dear Mr. Herman and Mr. Davis:

   Baron & Budd, P.C. represents plaintiff Ira Goldstein. We hereby authorize the attorneys of Herman, Herman, Katz & Cotlar, L.L.P. to file the enclosed Rule 41 Notice of Voluntary Dismissal with Prejudice. Our client is dismissing with prejudice his claims against USG Corporation and L & W Supply Corp. d/b/a Seacoast Supply Corp. only. He will continue to pursue his claims against the remaining defendants. Thank you for your attention to this matter.

                                           Sincerely,

                                           [signature]

                                           Holly R. Werkema
                                           Baron & Budd, P.C.