UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE –MANUFACTURED | * | MDL No.: 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| | * | |
| HAYA, et al. v. Knauf GIPS KG, et al. | * | |
| Case No.: 11-1077 | * | |

*************************************

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANTS USG CORPORATION AND L&W SUPPLY CORP. D/B/A SEACOAST SUPPLY CORP.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), the below listed Plaintiffs:

Burton and Joyce Burnett
Ira Goldstein
Michael and Brenda Swank

hereby dismiss with prejudice all of their claims against Defendants USG Corporation and L&W Supply Corp. d/b/a Seacoast Supply Corp. in Plaintiffs' Omnibus Complaint, reserving their rights and claims, if any, against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. The Plaintiffs shall continue to pursue their claims against the remaining Defendant(s) not specifically dismissed herein. Attached hereto as Exhibit "A" is correspondence from Holly Werkama, counsel for Burton and Joyce Burnett, Michael and Brenda Swank and Ira Goldstein, dated December 10, 2014, specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

Respectfully Submitted,

*/s/ Leonard A. Davis*
RUSS M. HERMAN, ESQ. (#6819)
LEONARD A DAVIS, ESQ. (#14190)
STEPHEN J. HERMAN, ESQ. (#23129)
Herman, Herman & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, LA 70113
 Tel: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel, MDL 2047*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that the above and foregoing Notice of Voluntary Dismissal With Prejudice document has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail, email, or by hand delivery and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 13th day of February, 2015.

      */s/ Leonard A. Davis*
      Herman, Herman & Katz, L.L.C.
      820 O'Keefe Avenue
      New Orleans, LA 70113
      Tel: (504) 581-4892
      Fax: (504) 561-6024
      LDavis@hhklawfirm.com
      *Plaintiffs' Liaison Counsel, MDL 2047*