# Exhibit "A"



February 9, 2015

**VIA FACSIMILE (504) 561-6024 and U.S. Mail**
Russ M. Herman, Esq.
Leonard A. Davis, Esq.
Herman, Herman & Katz, LLC
820 O'Keefe Ave.
New Orleans, LA 70113

RE:     **Our Clients: Ernest and Anika Coney, Thomas and Linda Habel, Marian Jones, Monica Economou and Jason Anderson**
*In re: Chinese Manufactured Drywall Product Liability Litig.*
Case No. 11-1893  Benoit, et al. v. Lafarge S.A., et al.
Our File Nos.: 1096217, 1237639, 1414628, 1364963, 1411912

Dear Russ & Lenny:

We represent Ernest and Anika Coney, Thomas and Linda Habel, Marian Jones, Monica Economou and Jason Anderson.  We hereby authorize the attorneys of Herman, Herman & Katz, LLC to file the enclosed Rule 41 Notice of Voluntary Dismissal With Prejudice. Our clients are dismissing with prejudice their claims against L&W Supply Corp. D/B/A Seacoast Supply Corp. only. They will continue to pursue their claims against the remaining defendants. Thank you for your attention to this matter.


Sincerely,

Pete V. Albanis, Esq.

PVA/esr
Enclosure

One University Park | 12800 University Drive | Suite 600 | Fort Myers, FL 33907 | Ph: 239.433.6880 | www.ForThePeople.com

Atlanta, GA | Bowling Green, KY | Daytona Beach, FL | Fort Myers, FL | Jackson, MS | Jacksonville, FL | Kissimmee, FL | Lakeland, FL | Lexington, KY | Naples, FL | Nashville, TN
New York, NY | Memphis, TN | Orlando, FL | Plantation, FL | Sarasota, FL | St. Petersburg, FL | Tallahassee, FL | Tampa, FL | Tavares, FL | The Villages, FL | Winter Haven, FL



February 9, 2015

**VIA FACSIMILE (504) 561-6024 and U.S. Mail**
Russ M. Herman, Esq.
Leonard A. Davis, Esq.
Herman, Herman & Katz, LLC
820 O'Keefe Ave.
New Orleans, LA 70113

RE:     **Our Clients: Donna Feltner and Ernest and Anika Coney**
        *In re: Chinese Manufactured Drywall Product Liability Litig.*
        Case No. 09-6690  Gross, et al. v. Knauf GIPS KG, et al.
        Our File Nos.: 1040450 and 1096217

Dear Russ & Lenny:

    We represent Donna Feltner and Ernest and Anika Coney.  We hereby authorize the attorneys of Herman, Herman & Katz, LLC to file the enclosed Rule 41 Notice of Voluntary Dismissal With Prejudice. Our clients are dismissing with prejudice their claims against USG Corporation and L&W Supply Corp. D/B/A Seacoast Supply Corp. only. They will continue to pursue their claims against the remaining defendants. Thank you for your attention to this matter.

Sincerely,

Pete V. Albanis, Esq.

PVA/esr
Enclosure

One University Park  |  12800 University Drive  |  Suite 600  |  Fort Myers, FL 33907  |  Ph: 239.433.6880  |  www.ForThePeople.com

Atlanta, GA  |  Bowling Green, KY  |  Daytona Beach, FL  |  Fort Myers, FL  |  Jackson, MS  |  Jacksonville, FL  |  Kissimmee, FL  |  Lakeland, FL  |  Lexington, KY  |  Naples, FL  |  Nashville, TN
New York, NY  |  Memphis, TN  |  Orlando, FL  |  Plantation, FL  |  Sarasota, FL  |  St. Petersburg, FL  |  Tallahassee, FL  |  Tampa, FL  |  Tavares, FL  |  The Villages, FL  |  Winter Haven, FL



DALLAS   |   AUSTIN   |   LOS ANGELES   |   BATON ROUGE

800.222.2766    3102 Oak Lawn Avenue
tel 214.521.3605    Suite 1100
fax 214.520.1181    Dallas, TX 75219-428

December 10, 2014

**Via Facsimile (504) 561-6024 and U.S. Mail**
Russ M. Herman, Esq.
Leonard A. Davis, Esq.
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Ave.
New Orleans, LA 700113

Re:   Baron & Budd, P.C. Clients Ira Goldstein, Michael & Brenda Swank, and Burton & Joyce Burnett
   *In re: Chinese Manufactured Drywall Products Liability Litigation*
   *Haya, et al. v. Knauf GIPS KG, et al.- Case No. 11-1077*

Dear Mr. Herman and Mr. Davis:

   Baron & Budd, P.C. represents plaintiffs Ira Goldstein, Michael & Brenda Swank, and Burton & Joyce Burnett. We hereby authorize the attorneys of Herman, Herman, Katz & Cotlar, L.L.P. to file the enclosed Rule 41 Notice of Voluntary Dismissal with Prejudice. Our clients are dismissing with prejudice their claims against USG Corporation and L & W Supply Corp. d/b/a Seacoast Supply Corp. only. They will continue to pursue their claims against the remaining defendants. Thank you for your attention to this matter.

Sincerely,

Holly R. Werkema
Baron & Budd, P.C.