# Exhibit "A"

# BARON B BUDD, P.C.

DALLAS | AUSTIN | LOS ANGELES | BATON ROUGE

800.222.2766  3102 Oak Lawn Avenue
tel 214.521.3605  Suite 1100
fax 214.520.1181  Dallas, TX 75219-428

December 10, 2014

**Via Facsimile (504) 561-6024 and U.S. Mail**
Russ M. Herman, Esq.
Leonard A. Davis, Esq.
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Ave.
New Orleans, LA 700113

Re: Baron & Budd, P.C. Clients Michael & Brenda Swank
*In re: Chinese Manufactured Drywall Products Liability Litigation*
*Payton, et al. v. Knauf GIPS KG, et al.- Case No. 09-7628*

Dear Mr. Herman and Mr. Davis:

Baron & Budd, P.C. represents plaintiffs Michael & Brenda Swank. We hereby authorize the attorneys of Herman, Herman, Katz & Cotlar, L.L.P. to file the enclosed Rule 41 Notice of Voluntary Dismissal with Prejudice. Our clients are dismissing with prejudice their claims against USG Corporation and L & W Supply Corp. d/b/a Seacoast Supply Corp. only. They will continue to pursue their claims against the remaining defendants. Thank you for your attention to this matter.

Sincerely,

Holly R. Werkema
Baron & Budd, P.C.