# Exhibit "A"



**MORGAN & MORGAN**
COMPLEX LITIGATION GROUP

Mass Torts | Whistleblower | Class Action

February 9, 2015

**VIA FACSIMILE (504) 561-6024 and U.S. Mail**
Russ M. Herman, Esq.
Leonard A. Davis, Esq.
Herman, Herman & Katz, LLC
820 O'Keefe Ave.
New Orleans, LA 70113

RE:     **Our Client: Donna Feltner**
        ***In re: Chinese Manufactured Drywall Product Liability Litig.***
        Case No. 10-0361 Wiltz, et al. v. Bejing New Building Materials, et al.
        Our File No.:   1040450

Dear Russ & Lenny:

We represent Donna Feltner.  We hereby authorize the attorneys of Herman,
Herman & Katz, LLC to file the enclosed Rule 41 Notice of Voluntary Dismissal With
Prejudice. Our client is dismissing with prejudice her claims against USG
Corporation and L&W Supply Corp. D/B/A Seacoast Supply Corp. only. She will
continue to pursue her claims against the remaining defendants. Thank you for your
attention to this matter.

Sincerely,

Pete V. Albanis, Esq.

PVA/esr
Enclosure

One University Park  |  12800 University Drive  |  Suite 600  |  Fort Myers, FL 33907  |  Ph: 239.433.6880  |  www.ForThePeople.com

Atlanta, GA  |  Bowling Green, KY  |  Daytona Beach, FL  |  Fort Myers, FL  |  Jackson, MS  |  Jacksonville, FL  |  Kissimmee, FL  |  Lakeland, FL  |  Lexington, KY  |  Naples, FL  |  Nashville, TN
New York, NY  |  Memphis, TN  |  Orlando, FL  |  Plantation, FL  |  Sarasota, FL  |  St. Petersburg, FL  |  Tallahassee, FL  |  Tampa, FL  |  Tavares, FL  |  The Villages, FL  |  Winter Haven, FL