

**From:** Robert L. Readfearn, Jr. [mailto:robertjr@spsr-law.com]
**Sent:** Monday, April 01, 2013 9:39 AM
**To:** Wayne Ferrell
**Subject:** RE: Sand & Newman Chinese Drywall Complaints

Wayne:

The judge issued an order on 3/27/13 regarding registration of claims for the various Chinese drywall settlements, which should be posted on the Court's website by now.

The settlement is final and your clients are in the settlement. At this point, we must insist that you dismiss your client's claims against Bailey.

Robert

---

**From:** Robert L. Readfearn, Jr.
**Sent:** Monday, March 18, 2013 10:49 AM
**To:** 'Wayne Ferrell'
**Cc:** jlh@cchmlawyers.com; Reba Parsley; Dawn Crosby
**Subject:** RE: Sand & Newman Chinese Drywall Complaints

I'm not really sure what you are looking for. If you are in the class definition, you are in.

---

**From:** Wayne Ferrell [mailto:WFerrell@airlawonline.com]
**Sent:** Monday, March 18, 2013 10:38 AM
**To:** Robert L. Readfearn, Jr.
**Cc:** jlh@cchmlawyers.com; Reba Parsley; Dawn Crosby
**Subject:** RE: Sand & Newman Chinese Drywall Complaints

Robert: As soon as I can get someone with the proper authority to acknowledge that our claims are firmly in the class, I will agree to the Dismissals. So far, I can't seem to get that acknowledgement. Maybe you could help with that process?
Wayne



3



EXHIBIT A

From: Robert L. Redfearn, Jr. [mailto:RobertJr@spsr-law.com]
Sent: Monday, March 18, 2013 8:33 AM
To: Robert L. Readfearn, Jr.; Wayne Ferrell
Subject: RE: Sand & Newman Chinese Drywall Complaints

Wayne:

As you probably know, the deadline for appealing the Chinese Drywall settlement has passed. I understand that the administrative process is being set up and they hope to have people start submitting claims by the end of this month.

In light of this fact and the settlement terms, we would ask that you now dismiss Bailey Lumber from the Sand, Newman, Clark-Parlow, Sanderford & Ladner cases. If you will not voluntarily dismiss our clients, we will proceed with formal motions to dismiss.

Robert

---

From: Robert L. Redfearn, Jr.
Sent: Thursday, January 24, 2013 10:03 AM
To: 'Wayne Ferrell'
Subject: RE: Sand & Newman Chinese Drywall Complaints

I'm not sure what concerns you are referring to, but it is really in the hands of the court which is approving the settlements.

---

From: Wayne Ferrell [mailto:WFerrell@airlawonline.com]
Sent: Thursday, January 24, 2013 9:56 AM
To: Robert L. Redfearn, Jr.
Cc: Betty Mullin; jlh@cchmlawyers.com; Dawn Crosby; Jeri Ausbon
Subject: RE: Sand & Newman Chinese Drywall Complaints

Can you help us with our concerns?



---

From: Robert L. Redfearn, Jr. [mailto:RobertJr@spsr-law.com]
Sent: Thursday, January 24, 2013 9:52 AM
To: Wayne Ferrell
Cc: Betty Mullin; jlh@cchmlawyers.com; Dawn Crosby; Jeri Ausbon
Subject: RE: Sand & Newman Chinese Drywall Complaints

Okay, we'll continue to sit tight for the time being then.

---

From: Wayne Ferrell [mailto:WFerrell@airlawonline.com]
Sent: Thursday, January 24, 2013 9:47 AM
To: Robert L. Redfearn, Jr.

4

**Cc:** Betty Mullin; jlh@cchmlawyers.com; Dawn Crosby; Jeri Ausbon
**Subject:** RE: Sand & Newman Chinese Drywall Complaints

Hey Robert: Once we find out exactly what that means for our clients and we get some confirmation that the clients will actually get something from opting in then we will consider dismissing them without prejudice.



**From:** Robert L. Redfearn, Jr. [mailto:RobertJr@spsr-law.com]
**Sent:** Thursday, January 24, 2013 9:42 AM
**To:** Wayne Ferrell
**Cc:** Betty Mullin
**Subject:** Sand & Newman Chinese Drywall Complaints

Wayne:

Since your clients have opted-in to the MDL Chinese Drywall Builders, Installers & Suppliers settlement, are you agreeable to dismissing your claims against Bailey in the Mississippi suits?

Robert L. Redfearn, Jr.
1100 Poydras St., 30th Floor
New Orleans, LA 70163
http://www.spsr-law.com
Phone: 504-569-2994
Fax: 504-569-2999



CONFIDENTIALITY NOTICE

This email transmission(and/or the documents accompanying it)may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or the entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this e-mail transmission in error, please notify the sender and delete this communication from your computer system.