**Adrienne Parker**

**From:** Katie Hamilton [khamilton@browngreer.com]
**Sent:** Monday, August 05, 2013 1:37 PM
**To:** Jeri Ausbon
**Subject:** RE: documents
**Attachments:** CDW - Lawfirm User Manual.pdf

What site are you using? This is the site to login to the Chinese Drywall Settlement Portal, https://www3.browngreer.com/Drywall/Logon.aspx.

The attached Attorney Manual, specifically page 18 which goes over the Document Upload feature. You may access the Attorney Manual from the HOME page of the portal, but I've also attached it for your convenience.

Right now, the only document uploaded in the Chinese Drywall Settlement portal for each of these clients is the Registration Form.

---

**From:** Jeri Ausbon [mailto:jausbon@airlawonline.com]
**Sent:** Monday, August 05, 2013 2:27 PM
**To:** Katie Hamilton
**Subject:** RE: documents

Katie, I'm not too sure of what I'm doing. I'm feeling my way through. Where do I need to upload the documents and exactly what documents are needed. I have Document 16642 for each of our clients. Your help would be greatly appreciated.


Jeri Ausbon, CLA
Law Offices of Wayne E Ferrell Jr., PLLC
405 Tombigbee St.
P.O. Box 24448
Jackson, MS   39225-4448

(601) 969-4700   Telephone
(601) 969-7514   Fax


---

**From:** Katie Hamilton [mailto:khamilton@browngreer.com]
**Sent:** Monday, August 05, 2013 1:08 PM
**To:** Jeri Ausbon
**Subject:** RE: documents


EXHIBIT
C

Jeri,

I'm unable to view the documents you uploaded for the clients listed below. Also, records indicate no one from your firm has logged into the portal in some time. Are you sure you are uploading documents to the Chinese Drywall Settlement Program portal? Perhaps you are confused with the Pilot Program

portal, also handled by our firm. Please let me know your thoughts on this.

Thank you,
Katie

**From:** Jeri Ausbon [mailto:jausbon@airlawonline.com]
**Sent:** Thursday, August 01, 2013 2:49 PM
**To:** Chinesedrywallregistration
**Subject:** documents

I uploaded documents. I seem to be spinning my wheels to get this to go forward. Could you check and make sure I have submitted all that you want and if not, what else do you need. Thanks.

Clients are as follows: James and Anita Sanderford
                       Marilyn Clark
                       Shea Ladner


Jeri Ausbon
Law Offices of Wayne E Ferrell Jr., PLLC
Bookkeeper/Building Manager
405 Tombigbee St.
P.O. Box 24448
Jackson, MS   39225-4448

(601) 969-4700   Telephone
(601) 969-7514   Fax

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

12/10/2014