## Adrienne Parker

**From:** Chinesedrywallregistration [Chinesedrywallregistration@browngreer.com]
**Sent:** Thursday, June 13, 2013 3:45 PM
**To:** Jeri Ausbon
**Subject:** Registration Form and Web Portal Access
**Categories:** Red Category

Dear Counsel,

We confirm receipt of your registration form and are currently uploading it to the Chinese Drywall web portal. You will be able to file claims through the web portal once the upload is complete. We will notify you when the upload is complete. In the meantime, we created a secure web portal account for you. If you would like immediate access to file Claim Forms, you may access the portal now and complete the Registration Form through your Attorney Portal. Please refer to the Attorney Portal User Manual when registering your clients.

Please use the following link to access the portal, https://www3.browngreer.com/Drywall/Logon.aspx, and use the account information below to login.

**User Name:** Wayne Ferrell
**User Login ID:** wferrell
**User Password:** wferrell1

Upon initial login you will have the option to update your email address and password by clicking the Change Password/Email button on the left side of the screen. You will also have the option to update the demographic information for your firm by clicking the Firm Administration button on the left side of the screen.



From the Home screen, you will be able to view the **Chinese Drywall Attorney Portal User Manual**. Please refer to this Manual when registering your clients and navigating the web portal.



EXHIBIT D



Click here for the Chinese Drywall Portal User Manual.

We designated a Firm Contact who can assist you with inquiries throughout the claims process. Your Firm Contact's information is listed below.

**Firm Contact Name:** Katie Hamilton
**Firm Contact Email:** khamilton@browngreer.com
**Firm Contact Phone:** 804-318-4569

Thank you,

Chinese Drywall Settlement Administrator
**BROWNGREER PLC**
P.O. Box 25401
Richmond, Virginia 23260
Telephone: (804) 521-7200
Facsimile: (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

12/10/2014

**Adrienne Parker**

| | |
|---|---|
| **From:** | Chinesedrywallregistration@browngreer.com |
| **Sent:** | Monday, August 05, 2013 2:44 PM |
| **To:** | Jeri Ausbon |
| **Subject:** | Chinese Drywall Settlement Portal Details |
| **Importance:** | High |

This is an official communication from the Claims Administrator for the Chinese Drywall Settlement Program. You have received this email because you requested that your Password be emailed to your email address

Your Password is: GNQFsd54170

We recommend that you keep your Login ID and Password secure and not share them with anyone. If you think your Password has been compromised, you can change it by logging in to your Portal and clicking the Change Password link.

Claims Administrator

Chinese Drywall Settlement Program

---

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

---

12/10/2014

**Adrienne Parker**

| | |
|---|---|
| **From:** | CDWQuestions@browngreer.com |
| **Sent:** | Wednesday, September 11, 2013 1:28 PM |
| **To:** | Jeri Ausbon |
| **Subject:** | Important Announcement from the Chinese Drywall Settlement Administrator regarding Claims Administrator Procedures |

**Importance:** High

You are receiving this email because you are an authorized user on the secure web-based Portal for the Chinese Drywall Settlement Program (the "Portal"). On September 10, 2013, the Court approved the establishment of a system for creating and tracking Chinese Drywall Settlement Program Claims Administration Procedures ("CAPs"). CAPs explain policies and procedures that the Settlement Administrator will follow in administering the Chinese Drywall Settlement Program. Click here to view the Court's Order.

So far, the parties have agreed on three CAPs:

CAP 2013-1: This CAP establishes the CAP process and sets out the procedure for issuing CAPs. Click here to view the full CAP 2013-1.

CAP 2013-2: This CAP sets out a detailed explanation of how the Settlement Administrator will review claims for indicia of Chinese Drywall and other facts related to builder, supplier, installer information for an Affected Property. It also adopts an affidavit for use by claimants who do not have documentary evidence of their builder, supplier, or installer. Click here to view the full CAP 2013-2, and here to view the Affected Property Information Affidavit.

CAP 2013-3: This CAP sets out a detailed explanation of the procedure that the Settlement Administrator will follow in processing Incomplete Claims. Upon determining that a claim is incomplete, the Settlement Administrator will notify the claimant (or if represented, the claimant's counsel) of the incompleteness, and will list the documents or information necessary to complete the claim. The claimant or counsel will have 30 days to supply the missing documents or information. Click here to view the full CAP 2013-3.

Contact the Settlement Administrator by email at CDWQuestions@browngreer.com or by phone at (866) 866-1729 if you have any questions about these procedures, or about the Chinese Drywall Program in general. We will send additional notifications by email when additional CAPs are approved.

**Chinese Drywall Settlement Administrator**
**BROWNGREER PLC**
P.O. Box 25401
Richmond, Virginia 23260
Telephone: (804) 521-7200
Facsimile: (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

12/10/2014