IN THE CIRCUIT COURT OF THE FIRST JUDICIAL DISTRICT OF
HARRISON COUNTY, MISSISSIPPI

ANITA SANDERFORD, JAMES
SANDERFORD, and WES SANDERFORD                          PLAINTIFFS

V.                                                      NO. A2401-2011-225

KNAUF GIPS KG                                           DEFENDANTS

### AFFIDAVIT OF WAYNE E. FERRELL, JR.

STATE OF MISSISSIPPI
COUNTY OF HINDS

      PERSONALLY appeared before me the undersigned authority in and for the Jurisdiction

aforesaid, the within named WAYNE E. FERRELL, JR. who having been first by me duly sworn,

stated on oath the following:

    1.     My name is Wayne E. Ferrell, Jr. and my address is 405 Tombigbee Street, Jackson,

Mississippi, 39201.

    2.     I am over the age of twenty-one (21); I am of sound mind and body; and I am capable

of making this Affidavit. I have personal knowledge of the facts and circumstances surrounding this

case and the matters to which I am attesting in this Affidavit. I am counsel for the Plaintiffs in the

above styled and numbered cause.

    3.     The Plaintiffs have been offered a certain settlement from the Bailey Lumber

Defendants. Plaintiffs elected to accept that settlement offer.

    4.     The Plaintiffs were also to be included in the Multi-District Litigation (MDL), more

formally known as *In re: Chinese Manufactured Drywall Products Liability Litigation;* United State

District Court, Eastern District of Louisiana; MDL No. 2047, Section: L.



5.      Plaintiffs were required to submit their claims through an MDL portal, administered by a Settlement Administrator.

6.      My office staff as well as myself, exhausted all efforts in communication with the Settlement Administrator, attempting to ensure that our client(s) were included in the MDL settlement.  We were given many conflicting responses from the Settlement Administrator as well as the law firms who work assisting the Settlement Administrator as to whether or not our client(s) claims were submitted in the MDL settlement process.  I have received word that my client(s) "should be fine" only later to find out that their names are not located within the portal register of those included in the settlement class.

7.      To date, I am awaiting confirmation of my clients' inclusion status in the  MDL settlement class.

8.      I am attaching the various emails as well as my office administrator's email that details her time line of events by which she and I attempted to file these notice of claims with the MDL.  Correspondence and emails are attached hereto as Exhibit "1" and incorporated herein by reference.  Affidavit of my office administrator, Jeri Ausbon, is attached hereto as Exhibit "2" and incorporated herein by reference.

9.      It was my intent as well as that of my clients to "opt in" to the MDL settlement class and these attempts to file their Notice of Claims to be included in the MDL settlement class were done prior to the deadline to submit claims pursuant to the MDL Order dated March 27, 2013.

FURTHER AFFIANT SAITH NAUGHT.

WAYNE E. FERRELL, JR.

-2-

SWORN TO AND SUBSCRIBED before me, this the _10_ day of December, 2014.

_____
NOTARY PUBLIC

My Commission Expires:

_9/6/15_

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 100099
DAWN CROSBY
Commission Expires:
Sept. 6, 2015
HINDS COUNTY

-3-

| | |
|---|---|
| **From:** | Wayne Ferrell |
| **Sent:** | Monday, April 01, 2013 10:32 AM |
| **To:** | Robert L. Readfearn, Jr. |
| **Cc:** | jlh@cchmlawyers.com; Jeri Ausbon; Dawn Crosby |
| **Subject:** | RE: Sand & Newman Chinese Drywall Complaints |

Robert Can you send that to me?



**From:** Robert L. Readfearn, Jr. [mailto:robertjr@spsr-law.com]
**Sent:** Monday, April 01, 2013 9:39 AM
**To:** Wayne Ferrell
**Subject:** RE: Sand & Newman Chinese Drywall Complaints

Wayne:

The judge issued an order on 3/27/13 regarding registration of claims for the various Chinese drywall settlements, which should be posted on the Court's website by now.

The settlement is final and your clients are in the settlement. At this point, we must insist that you dismiss your client's claims against Bailey.

Robert

**From:** Robert L. Readfearn, Jr.
**Sent:** Monday, March 18, 2013 10:49 AM
**To:** 'Wayne Ferrell'
**Cc:** jlh@cchmlawyers.com; Reba Parsley; Dawn Crosby
**Subject:** RE: Sand & Newman Chinese Drywall Complaints

I'm not really sure what you are looking for. If you are in the class definition, you are in.

**From:** Wayne Ferrell [mailto:WFerrell@airlawonline.com]
**Sent:** Monday, March 18, 2013 10:38 AM
**To:** Robert L. Readfearn, Jr.
**Cc:** jlh@cchmlawyers.com; Reba Parsley; Dawn Crosby
**Subject:** RE: Sand & Newman Chinese Drywall Complaints



1

Robert: As soon as I can get someone with the proper authority to acknowledge that our claims are firmly in the class, I will agree to the dismissals so far. I can't seem to get that acknowledgement. Maybe you could help with that process?

Wayne



**From:** Robert L. Readfearn, Jr. [mailto:robertjr@spsr-law.com]
**Sent:** Monday, March 18, 2013 8:33 AM
**To:** Robert L. Readfearn, Jr.; Wayne Ferrell
**Subject:** RE: Sand & Newman Chinese Drywall Complaints

Wayne:

As you probably know, the deadline for appealing the Chinese Drywall settlement has passed. I understand that the administrative process is being set up and they hope to have people start submitting claims by the end of this month.

In light of this fact and the settlement terms, we would ask that you now dismiss Bailey Lumber from the Sand, Newman, Clark-Parlow, Sanderford & Ladner cases. If you will not voluntarily dismiss our clients, we will proceed with formal motions to dismiss.

