IN THE CIRCUIT COURT OF THE FIRST JUDICIAL DISTRICT OF
HARRISON COUNTY, MISSISSIPPI

ANITA, JAMES AND            PLAINTIFFS
WES SANDERFORD

VERSUS            NO.: A2401-11-225

KNAUF GIPS KG, et al.            DEFENDANTS

### ORDER TO DISMISS

Considering the Ex Parte Motion to Dismiss filed by Bailey Lumber & Supply Company ("Bailey"), and joined in by Interior/Exterior Building Supply ("INEX") via Joinder, Plaintiffs' claims against Bailey and INEX are hereby administratively dismissed without prejudice. The Court retains jurisdiction to reinstate Plaintiffs' claims against Bailey and/or INEX for purposes of either enforcing the settlement or placing the claims back on the docket for resolution herein.

SO ORDERED, this 14th day of _____, 2015 at _____, Mississippi.

_____
JUDGE

**EXHIBIT 2**

FILED
JAN 14 2015
GAYLE PARKER, Circuit Clerk
By _____ DC

IN THE CIRCUIT COURT OF THE FIRST JUDICIAL DISTRICT OF
HARRISON COUNTY, MISSISSIPPI

MARILYN CLARK AND                              PLAINTIFFS
FRANCES T. PARLOW

VERSUS                                         NO.: A2401-2010-418

KNAUF GIPS KG, et al.                          DEFENDANTS

### ORDER TO DISMISS

Considering the Ex Parte Motion to Dismiss filed by Bailey Lumber & Supply Company ("Bailey"), and joined in by Interior/Exterior Building Supply ("INEX") via Joinder, Plaintiffs' claims against Bailey and INEX are hereby administratively dismissed without prejudice. The Court retains jurisdiction to reinstate Plaintiffs' claims against Bailey and/or INEX for purposes of either enforcing the settlement or placing the claims back on the docket for resolution herein.

SO ORDERED, this 14th day of January, 2015, at Gulfport, Mississippi.

_____
JUDGE

**FILED**
JAN 14 2015
GAYLE PARKER, Circuit Clerk
By _____ DC