UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL        MDL NO. 2047
PRODUCTS LIABILITY LITIGATION

                SECTION: L

                JUDGE FALLON
                MAG. JUDGE WILKINSON

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Plaintiffs intend to submit for review and consideration their Motion to Submit Claims Out of Time [Docket No. 18346 and refiled as No. 18347] before the Honorable Eldon E. Fallon, on March 11, 2015 at 9:00 a.m.

SO NOTICED, this the 13th day of February, 2015.

                PLAINTIFFS

                BY: /s/Wayne E. Ferrell, Jr.
                    WAYNE E. FERRELL, JR.

OF COUNSEL:

WAYNE E. FERRELL, JR.
Mississippi Bar No. 5182
Post Office Box 24448
Jackson, Mississippi 39225
(601) 969-4700
wferrell@airlawonline.com

## CERTIFICATE OF SERVICE

I, WAYNE E. FERRELL, JR., do hereby certify that I have this day electronically filed the foregoing document with the Clerk of the Court utilizing the ECF system which sent notification of such filing to all counsel of record.

This the 13th day of February, 2015.

                By:   /s/ Wayne E. Ferrell, Jr.
                        WAYNE E. FERRELL, JR.