**EXHIBIT A**

THIS MEMORANDUM is an acknowledgment that a Bill of Lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

Shipper's No. 300 - 333

Carrier's Name: SLC

Carrier's No.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of lading,

at Port of Pensacola (Date) 10/3/06 FROM NAS Barracks, Pensacola F

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below, which said company (the word company being un throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own railroad, water line, highwa or routes, or within the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Bill of Lading set forth (1) in the Uniform Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier s Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this s and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address for purposes of notification only.)

Consigned TO Gulf Coast Shelter

On Collect on Delivery Shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1.

Destination City Salvage Street City

Laurel County State MS Zip

Route Delivery Address ★

(★To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Delivering Carrier SLC Trucking Car or Vehicle Initials and No. 30 Flat

Collect on Delivery $ And Remit to

Street City State

Subject to Section 7 of conditions, if t ment is to be delivered to the consignee recourse on the consignor, the consign sign the following statement:
The carrier shall not make delivery shipment without payment of freight other lawful charges.

(Signature of consignor.)

**C. O. D.** Charges to be Paid by
☐ Shipper ☐ Consigne

If charges are to be prepaid, stamp here, "To be Prepaid."

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 7 | | Bdls 1/2 x4x12 Sheetrock "B" Grade | 45988 # | | |
| | | 476 Pcs | | | |
| | | Customer PO 300-3333 | | | |
| | | Steve Broadway | | | |
| | | Weather Protect City SAlvage | | | |
| | | Time 10-4-2006 | | | |

Received $ t in prepayment of the charges or property described hereon.

Agent or Cashier

Per
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:

$

† "The fibre containers used for this conform to the specifications set for box maker's certificate thereon, and requirements of Rule 41 of the Unifor Classification and Rule 5 of the Natio Freight Classification."
† Shipper's imprint in lieu of stamp; of bill of lading approved by the Commerce Commission.

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.
NOTE —Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

**The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding** per

Poole Stevedore Shipper, Per

Permanent post-office address of shipper, Per [signature]

3

CitySalvage/TriStarNPS0039

**EXHIBIT A**

**THIS MEMORANDUM** is an acknowledgment that a Bill of Lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

Shipper's No.

Carrier's Name: Alpha + Omega – 787 / 787T

Carrier's No.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of lading,

at Port of Pensacola (Date) 8-30-06 FROM 720 A S. Barracks St. Pens, Fl.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own railroad, water line, highway route or routes, or within the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in the Uniform Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

Consigned TO Gulf Coast Shelter c/o City Salvage (Mail or street address for purposes of notification only.)

On Collect on Delivery Shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1.

Destination 804 Lambert St. Street Laurel City

County MS State Zip

Route Delivery Address ★

(★To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Delivering Carrier Car or Vehicle Initials and No.

Collect on Delivery $ And Remit to

Street City State

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of consignor.)

**C. O. D.** Charges to be Paid by ☐ Shipper ☐ Consignee

If charges are to be prepaid, write or stamp here, "To be Prepaid."

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 7 bd. | | 1/2" x 4" x 12' gypsum drywall @ 476 pcs. | 45,988 lbs | | |
| | | | Steve Bradbury | | |
| | | Customer P.O. 30031350 | City Salvage | | |
| | | | 8-30-2006 | | |
| | | Load must be tarped | | | |

Received $ ______ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per

(The signature here acknowledges only the amount prepaid.)

Charges Advanced:

$

† "The fibre containers used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Uniform Freight Classification and Rule 5 of the National Motor Freight Classification."

† Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.

NOTE — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

**The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding** per

Pate Stevedore Co. Shipper, Per [signature] Agent

Permanent post-office address of shipper, Per X [signature]

3

**EXHIBIT A**

THIS MEMORANDUM is an acknowledgment that a Bill of Lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

Shipper's No. GCS 300-3251

Carrier's Name: FRANCIS POWELL ENT TRK 925

Carrier's No.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of lading,

at Port of Pensacola (Date) 9/21/06 FROM 720A S. Barracks St, Pensacola FL

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own railroad, water line, highway route or routes, or within the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in the Uniform Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

Consigned TO Gulf Coast Shelter / City Salvage (Mail or street address for purposes of notification only.)

On Collect on Delivery Shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1.

Destination 804 Limbert ST. Street Laurel City

County MS State Zip

Route Delivery Address★ Larry Loftin 601-649-7150

(★To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Delivering Carrier Car or Vehicle Initials and No.

Collect on Delivery $ And Remit to

Street City State

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 7 | | Bdls 1/2 4x12 sheetrock - B-Grade | 45988# | | |
| | | 476 pcs. | | | |
| | | Customer PO 300 3251 | | | |
| | | Steve Broadway - City Salvage | 9-22-2006 | | |
| | | Must Tarp Load | | | |
| | | Time: 11:45Am | | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.
NOTE — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

**The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding** per

* Pate Stevedore.

