```
 1          IN THE UNITED STATES DISTRICT COURT

 2        FOR THE EASTERN DISTRICT OF LOUISIANA

 3    IN RE: CHINESE-MANUFACTURED,
      DRYWALL PRODUCTS LIABILITY
 4    LITIGATION

 5    Vs.                          MDL NO.: 2047
                                   SECTION: L
 6    This Document
      Relates To:                  JUDGE FALLON
 7                                 MAG. JUDGE WILKINSON
      Braxton H. Collins,
 8    et al. Vs. Bass Homes,   Case No.: 13-6652
      Inc., et al.; S.D.
 9    Mississippi, C.A.
      No. 1:13-00297
10    _____

11          IN THE UNITED STATES DISTRICT COURT

12        FOR THE EASTERN DISTRICT OF LOUISIANA

13    IN RE: CHINESE-MANUFACTURED,
      DRYWALL PRODUCTS LIABILITY
14    LITIGATION

15    Vs.                          MDL NO.: 2047
                                   SECTION: L
16    This Document
      Relates To:                  JUDGE FALLON
17                                 MAG. JUDGE WILKINSON
      Jason S. Herrington,
18    et al. vs. Bass Homes,   Case No.: 13-6653
      Inc., et al.; S.D.
19    Mississippi, C.A.
      No. 1:13-00297
20

21              * * * * * * * * * *

22          DEPOSITION OF MIKE PATE

23              January 14, 2015
```

Michael Pate                                                      **Page: 31**

```
 1          them this sheetrock that's in our
 2          warehouse.
 3     Q.   Did you know and understand that this
 4          sheetrock, when Pensacola Stevedore sold
 5          it, was going to locations outside the
 6          state of Florida?
 7     A.   No, sir.
 8     Q.   What do you mean you didn't know that?
 9          How would you not know that?  If
10          somebody from Alabama or Mississippi or
11          North Carolina bought the sheetrock, how
12          -- how could you say that you didn't
13          know it was going to leave the state of
14          Florida?
15     A.   Well, I -- I didn't -- I sold to -- you
16          have the records.
17     Q.   Yes, sir.
18     A.   You -- you have the information.  I sold
19          to them.  It was no concern to me as to
20          where this product was going.  These
21          people sent me a release form, a
22          purchase of more -- better speaking,
23          and -- as to how many sheets to load on
```

1        a truck for them and -- and that type of

2        thing.

3    **Q.**   Yes, sir.

4    **A.**   And yes, I guess to that respect (sic)

5        of it, we -- we would have no idea -- my

6        company -- myself, my company, would

7        have no idea who it was being sold to.

8        We -- we would not know anything about

9        it until we loaded the truck.  And it

10       said that this is purchase order such

11       and such sold by whatever salvage

12       company that had bought it and going to

13       wherever.

14   **Q.**   In other words, a salvage company in

15       Mississippi might buy it from you and

16       ship it in Alabama?

17   **A.**   Yeah.

18   **Q.**   Or a salvage company in Alabama might

19       buy it from you and ship it to somewhere

20       in Mississippi?

21   **A.**   That's correct.

22   **Q.**   Okay.  If you would look at

23       interrogatory 4 and your response number