**EXHIBIT C**

MM

MAGA Material Supply, Inc.
542 McGuire Rd
Pelham, Al 35124

Office: 205-982-8060
Fax: 205-982-0594
Cell: 205-862-0005
E-mail: magamandu@aol.

RB-21
Truck #7

## BILL OF LADING

Shipper No. _____
Carrier No. _____

Tri-STAR – Truck #7
(Name of Carrier)   (SCAC)   Port of

To: MAGA Material Supply Inc.   From: Pensacola Stevedore Pensacola
Consignee: C/O Tri-Star Salvage & Sales   Shipper: Maga Materials Inc.
Street: 200 East 13th Street   Street: 542 McGuire Rd
Destination: Laurel MS, Zip Code: 39440   Origin: Pelham, Al 35124   Zip Code: 35
Phone No: 601-428-8813   Contact: Bence Austin   Vehicle No:
P.O. No: TS 3995   Pick Up No: RB-21   Appointed No:

| No. Units | Kind of Packaging, Description of Articles | Weight | Comments |
|---|---|---|---|
| 7 units | 476 pcs – Sheetrock ½" X 4'X12' China Sheetrock 10-20% Damaged Classification | | Pick up # RB-21 |
| | Hours 7:30 – 14:00 PM 1st Come 1st Serve | | |
| | Pick up at: Pensacola Stevedore 700 South Barracks Street Pensacola, FL. ATTN: Rosalia 1-850-438-3648 | | |
| | Pick up Information → | | |

SEAL NO. WHERE APPLICABLE:

TOTAL WEIGHT

SHIPPER: MAGA Material Supply, Inc.   CARRIER:
SHIPPER AGENT: Richard L Barden   PER:
CONSIGNEE SIGNATURE:   DATE:
DATE:

Note: ALL FLAT BEDS MUST BE TARPED

Take I 110 South & follow Signs to Port of Pensacola, FL.

**EXHIBIT C**

To Roselia
From Rick Butler
M M
5 pkys
RB-20
Truck #6

**MAGA Material Supply, Inc.**
542 McGuire Rd
Pelham, Al 35124

Office: 205-982-8060
Fax: 205-982-0594
Cell: 205-862-0065
E-mail: magamand4@aol.c

## BILL OF LADING

Shipper No. _____
Carrier No. _____

Tri-STAR – Truck #6
(Name of Carrier)                                    (SCAC)

To: MAGA Material Supply Inc.          From: Pensacola Stevedore Port of Pensacola
Consignee c/o TRI-STAR Salvage Battles       Shipper: Maga Materials Inc.
Street 200 EAST 13th Street                  Street: 542 McGuire Rd
Destination Laurel  MS, Zip Code 39440       Origin: Pelham, Al 35124   Zip Code 35
Phone No: 601-428-8873   Contact: Bruce Austin   Vehicle No:
P.O. No: TS 3994         Pick Up No: RB-20       Appointed No:

| No. Units | Kind of Packaging, Description of Articles | Weight | Comments |
|---|---|---|---|
| 7 units | 426 pcs - Sheetrock ½" X 4'X12' CHinese Sheetrock 10-20% Damaged Classification | | Pickup # RB-20 |
| | Hours 7:30 – 4:00 PM 1st Come 1st Serve | | |
| | Pick up at: Pensacola Stevedore 700 South Barracks Street Pensacola, FL ATTN: Roselia 1-850-438-3648 | | |

Pick up Information →

SEAL NO. WHERE APPLICABLE:                    TOTAL WEIGHT

SHIPPER: MAGA Material Supply, INC.    CARRIER:
SHIPPER AGENT: Richard L Butler         PER:                DATE:
CONSIGNEE SIGNATURE:                                        DATE:

Note: ALL FLAT BEDS MUST BE TARPED

Take I 110 South & follow Signs to Port of PENSACOLA, FL.

