UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | |

## NOTICE OF APPEARANCE OF COUNSEL

Pursuant to the Court's Pre-Trial Order Nos. 1 (¶ 12), 1F, and 6, and Local Rule 11.2, Bernard Taylor, Michael P. Kenny, and Cari K. Dawson of Alston & Bird LLP, hereby enter their appearance in the above-captioned matter as counsel of record for Taishan Gypsum Co., Ltd. ("Taishan") and request that all notices, pleadings, and orders entered in this matter be sent to them.

Respectfully submitted,

Dated: February 17, 2015

/s/ Michael P. Kenny
Bernard Taylor, Esquire (GA Bar No. 669625)
Michael P. Kenny, Esquire (GA Bar No. 415064)
Cari K. Dawson, Esquire (GA Bar No. 213490)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
Mike.kenny@alston.com
*Counsel for Taishan Gypsum Co., Ltd.*

ADMIN/21303153v1

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 17th day of February, 2015

      /s/   Michael P. Kenny
ALSTON & BIRD LLP
1201 West Peachtree Street NW
Atlanta, Georgia 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
*Counsel for Taishan Gypsum Co., Ltd.*