UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>*Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,*<br>Case No. 2:09-cv-6687 (E.D.La.) | |

**MEMORANDUM IN SUPPORT OF TAISHAN'S EX PARTE MOTION TO EXTEND DEADLINE FOR FILING RESPONSE TO MOTION OF PLAINTIFF-INTERVENORS AND THE PSC FOR AN EXPEDITED HEARING TO ENFORCE THE COURT'S JULY 17, 2014 CONTEMPT ORDER AND INJUNCTION**

Pursuant to Local Rule 7.8, counsel for Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. et al. ("Taishan"), Michael P. Kenny, files this Memorandum in support of its Ex Parte Motion to Extend Deadline for Filing Response to Motion of Plaintiff-Intervenors and the PSC for an Expedited Hearing to Enforce the Court's July 17, 2014 Contempt Order and Injunction (the "Motion") dated February 10, 2015 [Rec. Doc. 18302-1]. The Motion is currently noticed for February 25, 2015 at 9:00 o'clock a.m. in this Court. Taishan's current deadline to respond is today, February 17, 2015. The Motion raises complex issues of fact and law as to which Taishan requires further time to respond. No previous extension of time to respond to this Motion has been granted by this Court. The opposing party has not filed in the record an objection to an extension of time. Taishan respectfully requests a 21-day extension to respond to the Motion until March 10, 2015 pursuant to LR 7.8.

Dated: February 17, 2015

Respectfully submitted,

/s Michael P. Kenny
Bernard Taylor, Esquire (GA Bar No. 669625)
Michael P. Kenny, Esquire (GA Bar No. 415064)
Cari K. Dawson, Esquire (GA Bar No. 213490)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
mike.kenny@alston.com
*Counsel for Taishan Gypsum Co., Ltd.*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing motion was electronically filed by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 17th day of February, 2015.

    /s Michael P. Kenny
Michael P. Kenny, Esquire (GA Bar No. 415064)
ALSTON & BIRD LLP
1201 West Peachtree Street NW
Atlanta, Georgia 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
mike.kenny@alston.com
*Counsel for Taishan Gypsum Co., Ltd.*