UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047  SECTION L  JUDGE FALLON MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

### ORDER

Before the Court are several motions: (1) RCR Holdings' appeal of 80 special master denial notices, (Rec. Doc. 18283); (2) the Plaintiffs' Steering Committee's motion to enforce the contempt order, (Rec. Doc. 18302); and (3) the Villa Lago Plaintiffs' motion for payment of costs, (Rec. Doc. 18314).

**IT IS ORDERED** that RCR's motion is set for submission, without oral argument, on March 26, 2015.

**IT IS FURTHER ORDERED** that Brown Greer, and any other party that wishes to, must respond to RCR's motion by March 17, 2015.

**IT IS FURTHER ORDERED** that the motion to enforce is set for hearing, with oral argument, immediately following the monthly status conference on March 26, 2015.

**IT IS FURTHER ORDERED** that any party that wishes to respond to the motion to enforce must do so by March 17, 2015.

**IT IS FURTHER ORDERED** that the motion for payment of costs is set for submission, without oral argument, on March 26, 2015.

**IT IS FURTHER ORDERED** that the Fee Committee, and any other party that wishes to, must respond to the motion for payment of costs by March 17, 2015. The FC should address

1

the extent to which the Court's prior ruling on the FC's holdback motion, (Rec. Doc. 18214), impacts the instant motion for costs.

    New Orleans, Louisiana, this 12th day of February, 2015.

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE