gtnoUNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047 SECTION L JUDGE FALLON MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

Before the Court are various motions to accept late-filed claims. (Rec. Docs. 17834, 17837, 18077, 18085, 18094, 18121, 18245, 18285, 18286). The Court has discussed the issue of late-filed claims at some length. (*See, e.g.*, Rec. Docs. 17872, 17967). The deadline to submit claims was October 25, 2013. For many months thereafter, a number of plaintiffs sought to file late claims, and the Court accepted a number of late-filed claims. In July 2014, however, the Court explained that it could "no longer allow such late-filed claims, without the presence of exceptional circumstances." (Rec. Doc. 17872). Notably, at that time, Brown Greer had not yet made payments out of various settlement funds. Since that time, the Court has continued to receive motions to accept late-filed claims. At the November 2014 status conference, the Knauf Defendants and the Pro Se Curator (with assistance from the Plaintiffs' Steering Committee) announced that they reached an agreement to resolve a number of the late-filed claims that had been marshalled by the Pro Se Curator. (*See* Rec. Doc. 18113). According to the parties, this agreement does not include those who self-remediated. At the February 2015 status conference, the parties indicated that the agreement would be finalized by the March status conference.

Brown Greer has now all but finished making payments under a number of the settlements, including the Banner, InEx, and Global Settlements. *See generally*

1

http://www.laed.uscourts.gov/Drywall/Drywall.htm. Particularly considering that (1) payments have been made and (2) the deadline to submit claims was over sixteen months ago, the cost of allowing additional late-filed claims continues to grow. Based on the growing cost, the passage of such time, and fairness to all parties, the Court feels it is necessary to impose finality regarding late-filed claims. That being said, the Court does not want to disturb the agreement between the Knauf Defendants and the Pro Se Curator. As such, the parties should be advised that the Court will make a final ruling regarding the status of any late-filed claims at the March status conference.

New Orleans, Louisiana, this 18th day of February, 2015.

_____
UNITED STATES DISTRICT JUDGE