UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

The Court received and reviewed the attached correspondence from Mr. Anthony Matrana.

**IT IS ORDERED** that the attached correspondence shall be entered into the record.

**IT IS FURTHER ORDERED** that Plaintiffs' Liaison Counsel shall review the correspondence and respond to Mr. Matrana.

New Orleans, Louisiana, this 18th day of February, 2015.

_____
UNITED STATES DISTRICT JUDGE

cc:

Mr. Anthony Matrana
3708 Marietta Street
Chalmette, LA 70043

1