February 11, 2015

Judge Eldon E. Fallon
500 Poydras Street
Room C-456
New Orleans, LA  70130

Dear Sir:

We are part of the Chinese drywall settlement.  We received a grand total of $632.88.  And, to add insult to injury, we received a 1099-MISC form for that $632.88.  It seems someone decided this $632.88 reimbursement of rebuild costs is a TAXABLE EVENT!

To put this in perspective, we spent TENS of THOUSANDS of dollars rebuilding our home to bring it back to its ORIGINAL VALUE.  This $632.88 represents about 2% of our UNINSURED (not covered by homeowners insurance) rebuild costs and, now, we're suppose to send ONE-THIRD of that amount to the Federal government for INCOME TAXES!  THIS IS WRONG!

Why should the government receive a tax benefit, i.e., tax revenue dollars from affected homeowners?   In all truthfulness, the government allowed the import of Chinese drywall into the U.S.   So, in effect, the government caused the problem, bears no costs, and now gets to collect tax dollars!  UNBELIEVABLE!

This $632.88 is not "INCOME," it is a partial (miniscule) reduction of our uninsured rebuild costs.

Kindly review this decision to issue 1099s.  I truly believe even the IRS would conclude this reimbursement of uninsured rebuild costs is a non-taxable event.

Sincerely,

*[signature: Anthony Matrana]*

Anthony Matrana
3708 Marietta Street
Chalmette, LA  70043

