KATHERINE L. WILLIAMS, M.D., F.A.C.O.G.
KELLY N. BREWSTER, M.S.N., W.H.N.P.
606 WEST 12TH AVENUE
COVINGTON, LA 70433
(985) 249-7022 TEL.  (985) 249-7048 FAX
(985) 819-6812 ANSWERING SERVICE
www.klwmd.com

NAME _Kelly Wayne_

ADDRESS _____  AGE __ DATE 4/30/09

TAMPER-RESISTANT FEATURES INCLUDE:
SAFETY BLUE ERASE-RESISTANT BACKGROUND
AND "ILLEGAL" PANTOGRAPH

℞

Pt is under our care
and it is our recommend-
ation that pt not stay
at her home on
576 Huseman Lane
Covington LA 70435
secondary to adverse
reactions to Chinese
drywall to premature.
Call office for request.

☐ 1-24
☐ 25-49
☐ 50-74
☐ 75-100
☐ 101-150
☐ 151 and over
_____ Units

Refill  NR  1  2  3  4  5

Dispense as Written  ☐

_____
(signature)

"Brand Medically Necessary" must be handwritten by the practitioner for
medicaid/medicare patients or product selection will be allowed.

♻

8KOB0190616