# U. A. BREAUD & ASSOCIATES, L.L.C.

13391 Stonelake Drive • Folsom, LA 70437
Phone: 985-796-1988
Cell: 504-388-3700

June 29, 2009

Ms. Michelle Davis
Attorney at Law
201 Carroll Street
Mandeville, LA 70448

## Laboratory Analysis for
## 576 Hauseman Drive, Covington, LA

At the request of attorney Michelle Davis, a sample of drywall (sheetrock) was sampled form the residence at 576 Hauseman Drive, Covington, LA. The sheetrock is known to be from the prominent manufacturer, Krauf Gips. The purpose of the sampling was to determine the potential exposure to humans of sulfur compounds known to be present in the sheetrock.

Sampling was conducted on May 6, 2009, and the sample of drywall was stored in a Tevlar bag for shipment to the laboratory.

All analyses were performed according to NELAP approved quality assurance program. A portion of the wallboard sample was prepared and analyzed for orthorhombic cyclooctasulfur according to CASAQL 103 using a gas chromatograph/mass spectrometer (GC/MS).

The other portion of wallboard was also prepared according to CASAQL 104 and analyzed for hydrogen sulfide by ASTM D 5504-01 using a gas chromatograph equipped with a sulfur chemiluminescence detector (SCD).

A positive result for the orthorhombic cyclooctasulfur in conjunction with a positive result for hydrogen sulfide is an indication of suspect wallboard.

Attached are the results of said sampling.

These results represent the concentration at the time of sampling, and may or may not change with time, temperature, or relative humidity.

Any potential medical problem that might occur due to exposure to these compounds should be directed to a qualified physician.

At the time, there is no remedial treatment, other than to replace the Chinese drywall and any severely damaged equipment, exposed wires, or metal components. Ozone generators and oxidizing (disinfectant) treatment are not recommended by the EPA since they cause chemical reactions that can have other harmful effects, or are not proven safe and effective.

However, it may be helpful to take steps to keep conditions dry and cool, such as with air conditioning, dehumidification, and exterior moisture control means.

Urbain A. Breaud
Industrial Hygienist

UAB/rbb

Enclosures

# U. A. BREAUD & ASSOCIATES, L.L.C.

13391 Stonelake Drive • Folsom, LA 70437
Phone: 985-796-1988
Cell: 504-388-3700

June 29, 2009

Michelle M. Davis
Attorney at Law
201 Carroll Street
Mandeville, LA 70448

Re: **576 Hauseman Drive, Covington, LA**
<u>**Invoice, June, 2009**</u>

| Date | Description | Time (Hours) | Charge |
|---|---|---|---|
| 5/05/09 | Sampling | 2.0 | $ 50.00 |
| 6/23/09 | Written Report | 2.0 | 250.00 |

**Costs Incurred During Sampling**

| | | | |
|---|---|---|---|
| 5/05/09 | Postage | | $ 42.75 |
| 6/03/09 | Lab costs | | 350.00 |
| | | **Total** | **$ 892.75** |
| | | **Deposit** | **$ 1,000.00** |
| | | **BALANCE DUE CLIENT** | **$ 107.25** |

## Lab Results

| Compound | Results (mg/kg) |
| --- | --- |
| Orthorhombic cyclooctasulfur | 150 |

## Lab results

| Compound(s) | Results (µg/kg) |
| --- | --- |
| Hydrogen sulfide | 0.74 |
| Carbonyl sulfide | 1.9 |
| Carbon disulfide | 12.0 |

| | | | | |
|---|---|---|---|---|
| Test Code: | CAS AQL 104 | | Date Received: | 5/7/09 |
| Instrument ID: | Agilent 6890A/GC13/SCD | | Date Analyzed: | 5/18/09 |
| Analyst: | Wade Henton | | Sample Amount: | 50.0 Gram(s) |
| Sampling Media: | Wallboard | | Chamber Volume: | 1.0 Liter(s) |
| Test Notes: | | | | |

| CAS # | Compound | Result µg/Kg | LOQ µg/Kg | Data Qualifier |
|---|---|---|---|---|
| 7783-06-4 | Hydrogen Sulfide | 0.74 | 0.28 | |
| 463-58-1 | Carbonyl Sulfide | 1.9 | 0.25 | |
| 74-93-1 | Methyl Mercaptan | ND | 0.20 | |
| 75-08-1 | Ethyl Mercaptan | ND | 0.25 | |
| 75-18-3 | Dimethyl Sulfide | ND | 0.25 | |
| 75-15-0 | Carbon Disulfide | 12 | 0.16 | |
| 75-33-2 | Isopropyl Mercaptan | ND | 0.31 | |
| 75-66-1 | tert-Butyl Mercaptan | ND | 0.37 | |
| 107-03-9 | n-Propyl Mercaptan | ND | 0.31 | |
| 624-89-5 | Ethyl Methyl Sulfide | ND | 0.31 | |
| 110-02-1 | Thiophene | ND | 0.34 | |
| 513-44-0 | Isobutyl Mercaptan | ND | 0.37 | |
| 352-93-2 | Diethyl Sulfide | ND | 0.37 | |
| 109-79-5 | n-Butyl Mercaptan | ND | 0.37 | |
| 624-92-0 | Dimethyl Disulfide | ND | 0.19 | |
| 616-44-4 | 3-Methylthiophene | ND | 0.40 | |
| 110-01-0 | Tetrahydrothiophene | ND | 0.36 | |
| 638-02-8 | 2,5-Dimethylthiophene | ND | 0.46 | |
| 872-55-9 | 2-Ethylthiophene | ND | 0.46 | |
| 110-81-6 | Diethyl Disulfide | ND | 0.25 | |

ND = Compound was analyzed for, but not detected above the limit of quantitation.
LOQ = Limit of Quantitation.

P0901544_SCD-Drywall_3 - Sample

Verified By:_____ Date:_____

SCD-Drywall.xls - Page No.: