## SUPPLEMENTAL AFFIDAVIT OF WILLIAM WAYNE

STATE OF TEXAS )

COUNTY OF WILLIAMSON )

WILLIAM WAYNE, being duly sworn, deposes and says:

1.

My wife, Kelly Wayne, and I are claimants in this litigation, and I have personal knowledge of the facts set forth herein. I previously submitted an affidavit with other items to the Settlement Administrator, and submit this supplemental affidavit to address certain document requests of the Settlement Administrator.

2.

**Documents evidencing mortgage payments and past due notices**. I made an inquiry to Regions Bank and was able to procure our mortgage payment history from the bank's archives. Submitted herewith is a copy of the loan payment history. I also asked for the past due notices, but was advised that the bank is no longer in possession of those documents. I am also submitting a copy the foreclosure petition.

3.

**Documents evidencing attempts to rent or sell the affected property**. There are no such documents, and with good reason. This was a house that was rendered uninhabitable and deemed a health risk by a physician. We left most of our personal items behind because nearly everything had been contaminated with the emissions

from the drywall. My wife's obstetrician strongly advised, orally and in writing, that we move out due to the health risks of remaining. I thus made no attempt to pawn the house off on another party unless it was fully remediated. When the house was listed for sale, I noticed that the listing stated something on the order of "possible contaminated drywall." Instead of ignoring it, I took deliberate action to notify the entity listing the house and the sites that hosted the listings to confirm the presence of 'Chinese Drywall' in the house to make sure that any buyer would understand in no uncertain terms that the house needed full remediation.

4.

**Report from an expert providing that the foreclosure was substantially caused by the drywall.** We were advised in writing by a physician to vacate the home due to the health risks of the drywall. Submitted herewith is a copy of that document. Our initial intent was not to abandon the house but to have Sun Construction fix it. We were only able to afford making mortgage payments for 3 months after being told to vacate by Dr. Williams, until it became obvious that nothing would be done any time soon. We could not afford to sink more money into an uninhabitable home while establishing other living arrangements for our family. Had we been able to live in the defective home, we would not have suffered foreclosure.

5.

**Documents evidencing the appraised value of the property at the time of purchase.** Submitted herewith is a copy of the appraisal that I was able to obtain through Regions Bank's archives (Value $220,000). I am also submitting a copy of the

mortgage note and the Form 1099-A that we received for the year 2011, which lists the fair market value of the house at that time ($110,000).

WILLIAM WAYNE

Sworn to before me this 7th
day of October 2014

_____
NOTARY PUBLIC

*[Notary seal: V. K. GUPTA, NOTARY PUBLIC, STATE OF TEXAS, EXPIRES 12-8-2016]*

3