# VINCE LIUZZA, III
17 EAGLE TRACE
MANDEVILLE, LA 70471
504-237-9634
VLIUZZA3@YAHOO.COM

February 11, 2015

BrownGreer, PLC
c/o Chinese Drywall Settlement Administrator
250 Rocketts Way
Richmond, Virginia 23231

Re: Chinese Drywall Settlement Program; MDL 2047
    Claimants: William and Kelly Wayne
    Property Address: 576 Huseman Lane, Covington, Louisiana

Dear Sir/Madam:

    I have been a licensed realtor since 2004 and have listed and sold millions of dollars' worth of commercial and residential real estate. I am currently a real estate agent with Real Estate Resource Group, Ltd. I submit this letter as my expert report concerning the foreclosure of William and Kelly Waynes' home at 576 Huseman Lane in Covington resulting from the presence of defective "Chinese drywall."

    I am familiar with the facts of this matter, have reviewed various documents and have spoken with claimant William Wayne concerning the Huseman Lane property. The property is located in Penn Mill Lakes Subdivision, which apparently had a number of homes constructed with the defective Knauf drywall, including claimants' home. The presence of the defective drywall in the Waynes' home was confirmed by the June 29, 2009 report of industrial hygienist Urbain A. Breaud of U.A. Breaud & Associates, LLC. Two months earlier, on April 20, 2009, the Waynes were advised in writing by Mrs. Wayne's obstetrician to vacate the home due to the health risks of the drywall, both to Mrs. Wayne during her pregnancy and possibly to her unborn child. Mr. Wayne also advised me of the numerous respiratory problems that he and members of his family had experienced while living in the home, in addition to what he described as acrid fumes that were constantly present.

    Following the doctor's advice, the Waynes vacated the home after having resided there for two years following their December 2006 purchase. Most of the $218,100.00 mortgage was still owed (when the property was seized in January 2011, the principal debt was $210,784.33). Leaving the home clearly caused a severe financial

BrownGreer, PLC
c/o Chinese Drywall Settlement Administrator
February 11, 2015
Page 2

hardship on the Waynes as they were required to pay both their home mortgage and procure other living arrangements at additional expense, not to mention the loss of most of their personal belongings inside the home. While the Waynes continued to pay the mortgage for three months after leaving the home, their circumstances, as stated above, made it impossible to afford both the Huseman Lane mortgage and their replacement living arrangements.

Based on my review of this matter, it is my opinion that the foreclosure of the Wayne residence at 576 Huseman Lane in Covington, Louisiana was substantially caused by the presence of Chinese drywall in that home.

Sincerely,

Vincent J. Liuzza, III
*Licensed Realtor in Louisiana*