UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO: 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: | |

*Payton, et al v. Knauf Gips, KG, et al.*
Case No. 2:09-cv-07628 (E.D. La.)

## ORDER

Considering the foregoing Motion by plaintiffs William Wayne and Kelly Wayne to appeal the Special Master's denial of their claim and to reinstate their claim;

**IT IS HEREBY ORDERED** that the motion is granted and claimants shall submit an expert report to the Special Master within _____ days of this Order.

New Orleans Louisiana this _____ day of _____, 2015.

_____
JUDGE