UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO: 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: *Payton, et al v. Knauf Gips, KG, et al.* Case No. 2:09-cv-07628 (E.D. La.) | |

### NOTICE OF SUBMISSION

PLEASE TAKE NOTICE, that claimants William Wayne and Kelly Wayne, individually and on behalf of their minor children, through undersigned counsel, shall bring on for submission their Objection to/Motion to Appeal Special Master Denial Notice and for Reinstatement of Claim before the Honorable Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana on the 11th day of March 2015 at 9:00am, or as soon thereafter as counsel can be heard.

Dated:   Mandeville, Louisiana
         February 18, 2015

Respectfully submitted,

DAVIS & DUNCAN, LLC

*/s/ Mark Duncan*

MARK G. DUNCAN (Bar No. 29161)
MICHELLE MAYNE DAVIS (Bar No. 23027)
849 Galvez Street
Mandeville, Louisiana 70448
Telephone: (985) 626-5770
Facsimile:  (985) 626-5771

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Submission has this date been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller by U.S. Mail and email, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-trial Order no. 6 and that the foregoing will also be served via the Court's electronic filing system, on this 18th day of February 2015.

/s/ Mark Duncan
MARK G. DUNCAN