UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL No. 2047 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO | * * | JUDGE FALLON MAG. JUDGE WILKINSON |
| Braxton H. Collins, et al., vs. Bass Homes, Inc., Et al.; S.D. Mississippi, C.A. No. 1:13-00297 | * * | **Case No.: 13-6652** |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL No. 2047 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO | * * | JUDGE FALLON MAG. JUDGE WILKINSON |
| Jason S. Herrington, et al., vs. Bass Homes, Inc., Et al.; S.D. Mississippi, C.A. No. 1:13-00297 | * * | **Case No.: 13-6653** |

**MOTION AND PROPOSED ORDER FOR LEAVE TO FILE STEVEDORE DEFENDANTS' REPLY BRIEF IN SUPPORT OF THEIR MOTIONS TO DISMISS THE CLAIMS OF PLAINTIFFS AND ACE HOME CENTER FOR LACK OF PERSONAL JURISDICTION**

Come now the Defendants Pensacola Stevedore Company, Inc. ("Pensacola Stevedore") and Pate Stevedore Company, Inc. ("Pate Stevedore) (collectively the "Stevedore Defendants") and file the following Motion and Proposed Order for Leave to File Their Reply Brief in Support of Their Motions to Dismiss the plaintiffs' claims and Ace Home Center's third-party claims for Lack of Personal Jurisdiction.

        Respectfully submitted,

        s/s  William W. Watts, III
        S. WELSEY PIPES, V.
        Alabama Bar No. ASB6226-P71S
        WILLIAM W. WATTS, III
        Alabama Bar No. ASB5095-S67W
        ATTORNEYS FOR STEVEDORE  EFENDANTS

**OF COUNSEL:**
PIPES, HUDSON & WATTS, L.L.P.
P.O. Box 989
Mobile, AL  36601-0989
PH:     251-432-7200
FX:     251-432-0073
bill@pipeshudsonwatts.com
wesley@pipeshudsonwatts.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th day of February 2015, the foregoing has been electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the EM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 09-2047 and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, to the following:

| | |
|---|---|
| Danny J. Collier, Jr., Esq. | Lewis Robert Shreve, Esq. |
| Stephen W. Mullins, Esq. | Heather M. Houston, Esq. |
| Caroline Pryor, Esq. | David C. Coons, Esq. |
| Christopher A. D'Amour, Esq. | Gary J. Russo, Esq. |

        s/s  William W. Watts, III
        WILLIAM W. WATTS, III