UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO | * * * | SECTION L JUDGE FALLON MAG. JUDGE WILKINSON |
| Braxton H. Collins, et al., vs. Bass Homes, Inc., Et al.; S.D. Mississippi, C.A. No. 1:13-00297 | * * | **Case No.: 13-6652** |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO | * * * | SECTION L JUDGE FALLON MAG. JUDGE WILKINSON |
| Jason S. Herrington, et al., vs. Bass Homes, Inc., Et al.; S.D. Mississippi, C.A. No. 1:13-00297 | * * | **Case No.: 13-6653** |

## PROPOSED ORDER

Before the Court is the Defendants Pensacola Stevedore Company, Inc.'s ("Pensacola Stevedore") and Pate Stevedore Company, Inc.'s ("Pate Stevedore) (collectively the "Stevedore Defendants") Motion for Leave to File Their Reply Brief in Support of Their Motions to Dismiss the plaintiffs' claims and Ace Home Center's third-party claims for Lack of Personal Jurisdiction in the above-styled actions.

**IT IS ORDERED** that the Stevedore Defendants' Motion for Leave to File Their Reply Brief in Support of Their Motions to Dismiss the Claims of Plaintiffs and Ace Home Center for Lack of Personal Jurisdiction is **GRANTED.**

_____
UNITED STATES DISTRICT JUDGE