# EXHIBIT "A"

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED, DRYWALL PRODUCTS LIABILITY LITIGATION

Vs. MDL NO.: 2047 SECTION: L

This Document Relates To: JUDGE FALLON MAG. JUDGE WILKINSON

Braxton H. Collins, et al. Vs. Bass Homes, Inc., et al.; S.D. Mississippi, C.A. No. 1:13-00297 Case No.: 13-6652

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED, DRYWALL PRODUCTS LIABILITY LITIGATION

Vs. MDL NO.: 2047 SECTION: L

This Document Relates To: JUDGE FALLON MAG. JUDGE WILKINSON

Jason S. Herrington, et al. vs. Bass Homes, Inc., et al.; S.D. Mississippi, C.A. No. 1:13-00297 Case No.: 13-6653

* * * * * * * * * * *

DEPOSITION OF MIKE PATE

January 14, 2015

Page 2

DEPOSITION OF MIKE PATE, taken pursuant to stipulation and agreement before Mallory McCutchin, Registered Professional Reporter and Commissioner for the State of Alabama at Large, in the Law Offices of Luther, Collier, Hodges & Cash, 401 Church Street, Mobile, Alabama, on January 14, 2015, commencing at approximately 10:22 a.m.

* * * * * * * * * * *

APPEARANCES

FOR THE PLAINTIFFS:

Mr. Stephen W. Mullins
LUCKEY & MULLINS
Attorneys at Law
2016 Bienville Boulevard
Ocean Springs, Mississippi 39564

FOR THE DEFENDANTS:

Mr. Danny J. Collier
LUTHER, COLLIER, HODGES & CASH
Attorneys at Law
401 Church Street
Mobile, Alabama 36602

Mr. Caroline Pryor
CARR ALLISON
Attorneys at Law
6251 Monroe Street
Suite 200
Daphne, Alabama 36526

Page 3

APPEARANCES (continued:)

Mr. James Rebarchak
JONES WALKER
Attorneys at Law
RSA Battle House Tower
11 N. Water Street
Suite 1200
Mobile, Alabama 36602

Mr. S. Wesley Pipes
PIPES HUDSON & WATTS
Attorneys at Law
One St. Louis Centre
Suite 2500
Mobile, Alabama 36602

* * * * * * * * * * *

EXAMINATION INDEX

MIKE PATE
BY MR. COLLIER 5

EXHIBIT INDEX

DEFENDANTS' EXHIBIT NOs.:

| No. | Description | Page |
|---|---|---|
| 1 | Notice of Deposition | 6 |
| 2 | Third Party Defendant Pensacola Stevedore Company, Inc.'s response to third-party Plaintiff Ace Home Center, Inc.'s First Interrogatories and Request for Production of Documents | 8 |
| 3 | Affidavit of Michael Pate | 12 |
| 4 | Invoice | |
| 5 | Straight Bill of Lading | 46 |

Page 4

EXHIBIT INDEX (continued:)

| No. | Description | Page |
|---|---|---|
| 6 | Purchase Order | 49 |
| 7 | Purchase Order | 50 |
| 8 | Regular Truck Order | 52 |
| 9 | Straight Bill of Lading | 53 |
| 10 | Agreement | 58 |
| 11 | Invoice | 60 |
| 12 | Facsimile transmittal | 60 |
| 13 | Ad | 62 |

* * * * * * * * * * *

STIPULATIONS

It is hereby stipulated and agreed by and between counsel representing the parties that the deposition of MIKE PATE is taken pursuant to the Federal Rules of Civil Procedure and that said deposition may be taken before Mallory McCutchin, Registered Professional Reporter and Commissioner for the State of Alabama at Large, without the formality of a commission; that objections to questions other than objections as to the form of the questions need not be made at

