UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

### PROPOSED ORDER

  AND NOW THIS _____ day of _____, 2015 upon consideration of the Plaintiffs' Steering Committee's Motion to Preclude Taishan or any of its Affiliates from Participating in Proceedings Involving Plaintiffs' Motion for Assessment of Class Damages Pursuant to Rule 55(B)(2)(B) Unless and Until Taishan Purges Itself of Contempt and Request to Reinstate Judgment Debtor Examination it is hereby ORDERED that Taishan Gypsum Company, Ltd. and its affiliates, including BNBM, are precluded from participating in any future proceedings occurring before this Court unless and until Taishan Gypsum Company, Ltd. purges itself of the contempt identified in this Court's Order of July 27, 2014 [Rec.Doc..17869].

  It is further ORDERED that Taishan shall appear in open court on the _____ day of _____, 2015 at _____ o'clock ___.m. in Section L of the United States District court for the Eastern district of Louisiana, to be examined as a judgment debtor pursuant to Fed.R.Civ.P. 69(a) and C.C.P. art. 2451 and that Taishan produce at that time the books, papers, and documents described in paragraph XI of the motion [Rec.Doc. 17760].  In addition, counsel

1

for Taishan, Mr. Joe Cyr, shall appear in open court to provide testimony as appropriate.

SO ORDERED

New Orleans, Louisiana, this ____ day of _____, 2015.

_____
Eldon E. Fallon