# EXHIBIT B

央企名录

## 国务院国有资产监督管理委员会
### State-owned Assets Supervision and Administration Commission of the State Council

客户端　邮箱　网站地图　English

国资小新　央企媒体联盟　国资微博发布厅

机构概况　国资监管　中央企业　国有经济　信息公开　在线服务　公众参与　专题专栏

当前位置：首页 > 中央企业 > 央企名录 > 正文

# 央企名录

发布时间：2015-02-09 【大 中 小】

| 序号 | 企业(集团)名称 | 序号 | 企业(集团)名称 |
|---|---|---|---|
| 1 | 中国核工业集团公司 | 57 | 中国中煤能源集团公司 |
| 2 | 中国核工业建设集团公司 | 58 | 中国煤炭科工集团有限公司 |
| 3 | 中国航天科技集团公司 | 59 | 机械科学研究总院 |
| 4 | 中国航天科工集团公司 | 60 | 中国中钢集团公司 |
| 5 | 中国航空工业集团公司 | 61 | 中国冶金科工集团有限公司 |
| 6 | 中国船舶工业集团公司 | 62 | 中国钢研科技集团公司 |
| 7 | 中国船舶重工集团公司 | 63 | 中国化工集团公司 |
| 8 | 中国兵器工业集团公司 | 64 | 中国化学工程集团公司 |
| 9 | 中国兵器装备集团公司 | 65 | 中国轻工集团公司 |
| 10 | 中国电子科技集团公司 | 66 | 中国工艺（集团）公司 |
| 11 | 中国石油天然气集团公司 | 67 | 中国盐业总公司 |
| 12 | 中国石油化工集团公司 | 68 | 中国恒天集团公司 |
| 13 | 中国海洋石油总公司 | 69 | 中国中材集团公司 |
| 14 | 国家电网公司 | 70 | 中国建筑材料集团有限公司 |
| 15 | 中国南方电网有限责任公司 | 71 | 中国有色矿业集团有限公司 |
| 16 | 中国华能集团公司 | 72 | 北京有色金属研究总院 |
| 17 | 中国大唐集团公司 | 73 | 北京矿冶研究总院 |
| 18 | 中国华电集团公司 | 74 | 中国国际技术智力合作公司 |
| 19 | 中国国电集团公司 | 75 | 中国建筑科学研究院 |
| 20 | 中国电力投资集团公司 | 76 | 中国北方机车车辆工业集团公司 |
| 21 | 中国长江三峡集团公司 | 77 | 中国南车集团公司 |
| 22 | 神华集团有限责任公司 | 78 | 中国铁路通信信号集团公司 |

| | | | |
|---|---|---|---|
| 23 | 中国电信集团公司 | 79 | 中国铁路工程总公司 |
| 24 | 中国联合网络通信集团有限公司 | 80 | 中国铁道建筑总公司 |
| 25 | 中国移动通信集团公司 | 81 | 中国交通建设集团有限公司 |
| 26 | 中国电子信息产业集团有限公司 | 82 | 中国普天信息产业集团公司 |
| 27 | 中国第一汽车集团公司 | 83 | 电信科学技术研究院 |
| 28 | 东风汽车公司 | 84 | 中国农业发展集团总公司 |
| 29 | 中国第一重型机械集团公司 | 85 | 中国中纺集团公司 |
| 30 | 中国机械工业集团有限公司 | 86 | 中国外运长航集团有限公司 |
| 31 | 哈尔滨电气集团公司 | 87 | 中国中丝集团公司 |
| 32 | 中国东方电气集团有限公司 | 88 | 中国林业集团公司 |
| 33 | 鞍钢集团公司 | 89 | 中国医药集团总公司 |
| 34 | 宝钢集团有限公司 | 90 | 中国国旅集团有限公司 |
| 35 | 武汉钢铁（集团）公司 | 91 | 中国保利集团公司 |
| 36 | 中国铝业公司 | 92 | 珠海振戎公司 |
| 37 | 中国远洋运输（集团）总公司 | 93 | 中国建筑设计研究院 |
| 38 | 中国海运（集团）总公司 | 94 | 中国冶金地质总局 |
| 39 | 中国航空集团公司 | 95 | 中国煤炭地质总局 |
| 40 | 中国东方航空集团公司 | 96 | 新兴际华集团有限公司 |
| 41 | 中国南方航空集团公司 | 97 | 中国民航信息集团公司 |
| 42 | 中国中化集团公司 | 98 | 中国航空油料集团公司 |
| 43 | 中粮集团有限公司 | 99 | 中国航空器材集团公司 |
| 44 | 中国五矿集团公司 | 100 | 中国电力建设集团有限公司 |
| 45 | 中国通用技术（集团）控股有限责任公司 | 101 | 中国能源建设集团有限公司 |
| 46 | 中国建筑工程总公司 | 102 | 中国黄金集团公司 |
| 47 | 中国储备粮管理总公司 | 103 | 中国储备棉管理总公司 |
| 48 | 国家开发投资公司 | 104 | 中国广核集团有限公司 |
| 49 | 招商局集团有限公司 | 105 | 中国华录集团有限公司 |
| 50 | 华润（集团）有限公司 | 106 | 上海贝尔股份有限公司 |
| 51 | 中国港中旅集团公司[香港中旅（集团）有限公司] | 107 | 武汉邮电科学研究院 |
| 52 | 国家核电技术有限公司 | 108 | 华侨城集团公司 |
| 53 | 中国商用飞机有限责任公司 | 109 | 南光（集团）有限公司 |
| 54 | 中国节能环保集团公司 | 110 | 中国西电集团公司 |
| 55 | 中国国际工程咨询公司 | 111 | 中国铁路物资（集团）总公司 |
| 56 | 中国诚通控股集团有限公司 | 112 | 中国国新控股有限责任公司 |

央企名록

打印   关闭窗口

中国政府网 | 中央国家机关工委 | 国务院部委 | 地方政府 | 地方国资委 | 中央企业 | 国有重点企业 | 行业协会

西便门办公区地址：北京市宣武门西大街26号 邮编：100053  安定门办公区地址：北京市安定门外大街56号 邮编：100011

管理维护：国务院国资委信息中心 国务院国资委总机：010-63192000 京ICP备05052109号