# EXHIBIT C







中国建材百强企业



山东泰和东新股份有限公司
SHANDONG TAIHE DONGXIN CO., LTD

HERMAN AFFIDAVIT
EXHIBIT
5





董事长 总经理：贾同春

Chairman of the Board, General Manager: Mr. Jia Tongchun

山东泰和东新股份有限公司总部地处驰名中外的泰山南麓，古大汶口文化遗址附近，东临京沪铁路，京沪、京福高速公路，西临104国道，地理位置优越，交通便利，是中国建材集团旗下的骨干企业。

公司总部驻地天然石膏资源极为丰富，公司技术力量雄厚，生产的"泰山"系列纸面石膏板，可作隔墙、吊顶等用途，能充分满足室内装潢的各项用途和要求，同时具有防火、隔音、保温、抗震、保健等功能。

公司以"严格管理，质量一流，用户至上，报效社会"为目标，以市场为中心，大搞技术创新和管理创新，主导产品纸面石膏板，年生产能力3亿平方米，居全国首位。公司在国内设有14个分公司，合理分布在全国各地，现有总资产12亿元。未来五年生产能力将达到10亿余平方米，公司拥有进出口贸易自营权，产品不仅畅销国内，还远销阿联酋、印度尼西亚、印度、俄罗斯、美国等国家和地区。高质量的"泰山"系列石膏板已通过ISO9001：2000 质量体系认证，并获得"绿色建材"证书。

企业的高速发展，为国家高速度推行新型墙体材料改革做出了贡献。

地球是我们唯一、共同的家园，她是生命的创造者，是人类文明大厦的基石。社会、企业共同实现可持续发展是社会管理者、企业家的使命。

泰和集团以实现社会、企业共同发展为已任，实践"**和谐创新、报效社会**"的企业精神，立志为人类居住条件的改善加快建设节约型社会做出自已不懈的努力。

Shandong Taihe Dongxin Co., Ltd, one of the key enterprises in producing new building materials in China, is located in the south of the famous Mt. Tai, near the ancient Dawenkou Culture Ruins, neighbors Beijing-Shanghai railway, Beijing-Shanghai, Beijing-Fuzhou express way in the east and National Road NO.104 in the west.

It is abundant in raw gypsum resources, the products "Taishan" series plasterboard can be used as partition and ceiling material and have advantages: fire-proof, sound insulation, heat preservation, quakeproof and good for health.

"Strict management, high quality, honour customers, with keen social responsibility" is our aim. Through technology and management creation, the plasterboard production capacity reach 300 million m² per year. The 14 branch factories hold the total capital assets of 1.2 billion Yuan, which distribute around China in a good order. Our yearly throughput will reach one billion square meter in future five years. We have a self-supported import and export ability, our products not only sell well in our domestic market also export to many countries e.g. U.A.E., Indonesia, India, Russia, U.S.A. etc. The high quality plasterboard is in accordance with ISO9001:2000 standard.

The high-speed development of the company will devote much more to the Reform of wallmaterial in China.



泰和集团 TAIHE GROUP




公司总部                                                             纸面石膏板生产线













# "泰山王" 石膏板 王者风范

"泰山王"牌纸面石膏板是以优质的原料与专用的高质量护面纸加工而成的高档板。具有防火、隔音、保温、抗震等特点，而且质轻、便于加工，具有施工速度快、劳动强度低、装饰效果好等优点，可用于隔墙、吊顶的覆面板材，适用于各种类型的装饰装修。

"TAISHANWANG" plasterboard is made of the quality gypsum material and elegant surface paper. Besides being of fireproof soundinsulation, heat preservation convenient for installation and cut. "TAISHANWANG" plasterboard is with lower weight and much more beautiful appearance.

It can be used for partition and ceiling, and reach excellent effect of decoration.



