UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED     )
          DRYWALL PRODUCTS      )     MDL NO. 2047
          LIABILITY LITIGATION  )
                                )
THIS DOCUMENT RELATES TO:       )     SECTION: L
                                )
*Hobbie, et al. v.*             )     JUDGE FALLON
*RCR Holdings II, LLC, et al.,* )
                                )
No. 10-1113                     )     MAG. JUDGE WILKINSON
_____  )

### CLAIMANT RCR HOLDINGS II, LLC's NOTICE OF WITHDRAWAL OF OBJECTION TO SPECIAL MASTER DENIAL NOTICES DATED JANUARY 14, 2015

Claimant, RCR Holdings II., LLC ("RCR"), by and through its undersigned counsel, hereby gives Notice of Withdrawal of its Objection to 80 Special Master Denial Notices Dated January 15, 2015 for Claimant's Global, Banner, InEx Repair and Relocation Expenses Claims [DE 18283].

Respectfully submitted,

/s/ GREGORY S. WEISS_____
Gregory S. Weiss (Fla. Bar No. 163430)
Mrachek, Fitzgerald, Rose,
Konopka, Thomas & Weiss, P.A.
505 S. Flagler Drive, Suite 600
West Palm Beach, FL 33401
Tel.: (561) 655-2250
Fax: (561) 655-5537
gweiss@mrachek-law.com

*Counsel for RCR Holdings II, LLC*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that the above and foregoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by email transmission, and upon all parties by electronically uploading the same to Lexis Nexis File and Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with procedures established in MDL 2047, on this 20th day of February, 2015.

                                              */s/* GREGORY S. WEISS
                                              Gregory S. Weiss (Fla. Bar No. 163430)