gtnoUNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | : | MDL NO. 2047 |
| IN RE: CHINESE MANUFACTURED DRYWALL | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAGISTRATE JUDGE |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

**ORDER**

Before the Court is a motion filed by Michael P. Kenny of the law firm of Alston & Bird LLP appearing as attorney for Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. et al. ("Taishan"). (Rec. Doc. 18353). The motion seeks to extend deadlines for responsive briefs to the PSC's motion to enforce the Court's prior contempt order and injunction. Counsel for Taishan entered his appearance on behalf of Taishan on February 17, 2015. (Rec. Doc. 18352). The Court notes that attorney Aaron Block, also of the law firm of Alston & Bird LLP, entered an appearance for BNBM at the February monthly status conference and moved to continue the hearing on the motion assessing class damages. The Court granted the continuance, and the motion to assess class damages was rescheduled for March 17, 2015 at 9:00 a.m.

In the present motion, Taishan asks for an extension beyond February 17, 2015, so that it can file responsive briefs to the PSC's motion to enforce. Under PTO 1C, the Court has already set the motion to enforce for hearing at the March monthly status conference and also set the deadline for responsive briefs as March 17, 2015. (Rec. Doc. 18354). Accordingly, **IT IS ORDERED** that Taishan's motion to extend is **DENIED AS MOOT**.

New Orleans, Louisiana, this 19th day of February, 2015.

UNITED STATES DISTRICT JUDGE