IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA


IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                        MDL NO. 2047

This Document Relates to:                         SECTION L
                                                  JUDGE FALLON
Braxton H. Collins, et ux. v. Bass Homes, Inc., et al.    MAG. JUDGE WILKINSON
So. Dist. Mississippi, C.A. No. 13-cv-6652

---

## PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS, PATE STEVEDORE AND PENSACOLA STEVEDOR'S, MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

---

COME NOW the Plaintiffs, BRAXTON COLLINS and KERRIE COLLINS, and file this, their Response in Opposition to Defendants, PATE STEVEDORE and PENSACOLA STEVEDOR's, Motion to Dismiss for Lack of Personal Jurisdiction,

I.

Pate Stevedore and Pensacola Stevedor have filed a Motion to Dismiss for Lack of Personal Jurisdiction alleging that this Court lacks personal jurisdiction.

II.

Plaintiffs would show that this Court does have personal jurisdiction for the reasons set forth in their accompanying Memorandum Brief attached hereto as Exhibit "A".

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that this Honorable Court will enter an Order denying Defendants Motion.

RESPECTFULLY SUBMITTED this, the 13th day of February, 2015.

BRAXTON & KERRIE COLLINS, Plaintiffs

By and Through Their Attorneys,

LUCKEY & MULLINS, PLLC

BY: /s/ Steve Mullins
         STEPHEN W. MULLINS

ATTORNEYS FOR PLAINTIFFS:

STEPHEN W. MULLINS   (MS Bar No. 9772)
LUCKEY & MULLINS, PLLC
2016 Bienville Blvd., Suite 102     (39564)
Post Office Box 990
Ocean Springs, MS   39566
Phone:       228.875.3175
Fax:    228.872.4719
smullins@luckeyandmullins.com

Of Counsel:

**Daniel K. Bryson** (*pro hac vice*)
**WHITFIELD BRYSON & MASON LLP**
900 W. Morgan Street
Raleigh, NC 27603
Telephone: (919) 600-5000
Facsimile: (919) 600-5035

## CERTIFICATE OF SERVICE

I, STEPHEN W. MULLINS, do hereby certify that I have on this date electronically filed the above and foregoing Response with this Court using the ECF filing system which has caused notification of such filing to be sent to registered counsel of record.

THIS, the 13th day of February, 2015.

_____/s/ Stephen W. Mullins_____
         STEPHEN W. MULLINS