UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL No.  2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO | * | JUDGE FALLON |
| | * | MAG. JUDGE WILKINSON |
| Braxton H. Collins, et al., vs. Bass Homes, Inc., | * | |
| Et al.; S.D. Mississippi, C.A. No. 1:13-00297 | * | **Case No.:  13-6652** |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL No.  2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO | * | JUDGE FALLON |
| | * | MAG. JUDGE WILKINSON |
| Jason S. Herrington, et al., vs. Bass Homes, Inc., | * | |
| Et al.; S.D. Mississippi, C.A. No. 1:13-00297 | * | **Case No.:  13-6653** |

## PROPOSED ORDER

Before the Court is the Defendants Pensacola Stevedore Company, Inc.'s ("Pensacola Stevedore") and Pate Stevedore Company, Inc.'s ("Pate Stevedore) (collectively the "Stevedore Defendants") Motion for Leave to File Their Reply Brief in Support of Their Motions to Dismiss the plaintiffs' claims and Ace Home Center's third-party claims for Lack of Personal Jurisdiction in the above-styled actions.

**IT IS ORDERED** that the Stevedore Defendants' Motion for Leave to File Their Reply Brief in Support of Their Motions to Dismiss the Claims of Plaintiffs and Ace Home Center for Lack of Personal Jurisdiction is **GRANTED.**

New Orleans, Louisiana, this 20th day of February, 2015.

_____
UNITED STATES DISTRICT JUDGE