UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

The Court received and reviewed the attached correspondence from Ms. Patricia Anderson and John and Delia Gurrisi.

**IT IS ORDERED** that the attached correspondence shall be entered into the record.

**IT IS FURTHER ORDERED** that Plaintiffs' Liaison Counsel shall review the correspondence and take any appropriate action.

New Orleans, Louisiana, this 19th day of February, 2015.

_____
UNITED STATES DISTRICT JUDGE

cc:

Ms. Patricia Anderson
7516 Primrose Drive
New Orleans, LA 70126

Mr. and Mrs. John and Delia Gurrisi
2400 W. Midvalley Ave.
LD 38
Visalia, CA 93277