02.11.2015

Honorable Judge Eldon E. Fallon

Dear Judge Fallon:

This letter is in regards To the defective Chinese drywall
class action suite.
As we were in the process of selling our house the realtor
(Chari McIntyre Rapp Realty) discovered defective Chinese
drywall.
We did own and were living in the house when we entered the
class action suite - see enclosed tax statement.
We were denied the claim because we were not the owners at
the time of remediation.
Because of the defective drywall we were forced to sell for
the amount of the SBA loan which was $41,000.
We lost the value of the house before defective drywall was
known and the forced selling price of $41,000. Tax statement
value shows $80,000.
It's not right for them to ignore the fact that we lost
money on the sale of our house because of defective drywall.
We are in our 80's living in a mobile home. Our only income
is social security. We were depending on selling our house
to meet our needs.
We would appreciate your help and consideration.

Thank you................John and Delia Gurrisi

Email: johndelia@yahoo.com
PHONE: 559-739-7456

John Gurrisi
Delia Gurrisi

🏠 Home   Mail   Search   News   Sports   Finance   Weather   Games   Answers   Screen   Flickr   Mobile   More ⌄

Knauf Denial Notice 2-9-15.pdf | Download ⌄       1   of 2

Search Mail        Search Web        🏠 Home   👤 John   ⚙

✉ Compose

Inbox (7)
Drafts (3)
Sent
Spam (25)
Trash (26)
⌄ Folders
  Alice
  dave
  Jim B
  John
  Marilyn
  Tony
⌄ Smart Views
  Unread
  Starred
  People
  Social
  Travel
  Shopping
  Finance
› Recent

My Games

Recommended

More games »

# CHINESE DRYWALL SETTLEMENT PROGRAM
## MDL 2047

### SPECIAL MASTER DENIAL NOTICE
### DATE OF NOTICE: 2/9/15

#### I. CLAIMANT AND CLAIM INFORMATION

| | Last | First | Middle |
|---|---|---|---|
| **Claimant Name** | Gurrisi | John and Delia | |
| **Representative Claimant Name** | Last | First | Middle |
| **Claimant ID** | 113052 | **Claim ID** | 14143 |
| **Claim Type** | Knauf Remediation | **Affected Property ID** | 16643 |

| **Affected Property Address** | Street: 326 South Central Ave | | Unit |
|---|---|---|---|
| | City: Waveland | State: MS | Zip code: 39576 |
| **Law Firm** | REEVES & MESTAYER | | |

#### II. DENIAL EXPLANATION

This Notice is an official communication from the Settlement Administrator for the Chinese Drywall Settlement Program ("Settlement Program") and relates to the claim and Affected Property identified in Section I. The Special Master reviewed this claim and made a final determination. This determination is final and is not appealable. The Special Master is denying this claim for the following reason(s):

| | DENIAL REASON | EXPLANATION |
|---|---|---|
| 1. | Proof of Ownership | Documentation proving ownership of the Affected Property (such as a deed, mortgage statement, or tax record) |

#### III. APPEAL COMMENT (IF PROVIDED)

#### IV. YOUR OPTIONS AFTER THIS NOTICE

If you disagree with the Special Master's determination, your only option is to appeal directly to Judge Fallon.

#### V. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

We are available to help you if you have questions or need assistance. If you have any questions about this Notice, the status of your claim(s), or just need help, contact us by the following methods:

| By using our Online Portal | Visit https://www3.browngreer.com/drywall to view claim status and documents. |
|---|---|

| By Mail (Postmarked no later than your submission deadline) | Chinese Drywall Settlement Administrator P.O. Box 25401 Richmond, Virginia 23260 |
|---|---|
| By Overnight, Certified or Registered Mail (Postmarked no later than your submission deadline) | BrownGreer, PLC c/o Chinese Drywall Settlement Administrator 250 Rocketts Way Richmond, Virginia 23231 |
| By Facsimile (Sent no later than 12:00 midnight local time on your submission deadline) | (804) 521-7299 |
| By Email (Sent no later than 12:00 midnight local time on your submission deadline) | CDWQuestions@browngreer.com |

https://us-mg6.mail.yahoo.com/neo/launch?.rand=cledufdfeikbi          2/10/2015

HANCOCK COUNTY TAX COLLECTOR
P.O. BOX 2428
BAY ST. LOUIS, MS  39521
**RETURN SERVICE REQUESTED**

9567-10282  : 732 P1

**REAL PROPERTY TAX STATEMENT
DUE JANUARY 1, 2012**

GURRISI JOHN ETAL
2400 W MIDVALLEY AVE SPC LD38
VISALIA  CA  93277

| Parcel No. | Year | Tax District |
|---|---|---|
| 162H-0-03-148.002 | 2011 | 1450 |

| STATEMENT DATE | PAY THIS AMOUNT | ACCT. # |
|---|---|---|
| 5/9/12 | $62.26 | Receipt No. 18537-00 |

SHOW AMOUNT
PAID HERE  $

REMIT TO:

HANCOCK COUNTY TAX COLLECTOR
P.O. BOX 2428
BAY ST. LOUIS, MS  39521

☐ Please check box if above address is incorrect. Indicate change(s) on reverse side.

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

## REAL PROPERTY TAX STATEMENT - 2011

| Appraised Value | Assessed Value | Total Mill Rate | Gross Tax | Homestead Credit | Forestry Tax | Special Assessment | TOTALS | |
|---|---|---|---|---|---|---|---|---|
| $79,830.00 | $7,983.00 | | $989.65 | $929.78 | $0.00 | $0.00 | $59.87 | TAX DUE |
| | | | | | | | $2.39 | INTEREST |

| Parcel Number: | 162H-0-03-148.002 PT 43 & 44 FORREST GARDENS SUB | Tax District: 1450 | Mill Rates | | |
|---|---|---|---|---|---|
| | | | COUNTY | 0.00 | $62.26  SUBTOTAL |
| | | | SCHOOL | 0.00 | $0.00  COLLECTED |
| | | | CITY | 0.00 | $62.26  AMT DUE |
| Owner: | GURRISI JOHN ETAL | SEC-TWN-RNG  03  09  14W | TOTALS | 0.00 | |

Receipt Number   18537-00

Judge Eldon E. Fallon
U.S. District Court
500 Poydras Street
New Orleans, LA 70130