United States District Court
Eastern District of Louisiana
Honorable Judge Eldon E. Fallon
Room C468
500 Poydras Street
New Orleans, LA 70130



February 11th, 2015

Dear Honorable Judge Eldon E. Fallon,

I, Patricia A. Anderson am writing this letter in order to provide official proof of the Chinese Drywall used to build my former house, which is located at 7516 Primrose Drive.

I am a first time homebuyer and I purchased this property in 2012. Less than a year later my life turned upside down when I started having trouble with the air conditioning unit. I was devastated to find out my dream house was made with Chinese Drywall. I tried to get help by filing a lawsuit (claim ID # 102909), only to find out in 2014 that my claim didn't contain the right evidence to support it. I even went as far as having the sheet rock tested, but they still told me it wasn't enough. I am now in an impossible situation. I am paying the mortgage for a house I can't live in because of my grandchildren's asthma, while simultaneously paying rent to live elsewhere in New Orleans. This has proven incredibly difficult for me.

I figured since my case was closed, my only choice was to contact a contractor to repair the drywall. Last week he came to give me a quote and discovered that the indicia marks on the drywall indeed said "made in china." He alerted me so that I could take pictures of the evidence, in hopes of including it along with a letter to appeal my case.

Along with this letter I have attached a copy of the inspection report, photos of the drywall, and a copy of my Act of Sale.

If there is any way I could get assistance with the repair of my dream home, I would greatly appreciate it. I really feel as though I am at the end of my rope. Thank you for your time and consideration.

Yours Sincerely,

*Patricia A. Anderson*

Patricia A. Anderson
(504)235-3015