1          UNITED STATES DISTRICT COURT

2          EASTERN DISTRICT OF LOUISIANA

3

4

5   IN RE:  CHINESE MANUFACTURED      *   Docket 09-MD-2047
            DRYWALL PRODUCTS          *   Section L
6           LIABILITY LITIGATION      *
                                      *   October 21, 2014
7   This Document Relates to All Cases *  9:00 a.m.
    * * * * * * * * * * * * * * * * * *

8

9

10              HEARING ON MOTIONS BEFORE
            THE HONORABLE ELDON E. FALLON
11             UNITED STATES DISTRICT JUDGE

12

13   APPEARANCES:

14   For Ralph Mangiarelli:        Roberts &  Durkee, P.A.
                                   BY:  CHARLES DAVID DURKEE, ESQ.
15                                 121 Alhambra Plaza
                                   Suite 1603-PH1
16                                 Coral Gables, Florida 33134

17

18   For Knauf Entities:           Baker Donelson Bearman Caldwell &
                                      Berkowtiz
19                                 BY:  KERRY J. MILLER, ESQ.
                                   201 St. Charles Avenue
20                                 Suite 3600
                                   New Orleans, Louisiana 70170

21

22

23

24

25

1   APPEARANCES:

2   For Sixty-Fifth and          Mills Paskert Divers
    One, LLC:                    BY:  RYAN E. BAYA, ESQ.
3                                100 North Tampa Street
                                 Suite 3700
4                                Tampa, Florida  33602

5

6   Also Participating:          Phillip and Clarine Allen, Pro Se

7

8   Official Court Reporter:     Jodi Simcox, RMR, FCRR
                                 500 Poydras Street
9                                Room B-406
                                 New Orleans, Louisiana 70130
10                               (504) 589-7780

11

12  Proceedings recorded by mechanical stenography, transcript

13  produced by computer.

14

15

16

17

18

19

20

21

22

23

24

25

**PROCEEDINGS**

**(October 21, 2014)**

**\*\*\*\*\*\***

(OPEN COURT)

**THE DEPUTY CLERK:**  All rise.

**THE COURT:**  Okay.  Be seated, please.

I have two motions before me.  One is for reconsideration, and the other one is involving the Virginia settlements.  Let me hear from the parties in the reconsideration motion first, please.

**MR. MILLER:**  Good morning, Your Honor.  It's Kerry Miller on behalf of the Defense Steering Committee.

The motion for reconsideration was actually filed by Defendant Banner Supply and by Defendant Sixty-Fifth and One builders, and Ryan Baya is here on behalf of the builder.

Mike Peterson, who represents Banner, was not able to attend, Your Honor, based upon a death in his family.

**THE COURT:**  Okay.  By way of background, this involves a property, a building, that was next to, or across from, in the vicinity of, another building that had Chinese Drywall.  Now, the building at issue does not have Chinese Drywall.  The owners claim stigma damages because they were built or their building is in the vicinity of another building

1   that does have Chinese Drywall.

2                They're suing Knauf saying that their building,

3   because it's in the vicinity of this other building, has

4   diminution in value because of stigma; people don't want to

5   live in a neighborhood where there is a building with Chinese

6   Drywall.

7                I denied the motion to enjoin that case.  Knauf

8   took the position that that was involved in the class action

9   settlement; that all claims involving alleged damages resulting

10  from Chinese Drywall is included within the settlement and,

11  therefore, the claim has, in effect, been settled and,

12  therefore, they ask that the matter be enjoined.

13               I denied that motion and we're here for a

14  reconsideration of that ruling.

15       **MR. MILLER:**  Your Honor, one comment on the

16  background you just set forth.  The plaintiffs in this matter

17  have not sued Knauf; they've sued Banner, the supplier, and the

18  builder.  Knauf is not a defendant in the case.

19               But Your Honor is correct that these plaintiffs

20  come from one of the condo projects in Florida that was

21  remediated as part of the program.  It was a multi-unit

22  condo -- multi-building condo with one building not being

23  affected and the other building being affected.

24               The reason why I'm giving Your Honor a couple of

25  introductory remarks is because all of the defendants who have

1  participated in the various settlements, the manufacturer,

2  Knauf, the suppliers, Banner, InEX, and L&W, the builders, and

3  installers, and Global suppliers, that they're part of the GBI

4  settlement that Jake Woody from BrownGreer gave his

5  presentation on.

6           And class counsel, Your Honor, are all of the

7  position that when the Global, Banner, L&W and InEX settlements

8  were negotiated, in exchange for payments by, or on behalf of,

9  those defendants into the fund which pays for the claims that

10  BrownGreer just presented on, those defendants settled all

11  claims related to, or arising out of, Chinese Drywall, and

12  that's the way the class definition reads.

13           So with respect to someone who has a stigma

14  claim because they live down the street, or next door, or in a

15  multi-unit project, the issue is:  Are they included within

16  that class definition?  Do their damages arise out of or relate

17  to Chinese Drywall?

18           Certainly, Your Honor, if someone opts out and

19  there is another plaintiff in the case with Mr. Mangiarelli,

20  who did opt out, you know, that plaintiff -- Your Honor would

21  be free to remand those cases back to state court for

22  litigation.

23           But the position that all the defendants are

24  taking, in this case, all of the settling defendants are taking

25  in this case, is that Mr. Mangiarelli did not opt out and his

1   claim arises out of or is related to Chinese Drywall.

2                  With that said, I'd like to turn it over to

3   Mr. Baya, who represents the builder in this case and whose

4   motion on reconsideration we're here before.

5                  Thank you.

6                  **THE COURT:**  Okay.  Counsel for the plaintiff is on

7   the line, isn't he?

8                  **MR. DURKEE:**  That's correct, Your Honor.  David

9   Durkee on behalf of the plaintiffs, Your Honor.

10                 **THE COURT:**  Right.  Okay, David.  We'll get to you in

11  a minute.

12                 **MR. BAYA:**  Thank you, Your Honor.  Ryan Baya on

13  behalf of Sixty-Fifth.

14                 I would just echo the comments that Mr. Miller

15  raised and also add that the release provision in the Global

16  settlement agreement further illustrates the breadth of the

17  class definition.  That release definition specifically

18  includes claims for economic damages, claims for diminution of

19  value, and claims for stigma.

20                 So the settlement agreements and their terms

21  were abundantly clear that these were the types of claims that

22  were encompassed within the settlements and that they were

23  being settled and released as part of the settlements.

24                 And to piggyback off of what Mr. Miller also

25  said, what plaintiff's argument amounts to at this juncture is

1  a late objection to the way the settlement is structured and to

2  what class members can recover under the settlement.  And, as

3  we all know, the time for that objection has long since passed.

4           Additionally, Your Honor, as Mr. Miller

5  mentioned, the plaintiff could have opted out.  And, in fact,

6  Lauderdale I unit owners, that's the property that is at issue,

7  there is a Lauderdale One unit owner that did opt out; and, in

8  fact, the attorney for Mr. Mangiarelli is the counsel who opted

9  that homeowner out.

10          So, in summary, Your Honor, we think that

11  plaintiff's claim is clearly encompassed within the class

12  definition, as well as the class release, and that if he wanted

13  to pursue that claim in state court, he should have opted the

14  claim out.

15          **THE COURT:**  Before you leave, the reason that I ruled

16  the way I did initially is that the plaintiff takes the

17  position that the reason they didn't opt out is because they

18  weren't covered.  They didn't have any defective drywall in

19  their home or in their building and they weren't, quote, an

20  affected piece of property.

21          They take the position that if people who are

22  the next building without any drywall are covered by the

23  settlement, how far do you go?  If you're in another state and

24  you don't have defective drywall, do you have stigma damages

25  because somebody told you that, "I'm not going to buy your

1   house because it's downwind from the state of Mississippi" --

2   or whatever -- "and I'm concerned about it"?

3               Are they in the settlement?  And if I allow them

4   in the settlement, how about people who now claim that they

5   have personal injuries and not because of their building, but

6   their fear and fright, or whatever it is -- and that's a

7   limited fund -- do they come in also in the case?  How do I

8   draw a line?

9               Is every building in the United States covered

10  by that settlement even if they did not have drywall?  I felt

11  there have got to be some boundaries.  I understand that if

12  they have defective drywall and they didn't know it -- you

13  know, I don't know -- they may.  It's a different deal.  But

14  this building had no defective drywall, none at all.

15              And in these cases, traditionally, when the

16  plaintiffs seek a class action, they want to include everybody;

17  the defendants want to have it very small.  Once the settlement

18  is perfected, then the defendants want it to be very big, and

19  oftentimes the plaintiffs want it to be small.  It's an

20  interesting dynamic there.

