UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRY WALL PRODUCTS LIABILITY LITIGATION

MDL NO. 2047

SECTION L

JUDGE FALLON
MAG. JUDGE WILKINSON

TENDERED FOR FILING

FEB 13 2015

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

## MOTION FOR ORDER INCLUDING MIKE ARODAK AS A TIMELY FILED CLAIMANT

Claimant, **MIKE ARODAK**, files this Motion For Order including him as a timely filed Claimant in the Chinese Drywall Settlement Program and states:

1. This is a Motion For Order including **MIKE ARODAK** as a timely filed Claimant in the Chinese Drywall Settlement Program.

2. **MIKE ARODAK** owns a residence at 717 South Brevard Avenue, Tampa, Florida 33606 which was drywalled with Chinese Drywall.

3. Following notice of this case **MIKE ARODAK** had communication by email with Rust Consulting and provided Rust Consulting personal and other information. In response **MIKE ARODAK** received acknowledgment of information provided and received Claim No. M6BDB2222A. **MIKE ARODAK** believed Rust Consulting was the Chinese Drywall Settlement Administrator. Unaware that Brown Greer PLC was the actual Administrator, **MIKE ARODAK** was unaware that M6BDB2222A issued by Rust Consulting did not constitute the actual filing of a formal claim.

4. Upon inquiry **MIKE ARODAK** recently became aware that the Settlement Administrator is Brown Greer PLC, Post Office Box 25401, Richmond, Virginia 23260 and that his August 9, 2012

claim was not included in the transfer of information to the Brown Greer LLC from Rust Consulting.

5. **MIKE ARODAK** was orally told by a member of Brown Greer, PLC to file this Motion so that he may be included in the potential Settlement.

**WHEREFORE**, Claimant, **MIKE ARODAK**, asks the Court to enter an Order Granting this motion that **MIKE ARODAK** did, indeed, file a timely claim.

Under penalties of perjury, I declare that I have read and executed the foregoing Motion For Order including Mike Arodak as a timely filed claimant and I declare under penalties of perjury that the foregoing is true and correct.

MIKE ARODAK
Post Office Box 76365
Tampa, Florida 33575

### CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that a true and correct copy of the above and foregoing has been furnished by United States Mail on this 10th day of February, 2015 to Brown Greer PLC, Post Office Box 25401, Richmond, Virginia 23260 and www.browngreer.com.

MIKE ARODAK
Post Office Box 76365
Tampa, Florida 33575

2

MIKE ARODAK
PO Box 76365
Tampa, FL 33675

TAMPA FL 335
SAINT PETERSBURG FL
10 FEB 2015 PM 5 L

7013 0331 999

US District
Eastern District of
Louisiana
Room C-151
500 Poydras Street
New Orleans, LA 70130