In re: Chinese-Manufactured Drywall Products Liability Litigation



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 133483-0009

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--General Growth Properties, Inc., through Marvin Levine,
Executive President and Chief Legal Officer
Court Case No. MDL 2047

HERMAN, HERMAN, ET AL
M Lillian Flemming
820 O'Keefe Ave.
New Orleans, LA 70113-1116

State of: Illinois ) ss.
County of: Cook )

Name of Server: Bryce Grobarek, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 13 day of February, 20 15, at 2:42 o'clock PM

Place of Service: at 110 North Wacker Drive, in Chicago, IL 60606

Documents Served: the undersigned served the documents described as:
Subpoena to Testify at a Deposition in a Civil Action; Witness Fee

Service of Process on:
Person Served, and
Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
General Growth Properties, Inc., through Marvin Levine, Executive President and Chief Legal Officer
By delivering them into the hands of an officer or managing agent whose name and title is: Kara Pollock, Paralegal

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F; Skin Color White; Hair Color Brown; Facial Hair ____
Approx. Age 37; Approx. Height 5'8; Approx. Weight 140

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 16 day of FEB, 20 15

Signature of Server

Notary Public    (Commission Expires)

APS International, Ltd.
15-2631

OFFICIAL SEAL
MICHAEL J AUGLE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/15/18