In re: Chinese-Manufactured Drywall Products Liability Litigation



Service of Process by
# APS International, Ltd.
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 132483-0002

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--JP Morgan & Chase Co., through its registered Agent, The Corporation Service Company
Court Case No. MDL 2047

HERMAN, HERMAN, ET AL
M Lillian Flemming
820 O'Keefe Ave.
New Orleans, LA 70113-1116

State of: __Delaware__ ) ss.
County of: __New Castle__ )

Name of Server: __Robert DeLacy__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action:

Date/Time of Service: that on the __13__ day of __February__, 20 __15__, at __11:40__ o'clock __A__ M

Place of Service: at __1209 Orange Street__, in __Wilmington, DE 19801__

Documents Served: the undersigned served the documents described as:
Subpoena to Testify at a Deposition in a Civil Action; Witness Fee

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
JP Morgan & Chase Co., through its registered Agent, The Corporation Service Company
By delivering them into the hands of an officer or managing agent whose name and title is: __Amy Mclaren, Authorized to Accept Service__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __F__; Skin Color __Caucasian__; Hair Color __Brown__; Facial Hair __n/a__
Approx. Age __35__; Approx. Height __5'5__; Approx. Weight: __135 lbs__

X  To the best of my knowledge and belief, said person was not engaged in the U.S Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this _13th_ day of _February_, 20_15_

Thomas M Marshall
Notary Public  (Commission Expires)