In re: Chinese-Manufactured Drywall Products Liability Litigation



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 133483-0008

## AFFIDAVIT OF SERVICE -- Corporate

HERMAN, HERMAN, ET AL
M Lillian Flemming
820 O'Keefe Ave.
New Orleans, LA 70113-1116

Service of Process on:
--Northern Trust Corporation, through Susan C. Levy, General Counsel
Court Case No. MDL 2047

State of: **Illinois** ) ss.
County of: **Cook** )
Name of Server: **Brae Grobarek**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **13** day of **February**, 20 **15**, at **11:40** o'clock **A** M

Place of Service: at 50 South Lasalle Street, in Chicago, IL 60603

Documents Served: the undersigned served the documents described as:
Subpoena to Testify at a Deposition in a Civil Action; Witness Fee

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Northern Trust Corporation, through Susan C. Levy, General Counsel

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Jennifer Clarke, Paralegal Officer**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F**; Skin Color **White**; Hair Color **Blonde**; Facial Hair ____
Approx. Age **40**; Approx. Height **5'6**; Approx. Weight **130**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **16** day of **FEB**, 20 **15**

Notary Public     (Commission Expires)

APS International, Ltd.
15-02499

OFFICIAL SEAL
MICHAEL J AUGLE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/16/18