In re: Chinese-Manufactured Drywall Products Liability Litigation



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 133483-0004

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--State Street Corporation, through Jeffrey N. Carp, Executive Vice President and Chief Legal Officer
Court Case No. MDL 2047

HERMAN, HERMAN, ET AL
M Lillian Flemming
820 O'Keefe Ave.
New Orleans, LA 70113-1116

State of: **Massachusetts** ) ss.
County of: **Cambridge** )

Name of Server: **Burton Malkofsky**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **13th** day of **February**, 20**15**, at **2:30** **P**o'clock __M

Place of Service: at **State Street Financial Center / One Lincoln Street**, in **Boston, MA 02111**

Documents Served: the undersigned served the documents described as:
Subpoena to Testify at a Deposition in a Civil Action; Witness Fee

Service of Process on:
Person Served, and Method of Service:

A true and correct copy of the aforesaid document(s) was served on:
State Street Corporation, through Jeffrey N. Carp, Executive Vice President and Chief Legal Officer
By delivering them into the hands of an officer or managing agent whose name and title is: **Todd Mills, Person in charge of business**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **m**; Skin Color **white**; Hair Color **brown**; Facial Hair **no**
Approx. Age **35-40**; Approx. Height **5/10**; Approx. Weight **170**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Burton Malkofsky, Constable
APS International, Ltd.

Subscribed and sworn to before me this 13th day of February, 20 15

Notary Public   (Commission Expires)
James Desrosiers   3/5/2015