In re: Chinese-Manufactured Drywall Products Liability Litigation



Service of Process by
APS International, Ltd.
1-800-328-7171

**Law Firm Requesting Service:**
HERMAN, HERMAN, ET AL
M Lillian Flemming
820 O'Keefe Ave.
New Orleans, LA 70113-1116
Customer File:

## AFFIDAVIT OF SERVICE ON A CORPORATION
--Target Corporation, through Timothy R. Baer,
Executive Vice President, Chief Legal Officer and
Corporate Secretary
Court Case No. MDL 2047

State of: Minnesota ) ss.
County of: Hennepin )

| | |
|---|---|
| **Name of Server:** | Ryan Landry, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action; |
| **Date/Time of Service:** | that on 19-Feb-2015 03:50 pm |
| **Place of Service:** | at 1000 Nicollett Mall, city of Minneapolis, state of MN |
| **Documents Served:** | the undersigned served the documents described as:<br>Subpoena to Testify at a Deposition in a Civil Action; Witness Fee |
| **Service of Process on, Person Served, and Method of Service:** | A true and correct copy of the aforesaid document(s) was served on:<br>Target Corporation, through Timothy R. Baer, Executive Vice President, Chief Legal Officer and Corporate Secretary<br>By delivering them into the hands of an officer or managing agent whose name and title is<br>Christa Ludwig, Authorized |
| **Description of Person Receiving Documents:** | The person receiving documents is described as follows:<br>Sex F ; Skin Color white ; Hair Color red/brown ; Facial Hair N/A<br>Approx. Age 28 ; Approx. Height 5'06" ; Approx. Weight 135<br>✓ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| **Signature of Server:** | Undersigned declares under penalty of perjury that the foregoing is true and correct.<br>Signature of Server<br><br>APS International, Ltd.<br>APS International Plaza · 7800 Glenroy Rd.<br>Minneapolis, MN 55439-3122 | Subscribed and sworn to before me this 23 day of Feb, 2015<br>Notary Public (Commission Expires)<br><br>APS File: 133483-14 |



GREGORY K. JOHNSON
NOTARY PUBLIC-MINNESOTA
MY COMMISSION EXPIRES 1-31-2020