IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO.: 2047 |
| | : | SECTION: L |
| **This Document Relates To:** | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |
| **Braxton H. Collins, et al. vs. Bass Homes, Inc., et al.; S.D. Mississippi, C.A. No. 1:13-00297** | : : | Case No.: 13-6652 |

_____

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO.: 2047 |
| | : | SECTION: L |
| **This Document Relates To:** | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |
| **Jason S. Herrington, et al. vs. Bass Homes, Inc., et al.; S.D. Mississippi, C.A. No. 1:13-00297** | : : | Case No.: 13-6653 |

_____

### MOTION FOR LEAVE TO SUPPLEMENT
### ACE HOME CENTER INC.'S RESPONSE TO MOTION TO DISMISS

COMES NOW, Ace Home Center, Inc. ("AHC"), a defendant and third-party plaintiff in the above-styled actions, and files its Motion for Leave to Supplement AHC's Response to Motion to Dismiss, as follows:

1. On February 16, 2015, AHC filed its Response to Pensacola Stevedore Company, Inc. ("PSC") and Pate Stevedore Company, Inc.'s ("Pate") Motion to Dismiss. Exhibit "A" filed in support of this Response included documents received in response to a non-party subpoena propounded on City Salvage, Inc. and Tri-Star Salvage.

2. AHC now moves to supplement the record to include an affidavit of the records custodian of City Salvage and Tri-Star Salvage, Larry W. Loftin. (Loftin Affidavit, attached hereto as Ex. "D"). This affidavit establishes that the records cited as Ex. "A" in support of AHC's Response to Motion to Dismiss, are true and accurate copies of records kept in the regular course of business, and that it was the practice of the business to make these records.

3. Counsel for Pate and PSC previously indicated that they had no objection to the supplementation of the record to include this affidavit, provided that same was received by counsel for Pate and PSC prior to the hearing on their Motion to Dismiss. (Emails of February 16, 2015, attached hereto as Ex. "E").

4. On February 24, 2015, Counsel was provided with a copy of the above-referenced affidavit. (Email of February 24, 2015, attached hereto as Ex. "F").

WHEREFORE, PREMISES CONSIDERED, Ace Home Center, Inc., respectfully moves this Honorable Court to permit these Defendants to supplement the record to include Exhibit "D" to this Motion for Leave.

    Respectfully submitted,

    / s / *L. Robert Shreve*

    _____
    Danny J. Collier, Jr., Esquire
    L. Robert Shreve, Esquire
    Attorneys for Ace Home Center, Inc.

**OF COUNSEL:**

LUTHER, COLLIER, HODGES & CASH LLP
Post Office Box 1002
Mobile, Alabama 36633
(251) 694-9393 Office
(251) 694-9392 Fax
dcollier@lchclaw.com
rshreve@lchclaw.com

_____
Case No.: 13-6652/13-6653
Our File No.: 13-053/13-052
Page **2** of **3**

## CERTIFICATE OF SERVICE

     I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand-delivery upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this **25th** of **February, 2015.**

Stephen W. Mullins, Esq.
Luckey & Mullins, PLLC
Post Office Box 990
Ocean Springs, MS 39566
smullins@luckeyandmullins.com

David C. Coons, Esq.
Christopher A. D'Amour, Esq.
Adams and Reese LLP
4500 One Shell Square
New Orleans, LA 70139
david.coons@arlaw.com
chris.damour@arlaw.com

Heather M. Houston, Esq.
Caroline Pryor, Esq.
Carr Allison
6251 Monroe Street
Suite 200
Daphne, Alabama 36526
hhouston@carrallison.com
cpryor@carrallison.com

S. Wesley Pipes, Esq.
Pipes Hudson & Watts, LLP
Post Office Box 989
Mobile, Alabama 36601
wesley@pipeshudsonwatts.com

Gary J. Russo, Esq.
Jones Walker LLP
600 Jefferson Street
Suite 1600
Lafayette, LA 70501
grusso@joneswalker.com

Richard C. Stanley, Esq.
Thomas P. Owen, Jr., Esq.
Stanley, Reuter, Ross, Thornton & Alford, LLC
909 Poydras Street
Suite 2500
New Orleans, Louisiana 70112
rcs@stanleyreuter.com
tpo@stanleyreuter.com

Joe Cyr, Esq.
Frank T. Spano, Esq.
Courtney L. Colligan, Esq.
Hogan Lovells US LLP
875 Third Avenue
New York, New York 10022
Joe.cyr@hoganlovells.com
Frank.spano@hoganlovells.com
Courtney.colligan@hoganlovells.com

                                             **/ s / *L. Robert Shreve***
                                             OF COUNSEL