IN RE: CHINESE-MANUFACTURED     :
DRYWALL PRODUCTS LIABILITY     :    MDL NO.: 2047
LITIGATION     :

    :    SECTION: L
**This Document Relates To:**     :    JUDGE FALLON
    :    MAG. JUDGE WILKINSON
**Braxton H. Collins, et al. vs. Bass Homes, Inc.,**     :
**et al.; S.D. Mississippi, C.A. No. 1:13-00297**     :    **Case No.: 13-6652**

---

## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED     :
DRYWALL PRODUCTS LIABILITY     :    MDL NO.: 2047
LITIGATION     :

    :    SECTION: L
**This Document Relates To:**     :    JUDGE FALLON
    :    MAG. JUDGE WILKINSON
**Jason S. Herrington, et al. vs. Bass Homes, Inc.,**     :
**et al.; S.D. Mississippi, C.A. No. 1:13-00297**     :    **Case No.: 13-6653**

---

### RECORDS CUSTODIAN AFFIDAVIT OF RECORDS
### OF REGULARLY CONDUCTED ACTIVITY

1. My name is ___Larry W. Loftin___. I am over twenty-one (21) years of

   age. This affidavit is based on my personal knowledge.

2. I am custodian of records for City Salvage Inc. and Tri-Star Salvage. The attached

   records identified as **CitySalvage/TriStar NPS 0001-0065** are true, accurate, and

   complete duplicates of records of the acts, events, conditions, opinions, or diagnoses

   described, made at or near the time of the occurrence of the matters set forth by, or from

   information transmitted by, a person with knowledge of those matters. These records

   were kept in the course of a regularly conducted business activity, and it was the regular

   **EXHIBIT D**

   practice of the business activity to make the records.

3. These records with this certificate are produced as they are kept in the regular course of business, or are organized and labeled to correspond with the categories in the demand.

Further, affiant sayeth not.

_____
NAME OF AFFIANT

STATE OF ~~ALABAMA~~ Mississippi  )

____Jones____ COUNTY  )

Before me, the undersigned, a Notary Public, in and for said County and State, personally appeared **Larry W. Loftin** who is known to me and who, after being duly sworn, deposes and says that he/she has read the above and foregoing Affidavit and that said facts stated therein are true to the best of his/her knowledge and belief.

Sworn to and subscribed to me this **24** day of **Feb**, 2015.

_____
Notary Public
My Commission Expires:
(Official Notary Seal)

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID# 93411
SARAH A. WALTERS
Commission Expires
July 14, 2017
JONES COUNTY

2

**EXHIBIT D**

04/19/2012  16:03    601-649-3118    CITY BUILDING SUPPLY         PAGE  18/18
04/19/2012  14:58    601-425-0933    CITY PROPERTIES              PAGE  02/18



THIS IS YOUR ORIGINAL INVOICE AND THE ONLY COPY YOU WILL RECEIVE

# GULF COAST SHELTER, INC.
(503) 872-3600          (288) 440-3600

**ORIGINAL INVOICE**

|  | STATE RESALE | | DATE | INVOICE NO. |
|---|---|---|---|---|
| 062025 | 034-10057-1 | | 09/28/2006 | 3003251-01 |

**PLEASE REMIT TO**   PO Box 957534
                      St. Louis, MO 63195-7534

| SOLD TO | City Salvage | SHIP TO | City Salvage ~ General Account |
|---|---|---|---|
| | PO Box 6524 | | 904 LUMBER ST |
| | Laurel, MS 39441 | | Laurel, MS 39441 |

| YOUR ORDER | FOB | | OTHER | STAFF CODES | | CARRIER REF |
|---|---|---|---|---|---|---|
| | X JOB SITE | MILL | | 3001   3001 | | TRUCK |

TO ENSURE PROPER CREDIT, PLEASE INCLUDE INVOICE NUMBER WITH YOUR PAYMENT - A SERVICE CHARGE OF 1 1/2% PER MONTH WILL BE ASSESSED ON PAST DUE ACCOUNTS. IF THIS EXCEEDS LEGAL LIMITS IN YOUR STATE, THEN THE MAXIMUM LEGAL RATE FOR YOUR STATE WILL BE ASSESSED.

1/2 B GRADE SHEETROCK

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 X 12 476 | | | 476 | $4.50/ EA | | $2,142.00 |
| FREIGHT | | | | $450.00 | | $450.00 |
| | | | 476 | | | $2,592.00 |

OK
LL

TOTAL DUE BY 10/28/2006    $2,592.00

C.E.O.E.
ANY CLAIM WILL BE REJECTED UNLESS APPROVED BY OUR OFFICE BEFORE YOUR DEDUCTION IS MADE. NO AUTHORIZATION FOR A DEDUCTION WILL BE MADE BY OUR OFFICE UNLESS A COMPLAINT IS REGISTERED WITHIN FIVE DAYS AFTER ARRIVAL OF SHIPMENT.

P.1/1      T:6016493118      SEP-28-2006 08:59 From:

**EXHIBIT D**

**CitySalvage/TriStarNPS0001**

04/19/2012  16:03    601-649-3118          CITY BUILDING SUPPLY          PAGE  14/18
04/19/2012  14:58    601-425-0933          CITY PROPERTIES               PAGE  05/18

THIS IS YOUR ORIGINAL INVOICE AND THE ONLY COPY YOU WILL RECEIVE                    ORIGINAL INVOICE

# G C S   GULF COAST SHELTER, INC.

(503) 872-3800          (888) 440-3800

| CUSTOMER # | STATE RESALE | | DATE | INVOICE NO. |
|---|---|---|---|---|
| 2082825 | 034-10857-1 | | 10/06/2006 | 3003330-00 |

**PLEASE REMIT TO:**   PO Box 957534
St. Louis, MO 63195-7534

SOLD  City Salvage
TO    PO Box 6524
      Laurel, MS  39441

SHIP  City Salvage - General Account
TO    804 Lambert Street
      Laurel, MS  39441

| YOUR ORDER | FOB | | OTHER | STAFF CODES | | CARRIER REF |
|---|---|---|---|---|---|---|
| | X  JOB SITE   MILL | | | 3001    3001 | | TRUCK |

TO ENSURE PROPER CREDIT, PLEASE INCLUDE INVOICE NUMBER WITH YOUR PAYMENT - A SERVICE CHARGE OF 1 1/2% PER MONTH WILL BE ASSESSED ON PAST DUE ACCOUNTS. IF THIS EXCEEDS LEGAL LIMITS IN YOUR STATE, THEN THE MAXIMUM LEGAL RATE FOR YOUR STATE WILL BE ASSESSED.

1/2 B GRADE SHEET ROCK
    4 X 12 476          476        $4.50/ EA      $2,142.00
    FREIGHT                        $450.00         $450.00

    OK
    LL                  476                       $2,592.00

    TOTAL DUE BY 11/05/2006        $2,592.00

B.&O.E.
ANY CLAIM WILL BE REJECTED UNLESS APPROVED BY OUR OFFICE BEFORE YOUR DEDUCTION IS MADE. NO AUTHORIZATION FOR A DEDUCTION WILL BE MADE BY OUR OFFICE UNLESS A COMPLAINT IS REGISTERED WITHIN FIVE DAYS AFTER ARRIVAL OF SHIPMENT.

**EXHIBIT D**

CitySalvage/TriStarNPS0002

04/19/2012  16:03    601-649-3118        CITY BUILDING SUPPLY              PAGE  17/18

04/19/2012  14:58    601-425-0933        CITY PROPERTIES                  PAGE  03/18

THIS IS YOUR ORIGINAL INVOICE AND THE ONLY COPY YOU WILL RECEIVE

# G/C/S  **GULF COAST SHELTER, INC.**   ORIGINAL INVOICE

(503) 972-4900        (888) 440-3600

| CUSTOMER # | STATE RESALE | | DATE | INVOICE NO. |
|---|---|---|---|---|
| 2082825 | 024-10857-1 | | 10/09/2006 | 300332R-00 |

PLEASE REMIT TO        PO Box 957534
                       St. Louis, MO 63195-7534

| SOLD TO | City Salvage | SHIP TO | City Salvage - General Account |
|---|---|---|---|
| | PO Box 6524 | | 804 Limbert Street |
| | Laurel, MS  39441 | | Laurel, MS  39440 |

| YOUR ORDER | FOB | OTHER | STAFF CODES | CARRIER REP |
|---|---|---|---|---|
| | X  JOB SITE    WILL | | 3001    3001 | TRUCK |

TO ENSURE PROPER CREDIT, PLEASE INCLUDE INVOICE NUMBER WITH YOUR PAYMENT - A SERVICE CHARGE OF 1 1/2% PER MONTH WILL BE ASSESSED ON PAST DUE ACCOUNTS. IF THIS EXCEEDS LEGAL LIMITS IN YOUR STATE, THEN THE MAXIMUM LEGAL RATE FOR YOUR STATE WILL BE ASSESSED.

**B GRADE SHEETROCK**

    4 X 12 476                              476    $4.50/ EA    $2,142.00

**FREIGHT**
    1                                              $450.00       $450.00

OK

LL                                           476                $2,592.00

                              TOTAL DUE BY 11/09/2006          $2,592.00

E.&O.E.
ANY CLAIM WILL BE REJECTED UNLESS APPROVED BY OUR OFFICE BEFORE YOUR DEDUCTION IS MADE. NO AUTHORIZATION FOR A DEDUCTION WILL BE MADE BY OUR OFFICE UNLESS A COMPLAINT IS REGISTERED WITHIN FIVE DAYS AFTER ARRIVAL OF SHIPMENT.

**EXHIBIT D**

**CitySalvage/TriStarNPS0003**

04/19/2012  15:03    601-649-3118          CITY BUILDING SUPPLY          PAGE  13/18

04/19/2012  14:58    601-425-0933          CITY PROPERTIES              PAGE  07/18

THIS IS YOUR ORIGINAL INVOICE AND THE ONLY COPY YOU WILL RECEIVE          ORIGINAL INVOICE

# GULF COAST SHELTER, INC.
(503) 572-3600          (868) 440-3600

| CUSTOMER # | STATE RESALE | | DATE | INVOICE NO. |
|---|---|---|---|---|
| 2082825 | 034-10857-1 | | 10/09/2006 | 3003333-00 |

PLEASE REMIT TO

PO Box 957534
St. Louis, MO 63195-7534

| SOLD TO | City Salvage | SHIP TO | City Salvage - General Account |
|---|---|---|---|
| | PO Box 6524 | | 804 Lambart Street |
| | Laurel, MS 39441 | | Laurel, MS 39440 |

| YOUR ORDER | FOB | | OTHER | STAFF CODES | | CARRIER REF |
|---|---|---|---|---|---|---|
| | X JOB SITE | WILL | | 3001 | 3001 | TRUCK |

TO ENSURE PROPER CREDIT, PLEASE INCLUDE INVOICE NUMBER WITH YOUR PAYMENT - A SERVICE CHARGE OF 1 1/2% PER MONTH WILL BE ASSESSED ON PAST DUE ACCOUNTS. IF THIS EXCEEDS LEGAL LIMITS IN YOUR STATE, THEN THE MAXIMUM LEGAL RATE FOR YOUR STATE WILL BE ASSESSED.

| | | | | |
|---|---|---|---|---|
| 1/2 B GRADE SHEETROCK | | | | |
| 4 X 12 476 | | 476 | $4.50/ EA | $2,142.00 |
| **FREIGHT** | | | | |
| 1 | | | $450.00 | $450.00 |
| | | 476 | | $2,592.00 |
| | TOTAL DUE BY 11/08/2006 | | | $2,592.00 |

ANY CLAIM WILL BE REJECTED UNLESS APPROVED BY OUR OFFICE BEFORE YOUR DEDUCTION IS MADE.  NO AUTHORIZATION FOR A DEDUCTION WILL BE MADE BY OUR OFFICE UNLESS A COMPLAINT IS REGISTERED WITHIN FIVE DAYS AFTER ARRIVAL OF SHIPMENT.

**EXHIBIT D**

**CitySalvage/TriStarNPS0004**

THIS IS YOUR ORIGINAL INVOICE AND THE ONLY COPY YOU WILL RECEIVE          ORIGINAL INVOICE

# G/C S  GULF COAST SHELTER, INC.

(503) 872-3600          (888) 440-3600

| CUSTOMER # | STATE RESALE | | DATE | INVOICE NO. |
|---|---|---|---|---|
| 2092825 | 034-10857-1 | | 10/20/2006 | 300333A-00 |

PLEASE REMIT TO

PO Box 957534
St. Louis, MO 63195-7534

SOLD TO
City Salvage
PO Box 6524
Laurel, MS 39441

SHIP TO
City Salvage - General Account
804 LINDERT STREET
Laurel, MS 39441

| YOUR ORDER | FOB | | OTHER | STAFF CODES | | CARRIER REF |
|---|---|---|---|---|---|---|
| | X  JOB SITE | MILL | | 9001     3001 | | TRUCK |

TO ENSURE PROPER CREDIT, PLEASE INCLUDE INVOICE NUMBER WITH YOUR PAYMENT - A SERVICE CHARGE OF 1 1/2% PER MONTH WILL BE ASSESSED ON PAST DUE ACCOUNTS. IF THIS EXCEEDS LEGAL LIMITS IN YOUR STATE, THEN THE MAXIMUM LEGAL RATE FOR YOUR STATE WILL BE ASSESSED.

| | | | | |
|---|---|---|---|---|
| 1/2 B GRADE SHEETROCK | | 476 | $4.50/ EA | $2,142.00 |
| 4 X 12  476 | | | | |
| FREIGHT | | | $450.00 | $450.00 |
| 1 | | | | |
| | | 476 | | $2,592.00 |
| | | TOTAL DUE BY 11/09/2006 | | $2,592.00 |

F. & O.B.
ANY CLAIM WILL BE REJECTED UNLESS APPROVED BY OUR OFFICE BEFORE YOUR DEDUCTION IS MADE. NO AUTHORIZATION FOR A DEDUCTION WILL BE MADE BY OUR OFFICE UNLESS A COMPLAINT IS REGISTERED WITHIN FIVE DAYS AFTER ARRIVAL OF SHIPMENT

**EXHIBIT D**

**CitySalvage/TriStarNPS0005**

04/19/2012  16:03    601-649-3118        CITY BUILDING SUPPLY          PAGE  16/18
04/19/2012  14:58    601-425-0933        CITY PROPERTIES               PAGE  04/18



THIS IS YOUR ORIGINAL INVOICE AND THE ONLY COPY YOU WILL RECEIVE

**GULF COAST SHELTER, INC.**

(503) 872-3600          (866) 440-3600                  ORIGINAL INVOICE

| CUSTOMER # | STATE RESALE | | DATE | INVOICE NO. |
|---|---|---|---|---|
| 2082825 | 034-10957-1 | | 10/11/2006 | 3003332-00 |

PLEASE REMIT TO        PO Box 957534
                       St. Louis, MO 63195-7534

SOLD   City Salvage              SHIP   City Salvage - General Account
TO     PO Box 5524               TO     806 Lambert Street
       Laurel, MS  39441                LAUREL, MS  39440

| YOUR ORDER | FOB | | OTHER | STAFF CODES | | CARRIER REF |
|---|---|---|---|---|---|---|
| | X  JOB SITE | NULL | | 3001 | 3001 | TRUCK |

TO ENSURE PROPER CREDIT, PLEASE INCLUDE INVOICE NUMBER WITH YOUR PAYMENT. A SERVICE CHARGE OF 1 1/2% PER MONTH WILL BE ASSESSED ON PAST DUE ACCOUNTS. IF THIS EXCEEDS LEGAL LIMITS IN YOUR STATE, THEN THE MAXIMUM LEGAL RATE FOR YOUR STATE WILL BE ASSESSED.

B GRADE SHEETROCK
    4 X 12 476                                      476      $4.50/ EA      $2,142.00
FREIGHT
    1                                                        $450.00          $450.00

                                                     476                    $2,592.00

                               TOTAL DUE BY 11/10/2006                       $2,592.00

R.A.D.E.
ANY CLAIM WILL BE REJECTED UNLESS APPROVED BY OUR OFFICE BEFORE YOUR DEDUCTION IS MADE. NO AUTHORIZATION FOR A DEDUCTION WILL BE MADE BY OUR OFFICE UNLESS A
COMPLAINT IS REGISTERED WITHIN FIVE DAYS AFTER ARRIVAL OF SHIPMENT.

