# Robert Shreve

| | |
|---|---|
| **From:** | S. Wesley Pipes <wesley@pipeshudsonwatts.com> |
| **Sent:** | Monday, February 16, 2015 1:13 PM |
| **To:** | Danny Collier |
| **Cc:** | Robert Shreve; Emily Brasier; Bill Watts |
| **Subject:** | RE: Collins & Herrington v Ace Home Center v Pate/Pensacola |

Danny, that is fine with us.  As long as we get it prior to the hearing.


S. Wesley Pipes
Pipes Hudson & Watts, LLP
P. O. Box 989
Mobile, AL 36601
251-432-7200 telephone
251-432-0073 facsimile
wesley@pipeshudsonwatts.com

CONFIDENTIAL NOTE:  This e-mail is intended for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure, dissemination, distribution, and copying of this e-mail or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivery of the message to the intended recipient is prohibited.  If you have received this e-mail in error, please notify the sender by replying to this message or by calling 251-432-7200.  Destroy the original message and all copies.  Thank you.

---

**From:** Danny Collier [mailto:DCollier@lchclaw.com]
**Sent:** Monday, February 16, 2015 1:06 PM
**To:** S. Wesley Pipes
**Cc:** Robert Shreve; Emily Brasier
**Subject:** Collins & Herrington v Ace Home Center v Pate/Pensacola
**Importance:** High

Wesley,

Today we will file ACH's Response to Pate/PSC's Motion to Dismiss (re personal jurisdiction); today, instead of tomorrow's deadline, given Mardi Gras Holiday.   Some documents we received per non-party subpoena will support the response.  We have outstanding a records custodian's affidavit from City Salvage/Tri Star Salvage.  If the affidavit does not come in today by the time we file our response, can we get an agreement from you to supplement same prior to the hearing date; instead of us having to move for another continuance just for an affidavit (which merely authenticates and establishes business record exception to hearsay rule)?  Thank you.

Regards,

Danny

**EXHIBIT E**



http://lchclaw.com/our-attorneys/danny-collier/

This email may contain information that is confidential, privileged, or protected.  The contents of this email are intended only for the recipient(s) listed above. If you are not the intended recipient and have received this message in error, please alert the sender and immediately destroy this message without copying, retaining, using or forwarding any part of this message or its attachments.

**EXHIBIT E**