# Robert Shreve

| | |
|---|---|
| **From:** | Danny Collier |
| **Sent:** | Tuesday, February 24, 2015 5:10 PM |
| **To:** | S. Wesley Pipes (wesley@pipeshudsonwatts.com) |
| **Cc:** | Emily Brasier; Robert Shreve |
| **Subject:** | Collins/Herrington v AHC v Pate & Pensacola Stevedores; City Salvage - Signed affidavit |
| **Attachments:** | img569.jpg; img570.jpg; Danny J  Collier  Jr .vcf |

Wesley,

Attached is a copy of the records custodian affidavit from City Salvage/Tristar concerning 65 of the documents we filed in support of the Opposition to Pate/PSC's Motion to Dismiss.  I cannot supplement the record today because my assistant had to leave early on a personal matter.  We will file same first thing in the morning.  We appreciate your courtesy in having extended the additional time for this evidentiary hurdle.  See you tomorrow.

Regards,

Danny



http://lchclaw.com/our-attorneys/danny-collier/

This email may contain information that is confidential, privileged, or protected.  The contents of this email are intended only for the recipient(s) listed above. If you are not the intended recipient and have received this message in error, please alert the sender and immediately destroy this message without copying, retaining, using or forwarding any part of this message or its attachments.

**EXHIBIT F**