In re: Chinese-Manufactured Drywall Products Liability Litigation



Service of Process by

# APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 133483-0006

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--The Bank of New York Mellon Corporation, through J.
Kevin McCarthy, Senior Executive Vice President and
General Counsel
Court Case No. MDL 2047

HERMAN, HERMAN, ET AL

M Lillian Flemming
820 O'Keefe Ave.
New Orleans, LA 70113-1116

State of: __New York__ ) ss.
County of: __Suffolk__ )

| | |
|---|---|
| Name of Server: | __Raed Ibrahim__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action: |
| Date/Time of Service: | that on the __18__ day of __February__, 20 __15__, at __2:32__ o'clock __p__ M |
| Place of Service: | at __One Wall Street__, in __New York, NY 10286__ |
| Documents Served: | the undersigned served the documents described as: Subpoena to Testify at a Deposition in a Civil Action; Witness Fee |
| Service of Process on: Person Served, and Method of Service: | A true and correct copy of the aforesaid document(s) was served on: The Bank of New York Mellon Corporation, through J. Kevin McCarthy, Senior Executive Vice President and General Counsel By delivering them into the hands of an officer or managing agent whose name and title is: __Marchela Boyd, authorized agent__ |
| Description of Person Receiving Documents: | The person receiving documents is described as follows: Sex __f__ : Skin Color __black__ : Hair Color __black__ : Facial Hair ____ Approx. Age __36-50__ : Approx. Height __5'4"-5'8"__ Approx. Weight __131-160__ [ ] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |

Signature of Server:

Undersigned declares under penalty of perjury
that the foregoing is true and correct.

Signature of Server
Raed Ibrahim
APS International, Ltd.

Subscribed and sworn to before me this
18 day of February, 20 15

Notary Public          (Commission Expires)

BARBARA L. GILLIS
Notary Public State of New York
No. 01GI6624187
Qualified in Suffolk County
Commission Expires May 23, 2015