In re: Chinese-Manufactured Drywall Products Liability Litigation



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 133483-0007

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Citigroup, Inc., through Rohan Weerasinghe, General Counsel and Corporate Secretary
Court Case No. MDL 2047

HERMAN, HERMAN, ET AL
M Lillian Flemming
820 O'Keefe Ave.
New Orleans, LA 70113-1116

State of: **New York** ) ss.
County of: **Suffolk** )

Name of Server: **Husam Al-Atrash**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **19** day of **February**, 20 **15**, at **1:32** o'clock **P** M

Place of Service: at **One Court Square** in **Long Island City, NY** 11101

Documents Served: the undersigned served the documents described as:
Subpoena to Testify at a Deposition in a Civil Action; Witness Fee

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
Citigroup, Inc., through Rohan Weerasinghe, General Counsel and Corporate Secretary
By delivering them into the hands of an officer or managing agent whose name and title is: **Bik Yingng, authorized agent**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **f** ; Skin Color **Yellow** ; Hair Color **black** ; Facial Hair _____
Approx. Age **35** ; Approx. Height **5'3"** ; Approx. Weight **100**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server
Husam Al-Atrash
APS International, Ltd.

Subscribed and sworn to before me this **19** day of **February**, 20 **15**

Notary Public          (Commission Expires)

BARBARA L. GILLIS
Notary Public State of New York
No. 01G1624187
Qualified in Suffolk County
Commission Expires May 23, 2015