In re: Chinese-Manufactured Drywall Products Liability Litigation

Service of Process by



**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  133483-0015

## AFFIDAVIT OF SERVICE -- Corporate

HERMAN, HERMAN, ET AL

M Lillian Flemming
820 O'Keefe Ave.
New Orleans, LA  70113-1116

Service of Process on:
—Wal-Mart Stores, Inc., through Karen Roberts, Executive
Vice President and General Counsel
Court Case No. MDL 2047

State of: _Arkansas_ ) ss.
County of: _Benton_ )

Name of Server: _Roger White_, undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action:

Date/Time of Service:  that on the _23rd_ day of _February_, 20 _15_, at _12:45_ o'clock _P_ M

Place of Service:  at  702 SW 8th Street , in  Bentonville, AR  72716-8611

Documents Served:  the undersigned served the documents described as:
**Subpoena to Testify at a Deposition in a Civil Action; Witness Fee**

Service of Process on:  A true and correct copy of the aforesaid document(s) was served on:
**Wal-Mart Stores, Inc., through Karen Roberts, Executive Vice President and General**

Person Served, and  **Counsel**
Method of Service:
By delivering them into the hands of an officer or managing agent whose name and

title is: _Krystal Lafluer_

Description of  The person receiving documents is described as follows:
Person Receiving
Documents:  Sex _F_ ; Skin Color _BLK_ ; Hair Color _BLK_ ; Facial Hair _N/A_
Approx. Age _30_ ; Approx. Height _5_ ; Approx. Weight _110_

☑ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

Signature of Server:  Undersigned declares under penalty of perjury    Subscribed and sworn to before me this
that the foregoing is true and correct.                    _25_  day of _Feb_ , 20 _15_

_BPS 2009-13_                                 _10/16/2015_
Signature of Server                           Notary Public          (Commission Expires)

**APS International, Ltd.**

LOUISE DENISE GRIFFIN
NOTARY PUBLIC
BENTON COUNTY, ARKANSAS
COMM. EXP. 10/16/2019
COMMISSION NO. 12373604