MINUTE ENTRY
FALLON, J.
FEBRUARY 25, 2015

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED          MDL NO. 2047
       DRYWALL PRODUCTS
       LIABILITY LITIGATION           SECTION: L

THIS DOCUMENT RELATES TO:          JUDGE FALLON
13-6652 and 13-6653                 MAGISTRATE WILKINSON

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Jodi Simcox

Appearances:   Stephen Millins, Esq. for Plaintiffs
               S. Wesley Pipes, Esq., William Watts, III, Esq.,  for 3rd Party Defendants Pate
               Stevedore Company, Inc. and Pensacola Stevedore Company, Inc.
               Caroline Pryor, Esq. for 3rd Party Plaintiff Ace Hardware Corporation
               Danny Collier, Jr.,  Esq., for Ace Home Center, Inc.
               Heather Kirk, Esq., for Fireman's Fund Insurance Company

1. Motion of 3rd-Party Defendantss Pensacola Stevedore Company, Inc. and Pate Stevedore Company, Inc., to Dismiss the 3rd-Party Claims filed by Ace Home Center, Inc  (18089)

After argument -  Motion was TAKEN UNDER SUBMISSION

2.  Motion of Defendants Pensacola Stevedore Company, Inc. and Pate Stevedore Company, Inc., to Dismiss Claims filed by Plaintiffs, Braxton and Kerrie Collins and Jason and Cassie Herrington  (18292)

After argument - Motion was TAKEN UNDER SUBMISSION

JS10:   :40