UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br><br>**THIS DOCUMENT RELATES TO:**<br>***Amorin et al. v. China National Building Materials Import and Export Corp. and CNBM Forest Products (Canada) Ltd., D. Or. Case No. 3-15-cv-00184-ST*** | MDL No. 2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

## NOTICE OF APPEARANCE AND
## <u>REQUEST FOR SERVICE OF ALL DOCUMENTS AND PLEADINGS</u>

The undersigned Loeb Law Firm, and its respective individual counsel, hereby file this Notice of Appearance as counsel on behalf of Defendants China National Building Materials Import and Export Corporation and CNBM Forest Products (Canada) Ltd. pursuant to Local Rule 11.2 and Pre-Trial Order Nos. 1 (¶ 12), 1F, 1G, 1H and 6.  In accordance with Pre-Trial Orders 1F, 1G and 1H, by which the Court suspended all deadlines for submitting responsive pleadings until such time as the Plaintiffs' Steering Committee files a Master Complaint, this Notice of Appearance is submitted reserving all defenses, including but not limited to, defenses relating to service of process, venue, personal jurisdiction, subject matter jurisdiction, sovereign immunity and failure to state a claim upon which relief can be granted.  It is respectfully requested that all future pleadings, documents and correspondence in connection with these actions be served upon undersigned counsel.

Respectfully submitted:

LOEB LAW FIRM

BY: /s/ *Scott Loeb*
    J. Scott Loeb (#25771)
    Jonas P. Baker (#25563)
    1180 West Causeway Approach
    Mandeville, Louisiana 70471
    Phone:    (985) 778-0220
    Facsimile: (985) 246-5639
    Email:    sloeb@loeb-law.com
             Jbaker@loeb-law.com

***Attorneys for China National Building
Materials Import and Export Corporation
and CNBM Forest Products (Canada) Ltd.***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing Notice of Appearance as counsel on behalf of Defendants China National Building Materials Import and Export Corporation and CNBM Forest Products (Canada) Ltd.  has been served on Defendants' Liaison Counsel, Kerry Miller, and counsel for the Plaintiffs' Steering Committee by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 26th day of February, 2015.

Respectfully submitted:

LOEB LAW FIRM

BY: /s/ *Scott Loeb*

J. Scott Loeb (#25771)
Jonas P. Baker (#25563)
1180 West Causeway Approach
Mandeville, Louisiana 70471
Phone:     (985) 778-0220
Facsimile: (985) 246-5639
Email:     sloeb@loeb-law.com
            Jbaker@loeb-law.com

***Attorneys for China National Building Materials Import and Export Corporation and CNBM Forest Products (Canada) Ltd.***