**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO.: 2047 |
| | : | SECTION: L |
| **This Document Relates To:** | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |
| **Braxton H. Collins, et al. vs. Bass Homes, Inc., et al.; S.D. Mississippi, C.A. No. 1:13-00297** | : : | Case No.: 13-6652 |

_____

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO.: 2047 |
| | : | SECTION: L |
| **This Document Relates To:** | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |
| **Jason S. Herrington, et al. vs. Bass Homes, Inc., et al.; S.D. Mississippi, C.A. No. 1:13-00297** | : : | Case No.: 13-6653 |

_____

**ORDER**

Upon consideration of Ace Home Center, Inc.'s Motion for Leave to Supplement its Response to Motion to Dismiss, it is hereby **ORDERED and DECREED** that leave be granted to Ace Home Center, Inc. to supplement its Response to Pensacola Stevedore Company, Inc. and Pate Stevedore Company, Inc.'s Motion to Dismiss with Ex. "D," Affidavit of Larry W. Loftin.

**SO ORDERED AND ADJUDGED** this, the 26th day of Februrary, 2015.

_____
**ELDON E. FALLON**
**U. S. DISTRICT COURT JUDGE**