UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

Before the Court is the Plaintiffs' Steering Committee's motion to preclude Taishan or any affiliates from participating in class damages proceedings until Taishan is purged of contempt. (Rec. Doc. 18367). As the PSC's new motion is related to both the motion for class damages, (Rec. Doc. 18086), and the motion to enforce the contempt order, (Rec. Doc. 18302), the Court finds it worthwhile to address this new motion first. Accordingly,

**IT IS ORDERED** that Court's prior scheduling orders on these three motions are **MODIFIED** as follows;

**IT IS FURTHER ORDERED** that the PSC's motion to preclude is set for a special setting with oral argument on March 17, 2015 at 9:00 a.m. in the Courtroom of Judge Eldon E. Fallon;

**IT IS FURTHER ORDERED** that any party wishing to respond to the PSC's motion to precude must do so by March 9, 2015;

**IT IS FURTHER ORDERED** that the motion for class damages is re-set for hearing, with oral argument, immediately following the monthly status conference on March 26, 2015;

**IT IS FURTHER ORDERED** that any party wishing to respond to the PSC's motion for class damages or the motion to enforce must do so by March 18, 2015;

1

New Orleans, Louisiana, this 26th day of February, 2015.

                                                      */s/ Eldon E. Fallon*
                                                      UNITED STATES DISTRICT JUDGE