# EXHIBIT T

| *BENOIT V. LAFARGE, ET AL*  11-1893  OMNIBUS XI COMPLAINT | | |
|---|---|---|
| **DEFENDANT** | **ADDRESS FOR SERVICE** | **SERVICE WAS MADE** |
| Lafarge Boral Gypsum in Asia | No. 4199 Chen Hang Highway  Minhang District  CN-201114  Shanghai | 10/10/13 |
| Lafarge Onoda Gypsum in Shanghai | No. 4199 Chen Hang Highway  Minhang District  CN-201114  Shanghai | 10/10/13 |
| Lafarge North America Inc. | 7 St. Paul Street, Ste. 1660  Baltimore, MD 21202 | 10/6/11 |
| Lafarge S.A. | 61, Rue des Belles Feuilles  Paris 75782 France | 10/17/12 |
| Boral Limited a.k.a. Boral Ltd. | Level 39, AMP Centre  50 Bridge Street  Sydney NSW 2000 | 12/19/12 |