UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION : SECTION L
: JUDGE FALLON
: MAGISTRATE JUDGE WILKINSON

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

Before the Court is an appeal from the the special master's decision regarding the claims of Side-By-Side Redevelopment, Inc. et al. (Rec. Doc. 18396).

Just as with the previous, similar motion, (Rec. Doc. 18337), the Court notes that the motion of Side-By-Side Redevelopment, et al. mentions two exhibits that are not attached to the motion. As exhibits are always helpful in the Court's adjudication of motions, it will be difficult to resolve the motion without further evidentiary support.

**IT IS ORDERED** that the motions are set for submission, without oral argument, on March 26, 2015.

**IT IS FURTHER ORDERED** that if it sees fit, Brown Greer, or any party that wishes to do so, may respond (or supplement filings) until March 17, 2015.

New Orleans, Louisiana, this 26th day of February, 2015.

_____
UNITED STATES DISTRICT JUDGE

1