# EXHIBIT A TO EXHIBIT "1"

Exhibit A: translation of the list of member enterprises of CNBM Group, accessed at
http://www.cnbm.com.cn/wwwroot/c_000000010009/

## Member enterprises:

China National Building Material Company Limited

China Building Materials Academy

China National Building Material Import and Export Company

Beijing New Building Materials Group Company Limited

China National United Equipment Group Corporation

China New Building Group Corporation

Triumph Technology Group Company

Zhejiang Leomax Group Special Cement Co., Ltd.

CNBM Assets Management Corporation

1




| OA系统登录 | 邮箱登录 | 下载专区 | 信息报送 | 电子商务网 | 集团网站群 |

快速通道　　繁體中文　English

首页　集团介绍　新闻中心　业务平台　科技创新　国际合作　企业文化　社会责任　党的建设　人力资源

当前位置：　首页 > 集团介绍 > 成员单位

**集团介绍**

- 集团简介
- 董事长致辞
- 公司领导
- 发展战略
- 组织机构
- 成员单位
- 资质荣誉
- 领导关怀
- 大事记

▷ 成员单位

中国建材股份有限公司

中国建筑材料科学研究总院

中建材集团进出口公司

北新建材集团有限公司

中国联合装备集团有限公司

中国新型房屋集团有限公司

凯盛科技集团公司

浙江三狮集团有限公司

中建材资产管理公司

| 常见问题解答 | 投诉与咨询 | 网站地图 | 用户调查 | 联系我们 | 版权申明 | 信息定制 |

京ICP备09067230号 版权所有：中国建筑材料集团有限公司 中国建筑材料集团有限公司主办

博华无限科技发展(北京)有限公司 BHCMS 技术支持