# EXHIBIT B TO EXHIBIT "1"

Exhibit B: translation of the list of member enterprises of China Building Materials Academy, accessed at
http://www.cbma.com.cn/gywm/cydw.jsp

## Member enterprises

China Building Materials Academy Head Office

Hefei Cement Research & Design Institute

Bengbu Glass Industry Design & Research Institute

Harbin FRP Institute

CNBM Design & Research Institute

Qinhuangdao Glass Industry Research & Design Institute

Xi'an Research & Design Institute of Wall & Roof Materials

Xianyang Research & Design Institute of Ceramics

Horological Research Institute of Light Industry

Hangzhou Design & Research Institute of Electromechanical in Light Industry

Light Industrial Xi'an Mechanic Design Research Institute



OA系统　邮箱登录　下载专区
繁體中文　English　联系我们

首页　关于我们　新闻中心　科技研发　产品服务　人力资源　研究生教育　责任与文化　党群工作

2015-02-22 22:13:16 星期日　北京 6°C~-6°C 七天预报　站内搜索：



### 关于我们

- 总院介绍
- 院长致辞
- 组织架构
- 成员单位
- 资质荣誉
- 亲切关怀
- 大事记

成员单位

中国建筑材料科学研究总院本部

合肥水泥研究设计院

蚌埠玻璃工业设计研究院

哈尔滨玻璃钢研究院

中国新型建材设计研究院

秦皇岛玻璃工业研究设计院

西安墙体材料研究设计院

咸阳陶瓷研究设计院

轻工业钟表研究所

轻工业杭州机电设计研究院

轻工业西安机械设计研究院

投诉与建议 | 网站地图 | 问卷调查 | 联系我们 | 法律声明

京ICP备09067230号 版权所有：中国建筑材料研究科学总院 中国建筑材料研究科学总院主办
中国建材集团信息化技术中心 技术支持