# EXHIBIT C TO EXHIBIT "1"

Exhibit C: translation of the list of subsidiaries and overseas companies of China National Building Material Import and Export Company ("CNBM Trading"), accessed at http://www.cnbminternational.com/lxwm/index.jsp

**Subsidiaries**

CNBM International Corporation

CNBM International Engineering Co., Ltd.

CNBM Shanghai Corp.

CNBM— SHJP

CNBM Steel Co., Ltd.

CNBM Forest Products Ltd.

CNBM Technology Co., Ltd.

CNBM General Machinery Co., Ltd.

CNBM New Energy Engineering Co., Ltd.

**Overseas companies**

CNBM USA

CNBM UAE

CNBM Jianhua

CNBM JORDAN

CNBM Industries Maintenance

CNBM K.S.A.

CNBM ETHIOPIA

CNBM YEMEN

CNBM LIBYA

CNBM India

1



您现在的位置：首页 » 联系我们

联系我们

| 北京市海淀区首体南路9号主语国际商务中心4号楼 | 电话 | 传真 |
|---|---|---|
| 邮　编：100048 | 08610-68796666 | 08610-68796688 |

反腐倡廉举报信箱

**下属公司**

| 中建材国际贸易有限公司 | 8610- 68796888 |
|---|---|
| 中建材国际装备有限公司 | 8610- 68796868 |
| 中建材集团进出口上海公司 | 8621- 63230088 |
| 上海建浦进出口有限责任公司 | 8621- 63239100 |
| 中建材钢铁有限公司 | 8621- 63230088 |
| 中建材木业贸易有限公司 | 8621- 63230088 |
| 中建材信息技术有限公司 | 8610- 68796188 |
| 中建材通用机械有限公司 | 8625- 85817120 |
| 中建材能源有限公司 | 8621- 68778768 |

**海外公司**

| 美国公司 | 1-626-7156060 |
|---|---|
| 阿联酋公司 | 00971-48806686 |
| 俄罗斯公司 | 79265307715 |
| 约旦公司 | 00962-65665429 |
| 沙特配件和物流 | 00966-14611362 |
| 沙特公司 | 00966-14611971 |
| 埃塞公司 | 00251-116632431 |
| 也门公司 | 00967-02357133 |



利比亚公司  00218-217193632



©2015 Google -
地图数据 ©2015 GS(2011)6020 AutoNavi, Google -

查看大图

印度公司

常见问题解答 | 联系我们 | 网站地图 | 法律声明
中建材集团进出口公司 All Rights Reserved 2010 本站网络实名：中国建材 中建材
设计制作\管理维护：中建材集团进出口公司信息技术中心 经营网站身份证号： 京ICP备06042405号 京公网安备 11010802012007号