# EXHIBIT D TO EXHIBIT "1"

Exhibit D: translation of the corporate structure chart of CNBM Assets Management Corporation, accessed at http://www.bmamc.com.cn/Aboutus.asp?Ttitle=%BB%FA%B9%B9%C9%E8%D6%C3





# 中建材资产管理公司
## CNBM ASSETS MANAGEMENT CORP.

🔲 站点导航　　✉ 联系我们　　📮 加入收藏

首页 ‖ 企业简介 ‖ 企业文化 ‖ 机构设置 ‖ 下属企业 ‖ 新闻资讯 ‖ 发展策略 ‖ 学习园地

**Missing Plug-in**

➤ 邮箱登陆　　 　　**机构设置**

> **点击进入企业内部邮箱**

➤ 栏目导航　　

企业简介
总经理致辞
企业文化
机构设置
下属企业
联系我们



友情链接　　　　　

中国建筑材料科学研究总院|中国洛阳浮法玻璃集团有限责任公司|北新建材(集团)有限公司|中建材集团进出口公司
中国建材轻工机械集团公司|

---

**常用查询**　　民航订票　　火车时刻表　　邮政编码　　天气预报

---

地址：中国.北京海淀区紫竹院南路2号　　邮编：100044
电话：86-10-88422426　　传真：86-10-68485243　　联系我们:cws@cnbm.com.cn
版权所有 中建材资产管理公司