# EXHIBIT F TO EXHIBIT "1"

Exhibit F: translation of the corporate structure chart of China National United Equipment Group Corporation, accessed at http://www.cnue.com.cn/manage/index.jsp

Corporate structure chart





# 中国联合装备集团有限公司
## China National United Equipment Group Corporation

| 公司首页 | 公司简介 | 成员企业 | 产品介绍 | 展览展会 | 新闻中心 | 相关企业 | 联系我们 | English      115年3月1日 星期日



企业管理

公司管理结构图



地址：中国北京市西城区西黄城根南街33号　邮编：100032
电话：总机(010)66075588　传真：(010)66052828
备案序号:京ICP10215736
京公网安备110102002824号
internet:www.cnue.com.cn
E-mail:cnue@cnue.com.cn