# EXHIBIT G (PART 1)
# TO EXHIBIT "1"

Exhibit G: translations of excerpts from BNBM Annual Report 2013 p.55, and pp.121-153, accessed at http://www.cninfo.com.cn/finalpage/2014-03-20/63697334.PDF.

---

Translation of BNBM Annual Report 2013 p.55

The relationship chart of property ownership and control between BNBM and the Actual Controller China National Building Material Group Corporation:



Exhibit G: translations of excerpts from BNBM Annual Report 2013 p.55, and pp.121-153, accessed at http://www.cninfo.com.cn/finalpage/2014-03-20/63697334.PDF.

Translation of BNBM Annual Report 2013 pp.121-153
(Note by translator: the Chinese chart has 14 columns, and only the columns 1-5 relating to this project have been translated, and the other 7 columns are mostly financial information of BNBM's subsidiaries)

VI. BUSINESS COMBINATION AND CONSOLIDATED FINANCIAL STATEMENTS

1. Information of subsidiaries

(1) Subsidiaries acquired through new establishment or equity investment

Unit: Yuan

| Full name of subsidiary | Type of subsidiary | Place of registration | Nature of business | Registered capital |
|---|---|---|---|---|
| BNBM Gucheng Co., Ltd. | Second-tier subsidiary | Gucheng, Hebei | Production and sales of gypsum board | 15,000,000.00 |
| BNBM (Tianjin) Co., Ltd. | Second-tier subsidiary | Tianjin | Production and sales of gypsum board | 50,000, 000.00 |
| BNBM (Jiaxing) Co., Ltd. | Second-tier subsidiary | Jiaxing, Zhejiang | Production and sales of gypsum board | 50,000, 000.00 |
| BNBM Zhaoqing Co., Ltd. | Second-tier subsidiary | Gaoyao, Guangdong | Production and sales of gypsum board | 20,000, 000.00 |
| CNBM Innovation Technology Research Institute Co., Ltd. | Second-tier subsidiary | Beijing | Technology development | 50,000, 000.00 |
| BNBM Huainan Co., Ltd. | Second-tier subsidiary | Huainan, Anhui | Production and sales of gypsum board | 15,000, 000.00 |
| BNBM Xinxiang Co., Ltd. | Second-tier subsidiary | Weihui, Henan | Production and sales of gypsum board | 15,000, 000.00 |
| BNBM Zhenjiang Co., Ltd. | Second-tier subsidiary | Jurong, Jiangsu | Production and sales of gypsum board | 15,000, 000.00 |
| BNBM Ningbo Co., Ltd. | Second-tier subsidiary | Ningbo, Zhejiang | Production and sales of gypsum board | 15,000, 000.00 |
| BNBM (Quanzhou) Co., Ltd. | Second-tier subsidiary | Quanzhou, Fujian | Production and sales of gypsum board | 15,000, 000.00 |
| BNBM Taicang Co., Ltd. | Second-tier subsidiary | Taicang, Jiangsu | Production and sales of gypsum board | 60,000, 000.00 |
| BNBM Guang'an Co., Ltd. | Second-tier subsidiary | Guang'an, Sichuan | Production and sales of gypsum board | 26,848, 200.00 |
| BNBM (Kunming) Co., Ltd. | Second-tier subsidiary | Kunming, Yunnan | Production and sales of gypsum board | 50,000, 000.00 |
| BNBM Hubei Co., Ltd. | Second-tier subsidiary | Wuhan, Hubei | Production and sales of gypsum board | 15,000, 000.00 |
| BNBM Suzhou Co., Ltd. | Second-tier subsidiary | Suzhou, Jiangsu | Production and sales of wall materials | 80,000, 000.00 |

Exhibit G: translations of excerpts from BNBM Annual Report 2013 p.55, and pp.121-153, accessed at http://www.cninfo.com.cn/finalpage/2014-03-20/63697334.PDF.

| | | | | |
|---|---|---|---|---|
| BNBM Pingyi Co., Ltd. | Second-tier subsidiary | Linyi, Shandong | Production and sales of gypsum board | 20, 000, 000.00 |
| BNBM Homes Co., Ltd. | Second-tier subsidiary | Beijing | Factory production of houses | 20, 000, 000.00 |
| BNBM Building Plastic Co., Ltd. | Second-tier subsidiary | Beijing | Production and sales of plastic and steel materials | 100, 000, 000.00 |
| Beijing New Material Incubator Co., Ltd. | Second-tier subsidiary | Beijing | Fostering of high-tech enterprises | 5, 000, 000.00 |
| Beijing New Residential Industry Co., Ltd. | Second-tier subsidiary | Beijing | Production and sales of residential products | 5, 000, 000.00 |
| Taishan Gypsum (Pizhou) Co., Ltd. | Third-tier subsidiary | Pizhou, Jiangsu | Production and sales of gypsum board | 10, 000, 000.00 |
| Qinhuangdao Taishan Building Material Co., Ltd. | Third-tier subsidiary | Qinhuangdao, Hubei | Production and sales of gypsum board | 15, 000, 000.00 |
| Hubei Taishan Building Material Co., Ltd. | Third-tier subsidiary | Jingmen, Hubei | Production and sales of gypsum board | 15, 000, 000.00 |
| Taishan Gypsum (Weifang) Co., Ltd. | Third-tier subsidiary | Anqiu, Shandong | Production and sales of gypsum board | 10, 000, 000.00 |
| Taishan Gypsum (Jiangyin) Co., Ltd. | Third-tier subsidiary | Jiangyin, Jiangsu | Production and sales of gypsum board | 48, 003, 990.00 |
| Taishan Gypsum (Chongqing) Co., Ltd. | Third-tier subsidiary | Jiangjin, Chongqing | Production and sales of gypsum board | 28, 750, 000.00 |
| Taishan Gypsum (Hengshui) Co., Ltd. | Third-tier subsidiary | Hengshui, Hebei | Production and sales of gypsum board | 5,000, 000.00 |
| Tai'an Taishan Plasterboard Co., Ltd. | Third-tier subsidiary | Taian, Shandong | Production and sales of gypsum board | 22,000,000.00 |
| Fuxin Taishan Gypsum Building Material Co., Ltd. | Third-tier subsidiary | Fuxin, Liaoning | Production and sales of gypsum board | 20,000, 000.00 |
| Taishan Gypsum (Wenzhou) Co., Ltd. | Third-tier subsidiary | Leqing, Zhejiang | Production and sales of gypsum board | 7,700,0 00.00 |
| Taishan Gypsum (Pingshan) Co., Ltd. | Third-tier subsidiary | Pingshan, Hebei | Production and sales of gypsum board | 20,000, 000.00 |

