# EXHIBIT I TO EXHIBIT "1"

 **BNBM GROUP**

 

Search...

中文简体

| Home | About BNBM Group | Business | Products | Projects | Download | Contact Us |

Location: Home >> About BNBM Group >> Organization

| **About BNBM Group** |
| Chairman's Address |
| Corporate Philosophy |
| Organization |
| History |
| Honor |
| News |

## Organization







Site Map  |  Terms  |  Privacy Policy

Copyright © Beijing New Building Material (Group) Co., Ltd. All rights reserved.

Record number: Beijing ICP No.06064672      Network security number: Beijing No.11010802011211