# EXHIBIT K TO EXHIBIT "1"



 



中文简体

| Home | About BNBM Group | Business | Products | Projects | Download | Contact Us |



Location: Home >> Business >> International Trading >> Member Enterprises

- **Business**
- **International Trading**
  - **Member Enterprises**
- Integrated Housing
- Forest Products
- Metal Trading
- Others

## Member Enterprises



**1. BNBM Group (Tanzania)**

Beijing New Building Materials (Tanzania) Company Limited - hereunder abbreviated as "BNBM Group (Tanzania)" is an overseas subsidiary company of BNBM Group, a large state-owned enterprise under the banner of the central state enterprise CNBM. BNBM Group (Tanzania) will serve as a platform to complement trade between China and East Africa, function as a bonded warehouse, and function as a logistics and distribution center, while helping to foster and incubate Chinese and East Africa building material manufacturers through investment and financing. Aside from playing a role as a venue for international advertising, conferences and exhibitions, the company will also act as a center of support for consultation and information on commercial investment between China and East Africa. Comprising the aforementioned five key functions, the subsidiary will stand as a multifunctional platform of the highest magnitude to create a CNBM logistic and distribution center in East Africa;

aggregating quality resources on an international scale whilst striving to serve the construction and development of East Africa.



**2. BNBMG Int'l (Xiamen)**

Xiamen BNBMG Int'l Trading Co., Ltd. hereunder abbreviated as "BNBMG Int'l (Xiamen)", formerly BNBM Group's Xiamen



Representative Office is a wholly-owned subsidiary of BNBM Group, which was established on March 30th, 2012 with a registered capital of 30 million RMB. It is primarily engaged in the importation of timber and stone materials, as well as the domestic trading of steel products. The company possesses a business team with many years of professional experience in the timber industry and a strong capacity for business development which provides premium and professional service that has earned a solid reputation among its clients. The company's timber imports include a wide range of products which mainly comprise logs and panels, mostly used in home and building construction, the fabrication of synthetic paneling, furniture materials, railway construction, handicraft manufacturing, and many other fields of industry. The company's raw wood products include radiata pine, hemlock, Douglas fir, spruce, and tamarack logs. Its wood panel products include hemlock, SPF, Douglas fir, radiata pine and white pine paneling. With a sales network spanning across all of China's major coastal cities, the company imported a total of 170 million cubic meters of timber in 2011. As one of the top 3 importers nationally, the company had a foreign exchange volume of 300 million USD and revenue of 1.2 Billion RMB. In 2012, the total volume of timber imports reached 180 million cubic meters and its total volume of foreign exchange reached 327 million USD, while annual company revenues reached 1.4 Billion RMB. In addition, the company established a stone material importation team in 2013, which deals in the importation of marble, sandstone and other types of quarry stone. Its domestic steel trading main operations primarily involve screw-thread steel, steel coils, and raw materials such as coke, refined iron ore and steel billet.

Site Map  |  Terms  |  Privacy Policy
Copyright © Beijing New Building Material (Group) Co., Ltd. All rights reserved.
Record number: Beijing ICP No.06064672     Network security number: Beijing No.11010802011211