# EXHIBIT L TO EXHIBIT "1"



Search...

 

中文简体

| Home | About BNBM Group | Business | Products | Projects | Download | Contact Us |



Location: Home >> Business >> Integrated Housing >> Member Enterprises

**Business**

International Trading

Integrated Housing

　　Member Enterprises
　　Technology Systems
　　House Features
　　Materials & Integrated Parts
　　Operation Capability

Forest Products

Metal Trading

Others

**Member Enterprises**







**1. BNBMG Integrated Housing (Beijing)**

INTECH Building Co., Ltd. - hereunder abbreviated as "BNBMG Integrated Housing (Beijing)", a wholly owned subsidiary of BNBM Group, implements "New Housing and Building" strategy of "Three New Strategies", as a State-owned enterprise, specially involves in new houses and buildings.

After decades of exploration and development, INTECH Building Co., Ltd. has gradually formed own intellectual properties and core specialties, possessed professional operation capability, taking environment-protecting and energy-saving houses as main business, and taking development and design light gauge steel structure, building envelop, interior and exterior decorating materials, thermal insulation, water ,heating and electricity system, as well as construction equipment as core technologies. The company has an effective and green building system, with superior physical functions, which is a world class building technology applied widely in developed countries. The production of the housing system has been fully industrialized with consummate supply chain management and professional service in logistics and installation to provide all around solution to customers.

For decades, INTECH building Co., Ltd. has undertaken many domestic and overseas large-scale projects, the product and service have covered over 10 provinces. The company has also undertaken the post-disaster reconstruction tasks for numerous times. Along with the further implementation of the national strategy of "Out-going", the company has completed dozens of projects in international market in North America, East Europe, Middle East, South Asian, South America, South Pacific Islands and African countries. The production capacity is up to 2 million square meters in 2013.

INTECH Building Co., Ltd. has made fundamental changes on traditional methods of building houses by transferring focuses from the building itself to the planning of the whole ecological construction, from construction of framework product to integration of building components, as well as from building house to manufacturing house. Nowadays, as an outstanding representative of environmental protection and energy-saving house supplier, INTECH Building Co., Ltd. is taking on a rapid, prosperous

environmental protection and energy-saving house supplier, INTECH Building Co., Ltd. is taking on a rapid, prosperous evolution pace under the trend to develop low-carbon economy globally.





**2. BNBMG Integrated Housing (Chengdu)**

INTECH Building (Chengdu) Co., Ltd. - hereunder abbreviated as "BNBMG Integrated Housing (Chengdu)" was founded in 2010 as a member company of CNBM and is a wholly-owned subsidiary of BNBM Group. Its scope of operations covers Southwestern China, including various provinces, autonomous regions, and centrally administered cities such as Yunnan, Guizhou, Qinghai, and Chongqing. The company's production plant is located in the Qingbaijiang District of Chengdu with a planned area encompassing 133,400 square meters divided into two phases, the first phase of which has already been completed. After the project has been fully completed, the production facility will have a manufacturing capacity of 2 million square meters of housing annually.



**3. BNBMG Integrated Housing Manufacture (Hainan)**

On November 27th, 2011, CNBM signed a Frame Agreement of Strategic Cooperation with the Dingan County local government to build a CNBM "Three New" Industrial Park and New-type Model Home Park in Dingan County of Hainan province. Based on BNBM Group's many years of experience in low-rise cold-formed steel housing system technology and product development, combined with a low carbon, eco-friendly residential dwelling approach to construction, the company will invest in and build a low-rise cold-formed steel housing production line and cooperate with other commercial partners to invest in a wide range of related industries, so as to gradually establish a production base for low carbon, eco-friendly manufactured homes. This project

is located in the number two development zone of the new Taling District in Dingcheng township, Dingan County – from the South side of the West Third Ring Road, south of the old Dingan County center, along the west side of Dingfu Road stretching north with a planned area next to the Third Ring Road, and further eastward reaching Dingfu Road – for a total area of 33,400 square meters. The project is orientated toward the development of the new building material industry. Its core focus is the production of low-rise cold-formed steel housing and related materials while functioning as a low carbon, eco-friendly center for product display as well as research and development.



