# EXHIBIT O TO EXHIBIT "1"

**Thomas C. Sand**, OSB No. 773322
tom.sand@millernash.com
**Elisa J. Dozono**, OSB No. 063150
elisa.dozono@millernash.com
**Brian W. Esler**
(*Pro Hac Vice application to be submitted*)
brian.esler@millernash.com
MILLER NASH LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204
Telephone: (503) 224-5858
Facsimile: (503) 224-0155

      Attorneys for Plaintiffs
      China National Building Materials Import
      and Export Corporation and
      CNBM Forest Products (Canada) Ltd.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **CHINA NATIONAL BUILDING MATERIALS IMPORT AND EXPORT CORPORATION**, a People's Republic of China corporation; and **CNBM FOREST PRODUCTS (CANADA) LTD.**, a Canadian corporation,<br><br>      Plaintiffs,<br><br>  v.<br><br>**MURPHY OVERSEAS USA ASTORIA FOREST PRODUCTS**, **LLC,** an Oregon limited liability company; **MURPHY OVERSEAS U.S.A. TIMBER AND LAND DEVELOPMENT, LLC**, an Oregon limited liability company; **MURPHY OVERSEAS U.S.A. HOLDINGS, LLC**, an Oregon limited liability company; and **DOES I–XX**,<br><br>      Defendants. | Case No. 3:14-cv-00746-ST<br><br>DEFENDANT CNBM FOREST PRODUCTS (CANADA) LTD.'S CORPORATE DISCLOSURE STATEMENT |

Page 1 -    Plaintiff CNBM Forest Products (Canada) Ltd.'s Corporate Disclosure Statement

PDXDOCS:2033584.2

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858

Pursuant to Fed R Civ P 7.1, defendant CNBM Forest Products (Canada) Ltd. submits this Corporate Disclosure Statement.

1. CNBM Forest Products (Canada) Ltd. is a foreign corporation organized under the laws of Canada.

2. CNBM Forest Products (Canada) Ltd.'s parent company is CNBM Forest Products, Ltd.  CNBM Forest Products Ltd. is a wholly-owned subsidiary of China National Building Materials Import and Export Corporation.

3. No publicly held company owns 10 percent or more of CNBM Forest Products (Canada) Ltd.'s units.

DATED this 5th day of May, 2014.

MILLER NASH LLP

s/Thomas C. Sand
Thomas C. Sand, OSB No. 773322
tom.sand@millernash.com
Elisa J. Dozono, OSB No. 063150
elisa.dozono@millernash.com
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon  97204
Telephone:  (503) 224-5858
Fax:  (503) 224-0155

Brian W. Esler, WSB No. 22168
(*Pro Hac Vice application to be submitted and previously admitted Pro Hac Vice in USDC, District of Oregon,* Case No. 3:14-cv-00176-BR)
brian.esler@millernash.com
4400 Two Union Square
601 Union Street
Seattle, Washington  98101
Telephone:  (206) 622-8484
Fax:  (206) 622-7485

*Attorneys for Plaintiffs China National Building Materials Import and Export Corporation and CNBM Forest Products (Canada) Ltd.*