# EXHIBIT P TO EXHIBIT "1"

**Thomas C. Sand**, OSB No. 773322
tom.sand@millernash.com
**Elisa J. Dozono**, OSB No. 063150
elisa.dozono@millernash.com
**Brian W. Esler**
(*Pro Hac Vice application to be submitted*)
brian.esler@millernash.com
MILLER NASH LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon  97204
Telephone:  (503) 224-5858
Facsimile:  (503) 224-0155

Attorneys for Plaintiffs
China National Building Materials Import
and Export Corporation and
CNBM Forest Products (Canada) Ltd.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **CHINA NATIONAL BUILDING MATERIALS IMPORT AND EXPORT CORPORATION**, a People's Republic of China corporation; and **CNBM FOREST PRODUCTS (CANADA) LTD.**, a Canadian corporation, | Case No. 3:14-cv-00746-ST |
| Plaintiffs, | PLAINTIFF CHINA NATIONAL BUILDING MATERIALS IMPORT AND EXPORT CORPORATION'S CORPORATE DISCLOSURE STATEMENT |
| v. | |
| **MURPHY OVERSEAS USA ASTORIA FOREST PRODUCTS**, **LLC,** an Oregon limited liability company; **MURPHY OVERSEAS U.S.A. TIMBER AND LAND DEVELOPMENT, LLC**, an Oregon limited liability company; **MURPHY OVERSEAS U.S.A. HOLDINGS, LLC**, an Oregon limited liability company; and **DOES I–XX**, | |
| Defendants. | |

Page 1 -   Plaintiff China National Building Materials Import and Export Corporation's
Corporate Disclosure Statement

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858

Pursuant to Fed R Civ P 7.1, plaintiff China National Building Materials Import and Export Corporation submits this Corporate Disclosure Statement.

1.    China National Building Materials Import and Export Corporation is a foreign corporation organized under the laws of the People's Republic of China.

2.    The parent company of China National Building Materials Import and Export Corporation is China National Building Materials Group Corporation ("CNBM Group").

3.    China National Building Materials Group Corporation ("CNBM Group") controls several publicly listed companies, but no publicly listed company owns 10 percent or more of CNBM Group's shares.

DATED this 5th day of May, 2014.

MILLER NASH LLP

s/Thomas C. Sand
Thomas C. Sand, OSB No. 773322
tom.sand@millernash.com
Elisa J. Dozono, OSB No. 063150
elisa.dozono@millernash.com
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon  97204
Telephone:  (503) 224-5858
Fax:  (503) 224-0155

Brian W. Esler, WSB No. 22168
(*Pro Hac Vice application to be submitted
and previously admitted Pro Hac Vice in
USDC, District of Oregon,*
Case No. 3:14-cv-00176-BR)
brian.esler@millernash.com
4400 Two Union Square
601 Union Street
Seattle, Washington  98101
Telephone:  (206) 622-8484
Fax:  (206) 622-7485

*Attorneys for Plaintiffs China National Building
Materials Import and Export Corporation and
CNBM Forest Products (Canada) Ltd.*

SEADOCS:465119.2

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858