# EXHIBIT R TO EXHIBIT "1"



# CNBM

China National Building Material Company Limited*

(Stock Code:3323)



2013

Annual Report 年度報告

* For identification only

# Definitions

*In this annual report, unless the context otherwise requires, the following terms shall have the meanings set out below:*

| | |
|---|---|
| "Articles of Association" | the articles of association of the Company |
| "Baker Tilly China" | 天職國際會計師事務所（特殊普通合夥）(Baker Tilly China Certified Public Accountants) |
| "Baker Tilly HK" | 天職香港會計師事務所有限公司 (Baker Tilly Hong Kong Limited) |
| "Beijing Triumph" | 北京凱盛建材工程有限公司 (Beijing Triumph Building Materials Engineering Co., Ltd.) |
| "Bengbu Triumph" | 蚌埠凱盛工程技術有限公司 (China Triumph Bengbu Engineering and Technology Company Limited) |
| "Binzhou Cement" | 黑龍江省賓州水泥有限公司 (Heilongjiang Binzhou Cement Company Limited) |
| "BNBM" | 北新集團建材股份有限公司 (Beijing New Building Material Public Limited Company) |
| "BNBMG" | 北新建材集團有限公司 (Beijing New Building Materials Group Company Limited) |
| "BNBM Homes" | 北新房屋有限公司 (BNBM Homes Company Limited) |
| "BNBM Ningbo" | 寧波北新建材有限公司 (BNBM Ningbo Company Limited) |
| "BNBM PNG" | 中建投巴新公司 (BNBM PNG Limited) |
| "BNBM Taicang" | 太倉北新建材有限公司 (BNBM Taicang Company Limited) |
| "BNBM Zhaoqing" | 肇慶北新建材有限公司 (BNBM Zhaoqing Company Limited) |
| "BNS" | 北新科技發展有限公司 (BNS Company Limited) |
| "Board" | the board of directors of the Company |
| "Building Materials Academy" | 中國建築材料科學研究總院 (China Building Materials Academy) |
| "China Composites" | 中國複合材料集團有限公司 (China Composites Group Corporation Limited) |
| "China Fiberglass" | 中國玻纖股份有限公司 (China Fiberglass Company Limited) |
| "China Triumph" | 中國建材國際工程集團有限公司 (China Triumph International Engineering Company Limited) |

# Definitions *(Continued)*

| | |
|---|---|
| "China United" | 中國聯合水泥集團有限公司 (China United Cement Corporation) |
| "Chongqing Southwest Cement" | 重慶西南水泥有限公司 (Chongqing Southwest Cement Company Limited) |
| "Cinda" | 中國信達資產管理股份有限公司 (China Cinda Asset Management Co., Ltd.) |
| "CNBM Investment" | 中建材投資有限公司 (CNBM Investment Company Limited) |
| "CNBMI Logistics" | 中建投物流有限公司 (CNBMI Logistics Company Limited) |
| "CNBMIT" | 中建投商貿有限公司 (CNBMIT Co., Ltd) |
| "CNBM Trading" | 中建材集團進出口公司 (China National Building Material Import and Export Company) |
| "Company" or "CNBM" | 中國建材股份有限公司 (China National Building Material Company Limited) |
| "Company Law" | the Company Law of the PRC |
| "controlling shareholder" | has the meaning ascribed thereto under the Listing Rules |
| "CSRC" | 中國證券監督管理委員會 (China Securities Regulatory Commission) |
| "Dequan Wangqing" | 吉林德全集團汪清水泥有限責任公司 (Jilin Dequan Cement Group Wangqing Co., Ltd.) |
| "Dezhou China United" | 德州中聯大壩水泥有限公司 (China United Cement Dezhou Daba Co., Ltd.) |
| "Director(s)" | the member(s) of the Board of the Company |
| "Domestic Shares" | the ordinary shares with a nominal value of RMB1.00 each in the registered capital of the Company, which are subscribed for in RMB |
| "EPC" | turn-key project services that include design, procurement and construction etc. |
| "Fa Gai Chan Ye [2013] No. 892 Document" | "Notice about the Determination to Suppress Unchecked Expansion of Industries with Severe Excess Capacity" (《關於堅決遏制產能嚴重過剩行業盲目擴張的通知》) jointly issued by the National Development and Reform Commission of the PRC (國家發展和改革委員會) and MIIT on 10 May 2013 |

