# EXHIBIT U TO EXHIBIT "1"



# China National Building Material Company Limited *

(Stock Code：3323)



2010 ANNUAL REPORT

*For identification only



# Definitions

*In this annual report, unless the context otherwise requires, the following terms shall have the meanings set out below:*

| | |
|---|---|
| "Aobao Chemical" | 山東奧寶化工集團有限公司 Shandong Aobao Chemical Group Company Limited |
| "Baker Tilly HK" | Baker Tilly Hong Kong Limited (天職香港會計師事務所有限公司, formerly known as 天華香港會計師事務所有限公司) |
| "Baishan Jingang" | 金剛(集團)白山水泥有限公司 (Jingang (Group) Baishan Cement Company Limited) |
| "Bengbu Triumph" | 蚌埠凱盛工程技術有限公司 (China Triumph Bengbu Engineering and Technology Company Limited) |
| "BNBM" | 北新集團建材股份有限公司 (Beijing New Building Material Company Limited) |
| "BNBMG" | 北新建材(集團)有限公司 (Beijing New Building Material (Group) Company Limited) |
| "BNBM Homes" | 北新房屋有限公司 (BNBM Homes Company Limited) |
| "BNBM PNG" | 北新巴布亞新幾內亞有限公司 (BNBM Papua New Guinea Company Limited) |
| "BND" | 北新物流有限公司 (BND Co., Limited) |
| "Board" | the board of directors of the Company |
| "Building Materials Academy" | 中國建築材料科學研究總院 (China Building Materials Academy) |
| "China Composites" | 中國複合材料集團有限公司 (China Composites Group Corporation Limited) |
| "China Fibreglass" | 中國玻纖股份有限公司 (China Fibreglass Company Limited) |
| "China Triumph" | 中國建材國際工程集團有限公司 (China Triumph International Engineering Company Limited) |
| "China United" | 中國聯合水泥集團有限公司 (China United Cement Corporation) |

## Definitions (Continued)

| | |
|---|---|
| "Cinda" | 中國信達資產管理股份有限公司 (China Cinda Asset Management Co., Ltd) |
| "CNBM Investment" | 中建材投資有限公司 (CNBM Investment Company Limited) |
| "CNBM Trading" | 中建材集團進出口公司 (China National Building Material Import and Export Company) |
| "CNBMI Logistics" | 中建投物流有限公司 (CNBMI Logistics Company Limited) |
| "Company" or "CNBM" | 中國建材股份有限公司 (China National Building Material Company Limited) |
| "Company Law" | the Company Law of the People's Republic of China |
| "controlling shareholder" | has the meaning ascribed thereto under the Listing Rules |
| "CSRC" | China Securities Regulatory Commission |
| "Dezhou China United" | 德州中聯大壩水泥有限公司 (China United Cement Dezhou Daba Co., Ltd.) |
| "Domestic Shares" | the domestic shares in the share capital of the Company |
| "EPC" | turn-key project services that include design, procurement and construction |
| "Five C" | marketing centralisation, procurement centralisation, financial centralisation, technical centralisation and investment decision-making centralization |
| "Four Focuses" | focus on market, management, development and culture |
| "Fujian Cement" | 福建水泥股份有限公司 (Fujian Cement Inc.) |
| "Group", "we" and "us" | the Company and, except where the context otherwise requires, all its subsidiaries |
| "H Shares" | the overseas listed foreign shares in the share capital of the Company |
| "Hangzhou South Cement" | 杭州南方水泥有限公司 (Hangzhou South Cement Company Limited) |
| "Henan Ruifa" | 河南瑞發水電設備有限公司 (Henan Ruifa Hydropower Equipment Company Limited) |

# Definitions *(Continued)*

| | |
|---|---|
| "Huzhou South Cement" | 湖州南方水泥有限公司 (Huzhou South Cement Company Limited) |
| "Huaihai China United" | 淮海中聯水泥有限公司 (China United Cement Huaihai Co., Ltd.) |
| "Huaihai Economic Zone" | the Huaihai Economic Zone is an area of approximately 178,100 square kilometers covering 20 municipalities (地級市) located in southern Shandong, northern Jiangsu, eastern Henan and northern Anhui |
| "Hunan South Cement" | 湖南南方水泥有限公司 (Hunan South Cement Company Limited) |
| "IFRS" | International Financial Reporting Standards |
| "Independent Third Party(ies)" | person(s) or company(ies) which is (are) independent of the directors, supervisors, controlling shareholder, substantial shareholder and the chief executive (such terms as defined in the Listing Rules) of the Company or any of its subsidiaries or an associate of any of them |
| "Jiamusi North Cement" | 佳木斯北方水泥有限公司 (Jiamusi North Cement Company Limited) |
| "Jiangsu South Cement" | 江蘇南方水泥有限公司 (Jiangsu South Cement Company Limited) |
| "Jiangxi South Cement" | 江西南方水泥有限公司 (Jiangxi South Cement Company Limited) |
| "Jiaxing South Cement" | 嘉興南方水泥有限公司 (Jiaxing South Cement Company Limited) |
| "Jinhua South Cement" | 金華南方水泥有限公司 (Jinhua South Cement Company Limited) |
| "Jushi Group" | 巨石集團有限公司 (Jushi Group Company Limited) |
| "KPI" | Key performance index |
| "Liberty Group" | 麗寶第集團公司 (Liberty Group Company) |
| "Listing Rules" | the Rules Governing the Listing of Securities on the Stock Exchange as amended from time to time |
| "Lunan China United" | 魯南中聯水泥有限公司 (China United Cement Lunan Co., Ltd.) |
| "Nanjing China United" | 南京中聯水泥有限公司 (China United Cement Nanjing Co., Ltd.) |
| "Nanjing Triumph" | 南京凱盛國際工程有限公司 (China Triumph International Engineering Company Limited) |
| "North Cement" | 北方水泥有限公司 (North Cement Company Limited) |

