# EXHIBIT Z TO EXHIBIT "1"

# Ms. Yan Gao

820 O'Keefe Ave, New Orleans, LA 70113                Phone: (504) 581-4892

## ADMISSIONS
Passed **California** Bar in 2010, and admitted to practice in 2011
Passed **China**'s National Judicial Exam (2002) and admitted to practice in China (since 2007)

## EDUCATION
**Tulane University Law School**, New Orleans, LA
LL.M. in Business Law, Graduate with Distinction, May 2009
Activities: Member of Business Law Society and Asian-Pacific-American Law Students Association

**China University of Political Science and Law**
Juris Master (J.M.) (J.D. equivalent in China), Beijing, China, September 2001 - June 2004
Specialty: international economic law

Jishou University Foreign Language Department, Hunan, China
Bachelor of Arts, June 2001
Honors: "Outstanding Student" of Hunan Province in 1997, scholarships during 1999-2000

## WORK EXPERIENCE
**Herman Herman & Katz, LLC**, New Orleans, LA
Lawyer, Sept 29, 2014 – present
Chinese Drywall MDL (Multidistrict Litigation), Complex international business litigation
Legal research, factual research, document review, translations, etc. for the Plaintiffs' Steering Committee

**Baron & Budd, P.C.**, Dallas, TX
Lawyer, Oct 2012 – Sept 2014
Chinese Drywall MDL (Multidistrict Litigation), Complex international business litigation

**Herman Herman & Katz, LLC**, New Orleans, LA
Lawyer, August 2009 – Sept 2012
Chinese Drywall MDL (Multidistrict Litigation), Complex international business litigation

**Chinalawinfo Co. Ltd.** / Peking University Center for Legal Information Beijing, China (2004 – 2008)
Manager, August 2007- July 2008, International Cooperation Department
Professional legal translator, July 2004 - July 2007, translating China's laws, regulations and cases in fields of international law, business law, commercial law
Award: "Best Employee Award" in 2007

The **Supreme People's Court** of P.R.China, Beijing, China
Clerkship, July 2002 - August 2003, complex business appeal cases

Intern, **Beijing Deheng Law Office**, Beijing, China August - November 2003

## LANGUAGES
English (solid written and verbal fluency)
Mandarin (native)