**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>*Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.*,<br>**Case No. 2:09-cv-6687 (E.D.La.)** | |

<u>**EXHIBIT 9 TO SUPPLEMENTAL MEMORANDUM OF
LAW IN SUPPORT OF MOTION OF PLAINTIFF-INTERVENORS
AND THE PSC FOR AN EXPEDITED HEARING TO ENFORCE
THE COURT'S JULY 17, 2014 CONTEMPT ORDER AND INJUNCTION**</u>

# FILED UNDER SEAL