UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Amorin et al. v. State-Owned Assets Supervision and Administration Commission of the State Council et al.*, Case No. 2:14-cv-1727 (E.D. La.) | |

## NOTICE OF APPEARANCE OF COUNSEL

Pursuant to the Court's Pre-Trial Order Nos. 1 (¶ 12), 1F, and 6, and Local Rule 11.2, Bernard Taylor, Michael P. Kenny, and Cari K. Dawson of Alston & Bird LLP hereby enter their appearance in the above-captioned matter as counsel of record for Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd., and request that all notices, pleadings, and orders entered in this matter be sent to them.

Dated: March 2, 2015

                Respectfully submitted,

                /s/ Michael P. Kenny
                Bernard Taylor, Esq.
                Georgia Bar No. 669625
                Michael P. Kenny, Esq.
                Georgia Bar No. 415064
                Cari K. Dawson, Esq.
                Georgia Bar No. 213490
                ALSTON & BIRD LLP
                1201 West Peachtree Street
                Atlanta, Georgia 30309
                Phone: (404) 881-7000
                Fax: (404) 881-7777
                mike.kenny@alston.com
                *Counsel for Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing NOTICE OF APPEARANCE OF COUNSEL has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of March, 2015.

/s/ Michael P. Kenny