# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

_____

No. 15-30114
_____

In re: HOGAN LOVELLS US, LLP; STANLEY, REUTER, ROSS, THORNTON & ALFORD, LLC,

     Petitioners

_____

Petition for a Writ of Mandamus to
the United States District Court
for the Eastern District of Louisiana

_____

Before SMITH, ELROD, and HIGGINSON, Circuit Judges.

PER CURIAM:

     IT IS ORDERED that the petition for writ of mandamus is DENIED.

     IT IS FURTHER ORDERED that petitioner's motion to file the unredacted petition for writ of mandamus under seal is GRANTED.

     IT IS FURTHER ORDERED that petitioner's motion to file Volumes 2 and 3 of the appendix in support of the petition for writ of mandamus under seal is GRANTED.

     IT IS FURTHER ORDERED that petitioner's motion to file a redacted version of the petition for writ of mandamus for public record is GRANTED.

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

February 20, 2015

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 15-30114    In re: Hogan Lovells US, et al
                         USDC No. 2:09-MD-2047

Enclosed is an order entered in this case.


                         Sincerely,

                         LYLE W. CAYCE, Clerk

                         By: _____
                         Dawn D. Victoriano, Deputy Clerk
                         504-310-7717

Mr. William W. Blevins
Mr. Leonard Arthur Davis
Mr. Russ M. Herman
Mr. Arnold Levin
Mr. Frederick S. Longer
Mr. Sean Michael Marotta
Mr. Richard C. Stanley
Ms. Catherine Emily Stetson