# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

February 23, 2015

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

        No. 14-31355    In re: Chinese-Mft Drywall, et al
                        USDC No. 2:09-MD-2047

Enclosed is an order entered in this case.

The joint designation of the record must be filed in the District Court within 14 days from the date of this letter and counsel must also provide this court with a copy of the designation at the time of filing.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Allison G. Lopez, Deputy Clerk
                        504-310-7702

Mr. Ryan Emery Baya
Mr. William W. Blevins
Mr. C. David Durkee
Mr. Jeffrey M. Paskert
Mr. Michael P. Peterson

# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

_____

No. 14-31355

_____

IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY
LITIGATION

_____

RALPH MANGIARELLI, JR.,

              Plaintiff - Appellee

v.

SIXTY-FIFTH AND ONE, L.L.C.; BANNER SUPPLY COMPANY
POMPANO, L.L.C.,

              Defendants - Appellants

_____

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

_____

O R D E R :

The Court of Appeals understands the record in this case is extremely
voluminous.  The court is concerned transporting and working with a record of
this enormity would unnecessarily delay the resolution of this appeal.

Therefore, the parties are directed to assist the court by designating
those portions of the record relevant to the pending appeal.  The parties should

attempt to agree on which documents should be included and should file a joint designation. If there are documents the plaintiff(s) believe should be included but the defendant(s) do not agree to, the plaintiff(s) may file a supplemental designation, and vice versa.

The parties are instructed to file the joint designation and (only if necessary) supplemental designations as soon as practicable but in no instance later than 14 days after the date of this order with the clerk of the District Court.

The District Court will construct the Record on Appeal based on the designation of the parties and supplemental designations if necessary.

/s/ Lyle W. Cayce
LYLE W. CAYCE
CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT