UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047 SECTION L JUDGE FALLON MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

Subsequent to the Plaintiffs' Steering Committee's numerous recent notices of depositions, Morgan Stanley has filed objections. (Rec. Doc. 18398).

The Court will discuss this, and any other such objection, at the March 26, 2015 monthly status conference. The PSC may file any written response(s) on or before March 17, 2015.

New Orleans, Louisiana, this 2nd day of March, 2015.

_____
UNITED STATES DISTRICT JUDGE