UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>*ALL CASES* | |

## NOTICE OF APPEARANCE OF COUNSEL

Alan Dean Weinberger ("Weinberger") of Hangartner, Rydberg & Terrell, a member of the bar of this Court, hereby enters his appearance in the above-captioned matter to serve as co-counsel of record for Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd. with Alston & Bird LLP and its designated attorneys listed below who have already made their appearance herein as counsel for Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd.

Pursuant to Rule 10 of the Administrative Procedures for Electronic Case Filing, Weinberger requests notice of all electronic filings herein.

Dated: March 3, 2015

Respectfully submitted,

/s/ *Alan Dean Weinberger*

Alan Dean Weinberger, Esq.
LA Bar No. 13331
HANGARTNER, RYDBERG & TERRELL, LLC
One Shell Square
701 Poydras St., Suite 310
New Orleans, Louisiana 70179
Phone: (504) 434-6815
Fax: (504) 522-5689
aweinberger@hanrylaw.com
*Local Counsel for Taishan Gypsum Co., Ltd.*
*and Tai'an Taishan Plasterboard Co., Ltd.*

Bernard Taylor, Esq.
Georgia Bar No. 669625
Michael P. Kenny, Esq.
Georgia Bar No. 415064
Cari K. Dawson, Esq.
Georgia Bar No. 213490
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
mike.kenny@alston.com
*National Counsel for Taishan Gypsum Co., Ltd.*
*and Tai'an Taishan Plasterboard Co., Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2015, I filed the foregoing Notice of Appearance with the Clerk of Court, which will send a notice of electronic filing to all counsel of record in this matter that accept service via the electronic filing system. Further, this document has been e-mailed this day to both liaison counsel, Mr. Russ Herman and Mr. Kerry Miller.

/s/ *Alan Dean Weinberger*