UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCT LIABILITY LITIGATION | : : : : : : | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:**
**Anderton, George & Gloria (Claimant No. 100241)**
*AMATO*, **Case No. 10-932**

**APPEAL OF ANDERTON, GLORIA AND GEORGE (Claimant No. 100241)
OF DECISION OF SETTLEMENT ADMINISTRATOR
TO DETERMINE GBI SETTLEMENT PAYMENT (Claim No. 7306)
SOLELY ON BASIS OF UNDER-AIR SQUARE FOOTAGE**

**MAY IT PLEASE THE COURT:**

Pursuant to Paragraph 7 of the Global Allocation Plan and the Local Rules of this Court, Claimants George and Gloria Anderton respectfully file this Appeal of Anderton, Gloria and George (Claimant No. 100241) of Decision of Settlement Administrator to Determine GBI Settlement Payment (Claim No. 7306) Solely on Basis of Under-Air Square Footage.  The Andertons appeal the Final Determination Notice issued by the Settlement Administrator on January 28, 2015, in which the Settlement Administrator determined to pay Claimants only $7,799.22, which was calculated by multiplying $2.97 by the under-air square footage of the affected property (2,626).  For the reasons stated in their separately filed Memorandum of Law in Support, the Andertons respectfully request that the Court order the Settlement Administrator to determine that they are eligible for a payment of $194,033.99, which reflects their actual remediation costs.

1

Respectfully submitted on March 3, 2015,

PODHURST ORSECK, P.A.
*Counsel for Claimants George & Gloria Anderton*
25 West Flagler Street, Suite 800
Miami, Florida 33130
Telephone: 305-358-2800
Facsimile: 305-358-2382

By: /s/ John Gravante
Robert C. Josefsberg
Florida Bar No. 40856
rjosefsberg@podhurst.com
Peter Prieto
Florida Bar No. 501492
pprieto@podhurst.com
John Gravante, III
Florida Bar No. 617113
jgravante@podhurst.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on March 3, 2015.

s/ John Gravante
*Counsel for Claimants George & Gloria Anderton*
25 West Flagler Street, Suite 800
Miami, Florida 33130
Telephone: 305-358-2800
Facsimile: 305-358-2382