# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br><br>SECTION L |
| This Document Relates to:<br>Anderton, George & Gloria (Claimant No. 100241)<br><br>*AMATO*, Case No. 10-932 | JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE WILKINSON |

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that the Motion for Appeal of Anderton, Gloria and George (Claimant No. 100241) of Decision of Settlement Administrator to Determine GBI Settlement Payment (Claim No. 7306) Solely on Basis of Under-Air Square Footage pending in this MDL filed by Podhurst Orseck, P.A. will be submitted for decision to the Honorable Eldon E. Fallon on March 26, 2015 at 9:00 a.m.

        Respectfully submitted on March 3, 2015,

        PODHURST ORSECK, P.A.
        *Counsel for Claimants George & Gloria Anderton*
        25 West Flagler Street, Suite 800
        Miami, Florida 33130
        Telephone: 305-358-2800
        Facsimile: 305-358-2382

        By:    /s/ John Gravante
              Robert C. Josefsberg
              Florida Bar No. 40856
              rjosefsberg@podhurst.com
              Peter Prieto
              Florida Bar No. 501492
              pprieto@podhurst.com
              John Gravante, III
              Florida Bar No. 617113
              jgravante@podhurst.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on March 3, 2015.

      s/ John Gravante
*Counsel for Claimants George & Gloria Anderton*
25 West Flagler Street, Suite 800
Miami, Florida 33130
Telephone: 305-358-2800
Facsimile: 305-358-2382