# EXHIBIT D

# Anne Jackaway Architecture, Inc.
*Serving Clients Globally*
2630 Southwest 28th Street, Suite 62, Coconut Grove, Florida 33133 USA
305.381-5811 office   ajackaway@jackawayarchitects.com   AA26001569
www.JackawayArchitects.com

22 July 2014

**Owners:** George and Gloria Anderton
**Address:** 6227 Paradise Point
Palmetto Bay, FL 33156

**RE: Analysis of SF areas of drywall**

**To Whom it May Concern:**

Please find my calculations of the quantities of Gypsum Wallboard, "drywall", that were installed in your home:

| Areas | Vertical Surfaces (SF) | Ceilings (SF) |
|---|---|---|
| Garage Level One: | 2016 | 876 |
| Level 2: | 2787 | 1547 |
| Level 3: | 3130 | 904 |
| Level 4: | 399 | 123 |
| Totals: | 8332 | 3450 |

**Total for Entire Residence:**   11,782 SF

These quantity calculations are based upon the existing conditions of the property on 7/19/14. The residence visually represents the same conditions as at the time of the defective drywall remediation.

The greater volumes in the vertical surfaces reflects the complex nature of the coffered ceilings, expansive ceiling heights, multiple arched soffits, the many alcoves, closets and framed openings that are typical to the residence.

*Anne Jackaway*
Anne Jackaway, AIA
President