# EXHIBIT E

**Anne Jackaway** Architecture, Inc.

*Serving Clients Globally*
2630 Southwest 28ᵗʰ Street, Suite 62, Coconut Grove, Florida 33133 USA
305.381.5811 office    ajackaway@jackawayarchitects.com    AA26001569
www.JackawayArchitects.com

1 August 2014

**Owners:** George and Gloria Anderton

**Address:** 6227 Paradise Point
           Palmetto Bay, FL 33156

**RE: Analysis of Existing SF of the Property and Drywall Installation Issues**

**To Whom it May Concern:**

Please accept this communication in regards to your consideration of remuneration, and those calculations, on the above listed property.

Because of the complex nature of the existing conditions of this residence, the use of floor level areas to provide square footage drywall calculations, is not appropriate. The existing floor areas are as follows:

- Ground Floor Level, including garage...........................995 sf
- Second Floor Level............................................1,117 sf
- Third Floor Level.............................................1,134 sf
- Fourth Floor Level..............................................164 sf
     Total:                                              3,410 sf

Please refer to my Letter of 22 July 2014, wherein the ceilings and vertical surfaces of drywall are quantified. It is clear that there was much more drywall provided in this property than is listed in the Floor Area SF numbers listed above. Specifically, more than 289% more drywall is on this property today, than what the square footage numbers of the floor levels would reflect.

In addition, these listed conditions make this residence unsuitable to be quantified by area square footages alone:
- Multiple high ceiling heights, an example of which is an 18'-2" stair ceiling, with vertical walls without openings.
- Coffered ceilings

- Multiple dropped, arched and framed soffits, with many framed openings are typical on all levels.
- Many alcoves, closets and storage areas.
- The garage is included in this sf analysis, because the Owners removed all the existing drywall from Level 1.
- Much additional remedial work was concluded, including the replacement of the framing, electrical, plumbing piping, mechanical equipment, appliances and ductwork.
- The complexities of the installation, meant greater use of materials and labor.
- The remediation resulted in longer construction schedule, and more costs for both construction but for repositioning of the family in temporary quarters.
- The numbers listed above and in the previous Letter, as stated above, reflect only the existing amounts of drywall included in the existing residence. The Owners would have had to purchase much more due to the configurations of the site installation specifics, as well as normal and typical drywall overages of at least 15%. A quantity of drywall necessary to provide for the completed work, would have been more justly of at least 30% more than what was installed on the site. Since my prior finding of existing conditions put the drywall installation at 11,782sf, then I am stating that a quantity of drywall of at least 15,316.60sf would have had to have been purchased to provide for this finished product.

The complexities evident in the described property must be properly evaluated in relation to their non-typical existing conditions.

Please provide every accommodation for the severe burden this ordeal has placed on these Owners and their family.


Sincerely,

Anne Jackaway, AIA
President

# Anne Jackaway Architecture, Inc.

### 4523 SW 64 Avenue, Miami, Florida 33155 USA

*Serving   Clients   Globally*

305.858.0990    ajackaway@jackawayarchitects.com   AA26001569

# Report of Existing Conditions and Addendum to Demolition Permit Issue

<u>Date :</u> 1 November 2010

<u>Report provided by:</u> **Anne Jackaway, AIA FL registration:** AR0012688

<u>Date of Photography & onsite inspection:</u> 28 October 2010

<u>Property Address:</u> **6227 Paradise Point Drive, Palmetto Bay, FL 33157**

<u>Scope of Report:</u>
Since the property was originally permitted in 2007 and built, it was discovered that there is contamination of the premises, assumed to be caused by the use of defective drywall. The Owner of the property has agreed to remedy this condition and is now providing both a set of Architectural Demolition plans and this Report to the Building Department of the Village of Palmetto Bay, for the removal of defective drywall, and any and all systems such as electrical, plumbing, fire sprinklers, mechanical, framing, (as deemed necessary by the Building Dept. inspections) and remediation. Since there are deviations, mostly cosmetic, between the as-built property and the Permitted plans, this Report is provided to both document the existing conditions, and to describe those deviations. The intent is to return this property to the same condition as these photographs reflect. One exception to that is that the permitted plans do not show a second powder room on Level Three. The extent of the remediation will not be evident until inspected after the removal of the existing drywall. A report from the Building Department will document the extent of the demolition once uncovered.

# Ground Floor Level – Garage Level:
- **Ground Floor Terrace:**






Differences from Permitted Plans:

1. Plans call for outswinging, double French doors (doors 7) to the exterior, which were not built. Owner will provide.
2. Plans call for windows on either side of the doors ( windows 2 & 12), which were not built. Owner will provide.
3. Note: The two exterior side walls, that attach to the demising walls of the to be enclosed Terrace, are breakaway walls, which will allow for the free flow of water should that ever be necessary. Just as the current door from the Ground Floor Hall now attaches to two breakaway walls between the Terrace and the Garage and the Terrace and the Elevator.
4. The Terrace has neither baseboards, nor ceiling trim moldings.

- **Garage:**





 

Differences from Permitted Plans:

1. There is no low wall adjacent to the garage door from the lower Hall, therefore it will not be re-built.

- ## Hall:

 

- ## Storage Closet:



## Stairway between Ground and Level One:





## First Floor Level – Kitchen and Living Areas Level:
- ### Entry Foyer:



- ### Mechanical Closet:



- **Storage Closet:**



- **Halls at Dining Room:**



- **Dining Room:**

 



- **Living Room:**

 

- **Kitchen**
- **Laundry**
- **Pantry**
- **Powder Room**

**Stairway Between Level One and Two:**

**Second Floor Level – Bedroom Levels:**
- **Hall**
- **Master Bedroom**
- **Master Bedroom Closets**

- **Master Bathroom**
- **Bedroom 1**
- **Bedroom 2**
- **Bath 2**

**Stairway Between Level Two and Three:**

**Third Floor Level – Rooftop:**
- **Hall**
- **Storage Room**