# EXHIBIT G

# ANDERTON RESIDENCE
## PORTO VECCHIO - PHASE II
### 6227 PARADISE POINT DRIVE - MIAMI, FL 33157

### INDEX OF DRAWINGS

A    COVER SHEET, SITE LOCATION, INDEX & GENERAL NOTES
A-1   DEMOLITION PLAN WALLS
A-2   DEMOLITION PLAN CEILING





**SITE LOCATION**    N.T.S



**SITE LOCATION**    N.T.S

### Defective Drywall Remediation:

- The Village of Palmetto Bay Building Department agrees to accept Architectural demolition plans, for each level of the residence, showing all the drywall areas to be removed.

- The existing permitted plans, on file in the Village, will remain the plans of record, so there will not be the need to have additional Architectural/Engineering plans or new signed or sealed documents.

- The demolition will occur in two phases. First, the drywall is to be removed. The Village inspectors will determine to what extent further demolition will take place. If the electrical, framing, ductwork, piping, sanitary, equipment, fire sprinklers, or any other system or part, is deemed to be consistent with proper standards and codes (at the time of original permitting) then they will be permitted to be retained. If not, then phase 2 will commence the demolition of additional items as determined by the Village inspectors. If there is to be further demolition in Phase 2, then the Report from the Building Department Inspector will be followed.

- An Architectural Report will be presented which describes the existing conditions of each room, with supporting photography, which will describe how the existing conditions (as-built) differ from the permitted plans (on file in Palmetto Bay). The photography will be of the existing conditions, prior to demolition, and the report will be issued once the Village inspection is complete, so as to include all items to be remediated.

- The code at the time of permitting will be used as the standard, and new construction will not need to be brought to current code standards. (FBC 2004, for example).

- An elevator study will be done to determine the existing conditions and viability.

- It is understood that the permitted plans do not reflect the existing conditions, most of a decorative nature, but that the remediation will return the interior to the same condition as the existing conditions, unless the Owner chooses to include aspects of the permitted plans in the construction, which will be described in the Architectural Report.

**GENERAL NOTES**    N.T.S

### Legal Description:
PORTO VECCHIO AT PARADISE REEF PB 158-78 T-20929 LOT 5
BLK 1 LOT SIZE 2273 SQ FT FAU 30-5025-007-0390 F/A/U 30-5-25-011-0050

**Folio Number:**
33-5025-011-0050

**Primary Zone:**
9400 Planned

**CLUC:**
0010 Residential-Townhouse

**Beds/Baths:**
3/2

**Adjusted Square Footage:**
2,540 sf

**Year Built:**
2007

**Lot Size:**
2,273 sf

**Zoning Land Use:**
Townhouses

**Urban Development:**
Inside Urban Development Boundary (UDB)

**Zoning:**
PAD

**Owner:**
George and Gloria Anderton
6227 Paradise Point Drive
Palmetto Bay, FL 33157

**LEGAL DESCRIPTION**    N.T.S

A



