UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

Before the Court is a pro se appeal from the the special master's decision regarding the claim of Patricia Gottlieb.

**IT IS ORDERED** that the appeal be entered into the record.

**IT IS FURTHER ORDERED** that the appeal is set for submission, without oral argument, on March 26, 2015.

**IT IS FURTHER ORDERED** that if it sees fit, Brown Greer, or any party that wishes to do so, may respond until March 17, 2015.

New Orleans, Louisiana, this 2nd day of March, 2015.

_____
UNITED STATES DISTRICT JUDGE

Cc:

Patricia Gottlieb
619 Orton Ave. #503
Ft. Lauderdale, Florida 33304

1