Patricia S. Gottlieb
619 Orton Ave. # 503                          FROM
Ft. Lauderdale, Florida   33304


Judge Fallon
US eastern district Court
MDL   2047                                      To
Chinese Drywall Settlement
           program

                                                DATE

February 17, 2015


Appeal -                                        Purpose
      Special Master Denial
           Notice

Judge Fallon :

Special master Denial Notice received via email from my Attorney, James Doyle, states IV. option disagree directly to you, Your Honor.

Mr. Doyle AND Brown Greer, PLC in their professional Status, have failed to represent my claims to your Court as I have presented my documents on file in each individual Claim; As A result, my denial decisions.



(5755 unread) - dancer8888@bellsouth.net - att.net Mail
Case 2:09-md-02047-EEF-MBN   Document 18416   Filed 03/02/15   Page 4 of 34
Page 1 of 1

AT&T ⌄ | Mail | News | Sports | Finance | Weather | Entertainment | Mobile | U-verse | att.com | More ⌄     En Español

doyle      Search Mail    Search Web    🏠 Home   👤 Patricia   ⚙

✉ 📥 📅 ▦ ⊙

✎ Compose     ☐ ⌄   🗑 Delete   Move ⌄   Spam ⌄   ⋯ More ⌄      View ⌄

**Search results**

| | | |
|---|---|---|
| **Inbox (5755)** | | |
| Drafts (149) | Related searches: | Jr. James V. D... |
| Sent | | Refine ⌄ |
| Spam (234) | | |
| Trash | ✶ **ask** | **Doyle** Security | ask.com     Sponsored |
| ⌄ Folders (13) | | **Doyle** Security. Discover and Explore on Ask.com! |

| | | | |
|---|---|---|---|
| meeee (1) | ☐ James V. Doyle, Jr. | **Re: Gottlieb - Lost Rent Claim Special Master Denial Notice**   Inbox | Feb 16 |
| pictures (12) | | ...alternative living expense claim and the miscellaneous claims. And, your claim against the manufacturer is still pending. Jimmy **Doyle Doyle** Law Firm, PC 2100 Southbridge Parkway, Suite | |
| › Recent | ☐ ● Patricia Gottlieb | **Re: Gottlieb - Lost Rent Claim Special Master Denial Notic**   Inbox | Feb 16 |
| | | mr **doyle** my computer is not working please fax information of denial to me so I can...Patricia ------ ------------------------------------ On Mon, 2/16/15, James V. **Doyle**, Jr. <jimmy@**doyle**firm.com> | |

| | | |
|---|---|---|
| Sponsored | ☐ ● Patricia Gottlieb | **Re: Gottlieb - Lost Rent Claim Special Master Denial Notic**   Inbox    Feb 16 |
| | | Mr **Doyle** This denial states my property is remediated however it is not therefore please...advise --- ------------------------------------ On Mon, 2/16/15, James V. **Doyle**, Jr. |

