UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 <br> SECTION L <br> JUDGE FALLON <br> MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

The Court has received the attached correspondence regarding service of process for SASAC.

**IT IS ORDERED** that the correspondence be entered into the record.

New Orleans, Louisiana, this 2nd day of March, 2015.

                                                  _____
                                                  UNITED STATES DISTRICT JUDGE

1