# 中 华 人 民 共 和 国 司 法 部
## Ministry of Justice, People's Republic of China
No. 6, Chaoyangmen Nandajie, Chaoyang District, Beijing 100020, China
Tel: +86 10 6515 3113   Fax: +86 10 6515 3144

Beijing, 3 February 2015

Our Ref. No.: 2015-SXH-4

Your Case No.: 2:14-cv-1727 SECT L. Mag2



Jeff J. Karsten
APS INTERNATIONAL, LTD
APS International Plaza
7800 Glenroy Road
Minneapolis, Minnesota 55439-3122
USA

The request for service of documents has been received.

It is regretful to return the request because it does not comply with the provisions of the *Hague Convention on the Service abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters* (hereinafter referred to as the Convention), and the *Declaration* made by the People's Republic of China at the time of its accession. The specific reasons for the return are as follows (the item/items below which is/are marked with X):

( ) The address of the person to be served upon is not sufficiently provided (Paragraph 2 of Article 1).
( ) The form of the Request does not conform to the model annexed to the Convention (Paragraph 1 of Article 1).
( ) The terms in the Request are not written in the languages specified by the Convention (Article 7).
( ) The Request and the documents to be served are not furnished in duplicate (Paragraph 2 of Article 3).
( ) The documents to be served are not written in, or translated into Chinese (Article 5).
( ) The case relating to the request does not fall into the scope of the Convention (Paragraph 1 of Article 1).
(X) The execution of the request would infringe the sovereignty or security of the People's Republic of China (Article 13).
(X) Others: The State-Owned Assets Supervision and Administration Commission of the State Council is the Chinese central government agency which shall enjoy sovereign immunity and not be subject to foreign jurisdiction.

International Legal Cooperation Center
Ministry of Justice of the People's Republic of China
Contact: Tel: +86 10 6515 3113; Fax: +86 10 6515 3144; Email: ivylee319@vip.sina.com

* Enclosures: Documents forwarded by the applicant

CC to: United States District Court for the Eastern District of Louisiana