**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047** **SECTION: L** **JUDGE FALLON** **MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:** *Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.*, **Case No. 2:09-cv-6687 (E.D.La.)** | |

**O R D E R**

Considering the Motion of Plaintiff-Intervenors and the PSC for Leave to File Amended Revised Order Scheduling Expedited Hearing to Enforce the Court's July 17, 2014 Contempt Order and Injunction;

IT IS ORDERED BY THE COURT that leave is GRANTED and the Amended Revised Order Scheduling Expedited Hearing to Enforce the Court's July 17, 2014 Contempt Order and Injunction is hereby filed into the record.

New Orleans, Louisiana, this _____ day of _____, 2015.

_____
Eldon E. Fallon
United States District Court Judge