UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL No. 2047 |
| | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| THIS DOCUMENT APPLIES TO ALL CASES | * * | MAGISTRATE JUDGE WILKINSON |
| | * | |

******************************************

**NON-PARTY JPMORGAN CHASE & CO.'S
NOTICE OF SERVICE OF OBJECTIONS AND RESPONSES TO
SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION**

Non-Party, JPMorgan Chase & Co., respectfully submits this Notice of Service of Objections to Subpoena to Testify At a Deposition In A Civil Action. In that regard, JPMorgan Chase & Co. states that on February 27, 2015, it served its Objections and Responses to the Subpoena dated February 10, 2015 that was issued by the Plaintiffs' Steering Committee (the "PSC"). A copy of JPMorgan Chase & Co.'s Objections are attached as Exhibit A, and a copy of the PSC's February 10, 2015 Subpoena is attached as Exhibit B.

Respectfully submitted,

/s/ Gabriel A. Crowson
Michael D. Ferachi (#19566)
Gabriel A. Crowson (#28009)
**McGlinchey Stafford, PLLC**
601 Poydras Street, 12th Floor
New Orleans, Louisiana 70130
Telephone: (504) 586-1200
Fax: (504) 596-2800

*Counsel for Non-Party, JPMorgan Chase & Co.*

1

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was served on all counsel of record, via the Court's ECF system, this 4th day of March, 2015.

                                            /s/ Gabriel A. Crowson
                                            Gabriel A. Crowson