In re: Chinese-Manufactured Drywall Products Liability Litigation



Service of Process by
**APS International, Ltd**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 133483-0017

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--CTIEC-TECO American Technology Inc., through its Registered Agent Lori Decke, Esquire
Court Case No. MDL 2047

HERMAN, HERMAN, ET AL
M Lillian Flemming
820 O'Keefe Ave.
New Orleans, LA 70113-1116

State of: __OHIO__ ) ss.
County of: __LUCAS__ )

Name of Server: __John R. Bahs__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __27__ day of __FEB.__, 20 __, at __11:45__ o'clock __A__ M

Place of Service: at Marshall & Melhorn, LLC, in Toledo, OH 43604
Four Seagate, 8th Floor

Documents Served: the undersigned served the documents described as:
Subpoena to Testify at a Deposition in a Civil Action; Witness Fee

Service of Process on:
Person Served, and Method of Service:

A true and correct copy of the aforesaid document(s) was served on:
CTIEC-TECO American Technology Inc., through its Registered Agent Lori Decke, Esquire
By delivering them into the hands of an officer or managing agent whose name and title is: __Lori Decke - Atty.__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __F__ ; Skin Color __WT__ ; Hair Color __BRN__ ; Facial Hair __—__
Approx. Age __50__ ; Approx. Height __5-6__ ; Approx. Weight __130__

X To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

*John R. Bahs*
Signature of Server

Subscribed and sworn to before me this __28th__ day of __Feb__, 20__15__

*[signature]*   8-13-18
Notary Public   (Commission Expires)

APS International, Ltd.