UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

Before the Court is an appeal from the the special master's decision regarding the claim of Gloria and George Anderson. (Rec. Doc. 18414).

**IT IS ORDERED** that the appeal is set for submission, without oral argument, on March 26, 2015.

**IT IS FURTHER ORDERED** that if it sees fit, Brown Greer, or any party that wishes to do so, may respond until March 17, 2015.

New Orleans, Louisiana, this 4th day of March, 2015.

_____
UNITED STATES DISTRICT JUDGE

1