UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: <br> CHINESE MANUFACTURED DRYWALL <br> PRODUCTS LIABILITY LITIGATION | MDL No. 2047 <br> Section: L <br><br> **JUDGE FALLON** <br> **MAG. JUDGE WILKINSON** |

THIS DOCUMENT RELATES TO:
LEWIS, ETHEL AND LEWIS-PIERRE, LATOYA
(Claimant No. 100241)

and

*Payton, et al. v. Knauf Gips KG, et al.*
Case No. 2:09-cv-07628 (E.D. La.)
*Gross, et al. v. Knauf Gips KG, et al.*
Case No. 2:09-cv-06690 (E.D. La.)
*Rogers, et al. v. Knauf Gips KG, et al.*
Case No. 2:10-cv-00362 (E.D. La.)
*Abreu, et al. v. Gebrueder Knauf*
*Verwaltungsgesellschaft KG, et al.*
Case No. 2:11-cv-00252 (E.D. La.)
*Block, et al. v. Gebrueder Knauf*
*Verwaltungsgesellschaft KG, et al.*
Case No. 2:11-cv-2349 (E.D. La.)
*Arndt, et al. v. Gebrueder Knauf*
*Verwaltungsgesellschaft KG, et al.*
Case No. 2:11-cv-2349 (E.D. La.)
*Cassidy, et al. v. Gebrueder Knauf*
*Verwaltungsgesellschaft KG, et al.*
Case No. 2:11-cv-3023 (E.D. La.)
*Vickers, et al. v. Knauf Gips KG, et al.*
Case No. 2:09-cv-04117

/

**MOTION OF LEWIS, ETHEL AND LEWIS-PIERRE, LATOYA (Claimant No. 101369) TO COMPEL SETTLEMENT ADMINISTRATOR TO RECLASSIFY ERRONEOUSLY FILED GBI CLAIM AS SHORT SALE CLAIM AND ISSUE APPROPRIATE PAYMENT**

**MAY IT PLEASE THE COURT:**

1

Pursuant to Paragraph 7 of the Global Allocation Plan, paragraph 4 of CAP No. 2013-6 ("CAP 6"), and the Local Rules of this Court, Claimants Ethel Lewis and Latoya Lewis-Pierre (Claimant No. 101369) ("the Lewis Family") appeal the Settlement Administrator's denial of their GBI settlement claim and respectfully move the Court for an Order compelling the Settlement Administrator to exercise its authority to convert or reclassify their claim to a "short sale," "other losses" or "miscellaneous" claim and otherwise do whatever is necessary (such as using reserve funds for late-filed and "miscellaneous" claims) to issue an appropriate payment. Despite receiving abundant evidence that this claim was erroneously classified as a GBI claim, as well as direct questioning by undersigned counsel regarding whether the claim was properly classified, the Settlement Administrator violated her duty under paragraph 4 of CAP 6 to "notify the claimant of the filing error." For the reasons set forth in the Lewis Family's separately filed Memorandum of Law in support, the Court should exercise its discretion and authority to order the Settlement Administrator to reclassify the claim as a "short sale – other losses" claim and use discretionary or miscellaneous funds to properly compensate the Lewis Family. It would be a miscarriage of justice if the Lewis Family is not compensated because of a scrivenor's error and the Settlement Administrator's failure to comply with paragraph 4 of CAP 6.

Respectfully submitted on March 4, 2015,

PODHURST ORSECK, P.A.
*Counsel for Claimants George & Gloria Anderton*
25 West Flagler Street, Suite 800
Miami, Florida 33130
Telephone: 305-358-2800
Facsimile: 305-358-2382

By: ___/s/ John Gravante_____
Robert C. Josefsberg
Florida Bar No. 40856
rjosefsberg@podhurst.com
Peter Prieto
Florida Bar No. 501492
pprieto@podhurst.com
John Gravante, III
Florida Bar No. 617113
jgravante@podhurst.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this ___ day of February, 2015.

s/ John Gravante
*Counsel for Claimants*
25 West Flagler Street, Suite 800
Miami, Florida 33130
Telephone: 305-358-2800
Facsimile: 305-358-2382