UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:<br>CHINESE MANUFACTURED DRYWALL<br>PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br>Section:  L<br><br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |

THIS DOCUMENT RELATES TO:
LEWIS, ETHEL AND LEWIS-PIERRE, LATOYA
(Claimant No. 100241)

and

*Payton, et al. v. Knauf Gips KG, et al.*
Case No. 2:09-cv-07628 (E.D. La.)
*Gross, et al. v. Knauf Gips KG, et al.*
Case No. 2:09-cv-06690 (E.D. La.)
*Rogers, et al. v. Knauf Gips KG, et al.*
Case No. 2:10-cv-00362 (E.D. La.)
*Abreu, et al. v. Gebrueder Knauf*
*Verwaltungsgesellschaft KG, et al.*
Case No. 2:11-cv-00252 (E.D. La.)
*Block, et al. v. Gebrueder Knauf*
*Verwaltungsgesellschaft KG, et al.*
Case No. 2:11-cv-2349 (E.D. La.)
*Arndt, et al. v. Gebrueder Knauf*
*Verwaltungsgesellschaft KG, et al.*
Case No. 2:11-cv-2349 (E.D. La.)
*Cassidy, et al. v. Gebrueder Knauf*
*Verwaltungsgesellschaft KG, et al.*
Case No. 2:11-cv-3023 (E.D. La.)
*Vickers, et al. v. Knauf Gips KG, et al.*
Case No. 2:09-cv-04117

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that the Motion of Lewis, Ethel and Lewis-Pierre, LaToya (Claimant No. 101369) to Compel Settlement Administrator to Reclassify Erroneously Filed GBI Claim as Short Sale Claim and Issue Appropriate Payment pending in this MDL filed by

Podhurst Orseck, P.A. will be submitted for decision to the Honorable Eldon E. Fallon on March 26, 2015 at 9:00 a.m.

                Respectfully submitted on March 4, 2015,

                PODHURST ORSECK, P.A.
                *Counsel for Claimants George & Gloria Anderton*
                25 West Flagler Street, Suite 800
                Miami, Florida 33130
                Telephone: 305-358-2800
                Facsimile: 305-358-2382

                By:   /s/ John Gravante
                      Robert C. Josefsberg
                      Florida Bar No. 40856
                      rjosefsberg@podhurst.com
                      Peter Prieto
                      Florida Bar No. 501492
                      pprieto@podhurst.com
                      John Gravante, III
                      Florida Bar No. 617113
                      jgravante@podhurst.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on March 4, 2015.

                s/ John Gravante
                *Counsel for Claimants George & Gloria Anderton*
                25 West Flagler Street, Suite 800
                Miami, Florida 33130
                Telephone: 305-358-2800
                Facsimile: 305-358-2382