# EXHIBIT B

# EXHIBIT B

# CHINESE DRYWALL SETTLEMENT PROGRAM
## REMEDIATION CLAIM FORM
## KNAUF SETTLEMENT ONLY

Any Residential Owner or Commercial Owner seeking Remediation under the Knauf Settlement Agreement for a property that currently contains KPT Chinese Drywall must complete and submit this Remediation Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before September 30, 2013. Remediation refers to the process of having all KPT Chinese Drywall removed from your property and replaced with new drywall. KPT Chinese Drywall is drywall manufactured by Knauf Plasterboard (Tianjin) Co., Ltd or any of its subsidiaries ("Knauf"). Claimants seeking Remediation under the Settlement Program may choose among one of three Remediation Options: (1) Program Contractor Remediation; (2) Self Remediation; or (3) Cash Out Option. A detailed description of each Option may be found in the Definitions section of the Appendix to this Claim Form.

You may be eligible for Remediation if: (1) you registered your claim by the Registration deadline; (2) your property contains drywall manufactured by Knauf; (3) you currently own the property; and (4) the property has not been remediated.

When completing this Remediation Claim Form, refer to the Instructions and Definitions in the Appendix. These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Remediation Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit your Remediation Claim Form online.

If you are unable to complete the Remediation Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| **1. Claimant Name:** | Last Name/Business Name<br>Lewis | | | First<br>Ethel | M.I. |
| | Co-Owner Last Name/Business Name<br>Lewis-Pierre | | | Co-Owner First<br>Latoya | M.I. |
| | DBA or Fictitious Name (if applicable) | | | | |
| **2. Individual Claimant's Social Security Number (SSN)** | 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 | | **3. Business Claimant's Employer Identification Number (EIN)** | | |
| **4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant?** | ☐ Yes<br>☒ No | | | | |

Lewis, Ethel
101369

1

# CHINESE DRYWALL SETTLEMENT PROGRAM
## REMEDIATION CLAIM FORM
## KNAUF SETTLEMENT ONLY

| | | |
|---|---|---|
| 5. | Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant. | Name: __ <br><br> SSN: |
| 6. | Attorney Information: | ☐ Check here if you are not represented by an attorney and skip to Question 6. If you are represented by an attorney, complete this section. <br><br> **Firm Name**: Podhurst Orseck, P.A. <br> **Attorney Last Name**: <br> **Attorney First Name**: <br> **Street**: <br> **City**: **State**: **Zip**: <br> **Email**: JDonner@podhurst.com <br> **Phone Number**: () - |
| 7. | Affected Property Address: | **Street**: 11321 SW 236 Lane <br> **City**: Homestead **State**: FL **Zip**: 33032 **County/Parish**: Miami-Dade |
| 8. | Settlement Agreement under which you are submitting this claim (check all that apply): | ☒ Knauf. <br> ☒ Banner. <br> ☐ InEx. <br> ☒ Global. <br>     Participating Supplier Name: Banner <br>     Participating Builder Name: Lennar Corporation, Lennar Homes, LLC f/k/a Lennar Homes, Inc., and U.S. Home Corporation <br>     Participating Installer Name: Banner Homes of Florida, Inc. <br> ☐ L&W. <br> ☐ Unknown. <br><br> Additional Comments (attached additional pages if necessary): |

Lewis, Ethel

101369

# CHINESE DRYWALL SETTLEMENT PROGRAM
## REMEDIATION CLAIM FORM
## KNAUF SETTLEMENT ONLY

| | | |
|---|---|---|
| 9. | **Lawsuit:** | Jurisdiction: <u>E.D. La.</u><br>Case/Docket Number: <u>10-362</u><br>Date Filed: <u>12/ 09/ 2009</u><br>(Month/Day/Year) |
| 10. | **Drywall Manufacturer:** | ☒ Knauf<br>   ☒ I am a member of the Knauf Settlement Class<br>   ☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class<br>☐ Mixed (Knauf and other)<br>☐ Non-Knauf<br>   Unknown |
| 11. | **Select the option that best describes your relationship to the Affected Property:** | ☒ Residential Owner<br>☐ Commercial/Rental Property Owner<br>☐ Tenant<br>☐ Previous Commercial/Rental Property Owner<br>☐ Previous Residential Owner<br>☐ Repairing Builder/Installer/Assignee<br>☐ Non-Tenant Occupant (e.g. family member)<br>☐ Condominium Association<br>☐ Mortgagee (Bank)<br>☐ Other:____ |
| 12. | **Select the option that best describes how you used the Affected Property:** | ☒ Primary Residence<br>☐ Rental/Commercial Property<br>☐ Secondary Residence<br>☐ Vacant<br>☐ Other____ |
| 13. | **Was the Affected Property remediated through the Pilot Program?** | ☐ Yes<br><br>☒ No |
| 14. | **Have you filed an already Remediated Claim for this Affected Property with Knauf?** | ☐ Yes<br><br>☒ No |
| 15. | **Date You Acquired the Affected Property:** | <u>12/ 09/ 2009</u><br>(Month/Day/Year) |

Lewis, Ethel

101369

3

# CHINESE DRYWALL SETTLEMENT PROGRAM
## REMEDIATION CLAIM FORM
### KNAUF SETTLEMENT ONLY

| 16. Select Your Anticipated Remediation Option: | ☒ Program Contractor Remediation<br>☐ Self-Remediation<br>☐ Cash-Out |
|---|---|
| 17. Comments and additional information about your claim: | |

## B. REQUIRED DOCUMENTS

Claimants seeking Remediation for Chinese Drywall must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation. You may attach pages with any additional comments regarding your claim.

1. Documents demonstrating proof of ownership of the Affected Property, such as a deed; and
2. Photographs or Inspection Reports demonstrating evidence of KPT Chinese Drywall in the Affected Property.

## C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney: | Ethel Lewis | | Date: | 09/ 26/ 2013<br>(Month/Day/Year) |
|---|---|---|---|---|
| Printed Name: | First | Last | | M.I. |

Lewis, Ethel

101369

4