# EXHIBIT D

## Jeffrey T. Donner

**From:** Jeffrey T. Donner
**Sent:** Tuesday, February 25, 2014 11:04 AM
**To:** 'Katie Hamilton'
**Subject:** RE: Lewis (claimant ID 101369) -- follow up incompleteness notice re: square footage proof

That will be fun.

Jeffrey T. Donner
Law Clerk
**PodhurstOrseck**
25 W. Flagler Street, Suite 800
Miami, FL 33130
Tel: 305.358.2800
Fax: 305.358.2382
E-mail: jdonner@podhurst.com

---

**From:** Katie Hamilton [mailto:khamilton@browngreer.com]
**Sent:** Tuesday, February 25, 2014 11:04 AM
**To:** Jeffrey T. Donner
**Subject:** RE: Lewis (claimant ID 101369) -- follow up incompleteness notice re: square footage proof

Eventually yes. We haven't gotten to the point of issuing payments, but we when we do we will have to research current owner versus previous owner and determine who has rights to the claim per the Settlement Agreement.

---

**From:** Jeffrey T. Donner [mailto:JDonner@podhurst.com]
**Sent:** Tuesday, February 25, 2014 10:57 AM
**To:** Katie Hamilton
**Subject:** RE: Lewis (claimant ID 101369) -- follow up incompleteness notice re: square footage proof

By the way, the property was sold in a short sale. This shows the current owner. Could that be the problem—that this is under the Banner type of settlement claim?

Thanks.

Jeff

Jeffrey T. Donner
Law Clerk
**PodhurstOrseck**
25 W. Flagler Street, Suite 800
Miami, FL 33130
Tel: 305.358.2800
Fax: 305.358.2382
E-mail: jdonner@podhurst.com

1

**From:** Jeffrey T. Donner
**Sent:** Tuesday, February 25, 2014 10:57 AM
**To:** 'Katie Hamilton'
**Subject:** Lewis (claimant ID 101369) -- follow up incompleteness notice re: square footage proof

Katie:

On this one, we uploaded the Miami-Dade County official records that show under air square footage in response to the original incompleteness notice. Then we got a follow-up notice that is alleging the same deficiency.

I know you mentioned that the Broward County records can't be used for square footage because it's not limited to under-air, but I thought Miami-Dade records were okay for proof of square footage of Miami-Dade properties?

Can you tell me if this was an oversight or if the team reviewed our original submission but found it not good enough? Thanks.

I have re-uploaded the official records for this property. Now I have uploaded it about 3 times. Thanks.

It is also attached to this email.

Jeff



https://www3.browngreer.com/Drywall/Secure/Shared/ | Follow-Up Incompleteness ...

File Edit View Favorites Tools Help

Home

News and Developments

Claims Administrator Procedures

Online Filing Tools

Settlement Agreements

Firm Administration

Claimant Management

Reporting

FAQ

Notices

Change Password / Email

Log Off

Get ADOBE® Reader

You will need to have Adobe® 7.0 or higher to view Printed Documents. To get the latest Version of Adobe Reader, click the icon above.

Back Follow

**Claimant Information**

| | |
|---|---|
| **Claimant ID:** | 101369 |
| **Business:** | |
| **Represented By:** | Podhurst Orseck, P.A. |
| **Receives Mail:** | No |

**Affected Property**

| | |
|---|---|
| **Property ID:** | 2789 |
| **Street Address:** | 11321 SW 236 Lane Homestead, Mi |

**Claim Information**

| | |
|---|---|
| **Claim ID:** | 5477 |
| **Claim Type:** | Global, Banner, InEx Repair and Rel |

View Claimant Documents

**Follow-Up Incompleteness Notice**

Click the View Notice button to view the Follow-Up Incompletenes

You must click the View Notice button before responding to the N

**Deadline for Respo**

We have reviewed this claim and cannot continue processing it b
Follow-Up Incompleteness Notice and submit all required docume
and/or information by the Deadline for Response, we will deny yo

| # | Mi |
|---|---|
| 1 | Floor Plan or other document showing the Unde |

**Document Upload**

Once you have uploaded all documents you intend to submit in
Do not click the submit button until you are ready for the Settlen

Upload Required Documents

Jeffrey T. Donner
Law Clerk
**PodhurstOrseck**
25 W. Flagler Street, Suite 800
Miami, FL 33130
Tel: 305.358.2800
Fax: 305.358.2382
E-mail: jdonner@podhurst.com