# EXHIBIT E

## Jeffrey T. Donner

**From:** Jeffrey T. Donner
**Sent:** Thursday, March 06, 2014 10:51 AM
**To:** 'Katie Hamilton'
**Subject:** CDW easy question

Katie, Unfortunately (for my client) I think this is an easy one, but I'm not sure. The missing information is proof of ownership.

We flat out admit the property was short sold, so the claimant no longer owns the property. We uploaded the deed from when they did own it, and papers from the sale showing there was a CDW disclosure that lowered the price.

So is this notice because for this type of claim (Knauf remediation) the claimant has to be current owner? Can't we select "cash out" option in this settlement? Thanks.

Jeff



Jeffrey T. Donner

Law Clerk
**PodhurstOrseck**
25 W. Flagler Street, Suite 800
Miami, FL 33130
Tel:  305.358.2800
Fax:  305.358.2382
E-mail:  jdonner@podhurst.com