**EXHIBIT F**

## Jeffrey T. Donner

| | |
|---|---|
| **From:** | Katie Sanderson <ksanderson@browngreer.com> |
| **Sent:** | Thursday, December 11, 2014 11:30 AM |
| **To:** | Jeffrey T. Donner |
| **Subject:** | Podhurst Orseck |
| **Attachments:** | Podhurst Orseck - GBI Double Payment Analysis 12-11-14.xlsx |
| | |
| **Follow Up Flag:** | Flag for follow up |
| **Flag Status:** | Flagged |

Good morning Jeff,

The attached excel document outlines the status of the 12 remaining Global, Banner, InEx Repair and Relocation claims (GBI) for Podhurst Orseck. These payments are the only outstanding GBI payments for Podhurst Orseck.

All Other Loss claims remain in the review process. The procedure regarding how to pay these claims is currently under review. We will post a Claims Administrator Procedure through the Attorney Portal when the policy is approved.

Please contact me with any questions.

Thank you!
Katie

**Katie Sanderson**
Senior Analyst III
**BROWNGREER PLC**
250 Rocketts Way
Richmond, Virginia  23231
Telephone:  (804) 521-7230
Facsimile:  (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

| Row | Claimant ID | Claim ID | APID | PP ID | Affected Property Address |
|---|---|---|---|---|---|
| 1 | 100240 | 7636 | 322 | 105765 | 12270 SW 82 Terrace, Miami, FL, 33183 |
| 2 | 100241 | 7306 | 324 | 104468 | 6227 Paradise Pointe DRive, Palmetto Bay, FL, 33157 |
| 3 | 101272 | 5466 | 2681 | 100896 | 32203 SW 205 Ave, Homestead, FL, 33030 |
| 4 | 101273 | 7652 | 2682 | 100896 | 32203 SW 205 Ave, Homestead, FL, 33030 |
| 5 | 101274 | 7658 | 2683 | 101263 | 11101 NW 83rd St, # 103, Doral, FL, 33178 |
| 6 | 101276 | 7692 | 2685 | 100909 | 536 Loretto Ave, Unit 22, Coral Gables, FL, 33146 |
| 7 | 101347 | 6118 | 2764 | 103336 | 4531 SW Darwin Blvd, Port St Lucie, FL, 34953 |
| 8 | 101348 | 7384 | 2766 | 106869 | 313 Cascade Acres Ave., Leitchfield, KY, 42754 |
| 9 | 101355 | 5473 | 2771 | 100935 | 11327 SW 236 Lane, Miami, FL, 33032 |
| 10 | 101369 | 5477 | 2789 | 100961 | 11321 SW 236 Lane, Homestead, FL, 33032 |
| 11 | 101708 | 5557 | 3160 | 104268 | 11333 SW 236 Lane, Homestead, FL, 33032 |
| 12 | 101736 | 5757 | 3187 | 105692 | 3301 NE 183 Street, Unit 1207, Aventura, FL, 33160 |

| Payee Name | BG Determination/Action Needed |
|---|---|
| Lisa A Lebron | ARH claim. BrownGreer received ARH release and GBI claim will be denied. |
| Gloria L Anderton; Anderton George | No action needed. Appeal filed and awaiting review by Special Master. |
| Ana Maria Cabrera | This claimant is a duplicate of CID 101273 (Gabriel Cabrera). Counsel must withdraw CID 101272 or CID 101273 so we can pay one. |
| Gabriel L Cabrera | See above. |
| Michael C Thomas | Submit W9. |
| David A Chaplin | Submit W9. |
| Andrew Williams | Knauf Remediation claim prompted a hold. Hold removed. If Claimant proceeds through the Pilot Program any payments made from the Pilot Program will be reduced by Settlement Program payments. |
| Debbie Brown | No action needed. New W9 recently submitted. |
| Jesus Garcia | Knauf Remediation claim prompted a hold. Hold removed. If Claimant proceeds through the Pilot Program any payments made from the Pilot Program will be reduced by Settlement Program payments. |
| Ethel Lewis | Competing claim filed by Lennar Corporation. Co-owner Latoya Lewis-Pierre purchased the property from Lennar in 2006. Latoya Lewis-Pierre sold the property to another claimant who entered into an agreement with Lennar to have the home remediated (confirmed from Miami Dade property records). The current owner signed a work authorization agreement/assignment and assigned this claim to Lennar. Did Latoya Lewis-Pierre retain rights to this claim in writing? |
| Dajan T Green | Knauf Remediation claim prompted a hold. Hold removed. If Claimant proceeds through the Pilot Program any payments made from the Pilot Program will be reduced by Settlement Program payments. |
| Damian F Querol (Peninsula II) | Competing claim filed by Peninsula II. Claimant Damian F. Querol signed Work Authorization and Assignment and Released this claim to Peninsula II. BrownGreer will deny this GBI claim. |