UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>*Amorin et al. v. State-Owned Assets Supervision and Administration Commission of the State Council et al.*, Case No. 2:14-cv1727<br><br>*Amorin et al. v. Taishan Gypsum Co. Ltd. et al.*, Case No. 2:11-cv-01673<br><br>*Amorin et al. v. Taishan Gypsum Co. Ltd. et al.*, Case No. 2:11-cv-01395<br><br>*Amorin et al. v. Taishan Gypsum Co. Ltd. et al.*, Case No. 2:11-cv-01672<br><br>*Wiltz et al. v. Beijing New Building Material Public Limited Company et al.*, Case No. 2:10-cv-00361<br><br>*Gross et al.v. Knauf Gips KG et al.*, Case No. 2:09- cv-06690<br><br>*Germano et al. v. Taishan Gypsum Co. Ltd. et al.*, Case No. 2:09-cv-06687 | |

## NOTICE OF APPEARANCE OF COUNSEL

Alan Dean Weinberger ("Weinberger") of Hangartner, Rydberg & Terrell, a member of the bar of this Court, hereby enters his appearance in the above-captioned matter to serve as co-counsel of record for Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd. with Alston & Bird LLP and its designated attorneys listed below who have already made their

1

appearance herein as counsel for Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd.

Dated: March 5, 2015

Respectfully submitted,

/s/ *Alan Dean Weinberger*
Alan Dean Weinberger, Esq.
LA Bar No. 13331
HANGARTNER, RYDBERG
     & TERRELL, LLC
One Shell Square
701 Poydras St., Suite 310
New Orleans, Louisiana 70179
Phone: (504) 434-6815
Fax: (504) 522-5689
aweinberger@hanrylaw.com
*Local Counsel for Taishan Gypsum Co., Ltd. and*
*Tai'an Taishan Plasterboard Co., Ltd.*

Bernard Taylor, Esq.
Georgia Bar No. 669625
Michael P. Kenny, Esq.
Georgia Bar No. 415064
Cari K. Dawson, Esq.
Georgia Bar No. 213490
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
mike.kenny@alston.com
*National Counsel for Taishan Gypsum Co., Ltd.*
*and*
*Tai'an Taishan Plasterboard Co., Ltd.*

2

## **C E R T I F I C A T E   O F   S E R V I C E**

I hereby certify that on March 5, 2015, I filed the foregoing Notice of Appearance with the Clerk of Court, which will send a notice of electronic filing to all counsel of record in this matter that accept service via the electronic filing system.

*Alan Dean Weinberger*