UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:**<br><br>*Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.*, Case No. 2:09-cv-6687 (E.D.La.) | |

**O R D E R**

Considering the Motion of Plaintiff-Intervenors and the PSC for Leave to File Supplemental Memorandum of Law in Support of Motion for an Expedited Hearing to Enforce the Court's July 17, 2014 Contempt Order and Injunction, and to File Under Seal;

IT IS ORDERED BY THE COURT that leave is GRANTED and the Supplemental Memorandum of Law in Support of Motion for an Expedited Hearing to Enforce the Court's July 17, 2014 Contempt Order and Injunction of Plaintiff-Intervenors and the PSC be and is hereby filed into the record.

IT IS FURTHER ORDERED BY THE COURT that the unredacted/full version of the Supplemental Memorandum of Law in Support of Motion for an Expedited Hearing to Enforce the Court's July 17, 2014 Contempt Order and Injunction, along with Exhibits 4 thru 9 attached thereto, be and are hereby filed UNDER SEAL.

1

New Orleans, Louisiana, this 3rd day of March 2015.

_____
Eldon E. Fallon
United States District Court Judge