# EXHIBIT "1"

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.,*<br>Case No. 2:09-cv-6687 (E.D.La.) | |

### AFFIDAVIT OF YAN GAO

This is a declaration being made in accordance with and pursuant to 28 U.S.C. § 1746. YAN GAO, being duly sworn, deposes and declares:

1. I am a Chinese national and reside in San Diego, CA, United States. Since September 2014, I have been working full time at Herman Herman & Katz, LLC in New Orleans on H1B visa. I studied law at China University of Political Science & Law in Beijing from 2001 – 2004 where I earned a master's degree in international economic law. Thereafter, I studied American Business Law at Tulane University Law School where I earned an LL.M. with distinction in 2009. I passed China's National Bar in 2002 and California State Bar in 2010. I am admitted to practice law in the People's Republic of China nationwide and in the State of California. I am a lawyer in good standing in both the People's Republic of China and the State of California.

2. Notwithstanding my qualifications, I am not offering any legal opinions in this declaration. Rather, I am merely presenting my translations and English documents relating to TG upstream & downstream entities to the Court. I am a native Chinese speaker fluent in English and capable of reading and translating Chinese to English and vice versa. Such translations are,

1

to the best of my knowledge, information, and belief, accurate and consistent with the original texts from which they have been translated.

3. I acquired and downloaded the member enterprises of China National Building Material Group Corporation ("CNBM Group") from the following website: http://www.cnbm.com.cn/wwwroot/c_000000010009/, which is the official website of CNBM Group. I then translated the list of member enterprises of CNBM Group. My English translation is attached hereto as Exhibit "A."

4. I acquired and downloaded the member enterprises of China Building Materials Academy from the following website: http://www.cbma.com.cn/gywm/cydw.jsp, which is the official website of China Building Materials Academy. I then translated the list of member enterprises of China Building Materials Academy into English. My English translation is attached hereto as Exhibit "B."

5. I acquired and downloaded the list of subsidiaries and overseas companies of China National Building Material Import and Export Company ("CNBM Trading") from the following website: http://www.cnbminternational.com/lxwm/index.jsp, which is the official website of CNBM Trading. I then translated the list of subsidiaries and overseas companies of CNBM Trading into English. My English translation is attached hereto as Exhibit "C."

6. I acquired and downloaded the corporate structure chart of CNBM Assets Management Corporation from the following website: http://www.bmamc.com.cn/Aboutus.asp?Title=%BB%FA%B9%B9%C9%E8%D6%C3, which is the official website of CNBM Assets Management Corporation. I then translated the corporate structure chart of CNBM Assets Management Corporation into English. My English translation of this chart is attached hereto as Exhibit "D."

7. I acquired and downloaded the list of subsidiaries of China New Building Group Corporation ("CNBC") from the following website, http://www.cnbc.net.cn/html/about/?222, which is the CNBM's official website. I then translated the list of subsidiaries of CNBC into English. My English translation is attached hereto as Exhibit "E."

8. I acquired and downloaded the corporate structure chart of China National United Equipment Group Corporation from the following website: http://www.cnue.com.cn/manage/index.jsp, which is the official website of China National United Equipment Group Corporation. I then translated the China National United Equipment Group Corporation's corporate structure chart into English. My English translation is attached hereto as Exhibit "F."

9. I acquired and downloaded the Annual Report 2013 of Beijing New Building Materials Public Limited Company ("BNBM") from the CNINFO's website (http://www.cninfo.com.cn/), the official website for release of BNBM annual reports as designated by China Securities Regulatory Commission. I then translated the relationship chart on page 55 of the BNBM Annual Report 2013 as well as the pages 121-153 of the BNBM Annual Report 2013. My English translations of these charts are attached hereto as Exhibit "G."

10. I acquired and downloaded the list of State-owned Assets Supervision and Administration Commission of the State Council State-owned Entities ("SASAC SOEs") from the following website: http://www.sasac.gov.cn/n2963340/n2971121/n4956567/, which is the official website of SASAC. The list is attached hereto as Exhibit "H."

11. I acquired and downloaded the organization chart of Beijing New Building Materials Group Company Limited ("BNBM Group") from the following website: http://www.bnbmg.com.cn/en/gybx/Organization/A020103index_1.htm, which is the official

3

English website of BNBM Group. The organizational chart of BNBM Group is attached hereto as Exhibit "I."

12. I acquired and downloaded the shareholding structure of Luoyang Glass Company Limited from the following website: http://www.zhglb.com/english/gywm/gqjg.htm, which is the official English website of Luoyang Glass Company Limited. The shareholding structure of Luoyang Glass Company Limited is attached hereto as Exhibit "J."

