**EXHIBIT B TO EXHIBIT "1"**

Exhibit B: translation of the list of member enterprises of China Building Materials Academy, accessed at
http://www.cbma.com.cn/gywm/cydw.jsp

## Member enterprises

China Building Materials Academy Head Office

Hefei Cement Research & Design Institute

Bengbu Glass Industry Design & Research Institute

Harbin FRP Institute

CNBM Design & Research Institute

Qinhuangdao Glass Industry Research & Design Institute

Xi'an Research & Design Institute of Wall & Roof Materials

Xianyang Research & Design Institute of Ceramics

Horological Research Institute of Light Industry

Hangzhou Design & Research Institute of Electromechanical in Light Industry

Light Industrial Xi'an Mechanic Design Research Institute


 中国建筑材料科学研究总院 CHINA BUILDING MATERIALS ACADEMY

OA系统　邮箱登录　下载专区
繁體中文　English　联系我们

首页　关于我们　新闻中心　科技研发　产品服务　人力资源　研究生教育　责任与文化　党群工作

2015-02-22 22:13:16 星期日　北京 6℃~-6℃ 七天预报　站内搜索：　搜索

## 关于我们

- 总院介绍
- 院长致辞
- 组织架构
- 成员单位
- 资质荣誉
- 亲切关怀
- 大事记

成员单位

中国建筑材料科学研究总院本部

合肥水泥研究设计院

蚌埠玻璃工业设计研究院

哈尔滨玻璃钢研究院

中国新型建材设计研究院

秦皇岛玻璃工业研究设计院

西安墙体材料研究设计院

咸阳陶瓷研究设计院

轻工业钟表研究所

轻工业杭州机电设计研究院

轻工业西安机械设计研究院

投诉与建议　|　网站地图　|　问卷调查　|　联系我们　|　法律声明

京ICP备09067230号 版权所有：中国建筑材料研究科学总院 中国建筑材料研究科学总院主办
中国建材集团信息化技术中心 技术支持