# EXHIBIT C TO EXHIBIT "1"

Exhibit C: translation of the list of subsidiaries and overseas companies of China National Building Material Import and Export Company ("CNBM Trading"), accessed at http://www.cnbminternational.com/lxwm/index.jsp

**Subsidiaries**

CNBM International Corporation

CNBM International Engineering Co., Ltd.

CNBM Shanghai Corp.

CNBM— SHJP

CNBM Steel Co., Ltd.

CNBM Forest Products Ltd.

CNBM Technology Co., Ltd.

CNBM General Machinery Co., Ltd.

CNBM New Energy Engineering Co., Ltd.

**Overseas companies**

CNBM USA

CNBM UAE

CNBM Jianhua

CNBM JORDAN

CNBM Industries Maintenance

CNBM K.S.A.

CNBM ETHIOPIA

CNBM YEMEN

CNBM LIBYA

CNBM India

1

 中建材集团进出口公司



| 首页 | 关于我们 | 公司新闻 | 业务产品平台 | 国际商情 | 数字建材 | 行业动态 | 政策法规 | 企业文化 | 人力资源 | 联系我们 |

您现在的位置：首页 » 联系我们

联系我们



北京市海淀区首体南路9号主语国际商务中心4号楼
邮　编：100048



电话
08610-68796666



传真
08610-68796688

反腐倡廉举报信箱

下属公司

| 中建材国际贸易有限公司 | 8610- 68796888 |
| 中建材国际装备有限公司 | 8610- 68796868 |
| 中建材集团进出口上海公司 | 8621- 63230088 |
| 上海建浦进出口有限责任公司 | 8621- 63239100 |
| 中建材钢铁有限公司 | 8621- 63230088 |
| 中建材木业贸易有限公司 | 8621- 63230088 |
| 中建材信息技术有限公司 | 8610- 68796188 |
| 中建材通用机械有限公司 | 8625- 85817120 |
| 中建材能源有限公司 | 8621- 68778768 |

海外公司

| 美国公司 | 1-626-7156060 |
| 阿联酋公司 | 00971-48806686 |
| 俄罗斯公司 | 79265307715 |
| 约旦公司 | 00962-65665429 |
| 沙特配件和物流 | 00966-14611362 |
| 沙特公司 | 00966-14611971 |
| 埃塞公司 | 00251-116632431 |
| 也门公司 | 00967-02357133 |



利比亚公司    00218-217193632



印度公司

常见问题解答　|　联系我们　|　网站地图　|　法律声明

中建材集团进出口公司 All Rights Reserved 2010 本站网络实名：中国建材 中建材

设计制作\管理维护：中建材集团进出口公司信息技术中心 经营网站身份证号： 京ICP备06042405号　京公网安备 11010802012007号