# EXHIBIT D TO EXHIBIT "1"

Exhibit D: translation of the corporate structure chart of CNBM Assets Management Corporation, accessed at http://www.bmamc.com.cn/Aboutus.asp?Title=%BB%FA%B9%B9%C9%E8%D6%C3



Organizational chart of CNBM Assets Management Corporation:

- **CNBM Assets Management Corporation**
  - General Office
  - Finance Office
  - Enterprise Management Department
  - Property Management Department
  - **Wholly-owned companies:**
    - Yantai Zhongxin Bofeng Assets Management Corporation
    - Dawa Strawboard Factory
    - Jiangyin Chemical Plastic Factory
    - CNBM Hainan Company
    - CNBM Yueyang Company
    - Qilu Building Ceramics Factory
    - Henan Nanyang Aerospace Cement Factory
    - Beijing Longdou Hotel
    - Beijing Zhongbei Yaoye Technology Corporation
    - Zhongxin Group Xincai Assets Management Corporation
    - Tianjin Light Industry Machinery Factory
    - Zhongxin Group Housing Construction Group Company
  - **Holding companies:**
    - Yantai Bohai Chemical Building Materials Co., Ltd.
    - Jiangsu Tulip Group Co., Ltd.
    - BNBM Plastic Pipe Co., Ltd.
    - Shandong Anheng Cement Co., Ltd.
    - Shandong Lunan Cement Co., Ltd.
    - Jiangsu Julong Cement Group Co., Ltd.
    - Xingtai Xinlei Building Materials (Group) Co., Ltd.
  - **Joint ventures:**
    - Yantai Tongxin Building Materials Co., Ltd.
    - Zhongxin Group Engineering Consultation Co., Ltd.
    - Shanghai Huaqiang Composite Materials Industrial Company

2

 **中建材资产管理公司**
CNBM ASSETS MANAGEMENT CORP.

站点导航　　联系我们　　加入收藏

首页 ‖ 企业简介 ‖ 企业文化 ‖ 机构设置 ‖ 下属企业 ‖ 新闻资讯 ‖ 发展策略 ‖ 学习园地

Missing Plug-in

邮箱登陆

  机构设置

点击进入企业内部邮箱

 栏目导航

企业简介
总经理致辞
企业文化
机构设置
下属企业
联系我们



友情链接　　　　

中国建筑材料科学研究总院｜中国洛阳浮法玻璃集团有限责任公司｜北新建材(集团)有限公司｜中建材集团进出口公司
中国建材轻工机械集团公司｜

常用查询　　民航订票　　火车时刻表　　邮政编码　　天气预报

地址：中国.北京海淀区紫竹院南路2号　　邮编：100044
电话：86-10-88422426　　传真：86-10-68485243　　联系我们:cws@cnbm.com.cn
版权所有 中建材资产管理公司