# EXHIBIT E TO EXHIBIT "1"

Exhibit E: translation of the list of subsidiaries of China New Building Group Corporation, accessed at http://www.cnbc.net.cn/html/about/?222

---

**Subsidiaries**

Leshan CNBC Huagou Housing Industry Co., Ltd.

CNBC Construction Investment Co., Ltd.

CNBC Investment Co., Ltd.

CNBC Straits Co., Ltd.

CNBC Western China Co., Ltd.

CNBC Zhongxin Co., Ltd.

CNBC Hua'an Co., Ltd.

CNBC Huan Bohai Co., Ltd.

CNBC Central China Construction Co., Ltd.

CNBC Eastern China Construction Co., Ltd.

CNBC Decoration Engineering Co., Ltd.

CNBC Yangtze River Construction Co., Ltd.

CNBC Southern Hunan Construction Co., Ltd.

CNBC Central Plains Urban Construction Co., Ltd.

CNBC Jiangxi Construction Development Co., Ltd.

CNBC Southeastern Urban Development Co., Ltd.

CNBC Yuanda Urban Construction Co., Ltd.

CNBC Green Construction Industry Co., Ltd.

CNBC Guizhou Urban Construction Development Co., Ltd.

Zhong Rong Jian (Beijing) Property Management Co., Ltd.

(Special statement: except the abovementioned CNBC subsidiaries, other companies whose names starting with CNBC are either being reorganized or releasing joint venture relationship with CNBC.)



您当前的位置：首页 > 旗下企业

旗下企业

乐山中新房华构住宅工业有限公司
中新房建设投资有限公司
中新房投资有限公司
中新房海峡有限公司
中新房华西有限公司
中新房中鑫有限公司
中新房华安有限公司
中新房环渤海有限公司
中新房华中建设有限公司
中新房东北建设有限公司
中新房装饰工程有限公司
中新房长江建设有限公司
中新房湘南建设有限公司
中新房中原城镇建设有限公司
中新房江西建设发展有限公司
中新房东南城镇发展有限公司
中新房远大城镇建设有限公司
中新房绿色建筑产业有限公司
中新房贵州城建开发有限公司
中农建（北京）物业管理有限公司

（特别声明：除上述列为集团公司正式成员企业外，其余冠有"中新房"名字的公司均为清理整顿或正在解除合作关系的公司。）