**EXHIBIT F TO EXHIBIT "1"**

Exhibit F: translation of the corporate structure chart of China National United Equipment Group Corporation, accessed at http://www.cnue.com.cn/manage/index.jsp

Corporate structure chart





# 中国联合装备集团有限公司
## China National United Equipment Group Corporation



企业管理

公司管理结构图



| | | |
|---|---|---|
| 南京轻工业机械厂 | 轻工业杭州机电设计研究院 | 合肥神马科技集团有限公司 |
| 合肥轻工业机械厂 | 重庆中轻装备有限公司 | 北新机械有限公司 |
| 北京中轻合力国际展览有限公司 | 安阳机械有限公司 | 宜宾机械有限公司 |
| 武汉中轻机械有限公司 | 唐山轻工业机械厂 | 轻工业西安机械设计研究院 |
| 西安造纸机械厂 | 合肥中辰轻工机械有限公司 | 西安中轻机械造纸集团有限公司 |
| 武汉塑料机械总厂 | 唐山森普矿山装备有限公司 | 中国联合装备集团国际工程有限公司 |
| 《酒·饮料技术装备》杂志社 | 唐山通宝停车设备有限公司 | 轻机闲置设备调剂中心 |

地址：中国北京市西城区西黄城根南街33号　邮编：100032
电话：总机(010)66075588　传真：(010)66052828
备案序号:京ICP10215736
京公网安备110102002824号
internet:www.cnue.com.cn
E-mail:cnue@cnue.com.cn