# EXHIBIT G (PART 2)
# TO EXHIBIT "1"

| 北京北新晨龙装饰工程有限公司 | 二级子公司 | 北京市 | 建筑装饰装修 | 7,000,000.00 | 建筑装饰装修、零售民营建材、建筑材料等。 | 7,816,607.12 | 0.00 | 100% | 100% | 是 | | | |

通过同一控制下企业合并取得的子公司的其他说明

无

### （3）非同一控制下企业合并取得的子公司

单位：元

| 子公司全称 | 子公司类型 | 注册地 | 业务性质 | 注册资本 | 经营范围 | 期末实际投资额 | 实质上构成对子公司净投资的其他项目余额 | 持股比例(%) | 表决权比例(%) | 是否合并报表 | 少数股东权益 | 少数股东权益中用于冲减少数股东损益的金额 | 从母公司所有者权益冲减子公司少数股东分担的本期亏损超过少数股东在该子公司年初所有者权益中所享有份额后的余额 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 泰山石膏股份有限公司 | 二级子公司 | 山东泰安市 | 石膏板的制造销售 | 155,625,000.00 | 纸面石膏板、石膏制品、石材、轻钢龙骨等。 | 117,652,500.00 | 0.00 | 65% | 65% | 是 | 1,050,639,349.18 | | |
| 苏州北新矿棉板有限公司 | 二级子公司 | 江苏苏州市 | 矿棉板的生产销售 | 20,000,000.00 | 制造、销售：矿棉及矿棉吸音天花 | 32,000,000.00 | 0.00 | 100% | 100% | 是 | | | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 板等。 | | | | | | | | |
| 北京东联投资有限公司 | 二级子公司 | 北京市 | 投资业务 | 法律法规、国务院决定禁止的，不得经营；法律、行政法规、国务院决定规定应经许可的，经审批机关批准并经工商行政管理机关登记注册后方可经营;法律、行政法规、国务院决定未规定许可的，自主选择经营项目开展经营活动。 | 35,793,750.00 | 114,540,000.00 | 0.00 | 100% | 100% | 是 | | |
| 北新建材（上海）有限公司 | 三级子公司 | 上海市 | 建材贸易与物流板块 | 建筑装饰材料、钢材、卫生洁具、五金交电、日用百 | 4,000,000.00 | 2,040,000.00 | 0.00 | 51% | 51% | 是 | | 1,965,390.74 |

北新集团建材股份有限公司 2013 年年度报告全文

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 货、机电设备、化工产品（除危险化学品、监控化学品、烟花爆竹、民用爆炸物品、易制毒化学品）、水暖管材、环保产品、机械设备、仪器仪表的销售，建筑材料、环保节能科技领域内的技术开发、技术服务、技术咨询、技术转让，从事货物进出口及技术进出口业务，建筑装 | | | | | | | | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 饰装修建设工程专业技术与施工。 | | | | | | | |
| 北京天地人居文化发展有限公司 | 三级子公司 | 北京市 | 提供文化类服务 | 3,000,000.00 | 组织文化艺术交流活动；承办展览展示活动；企业策划；电脑图文设计、制作、代理、发布广告；技术开发、技术服务、技术推广；经济信息咨询；会议服务。 | 6,000,000.00 | 0.00 | 51% | 51% | 是 | | 578,853.83 |
| 泰山石膏（陕西）有限公司 | 三级子公司 | 陕西渭南市 | 石膏板的制造销售 | 20,000,000.00 | 纸面石膏板、石膏制品、轻钢龙骨、新型建筑材料、装饰材料的生产销售。 | 49,890,000.00 | 0.00 | 100% | 100% | 是 | | |
| 泰山石 | 三级子 | 云南易 | 石膏板 | 10,000, | 轻质建 | 42,800, | 0.00 | 100% | 100% | 是 | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 膏（云南）有限公司 | 公司 | 门县 | 的制造销售 | 000.00 | 筑材料制造、销售。 | 000.00 | | | | | |
| 泰安市金盾建材有限公司 | 三级子公司 | 山东泰安市 | 建材制品的制造销售 | 5,000,000.00 | 石膏制品、轻钢龙骨、塑料制品、岩棉、岩棉制品、建筑材料、装饰材料、工业用玉米淀粉、玉米胶的生产、销售；室内外装饰装修（不含广告业务）；废纸收购；建筑五金、陶瓷制品、机电产品、家具、家用电器、日用百货、矿山机械配件销售；汽车配件 | 15,600,000.00 | 0.00 | 100% | 100% | 是 |

