# EXHIBIT I TO EXHIBIT "1"



| Home | About BNBM Group | Business | Products | Projects | Download | Contact Us |

Location: Home >> About BNBM Group >> Organization

**About BNBM Group**

Chairman's Address

Corporate Philosophy

Organization

History

Honor

News

| Organization







Copyright © Beijing New Building Material (Group) Co., Ltd. All rights reserved.

Record number: Beijing ICP No.06064672    Network security number: Beijing No.11010802011211