# EXHIBIT J TO EXHIBIT "1"

Luoyang Glass Company Limited                                                                                                                            2/22/15, 10:36 PM



中文 | ENGLISH

| Home | About Us | Investor Relations | Products | Business Scope | R & D | Corporate Culture | Careers | Contact Us |

- Company Profile
- Chairman's Address
- President's Address
- Corporate Governance
  - Shareholding Structure
  - Corporate Governance
  - Board
  - Supervisors
  - Senior Managers
- Honor & Awards
- Visits By Leaders
- Events

**Current position**： Home >> Corporate Governance >> Shareholding Structure



Business Email   |   Map   |   Public Announcement & Report   |   Contact Us

Copyright © 2007-2008 Luoyang Glass Company Limited.All rights reserved          Technical Support: Chinabmb.com