# EXHIBIT M TO EXHIBIT "1"



Search…   

中文简体

| Home | About BNBM Group | Business | Products | Projects | Download | Contact Us |



Location: Home >> Business >> Metal Trading >> Member Enterprises

**Business**

International Trading

Integrated Housing

Forest Products

Metal Trading

   Member Enterprises

Others

### Member Enterprises



**1. BNBMG Metal (Beijing)**

BNBMG Metal (Beijing) was formerly the business department of the BNBM Group Logistics Center. In order to realize the strategic deployment approach of companies within the group towards achieving "Two Materials and One Innovation", as well as to fully advance business development in terms of metal building material logistics and trade, the department was transformed into a registered subsidiary in 2010. While focusing on accelerating the expansion of business operations, based on its commercial reputation and customer resources accumulated over many years, the BNBMG Metal (Beijing) is also further strengthening its role in making inroads toward adjacent markets and spurring their growth through standardization, scientific management, and internationalization, in order to ensure the continued enhancement of management and operational capabilities. The Beijing Logistics Port is situated in Huangtudian, an area of Changping District, and it occupies an area of

20,000 square meters. In 2010, its annual throughput of goods surpassed 1 million tons. The center undertakes an important mission to provide the transport of metal wire, screw-thread steel, steel coil, steel billet and other ferrous metal products, in addition to non-ferrous metal products such as zinc ingots for Beijing and other nearby construction markets.



**2. BNBMG Metal (Tianjin)**

BNBMG Metal (Tianjin) was formed in Tianjin in April of 2009 and officially commenced operations on May 16th, 2009. The company was established with the approval of its parent company, BNBM Group, as a professional company engaged in metal trading and logistics. In the five years since its founding, the company's primary focus of operations is dealing in Tangshan Jiujiang wire rod materials. Currently, it has already established a firm foothold in Tianjin and has expanded its sales to Beijing, Hebei, and other nearby markets as a specialist company in the field of metal logistics and trading. Its scope of business operations covers Northern China, Southern China, and other regions within China. At the same time, it also shares long-term strategic partnerships and cooperation with well-known domestic and international large and medium scale mining and steel smelting enterprises and corporations. It provides high grade products and services to customers nationwide.



**3. BNBMG Metal (Nangong)**

In order to further strengthen and expand the economic influence of BNBMG Metal (Nangong) within Hebei province, while



alleviating pressure arising from a shortage of space at BNBM Group's Beijing and Tianjin Logistics ports, BNBM Group signed a project investment agreement with the Nangong Municipal Industrial Zone management commission to construct a Building Materials Logistics Industrial Park in November 2010. The project occupies approximately 333,350 square meters and involved a total investment of 1.8 Billion RMB. Its first phase occupies a total area of 180,856 square meters while its second phase is 152,494 square meters in area. The industrial park is utilized mainly for handling the logistics and trading of steel, coal, non-ferrous metals and other bulk stock items, as well as the processing of building materials.

Site Map  |  Terms  |  Privacy Policy

Copyright © Beijing New Building Material (Group) Co., Ltd. All rights reserved.
Record number: Beijing ICP No.06064672     Network security number: Beijing No.11010802011211