# EXHIBIT N TO EXHIBIT "1"



Search…      

中文简体

- Home
- About BNBM Group
- Business
- Products
- Projects
- Download
- Contact Us



Location: Home >> Business >> Forest Products >> Member Enterprises

**Business**

International Trading

Integrated Housing

Forest Products

- Member Enterprises
- Vision & Features
- Business Scope
- Capability & Honor

Metal Trading

Others



## Member Enterprises



**BNBM Group Forest Products Co., Ltd.**

BNBM Group Forest Products Co., Ltd. - hereunder abbreviated as "BNBMG Forests" is a wholly-owned subsidiary of BNBM Group. BNBMG has been operating timber and wood products international trade business since the 1990s. In order to better implement the "whole forest industry chain" business development strategy, BNBMG Forests was established through a series of business integration in the early 2011.

BNBMG Forests adheres to the philosophy of "use resources efficiently and serve the construction," consistently purchases high-quality logs, lumber, high-end wood-based panels, pulp and chips from worldwide, and promotes the sustainable development of China's forest industry. With professional business platform, comprehensive marketing system and experienced management team, BNBMG Forests is devoted to improving both product quality and services, building comprehensive trade services platform, and promoting the industrial technology innovation and upgrading of China's timber and wood products industry.

**Site Map | Terms | Privacy Policy**

Copyright © Beijing New Building Material (Group) Co., Ltd. All rights reserved.

Record number: Beijing ICP No.06064672    Network security number: Beijing No.11010802011211