# EXHIBIT Q TO EXHIBIT "1"



China National Building Material Company Limited*

(Stock Code:3323)



Interim Report 中期報告

2014

* For identification only

# Definitions

In this interim report, unless the context otherwise requires, the following terms shall have the meanings set out below:

| | |
|---|---|
| "Baishan Cement" | 金剛(集團)白山水泥有限公司<br>(Jingang (Group) Baishan Cement Company Limited) |
| "Beijing Triumph" | 北京凱盛建材工程有限公司<br>(Beijing Triumph Building Materials Engineering Co., Ltd.) |
| "Bengbu Triumph" | 蚌埠凱盛工程技術有限公司<br>(China Triumph Bengbu Engineering and Technology Company Limited) |
| "BNBM Green Residence" | 北新綠色住宅有限公司<br>(Beijing New Building Material Green Residence Company Limited) |
| "BNBM Residence" | 北新住宅產業有限公司<br>(Beijing New Building Material Residential Industry Company Limited) |
| "Binzhou Cement" | 黑龍江省賓州水泥有限公司<br>(Heilongjiang Binzhou Cement Company Limited) |
| "BNBM" | 北新集團建材股份有限公司<br>(Beijing New Building Material Public Limited Company) |
| "BNBMG" | 北新建材集團有限公司<br>(Beijing New Building Materials Group Company Limited) |
| "BNBM Homes" | 北新房屋有限公司<br>(BNBM Homes Company Limited) |
| "BNBM PNG" | 中建投巴新公司<br>(BNBM PNG Limited) |
| "BNBM Taicang" | 太倉北新建材有限公司<br>(BNBM Taicang Company Limited) |
| "BNS" | 北新科技發展有限公司<br>(BNS Company Limited) |
| "Board" | the board of directors of the Company |
| "Building Materials Academy" | 中國建築材料科學研究總院<br>(China Building Materials Academy) |
| "China Composites" | 中國複合材料集團有限公司<br>(China Composites Group Corporation Limited) |
| "China Fiberglass" | 中國玻纖股份有限公司<br>(China Fiberglass Co., Ltd.) |
| "China Triumph" | 中國建材國際工程集團有限公司<br>(China Triumph International Engineering Company Limited) |

# Definitions (Continued)

| | |
|---|---|
| "China United" | 中國聯合水泥集團有限公司<br>(China United Cement Corporation) |
| "Chongqing Southwest Cement" | 重慶西南水泥有限公司<br>(Chongqing Southwest Cement Company Limited) |
| "Cinda" | 中國信達資產管理股份有限公司<br>(China Cinda Asset Management Co., Ltd.) |
| "CNBM Investment" | 中建材投資有限公司<br>(CNBM Investment Company Limited) |
| "CNBMI Logistics" | 中建投物流有限公司<br>(CNBMI Logistics Company Limited) |
| "CNBMIT" | 中建投商貿有限公司<br>(CNBMIT Co., Ltd.) |
| "CNBM Trading" | 中建材集團進出口公司<br>(China National Building Materials Import & Export Corporation) |
| "Company" or "CNBM" | 中國建材股份有限公司<br>(China National Building Material Company Limited) |
| "controlling shareholder" | has the meaning ascribed thereto under the Listing Rules |
| "CSRC" | 中國證券監督管理委員會<br>(China Securities Regulatory Commission) |
| "Dequan Wangqing" | 吉林德全集團汪清水泥有限責任公司<br>(Jilin Dequan Cement Group Wangqing Co., Ltd.) |
| "Dezhou China United" | 德州中聯大壩水泥有限公司<br>(China United Cement Dezhou Daba Co., Ltd.) |
| "Director(s)" | the director(s) of the Company |
| "Domestic Shares" | the ordinary shares with a nominal value of RMB1.00 each in the registered capital of the Company, which are subscribed for in RMB |
| "Eight Working Methods" | "Five C", KPI management, zero inventory, "PCP", benchmark management and optimization, counselor system, core profit-generating regions and market competition and cooperation |
| "EPC" | turn-key project services that include design, procurement and construction |
| "Environmental Protection Research Institute" | 江蘇中建材環保研究院有限公司<br>(Jiangsu CNBM Environmental Protection Research Institute Company Limited) |
| "Five C" | marketing centralization, procurement centralization, financial centralization, technical centralization and investment decision-making centralization |

