# EXHIBIT S TO EXHIBIT "1"




**CNBM**

China National Building Material Company Limited*

(Stock Code:3323)

Annual Report 年度報告 2012

* For identification only

Case 2:09-md-02047-EEF-MBN Document 18433-21 Filed 03/05/15 Page 3 of 9



# Definitions

*In this annual report, unless the context otherwise requires, the following terms shall have the meanings set out below:*

| | |
|---|---|
| Baker Tilly China | 天職國際會計師事務所（特殊普通合夥）(Baker Tilly China Certified Public Accountants, formerly known as Vocation International Certified Public Accountants (special general partnership)) |
| "Baker Tilly HK" | 天職香港會計師事務所有限公司 (Baker Tilly Hong Kong Limited) |
| "Beijing Triumph" | 北京凱盛建材工程有限公司 (Beijing Triumph Building Materials Engineering Co., Ltd.) |
| "Beijing Huachen" | 北京華辰普金資產管理中心（有限合伙）(Beijing Huachen Pujin Asset Management Center (Limited Liability Partnership)) |
| "Bengbu Triumph" | 蚌埠凱盛工程技術有限公司 (China Triumph Bengbu Engineering and Technology Company Limited) |
| "Binzhou Cement" | 黑龍江省賓州水泥有限公司 (Heilongjiang Binzhou Cement Company Limited) |
| "BNBM" | 北新集團建材股份有限公司 (Beijing New Building Material Public Limited Company) |
| "BNBMG" | 北新建材集團有限公司 (Beijing New Building Materials Group Company Limited) |
| "BNBM Ningbo" | 寧波北新建材有限公司 (BNBM Ningbo Company Limited) |
| "BNBM PNG" | 中建投巴新公司 (BNBM PNG Limited) |
| "BNBM Taicang" | 太倉北新建材有限公司 (BNBM Taicang Company Limited) |
| "BNBM Zhaoqing" | 肇慶北新建材有限公司 (BNBM Zhaoqing Company Limited) |
| "BNS" | 北新科技發展有限公司 (BNS Company Limited) |
| "Board" | the board of directors of the Company |
| "Building Materials Academy" | 中國建築材料科學研究總院 (China Building Materials Academy) |
| "China Composites" | 中國複合材料集團有限公司 (China Composites Group Corporation Limited) |
| "China Fiberglass" | 中國玻纖股份有限公司 (China Fiberglass Company Limited) |
| "China Triumph" | 中國建材國際工程集團有限公司 (China Triumph International Engineering Company Limited) |
| "China United" | 中國聯合水泥集團有限公司 (China United Cement Corporation) |



# Definitions *(Continued)*

| | |
|---|---|
| "Chongqing Southwest Cement" | 重慶西南水泥有限公司 (Chongqing Southwest Cement Company Limited) |
| "Cinda" | 中國信達資產管理股份有限公司 (China Cinda Asset Management Co., Ltd.) |
| "CNBM Investment" | 中建材投資有限公司 (CNBM Investment Company Limited) |
| "CNBMI Logistics" | 中建投物流有限公司 (CNBMI Logistics Company Limited) |
| "CNBMIT" | 中建投商貿有限公司 (CNBMIT Co., Ltd) |
| "CNBM Trading" | 中建材集團進出口公司 (China National Building Material Import and Export Company) |
| "Company" or "CNBM" | 中國建材股份有限公司 (China National Building Material Company Limited) |
| "Company Law" | the Company Law of the PRC |
| "controlling shareholder" | has the meaning ascribed thereto under the Listing Rules |
| "CSRC" | 中國證券監督管理委員會 (China Securities Regulatory Commission) |
| "Dequan Wangqing" | 吉林德全集團汪清水泥有限責任公司 (Jilin Dequan Cement Group Wangqing Co., Ltd.) |
| "Dezhou China United" | 德州中聯大壩水泥有限公司 (China United Cement Dezhou Daba Co., Ltd.) |
| "Director(s)" | the director(s) of the Company |
| "Domestic Shares" | the ordinary shares with a nominal value of RMB1.00 each in the registered capital of the Company, which are subscribed for in RMB |
| "EPC" | turn-key project services that include design, procurement and construction etc. |
| "Five C" | marketing centralisation, procurement centralisation, financial centralisation, technical centralisation and investment decision-making centralisation |
| "GDP" | gross domestic product |
| "Group", "we" and "us" | the Company and, except where the context otherwise requires, all its subsidiaries |
| "Guangwang Machinery" | 四川廣旺集團建材機械有限公司 (Sichuan Guangwang Group Building Material Machinery Company Limited) |



