# EXHIBIT V TO EXHIBIT "1"



China National Building Material Company Limited *

(Stock Code : 3323)



2009 ANNUAL REPORT

*For identification only



Definitions

*In this annual report, unless the context otherwise requires, the following terms shall have the meanings set out below:*

| | |
|---|---|
| "Baishan Jingang" | 金剛（集團）白山水泥有限公司 (Jingang (Group) Baishan Cement Company Limited) |
| "Bengbu Triumph" | 蚌埠凱盛工程技術有限公司(China Triumph Bengbu Engineering and Technology Company Limited) |
| "BNBM" | 北新集團建材股份有限公司(Beijing New Building Material Company Limited) |
| "BNBMG" | 北新建材（集團）有限公司(Beijing New Building Material (Group) Company Limited) |
| "BNBM Homes" | 北新房屋有限公司(BNBM Homes Company Limited) |
| "BNBM Suzhou" | 蘇州北新礦棉板有限公司 (BNBM Suzhou Mineral Fiber Ceiling Company Limited) |
| "BNBM Plastic" | 北新建塑有限公司(BNBM Building Plastic Company Limited) |
| "Board" | the board of directors of the Company |
| "Building Materials Academy" | 中國建築材料科學研究總院(China Building Materials Academy) |
| "China Composites" | 中國複合材料集團有限公司(China Composites Group Corporation Limited) |
| "China Fiberglass" | 中國玻纖股份有限公司(China Fiberglass Company Limited) |
| "China Triumph" | 中國建材國際工程有限公司(China Triumph International Engineering Company Limited) |
| "China United" | 中國聯合水泥集團有限公司(China United Cement Group Corporation Limited) |
| "Cinda" | 中國信達資產管理公司(China Cinda Asset Management Corporation) |
| "CNBM Investment" | 中建材投資有限公司(CNBM Investment Company Limited) |
| "CNBM Trading" | 中建材集團進出口公司(China National Building Material Import and Export Company) |
| "Company" or "CNBM" | 中國建材股份有限公司(China National Building Material Company Limited) |


# Definitions

| | |
|---|---|
| "Company Law" | the Company Law of the PRC |
| "controlling shareholder" | has the meaning ascribed thereto under the Listing Rules |
| "CSRC" | China Securities Regulatory Commission |
| "Dezhou China United" | 德州中聯大壩水泥有限公司 (Dezhou China United Daba Cement Company Limited) |
| "Domestic Shares" | the domestic shares in the share capital of the Company |
| "EPC" | turn-key project services that include engineering, procurement and construction |
| "Fushun Jingang" | 撫順市金剛水泥有限公司 (Fushun Jingang Cement Company Limited) |
| "Group", "we" and "us" | the Company and, except where the context otherwise requires, all its subsidiaries |
| "Guilin South Cement" | 桂林南方水泥有限公司 (Guilin South Cement Company Limited) |
| "Guo Fa No. 38" | 《國務院批轉發展改革委等部門關於抑制部分行業產能過剩和重複建設引導產業健康發展若干意見的通知》 Circular of the State Council on the Approval on Some Opinions Given by the National Development and Reform Commission and Other Departments on Containing Surplus Production Capacity and Repetitive Construction in Certain Industries and Facilitating Healthy Industrial Development (Guo Fa [2009] No. 38)) |
| "H Shares" | the overseas listed foreign shares in the share capital of the Company |
| "Hangzhou South Cement" | 杭州南方水泥有限公司 (Hangzhou South Cement Company Limited) |
| "Hengjiu Concrete" | 山東魯宏恒久混凝土工程有限公司 (Shandong Luhong Hengjiu Concrete Company Limited) |
| "Hengzhijiu Trade" | 山東恒之久商貿有限公司 (Shandong Hengzhijiu Commercial Trade Company Limited) |
| "Hony Capital" | 弘毅投資產業一期基金（天津）(Hony Capital Management (Tianjin) (Limited Partnership)) |
| "Hunan South Cement" | 湖南南方水泥有限公司 (Hunan South Cement Company Limited) |
| "Huzhou South Cement" | 湖州南方水泥有限公司 (Huzhou South Cement Company Limited) |

