# EXHIBIT W TO EXHIBIT "1"



**CNBM**

China National Building Material
Company Limited*
(Stock Code: 3323)



Annual Report 2008

*For identification only



6

## Definitions

*In this annual report, unless the context otherwise requires, the following terms shall have the meanings set out below:*

| | |
|---|---|
| "Aobao Chemical" | 山東奧寶化工集團有限公司(Shandong Aobao Chemical Group Company Limited) |
| "Beichuan China United" | 北川中聯水泥有限公司(Beichuan China United Cement Company Limited) |
| "Bengbu Triumph" | 蚌埠凱盛工程技術有限公司(China Triumph Bengbu Engineering and Technology Company Limited) |
| "BNBM" | 北新集團建材股份有限公司(Beijing New Building Material Company Limited) |
| "BNBMG" | 北新建材(集團)有限公司(Beijing New Building Material (Group) Company Limited) |
| "BNBM Homes" | 北新房屋有限公司(BNBM Homes Company Limited) |
| "BNBM Plastic" | 北新建塑有限公司(BNBM Building Plastic Company Limited) |
| "BNS" | 北新科技發展有限公司(BNS Company Limited) |
| "BNBM Suzhou" | 蘇州北新礦棉板有限公司(BNBM Suzhou Mineral Fiber Ceiling Company Limited) |
| "Board" | the board of directors of the Company |
| "Building Materials Academy" | 中國建築材料科學研究總院(China Building Materials Academy) |
| "China Composites" | 中國複合材料集團有限公司(China Composites Group Corporation Limited) |
| "China Fiberglass" | 中國玻纖股份有限公司(China Fiberglass Company Limited) |
| "China Triumph" | 中國建材國際工程有限公司(China Triumph International Engineering Company Limited) |
| "China United" | 中國聯合水泥集團有限公司(China United Cement Group Corporation Limited) |
| "Cinda" | 中國信達資產管理公司(China Cinda Asset Management Corporation) |
| "CNBM Investment" | 中建材投資有限公司(CNBM Investment Company Limited) |
| "CNBM Trading" | 中建材集團進出口公司(China National Building Material Import and Export Company) |
| "Company" or "CNBM" | 中國建材股份有限公司(China National Building Material Company Limited) |
| "Company Law" | the Company Law of the PRC |

# Definitions

| | |
|---|---|
| "controlling shareholder" | has the meaning ascribed thereto under the Listing Rules |
| "CSRC" | China Securities Regulatory Commission |
| "Dezhou China United" | 德州中聯大壩水泥有限公司(Dezhou China United Daba Cement Company Limited) |
| "Dezhou Daba" | 德州晶華集團大壩有限公司(Dezhou Jinghua Group Daba Company Limited) |
| "Dezhou Jinghua" | 德州晶華集團有限公司(Dezhou Jinghua Group Company Limited) |
| "Domestic Shares" | the domestic shares in the share capital of the Company |
| "EPC" | turn-key project services that include engineering, procurement and construction |
| "FRP" | fiberglass reinforced plastics |
| "Group", "we" and "us" | the Company and, except where the context otherwise requires, all its subsidiaries |
| "H Shares" | the overseas listed foreign shares in the share capital of the Company |
| "Henan Ruifa" | 河南瑞發水電設備有限公司(Henan Ruifa Hydropower Equipment Company Limited) |
| "Henan Xichuan" | 河南省淅川水泥有限公司(Henan Xichuan Cement Company Limited) |
| "Hengjiu Concrete" | 山東魯宏恒久混凝土工程有限公司(Shandong Luhong Hengjiu Concrete Company Limited) |
| "Hengzhijiu Trade" | 山東恒之久商貿有限公司(Shandong Hengzhijiu Commercial Trade Company Limited) |
| "Huafu Property" | 華府房地產開發有限公司(Huafu Property Development Company Limited) |
| "Huaihai China United" | 淮海中聯水泥有限公司(Huaihai China United Cement Company Limited) |
| "Huaihai Economic Zone" | the Huaihai Economic Zone is an area of approximately 178,100 square kilometers covering 20 municipalities (地級市) located in southern Shandong, northern Jiangsu, eastern Henan and northern Anhui |
| "Hunan South Cement" | 湖南南方水泥有限公司(Hunan South Cement Company Limited) |
| "IFRS" | International Financial Reporting Standards |
| "Independent Third Party(ies)" | person(s) or company(ies) which is (are) independent of the directors, supervisors, promoters, controlling shareholder, substantial shareholder and the chief executive (such terms as defined in the Listing Rules) of the Company or any of its subsidiaries or an associate of any of them |

