# EXHIBIT X TO EXHIBIT "1"



**CNBM**

China National Building Material
Company Limited*
(Stock Code: 3323)

**Annual Report 2007**

*For identification only

# Definitions

*In this annual report, unless the context otherwise requires, the following terms shall have the meanings set out below:*

| | |
|---|---|
| "Aobao Chemical" | 山東奧寶化工集團有限公司 (Shandong Aobao Chemical Group Company Limited) |
| "Anxia Cement" | 山東安廈水泥集團有限公司 (Shandong Anxia Cement Group Co., Ltd) |
| "Beijing Huachen" | 北京華辰世紀投資有限公司 (Beijing Huachen Century Investment Company Limited) |
| "Beijing Chemical" | 北京化二股份有限公司 (Beijing Chemical Company Limited) |
| "Bengbu Triumph" | 蚌埠凱盛工程技術有限公司 (China Triumph Bengbu Engineering and Technology Company Limited) |
| "BNBM" | 北新集團建材股份有限公司 (Beijing New Building Material Company Limited) |
| "BNBMG" | 北新建材(集團)有限公司 (Beijing New Building Material (Group) Company Limited) |
| "BNBM Homes" | 北新房屋有限公司 (BNBM Homes Company Limited) |
| "BNBM Plastic" | 北新建塑有限公司 (BNBM Building Plastic Company Limited) |
| "Board" | the board of directors of the Company |
| "Building Materials Academy" | 中國建築材料科學研究總院 (China Building Materials Academy) |
| "Chenlong Decoration" | 北京北新晨龍裝飾工程有限公司 (Beijing Haidian Chenlong Decoration Company Limited) |
| "China Composites" | 中國複合材料集團有限公司 (China Composites Group Corporation Limited) |
| "China Fiberglass" | 中國玻纖股份有限公司 (China Fiberglass Company Limited) |
| "China Triumph" | 中國建材國際工程有限公司 (China Triumph International Engineering Company Limited) |
| "China United" | 中國聯合水泥集團有限公司 (China United Cement Group Corporation Limited) |
| "Cinda" | 中國信達資產管理公司 (China Cinda Asset Management Corporation) |
| "CNBM Investment" | 北新物流有限公司 (BND Co., Limited), currently known as 中建材投資有限公司 (CNBM Investment Company Limited) |
| "CNBM Trading" | 中建材集團進出口公司 (China National Building Material Import and Export Company) |
| "Company" or "CNBM" | 中國建材股份有限公司 (China National Building Material Company Limited) |
| "Company Law" | the Company Law of the PRC |
| "controlling shareholder" | has the meaning ascribed thereto under the Listing Rules |
| "CSRC" | China Securities Regulatory Commission |
| "Daye Jianfeng" | 湖北大冶尖峰水泥有限公司 (Hubei Daye Jianfeng Cement Company Limited) |
| "Dezhou Daba" | 德州晶華集團大壩有限公司 (Dezhou Jinghua Group Daba Company Limited) |

# Definitions

| | |
|---|---|
| "Domestic Shares" | the domestic shares in the share capital of the Company |
| "EPC" | turn-key project services that include engineering, procurement and construction |
| "FRP" | fiberglass reinforced plastics |
| "Fuyang China United" | 阜陽中聯水泥有限公司 (Fuyang China United Cement Company Limited) |
| "Group", "we" and "us" | the Company and, except where the context otherwise requires, all its subsidiaries |
| "H Shares" | the overseas listed foreign shares in the share capital of the Company |
| "Hengzhijiu Trade" | 山東恒之久商貿有限公司 (Shandong Hengzhijiu Commercial Trade Company Limited) |
| "Huaihai China United" | 淮海中聯水泥有限公司 (Huaihai China United Cement Company Limited) |
| "Huaihai Economic Zone" | the Huaihai Economic Zone is an area of approximately 178,100 square kilometers covering 20 municipalities (地級市) located in southern Shandong, northern Jiangsu, eastern Henan and northern Anhui |
| "Henan Xichuan" | 河南省淅川水泥有限公司 (Henan Xichuan Cement Company Limited) |
| "Hunan Nanfang" | 湖南南方水泥有限公司 (Hunan Nanfang Cement Company Limited) |
| "Hunan SASAC" | State Owned Assets Supervision and Administration Commission of People's Government of Hunan Province |
| "Hushan Group" | 浙江虎山集團有限公司 (Zhejiang Hushan Group Company Limited) |
| "IFRS" | International Financial Reporting Standards |
| "Independent Third Party(ies)" | person(s) or company(ies) which is (are) independent of the directors, supervisors, promoters, controlling shareholder, substantial shareholder and the chief executive (such terms as defined in the Listing Rules) of the Company or any of its subsidiaries or an associate of any of them |
| "Jianfeng Group" | 浙江尖峰集團股份有限公司 (Zhejiang Jianfeng Group Company Limited) |
| "Jiangxi Wannianqing" | 江西萬年青水泥股份有限公司 (Jiangxi Wannianqing Cement Company Limited) |
| "Jushi Group" | 巨石集團有限公司 (Jushi Group Company Limited) |
| "Lianyungang China United" | 連雲港中聯水泥有限公司 (Lianyungang China United Cement Company Limited) |
| "Liberty Group" | 麗寶第集團公司 (Liberty Group Company) |
| "Listing Rules" | the Rules Governing the Listing of Securities on the Stock Exchange as amended from time to time |
| "Lunan China United" | 魯南中聯水泥有限公司 (Lunan China United Cement Company Limited) |
| "Meishan Zhongsheng" | 長興煤山眾盛建材有限公司 (Changxing Meishan Zhongsheng Construction Materials Company Limited) |
| "MSCI" | Morgan Stanley Capital International |

