# EXHIBIT Y TO EXHIBIT "1"

---

## IMPORTANT

---

*If you are in any doubt about this prospectus, you should obtain independent professional advice.*



# China National Building Material Company Limited*
# 中國建材股份有限公司

*(a joint stock limited company incorporated in the People's Republic of China with limited liability)*

## GLOBAL OFFERING

Number of H Shares offered pursuant to the : 654,214,000 (subject to adjustment and the
Global Offering   Over-allotment Option)
Number of Public Offer Shares : 65,422,000 (subject to adjustment)
Number of International Placing Shares : 588,792,000 (including 59,474,000 Sale H
Shares) (subject to adjustment and the Over-
allotment Option)
Maximum offer price : HK$2.75 per H Share payable in full on
application in Hong Kong dollars, subject to
refund, plus 1% brokerage, SFC transaction
levy of 0.005% and Stock Exchange trading
fee of 0.005%
Nominal value : RMB 1.00 each
Stock code : 3323

### Sole Global Coordinator, Bookrunner, Sponsor and Lead Manager



---

The Stock Exchange of Hong Kong Limited and Hong Kong Securities Clearing Company Limited take no responsibility for the contents of this prospectus, make no representation as to its accuracy or completeness and expressly disclaim any liability whatsoever for any loss howsoever arising from or in reliance upon the whole or any part of the contents of this prospectus.

A copy of this prospectus, having attached thereto the documents specified in the paragraph entitled "Documents Delivered to the Registrar of Companies" in Appendix IX to this prospectus, has been registered by the Registrar of Companies in Hong Kong as required by Section 342C of the Companies Ordinance (Chapter 32 of the Laws of Hong Kong). The Securities and Futures Commission and the Registrar of Companies in Hong Kong take no responsibility for the contents of this prospectus or any other document referred to above.

The Offer Price is expected to be fixed by agreement between the Global Coordinator, on behalf of the Underwriters, the Selling Shareholders and the Company on the Price Determination Date. The Price Determination Date is expected to be on or around Thursday, March 16, 2006 and, in any event, not later than Tuesday, March 21, 2006. The Offer Price will be not more than HK$2.75 and is currently expected to be not less than HK$2.30 unless otherwise announced. Investors applying for Public Offer Shares must pay, on application, the maximum offer price of HK$2.75 for each H Share together with a brokerage of 1%, SFC transaction levy of 0.005% and Stock Exchange trading fee of 0.005%.

The Global Coordinator, on behalf of the Underwriters, may, with the consent of the Company (on behalf of itself and the Selling Shareholders), reduce the indicative Offer Price range (which is HK$2.30 to HK$2.75 per H Share) and/or the number of Offer Shares below that stated in this prospectus at any time on or prior to the morning of the last day for lodging applications under the Hong Kong Public Offering. In such a case, notices of the reduction in the indicative offer price range and/or the number of Offer Shares will be published in the South China Morning Post and the Hong Kong Economic Times not later than the morning of the day which is the last day for lodging applications under the Hong Kong Public Offering. If applications for Public Offer Shares have been submitted prior to the day which is the last day for lodging applications under the Hong Kong Public Offering, then even if the offer price range and/or the number of Offer Shares is so reduced such applications cannot be subsequently withdrawn. If, for any reason, the Offer Price is not agreed between the Company (on behalf of itself and the Selling Shareholders) and the Global Coordinator, on behalf of the Underwriters, the Global Offering (including the Hong Kong Public Offering) will not proceed.

The Company is incorporated, and its businesses are located, in the PRC. Potential investors should be aware of the differences in the legal, economic, and financial systems between the mainland of the PRC and Hong Kong and that there are different risk factors relating to making an investment in PRC-incorporated companies. Potential investors should also be aware that the regulatory framework in the PRC is different from the regulatory framework in Hong Kong and should take into consideration the different market nature of the Shares of the Company. Such differences and risk factors are set out in the sections entitled "Risk Factors" and "Appendix VI — Summary of Principal PRC Legal and Regulatory Provisions" and "Appendix VII — Summary of Articles of Association." Investors should also be aware that the companies and securities regulatory framework in the PRC to which the Group is subject has only recently been introduced.

The obligations of the Hong Kong Underwriters under the Hong Kong Underwriting Agreement to subscribe for, and to procure applicants for the subscription for, the Public Offer Shares, are subject to termination by the Global Coordinator (on behalf of the Hong Kong Underwriters) if certain grounds arise at any time prior to 8:00 a.m. on the day that trading in the Offer Shares commences on the Stock Exchange. Such grounds are set out in the section entitled "Underwriting — Underwriting Arrangements and Expenses — Hong Kong Public Offering — Hong Kong Underwriting Agreement — Grounds for termination" in this prospectus. It is important that you refer to that section for further details.

The Offer Shares have not been and will not be registered under the U.S. Securities Act or any state securities laws of the United States. The Offer Shares are being offered only (1) to qualified institutional buyers in the United States in reliance on Rule 144A under the U.S. Securities Act or (2) outside the United States in reliance on Regulation S under the U.S. Securities Act.

\*   For identification only

March 13, 2006

# DEFINITIONS

In this prospectus, unless the context otherwise requires, the following terms shall have the meanings set out below.

| | |
|---|---|
| "A shares" | ordinary shares denominated in RMB of companies listed on a stock exchange in the PRC |
| "allocation" | allocation of state-owned assets, meaning the allocation of the whole or part of the state-owned assets among different holders of state-owned assets in the course of reformation of management structure, adjustment of the organization structure, or assets restructuring of the enterprise |
| "Aobao Chemical" | 山東奧寶化工集團有限公司 (Shandong Aobao Chemical Group Company Limited), a limited liability company incorporated on June 28, 1999 under the laws of the PRC, which has a 25% equity interest in Weifang Aotai |
| "Application Form(s)" | white application form(s) and yellow application form(s), or where the context so requires, any of them |
| "Articles of Association" or "Articles" | the articles of association of the Company, which became effective on May 22, 2005, and as amended from time to time |
| "associates" | has the meaning ascribed thereto under the Listing Rules |
| "Average Realized Sales Price" | with respect to a product, equal to the quotient of the total sales revenue divided by the related total sales volume for a specific period |
| "Beijing B&Q" | 北京百安居裝飾建材有限公司 (Beijing B&Q Decoration & Building Materials Co., Ltd.), a limited liability company incorporated on October 15, 2003 under the laws of the PRC in which BND holds a 17% equity interest |
| "Beijing Chemical" | 北京化二股份有限公司 (Beijing Chemical Company Limited), a joint stock limited company incorporated on June 6, 1997 under the laws of the PRC which has a 45% equity interest in BNBM Plastic |
| "Beijing Triumph" | 北京凱盛建研建材工程設計有限責任公司 (China Triumph Beijing Co., Ltd.), a limited liability company incorporated on February 16, 2004 under the laws of the PRC and an associate of the Company, in which China Triumph holds a 50% equity interest |

## DEFINITIONS

| | |
|---|---|
| "Bengbu Triumph" | 蚌埠凱盛工程技術有限公司 (China Triumph Bengbu Engineering and Technology Company Limited), a limited liability company incorporated on July 21, 2004 under the laws of the PRC and a subsidiary of the Company, in which China Triumph directly and indirectly holds an 85.92% equity interest |
| "BNBM" | 北新集團建材股份有限公司 (Beijing New Building Material Company Limited), a joint stock limited company incorporated on May 30, 1997 under the laws of the PRC and a subsidiary of the Company, in which the Company holds a 60.33% equity interest. Its A shares are listed on the Shenzhen Stock Exchange |
| "BNBMG" | 北新建材(集團)有限公司 (Beijing New Building Material (Group) Company Limited), a limited liability company incorporated on August 4, 1984 under the laws of the PRC and a wholly-owned subsidiary of Parent. BNBMG directly holds a 59.11% equity interest in the Company immediately prior to the Global Offering and is a Promoter |
| "BNBM Homes" | 北新房屋有限公司 (BNBM Homes Company Limited), a limited liability company incorporated on December 27, 2002 under the laws of the PRC and a subsidiary of the Company, in which BNBM holds a 64% equity interest |
| "BNBM Plastic" | 北新建塑有限公司 (BNBM Building Plastic Company Limited), a limited liability company incorporated on December 11, 1998 under the laws of the PRC and a subsidiary of the Company, in which BNBM has a 55% equity interest |
| "BNBM PNG" | 北新巴布亞新畿內亞有限公司 (BNBM PNG Limited), a company incorporated on June 12, 1992 under the laws of Papua New Guinea and a subsidiary of the Company, which is wholly-owned by BND |
| "BND" | 北新物流有限公司 (BND Co., Limited), a limited liability company incorporated on January 8, 2001 under the laws of the PRC and a subsidiary of the Company, in which BNBM holds an 80% equity interest |
| "BND Decoration" | 深圳北新裝飾設計工程有限公司 (BND Decoration Company Limited), a limited liability company incorporated on November 18, 1999 under the laws of the PRC and a subsidiary of the Company, in which BND has a 93% equity interest |
| "Board" | the board of Directors |

— 18 —

## DEFINITIONS

| | |
|---|---|
| "Building Materials Academy" | 中國建築材料科學研究院 (China Building Materials Academy), a research institute established on May 24, 1954 under the laws of the PRC and a wholly-owned subsidiary of Parent. It directly holds a 0.05% equity interest in the Company immediately prior to the Global Offering and is a Promotor |
| "Business Day" | means a day that is not a Saturday, Sunday or public holiday in Hong Kong |
| "CAGR" | compound annual growth rate |
| "CCASS" | the Central Clearing and Settlement System established and operated by HKSCC |
| "CCASS Broker Participant" | a person admitted to participate in CCASS as a broker participant |
| "CCASS Custodian Participant" | a person admitted to participate in CCASS as a custodian participant |
| "CCASS Investor Participant" | a person admitted to participate in CCASS as an investor participant who may be an individual or joint individuals or a corporation |
| "CCASS Participant" | a CCASS Broker Participant, a CCASS Custodian Participant or a CCASS Investor Participant |
| "Chenlong Decoration" | 北京北新晟龍裝飾工程有限公司 (Beijing Haidian Chenlong Decoration Company Limited), a limited liability company established on January 22, 1988 under the laws of the PRC and a subsidiary of the Company, in which BNBM holds a 99% equity interest |
| "China" or "PRC" | the People's Republic of China. Except where the context requires, geographical references in this prospectus to China or the PRC exclude Hong Kong, Macau and Taiwan |
| "China Composites" | 中國複合材料集團有限公司 (China Composites Group Corporation Limited), a limited liability company established on June 28, 1988 under the laws of the PRC and a subsidiary of the Company, in which the Company directly and indirectly holds an 86.24% equity interest, and includes, except where the context otherwise requires, all of its subsidiaries |
| "China Fiberglass" | 中國玻纖股份有限公司 (China Fiberglass Company Limited), a joint stock limited company incorporated on April 16, 1997 under the laws of the PRC and an associate of the Company, in which the Company directly holds a 40.17% equity interest, and includes, except where the context otherwise requires, all of its subsidiaries. Its A shares are listed on the Shanghai Stock Exchange |

## DEFINITIONS

| | |
|---|---|
| "China Triumph" | 中國凱盛國際工程有限公司 (China Triumph International Engineering Company Limited), a limited liability company established on December 28, 1991 under the laws of the PRC and a subsidiary of the Company, in which the Company directly holds a 91% equity interest, and includes, except where the context otherwise requires, all of its subsidiaries |
| "China United" | 中國聯合水泥有限責任公司 (China United Cement Company Limited), a limited liability company established on September 29, 1992 under the laws of the PRC and a subsidiary of the Company, in which the Company directly and indirectly holds a 96.07% equity interest, and includes, except where the context otherwise requires, all of its subsidiaries |
| "Cinda" | 中國信達資產管理公司 (China Cinda Asset Management Corporation), an asset management company established on January 4, 1999 under the laws of the PRC that holds a 5.25% equity interest in the Company immediately prior to the Global Offering and is a Promoter |
| "CNBM Equipment" | 中國建築材料及設備進出口公司 (China National Building Material and Equipment Import and Export Company), a state-owned enterprise established on June 24, 1985 prior to its conversion into the Company under the laws of the PRC |
| "CNBM Trading" | 中建材集團進出口公司 (China National Building Material Import and Export Company), a state-owned enterprise established on February 8, 1994 under the laws of the PRC and a wholly-owned subsidiary of Parent. CNBM Trading directly holds a 9.06% equity interest in the Company immediately prior to the Global Offering and is a Promoter |
| "CNG" | compressed natural gas |
| "Companies Ordinance" | the Companies Ordinance (Chapter 32 of the Laws of Hong Kong), as amended, supplemented or otherwise modified from time to time |
| "Company" | 中國建材股份有限公司 (China National Building Material Company Limited), a joint stock limited company incorporated on March 28, 2005 under the laws of the PRC |
| "Company Law" | 中華人民共和國公司法 (the Company Law of the PRC), as enacted by the Standing Committee of the Eighth NPC on December 29, 1993 and effective on July 1, 1994, as amended, supplemented or otherwise modified from time to time |

## DEFINITIONS

| | |
|---|---|
| "controlling shareholder" | has the meaning ascribed thereto under the Listing Rules |
| "Controlling Shareholders" | collectively, Parent, BNBMG, the Building Materials Academy and CNBM Trading |
| "CSRC" | 中國證券監督管理委員會 (China Securities Regulatory Commission) |
| "Director(s)" | the directors of the Company |
| "Domestic Shares" | ordinary shares in the capital of the Company, with a nominal value of RMB 1.00 each, which are subscribed for and credited as fully paid up in Renminbi by PRC nationals and/or PRC incorporated entities |
| "EPC" | turn-key project services that include engineering, procurement and construction |
| "FRP" | fiberglass reinforced plastics |
| "Fuyang Julong" | 中聯巨龍水泥(阜陽)有限公司 (Zhonglian Julong Cement (Fuyang) Company Limited), a limited liability company incorporated on December 23, 2004 under the laws of the PRC and a subsidiary of the Company, in which Huaihai has a 90% equity interest |
| "Global Coordinator" | the global coordinator of the listing of the H Shares on the Stock Exchange, being Morgan Stanley |
| "Global Offering" | the Hong Kong Public Offering and the International Placing |
| "Group", "we" and "us" | the Company and, except where the context otherwise requires, all its subsidiaries |
| "H Share Registrar" | Tricor Investor Services Limited |
| "H Shares" | overseas listed foreign shares in the ordinary share capital of the Company, with a nominal value of RMB 1.00 each, which are subscribed for and traded in HK dollars and for which applications have been made for the grant of listing, and permission to deal in, on the Stock Exchange |
| "Hangzhou Institute" | 中國新型建築材料工業杭州設計研究院 (China New Building Materials Industry Hangzhou Design and Research Institute), a state-owned enterprise established on October 8, 1993 under the laws of the PRC, which is a wholly-owned subsidiary of Parent |

## DEFINITIONS

| | |
|---|---|
| "Hefei Institute" | 合肥水泥研究設計院 (Hefei Cement Research and Design Institute), a state-owned enterprise established on April 14, 1990 under the laws of the PRC, which is a wholly-owned subsidiary of Parent |
| "Hengzhijiu Trade" | 山東恒之久商貿有限公司 (Shandong Hengzhijiu Commercial Trade Company Limited), a limited liability company incorporated under the laws of the PRC which holds a 29.0% equity interest in Hengjiu Concrete |
| "Hengjiu Concrete" | 山東魯宏恒久混凝土工程有限公司 (Shandong Luhong Hengjiu Concrete Company Limited), a limited liability company incorporated on September 8, 2003 under the laws of the PRC and a subsidiary of the Company, in which Luhong has a 54.3% equity interest |
| "Heze Company" | 山東荷澤魯宏水泥有限公司 (Shandong Heze Luhong Cement Company Limited), a limited liability company incorporated on September 5, 2002 under the laws of the PRC and a subsidiary of the Company, in which Luhong has a 94.46% equity interest |
| "Heze Concrete" | 山東荷澤魯宏混凝土工程有限公司 (Shandong Heze Luhong Concrete Company Limited), a limited liability company incorporated on July 14, 2004 under the laws of the PRC, in which Luhong directly and indirectly has a 98.62% equity interest |
| "HK$" or "HK dollars" | Hong Kong dollars, the lawful currency of Hong Kong |
| "HKSCC" | Hong Kong Securities Clearing Company Limited |
| "HKSCC Nominees" | HKSCC Nominees Limited |
| "Hong Kong" or "HK" | the Hong Kong Special Administrative Region of the PRC |
| "Hong Kong Public Offering" | the offering by the Company of initially 65,422,000 H Shares for subscription by the public in Hong Kong (subject to adjustment as described in the section headed "Structure of the Global Offering" of this prospectus) for cash at the Offer Price and on the terms and conditions described in this prospectus and the Application Forms |
| "Hong Kong Underwriters" | the underwriters of the Hong Kong Public Offering listed in the section "*Underwriting — Hong Kong Underwriters*" |

