**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: *Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.*, Case No. 2:09-cv-6687 (E.D.La.) | |

**<u>EXHIBITS 4 - 10 TO SUPPLEMENTAL MEMORANDUM OF
LAW IN SUPPORT OF MOTION OF PLAINTIFF-INTERVENORS
AND THE PSC FOR AN EXPEDITED HEARING TO ENFORCE
THE COURT'S JULY 17, 2014 CONTEMPT ORDER AND INJUNCTION</u>**

# FILED UNDER SEAL