In re: Chinese-Manufactured Drywall Products Liability Litigation



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 133483-0011

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Costco Wholesale Corporation, through Rich Olin, Senior Vice President and General Counsel
Court Case No. MDL 2047

HERMAN, HERMAN, ET AL
M Lillian Flemming
820 O'Keefe Ave.
New Orleans, LA 70113-1116

---

State of: WASHINGTON ) ss.
County of: KING )

**Name of Server:** R. CRAIG HERKENHOFF, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 25TH day of FEBRUARY, 2015, at 12:36 o'clock P M

**Place of Service:** at 999 Lake Drive, in Issaquah, WA 98027

**Documents Served:** the undersigned served the documents described as:
Subpoena to Testify at a Deposition in a Civil Action; Witness Fee

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
Costco Wholesale Corporation, through Rich Olin, Senior Vice President and General Counsel
By delivering them into the hands of an officer or managing agent whose name and title is: JOHN SULLIVAN, REGISTERED AGENT

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex M ; Skin Color WHITE ; Hair Color BROWN ; Facial Hair ____
Approx. Age 44 ; Approx. Height 6'1" ; Approx. Weight 185

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

*R. Craig Herkenhoff*
Signature of Server   R. CRAIG HERKENHOFF
PROCESS SERVER/PRIVATE
APS International, Ltd.   INVESTIGATOR

Subscribed and sworn to before me this 5TH day of MARCH, 20 15

____ ROBERT J. HOYD
Notary Public   (Commission Expires)

ROBERT J. HOYDEN
NOTARY PUBLIC
STATE OF WASHINGTON
COMMISSION EXPIRES
JUNE 9, 2015