In re: Chinese-Manufactured Drywall Products Liability Litigation



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 133483-0010

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Amazon.com, through David A. Zapolsky, Senior Vice President, General Counsel and Secretary
Court Case No. MDL 2047

HERMAN, HERMAN, ET AL
M Lillian Flemming
820 O'Keefe Ave.
New Orleans, LA 70113-1116

State of: **WASHINGTON** ) ss.
County of: **KING** )

**Name of Server:** ROBERT HOYDEN, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 24TH day of FEBRUARY, 2015, at 3:10 o'clock P M

**Place of Service:** at 410 Terry Avenue North, in Seattle, WA 98109-5210

**Documents Served:** the undersigned served the documents described as:
Subpoena to Testify at a Deposition in a Civil Action; Witness Fee

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Amazon.com, through David A. Zapolsky, Senior Vice President, General Counsel and Secretary

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: ADRIAN GARVER, PARALEGAL IN THE AMAZON.COM LEGAL DEPT., AUTHORIZED TO ACCEPT

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color WHITE ; Hair Color BROWN ; Facial Hair ___
Approx. Age 42 ; Approx. Height 5'9" ; Approx. Weight 175

[ ] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server ROBERT HOYDEN
REGISTERED PROCESS SERVER
APS International, Ltd. #9202902
(KING COUNTY, WA.)

Subscribed and sworn to before me this 4th day of March, 2015

Notary Public   (Commission Expires) 4/25/15

TRACI E. NASH
NOTARY PUBLIC
STATE OF WASHINGTON
04-25-15