Chinese-Manufactured Drywall Products Liability Litigation



Service of Process by
APS International, Ltd.
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 133485-0019

## AFFIDAVIT OF SERVICE -- Corporate

HERMAN, HERMAN, ET AL.

M Lillian Flemming
820 O'Keefe Ave.
New Orleans, LA 70113-1116

Service of Process on:
--The AES Corporation, c/o Corporation Service Company
Court Case No. MDL 2047

.e of: __VIRGINIA__ ) ss.
.nty of: __Richmond___ )

..ne of Server:   __Benjamin G. Hanson Jr__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action.

..te/Time of Service:   that on the __4th__ day of __March__ 20 __15__, at __1105__ o'clock __A__ M

..ace of Service:   at   Bank of America Center, 16th Floor,   in   Richmond, VA 23219
1111 East Main Street

..cuments Served:   the undersigned served the documents described as:
Subpoena to Testify at a Deposition in a Civil Action; Witness Fee $75.00

..rvice of Process on:   A true and correct copy of the aforesaid document(s) was served on:
The AES Corporation, c/o Corporation Service Company, R/A.

..rson Served, and   By delivering them into the hands of an officer or managing agent whose name and
..ethod of Service:   title is: __Dustin Kline Agent of Corporation Service Company__

..scription of   The person receiving documents is described as follows:
..rson Receiving   Sex __M__; Skin Color __White__; Hair Color __Brown__; Facial Hair __some__
..cuments:   Approx. Age __35__; Approx. Height __5'7"__; Approx. Weight __150 lbs.__
   ✓ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

..gnature of Server:   Undersigned declares under penalty of perjury   Subscribed and sworn to before me this
that the foregoing is true and correct.   __4th__ day of __March__ 2015

_Benjamin G. Hanson_   _Linda H. Hanson_
Signature of Server   Notary Public   (Commission Expires)
__4/30/18__
APS International, Ltd.

LINDA HILBUSH HANSON
NOTARY
PUBLIC
REG # 144120
MY COMMISSION
EXPIRES
4/30/2018
COMMONWEALTH OF VIRGINIA