# EXHIBIT "A"



March 5, 2015

**VIA FACSIMILE (504) 561-6024 and U.S. Mail**
Russ M. Herman, Esq.
Leonard A. Davis, Esq.
Herman, Herman & Katz LLC
820 O'Keefe Ave.
New Orleans, LA 70113

RE:     **Our Clients: Stephen and Cathleen Buckley**
        *In re: Chinese Manufactured Drywall Product Liability Litig.*
        Case No.:      11-1395
        Our File No.:  1689985

Dear Russ & Lenny:

   We represent Stephen and Cathleen Buckley. We hereby authorize the attorneys of Herman, Herman & Katz to file the enclosed Rule 41 Notice of Voluntary Dismissal With Prejudice. Our clients are dismissing with prejudice all their claims against all defendants. Thank you for your attention to this matter.
Sincerely,

Pete V. Albanis, Esq.

PVA/esr
Enclosure

One University Park | 12800 University Drive | Suite 600 | Fort Myers, FL 33907 | Ph: 239.433.6880 | www.ForThePeople.com

Atlanta, GA | Bowling Green, KY | Daytona Beach, FL | Fort Myers, FL | Jackson, MS | Jacksonville, FL | Kissimmee, FL | Lakeland, FL | Lexington, KY | Naples, FL | Nashville, TN
New York, NY | Memphis, TN | Orlando, FL | Plantation, FL | Sarasota, FL | St. Petersburg, FL | Tallahassee, FL | Tampa, FL | Tavares, FL | The Villages, FL | Winter Haven, FL