UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCT LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |
| Rudolph Morel CASE NO.: 11-00080, Abel v. Taishan Gypsum Co. Ltd., *et. al.*) | NOTICE OF REMEDIATION |

NOW INTO COURT, through undersigned counsel, comes Rudolph Morel who wishes to inform the parties that Plaintiff wishes to start remediating his home located at 5621 Marshall Foch Street, New Orleans, LA 70124. Plaintiff alleges that his drywall was manufactured by Taishan, and was supplied by Interior Exterior Building Supply.

Respectfully Submitted:

_____
Mekel S. Alvarez (LA Bar No. 22157)
Morris Bart, LLC
909 Poydras St., Suite 2000
New Orleans, LA 70112
Telephone:    504.599.3385
Facsimile:    504-599.3392
Email: malvarez@morrisbart.com

Salvadore Christina, Jr. (LA Bar No. 27198)
Becnel Law Firm
P.O. Drawer H
Reserve, LA 70084
Phone: 985.536.1186
Fax: 985.536.6445
Email: schristina@becnellaw.com

### CERTIFICATE OF SERVICE

A copy of this pleading has been served on all counsel on this 6th day of March, 2015 via LexisNexis File & Serve.

_____
Mekel S. Alvarez