Robert

**From:** Robert L. Redfearn, Jr.
**Sent:** Thursday, January 24, 2013 10:03 AM
**To:** 'Wayne Ferrell'
**Subject:** RE: Sand & Newman Chinese Drywall Complaints

I'm not sure what concerns you are referring to, but it is really in the hands of the court which is approving the settlements.

**From:** Wayne Ferrell [mailto:WFerrell@airlawonline.com]
**Sent:** Thursday, January 24, 2013 9:56 AM
**To:** Robert L. Redfearn, Jr.
**Cc:** Betty Mullin; jlh@cchmlawyers.com; Dawn Crosby; Jeri Ausbon
**Subject:** RE: Sand & Newman Chinese Drywall Complaints

Can you help us with our concerns?



**From:** Robert L. Redfearn, Jr. [mailto:RobertJr@spsr-law.com]
**Sent:** Thursday, January 24, 2013 9:52 AM
**To:** Wayne Ferrell
**Cc:** Betty Mullin; jlh@cchmlawyers.com; Dawn Crosby; Jeri Ausbon
**Subject:** RE: Sand & Newman Chinese Drywall Complaints

Okay, we'll continue to sit tight for the time being then.

**From:** Wayne Ferrell [mailto:WFerrell@airlawonline.com]
**Sent:** Thursday, January 24, 2013 9:47 AM
**To:** Robert L. Redfearn, Jr.
**Cc:** Betty Mullin; jlh@cchmlawyers.com; Dawn Crosby; Jeri Ausbon
**Subject:** RE: Sand & Newman Chinese Drywall Complaints

Hey Robert: Once we find out exactly what that means for our clients and we get some confirmation that the clients will actually get something from opting in then we will consider dismissing them without prejudice.



**From:** Robert L. Redfearn, Jr. [mailto:RobertJr@spsr-law.com]
**Sent:** Thursday, January 24, 2013 9:42 AM
**To:** Wayne Ferrell
**Cc:** Betty Mullin
**Subject:** Sand & Newman Chinese Drywall Complaints

Wayne:

Since your clients have opted-in to the MDL Chinese Drywall Builders, Installers & Suppliers settlement, are you agreeable to dismissing your claims against Bailey in the Mississippi suits?

3

**Robert L. Redfearn, Jr.**
1100 Poydras St.,30th Floor
New Orleans, LA 70163
http://www.spsr-law.com
Phone: 504-569-2994
Fax: 504-569-2999



CONFIDENTIALITY NOTICE

This email transmission(and/or the documents accompanying it)may contain confidential information belonging to the sender which is protected by the attorney-client privilege.The information is intended only for the use of the individual or the entity named above. If you are not the intended recipient,you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this e-mail transmission in error, please notify the sender and delete this communication from your computer system.

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

**Robert Redfearn Jr.**

1100 Poydras St.,30th Floor
New Orleans, LA 70163
http://www.spsr-law.com

**CONFIDENTIALITY NOTICE**

This email transmission(and/or the documents accompanying it)may contain confidential information belonging to the sender which is protected by the attorney-client privilege.The information is intended only for the use of the individual or the entity named above. If you are not the intended recipient,you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this e-mail transmission in error, please notify the sender and delete this communication from your computer system.

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

**Robert Redfearn Jr.**

1100 Poydras St.,30th Floor
New Orleans, LA 70163
http://www.spsr-law.com
Phone: 504-569-2994
Fax: 504-569-2999

**CONFIDENTIALITY NOTICE**

This email transmission(and/or the documents accompanying it)may contain confidential information belonging to the sender which is protected by the attorney-client privilege.The information is intended only for the use of the individual or the entity named above. If you are not the intended recipient,you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this e-mail transmission in error, please notify the sender and delete this communication from your computer system.

| | |
|---|---|
| **From:** | Wayne Ferrell |
| **Sent:** | Thursday, January 24, 2013 9:56 AM |
| **To:** | Robert L. Redfearn, Jr. |
| **Cc:** | Betty Mullin; jlh@cchmlawyers.com; Dawn Crosby; Jeri Ausbon |
| **Subject:** | RE: Sand & Newman Chinese Drywall Complaints |

Can you help us with our concerns?



**From:** Robert L. Redfearn, Jr. [mailto:RobertJr@spsr-law.com]
**Sent:** Thursday, January 24, 2013 9:52 AM
**To:** Wayne Ferrell
**Cc:** Betty Mullin; jlh@cchmlawyers.com; Dawn Crosby; Jeri Ausbon
**Subject:** RE: Sand & Newman Chinese Drywall Complaints

Okay, we'll continue to sit tight for the time being then.

**From:** Wayne Ferrell [mailto:WFerrell@airlawonline.com]
**Sent:** Thursday, January 24, 2013 9:47 AM
**To:** Robert L. Redfearn, Jr.
**Cc:** Betty Mullin; jlh@cchmlawyers.com; Dawn Crosby; Jeri Ausbon
**Subject:** RE: Sand & Newman Chinese Drywall Complaints

Hey Robert: Once we find out exactly what that means for our clients and we get some confirmation that the clients will actually get something from opting in then we will consider dismissing them without prejudice.



1

**To:** Wayne Ferrell
**Cc:** Betty Mullin
**Subject:** Sand & Newman Chinese Drywall Complaints

Wayne:

Since your clients have opted-in to the MDL Chinese Drywall Builders, Installers & Suppliers settlement, are you agreeable to dismissing your claims against Bailey in the Mississippi suits?