Shipper, Per [signature] Agent [signature]

Permanent post-office address of shipper, Per

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of consignor.)

**C. O. D.** Charges to be Paid by ☐ Shipper ☐ Consignee

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:

$

† "The fibre containers used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Uniform Freight Classification and Rule 5 of the National Motor Freight Classification."
† Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

CitySalvage/TriStarNPS0041

**EXHIBIT A**

THIS MEMORANDUM is an acknowledgment that a Bill of Lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

Shipper's No. ____

Carrier's Name: Hornady 340/52-7903 Carrier's No. ____

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of lading,

at Port of Pensacola (Date) 11-18-08 FROM 720 A South Barracks St Pensacola

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own railroad, water line, highway route or routes, or within the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in the Uniform Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

Consigned TO GCS (Mail or street address for purposes of notification only.)

On Collect on Delivery Shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1.

Destination ____ Street ____ Laurel City

____ County ____ MS State ____ Zip

Route ____ Delivery Address★ ____

(★To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Delivering Carrier ____ Car or Vehicle Initials and No. ____

Collect on Delivery $ ____ And Remit to ____

____ Street ____ City ____ State

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 7 | | Bdls 1/2" x 4' x 12' Sheetrock | 45,800 | lbs | |
| | | 476 Sheets - Damaged "As Is" | | | |
| | | Order #302070 | | | |
| | | Pate Stevedore | | | |
| | | Signed By: [signature] | | | |
| | | MUST Be TARPED | | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.
NOTE — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

**The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding ____ per ____**

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

____ (Signature of consignor.)

**C. O. D.** Charges to be Paid by ☐ Shipper ☐ Consignee

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ ____ to apply in prepayment of the charges on the property described hereon.

____ Agent or Cashier

Per ____ (The signature here acknowledges only the amount prepaid.)

Charges Advanced: $ ____

† "The fibre containers used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Uniform Freight Classification and Rule 5 of the National Motor Freight Classification."
† Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

Stephen Johnson Shipper, Per ____

Permanent post-office address of shipper, ____ Per [signature]

3

**EXHIBIT A**

THIS MEMORANDUM is an acknowledgment that a Bill of Lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

Shipper's No. 1904

Carrier's Name: PM Express 1900/1900

Carrier's No.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of lading,

at Port of Pensacola (Date) 11-19-08 FROM 720A South Barracks St. Pensa

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below, which said company (the word company being unde throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own railroad, water line, highway or routes, or within the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any p or said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic S Bill of Lading set forth (1) in the Uniform Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shi Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shi and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address for purposes of notification only.)

Consigned TO GCS

On Collect on Delivery Shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1.

Destination ______ Street ______ Laurel City

______ County ______ MS State ______ Zip

Route ______ Delivery Address ★

(★To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Delivering Carrier ______ Car or Vehicle Initials and No. ______

Collect on Delivery $ ______ And Remit to ______

Street ______ City ______ State

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 7 | | Bdls 1/2" x 4' x 12' Sheetrock | 45,800 | lbs | |
| | | 476 Sheets - Damaged "As Is" | | | |
| | | Order # 3020373 | | | |
| | | Pate Stevedore | | | |
| | | Signed By: [signature] | | | |
| | | MUST BE TARPED | | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.
NOTE — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding ______ per ______

Subject to Section 7 of conditions, if this ment is to be delivered to the consignee w recourse on the consignor, the consignor sign the following statement:
The carrier shall not make delivery o shipment without payment of freight an other lawful charges.

(Signature of consignor.)

C. O. D. Charges to be Paid by ☐ Shipper ☐ Consignee

If charges are to be prepaid, wri stamp here, "To be Prepaid."

Received $ ______ to ap in prepayment of the charges on property described hereon.

Agent or Cashier

Per ______
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:

$ ______

† "The fibre containers used for this sh conform to the specifications set forth i box maker's certificate thereon, and all requirements of Rule 41 of the Uniform Classification and Rule 5 of the National Freight Classification."
† Shipper's imprint in lieu of stamp; not of bill of lading approved by the Int Commerce Commission.

______ Shipper, Per Stephen Johnson ______ A

Permanent post-office address of shipper, ______ Per [signature]

3

**EXHIBIT A**

THIS MEMORANDUM is an acknowledgment that a Bill of Lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

Shipper's No.

Carrier's Name: Universal Am-Can 3640123/4835

Carrier's No.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of lading,

at Port of Pensacola (Date) 11-19-06 FROM 700A South Barracks St. Pensacola

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own railroad, water line, highway route or routes, or within the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in the Uniform Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address for purposes of notification only.)

Consigned TO GCS

On Collect on Delivery Shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1.