**EXHIBIT C**

MM

MAGA Material Supply, Inc.
542 McGuire Rd
Pelham, Al 35124

Office: 205-982-8060
Fax: 205-982-0594
Cell: 205-862-0065
E-mail: magamando@aol.

RB-22
Truck #8

## BILL OF LADING

Shipper No. _____
Carrier No. _____

Tri-STAR - Truck #8
(Name of Carrier)                                   (SCAC)  Port of Pensacola

| | | | |
|---|---|---|---|
| To: MAGA Material Supply Inc. | | From: Pensacola Stevedore | |
| Consignee c/o Tri-STAR Salvage & Sales | Shipper: | Maga Materials Inc. | |
| Street 200 EAST 13th Street | Street: | 542 McGuire Rd | |
| Destination Laurel MS, Zip Code 39440 | Origin: | Pelham, Al 35124 | Zip Code |
| Phone No: 601-428-8813 | Contact: Bruce Austin | Vehicle No: | |
| P.O. No: TS 3996 | Pick Up No: RB-22 | Appointed No: | |

| No. Units | Kind of Packaging, Discription of Articles | Weight | Comments |
|---|---|---|---|
| 7 units | 476 pcs - Sheetrock | | |
| | ½" X 4' X 12' CHINA Sheetrock | | Pick up # |
| | 10-20% Damaged Classification | | RB-22 |
| | Hours 7:30 - 14:00 PM | | |
| | 1st Come 1st Serve | | |
| | Pick up at: | | |
| | Pensacola Stevedore | | |
| | 700 South Barracks Street | | |
| | Pensacola, FL | | |
| | ATTN: Rosetta 1-850-438-3648 | | |
| | Pick up Information | | |

SEAL NO, WHERE APPLICABLE:

TOTAL WEIGHT

SHIPPER: MAGA Materials Supply, INC.    CARRIER:
SHIPPER AGENT: Richard L Bardin    PER:
CONSIGNEE SIGNATURE:                                   DATE:
                                                       DATE:

Note: ALL FLAT BEDS MUST BE TARPED

Take I 110 South + follow Signs to Port of Pensacola, FL.

**EXHIBIT C**

MM

MAGA Material Supply, Inc.
542 McGuire Rd
Pelham, Al 35124

Office: 205-982-0060
Fax: 205-982-0594
Cell: 205-862-0065
E-mail: magamandu@aol.c

RB-23
Truck #9

## BILL OF LADING

Shipper No. ___
Carrier No. ___

Tri-STAR - Truck #9
(Name of Carrier)  (SCAC)  Port of Pensacola

To: MAGA Material Supply Inc.   From: Pensacola Stevedore
Consignee: c/o TRI-STAR Salvage Sales   Shipper: Maga Materials Inc.
Street: 200 East 13th Street   Street: 542 McGuire Rd
Destination: Laurel MS, Zip Code 39440   Origin: Pelham, Al 35124   Zip Code 35
Phone No: 601-428-8813   Contact: Bruce Austin   Vehicle No:
P.O. No: TS 3997   Pick Up No: RB-23   Appointed No:

| No. Units | Kind of Packaging, Discription of Articles | Weight | Comments |
|---|---|---|---|
| 7 units | 476 pcs - Sheetrock ½" x 4' x 12' China Sheetrock 10-20% Damaged Classification | | Pick up # RB-23 |
| | Hours 7:30 - 14:00 PM 1st Come 1st Serve | | |
| | Pick up at: Pensacola Stevedore 700 South Barracks Street Pensacola, FL. ATTN: Roselia 1-850-438-3648 | | |
| | ← Pick up Information → | | |

SEAL. NO. WHERE APPLICABLE:

TOTAL WEIGHT

SHIPPER: MAGA Material Supply, Inc.   CARRIER:
SHIPPER AGENT: Richard L Baudler   PER:
CONSIGNEE SIGNATURE:   DATE:
   DATE:

Note: ALL FLAT BEDS MUST BE TARPED

Take I 110 South + follow Signs to Port of Pensacola, FL.