Page 57

Q. Right. In other words --
A. I would think so.
Q. In other words, whereas, Exhibit #4 reflected ten truckloads to Sharkey --
A. Yes, sir.
Q. -- we in fact come across additional purchase orders from Sharkey and additional invoices from you -- your company to Sharkey for more truckloads?
A. Yes, sir.
Q. And we don't need to turn the page; but when we come across an invoice and purchase order from Sharkey, it's the same transaction, it's the same kind of thing, just more sheetrock?
A. Yes, sir.
Q. Okay. Fair enough. You're welcome to turn those pages, but that's -- that's what I find when I --
A. Yeah. I --
Q. All right. Would it be fair to say that if we wanted to know how much drywall your company sold to Sharkey Sales,

Page 58

that's not an answer committed to your memory, but we would be required to look into and rely upon these documents? Would that be fair?
A. Yes.
(Defendants' Exhibit #10 was marked for identification.)
Q. Okay. What is Exhibit #10? It's PSC document 463. What is that document, sir?
A. It is an agreement, Pate Stevedore and Sharkey Sales on them buying sheetrock from us and from the Port of Pensacola. Says sheetrock with 20 -- 10, 20 percent damage, as-is, where-is, port -- I mean Pensacola, Florida for $2 a sheet. And Sharkey is to inspect every load product to be -- you know, and removed within 30 days.
Q. Yes, sir. Did you and Rex Sharkey sign this document together, physically together?
A. I don't remember if we signed it

Page 59

physically together, but that's my signature.
Q. Okay. So whether he signed it in Pensacola or in Mississippi, you do not know?
A. What I -- I guess what I'm trying to say is, is I signed it in Pensacola. Now, whether they -- I don't remember -- I can't tell you for certain with Rex Sharkey. I never met Rex Sharkey anywhere but Pensacola.
Q. Okay.
A. So it would have to be Pensacola.
Q. Okay.
MR. PIPES: Did he come to the port?
THE WITNESS: Yes. Yes, he came to the port.
Q. And this was not nailing down how much he would buy but how much he would pay for what he would buy, with -- with some other disclaimers?
A. Yes. I mean, this was a -- he would

Page 60

inspect every load I guess is the importance to it, I guess.
(Defendants' Exhibit #11 was marked for identification.)
Q. Exhibit #11 today is made up of PSC 464 through 475. And I'll represent to you that it is similar looking documents between or involving Pensacola Stevedore, Pate Stevedore, and Sharkey Sales. The question is do you have any reason to disagree with that representation after flipping through those pages?
A. Yes, sir. I mean, it appears to be invoices and bills of lading from, you know.
Q. Involving the company?
A. Pensacola Stevedore and Sharkey Sales.
Q. Okay. Thank you.
(Defendants' Exhibit #12 was marked for identification.)
Q. What is Exhibit #12?
A. Exhibit #12 appears to me as an

Page 61

agreement with Pate Stevedore. And who is John Austin with? Gulf Shores Coast Shelter.
Q. Agreement for what?
A. An agreement to purchase sheetrock. According to this, 100 loads of damaged rock, a dollar a sheet.
Q. Okay. How did Gulf Coast Shelter and your company come to do business with one another?
A. I -- to the best of my knowledge, Gulf Coast Shelter was buying rock -- sheetrock from Devon, or Devon or whatever. And -- and that's how we come to know each other.
Q. Okay. And did your company in fact sell 100 truckloads?
A. No, sir. I don't believe they ever bought 100 truckloads.
MR. PIPES: That's a lot.
A. No, sir. I'm almost positive they didn't. They wanted to buy it. And, in other words, I think this was sort of

Page 62

just to kind of say -- I'm kind of wanting to lock this 100 loads up where you might not sell it to somebody else. But --
Q. It looks like a contract action to me.
A. Yeah. But I'm almost positive they never bought no -- they didn't -- they didn't buy no -- I don't believe they ever bought no 100 loads.
(Defendants' Exhibit #13 was marked for identification.)
Q. Okay. Identify Exhibit #13, please. It's PSC 989.
A. This appears to me to be the article or ad or whatever you have it that we ran in the Pensacola --
MR. PIPES: Shopper.
A. Shopper, paper, for this.
Q. All right. Is 850-438-3640 -- is that your telephone number?
A. Yes, sir.
Q. Okay.
A. That's my office number.