### "泰山王"牌纸面石膏板性能指标
Technical data of "TAISHANWANG" plasterboard

| 检验项目 | | 厚度规格 (mm) | | 技术指标 |
|---|---|---|---|---|
| 长度偏差 (mm) | | 9.5 | 12.0 | 0 / -2 |
| 宽度偏差 (mm) | | 9.5 | 12.0 | 0 / -2 |
| 厚度偏差 (mm) | | 8.5 | | ±0.2 |
| | | 12.0 | | ±0.2 |
| 断裂荷载 (N) | 纵向 | 9.5 | | 560 |
| | | 12.0 | | 700 |
| | 横向 | 9.5 | | 180 |
| | | 12.0 | | 240 |
| 单重 (kg/m²) | | 9.5 | | 6.6 |
| | | 12.0 | | 9.0 |
| 纸芯粘结性能 | | | | 不裸露 |





# "泰山"系列石膏板 专业之选





- "泰山"系列纸面石膏板是以建筑石膏为主要原料,掺入纤维和适当的添加剂制成板芯,与特制的专用护面纸牢固粘结而成的一种新型建筑用板材。
- "泰山"系列纸面石膏板具有质轻、耐火、便于加工等特点,主要用作隔墙和吊顶的覆面板材,采用纸面石膏板与轻钢龙骨组成的轻质隔墙与吊顶,除了满足建筑上的防火、隔音、保温、抗震等要求外.还具有施工速度快,劳动强度低,装饰效果好等优点,适用于各种类型的装饰装修。
- "泰山"牌纸面石膏板 1997、2003 年被评为 "山东名牌产品",2003 年被评为 "著名商标"。
- 2002、2003、2004、2005 连续四年被评为国家康居示范工程选用部品与产品。

### 普通纸面石膏板

| 厚度(mm) | 宽度(mm) | 长度(mm) | 纵向断裂荷载(N) | 横向断裂荷载(N) | 单位面积质量(kg/m²) |
|---|---|---|---|---|---|
| 9.5 | 1200 | 3000 | ≤360 | ≤140 | ≥9 |
| 12.0 | 1200 | 3000 | ≤500 | ≤180 | ≥11 |

### 耐火纸面石膏板

| 厚度(mm) | 宽度(mm) | 长度(mm) | 遇火稳定性(min) | 横向断裂荷载(N) | 单位面积质量(kg/m²) |
|---|---|---|---|---|---|
| 12.0 | 1200 | 3000 | ≤20 | ≤180 | ≥11.0 |

### 防潮纸面石膏板

| 厚度(mm) | 宽度(mm) | 长度(mm) | 吸水率(%) | 横向断裂荷载(N) | 单位面积质量(kg/m²) |
|---|---|---|---|---|---|
| 12.0 | 1200 | 3000 | ≥10.0 | ≤180 | ≥11 |

注:可根据客户的要求加工定做。

安全防火于未然　泰山牌石膏板您首选
环保质优价更廉　高雅保健永平安

泰和 建材
THBM is wi

民族建筑装饰用品
the decoration of building for minorities



# 装饰广厦千万家
used and much popular.







用我公司产品装饰的标志性建筑——上海东方明珠



# 轻钢龙骨及配件
## Light Steel Frame ang Accessories

包括：隔墙龙骨，上人吊顶龙骨，不上人吊顶龙骨，吊顶龙骨及配件等。
Light Steel Frame and Accessories Partition and manual and automatic ceiling and accessories

### 墙体龙骨产品标记与规格
Specification and Maker of Frame for wall

| 名称 | 标记 | 断面规格 | 断面 | 重量 kg/m | 备注 |
|---|---|---|---|---|---|
| 横龙骨 | LLQ-U | U 50x35x0.6 | | 0.58 | 打麻点 |
| | | U 75x35x0.6 | | 0.70 | |
| | | U 75x35x0.7 | | 0.83 | |
| | | U 100x35x0.7 | | 0.95 | |
| | | U 100x40x1.0 | | 1.36 | |
| 坚龙骨 | LLQ-C | C 50x45x0.6 | | 0.77 | A:打麻点 |
| | | C 75x45x0.6 | | 0.89 | B:可按用户要求打孔 |
| | | C 75x45x0.7 | | 1.07 | |
| | | C 100x45x0.7 | | 1.17 | |
| | | C 100x45x1.0 | | 1.67 | |
| 通贯龙骨 | LLQ-U | U 38x12x1.0 | | 0.45 | 按设计要求搭配 |