21              I do understand the issue.

22              David, let me hear from you at this point.

23         **MR. DURKEE:**  Yes, Your Honor.  I'll briefly start by,

24  and I know the Court knows this, but this is a motion for

25  reconsideration, which are treated very strictly, especially in

1    your jurisdiction.  And I don't believe the defendants have met

2    the necessary elements to even really procedurally address this

3    reconsideration.  But the Court, obviously, has looked at that

4    and wants to hear a reconsideration.

5                    I will go to the merits of the argument and that

6    is, I think the Court got it right the first time; and that is,

7    this is a property that has not one piece of affected Chinese

8    Drywall in its borders.

9                    And at the time, as the Court said, the

10   defendants were notifying folks, they knew that Mr. Mangiarelli

11   was in the other building.  They knew his name was on a

12   complaint.  They knew that he was a known quantity.  He never

13   received notice from Knauf for the Knauf settlement.  He never

14   received notice from the GSA.  He never received notice from

15   the Banner.  He never received notice for the individual class

16   action that was crafted for the other building.

17                   Because there was actually a sort of a subclass

18   for that particular building for Lauderdale One, and Knauf

19   funded it, and all these other defendants partook in it, and

20   they've actually gone through the remediation of that other

21   building.  And every person in that building got specific

22   notice and was talked to.

23                   The fact that Mr. Mangiarelli never received

24   notice is sort of -- I mean, all my other clients that had

25   affected properties, and as the Court knows, I was a very

1   active litigant in the state court system.  As Mr. Kerry Miller

2   stated, I did not sue Knauf in this case.

3                   And every single one of my state court claimants

4   that were named on a complaint, if they had affected property,

5   received proper notice for all of these different classes.  The

6   fact that Mr. Mangiarelli never received specific notices is

7   some evidence that the defendants even recognized the fact that

8   he was treated differently than the other people that were

9   named on the class action lawsuits.

10                   There's no question, had Mr. Mangiarelli gone

11   into this class and raised his hand, they would have kicked him

12   out.  The requirements are that he has to have affected

13   property.  He does not have an affected property.  And as a

14   result, as the Court says, you know, if the Court determines

15   this, it's just going to become bigger and bigger and bigger,

16   and then we're going to have to go back to the notice

17   requirements and everything else as to whether these people

18   really contemplated they were going to be in the class when the

19   class was very specific for affected properties, and

20   righteously so.

21                   Judge Greene, the state court judge, has already

22   said, and has already raised the issue with a skeptical eye, as

23   to Mr. Durkee, "I am not sure, legally, this has got legs."

24   And he's going to address whether this building that's down the

25   road from the other building that is affected, whether those

1   folks have a legal claim or not.

2          But I just don't believe, in my reading of all

3   these documents and everything else, that this type of claim

4   was affected by the class action, and I do believe the Court

5   got it right the first time.

6          And I think that as the law in your jurisdiction

7   states, this is really just a rehashing of the same argument

8   that was done the first time, and as a result, I think the

9   motion for reconsideration should be denied.

10          **THE COURT:**  Okay.  Any response on that?

11          **MR. BAYA:**  Just real briefly, Your Honor.  Ryan Baya

12   again.

13          I was counsel for Sixty-Fifth and One as they

14   monitored the ongoing settlement negotiations and self-reported

15   the condo units of which they were aware that they had legal

16   responsibility for in the entire MDL process.

17          And Mr. Durkee is completely correct, we were

18   aware of Mr. Mangiarelli, and we counted his claim when we paid

19   money into the settlement funds to settle the MDL claims,

20   Chinese Drywall claims.  So Mr. Mangiarelli's claims have been

21   considered and have been paid for, and Sixty-Fifth ought to be

22   the beneficiary of the MDL release that comes with the MDL

23   class action settlements.

24          So that's how we would respond to that.  And,

25   Your Honor, this Court approved the notice that went out.  I

 1    don't think that anybody received specific notice.  There was

 2    notice in newspapers, on television, over the radio.  Now is

 3    not the time to complain or object about the notice that was

 4    part of the class action settlements.

 5            **THE COURT:**  All right.  Let me do this, let me write

 6    something on it.  But I have difficulty feeling that somebody

 7    who doesn't have Chinese Drywall has a claim or is part of the

 8    class in this particular case.  I feel that the judge in state

 9    court has probably got it right when he says that he's very

10    skeptical of somebody having a claim who doesn't have Chinese

11    Drywall.

12            It's an interesting theory:  I don't have

13    Chinese Drywall, but I've got a stigma claim because a building

14    in my neighborhood has Chinese Drywall.  I mean, that's going

15    to be an uphill battle, I think, for that claimant, it seems to

16    me, in any event.  But I will write something on it so that you

17    have at least something to look at and decide where you want to

18    go with it.

19            Thanks very much both of you all.  I appreciate

20    your take on it.

21            **MR. DURKEE:**  Thank you, Your Honor.

22            **THE COURT:**  Thank you, David.

23                    * * * * *

24                    * * * * *

25            **THE COURT:**  Okay.  Let me go to the next motion that

1   I have before me, and we have a pro se arguing for the

2   plaintiff.  Is it Mr. Allen?

3           MS. ALLEN:  Yes, Your Honor.  I'm on the line.  Good

4   morning, Your Honor.

5           THE COURT:  I'm sorry.  Who is that?

6           MS. ALLEN:  This is Clarine and Phillip Allen.

7           THE COURT:  Okay.  I appreciate you all being present

8   by phone today, and I received the documents that you've given

9   to me.

10          The claim is that it's somewhat of an appeal --

11  or it is an appeal from a position taken by the special master

12  in this case.  Mr. and Mrs. Allen own a home that has Chinese

13  Drywall in it.  Their home is covered by the Virginia

14  settlement.  The amount of square footage in the home that was

15  figured does not include the attic and does not include the

16  basement.

17          Mr. and Mrs. Allen take the position that

18  there's no question that they have Chinese Drywall in the attic

19  and in the basement, just as there was no question that they

20  had it throughout the house, and that they're going to have to

21  remove the Chinese Drywall from the basement and from the

22  attic.  They feel that that should be taken into consideration;

23  namely, the attic space and the basement space.

24          They also point to the fact that I tried several

25  of these cases, in the *Germano* particularly, in the early stage

1    of this litigation and that I found that drywall had to be

2    removed from throughout the building in those cases.  I didn't

3    exclude the attic or the basement.  Wherever the Chinese

4    Drywall was had to be removed and the wiring and so forth.  And

5    that was what I did in *Germano*.

6                    And the Allens take the position that that's an

7    indication that it should have been done and that, therefore,

8    their -- the exclusion of the attic and the basement ought to

9    not have happened and they should be compensated for it.

10                    But I'll hear from the Allens at this point.

11              MS. ALLEN:  Just as a point of correction, Your

12   Honor, it's not the basement, it's the garage space and the

13   attic.

14              THE COURT:  Garage.  I'm sorry, garage.  Yes.  You're

15   correct.

16              MS. ALLEN:  That's fine.  We have several issues with

17   how the Garretson Group has determined the allocations for the

18   Virginia settlement.  One of the issues that we have is the

19   process that's being used to inform the families how these

20   determinations are occurring.

21                    So one of the things that the Garretson Group

22   shared with us is that square footage under air is how they --

23   is the main point in determining the allocation.  And we do

24   take issue not just with the methodology, but as well as the

25   lack of definition that they've provided, as well as the lack

1   of transparency.

2                   So one part of it is a procedural issue, the

3   inadequate definition, the lack of transparency for families to

4   know how these determinations are being made, as well as how

5   they actually informed us.

6                   The way that they informed us was insufficient.

7   They provided us a form letter that really didn't go into much

8   detail.  And the person who provided the information to us was

9   our attorney, Richard Serpe, and Mr. Serpe provided a detailed

10  e-mail.  And we were unsure if that was the Garretson Group's

11  official position, or if that was Mr. Serpe's position.  So

12  that's the first issue that we have.

13                  The second part is the substantive ground where

14  we think that the purpose of the settlement is really to

15  remediate the property; and if that's the case, then we want to

16  remove all of the drywall out of our home.  We don't want to

17  leave any of it in.  Because, as you ruled in *Germano*,

18  everything will have to be removed under the scope of

19  remediation.  So why would we not want to follow that protocol

20  and leave any type of drywall in our home that may cause issues

21  for us down the road.

22                  The other issue substantively that Mr. Serpe

23  brought up in his e-mail was an issue of uniformity.  And we

24  thought that that really kind of lacked ground only because the

25  families are not uniform.