EXHIBIT D

CitySalvage/TriStarNPS0006

04/19/2012  16:03    601-649-3118
04/19/2012  14:59    601-425-0933

CITY BUILDING SUPPLY          PAGE  12/18
CITY PROPERTIES               PAGE  08/18

Jun. 16. 2010 12:32PM                                    No. 4449   P. 14
                                                         INVOICE COPY 1

 **GULF COAST SHELTER, INC.**
(503) 872-9800      (888) 440-9800

| CUSTOMER # | DATE | INVOICE NO. |
|---|---|---|
| 2092825 | 02/27/2007 | 3004353-00 |

PO Box 957534
St. Louis, MO 63195-7534

| SOLD TO | City Salvage<br>PO Box 6524<br>Laurel, MS  39441 | SHIP TO | City Salvage - General Account<br>CPU DEVON INT'L<br>PORT OF PENSACOLA<br>PENSACOLA, FL |
|---|---|---|---|

| YOUR ORDER | FOB | OTHER | STAFF CODES | CARRIER REP |
|---|---|---|---|---|
| | ☐ JOB SITE  ☒ MILL | | 3001    2001 | TRUCK |

TO ENSURE PROPER CREDIT, PLEASE INCLUDE INVOICE NUMBER WITH YOUR PAYMENT - A SERVICE CHARGE OF 1 12% PER MONTH WILL BE ASSESSED ON PAST DUE ACCOUNTS. IF THIS EXCEEDS LEGAL LIMITS IN YOUR STATE, THEN THE MAXIMUM LEGAL RATE FOR YOUR STATE WILL BE ASSESSED.

1/2 SHEETROCK A-GRADE
    4 X 12 476                                  476      84.50/ EA      $2,142.00

                                               476                     $2,142.00

                          TOTAL DUE BY 03/30/2007               $2,142.00

F.O.B.
ANY CLAIM WILL BE REJECTED UNLESS APPROVED BY OUR OFFICE BEFORE YOUR DEDUCTION IS MADE. NO AUTHORIZATION FOR A DEDUCTION WILL BE MADE BY OUR OFFICE UNLESS A COMPLAINT IS REGISTERED WITHIN FIVE DAYS AFTER ARRIVAL OF SHIPMENT.

**EXHIBIT D**

**CitySalvage/TriStarNPS0007**

04/19/2012  16:03      601-649-3118          CITY BUILDING SUPPLY            PAGE  09/18

04/19/2012  14:58      601-425-0933          CITY PROPERTIES                PAGE  11/18

Jun. 16, 2010 12:32PM                                          No. 4449   P. 13
                                                                          INVOICE COPY 1



# GULF COAST SHELTER, INC.

(802) 872-3600          (888) 440-3600

| CUSTOMER # | DATE | INVOICE NO. |
|---|---|---|
| 2082825 | 02/27/2007 | 3004354-00 |

PO Box 957534
St. Louis, MO 63195-7534

SOLD   City Salvage                    SHIP   City Salvage - General Account
TO     PO Box 6524                     TO     C/O DEVON INT'L
       Laurel, MS  39441                      PORT OF PENSACOLA
                                              PENSACOLA, FL

| YOUR ORDER | FOB | | OTHER | STAFF CODES | | CARRIER REF |
|---|---|---|---|---|---|---|
| | JOB SITE | X MILL | | 3001 | 3001 | TRUCK |

TO ENSURE PROPER CREDIT, PLEASE INCLUDE INVOICE NUMBER WITH YOUR PAYMENT - A SERVICE CHARGE OF 1 1/2% PER MONTH WILL BE ASSESSED ON PAST DUE ACCOUNTS. IF THIS EXCEEDS LEGAL LIMITS IN YOUR STATE, THEN THE MAXIMUM LEGAL RATE FOR YOUR STATE WILL BE ASSESSED.

1/2 SHEETROCK A-GRADE

4 X 12 476                                   476      $4.50/ EA     $2,142.00

                                             476                    $2,142.00

                               TOTAL DUE BY 03/30/2007             $2,142.00

R.S.O.S.
ANY CLAIM WILL BE REJECTED UNLESS APPROVED BY OUR OFFICE BEFORE YOUR DEDUCTION IS MADE. NO AUTHORIZATION FOR A DEDUCTION WILL BE MADE BY OUR OFFICE UNLESS A COMPLAINT IS REGISTERED WITHIN FIVE DAYS AFTER ARRIVAL OF SHIPMENT.

**EXHIBIT D**

CitySalvage/TriStarNPS0008

04/19/2012  15:03    601-649-3118          CITY BUILDING SUPPLY              PAGE  10/18

04/19/2012  14:58    601-425-0933          CITY PROPERTIES                  PAGE  10/18

Jun. 16. 2010 12:32PM                                        No. 4449    P. 12
 **GULF COAST SHELTER, INC.**                      INVOICE COPY 1
                        (503) 872-9600        (886) 440-9600

| CUSTOMER# | | DATE | INVOICE NO. |
|---|---|---|---|
| 2082025 | | 02/27/2007 | 3004355-00 |

PO Box 957534
St. Louis, MO 63195-7534

SOLD   City Salvage                    SHIP   City Salvage - General Account
TO     PO Box 6524                     TO     CFO DEVON INT'L
       Laurel, MS  39441                      PORT OF PENSACOLA
                                              PENSACOLA, FL

| YOUR ORDER | FOB | OTHER | STAFF CODES | CARRIER REP |
|---|---|---|---|---|
| | JOB BOX ☒ MILL | | 3001     3001 | TRUCK |

TO ENSURE PROPER CREDIT, PLEASE INCLUDE INVOICE NUMBER WITH YOUR PAYMENT. A SERVICE CHARGE OF 1.12% PER MONTH WILL BE ASSESSED ON PAST DUE ACCOUNTS. IF THIS EXCEEDS LEGAL LIMITS IN YOUR STATE, THEN THE MAXIMUM LEGAL RATE FOR YOUR STATE WILL BE ASSESSED.

1/2 SHEETROCK A-GRADE

    4 X 12 476                                476      $4.50/ EA    $2,142.00

                                             476                   $2,142.00

                            TOTAL DUE BY 03/30/2007    $2,142.00

ANY CLAIM WILL BE REJECTED UNLESS APPROVED BY OUR OFFICE BEFORE YOUR DEDUCTION IS MADE.  NO AUTHORIZATION FOR A DEDUCTION WILL BE MADE BY OUR OFFICE UNLESS A COMPLAINT IS REGISTERED WITHIN FIVE DAYS AFTER ARRIVAL OF SHIPMENT.

**EXHIBIT D**

CitySalvage/TriStarNPS0009

04/19/2012  16:03     601-649-3118          CITY BUILDING SUPPLY .           PAGE  11/18

04/19/2012  14:58     601-425-0933          CITY PROPERTIES                  PAGE  09/18

Jun. 16. 2010 12:32PM                                          No. 4449    P. 11
  GULF COAST SHELTER, INC.                              INVOICE COPY 1
                      (603) 872-3600        (888) 440-3600

CUSTOMER#                                                DATE            INVOICE NO.
2082825                                               02/27/2007       3004355-00

                                        PO Box 957534
                                        St. Louis, MO 63195-7534

SOLD   City Salvage            SHIP   City Salvage - General Account
TO     PO Box 6524             TO     CPU DEVON INT'L
       Laurel, MS  39441              PORT OF PENSACOLA
                                      PENSACOLA, FL

| YOUR ORDER | FOB | | OTHER | STAFF CODES | | CARRIER REF |
|---|---|---|---|---|---|---|
| | JOB SITE | X MILL | | 3001 | 3001 | TRUCK |

TO ENSURE PROPER CREDIT, PLEASE INCLUDE INVOICE NUMBER WITH YOUR PAYMENT - A SERVICE CHARGE OF 1 1/2% PER MONTH WILL BE ASSESSED ON PAST DUE ACCOUNTS. IF THIS EXCEEDS LEGAL LIMITS IN YOUR STATE, THEN THE MAXIMUM LEGAL RATE FOR YOUR STATE WILL BE ASSESSED.

1/2 SHEETROCK A-GRADE
      4 X 12  476                          476        $4.50/ EA      $2,142.00

                                           476                      $2,142.00

                           TOTAL DUE BY 03/30/2007                  $2,142.00

E. & O.E.
ANY CLAIM WILL BE REJECTED UNLESS APPROVED BY OUR OFFICE BEFORE YOUR DEDUCTION IS MADE.  NO AUTHORIZATION FOR A DEDUCTION WILL BE MADE BY OUR OFFICE UNLESS A COMPLAINT IS REGISTERED WITHIN FIVE DAYS AFTER ARRIVAL, OF SHIPMENT.

**EXHIBIT D**

**CitySalvage/TriStarNPS0010**

04/19/2012  16:03    601-649-3118          CITY BUILDING SUPPLY              PAGE  08/18
04/19/2012  14:58    601-425-0933          CITY PROPERTIES                   PAGE  12/18

Jun. 16. 2010 12:31PM                                              No. 4449    P. 10
                                                                         INVOICE COPY 1

 **GULF COAST SHELTER, INC.**

(503) 572-3500          (888) 440-3000

| CUSTOMER # | | DATE | INVOICE NO. |
|---|---|---|---|
| 2082825 | | 03/07/2007 | 3004357-00 |

PO Box 957534
St. Louis, MO 63195-7534

SOLD  City Salvage              SHIP  City Salvage - General Account
TO    PO Box 6524               TO    CPW PORT OF PENSACOLA
      Laurel, MS 39441                PENSACOLA, FL

| YOUR ORDER | FOB | OTHER | STAFF CODES | CARRIER REF |
|---|---|---|---|---|
| | JOB SITE    MILL   PORT | | 3001     3001 | TRUCK |

TO ENSURE PROPER CREDIT, PLEASE INCLUDE INVOICE NUMBER WITH YOUR PAYMENT. A SERVICE CHARGE OF 1 ½% PER MONTH WILL BE ASSESSED ON PAST DUE ACCOUNTS. IF THIS EXCEEDS LEGAL LIMITS IN YOUR STATE, THEN THE MAXIMUM LEGAL RATE FOR YOUR STATE WILL BE ASSESSED.

1/2 SHEETROCK A-GRADE

    4 X 12 476                            476      $4.50/ EA    $2,142.00

                                          476                   $2,142.00

                          TOTAL DUE BY 04/06/2007              $2,142.00

E. & O.E.
ANY CLAIM WILL BE REJECTED UNLESS APPROVED BY OUR OFFICE BEFORE YOUR DEDUCTION IS MADE.  NO AUTHORIZATION FOR A DEDUCTION WILL BE MADE BY OUR OFFICE UNLESS A
COMPLAINT IS REGISTERED WITHIN FIVE DAYS AFTER ARRIVAL OF SHIPMENT.

**EXHIBIT D**

**CitySalvage/TriStarNPS0011**

04/19/2012  15:03    601-649-3118          CITY BUILDING SUPPLY              PAGE  07/18

04/19/2012  14:59    601-425-0933          CITY PROPERTIES                   PAGE  13/18

Jun. 16. 2010 12:31PM                                          No. 4849   P. 9
                                                                         INVOICE COPY 1

 **GULF COAST SHELTER, INC.**

(509) 872-9800          (888) 440-9800

| CUSTOMER # | | DATE | INVOICE NO. |
|---|---|---|---|
| 2082825 | | 06/25/2007 | 3004294-00 |

PO Box 957534
St. Louis, MO 63195-7534

| SOLD TO | City Salvage<br>PO Box 6524<br>Laurel, MS  39441 | SHIP TO | City Salvage - General Account<br>CPU - Port of Pensacola<br>Pensacola, FL |
|---|---|---|---|

| YOUR ORDER | FOB | OTHER | STAFF CODES | CARRIER REF |
|---|---|---|---|---|
| | X JOB SITE  MILL | | 3311    3901 | TRUCK |

TO ENSURE PROPER CREDIT, PLEASE INCLUDE INVOICE NUMBER WITH YOUR PAYMENT. A SERVICE CHARGE OF 1 1/2% PER MONTH WILL BE ASSESSED ON PAST DUE ACCOUNTS. IF THIS EXCEEDS LEGAL LIMITS IN YOUR STATE, THEN THE MAXIMUM LEGAL RATE FOR YOUR STATE WILL BE ASSESSED.

<u>**SHEETROCK 1/2" 30-50% DAMAGED**</u>

    4 X 12 476                          476        $1.50/ EA        $714.00

MS Resale #034-10237-1

                                        476                         $714.00

                    TOTAL DUE BY 07/25/2007                         $714.00

R.I.O.E.
ANY CLAIM WILL BE REJECTED UNLESS APPROVED BY OUR OFFICE BEFORE YOUR DEDUCTION IS MADE.  NO AUTHORIZATION FOR A DEDUCTION WILL BE MADE BY OUR OFFICE UNLESS A COMPLAINT IS REGISTERED WITHIN FIVE DAYS AFTER ARRIVAL OF SHIPMENT

**EXHIBIT D**

CitySalvage/TriStarNPS0012

04/19/2012  16:03    601-649-3118          CITY BUILDING SUPPLY           PAGE  05/18

04/19/2012  14:58    601-425-0933          CITY PROPERTIES               PAGE  14/18

Jun. 16. 2010 12:31PM                                      No. 4449   P. 8
                                                                INVOICE COPY 1

 **GULF COAST SHELTER, INC.**
                    (503) 572-3600        (888) 440-3600

| CUSTOMER # | DATE | INVOICE NO. |
|---|---|---|
| 2062625 | 06/27/2007 | 3004295-00 |

PO Box 957534
St. Louis, MO 63195-7534

| SOLD TO | SHIP TO |
|---|---|
| City Salvage | City Salvage – General Account |
| PO Box 6524 | CPU – Port of Pensacola |
| Laurel, MS  39441 | Pensacola, FL |

| YOUR ORDER | FOB | | OTHER | STAFF CODES | CARRIER REF |
|---|---|---|---|---|---|
| | JOB SITE | X MILL | | SSAA    3001 | TRUCK |

TO ENSURE PROPER CREDIT, PLEASE INCLUDE INVOICE NUMBER WITH YOUR PAYMENT. A SERVICE CHARGE OF 1 1/2% PER MONTH WILL BE ASSESSED ON PAST DUE ACCOUNTS. IF THIS EXCEEDS LEGAL LIMITS IN YOUR STATE, THEN THE MAXIMUM LEGAL RATE FOR YOUR STATE WILL BE ASSESSED.

SHEETROCK 1/2" 30-50% DAMAGED

    4 X 12 476                              476        $1.50/ EA        $714.00

MS Resale Certificate #034-10857-1

                                            476                          $714.00

                              TOTAL DUE BY 07/27/2007        $714.00

R. & D.P.
ANY CLAIM WILL BE REJECTED UNLESS APPROVED BY OUR OFFICE BEFORE YOUR DEDUCTION IS MADE. NO AUTHORIZATION FOR A DEDUCTION WILL BE MADE BY OUR OFFICE UNLESS A COMPLAINT IS REGISTERED WITHIN FIVE DAYS AFTER ARRIVAL OF SHIPMENT.

**EXHIBIT D**

**CitySalvage/TriStarNPS0013**

04/19/2012  16:03     601-649-3118          CITY BUILDING SUPPLY              PAGE  05/18

04/19/2012  14:58     601-425-0933          CITY PROPERTIES                   PAGE  15/18

Jun. 16. 2010 12:31PM                                              No. 4449   P. 7
                                                                             INVOICE COPY 1

 **GULF COAST SHELTER, INC.**

(503) 872-3600        (888) 440-3600

CUSTOMER #                                        DATE              INVOICE NO.
2082825                                          07/12/2007        3004288-00

                                PO Box 957534
                                St. Louis, MO 63195-7534

SOLD   City Salvage              SHIP   City Salvage - General Account
TO     PO Box 5524               TO     CBU - Port of Pensacola
       Laurel, MS  39441                Pensacola, FL

| YOUR ORDER | FOB | | OTHER | STAFF CODES | | CARRIER REF |
|---|---|---|---|---|---|---|
| | JOB SITE | X MILL | | 3311 | 3001 | TRUCK |

TO ENSURE PROPER CREDIT, PLEASE INCLUDE INVOICE NUMBER WITH YOUR PAYMENT - A SERVICE CHARGE OF 1 1/2% PER MONTH WILL BE ASSESSED ON PAST DUE ACCOUNTS. IF THIS EXCEEDS LEGAL LIMITS IN YOUR STATE, THEN THE MAXIMUM LEGAL RATE FOR YOUR STATE WILL BE ASSESSED.