Exhibit G: translations of excerpts from BNBM Annual Report 2013 p.55, and pp.121-153, accessed at http://www.cninfo.com.cn/finalpage/2014-03-20/63697334.PDF.

| | | | | |
|---|---|---|---|---|
| Taishan Gypsum (Henan) Co., Ltd. | Third-tier subsidiary | Yanshi, Henan | Production and sales of gypsum board | 30,000,000.00 |
| Taishan Gypsum (Xiangtan) Co., Ltd. | Third-tier subsidiary | Xiangtan, Hunan | Production and sales of gypsum board | 12,000,000.00 |
| Taishan Gypsum (Tongling) Co., Ltd. | Third-tier subsidiary | Tongling, Anhui | Production and sales of gypsum board | 10,000,000.00 |
| Taishan Gypsum (Baotou) Co., Ltd. | Third-tier subsidiary | Baotou, Inner Mongolia | Production and sales of gypsum board | 5,000,000.00 |
| Tai'an Taishan Green Building Material Co., Ltd. | Third-tier subsidiary | Taian, Shandong | Production and sales of decorative gypsum board | 4,000,000.00 |
| Taishan Gypsum (Nantong) Co., Ltd. | Third-tier subsidiary | Nantong, Jiangsu | Production and sales of gypsum board | 100,000,000.00 |
| Taishan Gypsum (Jiangxi) Co., Ltd. | Third-tier subsidiary | Fengcheng, Jiangxi | Production and sales of gypsum board | 15,000,000.00 |
| Shandong Taihe Guangneng Co., Ltd. | Third-tier subsidiary | Taian, Shandong | Production and sale of solar borosilicate glass tubes | 6,000,000.00 |
| Taishan Gypsum (Guangdong) Co., Ltd. | Third-tier subsidiary | Boluo, Guangdong | Production and sales of gypsum board | 30,000,000.00 |
| Guizhou Taifu Gypsum Co., Ltd. | Third-tier subsidiary | Fuquan, Guizhou | Production and sales of gypsum board | 50,000,000.00 |
| Taishan Gypsum (Yinchuan) Co., Ltd. | Third-tier subsidiary | Yinchuan, Ningxia | Production and sales of gypsum board | 24,000,000.00 |
| Taishan Gypsum (Sichuan) Co., Ltd. | Third-tier subsidiary | Shifang, Sichuan | Production and sales of gypsum board | 30,000,000.00 |
| Taishan Gypsum (Liaoning) Co., Ltd. | Third-tier subsidiary | Suizhong, Liaoning | Production and sales of gypsum board | 30,000,000.00 |
| Taishan Gypsum (Hubei) Co., Ltd. | Third-tier subsidiary | Wuxue, Hubei | Production and sales of gypsum board | 30,000,000.00 |
| Taishan Gypsum (Chaohu) Co., Ltd. | Third-tier subsidiary | Chaohu, Anhui | Production and sales of gypsum board | 30,000,000.00 |
| Taishan Gypsum (Liaocheng) Co., Ltd. | Third-tier subsidiary | Liaocheng, Shandong | Production and sales of gypsum board | 30,000,000.00 |
| Taishan Gypsum (Fujian) Co., Ltd. | Third-tier subsidiary | Longyan, Fujian | Production and sales of gypsum board | 50,000,000.00 |
| Taishan Gypsum | Third-tier | Rushan, | Production and sales of | 20,000,000.00 |

| | | | | |
|---|---|---|---|---|
| (Weihai) Co., Ltd. | subsidiary | Shandong | gypsum board | |
| Taishan Gypsum (Jilin) Co., Ltd. | Third-tier subsidiary | Siping, Jilin | Production and sales of gypsum board | 30,000, 000.00 |
| Taishan Gypsum (Xuancheng) Co., Ltd. | Third-tier subsidiary | Xuancheng, Anhui | Production and sales of gypsum board | 10,000, 000.00 |
| Taishan Gypsum (Suqian) Co., Ltd. | Third-tier subsidiary | Suqian, Jiangsu | Production and sales of gypsum board | 10,000, 000.00 |
| Taishan Gypsum (Jiyuan) Co., Ltd. | Third-tier subsidiary | Jiyuan, Henan | Production and sales of gypsum board | 30,000, 000.00 |
| Taishan Gypsum (Gansu) Co., Ltd. | Third-tier subsidiary | Baiyin, Gansu | Production and sales of gypsum board | 30,000, 000.00 |
| Taishan Gypsum (Longyan) Cement Retarder Co., Ltd. | Third-tier subsidiary | Longyan, Fujian | Production and sales of cement retarder | 10,000, 000.00 |
| BNBM Light Steel Home (Beijing) Co., Ltd. | Third-tier subsidiary | Beijing | Production of factory houses | 20,000, 000.00 |

Other statements about the subsidiaries acquired through new establishment or equity investment