**4. BNBMG Integrated Housing Development (Hainan)**

The Hainan New-type Model Housing Park project is the company's first commercial real estate development project, and it will also become the first low carbon, eco-friendly model and display zone for low-rise cold-formed steel housing in China. Located 17 kilometers from the nearby county at a travelling distance of just twenty minutes by car, it sits next to one of Hainan's most beautiful freshwater lakes – Nanli Lake, which is 1.5 kilometers away from Wenbi Summit, the birthplace of the Southern School of Daoism and a large-scale cultural and tourist center in Hainan province. It is also situated adjacent to the beautifully-scenic Ding Lake Road, which stretches 9.7 kilometers, all along a multitude of recreational and entertainment facilities, as well as a bicycle lane. The area's transportation infrastructure, ecological resources, history and culture, as well as its pleasant living environment among many other advantages, helps promote Nanli Lake as part of a residential living space located within a one-hour perimeter of Greater Haikou city by imbuing it with a very distinctive character; a lakeside resort destination for rest and relaxation that is also rich in culture. The design concept of BNBM's low carbon and eco-friendly Hainan New-type Model Housing Park in Dingan County strictly adheres to Hainan's local Qiongzhou architectural culture and style; fully embracing Hainan's tropical architectural flavor while integrating modern architectural technology and methods, while at the same time supporting the construction and development of Hainan as an international island tourist destination. With its core focus on new-type housing systems, the company aims to develop low carbon, ecologically-sound technology, and to make its mark by leading Hainan's first truly comprehensive low carbon, energy-efficient real estate trend, so as to write an innovative new chapter in residential concepts – thereby establishing itself as an unrivalled model of excellence for Hainan's movement toward preserving nature and maintaining ecological viability.





**5. BNBMG Integrated Housing (Lianyungang)**

Beixin Integrated Housing (Lianyungang) Co., Ltd. (hereunder abbreviated as "BNBMG Integrated Housing (Lianyungang)") covers the land of 470 acres. With the expected investment of 1billion RMB, it will be developed into a large-scale integrated housing production base as well as a new housing demonstration garden for visiting, exhibiting and marketing.

The project conforms to the overall development of the national energy saving strategies and national protection of arable land, vigorously develops the industrial policy of energy saving and environmental-friendly housing. During the construction and production process, there is no 'Three Wastes'released. And after the completion of the base, it can meet the requirement for building materials of 2 million square meters new integrated housing and promote to upgrade the philosophy of building industry in Lianyungang and China.





**6. BNBMG Integrated Housing (Mudanjiang)**

This project aims to build a manufacturing base for new-type housing with an annual production capacity of 2 million square meters of prefabricated housing. Through the importation of a complete set of production equipments, computer design systems, and advanced housing frameworks and standards from abroad, this manufacturing base will focus primarily on the production of light-steel frame, steel-timber combined frame, as well as all-wood frame integrated housing. Upon completion, the base will provide a comprehensive support for the requirements of the new-type housing market in the Mudanjiang region, as well as for socialist urbanization construction projects throughout Heilongjiang province. At the same time, by relying on BNBM Group's own sales network and customer resources, in combination with the geographical advantage of the Suifenhe port – the base will vigorously strive to develop in scope, so as to become the largest manufacturing, research and development, and export base for steel and wood frame integrated building products in Northeastern China. In addition, the base further aims to develop far eastern markets such as Russia and South Korea.



Site Map  |  Terms  |  Privacy Policy
Copyright © Beijing New Building Material (Group) Co., Ltd. All rights reserved.
Record number: Beijing ICP No.06064672      Network security number: Beijing No.11010802011211