# Definitions *(Continued)*

| | |
|---|---|
| "Five C" | marketing centralisation, procurement centralisation, financial centralisation, technical centralisation and investment decision-making centralisation |
| "GDP" | gross domestic product |
| "Group", "we" and "us" | the Company and, except where the context otherwise requires, all its subsidiaries |
| "Guangxi South Cement" | 廣西南方水泥有限公司(Guangxi South Cement Company Limited) |
| "Guizhou Southwest Cement" | 貴州西南水泥有限公司 (Guizhou Southwest Cement Company Limited) |
| "Guo Fa [2013] No. 41 Document" | "the State Council's Guidelines on Addressing Severe Overcapacity" (國務院關於化解產能嚴重過剩矛盾的指導意見) issued on 15 October 2013 |
| "H Share(s)" | the overseas listed foreign shares with a nominal value of RMB1.00 each in the share capital of the Company, which are listed on the Stock Exchange and subscribed for and traded in HK$ |
| "Heihe Guanniaohe Cement" | 黑河關鳥河水泥有限責任公司 (Heihe Guanniaohe Cement Company Limited) |
| "HK$" | Hong Kong dollars, the lawful currency of the Hong Kong Special Administrative Region |
| "Huaihai" | including (but not limited to) southern Shandong, northern Jiangsu, eastern Henan and northern Anhui |
| "Huaihai China United" | 淮海中聯水泥有限公司 (China United Cement Huaihai Co., Ltd.) |
| "Hunan South Cement" | 湖南南方水泥集團有限公司 (Hunan South Cement Group Company Limited) |
| "IFRS" | International Financial Reporting Standards |
| "Independent Third Party(ies)" | person(s) or company(ies) which is (are) independent of the directors, supervisors, controlling shareholder, substantial shareholder and the chief executive (such terms as are defined in the Listing Rules) of the Company or any of its subsidiaries or an associate of any of them |
| "Jiamusi North Cement" | 佳木斯北方水泥有限公司 (Jiamusi North Cement Company Limited) |
| "Jiangxi South Cement" | 江西南方水泥有限公司 (Jiangxi South Cement Company Limited) |
| "Jingang Group" | 遼源金剛水泥(集團)有限公司 (Liaoyuan Jingang Cement (Group) Company Limited) |
| "Jushi Group" | 巨石集團有限公司 (Jushi Group Company Limited) |

# Definitions *(Continued)*

| | |
|---|---|
| "KPI" | Key performance index |
| "Listing Rules" | the Rules Governing the Listing of Securities on the Stock Exchange as amended from time to time |
| "Lunan China United" | 魯南中聯水泥有限公司 (China United Cement Lunan Co., Ltd.) |
| "MIIT" | Ministry of Industry and Information Technology of the People's Republic of China |
| "Nanjing Triumph" | 南京凱盛國際工程有限公司 (Nanjing Triumph International Engineering Company Limited) |
| "NBS" | 中國國家統計局(National Bureau of Statistics of China) |
| "Non-Competition Agreement" | the non-competition agreement dated 28 February 2006 entered into between the Company and the Parent, which is stated on pages 160 to 162 of the prospectus of the Company |
| "North Cement" | 北方水泥有限公司 (North Cement Company Limited) |
| "Northern China" | including (but not limited to) Heilongjiang, Jilin and Liaoning |
| "NSP" | cement produced by clinker made through the new suspension preheater dry process |
| "Parent" | 中國建築材料集團有限公司 (China National Building Material Group Corporation) |
| "Parent Group" | collectively, Parent and its subsidiaries (excluding the Group) |
| "PCP" | PCP, being Price-Cost-Profit |
| "PRC" | the People's Republic of China |
| "preparation, meticulosity, refinement, solidity" | making deployment of operation in advance, implementing plans and accomplishing goals as early as possible; further refining objectives and measures, and formulating specific strategies based on the markets and features; advancing management enhancement, meticulous organisation and delicacy management to improve quality and profitability; working solidly with sound dedication to enhance the basis for development and strengthen foundation |
| "Promoters" | the initial promoters of the Company, being the Parent, BNBMG, Cinda, the Building Materials Academy and the CNBM Trading |
| "Qingzhou China United" | 青州中聯水泥有限公司 (Qingzhou China United Cement Company Limited) |

# Definitions *(Continued)*

| | |
|---|---|
| "Qufu China United" | 曲阜中聯水泥有限公司 (Qufu China United Cement Company Limited) |
| "Reporting Period" | the period from 1 January 2013 to 31 December 2013 |
| "RMB"or "Renminbi" | Renminbi yuan, the lawful currency of the PRC |
| "SFO" | Securities and Futures Ordinance (Cap. 571 of the Laws of Hong Kong) |
| "Shanghai South Cement" | 上海南方水泥有限公司 (Shanghai South Cement Company Limited) |
| "Shanghai Yaopi" | 上海耀華皮爾金頓玻璃股份有限公司 (Shanghai Yaohua Pilkington Glass Co., Ltd.) |
| "Shanghai Zhentong" | 上海甽通股權投資管理有限公司 (Shanghai Zhentong Equity Investment Management Company Limited) |
| "Share(s)" | ordinary shares of the Company with a nominal value of RMB1.00 each, comprising both the Domestic Shares and the H Shares |
| "Shareholder(s)" | holder(s) of Share(s) |
| "Shenzhen Jinda" | 深圳京達股權投資管理有限公司 (Shenzhen Jinda Equity Investment Management Company Limited) |
| "Shenzhen Triumph" | 深圳市凱盛科技工程有限公司 (CTIEC Shenzhen Scieno-tech Engineering Company Limited) |
| "Sichuan Jiahua" | 四川嘉華企業(集團)股份有限公司 (Sichuan Jiahua Enterprise (Group) Co., Ltd) |
| "Sichuan Southwest Cement" | 四川西南水泥有限公司 (Sichuan Southwest Cement Company Limited) |
| "South Cement" | 南方水泥有限公司 (South Cement Company Limited) |
| "Southwest Cement" | 西南水泥有限公司(Southwest Cement Company Limited) |
| "State" | the government of the PRC including all political subdivisions (including provincial, municipal and other regional or local government entities) and instrumentalities thereof |
| "Stock Exchange" | The Stock Exchange of Hong Kong Limited |
| "Supervisor(s)" | the member(s)of the Supervisory Committee |
| "Supervisory Committee" | the supervisory committee of the Company |
| "Taishan China United" | 泰山中聯水泥有限公司 (China United Cement Taishan Co., Ltd.) |