# Definitions (Continued)

| | |
|---|---|
| "NPC" | the National People's Congress of the People's Republic of China |
| "NSP" | cement produced by clinker made through the new suspension preheater dry process |
| "Parent" | 中國建築材料集團有限公司 (China National Building Material Group Corporation) |
| "Parent Group" | collectively, Parent and its subsidiaries (excluding the Group) |
| "PRC" | the People's Republic of China |
| "Promoters" | the initial promoters of the Company, being Parent, BNBMG, Cinda, Building Materials Academy and CNBM Trading |
| "RMB" or "Renminbi" | Renminbi yuan, the lawful currency of the PRC |
| "Reporting Period" | the period from 1 January 2010 to 31 December 2010 |
| "SASAC" | 國務院國有資產監督管理委員會 (the State-owned Assets Supervision and Administration Commission of the State Council) |
| "Shanghai South Cement" | 上海南方水泥有限公司 (Shanghai South Cement Company Limited) |
| "Shanghai Yaopi" | 上海耀華皮爾金頓玻璃股份有限公司 (Shanghai Yaohua Pilkington Glass Co., Ltd.) |
| "Share(s)" | ordinary shares of the Company with a nominal value of RMB1.00 each, comprising both Domestic Shares and H Shares |
| "Shareholder(s)" | holder(s) of Share(s) |
| "Shenzhen Triumph" | 深圳市凱盛科技工程有限公司 (CTIEC Shenzhen Scieno-tech Engineering Company Limited) |
| "Shuichan Group" | 威海西港水產有限公司 (Weihai Xigang Shuichan Company Limited) |
| "Songyuan Jingang" | 遼源金剛水泥(集團)松原有限公司 (Liaoyuan Jingang Cement (Group) Songyuan Company Limited) |
| "South Cement" | 南方水泥有限公司 (South Cement Company Limited) |
| "Southeast Economic Zone" | the Southeast Economic Zone is situated in the southeast region of the PRC which includes but is not limited to Shanghai, Zhejiang, Jiangsu, Jiangxi and Hunan |

# Definitions (Continued)

| Term | Definition |
|---|---|
| "Special Cost-saving Program" | for every tonne cement, to save 2KWh power and 3 kg coal, and save the purchase cost by approximately RMB30 through centralized procurement |
| "State", "state", "PRC Government" or "PRC government" | the government of the PRC including all political subdivisions (including provincial, municipal and other regional or local government entities) and instrumentalities thereof |
| "State Council" | the State Council of the People's Republic of China |
| "Stock Exchange" | The Stock Exchange of Hong Kong Limited |
| "Supervisors" | the members of the supervisory committee of the Company |
| "Taishan China United" | 泰山中聯水泥有限公司 (China United Cement Taishan Co., Ltd.) |
| "Taishan Gypsum" | 泰山石膏股份有限公司 (Taishan Gypsum Company Limited) |
| "Three Five Management Mode" | Five N (operation mode), i.e. integration, modelization, institutionalization, processisation and digitalisation. Five C (management mode), i.e. marketing centralisation, procurement centralisation, financial centralisation, technical centralisation and investment decision-making centralization. Five I (five key operation indices), i.e. net profit, selling price and sales volume, cost, cash flow and gearing ratio |
| "Tianma Group" | 常州天馬集團有限公司 (Changzhou Tianma Group Company Limited) |
| "Ulanqab China United" | 烏蘭察布中聯水泥有限公司 (China United Cement Wulanchabu Co., Ltd.) |
| "UHY HK" | UHY Vocation HK CPA Limited (former Chinese name known as 天職香港會計師事務所有限公司) |
| "Vocation International" | 天職國際會計師事務所有限公司 (Vocation International Certified Public Accountants Co., Ltd.) |
| "Weifang Aotai" | 濰坊奧泰石膏有限公司 (Weifang Aotai Gypsum Company Limited) |
| "Weijin Jingang" | 遼源渭津金剛水泥有限公司 (Liaoyuan Weijin Jingang Cement Company Limited) |
| "Xinjiang Triumph" | 新疆凱盛建材設計研究院 (Xinjiang Triumph Building Materials Designing Institute) |

## Definitions *(Continued)*

| | |
|---|---|
| "Xixia China United" | 西峡中联水泥有限公司 (China United Cement Xixia Co., Ltd.) |
| "Xixia Guanhe" | 河南省西峡灌河水泥有限责任公司 (Xixia Guanhe Company Limited) |
| "Xixia Logistics" | 西峡中联物流有限公司 (Xixia Logistics Company Limited) |
| "Xuzhou China United" | 徐州中联水泥有限公司 (China United Cement Xuzhou Co., Ltd.) |
| "Zaozhuang China United" | 枣庄中联水泥有限公司 (China United Cement Zaozhuang Co., Ltd.) |
| "Zhongfu Lianzhong" | 连云港中复连众复合材料集团有限公司 (Lianyungang Zhongfu Lianzhong Composite Material Group Company Limited) |
| "Zhongfu Liberty" | 常州中复丽宝第复合材料有限公司 (Changzhou China Composites Liberty Company Limited) |
| "Zhongfu Xigang" | 威海中复西港船艇有限公司 (Weihai China Composites Xigang Boat Company Limited) |
| "Zhongxin Tianma" | 常州中新天马玻璃纤维制品有限公司 (Changzhou China Composites Tianma Fibreglass Products Company Limited) |

## Shareholding Structure of the Group 

The simplified structure of the Group as at 31 December 2010 is set out as below:



— All the above percentages are calculated by rounding to two decimal places.