🔒LifeLock

Proactive Detection
Certified Resolution
LifeLock Protection

| | | |
|---|---|---|
| ☐ ● Patricia Gottlieb | **Re: Gottlieb - Lost Rent Claim Special Master Denial Notic**   Inbox | Feb 16 |
| | Hello mr **doyle**, This property is not remediated. Please file the necessary papers on my...Respectfullyu Patricia Gottlieb On Monday, February 16, 2015 2:18 PM, "James V. **Doyle**, Jr." | |
| ☐ James V. Doyle, Jr. | **Gottlieb - Lost Rent Claim Special Master Denial Notice**   Inbox | Feb 16 |
| | ...Affected Property Street 8841 Sunrise Lakes Blvd., #110 Unit Address City Sunrise State FL Zip code 33322 Law Firm **Doyle** Law Firm, PC II. D ENIAL EXPLANATION This Notice is an official | |
| ☐ Patty Gottlieb | **Re: 2-6-15**   Sent | Feb 12 |
| | ...information. All the best. Payricia..."James V. **Doyle**, Jr." <jimmy@**doyle**firm.com> wrote:...Ms...February 12, 2015 at 2:15 PM To: James **Doyle** < jimmy@**doyle**firm.com >, Patricia | |
| ☐ James V. Doyle, Jr. | **Re: 2-6-15**   Inbox | Feb 12 |
| | ...make an offer. I will let you know once it is received. Jimmy **Doyle Doyle** Law Firm, PC (205) 533-9500 phone From: Patricia Gottlieb...Patricia On Thursday, February 12, 2015 11:43 AM, "James V. | |
| ☐ ● Patricia Gottlieb | **Re: 2-6-15**   Inbox | Feb 12 |
| | ...so us will not collect from them. not too promising Respectfully Patricia On Thursday, February 12, 2015 11:43 AM, "James V. **Doyle**, Jr." <jimmy@**doyle**firm.com> wrote: Ms. Gottlieb: First, bodily | |
| ☐ Patricia Gottlieb | **Re: 2-6-15**   Drafts | Feb 12 |
| ☐ James V. Doyle, Jr. | **Re: 2-6-15**   Inbox | Feb 12 |
| | ...offers have been made by the settlement administrator. As always, I³ll forward any offer when it³s received. Regards, Jimmy **Doyle Doyle** Law Firm, PC (888) 633-5204 toll free Alabama Office 2100 | |
| ☐ Patty Gottlieb | **Re: 2-6-15**   Sent | Feb 12 |
| | Feb twelve re updates. Hi Mr **Doyle**. Today's conference court said things are my questions:did you...Patricia...Patricia Gottlieb <dancer8888@bellsouth.net> wrote:...hi mr **doyle**, can you tell me | |
| ☐ ● Patty Gottlieb | **Re: 2-6-15**   Inbox | Feb 12 |
| | Feb twelve re updates. Hi Mr **Doyle**. Today's conference court said things are my questions:did you...Patricia Patricia Gottlieb <dancer8888@bellsouth.net> wrote: hi mr **doyle**, can you tell me | |
| ☐ James V. Doyle, Jr. | **Re: 2-6-15**   Inbox | Feb 5 |
| | ...Gottlieb: I cannot give any tax advice, per my insurance carrier. I³d recommend speaking with your tax advisor. Regards, Jimmy **Doyle Doyle** Law Firm, PC (205) 533-9500 phone On 2/5/15, 12:52 PM, | |
| ☐ Patricia Gottlieb | **2-6-15**   Inbox | Feb 5 |
| | hi mr **doyle**, can you tell me about the 1099 for money in settlement as irs would talke money back from me it seems. respectfully Patricia | |
| ☐ CDWQuestions | **RE: 2-4-15 settlement award**   Inbox | Feb 4 |
| | Ms. Gottlieb, The Court-approved CPA instructed the Settlement Administrator to issue Form 1099s for claim payments. Please contact your attorney or a tax professional if you have any questions | |

# CHINESE DRYWALL SETTLEMENT PROGRAM
## MDL 2047

## SPECIAL MASTER DENIAL NOTICE
### DATE OF NOTICE: 1/28/15

### I. CLAIMANT AND CLAIM INFORMATION

| Claimant Name | Last<br>Gottlieb | | First<br>Patricia | | Middle<br>S. |
|---|---|---|---|---|---|
| Representative Claimant Name | Last | | First | | Middle |
| Claimant ID | 112779 | | **Claim ID** | | 10046 |
| Claim Type | Lost Rent, Use, or Sales | | **Affected Property ID** | | 16240 |
| Affected Property Address | Street<br>8841 Sunrise Lakes Blvd., #110 | | | | Unit |
| | City<br>Sunrise | | State<br>FL | | Zip code<br>33322 |
| Law Firm | Doyle Law Firm, PC | | | | |

### II. DENIAL EXPLANATION

This Notice is an official communication from the Settlement Administrator for the Chinese Drywall Settlement Program ("Settlement Program") and relates to the claim and Affected Property identified in Section I. The Special Master reviewed this claim and made a final determination. This determination is final and is not appealable. The Special Master is denying this claim for the following reason(s):

| | DENIAL REASON | EXPLANATION |
|---|---|---|
| **1.** | Expert Report | Expert Report in support of the claim that the inability to use, rent or sell the property was substantially caused by the presence of Chinese Drywall. |
| **2.** | Evidence of Remediation | Evidence that the property was remediated. |

### III. APPEAL COMMENT (IF PROVIDED)

### IV. YOUR OPTIONS AFTER THIS NOTICE

If you disagree with the Special Master's determination, your only option is to appeal directly to Judge Fallon.