13. I acquired and downloaded the descriptions of Member Enterprises of BNBM Group's International Trading business from the following website: http://www.bnbmg.com.cn/en/Business/International/members/A02020101index_1.htm, which is the official English website BNBMG. These descriptions are attached hereto as Exhibit "K."

14. I acquired and downloaded the descriptions of "Member Enterprises" of BNBM Group's Integrated Housing business from the following website: http://www.bnbmg.com.cn/en/Business/housing/members/A02020201index_1.htm, which is the official English website BNBMG. These descriptions are attached hereto Exhibit "L."

15. I acquired and downloaded the descriptions of Member Enterprises of BNBM Group's Metal Trading business from the following website: http://www.bnbmg.com.cn/en/Business/metaltrading/members/A02020401index_1.htm, which is the official English website BNBMG. These descriptions are attached hereto as Exhibit "M."

16. I acquired and downloaded the descriptions of Member Enterprises of BNBM Group's Forest Products business from the following website: http://www.bnbmg.com.cn/en/Business/forest/members/A02020301index_1.htm, the official English website for BNBM Group. These descriptions are attached hereto as Exhibit "N."

4

17. I acquired and downloaded CNBM Forest Products (Canada) Ltd.'s Corporate Disclosure Statement, which is a filing with the UNITED STATES DISTRICT COURT DISTRICT OF OREGON PORTLAND DIVISION. This document is attached hereto as Exhibit "O."

18. I acquired and downloaded China National Building Materials Import and Export Corporation's Corporate Disclosure Statement, which is a filing with the UNITED STATES DISTRICT COURT DISTRICT OF OREGON PORTLAND DIVISION. This document is attached hereto as Exhibit "P."

19. I acquired and downloaded the 2014 China National Building Material Company Limited ("CNBM") Initial Report from the following website address http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=6488, which is linked to on CNBM's official website for release of the company's annual reports. Please see pertinent experts of this filing, attached hereto as Exhibit "Q."

20. I acquired and downloaded the 2013 China National Building Material Company Limited ("CNBM") Annual Report from the following website: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=6354, which is linked to on CNBM's official website for release of the company's annual reports. Please see pertinent experts of this filing, attached hereto as Exhibit "R."

21. I acquired and downloaded the 2012 China National Building Material Company Limited ("CNBM") Annual Report from the following website: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=5334, which is linked to on CNBM's official website for release of the company's annual reports. Please see pertinent experts of this filing, attached hereto Exhibit "S."

22.  I acquired and downloaded the 2011 China National Building Material Company Limited ("CNBM") Annual Report from the following website: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=4734, which is linked to on CNBM's official website for release of the company's annual reports. Please see pertinent experts of this filing, attached hereto Exhibit "T."

23.  I acquired and downloaded the 2010 China National Building Material Company Limited ("CNBM") Annual Report from the following website: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=3491, which is linked to on CNBM's official website for release of the company's annual reports. Please see pertinent experts of this filing, attached hereto Exhibit "U."

24.  I acquired and downloaded the 2009 China National Building Material Company Limited ("CNBM") Annual Report from the following website: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=3463, which is linked to on CNBM's official website for release of the company's annual reports. Please see pertinent experts of this filing, attached hereto Exhibit "V."

25.  I acquired and downloaded the 2008 China National Building Material Company Limited ("CNBM") Annual Report from the following website: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=3407, which is linked to on CNBM's official website for release of the company's annual reports. Please see pertinent experts of this filing, attached hereto Exhibit "W."

26.  I acquired and downloaded the 2007 China National Building Material Company Limited ("CNBM") Annual Report from the following website: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=3364, which is linked to on CNBM's official

website for release of the company's annual reports. Please see pertinent experts of this filing, attached hereto Exhibit "X."

27.  I acquired and downloaded the 2006 China National Building Material Company Limited ("CNBM") Global Offering Prospectus Filing from the following website: http://www.cnbmltd.com/news_report/en/369.pdf, which is linked to on CNBM's official website for release of the company's annual reports. Please see pertinent experts of this filing, attached hereto Exhibit "Y."

28.  I attached my resume as Exhibit "Z."

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 03-01-15

高艳 YAN GAO
For the Plaintiffs' Steering Committee
in MDL 2047

Herman Herman & Katz, LLC
820 O'Keefe Ave,
New Orleans, LA 70113
Phone: (504) 581-4892