北新集团建材股份有限公司 2013 年年度报告全文

| | | | | | 零售;<br>进出口<br>业务。 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

通过非同一控制下企业合并取得的子公司的其他说明

　　泰山石膏股份有限公司系由北新建材及北新建材的二级子公司——北京东联投资有限公司共同持股的控股子公司，其中：北新建材持股42.00%，北京东联投资有限公司持股23.00%，北新建材实际对泰山石膏股份有限公司持股比例和表决权比例均为65.00%。

　　北新建材（上海）有限公司、北京天地人居文化发展有限公司系由北新建材的全资子公司——北京东联投资有限公司通过非同一控制下企业合并的方式取得，上表中所列示的持股比例和表决权比例均为北京东联投资有限公司直接拥有的持股比例和表决权比例。

　　泰山石膏（陕西）有限公司、泰山石膏（云南）有限公司、泰安市金盾建材有限公司系由北新建材的二级子公司——泰山石膏股份有限公司通过非同一控制下企业合并的方式取得，上表中所列示的持股比例和表决权比例均为泰山石膏股份有限公司直接拥有的股权比例和表决权比例。

**2、 少数股东权益和少数股东损益**

单位：元

| 公司名称 | 少数股东权益<br>期初金额 | 本期少数<br>股东损益 | 本期少数股东<br>增加投资 | 本期少数股东<br>分红 | 少数股东权益<br>期末金额 |
|---|---|---|---|---|---|
| 秦皇岛泰山建材有限公司 | 9,079,092.27 | 2,027,531.71 | | 2,216,206.20 | 8,890,417.78 |
| 泰安泰山环保建材有限公司 | 960,309.42 | 1,043.89 | | | 961,353.31 |
| 泰山石膏(湘潭)有限公司 | 5,894,573.65 | 3,092,482.96 | | 3,542,791.35 | 5,444,265.26 |
| 泰山石膏(平山)有限公司 | 7,200,000.00 | 1,200,000.00 | | 1,200,000.00 | 7,200,000.00 |
| 贵州泰福石膏有限公司 | 23,700,000.00 | 1,200,000.00 | | | 24,900,000.00 |
| 泰山石膏（福建）有限公司 | 20,700,000.00 | 1,200,000.00 | | | 21,900,000.00 |
| 泰山石膏（威海）有限公司 | 5,975,729.79 | | | | 5,975,729.79 |
| 泰山石膏（济源）有限公司 | | | 4,500,000.00 | | 4,500,000.00 |
| 北新房屋有限公司 | 36,272,198.82 | 1,821,774.82 | | | 38,093,973.64 |
| 北新建塑有限公司 | 6,510,904.54 | -4,687,776.82 | | | 1,823,127.72 |
| 故城北新建材有限公司 | 2,716,828.93 | 4,777,131.48 | | 421,875.00 | 7,072,085.41 |
| 北京新材料孵化器有限公司 | 1,720,738.54 | -184,219.31 | | | 1,536,519.23 |
| 泰山石膏股份有限公司（合并） | 813,140,104.76 | 342,499,244.42 | | 105,000,000.00 | 1,050,639,349.18 |
| 北新建材（上海）有限公司 | | 5,250.74 | 1,960,140.00 | | 1,965,390.74 |
| 北京天地人居文化发展有限公司 | | -398,637.13 | 977,490.96 | | 578,853.83 |
| 合计 | 933,870,480.72 | 352,553,826.76 | 7,437,630.96 | 112,380,872.55 | 1,181,481,065.89 |

153