## Definitions (Continued)

| Term | Definition |
|---|---|
| "GDP" | gross domestic product |
| "Group", "we" and "us" | the Company and, except where the context otherwise requires, all its subsidiaries |
| "Guangxi South" | 廣西南方水泥有限公司 (Guangxi South Cement Company Limited) |
| "Guizhou Southwest Cement" | 貴州西南水泥有限公司 (Guizhou Southwest Cement Company Limited) |
| "H Share(s)" | the overseas listed foreign shares with a nominal value of RMB1.00 each in the share capital of the Company, which are listed on the Stock Exchange and subscribed for and traded in HK$ |
| "Hangzhou South Cement" | 杭州南方水泥有限公司 (Hangzhou South Cement Company Limited) |
| "HK$" | Hong Kong dollars, the lawful currency of the Hong Kong Special Administrative Region |
| "Huaihai China United" | 淮海中聯水泥有限公司 (China United Cement Huaihai Co., Ltd.) |
| "Hunan South Cement" | 湖南南方水泥集團有限公司 (Hunan South Cement Group Company Limited) |
| "IFRS" | International Financial Reporting Standards |
| "Independent Third Party(ies)" | person(s) or company(ies) which is (are) independent of the directors, supervisors, controlling shareholder, substantial shareholder and the chief executive (such terms as defined in the Listing Rules) of the Company or any of its subsidiaries or an associate of any of them |
| "methods of increasing, saving and reducing" | increasing revenue, saving cost and reducing energy consumption |
| "Jiamusi North Cement" | 佳木斯北方水泥有限公司 (Jiamusi North Cement Company Limited) |
| "Jiangxi South Cement" | 江西南方水泥有限公司 (Jiangxi South Cement Company Limited) |
| "Jingang Group" | 遼源金剛水泥(集團)有限公司 (Liaoyuan Jingang Cement (Group) Company Limited) |
| "Jetion Solar" | 中建材浚鑫科技股份有限公司 (Jetion Solar(China) Co., Ltd.) |
| "Jushi Group" | 巨石集團有限公司 (Jushi Group Company Limited) |
| "KPI" | Key performance index |

# Definitions *(Continued)*

| | |
|---|---|
| "Listing Rules" | the Rules Governing the Listing of Securities on the Stock Exchange as amended from time to time |
| "Lunan China United" | 魯南中聯水泥有限公司 (China United Cement Lunan Co., Ltd.) |
| "MIIT" | 中華人民共和國工業和信息化部 (Ministry of Industry and Information Technology of the People's Republic of China) |
| "Nanjing Triumph" | 南京凱盛國際工程有限公司 (Nanjing Triumph International Engineering Company Limited) |
| "NBS" | 中國國家統計局 (National Bureau of Statistics of China) |
| "NDRC" | 中華人民共和國國家發展和改革委員會 (National Development and Reform Commission of the People's Republic of China) |
| "North Cement" | 北方水泥有限公司 (North Cement Company Limited) |
| "Parent" | 中國建築材料集團有限公司 (China National Building Materials Group Corporation) |
| "Parent Group" | collectively, Parent and its subsidiaries (excluding the Group) |
| "PCP" | PCP, Price-Cost-Profit |
| "PRC" | the People's Republic of China |
| "Qingzhou China United" | 青州中聯水泥有限公司 (Qingzhou China United Cement Company Limited) |
| "Qufu China United" | 曲阜中聯水泥有限公司 (Qufu China United Cement Company Limited) |
| "Reporting Period" | the period from 1 January 2014 to 30 June 2014 |
| "RMB" or "Renminbi" | Renminbiyuan, the lawful currency of the PRC |
| "SFO" | Securities and Futures Ordinance (Cap. 571 of the Laws of Hong Kong) |
| "Shanghai South Cement" | 上海南方水泥有限公司 (Shanghai South Cement Company Limited) |
| "Shanghai Triumph" | 上海凱盛節能工程技術有限公司 (Shanghai Triumph Energy Saving Engineering Technology Company Limited) |
| "Share(s)" | ordinary shares of the Company with a nominal value of RMB1.00 each, comprising both Domestic Shares and H Shares |
| "Shareholder(s)" | holder(s) of Share(s) |