# Definitions (Continued)

| | |
|---|---|
| "Guizhou Southwest Cement" | 貴州西南水泥有限公司 (Guizhou Southwest Cement Company Limited) |
| "H Share(s)" | the overseas listed foreign shares with a nominal value of RMB1.00 each in the share capital of the Company, which are listed on the Stock Exchange and subscribed for and traded in HK$ |
| "Hangzhou South Cement" | 杭州南方水泥有限公司 (Hangzhou South Cement Company Limited) |
| "Heihe Guanniaohe Cement" | 黑河關鳥河水泥有限責任公司 (Heihe Guanniaohe Cement Company Limited) |
| "HK$" | Hong Kong dollars, the lawful currency of the Hong Kong Special Administrative Region |
| "Huzhou South Cement" | 湖州南方水泥有限公司 (Huzhou South Cement Company Limited) |
| "Huaihai China United" | 淮海中聯水泥有限公司 (China United Cement Huaihai Co., Ltd.) |
| "Huaihai" | including (but not limited to) southern Shandong, northern Jiangsu, eastern Henan and northern Anhui |
| "Hunan South Cement" | 湖南南方水泥集團有限公司 (Hunan South Cement Group Company Limited) |
| "IFRS" | International Financial Reporting Standards |
| "Independent Third Party(ies)" | person(s) or company(ies) which is (are) independent of the directors, supervisors, controlling shareholder, substantial shareholder and the chief executive (such terms as defined in the Listing Rules) of the Company or any of its subsidiaries or an associate of any of them |
| "Jiamusi North Cement" | 佳木斯北方水泥有限公司 (Jiamusi North Cement Company Limited) |
| "Jiangsu Julong" | 江蘇巨龍水泥集團有限公司 (Jiangsu Julong Cement Group Company Limited) |
| "Jiangsu South Cement" | 江蘇南方水泥有限公司 (Jiangsu South Cement Company Limited) |
| "Jiangxi South Cement" | 江西南方水泥有限公司 (Jiangxi South Cement Company Limited) |
| "Jiaxing South Cement" | 嘉興南方水泥有限公司 (Jiaxing South Cement Company Limited) |
| "Jingang Group" | 遼源金剛水泥(集團)有限公司 (Liaoyuan Jingang Cement (Group) Company Limited) |
| "Jinhua South Cement" | 金華南方水泥有限公司 (Jinhua South Cement Company Limited) |
| "Jushi Group" | 巨石集團有限公司 (Jushi Group Company Limited) |



| | |
|---|---|
| "KPI" | Key performance index |
| "Listing Rules" | the Rules Governing the Listing of Securities on the Stock Exchange as amended from time to time |
| "Lunan China United" | 魯南中聯水泥有限公司 (China United Cement Lunan Co., Ltd.) |
| "MIIT" | Ministry of Industry and Information Technology of the People's Republic of China |
| "Mining Rights Transfer Contract" | the mining rights transfer contract dated 28 December 2012 entered into between Jiangsu Julong and Huaihai China United |
| "Nanjing Triumph" | 南京凱盛國際工程有限公司 (Nanjing Triumph International Engineering Company Limited) |
| "Non-Competition Agreement" | the non-competition agreement dated 28 February 2006 entered into between the Company and the Parent, which is stated on pages 155 to 157 of the prospectus of the Company |
| "North Cement" | 北方水泥有限公司 (North Cement Company Limited) |
| "Northern China" | including (but not limited to) Heilongjiang, Jilin and Liaoning |
| "NSP" | cement produced by clinker made through the new suspension preheater dry process |
| "Panzhihua Coal Cement" | 攀枝花攀煤水泥製品有限公司 (Panzhihua Coal Cement Products Company Limited) |
| "Parent" | 中國建築材料集團有限公司 (China National Building Material Group Corporation) |
| "Parent Group" | collectively, Parent and its subsidiaries (excluding the Group) |
| "PCP" | PCP, Price-Cost-Profit |
| "PRC" | the People's Republic of China |
| "Promoters" | the initial promoters of the Company, being Parent, BNBMG, Cinda, Building Materials Academy and CNBM Trading |
| "Qingzhou China United" | 青州中聯水泥有限公司 (Qingzhou China United Cement Company Limited) |
| "Qufu China United" | 曲阜中聯水泥有限公司 (Qufu China United Cement Company Limited) |