# Definitions 

| | |
|---|---|
| "Huaihai China United" | 淮海中聯水泥有限公司(Huaihai China United Cement Company Limited) |
| "Huaihai Economic Zone" | the Huaihai Economic Zone is an area of approximately 178,100 square kilometers covering 20 municipalities (地級市) located in southern Shandong, northern Jiangsu, eastern Henan and northern Anhui |
| "IFRS" | International Financial Reporting Standards |
| "Independent Third Party(ies)" | person(s) or company(ies) which is (are) independent of the directors, supervisors, promoters, controlling shareholder, substantial shareholder and the chief executive (such terms as defined in the Listing Rules) of the Company or any of its subsidiaries or an associate of any of them |
| "Jiamusi North Cement" | 佳木斯北方水泥有限公司 (Jiamusi North Cement Company Limited) |
| "Jiaxian China United" | 郟縣中聯天廣水泥有限公司 (Jiaxian China United Tianguang Cement Company Limited) |
| "Jiaxing South Cement" | 嘉興南方水泥有限公司 (Jiaxing South Cement Company Limited) |
| "Jiangsu South Cement" | 江蘇南方水泥有限公司 (Jiangsu South Cement Company Limited) |
| "Jiangxi South Cement" | 江西南方水泥有限公司 (Jiangxi South Cement Company Limited) |
| "Jinhua South Cement" | 金華南方水泥有限公司 (Jinhua South Cement Company Limited) |
| "Jushi Group" | 巨石集團有限公司(Jushi Group Company Limited) |
| "KPI" | Key performance index |
| "Liaoyuan Jingang" | 遼源金剛水泥（集團）有限公司 (Liaoyuan Jingang Cement Company Limited) |
| "Liberty Group" | 麗寶第集團公司(Liberty Group Company) |
| "Linyi China United" | 臨沂中聯水泥有限公司 (Linyi China United Company Limited) |
| "Listing Rules" | the Rules Governing the Listing of Securities on the Stock Exchange as amended from time to time |
| "Lunan China United" | 魯南中聯水泥有限公司(Lunan China United Cement Company Limited) |


# Definitions

| | |
|---|---|
| "Nanjing China United" | 南京中聯水泥有限公司 (Nanjing China United Cement Company Limited) |
| "Nanjing Triumph" | 南京凱盛水泥技術工程有限公司(China Triumph Nanjing Cement Technological Engineering Company Limited) |
| "Nanyang China United" | 中國聯合水泥有限責任公司南陽分公司(China United Nanyang Company) |
| "NDRC" | 中華人民共和國國家發展和改革委員會(the National Development and Reform Commission) |
| "No.1 Document" | (《中共中央國務院關於加大統籌城鄉發展力度進一步夯實農業農村發展基礎的若干意見》) Some Opinions Given by the State Council on Strengthening the Coordination of Cities and Towns Development, and Tamping the Foundation of Agriculture and Rural Area Development |
| "North Cement" | 北方水泥有限公司(North Cement Company Limited) |
| "North Region" | the north region of the PRC, including but not limited to Liaoning, Jilin, Heilongjiang and Inner Mongolia |
| "NPC" | the National People's Congress of the People's Republic of China |
| "NSP" | new suspension preheater dry process |
| "Parent" | 中國建築材料集團公司(China National Building Material Group Corporation), currently known as 中國建築材料集團有限公司(China National Building Material Group Corporation) |
| "Parent Group" | collectively, Parent and its subsidiaries (excluding the Group) |
| "PRC" | the People's Republic of China |
| "Promoters" | the initial promoters of the Company, being Parent, BNBMG, Cinda, Building Materials Academy and CNBM Trading |
| "Qingzhou China United" | 青州中聯水泥有限公司(Qingzhou China United Cement Company Limited) |
| "Qufu China United" | 曲阜中聯水泥有限公司 (Qufu China United Company Limited) |
| "RMB"or "Renminbi" | Renminbi yuan, the lawful currency of the PRC |
| "Reporting Period" | the period from 1 January 2009 to 31 December 2009 |

# Definitions 

| | |
|---|---|
| "Rizhao China United" | 日照中聯水泥有限公司 (Rizhao China United Cement Company Limited) |
| "Rizhao Port China United" | 日照中聯港口水泥有限公司 (Rizhao Port China United Company Limited) |
| "Sanshi Group" | 浙江三獅集團有限公司(Zhejiang Sanshi Group Company Limited) |
| "Shanghai South Cement" | 上海南方水泥有限公司 (Shanghai South Cement Company Limited) |
| "Shanghai Yaopi" | 上海耀華皮爾金頓玻璃股份有限公司(Shanghai Yaohua Pilkington Glass Co., Ltd.) |
| "Share(s)" | ordinary shares of the Company with a nominal value of RMB1.00 each, comprising both Domestic Shares and H Shares |
| "Shareholder(s)" | holder(s) of Share(s) |
| "Shenzhen B&Q" | 深圳百安居裝飾建材有限公司(Shenzhen B&Q Decoration & Building Materials Company Limited) |
| "Shenzhen Triumph" | 深圳市凱盛科技工程有限公司(CTIEC Shenzhen Scieno-tech Engineering Company Limited) |
| "Songyuan Jingang" | 遼源金剛水泥(集團)松原有限公司 (Liaoyuan Jingang Cement (Group) Songyuan Company Limited) |
| "South Cement" | 南方水泥有限公司(South Cement Company Limited) |
| "Southeast Economic Zone" | the Southeast Economic Zone is situated in the southeast region of the PRC which includes but not limited to Shanghai, Zhejiang, Jiangsu, Jiangxi and Hunan |
| "State", "state", "PRC Government" or "PRC government" | the government of the PRC including all political subdivisions (including provincial, municipal and other regional or local government entities) and instrumentalities thereof |
| "State Council" | the State Council of the PRC |
| "Stock Exchange" | The Stock Exchange of Hong Kong Limited |
| "Supervisors" | the members of the supervisory committee of the Company |
| "Taishan China United" | 泰山中聯水泥有限公司 (Taishan China United Cement Company Limited) |