# Definitions

| | |
|---|---|
| "Jushi Group" | 巨石集團有限公司(Jushi Group Company Limited) |
| "Liberty Group" | 麗寶第集團公司(Liberty Group Company) |
| "Listing Rules" | the Rules Governing the Listing of Securities on the Stock Exchange as amended from time to time |
| "Lunan China United" | 魯南中聯水泥有限公司(Lunan China United Cement Company Limited) |
| "Meishan Zhongsheng" | 長興煤山眾盛建材有限公司(Changxing Meishan Zhongsheng Construction Materials Company Limited) |
| "Nanfang Jianfeng" | 浙江南方尖峰水泥有限公司(Zhejiang Nanfang Jianfeng Cement Company Limited) |
| "Nanjing Triumph" | 南京凱盛水泥技術工程有限公司(China Triumph Nanjing Cement Technological Engineering Company Limited) |
| "Nanyang China United" | 中國聯合水泥有限責任公司南陽分公司(China United Nanyang Company) |
| "NDRC" | National Development Reform Commission of the People's Republic of China |
| "North Cement" | 北方水泥有限公司(North Cement Company Limited) |
| "North Region" | the north region of the PRC, including but not limited to Liaoning, Jilin, Heilongjiang and Inner Mongolia |
| "NPC" | the National People's Congress of the People's Republic of China |
| "NSP" | new suspension preheater dry process |
| "Parent" | 中國建築材料集團公司(China National Building Material Group Corporation) |
| "Parent Group" | collectively, Parent and its subsidiaries (excluding the Group) |
| "PRC" | the People's Republic of China |
| "Promoters" | the initial promoters of the Company, being Parent, BNBMG, Cinda, Building Materials Academy and CNBM Trading |
| "Qingzhou China United" | 青州中聯水泥有限公司(Qingzhou China United Cement Company Limited) |
| "RMB"or "Renminbi" | Renminbi yuan, the lawful currency of the PRC |
| "Reporting Period" | the period from 1 January 2008 to 31 December 2008 |
| "SASAC" | the State-owned Assets Supervision and Administration Commission of the State Council |