| "State", "state", "PRC Government" or "PRC government" | the government of the PRC including all political subdivisions (including provincial, municipal and other regional or local government entities) and instrumentalities thereof |
| --- | --- |
| "State Council" | the State Council of the PRC |
| "Stock Exchange" | The Stock Exchange of Hong Kong Limited |
| "Supervisors" | the members of the supervisory committee of the Company |
| "Taihe" | 山東泰和東新股份有限公司 (Shandong Taihe Dongxin Company Limited), currently known as 泰山石膏股份有限公司 (Taishan Gypsum Company Limited) |
| "Taishan Cement" | 泰山水泥集團有限公司 (Taishan Cement Group Company Limited) |
| "Tianfeng" | 蘇州天豐新型建材有限責任公司 (Suzhou Tianfeng New Building Material Company Limited), currently known as 蘇州北新礦棉板有限公司(BNBM Suzhou Mineral Fiber Ceiling Company Limited) |
| "Tianma Group" | 常州天馬集團有限公司 (Changzhou Tianma Group Company Limited) |
| "Weifang Aotai" | 濰坊奧泰石膏有限公司 (Weifang Aotai Gypsum Company Limited) |
| "Xiaopu Zhongsheng" | 長興小浦眾盛水泥有限公司 (Changxing Xiaopu Zhongsheng Cement Company Limited) |
| "Xingtai China United" | 邢台中聯水泥有限公司 (Xingtai China United Cement Company Limited) |
| "Xixia China United" | 西峽中聯水泥有限公司 (Xixia China United Cement Company Limited) |
| "Xuzhou China United" | 徐州中聯水泥有限公司 (Xuzhou China United Cement Company Limited) |
| "Zaozhuang China United" | 棗莊中聯水泥有限公司 (Zaozhuang China United Cement Company Limited) |
| "Zhejiang Bangda" | 浙江邦達投資有限公司 (Zhejiang Bangda Investment Company Limited) |
| "Zhejiang Cement" | 浙江水泥有限公司 (Zhejiang Cement Company Limited) |
| "Zhejiang Jianfeng" | 浙江尖峰水泥有限公司 (Zhejiang Jianfeng Cement Company Limited) |
| "Zhongfei Investment" | 中非建材投資發展有限公司 (Zhongfei Building Material Investment Company Limited) |
| "Zhongfu Lianzhong" | 連雲港中複連眾複合材料集團有限公司 (Lianyungang Zhongfu Lianzhong Composite Material Group Company Limited) |
| "Zhongfu Liberty" | 常州中複麗寶第複合材料有限公司 (Changzhou China Composites Liberty Company Limited) |
| "Zhongguangyuan" | 安徽中廣源水泥有限公司 (Anhui Zhongguangyuan Cement Company Limited) |
| "Zhongkaiyuan" | 浙江中開源水泥有限公司 (Zhejiang Zhongkaiyuan Cement Company Limited) |
| "Zhongxinyuan" | 浙江中新源水泥有限公司 (Zhejiang Zhongxinyuan Cement Company Limited) |
| "Zhongxin Tianma" | 常州中新天馬玻璃纖維製品有限公司 (Changzhou China Composites Tianma Fiberglass Products Company Limited) |