## DEFINITIONS

| | |
|---|---|
| "Hong Kong Underwriting Agreement" | the underwriting agreement dated March 10, 2006 relating to the Hong Kong Public Offering entered into by the Company, the Controlling Shareholders, the Global Coordinator and the Hong Kong Underwriters |
| "Huaihai" | 中聯巨能淮海水泥有限公司 (China United Julong Huaihai Cement Company Limited), a limited liability company incorporated on September 29, 2004 under the laws of the PRC and a subsidiary of the Company, in which China United has an 88.79% equity interest, and, except where the context otherwise requires, all of its subsidiaries |
| "Huaihai Economic Zone" | as identified by the National Bureau of Statistics of China, Huaihai Economic Zone is an area of approximately 178,100 square kilometers covering 20 municipalities (地级市) located in southern Shandong, northern Jiangsu, eastern Henan and northern Anhui |
| "Hubei Taishan" | 湖北泰山建材有限公司 (Hubei Taishan Building Material Company Limited), a limited liability company incorporated on August 28, 2003 under the laws of the PRC and a subsidiary of the Company, in which Taihe has a 95% equity interest |
| "IFRS" | International Financial Reporting Standards |
| "Independent Third Party(ies)" | person(s) or company(ies) which is (are) independent of the Directors, Supervisors, Promoters, controlling shareholder, substantial shareholder and the chief executive (such terms as defined in the Listing Rules) of the Company and its subsidiaries |
| "International Placing" | the conditional placing of 588,792,000 H Shares by the Company and the Selling Shareholders outside the United States (including to professional investors in Hong Kong and excluding retail investors in Hong Kong) in reliance on Regulation S, and in the United States to QIBs in reliance on Rule 144A as further described in the section entitled "Structure of the Global Offering" |
| "International Placing Shares" | the H Shares offered pursuant to the International Placing |
| "International Underwriters" | the underwriters of the International Placing who are expected to enter into the International Underwriting Agreement as purchasers to underwrite the International Placing |

## DEFINITIONS

| | |
|---|---|
| "International Underwriting Agreement" | the international underwriting agreement relating to the International Placing which is expected to be entered into by, amongst others, the Company, the Selling Shareholders, the Global Coordinator and the International Underwriters on or around Thursday, March 16, 2006 |
| "Japan TOLI" | 東理株式會社 (TOLI Co., Ltd.), a Japanese company incorporated on December 1, 1919 under the laws of Japan, which has a 30% equity interest in Liberty TOLI |
| "Jiangyin Taishan" | 江陰泰山石膏建材有限公司 (Jiangyin Taishan Gypsum Building Material Company Limited), a limited liability company incorporated on April 21, 2004 under the laws of the PRC in which Taihe has a 67.5% equity interest |
| "JM International" | 約翰斯·曼威爾國際有限公司 (Johns Manville International Inc.), a Netherlands company incorporated on December 23, 1988 under the laws of the Netherlands, which holds a 25% equity interest in Zhongxin Tianma |
| "Julong Cement" | 江蘇巨龍水泥集團有限公司 (Jiangsu Julong Cement Group Company Limited), a limited liability company established on August 14, 1992 under the laws of the PRC, which is a subsidiary of Parent and was a former subsidiary of China United prior to the Reorganization |
| "Jushi Group" | 巨石集團有限公司 (Jushi Group Company Limited), a limited liability company incorporated on June 28, 2001 under the laws of the PRC and a subsidiary of China Fiberglass, in which China Fiberglass has a 59.90% direct equity interest |
| "Latest Practicable Date" | March 6, 2006 |
| "Lianyungang Julong" | 中聯巨龍水泥(連雲港)有限公司 (Zhonglian Julong Cement (Lianyungang) Company Limited), a limited liability company incorporated on May 25, 2004 under the laws of the PRC and a subsidiary of the Company, in which Huaihai has a 90% equity interest |
| "Liberty Group" | 麗寶第集團公司 (Liberty Group Company), a company established on July 26, 1990 under the laws of the PRC, which has a 20% equity interest in Zhongfu Liberty |
| "Liberty TOLI" | 常州麗寶第東理建材有限公司 (Changzhou Liberty TOLI Building Material Company Limited), a limited liability company incorporated on May 4, 1993 under the laws of the PRC and a subsidiary of the Company, in which Zhongfu Liberty has a 60% equity interest |

---

## DEFINITIONS

---

| | |
|---|---|
| "Listing Date" | Thursday, March 23, 2006, the date on which the H Shares are listed on the Stock Exchange |
| "Listing Rules" | the Rules Governing the Listing of Securities on The Stock Exchange of Hong Kong Limited as amended from time to time |
| "Luhong" | 中聯魯宏水泥有限責任公司 (China United Luhong Cement Company Limited), a limited liability company incorporated on September 28, 2004 under the laws of the PRC and a subsidiary of the Company, in which China United has an 80.34% equity interest and, except where the context otherwise requires, all of its subsidiaries |
| "Lunan Cement" | 山東魯南水泥有限公司 (Shandong Lunan Cement Company Limited), a limited liability company incorporated on September 17, 1999 under the laws of the PRC, which is a subsidiary of Parent and was a former subsidiary of China United prior to the Reorganization |
| "Macau" | the Macau Special Administrative Region of the PRC |
| "Mandatory Provisions" | 到境外上市公司章程必備條款 (the Mandatory Provisions for Articles of Association of Companies to be Listed Overseas) (as amended and supplemented from time to time), for inclusion in the articles of association of companies incorporated in the PRC to be listed overseas, which were promulgated by the former Securities Commission of the State Council and the former State Commission for Restructuring the Economic Systems of the PRC on August 27, 1994, as amended, supplemented or otherwise modified from time to time |
| "Ministry of Finance" | 中華人民和國財政部 (the PRC Ministry of Finance) |
| "MOFTEC" | 中華人民共和國對外貿易經濟合作部 (the PRC Ministry of Foreign Trade and Economic Co-operation), which has been merged into the PRC Ministry of Commerce in 2003 |
| "Morgan Stanley" | Morgan Stanley Dean Witter Asia Limited, licensed to conduct type one (dealing in securities), type four (advising on securities) and type six (advising on corporate finance) regulated activities under the SFO |

## DEFINITIONS

| | |
|---|---|
| "Nanjing Triumph" | 南京凱盛水泥技術工程有限公司 (China Triumph Nanjing Cement Technological Engineering Company Limited), a limited liability company incorporated on December 26, 2001 under the laws of the PRC and a subsidiary of the Company, in which China Triumph holds a 51.15% equity interest |
| "Nanyang" | 中國聯合水泥有限責任公司南陽分公司 (China United Nanyang Company), a branch of China United, which was established on September 23, 2004 under the laws of the PRC |
| "Nanyang Hangtian" | 南陽航天水泥廠 (Nanyang Hangtian Cement Plant), a state-owned enterprise established on January 1, 1987 under the laws of the PRC, which is a subsidiary of Parent and was a former subsidiary of China United prior to the Reorganization |
| "National Social Security Fund" | 中華人民共和國全國社會保障基金理事會 (the National Council for Social Security Fund of the PRC) |
| "NDRC" | 中華人民共和國國家發展和改革委員會 (the National Development and Reform Commission) |
| "NPC" or "National People's Congress" | 全國人民代表大會 (the National People's Congress) |
| "NSP" | new suspension preheater dry process |
| "NSP Cement" | cement produced using the clinker manufactured by the new suspension preheater dry process |
| "NTMEC" | 南京凱勝機電設備安裝有限公司 (Nanjing Triumph Machinery and Equipment Installation Company Limited), a limited liability company incorporated on March 31, 2005 under the laws of the PRC, in which Nanjing Triumph has a 51% direct equity interest |
| "Offer Price" | the final price per H Share in Hong Kong dollars (exclusive of brokerage, SFC transaction levy and the Stock Exchange trading fee) at which the H Shares are to be subscribed for and issued pursuant to the Global Offering, to be determined as further described in the section entitled "*Structure of the Global Offering — Pricing of the Global Offering*" in this prospectus |
| "Offer Shares" | the Public Offer Shares and the International Placing Shares together, where relevant, with any additional H Shares issued pursuant to the exercise of the Over-allotment Option |

## DEFINITIONS

| | |
|---|---|
| "Over-allotment Option" | the option to be granted by the Company and the Selling Shareholders to the Global Coordinator on behalf of the International Underwriters exercisable by the Global Coordinator pursuant to the International Underwriting Agreement, to be exercisable at any time from the day on which trading of the H Shares commences on the Stock Exchange until 30 days after the last day for the lodging of applications under the Hong Kong Public Offering, to require the Company to allot and issue up to an aggregate of 89,200,000 additional H Shares, and the Selling Shareholders to sell up to 8,920,000 additional Sale H Shares, in aggregate representing approximately 15% of the initial Offer Shares, at the same price per H Share under the International Placing solely to cover over-allocations in the International Placing, if any |
| "Parent" | 中國建築材料集團公司 (China National Building Material Group Corporation), a state-owned enterprise established on January 3, 1984 under the laws of the PRC, which directly and indirectly holds a 94.75% equity interest in the Company immediately prior to the Global Offering and is a Promoter |
| "Parent Group" | collectively, Parent and its subsidiaries (excluding the Group) |
| "PBOC" | 中國人民銀行 (the People's Bank of China), the central bank of the PRC |
| "PBOC Rate" | the exchange rate for foreign exchange transactions set daily by the PBOC based on the previous day's China interbank foreign exchange market rate and with reference to current exchange rates on the world financial markets |
| "Pizhou Taihe" | 邳州泰和建材有限責任公司 (Pizhou Taihe Building Material Company Limited), a limited liability company incorporated on April 25, 2002 under the laws of the PRC, in which Taihe has a 95% equity interest |
| "PRC GAAP" | the generally accepted accounting policies of the PRC |
| "Price Determination Date" | the date, expected to be on or around Thursday, March 16, 2006 but no later than Tuesday, March 21, 2006, on which the Offer Price is fixed for the purpose of the Global Offering |
| "Promoters" | the initial promoters of the Company, being Parent, BNBMG, Cinda, the Building Materials Academy and CNBM Trading |

---

**DEFINITIONS**

---

| | |
|---|---|
| "Public Offer Shares" | the H Shares offered for subscription pursuant to the Hong Kong Public Offering |
| "PVC" | polyvinyl chloride |
| "QIBs" | Qualified institutional buyers within the meaning of Rule 144A |
| "Qingdao Company" | 青島魯宏水泥有限公司 (Qingdao Luhong Cement Company Limited), a limited liability company incorporated on November 19, 2003 under the laws of the PRC and a subsidiary of the Company, in which Qingzhou has an 89% equity interest |
| "Qingzhou" | 青州中聯魯宏水泥有限公司 (China United Qingzhou Luhong Cement Company Limited), a limited liability company incorporated on February 20, 2004 under the laws of the PRC and a subsidiary of the Company, in which China United directly and indirectly holds a 96.07% equity interest, and, except where the context otherwise requires, its subsidiaries |
| "Qinhuangdao Institute" | 秦皇島玻璃工業研究設計院 (Qinhuangdao Glass Industry Research Institute), a state-owned enterprise established on October 14, 1992 under the laws of the PRC, which is a wholly-owned subsidiary of Parent |
| "Qinhuangdao Taishan" | 秦皇島泰山建材有限責任公司 (Qinhuangdao Taishan Building Material Company Limited), a limited liability company incorporated on April 30, 2002 under the laws of the PRC and a subsidiary of the Company, in which Taihe has a 70% equity interest |
| "Regulation S" | Regulation S under the U.S. Securities Act |
| "Reorganization" | the reorganization of assets and liabilities of the Company and Parent and their respective subsidiaries and associates pursuant to a reorganization agreement dated March 7, 2006, which is more particularly described in the section entitled "*History, Reorganization and Group Structure*" of this prospectus and the section entitled "*I. Further Information about the Company — 4. Corporate Reorganization and Subsequent Shareholding Changes*" in Appendix VIII, "*Statutory and General Information*" to this prospectus |
| "RMB" or "Renminbi" | Renminbi yuan, the lawful currency of the PRC |
| "Rule 144A" | Rule 144A under the U.S. Securities Act |

## DEFINITIONS

| | |
|---|---|
| "SAFE" | 中國國家外匯管理局 (the PRC State Administration of Foreign Exchange), the PRC Government agency responsible for matters relating to foreign exchange administration |
| "Sale H Shares" | the 59,474,000 H Shares to be converted from an equal number of Domestic Shares with a nominal value of RMB1.00 each held by the Selling Shareholders to be offered for sale by the Selling Shareholders as part of the Global Offering at the Offer Price, subject to any adjustment as mentioned in the section headed *Structure of the Global Offering*" in this prospectus and, where relevant, any additional H Shares which may be sold pursuant to the exercise of the Over-allotment Option, and references to "Sale H Shares" shall include, where the context requires, the Domestic Shares from which the Sale H Shares are converted |
| "Sallmanns" | Sallmanns (Far East) Ltd., professional surveyors and property valuers |
| "SASAC" | 國務院國有資產監督管理委員會 (the State-owned Assets Supervision and Administration Commission of the State Council) |
| "Selling Shareholders" | collectively, Parent, BNBMG, Cinda, the Building Materials Academy and CNBM Trading, except to the extent and only in the context of the Sale H Shares, collectively, Parent, BNBMG, Cinda, the Building Materials Academy and CNBM Trading holding the Sale H Shares as registered holders on behalf of the National Social Security Fund, as further described in the section headed *Structure of the Global Offering — The Selling Shareholders*" |
| "SETC" | 中華人民共和國國家經濟貿易委員會 (the PRC State Economic and Trade Commission) |
| "SFC" | the Securities and Futures Commission of Hong Kong |
| "SFO" | the Securities and Futures Ordinance (Chapter 571 of the Laws of Hong Kong), as amended, supplemented or otherwise modified from time to time |
| "Share(s)" | ordinary shares of the Company with a nominal value of RMB 1.00 each, comprising both Domestic Shares and H Shares |
| "Shareholder(s)" | holder(s) of the Share(s) |

---

## DEFINITIONS

---

| | |
|---|---|
| "Shenzhen B&Q" | 深圳百安居裝飾建材有限公司 (Shenzhen B&Q Decoration & Building Materials Company Limited), a limited liability company incorporated on March 8, 2002 under the laws of the PRC and an associate of the Company, in which BND has a 35% equity interest |
| "Shenzhen Triumph" | 深圳市凱盛科技工程有限公司 (CTIEC Shenzhen Scieno-tech Engineering Company Limited), a limited liability company incorporated on April 8, 2002 under the laws of the PRC and a subsidiary of the Company, in which China Triumph holds a 55% equity interest |
| "Shizhongqu" | 棗莊市市中區國有資產經營有限公司 (Zaozhuang Shizhongqu State-owned Asset Management Company Limited), a limited liability company incorporated on April 19, 2002 under the laws of the PRC and an Independent Third Party |
| "Special Regulations" | 國務院關於股份有限公司境外募集股份及上市的特別規定 (the Special Regulations of the State Council on the Overseas Offer and Listing of Shares by Joint Stock Limited Companies), promulgated by the State Council on August 4, 1994, as amended, supplemented or otherwise modified from time to time |
| "Sponsor" | the sponsor of the listing of the H Shares on the Stock Exchange, being Morgan Stanley |
| "sq.m." or "m²" | square meters |
| "State," "state," "PRC Government" or "PRC government" | the government of the PRC including all political subdivisions (including provincial, municipal and other regional or local government entities) and instrumentalities thereof |
| "State Council" | 中華人民共和國國務院 (the State Council of the PRC) |
| "Stock Exchange" | The Stock Exchange of Hong Kong Limited |
| "Supervisors" | the members of the supervisory committee of the Company |
| "Suqian Julong" | 中聯巨龍水泥(宿遷)有限公司 (Zhonglian Julong Cement (Suqian) Company Limited), a limited liability company incorporated on December 16, 2004 under the laws of the PRC and a subsidiary of the Company, in which Huaihai has a 90% equity interest |

## DEFINITIONS

| | |
|---|---|
| "Taihe" | 山東泰和東新股份有限公司 (Shandong Taihe Dongxin Company Limited), a joint stock limited company incorporated on June 24, 1998 under the laws of the PRC and a subsidiary of the Company, in which BNBM has a 42% equity interest |
| "Taihe Group" | Taihe and/or its subsidiaries |
| "Taili Jewellery" | 泰安泰立珠寶有限公司 (Taian Taili Jewellery Company Limited), a limited liability company incorporated on August 24, 1998 under the laws of the PRC and a subsidiary of the Company, in which Taihe has a 70% equity interest |
| "Tianfeng" | 蘇州天豐新型建材有限責任公司 (Suzhou Tianfeng New Building Material Company Limited), a limited liability company incorporated on May 28, 2002 under the laws of the PRC and a subsidiary of the Company, in which BNBM has a 75% equity interest |
| "Tianma Group" | 常州天馬集團有限公司 (Changzhou Tianma Group Company Limited), a limited liability company incorporated on June 30, 1980 under the laws of the PRC, which has a 35% equity interest in Zhongxin Tianma |
| "Track Record Period" | the three years ended December 31, 2004 and the nine months ended September 30, 2005 |
| "Underwriters" | collectively, the Hong Kong Underwriters and the International Underwriters |
| "Underwriting Agreements" | collectively, the Hong Kong Underwriting Agreement and the International Underwriting Agreement |
| "United States" or "U.S." | the United States of America |
| "U.S. Exchange Act" | the United States Exchange Act of 1934, as amended, and the rules and regulations promulgated thereunder |
| "U.S. Securities Act" | the United States Securities Act of 1933, as amended, and the rules and regulations promulgated thereunder |
| "U.S.$" or "U.S. dollars" | United States dollars, the lawful currency of the United States |
| "VAT" | value added tax |