**Robert L. Redfearn, Jr.**
1100 Poydras St.,30th Floor
New Orleans, LA 70163
http://www.spsr-law.com
Phone: 504-569-2994
Fax: 504-569-2999



CONFIDENTIALITY NOTICE

This email transmission(and/or the documents accompanying it)may contain confidential information belonging to the sender which is protected by the attorney-client privilege.The information is intended only for the use of the individual or the entity named above. If you are not the intended recipient,you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this e-mail transmission in error, please notify the sender and delete this communication from your computer system.

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

| | |
|---|---|
| **From:** | Wayne Ferrell |
| **Sent:** | Thursday, January 24, 2013 9:47 AM |
| **To:** | Robert L. Redfearn, Jr. |
| **Cc:** | Betty Mullin; jlh@cchmlawyers.com; Dawn Crosby; Jeri Ausbon |
| **Subject:** | RE: Sand & Newman Chinese Drywall Complaints |

Hey Robert: Once we find out exactly what that means for our clients and we get some confirmation that the clients will actually get something from opting in then we will consider dismissing them without prejudice.



**From:** Robert L. Redfearn, Jr. [mailto:RobertJr@spsr-law.com]
**Sent:** Thursday, January 24, 2013 9:42 AM
**To:** Wayne Ferrell
**Cc:** Betty Mullin
**Subject:** Sand & Newman Chinese Drywall Complaints

Wayne:

Since your clients have opted-in to the MDL Chinese Drywall Builders, Installers & Suppliers settlement, are you agreeable to dismissing your claims against Bailey in the Mississippi suits?

**Robert L. Redfearn, Jr.**
1100 Poydras St., 30th Floor
New Orleans, LA 70163
http://www.spsr-law.com
Phone: 504-569-2994
Fax: 504-569-2999



| | |
|---|---|
| **From:** | Wayne Ferrell |
| **Sent:** | Tuesday, December 11, 2012 6:58 PM |
| **To:** | Thalgott, Garrett; Jeri Ausbon |
| **Cc:** | Dawn Crosby; jlh@cchmlawyers.com |
| **Subject:** | RE: Chinese Drywall |

What is the news on the settlements. Do we need to do anything?



**From:** Thalgott, Garrett [mailto:GThalgott@frilot.com]
**Sent:** Friday, September 28, 2012 11:41 AM
**To:** Jeri Ausbon
**Cc:** Wayne Ferrell
**Subject:** RE: Chinese Drywall

Jeri (and Wayne)-

Your people should be good to go.  I would like to talk to you about the two that are not in the agreement.  It would be good to get them all in.  I will call you to discuss.

Garrett

Garrett W. Thalgott
Frilot LLC
1100 Poydras St. Suite 3700
New Orleans, LA 70163
Direct – 504.599.8247
Fax – 504.619.4984


**From:** Jeri Ausbon [mailto:jausbon@airlawonline.com]
**Sent:** Friday, September 28, 2012 11:39 AM
**To:** Thalgott, Garrett
**Subject:** Chinese Drywall

See attached letter.  Would appreciate it if you would let me know if this is agreeable. Thanks

1

Jeri Ausbon
Law Offices of Wayne B. Ferrell Jr., PLLC
Bookkeeper/Building Manager
405 Tombigbee St.
P.O. Box 24448
Jackson, MS   39225-4448

(601) 969-4700   Telephone
(601) 969-7514   Fax

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

**From:**          Wayne Ferrell
**Sent:**          Monday, April 01, 2013 3:18 PM
**To:**            Robert L. Readfearn, Jr.
**Cc:**            jlh@cchmlawyers.com; Reba Parsley; Dawn Crosby; Jeri Ausbon
**Subject:**       RE: Sand & Newman Chinese Drywall Complaints

My clients originally opted out. When we discovered there was going to be a limited amount of money we agreed to opt back in. The only confirmation that I have been able to get is that we should be all right.



**From:** Robert L. Readfearn, Jr. [mailto:robertjr@spsr-law.com]
**Sent:** Monday, April 01, 2013 3:11 PM
**To:** Wayne Ferrell
**Cc:** jlh@cchmlawyers.com; Reba Parsley; Dawn Crosby; Jeri Ausbon
**Subject:** RE: Sand & Newman Chinese Drywall Complaints

Wayne:

If your clients didn't opt-out (which they didn't), they are in.  Your clients' names are never going to appear as being in. Do you have something showing that they opted out?

Robert

**From:** Wayne Ferrell [mailto:WFerrell@airlawonline.com]
**Sent:** Monday, April 01, 2013 3:08 PM
**To:** Robert L. Readfearn, Jr.
**Cc:** jlh@cchmlawyers.com; Reba Parsley; Dawn Crosby; Jeri Ausbon
**Subject:** RE: Sand & Newman Chinese Drywall Complaints

Maybe I am missing something or a document but my clients names do not appear in the documents that you sent me and no one has confirmed that my clients are in the settlement class.



**From:** Robert L. Readfearn, Jr. [mailto:robertjr@spsr-law.com]
**Sent:** Monday, April 01, 2013 12:56 PM
**To:** Wayne Ferrell
**Subject:** RE: Sand & Newman Chinese Drywall Complaints

Here it is.  Now, I really insist that you dismissal the suits against Bailey so we can close our file or explain to me exactly why you refuse to do so.

---

**From:** Wayne Ferrell [mailto:WFerrell@airlawonline.com]
**Sent:** Monday, April 01, 2013 10:32 AM
**To:** Robert L. Readfearn, Jr.
**Cc:** jlh@cchmlawyers.com; Jeri Ausbon; Dawn Crosby
**Subject:** RE: Sand & Newman Chinese Drywall Complaints

Robert Can you send that to me?