Destination ______ Street Laurel City

______ County ______ MS State ______ Zip

Route ______ Delivery Address ★

(★To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Delivering Carrier ______ Car or Vehicle Initials and No. ______

Collect on Delivery $ ______ And Remit to ______

______ Street ______ City ______ State

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 7 | | Bdls ½" x 4' x 12' Sheetrock | 45,800 | lbs | |
| | | 476 Sheets - Damaged "As Is" | | | |
| | | Order # 3020372 | | | |
| | | Pate Stevedore | | | |
| | | Signed By: W. J. [illegible] | | | |
| | | Must Be Tarped | | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.
NOTE — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding ______ per ______

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of consignor.)

C. O. D. Charges to be Paid by
☐ Shipper ☐ Consignee

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ ______ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per ______
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:

$ ______

† "The fibre containers used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Uniform Freight Classification and Rule 5 of the National Motor Freight Classification."
† Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

______ Shipper, Per ______ Agent

Permanent post-office address of shipper, REDMAN

Per [illegible]

3

**EXHIBIT A**

THIS MEMORANDUM is an acknowledgment that a Bill of Lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

Shipper's No.

Carrier's Name: CLF Transport 03/120

Carrier's No.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

at Port of Pensacola (Date) 11-20-08 FROM 204 South Barracks St. Pensacola

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below, which said company (the word company being understo[od] throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own railroad, water line, highway ro[ute] or routes, or within the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any port[ion] of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Strai[ght] Bill of Lading set forth (1) in the Uniform Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipme[nt]. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipme[nt] and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address for purposes of notification only.)

Consigned TO GCS

On Collect on Delivery Shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1.

Destination ______ Street ______ Laurel City

______ County ______ MS State ______ Zip

Route ______ Delivery Address★ ______

(★To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Delivering Carrier ______ Car or Vehicle Initials and No. ______

Collect on Delivery $ ______ And Remit to ______

______ Street ______ City ______ State

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 7 | | Bdls 1/2" x 4' x 12' Sheetrock | 45,300 | lbs | |
| | | 476 Sheets - Damaged "As Is" | | | |
| | | Order # 3020374 | | | |
| | | Pate Stevedore | | | |
| | | Signed By: W. [illegible] | | | |
| | | MUST Be TARPED | | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.
NOTE — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

**The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding ______ per ______**

Subject to Section 7 of conditions, if this sh[ip]ment is to be delivered to the consignee with[out] recourse on the consignor, the consignor sh[all] sign the following statement:
The carrier shall not make delivery of t[his] shipment without payment of freight and [all] other lawful charges.

______ (Signature of consignor.)

**C. O. D.** Charges to be Paid by
☐ Shipper ☐ Consignee

If charges are to be prepaid, write [or] stamp here, "To be Prepaid."

Received $ ______ to apply in prepayment of the charges on the property described hereon.

______ Agent or Cashier

Per ______
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:

$ ______

† "The fibre containers used for this shipm[ent] conform to the specifications set forth in t[he] box maker's certificate thereon, and all ot[her] requirements of Rule 41 of the Uniform Frei[ght] Classification and Rule 5 of the National Mo[tor] Freight Classification."
† Shipper's imprint in lieu of stamp; not a p[art] of bill of lading approved by the Interst[ate] Commerce Commission.

______ Shipper, Per ______ REDMAN ______ Age[nt]

Permanent post-office address of shipper, ______ Per Boyd [illegible]

3

**EXHIBIT A**

THIS MEMORANDUM is an acknowledgment that a Bill of Lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

Shipper's No. ______

Carrier's Name: Hornady 1302/12-2162 Carrier's No. ______

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

at Port of Pensacola (Date) 11-24-08 FROM 700A South Barracks St Pensacola

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below, which said company (the word company being understo[od] throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own railroad, water line, highway ro[ute] or routes, or within the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any porti[on] of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Strai[ght] Bill of Lading set forth (1) in the Uniform Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipme[nt]. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipme[nt] and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address for purposes of notification only.)

Consigned TO GCS

On Collect on Delivery Shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1.

Destination ______ Street ______ Laurel City

______ County ______ MS State ______ Zip

Route ______ Delivery Address ★ ______

(★To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Delivering Carrier ______ Car or Vehicle Initials and No. ______

Collect on Delivery $ ______ And Remit to ______

______ Street ______ City ______ State

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 7 | | Bdls 1/2" x 4' x 12' Sheet Rock | 45,800 | lbs | |
| | | 476 Sheets Damaged "As Is" | | | |
| | | Order # 3020377 | | | |
| | | Pate Stevedore | | | |
| | | Signed By [signature] | | | |
| | | MUST Be Tarped | | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.
NOTE — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

**The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding ______ per ______**

Subject to Section 7 of conditions, if this sh[ipment] is to be delivered to the consignee with[out] recourse on the consignor, the consignor sh[all] sign the following statement:
The carrier shall not make delivery of t[his] shipment without payment of freight and other lawful charges.