**EXHIBIT C**

MM

Maga Material Supply, Inc.
542 McGuire Rd
Pelham, Al 35124

Office: 205-982-8060
Fax: 205-982-0594
Cell: 205-862-0065
E-mail: magamaterial@aol.

RB-24
Truck #10

## BILL OF LADING

Shipper No. _____
Carrier No. _____

(Name of Carrier): TRI-STAR — Truck #10        (SCAC)

To: MAGA Material Supply Inc.     From: Pensacola Stevedore Port of [Pensacola]
Consignee c/o TRI-STAR Salvage & Sales    Shipper: Maga Materials Inc.
Street: 200 East 13th Street              Street: 542 McGuire Rd
Destination: Laurel  MS, Zip Code 39440   Origin: Pelham, Al 35124  Zip Code __
Phone No: 601-428-8613  Contact: Bruce Austin   Vehicle No:
P.O. No: TS 3998   Pick Up No: RB-24           Appointed No:

| No. Units | Kind of Packaging, Description of Articles | Weight | Comments |
|---|---|---|---|
| 7 units | 476 pcs - Sheetrock ½" x 4' x 12' China Sheetrock 10-20% Damaged Classification | | Pick up # RB-24 |

Hours 7:30 - 14:00 PM
1st Come 1st Serve

Pick up at:
Pensacola Stevedore
700 South Barracks Street
Pensacola, FL.
Attn: Roselia   1-850-438-3648

← Pick up Information →

SEAL NO. WHERE APPLICABLE:
TOTAL WEIGHT

SHIPPER: MAGA Material Supply, Inc.   CARRIER:
SHIPPER AGENT: Richard L Barden        PER:
CONSIGNEE SIGNATURE:                   DATE:
                                       DATE:

Note: ALL FLAT BEDS MUST BE TARPED

Take I-110 South + follow Signs to Port of Pensacola, FL.

SHARKEY SALES LLC

BOX 1304
WAYNESBORO, MS 39367

# Purchase Order

| Date | P.O. No. |
|---|---|
| 9/11/2006 | 400-127S |

| Vendor | Ship To |
|---|---|
| PATE STEVEDORE CO<br>MIKE PATE<br>720-A BARRACKS ST<br>PENSACOLA, FL 32502 | SHARKEY SALES LLC<br>BOX 1304<br>WAYNESBORO, MS 39367 |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 4x12 Sheet Rock | 1/2 x 4 x 12 Import Sheet Rock | 476 | 2.00 | 952.00 |

*PAID BY CK# 1151*
*09/13/06*

| | Total | $952.00 |
|---|---|---|

**EXHIBIT C**

SHARKEY SALES LLC

BOX 1304
WAYNESBORO, MS 39367

# Purchase Order

| Date | P.O. No. |
|---|---|
| 9/12/2006 | 400-133S |

**Vendor**

PATE STEVEDORE CO
MIKE PATE
720-A BARRACKS ST
PENSACOLA, FL 32502

**Ship To**

SHARKEY SALES LLC
BOX 1304
WAYNESBORO, MS 39367

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 4x12 Sheet Rock | 1/2 x 4 x 12 Import Sheet Rock | 476 | 2.00 | 952.00 |

*PAID BY CK# 1151*
*09/13/06*

**Total** $952.00

**EXHIBIT C**

REGULAR TRUCK ORDER

# ATTN : REDMAN !!!!!!!

SHARKEY SALES LLC  
P.O. BOX 1304  
WAYNESBORO, MS. 39367  
PHONE   601-735-0894  
FAX       601-735-3180  

DATE:   9/13/2006

TRUCK  ORDER

ORDER NUMBER   **400-133S**  
THIS ORDER NUMBER **MUST** APPEAR ON ALL INVOICES FOR BILLING, SHIPPING AND DELIVERY !