Page 63

Q. Right. I'm aware of the Langham lawsuit which -- when I say Langham lawsuit in Baldwin County, I think of numerous cases consolidated into one involving Bass Homes and Ace and others. Was your company involved in that? Was your company a named defendant in that case? Yes?
A. Yes.
MR. PIPES: Uh-huh.
Q. I thought it was. I went blank for a moment. Aside from the Langham litigation, has -- and Collins and Herrington that we're here about today, has your company been involved in any other litigation regarding Chinese drywall?
MR. PIPES: Uh-huh.
Q. And if so, tell me about those.
A. I -- I can't.
MR. PIPES: It might be easier if I did it, but -- I mean the answer to that is yes.

Page 64

A. Yes.
MR. PIPES: I can give you a list, actually, of all the actions that they've been named in.
MR. COLLIER: All right.
MR. PIPES: But I can tell you there were two -- actually, there were three in North Alabama that were dragged into the class action settlement.
MR. COLLIER: The MDL.
MR. PIPES: The MDL settlement. There were the Langham cases which were actually either 11 or 12 cases that were consolidated for discovery. There were two cases in Mobile County whose names I can't remember, but we got out on summary judgment on those. There's obviously the case in Escambia County, Alabama right now.
MR. COLLIER: Wiggins.
MR. PIPES: Wiggins. And, you

Page 65

know, I don't know how to answer. There were obviously claims made in the -- we participated in the class action settlement, MDL class action settlement.

MR. COLLIER: Yeah. Right.

MR. PIPES: And that's all that comes to mind for now. There were no lawsuits in the state of Florida with the exception of possible class members that were in class action settlements.

MR. COLLIER: Right. And what about claimants and/or lawsuits from the state of Mississippi?

MR. PIPES: The only -- the only lawsuits that I'm aware of from the state of Mississippi are these two. I'm not aware of any claimants in class action settlements in the state of Mississippi. But I cannot -- you know, I can't be positive about that. So -- if there are any

Page 66

participants, you know, it's possible. I think Bill -- Bill would know better than I would. But we can certainly track that down.

But there are no state court actions in Mississippi, and there are no other pending -- you know, anything.

MR. COLLIER: All right. Mr. Pate, I appreciate your time and patience with me today. I think that's all I have. Anybody else?

MR. REBARCHAK: I don't anything.

MS. PRYOR: I don't have anything.

(The deposition concluded at 11:54 a.m.)

* * * * * * * * * * *

FURTHER DEPONENT SAITH NOT

* * * * * * * * * * *

Page 67

REPORTER'S CERTIFICATE

STATE OF ALABAMA

BALDWIN COUNTY

I, Mallory McCutchin, Registered Professional Reporter and Commissioner for the State of Alabama at Large, hereby certify that on January 14, 2015, I reported the deposition of MIKE PATE, who was first duly sworn or affirmed to speak the truth in the matter of the foregoing cause, and that pages 5 through 66 contain a true and accurate transcription of the examination of said witness by counsel for the parties set out herein.

I further certify that I am neither of kin nor of counsel to any of the parties to said cause, nor in any manner interested in the results thereof.

MALLORY McCUTCHIN, CCR, RPR
And Commissioner for the
State of Alabama at Large
CCR 443, Expires 09/30/15

MY COMMISSION EXPIRES: 2/25/2017



ate Stevedore Co., Inc.

Post Office Box 12781
Pensacola, Florida 32591-2781

Phone: (850) 438-3648
Fax: (850) 438-5214
patestevedore@bellsouth.net

AGREEMENT

PATE STEVEDORE COMPANY/SHARKEY SALES LLC

SHARKEY SALES LLC AGREES TO PURCHASE FROM PATE STEVEDORE COMPANY DAMAGED SHEETROCK WITH 10-20% DAMAGE AS IS, WHERE IS AT THE PENSACOLA, FLORIDA, FOR A PRICE OF $2.00 PER SHEET.

SHARKEY SALES LLC IS TO INSPECT EVERY LOAD. PRODUCT IS TO BE MOVED WITHIN 30 DAYS.