### 吊顶龙骨产品标记与规格
Specification and Maker of Frame for wall

| 名称 | 简图 | 标记 | 厚度 | 名称 | 简图 | 标记 | 厚度 |
|---|---|---|---|---|---|---|---|
| 吊件 | | CS60-1 | 3.0 | 连接件 | | CB50-L | 0.5 |
| | | CS50-1 | 3.0 | | | CB60-L | 0.5 |
| | | CB50-1 | 2.0 | | | CB38-L | 1.2 |
| | | | | | | CS50-L | 1.2 |
| | | CB50-1P | 1.5 | | | CS60-L | 1.5 |
| | | CB60-1P | 1.5 | 水平件 | | CB50-4 | 0.5 |
| | | CB38-1 | 2.0 | | | CB60-4 | 0.5 |
| 长挂件 | | CS60-2 | 1.0 | 大固定件 | | | 3.0 |
| | | CS5060-2 | 1.0 | 大固定件 | | | 3.0 |
| | | CB50-2 | 1.0 | 支撑卡 | | LLQ-ZC(75系列) | 0.8 |
| 短挂件 | | CB60-3 | 0.8 | | | LLQ-ZC(100系列) | 0.8 |

### 龙骨配件表
Frane Fittings

| 名称 | 承载(主)龙骨 | | | 覆面(次)龙骨 | | |
|---|---|---|---|---|---|---|
| 标记 | LLD-C8 | LLD-CS | LLD-CS | LLD-CB | LLD-CB | LLD-CB |
| 断面规格 | CB38x12x1.0 | CS50x15x1.2 | CS60x27x1.2 | CB50x19x0.5 | CB50x20x0.6 | CB60x27x0.6 |
| 断面 | ⌐⌐ | ⌐⌐ | ⌐⌐ | ⌐⌐ | ⌐⌐ | ⌐⌐ |
| 重量kg/m | 0.45 | 0.70 | 1.09 | 0.39 | 0.47 | 0.55 |
| 备注 | | | | 打麻点 | 打麻点 | 打麻点 |




## 安装方法示意图
## The sketch map for fixing method

轻钢龙骨纸面石膏板隔墙
该隔墙系统功能广泛：如防火、隔音、保温和抗震。
This kind of partition has wide function ncludes, fireproof, sound insulation, heat preservation and quakeproof.




轻钢龙骨石膏板吊顶（平顶）
Light Steel Frame Plasterboard Ceiling (Plan Ceiling)

平面石膏板吊顶
● 石膏板平顶为水平或斜面，接缝隐蔽，由普通石膏板固定在悬置的轻钢龙骨上或直接连接在支撑架上。
● 功能广泛：如隔音、保温、防火和抗震。

Plan Plasterboard Ceiling
● The Plasterboard are horizonal or inclined with convent joint. The boards are fixed on the light steel frame or directly connected on the backstop.
● Function: sound insulation, heat preservation, fireproof and quakeproof.

轻钢龙骨石膏板吊顶（曲型顶）
Light Steel Frame Plastarboard Ceiling(Bending Ceiling)

曲面石膏板吊项
● 曲面石膏板吊顶是用自攻螺钉将普通纸面石膏板固定在笔直的次龙骨（覆面龙骨）上。次龙骨与悬置的或直接连接在支撑架上的曲形主龙骨（承载龙骨）连接在一起。

Bending Plasterboard Ceiling
● The bending Plasterboard ceiling is fixed on the light steel frame by self-attack bolt.

轻钢龙骨石膏板隔墙（双层）
● 该隔墙由4层石膏板安装在龙骨上，可安装保温层、埋线。
● 用于医院、学校、工厂、办公楼。
● 有隔音、保温、防震、防火的功能。

Light steel frame plasterboard partition
● This type of partition is formed by 4 layers of plasterboard, which installed on the frame. The insulating layer and sunken cord can also be fixed.
● Used in hospital、School、factory.
● Sound、insulation、heat preservation、fireproof.