1          We're all in different places.  We all have
2   different square footage in our homes.  Some homes have
3   garages, and some don't; some may have attics, some don't; some
4   may have basements, and others don't.  Some homeowners still
5   own their properties while others have lost their property.  So
6   we think that the uniformity issue is something that can easily
7   be addressed.

8          So those were the two issues that we had.  One a
9   procedural ground, and we hope that the judge will provide
10  maybe some guidelines for the Garretson Group on how they
11  should provide information to the families.  And then on the
12  substantive ground, and we hope that the judge will not appeal,
13  but will agree with our appeal regarding what the Garretson
14  Group decided in our case.

15          **THE COURT:**  Okay.  Thank you very much for your
16  comments.  I understand them and they're very helpful to me.

17          Let me just, by way of background, put this
18  matter in perspective.  Chinese Drywall has been imported into
19  the United States after Katrina in 2005, or after 2005, and as
20  a result of the building boom, primarily in Florida, but also
21  throughout the East Coast.

22          Because of those two circumstances, the United
23  States' drywall supply was exhausted.  The United States is
24  probably the biggest manufacturer of the drywall, at least
25  presently, in the world, but we just were out of drywall, and

1    as a result, several other companies were solicited to supply

2    drywall.

3                    Knauf was one of them.  And they manufactured

4    drywall through a wholly-owned subsidiary in China and they

5    began sending drywall into the United States, not in Virginia,

6    but they did so primarily in Florida and the Gulf Coast and

7    some places in the East Coast, also.

8                    But when they had a degree of success, other

9    entities, primarily Chinese entities under the banner of

10   Taishan, got in on the act and they also began, soliciting

11   first and then, sending drywall or arranging to have drywall

12   delivered to the United States.  A lot of that drywall was sent

13   to Virginia by the Taishan entities.

14                   In time, the drywall proved defective, bad

15   odors, and also gases that contaminated the two building metals

16   that predominate in all construction actually in the world, and

17   that is copper and silver.  It corrodes those two metals and

18   makes them ineffective.

19                   As a result, problems develop, not only bad

20   odors, but also dysfunctional alarms, dysfunctional ground

21   wires, potential heating up of systems, and potential fires and

22   the like.  So claims started throughout the country and this

23   MDL was created.

24                   The suits were primarily against the

25   manufacturers because of the law that the manufacturers are

18

1    responsible strictly for any defective product that they

2    manufacture, but also the people who have distributed that

3    drywall, or imported it, housed it, installed it, built with

4    it, and that type of litigant.

5            The difference is that those individuals, in

6    order for them to be liable, they have to have had some

7    knowledge that the drywall was defective, or they had to have

8    some reason to believe that the drywall was, indeed, defective.

9    So they are not as a target defendant as the manufacturer, who

10   is simply strictly liable.

11           But, in any event, those downstream

12   manufacturers, under theories of warranty, as well as other

13   theories, were brought into the litigation, and their insurers

14   were brought into the litigation.  There was a number of

15   motions filed, particularly in the Virginia area, where various

16   insurers took the position that they were excluded because of

17   various exclusionary clauses in their policies excluding

18   pollution and the like, and at least one Virginia court

19   dismissed the insurers on those grounds.

20           In any event, the litigation proceeded and

21   eventually the Virginia downstream installers and builders and

22   their insurers felt that it would be appropriate for them to

23   try to resolve the case.

24           Counsel began negotiations and eventually a

25   settlement was reached with Nationwide, Venture-Supply, Tobin

1    Trading, Builders Mutual, and a number of their insurers.  The

2    total amount of the settlement was some $17,400,000.  The

3    breakdown was that $10 million was from Nationwide, $3 million

4    from Porter Blaine, $2 million from Tobin, and $1,700,000 in

5    Builders Mutual Insurance.

6                The difference in the amounts primarily resulted

7    from the difference in insurance coverage, and many of these

8    defendants didn't have the assets.  So that's all they had,

9    basically, was their insurer's insurance.  So the settlement

10   seemed to be an appropriate amount.  In any event, it was

11   capped at some $17,400,000, something in that vicinity, and all

12   of the claimants had to pick out or get from that fixed amount.

13               Now, how to do that presented itself and a

14   settlement person was hired, an administrator of the

15   settlement, and documents were prepared.  One of the documents

16   that the claimants had to fill out in order to partake in the

17   settlement was known as the "Claim for Real Property Payment."

18   The claim form says please read carefully and follow all

19   instructions and complete the claim form as throughly and as

20   accurately as you can.

21               The special master was then told to receive

22   these forms, evaluate the claims, and allot certain amounts so

23   that all of the funds could be distributed, but on a pro rata

24   and appropriate method.  The special master was told to give

25   out that information, and then the parties had some time to ask

1   for a reconsideration of the claims, and the reconsideration

2   claimants were given another opportunity by the special master

3   to evaluate their particular claims.

4           The form says that an award by the disbursement

5   by the special master after the reconsideration, the special

6   master's final determination is final and not appealable.

7   That's what the form says.  Now, it also says in order to

8   provide settlement funds as soon as possible, funds will be

9   allocated and disbursed in two ways, a certain amount,

10  80 percent, and then 20 percent.

11          It says:  "Each qualified claimant's individual

12  property payments shall be calculated and allotted based on the

13  total qualifying square footage defined below in Section 5."

14  Because the word was "total qualifying square footage," so it

15  wasn't square footage; it was qualifying square footage.

16          And Section 5 of that form says the following:

17          "D, total square footage.  In the following

18  space write the number of the total square feet under air of

19  this affected property.  'Square footage under air' is defined

20  as area within the house that receives ventilation from the

21  home's heating and air systems.  The total square footage does

22  not include garages or unfinished attics or basements that are

23  not included in this ventilation system."

24          So the settlement excluded unfinished attics and

25  it excluded garages.  Whether or not it should be included or

1   not if the case had gone to trial is another instance.  I tried

2   the *Germano* case and I included it because it didn't seem -- at

3   trial how can you not include the garage when it was attached

4   to the house and had Chinese Drywall?  How can you not include

5   the attic that had Chinese Drywall?  You need to get it out.

6   There's no question about that.

7            But when the settlement comes along, the parties

8   then, each side, meet and they make some adjustments.  They

9   don't get the whole loaf.  That's what settlement is about.  So

10  this settlement was put together and there's a limited amount,

11  $17,400,000 has to be distributed among all of the claimants,

12  and they come up with a square footage that excludes the garage

13  and excludes the attic.

14            I get that settlement, the parties agree on it,

15  they got square footage, they define everything, it's set out

16  clearly -- and I have to rely on the people who are putting

17  together the documents and the people who are signing them to

18  read them -- and if they agree to it, then the settlement is

19  appropriate.

20            What I did at trial is not what people settle

21  cases for.  Oftentimes, I find liability and I give X amount of

22  money.  But then another case, before it gets to trial, they

23  settle for a lesser amount, or a greater amount, but that is

24  what settlement is all about.

25            So, Ms. Allen, I appreciate your views, I

1   understand them; but the settlement is clearly set out what's

2   included and what's excluded, and it says that the total square

3   footage does not include garages and unfinished attics.  And

4   the total square footage, with that exclusion, was filled in by

5   you, or someone on your behalf, and it was submitted, and

6   that's what the administrator based his decision on.

7           **MS. ALLEN:**  Your Honor, if I may ask, where are you

8   reading from?  Are you reading from the allocations plan?

9           **THE COURT:**  No, I'm reading from the document that

10  had to be filled in by all of the claimants.  It's a package

11  that was given to the claimants to fill in for their

12  information.  They have to fill this in and give it to the

13  special master, who uses it, and used it, to figure out the

14  square footage.  It's called "Chinese Drywall Settlement

15  Program Claim Form for Real Property Payment for the Virginia

16  Based Settlements."

17              So this was given to the claimants and they were

18  asked to fill it in, in addition to your name, and your

19  address, and telephone number, and date of birth, social

20  security number, and all of those things that were filled in

21  and sent back to the special master, who used this in

22  evaluating and dealing with the claim.

23          **MS. ALLEN:**  Okay.  We'll have to get a copy of that

24  form.  Maybe it was filled out on our behalf, but I'm sure we

25  signed it.

1          **THE COURT:**  Yes.  All right.  But I do appreciate

2     your views.  Thank you, again, for taking the time to visit

3     with us.  I always feel it's important for claimants to express

4     themselves and have access to their court, because it is your

5     court, not mine.  Thanks again for your participation.

6                    Anything further from anyone?

7          **MS. ALLEN:**  Thank you for taking the time to review

8     it.