SHEETROCK 1/2" 30-50% DAMAGED

    4 X 12  476                              476          $1.25/ EA      $595.00

MS RESALE CERTIFICATE #034-10857-1

                                             476                         $595.00

                              TOTAL DUE BY 08/11/2007                     $595.00

G. & C.S.
ANY CLAIM WILL BE REJECTED UNLESS APPROVED BY OUR OFFICE BEFORE YOUR DEDUCTION IS MADE.  NO AUTHORIZATION FOR A DEDUCTION WILL BE MADE BY OUR OFFICE UNLESS A COMPLAINT IS REGISTERED WITHIN FIVE DAYS AFTER ARRIVAL OF SHIPMENT.

**EXHIBIT D**

**CitySalvage/TriStarNPS0014**

04/19/2012  16:03    601-649-3118          CITY BUILDING SUPPLY          PAGE  04/18

04/19/2012  14:58    601-425-0933          CITY PROPERTIES               PAGE  16/18

Jun. 16. 2010 12:31PM                                                  No. 4449    P.  6

 **GULF COAST SHELTER, INC.**

(503) 872-3600          (855) 440-3600                    INVOICE COPY 1

| CUSTOMER # | | DATE | INVOICE NO. |
|---|---|---|---|
| 2082825 | | 08/06/2007 | 3004299-00 |

PO Box 957534
St. Louis, MO 63195-7534

SOLD   City Salvage                 SHIP   City Salvage
TO     PO Box 6584                  TO     CFU - Port of Pensacola
       Laurel, MS  39441                   Pensacola, FL

| YOUR ORDER | FOB | | OTHER | STAFF CODES | | CARRIER REF |
|---|---|---|---|---|---|---|
| | JOB DATE  X BILL | | | 3311  3001 | | TRUCK |

TO ENSURE PROPER CREDIT, PLEASE INCLUDE INVOICE NUMBER WITH YOUR PAYMENT - A SERVICE CHARGE OF 1 1/2% PER MONTH WILL BE ASSESSED ON PAST DUE ACCOUNTS. IF THIS EXCEEDS LEGAL LIMITS IN YOUR STATE, THEN THE MAXIMUM LEGAL RATE FOR YOUR STATE WILL BE ASSESSED.

SHEETROCK 1/2" 30-50% DAMAGED

    4 X 12 476                              476      $1.25/ EA      $595.00

MS RESALE CERTIFICATE #034-10857-1

                        476                     $595.00

                  TOTAL DUE BY 09/05/2007     $595.00

E.&O.E.
ANY CLAIM WILL BE REJECTED UNLESS APPROVED BY OUR OFFICE BEFORE YOUR DEDUCTION IS MADE.  NO AUTHORIZATION FOR A DEDUCTION WILL BE MADE BY OUR OFFICE UNLESS A COMPLAINT IS REGISTERED WITHIN FIVE DAYS AFTER ARRIVAL OR SHIPMENT.

**EXHIBIT D**

**CitySalvage/TriStarNPS0015**

04/19/2012  16:03     601-649-3118        CITY BUILDING SUPPLY              PAGE  02/18

04/19/2012  14:58     601-425-0933        CITY PROPERTIES                  PAGE  18/18

Jun. 16. 2010 12:30PM                                           No. 4449    P. 4
                                                                       INVOICE COPY 1

 **GULF COAST SHELTER, INC.**
(603) 872-3800            (888) 440-3800

| CUSTOMER # | STATE RESALE | | DATE | INVOICE NO. |
|---|---|---|---|---|
| 2092025 | 034-10857-1 | | 11/20/2008 | 3020371-00 |

PO Box 957594
St. Louis, MO 63195-7594

SOLD  City Salvage              SHIP  City Salvage
TO    PO Box 6524              TO    200 East 13th St
      Laurel, MS  39441              Laurel, MS  39441

| YOUR ORDER | FOB | OTHER | STAFF CODES | | CARRIER REF |
|---|---|---|---|---|---|
| | X JOB SITE   MILL | | 3311 | 3001 | TRUCK |

TO ENSURE PROPER CREDIT, PLEASE INCLUDE INVOICE NUMBER WITH YOUR PAYMENT - A SERVICE CHARGE OF 1 1/2% PER MONTH WILL BE ASSESSED ON PAST DUE ACCOUNTS. IF THIS EXCEEDS LEGAL LIMITS IN YOUR STATE, THEN THE MAXIMUM LEGAL RATE FOR YOUR STATE WILL BE ASSESSED.

TRUCKLOAD 1/2" SHEETROCK 30-50% DAMAGED
4 X 12

|  |  |  |
|---|---|---|
| PRICE | $150.00 | $150.00 |
| LOADING CHARGE | $60.00 | $60.00 |
| TARP CHARGE | $50.00 | $50.00 |
| FREIGHT | $475.00 | $475.00 |
|  |  | $735.00 |
| TOTAL DUE BY 12/20/2008 |  | $735.00 |

E.A.O.E.
ANY CLAIM WILL BE REJECTED UNLESS APPROVED BY OUR OFFICE BEFORE YOUR DEDUCTION IS MADE.  NO AUTHORIZATION FOR A DEDUCTION WILL BE MADE BY OUR OFFICE UNLESS A COMPLAINT IS REGISTERED WITHIN FIVE DAYS AFTER ARRIVAL OF SHIPMENT.

**EXHIBIT D**

**CitySalvage/TriStarNPS0016**

04/19/2012  16:03    601-649-3118          CITY BUILDING SUPPLY          PAGE  03/18

04/19/2012  14:58    601-425-0933          CITY PROPERTIES               PAGE  17/18

Jun. 16. 2010 12:30PM                                           No. 4449   P. 5
                                                              INVOICE COPY 1

 **GULF COAST SHELTER, INC.**

(503) 872-3600        (888) 449-3600

| CUSTOMER # | STATE RESALE | | DATE | INVOICE NO. |
|---|---|---|---|---|
| 2062825 | 034-10957-1 | | 11/20/2008 | 3020370-00 |

PO Box 957524
St. Louis, MO 63195-7594

| SOLD TO | City Salvage | SHIP TO | City Salvage |
|---|---|---|---|
| | PO Box 6524 | | 200 East 13th St. |
| | Laurel, MS  39441 | | Laurel, MS  39441 |

| YOUR ORDER | FOB | OTHER | STAFF CODES | | CARRIER REF |
|---|---|---|---|---|---|
| | X JOB SITE  MILL | | 2211 | 3001 | TRUCK |

TO ENSURE PROPER CREDIT, PLEASE INCLUDE INVOICE NUMBER WITH YOUR PAYMENT - A SERVICE CHARGE OF 1 3/4% PER MONTH WILL BE ASSESSED ON PAST DUE ACCOUNTS. IF THIS EXCEEDS LEGAL LIMITS IN YOUR STATE, THEN THE MAXIMUM LEGAL RATE FOR YOUR STATE WILL BE ASSESSED.

TRUCKLOAD 1/2" SHEETROCK 30-50% DAMAGED
4 X 12

| | | |
|---|---|---|
| PRICE | $150.00 | $150.00 |
| LOADING CHARGE | $50.00 | $50.00 |
| TARP CHARGE | $50.00 | $50.00 |
| FREIGHT | $475.00 | $475.00 |
| | | $725.00 |
| TOTAL DUE BY 12/20/2008 | | $738.00 |

F & OE
ANY CLAIM WILL BE REJECTED UNLESS APPROVED BY OUR OFFICE BEFORE YOUR DEDUCTION IS MADE.  NO AUTHORIZATION FOR A DEDUCTION WILL BE MADE BY OUR OFFICE UNLESS A COMPLAINT IS REGISTERED WITHIN FIVE DAYS AFTER ARRIVAL OF SHIPMENT.

**EXHIBIT D**

**CitySalvage/TriStarNPS0017**

04/19/2012  15:26     601-649-3118        CITY BUILDING SUPPLY         PAGE  02/14
04/19/2012  15:14     601-425-0933        CITY PROPERTIES              PAGE  02/14

Jun. 16. 2010 12:30PM                                        No. 4449   P. 3
                                                                      INVOICE COPY 1

 **GULF COAST SHELTER, INC.**

(503) 972-3600              (888) 440-3600

| CUSTOMER # | STATE RESALE | DATE | INVOICE NO. |
|---|---|---|---|
| 2082825 | 094-10857-1 | 11/21/2008 | 3020372-00 |

PO Box 957594
St. Louis, MO 63195-7534

| SOLD TO | City Salvage<br>PO Box 6524<br>Laurel, MS  39441 | SHIP TO | City Salvage<br>200 East 13st Street<br>Laurel, MS  39441 |
|---|---|---|---|

| YOUR ORDER | FOB | OTHER | STAFF CODES | CARRIER REF |
|---|---|---|---|---|
|  | X JOB SITE / MILL |  | 3311   3001 | TRUCK |

TO ENSURE PROPER CREDIT, PLEASE INCLUDE INVOICE NUMBER WITH YOUR PAYMENT • A SERVICE CHARGE OF 1 ½% PER MONTH WILL BE ASSESSED ON PAST DUE ACCOUNTS. IF THIS EXCEEDS LEGAL LIMITS IN YOUR STATE, THEN THE MAXIMUM LEGAL RATE FOR YOUR STATE WILL BE ASSESSED.

TRUCKLOAD 1/2" SHEETROCK 30-50% DAMAGED
4 X 12

| | | |
|---|---|---|
| PRICE | $150.00 | $150.00 |
| LOADING CHARGE | $60.00 | $60.00 |
| TARP CHARGE | $50.00 | $50.00 |
| FREIGHT | $475.00 | $475.00 |
| | | $735.00 |
| TOTAL DUE BY 12/21/2008 | | $735.00 |

E. & O.E.
ANY CLAIM WILL BE REJECTED UNLESS APPROVED BY OUR OFFICE BEFORE YOUR DEDUCTION IS MADE.  NO AUTHORIZATION FOR A DEDUCTION WILL BE MADE BY OUR OFFICE UNLESS A
COMPLAINT IS REGISTERED WITHIN FIVE DAYS AFTER ARRIVAL OF SHIPMENT.

**EXHIBIT D**

**CitySalvage/TriStarNPS0018**

04/19/2012  15:26      601-649-3118          CITY BUILDING SUPPLY           PAGE  03/14

04/19/2012  15:14      601-425-0933          CITY PROPERTIES                PAGE  03/14

Jun. 16. 2010 12:30PM                                      No. 4449   P. 2
                                                                     INVOICE COPY 1

 **GULF COAST SHELTER, INC.**

(503) 872-3600        (888) 440-3600

| CUSTOMER # | STATE RESALE | | DATE | INVOICE NO. |
|---|---|---|---|---|
| 2002625 | 034-10887-1 | | 11/21/2008 | 2020373-00 |

PO Box 957534
St. Louis, MO 63195-7534

**SOLD TO**   City Salvage
              PO Box 6524
              Laurel, MS  39441

**SHIP TO**   City Salvage
              200 East 19th St
              Laurel, MS  39441

| YOUR ORDER | FOB | OTHER | STAFF CODES | CARRIER REF |
|---|---|---|---|---|
|  | ☒ JOB SITE  ☐ WHL. |  | 3311     2001 | TRUCK |

TO ENSURE PROPER CREDIT, PLEASE INCLUDE INVOICE NUMBER WITH YOUR PAYMENT - A SERVICE CHARGE OF 1 1/2% PER MONTH WILL BE ASSESSED ON PAST DUE ACCOUNTS. IF THIS EXCEEDS LEGAL LIMITS IN YOUR STATE, THEN THE MAXIMUM LEGAL RATE FOR YOUR STATE WILL BE ASSESSED.

TRUCKLOAD 1/2" SHEETROCK 30-50% DAMAGED
4 X 12

| | | |
|---|---|---|
| PRICE | $150.00 | $150.00 |
| LOADING CHARGE | $60.00 | $60.00 |
| TARP CHARGE | $50.00 | $50.00 |
| FREIGHT | $475.00 | $475.00 |
| | | $735.00 |
| TOTAL DUE BY 12/21/2008 | | $735.00 |

E. & O.E.
ANY CLAIM WILL BE REJECTED UNLESS APPROVED BY OUR OFFICE BEFORE YOUR DEDUCTION IS MADE. NO AUTHORIZATION FOR A DEDUCTION WILL BE MADE BY OUR OFFICE UNLESS A COMPLAINT IS REGISTERED WITHIN FIVE DAYS AFTER ARRIVAL OF SHIPMENT.

**EXHIBIT D**

CitySalvage/TriStarNPS0019

04/19/2012  15:26     601-649-3118          CITY BUILDING SUPPLY          PAGE 04/14

04/19/2012  15:14     601-426-0933          CITY PROPERTIES               PAGE 04/14

Jun. 16. 2010 12:29PM                                          No. 4449   P. 1
                                                                          INVOICE COPY 1

# G/C S  GULF COAST SHELTER, INC.

(908) 872-3600          (888) 440-3500

| CUSTOMER # | STATE RESALE | | DATE | INVOICE NO. |
|---|---|---|---|---|
| 2082625 | 034-10857-1 | | 11/24/2008 | 3020374-00 |

PO Box 957534
St. Louis, MO 63195-7534

| SOLD TO | City Salvage PO Box 6324 Laurel, MS 39441 | SHIP TO | City Salvage 200 East 13th St Laurel, MS 39441 |
|---|---|---|---|

| YOUR ORDER | FOB | OTHER | STAFF CODES | CARRIER REF |
|---|---|---|---|---|
| | X JOB SITE    MILL | | 3311   2001 | TRUCK |

TO ENSURE PROPER CREDIT, PLEASE INCLUDE INVOICE NUMBER WITH YOUR PAYMENT. A SERVICE CHARGE OF 1 1/2% PER MONTH WILL BE ASSESSED ON PAST DUE ACCOUNTS. IF THIS EXCEEDS LEGAL LIMITS IN YOUR STATE, THEN THE MAXIMUM LEGAL RATE FOR YOUR STATE WILL BE ASSESSED.

TRUCKLOAD 1/2" SHEETROCK 30~50% DAMAGED
4 X 12

| | | |
|---|---|---|
| PRICE | $150.00 | $150.00 |
| LOADING CHARGE | $60.00 | $60.00 |
| TARP CHARGE | $50.00 | $50.00 |
| FREIGHT | $475.00 | $475.00 |
| | | $735.00 |
| TOTAL DUE BY 12/24/2008 | | $735.00 |

E.& O.E.
ANY CLAIM WILL BE REJECTED UNLESS APPROVED BY OUR OFFICE BEFORE YOUR DEDUCTION IS MADE.  NO AUTHORIZATION FOR A DEDUCTION WILL BE MADE BY OUR OFFICE UNLESS A COMPLAINT IS REGISTERED WITHIN FIVE DAYS AFTER ARRIVAL OF SHIPMENT.

**EXHIBIT D**

CitySalvage/TriStarNPS0020

04/19/2012  15:26    601-649-3118          CITY BUILDING SUPPLY                    PAGE  05/14

04/19/2012  15:14    601-425-0993          CITY PROPERTIES                          PAGE  05/14

Jun. 16. 2010 12:28PM                                        No. 4443    P. 8
                                                                     INVOICE COPY 1



# GULF COAST SHELTER, INC.

(503) 872-3600            (888) 440-3600

| CUSTOMER# | STATE RESALE |  | DATE | INVOICE NO. |
|---|---|---|---|---|
| 2082925 | 034-10057-1 |  | 11/28/2008 | 3020375-00 |

PO Box 957534
St. Louis, MO 63195-7534

SOLD  City Salvage              SHIP  City Salvage
TO    PO Box 6524              TO    200 East 13th St
      Laurel, MS  39441               Laurel, MS  39441

| YOUR ORDER | FOB | | OTHER | STAFF CODES | | CARRIER REF |
|---|---|---|---|---|---|---|
|  | X JOB SITE | MILL |  | 3311  3001 |  | TRUCK |

TO ENSURE PROPER CREDIT, PLEASE INCLUDE INVOICE NUMBER WITH YOUR PAYMENT. A SERVICE CHARGE OF 1 3/4% PER MONTH WILL BE ASSESSED ON PAST DUE ACCOUNTS. IF THIS EXCEEDS LEGAL LIMITS IN YOUR STATE, THEN THE MAXIMUM LEGAL RATE FOR YOUR STATE WILL BE ASSESSED.