Notes:

1. Taishan Gypsum (Jiangyin) Co., Ltd. is a third-tier subsidiary jointly held by BNBM and BNBM's subsidiary – Taishan Gypsum Co., Ltd. BNBM holds 30% equity and 30% voting right, and Taishan Gypsum Co., Ltd. holds 70% equity and 70% voting right in Taishan Gypsum (Jiangyin) Co., Ltd.
2. BNBM Light Steel Home (Beijing) Co., Ltd. is a wholly-owned subsidiary of BNBM's second-tier subsidiary – BNBM Homes Co., Ltd. BNBM Homes Co., Ltd. directly holds 100% equity and 100% voting right in BNBM Light Steel Home (Beijing) Co., Ltd.
3. Except Taishan Gypsum (Jiangyin) Co., Ltd. and BNBM Light Steel Home (Beijing) Co., Ltd., the entities listed above are all acquired by BNBM's subsidiary – Taishan Gypsum Co., Ltd. through equity investment, and both the equity ratio and voting right ratio are directly held by Taishan Gypsum Co., Ltd.

(2) Subsidiaries acquired through combination of businesses with the same controller

Unit: Yuan

| Full name of subsidiary | Type of subsidiary | Place of registration | Nature of business | Registered capital |
|---|---|---|---|---|
| Beijing Beixin Chenlong Decoration Engineering Co., | Second-tier subsidiary | Beijing | Construction decoration | 7,000, 000.00 |

Exhibit G: translations of excerpts from BNBM Annual Report 2013 p.55, and pp.121-153, accessed at http://www.cninfo.com.cn/finalpage/2014-03-20/63697334.PDF.

| Ltd. | | | | |
|---|---|---|---|---|

(3) Subsidiaries acquired through combination of businesses with different controllers

Unit: Yuan

| Full name of subsidiary | Type of subsidiary | Place of registration | Nature of business | Registered capital |
|---|---|---|---|---|
| Taishan Gypsum Co., Ltd. | Second-tier subsidiary | Tai'an, Shandong | Production and sales of gypsum board | 155,625,000.00 |
| BNBM Suzhou Mineral Fiber Ceiling Co., Ltd. | Second-tier subsidiary | Suzhou, Jiangsu | Production and sales of mineral wool board | 20,000,000.00 |
| Beijing Donglian Investment and Trade Co., Ltd. | Second-tier subsidiary | Beijing | Investment business | 35,793,750.00 |
| BNBM (Shanghai) Co., Ltd. | Third-tier subsidiary | Shanghai | Building materials trade and logistics | 4,000,000.00 |
| Beijing Tian Di Ren Cultural Development Co., Ltd. | Third-tier subsidiary | Beijing | Cultural services | 3,000,000.00 |
| Taishan Gypsum (Shaanxi) Co., Ltd. | Third-tier subsidiary | Weinan, Shaanxi | Production and sales of gypsum board | 20,000,000.00 |
| Taishan Gypsum (Yunnan) Co., Ltd. | Third-tier subsidiary | Yimen, Yunnan | Production and sales of lightweight building materials | 10,000,000.00 |
| Tai'an City Jindun Building Materials Co., Ltd. | Third-tier subsidiary | Tai'an, Shandong | Production and sales of building materials products | 5,000,000.00 |

Other statements about the subsidiaries acquired through combination of businesses with different controllers

Notes:

Taishan Gypsum Co., Ltd. is a subsidiary jointly controlled by BNBM and BNBM's second-tier subsidiary - Beijing Donglian Investment and Trade Co., Ltd., of which, BNBM holds 42.00% equity, Beijing Donglian Investment and Trade Co., Ltd. holds 23.00% equity, and BNBM actually holds 65.0% equity and 65.0% voting rights in Taishan Gypsum Co., Ltd.

BNBM (Shanghai) Co., Ltd. and Beijing Tian Di Ren Cultural Development Co., Ltd. are acquired by BNBM's wholly-owned subsidiary - Beijing Donglian Investment and Trade Co., Ltd. through combination of businesses with different controllers, and the equity ratio and the voting right ratio listed in the above chart are directly held by Beijing Donglian Investment and Trade Co., Ltd.

Taishan Gypsum (Shaanxi) Co., Ltd., Taishan Gypsum (Yunnan) Co., Ltd. and Tai'an City Jindun Building Materials Co., Ltd. are acquired by BNBM's second-tier subsidiary - Taishan Gypsum Co., Ltd. through combination of businesses with different controllers, and the equity ratio and the voting right ratio listed in the above chart are directly held by Taishan Gypsum Co., Ltd.

<table>
<tr><td></td><td></td><td></td><td></td><td></td><td>体系成套房屋的设计、销售、施工；装饰材料的销售；房屋工程的设计、施工；仓储；建筑材料及相关领域的投资、资产经营、与以上业务相关的技术咨询、信息服务、会展服务；矿产品的加工及销售。</td></tr>
<tr><td>经营成果、财务状况、现金流和未来发展战略等</td><td colspan="5">截至 2012 年 12 月 31 日，中国建筑材料集团有限公司的总资产 3006.17 亿元，净资产 542.66 亿元，2012 年度营业收入 2174.32 亿元，归属于母公司净利润 29.73 亿元，现金流量净额-27.85 亿元，其中经营活动现金净流量流 113.33 亿元。2013 年，公司坚决贯彻落实国资委关于“保增长”的工作要求，围绕“整合优化，增效降债”，坚持改革创新，深度管理整合取得实效；加快转型升级，引领行业发展方式转变；持续强化科技创新，核心竞争力不断提升，各项工作取得明显成效，连续三年进入世界 500 强企业行列。未来，公司将继续致力于成为又强又优，具有持续创新能力和国际竞争力的世界一流综合型建材产业集团，以“稳中求进”为经营目标，坚持“央企市营”成长模式，深化企业改革，推动市场化改革，深度开展管理整合，加快调整转型，增强发展后劲，突出创新驱动，提升企业核心竞争力，切实履行社会责任，努力建设和谐企业，为国民经济平稳快速发展、全面建成小康社会做出更大的贡献。</td></tr>
<tr><td>实际控制人报告期内控制的其他境内外上市公司的股权情况</td><td colspan="5">直接持有及通过下属公司持有中国建材（HK03323）合计 44.11%的股权；通过下属公司持有中国玻纤（600176）32.79%的股权；通过下属公司持有洛阳玻璃（600876、HK1108）31.8%的股权；通过下属公司持有瑞泰科技（002066）44.67%的股权；通过下属公司持有方兴科技（600552）30.04%的股权</td></tr>
</table>