# Definitions *(Continued)*

| | |
|---|---|
| "Taishan Gypsum" | 泰山石膏股份有限公司 (Taishan Gypsum Company Limited) |
| "'Three Five' management" | Five N (operation mode), i.e. integration, modelization, institutionalization, processisation and digitalisation. Five C (management mode), i.e. marketing centralisation, procurement centralisation, financial centralisation, technical centralisation and investment decision-making centralization. Five I (five key operation indices), i.e. net profit, selling price and sales volume, cost, cash flow and gearing ratio |
| "Three Formulations" | Formulation of functions, formulation of structure and formulation of staffing |
| "Weijin Jingang" | 遼源渭津金剛水泥有限公司 (Liaoyuan Weijin Jingang Cement Company Limited) |
| "Wulanchabu China United" | 烏蘭察布中聯水泥有限公司 (China United Cement Wulanchabu Co., Ltd.) |
| "Xinjiang Triumph" | 新疆凱盛建材設計研究院 (Xinjiang Triumph Building Materials Designing Institute) |
| "Xuzhou China United" | 徐州中聯水泥有限公司 (China United Cement Xuzhou Co., Ltd.) |
| "Yichun North Cement" | 伊春北方水泥有限公司 (Yichun North Cement Company Limited) |
| "Yunnan Southwest Cement" | 雲南西南水泥有限公司 (Yunnan Southwest Cement Company Limited) |
| "Zaozhuang China United" | 棗莊中聯水泥有限公司 (China United Cement Zaozhuang Co., Ltd.) |
| "Zhejiang South Cement" | 浙江南方水泥有限公司 (Zhejiang South Cement Company Limited) |
| "Zhongfu Lianzhong" | 連雲港中複連眾複合材料集團有限公司 (Lianyungang Zhongfu Lianzhong Composite Material Group Company Limited) |
| "Zhongfu Liberty" | 常州中複麗寶第複合材料有限公司 (Changzhou China Composites Liberty Company Limited) |
| "Zhongfu Shenying" | 中複神鷹碳纖維有限責任公司 (Zhongfu Shenying Carbon Fiber Company Limited) |

# Shareholding Structure of the Group

The simplified structure of the Group as at 31 December 2013 is set out as below:



Note:   The aforementioned percentages are rounded to 2 decimal places.

# Management Discussion and Analysis



**CAO JIANGLIN**
President
Executive Director

## BUSINESS OVERVIEW

The business segments and the major operating entities of each business segment for the Group as at the date of this report are summarized as follows:

| Business segments | Major products and services | Major operating entities | Direct and indirect equity interests held by the Company |
|---|---|---|---|
| Cement | NSP cement and | China United | 100.00% |
| | commercial concrete | South Cement | 80.00% |
| | | North Cement | 70.00% |
| | | Southwest Cement | 70.00% |
| Lightweight building materials | Dry wall and ceiling system | BNBM | 52.40% |
| Glass fibre and composite materials | Rotor blades | China Composites | 100.00% |
| | Glass fibre | China Fiberglass | 32.79% |
| Engineering services | Design and engineering EPC services: Float glass production lines and NSP cement production lines | China Triumph | 91.00% |

# Directors' Report *(Continued)*

## DISCLOSURE OF INTERESTS

### I. Substantial Shareholders and persons who have an interest or short position discloseable under divisions 2 and 3 of Part XV of the Securities and Futures Ordinance ("SFO")

So far as was known to directors or supervisors of the Company, as at 31 December 2013, the shareholders (other than the directors or supervisors of the Company) who had interests or short positions in the shares or underlying shares of the Company which were required to be disclosed to the Company and the Stock Exchange under the provisions of Divisions 2 and 3 of Part XV of the SFO, or which were recorded in the register required to be kept by the Company under Section 336 of the SFO or had otherwise notified the Company were as follows:

| Name of Substantial Shareholder | Class of Shares | Long/ short position | Capacity | Number of Shares held | Notes | Percentage of the relevant class of share capital (%)[1,7] | Percentage of total share capital (%)[1,7] |
|---|---|---|---|---|---|---|---|
| Parent | Domestic Shares | Long | Beneficial owner | 666,962,522 | | | |
| | Domestic Shares | Long | Interest of controlled corporation | 1,714,459,536 | | | |
| | | | | 2,381,422,058 | 2, 3 | 94.50 | 44.10 |
| BNBMG | Domestic Shares | Long | Beneficial owner | 1,485,566,956 | 2 | 58.95 | 27.52 |
| CNBM Trading | Domestic Shares | Long | Beneficial owner | 227,719,530 | 2 | 9.04 | 4.22 |
| Cinda | Domestic Shares | Long | Beneficial owner | 138,432,308 | 3 | 5.49 | 2.56 |
| JPMorgan Chase & Co. | H Shares | Long | Beneficial owner | 54,423,073 | | | |
| | H Shares | Long | Investment manager | 22,852,000 | | | |
| | H Shares | Long | Custodian | 270,621,513 | | | |
| | | | | 347,896,586 | 4 | 12.08 | 6.44 |
| | H Shares | Short | Beneficial owner | 16,706,145 | 4 | 0.58 | 0.30 |
| Citigroup Inc. | H Shares | Long | Interest of controlled corporation | 68,829,121 | | | |
| | H Shares | Long | Custodian | 85,375,485 | | | |
| | H Shares | Long | Person having a security interest | 18,640,000 | | | |
| | | | | 172,844,606 | 5 | 6.00 | 3.20 |
| | H Shares | Short | Interest of controlled corporation | 123,020,895 | 5 | 4.27 | 2.27 |
| BlackRock, Inc. | H Shares | Long | Interest of controlled corporation | 148,402,558 | 6 | 5.15 | 2.74 |
| | H Shares | Short | Interest of controlled corporation | 8,394,000 | 6 | 0.29 | 0.15 |

# Directors' Report *(Continued)*

## DISCLOSURE OF INTERESTS *(CONTINUED)*

## I. Substantial Shareholders and persons who have an interest or short position discloseable under divisions 2 and 3 of Part XV of the Securities and Futures Ordinance ("SFO") *(Continued)*

Notes:

1.  As at 31 December 2013, the Company's total issued share capital comprises 5,399,026,262 shares, including 2,519,854,366 Domestic Shares and 2,879,171,896 H Shares.

2.  Of these 2,381,422,058 shares, 666,962,522 shares are directly held by Parent, the remaining 1,714,459,536 shares are deemed corporate interest indirectly and separately held through BNBMG, CNBM Trading and Building Materials Academy. CNBM Trading and Building Materials Academy are wholly-owned subsidiaries of Parent. BNBMG is a subsidiary of Parent which directly and indirectly holds 100% of its equity interests, of which 69.45% is directly held and 30.55% is indirectly held through CNBM Trading. Under the SFO, Parent is deemed to be interested in the shares directly held by BNBMG (1,485,566,956 shares), CNBM Trading (227,719,530 shares) and Building Materials Academy (1,173,050 shares).

3.  Pursuant to a share transfer agreement dated 31 December 2009 entered into between Parent and Cinda, Cinda agreed to transfer 49,000,000 Domestic Shares of the Company to Parent ("First Transfer of Shares"). Pursuant to another share transfer agreement dated 15 December 2010 entered into between Parent and Cinda, Cinda agreed to transfer 12,800,137 Domestic Shares of the Company to Parent ("Second Transfer of Shares"). As the proposal in relation to bonus issue of shares on the basis of ten bonus shares for every ten shares held by shareholders of the Company was passed at the 2010 annual general meeting of the Company, the Parent and Cinda entered into a supplemental agreement to the aforesaid two share transfer agreements on 31 August 2012, whereby Cinda agreed to adjust the 61,800,137 Domestic Shares of the Company transferred to the Parent to 123,600,274 Domestic Shares. Consequently, under the SFO, Parent was deemed to own 2,505,022,332 Domestic Shares (representing 99.41% in the domestic share capital and 46.39% in the total share capital) and Cinda was deemed to own 14,832,034 Domestic Shares (representing 0.58% in the domestic share capital and 0.27% in the total share capital). As at the date of this report, the formalities in respect of the share transfer registration of the aforementioned transactions of shares with the China Securities Depository and Clearing Corporation Limited had not yet been completed.

4.  JPMorgan Chase & Co. was deemed to hold interests in a total of 347,896,586 H Shares (long position) and 16,706,145 H Shares (short position) in the Company by virtue of its control over the following corporations, which held direct interests in the Company:

    4.1  JPMorgan Chase Bank, N.A. held 270,621,513 H Shares (long position) in the Company. JPMorgan Chase Bank, N.A. was a wholly-owned subsidiary of JPMorgan Chase & Co..

    4.2  J.P. Morgan Whitefriars Inc. held 37,382,122 H Shares (long position) and 12,932,000 H Shares (short position) in the Company. J.P. Morgan Whitefriars Inc. was an indirect wholly-owned subsidiary of JPMorgan Chase & Co..

    4.3  J.P. Morgan Investment Management Inc. held 62,000 H Shares (long position) in the Company. J.P. Morgan Investment Inc. was an indirect wholly-owned subsidiary of JPMorgan Chase & Co..