### V. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

We are available to help you if you have questions or need assistance. If you have any questions about this Notice, the status of your claim(s), or just need help, contact us by the following methods:

| **By using our Online Portal** | Visit **https://www3.browngreer.com/drywall** to view claim status and documents. |
|---|---|



| **By Mail** <br> (Postmarked no later than your submission deadline) | Chinese Drywall Settlement Administrator <br> P.O. Box 25401 <br> Richmond, Virginia 23260 |
|---|---|
| **By Overnight, Certified or Registered Mail** <br> (Postmarked no later than your submission deadline) | BrownGreer, PLC <br> c/o Chinese Drywall Settlement Administrator <br> 250 Rocketts Way <br> Richmond, Virginia 23231 |
| **By Facsimile** <br> (Sent no later than 12:00 midnight local time on your submission deadline) | (804) 521-7299 |
| **By Email** <br> (Sent no later than 12:00 midnight local time on your submission deadline) | **CDWQuestions@browngreer.com** |

Claimant ID: 112779

Claim ID: 10046

I am not an Attorney, Sir.
I am a Legal-Assistant, A Florida
Real-estate Broker, A twenty-Six
year Federal Government Employee.

I believe I can relate to you
in A meaningful Fashion Why I
am deserving to be Compensated
for each Claim of which this
letter Specifically represents Loss
of USE.

If you like, I will Send all my
Submitted documents to You - but
the more than three-hundred pages
I have given to Administrator
Clearly show I be granted
by Your Court the opportunity

to be MADE Whole in this Claim
And in the other filed Claims.
I have Answered ALL the questions
I have Submitted evidence to
prove my truth, yet, the
people who represent you Are
inConsistant with their qualifications

of Merit - So that I would have
been Disqualified before I began

this process.
I did Not have any reason to
Know My property had to have been
already remediated to be part of
loss of Use And enJoymeNt part
of this Settlement AS My Current

Claim states this property is
still very toxic And totally Contaminated.
Like the beautiful sky as the sun
rises And the georgous colors glow
above from pollutants in the Air,
My Bouganvilla Bush outside my
Condominium is thriving from the
gases coming from inside my Unit.
My Attorney And Administrator
Brown Greer, PLC did not communicate
in My Claim form I would only
be Accepted if I have my
property remediated.

In Fact, My Claims, which Submitted At the Same time include: Bodily Injury, My deceased mother Ruth Gottlieb, Who died as a direct result from "Hydrogen Sulfide" Chemical Compound of -Chinese Drywall; Nick name, prior to My Knowledge of the Visitor who lived with her after we spent Fifty-Thousand dollars approximately to rebuild from Hurricane Wilma.

The Odorless unwelcome guest Who took her from healthy When She returned home after two-years during rebuild to very Sick as I Spent Eighty-

thousand-dollars for her home-health

Care live.In for Apx. two-years

And had to watch her deteriorate into;

Nyro pathy - contracted hands And

feet, fetus position-for Nine Months;

level five bed-Sores; Respitory

oxygen issues, a peg.-tub for

feeding ~ after She had to have

As live in Assisted living Facilities

And still had no Knowledge

China's Visitor Lived in her home.

After My Mother gave me her home And she became, deathly ill 2010 I learned, When the air- Conditioner Broke thirteen-times that My Condominium, Association Who too, Were decitful, as they did not disclose, As their

Condominium Minutes State From '2009 - Chinese Dry wall, in fourty- Eight Condominium remediated units, And did not warn me or My Mother to have our property inspected. In '2012 I

had expert report And Submitted

Same, to this Court, Which II.

Denial Explaination States - Support

inability to use - Caused by Chinese

DryWall on Claim Form Special

Master Denial Form.