## Definitions (Continued)

| | | |
|---|---|---|
| "Shenzhen Triumph" | 深圳市凱盛科技工程有限公司<br>(CTIEC Shenzhen Scieno-tech Engineering Company Limited) | |
| "Sichuan Southwest Cement" | 四川西南水泥有限公司<br>(Sichuan Southwest Cement Company Limited) | |
| "Six-star Enterprise" | enterprise with desirable operating result, delicacy management, leading environmental protection, well-known brand, advanced simplicity, safety and stability | |
| "Sichuan Jiahua" | 四川嘉華企業(集團)股份有限公司<br>(Sichuan Jiahua Enterprise (Group) Co., Ltd.) | |
| "South Cement" | 南方水泥有限公司<br>(South Cement Company Limited) | |
| "Southwest Cement" | 西南水泥有限公司<br>(Southwest Cement Company Limited) | |
| "State", "state" or "PRC Government" | the government of the PRC including all political subdivisions (including provincial, municipal and other regional or local government entities) and instrumentalities thereof | |
| "Stock Exchange" | The Stock Exchange of Hong Kong Limited | |
| "Supervisor(s)" | the members of the supervisory committee of the Company | |
| "Taishan China United" | 泰山中聯水泥有限公司<br>(China United Cement Taishan Co., Ltd.) | |
| "Taishan Gypsum" | 泰山石膏股份有限公司<br>(Taishan Gypsum Company Limited) | |
| "Three Formulations" | Formulation of functions, formulation of structure and formulation of staffing | |
| "WeijinJingang" | 遼源渭津金剛水泥有限公司<br>(Liaoyuan Weijin Jingang Cement Company Limited) | |
| "Wulanchabu China United" | 烏蘭察布中聯水泥有限公司<br>(China United Cement Wulanchabu Co., Ltd.) | |
| "Xuzhou China United" | 徐州中聯水泥有限公司<br>(China United Cement Xuzhou Co., Ltd.) | |
| "Yichun North Cement" | 伊春北方水泥有限公司<br>(Yichun North Cement Company Limited) | |
| "Yunnan Southwest Cement" | 雲南西南水泥有限公司<br>(Yunnan Southwest Cement Company Limited) | |
| "Zaozhuang China United" | 棗莊中聯水泥有限公司<br>(China United Cement Zaozhuang Co., Ltd.) | |

# Definitions (Continued)

| | |
|---|---|
| "Zhejiang South Cement" | 浙江南方水泥有限公司<br>(Zhejiang South Cement Company Limited) |
| "Zhongfu Lianzhong" | 連雲港中複連眾複合材料集團有限公司<br>(Lianyungang Zhongfu Lianzhong Composite Material Group Company Limited) |
| "Zhongfu Liberty" | 常州中複麗寶第複合材料有限公司<br>(Changzhou China Composites Liberty Company Limited) |
| "Zhongfu Shenying" | 中複神鷹碳纖維有限公司<br>(Zhongfu Shenying Carbon Fiber Company Limited) |
| "preparation, meticulosity, refinement, solidity" | making deployment of operation in advance, implementing plans and accomplishing goals as early as possible; further refining objectives and measures, and formulating specific strategies based on the markets and features; advancing management enhancement, meticulous organisation and delicacy management to improve quality and profitability; working solidly with sound dedication to enhance the basis for development and strengthen foundation |

## Shareholding Structure Of The Group

The simplified structure of the Group as at 30 June 2014 is set out as below:



Notes:
- The aforementioned percentages are rounded to 2 decimal places.
- The sum of the percentages of the holdings may differ from the total amount thereof due to rounding.

(1) As at the date of this report, the shareholding of the Company in China Fiberglass was 33.82%.