# Definitions (Continued)

| | |
|---|---|
| "Reporting Period" | the period from 1 January 2012 to 31 December 2012 |
| "RMB" or "Renminbi" | Renminbi yuan, the lawful currency of the PRC |
| "Shanghai South Cement" | 上海南方水泥有限公司 (Shanghai South Cement Company Limited) |
| "Shanghai Yaopi" | 上海耀華皮爾金頓玻璃股份有限公司 (Shanghai Yaohua Pilkington Glass Co., Ltd.) |
| "Shanghai Zhentong" | 上海圳通股權投資管理有限公司 (Shanghai Zhentong Equity Investment Management Company Limited) |
| "Share(s)" | ordinary shares of the Company with a nominal value of RMB1.00 each, comprising both Domestic Shares and H Shares |
| "Shareholder(s)" | holder(s) of Share(s) |
| "Shenzhen Jinda" | 深圳京達股權投資管理有限公司 (Shenzhen Jinda Equity Investment Management Company Limited) |
| "Shenzhen Triumph" | 深圳市凱盛科技工程有限公司 (CTIEC Shenzhen Scieno-tech Engineering Company Limited) |
| "Sichuan Coal Cement" | 四川川煤水泥股份有限公司 (Sichuan Coal Cement Company Limited) |
| "Sichuan Lisen" | 四川利森建材集團有限公司 (Sichuan Lisen Group) |
| "Sichuan Southwest Cement" | 四川西南水泥有限公司 (Sichuan Southwest Cement Company Limited) |
| "Sichuan Jiahua" | 四川嘉華企業(集團)股份有限公司 (Sichuan Jiahua Enterprise (Group) Co., Ltd) |
| "South Cement" | 南方水泥有限公司 (South Cement Company Limited) |
| "Southeast China" | including but not limited to Shanghai, Zhejiang, Jiangsu, Jiangxi and Hunan |
| "Southwest Cement" | 西南水泥有限公司 (Southwest Cement Company Limited) |
| "Southwest China" | including but not limited to Sichuan, Yunnan, Guizhou and Chongqing |
| "State", "state", "PRC Government" or "PRC government" | the government of the PRC including all political subdivisions (including provincial, municipal and other regional or local government entities) and instrumentalities thereof |
| "Stock Exchange" | The Stock Exchange of Hong Kong Limited |
| "Supervisor(s)" | the members of the supervisory committee of the Company |

# Definitions (Continued)

| | |
|---|---|
| "Taishan China United" | 泰山中聯水泥有限公司 (China United Cement Taishan Co., Ltd.) |
| "Taishan Gypsum" | 泰山石膏股份有限公司 (Taishan Gypsum Company Limited) |
| "18th NCCPC" | the 18th National Congress of the Communist Party of China |
| "'Three Five' management" | Five N (operation mode), i.e. integration, modelization, institutionalization, processisation and digitalisation. Five C (management mode), i.e. marketing centralisation, procurement centralisation, financial centralisation, technical centralisation and investment decision-making centralization. Five I (five key operation indices), i.e. net profit, selling price and sales volume, cost, cash flow and gearing ratio |
| "Three New" | new building materials, new homes and new energy materials |
| "Weijin Jingang" | 遼源渭津金剛水泥有限公司 (Liaoyuan Weijin Jingang Cement Company Limited) |
| "Wulanchabu China United" | 烏蘭察布中聯水泥有限公司 (China United Cement Wulanchabu Co., Ltd.) |
| "Xinjiang Triumph" | 新疆凱盛建材設計研究院 (Xinjiang Triumph Building Materials Designing Institute) |
| "Xuzhou China United" | 徐州中聯水泥有限公司 (China United Cement Xuzhou Co., Ltd.) |
| "Yichun North Cement" | 伊春北方水泥有限公司 (Yichun North Cement Company Limited) |
| "Yunnan Southwest Cement" | 雲南西南水泥有限公司 (Yunnan Southwest Cement Company Limited) |
| "Zaozhuang China United" | 棗莊中聯水泥有限公司 (China United Cement Zaozhuang Co., Ltd.) |
| "Zhongfu Lianzhong" | 連雲港中複連眾複合材料集團有限公司 (Lianyungang Zhongfu Lianzhong Composite Material Group Company Limited) |
| "Zhongfu Shenying" | 中複神鷹碳纖維有限公司 (Zhongfu Shenying Carbon Fiber Company Limited) |

## Shareholding Structure of the Group

The simplified structure of the Group as at 31 December 2013 is set out as below:



Note: The aforementioned percentages are rounded to 2 decimal places.