## Definitions

| Term | Definition |
|---|---|
| "Taishan Gypsum" | 泰山石膏股份有限公司(Taishan Gypsum Company Limited) |
| "Three Five Management Operation Mode" | Five N (operation mode), i.e. integration, modelization, institutionalization, processisation and digitalisation. Five C (management mode), i.e. marketing centralisation, procurement centralisation, financial centralisation, technical centralisation, investment decision-making centralization. Five I (five key operation indices), i.e. net profit, selling price and sales volume, cost, cash flow, gearing ratio |
| "Tianma Group" | 常州天馬集團有限公司(Changzhou Tianma Group Company Limited) |
| "Tieling Jingang" | 金剛水泥（鐵嶺）有限公司 (Jingang Cement (Tieling) Company Limited) |
| "Weifang Aotai" | 濰坊奧泰石膏有限公司(Weifang Aotai Gypsum Company Limited) |
| "Weijin Jingang" | 遼源渭津金剛水泥有限公司 (Liaoyuan Weijin Jingang Cement Company Limited) |
| "Wolong China United" | 南陽中聯臥龍水泥有限公司 (Nanyang China United Wolong Cement Company Limited) |
| "Xichuan China United" | 淅川中聯水泥有限公司 (Xichuan China United Cement Company Limited) |
| "Xixia China United" | 西峽中聯水泥有限公司 (Xixia China United Cement Company Limited) |
| "Xingtai China United" | 邢台中聯水泥有限公司(Xingtai China United Cement Company Limited) |
| "Xuzhou China United" | 徐州中聯水泥有限公司(Xuzhou China United Cement Company Limited) |
| "Zaozhuang China United" | 棗莊中聯水泥有限公司(Zaozhuang China United Cement Company Limited) |
| "Zhongfu Lianzhong" | 連雲港中複連眾複合材料集團有限公司(Lianyungang Zhongfu Lianzhong Composite Material Group Company Limited) |
| "Zhongfu Liberty" | 常州中複麗寶第複合材料有限公司(Changzhou China Composites Liberty Company Limited) |
| "Zhongfu Shenying" | 中複神鷹碳纖維有限公司(Zhongfu Shenying Carbon Fiber Company Limited) |
| "Zhongxin Tianma" | 常州中新天馬玻璃纖維製品有限公司(Changzhou China Composites Tianma Fiberglass Products Company Limited) |

## Shareholding Structure of the Group 

The following chart sets out the simplified corporate structure of the Group as at 31 December 2009.



- All the above percentages are calculated by rounding to two decimal places.



# Management Discussion and Analysis *(Continued)*

## FINANCIAL REVIEW *(CONTINUED)*

### China United

#### Acquisition and addition of new production lines

China United acquired Nanjing China United on 1 July 2009. Therefore, only the operating results of Nanjing China United for the six months from 1 July 2009 to 31 December 2009 were included in the results for the year ended 31 December 2009.

The following table sets out the revenue, cost of sales, gross profit and operating results of Nanjing China United for the two periods.

|  | Nanjing China United As at 31 December RMB in millions | |
|---|---:|---:|
|  | **2010** | 2009 |
| Revenue | **443.4** | 214.4 |
| Cost of sales | **378.7** | 187.6 |
| Gross profit | **64.7** | 26.8 |
| Operating profit | **57.2** | 19.6 |

China United acquired 10 cement companies after 31 December 2009. In addition, a 4,800t/d clinker production line of Beichuan China United Cement Company Limited(北川中聯水泥有限公司)commenced production in May 2010; a 4,500t/d clinker production line of Anxian China United Cement Company Limited (安縣中聯水泥有限公司)commenced production in October 2010; and a million-tonne grinding station of Qingdao Jimo China United Cement Company Limited(青島即墨中聯水泥有限公司)commenced production in December 2010. Operating results of the above 13 companies were consolidated into the operating results of China United for the year ended 31 December 2010, but excluded from the operating results for the year ended 31 December 2009.

The following table sets out the aggregate revenue, cost of sales, gross profit and operating profit of the abovementioned 13 companies for the year ended 31 December 2010 and their respective contribution to China United.

|  | RMB in millions | *Total percentage in China United* |
|---|---:|---:|
| Revenue | 2,726.0 | 19.8 |
| Cost of sales | 2,128.6 | 20.1 |
| Gross profit | 597.4 | 18.7 |
| Operating profit | 527.8 | 20.3 |