CNBM

Case 2:09-md-02047-EEF-MBN   Document 18433-25   Filed 03/05/15   Page 6 of 8

9

Annual Report 2008

# Definitions

| | |
|---|---|
| "Shanghai Yaopi" | 上海耀華皮爾金頓玻璃股份有限公司(Shanghai Yaohua Pilkington Glass Co., Ltd.) |
| "Share(s)" | ordinary shares of the Company with a nominal value of RMB1.00 each, comprising both Domestic Shares and H Shares |
| "Shareholder(s)" | holder(s) of the Share(s) |
| "Shenzhen B&Q" | 深圳百安居裝飾建材有限公司(Shenzhen B&Q Decoration & Building Materials Company Limited) |
| "Shenzhen Triumph" | 深圳市凱盛科技工程有限公司(CTIEC Shenzhen Scieno-tech Engineering Company Limited) |
| "South Cement" | 南方水泥有限公司(South Cement Company Limited) |
| "Southeast Economic Zone" | the Southeast Economic Zone is situated in the southeast region of the PRC which includes but not limited to Shanghai, Zhejiang, Jiangsu, Jiangxi and Hunan |
| "State", "state", "PRC Government" or "PRC government" | the government of the PRC including all political subdivisions (including provincial, municipal and other regional or local government entities) and instrumentalities thereof |
| "State Council" | the State Council of the PRC |
| "Stock Exchange" | The Stock Exchange of Hong Kong Limited |
| "Supervisors" | the members of the supervisory committee of the Company |
| "Taishan Cement" | 泰山水泥集團有限公司(Taishan Cement Group Company Limited) |
| "Taishan Gypsum" | 泰山石膏股份有限公司(Taishan Gypsum Company Limited) |
| "Tianma Group" | 常州天馬集團有限公司(Changzhou Tianma Group Company Limited) |
| "Three Five Management Operation Mode" | Five N (operation mode), i.e. integration, modelization, institutionalization, processisation and digitalisation. Five C (management mode), i.e. marketing centralisation, procurement centralisation, financial centralisation, technical centralisation, investment decision-making centralization. Five I (five operation indices, key operation indices) , i.e. net profit, selling price and sales volume, cost, cash flow, gearing ratio |
| "Weifang Aotai" | 濰坊奧泰石膏有限公司(Weifang Aotai Gypsum Company Limited) |
| "Xiaopu Zhongsheng" | 長興小浦眾盛水泥有限公司(Changxing Xiaopu Zhongsheng Cement Company Limited) |

CNBM

China National Building Material Company Limited

# Definitions

| | |
|---|---|
| "Xichuan China United" | 淅川中聯水泥有限公司(Xichuan China United Cement Company Limited) |
| "Shuichan Group" | 山東西港水產集團公司(Shandong Xigang Aquatic Group Company) |
| "Xingtai China United" | 邢台中聯水泥有限公司(Xingtai China United Cement Company Limited) |
| "Xixia China United" | 西峽中聯水泥有限公司(Xixia China United Cement Company Limited) |
| "Xixiaguanhe" | 河南省西峽漳河水泥有限責任公司(Xixiaguanhe Company Limited) |
| "Xixia Logistics" | 西峽中聯物流有限公司(Xixia Logistics Company Limited) |
| "Xuzhou China United" | 徐州中聯水泥有限公司(Xuzhou China United Cement Company Limited) |
| "Zaozhuang China United" | 棗莊中聯水泥有限公司(Zaozhuang China United Cement Company Limited) |
| "Zhejiang Cement" | 浙江水泥有限公司(Zhejiang Cement Company Limited) |
| "Zhongfei Investment" | 中非建材投資發展有限公司(Zhongfei Building Material Investment Company Limited) |
| "Zhongfu Lianzhong" | 連雲港中複連眾複合材料集團有限公司(Lianyungang Zhongfu Lianzhong Composite Material Group Company Limited) |
| "Zhongfu Liberty" | 常州中複麗寶第複合材料有限公司(Changzhou China Composites Liberty Company Limited) |
| "Zhongfu Shenying" | 中複神鷹碳纖維有限公司(Zhongfu Shenying Carbon Fiber Company Limited) |
| "Zhongfu Xigang" | 威海中複西港船艇有限公司(Weihai China Composites Xigang Boat Company Limited) |
| "Zhongguangyuan" | 安徽中廣源水泥有限公司(Anhui Zhongguangyuan Cement Company Limited) |
| "Zhongkaiyuan" | 浙江中開源水泥有限公司(Zhejiang Zhongkaiyuan Cement Company Limited) |
| "Zhongxinyuan" | 浙江中新源水泥有限公司(Zhejiang Zhongxinyuan Cement Company Limited) |
| "Zhongxin Tianma" | 常州中新天馬玻璃纖維製品有限公司(Changzhou China Composites Tianma Fiberglass Products Company Limited) |

11

# Shareholding Structure of the Group

The following chart sets out the simplified corporate structure of the Group as at the date of this report.



* All the above percentages are calculated by rounding to two decimal places.