## 19. PARTICULARS OF SUBSIDIARIES

Details of the Company's principal subsidiaries as at 31 December 2010 and 31 December 2009, which are established and operated in the PRC, are as follows:

| Name of subsidiary | Nominal value of paid-in capital (Note i) | Direct 2010 % | Direct 2009 % | Indirect 2010 % | Indirect 2009 % | Principal activities |
|---|---|---|---|---|---|---|
| BNBM (Note i, ii) | RMB575,150,000 | 52.40 | 52.40 | — | — | Production and sale of lightweight building materials |
| Taishan Gypsum Company Limited ("Taishan Gypsum") (Note iii) | RMB155,625,000 | — | — | 34.06 | 34.06 | Production and sale of lightweight building materials |
| BNBM Suzhou Mineral Fiber Ceiling Company Limited | RMB80,000,000 | — | — | 52.40 | 52.40 | Production and sale of lightweight building materials |
| China United Cement Group Corporation Limited ("China United") | RMB4,000,000,000 | 100.00 | 100.00 | — | — | Production and sale of cement |
| Lunan China United Cement Company Limited | RMB200,000,000 | — | — | 80.34 | 80.34 | Production and sale of cement |
| Huaihai China United Cement Company Limited | RMB364,909,100 | — | — | 80.88 | 80.88 | Production and sale of cement |
| Qingzhou China United Cement Company Limited | RMB200,000,000 | — | — | 100.00 | 100.00 | Production and sale of cement |
| Taishan China United Cement Company Limited ("Taishan China United") (Note iv) | RMB270,000,000 | — | — | 95.68 | 90.00 | Production and sale of cement |
| Qufu China United Cement Company Limited | RMB130,000,000 | — | — | 90.00 | 90.00 | Production and sale of cement |
| Linyi China United Cement Company Limited | RMB165,200,000 | — | — | 90.00 | 90.00 | Production and sale of cement |
| Zaozhuang China United Cement Company Limited | RMB175,000,000 | — | — | 100.00 | 100.00 | Production and sale of cement |
| Xuzhou China United Cement Company Limited | RMB346,940,000 | — | — | 100.00 | 100.00 | Production and sale of cement |
| South Cement Company Limited ("South Cement") (Note v) | RMB10,000,000,000 | 80.00 | 82.87 | — | — | Production and sale of cement |
| Hangzhou South Cement Company Limited | RMB1,000,000,000 | — | — | 80.00 | 82.87 | Production and sale of cement |
| Jinhua South Cement Company Limited | RMB1,000,000,000 | — | — | 80.00 | 82.87 | Production and sale of cement |
| Huzhou South Cement Company Limited | RMB390,000,000 | — | — | 80.00 | 82.87 | Production and sale of cement |
| Jiaxing South Cement Company Limited | RMB200,000,000 | — | — | 80.00 | 82.87 | Production and sale of cement |
| Jiangsu South Cement Company Limited | RMB1,000,000,000 | — | — | 80.00 | 82.87 | Production and sale of cement |
| Shanghai South Cement Company Limited | RMB300,000,000 | — | — | 80.00 | 82.87 | Production and sale of cement |
| Hunan South Cement Company Limited | RMB2,000,000,000 | — | — | 80.00 | 82.87 | Production and sale of cement |
| Jiangxi South Cement Company Limited | RMB1,000,000,000 | — | — | 64.00 | 66.30 | Production and sale of cement |
| Guilin South Cement Company Limited | RMB120,000,000 | — | — | 64.00 | 66.30 | Production and sale of cement |

# Shareholding Structure of the Group



The following chart sets out the simplified corporate structure of the Group as at the date of this report.

• All the above percentages are calculated by rounding to two decimal places.

# Management Discussion and Analysis

## CEMENT SEGMENT *(CONTINUED)*

### Steady progress of project construction

Three clinker production lines including Phase II of Nanyang China United (daily capacity: 6,000 tonnes), Phase II of Zaozhuang China United (daily capacity: 2,500 tonnes), Phase I of Qingzhou China United (daily capacity: 6,000 tonnes), two cement grinding stations including Qingdao China United and Xixia China United, and the residual heat power generation project of Huaihai China United have been successfully completed, whilst the residual heat power generation projects for other cement production lines are under construction. Phase II grinding stations of Lianyungang China United and Fuyang China United, Zaozhuang China United (Linyi) grinding station and the technological improvement project for the clinker production line (daily capacity: 3,700 tonnes) belonging to Huaihai China United will commence construction soon.



NSP clinker production line of Qingzhou China United Cement Company Limited with a daily capacity of 6,000 tonnes

### Progress in management improvement

In 2007, China United strengthened and promoted centralized bidding and procurement, and sharing of information among subsidiaries, thus considerably controlling procurement price and circumventing the impact on production cost arising from price hikes in raw materials and fuel. The Company also strengthened product price control. Meanwhile, with stricter controls on price, the market price was stabilized and enhanced. Since 1 April 2007, all brands owned by subsidiaries of China United were integrated under the umbrella of "CUCC" ("China United"), winning recognition and praise from consumers, which helped realize brand integration.