**DEFINITIONS**

| | |
|---|---|
| "Weifang Aotai" | 濰坊奧泰石膏有限公司 (Weifang Aotai Gypsum Company Limited), a limited liability company incorporated on August 7, 2004 under the laws of the PRC and a subsidiary of the Company, in which Taihe holds a 75% equity interest |
| "Weihai Marine" | 威海玻璃鋼漁船開發有限責任公司 (Shandong Weihai Marine Co., Ltd.), a limited liability company incorporated on April 30, 1997 under the laws of the PRC, which was subsequently renamed as Zhongfu Xigang |
| "Xinlei" | 邢台鑫磊建材(集團)股份有限公司 (Xingtai Xinlei Building Material (Group) Co., Ltd.), a joint stock limited company incorporated on December 31, 1996 under the laws of the PRC, which is a subsidiary of Parent and a former subsidiary of China United prior to the Reorganization |
| "Xuzhou Fasite" | 徐州法斯特建材有限責任公司 (Xuzhou Fasite Building Material Company Limited), a limited liability company incorporated on September 30, 2003 under the laws of the PRC and a subsidiary of the Company, in which Taihe directly and indirectly has an 99% equity interest |
| "Yaohua" | 上海耀華皮爾金頓玻璃股份有限公司 (Shanghai Yaohua Pilkington Glass Co., Ltd.), a joint stock limited company incorporated on November 23, 1993 under the laws of the PRC and an associate of the Company, in which China Composites has a 16.26% equity interest |
| "Zaozhuang Luhong" | 棗莊中聯魯宏水泥有限公司 (Zaozhuang China United Luhong Cement Co., Ltd), a limited liability company established on October 24, 2003 under the laws of the PRC and a subsidiary of the Company, in which China United directly and indirectly has a 91.74% equity interest |
| "Zhongfu Lianzhong" | 連雲港中復連眾複合材料集團有限公司 (Lianyungang Zhongfu Lianzhong Composite Material Group Company Limited), a limited liability company incorporated on October 26, 1989 under the laws of the PRC and a subsidiary of the Company, in which China Composites has a 94.5% equity interest |
| "Zhongfu Liberty" | 常州中復麗寶第複合材料有限公司 (Changzhou China Composites Liberty Company Limited), a limited liability company incorporated on December 18, 2003 under the laws of the PRC and a subsidiary of the Company, in which China Composites has an 80% equity interest |

## DEFINITIONS

| | |
|---|---|
| "Zhongfu Xigang" | 威海中復西港船艇有限公司 (Weihai China Composites Xigang Boat Company Limited), a limited liability company incorporated on April 30, 1997 under the laws of the PRC and a subsidiary of the Company, in which China Composites has a 51% equity interest |
| "Zhongxin Tianma" | 常州中新天馬玻璃纖維製品有限公司 (Changzhou China Composites Tianma Fiberglass Products Company Limited), a limited liability company incorporated on December 11, 1995 under the laws of the PRC and a subsidiary of the Company, in which China Composites has a 40% equity interest and, except where the context otherwise requires, all of its subsidiaries |
| "Ziyan" | 邢台中聯子岩水泥有限公司 (Xingtai China United Ziyan Company Limited), a limited liability company incorporated on March 28, 2005 under the laws of the PRC and a subsidiary of the Company, in which China United has a 67.71% equity interest |

For the purpose of illustration only and unless otherwise specified in this prospectus, amounts denominated in RMB have been translated into HK$ at the PBOC Rate of RMB 1.036 = HK$1.00, being the PBOC Rate at the closing on March 2, 2006. No representation is made that the RMB amounts could have been, or could be, converted into HK$ or vice versa at such rates or at any other rate on such date or on any other date.

Unless expressly stated or the context requires, all data in this prospectus is as at the date of this prospectus.

For the purposes of this prospectus, we describe a cement production line by its daily clinker capacity and, unless otherwise indicated, convert the daily clinker capacity to an annual cement production capacity by assuming that each tonne of clinker produces 1.3 tonnes of cement and that the production line operates 310 days a year.

For the purposes of this prospectus, we present the production capacity of a gypsum board production line on the basis of the standard gypsum boards that are 9.5 millimeter thick.

For the purposes of this prospectus, unless the context otherwise requires, references to "2002," "2003" and "2004" refer to the Company's financial year ended December 31 of such year.

Unless otherwise specified, all references to any shareholdings in the Company assume no exercise of the Over-allotment Option.

# RISK FACTORS

*The historical financial information included in this prospectus may not be an accurate indication of what our financial condition and/or results of operations would have been under the Group's current organizational structure.*

The Company was converted into a joint stock limited company from CNBM Equipment on March 28, 2005. A majority of our current businesses, operations, assets and liabilities were either transferred to CNBM Equipment from Parent as a part of the Reorganization or were acquired by us from Parent Group or unrelated third parties after the Reorganization. Our limited history of operating the Group's businesses under its current organizational structure may impact your ability to evaluate our business and prospects. The historical financial information for the years ended December 31, 2002, 2003 and 2004 and the nine months ended September 30, 2004 and 2005 included in this prospectus may not be indicative of what our financial condition and/or our results of operations would have been had we been operating our business under the Group's current organizational structure for the periods presented.

*The Company's direct or indirect equity interests in its publicly-listed subsidiaries or associates in the PRC are subject to the recent securities reform in the PRC.*

The Company currently holds equity interests directly or indirectly in three public companies listed in the PRC, namely, BNBM, China Fiberglass and Yaohua. As with most other public companies listed in the PRC, these companies had a "split share" structure during the Track Record Period, whereby in addition to freely tradable shares denominated in RMB, or "A shares," listed on the PRC stock exchanges, these companies had also issued non-tradable shares. All of the Company's equity interests in BNBM and China Fiberglass are held in the form of non-tradable shares. All of the Company's equity interests in Yaohua were held in the form of non-tradable shares during the Track Record Period.

On September 4, 2005, the CSRC issued "Administrative Measures on the Split Share Structure Reform of Listed Companies," permitting companies listed in the PRC to eliminate the transfer restrictions placed on their non-tradable shares through a consideration arrangement that balances the interests of holders of non-tradable shares and those of holders of A shares (the "Conversion Scheme"). In accordance with such measures, holders of at least two-thirds of a listed company's non-tradable shares shall have the power to propose and then negotiate a Conversion Scheme with holders of A shares. The Conversion Scheme is then subject to the approval of two-thirds majority of the holders of A shares participating in the vote, two-thirds majority of all shareholders participating in the vote and, in the case of BNBM and China Fiberglass, the SASAC.

The consideration arrangements under the Conversion Schemes proposed or implemented to date have been primarily in the form of share transfers from holders of non-tradable shares to holders of A shares, and in certain cases supplemented or substituted by other considerations, including, without limitation, payments in cash, issuances of warrants, cancellation of outstanding non-tradable shares, promises of asset injections into listed companies by holders of non-tradable shares, or a combination of the above.

The Company currently holds a 60.33% equity interest, while holders of A shares have a 39.67% equity interest, in BNBM. As at September 30, 2005, BNBM had a net asset value of RMB 1,396.3 million, of which the Group's share of interest amounted to RMB 842.4 million. For the nine months ended September 30, 2005, BNBM generated a net profit of RMB 84.0 million, of which RMB 50.7 million was attributable to the

## RISK FACTORS

- changes in population growth and GDP growth and the impact of those changes on the demand for our products.

Subject to the requirements of applicable laws, rules, regulations and our on-going disclosure obligations pursuant to the Listing Rules (including pursuant to Rule 13.09 thereof), we do not have any obligation to update or otherwise revise the forward-looking statements in this prospectus. Because of these risks, uncertainties or assumptions, the forward-looking events and circumstances discussed in this prospectus might not occur in the way we expect, or at all. Accordingly, you should not place undue reliance on any forward-looking information.

***The Company's payment of dividends depends on certain factors; there is no assurance that dividends will be distributed in any particular form or at all.***

The Company was converted into a joint stock limited company on March 28, 2005. Prior to its conversion, CNBM Equipment did not declare or pay any dividend for the years ended December 31, 2002, 2003 and 2004. The dividends reflected on our audited consolidated financial statements for the years ended December 31, 2002, 2003 and 2004 in the amount of approximately RMB 17.3 million, RMB 20.8 million and RMB 27.8 million, respectively, represented the amount of dividends declared and paid by BNBM which became a subsidiary of ours as a result of the Reorganization. BNBM is a public company listed in the PRC. Neither the Company nor CNBM Equipment received any such dividends, which were declared and paid prior to September 30, 2004. See "*History, Reorganization and Group Structure.*" In addition, pursuant to the requirements of "Provisional Regulations Relating to Corporate Reorganization of Enterprises and Related Management of State-owned Capital and Financial Treatment" issued by the Ministry of Finance, the Company declared a dividend in an aggregate amount of RMB135.6 million in respect of the period from October 1, 2004 to March 27, 2005 to Parent and BNBMG, the shareholders of the Company at the time. See "*Financial Information — Dividends.*"

Notwithstanding our dividend policy upon listing as detailed in "*Financial Information*" in this prospectus, there is no assurance that dividends will be distributed in any particular form or at all. The dividends set forth in the paragraph above were dividends paid by BNBM prior to the transfer of Parent's equity interest in BNBM to us as a part of the Reorganization or a one-time dividend mandated by government regulations in connection with the Reorganization and they are not indicative of our future dividend payment. Whether dividends will be distributed and the amount to be distributed, if any, will depend on factors such as our profitability, financial condition, business development requirements, future prospects and cash requirements. In addition, under PRC law and upon the listing of the H Shares on the Stock Exchange, the Company may only pay dividends out of distributable reserves as determined under PRC GAAP or IFRS, whichever is lower. See "*Financial Information — Dividends*" and "*Financial Information — Distributable Reserves*" in this prospectus. As a result, the Company may not have sufficient or any profits to enable it to make dividend distributions in the future, including in respect of periods during which our financial statements indicate that our operations have been profitable.

— 53 —

## HISTORY, REORGANIZATION AND GROUP STRUCTURE

present and deputy general manager from 2004 to the present), Mr. Li Yimin (李誼民) (who managed BNBM between May 1997 and February 2004 and is also an executive Director and vice president of the Company) and Mr. Bao Wenchun (包文春) (who managed BNBM between May 1997 and October 2004, and is also a Supervisor of the Company).

In 2001, BND was founded by BNBM, China National Building Material and Equipment Import and Export Zhujiang Company (中國建築材料及設備進出口珠江公司), BNBMG and Shenzhen Zhujiang Building Material Enterprise Company (深圳珠江建材實業公司), to operate our international trading business and retail distribution business.

In 2002, BNBM entered into a joint venture, BNBM Homes, with BNBMG, Nippon Steel Corporation, Toyota Motor Corporation and Mitsubishi Corporation for developing the business of prefabricated homes. BNBM currently has a 64% equity interest in BNBM Homes.

In 2005, BNBM further expanded its gypsum boards and acoustical ceiling panels businesses.

On February 25, 2005, BNBM entered into a share transfer agreement for acquiring a 50% and a 25% equity interest in Tianfeng from Yan Yu and Zhang Zhonghua, respectively, for a total consideration of RMB 22 million. The consideration was determined by reference to the net asset value attributable to such equity interest as at October 31, 2004.

On March 19, 2005, BNBM entered into a share subscription agreement for, among other things, the subscription of 65,362,500 shares, representing 42% of the registered capital of Taihe upon completion of the share subscription. The subscription price paid by BNBM was approximately RMB 117.65 million, which was determined by reference to the net asset value of Taihe as at March 31, 2005.

### Glass Fiber and FRP Products

#### China Fiberglass

China Fiberglass is the holding company of our glass fiber business. It was formerly named China National Chemical Building Material Company Limited (中國化學建材股份有限公司), a joint stock limited company established by Parent, Zhejiang Tongxiang Zhenshi Company Limited (浙江桐鄉振石股份有限公司), Zhejiang Yonglian Group Company (浙江永聯集團公司) and CNBM Equipment as promoters. Its A shares have been listed on the Shanghai Stock Exchange since April 1999.

China Fiberglass operates its business primarily through Jushi Group, a sino-foreign equity joint venture established by China National Chemical Building Material Company Limited, the staff shareholding union of Jushi Group and Surest Finance Limited in June 2001.

Immediately before the Reorganization, China Fiberglass was principally managed by Mr. Cao Jianglin (曹江林), Mr. Zhang Yuqiang (張毓強), Mr. Chen Lei (陳雷), Mr. Jia Jianjun (賈建軍) and Mr. Chen Tieshen (陳鐵身).

— 87 —

## HISTORY, REORGANIZATION AND GROUP STRUCTURE

*China Composites*

China Composites is the holding company of our FRP products business. It was formerly named China National Inorganic Non-Metal Material Technology Enterprise Company (中國無機非金屬材料科技實業公司). China National Inorganic Non-Metal Material Technology Enterprise Company was established in June 1988 as an enterprise under the State Building Materials Industry Bureau and was one of the parties to a merger in 1996 that resulted in the formation of China Composites (formerly named China National Inorganic Non-Metal Material Technology Corporation (中國無機非金屬材料科技實業總公司) and China National Inorganic Non-Metal Technology Group Company (中國無機材料科技實業集團公司). In 1999, China Composites was separated from the State Building Materials Industry Bureau and transferred to Parent by way of allocation at nil consideration. Immediately before the Reorganization, China Composites was principally managed by Mr. Zhang Dingjin (張定金) and Mr. Xue Jirui (薛繼瑞).

We operate our FRP pipes and tanks business primarily through Zhongfu Lianzhong, a subsidiary of China Composites. Zhongfu Lianzhong was converted from an FRP pipes and tanks factory in Lianyungang, established in October 1989, into a limited liability company in October 1997. In 2003, Parent acquired, through China Composites, a 51% equity interest in Zhongfu Lianzhong by injecting cash into its capital in 2003 and increased its equity interest in Zhongfu Lianzhong to 94.5% in 2005.

We operate our glass fiber mats business through Zhongxin Tianma, a sino-foreign equity joint venture established by Tianma Group, Parent and JM International in December 1995. In 2004, Parent transferred its 40% equity interest in Zhongxin Tianma to China Composites by way of allocation at nil consideration.

Zhongfu Liberty was established by China Composites and CNBM Equipment in December 2003. On February 10, 2004, CNBM Equipment and Liberty Group entered into a share transfer agreement for the transfer of CNBM Equipment's 20% equity interest in Zhongfu Liberty to Liberty Group at a consideration of RMB 10 million. It is principally engaged in the production of glass fiber and composites products.

After a series of share allocations in 1999 and 2002, China Composites acquired from China National Building Material Technology and Equipment Company (中國建材技術裝備公司) and Beijing Zhongbei Glass Industrial Company (北京中北玻璃工業公司) a 16.83% equity interest in Yaohua, a major float glass manufacturer in the PRC, whose shares are listed on the Shanghai Stock Exchange.

*Engineering Services*

We carry out engineering services through China Triumph. China New Building Material Property Development Company (中國新型建築材料房地產開發公司), a wholly-owned subsidiary of Parent, was renamed China Triumph International Engineering Consulting Company (中國凱盛國際工程諮詢公司) and changed its scope of business to the provision of engineering design and construction services in July 2000 and further changed its name to China Triumph International Engineering Company (中國凱盛國際工程公司) in March 2002. China Triumph initially provided its services to glass manufacturers and later extended its services to cement manufacturers through Nanjing Triumph.

— 88 —

# HISTORY, REORGANIZATION AND GROUP STRUCTURE

Nanjing Triumph was established by China Triumph and Bengbu Design & Research Institute for Glass Industry (蚌埠玻璃工業設計研究院) on December 26, 2001. Shenzhen Triumph was established by China Triumph, Bengbu Huajin Technology Development Company Limited (蚌埠市華金技術開發有限責任公司) and 13 individuals on April 8, 2002. Bengbu Triumph was established by China Triumph, Shenzhen Triumph and Nanjing Triumph in July 2004. It principally supplies equipment for projects undertaken by China Triumph, Nanjing Triumph and Shenzhen Triumph. Immediately before the Reorganization, China Triumph was principally managed by Mr. Peng Shou (彭壽) and Mr. Shi Chunren (施純仁).

## Reorganization

In anticipation of the Global Offering, we underwent the Reorganization. The objective of the Reorganization was to position the Company, then a wholly-owned subsidiary of Parent, as the holding company of our cement, lightweight building materials, glass fiber and FRP products and engineering services businesses. Our proposal for the Reorganization was approved by SASAC in November 2004.

Prior to the Reorganization, CNBM Equipment was principally engaged in the import and export business. As part of the Reorganization, (i) CNBM Equipment transferred all of its operations, assets and liabilities to CNBM Trading, a subsidiary of Parent, by way of allocation at nil consideration; and (ii) Parent Group injected into CNBM Equipment all of our current operations, assets and liabilities. We underwent a series of asset and shareholding restructuring, which included the following:

### Cement

The purpose of the Reorganization included the separation of our NSP cement operations from other operations. The asset restructuring of China United involved the following:

- On September 30, 2004, Parent approved (Zhong Jian Cai Ban Fa [2004] No. 441) the restructuring of China United. The restructuring involved the disposal by China United of assets mainly relating to its mining and vertical kiln cement operations and minority interests in certain cement operations and the capitalization of retained earnings of approximately RMB 9.75 million. As a result, China United was held as to 44.79%, 47.42% and 7.79% by Parent, CNBM Equipment and Hefei Institute, respectively.