**From:** Robert L. Readfearn, Jr. [mailto:robertjr@spsr-law.com]
**Sent:** Monday, April 01, 2013 9:39 AM
**To:** Wayne Ferrell
**Subject:** RE: Sand & Newman Chinese Drywall Complaints

Wayne:

The judge issued an order on 3/27/13 regarding registration of claims for the various Chinese drywall settlements, which should be posted on the Court's website by now.

The settlement is final and your clients are in the settlement. At this point, we must insist that you dismiss your client's claims against Bailey.

Robert

---

**From:** Robert L. Readfearn, Jr.
**Sent:** Monday, March 18, 2013 10:49 AM
**To:** 'Wayne Ferrell'
**Cc:** jlh@cchmlawyers.com; Reba Parsley; Dawn Crosby
**Subject:** RE: Sand & Newman Chinese Drywall Complaints

I'm not really sure what you are looking for. If you are in the class definition, you are in.

---

**From:** Wayne Ferrell [mailto:WFerrell@airlawonline.com]
**Sent:** Monday, March 18, 2013 10:38 AM
**To:** Robert L. Readfearn, Jr.
**Cc:** jlh@cchmlawyers.com; Reba Parsley; Dawn Crosby
**Subject:** RE: Sand & Newman Chinese Drywall Complaints

Robert: As soon as I can get someone with the proper authority to acknowledge that our claims are firmly in the class, I will agree to the Dismissals. So far, I can't seem to get that acknowledgement. Maybe you could help with that process?
Wayne



---

**From:** Robert L. Readfearn, Jr. [mailto:robertjr@spsr-law.com]
**Sent:** Monday, March 18, 2013 8:33 AM
**To:** Robert L. Readfearn, Jr.; Wayne Ferrell
**Subject:** RE: Sand & Newman Chinese Drywall Complaints

Wayne:

As you probably know, the deadline for appealing the Chinese Drywall settlement has passed. I understand that the administrative process is being set up and they hope to have people start submitting claims by the end of this month.

In light of this fact and the settlement terms, we would ask that you now dismiss Bailey Lumber from the Sand, Newman, Clark-Parlow, Sanderford & Ladner cases. If you will not voluntarily dismiss our clients, we will proceed with formal motions to dismiss.

Robert

**From:** Robert L. Redfearn, Jr.
**Sent:** Thursday, January 24, 2013 10:03 AM
**To:** 'Wayne Ferrell'
**Subject:** RE: Sand & Newman Chinese Drywall Complaints

I'm not sure what concerns you are referring to, but it is really in the hands of the court which is approving the settlements.

---

**From:** Wayne Ferrell [mailto:WFerrell@airlawonline.com]
**Sent:** Thursday, January 24, 2013 9:56 AM
**To:** Robert L. Redfearn, Jr.
**Cc:** Betty Mullin; jlh@cchmlawyers.com; Dawn Crosby; Jeri Ausbon
**Subject:** RE: Sand & Newman Chinese Drywall Complaints

Can you help us with our concerns?



**From:** Robert L. Redfearn, Jr. [mailto:RobertJr@spsr-law.com]
**Sent:** Thursday, January 24, 2013 9:52 AM
**To:** Wayne Ferrell
**Cc:** Betty Mullin; jlh@cchmlawyers.com; Dawn Crosby; Jeri Ausbon
**Subject:** RE: Sand & Newman Chinese Drywall Complaints

Okay, we'll continue to sit tight for the time being then.

---

**From:** Wayne Ferrell [mailto:WFerrell@airlawonline.com]
**Sent:** Thursday, January 24, 2013 9:47 AM
**To:** Robert L. Redfearn, Jr.
**Cc:** Betty Mullin; jlh@cchmlawyers.com; Dawn Crosby; Jeri Ausbon
**Subject:** RE: Sand & Newman Chinese Drywall Complaints

Hey Robert: Once we find out exactly what that means for our clients and we get some confirmation that the clients will actually get something from opting in then we will consider dismissing them without prejudice.



**From:** Robert L. Redfearn, Jr. [mailto:RobertJr@spsr-law.com]
**Sent:** Thursday, January 24, 2013 9:42 AM
**To:** Wayne Ferrell
**Cc:** Betty Mullin
**Subject:** Sand & Newman Chinese Drywall Complaints

Wayne:

Since your clients have opted-in to the MDL Chinese Drywall Builders, Installers & Suppliers settlement, are you agreeable to dismissing your claims against Bailey in the Mississippi suits?



**Robert L. Redfearn, Jr.**
1100 Poydras St.,30th Floor
New Orleans, LA 70163
http://www.spsr-law.com
Phone: 504-569-2994
Fax: 504-569-2999



CONFIDENTIALITY NOTICE

This email transmission(and/or the documents accompanying it)may contain confidential information belonging to the sender which is protected by the attorney-client privilege.The information is intended only for the use of the individual or the entity named above. If you are not the intended recipient,you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this e-mail transmission in error, please notify the sender and delete this communication from your computer system.

This email has been scanned by the Symantec Email Security.cloud service.

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

**Robert Redfearn Jr.**

1100 Poydras St.,30th Floor
New Orleans, LA 70163
http://www.spsr-law.com
Phone: 504-569-2994
Fax: 504-569-2999

CONFIDENTIALITY NOTICE

This email transmission(and/or the documents accompanying it)may contain confidential information belonging to the sender which is protected by the attorney-client privilege.The information is intended only for the use of the individual or the entity named above. If you are not the intended recipient,you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this e-mail transmission in error, please notify the sender and delete this communication from your computer system.