______
(Signature of consignor.)

**C. O. D.** Charges to be Paid by
☐ Shipper ☐ Consignee

If charges are to be prepaid, write stamp here, "To be Prepaid."

Received $ ______ to apply in prepayment of the charges on the property described hereon.

______
Agent or Cashier

Per ______
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:

$ ______

† "The fibre containers used for this shipme[nt] conform to the specifications set forth in t[he] box maker's certificate thereon, and all oth[er] requirements of Rule 41 of the Uniform Freig[ht] Classification and Rule 5 of the National Mo[tor] Freight Classification."
† Shipper's imprint in lieu of stamp; not a p[art] of bill of lading approved by the Intersta[te] Commerce Commission.

______ Shipper, Per ______ Agen[t]

Permanent post-office address of shipper, RE/MAX Per [signature]

3

**EXHIBIT A**

THIS MEMORANDUM is an acknowledgment that a Bill of Lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

Shipper's No.

Carrier's Name: Universal Am-Can 3640/4828 Carrier's No.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of lading,

at PORT OF PENSACOLA (Date) 12-1-08 FROM 720A S. BARRACKS ST., PENSACOLA, FL

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below, which said company (the word company being under throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own railroad, water line, highway or routes, or within the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any p of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic St Bill of Lading set forth (1) in the Uniform Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier ship Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this ship and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address for purposes of notification only.)

Consigned TO C/O GCS

On Collect on Delivery Shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1.

Destination ______ Street ______ Laurel City

______ County ______ MS State ______ Zip

Route ______ Delivery Address ★ ______

(★To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Delivering Carrier ______ Car or Vehicle Initials and No. ______

Collect on Delivery $ ______ And Remit to ______

______ Street ______ City ______ State

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 7 | | BDLS 1/2" 4' X 12' SHEETROCK - DAMAGED "AS IS" | 45,800 LBS | | |
| | | 476 SHEETS | | | |
| | | ORDER NO. 3020381 | | | |
| | | PATE STEVEDORE | | | |
| | | SIGNED BY: W. J. [signature] | | | |
| | | ********MUST BE TARPED************ | | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.
NOTE —Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

**The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding** ______ per ______

Subject to Section 7 of conditions, if this ment is to be delivered to the consignee w recourse on the consignor, the consignor sign the following statement:
The carrier shall not make delivery of shipment without payment of freight and other lawful charges.

(Signature of consignor.)

**C. O. D.** Charges to be Paid by
☐ Shipper ☐ Consignee

If charges are to be prepaid, writ stamp here, "To be Prepaid."

Received $ ______ to app in prepayment of the charges on th property described hereon.

Agent or Cashier

Per ______
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:

$ ______

† "The fibre containers used for this ship conform to the specifications set forth in box maker's certificate thereon, and all requirements of Rule 41 of the Uniform Fr Classification and Rule 5 of the National M Freight Classification."
† Shipper's imprint in lieu of stamp; not a of bill of lading approved by the Inte Commerce Commission.

Stephen Johns [signature], Shipper, Per ______ Ag

Permanent post-office address of shipper,

Per [signature]

3

**EXHIBIT A**

THIS MEMORANDUM is an acknowledgment that a Bill of Lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

Shipper's No. ____________

Carrier's Name: Robinson 115/104A

Carrier's No. ____________

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of lading,

at Port of Pensacola (Date) 11-21-08 FROM 700A South Barracks St | Pensacola Fl

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own railroad, water line, highway route or routes, or within the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in the Uniform Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address for purposes of notification only.)

Consigned TO GCS

On Collect on Delivery Shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1.

Destination ____________ Street Laurel City

____________ County MS State ____________ Zip

Route ____________ Delivery Address ★

(★To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Delivering Carrier ____________ Car or Vehicle Initials and No. ____________

Collect on Delivery $ ____________ And Remit to ____________

____________ Street ____________ City ____________ State

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 7 | | Bdls 1/2" x 4' x 12' Sheetrock | 45,800 | lbs | |
| | | 476 Sheets Damaged "As Is" | | | |
| | | Order # 3020375 | | | |
| | | Pote Stevedore | | | |
| | | Signed By W J [illegible] | | | |
| | | MUST BE TARPED | | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

**The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding** ____________ **per** ____________

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

____________
(Signature of consignor.)

**C. O. D.** Charges to be Paid by
☐ Shipper ☐ Consignee

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ ____________ to apply in prepayment of the charges on the property described hereon.

____________
Agent or Cashier

Per ____________
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:

$ ____________

† "The fibre containers used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Uniform Freight Classification and Rule 5 of the National Motor Freight Classification."
† Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

____________ Shipper, Per ____________

____________ Agent

Permanent post-office address of shipper,

Per Mark McCain

Steve Broadway - City Salvage 11-24-2008

3

**EXHIBIT A**

THIS MEMORANDUM is an acknowledgment that a Bill of Lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

Shipper's No.