TRUCKING COMPANY:

RLJ TRUCKING          **ATTN: ROBERT**

PICK UP FROM:   PATE STEVADORE @ PENSACOLA DOCK   RATE:   $400.00   PHONE   800-798-4555  
ADDRESS:   720-A SOTH BARRACKS ST.                                       FAX      336-434-4538  

MILL'S PHONE # 850-438-3648  
PENSACOLA, FL 32502

BILL FREIGHT TO:   SHARKEY SALES  
PO BOX 1304   WAYNESBORO, MS. 39367

PRODUCT   SHEET ROCK

SHIP TO:   GEORGE WILSON CO.  
ADDRESS:   228 TUSKENNA ST.  
HAYNEVILLE, AL. 36(   38835  
PHONE#   334-300-3941 OR 662-287-2156

PICK UP DATE:   9/13/2006  
DELIVERY DATE   9/13/2006  
SPECIAL INSTRUCTIONS   WEATHER PROTECT

ORDERED BY:  REX W SHARKEY  
601-735-1130 OFFICE  251-367-4045 CELL

## PLEASE NOTE THE FOLLOWING:

ALL LOADS MUST BE LOADED IN DRY WEATHER CONDITIONS AND BE FULLY TARPED BEFORE LEAVING MILL UNLESS APPROVED BY THE SALESMAN ON THIS ORDER !

* WE MUST BE NOTIFIED IMMEDIATELY IF PICK UP DATE CANNOT BE MET. TRUCKER MUST HAVE UP TO DATE LIABILITY AND CARGO INSURANCE. PLEASE EXECUTE SECTION 7 ON BILL OF LADING. DO NOT SHOW PAYNE FOREST PRODUCTS AS SHIPPER. SHOW COLLECT TO PAYNE FOREST PRODUCTS INC.
* WE UNDERSTAND THIS RATE IS, OR WILL BE (PRIOR TO SHIPMENT) PUBLISHED IN A TARIFF FILED WITH THE INTERSTATE CONTRACT AUTHORITY.
* WE UNDERSTAND YOUR CARGO AND LIABILITY INSURANCE IS CURRENT AND MAINTAINED AT THE LEVEL REQUIRED BY STATE AND FEDERAL LAW, AND THAT RESPONSIBILITY FOR ACCIDENT, INJURY TO PERSON OR PROPERTY AND/OR DEATH WILL BE BORNE SOLELY BY THE COMPANY ADDRESSED ABOVE.
* IF ANY OF THE ABOVE INFORMATION IS INCORRECT, PLEASE CONTACT US IN WRITING BEFORE EXECUTING THE CONTRACT OF CARRIAGE FOR OUR ABOVE REFERENCED ORDER NUMBER.

WE AUTHORIZE YOU TO EXECUTE SECTION SEVEN OF THE BILL OF LADING ON BEHALF OF PAYNE FOREST PRODUCTS INC. *IF ANY PROVISION LISTED MISSTATES OR MISREPRESENTS OUR MUTUAL UNDERSTANDING OF THIS TRANSACTION, PLEASE ADVISE US BEFORE ACCEPTING THIS ORDER FOR SHIPMENT.

**EXHIBIT C**

STRAIGHT BILL OF LADING– SHORT FORM    ORIGINAL – NOT NEGOTIABLE    Shipper's No. 400-1335

Carrier's Name: RLJ Trucking    Carrier's No. _____

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of lading,

at Pensacola FL (Date) 9-21-06 FROM Sharkey Sales LLC

Consigned TO George Wilson Co  334-300-3941 or 662-287-2158

Destination 228 Tuskenna St.  Street Hayneville  City
County AL  State 38836 Zip

Route _____   Delivery Address 228 Tuskenna St.