Agreed to: 9/12/2006

Mike Pate
Pate Stevedore Company

Rex Sharkey
Sharkey Sales LLC

DEFENDANT'S EXHIBIT
10



ate Stevedore Co., Inc.
Post Office Box 12781 Pensacola, Florida 32591-2781 (850) 438-3648
FAX: 850-438-5214 E-MAIL: patestevedore@bellsouth.net

# facsimile transmittal

| | | | |
|---|---|---|---|
| To: | JOHN AUSTIN | Fax: | 251-990-8286 |
| From: | MIKE PATE | Date: | 2/5/06 |
| Re: | DAMAGED SHEETROCK | Pages: | 1 |
| CC: | | | |

☐ Urgent ☐ For Review ☐ Please Comment ☐ Please Reply ☐ Please Recycle

AGREEMENT

GULF COAST SHELTER AGREES TO PURCHASE 100 TRUCK LOADS OF DAMAGED SHEETROCK @ $1.00 PER SHEET. THIS SHEETROCK IS SOLD "AS IS" AT PORT OF PENSACOLA WAREHOUSE NO. 8. WITH PICKUP TO BEGIN AS SOON AS POSSIBLE.

PURCHASE ORDER NUMBERS WILL BE 3004240 TO 3004340.

MIKE PATE

JOHN AUSTIN

DEFENDANT'S EXHIBIT 12

Outside Storage Shed, 8'x10'. Never used. Paid $30[illegible] $125. You haul. 452-8166

Mustang 2 Front Suspension. Ladies 18 sp Bike. Mens 10sp Bik[e] Womens 10 sp Bike. All for sale. 850- 474-4831

Green Couch w/Southwestern Design $85. Dishwasher $75. Washing Machine $85. Leave message at 934-2047.

'66 MGA $2400. Partially disassembled. Leave message at 934-2047.

55 gallon Open Top Metal Drums w/reclosable lids for sale. Leave message at 932-9820.

Fish Aquarium. 74" Wide. 17" deep. 18" high. Undergravel filter. 2 Turbo Powerhead filters. heater. $75. 432-5736

Antique Wood Doors off Early 1900's home. 5 panel design. 81.5" Tall. 34" Wide. Solid & very heavy. $150/each. 432-5736

Utility Trailer. Like new. $225. 850- 454-[illegible]

18-1000 piece puzzles. Free if you come pick up. 432-[illegible]

2 Christmas Trees. 1-6' Prelight, 1-8' Prelight. 572-[illegible]

Cherry 7 drawer Jewelry Box $70. Night Stand, 3 drawers. $5.

Panasonic 5 disk Home Theatre System $60. 525-7886.

4' long, 2' Deep. Mahogany & Cherry Chest. Hand painted & hand carved. Imported from Asia. $100. 000-0000

Professional Video Editing Equipment. Complete studio set up. Cameras to all editing. 453-1714

Wood Burning Stove. Palladium. Free standing. Burns 8-10 hrs or more. 4500 BTU's per hr. Do to 1800 sq ft area. 492-9531

Barbie Doll w/clothes & case. 1961. $500/firm. 207-2529 or 981-0119

1.33 karat Tanzanite Solitare w/1 karat Baguet Diamonds. Sacrifice $1500/firm. 207-2529 or 981-0119

3 Ladies Rings. Sacrifice prices. $250-$400. 981-0119 or 207-2529

12'x5' Utility Trailer w/300 gallon Reservoir Tank & 3 diamond plate toolboxes. $1700/obo. 221-4736

11x14 Coleman Tent. 2 rooms. Extra canopy. Used twice. $50/ firm. Very easy to assemble. 455-1460

Men & Womens Wedding Ring Set w/engagement ring. All rings are 2 tone silver w/diamond c[l]uster & mosaic. $100. 455-1460

'72 Schwin Bike. 26". $50. Floor Stand Radial Drill Press w/ electronic speed control $100. 944-3182