轻钢龙骨石膏板隔墙（单层）
● 将石膏板安装在龙骨上，是简洁、经济的隔墙安装系统。
● 用于新建和改建工程。
● 家居、办公室、宾馆的标准隔墙。
● 有隔音、保温、防震、防火的功能。
● 可留出保温层、埋线的部分。

Light Steel Frame and Plasterboard Partition
● Fix the board on the frame
● Used in the construction and rebuilding project.
● Standard partition for home, office and hotel.
● Function: soundinsulation, heatpreservation, quakeproof, and fireproof.
● Has the space of Heat insulating layer andsunken cord.





安装石膏板时，要错开龙骨之间的接缝。
Arrange the joint to avoid the weakness between two boards occurs on one place.



错开龙骨之间的接缝安装石膏板，该墙由双层石膏板做成。
石膏板应错开接缝。
Two layers of Plasterboard form this kind of partition.



# 泰和纸业 —— *绿色 • 环保 • 科技*

泰和纸业占地 200 亩，年产 7 万吨护面纸，生产线设计车速 300 米／分，主机采用 2640 三叠网纸机；纸浆设备采用美国 KBC 公司的产品；污水处理场采用目前国际领先水平的氧化沟技术，关键设备为进口产品，处理后的污泥和污水可用于生产纸面石膏板，整体装备达到国际先进水平。














我公司生产的石膏板在中国
参与的重大工程项目：



◎ 上海东方明珠塔
◎ 上海浦东国际机场
◎ 上海光大会展中心
◎ 青岛华普大厦
◎ 青岛伊都锦商厦
◎ 大连火车站
◎ 大连宏孚大厦
◎ 北京天下第一城
◎ 北京西客站
◎ 哈尔滨市政府办公大楼
◎ 山东电视大厦
◎ 济南明珠国际商务港
◎ 郑州邮政大厦
◎ 西安西北大学办公楼
◎ 西安大唐电信大楼
◎ 上海浦东八百伴

◎ 天津银河大酒店
◎ 广州市人民政府办公大楼
◎ 广州市万博中心大厦
◎ 深圳三星彩管有限公司办公楼
◎ 长春东方广场大楼
◎ 深圳富士康有限公司办公大楼
◎ 江苏新世纪大酒店
◎ 南京黄埔大厦
◎ 义乌国际商贸城
◎ 杭州市政府办公大楼
◎ 杭州萧山国际机场候机大厅
◎ 宁波雅戈尔办公大楼
◎ 温州华侨大酒店
◎ 福州百安居建材广场
◎ 沈阳新恒吉大厦

和 谐 创 新    报 效 社 会

## 子公司及销售网络



- 🔴 公司总部驻地 headquarter
- 🟠 分公司驻地 branch centers
- 🟢 公司驻各地销售网点 centers




●江阴泰山建材有限公司●

●秦皇岛泰山建材有限公司●


●湖北泰山建材有限公司●


●潍坊奥泰石膏有限公司●

# 立足中国　走向世界





●邳州泰和建材有限责任公司●　　●衡水泰山建材有限公司●　　●山东泰和东新股份有限公司潞城分公司●　　●新疆天山建材石膏制品有限责任公司●

公司总部驻地及分公司企业分布图　Headquarters Map



# 山 东 泰 和 东 新 股 份 有 限 公 司
## SHANDONG TAIHE DONGXIN CO., LTD

总部地址：山东省泰安市岱岳区大汶口
Address of Headquarters: Dawenkou, Daiyue district of Taian,
Shandong Province, P.R.China
电话(Tel)：(0538)8811293 8811428 8811348 8811448 8811078
8811369 8812001 8812003
国际业务部：(0086-538)8812017 8811077 8812002 8812516
传真(Fax)：(0086-538)8811250 8811323
邮编(P.C.)：271026
网址(Website)：http://www.taihegroup.com
电子信箱(E-mail)：taihe@public.taptt.sd.cn