9          **THE COURT:**  Yes.

10                    Anything further from anyone?  All right.  Thank

11    you very much.  Court will stand in recess.

12         **THE DEPUTY CLERK:**  All rise.

13              (WHEREUPON, the proceedings were concluded.)

14                              *****

15                           <u>CERTIFICATE</u>

16              I, Jodi Simcox, RMR, FCRR, Official Court Reporter

17    for the United States District Court, Eastern District of

18    Louisiana, do hereby certify that the foregoing is a true and

19    correct transcript, to the best of my ability and

20    understanding, from the record of the proceedings in the

21    above-entitled and numbered matter.

22

23                    <u>s/Jodi Simcox, RMR, FCRR</u>
                     Jodi Simcox, RMR, FCRR
24                    Official Court Reporter

25

**$**

$1,700,000 [1] 19/4
$10 [1] 19/3
$10 million [1] 19/3
$17,400,000 [3] 19/2 19/11 21/11
$2 [1] 19/4
$2 million [1] 19/4
$3 [1] 19/3
$3 million [1] 19/3

**'**

'Square [1] 20/19

**0**

09-MD-2047 [1] 1/5

**1**

100 [1] 2/3
121 [1] 1/15
1603-PH1 [1] 1/15

**2**

20 percent [1] 20/10
2005 [2] 16/19 16/19
201 [1] 1/19
2014 [2] 1/6 3/2
2047 [1] 1/5
21 [2] 1/6 3/2

**3**

33134 [1] 1/16
33602 [1] 2/4
3600 [1] 1/20
3700 [1] 2/3

**4**

406 [1] 2/9

**5**

500 [1] 2/8
504 [1] 2/10
589-7780 [1] 2/10

**7**

70130 [1] 2/9
70170 [1] 1/20
7780 [1] 2/10

**8**

80 percent [1] 20/10

**9**

9:00 [1] 1/7

**A**

a.m [1] 1/7
ability [1] 23/19
able [1] 3/19
about [6] 8/2 8/4 12/3 21/6 21/9 21/24
above [1] 23/21
above-entitled [1] 23/21
abundantly [1] 6/21
access [1] 23/4
accurately [1] 19/20
across [1] 3/21
act [1] 17/10
action [7] 4/8 8/16 9/16 10/9 11/4 11/23 12/4
active [1] 10/1
actually [5] 3/14 9/17 9/20 15/5 17/16
add [1] 6/15
addition [1] 22/18
Additionally [1] 7/4
address [3] 9/2 10/24 22/19

addressed [1] 16/7
adjustments [1] 21/8
administrator [2] 19/14 22/6
affected [12] 4/23 4/23 7/20 9/7 9/25 10/4
    10/12 10/13 10/19 10/25 11/4 20/19
after [3] 19/16 16/19 20/5
again [3] 11/12 23/2 23/5
against [1] 17/24
agree [3] 16/13 21/14 21/18
agreement [1] 6/16
agreements [1] 6/20
air [3] 14/22 20/18 20/21
air' [1] 20/19
alarms [1] 17/20
Alhambra [1] 1/15
all [32]
alleged [1] 4/9
Allen [6] 2/6 13/2 13/6 13/12 13/17 21/25
Allens [2] 14/6 14/10
allocated [1] 20/9
allocation [1] 14/23
allocations [2] 14/17 22/8
allot [1] 19/22
allotted [1] 20/12
allow [1] 8/3
along [1] 21/7
already [2] 10/21 10/22
also [12] 2/6 6/15 6/24 8/7 13/24 16/20 17/7
    17/10 17/15 17/20 18/2 20/7
always [1] 23/3
am [1] 10/23
among [1] 21/11
amount [9] 13/14 19/2 19/10 19/12 20/9
    21/10 21/21 21/23 21/23
amounts [3] 6/25 19/6 19/22
another [7] 3/22 3/25 5/19 7/23 20/2 21/1
    21/22
any [10] 7/18 7/22 11/10 12/16 15/17 15/20
    18/1 18/11 18/20 19/10
anybody [1] 12/1
anyone [2] 23/6 23/10
Anything [2] 23/6 23/10
appeal [4] 13/10 13/11 16/12 16/13
appealable [1] 20/6
APPEARANCES [2] 1/13 2/1
appreciate [4] 12/19 13/7 21/25 23/1
appropriate [4] 18/22 19/10 19/24 21/19
approved [1] 11/25
are [19] 5/6 5/15 5/23 5/24 7/21 7/22 8/3
    8/25 10/12 14/20 15/4 15/25 17/25 18/9
    20/22 21/16 21/17 22/7 22/8
area [2] 18/15 20/20
arguing [1] 13/1
argument [3] 6/25 9/5 11/7
arise [1] 5/16
arises [1] 6/1
arising [1] 5/11
arranging [1] 17/11
as [39]
ask [3] 4/12 19/25 22/7
asked [2] 22/18
assets [1] 19/8
attached [1] 21/3
attend [1] 3/19
attic [9] 13/15 13/18 13/22 13/23 14/3 14/8
    14/13 21/5 21/13
attics [4] 16/3 20/22 20/24 22/3
attorney [2] 7/8 15/9
Avenue [1] 1/19
award [1] 20/4
aware [2] 11/15 11/18

**B**

B-406 [1] 2/9

back [5] 5/21 10/16 22/21
bad [2] 17/14 17/19
Baker [1] 1/18
banner [7] 3/15 3/18 4/17 5/2 5/7 9/15 17/9
based [4] 3/19 20/12 22/6 22/16
basement [7] 13/16 13/19 13/21 13/23 14/3
    14/8 14/12
basements [2] 16/4 20/22
basically [1] 19/9
battle [1] 12/15
BAYA [5] 2/2 3/16 6/3 6/12 11/11
be [25]
Bearman [1] 1/18
because [19] 3/24 4/3 4/4 4/25 5/14 7/17 7/25
    8/1 8/5 9/17 12/13 15/17 15/24 16/22 17/25
    18/16 20/14 21/2 23/4
become [1] 10/15
been [5] 4/11 11/20 11/21 14/7 16/18
before [6] 1/10 3/8 6/4 7/15 13/1 21/22
began [3] 17/5 17/10 18/24
behalf [7] 3/13 3/16 5/8 6/9 6/13 22/5 22/24
being [6] 4/22 4/23 6/23 13/7 14/19 15/4
believe [4] 9/1 11/2 11/4 18/8
below [1] 20/13
beneficiary [1] 11/22
Berkowitz [1] 1/18
best [2] 23/19
big [1] 8/18
bigger [3] 10/15 10/15 10/15
biggest [1] 16/24
birth [1] 22/19
Blaine [1] 19/4
boom [1] 16/20
borders [1] 9/8
both [1] 12/19
boundaries [1] 8/11
breadth [1] 6/16
breakdown [1] 19/3
briefly [2] 8/23 11/11
brought [3] 15/23 18/13 18/14
BrownGreer [2] 5/4 5/10
builder [3] 3/17 4/18 6/3
builders [5] 3/16 5/2 18/21 19/1 19/5
building [27]
built [2] 3/25 18/3
buy [1] 7/25

**C**

calculated [1] 20/12
Caldwell [1] 1/18
called [1] 22/14
can [5] 7/2 16/6 19/20 21/3 21/4
capped [1] 19/11
carefully [1] 19/18
case [16] 4/7 4/18 5/19 5/24 5/25 6/3 8/7 10/2
    12/8 13/12 15/15 16/14 18/23 21/1 21/2
    21/22
cases [6] 1/7 5/21 8/15 13/25 14/2 21/21
cause [1] 15/20
certain [2] 19/22 20/9
Certainly [1] 5/18
CERTIFICATE [1] 23/15
certify [1] 23/18
CHARLES [2] 1/14 1/19
China [1] 17/4
CHINESE [24]
circumstances [1] 16/22
claim [20] 3/24 4/11 5/14 6/1 7/11 7/13 7/14
    8/4 11/1 11/3 11/18 12/7 12/10 12/13 13/10
    19/17 19/18 19/19 22/15 22/22
claimant [1] 12/15
claimant's [1] 20/11