TRUCKLOAD 1/2" SHEETROCK 30-50% DAMAGED
4 X 12

| | | |
|---|---|---|
| PRICE | $150.00 | $150.00 |
| LOADING CHARGE | $60.00 | $60.00 |
| TARP CHARGE | $50.00 | $50.00 |
| FREIGHT | $475.00 | $475.00 |
|  |  | $735.00 |

TOTAL DUE BY 12/25/2008            $735.00

S. & D.E.
ANY CLAIM WILL BE REJECTED UNLESS APPROVED BY OUR OFFICE BEFORE YOUR PRODUCTION IS MADE. NO AUTHORIZATION FOR A DEDUCTION WILL BE MADE BY OUR OFFICE UNLESS A COMPLAINT IS REGISTERED WITHIN FIVE DAYS AFTER ARRIVAL OF SHIPMENT.

**EXHIBIT D**

**CitySalvage/TriStarNPS0021**

04/19/2012  15:26    601-649-3118          CITY BUILDING SUPPLY          PAGE  06/14
04/19/2012  15:14    601-425-0933          CITY PROPERTIES              PAGE  06/14

No. 4448   P. 7
INVOICE COPY 1

Jun. 16. 2010 12:28PM


# GULF COAST SHELTER, INC.

(503) 572-3600          (888) 440-3600

| CUSTOMER # | STATE RESALE | | DATE | INVOICE NO. |
|---|---|---|---|---|
| 2082825 | 034-X0857-1 | | 11/25/2008 | 3020376-00 |

PO Box 957534
St. Louis, MO 63195-7534

SOLD   City Salvage
TO     PO Box 6524
       Laurel, MS  39441

SHIP   City Salvage
TO     200 East 13th St
       Laurel, MS  39441

| YOUR ORDER | FOB | OTHER | STAFF CODES | CARRIER REF |
|---|---|---|---|---|
| | X JOB SITE  ☐ MILL | | 3311   3001 | TRUCK |

TO ENSURE PROPER CREDIT, PLEASE INCLUDE INVOICE NUMBER WITH YOUR PAYMENT - A SERVICE CHARGE OF 1 1/2% PER MONTH WILL BE ASSESSED ON PAST DUE ACCOUNTS.  IF THIS
EXCEEDS LEGAL LIMITS IN YOUR STATE, THEN THE MAXIMUM LEGAL RATE FOR YOUR STATE WILL BE ASSESSED.

TRUCKLOAD 1/2" SHEETROCK 30-50% DAMAGED
4 X 12
    PRICE                            $150.00          $150.00
    LOADING CHARGE                    $60.00          $60.00
    TARP CHARGE                       $50.00          $50.00
    FREIGHT                          $475.00          $475.00

                                              $735.00

                 TOTAL DUE BY 12/25/2008          $735.00

E. & O.C.
ANY CLAIM WILL BE REJECTED UNLESS APPROVED BY OUR OFFICE BEFORE YOUR DEDUCTION IS MADE.  NO AUTHORIZATION FOR A DEDUCTION WILL BE MADE BY OUR OFFICE UNLESS A
COMPLAINT IS REGISTERED WITHIN FIVE DAYS AFTER ARRIVAL OF SHIPMENT.

**EXHIBIT D**

**CitySalvage/TriStarNPS0022**

04/19/2012  15:25    601-649-3118       CITY BUILDING SUPPLY          PAGE  07/14

04/19/2012  16:14    601-425-0933       CITY PROPERTIES               PAGE  07/14

Jun. 16. 2010 12:28PM                                    No. 4448   P. 6
                                                                 INVOICE COPY 1

 **GULF COAST SHELTER, INC.**

(308) 672-3600              (888) 440-3600

| CUSTOMER # | STATE RESALE | | DATE | INVOICE NO. |
|---|---|---|---|---|
| 2082825 | 034-10857-1 | | 11/25/2008 | 3020377-00 |

PO Box 957594
St. Louis, MO 63195-7594

SOLD  City Salvage          SHIP   City Salvage
TO    PO Box 6524           TO     200 East 13th St
      Laurel, MS  39441            Laurel, MS  39441

| YOUR ORDER | FOB | OTHER | | STAFF CODES | | CARRIER REP |
|---|---|---|---|---|---|---|
| | X JOB SITE  MILL | | | 3311   3001 | | TRUCK |

TO ENSURE PROPER CREDIT, PLEASE INCLUDE INVOICE NUMBER WITH YOUR PAYMENT - A SERVICE CHARGE OF 1 1/2% PER MONTH WILL BE ASSESSED ON PAST DUE ACCOUNTS. IF THIS EXCEEDS LEGAL LIMITS IN YOUR STATE, THEN THE MAXIMUM LEGAL RATE FOR YOUR STATE WILL BE ASSESSED.

TRUCKLOAD 1/2" SHEETROCK 30-50% DAMAGED
4 X 12

| | | |
|---|---|---|
| PRICE | $150.00 | $150.00 |
| LOADING CHARGE | $60.00 | $60.00 |
| TARP CHARGE | $50.00 | $50.00 |
| FREIGHT | $475.00 | $475.00 |
| | | $735.00 |
| TOTAL DUE BY 12/25/2008 | | $735.00 |

N.O.E.
ANY CLAIM WILL BE REJECTED UNLESS APPROVED BY OUR OFFICE BEFORE YOUR DEDUCTION IS MADE. NO AUTHORIZATION FOR A DEDUCTION WILL BE MADE BY OUR OFFICE UNLESS A COMPLAINT IS REGISTERED WITHIN FIVE DAYS AFTER ARRIVAL OF SHIPMENT.

**EXHIBIT D**

**CitySalvage/TriStarNPS0023**

Jun. 16. 2010 12:27PM                                           No. 4443   P. 2
                                                                        INVOICE COPY 1

 **GULF COAST SHELTER, INC.**
(503) 872-3600        (888) 440-3600

| CUSTOMER # | STATE RESALE | DATE | INVOICE NO. |
|---|---|---|---|
| 2082825 | 034-10857-1 | 12/02/2008 | 3020381-00 |

PO Box 957534
St. Louis, MO 63195-7534

| SOLD TO | SHIP TO |
|---|---|
| City Salvage | City Salvage |
| PO Box 6824 | 200 East 13th St |
| Laurel, MS  39441 | Laurel, MS  39441 |

| YOUR ORDER | FOB | OTHER | STAFF CODES | CARRIER REF |
|---|---|---|---|---|
| | X JOB SITE   MILL | | 3311   3001 | TRUCK |

TO ENSURE PROPER CREDIT, PLEASE INCLUDE INVOICE NUMBER WITH YOUR PAYMENT - A SERVICE CHARGE OF 1 ½% PER MONTH WILL BE ASSESSED ON PAST DUE ACCOUNTS. IF THIS EXCEEDS LEGAL LIMITS IN YOUR STATE, THEN THE MAXIMUM LEGAL RATE FOR YOUR STATE WILL BE ASSESSED.

SHEETROCK 1/2" 30-50% DAMAGED
4 X 12

| | | |
|---|---|---|
| PRICE | $150.00 | $150.00 |
| LOADING CHARGE | $60.00 | $60.00 |
| TARP CHARGE | $50.00 | $50.00 |
| FREIGHT | $475.00 | $475.00 |
| | | $735.00 |
| TOTAL DUE BY 01/01/2009 | | $735.00 |

E. & O.E.
ANY CLAIM WILL BE REJECTED UNLESS APPROVED BY OUR OFFICE BEFORE YOUR DEDUCTION IS MADE.  NO AUTHORIZATION FOR A DEDUCTION WILL BE MADE BY OUR OFFICE UNLESS A
COMPLAINT IS REGISTERED WITHIN FIVE DAYS AFTER ARRIVAL OF SHIPMENT.

**EXHIBIT D**

**CitySalvage/TriStarNPS0024**

04/19/2012  15:26    601-649-3118    CITY BUILDING SUPPLY    PAGE  09/14
04/19/2012  15:14    601-425-0933    CITY PROPERTIES    PAGE  09/14

No. 4448    P. 3
INVOICE COPY 1

Jun. 16, 2010 12:27PM

 GULF COAST SHELTER, INC.
(503) 872-3800        (888) 440-3800

| CUSTOMER # | STATE RESALE | | DATE | INVOICE NO. |
|---|---|---|---|---|
| 2082825 | 034-10857-1 | | 12/02/2008 | 3020380-00 |


PO Box 937534
St. Louis, MO 63195-7934

SOLD   City Salvage
TO     PO Box 6524
       Laurel, MS  39441

SHIP   City Salvage
TO     200 East 13th St
       Laurel, MS  39441

| YOUR ORDER | FOB | OTHER | STAFF CODES | CARRIER REF |
|---|---|---|---|---|
| | X JOB SITE  MILL | | 2311    3001 | TRUCK |

TO ENSURE PROPER CREDIT, PLEASE INCLUDE INVOICE NUMBER WITH YOUR PAYMENT - A SERVICE CHARGE OF 1 1/2% PER MONTH WILL BE ASSESSED ON PAST DUE ACCOUNTS. IF THIS EXCEEDS LEGAL LIMITS IN YOUR STATE, THEN THE MAXIMUM LEGAL RATE FOR YOUR STATE WILL BE ASSESSED.

SHEETROCK 1/2" 30-50% DAMAGED
4 X 12

| | | |
|---|---|---|
| PRICE | $150.00 | $150.00 |
| LOADING CHARGE | $60.00 | $60.00 |
| TARP CHARGE | $50.00 | $50.00 |
| FREIGHT | $475.00 | $475.00 |
| | | $735.00 |
| TOTAL DUE BY 01/01/2009 | | $735.00 |

E. & O.E.
ANY CLAIM WILL BE REJECTED UNLESS APPROVED BY OUR OFFICE BEFORE YOUR DEDUCTION IS MADE.  NO AUTHORIZATION FOR A DEDUCTION WILL BE MADE BY OUR OFFICE UNLESS A COMPLAINT IS REGISTERED WITHIN FIVE DAYS AFTER ARRIVAL OF SHIPMENT.

**EXHIBIT D**

**CitySalvage/TriStarNPS0025**

04/19/2012  15:26    501-649-3118          CITY BUILDING SUPPLY          PAGE  10/14
  04/19/2012  15:14    501-425-0933          CITY PROPERTIES              PAGE  10/14

Jun. 16. 2010  12:26PM                                    No. 4448   P.  1
                                                                    INVOICE COPY 1

 **GULF COAST SHELTER, INC.**
(505) 872-8800      (888) 440-3800

| CUSTOMER# | STATE RESALE | | DATE | INVOICE NO. |
|---|---|---|---|---|
| 2082825 | 034-10857-1 | | 12/04/2008 | 3020382-00 |

PO Box 957534
St. Louis, MO 63195-7534

| SOLD TO | City Salvage<br>PO Box 6524<br>Laurel, MS 39441 | SHIP TO | City Salvage<br>200 East 13th ST<br>Laurel, MS |
|---|---|---|---|

| YOUR ORDER | FOB | OTHER | STAFF CODES | CARRIER REF |
|---|---|---|---|---|
| | X JOB SITE   MILL | | 2311   3001 | TRUCK |

TO ENSURE PROPER CREDIT, PLEASE INCLUDE INVOICE NUMBER WITH YOUR PAYMENT - A SERVICE CHARGE OF 1 1/2% PER MONTH WILL BE ASSESSED ON PAST DUE ACCOUNTS. IF THIS EXCEEDS LEGAL LIMITS IN YOUR STATE, THEN THE MAXIMUM LEGAL RATE FOR YOUR STATE WILL BE ASSESSED.

SHEETROCK 1/2" 30-50% DAMAGED
4 X 12

| | | |
|---|---|---|
| PRICE | $150.00 | $150.00 |
| LOADING CHARGE | $60.00 | $60.00 |
| TARP CHARGE | $50.00 | $50.00 |
| FREIGHT | $475.00 | $475.00 |
| | | $735.00 |
| TOTAL DUE BY 01/03/2009 | | $735.00 |

E. & O.E.
ANY CLAIM WILL BE REJECTED UNLESS APPROVED BY OUR OFFICE BEFORE YOUR DEDUCTION IS TAKEN.  NO AUTHORIZATION FOR A DEDUCTION WILL BE MADE BY OUR OFFICE UNLESS A COMPLAINT IS REGISTERED WITHIN FIVE DAYS AFTER ARRIVAL OF SHIPMENT.

**EXHIBIT D**

**CitySalvage/TriStarNPS0026**

04/19/2012  15:26    601-649-3118          CITY BUILDING SUPPLY          PAGE  11/14

04/19/2012  15:14    601-425-0933          CITY PROPERTIES               PAGE  11/14

Jun.16. 2010 12:24PM                                        No. 444/ P. 9/9

**G/C S**   **GULF COAST SHELTER, INC.**                     INVOICE COPY 1

(800) 972-3600        (888) 440-3600

| CUSTOMER # | STATE RESALE | | DATE | INVOICE NO. |
|---|---|---|---|---|
| 2092825 | 03A-10897-1 | | 12/04/2008 | 3020383-00 |

PO Box 957534
St. Louis, MO 63195-7534

SOLD   City Salvage            SHIP   City Salvage
TO     PO Box 6524            TO     200 East 13th St
       Laurel, MS  39441             Laurel, MS

| YOUR ORDER | FOB | OTHER | STAFF CODES | | CARRIER REF |
|---|---|---|---|---|---|
| | X JOB SITE / MILL | | 2911 | 3001 | TRUCK |

TO ENSURE PROPER CREDIT, PLEASE INCLUDE INVOICE NUMBER WITH YOUR PAYMENT - A SERVICE CHARGE OF 1 1/2% PER MONTH WILL BE ASSESSED ON PAST DUE ACCOUNTS. IF THIS EXCEEDS LEGAL LIMITS IN YOUR STATE, THEN THE MAXIMUM LEGAL RATE FOR YOUR STATE WILL BE ASSESSED.

SHEETROCK 1/2" 30-50% DAMAGED
4 X 12

| | | |
|---|---|---|
| PRICE | $150.00 | $150.00 |
| LOADING CHARGE | $60.00 | $60.00 |
| TARP CHARGE | $50.00 | $50.00 |
| FREIGHT | $475.00 | $475.00 |
| | | $735.00 |
| TOTAL DUE BY 01/03/2009 | | $735.00 |

ANY CLAIM WILL BE REJECTED UNLESS APPROVED BY OUR OFFICE BEFORE YOUR REDUCTION IS MADE.  NO AUTHORIZATION FOR A DEDUCTION WILL BE MADE BY OUR OFFICE UNLESS A COMPLAINT IS REGISTERED WITHIN FIVE DAYS AFTER ARRIVAL OF SHIPMENT.

**EXHIBIT D**

**CitySalvage/TriStarNPS0027**

04/19/2012  15:26     601-649-3118        CITY BUILDING SUPPLY           PAGE  12/14
04/19/2012  15:14     601-425-0933        CITY PROPERTIES                PAGE  12/14

Jun. 16, 2010 12:24PM



**GULF COAST SHELTER, INC.**

No. 4447  P. 8/9

INVOICE COPY 1

(503) 872-3600        (888) 440-3800

| CUSTOMER # | STATE RESALE | | DATE | INVOICE NO. |
|---|---|---|---|---|
| 2082825 | 034-10857-1 | | 12/05/2008 | 9020384-00 |

PO Box 957534
St. Louis, MO 63195-7534

SOLD  City Salvage
TO    PO Box 6524
      Laurel, MS  39441

SHIP  City Salvage
TO    200 East 13th Street
      Laurel, MS  39441

| YOUR ORDER | FOB | OTHER | STAFF CODES | CARRIER REF |
|---|---|---|---|---|
| | X JOB SITE  MILL | | 3311   3001 | TRUCK |

TO ENSURE PROPER CREDIT, PLEASE INCLUDE INVOICE NUMBER WITH YOUR PAYMENT - A SERVICE CHARGE OF 1 12% PER MONTH WILL BE ASSESSED ON PAST DUE ACCOUNTS. IF THIS EXCEEDS LEGAL LIMITS IN YOUR STATE, THEN THE MAXIMUM LEGAL RATE FOR YOUR STATE WILL BE ASSESSED.

SHEETROCK 1/2" 30-50% DAMAMGED
4 x 12

| | | |
|---|---|---|
| PRICE | $150.00 | $150.00 |
| LOADING CHARGE | $60.00 | $60.00 |
| TARP CHARGE | $50.00 | $50.00 |
| FREIGHT | $475.00 | $475.00 |
| | | $735.00 |
| TOTAL DUE BY 01/04/2008 | | $735.00 |

EAOE
ANY CLAIM WILL BE REJECTED UNLESS APPROVED BY OUR OFFICE BEFORE YOUR DEDUCTION IS MADE.  NO AUTHORIZATION FOR A DEDUCTION WILL BE MADE BY OUR OFFICE UNLESS A COMPLAINT IS REGISTERED WITHIN FIVE DAYS AFTER ARRIVAL OF SHIPMENT.