实际控制人报告期内变更

□ 适用 √ 不适用

公司与实际控制人之间的产权及控制关系的方框图



署、国家税务总局关于深入实施西部大开发战略有关税收政策问题的通知》（财税[2011]58号）和《银川经济技术开发区国家税务局关于泰山（银川）石膏有限公司享受自治区招商引资企业所得税优惠政策的批复》（银开区国税函[2012]16号）的精神，并经银川经济技术开发区国家税务局同意，本期享受税率为12%的企业所得税税收优惠政策。

（15）根据《中华人民共和国企业所得税法》的相关规定，企业综合利用资源，生产符合国家产业政策规定的产品所取得的收入，可以在计算应纳税所得额时减计收入。公司所属的子公司—泰山石膏股份有限公司及其所属的分、子公司--潞城分公司、泰和分公司、秦皇岛泰山建材有限公司、泰山石膏（潍坊）有限公司、湖北泰山建材有限公司、泰山石膏（江阴）有限公司、泰山石膏（邳州）有限公司、泰山石膏（衡水）有限公司、阜新泰山石膏建材有限公司、泰山石膏（重庆）有限公司、泰山石膏（平山）有限公司、泰山石膏（温州）有限公司、泰山石膏（湘潭）有限公司、泰山石膏（包头）有限公司、泰山石膏（陕西）有限公司、泰山石膏（云南）有限公司、泰山（银川）石膏有限公司、泰山石膏（铜陵）有限公司、泰山石膏（河南）有限公司、泰山石膏（江西）有限公司、泰山石膏（四川）有限公司、泰山石膏（南通）有限公司、贵州泰福石膏有限公司、泰山石膏（巢湖）有限公司、泰山石膏（辽宁）有限公司（自2013年9月开始）、泰山石膏（湖北）有限公司生产的纸面石膏板销售收入应减按90%计入应纳税所得额。

### 3、其他说明

无

## 六、企业合并及合并财务报表

### 1、子公司情况

#### （1）通过设立或投资等方式取得的子公司

单位：元

| 子公司全称 | 子公司类型 | 注册地 | 业务性质 | 注册资本 | 经营范围 | 期末实际投资额 | 实质上构成对子公司净投资 | 持股比例(%) | 表决权比例(%) | 是否合并报表 | 少数股东权益 | 少数股东权益中用于冲减少 | 从母公司所有者权益冲减子 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Case 2:09-md-02047-EEF-MBN Document 18404-10 Filed 03/02/15 Page 11 of 36



| | | | | | | | 的其他项目余额 | | | | | 数股东损益的金额 | 公司少数股东分担的本期亏损超过少数股东在该子公司年初所有者权益中所享有份额后的余额 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 故城北新建材有限公司 | 二级子公司 | 河北故城县 | 石膏板的制造销售 | 15,000,000.00 | 纸面石膏板、石膏砌块及其它石膏制品、建筑金属制品等建筑材料的研究开发、生产与销售。 | 12,750,000.00 | 0.00 | 85% | 85% | 是 | 7,072,085.41 | | |
| 北新建材（天津）有限公司 | 二级子公司 | 天津市 | 石膏板的制造销售 | 50,000,000.00 | 石膏板、石膏制品、玻璃纤维增强水泥制品、隔热隔音材料的生产、制造、销售；建筑材料、装饰装修 | 50,000,000.00 | 0.00 | 100% | 100% | 是 | | | |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 材料批发；新能源建筑材料、设备的技术开发、咨询、转让。 | | | | | | | | |
| 北新建材（嘉兴）有限公司 | 二级子公司 | 浙江嘉兴市 | 石膏板的制造销售 | 50,000,000.00 | 石膏板、石膏制品、玻璃纤维水泥制造、隔热隔音材料的制造、加工、零售；建筑材料、装饰装修材料；新型建筑材料及其生产设备的技术支持、咨询、转让。 | 50,000,000.00 | 0.00 | 100% | 100% | 是 | | | |
| 肇庆北新建材有限公司 | 二级子公司 | 广东高要市 | 石膏板的制造销售 | 20,000,000.00 | 生产、销售：新型建筑材料、建筑装饰材料及配套产品。 | 20,000,000.00 | 0.00 | 100% | 100% | 是 | | | |



cninf 巨潮资讯 www.cninfo.com.cn 中国证监会指定信息披露网站

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 中建材创新科技研究院有限公司 | 二级子公司 | 北京市 | 技术开发 | 50,000,000.00 | 建筑材料及设备、新能源材料及设备的技术开发、咨询、转让、服务；新型房屋设计；物业管理；销售建筑材料、建筑设备。 | 50,000,000.00 | 0.00 | 100% | 100% | 是 | | | |
| 淮南北新建材有限公司 | 二级子公司 | 安徽淮南市 | 石膏板的制造销售 | 15,000,000.00 | 纸面石膏板、装饰石膏板、自装饰GRC外墙保温版、矿棉吸音板、轻钢龙骨、烤漆龙骨、纤维增强水泥瓦等环保节能产品。新型墙体材料、新型建筑材料、金属材料 | 15,000,000.00 | 0.00 | 100% | 100% | 是 | | | |