# Directors' Report *(Continued)*

## CONNECTED TRANSACTIONS

### Partially Exempted Continuing Connected Transactions

The connected transactions of the Company, which are also related party transactions, are set out in Note 41 to the consolidated financial statements in accordance with International Accounting Standard 24 "Related Party Disclosure".

The following transactions entered into by the Company constitute "continuing connected transactions" as defined under chapter 14A of the Listing Rules:

### Transactions with the Parent Group

As at the date of this report, the Parent has a direct equity interest of 12.35% and total direct and indirect equity interest of 44.10% in the Company. It is a controlling shareholder of the Company. Each of the Parent and its subsidiaries therefore constitutes a connected person of the Company under the Listing Rules.

#### 1.    Master Purchase of Mineral Agreement

On 4 November 2010, the Company entered into a Master Purchase of Mineral Agreement with the Parent, for a term of three years commencing from 1 January 2011. Whereby the Parent agreed to supply, or procure its subsidiaries to supply, to the Company limestone and clay for the production of clinker and other cement products. The Parent shall supply to the Company limestone and clay from its quarries at market rates, namely, the price at which the same type of mineral is provided to Independent Third Parties under normal commercial terms in the ordinary course of business in the same area, in the vicinity or in the PRC.

For the year ended 31 December 2013, the Group's expenditure for ore and clay supplied by the Parent Group was RMB19.6 million.

As the Master Purchase of Mineral Agreement expired on 31 December 2013, on 27 December 2013, the Company entered into a new Master Purchase of Mineral Agreement with the Parent for a term of three years commencing from 1 January 2014. Details of the new Master Purchase of Mineral Agreement were set out in the announcement of the Company dated 27 December 2013.

Biographical Details of Directors, Supervisors and Senior Management *(Continued)*

## DIRECTORS *(CONTINUED)*

### Executive Directors *(Continued)*

**Mr. Cao Jianglin,** born in September 1966, is the president and an executive director of the Company. Mr. Cao has over 20 years of experience in business and management in the building material industry. Mr. Cao has been a director of China United and the chairman of the board of Southwest Cement since December 2011, the chairman of the supervisory committee of BNBM since September 2009, the chairman of North Cement since March 2009, the chairman of South Cement since September 2007, the chairman of the supervisory committee of BNBMG since August 2005, a director of Parent since October 2005, the chairman of the supervisory committee of China United from April 2005 to December 2011, the president and an executive director of the Company since March 2005. From October 2004 to August 2009, Mr. Cao was the chairman of BNBM, the director of both China Composites and China Triumph since September 2004, the chairman of China Fiberglass since June 2002 and the chairman of CNBM Investment since March 2002. From April 1998 to October 2005, Mr. Cao served in a number of positions in Parent and the Group, including the general manager assistant, the vice general manager and the vice chairman of BNBMG, the general manager assistant and the vice general manager of Parent, the president of BND Co., Limited (now CNBM Investment) and the general manager of China Fiberglass. Mr. Cao received a bachelor's degree in economics from Shanghai University of Finance and Economics in July 1990 and an MBA degree from Tsinghua University in January 2004. Mr. Cao is a researcher with professional technology qualifications and was awarded a special grant of the government approved by the State Council. Mr. Cao was granted Working Model of China Central Government Enterprises, Excellent Entrepreneur of the State and was awarded the first prize of National Corporate Management Modernization and Innovation Achievements (國家級企業管理現代化創新成果).

**Mr. Peng Shou,** born in August 1960, is currently the vice president and an executive director of the Company. Mr. Peng has over 30 years of experience in business and management in the building material industry. He is an expert in inorganic materials research and development as well as engineering design and consulting. Mr. Peng has served as an executive director of the Company since June 2006, a vice president of the Company since March 2005, the chairman of China Triumph since September 2004 and the president of China Triumph since May 2002. He also served as the deputy general manager of China Triumph from June 2001 to May 2002. Mr. Peng received a bachelor's degree in engineering from Wuhan Institute of Building material industry (now Wuhan University of Technology) in December 1982 and a master's degree in management from Wuhan Poly-technic University (now Wuhan University of Technology) in June 2002. Mr. Peng is qualified as a senior engineer at professor level and was awarded a special grant of the government approved by the State Council. At present Mr. Peng consecutively acts as the chairman of International Commission on Glass, the director of State Key Laboratory of Float Glass New Technology (浮法玻璃新技術國家重點實驗室), the vice chairman of China Silicate Association (中國硅酸鹽學會), the deputy chairman of the China Building and Industrial Glass Committee and the vice president of China Building Material Federation. Mr. Peng was awarded National Model Worker (全國勞動模範), National May Day Labor Medal, State Technology Advancement (國家級科技進步獎) and Guanghua Engineering Science and Technology Award of Chinese Academy of Engineering. As a National Engineering Survey and Design Master (國家級工程勘察設計大師), he is also among the first group of national candidates for the New Century Hundred-Thousand-Ten Thousand Talents Project (新世紀百千萬人才工程) and State Outstanding Technical Officer(全國優秀科技工作者).