What is interesting is the

In Consistancies of the people Who

Send documents to Me State: As

I received A Brown- Greer Check

of Administrator for twenty- Seven

hundred dollars total for all my Claims

Combined to date Made out TO MY

Deceased Mother's Name. My Claim

Clearly States this ~

Another example is the presedence
of Bodily-Injury format used which
Never was stated prior and in my
specific case has No merit As:
the used case was for A person
Who used drugs And had A deformed
Child As A result After the
Fact, As Compared to my Claim/case,
Where I show my healthy
Mother Deteriated to nothingness
And dwindled in my arms As I
gave her permission to go to Sleep;
She Suffered An Un human
death And I have given your

Court: Medical records, Scientific evidence, Forensic Science findings And FAcctual examples of Cases where human beings have died From Chemicals which Comprise, so Called - "Chinese Drywall", yet, As my lawyer detatched And As your Court lawyers Sound in Your Conference - Court dates ~ relate to You, No Expert Medical Person will Connect, what is

Already Scientifically And

Medically found to be Cause of

death; So that they discounted

Claims like Mine And Are denied

Your honor, the plaintiffs

Steering Committee Attorney

has written Articles iN

a humorous Manner of

the Protocal of the

Prior Chinese Court
Proceedings where they stall
techniques, by time, And then
statutes find no guilt, And
this is KNOWN, As the
BMBN Attorney, in your final
Minutes of Feburary Conference
Date - Court, then appears ~
Is this, the given process
Chinese have done - Already that what
is expected ~

And then, to read in An Article by one of your Plaintiff Attorney's of your Court state : " China owns Seven-teen trillion dollar United States debit which is much greater than drywall effect in The U.S. , therefore, our Government will Not Seize Any Assets in Americia to pay Claiments of Settlement Process of Chinese Drywall."

I believe God will Assit
in this Court Proceedings
so that Justice will Prevail.

Judge Fallon, I have
endured much suffering And
Still don Please Assist Me
And Allow Me the opportunity
to be Made Whole ~ My Claim's
Court Files will Show what
I have briefly related to
you, is True. My heart

is very heavy As My

Mother's property - She gave

Me, is still horrific~

My Memmories Are un-

explainable. I was
;

born on My Mother's

Birthday~ Please let

Me have Some Solice

in this time of grieving

My loss of use of my property Claim is Just~ I have Shown this Court I deserve to be made Whole as best as you Can because No one Can bring my Mother back And No One Can erase my Memories of her Suffer

As She inhaled this Chemical Compound At the time, was Odorless.

Please Ask this Court to let you review my documents, As I have hundreds of Pages Which represent My belief System- in Truth and Justice is The American Way.

I respectfully Ask you,
Sir, to Please reverse
the decision of the Special
Master AND Grant Me
the Loss of Use, loss
of Use + enJoyment, Bodily
InJury Claim, Remediation
Claim, And All My Claims in
your Court So I can
begin to rebuild my life ~

OCT. 2008

Ruth Gottlieb, traveled to
Palo-Alto California, alone, by airplane,
for Seth Gottlieb, her grandson
And his future Wife, Lauren, to
be sworn into the law
Profession by Judge Server,
Lauren's Father.

Here are photos of
her vibrant personality

as She is her usual
Self fun Self.

In July, 2010 She is dead.
Death by chemicals She
lived with known as "Chinese DryWall."









This certificate is
presented to

## Patricia Gottlieb

upon your retirement from the
Government of the
United States of America
following _____Twenty-six_____ Years
of loyal service

**JOHN S. PISTOLE**
*Administrator*
*Transportation Security Administration*



## HERMAN HERMAN & KATZ, LLC
### ATTORNEYS AT LAW

HOME | CO-COUNSEL | BLOG | CONTACT US | FAQ

## FREE CASE REVIEW: 844-943-7626

ABOUT US    PERSONAL    BP OIL    CLASS    COMMERCIAL    VICTORIES
                INJURY    SPILL    ACTIONS    LITIGATION

## FEDERAL JUDGE ISSUES ORDER APPROVING FIVE CLASS ACTION SETTLEMENTS IN ONGOING CHINESE DRYWALL LITIGATION

Attorneys Russ Herman, court-appointed liaison counsel, and Arnold Levin, court-appointed lead counsel, in the Chinese Drywall Federal litigation, MDL 2047, are gratified today that the presiding Federal judge, the Honorable Judge Eldon E. Fallon, has issued an order approving five (5) class action settlements with manufacturers, builders, suppliers and installers of Chinese drywall and their various insurers.