Integration of South Cement in the Southeast Economic Zone also saw initial progress. Taking Zhejiang as an example, the newly established regional price coordination mechanism facilitated price increases in regions where cement was undersold and improved profitability. Initial centralized material procurement had recorded considerable results. The Company exploited centralized advantages and controlled subsidiaries' financing costs to cut down the financial costs.

Notes to the Consolidated Financial Statements ⬢

*31 December 2009*

## 19.  PARTICULARS OF SUBSIDIARIES *(CONTINUED)*

Details of the Company's principal subsidiaries as at 31 December 2009 and 31 December 2008, which are established and operated in the PRC, are as follows: *(Continued)*

| Name of subsidiary | Norminal value of paid-in capital *(Note i)* | Attributable equity interest to the Company | | | | Principal activities |
|---|---|---|---|---|---|---|
| | | Direct | | Indirect | | |
| | | 2009 | 2008 | 2009 | 2008 | |
| | | % | % | % | % | |
| Zhejiang Sanshi Group Jiaxing Cement Company Limited ("Sanshi Jiaxing") *(Note xi)* | RMB200,000,000 | — | — | 82.87 | — | Production and sale of cement |
| Tai An Jindun Building Materials Company Limited ("Tai An Jindun") *(Note xii)* | RMB5,000,000 | — | — | 52.40 | — | Production and sales of joist |
| Tai Shan Gypsum (Shaanxi) Company Limited ("Tai Shan (Shaanxi)") *(Note xii)* | RMB20,000,000 | — | — | 52.40 | — | Production and sale of gypsum board |
| Tai Shan Gypsum (Yunan) Company Limited ("Tai Shan (Yunan)") *(Note xii)* | RMB10,000,000 | — | — | 52.40 | — | Production and sale of gypsum board |
| Nanjing China United Cement Company Limited *(Note 35a(ii))* | RMB200,000,000 | — | — | 90.00 | — | Production and sale of cement |

*Notes:*

(i)   The paid-in capital of BNBM is ordinary share capital and paid-in capital of the rest of the companies is registered capital.

(ii)  BNBM is a joint stock company listed on the Shenzhen Stock Exchange.

(iii) China Composites is entitled to nominate two directors to the five-member board of directors of Zhongxin Tianma in accordance with the joint venture agreement of Zhongxin Tianma. Pursuant to the agreement dated 29 January 2004 entered into between China Composites and Changzhou Tianma Group Company Limited ("Changzhou Tianma"), which holds 35% equity interests in Zhongxin Tianma, Changzhou Tianma assigned Zhongxin Tianma the voting rights of the two directors nominated by Changzhou Tianma. Consequently, Zhongxin Tianma has been controlled by China Composites since year 2004 and has been accounted for as a subsidiary since then.

(iv)  The entity is considered to be controlled by the Company because it is a subsidiary of another Company's subsidiary.

 Management Discussion and Analysis

### CEMENT SEGMENT

## Review of the cement industry in the PRC in 2009

In 2009, the central government's stimulus package was implemented to tackle the global financial crisis. "Guofa No.38 Document" was issued and brought into effect, which had created favorable conditions for the cement industry. It transformed the development of the cement industry at a faster pace, eliminated outdated capacity and enhanced consolidation and restructuring as well as structural adjustments within the industry. Accordingly, remarkable results have been achieved.

The RMB4 trillion stimulus package offered by the PRC government had boosted the cement output and consumption. In 2009, the total output of cement in the PRC was approximately 1.63 billion tonnes, an increase of 17.9% over 2008.

On the other hand, the macro control by the PRC government had taken effect, leading to a significant decrease in outdated production capacity. In 2009, 74.16 million tonnes of outdated cement production capacity was eliminated. With NSP cement clinker production accounting for 72.25%, structural adjustment goal which was set in the 11th "Five Year Plan" by the PRC government had been achieved in advance. As large conglomerates quickly expanded their production capacity through acquisition and reorganization, industry concentration had increased significantly. Cement clinker produced by the top 20 cement producers accounted for 38.82% of the country's total, up 7.14% over 2008. *(Source: National Bureau of Statistics of China and China Building Materials Industry Association )*

## CEMENT SEGMENT *(CONTINUED)*

### Review of the Group's cement business in 2009

In 2009, the Group effectively implemented its regional development strategy in respect of its cement business. Three regions, which comprise of Huaihai, Southeast China and Northern China, have formed a strategic cluster in respect of its cement business, with total cement production capacity reaching approximately 160 million tonnes. As a result of its consolidation and restructuring efforts, the Group's cement segment had undergone an extensive management integration and built up various core profit-generating regions. As the effect of integration was demonstrated and deepened gradually, multiple core profit-generating regions and synergetic profit-generating regions were established. Accordingly, the profitability and sustainability were rapidly enhanced.