- On November 2, 2004, Parent approved the adjustment of the shareholding structure of China United (Zhong Jian Cai Ban Fa [2004] No. 442), under which (a) Parent transferred a 9.9% equity interest in China United to BNBMG; (b) CNBM Equipment transferred its entire 47.42% equity interest in China United to CNBM Trading; and (c) Hefei Institute transferred its entire 7.79% equity interest in China United to Parent. As a result, China United was held as to 42.68%, 47.42% and 9.9% by Parent, CNBM Trading and BNBMG, respectively.

- On December 3, 2004, Parent approved (Zhong Jian Cai ban Fa [2004] No. 514) the transfer of a 90.1% equity interest in China United. Pursuant to the approval, Parent and CNBM Trading transferred their respective entire 42.68% and 47.42% equity interest in China United to CNBM Equipment. As a result, China United was held as to 90.1% by CNBM Equipment.

## HISTORY, REORGANIZATION AND GROUP STRUCTURE

- China United retained the assets and liabilities relating to NSP cement production that were held by Lunan Cement (through Luhong), Julong Cement (through Huaihai) and Nanyang Hangtian's Zhenping branch factory (through Nanyang), prior to the Reorganization, as they were the core cement operations of Parent. Other assets and liabilities, including cement operations using the vertical kiln technique and the mining rights in respect of certain limestone and clay quarries, were transferred to Parent by way of allocation at nil consideration. Such assets and liabilities were historically associated with the NSP cement production, but do not form part of the core business.

- China United transferred to Parent Group its 98.55% equity interest in Xinlei as well as minority investment holdings in certain cement operations in Guangxi, Hunan, Hubei, Henan, Gansu, Sichuan, Inner Mongolia Autonomous Region and Heilongjiang by way of allocation at nil consideration. Xinlei is currently principally engaged in the production of cement using the vertical kiln technique.

*Lightweight Building Materials*

- On December 27, 2004, SASAC issued an approval (Guo Zi Chan Quan [2004] No. 1204) approving, amongst other things, the transfer of BNBMG's 60.33% equity interest in BNBM to CNBM Equipment.

- On January 28, 2005, CSRC issued an opinion (Zheng Jian Gong Si Zi [2005] No. 6) relating to, amongst other things, the waiver from the obligation for CNBM Equipment to make a general offer for the A shares in BNBM, which were listed on the Shenzhen Stock Exchange, as a result of the above transfer.

- On March 24, 2005, registration procedures relating to the transfer of BNBMG's 60.33% equity interest in BNBM to CNBM Equipment were completed. As a result, BNBM was held as to 60.33% by CNBM Equipment and 39.67% by the public.

*Glass Fiber and FRP Products*

*China Fiberglass*

- On December 28, 2004, SASAC issued an approval (Guo Zi Chan Quan [2004] No. 1204) approving, amongst other things, the transfer of BNBMG's 37.79% equity interest in China Fiberglass to CNBM Equipment.

- On January 28, 2005, CSRC issued an opinion (Zheng Jian Gong Si Zi [2005] No. 6) relating to, amongst other things, the waiver from the obligation for CNBM Equipment to make a general offer for the A shares in China Fiberglass, which were listed on the Shanghai Stock Exchange, as a result of the above transfer.

- As part of the Reorganization, (i) BNBMG and CNBM Trading respectively transferred to CNBM Equipment 37.79% and 0.31% equity interests in China Fiberglass by way of allocation at nil consideration; and (ii) CNBM Equipment acquired a 2.07% equity interest from China Fiberglass for a total cash consideration of RMB12,890,000. As a result, China Fiberglass was held as to 40.17% by CNBM Equipment.

— 90 —

## HISTORY, REORGANIZATION AND GROUP STRUCTURE

*China Composites*

- On July 14, 2004, Parent approved (Zhong Jian Cai Ban Fa [2004] No. 283) the transfer of China Composites' equity interests in companies which it does not control, have ceased operation or do not produce its core glass fiber mats and FRP products (including certain glass product manufacturers) to Parent Group at nil consideration.

- On September 8, 2004, Parent approved (Zhong Jian Cai Ban Fa [2004] No. 353) the conversion of China Composites into a limited liability company. Upon completion of the conversion, China Composites was held as to 80% and 20% by CNBM Equipment and Parent, respectively.

- On November 2, 2004, Parent approved (Zhong Jian Cai Ban Fa [2004] No. 444) the transfer of CNBM Equipment's 3% equity interest in China Composites to Parent at nil consideration. As a result of such transfer, China Composites was held as to 77% and 23% by CNBM Equipment and Parent, respectively.

- On December 17, 2004, Parent and China Fiberglass entered into a share transfer agreement for the transfer of Parent's 23% equity interest in China Composites to China Fiberglass. As a result, China Composites was held as to 77% and 23% by CNBM Equipment and China Fiberglass, respectively.

- As part of the Reorganization, China Composites retained the assets and liabilities which form part of its core glass fiber mats and FRP products business. China Composites' equity interests in companies which it does not control, have ceased operation or do not produce its core products were transferred to Parent Group by way of allocation at nil consideration.

*Engineering Services*

- On July 30, 2004, Parent approved (Zhong Jian Cai Ban Fa [2004] No. 282) the transfer of cash of RMB 11 million held by Bengbu Design and Research Institute for Glass Industry, a wholly-owned subsidiary of Parent, to China Triumph, to ensure that China Triumph has sufficient funds to meet its working capital requirement. Such funds were mainly used by China Triumph for purchasing supplies for its engineering services business.

- On September 8, 2004, Parent approved (Zhong Jian Cai Ban Fa [2004] No. 352) the conversion of China Triumph into a limited liability company. Upon completion of the conversion, China Triumph was held as to 91% and 9% by Parent and Bengbu Huajin Technology and Development Company Limited (蚌埠市華金技術開發有限責任公司), respectively.

- On November 2, 2004, Parent approved (Zhong Jian Cai Ban Fa [2004] No. 443) the transfer of Parent's 91% equity interest in China Triumph to CNBM Equipment at nil consideration. As a result, China Triumph was held as to 91% and 9% by CNBM Equipment and Bengbu Huajin Technology and Development Company Limited (蚌埠市華金技術開發有限責任公司), respectively.

— 91 —

## HISTORY, REORGANIZATION AND GROUP STRUCTURE

*Properties*

- On January 27, 2005, Beijing Haidian State Land Resources and Housing Management Bureau (北京市海澱區國土資源和房屋管理局) approved the allocation of the land use rights in respect of 11 parcels of land having a total area of approximately 383,906.88 sq.m. from BNBMG to CNBM Equipment.

- On April 18, 2005, Beijing Municipal State Land Resources Bureau (北京市國土資源局) approved the change of the registered owner of the land use rights in respect of 11 parcels of land having a total area of approximately 383,906.88 sq.m. from CNBM Equipment to the Company.

As a result, the Company currently holds, directly and indirectly, the following:

- 96.07% equity interest in China United;

- 60.33% equity interest in BNBM;

- 40.17% equity interest in China Fiberglass;

- 86.24% equity interest in China Composites;

- 91.00% equity interest in China Triumph; and

- land use rights in respect of 11 parcels of land having a total area of approximately 383,906.88 square meters, which is occupied by us for production and office purposes.

**Split Share Structure Reform**

The Company currently holds equity interests directly or indirectly in three public companies listed in the PRC, namely, BNBM, China Fiberglass and Yaohua. As with most other public companies listed in the PRC, these companies had a "split share" structure during the Track Record Period, whereby in addition to freely tradable shares denominated in RMB, or "A shares," listed on the PRC stock exchanges, these companies had also issued non-tradable shares. All of the Company's equity interests in BNBM and China Fiberglass are held in the form of non-tradable shares. All of the Company's equity interests in Yaohua were held in the form of non-tradable shares during the Track Record Period.

On September 4, 2005, the CSRC issued "Administrative Measures on the Split Share Structure Reform of Listed Companies," permitting companies listed in the PRC to eliminate the transfer restrictions placed on their non-tradable shares through a consideration arrangement that balances the interests of holders of non-tradable shares and those of holders of A shares (the "Conversion Scheme"). In accordance with such measures, holders of at least two-thirds of a listed company's non-tradable shares shall have the power to propose and then negotiate a Conversion Scheme with holders of A shares. The Conversion Scheme is then subject to the approval of two-thirds majority of the holders of A shares participating in the vote, two-thirds majority of all shareholders participating in the vote and, in the case of BNBM and China Fiberglass, the SASAC.

## HISTORY, REORGANIZATION AND GROUP STRUCTURE

The consideration arrangements under the Conversion Schemes proposed or implemented to date have been primarily in the form of share transfers from holders of non-tradable shares to holders of A shares, and in certain cases supplemented or substituted by other considerations, including, without limitation, payments in cash, issuances of warrants, cancellation of outstanding non-tradable shares, promises of asset injections into listed companies by holders of non-tradable shares, or a combination of the above.

The Company currently holds a 60.33% equity interest, while holders of A shares have a 39.67% equity interest, in BNBM. As at September 30, 2005, BNBM had a net asset value of RMB 1,396.3 million, of which the Group's share of interest amounted to RMB 842.4 million. For the nine months ended September 30, 2005, BNBM generated a net profit of RMB 84.0 million, of which RMB 50.7 million was attributable to the Group. The Company currently has no plan to propose a Conversion Scheme with respect to BNBM prior to the Global Offering. If the Company were to propose a Conversion Scheme with respect to BNBM following the Global Offering, the Company's equity interest in BNBM and/or the Company's asset value may be reduced as a result of the consideration arrangement involved in the Conversion Scheme. If the proposed Conversion Scheme involves only the transfer of non-tradable shares from the Company to holders of A shares of BNBM, the Company's equity interest in BNBM will be reduced. As a result, the Company will incur a one-time disposal charge in the net asset value of BNBM and a recurring reduction of BNBM's income attributable to equity holders of the Company, both in proportion to the non-tradable shares transferred from the Company to the holders of A shares of BNBM. If the Conversion Scheme involves only payment of cash by the Company to the holders of A shares of BNBM, the Company's equity interest in BNBM will not be affected, but the net asset value of the Company will be reduced by the amount of cash paid to the holders of A shares of BNBM. If the Conversion Scheme involves both the transfer of non-tradable shares and the payment of cash the Company will be subject to a combined effect discussed above. It is currently the intention of the Company that it will not propose any Conversion Scheme pursuant to which the Company will not be able to maintain its controlling position in BNBM.

The Company currently holds a 40.17% equity interest, while holders of A shares have a 33.33% equity interest and certain other shareholders hold a 26.50% non-tradable equity interest, in China Fiberglass. As at September 30, 2005, China Fiberglass had a net asset value of RMB 691.0 million, of which the Group's share of interest amounted to RMB 277.6 million. For the nine months ended September 30, 2005, China Fiberglass generated a net profit of RMB 89.0 million, of which RMB 35.8 million was attributable to the Group. The Company currently has no plan to propose a Conversion Scheme with respect to China Fiberglass prior to the Global Offering. If the Company were to propose a Conversion Scheme with respect to China Fiberglass following the Global Offering, the Company's equity interest in China Fiberglass and/or the Company's asset value may be reduced as a result of the consideration arrangement involved in the Conversion Scheme. If the proposed Conversion Scheme involves only the transfer of non-tradable shares from holders of non-tradable shares to holders of A shares of China Fiberglass, the Company's equity interest in China Fiberglass will be reduced. As a result, the Company will incur a one-time disposal charge in its share of the net asset value of China Fiberglass and a recurring reduction of its share of profit of associates from China Fiberglass, both in proportion to the non-tradable shares transferred from the Company to the holders of A shares of China Fiberglass. If the Conversion Scheme involves only a payment of cash by the holders of non-tradable shares to the holders of A shares of China Fiberglass, the Company's equity interest in China Fiberglass will not be affected, but the net asset value of the Company will be reduced by the amount of cash paid by the Company to the holders of A shares of China Fiberglass. If the Conversion Scheme involves both the transfer of non-tradable shares and the payment of cash, the Company will be subject to a combined effect discussed above.

## HISTORY, REORGANIZATION AND GROUP STRUCTURE

In the event that either BNBM or China Fiberglass implements a Conversion Scheme following the Global Offering that requires holders of non-tradable shares to pay a consideration in excess of two non-tradable shares for every ten A shares, Parent has agreed to be responsible for the excess consideration payable by the Company.

China Composites held a 16.83% equity interest in the form of non-tradable shares in Yaohua, including a 0.13% equity interest held in the form of a special type of publicly purchased non-tradable shares, during the Track Record Period. The shareholders of Yaohua recently approved and Yaohua implemented a Conversion Scheme whereby each holder of A shares in Yaohua was entitled to receive from holders of non-tradable shares (excluding the special type of public purchased non-tradable shares) of Yaohua 3.5 existing non-tradable shares in respect of every ten existing A shares held, and following which all the non-tradable shares were converted to A shares. The implementation of this Conversion Scheme reduced the Company's total equity interests in Yaohua to approximately 16.26%. As at September 30, 2005, Yaohua had a net asset value of RMB 1,868.3 million, of which the Group's share of interest amounted to RMB 242.1 million. For the nine months ended September 30, 2005, Yaohua generated a net profit of RMB 101.4 million, of which RMB 13.1 million was attributable to the Group.

### Segregation of Certain Liabilities

Immediately prior to disposal of all assets and liabilities by CNBM Equipment to CNBM Trading, CNBM Equipment had certain liabilities of (1) approximately RMB 25.9 million plus accrued interest arising from a bank debt incurred by it prior to such disposal, and (2) RMB 28.0 million plus penalty and accrued interest arising from a legal proceeding against CNBM Equipment prior to the disposal. As part of the Reorganization, these liabilities were transferred to CNBM Trading. However, based on the advice of our PRC legal counsel, we may remain liable if CNBM Trading fails to fulfill its obligations in respect of these transferred liabilities (the "Transferred Liabilities").

CNBM Trading has agreed with us to be responsible for the Transferred Liabilities. In addition, pursuant to an indemnification undertaking, Parent has agreed to indemnify and hold us harmless against all damages that may arise from the Transferred Liabilities. This above-mentioned indemnity includes, without limitation, all payments, costs or expenses arising from the resolution of related claims. See "*Risk Factors — Risks Relating to the Group — Failure by Parent Group to fulfill its obligations to us may have a material adverse effect on our business operations, growth prospects and profitability.*"

We may be liable for the Transferred Liabilities only if: (1) CNBM Trading fails to fulfill its obligations in respect of the Transferred Liabilities; and (2) Parent fails to indemnify and hold us harmless against all damages that may arise from the Transferred Liabilities. As at September 30, 2005, the Transferred Liabilities represented approximately 1.66% (excluding the accrued interest in relation to the bank debt and the penalty and interest in relation to the legal proceeding against CNBM Equipment) of the consolidated net assets of the Company.

The following chart sets out the simplified corporate structure of the Group immediately after the Global Offering, assuming the Over-allotment Option is not exercised:



\* Sum of these shareholding percentages may differ from total due to rounding.

HISTORY, REORGANIZATION AND GROUP STRUCTURE

---

**BUSINESS**

---

**Production**

We currently operate, through China United, five clinker and cement production plants, namely, the Luhong plant in Tengzhou, Shandong (山東省滕州市), the Huaihai plant in Xuzhou, Jiangsu (江蘇省徐州市), the Nanyang plant in Nanyang, Henan (河南省南陽市), the Zaozhuang Luhong plant in Zaozhuang, Shandong (山東省棗莊市) and the Ziyan plant in Xingtai, Hebei (河北省邢臺市).

Our Luhong, Huaihai and Zaozhuang Luhong plants are all located within the Huaihai Economic Zone, while our Nanyang plant is located in an area adjacent to the west end of the Huaihai Economic Zone.

In 2004, we acquired a piece of land in Qingzhou, Shandong (山東省青州市), which is adjacent to the east end of the Huaihai Economic Zone, on which we are constructing a new cement plant. The plant is scheduled for completion by the end of 2006.