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

| From: | Wayne Ferrell |
|---|---|
| Sent: | Monday, April 01, 2013 4:25 PM |
| To: | Robert L. Readfearn, Jr. |
| Cc: | jlh@cchmlawyers.com; Reba Parsley; Dawn Crosby; Jeri Ausbon |
| Subject: | RE: Sand & Newman Chinese Drywall Complaints |

OK Thanks. We will take a look. Wayne



**From:** Robert L. Readfearn, Jr. [mailto:robertjr@spsr-law.com]
**Sent:** Monday, April 01, 2013 4:23 PM
**To:** Wayne Ferrell
**Cc:** jlh@cchmlawyers.com; Reba Parsley; Dawn Crosby; Jeri Ausbon
**Subject:** RE: Sand & Newman Chinese Drywall Complaints

Wayne:

Take a lot at this and see if it helps you.

INEX and Knauf Settlements

Clark/Parlow, Ladner, Sanderford – Opt outs withdrawn – See Doc. 15916-12, p. 19; and Doc. # 16373-1, pp.14-15

Newman –Opt out withdrawn –See Doc. # 15916, p.38;  Doc.# 16191-1, p. 43,  and Doc. # 16191-5, p. 9

Sand – No Opt out ever filed

Robert

**From:** Wayne Ferrell [mailto:WFerrell@airlawonline.com]
**Sent:** Monday, April 01, 2013 3:18 PM
**To:** Robert L. Readfearn, Jr.
**Cc:** jlh@cchmlawyers.com; Reba Parsley; Dawn Crosby; Jeri Ausbon
**Subject:** RE: Sand & Newman Chinese Drywall Complaints

My clients originally opted out. When we discovered there was going to be a limited amount of money we agreed to opt back in. The only confirmation that I have been able to get is that we should be all right.

1



**From:** Robert L. Readfearn, Jr. [mailto:robertjr@spsr-law.com]
**Sent:** Monday, April 01, 2013 3:11 PM
**To:** Wayne Ferrell
**Cc:** jlh@cchmlawyers.com; Reba Parsley; Dawn Crosby; Jeri Ausbon
**Subject:** RE: Sand & Newman Chinese Drywall Complaints

Wayne:

If your clients didn't opt-out (which they didn't), they are in.  Your clients' names are never going to appear as being in.
Do you have something showing that they opted out?

Robert

---

**From:** Wayne Ferrell [mailto:WFerrell@airlawonline.com]
**Sent:** Monday, April 01, 2013 3:08 PM
**To:** Robert L. Readfearn, Jr.
**Cc:** jlh@cchmlawyers.com; Reba Parsley; Dawn Crosby; Jeri Ausbon
**Subject:** RE: Sand & Newman Chinese Drywall Complaints

Maybe I am missing something or a document but my clients names do not appear in the documents that you sent me and no one has confirmed that my clients are in the settlement class.



**From:** Robert L. Readfearn, Jr. [mailto:robertjr@spsr-law.com]
**Sent:** Monday, April 01, 2013 12:56 PM
**To:** Wayne Ferrell
**Subject:** RE: Sand & Newman Chinese Drywall Complaints

2

---

**From:** Wayne Ferrell [mailto:WFerrell@airlawonline.com]
**Sent:** Monday, April 01, 2013 10:32 AM
**To:** Robert L. Readfearn, Jr.
**Cc:** jlh@cchmlawyers.com; Jeri Ausbon; Dawn Crosby
**Subject:** RE: Sand & Newman Chinese Drywall Complaints

Robert Can you send that to me?



---

**From:** Robert L. Readfearn, Jr. [mailto:robertjr@spsr-law.com]
**Sent:** Monday, April 01, 2013 9:39 AM
**To:** Wayne Ferrell
**Subject:** RE: Sand & Newman Chinese Drywall Complaints

Wayne:

The judge issued an order on 3/27/13 regarding registration of claims for the various Chinese drywall settlements, which should be posted on the Court's website by now.

The settlement is final and your clients are in the settlement. At this point, we must insist that you dismiss your client's claims against Bailey.

Robert

---

**From:** Robert L. Readfearn, Jr.
**Sent:** Monday, March 18, 2013 10:49 AM
**To:** 'Wayne Ferrell'
**Cc:** jlh@cchmlawyers.com; Reba Parsley; Dawn Crosby
**Subject:** RE: Sand & Newman Chinese Drywall Complaints

I'm not really sure what you are looking for. If you are in the class definition, you are in.

---

**From:** Wayne Ferrell [mailto:WFerrell@airlawonline.com]
**Sent:** Monday, March 18, 2013 10:38 AM
**To:** Robert L. Readfearn, Jr.
**Cc:** jlh@cchmlawyers.com; Reba Parsley; Dawn Crosby
**Subject:** RE: Sand & Newman Chinese Drywall Complaints

Robert: As soon as I can get someone with the proper authority to acknowledge that our claims are firmly in the class, I will agree to the dismissals. So far, I can't seem to get that acknowledgement. Maybe you could help with that process?

Wayne



WAYNE E. FERRELL, JR.
L.L.M. Aviation & Space Law

LAW OFFICES OF WAYNE E. FERRELL, JR., PLLC
405 Tombigbee Street
Post Office Box 24448
Jackson, Mississippi 39225-4448
Telephone: (601) 969-4700
Fax: (601) 969-7514

E-mail: wferrell@airlawonline.com
Web Page: http://www.airlawonline.com

**From:** Robert L. Readfearn, Jr. [mailto:robertjr@spsr-law.com]
**Sent:** Monday, March 18, 2013 8:33 AM
**To:** Robert L. Readfearn, Jr.; Wayne Ferrell
**Subject:** RE: Sand & Newman Chinese Drywall Complaints

Wayne:

As you probably know, the deadline for appealing the Chinese Drywall settlement has passed.  I understand that the administrative process is being set up and they hope to have people start submitting claims by the end of this month.