Carrier's Name: Hornady 1301/52 1967

Carrier's No. 40074310

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of lading,

at PORT OF PENSACOLA (Date) 12-02-08 FROM 720A S. BARRACKS ST., PENSACOLA, FL

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own railroad, water line, highway route or routes, or within the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in the Uniform Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address for purposes of notification only.)

Consigned TO C/O GCS

On Collect on Delivery Shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1.

Destination ______ Street ______ Laurel City

______ County ______ MS State ______ Zip

Route ______ Delivery Address ★ ______

(★To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Delivering Carrier ______ Car or Vehicle Initials and No. ______

Collect on Delivery $ ______ And Remit to ______

______ Street ______ City ______ State

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of consignor.)

**C. O. D.** Charges to be Paid by
☐ Shipper ☐ Consignee

If charges are to be prepaid, write or stamp here, "To be Prepaid."

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 7 | | BDLS 1/2" 4' X 12' SHEETROCK - DAMAGED "AS IS" | 45,800 LBS | | |
| | | 476 SHEETS | | | |
| | | ORDER NO. 3020383 | | | |
| | | PATE STEVEDORE | | | |
| | | SIGNED BY W. [signature] | | | |
| | | **********MUST BE TARPED************** | | | |

Received $ ______ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per ______
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:

$ ______

† "The fibre containers used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Uniform Freight Classification and Rule 5 of the National Motor Freight Classification."
† Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.
NOTE — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

**The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding** ______ per ______

[signature] Shipper, Per ______ Agent

Permanent post-office address of shipper, Per [signature]

3

THIS SHIPPING ORDER must be legibly filled in, in Ink, in Indelible Pencil, or in Carbon, and retained by the Agent.

**EXHIBIT A**

Shipper's No.

Carrier's Name: Hornady 1387 / 52-1903

Carrier's No.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of lading,

at PORT OF PENSACOLA (Date) 12-2-08 FROM 720A S. BARRACKS ST., PENSACOLA, FL

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below, which said company (the word company being unde[rstood] throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own railroad, water line, highway [route] or routes, or within the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any p[ortion] of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic S[traight] Bill of Lading set forth (1) in the Uniform Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shi[pment]. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shi[pment] and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address for purposes of notification only.)

Consigned TO C/O GCS

On Collect on Delivery Shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1.

Destination ____ Street ____ Laurel City

____ County ____ MS State ____ Zip

Route ____ Delivery Address ★

(★To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Delivering Carrier ____ Car or Vehicle Initials and No. ____

Collect on Delivery $ ____ And Remit to ____

Street ____ City ____ State

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 7 | | BDLS 1/2" 4' X 12' SHEETROCK - DAMAGED "AS IS" | 45,800 LBS | | |
| | | 476 SHEETS | | | |
| | | ORDER NO. 3020382 | | | |
| | | PATE STEVEDORE | | | |
| | | SIGNED BY: W J [signature] | | | |
| | | ********MUST BE TARPED************** | | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.
NOTE — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

**The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding** ____ per

Subject to Section 7 of conditions, if this [ship]ment is to be delivered to the consignee w[ithout] recourse on the consignor, the consignor [shall] sign the following statement:
The carrier shall not make delivery o[f this] shipment without payment of freight an[d all] other lawful charges.

(Signature of consignor.)

**C. O. D.** Charges to be Paid by ☐ Shipper ☐ Consignee

If charges are to be prepaid, wri[te or] stamp here, "To be Prepaid."

Received $ ____ to ap[ply] in prepayment of the charges on [the] property described hereon.

Agent or Cashier

Per ____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:

$ ____

† "The fibre containers used for this sh[ipment] conform to the specifications set forth i[n the] box maker's certificate thereon, and all [other] requirements of Rule 41 of the Uniform [Freight] Classification and Rule 5 of the National [Motor] Freight Classification."
† Shipper's imprint in lieu of stamp; not [a part] of bill of lading approved by the Int[erstate] Commerce Commission.

____ Shipper, Per ____

Permanent post-office address of shipper, REDMAX

Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading. [signature]

2

**EXHIBIT A**

THIS MEMORANDUM is an acknowledgment that a Bill of Lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

Shipper's No. ____

Carrier's Name: Hornady 1299 / A2-2152 Carrier's No. ____

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of lading,

at PORT OF PENSACOLA (Date) 11-25-08 FROM 720A S. BARRACKS ST., PENSACOLA, FL

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own railroad, water line, highway route or routes, or within the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in the Uniform Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address for purposes of notification only.)

Consigned TO C/O GCS

On Collect on Delivery Shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1.