Delivering Carrier Alabama Feight    Car or Vehicle Initials and No. 16

Collect on Delivery $ _____   And Remit to trailer # 61

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 7 | | units 4'x12' sheet rock | est 47,000 | | |

Sharkey Sales LLC  Shipper, Per _____    Alabama Feight  Agent
Permanent post-office address of shipper, (601) 735-1130 office    Per _____
(251) 367-4045 cell

PSC000329

**EXHIBIT C**

REGULAR TRUCK ORDER

# ATTN : REDMAN !!!!!!!

SHARKEY SALES LLC
P.O. BOX 1304
WAYNESBORO, MS. 39367
PHONE   601-735-0894
FAX     601-735-3180

DATE: 9/13/2006

TRUCK   ORDER

ORDER NUMBER   **400-133S**
THIS ORDER NUMBER **MUST** APPEAR ON ALL
INVOICES FOR BILLING, SHIPPING AND DELIVERY !

TRUCKING COMPANY:

RLJ TRUCKING                ATTN: ROBERT

PICK UP FROM:  PATE STEVADORE @ PENSACOLA DOCK
ADDRESS:       720-A SOTH BARRACKS ST.
               PENSACOLA, FL 32502
MILL'S PHONE # 850-438-3648

RATE:          PHONE  800-798-4555
               FAX    336-434-4538

BILL FREIGHT TO:   SHARKEY SALES
PO BOX 1304        WAYNESBORO, MS. 39367

PRODUCT            SHEET ROCK

SHIP TO:       GEORGE WILSON CO.
ADDRESS:       226 TUSKENNA ST.
               HAYNEVILLE, AL 36￼  38935
PHONE#         334-300-3941 OR 662-287-2156

PICK UP DATE:      9/13/2006
DELIVERY DATE      9/13/2006
SPECIAL INSTRUCTIONS   WEATHER PROTECT

ORDERED BY: REX W SHARKEY
601-735-1130 OFFICE  251-367-4045 CELL

## PLEASE NOTE THE FOLLOWING:

ALL LOADS MUST BE LOADED IN DRY WEATHER CONDITIONS AND BE FULLY TARPED BEFORE LEAVING MILL UNLESS APPROVED BY THE SALESMAN ON THIS ORDER !

* WE MUST BE NOTIFIED IMMEDIATELY IF PICK UP DATE CANNOT BE MET. TRUCKER MUST HAVE UP TO DATE LIABILITY AND CARGO INSURANCE. PLEASE EXECUTE SECTION 7 ON BILL OF LADING. DO NOT SHOW PAYNE FOREST PRODUCTS AS SHIPPER. SHOW COLLECT TO PAYNE FOREST PRODUCTS INC.
* WE UNDERSTAND THIS RATE IS, OR WILL BE (PRIOR TO SHIPMENT) PUBLISHED IN A TARIFF FILED WITH THE INTERSTATE CONTRACT AUTHORITY.

WE UNDERSTAND YOUR CARGO AND LIABILITY INSURANCE IS CURRENT AND MAINTAINED AT THE LEVEL REQUIRED BY STATE AND FEDERAL LAW, AND THAT RESPONSIBILITY FOR ACCIDENT, INJURY TO PERSON OR PROPERTY AND/OR DEATH WILL BE BORNE SOLELY BY THE COMPANY ADDRESSED ABOVE.
IF ANY OF THE ABOVE INFORMATION IS INCORRECT, PLEASE CONTACT US IN WRITING BEFORE EXECUTING THE CONTRACT OF CARRIAGE FOR OUR ABOVE REFERENCED ORDER NUMBER.
WE AUTHORIZE YOU TO EXECUTE SECTION SEVEN OF THE BILL OF LADING ON BEHALF OF PAYNE FOREST PRODUCTS INC.
IF ANY PROVISION LISTED MISSTATES OR MISREPRESENTS OUR MUTUAL UNDERSTANDING OF THIS TRANSACTION, PLEASE ADVISE US BEFORE ACCEPTING THIS ORDER FOR SHIPMENT.

PSC000330