**FACTORY DIRECT**
*Quality Specialty Products*
**Trailers at Wholesale Prices!**
HURRICANE SHUTTERS, HAND RAILS, GATES, ECT.
*If you buy before you compare our Trailers - We Both Lose...*

**850-469-0902** WE [illegible] CUSTOMIZE

34" Atlas Wood Lathe w/chisels & mahogany stand $700. Portable Cast Iron Compressor. Needs motor. $25. 944-1982

'90 Mercury Marauder. Trade for Electric Golf Cart. Call Kyle at 207-2873

Electric Wheel Chair. Works grt. Needs batteries. $400. Call William at 456-2908

Singer 3115 Light Upholstery Sewing Machine w/stand $150. 944-2553

Generator. 5000 watt. Ex cond. Used only 42 hrs. $375. 850-286-3473

1 karat Round Brilliant Engagement Ring in Tiffany Setting 14kt. [illegible] appraised $4600. Sell $2300/obo. [illegible] 944-7812

33 new in box All Wood Cherry Cabinets w/many extras. Paid $10,000. Sell $2800. 777-0429

Green Machine Carpet & Upholstery Cleaner $30. 937-1985

Hobart Portable Welder. Less than 73 hrs. $1800. 291-[illegible]

Ladies Name Brand Jr Clothes. Sizes 3-5-7. Med, LRT. Pants Blues, Dresses, Coats. Size 8-1[illegible]. 525-0151

Metal Racks. 5'x3x2'. $12. Large $15. 250 lb capacity. 384-4924

**WILL HAUL AWAY FREE A/C UNITS, APPLIANCES, LAWN MOWERS, OUTBOARD MOTORS, OLD CARS, SCRAP METAL ALL TYPES 345-[illegible], 449-[illegible], 4[illegible]**

10 wooden Sleds. Ready for painting. 9.6x4.4x2". $25/10. Gt. for making gift baskets. 255-3829

Go Kart. 5.5 hp. All terrain. 2 seater. $700. Glass Kitchen Tabl[e] w/4 chairs. $100. Sony Ecologic Speakers $200. 452-8272

Garden Tractor. '06 Murray w/46" 3 blade deck. 21 hp V Twin Briggs. 947-2403

5 Person Hot Tub. Very nice. $1500. 206-4111

2 Burial Plots at Pensacola Memorial Gardens in Hope 2 $1095/each/obo. 850- 476-1062

'06 Kawasaki 750 4 Wheeler. New tires. 479-1166

Mink Coat. Sable. Beautiful. Ex cond. $590. 351- 454-2178

Afgan. New. Hand made. Bed size. $50. 438- 438-[illegible]

3 Burial Plots at Bayview Memorial Park. $7500. 516-3476 or 934-7332

Husk Bar 455 Rancher Chain Saw. 20" bar. Extra chain. Less than 5 hrs. $300. 982-2130

Toddler Boys Clothes. 6mo-2T. Name brands. Childrens place, Old Navy & Faded Glory. Etc. Paid $40. Sell $49-$50. 941-8278

2 Glass Harbor Chopper Gun Systems $100/each/obo. Both on carts. 554-3612

Power Mate Generator. 4200 watts. $00/trade for utility trailer 994-4942

Alladin Kerosine Heater $50. House alarm system $25. 456-4183

Storm Door/Screen. Full view. White metal. Ex cond. $51- 351-1771

Metal Bed Frame w/wheels. Full or queen. $20. Dog Carrier Cage. Medium size. $30. 456-4161

1500 lb Lift More Crane $500. 4000 auto Crane. TNT Boom. $3500. 251- 368-7395

5' Wooden Swing $40. 626-1661

'06 Gooseneck Trailer. 26'. Ex cond. GVW 15,600 lbs. $5000. 934-1623

7 Dozen Canning Jars w/rings. Double ceramic Propane heater. 994-0588

Diamond Band/Engagement Ring $100. Pearl [illegible] e/Earrings $25. Ruby Ring $40. Pink Tourmaline Ring $40. [illegible]-8782

Antique 1911 Johnson Fair Box for taking old bus tokens. 40 lbs. Full of antique coins. Never opened. $330/tr. 857-1808