**C**

claimants [9]  10/3 19/12 19/16 20/2 21/11
 22/10 22/11 22/17 23/3
claims [14]  4/9 5/9 5/11 6/18 6/18 6/19 6/21
 11/19 11/20 11/20 17/22 19/22 20/1 20/3
Clarine [2]  2/6 13/6
class [18]  4/8 5/6 5/12 5/16 6/17 7/2 7/11
 7/12 8/16 9/15 10/9 10/11 10/18 10/19 11/4
 11/23 12/4 12/8
classes [1]  10/5
clauses [1]  18/17
clear [1]  6/21
clearly [3]  7/11 21/16 22/1
clients [1]  9/24
Coast [3]  16/21 17/6 17/7
come [3]  4/20 8/7 21/12
comes [2]  11/22 21/7
comment [1]  4/15
comments [2]  6/14 16/16
Committee [1]  3/13
companies [1]  17/1
compensated [1]  14/9
complain [1]  12/3
complaint [2]  9/12 10/4
complete [1]  19/19
completely [1]  11/17
computer [1]  2/13
concerned [1]  8/2
concluded [1]  23/13
condo [4]  4/20 4/22 4/22 11/15
consideration [1]  13/22
considered [1]  11/21
construction [1]  17/16
contaminated [1]  17/15
contemplated [1]  10/18
copper [1]  17/17
copy [1]  22/23
Coral [1]  1/16
correct [5]  4/19 6/8 11/17 14/15 23/19
correction [1]  14/11
corrodes [1]  17/17
could [2]  7/5 19/23
counsel [5]  5/6 6/6 7/8 11/13 18/24
counted [1]  11/18
country [1]  17/22
couple [1]  4/24
court [25]
coverage [1]  19/7
covered [4]  7/18 7/22 8/9 13/13
crafted [1]  9/16
created [1]  17/23

**D**

damages [5]  3/24 4/9 5/16 6/18 7/24
date [1]  22/19
DAVID [5]  1/14 6/8 6/10 8/22 12/22
deal [1]  8/13
dealing [1]  22/22
death [1]  3/19
decide [1]  12/17
decided [1]  16/14
decision [1]  22/6
defective [8]  7/18 7/24 8/12 8/14 17/14 18/1
 18/7 18/8
defendant [4]  3/15 3/15 4/18 18/9
defendants [12]  4/25 5/9 5/10 5/23 5/24 8/17
 8/18 9/1 9/10 9/19 10/7 19/8
Defense [1]  3/13
define [1]  21/15
defined [2]  20/13 20/19
definition [7]  5/12 5/16 6/17 6/17 7/12 14/25
 15/3

degree [1]  17/8
3Never [1]  Deliver [...]
denied [3]  4/7 4/13 11/9
detail [1]  15/8
detailed [1]  15/9
determination [1]  20/6
determinations [2]  14/20 15/4
determined [1]  14/17
determines [1]  10/14
determining [1]  14/23
develop [1]  17/19
did [9]  5/20 5/25 7/7 7/16 8/10 10/2 14/5
 17/6 21/20
didn't [7]  7/17 7/18 8/12 14/2 15/7 19/8 21/2
difference [3]  18/5 19/6 19/7
different [4]  8/13 10/5 16/1 16/2
differently [1]  10/8
difficulty [1]  12/6
diminution [2]  4/6 4/18
disbursed [1]  20/9
disbursement [1]  20/4
dismissed [1]  18/19
distributed [3]  18/2 19/23 21/11
DISTRICT [5]  1/1 1/2 1/11 23/17 23/17
Divers [1]  2/2
do [12]  5/16 7/23 7/24 8/7 8/7 8/21 11/4 12/5
 14/23 19/13 23/1 23/18
Docket [1]  1/5
document [2]  1/7 22/9
documents [5]  11/3 13/8 19/15 19/15 21/17
does [7]  3/23 4/1 10/13 13/15 13/15 20/21
 22/3
doesn't [2]  12/7 12/10
don't [12]  4/4 7/24 8/13 9/1 11/2 12/1 12/12
 15/16 16/3 16/3 16/4 21/9
done [2]  11/8 14/7
Donelson [1]  1/18
door [1]  5/14
down [5]  5/10 10/24 15/21
downstream [2]  18/11 18/21
downwind [1]  8/1
draw [1]  8/8
drywall [45]
Durkee [5]  1/14 1/14 6/9 10/23 11/17
dynamic [1]  8/20
dysfunctional [2]  17/20 17/20

**E**

e-mail [2]  15/10 15/23
each [2]  20/11 21/8
early [1]  13/25
easily [1]  16/6
East [2]  16/21 17/7
EASTERN [2]  1/2 23/17
echo [1]  6/14
economic [1]  6/18
effect [1]  4/12
ELDON [1]  1/10
elements [1]  9/2
else [2]  10/17 11/3
encompassed [2]  6/22 7/11
enjoin [1]  4/7
enjoined [1]  4/12
entire [1]  11/16
entities [4]  1/18 17/9 17/9 17/13
entitled [1]  23/21
especially [1]  8/25
ESQ [3]  1/14 1/19 2/2
evaluate [2]  19/22 20/3
evaluating [1]  22/22
even [3]  8/10 9/2 10/7
event [4]  12/16 18/11 18/20 19/10
eventually [2]  18/21 18/24

every [3]  8/9 9/21 10/3
23/17 daily [1]  [...]
everything [4]  10/17 11/3 15/18 21/15
evidence [1]  10/7
exchange [1]  5/8
exclude [1]  14/3
excluded [4]  18/16 20/24 20/25 21/2
excludes [2]  21/12 21/13
excluding [1]  18/17
exclusion [2]  14/8 22/4
exclusionary [1]  18/17
exhausted [1]  16/23
express [1]  23/3
eye [1]  10/22

**F**

fact [6]  7/5 7/8 9/23 10/6 10/7 13/24
FALLON [1]  1/10
families [4]  14/19 15/3 15/25 16/11
family [1]  3/19
far [1]  7/23
FCRR [4]  2/8 23/16 23/23 23/23
fear [1]  8/6
feel [3]  12/8 13/22 23/3
feeling [1]  12/6
feet [1]  20/18
felt [2]  8/10 18/22
Fifth [5]  2/2 3/15 6/13 11/13 11/21
figure [1]  22/13
figured [1]  11/13
filed [2]  3/15 18/15
fill [4]  19/16 22/11 22/12 22/18
filled [4]  22/4 22/10 22/20 22/24
final [2]  20/6 20/6
find [1]  21/21
fine [1]  14/16
fires [1]  17/21
first [6]  3/11 9/6 11/5 11/8 15/12 17/11
fixed [1]  19/12
Florida [5]  1/16 2/4 4/20 16/20 17/6
folks [2]  9/10 11/1
follow [2]  15/19 19/18
following [2]  20/16 20/17
footage [15]  13/14 14/22 16/2 20/13 20/14
 20/15 20/15 20/17 20/19 20/21 21/12 21/15
 22/3 22/4 22/14
foregoing [1]  23/18
form [18]  15/7 19/18 19/19 20/4 20/7 20/16
 22/15 22/24
forms [1]  19/22
forth [2]  4/16 14/4
found [1]  14/1
free [1]  5/21
fright [1]  8/6
fund [2]  5/9 8/7
funded [1]  9/19
funds [4]  11/19 19/23 20/8 20/8
further [3]  6/16 23/6 23/10

**G**

Gables [1]  1/16
garage [5]  14/12 14/14 14/14 21/3 21/12
garages [4]  16/3 20/22 20/25 22/3
Garretson [5]  14/17 14/21 15/10 16/10 16/13
gases [1]  17/15
gave [1]  5/4
GBI [1]  5/3
Germano [2]  13/25 14/5 15/17 21/2
get [6]  6/10 19/12 21/5 21/9 21/14 22/23
gets [1]  21/22
give [3]  19/24 21/21 22/12
given [4]  13/8 20/2 22/11 22/17
giving [1]  4/24

## G

Global [3]  5/3 5/7 6/15
go [6]  7/23 9/5 10/16 12/18 12/25 15/7
going [7]  7/25 10/15 10/16 10/18 10/24 12/14
13/20
gone [3]  9/20 10/10 21/1
Good [2]  3/12 13/3
got [9]  8/11 9/6 9/21 10/23 11/5 12/9 12/13
17/10 21/15
greater [1]  21/23
Greene [1]  10/21
ground [5]  15/13 15/24 16/9 16/12 17/20
grounds [1]  18/19
Group [4]  14/17 14/21 16/10 16/14
Group's [1]  15/10
GSA [1]  9/14
guidelines [1]  16/10
Gulf [1]  17/6