**EXHIBIT D**

**CitySalvage/TriStarNPS0028**

04/19/2012  15:25    601-649-3118        CITY BUILDING SUPPLY        PAGE  13/14

04/19/2012  15:14    601-425-0933        CITY PROPERTIES             PAGE  13/14

Jun. 16. 2010 12:24PM                                    No. 4447    P. 7/9



# GULF COAST SHELTER, INC.
(503) 872-3600        (888) 440-3600

| CUSTOMER # | STATE RESALE | | DATE | INVOICE NO. |
|---|---|---|---|---|
| 2082825 | 034-10857-1 | | 12/05/2008 | 3020388-00 |

PO Box 957534
St. Louis, MO 63195-7534

| SOLD TO | City Salvage<br>PO Box 6524<br>Laurel, MS  39441 | SHIP TO | City Salvage<br>200 East 13th St<br>Laurel, MS  39441 |
|---|---|---|---|

| YOUR ORDER | FOB | OTHER | STAFF CODES | CARRIER REF |
|---|---|---|---|---|
| | ☒ JOB SITE   ☐ WILL | | 3311    3001 | TRUCK |

TO ENSURE PROPER CREDIT, PLEASE INCLUDE INVOICE NUMBER WITH YOUR PAYMENT. A SERVICE CHARGE OF 1 1/2% PER MONTH WILL BE ASSESSED ON PAST DUE ACCOUNTS. IF THE EXCEEDS LEGAL LIMITS IN YOUR STATE, THEN THE MAXIMUM LEGAL RATE FOR YOUR STATE WILL BE ASSESSED.

SHEETROCK 1/2" 30-50% DAMAGED
4 X 12

| | | |
|---|---|---|
| PRICE | $150.00 | $150.00 |
| LOADING CHARGE | $60.00 | $60.00 |
| TARP CHARGE | $50.00 | $50.00 |
| FREIGHT | $475.00 | $475.00 |
| | | $735.00 |
| TOTAL DUE BY 01/04/2009 | | $735.00 |

R.S.O.U.
ANY CLAIM WILL BE REJECTED UNLESS APPROVED BY OUR OFFICE BEFORE YOUR DEDUCTION IS MADE.  NO AUTHORIZATION FOR A DEDUCTION WILL BE MADE BY OUR OFFICE UNLESS A COMPLAINT IS REGISTERED WITHIN FIVE DAYS AFTER ARRIVAL OF SHIPMENT.

**EXHIBIT D**

**CitySalvage/TriStarNPS0029**

04/19/2012  15:26    601-649-3118         CITY BUILDING SUPPLY            PAGE  14/14

04/19/2012  15:14    601-425-0933         CITY PROPERTIES                PAGE  14/14

Jun. 16, 2010, 12:27PM                                      No. 4448    P. 5

 **GULF COAST SHELTER, INC.**                INVOICE COPY 1

(503) 672-3800        (888) 440-3800

| CUSTOMER # | STATE RESALE | | | DATE | INVOICE NO. |
|---|---|---|---|---|---|
| 2082825 | 034-10857-1 | | | 12/05/2008 | 3020378-00 |

PLEASE REMIT TO                    PO Box 957534
                                   St. Louis, MO 63195-7534

SOLD   City Salvage              SHIP   City Salvage
TO     PO Box 6524               TO     200 East 13th St
       Laurel, MS  39441                Laurel, MS  39441

| YOUR ORDER | FOB | | OTHER | STAFF CODES | | CARRIER REF |
|---|---|---|---|---|---|---|
|  | X JOB SITE | MILL | | 3311 | 300X | TRUCK |

TO INSURE PROPER CREDIT, PLEASE INCLUDE INVOICE NUMBER WITH YOUR PAYMENT. A SERVICE CHARGE OF 1 1/2% PER MONTH WILL BE ASSESSED ON PAST DUE ACCOUNTS. IF THIS EXCEEDS LEGAL LIMITS IN YOUR STATE, THEN THE MAXIMUM LEGAL RATE FOR YOUR STATE WILL BE ASSESSED.

TRUCKLOAD SHEETROCK 1/2" 30-50% DAMAGED
4 X 12

| | | |
|---|---|---|
| PRICE | $150.00 | $150.00 |
| LOADING CHARGE | $60.00 | $60.00 |
| TARP CHARGE | $50.00 | $50.00 |
| FREIGHT | $475.00 | $475.00 |
| | | $735.00 |

TOTAL DUE BY 01/04/2009        $735.00

E & O.E.
ANY CLAIM WILL BE REJECTED UNLESS APPROVED BY OUR OFFICE BEFORE YOUR DEDUCTION IS MADE.  NO AUTHORIZATION FOR A DEDUCTION WILL BE MADE BY OUR OFFICE UNLESS A COMPLAINT IS REGISTERED WITHIN FIVE DAYS AFTER ARRIVAL OF SHIPMENT.

**EXHIBIT D**

**CitySalvage/TriStarNPS0030**

04/19/2012  15:31    601-649-3118     CITY BUILDING SUPPLY          PAGE  02/08

04/19/2012  15:19    601-425-0933     CITY PROPERTIES               PAGE  02/12

Jun. 16. 2010 12:20PM                         No. 4446  P. 7
                                                      INVOICE COPY 1

 **GULF COAST SHELTER, INC.**

(509) 672-3800          (888) 440-3800

| CUSTOMER # | STATE RESALE |  | DATE | INVOICE NO. |
|---|---|---|---|---|
| 2082825 | 034-10837-1 |  | 12/18/2008 | 2020395-00 |

PO Box 957534
St. Louis, MO 63195-7534

SOLD  City Salvage          SHIP  City Salvage
TO    PO Box 6524           TO    200 East 13th St
      Laurel, MS  39441            Laurel, MS  39441

| YOUR ORDER | FOB | OTHER | STAFF CODES | CARRIER REF |
|---|---|---|---|---|
|  | X JOB SITE   WILL |  | 3311    3001 | TRUCK |

TO ENSURE PROPER CREDIT, PLEASE INCLUDE INVOICE NUMBER WITH YOUR PAYMENT - A SERVICE CHARGE OF 1 1/2% PER MONTH WILL BE ASSESSED ON PAST DUE ACCOUNTS. IF THIS EXCEEDS LEGAL LIMITS IN YOUR STATE, THEN THE MAXIMUM LEGAL RATE FOR YOUR STATE WILL BE ASSESSED.

TRUCKLOAD SHEETROCK 1/2" 30-50% DAMAGED
4 X 12

| | | |
|---|---|---|
| PRICE | $150.00 | $150.00 |
| LOADING CHARGE | $60.00 | $60.00 |
| TARP CHARGE | $50.00 | $50.00 |
| FREIGHT | $475.00 | $475.00 |

                                                  $735.00

                    TOTAL DUE BY 01/17/2009       $735.00

E.&O.E.
ANY CLAIM WILL BE REJECTED UNLESS APPROVED BY OUR OFFICE BEFORE YOUR DEDUCTION IS MADE.  NO AUTHORIZATION FOR A DEDUCTION WILL BE MADE BY OUR OFFICE UNLESS A
COMPLAINT IS REGISTERED WITHIN FIVE DAYS AFTER ARRIVAL OF SHIPMENT.

**EXHIBIT D**

**CitySalvage/TriStarNPS0031**

04/19/2012  15:31     601-649-3118        CITY BUILDING SUPPLY        PAGE  03/08
04/19/2012  15:19     601-425-8933        CITY PROPERTIES             PAGE  03/12

Jun. 16. 2010 12:18PM                                No. 4446   P. 3

 **GULF COAST SHELTER, INC.**          INVOICE COPY 1

(908) 872-3500         (888) 440-3800

| CUSTOMER# | STATE RESALE | | DATE | INVOICE NO. |
|---|---|---|---|---|
| 2082828 | 024-10857-1 | | 12/18/2008 | 302039R-00 |

PO Box 957534
St. Louis, MO 63195-7594

| SOLD TO | City Salvage PO Box 6524 Laurel, MS 39441 | SHIP TO | City Salvage 200 East 13th St Laurel, MS 39441 |
|---|---|---|---|

| YOUR ORDER | FOB | OTHER | STAFF CODES | CARRIER REF |
|---|---|---|---|---|
| | X JOB SITE   MILL | | 3311   3001 | TRUCK |

TO ENSURE PROPER CREDIT, PLEASE INCLUDE INVOICE NUMBER WITH YOUR PAYMENT • A SERVICE CHARGE OF 1 ½% PER MONTH WILL BE ASSESSED ON PAST DUE ACCOUNTS. IF THIS EXCEEDS THE LEGAL LIMITS IN YOUR STATE, THEN THE MAXIMUM LEGAL RATE FOR YOUR STATE WILL BE ASSESSED.

TRUCKLOAD SHEETROCK 1/2" 30-50% DAMAGED
4 X 12

| | | | |
|---|---|---|---|
| PRICE | | $150.00 | $180.00 |
| LOADING CHARGE | | $60.00 | $60.00 |
| TARP CHARGE | | $50.00 | $50.00 |
| FREIGHT | | $475.00 | $475.00 |
| | | | $735.00 |
| TOTAL DUE BY 01/17/2009 | | | $735.00 |

E. & O.E.
ANY CLAIM WILL BE REJECTED UNLESS APPROVED BY OUR OFFICE BEFORE YOUR DEDUCTION IS MADE.  NO AUTHORIZATION FOR A DEDUCTION WILL BE MADE BY OUR OFFICE UNLESS A COMPLAINT IS REGISTERED WITHIN FIVE DAYS AFTER ARRIVAL OF SHIPMENT.

**EXHIBIT D**

**CitySalvage/TriStarNPS0032**

04/19/2012  15:31    601-649-3118        CITY BUILDING SUPPLY          PAGE  04/08
04/19/2012  15:19    601-425-8933        CITY PROPERTIES                PAGE  04/12

Jun. 16. 2010. 12:19PM                                   No. 4446   P. 4
                                                                   INVOICE COPY 1

 **GULF COAST SHELTER, INC.**
(603) 872-3600        (600) 440-3600

| CUSTOMER # | STATE RESALE | | DATE | INVOICE NO. |
|---|---|---|---|---|
| 2092825 | 034-10857-1 | | 12/18/2008 | 3020398-00 |

PO Box 957534
St. Louis, MO 63195-7534

| SOLD TO | City Salvage<br>PO Box 6524<br>Laurel, MS  39441 | SHIP TO | City Salvage<br>200 East 13th Street<br>Laurel, MS  39441 |
|---|---|---|---|

| YOUR ORDER | FOB | OTHER | STAFF CODES | CARRIER REF |
|---|---|---|---|---|
| | X JOB SITE   MILL | | 3311   3001 | TRUCK |

TO ENSURE PROPER CREDIT, PLEASE INCLUDE INVOICE NUMBER WITH YOUR PAYMENT - A SERVICE CHARGE OF 1 1/2% PER MONTH WILL BE ASSESSED ON PAST DUE ACCOUNTS. IF THIS EXCEEDS LEGAL LIMITS IN YOUR STATE, THEN THE MAXIMUM LEGAL RATE FOR YOUR STATE WILL BE ASSESSED.

TRUCKLOAD SHEETROCK 1/2" 30-50% DAMAGED
4 X 12

| | | |
|---|---|---|
| PRICE | $150.00 | $150.00 |
| LOADING CHARGE | $60.00 | $60.00 |
| TARP CHARGE | $50.00 | $50.00 |
| FREIGHT | $475.00 | $475.00 |
| | | $735.00 |
| TOTAL DUE BY 01/17/2009 | | $735.00 |

E 4 0 F
ANY CLAIM WILL BE REJECTED UNLESS APPROVED BY OUR OFFICE BEFORE YOUR DEDUCTION IS MADE.  NO AUTHORIZATION FOR A DEDUCTION WILL BE MADE BY OUR OFFICE UNLESS A COMPLAINT IS REGISTERED WITHIN FIVE DAYS AFTER ARRIVAL OF SHIPMENT.

**EXHIBIT D**

**CitySalvage/TriStarNPS0033**

Jun. 16. 2010 12:19PM                                        No. 4446    P. 5

  **GULF COAST SHELTER, INC.**
INVOICE COPY 1

(503) 672-3600          (888) 440-3600

| CUSTOMER # | STATE RESALE | | DATE | INVOICE NO. |
|---|---|---|---|---|
| 2002825 | 034-10857-1 | | 12/19/2008 | 3020397-00 |

PLEASE REMIT TO                    PO Box 937534
                                   St. Louis, MO 63195-7534

SOLD   City Salvage            SHIP   City Salvage
TO     PO Box 6524             TO     200 East 13th St
       Laurel, MS 39441               Laurel, MS 39441

| YOUR ORDER | FOB | | OTHER | STAFF CODES | | CARRIER REF |
|---|---|---|---|---|---|---|
| | X JOB SITE | MILL | | 3311 | 3001 | TRUCK |

TO ENSURE PROPER CREDIT, PLEASE INCLUDE INVOICE NUMBER WITH YOUR PAYMENT. A SERVICE CHARGE OF 1 1/2% PER MONTH WILL BE ASSESSED ON PAST DUE ACCOUNTS. IF THIS EXCEEDS LEGAL LIMITS IN YOUR STATE, THEN THE MAXIMUM LEGAL RATE FOR YOUR STATE WILL BE ASSESSED.

TRUCKLOAD SHEETROCK 1/2" 36-50% DAMAGED
4 X 12

|  |  |  |
|---|---|---|
| PRICE | $150.00 | $150.00 |
| LOADING CHARGE | $60.00 | $60.00 |
| TARP CHARGE | $50.00 | $50.00 |
| FREIGHT | $475.00 | $475.00 |
|  |  | $735.00 |
| TOTAL DUE BY 01/17/2009 |  | $735.00 |

E. & O. E.

ANY CLAIM WILL BE REJECTED UNLESS APPROVED BY OUR OFFICE BEFORE YOUR DEDUCTION IS MADE. NO AUTHORIZATION FOR A DEDUCTION WILL BE MADE BY OUR OFFICE UNLESS A COMPLAINT IS REGISTERED WITHIN FIVE DAYS AFTER ARRIVAL OF SHIPMENT.

**EXHIBIT D**

**CitySalvage/TriStarNPS0034**

04/19/2012  15:31     601-649-3118          CITY BUILDING SUPPLY          PAGE  06/08
04/19/2012  15:19     601-425-0933          CITY PROPERTIES               PAGE  06/12

Jun. 16, 2010 12:20PM                                      No. 4246    P. 6

# GULF COAST SHELTER, INC.

(503) 872-2600          (866) 440-3600

INVOICE COPY 1

| CUSTOMER # | STATE RESALE | DATE | INVOICE NO. |
|---|---|---|---|
| 2082625 | 034-10857-1 | 12/19/2008 | 3020396-00 |

PO Box 957534
St. Louis, MO 63195-7534

SOLD   City Salvage            SHIP   City Salvage
TO     PO Box 6524             TO     290 East 13th St
       Laurel, MS  39441              Laurel, MS  39441

| YOUR ORDER | FOB | OTHER | STAFF CODES | | CARRIER REP |
|---|---|---|---|---|---|
| | X  JOB SITE  MILL | | 2311 | 3001 | TRUCK |

TO ENSURE PROPER CREDIT, PLEASE INCLUDE INVOICE NUMBER WITH YOUR PAYMENT. A SERVICE CHARGE OF 1 1/2% PER MONTH WILL BE ASSESSED ON PAST DUE ACCOUNTS. IF THIS EXCEEDS LEGAL LIMITS IN YOUR STATE, THEN THE MAXIMUM LEGAL RATE FOR YOUR STATE WILL BE ASSESSED.

TRUCKLOAD SHEETROCK 1/2" 30-50% DAMAGED
4 X 12

| | | |
|---|---|---|
| PRICE | $150.00 | $150.00 |
| LOADING CHARGE | $60.00 | $60.00 |
| TARP CHARGE | $50.00 | $50.00 |
| FREIGHT | $475.00 | $475.00 |
| | | $735.00 |
| TOTAL DUE BY 01/18/2009 | | $735.00 |

E. & O.E.
ANY CLAIM WILL BE REJECTED UNLESS APPROVED BY OUR OFFICE BEFORE YOUR DEDUCTION IS MADE.  NO AUTHORIZATION FOR A DEDUCTION WILL BE MADE BY OUR OFFICE UNLESS A COMPLAINT IS REGISTERED WITHIN FIVE DAYS AFTER ARRIVAL OF SHIPMENT.