cninf 巨潮资讯 www.cninfo.com.cn 中国证监会指定信息披露网站

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 的技术研发、生产、制造和销售；并提供相关的技术服务、技术咨询、技术培训。 | | | | | | | | |
| 新乡北新建材有限公司 | 二级子公司 | 河南卫辉市 | 石膏板的制造销售 | 15,000,000.00 | 纸面石膏板、装饰石膏板、自装饰GRC外墙保温版、矿棉吸音板、轻钢龙骨、烤漆龙骨、纤维增强水泥瓦等环保节能产品。新型墙体材料、新型建筑材料、金属材料的技术研发、生产、制造和销售；并提供 | 15,000,000.00 | 0.00 | 100% | 100% | 是 | | | |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 相关的技术服务、咨询、培训。 | | | | | | | | |
| 镇江北新建材有限公司 | 二级子公司 | 江苏句容市 | 石膏板的制造销售 | 15,000,000.00 | 纸面石膏板、装饰石膏板、自装饰GRC外墙保温板、矿棉吸音板、轻钢龙骨、烤漆龙骨、纤维增强水泥（环保节能产品）、新型墙体材料、新型建筑材料、金属材料的技术研发、生产、制造、销售并提供相关的技术服务、咨询、培训。 | 15,000,000.00 | 0.00 | 100% | 100% | 是 | | | |
| 宁波北新建材有限公 | 二级子公司 | 浙江宁波市 | 石膏板的制造 | 15,000,000.00 | 纸面石膏板、石膏制 | 15,000,000.00 | 0.00 | 100% | 100% | 是 | | | |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 司 | | | 销售 | | 品、轻钢龙骨、新型建筑材料、装饰材料制造、加工，自营和代理货物与技术的进出口，但国家限制或禁止进出口的货物与技术除外。 | | | | | | | | |
| 北新建材（泉州）有限公司 | 二级子公司 | 福建泉州市 | 石膏板的制造销售 | 15,000,000.00 | 装饰石膏板、自装饰GRC外墙保温板、矿棉吸音板、烤漆龙骨、纤维增强水泥瓦及其他相关环保节能产品、新型墙体材料、新型建筑材料、金属材料（不 | 15,000,000.00 | 0.00 | 100% | 100% | 是 | | | |



cninfo 巨潮资讯 www.cninfo.com.cn 中国证监会指定信息披露网站

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 含稀贵金属）的技术研发、销售；研发、生产、制造、销售纸面石膏板、轻钢龙骨；提供相关的技术服务、技术咨询。 | | | | | | | | |
| 太仓北新建材有限公司 | 二级子公司 | 江苏太仓市 | 石膏板的制造销售 | 60,000,000.00 | 生产、加工、销售纸面石膏板；经销金属材料、建筑材料、装饰材料、化工产品（不含危险品）、木材、五金交电、水暖管件、轻工材料、建筑机械；环保节能产品研 | 60,000,000.00 | 0.00 | 100% | 100% | 是 | | | |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 发及技术转让。 | | | | | | | | |
| 广安北新建材有限公司 | 二级子公司 | 四川广安市 | 石膏板的制造销售 | 26,848,200.00 | 石膏板、新型建筑材料、建筑装饰材料及配套产品的制造、销售。 | 26,848,200.00 | 0.00 | 100% | 100% | 是 | | | |
| 北新建材（昆明）有限公司 | 二级子公司 | 云南昆明市 | 石膏板的制造销售 | 500,000.00 | 石膏板、石膏制品、玻璃纤维水泥制造、隔热隔音材料的制造、加工、零售；建筑材料、装饰装修材料；新型建筑材料及其生产设备的技术支持、技术咨询、技术转让。 | 500,000.00 | 0.00 | 100% | 100% | 是 | | | |
| 湖北北新建材有限公司 | 二级子公司 | 湖北武汉市 | 石膏板的制造销售 | 15,000,000.00 | 石膏板、新型建筑材料、 | 15,000,000.00 | 0.00 | 100% | 100% | 是 | | | |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 建筑装饰材料及配套产品的制造、销售。 | | | | | | | | |
| 苏州北新建材有限公司 | 二级子公司 | 江苏苏州市 | 墙体材料制造销售 | 80,000,000.00 | 纤维水泥外墙挂板（金邦板）、矿棉吸音板、轻钢龙骨、纤维增强水泥瓦的生产、销售和售后服务；组装生产、销售：轻质结构房屋（仅限于轻钢龙骨、欧松板的组装）及售后服务；研发、销售：金属材料、建筑材料、装饰材料、化工产品 | 80,000,000.00 | 0.00 | 100% | 100% | 是 | | | |