# Notes to the Consolidated Financial Statements *(Continued)*

*For the year ended 31 December 2013*

## 19   PARTICULARS OF PRINCIPAL SUBSIDIARIES

Details of the Company's principal subsidiaries as at 31 December 2013 and 31 December 2012, which are established and operated in the PRC, are as follows:

| Name of subsidiary | Nominal value of paid-in capital (Note i) | Attributable equity interest to the Company | | | | Principal activities |
| | | Direct | | Indirect | | |
| | | 2013 % | 2012 % | 2013 % | 2012 % | |
| --- | --- | --- | --- | --- | --- | --- |
| BNBM *(Note i, ii)* | RMB575,150,000 | 52.40 | 52.40 | — | — | Production and sale of lightweight building materials |
| Taishan Gypsum Company Limited ("Taishan Gypsum") *(Note iii)* | RMB155,625,000 | — | — | 34.06 | 34.06 | Production and sale of lightweight building materials |
| BNBM Suzhou Mineral Fiber Ceiling Company Limited | RMB80,000,000 | — | — | 52.40 | 52.40 | Production and sale of lightweight building materials |
| Heilongjiang Binzhou Cement Company Limited ("Binzhou Cement") | RMB50,000,000 | — | 100.00 | 70.00 | — | Production and sale of cement |
| China United Cement Group Corporation Limited ("China United") | RMB4,000,000,000 | 100.00 | 100.00 | — | — | Production and sale of cement |
| Lunan China United Cement Company Limited | RMB200,000,000 | — | — | 80.34 | 80.34 | Production and sale of cement |
| Huaihai China United Cement Company Limited | RMB364,909,100 | — | — | 80.88 | 80.88 | Production and sale of cement |
| Qingzhou China United Cement Company Limited | RMB200,000,000 | — | — | 100.00 | 100.00 | Production and sale of cement |
| Taishan China United Cement Company Limited | RMB270,000,000 | — | — | 95.68 | 95.68 | Production and sale of cement |
| Qufu China United Cement Company Limited | RMB130,000,000 | — | — | 90.00 | 90.00 | Production and sale of cement |
| Linyi China United Cement Company Limited | RMB165,200,000 | — | — | 100.00 | 100.00 | Production and sale of cement |
| Zaozhuang China United Cement Company Limited | RMB175,000,000 | — | — | 100.00 | 100.00 | Production and sale of cement |
| Xuzhou China United Cement Company Limited | RMB346,940,000 | — | — | 100.00 | 100.00 | Production and sale of cement |
| South Cement Company Limited ("South Cement") | RMB1,000,000,000 | 80.00 | 80.00 | — | — | Production and sale of cement |

# Notes to the Consolidated Financial Statements *(Continued)*

*For the year ended 31 December 2013*

## 19 PARTICULARS OF PRINCIPAL SUBSIDIARIES *(CONTINUED)*

| Name of subsidiary | Nominal value of paid-in capital (Note i) | Attributable equity interest to the Company | | | | Principal activities |
|---|---|---|---|---|---|---|
| | | Direct | | Indirect | | |
| | | 2013 % | 2012 % | 2013 % | 2012 % | |
| Hangzhou South Cement Company Limited | RMB1,000,000,000 | — | — | 80.00 | 80.00 | Production and sale of cement |
| Jinhua South Cement Company Limited | RMB1,000,000,000 | — | — | 80.00 | 80.00 | Production and sale of cement |
| Huzhou South Cement Company Limited | RMB390,000,000 | — | — | 80.00 | 80.00 | Production and sale of cement |
| Jiaxing South Cement Company Limited | RMB1,000,000,000 | — | — | 80.00 | 80.00 | Production and sale of cement |
| Jiangsu South Cement Company Limited | RMB1,000,000,000 | — | — | 80.00 | 80.00 | Production and sale of cement |
| Shanghai South Cement Company Limited | RMB300,000,000 | — | — | 80.00 | 80.00 | Production and sale of cement |
| Hunan South Cement Company Limited | RMB3,000,000,000 | — | — | 80.00 | 80.00 | Production and sale of cement |
| Jiangxi South Cement Company Limited | RMB3,000,000,000 | — | — | 80.00 | 80.00 | Production and sale of cement |
| Guangxi South Cement Company Limited | RMB1,000,000,000 | — | — | 80.00 | 80.00 | Production and sale of cement |
| North Cement Company Limited ("North Cement")*(Note iv)* | RMB4,000,000,000 | 70.00 | 77.78 | — | — | Production and sale of cement |
| South West Cement Company Limited ("South West Cement") *(Note v)* | RMB10,000,000,000 | 70.00 | 88.95 | — | — | Production and sale of cement |
| China Composites Group Corporation Limited ("China Composites") | RMB350,000,000 | 100.00 | 100.00 | — | — | Production and sale of composite materials |
| Lianyungang Zhongfu Lianzhong Composite Material Group Company Limited | RMB261,307,535 | — | — | 62.96 | 62.96 | Production and sale of composite materials |
| Changzhou China Composites Liberty Company Limited | RMB180,000,000 | — | — | 75.00 | 75.00 | Production and sale of PVC tiles |