These settlements are estimated to be in excess of $1 billion, though the total value of which will depend primarily on the actual costs of remediation, the funding for which is uncapped. The settlements will benefit more than 10,000 property owners whose homes and properties have been damaged by defective Chinese drywall. These settlements were achieved after several years of settlement discussions and court – ordered conferences and are based on the precedents set by the 2010 Hernandez case and Knauf Pilot Program initiated in the fall of 2010, which were previously approved by Judge Fallon.

A fairness hearing on this settlement took place November 13, 2012. The court's order certified the Interior / Exterior Building Supply, LP, settlement; the Banner settlement; the L&W Supply Corporation settlement; the Knauf settlement; and the Global participating builders, suppliers and installers settlement.

The balance of the case will continue as the Federal Fifth Circuit Court of Appeals determines whether another Chinese manufacturer and supplier of defective drywall, Taishan entities (including Taishan Gypsum Co. Ltd. and Taian Taishan Plasterboard Co. Ltd.), which is owned and operated by the People's Republic of China, may also be

LIVE CHAT

XERALTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION MDL TRANSFERRED TO EASTERN DISTRICT OF LOUISIANA

SUPREME COURT DENIES BP'S BID TO UNDO SETTLEMENT

JUNEAU'S PROGRAM GETS CLAIMS RIGHT 99.5% OF THE TIME

ONE DEAD, AT LEAST THREE INJURED BY EXPLOSION AT FIELDWOOD ENERGY, L.L.C.'S ECHO PLATFORM IN GULF OF MEXICO

HH&K ASSOCIATE, PATRICK BUSBY, FEATURED IN NEW ORLEANS CITYBUSINESS "ONES TO WATCH"

### FREE CASE REVIEW

NAME

PHONE

EMAIL

# Chinese government agency added to drywall defendants

Mary Wozniak, mwozniak@news-press.com   *12:28 a.m. EDT August 17, 2014*



*(Photo: THE NEWS-PRESS FILE)*

Attorneys for homeowners seeking compensation from a Chinese drywall manufacturer may go so far as seize property of the company and its co-defendants, including a Chinese government agency.

If Taishan Gypsum Co. and its related defendants keep defying federal court rulings that say they must pay, "we will take the full judgments against them, follow them all over the United States and all over the world to collect for our people," Arnold Levin, lead attorney for the plaintiffs, said Friday. "They can run, but they can't hide."

Levin is including the newest defendant added to the case, China's state-owned Assets Supervision and Administration Commission. The commission oversees Taishan and about 116 other companies in China.



Levin filed a new class-action lawsuit July 30 for about 5,000-6,000 plaintiffs, including some from Southwest Florida, he said. By adding a Chinese commission to other defendants, the attorneys have gone to the top of the food chain in trying to force Taishan to be accountable for the defective drywall used to build plaintiffs' homes.

The defective drywall was imported mainly between 2004 and 2008. Taishan is one of the companies that sold the product to the U.S. The drywall has been reported in 44 states, the District of Columbia, American Samoa and Puerto Rico.

The product has a foul smell and emits sulfur compounds that corrode air conditioning coils, electrical wiring, appliances, jewelry and other metal items in the home.

**Arnold Levin***(Photo: Special to news-press.com)*



NEWS-PRESS

Chinese drywall company held in contempt of court

(http://www.news-press.com/story/news/2014/07/22/chinese-drywall-company-held-contempt-court/12975333/?from=global&sessionKey=&autologin=)

Levin said estimates are about 12,000 homes were built with the drywall. Other estimates range up to 20,000. Many who live with the drywall complain of health problems from nosebleeds to respiratory problems.

Florida is the state with the most tainted drywall. Lee County was at the center of the problem, with nearly 2,000 homes and condos reported to the property appraiser's office as having the defective product. Many of them have never received remediation.

Lou Appelman, of Cape Coral, had Taishan drywall in his home and fixed it in 2010 at his own expense. "I'm really, at this point I'm all for anything that could be done," Appelman said. "I mentioned the last time they probably have a lot more going on behind the scenes that we know of, and I hope it comes true," he said. "I guess nobody's going to know until they really give in."