## China United

### Further strengthened business synergy

In 2009, China United actively put forward the marketing synergy. By integrating regional marketing resources, setting up a regional sales centre, establishing a regional market linkage system and a regular benchmarking analysis system, China United managed to keep product prices stable in the region. Through proactively promoting technology synergy and finance synergy, major energy consumption indicators have improved. Production and finance costs have also been reduced. In addition, China United expanded its centralized procurement system in order to benefit from economies of scale. Accordingly, the procurement cost of China United gradually decreased. Further, China United had promoted cooperation with and created synergy among its peers. These helped maintain positive competition mechanism and boost profit of cement producers in the region.

### Pressed ahead management integration

During 2009, building on the business synergy, China United had actively promoted management integration with a focus on "Five Cs", optimized management and control system and identified its positioning (China United as profit center and its subsidiaries as cost center). Further, it had established a KPI-oriented enterprise performance evaluation system and achieved favorable results.

### Smooth progress in the consolidation and restructuring and project construction

In 2009, China United had put greater efforts in consolidation and restructuring. While consolidating and restructuring its operation in the Huaihai Economic Zone, it also sought to establish a presence in Inner Mongolia and other surrounding markets. Further, building on the acquisition of clinker production lines, China United had also managed to strengthen the consolidation and restructuring of grinding stations in its target markets. At the same time, project construction is progressing steadily as scheduled. By the end of 2009, total cement capacity of China United was approximately 52 million tonnes.

 Management Discussion and Analysis

## CEMENT SEGMENT *(CONTINUED)*

### South Cement

#### Further promote management integration and fully implement regional management integration

In 2009, South Cement had put great efforts in the implementation of the CRM (C-Cost oriented, R-Regional, M-Market exploration) operation strategy and had established an integrated regional management mode featuring concentrated marketing, finance and procurement. By coordinating and integrating resources and optimizing management systems, South Cement had rapidly set up 8 regional companies in Hangzhou, Jiaxing, Huzhou, Jinhua, Jiangsu, Shanghai, Jiangxi and Hunan and a directly controlled company in Guilin. Due to the efforts in promoting integrated management and implementing concentrated marketing, the integrations of market, market development, pricing and marketing have been gradually achieved. With growing control over regional markets, core profit-generating regions have been progressively developing. Further, bulk raw materials and fuels such as coal are procured in a concentrated way.

## CEMENT SEGMENT *(CONTINUED)*

### South Cement *(Continued)*

#### Emergence of market synergy landscape for stronger control over regional markets

In 2009, South Cement had actively developed new businesses and established a regional market synergy mechanism. As a result, a synergetic market, which was dominated by South Cement and some major players in the region, was formed in 6 regions including Tai Lake surrounding areas, Central and Southern Zhejiang, Shanghai, Fujian-Zhejiang-Jiangxi, Hunan and Jiangxi. Pricing and profitability had increased significantly. Since August 2009, after various price adjustments, product prices in Jiangsu, Zhejiang and Shanghai have rebounded and displayed an upward trend. In addition, South Cement had implemented a special plan for cost control. Its regional companies had actively practiced production and technology benchmarking and fully enhanced technology improvement, thereby lowering the overall costs of production effectively.

#### Enhanced consolidation, restructuring and project construction to further optimize strategic layout

In the first half of 2009, South Cement had successfully acquired equity interests in 10 cement enterprises under the Sanshi Group. This basically completed its large-scale consolidation and restructuring in the Zhejiang region. In the second half of the year, South Cement had seized the opportunity to further enhance its consolidation, restructuring and project construction strategies. It had optimized strategic layout in a continuous way, thus greatly enhanced its market control and sharpened its competitive edges. By the end of 2009, South Cement owned a cement production capacity of 100 million tonnes and became the most influential cement group in the Southeast Economic Zone in the PRC.

### North Cement

In March 2009, the Company, Liaoyuan Jingang and Hony Capital jointly established North Cement. The Company holds 45% equity interest in North Cement. Since its establishment, North Cement has been proactively engaged in consolidation and restructuring activities in Jilin, Liaoning and Heilongjiang Province. By the end of 2009, North Cement's cement production capacity had exceeded 8 million tonnes. Presently, North Cement is steadily pressing ahead its consolidation and restructuring in Northeast China.