**Production Volume**

The table below sets out our cement production output for the periods indicated, by location:

| Plant and location | For the year ended December 31, | | | For the nine months ended September 30, |
|---|---|---|---|---|
| | 2002 | 2003 | 2004 | 2005 |
| | (in thousand tonnes) | | | |
| Luhong (Tengzhou, Shandong) . . . . . . . . . . . | 1,311.7 | 1,420.8 | 2,000.0 | 1,534.4 |
| Huaihai (Xuzhou, Jiangsu) . . . . . . . . . . . . . . | 1,466.3 | 1,600.3 | 1,520.0 | 1,142.8 |
| Nanyang (Nanyang, Henan) . . . . . . . . . . . . . | — | — | 197.2 | 719.2 |
| Zaozhuang Luhong (Zaozhuang, Shandong) . . . . | — | — | — | 259.5 |
| Ziyan (Xingtai, Hebei). . . . . . . . . . . . . . . . . | — | — | — | 102.2 |
| Total . . . . . . . . . . . . . . . . . . . . . . . . . | 2,778.0 | 3,021.1 | 3,717.2 | 3,758.1 |

**Production Capacity**

All of our clinker production lines employ the NSP technology. The table below sets out the production capacities of our existing plants as at September 30, 2005, by location:

| Plant and location | Our equity interest | Number of production lines | Daily clinker capacity | Annual cement capacity |
|---|---|---|---|---|
| | | | (in tonnes) | (in thousand tonnes) |
| Luhong (Tengzhou, Shandong) . . . . . . . . . . . | 77.2% | 3 | 9,600 | 3,869 |
| Huaihai (Xuzhou, Jiangsu) . . . . . . . . . . . . . . | 85.3% | 2 | 8,500 | 3,426 |
| Nanyang (Nanyang, Henan) . . . . . . . . . . . . . | 96.1% | 1 | 3,000 | 1,209 |
| Zaozhuang Luhong (Zaozhuang, Shandong) . . . . | 88.1% | 1 | 2,500 | 1,008 |
| Ziyan (Xingtai, Hebei). . . . . . . . . . . . . . . . . | 65.1% | 2 | 3,500 | 1,411 |
| Total . . . . . . . . . . . . . . . . . . . . . . . . . | | 9 | 27,100 | 10,923 |

## FINANCIAL INFORMATION

The table below summarizes our business segments and the major operating entities in each business segment:

| Business Segment | Major operating entity[1] | Direct and indirect equity interests attributable to the Company |
|---|---|---|
| Cement . . . . . . . . . . . . . . . . . . . . | China United | 96.07% |
| Lightweight building materials . . . . . . | BNBM | 60.33% |
| Glass fiber and FRP products . . . . . . . | China Fiberglass | 40.17% |
| | China Composites | 86.24%[2] |
| Engineering services . . . . . . . . . . . . | China Triumph | 91.00% |

*Notes:*

(1) Each is a direct subsidiary of the Company except for China Fiberglass, which is an associate of the Company.

(2) Includes a 77% equity interest held directly by the Company and a 23% equity interest held by China Fiberglass.

**Reorganization and Basis of Presentation**

The Company was converted into a joint stock limited company from CNBM Equipment, a state-owned enterprise, on March 28, 2005. Prior to the conversion, CNBM Equipment disposed of all of its former operations and the related assets and liabilities to Parent Group at nil consideration and Parent transferred its interests in certain businesses engaging in the production and sales of NSP cement, glass fiber and FRP products and the provision of engineering services as well as its equity interests in BNBM and China Fiberglass (the "Transferred Operations") to the Company, each as a part of the Reorganization. See "*History, Reorganization and Group Structure — Reorganization.*" The Company is regarded as a new holding company in the Reorganization for the purpose of holding its current businesses.

As Parent controlled the Transferred Operations before the Reorganization and continues to control the Transferred Operations after the Reorganization, the Reorganization is considered as a business combination under common control for accounting purposes. Our audited consolidated financial statements for 2002, 2003, 2004 and the nine months ended September 30, 2005, set forth in Appendix I to this prospectus, present our consolidated results of operations, cash flows and financial condition as if the current organizational structure of the Company had been in existence throughout the Track Record Period or since the deemed effective dates for accounting purposes of the establishment or acquisition by Parent or the Company, as the case may be, of the businesses now comprising the Company, whichever is the shorter period, and as if the Company had not owned or controlled any other business. However, the consolidated results of operations, cash flows and financial condition of the Company presented in this prospectus do not purport to be indicative of what the Company's actual consolidated results of operations, cash flows and financial condition would have been had the Company been operating its businesses under its current organizational structure throughout the Track Record Period or since the deemed effective dates for accounting purposes of the establishment or acquisition by Parent or the Company, as the case may be, of the businesses now comprising the Company, whichever is the shorter period. The assets and liabilities previously associated with the Transferred Operations that were retained by Parent have been reflected as a distribution to owner in the consolidated statement of changes in equity.

— 204 —

## FINANCIAL INFORMATION

Our effective tax rates were approximately 1.5%, 5.9%, 8.5%, 7.5% and 11.2% in 2002, 2003, 2004 and for the nine months ended September 30, 2004 and 2005, respectively. See Note 11 of "*Appendix I — Accountants' Report*" to this prospectus for a reconciliation of the amount of our tax expenses to the amount of statutory tax. The table below sets out, for the period indicated, a reconciliation of our effective tax rate to the statutory tax rate, with each item expressed as a percentage of our profit before tax:

| | For the year ended December 31, | | | For the nine months ended September 30, | |
|---|---|---|---|---|---|
| | 2002 | 2003 | 2004 | 2004 | 2005 |
| | | | | (unaudited) | |
| Profit before tax................. | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |
| Tax at domestic income tax rate of 33% . | 33.0 | 33.0 | 33.0 | 33.0 | 33.0 |
| Effect of share of profit of associates[1]. . | (9.1) | (15.1) | (10.8) | (11.4) | (6.7) |
| Tax effect of expenses that are not deductible................... | 0.6 | 1.8 | 3.3 | 7.0 | 1.0 |
| Tax effect of unrealized tax losses ..... | 1.4 | 6.2 | 4.5 | 11.8 | 4.6 |
| Tax effect of income tax credits granted to subsidiaries on utilization of certain industrial waste ............... | (11.6) | (11.6) | (9.6) | (14.0) | (3.4) |
| Tax effect of income tax credits granted to subsidiaries on acquisition of certain qualified equipment........ | — | — | — | — | (8.5) |
| Tax effect of tax losses incurred by Lunan Cement and Julong Cement[2]. . | (5.3) | (7.5) | (7.4) | (16.1) | — |
| Effect of differential tax rate on subsidiaries' income ........... | (7.5) | (1.0) | (4.4) | (2.9) | (8.8) |
| | 1.5 | 5.9* | 8.5* | 7.5* | 11.2 |

\*   Sum of numbers in table may differ from total due to rounding

Notes:

(1)   Share of profit of associates is accounted for based on the after tax net profit of our associates that will not be taxed as part of the Company's profit before taxes. Therefore its inclusion in the profit before taxes for the calculation of effective tax rate leads to a lower effective tax rate as compared with the statutory tax rate.

(2)   China United disposed of Lunan Cement and Julong Cement, together with the part of their operations not relating to NSP cement production, and transferred them to Parent pursuant to the Reorganization. Luhong and Huaihai were established by China United for the purpose of holding the NSP cement operations of Lunan Cement and Julong Cement, respectively. However, pursuant to the PRC tax rules and regulations, neither NSP cement operations of Lunan Cement and Julong Cement, respectively, was treated as a separate tax paying through September 30, 2004. The income taxes of each of Luhong and Huaihai for such periods were assessed based on the combined profit of Luhong and Lunan Cement and the combined profit of Huaihai and Julong Cement, respectively. Since both Lunan Cement and Julong Cement suffered a loss for the years ended December 31, 2002 and 2003, and the nine months ended September 30, 2004, the Company recognized a tax benefit for the same period.

| **APPENDIX I** | **ACCOUNTANTS' REPORT** |
|---|---|

*The following is the text of a report, prepared for the purpose of incorporation in this prospectus, received from the Company's auditors and independent reporting accountants, Deloitte Touche Tohmatsu, Certified Public Accountants, Hong Kong. As described in the section headed "Documents Delivered to the Registrar of Companies and Available for Inspection" in Appendix IX, a copy of the accountants' report is available for inspection.*

# Deloitte.
# 德勤

德勤 · 關越豫方會計師行
香港中環干諾道中111號
永安中心26樓

Deloitte Touche Tohmatsu
26/F Wing On Centre
111 Connaught Road Central
Hong Kong

March 13, 2006

The Directors
China National Building Material Company Limited
Morgan Stanley Dean Witter Asia Limited

Dear Sirs,

We set out below our report on the financial information relating to China National Building Material Company Limited (the "Company") and its subsidiaries (hereinafter collectively referred to as the "Group") for each of the three years ended December 31, 2004 and the nine months ended September 30, 2005 (the "Track Record Period") for inclusion in the prospectus of the Company dated March 13, 2006 (the "Prospectus").

China National Building Material and Equipment Import and Export Company ("CNBM Equipment") was established as a state-owned enterprise in the People's Republic of China (the "PRC") on June 24, 1985 and became a wholly-owned subsidiary of China National Building Material Group Corporation ("Parent"), a state-owned enterprise under the direct supervision of the Stated-owned Assets Supervision and Administration Commission of the State Council, on March 25, 1999. As part of the restructuring (the "Restructuring") of Parent as described more fully in the section headed "Corporation Reorganisation and Subsequent Shareholding Changes" in appendix VIII to the Prospectus, CNBM Equipment transferred all of its assets and liabilities to a wholly-owned subsidiary of Parent effective December 31, 2003 and Parent effected the transfer of the following to the Company effective September 30, 2004 at nil consideration respectively:

(1) the equity interests in certain subsidiaries of Parent which are principally engaged in the production and sale of cement, glass fiber and fiberglass reinforced thermoplastics or thermosetting ("FRP") products and the provision of engineering services to cement and glass manufacturers, and the equity interests in Beijing New Building Material Company Limited ("BNBM"), a joint stock company listed on the Shenzhen Stock Exchange, and China Fiberglass Company Limited ("China Fiberglass"), a joint stock company listed on the Shanghai Stock Exchange; and

(2) land use rights in respect of 11 parcels of land, the transfer is accounted for as shareholders' contribution to the Group on September 30, 2004.

---

**APPENDIX I**                                                    **ACCOUNTANTS' REPORT**

---

On March 28, 2005, CNBM Equipment was converted to a joint stock company with limited liability by capitalising the value of its net assets into 1,387,110,000 shares of RMB1 each and issuing of 650,000 shares of RMB1 each in the Company for a total cash consideration of RMB1,000,000 to a wholly-owned subsidiary of Parent. The Company was renamed as China National Building Material Company Limited on the same date.

As at the date of this report, the particulars of the Company's principal subsidiaries and associates are set out in notes 18 and 19 to the financial information below.

The financial statements of the principal entities now comprising the Group were prepared in accordance with the relevant accounting rules and regulations applicable to these enterprises in the PRC for the three years ended December 31, 2004 and were audited by the following respective certified public accountants registered in the PRC:

|  | 2002 | 2003 | 2004 |
|---|---|---|---|
| BNBM | Beijing Xinghua Certified Public Accountants Co., Ltd. | Beijing Xinghua Certified Public Accountants Co., Ltd. | Beijing Xinghua Certified Public Accountants Co., Ltd. |
| China United Cement Company Limited ("China United") | Beijing Xinghua Certified Public Accountants Co., Ltd. | ShineWing Certified Public Accountants | ShineWing Certified Public Accountants |
| China United Luhong Cement Company Limited ("Luhong") | Not applicable (Note i) | Not applicable (Note i) | ShineWing Certified Public Accountants |
| China United Julong Huaihai Cement Company Limited ("Huaihai") | Not applicable (Note i) | Not applicable (Note i) | ShineWing Certified Public Accountants |
| China United Qingzhou Luhong Cement Company Limited | Not applicable (Note ii) | Not applicable (Note ii) | ShineWing Certified Public Accountants |
| China Composites Group Corporation Limited ("China Composites") | Beijing Xinghua Certified Public Accountants Co., Ltd. | ShineWing Certified Public Accountants | ShineWing Certified Public Accountants |
| Lianyungang Zhongfu Lianzhong Composite Material Group Company Limited ("Zhongfu Lianzhong") | Jiangsu Zhong Rui Hua Certified Public Accountants Co., Ltd. | ShineWing Certified Public Accountants | ShineWing Certified Public Accountants |
| Changzhou China Composites Liberty Company Limited ("Zhounfu Liberty") | Not applicable (Note ii) | Not applicable (Note ii) | ShineWing Certified Public Accountants |
| Changzhou China Composites Tianma Fiberglass Products Company Limited ("Zhongxin Tianma") | Jiangsu Gong Zheng Certified Public Accountants Co., Ltd. | Jiangsu Gong Zheng Certified Public Accountants Co., Ltd. | ShineWing Certified Public Accountants |
| China Triumph International Engineering Company Limited ("China Triumph") | Anhui Yonghe Certified Public Accountants Co., Ltd. | Anhui huaan Certified Public Accountants Co., Ltd. | ShineWing Certified Public Accountants |
| CTIEC Shenzhen Scieno-tech Engineering Company Limited | Not applicable (Note iii) | Anhui huaan Certified Public Accountants Co., Ltd. | ShineWing Certified Public Accountants |
| China Triumph Nanjing Cement Technological Engineering Company Limited | Anhui Yongan Certified Public Accountants Co., Ltd. | Anhui huaan Certified Public Accountants Co., Ltd. | ShineWing Certified Public Accountants |

I-2

| APPENDIX I | ACCOUNTANTS' REPORT |
|---|---|

*Notes:*

(i)   As part of the Restructuring, Luhong and Huaihai were established for the purpose of taking over the new suspension preheater dry process cement production and operations ("NSP Cement Operations") from Shandong Lunan Cement Company Limited ("Lunan Cement") and Jiangsu Julong Cement Group Company Limited ("Julong Cement") respectively effective December 31, 2003.

(ii)   This entity commenced business in year 2004.

(iii)   This entity commenced business in year 2003.

For the purpose of this report, the directors of the Company have prepared the financial statements of the Group and of the Company for the Track Record Period in accordance with International Financial Reporting Standards ("IFRS") (the "Underlying Financial Statements"). We have audited the financial statements of the Group and of the Company in accordance with the Hong Kong Standards on Auditing issued by the Hong Kong Institute of Certified Public Accountants ("HKICPA").

For the purpose of this report, we have examined the Underlying Financial Statements of the Group and of the Company for the Track Record Period in accordance with the Auditing Guideline "Prospectuses and the Reporting Accountants" as recommended by the HKICPA.

The financial information of the Group for the Track Record Period and of the Company for the year ended December 31, 2004 and the nine months ended September 30, 2005 set out in this report has been prepared from the Underlying Financial Statements, on the basis set out in Note 1 to the financial information. No adjustments are considered necessary to adjust the Underlying Financial Statements for the Track Record Period to conform to the financial information.

The directors of the Company are responsible for preparing the Underlying Financial Statements and also for the contents of the Prospectus in which this report is included. It is our responsibility to compile the financial information set out in this report from the Underlying Financial Statements, to form an opinion on the financial information, and to report our opinion to you.

In our opinion, on the basis of presentation set out in Note 1 to the financial information, the financial information gives, for the purpose of this report, a true and fair view of the state of affairs of the Group as at December 31, 2002, 2003 and 2004 and September 30, 2005 and of the Company as at December 31, 2004 and September 30, 2005 and of the consolidated results and consolidated cash flows of the Group for the Track Record Period.

The comparative consolidated income statement, cash flow statement and statement of changes in equity of the Group for the nine months ended September 30, 2004 together with the notes thereon have been extracted from the Group's consolidated financial information for the same period (the "September 30, 2004 Financial Information") which was prepared by the directors of the Company solely for the purpose of this report. We have reviewed the September 30, 2004 Financial Information in accordance with Statement of Auditing Standards 700 "Engagements to review interim financial reports" issued by the HKICPA. Our review consisted principally of making enquiries of group management and applying analytical procedures to the financial information and based thereon, assessing whether the accounting policies and presentation have been consistently applied unless otherwise disclosed. A review excluded audit procedures such as tests of controls and verification of assets and liabilities and transactions. It is substantially less in scope and therefore provides a lower level of assurance than an audit and, accordingly, we do not express an audit

**40. RELATED PARTY TRANSACTIONS — continued**

(ii) Material balances

| | THE GROUP | | | | THE COMPANY | |
|---|---|---|---|---|---|---|
| | As at December 31, | | | As at September 30, | As at December 31, | As at September 30, |
| | 2002 | 2003 | 2004 | 2005 | 2004 | 2005 |
| | RMB'000 | RMB'000 | RMB'000 | RMB'000 | RMB'000 | RMB'000 |
| Bank balances and deposits . . . . . | 535,763 | 915,017 | 824,259 | 923,385 | — | 6,209 |
| Trade and other receivables . . . | 38,018 | 24,821 | 28,325 | 18,914 | — | — |
| Trade and other payables . . . . . | 16,180 | 11,927 | 35,065 | 62,720 | — | — |
| Bank borrowings . | 843,921 | 1,461,368 | 2,660,832 | 4,067,062 | — | 296,000 |
| Other borrowings . | 5,400 | 5,400 | 23,400 | 77,000 | — | — |

(c) Other than the Restructuring, the Group acquired and disposed of subsidiaries/business from/to Parent Group during the Track Record Period. The details were as follows:

(i) Pursuant to an asset exchange agreement dated April 29, 2004 entered into between BNBM and BNBMG, a shareholder of the Company, BNBM transferred its entire 80% equity interest in BNBM Trading Company Limited and the entire interest in BNBM Beijing Wood Products Branch and amount due from a fellow subsidiary of RMB42,320,000 to BNBMG for a total consideration of RMB56,805,000. The consideration was satisfied by transfer of an available-for-sale investment of RMB2,665,000 and BNBMG's entire equity interests in certain subsidiaries to BNBM and the remaining balance of RMB8,281,000, by increase in amount due from a fellow subsidiary. The consideration was determined by reference to the net assets acquired.

(ii) Pursuant to an asset exchange agreement dated February 25, 2005 entered into between BNBM and BNBMG, BNBM acquired 9.9% equity interest in China United for a total consideration of RMB51,761,000. The consideration was satisfied by the transfer of its entire 60% equity interest in BNBM Plastic Pipe Company Limited, certain assets and the remaining balance of RMB8,236,000, by increase in amount due to a fellow subsidiary. The consideration was determined by reference to the net assets acquired.