In light of this fact and the settlement terms, we would ask that you now dismiss Bailey Lumber from the Sand, Newman, Clark-Parlow, Sanderford & Ladner cases.  If you will not voluntarily dismiss our clients, we will proceed with formal motions to dismiss.

Robert

---

**From:** Robert L. Redfearn, Jr.
**Sent:** Thursday, January 24, 2013 10:03 AM
**To:** 'Wayne Ferrell'
**Subject:** RE: Sand & Newman Chinese Drywall Complaints

I'm not sure what concerns you are referring to, but it is really in the hands of the court which is approving the settlements.

---

**From:** Wayne Ferrell [mailto:WFerrell@airlawonline.com]
**Sent:** Thursday, January 24, 2013 9:56 AM
**To:** Robert L. Redfearn, Jr.
**Cc:** Betty Mullin; jlh@cchmlawyers.com; Dawn Crosby; Jeri Ausbon
**Subject:** RE: Sand & Newman Chinese Drywall Complaints

Can you help us with our concerns?



**From:** Robert L. Redfearn, Jr. [mailto:RobertJr@spsr-law.com]
**Sent:** Thursday, January 24, 2013 9:52 AM
**To:** Wayne Ferrell
**Cc:** Betty Mullin; jlh@cchmlawyers.com; Dawn Crosby; Jeri Ausbon
**Subject:** RE: Sand & Newman Chinese Drywall Complaints

Okay, we'll continue to sit tight for the time being then.

---

**From:** Wayne Ferrell [mailto:WFerrell@airlawonline.com]
**Sent:** Thursday, January 24, 2013 9:47 AM
**To:** Robert L. Redfearn, Jr.
**Cc:** Betty Mullin; jlh@cchmlawyers.com; Dawn Crosby; Jeri Ausbon
**Subject:** RE: Sand & Newman Chinese Drywall Complaints

Hey Robert: Once we find out exactly what that means for our clients and we get some confirmation that the clients will actually get something from opting in then we will consider dismissing them without prejudice.



**From:** Robert L. Redfearn, Jr. [mailto:RobertJr@spsr-law.com]
**Sent:** Thursday, January 24, 2013 9:42 AM
**To:** Wayne Ferrell
**Cc:** Betty Mullin
**Subject:** Sand & Newman Chinese Drywall Complaints

Wayne:

Since your clients have opted-in to the MDL Chinese Drywall Builders, Installers & Suppliers settlement, are you agreeable to dismissing your claims against Bailey in the Mississippi suits?

**Robert L. Redfearn, Jr.**
1100 Poydras St.,30th Floor
New Orleans, LA 70163
http://www.spsr-law.com
Phone: 504-569-2994
Fax: 504-569-2999



CONFIDENTIALITY NOTICE

This email transmission(and/or the documents accompanying it)may contain confidential information belonging to the sender which is protected by the attorney-client privilege.The information is intended only for the use of the individual or the entity named above. If you are not the intended recipient,you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this e-mail transmission in error, please notify the sender and delete this communication from your computer system.

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

**Robert Redfearn Jr.**

1100 Poydras St.,30th Floor
New Orleans, LA 70163
http://www.spsr-law.com

CONFIDENTIALITY NOTICE

This email transmission(and/or the documents accompanying it)may contain confidential information belonging to the sender which is protected by the attorney-client privilege.The information is intended only for the use of the individual or the entity named above. If you are not the intended recipient,you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this e-mail transmission in error, please notify the sender and delete this communication from your computer system.

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

**Robert Redfearn Jr.**

1100 Poydras St.,30th Floor
New Orleans, LA 70163
http://www.spsr-law.com
Phone: 504-569-2994
Fax: 504-569-2999

CONFIDENTIALITY NOTICE

This email transmission(and/or the documents accompanying it)may contain confidential information belonging to the sender which is protected by the attorney-client privilege.The information is intended only for the use of the individual or the entity named above. If you are not the intended recipient,you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this e-mail transmission in error, please notify the sender and delete this communication from your computer system.

7

| | |
|---|---|
| **From:** | Dawn Crosby |
| **Sent:** | Thursday, April 04, 2013 3:49 PM |
| **To:** | Jeri Ausbon |
| **Subject:** | FW: Sand & Newman Chinese Drywall Complaints |
| **Attachments:** | Chinese Drywall Setttlement - Claims Administration.pdf |

This appears to have the claim form attached to it.  Deadline is May 25

Dawn C. Crosby, CP
Certified Paralegal to Wayne E. Ferrell, Jr.
Law Offices of Wayne E. Ferrell, Jr.
405 Tombigbee St.
Jackson, MS  39201
Phone 601.969.4700
Fax 601.969.7514
dcrosby@airlawonline.com

**From:** Wayne Ferrell
**Sent:** Monday, April 01, 2013 3:09 PM
**To:** johnjr@eaveslaw.com
**Cc:** Dawn Crosby
**Subject:** FW: Sand & Newman Chinese Drywall Complaints

we need to complete these forms. Maybe get with Reba in John's office.



**From:** Robert L. Readfearn, Jr. [mailto:robertjr@spsr-law.com]
**Sent:** Monday, April 01, 2013 12:56 PM
**To:** Wayne Ferrell
**Subject:** RE: Sand & Newman Chinese Drywall Complaints

Here it is.  Now, I really insist that you dismissal the suits against Bailey so we can close our file or explain to me exactly
why you refuse to do so.

**From:** Wayne Ferrell [mailto:WFerrell@airlawonline.com]
**Sent:** Monday, April 01, 2013 10:32 AM
**To:** Robert L. Readfearn, Jr.