Destination ____ Street Laurel City ____

____ County ____ MS State ____ Zip ____

Route ____ Delivery Address★ ____

(★To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Delivering Carrier ____ Car or Vehicle Initials and No. ____

Collect on Delivery $ ____ And Remit to ____

Street ____ City ____ State ____

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 7 | | BDLS 1/2" 4'X 12' SHEETROCK - DAMAGED "AS IS" | 45,800 LBS | | |
| | | 476 SHEETS | | | |
| | | ORDER NO: 3020378 | | | |
| | | PATE STEVEDORE | | | |
| | | SIGNED BY: W J Osmund | | | |
| | | *********MUST BE TARPED************** | | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.

NOTE —Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

**The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding** ____ per ____

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

____ (Signature of consignor.)

**C. O. D.** Charges to be Paid by ☐ Shipper ☐ Consignee

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ ____ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per ____

(The signature here acknowledges only the amount prepaid.)

Charges Advanced:

$ ____

†"The fibre containers used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Uniform Freight Classification and Rule 5 of the National Motor Freight Classification."

†Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

____ Shipper, Per REDMAN

____ Agent

Permanent post-office address of shipper,

Per [signature]

3

City Salvage

EXHIBIT A

THIS MEMORANDUM is an acknowledgment that a Bill of Lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

Shipper's No.

Carrier's Name: Manady 1302/A2262 Carrier's No.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of lading,

at PORT OF PENSACOLA (Date) 11-25-08 FROM 720A S. BARRACKS ST., PENSACOLA, FL

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own railroad, water line, highway route or routes, or within the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in the Uniform Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address for purposes of notification only.)

Consigned TO C/O GCS

On Collect on Delivery Shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1.

Destination ______ Street Laurel City

______ County ______ MS State ______ Zip

Route ______ Delivery Address ★

(★To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Delivering Carrier ______ Car or Vehicle Initials and No. ______

Collect on Delivery $ ______ And Remit to ______

______ Street ______ City ______ State

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 7 | | BDLS 1/2" 4' X 12' SHEETROCK - DAMAGED "AS IS" | 45,800 LBS | | |
| | | 476 SHEETS | | | |
| | | ORDER NO. 3020379 | | | |
| | | PATE STEVEDORE | | | |
| | | SIGNED BY W. J. [illegible] | | | |
| | | ********MUST BE TARRED************ | | | |

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of consignor.)

C. O. D. Charges to be Paid by

☐ Shipper ☐ Consignee

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ ______ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per ______
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:

$ ______

† "The fibre containers used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Uniform Freight Classification and Rule 5 of the National Motor Freight Classification."

† Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

**The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding** ______ per ______

______ Shipper, Per ______ Agent

Permanent post-office address of shipper, REDMAN Per

3

**EXHIBIT A**

THIS SHIPPING ORDER must be legibly filled in, in Ink, in Indelible Pencil, or in Carbon, and retained by the Agent.

Shipper's No. ______

Carrier's Name: Hornady 1485 / 52 1943

Carrier's No. ______

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of lading,

at PORT OF PENSACOLA (Date) 12-3-08 FROM 720A S. BARRACKS ST., PENSACOLA, FL

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own railroad, water line, highway route or routes, or within the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in the Uniform Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address for purposes of notification only.)

Consigned TO C/O GCS

On Collect on Delivery Shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1.

Destination ______ Street ______ Laurel City

______ County ______ MS State ______ Zip

Route ______ Delivery Address ★ ______

(★To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Delivering Carrier ______ Car or Vehicle Initials and No. ______

Collect on Delivery $ ______ And Remit to ______

______ Street ______ City ______ State

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

______ (Signature of consignor.)

**C. O. D.** Charges to be Paid by ☐ Shipper ☐ Consignee

If charges are to be prepaid, write or stamp here, "To be Prepaid."

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 7 | | BDLS 1/2" 4' X 12' SHEETROCK - DAMAGED "AS IS" | 45,800 LBS | | |
| | | 476 SHEETS | | | |
| | | ORDER NO. 302038 | | | |
| | | PATE STEVEDORE | | | |
| | | SIGNED BY W. [signature] | | | |
| | | ********MUST BE TARPED ************ | | | |

Received $ ______ to apply in prepayment of the charges on the property described hereon.

______ Agent or Cashier

Per ______ (The signature here acknowledges only the amount prepaid.)

Charges Advanced:

$ ______

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.

NOTE —Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

**The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding** ______ per ______

† "The fibre containers used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Uniform Freight Classification and Rule 5 of the National Motor Freight Classification."

† Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

Stephen Johnson Shipper, Per ______

Permanent post-office address of shipper.

☞ Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

[signature]

2

**EXHIBIT A**

THIS SHIPPING ORDER must be legibly filled in, in Ink, in Indelible Pencil, or in Carbon, and retained by the Agent.

Shipper's No.

Carrier's Name: Robinson 102/101-A

Carrier's No.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of lading,

at PORT OF PENSACOLA (Date) 12-3-08 FROM 720A S. BARRACKS ST., PENSACOLA, FL

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own railroad, water line, highway route or routes, or within the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in the Uniform Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address for purposes of notification only.)