Hotwheels Barbie Jeep. Garage kept. Works perfect. $100. 944-8568

21' Steel Trailer. 2 ramps in back. No winch in front. $1500/ obo. Needs some repair. 17' Flatbed. Needs bed. $150. 982-2302

'00 Yamaha Bear Tracker 4 Wheeler. Gd cond. $1850. 626-3748 or 384-1613

Classic Dome 14 kt Heavy Gold Ladies Fashion Ring $175. Baby Nugget Ring. $125. Other gold pieces available. 995-2651

Trampoline. 13'8" wide. 13'4" long. Round. $55. 84 in. 432-8138

Sterling Goblets $325. Sterling Pair Candelabra $350. Large Silver Tea Service Set $250. 850- 432-3108

Silver Punch Bowl Set w/Tray and cups $250. Cash only. 850-432-3108

**Bundles of 4' X 12' X 1/2"**
**SHEETROCK**
**Some Damage**
**GREAT VALUE**
**$2 per sheet**
**Call for info 850-438-3648**

Antique KPM China. Service for 12 w/extra serving pieces. 105 pieces. $400/cash. Beautiful. 432-3108

McCullough 5700 watt 120/220 & 12V Generator on wheels. Less than 40 hrs usage. $500. 380-3735

Time Soldiers Upright Video game w/coin slots $350. Compute monitor $75. Acoustic Guitar $100. 384-3733

Welder. Air Products 250 CP Constant voltage. 3 phase Arc complete w/wire feed & gauges. Ex cond. $800. 944-4805

Camp Ground Membership. Coast to coast deluxe w/travel benefits. $2000. 983-1317

## JOB OPPORTUNITIES

**New Line Transport**
*Seeking Owner Operators*
* $1000 Sign on Bonus *
* Diesel Fuel $1.25 Gallon!! *
* Tractor Purchase Program *
* Consistent Freight *
* Avg. mileage pay $1.06 per mile *
* Home Weekends *
Available to Qualified Drivers * 1 Year CDL 'A', No More than 2 moving violations in 7 years.
Call Mon-Fri 7-5 pm 1-877-447-4450

Be Your Own Boss! Are you looking for an honest oportunity to work with a Christian Company? 800-523-3173

## GARAGE SALES

Garage sale Sat Nov 11 8-2p 18 Fountain Abby Sherwood subdivision furniture and more. 453-4332

Multi Family yard sale Nov 11th 7am until McKenzie Rd in Cantonment 000-0000

Estate sale 5120 Defense Dr. 478-3271

Yard sale Fri and Sat Nov 10-11th 4041 Adams Pace rugs and tables lights and decor 000-0000

Multi family yard sale Fri Sat 1413 W 18th Ave off Lillian Hwy winter clothes all sizes baby items more 000-0000

Yard Sale. Fri Nov 10th & 11th at 4041 Adams. Pace. Sub. Oriental Rug. $10. End Table $15. Outdoor Decor $35. 000-0000

Yard Sale. Sat Nov 11th. 7148 Wells Ave off Hwy 87 in Navarre 939-9475

Yard Sale. 2056 [illegible] Circle Cantonment 968-5131

Yard Sale Sat Nov 11th. Carriage Hills. 5642 Esperanto Dr. Pensacola. 944-3992

2 family Yard Sale. Fri 7am till. Off Jacks Branch Rd on Kimball Drive. 000-0000

Yard Sale 2625 Old Chemstrand Rd. 7am-3pm on Nov 11th. 477-0430

Huge Yard Sale. Fri & Sat Nov 10th & 11th. 8am-3pm. 1495 [illegible] Circle. Clothes. Toys. Sports. Appliances. 000-0000

Back Yard Sale. All week 6806 Lindshoe St. 000-0000

Multi family Garage Sale. Beulah. 9498 Darlene Circle. Fri & Sat. Toys. Clothes. Household. more. 944-0802

Rummage & bake Sale. Cornerstone Christian Church. 1/2 mile East of Red Light in Jay FL Nov 11th 7am. 000-0000