## H

had [21]  3/22 8/14 9/24 10/4 10/10 11/15
13/20 14/1 14/4 16/8 17/8 18/6 18/7 19/8
19/12 19/16 19/25 21/1 21/4 21/5 22/10
hand [1]  10/11
happened [1]  14/9
has [17]  4/3 4/11 5/13 7/3 9/3 9/7 10/12
10/21 10/22 10/23 12/7 12/9 12/14 13/12
14/17 16/18 21/11
have [53]
having [1]  12/10
he [12]  6/7 7/12 7/13 9/12 9/12 9/13 9/14
9/15 10/8 10/12 10/13 12/9
he's [2]  10/24 12/9
hear [4]  3/10 8/22 9/4 14/10
HEARING [1]  1/10
heating [2]  17/21 20/21
helpful [1]  16/16
here [3]  3/16 4/13 6/4
hereby [1]  23/18
him [1]  10/11
hired [1]  19/14
his [8]  3/19 5/4 5/25 9/11 10/11 11/18 15/23
22/6
home [6]  7/19 13/12 13/13 13/14 15/16 15/20
home's [1]  20/21
homeowner [1]  7/9
homeowners [1]  16/4
homes [2]  16/2 16/2
Honor [21]  3/12 3/19 4/15 4/19 4/24 5/6 5/18
5/20 6/8 6/9 6/12 7/4 7/10 8/23 11/11 11/25
12/21 13/3 13/4 14/12 22/7
HONORABLE [1]  1/10
hope [2]  16/9 16/12
house [4]  8/1 13/20 20/20 21/4
housed [1]  18/3
how [13]  7/23 8/4 8/7 11/24 14/17 14/19
14/22 15/4 15/4 16/10 19/13 21/3 21/4

## I

I'd [1]  6/2
I'll [2]  8/23 14/10
I'm [8]  4/24 7/25 8/2 13/3 13/5 14/14 22/9
22/24
I've [1]  12/13
illustrates [1]  6/16
important [1]  23/3
imported [2]  16/18 18/3
inadequate [1]  15/3
include [7]  8/16 13/15 13/15 20/22 21/3 21/4
22/3
included [6]  4/10 5/15 20/23 20/25 21/2 22/2
includes [1]  6/18

indeed [1]  18/8
indicating [1]  14/7
individual [2]  9/15 20/11
individuals [1]  18/5
ineffective [1]  17/18
InEX [2]  5/2 5/7
inform [1]  14/19
information [4]  15/8 16/11 19/25 22/12
informed [2]  15/5 15/6
initially [1]  7/16
injuries [1]  8/5
installed [1]  18/3
installers [2]  5/3 18/21
instance [1]  21/1
instructions [1]  19/19
insufficient [1]  15/6
insurance [3]  19/5 19/7 19/9
insurer's [1]  19/9
insurers [5]  18/13 18/16 18/19 18/22 19/1
interesting [2]  8/20 12/12
introductory [1]  4/25
involved [1]  4/8
involves [1]  3/21
involving [2]  3/9 4/9
is [65]
isn't [1]  6/7
issue [11]  3/23 5/15 7/6 8/21 10/22 14/24
15/2 15/12 15/22 15/23 16/6
issues [4]  14/16 14/18 15/20 16/8
it [56]
it's [14]  3/12 4/3 8/1 8/13 8/19 10/15 12/12
13/10 14/12 14/12 21/15 22/10 22/14 23/3
its [1]  19/8
itself [1]  19/13

## J

Jake [1]  5/4
Jodi [4]  2/8 23/16 23/23 23/23
judge [6]  1/11 10/21 10/21 12/8 16/9 16/12
juncture [1]  6/25
jurisdiction [2]  9/1 11/6
just [12]  4/16 5/10 6/14 10/15 11/2 11/7
11/11 13/19 14/11 14/24 16/17 16/25

## K

Katrina [1]  16/19
KERRY [3]  1/19 3/12 10/1
kicked [1]  10/11
kind [1]  15/24
Knauf [11]  1/18 4/2 4/7 4/17 4/18 5/2 9/13
9/13 9/18 10/2 17/3
knew [3]  9/10 9/11 9/12
know [8]  5/20 7/3 8/12 8/13 8/13 8/24 10/14
15/4
knowledge [1]  18/7
known [2]  9/12 19/17
knows [2]  8/24 9/25

## L

lack [3]  14/25 14/25 15/3
lacked [1]  15/24
late [1]  7/1
Lauderdale [3]  7/6 7/7 9/18
law [2]  11/6 17/25
lawsuits [1]  10/9
least [3]  12/17 16/24 18/18
leave [3]  7/15 15/17 15/20
legal [2]  11/1 11/15
legally [1]  10/23
legs [1]  10/23
lesser [1]  21/23
let [6]  3/10 8/22 12/5 12/5 12/25 16/17
letter [1]  15/7

liability [2]  1/6 21/21
life [4]  20/16 23/18 23/18
like [3]  6/2 17/22 18/18
limited [2]  8/7 21/10
line [2]  6/7 8/8 13/3
litigant [2]  10/1 18/4
litigation [6]  1/6 5/22 14/1 18/13 18/14 18/20
live [2]  4/5 5/14
LLC [1]  2/2
loaf [1]  21/9
long [1]  7/3
look [1]  12/17
looked [1]  9/3
lost [1]  16/5
lot [1]  17/12
LOUISIANA [4]  1/2 1/20 2/9 23/18

## M

made [1]  15/4
mail [2]  15/10 15/23
main [1]  14/23
make [1]  21/8
makes [1]  17/18
Mangiarelli [9]  1/14 5/19 5/25 7/8 9/10 9/23
10/6 10/10 11/18
Mangiarelli's [1]  11/20
manufacture [1]  18/2
manufactured [1]  1/5 17/3
manufacturer [3]  5/1 16/24 18/9
manufacturers [3]  17/25 17/25 18/12
many [1]  19/7
master [7]  13/11 19/21 19/24 20/2 20/5
22/13 22/21
master's [1]  20/6
matter [4]  4/12 4/16 16/18 23/21
may [5]  8/13 15/20 16/3 16/4 22/7
maybe [2]  16/10 22/24
MD [1]  1/5
MDL [5]  11/16 11/19 11/22 11/22 17/23
me [11]  3/8 3/10 8/22 12/5 12/5 12/16 12/25
13/1 13/9 16/16 16/17
mean [2]  9/24 12/14
mechanical [1]  2/12
meet [1]  21/8
members [1]  7/2
mentioned [1]  7/5
merits [1]  9/5
met [1]  9/1
metals [2]  17/15 17/17
method [1]  19/24
methodology [1]  14/24
Mike [1]  3/18
MILLER [6]  1/19 3/13 6/14 6/24 7/4 10/1
million [3]  19/3 19/3 19/4
Mills [1]  2/2
mine [1]  23/5
minute [1]  6/11
Mississippi [1]  8/1
money [2]  11/19 21/22
monitored [1]  11/14
morning [2]  3/12 13/4
motion [8]  3/11 3/14 4/7 4/13 6/4 8/24 11/9
12/25
motions [3]  1/10 3/8 18/15
Mr. [22]  5/19 5/25 6/3 6/14 6/24 7/4 7/8 9/10
9/23 10/1 10/6 10/10 10/23 11/17 11/18
11/20 13/2 13/12 13/17 15/9 15/11 15/22
Mr. Allen [1]  13/2
Mr. and [2]  13/12 13/17
Mr. Baya [1]  6/3
Mr. Durkee [2]  10/23 11/17
Mr. Kerry [1]  10/1
Mr. Mangiarelli [8]  5/19 5/25 7/8 9/10 9/23

**M**

Mr. Mangiarelli... [3]  10/6 10/10 11/18
Mr. Mangiarelli's [1]  11/20
Mr. Miller [3]  6/14 6/24 7/4
Mr. Serpe [2]  15/9 15/22
Mr. Serpe's [1]  15/11
Mrs. [2]  13/12 13/17
Mrs. Allen [2]  13/12 13/17
Ms. [1]  21/25
Ms. Allen [1]  21/25
much [4]  12/19 15/7 16/15 23/11
multi [3]  4/21 4/22 5/15
multi-building [1]  4/22
multi-unit [2]  4/21 5/15
Mutual [2]  19/1 19/5
my [5]  9/24 10/3 11/2 12/14 23/19

**N**

name [2]  9/11 22/18
named [2]  10/4 10/9
namely [1]  13/23
Nationwide [2]  18/25 19/3
necessary [1]  9/2
need [1]  21/5
negotiated [1]  5/8
negotiations [2]  11/14 18/24
neighborhood [2]  4/5 12/14
never [6]  9/12 9/13 9/14 9/15 9/23 10/6
New [2]  1/20 2/9
newspapers [1]  12/2
next [4]  3/21 5/14 7/22 12/25
no [6]  8/14 10/10 13/18 13/19 21/6 22/9
none [1]  8/14
North [1]  2/3
not [36]
notice [12]  9/13 9/14 9/14 9/15 9/22 9/24
  10/5 10/16 11/25 12/1 12/2 12/3
notices [1]  10/6
notifying [1]  9/10
now [5]  3/23 8/4 12/2 19/13 20/7
number [5]  18/14 19/1 20/18 22/19 22/20
numbered [1]  23/21