**EXHIBIT D**

CitySalvage/TriStarNPS0035

04/19/2012  15:31    601-649-3118         CITY BUILDING SUPPLY        PAGE  07/08
04/19/2012  15:19    601-425-0933         CITY PROPERTIES             PAGE  07/12

Jun. 16. 2010 12:18PM                                      No. 4446    P. 2
                                                                    INVOICE COPY 1



# GULF COAST SHELTER, INC.

(503) 672-3600          (888) 440-3600

| CUSTOMER # | STATE RESALE | | | DATE | INVOICE NO. |
|---|---|---|---|---|---|
| 2082825 | 034-10857-1 | | | 12/23/2008 | 3020400-00 |

PO Box 957534
St. Louis, MO 63195-7534

| SOLD TO | City Salvage<br>PO Box 6524<br>Laurel, MS  39441 | SHIP TO | City Salvage<br>200 East 13th St<br>Laurel, MS  39441 |
|---|---|---|---|

| YOUR ORDER | FOB | | OTHER | STAFF CODES | | CARRIER REF |
|---|---|---|---|---|---|---|
| | X JOB SITE | MILL | | 3311 | 3001 | TRUCK |

TO ENSURE PROPER CREDIT, PLEASE INCLUDE INVOICE NUMBER WITH YOUR PAYMENT - A SERVICE CHARGE OF 1 1/2% PER MONTH WILL BE ASSESSED ON PAST DUE ACCOUNTS. IF THIS EXCEEDS LEGAL LIMITS IN YOUR STATE, THEN THE MAXIMUM LEGAL RATE FOR YOUR STATE WILL BE ASSESSED.

SHEETROCK 1/2" 30-50% DAMAGED
4 X 12

| | | | |
|---|---|---|---|
| PRICE | | $150.00 | $150.00 |
| LOADING CHARGE | | $60.00 | $60.00 |
| TARP CHARGE | | $50.00 | $50.00 |
| FREIGHT | | $475.00 | $475.00 |
| | | | $735.00 |
| TOTAL DUE BY 01/22/2009 | | | $735.00 |

E & OE
ANY CLAIM WILL BE REJECTED UNLESS APPROVED BY OUR OFFICE BEFORE YOUR DEDUCTION IS MADE.  NO AUTHORIZATION FOR A DEDUCTION WILL BE MADE BY OUR OFFICE UNLESS A COMPLAINT IS REGISTERED WITHIN FIVE DAYS AFTER ARRIVAL OF SHIPMENT.

**EXHIBIT D**

**CitySalvage/TriStarNPS0036**

04/19/2012  15:31    601-649-3118          CITY BUILDING SUPPLY          PAGE  08/08

04/19/2012  15:19    601-425-0933          CITY PROPERTIES               PAGE  08/12

Jun. 16. 2010 12:18PM                                            No. 4446   P. 1
                                                                INVOICE COPY 1

 **GULF COAST SHELTER, INC.**

(503) 872-8600          (866) 440-3900

| CUSTOMER # | STATE RESALE | | | DATE | INVOICE NO. |
|---|---|---|---|---|---|
| 2002825 | 034-10857-1 | | | 12/23/2008 | 3020401-00 |

PO Box 957534
St. Louis, MO 63195-7534

SOLD  City Salvage                    SHIP  City Salvage
TO    PO Box 6824                     TO    200 East 13th St
      Laurel, MS 39441                      Laurel, MS 39441

| YOUR ORDER | FOB | OTHER | STAFF CODES | CARRIER REF |
|---|---|---|---|---|
| | X JOB SITE   MILL | | 3311   3001 | TRUCK |

TO ENSURE PROPER CREDIT, PLEASE INCLUDE INVOICE NUMBER WITH YOUR PAYMENT - A SERVICE CHARGE OF 1 1/2% PER MONTH WILL BE ASSESSED ON PAST DUE ACCOUNTS. IF THIS EXCEEDS LEGAL LIMITS IN YOUR STATE, THEN THE MAXIMUM LEGAL RATE FOR YOUR STATE WILL BE ASSESSED.

SHEETROCK 1/2" 30-50% DAMAGED
4 X 12

|  | | |
|---|---|---|
| PRICE | $150.00 | $150.00 |
| LOADING CHARGE | $60.00 | $60.00 |
| TARP CHARGE | $50.00 | $50.00 |
| FREIGHT | $475.00 | $475.00 |
| | | $735.00 |
| TOTAL DUE BY 01/22/2009 | | $735.00 |

6. & W.R.
ANY CLAIM WILL BE REJECTED UNLESS APPROVED BY OUR OFFICE BEFORE YOUR DEDUCTION IS MADE.  NO AUTHORIZATION FOR A DEDUCTION WILL BE MADE BY OUR OFFICE UNLESS A COMPLAINT IS REGISTERED WITHIN FIVE DAYS AFTER ARRIVAL OF SHIPMENT.

**EXHIBIT D**

**CitySalvage/TriStarNPS0037**

Carrier's Name: FRANCIS POWELL ENT TRK 925

Carrier's No.

at Port of Pensacola (Date) FROM 1604 S. Barracks St. Pensacola FL

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own railroad, water line, highway route or routes, or within the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in the Uniform Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address for purposes of notification only.)

Consigned TO Gulf Coast Shelter / City Salvage

On Collect on Delivery Shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1.

Destination 804 Limbert ST. Street Laurel City

County State MS Zip

Route Delivery Address ★ Larry Loftin 601-649-7150

(★To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Delivering Carrier Car or Vehicle Initials and No.

Collect on Delivery $ And Remit to

Street City State

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of consignor.)

C. O. D. Charges to be
Paid by
☐ Shipper  ☐ Consignee

If charges are to be prepaid, write or stamp here, "To be Prepaid."

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 7 | | Btls 1/2 4x12 sheetrock - B-Grade | 45988# | | |
| | | 476 pcs. | | | |
| | | Customer PO 300 3251 | | | |
| | | Steve Brodway - City Salvage 9-22-2006 | | | |
| | | Must Tarp Load | | | |
| | | Time: 11:45AM | | | |

Received $ _____ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:

$ _____

† "The fibre containers used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Uniform Freight Classification and Rule 5 of the National Motor Classification."
Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.
NOTE — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

★ Rate Steve Bore. Shipper, Per _____ True Agent

Permanent post-office address of shipper,

EXHIBIT D

CitySalvage/TriStarNPS0038

THIS MEMORANDUM is an acknowledgment that a Bill of Lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

Shipper's No. 300 - 333

Carrier's Name: SILC

Carrier's No.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of lading,

at __Port of Pensacola__ (Date) 10/3/06 FROM DOA S. Barracks, Pensacola F

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below, which said company (the word company being un throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own railroad, water line, highwa or routes, or within the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Bill of Lading set forth (1) in the Uniform Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier s Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this s and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address for purposes of notification only.)

Consigned TO __Gulf Coast Shelter__

On Collect on Delivery Shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1.

City __Salvage__

Destination __(Laurel)__ Street _____ City

_____ County _____ State __MS__ Zip

Delivery
Route _____ Address ★ _____ (★To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Delivering Carrier __SILC truck__ Car or Vehicle Initials and No. _____

Collect on Delivery $ _____ And Remit to _____

_____ Street _____ City _____ State

Subject to Section 7 of conditions, if t ment is to be delivered to the consignee recourse on the consignor, the consign sign the following statement:
The carrier shall not make delivery shipment without payment of freight other lawful charges.

_____
(Signature of consignor.)

C. O. D. Charges to be
Paid by
☐ Shipper   ☐ Consigne

If charges are to be prepaid, stamp here, "To be Prepaid."

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 7 | | B/ls 1/2 x 4 x 12 Sheetrock "B" Grade | 45988 # | | |
| | | 476 Pcs | | | |
| | | Customer PO 300-3333 | | | |
| | | Steve Broadway | | | |
| | | Weather Protect  City Salvage | | | |
| | | Time  10-4-2006 | | | |

Received $ _____ in prepayment of the charges o property described hereon.

_____
Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:

$ _____

† "The fibre containers used for this conform to the specifications set for box maker's certificate thereon, and requirements of Rule 41 of the Unifor Classification and Rule 5 of the Natio Freight Classification."
‡ Shipper's imprint in lieu of stamp; of bill of lading approved by the Commerce Commission.

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.
NOTE — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

per _____

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

__Dawn Stevedore__

Shipper, Per _____

Permanent post-office
address of shipper.

Per _____

EXHIBIT D

CitySalvage/TriStarNPS0039

3

**THIS MEMORANDUM** is an acknowledgment that a Bill of Lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

Shipper's No.

Carrier's Name: Alpha + Omega - 787/ 787T

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of lading.

Carrier's No.

at Port o Pensacola (Date) 8-30-06 FROM 720 A S. Barracks St. Pens. Fl.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own railroad, water line, highway route or routes, or within the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in the Uniform Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment, Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back hereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

Consigned TO Gulf Coast Shelter c/o City Salvage

(Mail or street address for purposes of notification only.)

On Collect on Delivery Shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1.

Destination 804 Lambert St. Laurel

Street _____ City

County _____ MS State _____ Zip

Route _____ Delivery Address ★

(★To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Delivering Carrier _____ Car or Vehicle Initials and No. _____

Collect on Delivery $ _____ And Remit to _____

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ (Signature of consignor.)

**C. O. D.** Charges to be Paid by
☐ Shipper   ☐ Consignee

If charges are to be prepaid, write or stamp here, "To be Prepaid."

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 7 btm | | 1/2" x 4' x 12' gypsum drywall @ 476 pcs. | 45,988 lbs | | |
| | | Customer P.O. 300313500 | | | |
| | | Load must be tarped | | | |

Received $ _____ to apply in prepayment of the charges on the property described hereon.

_____ Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)
Charges Advanced:

$ _____

† "The fibre containers used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Uniform Freight Classification and Rule 5 of the National Motor Freight Classification."
† Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

Steve Breeding
City Salvage
8-30-2006

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.
NOTE — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Pate Stevedore Co. Shipper, Per Dawn Davis

Permanent post-office address of shipper, _____

Per X _____ Agent

③

**EXHIBIT D**

**CitySalvage/TriStarNPS0040**

**THIS MEMORANDUM** is an acknowledgment that a Bill of Lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

Shipper's No. GCS 300-325/

Carrier's Name: FRANCIS POWELL ENT TRK 925

Carrier's No.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of lading,

at Port of Pensacola (Date) 9/21/06 FROM 720A S. Barracks St. Pensacola FL

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own railroad, water line, highway route or routes, or within the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in the Uniform Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address for purposes of notification only.)

Consigned TO Gulf Coast Shelter / City Salvage

On Collect on Delivery Shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1.

Destination 804 Limbert St. Street Laurel City

County MS State Zip

Route _____ Delivery Address ★ Larry Loftin 601-649-7150

(★To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Delivering Carrier _____ Car or Vehicle Initials and No. _____

Collect on Delivery $ _____ And Remit to _____

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of consignor.)

**C. O. D.** Charges to be Paid by
☐ Shipper   ☐ Consignee

If charges are to be prepaid, write or stamp here, "To be Prepaid."

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 7 | | Bdls 1/2 4X12 Sheetrock - B-Grade | 45988# | | |
| | | 476 pcs. | | | |
| | | Customer PO 300 3251 | | | |
| | | Steve Broadway - City Salvage | 9-22-2006 | | |
| | | Must Tarp Load | | | |
| | | Time: 11:45Am | | | |

Received $ _____ to apply in prepayment of the charges on the property described hereon.

_____
Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:

$ _____

† "The fibre containers used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Uniform Freight Classification and Rule 5 of the National Motor Freight Classification."
‡ Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

★ Rate Stevedore.

Shipper, Per _____

Per _____ Agent

Permanent post-office address of shipper,

**EXHIBIT D**

CitySalvage/TriStarNPS0041

③

# THIS MEMORANDUM is an acknowledgment that a Bill of Lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

Shipper's No. _____

Carrier's Name: Hor Nady 340/52-1903

Carrier's No. _____

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of lading,

at Port of Pensacola _____ (Date) 11-18-00 _____ FROM 720A South Barracks St Pensaco

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own railroad, water line, highway or routes, or within the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Bill of Lading set forth (1) in the Uniform Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

Consigned TO GCS

On Collect on Delivery Shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1.

(Mail or street address for purposes of notification only.)

Destination _____ Street Laurel _____ City _____

_____ County MS _____ State _____ Zip _____

Route _____

Delivery Address ★
(★To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Delivering Carrier _____ Car or Vehicle Initials and No. _____

Collect on Delivery $ _____ And Remit to _____

_____ Street _____ City _____ State _____

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 7 | | Bdls 12"x4'x12' SheetRock | 45,800 | lbs | |
| | | 476 Sheets - Damaged "As Is" | | | |
| | | Order #302070 | | | |
| | | Rate Stevedore | | | |
| | | Signed by: W Emmel | | | |
| | | MUST BE TARPED | | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.
NOTE — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Stephen Johnson Shipper, Per _____

Permanent post-office address of shipper, _____ Per Paul _____

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of consignor)

**C. O. D.** Charges to be Paid by
☐ Shipper   ☐ Consignee

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ _____ to apply in prepayment of the charges on the property described hereon.

_____
Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:

$ _____

† "The fibre containers used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Uniform Freight Classification and Rule 5 of the National Motor Freight Classification."

‡Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

3

**EXHIBIT D**

CitySalvage/TriStarNPS0042

**THIS MEMORANDUM** is an acknowledgment that a Bill of Lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

Shipper's No. _1904_

Carrier's Name: _PM Express 1900/1900_

Carrier's No.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of lading,

at _Port of Pensacola_ (Date) _11-19-08_ FROM _720A South Lonzaco St. Pensa_

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own railroad, water line, highway or routes, or within the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in the Uniform Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address for purposes of notification only.)

Consigned TO _GCS_

On Collect on Delivery Shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1.

Destination _____ Street _Laurel_ _____ City

_____ County _MS_ _____ State _____ Zip

Route _____ Delivery Address ★

(★To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Delivering Carrier _____ Car or Vehicle Initials and No. _____

Collect on Delivery $ _____ And Remit to _____

_____ Street _____ City _____ State

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 7 | | Bdls 1/2" x 4' x 12' Sheetrock | 45,800 | lbs | |
| | | 476 Sheets - Damaged "A-15" | | | |
| | | Order # 3020373 | | | |
| | | Kate Sturdivant | | | |
| | | Signed By (illegible) | | | |
| | | Must Be Tarped | | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.
NOTE — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per

Shipper, Per _Stephen Johnson_ _____

Permanent post-office address of shipper, _____ Per _____

③

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of consignor.)

**C. O. D.** Charges to be
Paid by
☐ Shipper   ☐ Consignee

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ _____ to apply in prepayment of the charges on the property described hereon.

_____
Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:

$ _____

† "The fibre containers used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Uniform Freight Classification and Rule 5 of the National Motor Freight Classification."
† Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

_____ A

**EXHIBIT D**

**CitySalvage/TriStarNPS0043**

THIS MEMORANDUM is an acknowledgment that a Bill of Lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

Shipper's No. _____

Carrier's Name: Universal Am-Can 3640123/4835

Carrier's No. _____

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of lading,

at Port of Pensacola _____ (Date) 11-14-06 FROM 700A South Barracks St Pensaw

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own railroad, water line, highway route or routes, or within the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in the Uniform Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address for purposes of notification only.)

Consigned TO GCS

On Collect on Delivery Shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1.

Destination _____ Street Laurel _____ City _____

County _____ MS State _____ Zip _____

Route _____ Delivery Address ★ _____

(★To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Delivering Carrier _____ Car or Vehicle Initials and No. _____

Collect on Delivery $ _____ And Remit to _____

Street _____ City _____ State _____

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 7 | | Bdls 1/2" x 4' x 12' Sheetrock | 45,800 | lbs | |
| | | 476 Sheets - Damaged "As Is" | | | |
| | | Order # 3020372 | | | |
| | | Pate Stevedore | | | |
| | | Signed By: W.J Omeod | | | |
| | | Must Be Tarped | | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.
NOTE — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of consignor.)

**C. O. D.** Charges to be Paid by
☐ Shipper ☐ Consignee

If charges are to be prepaid, write stamp here, "To be Prepaid."

Received $ _____ to apply in prepayment of the charges on the property described hereon.