cninf 巨潮资讯

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | （危险品除外）、木材、矿产品（涉及国家专项规定的，取得专项许可手续后经营）、五金交电、水暖管件、建筑机械设备、环保节能产品、新型墙体材料，并提供相关的技术服务、技术咨询、技术培训；经营本企业自产产品及相关技术的出口业务；经营本企业生产、科研所需原辅材 | | | | | | | | |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 料、机械设备、仪器仪表、零配件及相关技术的进口业务；经营本企业的进料加工和"三来一补"业务。 | | | | | | | | |
| 平邑北新建材有限公司 | 二级子公司 | 山东临沂市 | 石膏板的制造销售 | 20,000,000.00 | 纸面石膏板等新型建筑材料，建筑装修材料及配套产品的生产，研发和销售。 | 20,000,000.00 | 0.00 | 100% | 100% | 是 | | | |
| 北新房屋有限公司 | 二级子公司 | 北京市 | 工厂化房屋生产 | 200,000,000.00 | 研究开发、生产新型建材（包括薄板钢骨轻质高强墙体材料、部件、建筑物、节能环保型钢结构建筑物）； | 152,749,318.00 | 0.00 | 82.5% | 82.5% | 是 | | 38,093,973.64 | |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 设计高档环保型装饰装修材料及住宅设备；提供自产产品的技术服务，销售自产产品；代理进出口、货物进出口、技术进出口。 | | | | | | | | |
| 北新建塑有限公司 | 二级子公司 | 北京市 | 塑钢型材生产经营 | 100,000,000.00 | 制作、加工、安装门窗。法律、行政法规、国务院决定禁止的，不得经营；法律、行政法规、国务院决定规定应经许可的，经审批机关批准并经工商行政管理机关登 | 55,000,000.00 | 0.00 | 55% | 55% | 是 | 1,823,127.72 | | |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 记注册后方可经营；法律、行政法规、国务院决定未规定许可的，自主选择经营项目开展经营活动。 | | | | | | | | |
| 北京新材料孵化器有限公司 | 二级子公司 | 北京市 | 高科技企业培育 | 5,000,000.00 | 科技企业孵化、科技开发、技术转让、技术咨询、技术服务、信息咨询（中介除外）、销售北新建材开发后的产品等。 | 3,000,000.00 | 0.00 | 60% | 60% | 是 | 1,536,519.23 | | |
| 北新住宅产业有限公司 | 二级子公司 | 北京市 | 住宅产品的制造销售 | 50,000,000.00 | 生产塑料型材、塑钢门窗、铝塑型材、中高档铝塑合金门窗、 | 50,000,000.00 | 0.00 | 100% | 100% | 是 | | | |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 建筑五金件、薄板钢骨结构体系住宅房屋、涂装新型散热器及配件、塑料管材管件，物业管理。房地产开发；销售建筑材料、化工产品（不含危险化学品及易制毒制品）、装饰材料；机械设备（不含九座及九座以下乘用车、卫星电视广播地面接收设施）、电子产品（不含电子游戏机及零配件）、金 | | | | | | | | |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 属材料、五金交电、家用电器、计算机软件及辅助设备、日用品、文具用品、矿产品、通讯设备；技术开发、技术服务；货物进出口、技术进出口、代理进出口；专业承包；施工总承包。 | | | | | | | | |
| 泰山石膏（邳州）有限公司 | 三级子公司 | 江苏邳州市 | 石膏板的制造销售 | 10,000,000.00 | 纸面石膏板、石膏粉及石膏制品 | 13,210,000.00 | 0.00 | 100% | 100% | 是 | | | |
| 秦皇岛泰山建材有限公司 | 三级子公司 | 河北秦皇岛 | 石膏板的制造销售 | 15,000,000.00 | 纸面石膏石膏砌块及石膏制品。 | 11,355,000.00 | 0.00 | 70% | 70% | 是 | 8,890,417.78 | | |
| 湖北泰山建材有限公 | 三级子公司 | 湖北荆门市 | 石膏板的制造销售 | 15,000,000.00 | 纸面石膏板、石膏制 | 17,550,000.00 | 0.00 | 100% | 100% | 是 | | | |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 司 | | | | | 品、轻钢龙骨等。 | | | | | | | | |
| 泰山石膏（潍坊）有限公司 | 三级子公司 | 山东安丘市 | 石膏板的制造销售 | 10,000,000.00 | 生产销售纸面石膏板、石膏粉、石膏砌块等。 | 20,460,000.00 | 0.00 | 100% | 100% | 是 | | | |
| 泰山石膏（江阴）有限公司 | 三级子公司 | 江苏江阴市 | 石膏板的制造销售 | 48,003,990.00 | 生产轻质高强多功能墙体材料等。 | 66,818,698.00 | 0.00 | 100% | 100% | 是 | | | |
| 泰山石膏（重庆）有限公司 | 三级子公司 | 重庆市江津区 | 石膏板的制造销售 | 28,750,000.00 | 生产销售纸面石膏板、石膏制品、轻钢龙骨、新型建筑材料、装饰装修材料。 | 36,240,000.00 | 0.00 | 100% | 100% | 是 | | | |
| 泰山石膏（衡水)有限公司 | 三级子公司 | 河北衡水市 | 石膏板、石膏粉的制造销售 | 5,000,000.00 | 生产销售纸面石膏板、石膏粉、石膏制品轻钢结构；销售建筑材料、装饰材料。 | 5,095,399.28 | 0.00 | 100% | 100% | 是 | | | |
| 泰安市泰山纸 | 三级子公司 | 山东泰安市 | 石膏板的制造 | 22,000,000.00 | 纸面石膏板、 | 22,234,900.00 | 0.00 | 100% | 100% | 是 | | | |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 面石膏板有限公司 | | | 销售 | | 石膏制品、轻钢龙骨、新型建材料、装饰材料的生产、销售。 | | | | | | | | |
| 阜新泰山石膏建材有限公司 | 三级子公司 | 辽宁阜新市 | 石膏板的制造销售 | 20,000,000.00 | 纸面石膏板、石膏制品、轻钢龙骨、新型建筑材料、装饰装修材料的生产、销售。 | 20,000,000.00 | 0.00 | 100% | 100% | 是 | | | |
| 泰山石膏（温州）有限公司 | 三级子公司 | 浙江乐清市 | 石膏板的制造销售 | 7,700,000.00 | 纸面石膏板生产；石膏制品、轻钢龙骨、新型建筑材料、装饰材料销售。 | 10,850,000.00 | 0.00 | 100% | 100% | 是 | | | |
| 泰山石膏（平山）有限公司 | 三级子公司 | 河北平山县 | 石膏板的制造销售 | 20,000,000.00 | 纸面石膏石膏砌块、石膏制品、建筑用金属制品的生 | 14,000,000.00 | 0.00 | 70% | 70% | 是 | 7,200,000.00 | | |