# Notes to the Consolidated Financial Statements *(Continued)*

*For the year ended 31 December 2013*

## 19   PARTICULARS OF PRINCIPAL SUBSIDIARIES *(CONTINUED)*

| Name of subsidiary | Nominal value of paid-in capital (Note i) | Direct 2013 % | Direct 2012 % | Indirect 2013 % | Indirect 2012 % | Principal activities |
|---|---|---|---|---|---|---|
| | | Attributable equity interest to the Company | | | | |
| China Triumph International Engineering Company Limited ("China Triumph") | RMB220,000,000 | 91.00 | 91.00 | — | — | Provision of engineering services |
| CTIEC Shenzhen Triumph Scienotech Engineering Company Limited | RMB5,000,000 | — | — | 66.43 | 66.43 | Provision of engineering services |
| CTIEC Nanjing Triumph International Engineering Company Limited (Note iii) | RMB100,000,000 | — | — | 46.55 | 46.55 | Provision of engineering services |
| CTIEC BengBu Triumph Scienotech Engineering Company Limited | RMB30,000,000 | — | — | 91.00 | 91.00 | Provision of engineering services |
| CNBM Investment Company Limited | RMB500,000,00 | 100.00 | 100.00 | — | — | Sale of lightweight building materials |

*Notes:*

(i)   The paid-in capital of BNBM represents the issued ordinary listed share capital and paid-in capital of the rest of the companies represents registered capital.

(ii)   BNBM is a joint stock company listed on the Shenzhen Stock Exchange.

(iii)   The entity is considered to be controlled by the Company because it is a subsidiary of another Company's subsidiary.

(iv)   On 24 January 2013, non-controlling interests of North Cement Company Limited ("North Cement") injected additional share capital of RMB400.00 million as registered share capital and RMB100.00 million as share premium. After that, the Group's effective equity interests in North Cement were diluted from 77.78% to 70.00%.

(v)   On 24 June 2013, non-controlling interests of Southwest Cement Limited ("Southwest Cement") injected additional share capital of RMB2,130 million into Southwest Cement as registered share capital. After that, the Group's effective equity interests in Southwest Cement were diluted from 88.95% to 70.00%.

(vi)   The above table lists the subsidiaries of the Group which, in the opinion of the directors, principally affected the results or assets of the Group. To give details of other subsidiaries would, in the opinion of the directors, result in particulars of excessive length.

# Notes to the Consolidated Financial Statements *(Continued)*

*For the year ended 31 December 2013*

## 19 PARTICULARS OF PRINCIPAL SUBSIDIARIES *(CONTINUED)*

Summarised financial information in respect of each of the Group's sub-group that has material non-controlling interests is set out below. The summarised financial information below represents amounts before intragroup eliminations.

### (i) South Cement and its subsidiaries

|  | 2013<br>*RMB'000* | 2012<br>*RMB'000* |
|---|---:|---:|
| Current assets | 27,405,020 | 28,800,606 |
| Non-current assets | 62,786,962 | 53,830,442 |
| Current liabilities | (53,507,764) | (51,145,239) |
| Non-current liabilities | (17,410,520) | (14,079,428) |
| Non-controlling interests | (4,604,635) | (749,836) |
| Equity attributable to owners of the Company | 14,669,063 | 16,656,545 |
| Revenue | 45,033,608 | 30,676,178 |
| Expenses | (42,541,365) | (28,302,702) |
| Profit for the year | 2,492,243 | 2,373,476 |
| | | |
| Profit attributable to owners of the Company | 1,848,735 | 1,811,954 |
| Profit attributable to the non-controlling interests | 643,508 | 561,522 |
| | | |
| Profit for the year | 2,492,243 | 2,373,476 |
| | | |
| Other comprehensive income attributable to owners of the Company | — | — |
| Other comprehensive income attributable to the non-controlling interests | — | — |
| | | |
| Other comprehensive income for the year | — | — |
| | | |
| Total comprehensive income for the year | 2,492,243 | 2,373,476 |

# Notes to the Consolidated Financial Statements *(Continued)*

*For the year ended 31 December 2013*

## 19 PARTICULARS OF PRINCIPAL SUBSIDIARIES *(CONTINUED)*

Summarised financial information in respect of each of the Group's sub-group that has material non-controlling interests is set out below. The summarised financial information below represents amounts before intragroup eliminations. *(continued)*

### (i) South Cement and its subsidiaries *(continued)*

|  | 2013<br>*RMB'000* | 2012<br>*RMB'000* |
|---|---|---|
| Total comprehensive income attributable to owners<br>of the Company | 1,848,735 | 1,811,954 |
| Total comprehensive income attributable to the<br>non-controlling interests | 643,508 | 561,522 |
| Total comprehensive income for the year | 2,492,243 | 2,373,476 |
| Dividends paid to non-controlling interests | 166,507 | 514,767 |
| Net cash inflow from operating activities | 5,108,348 | 2,653,034 |
| Net cash outflow from investing activities | (6,007,547) | (9,411,278) |
| Net cash inflow from financing activities | 694,908 | 5,442,053 |
| Net cash outflow | (204,291) | (1,316,191) |