Even though this Cape Coral home contained few sheets of Chinese drywall, the damage it caused is forcing the house to be gutted and redone.*(Photo: NEWS-PRESS FILE PHOTO)*

## The history

Taishan had at first refused to respond at all to lawsuits. Default judgments were entered against Taishan and its subsidiary groups, called Taishan Entities. They include China National Building Materials Group Corp.; Beijing New Building Materials Co. Ltd; China National Building Material Co. Ltd; Beijing New Building Materials Group Co. Ltd..

Then Taishan tried to get the judgments dismissed by claiming U.S. courts had no jurisdiction and judgments could not be enforced in China. The company said those liable were further down the drywall supply chain.

Taishan lost the argument over jurisdiction in a series of appeals and court rulings in January and May, involving a total of seven judges.

U.S. District Judge Eldon Fallon, who presides over multidistrict drywall litigation in New Orleans, on July 17 found Taishan and its related entities in contempt for its continued defiance of U.S. courts. Fallon fined them $55,000 in penalties and attorney fees, and forbade them from doing business in the United States until they decide to comply with the courts.

Meanwhile, Taishan fired all its attorneys, Levin said.

The latest, class-action lawsuit has not been formally served to the Chinese commission, since it is being translated into Mandarin, said Levin, of the Philadelphia law firm Levin Fishbein Sedran & Berman. But all other parties have received copies.

If the plaintiffs prevail, the defendants could be liable for more than $1.5 billion, Levin said.

Richard Kampf, a Cape Coral homeowner who headed a grass-roots coalition of about 350 local drywall homeowners, lauded Fallon for trying his best to make homeowners solvent. The problem is there appears to be no sanctions the U.S. could apply to China that would make it pay, he said.

If property is seized and Taishan and its entities are not allowed to do business in the United States, that may hurt them economically, he said. "I don't know if it's good enough to put money in the pocket of the homeowners."

Kampf also questioned how it would work politically. China owns much U.S. debt, he said. So the U.S. owes the Chinese government "certainly a lot more money than it costs to fix all of these homes. That's the down side of it," he said.



# Is Very Different From Seizing Ships. With Apologies To Scott Weinstein For Something I Never Said.

By Dan Harris on February 28th, 2010

A few months ago, I spoke in New Orleans at
would explain whether it would be possible to sue and collect from the Chinese companies involved in providing
I began my speech by pretty much
saying

I then talked about various strategies for seeking to collect from Chinese companies and the defensive strategies
Chinese companies employ. One of the things I talked about was how the really smart Chinese company sued in a
United States court might stall and then intentionally lose on the merits. Here's how I have seen it work.
US company sues Chinese company in a US court. US company tries to serve the Chinese company but fails to
The Chinese company can then do one of two things.
It can let the improper service "slide," figuring it can always use that to prevent enforcement of the United States
Or, it can

delayed until proper service is effected.

most important being where it has its assets. But central to its decision is its knowledge that Chinese courts do
not enforce United States judgments, no matter how service was effected. So why should the Chinese company
even bother disputing service in the the US court when that court's judgment will never be enforced in China
anyway? The answer is that though US judgments are not enforced in Chinese courts, they are enforced in the

Korea.
So by fighting the service issue in the US court, the Chinese company can buy considerable time at very little
expense.                                                          The Chinese company buys time to get
its international house "in order" so that when the plaintiff does eventually get the US judgment, the Chinese

the US plaintiff to seize, anywhere in the world.
Because service of process in China pursuant to the Hague Convention can take anywhere from three months to

a year, forcing a US company to comply with Hague Convention service rules usually gives the Chinese company the time it needs. Then, once proper service has been made, the Chinese company will fight just hard enough on                                                           I have seen Chinese companies do this using some of the worst and least expensive lawyers known to man. But since the Chinese company has


company having been moved out of reach.

But enforcing a US judgment in China and going after a Chinese company's assets there is pretty much impossible because Chinese courts do not enforce US judgments. **Repeat:** Chinese courts do not enforce US judgments. So now the American company has a judgment against a Chinese company but no way to enforce it in China. So what can it do? It can try to seize assets of the Chinese company in some other country, but almost certainly the                                                           part) so that it has no assets outside China to be seized.