(iii) Pursuant to debt restructuring agreement dated April 20, 2005 entered into between China United and Xingtai Xinlei Building Material (Group) Co. Ltd. ("Xinlei") a fellow subsidiary of the Company, China United acquired 67.71% equity interest in Xingtai China United Ziyan Company Limited ("Ziyan") for a total consideration of RMB34,176,000 to set off Xinlei's debts to China United. The consideration was determined by reference to the net assets of Ziyan as at April 20, 2005.

## APPENDIX IV                                      PROPERTY VALUATION

| No. | Property | Description and tenure | Particulars of Occupancy | Capital value in existing state as at December 31, 2005 *RMB* |
|-----|----------|------------------------|--------------------------|------------------------------|
| A10. | A parcel of land, various buildings and structures located at Laozhuang Town Zhenping County Nanyang Henan Province The PRC | The property comprises a parcel of land with a site area of approximately 271,476.63 sq.m. on which are erected 41 buildings and ancillary structures completed in 2005.<br><br>The buildings have a total gross floor area of approximately 27,916.98 sq.m.<br><br>The buildings mainly include industrial buildings, offices, warehouses, distribution rooms, a dining hall and boiler rooms.<br><br>The major structures include roads, walls, gates, lawn and sheds.<br><br>The land use rights of the property have been granted for a term expiring on March 29, 2053 for industrial use. | The property is currently occupied by the Group for production and office purposes except for a portion of the property which is rented to an independent party. (See note 3) | 118,170,000<br><br>96.07% interest attributable to the Group: RMB 113,526,000 |

*Notes:*

1.  Pursuant to a State-owned Land Use Rights Certificate — Zhen Guo Yong (2004) Di Zi No.04433 (镇国用(2004)第 04433 號), the land use rights of a parcel of land with a site area of approximately 271,476.63 sq.m. have been granted to China United Cement Company Limited Nanyang Branch ("Nanyang"), a branch of China United Cement Company Limited ("China United"), for a term expiring on March 29, 2053 for industrial use.

2.  Pursuant to 40 Building Ownership Certificates — Fang Quan Zheng Zi Di Nos.00006413 to 00006416, 00006418, 00006423, 00006424, 00006430 to 00006433, 00006445, 00006450 to 00006453, 00006809, 00006876, 00006879, 00006881, 00006882, 00006896, 00006901 to 00006908, 00006910 to 00006912, 00006914, 00006915, 00006917, 00006918, 00007052, 00007053 and 00007328, 41 buildings of the property with a total gross floor area of approximately 27,916.98 sq.m. are owned by Nanyang.

3.  Pursuant to a Tenancy Agreement entered into between Nanyang and Zhenping Huahang Plastic Company Limited (镇平华航塑業有限公司), an Independent Third Party, various structures, 5 buildings with a total gross floor area of approximately 3,668.77 sq.m. and a total apportioned land area of approximately 20 mu (13,333.33 sq.m.) of the property are rented to Zhenping Huahang Plastic Company Limited for a term of 6 years commencing from July 1, 2004 and expiring on June 30, 2010 at an annual rental of RMB 180,000 for the first two years for production use, exclusive of water and electricity charges. The rental will be increased by RMB 10,000 every year from the third year.

4.  Pursuant to 2 Mortgage Contracts, 2 Loan Contracts and a 债务承接協議书, the property (including the buildings and land only) is subject to a mortgage in favour of Industrial and Commercial Bank of China Neiqiu County Branch as security for borrowing 2 bank loans with maximum amount of RMB 45,060,000 granted to Xingtai Zhonglian Ziyan Cement Company Limited (a 67.71% owned subsidiary of China United) commencing from December 31, 2004 and expiring on November 1, 2006.

IV-32

**APPENDIX IV**                                                          **PROPERTY VALUATION**

| No. | Property | Description and tenure | Particulars of occupancy | Capital value in existing state as at December 31, 2005 RMB |
|-----|----------|------------------------|--------------------------|------------------------------------------------------------|
| B7. | A parcel of land, various buildings and structures under construction located at the southern side of Xingji Road Bengbu Anhui Province The PRC | The property comprises a parcel of land with a site area of approximately 67,642.20 sq.m. on which various industrial buildings and structures are under construction.<br><br>The property is scheduled to be completed in December 2006, and the total investment of the construction cost is estimated to be approximately RMB 44,780,000, of which RMB 598,704 has been spent up to the date of valuation. The total gross floor area of the buildings will be approximately 17,084 sq.m. upon completion.<br><br>The land use rights of the property have been granted for a term expiring on October 13, 2054 for industrial use. | The property is currently under construction. | 51,876,000<br><br>78.19% interest attributable to the Group: RMB 40,562,000 |

*Notes:*

1.  Pursuant to a State-owned Land Use Rights Certificate — Beng Guo Yong (Chu Rang) Di No.04210 蚌國用(出讓)第 04210號 ), the land use rights of a parcel of land with a site area of approximately 67,642.20 sq.m. have been granted to China Triumph Bengbu Engineering and Technology Co., Ltd. ("Bengbu Triumph") for a term expiring on October 13, 2054 for industrial use.

2.  Pursuant to a Construction Work Planning Permit and a Construction Commencement Permit — 34030505062385 issued by the Bengbu City Hi-Tech Industry Development Zone Planning & Administering Bureau in favour of Bengbu Triumph, the property with a total gross floor area of approximately 17,084 sq.m. has been approved for construction.

3.  As confirmed by the Group, Bengbu Triumph is a 70% owned subsidiary of China Triumph, Nanjing Triumph owns the remaining 15% interest, and CTIEC Shenzhen Scieno-tech Engineering Co., Ltd (a 55% owned subsidiary of China Triumph) owns the other 15% interest.

4.  We have been provided with a legal opinion regarding the property interest by the Company's PRC legal advisers, which contains, inter alia, the following:

    (i)   The Group has legally obtained the state-owned land use rights certificate of the property, and has the right to use, occupy, transfer, lease, mortgage or otherwise dispose of the land in accordance with the valid term and usage stipulated by the Land Use Rights Certificate;

    (ii)  The construction of the property complies with all requirements of the relevant PRC laws and regulations. There is no material legal impediment to obtain building ownership certificate after the property has been completed and passed the acceptance inspection; and

    (iii) The property is not subject to mortgage and any other encumbrances.

## APPENDIX VIII                    STATUTORY AND GENERAL INFORMATION

- The Company and the Promoters entered into the Reorganization Agreement on March 7, 2006, the details of which are set out in "*Connected Transactions — Non-Recurrent Connected Transactions — Reorganization Agreement*" of this prospectus.

*Our Cement Segment*

China United

- On November 2, 2004, Parent approved (Zhong Jian Cai Ban Fa [2004] No. 441) the restructuring of China United. The restructuring involves the disposal by China United mainly of assets relating to its mining and vertical kiln cement operations and minority interests in certain cement operations and the capitalization of profits of approximately RMB 9.75 million. As a result, China United was held as to 44.79%, 47.42% and 7.79% by Parent, CNBM Equipment and Hefei Institute, respectively.

- On November 2, 2004, Parent approved (Zhong Jian Cai Ban Fa [2004] No. 442) the adjustment of the shareholding structure of China United. Pursuant to the decision: (a) Parent transferred a 9.9% equity interest in China United to BNBMG; (b) CNBM Equipment transferred its entire 47.42% equity interest in China United to CNBM Trading; and (c) Hefei Institute transferred its entire 7.79% equity interest in China United to Parent. As a result, China United was held as to 42.68%, 47.42% and 9.9% by Parent, CNBM Trading and BNBMG, respectively.

- On December 3, 2004, Parent approved (Zhong Jian Cai Ban Fa [2004] No. 514) the transfer of a 90.1% equity interest in China United. Pursuant to the approval, CNBM Trading and Parent transferred 47.42% and 42.68% equity interest in China United to CNBM Equipment, respectively. As a result, China United was held as to 90.1% and 9.9% by CNBM Equipment and BNBMG, respectively.

- On February 25, 2005, BNBM and BNBMG entered into an asset exchange agreement (資產置換協議) pursuant to which BNBMG agreed, amongst other things, to transfer its 9.9% equity interest in China United to BNBM for a consideration of approximately RMB 51.8 million. As a result, China United was held as to 90.1% and 9.9% by CNBM Equipment and BNBM, respectively.

Huaihai

- On September 16, 2004, Julong Cement and Huaihai entered into a segregation agreement (分立協議) pursuant to which: (i) assets forming part of our intended cement operation and related liabilities were transferred to Huaihai, a company to be established and held as to 73.8% and 26.2% by China United and Xuzhou State-owned Asset Investment and Management Company Limited (徐州市國有資產投資經營有限公司), respectively; and (ii) other assets were retained by Julong Cement.

VIII-4

---

**APPENDIX VIII**                    **STATUTORY AND GENERAL INFORMATION**

---

- On September 29, 2004, a business license was issued by the Administration for Industry and Commerce of Xuzhou, Jiangsu Province, whereupon Huaihai was established as a limited liability company and acquired the status of an enterprise legal person.

- On April 18, 2005, Huaihai and Xuzhou State-owned Asset Investment and Management Company Limited (徐州市國有資產投資經營有限公司) entered into a capital increase agreement for the capitalization of RMB 80 million invested by China United in Huaihai. As a result, the registered capital of Huaihai was increased from RMB 59.82 million to RMB 139.82 million, which was held as to 88.79% and 11.21% by China United and Xuzhou State-owned Asset Investment and Management Company Limited (徐州市國有資產投資經營有限公司), respectively.

Luhong

- On September 16, 2004, Lunan Cement and Luhong entered into a segregation agreement (分立協議) pursuant to which: (i) assets forming part of our intended cement operation and related liabilities were transferred to Luhong, a company to be established and held as to 80.34% and 19.66% by China United and Shandong International Trust Investment Company Limited (山東省國際信托投資有限公司), respectively; and (ii) other assets (including the mining rights in respect of one limestone quarry and one clay quarry) were retained by Lunan Cement.

- On September 28, 2004, a business license was issued by the Administration for Industry and Commerce of Zaozhuang City, whereupon Luhong was established as a limited liability company and acquired the status of an enterprise legal person.

Zaozhuang Luhong

- On April 18, 2005, China United and Luhong entered into a capital increase agreement for the capitalization of RMB 20 million due from Zaozhuang Luhong to China United. As a result, the registered capital of Zaozhuang Luhong was increased from RMB 30 million to RMB 50 million, which was held as to 58% and 42% by China United and Luhong, respectively.

Ziyan

- On April 20, 2005, China United and Xinlei entered into a debt restructuring agreement for the transfer of Xinlei's 67.71% equity interest in Ziyan to China United to set off Xinlei's indebtedness to China United. As a result, Ziyan was held as to 67.71%, 27.29% and 5% by China United, Xinlei and Nanyang Hangtian, respectively.

Nanyang

- On September 2, 2004, Parent approved (Zhong Jian Cai Ban Fa [2004] No. 351) the allocation of Nanyang Hangtian's cement factory in Zhenping (鎮平分廠) to China United.

- On September 23, 2004, a business license was issued by the Administration for Industry and Commerce of Zhenping County, whereupon the above cement factory in Zhenping was established as a branch company of China United, namely, Nanyang.

## APPENDIX VIII                    STATUTORY AND GENERAL INFORMATION

Qingzhou

- In October 2004, Lunan Cement transferred its 20% equity interest in Qingzhou to Luhong as part of the asset segregation referred to in the section headed "Luhong" above. As a result, Qingzhou was held as to 80% and 20% by China United and Luhong, respectively.

*Our Lightweight Building Materials Segment*

BNBM

- On December 27, 2004, SASAC issued an approval (Guo Zi Chan Quan [2004] No. 1204) approving, amongst other things, the transfer of BNBMG's 60.33% equity interest in BNBM to CNBM Equipment.

- On January 28, 2005, CSRC issued an opinion (Zheng Jian Gong Si Zi [2005] No. 6) relating to, amongst other things, the waiver from the obligation for CNBM Equipment to make a general offer for the A shares in BNBM, which were listed on the Shenzhen Stock Exchange, as a result of the above transfer.

- On February 25, 2005, BNBM and BNBMG entered into an asset exchange agreement (資產置換協議) for BNBM's disposal of its 60% equity interest in BNBM Plastic Pipe Company Limited for a consideration of RMB 44,083,200 and its acquisition of a 9.9% equity interest in China United for a consideration of RMB 51,760,700.

- On March 24, 2005, registration procedures relating to the transfer of BNBMG's 60.33% equity interest in BNBM to CNBM Equipment were completed. As a result, BNBM was held as to 60.33% by CNBM Equipment and 39.67% by the public.

Tianfeng

- On February 25, 2005, BNBM, Yan Yu (殷煜) and Zhang Zhonghua (張忠華) entered into a share transfer agreement for the transfer of Yan Yu's 50% equity interest and Zhang Zhonghua's 25% equity interest in Tianfeng to BNBM for a total of RMB 22 million. As a result, Tianfeng was held as to 75% and 25% by BNBM and Yan Yu, respectively.

Taihe

- On March 19, 2005, BNBM entered into a share subscription agreement for, among other things, the subscription of 65,362,500 shares in Taihe, representing 42% of the registered capital of Taihe upon completion of the share subscription.

*Our Glass Fiber and FRP Products Segment*

China Fiberglass

- On December 28, 2004, SASAC issued an approval (Guo Zi Chan Quan [2004] No. 1204) approving, amongst other things, the transfer of BNBMG's 37.79% equity interest in China Fiberglass to CNBM Equipment.

VIII-6

**APPENDIX VIII**                     **STATUTORY AND GENERAL INFORMATION**

- On January 28, 2005, CSRC issued an opinion (Zheng Jian Gong Si Zi [2005] No. 6) relating to, amongst other things, the waiver from the obligation to make a general offer for the A shares in China Fiberglass, which were listed on the Shanghai Stock Exchange, as a result of the above transfer.

- As part of the Reorganization: (i) BNBMG and CNBM Trading respectively transferred to CNBM Equipment 37.79% and 0.31% equity interests in China Fiberglass by way of allocation at nil consideration; and (ii) CNBM Equipment acquired a 2.07% equity interest from China Fiberglass for a total cash consideration of RMB 12,890,000. As a result, China Fiberglass was held as to 40.17% by CNBM Equipment.

Jushi Group

- On March 3, 2005, China Fiberglass and Surest Finance Limited entered into a share transfer agreement for the transfer of Surest Finance Limited's 3.39% equity interest in Jushi Group to China Fiberglass. As a result, China Fiberglass's interest in Jushi Group was increased from 56.51% to 59.90%.

- On July 22, 2005, the Zhejiang Foreign Cooperative Investment Authority approved (Zhe Wai Jing Mao Zi Han [2005] Nos. 21 and 23) the injection of further capital into the Jushi Group by China Fiberglass, Surest Finance Limited and Zhenshi Group Company Limited (振石集團股份有限公司). As a result, the registered capital of the Jushi Group was increased to US$110,151,600.

China Composites

- On July 14, 2004, Parent approved (Zhong Jian Cai Ban Fa [2004] No. 283) the transfer of China Composites' equity interests in companies which it does not control, have ceased operation or do not produce its core glass fiber mats and FRP products (including certain glass product manufacturers) to Parent Group at nil consideration.

- On September 8, 2004, Parent approved (Zhong Jian Cai Ban Fa [2004] No. 353) the conversion of China Composites into a limited liability company. Upon completion of the conversion, China Composites was held as to 80% and 20% by CNBM Equipment and Parent, respectively.

- On November 2, 2004, Parent approved (Zhong Jian Cai Ban Fa [2004] No. 444) the transfer of CNBM Equipment's 3% equity interest in China Composites to Parent at nil consideration. As a result of such transfer, China Composites was held as to 77% and 23% by CNBM Equipment and Parent, respectively.

- On December 17, 2004, Parent and China Fiberglass entered into a share transfer agreement for the transfer of Parent's 23% equity interest in China Composites to China Fiberglass. As a result, China Composites was held as to 77% and 23% by CNBM Equipment and China Fiberglass, respectively.

---

**APPENDIX VIII**                    **STATUTORY AND GENERAL INFORMATION**

---

Liberty TOLI

- On November 22, 2004, Zhongfu Liberty entered into share transfer agreements (as supplemented by an agreement dated November 25, 2004) for acquiring: (a) China Composites' 25% equity interest in Liberty TOLI for a consideration of RMB 10.07 million; and (b) Liberty Group's 15% equity interest in Liberty TOLI for a consideration of RMB 6.04 million. On the same day, Zhongfu Liberty entered into a share transfer agreement for acquiring Japan TOLI's 20% equity interest in Liberty TOLI for a consideration of RMB 5,483,300. As a result, Liberty TOLI was held as to 60% by Zhongfu Liberty.

Zhongfu Lianzhong

- On April 29, 2005, China Composites entered into a share transfer agreement with Zhongfu Lianzhong Staff Union and 14 individual shareholders of Zhongfu Lianzhong, for the transfer of a 41% equity interest in Zhongfu Lianzhong to China Composites at a consideration of approximately RMB 19.1 million. As a result, Zhongfu Lianzhong was held as to 92% by China Composites.

- On April 29, 2005, China Composites and six individual shareholders of Zhongfu Lianzhong entered into a capital increase agreement for the increase of China Composites' contribution to the capital of Zhongfu Lianzhong by RMB 20 million. As a result, the registered capital of Zhongfu Lianzhong was increased from approximately RMB 46.58 million to approximately RMB 66.58 million, which was held as to approximately 94.5% by China Composites.