1

Robert Can you send that to me?



**From:** Robert L. Readfearn, Jr. [mailto:robertjr@spsr-law.com]
**Sent:** Monday, April 01, 2013 9:39 AM
**To:** Wayne Ferrell
**Subject:** RE: Sand & Newman Chinese Drywall Complaints

Wayne:

The judge issued an order on 3/27/13 regarding registration of claims for the various Chinese drywall settlements, which should be posted on the Court's website by now.

The settlement is final and your clients are in the settlement. At this point, we must insist that you dismiss your client's claims against Bailey.

Robert

---

**From:** Robert L. Readfearn, Jr.
**Sent:** Monday, March 18, 2013 10:49 AM
**To:** 'Wayne Ferrell'
**Cc:** jlh@cchmlawyers.com; Reba Parsley; Dawn Crosby
**Subject:** RE: Sand & Newman Chinese Drywall Complaints

I'm not really sure what you are looking for. If you are in the class definition, you are in.

---

**From:** Wayne Ferrell [mailto:WFerrell@airlawonline.com]
**Sent:** Monday, March 18, 2013 10:38 AM
**To:** Robert L. Readfearn, Jr.
**Cc:** jlh@cchmlawyers.com; Reba Parsley; Dawn Crosby
**Subject:** RE: Sand & Newman Chinese Drywall Complaints

Robert: As soon as I can get someone with the proper authority to acknowledge that our claims are firmly in the class, I will agree to the Dismissals. So far, I can't seem to get that acknowledgement. Maybe you could help with that process? Wayne



LAW OFFICES OF WAYNE E. FERRELL, JR., PLLC
405 Tombigbee Street
Post Office Box 24448
Jackson, Mississippi 39225-4448
Telephone: (601) 969-4700
Fax: (601) 969-7514

E-mail: wferrell@airlawonline.com
Web Page: http://www.airlawonline.com

**From:** Robert L. Readfearn, Jr. [mailto:robertjr@spsr-law.com]
**Sent:** Monday, March 18, 2013 8:33 AM
**To:** Robert L. Readfearn, Jr.; Wayne Ferrell
**Subject:** RE: Sand & Newman Chinese Drywall Complaints

Wayne:

As you probably know, the deadline for appealing the Chinese Drywall settlement has passed.  I understand that the administrative process is being set up and they hope to have people start submitting claims by the end of this month.

In light of this fact and the settlement terms, we would ask that you now dismiss Bailey Lumber from the Sand, Newman, Clark-Parlow, Sanderford & Ladner cases.  If you will not voluntarily dismiss our clients, we will proceed with formal motions to dismiss.

Robert

**From:** Robert L. Redfearn, Jr.
**Sent:** Thursday, January 24, 2013 10:03 AM
**To:** 'Wayne Ferrell'
**Subject:** RE: Sand & Newman Chinese Drywall Complaints

I'm not sure what concerns you are referring to, but it is really in the hands of the court which is approving the settlements.

**From:** Wayne Ferrell [mailto:WFerrell@airlawonline.com]
**Sent:** Thursday, January 24, 2013 9:56 AM
**To:** Robert L. Redfearn, Jr.
**Cc:** Betty Mullin; jlh@cchmlawyers.com; Dawn Crosby; Jeri Ausbon
**Subject:** RE: Sand & Newman Chinese Drywall Complaints

Can you help us with our concerns?



**From:** Robert L. Redfearn, Jr. [mailto:RobertJr@spsr-law.com]
**Sent:** Thursday, January 24, 2013 9:52 AM
**To:** Wayne Ferrell
**Cc:** Betty Mullin; jlh@cchmlawyers.com; Dawn Crosby; Jeri Ausbon
**Subject:** RE: Sand & Newman Chinese Drywall Complaints

Okay, we'll continue to sit tight for the time being then.

**From:** Wayne Ferrell [mailto:WFerrell@airlawonline.com]
**Sent:** Thursday, January 24, 2013 9:47 AM
**To:** Robert L. Redfearn, Jr.
**Cc:** Betty Mullin; jlh@cchmlawyers.com; Dawn Crosby; Jeri Ausbon
**Subject:** RE: Sand & Newman Chinese Drywall Complaints

Hey Robert: Once we find out exactly what that means for our clients and we get some confirmation that the clients will actually get something from opting in then we will consider dismissing them without prejudice.



**From:** Robert L. Redfearn, Jr. [mailto:RobertJr@spsr-law.com]
**Sent:** Thursday, January 24, 2013 9:42 AM
**To:** Wayne Ferrell
**Cc:** Betty Mullin
**Subject:** Sand & Newman Chinese Drywall Complaints

Wayne:

Since your clients have opted-in to the MDL Chinese Drywall Builders, Installers & Suppliers settlement, are you agreeable to dismissing your claims against Bailey in the Mississippi suits?

Robert L. Redfearn, Jr.
1100 Poydras St.,30th Floor
New Orleans, LA 70163
http://www.spsr-law.com
Phone: 504-569-2994
Fax: 504-569-2999



CONFIDENTIALITY NOTICE

This email transmission(and/or the documents accompanying it)may contain confidential information belonging to the sender which is protected by the attorney-client privilege.The information is intended only for the use of the individual or the entity named above. If you are not the intended recipient,you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this e-mail transmission in error, please notify the sender and delete this communication from your computer system.