Consigned TO C/O GCS

On Collect on Delivery Shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1.

Destination ________ Street Laurel ________ City

________ County MS ________ State ________ Zip

Route ________ Delivery Address★ ________

(★To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Delivering Carrier ________ Car or Vehicle Initials and No. ________

Collect on Delivery $ ________ And Remit to ________

________ Street ________ City ________ State

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 7 | | BDLS 1/2" 4' X 12' SHEETROCK - DAMAGED "AS IS" | 45,800 LBS | | |
| | | 476 SHEETS | | | |
| | | ORDER NO. 3020385 | | | |
| | | PATE STEVEDORE | | | |
| | | SIGNED BY: William J Daniel | | | |
| | | **********MUST BE TARPED************* | | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.

NOTE — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

**The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding** ________ per ________

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of consignor.)

**C. O. D.** Charges to be Paid by
☐ Shipper ☐ Consignee

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ ________ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per ________
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:

$ ________

†"The fibre containers used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Uniform Freight Classification and Rule 5 of the National Motor Freight Classification."

†Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

REDMAN Shipper, Per ________

Permanent post-office address of shipper.

☞ Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading. [signature] Rut 101-A

2

**EXHIBIT A**

THIS MEMORANDUM is an acknowledgment that a Bill of Lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

Shipper's No.

Carrier's Name: Hornady 1301 / 521967

Carrier's No. H0074687

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of lading,

at PORT OF PENSACOLA (Date) 12-4-08 FROM 720A S. BARRACKS ST., PENSACOLA, FL

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own railroad, water line, highway route or routes, or within the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in the Uniform Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address for purposes of notification only.)

Consigned TO C/O GCS

On Collect on Delivery Shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1.

Destination ______ Street ______ Laurel City

______ County ______ MS State ______ Zip

Route ______ Delivery Address ★ ______

(★To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Delivering Carrier ______ Car or Vehicle Initials and No. ______

Collect on Delivery $ ______ And Remit to ______

______ Street ______ City ______ State

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of consignor.)

**C. O. D.** Charges to be Paid by
☐ Shipper ☐ Consignee

If charges are to be prepaid, write or stamp here, "To be Prepaid."

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 7 | | BDLS 1/2" 4' X 12' SHEETROCK - DAMAGED "AS IS" | 45,800 LBS | | |
| | | 476 SHEETS | | | |
| | | ORDER NO: 302 0387 | | | |
| | | PATE STEVEDORE | | | |
| | | SIGNED BY: [signature] | | | |
| | | *********MUST BE TARPED************* | | | |

Received $ ______ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per ______
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:

$ ______

† "The fibre containers used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Uniform Freight Classification and Rule 5 of the National Motor Freight Classification."
† Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.
NOTE —Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

**The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding** ______ per

Stephen Johnson Shipper, Per ______ Agent

Permanent post-office address of shipper, Per [signature]

3

**EXHIBIT A**

THIS MEMORANDUM is an acknowledgment that a Bill of Lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

Shipper's No.

Carrier's Name: All Nation 369/35 Carrier's No.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of lading,

at PORT OF PENSACOLA (Date) 12-5-08 FROM 720A S. BARRACKS ST., PENSACOLA, FL

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own railroad, water line, highway route or routes, or within the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in the Uniform Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address for purposes of notification only.)

Consigned TO C/O GCS

On Collect on Delivery Shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1.

Destination ____ Street Laurel City ____

____ County ____ MS State ____ Zip ____

Route ____ Delivery Address ★ ____

(★To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Delivering Carrier ____ Car or Vehicle Initials and No. ____

Collect on Delivery $ ____ And Remit to ____

____ Street ____ City ____ State

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 7 | | BDLS 1/2" 4' X 12' SHEETROCK - DAMAGED "AS IS" | 45,800 LBS | | |
| | | 476 SHEETS | | | |
| | | ORDER NO. 3020386 | | | |
| | | PATE STEVEDORE | | | |
| | | SIGNED BY [signature] | | | |
| | | **********MUST BE TARPED************ | | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.
NOTE — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

**The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding** ____ per ____

Stephen Johnson Shipper, Per ____ Agent

Permanent post-office address of shipper, Per [signature]

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

____ (Signature of consignor.)

**C. O. D.** Charges to be Paid by
☐ Shipper ☐ Consignee

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ ____ to apply in prepayment of the charges on the property described hereon.

____ Agent or Cashier

Per ____ (The signature here acknowledges only the amount prepaid.)

Charges Advanced:

$ ____

† "The fibre containers used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Uniform Freight Classification and Rule 5 of the National Motor Freight Classification."
† Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

3

**EXHIBIT A**

THIS MEMORANDUM is an acknowledgment that a Bill of Lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record. Shipper's No. 3020389

Carrier's Name: Hornady 1791/SA-1677 Carrier's No.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of lading,

at PORT OF PENSACOLA (Date) 12-8-08 FROM 720A S BARRACKS ST, PENSACOLA, FL

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own railroad, water line, highway route or routes, or within the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in the Uniform Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address for purposes of notification only.)