**O**

object [1]  12/3
objection [2]  7/1 7/3
obviously [1]  9/3
occurring [1]  14/20
October [2]  1/6 3/2
odors [2]  17/15 17/20
off [1]  6/24
official [4]  2/8 15/11 23/16 23/24
oftentimes [2]  8/19 21/21
Okay [9]  3/7 3/20 6/6 6/10 11/10 12/25 13/7
  16/15 22/23
Once [1]  8/17
one [19]  2/2 3/8 3/9 3/16 4/15 4/20 4/22 7/7
  9/7 9/18 10/3 11/13 14/18 14/21 15/2 16/8
  17/3 18/18 19/15
ongoing [1]  11/14
only [2]  15/24 17/19
OPEN [1]  3/5
opportunity [1]  20/2
opt [4]  5/20 5/25 7/7 7/17
opted [3]  7/5 7/8 7/13
opts [1]  5/18
order [3]  18/6 19/16 20/7
Orleans [2]  1/20 2/9
other [14]  3/9 4/3 4/23 9/11 9/16 9/19 9/20
  9/24 10/8 10/25 15/22 17/1 17/8 18/12
others [2]  16/4 16/5
ought [2]  11/21 14/8

our [7]  15/9 15/16 15/20 16/2 16/13 16/14
  20/24
out [23]  5/11 5/16 5/18 5/20 5/25 6/1 7/5 7/7
  7/9 7/14 7/17 10/12 11/25 15/16 16/25 19/12
  19/16 19/25 21/5 21/15 22/1 22/13 22/24
over [2]  6/2 12/2
own [2]  13/12 16/5
owned [1]  17/4
owner [1]  7/7
owners [2]  3/24 7/6

**P**

P.A [1]  1/14
package [1]  22/10
paid [2]  11/18 11/21
part [7]  4/21 5/3 6/23 12/4 12/7 15/2 15/13
partake [1]  7/16
participated [1]  5/1
Participating [1]  2/6
participation [1]  23/5
particular [3]  9/18 12/8 20/3
particularly [2]  13/25 18/15
parties [4]  3/10 19/25 21/7 21/14
partook [1]  9/19
Paskert [1]  2/2
passed [1]  7/3
Payment [2]  19/17 22/15
payments [2]  5/8 20/12
pays [1]  5/9
people [9]  4/4 7/21 8/4 10/8 10/17 18/2 21/16
  21/17 21/20
percent [2]  20/10 20/10
perfected [1]  8/18
person [3]  9/21 15/8 19/14
personal [1]  18/2
perspective [1]  16/18
Peterson [1]  3/18
PH1 [1]  1/15
Phillip [2]  2/6 13/6
phone [1]  13/8
pick [1]  19/12
piece [2]  7/20 9/7
piggyback [1]  6/24
places [2]  16/1 17/7
plaintiff [6]  5/19 5/20 6/6 7/5 7/16 13/2
plaintiff's [2]  6/25 7/11
plaintiffs [5]  4/16 4/19 6/9 8/16 8/19
plan [1]  22/8
Plaza [1]  1/15
please [3]  3/7 3/11 19/18
point [5]  8/22 13/24 14/10 14/11 14/23
policies [1]  18/17
pollution [1]  18/18
Porter [1]  19/4
position [11]  4/8 5/7 5/23 7/17 7/21 13/11
  13/17 14/6 15/11 15/11 18/16
possible [1]  20/8
potential [2]  17/21 17/21
Poydras [1]  2/8
predominate [1]  17/16
prepared [1]  19/15
present [1]  13/7
presentation [1]  5/5
presented [2]  5/10 19/13
presently [1]  16/25
primarily [5]  16/20 17/6 17/9 17/24 19/6
pro [3]  2/6 13/1 19/23
probably [2]  12/9 16/24
problems [1]  17/19
procedural [2]  15/2 16/9
procedurally [1]  9/2
proceeded [1]  18/20
proceedings [4]  2/12 3/1 23/13 23/20

process [2]  11/16 14/19
produced [1]  18/24
product [1]  18/1
PRODUCTS [1]  1/5
program [2]  4/21 22/15
project [1]  5/15
projects [1]  4/20
proper [1]  10/5
properties [3]  9/25 10/19 16/5
property [13]  3/21 7/6 7/20 9/7 10/4 10/13
  10/13 15/15 16/5 19/17 20/12 20/19 22/15
protocol [1]  15/19
proved [1]  17/14
provide [3]  16/9 16/11 20/8
provided [4]  14/25 15/7 15/8 15/9
provision [1]  6/15
purpose [1]  15/14
pursue [1]  7/13
put [2]  16/17 21/10
putting [1]  21/16

**Q**

qualified [1]  20/11
qualifying [3]  20/13 20/14 20/15
quantity [1]  9/12
question [4]  10/10 13/18 13/19 21/6
quote [1]  7/19

**R**

radio [1]  12/2
raised [3]  6/15 10/11 10/22
Ralph [1]  1/14
rata [1]  19/23
RE [1]  1/5
reached [1]  18/25
read [2]  19/18 21/18
reading [4]  11/2 22/8 22/8 22/9
reads [1]  5/12
real [3]  11/11 19/17 22/15
really [6]  9/2 10/18 11/7 15/7 15/14 15/24
reason [4]  4/24 7/15 7/17 18/8
receive [1]  19/21
received [9]  9/13 9/14 9/14 9/15 9/23 10/5
  10/6 12/1 13/8
receives [1]  20/20
recess [1]  23/11
recognized [1]  10/7
reconsideration [12]  3/9 3/11 3/14 4/14 6/4
  8/25 9/3 9/4 11/9 20/1 20/1 20/5
record [1]  23/20
recorded [1]  2/12
recover [1]  7/2
regarding [1]  16/13
rehashing [1]  11/7
relate [1]  5/11 6/1
Relates [1]  1/7
release [4]  6/15 6/17 7/12 11/22
released [1]  6/23
rely [1]  21/16
remand [1]  5/21
remarks [1]  4/25
remediate [1]  15/15
remediated [1]  4/21
remediation [2]  9/20 15/19
remove [2]  13/21 15/16
removed [3]  14/2 14/4 15/18
reported [1]  11/14
Reporter [3]  2/8 23/16 23/24
represents [2]  3/18 6/3
requirements [2]  10/12 10/17
resolve [1]  18/23
respect [1]  5/13

Case 2:09-md-02047-EEF-MBN Document 18381 Filed 02/27/15 Page 68 of 69

respond [1] 11/24
response [1] 11/10
responsibility [1] 11/16
responsible [1] 18/1
result [5] 10/14 11/8 16/20 17/1 17/19
resulted [1] 19/6
resulting [1] 4/9
review [1] 23/7
Richard [1] 15/9
Richard Serpe [1] 15/9
right [7] 6/10 9/6 11/5 12/5 12/9 23/1 23/10
righteously [1] 10/20
rise [2] 3/6 23/12
RMR [4] 2/8 23/16 23/23 23/23
road [2] 10/25 15/21
Roberts [1] 1/14
Room [1] 2/9
ruled [2] 7/15 15/17
ruling [1] 4/14
RYAN [4] 2/2 3/16 6/12 11/11