_____
Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:

$ _____

† "The fibre containers used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Uniform Freight Classification and Rule 5 of the National Motor Freight Classification."
† Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

Shipper, Per _____ Agent _____

Permanent post-office address of shipper, _____

REDMAN

Per _____

③

**EXHIBIT D**

CitySalvage/TriStarNPS0044

**THIS MEMORANDUM** is an acknowledgment that a Bill of Lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

Shipper's No.

Carrier's Name: _CLF Transport  02/120_          Carrier's No.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

at _PORT of Pensacola_ (Date) _11-20-08_ FROM _12WA South Barracks St Pensacola_

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own railroad, water line, highway route or routes, or within the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in the Uniform Freight Classification in effect on the date hereof, if this is a rail-or-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

Consigned TO _GCS_

On Collect on Delivery Shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1.

(Mail or street address for purposes of notification only.)

Destination _____ Street _Laurel_ _____ City _____

_____ County _MS_ _____ State _____ Zip _____

Route _____

Delivery Address ★
(★To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Delivering Carrier _____ Car or Vehicle Initials and No. _____

Collect on Delivery $ _____ And Remit to _____

_____ Street _____ City _____ State _____

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ (Signature of consignor.)

**C. O. D.** Charges to be Paid by
☐ Shipper   ☐ Consignee

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ _____ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)
Charges Advanced:

$ _____

† "The fibre containers used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Uniform Freight Classification and Rule 5 of the National Motor Freight Classification."

‡ Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 1 | | Bdls ½" x 4' x 12' Sheetrock | 45,800 | lbs | |
| | | 476 Sheets - Damaged "As Is" | | | |
| | | Order # 3020374 | | | |
| | | Pate Stevedore | | | |
| | | Signed By W Femeral | | | |
| | | MUST BE TARPED | | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Shipper, Per _REDMAN_

Permanent post-office address of shipper, _____ Per _Barzell_          Agent

③

**EXHIBIT D**

**CitySalvage/TriStarNPS0045**

**THIS MEMORANDUM** is an acknowledgment that a Bill of Lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

Shipper's No.

Carrier's Name: Hornady 1302/A3-2162

Carrier's No.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of lading,

at Port of Pensacola _____ (Date) 11-24-08 _____ FROM Noa South Barracks St Pensacola

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own railroad, water line, highway route or routes, or within the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in the Uniform Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address for purposes of notification only.)

Consigned TO GCS

On Collect on Delivery Shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1.

Destination _____ Street Laurel _____ City

_____ County _____ State _____ Zip

Delivery Address ★

Route _____

(★To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Delivering Carrier _____ Car or Vehicle Initials and No. _____

Collect on Delivery $ _____ And Remit to _____

_____ Street _____ City _____ State

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 7 | | Bdls 1/2" x 4' x 12' Sheet Rock | 45,800 | lbs | |
| | | 476 Sheets Damaged "As Is" | | | |
| | | Order # 3020377 | | | |
| | | Rate Stevedore | | | |
| | | Signed By W.A. Orm | | | |
| | | MUST BE TARPED | | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of consignor.)

**C. O. D.** Charges to be
Paid by
☐ Shipper   ☐ Consignee

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ _____ to apply in prepayment of the charges on the property described hereon.

_____
Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:

$ _____

† "The fibre containers used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Uniform Freight Classification and Rule 5 of the National Motor Freight Classification."
‡ Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

_____ Shipper, Per _____

Permanent post-office address of shipper, REDMAX

Per _____

Agent

③

**EXHIBIT D**

CitySalvage/TriStarNPS0046

**THIS MEMORANDUM** is an acknowledgment that a Bill of Lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

Shipper's No.

Carrier's Name: Universal Hm-Con 3640/4828

Carrier's No.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

at PORT OF PENSACOLA (Date) 12-1-08 FROM 720A S. BARRACKS ST., PENSACOLA, FL

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own railroad, water line, highway or routes, or within the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in the Uniform Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address for purposes of notification only.)

Consigned TO C/O GCS

On Collect on Delivery Shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1.

Destination _____ Street Laurel _____ City

_____ County_____ State MS _____ Zip

Route_____

Delivery Address ★
(★To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Delivering Carrier _____ Car or Vehicle Initials and No. _____

Collect on Delivery $ _____ And Remit to _____

_____ Street_____ City_____ State

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and other lawful charges.

_____
(Signature of consignor.)

**C. O. D.** Charges to be Paid by
☐ Shipper  ☐ Consignee

If charges are to be prepaid, write or stamp here, "To be Prepaid."

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 7 | | BDLS 1/2" 4' X 12' SHEETROCK - DAMAGED "AS IS" | 45,800 LBS | | |
| | | 476 SHEETS | | | |
| | | ORDER NO. 302 0381 | | | |
| | | PATE STEVEDORE | | | |
| | | SIGNED BY: W.J. _____ | | | |
| | | ★★★★★★★★★MUST BE TARPED ★★★★★★★★★★ | | | |

Received $ _____ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:

$ _____

†"The fibre containers used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all requirements of Rule 41 of the Uniform Freight Classification and Rule 5 of the National Motor Freight Classification."
†Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

per

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

Stephen Phas Shipper, Per_____

Agent, Per

Permanent post-office address of shipper,

Per _____

③

**EXHIBIT D**

**CitySalvage/TriStarNPS0047**

**THIS MEMORANDUM** is an acknowledgment that a Bill of Lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

Shipper's No. _____

Carrier's Name: ROBINSON TS/TOYA                                    Carrier's No. _____

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of lading,

at Port of Pensacola _____ (Date) 11-21-08 **FROM** 1200 South Barracks St Pensacola F

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own railroad, water line, highway route or routes, or within the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in the Uniform Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address for purposes of notification only.)

Consigned TO GCS

On Collect on Delivery Shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1.

Destination _____ Street Laurel _____ City

_____ County M S State _____ Zip

Route _____

Delivery ★
Address

(★To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Delivering Carrier _____ Car or Vehicle Initials and No. _____

Collect on Delivery $ _____ And Remit to _____

_____ Street _____ City _____ State

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 7 | | Rolls 12" x 4' x 12' Sheetrock | 45,800 | 155 | |
| | | 476 Sheets - Damaged "As Is" | | | |
| | | Order # 30203 75 | | | |
| | | Pole Structure | | | |
| | | Signed By W7Oennel | | | |
| | | MUST BE TARPED | | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.
NOTE.—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of consignor.)

**C. O. D.** Charges to be
Paid by
☐ Shipper   ☐ Consignee

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ _____ to apply in prepayment of the charges on the property described hereon.

_____
Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:

$ _____
† The fibre containers used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Uniform Freight Classification and Rule 5 of the National Motor Freight Classification."
‡ Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

_____ Shipper, Per _____                                  Agent

Permanent post-office address of shipper, _____                          Per _____

Steve Broadway - City Judge 11-24-2008

**EXHIBIT D**

CitySalvage/TriStarNPS0048

**THIS MEMORANDUM** is an acknowledgment that a Bill of Lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

Shipper's No. _____

Carrier's Name: Hornady 1301/52 1967

Carrier's No. 40074310

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of lading,

at PORT OF PENSACOLA _____ (Date) 12-02-08 FROM 720A S. BARRACKS ST. PENSACOLA, FL

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own railroad, water line, highway route or routes, or within the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any-time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in the Uniform Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address for purposes of notification only.)

Consigned TO C/O GCS

On Collect on Delivery Shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1.

Destination _____ Street Laurel _____ City

_____ County _____ State MS Delivery Address ★ _____ Zip

Route _____

(★To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Delivering Carrier _____ Car or Vehicle Initials and No. _____

Collect on Delivery $ _____ And Remit to _____

_____ Street _____ City _____ State

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 7 | | BDLS 1/2" 4' X 12' SHEETROCK - DAMAGED "AS IS" | 45,800 LBS | | |
| | | 476 SHEETS | | | |
| | | ORDER NO. ROJO383 | | | |
| | | PATE STEVEDORE | | | |
| | | SIGNED BY (W. Pimento) | | | |
| | | ~~~~~~~MUST BE TARPED~~~~~~~ | | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.
NOTE — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

_____ Shipper, Per _____

Permanent post-office address of shipper, _____

Per _____ Agen

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of consignor.)

**C. O. D.** Charges to be Paid by
☐ Shipper   ☐ Consignee

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ _____ to apply in prepayment of the charges on the property described hereon.

_____
Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:

$ _____

† "The fibre containers used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Uniform Freight Classification and Rule 5 of the National Motor Freight Classification."
† Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

**EXHIBIT D**

CitySalvage/TriStarNPS0049

THIS SHIPPING ORDER must be legibly filled in, in ink, in indelible Pencil, or in Carbon, and retained by the Agent.

Case 2:09-md-02047-EEF-MBN   Document 18391-1   Filed 02/25/15   Page 52 of 67

Shipper's No.

Carrier's Name: Harward 1387/52-1903

Carrier's No.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of lading,

at PORT OF PENSACOLA . (Date) 12-2-08 FROM 720A S. BARRACKS ST., PENSACOLA, FL

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below, which said company (the word company being under throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own railroad, water line, highway or routes, or within the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of all property over all or any part of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic S Bill of Lading set forth (1) in the Uniform Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier ship Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this ship and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address for purposes of notification only.)

Consigned TO C/O GCS

On Collect on Delivery Shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1.

-Destination_____ Street Laurel City_____

_____County_____ MS State_____ Zip_____

Delivery Address ★

Route_____

(★To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Delivering Carrier_____ Car or Vehicle Initials and No. _____

Collect on Delivery $ _____ And Remit to _____

_____ Street _____ City_____ State

Subject to Section 7 of conditions, if this ment is to be delivered to the consignee w recourse on the consignor, the consignor sign the following statement:
The carrier shall not make delivery of shipment without payment of freight an other lawful charges.

_____
(Signature of consignor.)

C. O. D. Charges to be
Paid by
☐ Shipper   ☐ Consignee

If charges are to be prepaid, wri stamp here, "To be Prepaid:"

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 7 | | BDLS 1/2" 4' X 12' SHEETROCK - DAMAGED "AS IS" | 45,800 LBS | | |
| | | 476 SHEETS | | | |
| | | ORDER NO. 3020382 | | | |
| | | PATE STEVEDORE | | | |
| | | SIGNED BY W JComeod | | | |
| | | ***** MUST BE TARPED ************ | | | |

Received $ _____ to ap in prepayment of the charges on property described hereon.

Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)

Charger Advanced:

$ _____

† "The fibre containers used for this sh conform to the specifications set forth i box maker's certificate thereon, and all requirements of Rule 41 of the Uniform I Classification and Rule 5 of the National Freight Classification."
‡ Shipper's imprint in lieu of stamp; not of bill of lading approved by the Int Commerce Commission.

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

_____ Shipper, Per _____ REDMEX

Permanent post-office address of shipper,

☞ Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

2

**EXHIBIT D**

**CitySalvage/TriStarNPS0050**

THIS MEMORANDUM is an acknowledgment that a Bill of Lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

Shipper's No. _____

Carrier's Name: Hornady 1299/A2-2152

Carrier's No. _____

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of lading,

at PORT OF PENSACOLA (Date) 11-25-08 FROM 720A S. BARRACKS ST., PENSACOLA, FL

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own railroad, water line, highway route or routes, or within the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in the Uniform Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address for purposes of notification only.)

Consigned TO C/O GCS

On Collect on Delivery Shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1.

Destination _____ Street Laurel _____ City

County _____ State MS _____ Zip

Route _____

Delivery ★ Address
(★To be filled in only when shipper desires and governing tariffs provide for delivery thereof.)

Delivering Carrier _____ Car or Vehicle Initials and No. _____

Collect on Delivery $ _____ And Remit to _____

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of consignor.)

C. O. D. Charges to be
Paid by
☐ Shipper    ☐ Consignee

If charges are to be prepaid, write or stamp here, "To be Prepaid."

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 7 | | BDLS 1/2" 4'X 12' SHEETROCK - DAMAGED "AS IS" | 45,800 LBS | | |
| | | 476 SHEETS | | | |
| | | ORDER NO. 302838 | | | |
| | | PATE STEVEDORE | | | |
| | | SIGNED BY: (W) Smith | | | |
| | | ************ MUST BE TARPED ************ | | | |

Received $ _____ to apply in prepayment of the charges on the property described hereon.

_____
Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:

$ _____

† "The fibre containers used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Uniform Freight Classification and Rule 5 of the National Motor Freight Classification."
† Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.
NOTE — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Shipper, Per REDMAN

Per _____ Agent

Permanent post-office address of shipper,

③

**EXHIBIT D**

CitySalvage/TriStarNPS0051

**THIS MEMORANDUM** is an acknowledgment that a Bill of Lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

Shipper's No. _____

Carrier's Name: _Normudy 1302/ Ad 262_

Carrier's No. _____

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of lading,

at ___PORT OF PENSACOLA___ (Date) _1/2/0?_ FROM _720A S. BARRACKS ST., PENSACOLA, FL_

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own railroad, water line, highway route or routes, or within the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address for purposes of notification only.)

Consigned **TO** _C/O GCS_

On Collect on Delivery Shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1.

Destination _____ Street _Laurel_ City _____

County _____ _MS_ State _____ Zip _____

Route _____

Delivery Address ★

(★To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Delivering Carrier _____ Car or Vehicle Initials and No. _____

Collect on Delivery $ _____ And Remit to _____

Subject to Section 7 of conditions, if this shipment, is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ (Signature of consignor.)

**C. O. D.** Charges to be
- Paid by
☐ Shipper   ☐ Consignee

If charges are to be prepaid, write or stamp here, "To be Prepaid."

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 7 | | BDLS 1/2" 4' X 12' SHEETROCK - DAMAGED "AS IS" | 45,800 LBS | | |
| | | 476 SHEETS | | | |
| | | ORDER NO. 2020379 | | | |
| | | PATE STEVEDORE | | | |
| | | SIGNED BY: W. _____ | | | |
| | | ********MUST BE TARPED ******** | | | |

Received $ _____ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:

$ _____

† The fibre containers used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Uniform Freight Classification and Rule 5 of the National Motor Freight Classification.
‡ Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Shipper, Per _REDMAN_

Permanent post-office address of shipper, _____

Per _____

Agent _____

③

**EXHIBIT D**

CitySalvage/TriStarNPS0052

THIS SHIPPING ORDER must be legibly filled in, in Ink, in Indelible Pencil, or in Carbon, and retained by the Agent.

Case 2:09-md-02047-EEF-MBN   Document 18391-1   Filed 02/25/15   Page 55 of 67

_____

Carrier's Name: Hornady 1485 / 52 1943

Carrier's No. _____

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of lading,

at PORT OF PENSACOLA, _____ (Date) 12-3-08 FROM 720A S. BARRACKS ST., PENSACOLA, FL

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own railroad, water line, highway route or routes, or within the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in the Uniform Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address for purposes of notification only.)

Consigned TO C/O GCS

On Collect on Delivery Shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1.

-Destination_____ Street Laurel _____ City

_____ County MS _____ Delivery ★ State _____ Zip

Route_____ Address ★

(★To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Delivering Carrier _____ Car or Vehicle Initials and No. _____

Collect on Delivery $ _____ And Remit to _____

_____ Street _____ City _____ State

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of consignor.)

C. O. D. Charges to be
Paid by
☐ Shipper   ☐ Consignee

If charges are to be prepaid, write or stamp here, "To be Prepaid."

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 7 | | BDLS 1/2" 4 X 12' SHEETROCK - DAMAGED "AS IS" | 45,800 LBS | | |
| | | 476 SHEETS | | | |
| | | ORDER NO. 3020384 | | | |
| | | PATE STEVEDORE | | | |
| | | SIGNED BY W. Amwood | | | |
| | | ******* MUST BE TARPED ************* | | | |

Received $ _____ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:

$ _____

† *The fibre containers used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Uniform Freight Classification and Rule 5 of the National Motor Freight Classification."
‡ Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.
NOTE — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Stephen Johnson Shipper, Per _____

Permanent post-office
address of shipper, _____

☞ Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

**EXHIBIT D**

CitySalvage/TriStarNPS0053

**THIS SHIPPING ORDER** must be legibly filled in, in Ink, in Indelible Pencil, or in Carbon, and retained by the agent.

Carrier's Name: Robinson 102/101-A

Carrier's No.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of lading,

at PORT OF PENSACOLA, (Date) 12-3-08 FROM 720A S. BARRACKS ST., PENSACOLA, FL

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own railroad, water line, highway route or routes, or within the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in the Uniform Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address for purposes of notification only.)

Consigned TO C/O GCS

On Collect on Delivery Shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1.