| | | | | | 产、销售。 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 泰山石膏（河南）有限公司 | 三级子公司 | 河南偃师市 | 石膏板的制造销售 | 30,000,000.00 | 纸面石膏板、石膏制品、轻钢龙骨、新型建筑材料、装饰材料（不含硅酮胶）的生产销售。 | 30,000,000.00 | 0.00 | 100% | 100% | 是 | | | |
| 泰山石膏（湘潭）有限公司 | 三级子公司 | 湖南湘潭市 | 石膏板的制造销售 | 12,000,000.00 | 纸面石膏板、石膏制品、轻钢龙骨及其他新型建筑材料、装饰材料的生产及销售。 | 8,400,000.00 | 0.00 | 70% | 70% | 是 | 5,444,265.26 | | |
| 泰山石膏（铜陵）有限公司 | 三级子公司 | 安徽铜陵市 | 石膏板的制造销售 | 10,000,000.00 | 纸面石膏板、石膏制品、轻钢龙骨及其他新型建筑材料、装饰材料的生产及销售。 | 19,630,000.00 | 0.00 | 100% | 100% | 是 | | | |
| 泰山石 | 三级子 | 内蒙古 | 石膏板 | 5,000,0 | 纸面石 | 9,600,0 | 0.00 | 100% | 100% | 是 | | | |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 膏（包头）有限公司 | 公司 | 包头市 | 的制造销售 | 00.00 | 膏板、石膏制品、轻钢龙骨、新型建筑材料、装饰材料生产销售。 | 00.00 | | | | | | | |
| 泰安泰山环保建材有限公司 | 三级子公司 | 山东泰安市 | 装饰石膏板等制造及销售 | 4,000,000.00 | 装饰石膏板（防火石膏板、防水石膏板）、石膏制品、轻钢龙骨及配件、新型建筑材料、装饰材料的生产、销售。 | 3,000,000.00 | 0.00 | 75% | 75% | 是 | 961,353.31 | | |
| 泰山石膏（南通）有限公司 | 三级子公司 | 江苏南通市 | 石膏板的制造销售 | 100,000,000.00 | 纸面石膏石膏砌块及其他石膏制品、轻钢龙骨及其他建筑用金属制品的生产销售。 | 100,000,000.00 | 0.00 | 70% | 70% | 是 | | | |
| 泰山石膏（江 | 三级子公司 | 江西丰城市 | 石膏板的制造 | 15,000,000.00 | 纸面石膏板、 | 20,450,000.00 | 0.00 | 100% | 100% | 是 | | | |

| 西）有限公司 | | | 销售 | | 石膏制品、轻钢龙骨、新型建筑材料、装饰材料的生产、销售。 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 山东泰和光能有限公司 | 三级子公司 | 山东泰安市 | 太阳能高硼硅玻璃管制造销售 | 6,000,000.00 | 太阳能高硼硅玻璃管及真空集热管的研发、生产、销售。 | 5,870,000.00 | 0.00 | 100% | 100% | 是 | | | |
| 泰山石膏（广东）有限公司 | 三级子公司 | 广东博罗县 | 石膏板的制造销售 | 30,000,000.00 | 生产、销售纸面石膏板、石膏制品、轻钢龙骨、新型建筑材料、装饰材料。 | 30,000,000.00 | 0.00 | 100% | 100% | 是 | | | |
| 贵州泰福石膏有限公司 | 三级子公司 | 贵州福泉市 | 石膏板的制造销售 | 50,000,000.00 | 纸面石膏石膏砌块及其他石膏制品、建筑用金属制品的生产销售。 | 30,000,000.00 | 0.00 | 60% | 60% | 是 | 24,900,000.00 | | |
| 泰山（银 | 三级子公司 | 宁夏银川市 | 石膏板的制造 | 24,000,000.00 | 纸面石膏板、 | 24,000,000.00 | 0.00 | 100% | 100% | 是 | | | |



cninf 巨潮资讯

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 川）石膏有限公司 | | | 销售 | | 石膏制品、轻钢龙骨、新型建筑材料、装饰材料的生产销售。 | | | | | | | | |
| 泰山石膏（四川）有限公司 | 三级子公司 | 四川什邡市 | 石膏板的制造销售 | 30,000,000.00 | 纸面石膏石膏砌块及其他石膏制品、轻钢龙骨及其他建筑用金属制品生产、销售。 | 30,000,000.00 | 0.00 | 100% | 100% | 是 | | | |
| 泰山石膏（辽宁）有限公司 | 三级子公司 | 辽宁绥中县 | 石膏板的制造销售 | 30,000,000.00 | 纸面石膏石膏砌块及其它石膏制品、轻钢龙骨及其它建筑用金属制品的生产、销售。 | 30,000,000.00 | 0.00 | 100% | 100% | 是 | | | |
| 泰山石膏（湖北）有限公司 | 三级子公司 | 湖北武穴市 | 石膏板的制造销售 | 30,000,000.00 | 纸面石膏石膏砌块及其他石膏制品、轻钢龙骨 | 30,000,000.00 | 0.00 | 100% | 100% | 是 | | | |