### (ii) Southwest Cement and its subsidiaries

|  | 2013<br>*RMB'000* | 2012<br>*RMB'000* |
|---|---|---|
| Current assets | 12,818,622 | 11,345,008 |
| Non-current assets | 55,794,399 | 41,502,729 |
| Current liabilities | (37,064,436) | (36,149,975) |
| Non-current liabilities | (19,525,967) | (8,115,207) |
| Non-controlling interests | (3,768,293) | (328,610) |
| Equity attributable to owners of the Company | 8,254,325 | 8,253,945 |
| Revenue | 19,923,022 | 9,763,757 |
| Expenses | (18,182,014) | (9,080,015) |
| Profit for the year | 1,741,008 | 683,742 |

# Notes to the Consolidated Financial Statements *(Continued)*

*For the year ended 31 December 2013*

## 20 INTERESTS IN ASSOCIATES

|  | 2013<br>*RMB'000* | 2012<br>*RMB'000* |
|---|---|---|
| Cost of investments in associates |  |  |
| — listed in the PRC | 1,761,361 | 666,838 |
| — unlisted | 3,941,361 | 3,835,379 |
| Share of post-acquisition profit, net of dividend received | 2,048,401 | 1,847,950 |
|  | 7,751,123 | 6,350,167 |
| Fair value of listed investments | 3,731,334 | 3,577,031 |
| Share of profit of associates | 630,536 | 458,642 |

As at 31 December 2013, the cost of investments in associates included goodwill of associates of approximately RMB1,033.97 million (2012: approximately RMB1,027.63 million).

Accounting policies of associates have been changed where necessary to ensure consistency with the policies adopted by the Group.

Set out below are the associates of the Group as at 31 December 2013, which in the opinion of the directors are material to the Group. The associates as listed below have share capital consisting solely of ordinary shares, which are held directly by the Group:

| Name of associate | Nominal value of registered capital | Attributable direct equity interest to the Group | | Principal activities |
|---|---|---|---|---|
|  |  | 2013<br>% | 2012<br>% |  |
| China Fiberglass Co., Ltd ("China Fiberglass") *(Note i)* | RMB872,629,500 | 32.79 | 32.79 | Production of glass fiber |
| Shangdong Quan Xing China United Cement Company Limited ("Shangdong Quan Xing") | RMB2,000,000,000 | 49.00 | 49.00 | Sales and production of cement |
| Gansu Shangfeng Cement Company Limited ("Gansu Shangfeng") *(Note ii)* | RMB813,619,871 | 21.77 | — | Sales and production of cement |
| Mudanjiang North Cement Company ("Mudanjiang North") | RMB180,000,000 | 49.00 | 49.00 | Sales and production of cement |
| Nanfang Wannianqing Cement Company Limited ("Nanfang Wannianqing") *(Note iii)* | RMB1,000,000,000 | 50.00 | 50.00 | Production of cement |

*Notes:*

(i) China Fiberglass is a joint stock company listed on the Shanghai Stock Exchange.

(ii) Gansu Shangfeng is a joint stock company listed on the Shenzhen Stock Exchange.

(iii) Nanfang Wanniangqing was considered as an associate of the Group because South Cement can only nominate 2 out of 5 directors of the Board of Directors. Therefore, the Group only have significant influence but not control in Nanfang Wannianqing.

All of the above associates are accounted for using the equity method in the consolidated financial statement.

# Notes to the Consolidated Financial Statements *(Continued)*

*For the year ended 31 December 2013*

## 36   BUSINESS COMBINATIONS *(CONTINUED)*

### Acquisition of subsidiaries and assets through acquisition of subsidiaries *(continued)*

Details of the Group's significant acquisitions during the year are as follows:

(i)   Jiangxi Ganxian South Cement Company Limited (「江西贛縣南方水泥有限公司」)

On 1 January 2013, the Group acquired 100% of the equity interests of Jiangxi Ganxian South Cement Company Limited (「江西贛縣南方水泥有限公司」) for the consideration of RMB102.37 million from independent third party. The acquired subsidiary is principally engaged in the production and sale of cement.

Net assets acquired in the transactions, and the goodwill arising, are as follows:

|  | 2013<br>Fair value<br>RMB'000 |
|---|---|
| Net assets acquired: |  |
| Property, plant and equipment | 164,276 |
| Intangible assets | 422 |
| Prepaid lease payments | 8,044 |
| Inventories | 22,104 |
| Trade and other receivables | 23,313 |
| Cash and cash equivalents | 39,043 |
| Trade and other payables | (165,662) |
| Borrowings | (5,000) |
| Deferred income tax liabilities | (519) |
| Net assets | 86,021 |
| Goodwill | 16,347 |
| Total consideration | 102,368 |