The problem with that is that the Chinese company will claim the American company cannot re-litigate its case in China after having already fully litigated it on the merits in the United States. The legal term for this is                          , which is a doctrine


Losing in the United States means the Chinese company has a judgment against it that probably can never be enforced and it also now has a weapon to prevent the US company from suing it again anywhere else.

I fully expected to see stalling by at least some of the Chinese defendants in the Chinese drywall litigation. The Sarasota Herald Tribune recently ran an article, entitled, "Company Out of Drywall Trial," with the following as its lead sentence:


I would actually have been more shocked if this Chinese company had put on a full-fledged defense.

Now for an apology to someone I had never even heard of until I read this Fort Myers News Press article today, entitled, "                           ."

2009, after I wrote a post, entitled, "Chinese Drywall Cases Make U.S. Lawyers Angry. I Want My Lex Americana!" In that post, I went after some Chinese drywall plaintiffs' lawyers for having proposed some pretty absurd methods for collecting from Chinese defendants:

> The article talks about the 300 drywall lawsuits currently pending in New Orleans Federal Court and asks "who's going to be on the hook for any damages courts might award?" The article then outlines some of the tactics the plaintiffs' lawyers are considering for trying to collect and guess what? None make any sense.
>
> The lawyers are "considering" suing "U.S. investment bankers who financed the Chinese companies, and seizing ships that brought the drywall to the United States." With all due respect, the odds of either of these tactics generating any cash are pretty much zero. First off, it would surprise me if any of the Chinese drywall manufacturers were financed by "US investment bankers." Does anyone disagree with me on this? Second, I also

doubt very much that any US court is going to set aside 200 years of US (and a couple more hundred years of British) jurisprudence and find the investors liable. I certainly hope not as I own shares in drug and tobacco companies and by this logic, I could be held liable for injuries caused by those companies.

The arresting ships idea is probably even more ludicrous. What these lawyers are

world or at any time in the long history of shipping, and that is to find the shipper liable for having shipped a perfectly legal product. Not only has this never been done, but if it were done, it would probably destroy the shipping industry as we know it and, at minimum, raise the price of pretty much every single product worldwide. Can you even imagine a system where shipping companies are forced to guarantee the quality of every single item they ship?

vessels arrested over this, you can bet we will be counterclaiming for wrongful arrest. And it is not just plaintiffs' lawyers who are getting mad. U.S. District Judge Eldon Fallon found one Chinese company, Taishan Gypsum Co., in contempt of court for ignoring the suits. And though I am on record in this post ("China Tooling/China Consulting — I Told You So") for stressing the importance of abiding by Federal Court orders, I do not for a minute believe the Taishan Gypsum is going to care one whit about what some U.S. judge has to say. If Taishan Gypsum conducts no business in the United States or in any of the very few countries that typically enforce U.S. money judgments (I very much doubt any country enforces U.S. contempt orders) U.S. court orders almost certainly mean little to nothing to it.

beyond the Chinese company owner's belief that it will preclude his/her son or daughter from attending UCLA.

The article then states how US lawyers "said Chinese companies are virtually insulated against liability in U.S. suits because suing them through international court is costly and time-consuming and civil judgments in U.S. courts are not enforced in China." I agree with the part about US court judgments not being enforced in China, but I do not know what they mean by an "international court." International courts are not going to take a drywall case so I am going to assume that Chinese courts was meant here. Again, these lawyers are wrong. Suing in Chinese courts is way cheaper and way faster than suing in US courts. The problem with suing in a Chinese court in a case like this is not the time or the cost, it is the damages. Chinese courts are incredibly stingy (by US standards) with                                   A win in a Chinese court might mean no more than a full refund for the cost of the drywall.

But at least one lawyer believes the future for plaintiffs' lawyers in these drywall cases looks bright because....well....because he really really wants it to:

Herman said plaintiffs' lawyers were up to the challenge. "I think we can bust the dam in this case," he said. "You're talking about billions of dollars" at stake, Herman said.

I was interviewed yesterday by the Center on the Global Legal Profession and was asked                                   Among my answers was how

Respectfully Submitted,



619      Orton Ave # 503

Ft.   Laud.  Florida    33304-4066

#  954- 591-1925

FAX  #    954- 561-4426

email:   dancer 8888 @ bellsouth.net