*Our Engineering Services Segment*

China Triumph

- On July 30, 2004, Parent approved (Zhong Jian Cai Ban Fa [2004] No. 282) the transfer of cash of RMB 11 million held by Bengbu Design and Research Institute for Glass Industry, a wholly-owned subsidiary of Parent, to China Triumph, to ensure that China Triumph has sufficient funds to meet its working capital requirement. Such funds were mainly used by China Triumph for purchasing supplies for its engineering services business.

- On September 8, 2004, Parent approved (Zhong Jian Cai Ban Fa [2004] No. 352) the conversion of China Triumph into a limited liability company. Upon completion of the conversion, China Triumph was held as to 91% and 9% by Parent and Bengbu Huajin Technology and Development Company Limited (蚌埠市華金技術開發有限責任公司), respectively.

- On November 2, 2004, Parent approved (Zhong Jian Cai Ban Fa [2004] No. 443) the transfer of Parent's 91% equity interest in China Triumph to CNBM Equipment at nil consideration. As a result, China Triumph was held as to 91% and 9% by CNBM Equipment and Bengbu Huajin Technology and Development Company Limited (蚌埠市華金技術開發有限責任公司), respectively.

APPENDIX VIII                    STATUTORY AND GENERAL INFORMATION

## II.  Subsidiaries

The Company's principal subsidiaries (for purposes of the Companies Ordinance) as at September 30, 2005 are set out in the Accountants' Report, the text of which is set out in Appendix I to this prospectus.

The following alterations in the share capital of our subsidiaries (as defined under the Companies Ordinance) have taken place within the two years preceding the date of this prospectus:

a)  On September 30, 2004, China United's registered capital was reduced from RMB 1,249,509,300.27 to RMB 415,580,000 pursuant to an approval letter issued by Parent.

b)  On April 28, 2005, Taihe increased its share capital from RMB 83,000,000 to RMB 155,625,000 by issuing 72,625,000 new shares with a par value of RMB 1 per share.

c)  On December 9, 2004, China Fiberglass increased its share capital from RMB 35,616,000 to RMB 427,392,000.

d)  On July 7, 2004, Jushi Group increased its registered capital from US$ 29,951,600 to US$ 46,951,600. Its registered capital was subsequently increased to US$ 110,151,600 on September 15, 2005.

e)  On September 28, 2004, China Composites was converted into a limited liability company and its registered capital was RMB 200,000,000.

f)  On May 24, 2004, Zhongfu Xigang increased its registered capital from RMB 2,160,000 to RMB 32,520,000.

g)  On September 30, 2004, China Triumph was converted into a limited liability company and its registered capital was RMB 60,000,000.

h)  On April 2, 2004, Nanjing Triumph increased its registered capital from RMB 4,000,000 to RMB 7,820,000.

i)  On April 27, 2005, Huaihai increased its registered capital from RMB 59,820,000 to RMB 139,820,000.

j)  On November 4, 2004, Heze Company increased its registered capital from RMB 6,000,000 to RMB 11,000,000.

k)  On April 27, 2005, Heze Company increased its registered capital from RMB 11,000,000 to RMB 42,396,150.

l)  On April 25, 2005, Zaozhuang Luhong increased its registered share capital from RMB 30,000,000 to RMB 50,000,000.

m)  On November 8, 2004, Heze Concrete increased its registered share capital from RMB 10,000,000 to RMB 12,000,000.

**APPENDIX VIII**                    **STATUTORY AND GENERAL INFORMATION**

n)  On June 20, 2005, Fuyang Julong increased its registered share capital from RMB 20,000,000 to RMB 30,000,000.

o)  On June 17, 2005, Suqian Julong increased its registered share capital from RMB 20,000,000 to RMB 30,000,000.

p)  On May 17, 2005, Zhongfu Lianzhong increased its registered share capital from RMB 46,579,600 to RMB 66,579,600.

Save as disclosed in this prospectus, there has been no alteration in the registered share capital of any of our subsidiaries within the two years preceding the date of this prospectus.

### III. Other Joint Venture Arrangements

In addition to those companies set out in the Accountants' Report, the text of which is set out in Appendix I to this prospectus, and the companies mentioned in paragraph II above, as at the Latest Practicable Date, the Company is also interested in the following joint venture companies:

| Name of Company | Country/Date of Incorporation | Operative Term | Registered Capital | Percentage of Attributable Equity Interest | Principal Business |
|---|---|---|---|---|---|
| BNBM Homes | December 27, 2002 | 25 years | RMB200,000,000 | (1) BNBMG (11%) (2) BNBM (64%) (3) Nippon Steel Corporation (10%) (4) Toyota Motor Corporation (7.5%) (5) Mitsubishi Corporation (7.5%) | Research and development, production of new construction materials (including thin steel framed light-weight high-strength wall materials, parts, buildings, energy saving environment protection steel structure buildings); design, manufacture, processing of high grade environment protection decoration materials and household equipment; provision of technical services for self-produced products; sales of self-produced products |
| Yaohua | November 23, 1993 | Indefinite | RMB731,250,082 | China Composites (16.26%) | Production of transparent float glass, tainted float glass and deep processed product series, sales of self-produced products. (For those involving licenses, operation shall be subject to licenses) |

| APPENDIX VIII | | | | STATUTORY AND GENERAL INFORMATION | |
|---|---|---|---|---|---|

| Name of Company | Country/Date of Incorporation | Operative Term | Registered Capital | Percentage of Attributable Equity Interest | Principal Business |
|---|---|---|---|---|---|
| Zhongxin Tianma | December 11, 1995 | 30 years | US$11,885,000 | (1) China Composites (40%)<br>(2) Tianma Group (35%)<br>(3) JM International (25%) | Manufacture of fiber glass thin carpets and its products, sales of self-produced products. (For those involving special requirements, operation shall be subject to special licenses) |
| Liberty TOLI | May 4, 1993 | 25 years | Japanese Yen 940,000,000 | (1) Zhongfu Liberty (60%)<br>(2) Japan TOLI (30%)<br>(3) NN Chemical Corporation (8.11%)<br>(4) Kindai Trading Co., Ltd. (1.89%) | Production of semi-rigid plastic floor tiles and decoration materials, sales of self-produced products. (For those involving special requirements, operation shall be subject to special licenses) |
| Beijing B&Q | October 15, 2003 | 30 years | US$10,000,000 | (1) BND (17%)<br>(2) B&Q (China) BV (65%)<br>(3) China International Book Trading Corporation (18%) | Retail of construction materials, decoration materials, kitchen utensils and bathroom apparatus, paints and coatings, hardware and tools, lamps and electric materials, timber and boards, door and window construction materials, horticulture flowers, furniture, home appliances and household decoration products; organizing exports of domestic products; import and export of self-produced commodities (imports and exports of commodities involving quota license administration shall be subject to the relevant approval procedures of the State); delivery, installation, maintenance and decoration services of products sold by the Company; consultation services on the products sold by the Company |

# APPENDIX VIII                    STATUTORY AND GENERAL INFORMATION

| Name of Company | Country/Date of Incorporation | Operative Term | Registered Capital | Percentage of Attributable Equity Interest | Principal Business |
|---|---|---|---|---|---|
| Shenzhen B&Q | March 8, 2002 | 30 years | US$10,000,000 | (1) BND (35%)<br>(2) B&Q (China) BV (65%) | Retail business of the following commodities (including agency and sale on consignment): floor tile materials, bathroom apparatus and kitchen utensils, paints and coatings, hardware and tools, lamps and electric materials, timber and boards, door and window construction materials, horticulture flowers, home appliances and household decoration products; organizing exports of domestic products; import and export of self-produced commodities (imports and exports of commodities involving quota license administration shall be subject to the relevant approval procedures of the State); delivery and installation, maintenance and decoration services of products sold by the co-operation company; consultation services on the products sold by the co-operation company |
| Generation Doors and Windows Co., Ltd. (北京捷瑞信門窗有限公司) | May 12, 2000 | 20 years | RMB5,000,000 | (1) BNBM Plastic (75%)<br>(2) Zhou Songbo (25%) | Production of doors and window accessories for construction; sales of self-produced products; technical services for self-produced products |
| Jushi Group | June 28, 2001 | 50 years | US$46,951,600 | (1) China Fiberglass (59.9%)<br>(2) Zhenshi Group Company Limited (15.10%)<br>(3) Surest Finance Limited (25%) | Glass fiber, compound materials, engineering plastics and products, chemical materials for glass fiber, manufacture and sales of glass fiber equipment and parts |
| Taili Jewellery | August 24, 1998 | 10 years | RMB600,000 | (1) Taihe (70%)<br>(2) Pan Pacific Jewellery & Handicraft Inc. (30%) | Production of jade carving handicrafts, jade ornaments, granites, marbles, glass steel products; sales of products produced |

| APPENDIX VIII | | STATUTORY AND GENERAL INFORMATION | | | |
|---|---|---|---|---|---|

| Name of Company | Country/Date of Incorporation | Operative Term | Registered Capital | Percentage of Attributable Equity Interest | Principal Business |
|---|---|---|---|---|---|
| Tan Cheng Xinxing New Decorative Materials Co., Ltd. (郯城新興新裝飾材料有限公司) | August 5, 1999 | 11 years | RMB108,015,500 | (1) BNBM (29.2%) (2) Tan Cheng County Paper Board Factory (郯城縣紙板廠) (27.96%) (3) Tan Cheng County Feichao Capital Operation Co., Ltd. (郯城縣飛超資本運營有限公司) (17.84%) (4) Rich Sound Asia Limited (3.84%) (5) America Chung Nam Inc. (21.16%) | Production of new construction decoration materials and paper for decoration materials, high grade packaging papers, sales of self-produced products |
| Jiangyin Taishan | April 21, 2004 | 20 years | US$5,800,000 | (1) Taihe (67.5%) (2) Shanghai Hengsheng New Building Material Development Company Limited (2.5%) (3) Harvest Supreme International Ltd. (20%) (4) Rich Well (Far East) Limited (10%) | Production of light-weight high-strength and multi-purpose wall materials (paper surfaced gypsum boards), sales of self-produced products |

## IV. Further Information About the Directors, Supervisors, Staff and Management, and Substantial Shareholders

### 1. Service contracts and remuneration of Directors and Supervisors

#### (a) Particulars of Service Contracts

Each of the Directors has entered into a service contract with the Company on February 28, 2006 (except for Mr. Lau Ko Yuen, Tom who has entered into a service contract on March 9, 2006) for a term commencing on the date on which they are elected and expiring on March 27, 2008 (the "Term"), except where:

(a) the contract is terminated in accordance with the terms therein prior to March 27, 2008;

(b) the Director is re-elected by the shareholders or a replacement director is appointed after March 27, 2008 (in which case, the Term will be automatically extended until such re-election or appointment);

(c) the Director's resignation would result in the number of the Board members falling below the required quorum (in which case and subject to the applicable laws and regulations, the Term will be automatically extended until such time as a replacement director is appointed).

Each of the Directors is entitled to remuneration, the annual amount of which shall be approved by shareholders' meeting or any organization (or person(s)) delegated with such power. In addition, each of the Directors is entitled to reimbursement for all necessary and reasonable expenses properly incurred in the course of employment.

---

**APPENDIX VIII**            **STATUTORY AND GENERAL INFORMATION**

---

*(b)*    *Remuneration of Directors and Supervisors*

During the three years ended December 31, 2004 and the nine months ended September 30, 2005, the aggregate amount of salaries, housing allowances, discretionary bonuses, pension scheme contributions, other allowances and benefits in kind paid by the Company to its Directors and Supervisors was approximately RMB 688,898, RMB 1,046,027, RMB 656,077 and RMB 209,586, respectively. For further details, please see "*Note 9 of Appendix I — Accountant's Report.*"

Save as disclosed above, no other payments have been paid or are payable, in respect of the three years ended December 31, 2004 and the nine months ended September 30, 2005, by the Company or any of its subsidiaries to the Directors and Supervisors.

Under the arrangements currently in force, the estimated aggregate remuneration payable to the Directors and Supervisors for the year ending December 31, 2006 is approximately RMB 3,500,000.

### 2.    *Disclosure of Directors' and Supervisors' interests in the shares in issue of the Company*

Immediately following the completion of the Global Offering, none of our Directors and Supervisors will have any interest or short position in any Shares, underlying shares and debentures of the Company and any of its associated corporations (within the meaning of Part XV of the SFO) which, once the H Shares are listed, (a) will have to be disclosed pursuant to Divisions 7 and 8 of Part XV of the SFO (including interests and short positions which they have taken or deemed to have taken under the SFO), or (b) will be required, pursuant to section 352 of the SFO, to be entered in the register required to be kept therein once the H Shares are listed, or (c) will be required pursuant to the Model Code for Securities Transactions by Directors of Listed Companies in the Listing Rules to be notified to the Company and the Stock Exchange.

### 3.    *Substantial shareholders*

Information on the substantial shareholders of the Company is set out in the section entitled "*Substantial Shareholders*" of this prospectus.

### 4.    *Connected transactions and related transactions*

Details of the related party transactions are set out in the section entitled "*Connected Transactions*" of this prospectus and in the Accountants' Report, the text of which is set out in Appendix I to this prospectus.

### 5.    *Disclaimers*

Save as disclosed in this prospectus:

(a)    as far as the Directors are aware, none of the Directors or chief executive or Supervisors of the Company has any interest or short positions in the Shares, underlying shares or debentures of the Company and any of its associated corporations (within the meaning of Part XV of the SFO) which will have to be disclosed pursuant to Divisions 7 and 8 of Part XV of the SFO (including interests and short positions which they have taken or deemed to have taken under the SFO) once the H Shares are listed, or will be required, pursuant to section 352 of the SFO, to be entered in the register required to be kept therein once the H Shares are listed, or will be required pursuant to the Model Code for Securities Transactions by Directors of Listed Companies in the Listing Rules to be notified to the Company and the Stock Exchange once the H Shares are listed;

| APPENDIX VIII | STATUTORY AND GENERAL INFORMATION |
|---|---|

(b) none of the Directors or Supervisors or any parties listed in paragraph VI.6 headed *"Qualification of experts"* in this Appendix is interested directly or indirectly in the promotion of the Company or in any assets which have, within the two years immediately preceding the issue of this prospectus, been acquired or disposed of by or leased to the Company or its subsidiaries or are proposed to be acquired or disposed of by or leased to the Company or its subsidiaries;

(c) none of the Directors or Supervisors or any parties listed in paragraph VI.6 headed *"Qualification of experts"* in this Appendix is materially interested in any contract or arrangement subsisting at the date of this prospectus which is significant in relation to the business of the Company or its subsidiaries;

(d) save in connection with the Hong Kong Underwriting Agreement and the International Underwriting Agreement, none of the parties listed in paragraph VI.6 headed *"Qualification of experts"* in this Appendix:

   (i) is interested legally or beneficially in any shares in the Company or its subsidiaries; or

   (ii) has any right (whether legally enforceable or not) to subscribe for or to nominate persons to subscribe for securities in the Company or its subsidiaries;

(e) none of the Directors or Supervisors has entered or proposes to enter into a service contract with the Company or its subsidiaries (other than contracts expiring or determinable by the employer within one year without payment of compensation other than statutory compensation);

(f) no cash, securities or benefit has been paid, allotted or given within the two years preceding the date of this prospectus to the Promoters in connection with the Global Offering nor is any such cash, securities or benefit intended to be paid, allotted or given; and

(g) none of the Directors or their Associates or any shareholder of the Company which to the knowledge of the Directors owns more than 5% of the Company's Shares in issue has any interest in any of the five largest contractors and five largest customers of the Company or its subsidiaries.

## V.   Further Information about the Business

### 1.   Summary of material contracts

The following contracts (not being in the ordinary course of business) have been entered into by the Company and its subsidiaries within two years immediately preceding the date of this prospectus and are or may be material:

(a) a share transfer agreement dated April 29, 2004 and entered into between China United, Lunan Cement, Shizhongqu and Shandong Ansha Cement Group Company Limited (山東安廈水泥集團有限公司) ("Ansha Cement") (as supplemented by an agreement dated April 12, 2005) for the transfer of a 30% equity interest in Zaozhuang Luhong (formerly named 山東安廈水泥集團嶧莊鑫廈水泥有限公司) by Shizhongqu to China United for a consideration of RMB 9 million and the transfer of 66.67% and 3.33% equity interests in Zaozhuang Luhong by Ansha Cement and Shighongqu, respectively, to Luhong for a total consideration of RMB 21 million. As a result, Zaozhuang Luhong was held as to 70% and 30% by Luhong and China United, respectively;

(b)   a segregation agreement (分立協議) dated September 16, 2004 and entered into between Lunan Cement and Luhong for the segregation of assets and liabilities relating to NSP cement production from Lunan Cement and transferring them to Luhong;

(c)   a segregation agreement (分立協議) dated September 16, 2004 and entered into between Julong Cement and Huaihai (as supplemented by an agreement dated September 16, 2004) for the segregation of assets and liabilities relating to NSP cement production from Julong Cement and transferring them to Huaihai;

(d)   a share transfer agreement dated November 22, 2004 and entered into between China Composites, Liberty Group and Zhongfu Liberty (as supplemented by an agreement dated November 25, 2004) for (a) the transfer of China Composites' 25% equity interest in Liberty TOLI to Zhongfu Liberty for a consideration of RMB 10.07 million; and (b) the transfer of Liberty Group's 15% equity interest in Liberty TOLI to Zhongfu Liberty for a consideration of RMB 6.04 million.