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

**Robert Redfearn Jr.**

1100 Poydras St.,30th Floor
New Orleans, LA 70163
http://www.spsr-law.com

| | |
|---|---|
| **From:** | Wayne Ferrell |
| **Sent:** | Wednesday, May 01, 2013 11:49 AM |
| **To:** | jlh@cchmlawyers.com; Jeri Ausbon; Dawn Crosby |
| **Subject:** | FW: MDL Chinese Drywall Order |
| **Attachments:** | order 3-27-13.pdf |

**From:** Betty Mullin [mailto:bettym@spsr-law.com]
**Sent:** Monday, April 29, 2013 4:25 PM
**To:** Wayne Ferrell
**Cc:** Robert L. Readfearn, Jr.; 'Lommel, Larry(Larry.Lommel@LibertyMutual.com)'; 'Lori GSlater'; 'Rick Wise'; Richard Kostal; Berry, Vanessa
**Subject:** MDL Chinese Drywall Order

Wayne
You will recall that my partner (Robert Redfearn, Jr.) and I represent Baily Lumber & Supply in connection with Chinese Drywall claims. I understand that your clients (state court plaintiffs Clark/Parlow, Ladner, Newman, Sand and Sanderford) intend to participate in the INEX settlement. In an abundance of caution, I wanted to bring to your attention that the MDL Judge has entered the attached Order setting forth the required registration procedures for claimants. As you see in the Order, claimants must submit the attached Registration Form no later than 5/25/2013.

**From:** Phyllis Trahan
**Sent:** Monday, April 29, 2013 3:50 PM
**To:** Betty Mullin
**Subject:** Chinese Drywall Order

**Betty Mullin**

1100 Poydras St.,30th Floor
New Orleans, LA 70163
http://www.spsr-law.com
Phone: 504-569-2992
Fax: 504-569-2999
Cell: 504-669-3698

CONFIDENTIALITY NOTICE

1

# FRILOT | LLC
ATTORNEYS AT LAW

Frilot L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Phone: 504.599.8000
Facsimile: 504.599.8100
www.frilot.com

Garrett W. Thalgott
Telephone: (504)599-8247
Facsimile: (504)619-4984
E-mail: gthalgott@frilot.com

December 1, 2011

Mr. Wayne E. Ferrell, Jr.
405 Tombigbee Street
Post Office Box 24448
Jackson, MS 39225-4448

Re:   *Anita Sanderford, James Sanderford and Wes Sanderford v. Knauf, et al.*
      Chinese Drywall Litigation
      Our File: 1977-090255

Dear Mr. Ferrell

I am writing with regards to your clients' participation in the Chinese Drywall Remediation Pilot Program. As I indicated to you on the telephone when we last spoke some weeks ago, your clients may be eligible for participation in that program. When we last spoke, you were going to send me copies of the inspection reports that were done of your clients' homes, and if indicia of KPT Drywall was found in those reports, I was going to send inspectors to those homes on behalf of my client in order to confirm their eligibility for participation in the program.

Fortunately, those circumstances still have not changed. I still see no impediment to scheduling a confirmatory inspection if you can send me some indicia of the existence of KPT Drywall in those homes. If the confirmatory inspection confirms that your clients' homes contain all or substantially all KPT Drywall, their homes can be completely remediated and they will receive a lump sum payment of $8.50 per square foot.

I would appreciate it if you would let me know if your clients are interested in having their houses remediated *via* the pilot program. If they are, we should be able to get that ball rolling fairly quickly. Please feel free to contact me with any questions or concerns regarding the program.

Sincerely,

*Garrett Thalgott*

Garrett W. Thalgott

GWT/ljh
cc:   John L. Hunter
      Kyle Spaulding (*via* e-mail)
4307333.1

# Sirote

Sirote & Permutt, PC
2311 Highland Avenue South
Birmingham, AL 35205-2972

PO Box 55727
Birmingham, AL 35255-5727

Christopher A. Bottcher
Attorney at Law
cbottcher@sirote.com
Tel: 205-930-5279
Fax: 205-212-3816

July 19, 2013

Wayne E. Ferrell, Jr., Esq.
Wayne E. Ferrell, Jr., PLLC
P. O. Box 24448
Jackson, MS 39225-4448

*Re:*    *Chinese Drywall Cases*

Dear Wayne:

I received your letter to Garrett Thalgott asking about your clients' inclusion in the class settlement and the remediation program. Have your clients registered for the remediation program? If not, you may find this website http://www.mosscm.com/drywall/homeowners.php helpful. Please let us know what response you get from Mr. Thalgott. At some point in the not too distant future, we'll need to move to dismiss these cases. In the interim, I'll be happy to help you find answers to your questions.

Very truly yours,

Christopher A. Bottcher
FOR THE FIRM

CAB/sfb

c:    Robert Redfearn, Esq.
      Betty Mullin, Esq.
      Rita Williamson

DOCSBHM\1949078\1

STATE OF MISSISSIPPI

COUNTY OF HINDS

<u>AFFIDAVIT</u>

Personally came and appeared before me, the undersigned authority in and for the jurisdiction aforesaid, the within named Jeri Marie Ausbon, who after being by me first duly sworn, on oath stated the following:

1.      My name is Jeri Marie Ausbon.   I am of sound mind and over the age of twenty-one (21) years.

2.      I have worked on the Chinese Drywall case for Anita Sanderford since the latter part of 2013;

3.      I submitted Registration Forms to Brown and Greer by email on May 23, 2013 for Anita Sanderford;

4.      I submitted Claim Verification to Brown and Greer by email on October 17, 2013 for Anita Sanderford;

FURTHER AFFIANT SAITH NOT.

Dated:  December 10, 2014

Jeri Marie Ausbon

SWORN TO AND SUBSCRIBED BEFORE ME, this the 10 day of December, 2014.

NOTARY PUBLIC

My Commission Expires:

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 100099
DAWN CROSBY
Commission Expires
Sept. 6, 2016
HINDS COUNTY

EXHIBIT
2