Consigned TO C/O GCS

On Collect on Delivery Shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1.

Destination ______ Street Laurel City

______ County ______ MS State ______ Zip

Route ______ Delivery Address ★

(★To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Delivering Carrier ______ Car or Vehicle Initials and No. ______

Collect on Delivery $ ______ And Remit to ______

______ Street ______ City ______ State

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 7 | | BDLS 1/2" 4' X 12' SHEETROCK - DAMAGED "AS IS" | 45,800 LBS | | |
| | | 476 SHEETS | | | |
| | | ORDER NO: 3020389 | | | |
| | | PATE STEVEDORE | | | |
| | | SIGNED BY: William J Smeyer | | | |
| | | **********MUST BE TARPED************* | | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.
NOTE — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

**The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding ______ per ______**

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

______ (Signature of consignor.)

**C. O. D.** Charges to be Paid by ☐ Shipper ☐ Consignee

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ ______ to apply in prepayment of the charges on the property described hereon.

______ Agent or Cashier

Per ______ (The signature here acknowledges only the amount prepaid.)

Charges Advanced: $ ______

† "The fibre containers used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Uniform Freight Classification and Rule 5 of the National Motor Freight Classification."
† Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

______ Shipper, Per ______ Agent

Permanent post-office address of shipper, Stephen Johnson Per R. W. Duncan

3

EXHIBIT A

THIS MEMORANDUM is an acknowledgment that a Bill of Lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

Shipper's No.

Carrier's No.

Carrier's Name: Hornady 1267 SA2006

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of lading,

at PORT OF PENSACOLA (Date) 12-8-08 FROM 720A S. BARRACKS ST , PENSACOLA, FL

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own railroad, water line, highway route or routes, or within the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in the Uniform Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address for purposes of notification only.)

Consigned TO C/O GCS

On Collect on Delivery Shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1.

Destination ______ Street ______ Laurel City

County ______ State MS ______ Zip

Route ______ Delivery Address ★ ______

(★To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Delivering Carrier ______ Car or Vehicle Initials and No. ______

Collect on Delivery $ ______ And Remit to ______

Street ______ City ______ State

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 7 | | BDLS 1/2" 4' X 12' SHEETROCK - DAMAGED "AS IS" | 45,800 LBS | | |
| | | 476 SHEETS | | | |
| | | ORDER NO: 3020358 | | | |
| | | PATE STEVEDORE | | | |
| | | SIGNED BY: [signature] | | | |
| | | *********MUST BE TARPED************* | | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.

NOTE — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding ______ per ______

[signature] Shipper, Per ______ A

Per [signature]

Permanent post-office address of shipper.

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of consignor.)

C. O. D. Charges to be Paid by
☐ Shipper ☐ Consignee

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ ______ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per ______
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:

$ ______

† "The fibre containers used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Uniform Freight Classification and Rule 5 of the National Motor Freight Classification."

† Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

3

THIS SHIPPING ORDER must be legibly filled in, in Ink, in Indelible Pencil, or in Carbon, and retained by the Agent.

EXHIBIT A

Shipper's No. ______

Carrier's Name: Hornady 1320 / SA-2112

Carrier's No. ______

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of lading,

at PORT OF PENSACOLA (Date) 12-9-08 FROM 720A S. BARRACKS ST., PENSACOLA, FL

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own railroad, water line, highway route or routes, or within the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in the Uniform Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address for purposes of notification only.)

Consigned TO C/O GCS

On Collect on Delivery Shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1.

-Destination ______ Street ______ Laurel City

______ County ______ MS State ______ Zip

Route ______ Delivery Address ★ ______

(★To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Delivering Carrier ______ Car or Vehicle Initials and No. ______

Collect on Delivery $ ______ And Remit to ______

______ Street ______ City ______ State

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 7 | | BDLS 1/2" 4' X 12' SHEETROCK - DAMAGED "AS IS" | 45,800 LBS | | |
| | | 476 SHEETS | | | |
| | | ORDER NO: 302039 | | | |
| | | PATE STEVEDORE | | | |
| | | SIGNED BY: [signature] | | | |
| | | **********MUST BE TARPED************** | | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.
NOTE —Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding ______ per ______

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

______
(Signature of consignor.)

C. O. D. Charges to be Paid by
☐ Shipper ☐ Consignee

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ ______ to apply in prepayment of the charges on the property described hereon.

______
Agent or Cashier

Per ______
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:

$ ______

†"The fibre containers used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Uniform Freight Classification and Rule 5 of the National Motor Freight Classification."
†Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

______ Shipper, Per ______

Permanent post-office address of shipper, REDMAN

☞ Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading. [signature]

2