S
s/Jodi [1] 23/23
said [4] 6/2 6/25 9/9 10/22
same [1] 11/7
saying [1] 4/2
says [9] 10/14 12/9 19/18 20/4 20/7 20/7
20/11 20/16 22/2
scope [1] 15/18
se [2] 2/6 13/1
seated [1] 3/7
second [1] 15/13
Section [3] 1/5 20/13 20/16
security [1] 22/20
seek [1] 8/16
seem [1] 21/2
seemed [1] 19/10
seems [1] 12/15
self [1] 11/14
self-reported [1] 11/14
sending [2] 17/5 17/11
sent [2] 17/12 22/21
Serpe [3] 15/9 15/9 15/22
Serpe's [1] 15/11
set [3] 4/16 21/15 22/1
settle [3] 11/19 21/20 21/23
settled [3] 4/11 5/10 6/23
settlement [34]
settlements [8] 3/10 5/1 5/7 6/22 6/23 11/23
12/4 22/16
settling [1] 5/24
several [3] 13/24 14/16 17/1
shall [1] 20/12
shared [1] 14/22
should [7] 7/13 11/9 13/22 14/7 14/9 16/11
20/25
side [1] 21/8
signed [1] 22/25
signing [1] 21/17
silver [1] 17/17
Simcox [4] 2/8 23/16 23/23 23/23
simply [1] 18/10
since [1] 7/3
single [1] 10/3
Sixty [5] 2/2 3/15 6/13 11/13 11/21
Sixty-Fifth [4] 2/2 3/15 6/13 11/13
Sixty-Fifth ought [1] 11/21
skeptical [2] 10/22 12/10
small [2] 8/17 8/19
so [25]
social [1] 22/19

solicited [1] 17/1
soliciting [1] 17/18
some [16] 8/11 10/7 16/2 16/3 16/3 16/3 16/3
16/4 16/10 17/7 18/6 18/8 19/2 19/11 19/25
21/8
somebody [3] 7/25 12/6 12/10
someone [3] 5/13 5/18 22/5
something [5] 12/6 12/16 12/17 16/6 19/11
somewhat [1] 13/10
soon [1] 20/8
sorry [2] 13/5 14/14
sort [2] 9/7 9/24
space [4] 13/23 13/23 14/12 20/18
special [8] 13/11 19/21 19/24 20/2 20/5 20/5
22/13 22/21
specific [4] 9/21 10/6 10/19 12/1
specifically [1] 6/17
square [15] 13/14 14/22 16/2 20/13 20/14
20/15 20/15 20/17 20/18 20/21 21/12 21/15
22/2 22/4 22/14
St [1] 1/19
stage [1] 13/25
stand [1] 23/11
start [1] 8/23
started [1] 17/22
state [8] 5/21 7/13 7/23 8/1 10/1 10/3 10/21
12/8
stated [1] 10/2
states [9] 1/1 1/11 8/9 11/7 16/19 16/23 17/5
17/12 23/17
States' [1] 16/23
Steering [1] 3/13
stenography [1] 2/12
stigma [6] 3/24 4/4 5/13 6/19 7/24 12/13
still [1] 16/4
street [3] 2/3 2/8 5/14
strictly [3] 8/25 18/1 18/10
structured [1] 7/1
subclass [1] 9/17
submitted [1] 22/5
subsidiary [1] 17/4
substantive [2] 15/13 16/12
substantively [1] 15/22
success [1] 17/8
sue [1] 10/2
sued [2] 4/17 4/17
suing [1] 4/2
Suite [3] 1/15 1/20 2/3
suits [1] 17/24
summary [1] 7/10
supplier [1] 4/17
suppliers [2] 5/2 5/3
supply [4] 3/15 16/23 17/1 18/25
sure [2] 10/23 22/24
system [2] 10/1 20/23
systems [2] 17/21 20/21

T
Taishan [2] 17/10 17/13
take [5] 7/21 12/20 13/17 14/6 14/24
taken [2] 13/11 13/22
takes [1] 7/16
taking [4] 5/24 5/24 23/2 23/7
talked [1] 9/22
Tampa [2] 2/3 2/4
target [1] 18/9
telephone [1] 22/19
television [1] 12/2
terms [1] 6/20
than [1] 10/8
Thank [8] 6/5 6/12 12/21 12/22 16/15 23/2
23/7 23/10
Thanks [2] 12/19 23/5

that [152]
the [385]
their [20] 3/25 4/2 5/16 6/20 7/19 7/19 8/5
8/6 13/13 14/8 16/5 16/5 18/13 18/17 18/22
19/1 19/9 20/3 22/11 23/4
them [9] 8/3 16/16 17/3 17/18 18/6 18/22
21/17 21/18 22/1
themselves [1] 23/4
then [11] 8/18 10/16 15/15 16/11 17/11 19/21
19/25 20/10 21/8 21/18 21/22
theories [2] 18/12 18/13
theory [1] 12/12
there [9] 4/5 5/19 7/7 8/11 8/20 9/17 12/1
13/19 18/14
there's [4] 10/10 13/18 21/6 21/10
therefore [3] 4/11 4/12 14/7
these [12] 4/19 6/21 8/15 9/19 10/5 10/17
11/3 13/25 14/19 15/4 19/7 19/22
they [57]
they're [4] 4/2 5/3 13/20 16/16
they've [3] 4/17 9/20 14/25
things [2] 14/21 22/20
think [8] 7/10 9/6 11/6 11/8 12/1 12/15 15/14
16/6
this [36]
those [5] 5/9 5/10 5/21 10/25 14/2 16/8
16/22 17/17 18/5 18/11 18/19 22/20
thought [1] 15/24
through [2] 9/20 17/4
throughly [1] 19/19
throughout [4] 13/20 14/2 16/21 17/22
time [10] 7/3 9/6 9/9 11/5 11/8 12/3 17/14
19/25 23/2 23/7
Tobin [2] 18/25 19/4
today [1] 13/8
together [2] 21/10 21/17
told [3] 7/25 19/21 19/24
took [2] 4/8 18/16
total [8] 19/2 20/13 20/14 20/17 20/18 20/21
22/2 22/4
Trading [1] 19/1
traditionally [1] 8/15
transcript [2] 2/12 23/19
transparency [2] 15/1 15/3
treated [2] 8/25 10/8
trial [4] 21/1 21/3 21/20 21/22
tried [2] 13/24 21/1
true [1] 23/18
try [1] 18/23
turn [1] 6/2
two [6] 3/8 16/8 16/22 17/15 17/17 20/9
type [3] 11/3 15/20 18/4
types [1] 6/21

U
under [7] 7/2 14/22 15/18 17/9 18/12 20/18
20/19
understand [4] 8/11 8/21 16/16 22/1
understanding [1] 22/20
unfinished [3] 20/22 20/24 22/3
uniform [1] 15/25
uniformity [2] 15/23 16/6
unit [4] 4/21 5/15 7/6 7/7
UNITED [9] 1/1 1/11 8/9 16/19 16/22 16/23
17/5 17/12 23/17
units [1] 11/15
unsure [1] 15/10
up [3] 15/23 17/21 21/12
uphill [1] 12/15
upon [1] 3/19

## U

us [7]  14/22 15/5 15/6 15/7 15/8 15/21 23/3
used [3]  14/19 22/13 22/21
uses [1]  22/13

## V

value [2]  4/4 6/19
various [3]  5/1 18/15 18/17
ventilation [2]  20/20 20/23
Venture [1]  18/25
Venture-Supply [1]  18/25
very [10]  8/17 8/18 8/25 9/25 10/19 12/9
 12/19 16/15 16/16 23/11
vicinity [4]  3/22 3/25 4/3 19/11
views [2]  21/25 23/2
Virginia [9]  3/9 13/13 14/18 17/5 17/13
 18/15 18/18 18/21 22/15
visit [1]  23/2

## W

want [9]  4/4 8/16 8/17 8/18 8/19 12/17 15/15
 15/16 15/19
wanted [1]  7/12
wants [1]  9/4
warranty [1]  18/12
was [55]
wasn't [1]  20/15
way [6]  3/20 5/12 7/1 7/16 15/6 16/17
ways [1]  20/9
we [24]
We'll [2]  6/10 22/23
we're [4]  4/13 6/4 10/16 16/1
well [5]  7/12 14/24 14/25 15/4 18/12
went [1]  11/25
were [25]
weren't [2]  7/18 7/19
what [11]  6/24 6/25 7/2 14/5 16/13 20/7 21/9
 21/20 21/20 21/24 22/6
what's [2]  22/1 22/2
whatever [2]  8/2 8/6
when [8]  5/7 8/15 10/18 11/18 12/9 17/8 21/3
 21/7
where [2]  4/5 12/17 15/13 18/15 22/7
WHEREUPON [1]  23/13
Wherever [1]  14/3
whether [4]  10/17 10/24 10/25 20/25
which [3]  5/9 8/25 11/15
while [1]  16/5
who [18]  3/18 4/25 5/13 5/20 6/3 7/8 7/21 8/4
 12/7 12/10 13/5 15/8 18/2 18/9 21/16 21/17
 22/13 22/21
whole [1]  21/9
wholly [1]  17/4
wholly-owned [1]  17/4
whose [1]  6/3
why [2]  4/24 15/19
will [8]  9/5 12/16 15/18 16/9 16/12 16/13
 20/8 23/11
wires [1]  17/21
wiring [1]  14/4
within [5]  4/10 5/15 6/22 7/11 20/20
without [1]  7/22
Woody [1]  5/4
word [1]  20/14
world [2]  16/25 17/16
would [6]  5/20 6/14 10/11 11/24 15/19 18/22
write [3]  12/5 12/16 20/18

## Y

Yes [5]  8/23 13/3 13/14 14/14 23/1 23/9
you [31]
you're [2]  7/23 14/14
you've [1]  13/8