Destination _____ Street Laurel City

_____ County MS Delivery State _____ Zip
Address ★
Route _____
(★To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Delivering Carrier _____ Car or Vehicle Initials and No. _____

Collect on Delivery $ _____ And Remit to _____

_____ Street _____ City _____ State

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ (Signature of consignor.)

**C. O. D.** Charges to be Paid by ☐ Shipper ☐ Consignee

If charges are to be prepaid, write or stamp here, "To be Prepaid."

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 7 | | BDLS 1/2" 4' X 12' SHEETROCK - DAMAGED "AS IS" | 45,800 LBS | | |
| | | 476 SHEETS | | | |
| | | ORDER NO. 3020385 | | | |
| | | PATE STEVEDORE | | | |
| | | SIGNED BY William J Dimeo | | | |
| | | ************MUST BE TARPED ************** | | | |

Received $ _____ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:

$ _____

†―The fibre containers used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Uniform Freight Classification and Rule 5 of the National Motor Freight Classification."
† Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.
NOTE —Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

_____ Shipper, Per _____ REDMAN

Permanent post-office address of shipper,

☞ Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

2

**EXHIBIT D**

CitySalvage/TriStarNPS0054

**THIS MEMORANDUM** is an acknowledgment that a Bill of Lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

Shipper's No.

Carrier's Name: HOINADU  1301/52 1967

Carrier's No. H0074677

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

at PORT OF PENSACOLA _____ (Date) 12-4-08 _____ FROM 720A S. BARRACKS ST., PENSACOLA, FL

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own railroad, water line, highway route or routes, or within the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in the Uniform Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address for purposes of notification only.)

Consigned TO _____ C/O GCS

On Collect on Delivery Shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1.

Destination _____ Street Laurel _____ City

_____ County _____ Delivery Address MS _____ State _____ Zip

Route _____ (★To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Delivering Carrier _____ Car or Vehicle Initials and No. _____

Collect on Delivery $ _____ And Remit to _____

_____ Street _____ City _____ State

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of consignor.)

**C. O. D.** Charges to be Paid by
☐ Shipper   ☐ Consignee

If charges are to be prepaid, write or stamp here, "To be Prepaid."

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 7 | | BDLS 1/2" 4' X 12' SHEETROCK - DAMAGED "AS IS" | 45,800 LBS | | |
| | | 476 SHEETS | | | |
| | | ORDER NO: 302 0387 | | | |
| | | PATE STEVEDORE | | | |
| | | SIGNED BY: | | | |
| | | *******MUST BE TARPED ******* | | | |

Received $ _____ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per _____
(The signature here acknowledges only the amount advanced.)

Charges Advanced:

$ _____

† The fibre containers used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Uniform Freight Classification.
† Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.
NOTE —Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Stephen Johnson _____ Shipper, Per _____

_____ Agent

Permanent post-office address of shipper, _____ Per _____

③

**EXHIBIT D**

**CitySalvage/TriStarNPS0055**

THIS MEMORANDUM is an acknowledgment that a Bill of Lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

Shipper's No. _____

Carrier's Name: ALL Nation 367/35

Carrier's No. _____

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of lading,

at PORT OF PENSACOLA (Date) 12-5-06 FROM 720A S. BARRACKS ST., PENSACOLA, FL

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own railroad, water line, highway route or routes, or within the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in the Uniform Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address for purposes of notification only.)

Consigned TO _____ C/O GCS

On Collect on Delivery Shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1.

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of consignor.)

Destination _____ Street Laurel City _____

County _____ M State _____ Zip _____

Delivery ★ Address

Route _____

(★To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Delivering Carrier _____ Car or Vehicle Initials and No. _____

C.O.D. Charges to be Paid by
☐ Shipper ☐ Consignee

Collect on Delivery $ _____ And Remit to _____

If charges are to be prepaid, write or stamp here. "To be Prepaid."

Street _____ City _____ State _____

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 7 | | BDLS 1/2" 4' X 12' SHEETROCK - DAMAGED "AS IS" | 45,800 LBS | | |
| | | 476 SHEETS | | | |
| | | ORDER NO. 3020386 | | | |
| | | PATE STEVEDORE | | | |
| | | SIGNED BY [signature] | | | |
| | | *********MUST BE TARPED ************ | | | |

Received $ _____ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:

$ _____

† The fibre containers used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Uniform Freight Classification and Rule 5 of the National Motor Freight Classification.
† Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Stephen Johnson Shipper, Per _____ _____ Agent

Permanent post-office address of shipper, _____ Per _____

3

EXHIBIT D

CitySalvage/TriStarNPS0056

THIS MEMORANDUM is an acknowledgment that a Bill of Lading has been issued and is not the Original Bill of Lading, nor ...

Carrier's Name: Hornady 1791 SA-9677

Carrier's No.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

at PORT OF PENSACOLA _____ (Date) 12-8-08 FROM 720A S BARRACKS ST, PENSACOLA, FL

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own railroad, water line, highway route or-routes, or within the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said-route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in the Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address for purposes of notification only.)

Consigned TO CO GCS

On Collect on Delivery Shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1.

Destination _____ Street Laurel _____ City

County _____ MS State _____ Zip

Route _____ Delivery Address ★

(★To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Delivering Carrier _____ Car or Vehicle Initials and No. _____

Collect on Delivery $ _____ And Remit to _____

_____ Street _____ City _____ State

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 7 | | BDLS 1/2" 4' X 12' SHEETROCK - DAMAGED "AS IS" | 45,800 LBS | | |
| | | 476 SHEETS | | | |
| | | ORDER NO. 3020389 | | | |
| | | PATE STEVEDORE | | | |
| | | SIGNED BY William Omyou | | | |
| | | ***** MUST BE TARPED ***** | | | |

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ (Signature of consignor.)

C. O. D. Charges to be Paid by
☐ Shipper ☐ Consignee

If charges are to be prepaid, write or stamp here. "To be Prepaid."

Received $ _____ to apply in prepayment of the charges on the property described hereon.

_____ Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:

$ _____

† The fibre containers used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Uniform Freight Classification and Rule 5 of the National Motor Freight Classification.
†Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

_____ Shipper, Per _____ Agent

Permanent post-office address of shipper, Stephen Johnson Per W Dingan

3

**EXHIBIT D**

**CitySalvage/TriStarNPS0057**

THIS MEMORANDUM is an acknowledgment that a Bill of Lading has been issued and is not the Original Bill of Lading, nor ~~covers~~ duplicate, covering the property named herein, and is intended solely for filing or record.

Shipper's No.

Carrier's No.

Carrier's Name: Hornady 1267 SA 2006

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of lading,

at PORT OF PENSACOLA _____ (Date) 12-8-08 _____ FROM 720A S. BARRACKS ST, PENSACOLA, FL

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own railroad, water line, highway route, or routes, or within the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in the Uniform Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address for purposes of notification only.)

Consigned TO C/O GCS

On Collect on Delivery Shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1.

Destination _____ Street Laurel _____ City

County _____ M _____ State _____ Zip

Route _____ Delivery ★ Address (★To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Delivering Carrier _____ Car or Vehicle Initials and No. _____

Collect on Delivery $ _____ And Remit to _____

_____ Street _____ City _____ State

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of consignor.)

C. O. D. Charges to be
Paid by
☐ Shipper   ☐ Consignee

If charges are to be prepaid, write or stamp here, "To be Prepaid."

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 7 | | BDLS 1/2" 4'X12' SHEETROCK - DAMAGED "AS IS" | 45,800 LBS | | |
| | | 476 SHEETS | | | |
| | | ORDER NO. 3020388 | | | |
| | | PATE STEVEDORE | | | |
| | | SIGNED BY: W. J. Amacel | | | |
| | | *******MUST BE TARPED******* | | | |

Received $ _____ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:

$ _____

† *The fibre containers used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Uniform Freight Classification and Rule 5 of the National Motor Freight Classification."
† Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.
NOTE — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

per

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

_____ Shipper, Per _____

Permanent post-office address of shipper,

Per _____

3

**EXHIBIT D**

**CitySalvage/TriStarNPS0058**

THIS SHIPPING ORDER must be legibly filled in, in ink, in indelible Pencil, or in Carbon, and retained by the Agent.

Shipper's No. _____

Carrier's Name: Hornady     1320 / SA - 2112

Carrier's No. _____

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of lading,

at **PORT OF PENSACOLA** _____ (Date) **12-9-08** ___ **FROM** **720A S. BARRACKS ST., PENSACOLA, FL**

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own railroad, water line, highway route or routes, or within the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in the Uniform Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address for purposes of notification only.)

Consigned TO ___ **C/O GCS** _____

On Collect on Delivery Shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1.

-Destination_____ Street **Laurel** _____ City_____

_____County_____ State_____ Zip_____

Route_____

Delivery Address ★
(★To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Delivering Carrier _____ Car or Vehicle Initials and No. _____

Collect on Delivery $ _____ And Remit to _____

_____Street_____ City_____ State_____

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of consignor.)

**C. O. D.** Charges to be Paid by
☐ Shipper   ☐ Consignee

If charges are to be prepaid, write or stamp here, "To be Prepaid★"

| No. Packages | H.M. | Kind of Package, Description of Articles, Special Marks, and Exceptions | *Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 7 | | BDLS 1/2" 4' X 12' SHEETROCK - DAMAGED "AS IS" | 45,800 LBS | | |
| | | 476 SHEETS | | | |
| | | ORDER NO. 3020391 | | | |
| | | PATE STEVEDORE | | | |
| | | SIGNED BY: | | | |
| | | ★★★★★★★★★ MUST BE TARPED ★★★★★★★★★★★★ | | | |

Received $ _____ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier _____

Per _____
(The signature here acknowledges only the amount prepaid.)

Charger Advanced:

$ _____

† "The fibre containers used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Uniform Freight Classification and Rule 5 of the National Motor Freight Classification."
† Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.
NOTE —Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

per

_____ Shipper, Per_____ **REDMAN**

Permanent post-office address of shipper,

☞ Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

2

**EXHIBIT D**

**CitySalvage/TriStarNPS0059**

DEC-13-2006 04:32 AM   MAGA MATERIAL SUPPLY     205 982 0594            P.08

$\mathcal{M}_{\mathcal{M}}$

**MAGA Material**
**Supply, Inc.**
542 McGuire Rd
Pelham, AL 35124

Office (205) 982-1776
Fax (205) 982-0594
Email kr371@bellsouth.net

*POSTED*

Maga Material Supply, Inc.

542 McGuire Rd
Pelham, Al 35124
Phone: 205-982-1776
Fax:   205-982-0594

*RB-23*
*Truck #9*

## Invoice

| DATE | INVOICE # |
|------|-----------|
| 12/11/2006 | RB2033062 |

*Snead Doors*
*Inv# TS3997*
*$2546.80*

**BILL TO**

H Star
200 East 13th St
Laurel, Ms 32440
Atten: Bruce Austin

| P.O. NO. | TERMS | PROJECT |
|----------|-------|---------|
| TS3997 | Net 10 days | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 476 | 1/2" 4x12 sheetrock chinese 10-20 percent damage "as is" Pensacola, Fl P/U # RB23 | 3.90 | 1,856.40 |

Thank you for your business

| | **Total** | $1,856.40 |

**EXHIBIT D**

CitySalvage/TriStarNPS0060

# TRI-STAR SALVAGE & SALES INC.

PO BOX 6524
LAUREL, MS 39440
Phone # 800-340-6710
Fax # 601-649-1183

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/3/2007 | TS3997 |

| Bill To | Ship To |
|---------|---------|
| SNEAD DOORS<br>185 RICHMAN DR.<br>SNEAD, AL 35952 | 102 LACKEY ST.<br>BOAZ, AL 35957 |

| P.O. Number | Terms | Due Date | Rep | Ship | Via |
|-------------|-------|----------|-----|------|-----|
| VERBAL JR | NET 15 DAYS | 1/18/2007 | BA | 1/3/2007 | SOUTHERN B... |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 476 | misc | 4 X 12 X 1/2 SHEET ROCK (10-15% DAMAGE) | 4.30 | 2,046.80 |
| 1 | FREIGHT | FREIGHT | 500.00 | 500.00 |

| | | | **Total** | $2,546.80 |

**EXHIBIT D**

**CitySalvage/TriStarNPS0061**

01/03/2007  09:16     601-649-1183              TRI STAR                    PAGE  02/04

DEC-13-2006 04:33 AM   MAGA MATERIAL SUPPLY        205 982 0594              P.10

### MAGA Material Supply, Inc.

542 McGuire Rd
Pelham, AL 35124

Office (205) 982-1776
Fax (205) 982-0594
Email kr371@bellsouth.net

POSTED

# Invoice

Maga Material Supply, Inc.

542 McGuire Rd
Pelham, Al 35124
Phone: 205-982-1776
Fax:   205-982-0594

RB-24
Truck #10

| DATE | INVOICE # |
|------|-----------|
| 12/11/2006 | RB2033064 |

**BILL TO**

Tri Star
200 East 13th St
Laurel, Ms 32440
Attn: Bruce Austin

Snead Doors
Inv# TS3998
$2546.80

| P.O. NO. | TERMS | PROJECT |
|----------|-------|---------|
| TS3998 | Net 10 days | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 476 | 1/2" 4x12 sheetrock chinese. 10-20 percent damage "as is" Pensacola, Fl P/U # RB24 | 3.90 | 1,856.40 |

Thank you for your business.

EXHIBIT D

CitySafeTriStarNPS0062

**Total** 1,856.40

# TRI-STAR SALVAGE & SALES INC.

## Invoice

PO BOX 6524
LAUREL, MS 39440
Phone # 800-340-6710
Fax # 601-649-1183

| Date | Invoice # |
|------|-----------|
| 1/3/2007 | TS399R |

**Bill To**

SNEAD DOORS
180 RICHMAN DR.
SNEAD, AL 35952

**Ship To**

102 LACKEY ST.
BOAZ, AL 35957

| P.O. Number | Terms | Due Date | Rep | Ship | Via |
|-------------|-------|----------|-----|------|-----|
| VERBAL JR | NET 15 DAYS | 1/18/2007 | BA | 1/3/2007 | SOUTHERN B... |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 476 | misc | 4 X 12 X 1/2 SHEET ROCK (10-15% DAMAGE) | 4.30 | 2,046.80 |
| 1 | FREIGHT | FREIGHT | 500.00 | 500.00 |

| **Total** | **$2,546.80** |
|-----------|---------------|

**EXHIBIT D**

CitySalvage/TriStarNPS0063

01/03/2007  09:14   601-649-1103          TRI STAR                    PAGE  02/04

DEC-12-2006 04:31 AM   MAGA MATERIAL SUPPLY      205 982 0594          P.06

# M M

**MAGA Material Supply, Inc.**
542 McGuire Rd
Pelham, AL 35124

Office (205) 982-1776
Fax (205) 982-0594
Email kr371@bellsouth.net

POSTED

Maga Material Supply, Inc.

542 McGuire Rd
Pelham, Al 35124
Phone: 205-982-1776
Fax:   205-982-0594

RB-22
Truck #8

## Invoice

| DATE | INVOICE # |
|------|-----------|
| 12/11/2006 | RB2613062 |

Snead Doors
Inv # T53996
$2546.80

**BILL TO**

Tri Star
700 East 13th St
Laurel, Ms 32440
Atten: Bruce Austin

| P.O. NO. | TERMS | PROJECT |
|----------|-------|---------|
| T53996 | Net 10 days | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 475 | 1/2" 4x12 sheetrock chinese.  10-20 percent damage "as is"  Pensacola, Fl  P/U # RB22 | 3.90 | 1,836.40 |

|  |  | **Total** | $1,856.40 |

Thank you for your business

**EXHIBIT D**

**CitySalvage/TriStarNPS0064**

# Invoice

PO BOX 6524
LAUREL, MS 39440
Phone # 800-340-6710
Fax # 601-649-1183

| Date | Invoice # |
|---|---|
| 1/3/2007 | TS3996 |

**Bill To**

SNEAD DOORS
180 RICHMAN DR.
SNEAD, AL 35952

**Ship To**

102 LACKEY ST.
BOAZ, AL 35957

| P.O. Number | Terms | Due Date | Rep | Ship | Via |
|---|---|---|---|---|---|
| VERBAL JR | NET 15 DAYS | 1/18/2007 | BA | 1/3/2007 | SOUTHERN B... |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 476 | misc | 4 X 12 X 1/2 SHEET ROCK (10-15% DAMAGE) | 4.30 | 2,046.80 |
| 1 | FREIGHT | FREIGHT | 500.00 | 500.00 |

**Total**  $2,546.80

**EXHIBIT D**

**CitySalvage/TriStarNPS0065**