cninf 巨潮资讯

Case 2:09-md-02047-EEF-MBN Document 18404-10 Filed 03/02/15 Page 32 of 36



| | | | | | 生产、销售。 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 泰山石膏（巢湖）有限公司 | 三级子公司 | 安徽巢湖市 | 石膏板的制造销售 | 30,000,000.00 | 纸面石膏石膏切块、石膏制品、轻钢龙骨、建筑金属制品加工、销售。 | 30,000,000.00 | 0.00 | 100% | 100% | 是 | | | |
| 泰山石膏（聊城）有限公司 | 三级子公司 | 山东聊城市 | 石膏板的制造销售 | 30,000,000.00 | 纸面石膏板石膏粉、石膏砌块、石膏制品、轻钢龙骨、建材、金属制品销售。 | 30,000,000.00 | 0.00 | 100% | 100% | 是 | | | |
| 泰山石膏（福建）有限公司 | 三级子公司 | 福建龙岩市 | 石膏板的制造销售 | 50,000,000.00 | 水泥缓凝剂的制造与销售；磷石膏粉的销售 | 30,000,000.00 | 0.00 | 60% | 60% | 是 | 21,900,000.00 | | |
| 泰山石膏（威海）有限公司 | 三级子公司 | 山东乳山市 | 石膏板的制造销售 | 20,000,000.00 | 纸面石膏板、装饰石膏板、石膏粉、石膏制品、轻钢龙骨、建筑材料 | 14,000,000.00 | 0.00 | 70% | 70% | 是 | 5,975,729.79 | | |



cninf 巨潮资讯

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 生产销售、建筑五金销售. | | | | | | | | |
| 泰山石膏（吉林）有限公司 | 三级子公司 | 吉林四平市 | 石膏板的制造销售 | 30,000,000.00 | 纸面石膏石膏砌块及其他石膏制品、轻钢龙骨及其他建筑用金属制品、新型建筑材料、装饰材料的销售。 | 30,000,000.00 | 0.00 | 100% | 100% | 是 | | | |
| 泰山石膏（宣城）有限公司 | 三级子公司 | 安徽宣城市 | 石膏板的制造销售 | 10,000,000.00 | 纸面石膏石膏砌块及其他石膏制品、轻钢龙骨及其他建筑用金属制品、新型建筑材料、装饰材料的生产、销售。 | 10,000,000.00 | 0.00 | 100% | 100% | 是 | | | |
| 泰山石膏（宿迁）有限公司 | 三级子公司 | 江苏宿迁市 | 石膏板的制造销售 | 10,000,000.00 | 纸面石膏板、石膏粉、石膏砌块及其它 | 10,000,000.00 | 0.00 | 100% | 100% | 是 | | | |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 石膏制品、轻钢龙骨及其它建筑用金属制品、新型建筑材料、装饰材料的生产、销售 | | | | | | | | |
| 泰山石膏（济源）有限公司 | 三级子公司 | 河南济源市 | 石膏板的制造销售 | 30,000,000.00 | 纸面石膏板、石膏粉、石膏砌块及石膏制品、轻钢龙骨、装饰材料的生产、销售。 | 25,500,000.00 | 0.00 | 85% | 85% | 是 | 4,500,000.00 | | |
| 泰山石膏（甘肃）有限公司 | 三级子公司 | 甘肃白银市 | 石膏板的制造销售 | 30,000,000.00 | 纸面石膏板、装饰石膏板、石膏粉、石膏砌块及其它石膏制品、轻钢龙骨及其它建筑用金属制品、新型建筑材料、装饰材 | 30,000,000.00 | 0.00 | 100% | 100% | 是 | | | |



cninf 巨潮资讯

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 料的生产、销售 | | | | | | | | |
| 泰山石膏（龙岩）水泥缓凝剂有限公司 | 三级子公司 | 福建龙岩市 | 水泥缓凝剂的制造与销售 | 10,000,000.00 | 水泥缓凝剂的制造与销售；磷石膏粉的销售 | 10,000,000.00 | 0.00 | 100% | 100% | 是 | | | |
| 北新轻钢房屋（北京）有限公司 | 三级子公司 | 北京市 | 工厂化房屋生产 | 20,000,000.00 | 加工金属结构建筑物、金属结构建筑物部件；施工总承包；专业承包；劳务分包；房屋建设工程勘察设计；室内装饰工程设计；城市园林绿化。工程和技术研究与试验发展；工程准备；产品设计；技术推广；货物进出 | 20,000,000.00 | 0.00 | 100% | 100% | 是 | | | |



cninf 巨潮资讯 www.cninfo.com.cn

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 口、代理进出口、技术进出口；销售自产产品。 | | | | | | | | |

通过设立或投资等方式取得的子公司的其他说明

注：1. 泰山石膏（江阴）有限公司系北新建材与北新建材控股的子公司--泰山石膏股份有限公司共同持股的三级子公司，北新建材拥有的股权比例和表决权比例为30%，泰山石膏股份有限公司拥有的股权比例和表决权比例为70%。

2. 北新轻钢房屋（北京）有限公司系北新建材的二级子公司—北新房屋有限公司投资设立的全资子公司，北新房屋有限公司直接拥有的股权比例和表决权比例为100%。

3. 除泰山石膏（江阴）有限公司及北新轻钢房屋（北京）有限公司外，上述其他企业均是由北新建材的二级子公司--泰山石膏股份有限公司通过投资等方式取得，上表中列示的持股比例和表决权比例均为泰山石膏股份有限公司直接拥有的持股比例和表决权比例。

**（2）同一控制下企业合并取得的子公司**

单位：元

| 子公司全称 | 子公司类型 | 注册地 | 业务性质 | 注册资本 | 经营范围 | 期末实际投资额 | 实质上构成对子公司净投资的其他项目余额 | 持股比例(%) | 表决权比例(%) | 是否合并报表 | 少数股东权益 | 少数股东权益中用于冲减少数股东损益的金额 | 从母公司所有者权益冲减子公司少数股东分担的本期亏损超过少数股东在该子公司年初所有者权益中所享有份额后的余额 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|