(e)   a share transfer agreement dated November 22, 2004 and entered into between Japan TOLI and Zhongfu Liberty for the transfer of Japan TOLI's 20% equity interest in Liberty TOLI to Zhongfu Liberty for a consideration of RMB 5,483,300;

(f)   an assets and liabilities allocation agreement (資產及負債劃轉協議) dated December 1, 2004 and entered into between CNBM Equipment and CNBM Trading regarding the allocation of assets and liabilities from CNBM Equipment to CNBM Trading at nil consideration pursuant to the Reorganization;

(g)   a share transfer agreement dated December 17, 2004 and entered into between Parent and China Fiberglass (formerly named 中國化學建材股份有限公司) for the transfer of Parent's 23% equity interest in China Composites to China Fiberglass for a consideration of approximately RMB 87.1 million. As a result, China Composites was held as to 77% and 23% by CNBM Equipment and China Fiberglass, respectively;

(h)   an asset exchange agreement (資產置換協議) dated February 25, 2005 and entered into between BNBM and BNBMG regarding (a) the transfer of BNBM's 60% equity interest in BNBM Plastic Pipe Company Limited (北新塑管有限公司) and certain liabilities to BNBMG for a consideration of approximately RMB 44.1 million; and (b) the transfer of BNBMG's 9.9% equity interest in China United to BNBM for a consideration of approximately RMB 51.8 million;

(i)   a share transfer agreement dated February 25, 2005 and entered into between BNBM, Yan Yu (嚴煜) and Zhang Zhonghua (張忠華) for the transfer of Yan Yu's 50% equity interest and Zhang Zhonghua's 25% equity interest in Tianfeng to BNBM for a total consideration of RMB 22 million. As a result, Tianfeng was held as to 75% and 25% by BNBM and Yan Yu, respectively;

(j)   a share subscription agreement dated March 19, 2005 and entered into between BNBM, Taihe, Taian State-owned Asset Management Company Limited (泰安市國有資產經營有限公司), Taian Anxin Investment Trading Company Limited (泰安市安信投資貿易有限公司), Shandong Taihe

Group Staff Shareholder Association (山東泰和集團職工持股者協會) and Jia Tongchun (買同春) (on behalf of himself and 15 individual shareholders of Taihe) for, among other things, the subscription of 65,362,500 shares in Taihe by BNBM for a consideration of approximately RMB 117.7 million;

(k)  a capital increase agreement dated April 18, 2005 and entered into between China United and Xuzhou State-owned Asset Investment and Management Company Limited (徐州市國有資產投資經營有限公司) for the capitalization of RMB 80 million invested in Huaihai by China United. As a result, the registered capital of Huaihai was increased from RMB 59.82 million to RMB 139.82 million, which was held as to 88.79% by China United and 11.21% by Xuzhou State-owned Asset Investment and Management Company Limited (徐州市國有資產投資經營有限公司);

(l)  a capital increase agreement dated April 18, 2005 and entered into between China United and Luhong for the capitalization of RMB 20 million invested in Zaozhuang Luhong (formerly named 山東安度水泥集團棗莊鑫度水泥有限公司) by China United. As a result, the registered capital of Zaozhuang Luhong was increased from RMB 30 million to RMB 50 million, which was held as to 58% and 42% by China United and Luhong, respectively;

(m)  a debt restructuring agreement dated April 20, 2005 and entered into between China United and Xinlei for the transfer of Xinlei's 67.71% equity interest in Ziyan to China United in order to set off approximately RMB 33.0 million of Xinlei's indebtedness to China United. As a result, Ziyan was held as to 67.71%, 27.29% and 5% by China United, Xinlei and Nanyang Hangtian, respectively;

(n)  fifteen share transfer agreements dated April 29, 2005 and entered into between China Composites, and each of Zhongfu Lianzhong Staff Union (中複連眾公司職工持股會) and 14 individual shareholders of Zhongfu Lianzhong (Ren Guifang (任桂芳), Wu Xun (吳循), Qiao Guanghui (喬光輝), Dai Yun (戴雲), Yin Jiguo (尹繼國), Nan Yang (南洋), Fu Guangcai (伏廣才), Chen Liyou (陳立友), Luan Liguo (欒立國), Zhang Guojun (張國軍), Huang Hua (黃華), Tian Chaokai (田超凱), Zhang Bin (張斌) and Li Zhongjiang (李忠江)) for the transfer of a total of 41% equity interest in Zhongfu Lianzhong to China Composites for a total consideration of approximately RMB 19.1 million. As a result, Zhongfu Lianzhong was held as to 92% by China Composites;

(o)  a capital increase agreement dated April 29, 2005 and entered into between China Composites and six individual shareholders of Zhongfu Lianzhong (Ren Guifang (任桂芳), Qiao Guanghui (喬光輝), Dai Yun (戴雲), Yin Jiguo (尹繼國), Nan Yang (南洋) and Wu Xun (吳循)) for the increase of China Composites' contribution to the capital of Zhongfu Lianzhong by RMB 20 million. As a result, the registered capital of Zhongfu Lianzhong was increased from RMB 46,579,600 to RMB 66,579,600, which was held as to 94.5% by China Composites;

(p)  a debt restructuring agreement dated May 16, 2005 and entered into between Parent, the Company, China United, China Composites, China Triumph and Huaihai for, among other things, applying the dividend declared by the Company in favor of Parent to repay RMB 57,338,758.10 of Parent Group's indebtedness to the Group;

**APPENDIX VIII**  **STATUTORY AND GENERAL INFORMATION**

(q)  a debt restructuring agreement dated May 20, 2005 and entered into between Luhong, Lunan Cement, Ansha Cement, Zaozhuang Luhong, Heze Concrete and Shandong Gaize Industry Co., Ltd. (山東盇澤實業有限公司) for reorganizing the debts between the parties;

(r)  the Reorganization Agreement dated March 7, 2006 and entered into between the Company and the Promoters, details of which are set out in the section headed "Connected Transactions";

(s)  the Non-Competition Agreement dated February 28, 2006 and entered into between the Company and Parent, details of which are set out in the section headed *"Relationship with Parent — Competition"*;

(t)  the Patent Licensing Agreement dated February 28, 2006 and entered into between BNBM and BNBMG, details of which are set out in the section headed *"Connected Transactions"*;

(u)  the Trademark Licensing Agreement dated February 28, 2006 and entered into between the Company and Parent, details of which are set out in the section headed *"Connected Transactions"*;

(v)  the Trademark Licensing Agreement dated June 10, 2005 and entered into between Nanyang and Nanyang Hangtian, details of which are set out in the section headed *"Connected Transactions"*;

(w)  the Trademark Licensing Agreement dated February 28, 2006 and entered into between Ziyan and Xinlei, details of which are set out in the section headed *"Connected Transactions"*; and

(x)  the Hong Kong Underwriting Agreement, details of which are set out in the section headed *"Underwriting — Underwriting Arrangements and Expenses."*

**2.  *Intellectual property rights***

*(a)  Trademarks (and service marks)*

As at the Latest Practicable Date, the Group has registered the following trademarks in the PRC:

| | Mark | Class | Date of Registration | Expiry Date | Registration Number | Services Covered | Registered Owner |
|---|---|---|---|---|---|---|---|
| 1. | 龍牌 + 龍圖形 | 2 | November 30, 1988 | November 29, 2008 | 331328 | Coatings | BNBM |
| 2. | BNBM | 2 | May 7, 1996 | May 6, 2006 | 836268 | Coatings, paints and accessories (excluding insulating paints), porcelain glaze | BNBM |

## DEFINITIONS

In this prospectus, unless the context otherwise requires, the following terms shall have the meanings set out below.

| | |
|---|---|
| "A shares" | ordinary shares denominated in RMB of companies listed on a stock exchange in the PRC |
| "allocation" | allocation of state-owned assets, meaning the allocation of the whole or part of the state-owned assets among different holders of state-owned assets in the course of reformation of management structure, adjustment of the organization structure, or assets restructuring of the enterprise |
| "Aobao Chemical" | 山東奧寶化工集團有限公司 (Shandong Aobao Chemical Group Company Limited), a limited liability company incorporated on June 28, 1999 under the laws of the PRC, which has a 25% equity interest in Weifang Aotai |
| "Application Form(s)" | white application form(s) and yellow application form(s), or where the context so requires, any of them |
| "Articles of Association" or "Articles" | the articles of association of the Company, which became effective on May 22, 2005, and as amended from time to time |
| "associates" | has the meaning ascribed thereto under the Listing Rules |
| "Average Realized Sales Price" | with respect to a product, equal to the quotient of the total sales revenue divided by the related total sales volume for a specific period |
| "Beijing B&Q" | 北京百安居裝飾建材有限公司 (Beijing B&Q Decoration & Building Materials Co., Ltd.), a limited liability company incorporated on October 15, 2003 under the laws of the PRC in which BND holds a 17% equity interest |
| "Beijing Chemical" | 北京化二股份有限公司 (Beijing Chemical Company Limited), a joint stock limited company incorporated on June 6, 1997 under the laws of the PRC which has a 45% equity interest in BNBM Plastic |
| "Beijing Triumph" | 北京凱盛建研建材工程設計有限責任公司 (China Triumph Beijing Co., Ltd.), a limited liability company incorporated on February 16, 2004 under the laws of the PRC and an associate of the Company, in which China Triumph holds a 50% equity interest |

— 17 —

## DEFINITIONS

| | |
|---|---|
| "Bengbu Triumph" | 蚌埠凱盛工程技術有限公司 (China Triumph Bengbu Engineering and Technology Company Limited), a limited liability company incorporated on July 21, 2004 under the laws of the PRC and a subsidiary of the Company, in which China Triumph directly and indirectly holds an 85.92% equity interest |
| "BNBM" | 北新集團建材股份有限公司 (Beijing New Building Material Company Limited), a joint stock limited company incorporated on May 30, 1997 under the laws of the PRC and a subsidiary of the Company, in which the Company holds a 60.33% equity interest. Its A shares are listed on the Shenzhen Stock Exchange |
| "BNBMG" | 北新建材(集團)有限公司 (Beijing New Building Material (Group) Company Limited), a limited liability company incorporated on August 4, 1984 under the laws of the PRC and a wholly-owned subsidiary of Parent. BNBMG directly holds a 59.11% equity interest in the Company immediately prior to the Global Offering and is a Promoter |
| "BNBM Homes" | 北新房屋有限公司 (BNBM Homes Company Limited), a limited liability company incorporated on December 27, 2002 under the laws of the PRC and a subsidiary of the Company, in which BNBM holds a 64% equity interest |
| "BNBM Plastic" | 北新建塑有限公司 (BNBM Building Plastic Company Limited), a limited liability company incorporated on December 11, 1998 under the laws of the PRC and a subsidiary of the Company, in which BNBM has a 55% equity interest |
| "BNBM PNG" | 北新巴布亞新幾內亞有限公司 (BNBM PNG Limited), a company incorporated on June 12, 1992 under the laws of Papua New Guinea and a subsidiary of the Company, which is wholly-owned by BND |
| "BND" | 北新物流有限公司 (BND Co., Limited), a limited liability company incorporated on January 8, 2001 under the laws of the PRC and a subsidiary of the Company, in which BNBM holds an 80% equity interest |
| "BND Decoration" | 深圳北新裝飾設計工程有限公司 (BND Decoration Company Limited), a limited liability company incorporated on November 18, 1999 under the laws of the PRC and a subsidiary of the Company, in which BND has a 93% equity interest |
| "Board" | the board of Directors |

— 18 —

## DEFINITIONS

| | |
|---|---|
| "Building Materials Academy" | 中國建築材料科學研究院 (China Building Materials Academy), a research institute established on May 24, 1954 under the laws of the PRC and a wholly-owned subsidiary of Parent. It directly holds a 0.05% equity interest in the Company immediately prior to the Global Offering and is a Promotor |
| "Business Day" | means a day that is not a Saturday, Sunday or public holiday in Hong Kong |
| "CAGR" | compound annual growth rate |
| "CCASS" | the Central Clearing and Settlement System established and operated by HKSCC |
| "CCASS Broker Participant" | a person admitted to participate in CCASS as a broker participant |
| "CCASS Custodian Participant" | a person admitted to participate in CCASS as a custodian participant |
| "CCASS Investor Participant" | a person admitted to participate in CCASS as an investor participant who may be an individual or joint individuals or a corporation |
| "CCASS Participant" | a CCASS Broker Participant, a CCASS Custodian Participant or a CCASS Investor Participant |
| "Chenlong Decoration" | 北京北新晨龍龍裝飾工程有限公司 (Beijing Haidian Chenlong Decoration Company Limited), a limited liability company established on January 22, 1988 under the laws of the PRC and a subsidiary of the Company, in which BNBM holds a 99% equity interest |
| "China" or "PRC" | the People's Republic of China. Except where the context requires, geographical references in this prospectus to China or the PRC exclude Hong Kong, Macau and Taiwan |
| "China Composites" | 中國複合材料集團有限公司 (China Composites Group Corporation Limited), a limited liability company established on June 28, 1988 under the laws of the PRC and a subsidiary of the Company, in which the Company directly and indirectly holds an 86.24% equity interest, and includes, except where the context otherwise requires, all of its subsidiaries |
| "China Fiberglass" | 中國玻纖股份有限公司 (China Fiberglass Company Limited), a joint stock limited company incorporated on April 16, 1997 under the laws of the PRC and an associate of the Company, in which the Company directly holds a 40.17% equity interest, and includes, except where the context otherwise requires, all of its subsidiaries. Its A shares are listed on the Shanghai Stock Exchange |

— 19 —

## DEFINITIONS

"China Triumph"

中國凱盛國際工程有限公司 (China Triumph International Engineering Company Limited), a limited liability company established on December 28, 1991 under the laws of the PRC and a subsidiary of the Company, in which the Company directly holds a 91% equity interest, and includes, except where the context otherwise requires, all of its subsidiaries

"China United"

中國聯合水泥有限責任公司 (China United Cement Company Limited), a limited liability company established on September 29, 1992 under the laws of the PRC and a subsidiary of the Company, in which the Company directly and indirectly holds a 96.07% equity interest, and includes, except where the context otherwise requires, all of its subsidiaries

"Cinda"

中國信達資產管理公司 (China Cinda Asset Management Corporation), an asset management company established on January 4, 1999 under the laws of the PRC that holds a 5.25% equity interest in the Company immediately prior to the Global Offering and is a Promoter

"CNBM Equipment"

中國建築材料及設備進出口公司 (China National Building Material and Equipment Import and Export Company), a state-owned enterprise established on June 24, 1985 prior to its conversion into the Company under the laws of the PRC

"CNBM Trading"

中建材集團進出口公司 (China National Building Material Import and Export Company), a state-owned enterprise established on February 8, 1994 under the laws of the PRC and a wholly-owned subsidiary of Parent. CNBM Trading directly holds a 9.06% equity interest in the Company immediately prior to the Global Offering and is a Promoter

"CNG"

compressed natural gas

"Companies Ordinance"

the Companies Ordinance (Chapter 32 of the Laws of Hong Kong), as amended, supplemented or otherwise modified from time to time

"Company"

中國建材股份有限公司 (China National Building Material Company Limited), a joint stock limited company incorporated on March 28, 2005 under the laws of the PRC

"Company Law"

中華人民共和國公司法 (the Company Law of the PRC), as enacted by the Standing Committee of the Eighth NPC on December 29, 1993 and effective on July 1, 1994, as amended, supplemented or otherwise modified from time to time

## DEFINITIONS

| | |
|---|---|
| "controlling shareholder" | has the meaning ascribed thereto under the Listing Rules |
| "Controlling Shareholders" | collectively, Parent, BNBMG, the Building Materials Academy and CNBM Trading |
| "CSRC" | 中國證券監督管理委員會 (China Securities Regulatory Commission) |
| "Director(s)" | the directors of the Company |
| "Domestic Shares" | ordinary shares in the capital of the Company, with a nominal value of RMB 1.00 each, which are subscribed for and credited as fully paid up in Renminbi by PRC nationals and/or PRC incorporated entities |
| "EPC" | turn-key project services that include engineering, procurement and construction |
| "FRP" | fiberglass reinforced plastics |
| "Fuyang Julong" | 中聯巨龍水泥(阜陽)有限公司 (Zhonglian Julong Cement (Fuyang) Company Limited), a limited liability company incorporated on December 23, 2004 under the laws of the PRC and a subsidiary of the Company, in which Huaihai has a 90% equity interest |
| "Global Coordinator" | the global coordinator of the listing of the H Shares on the Stock Exchange, being Morgan Stanley |
| "Global Offering" | the Hong Kong Public Offering and the International Placing |
| "Group", "we" and "us" | the Company and, except where the context otherwise requires, all its subsidiaries |
| "H Share Registrar" | Tricor Investor Services Limited |
| "H Shares" | overseas listed foreign shares in the ordinary share capital of the Company, with a nominal value of RMB 1.00 each, which are subscribed for and traded in HK dollars and for which applications have been made for the grant of listing, and permission to deal in, on the Stock Exchange |
| "Hangzhou Institute" | 中國新型建築材料工業杭州設計研究院 (China New Building Materials Industry Hangzhou Design and Research Institute), a state-owned enterprise established on October 8, 1993 under the laws of the PRC, which is a wholly-owned subsidiary of Parent |

— 21 —