UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2:09-md-02047 |
| | SECTION L |
| **THIS DOCUMENT RELATES TO:** *Amorin et al. v. China National Building Materials Import and Export Corp. et al., D. Or. Case No. 3:15-cv-00184* | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

### JOINT MOTION FOR SUBSTITUTION OF COUNSEL

Movants China National Building Materials & Equipment Import & Export Corporation and CNBM Forest Products (Canada) Ltd. ("Movants"), by and through their undersigned attorneys, file this Motion for Substitution of Counsel pursuant to Local Rule 83.2.11, and state:

1. Movants have requested and consented that their current attorneys of record, Loeb Law Firm and its respective attorneys, be permitted to withdraw, and that Orrick, Herrington & Sutcliffe LLP and its respective attorneys be substituted as counsel of record.

2. Attorney J. Scott Loeb has notified Movants of all deadlines and pending court appearances as referenced in the Certificate of Service provided below.

3. Lodged herewith is Orrick, Herrington & Sutcliffe LLP's Notice of Appearance.

This Motion and the accompanying Notice of Appearance are submitted reserving all defenses, including but not limited to, defenses relating to service of process, venue, personal jurisdiction, subject matter jurisdiction, sovereign immunity, incorrect party identification, and failure to state a claim upon which relief can be granted.  Defendants hereby notify the Court and all parties that they intend to assert all jurisdictional defenses, both subject matter and personal, to the extent available, and

in no way intend to or do waive or otherwise limit their ability to raise those defenses, whether by this required Motion or any other act, filing, appearance, or contention, either before or after this Motion, in this or any other litigation.

**WHEREFORE,** Movants and their undersigned counsel request that the Court enter an Order granting this Motion for Substitution of Counsel and permit Orrick, Herrington & Sutcliffe LLP and its respective attorneys to enter an appearance in this action.

>Respectfully submitted,
>
>/s/ J. Scott Loeb
>
>J. Scott Loeb (#25771)
>Jonas P. Baker (#25563)
>LOEB LAW FIRM
>1180 West Causeway Approach
>Mandeville, LA 70471
>Tel.: 985-778-0220
>Fax.: 985-246-5639
>E-mail: sloeb@loeb-law.com
>        Jbaker@loeb-law.com
>
>/s/ L. Christopher Vejnoska
>
>L. Christopher Vejnoska (CA Bar No. 96082)
>Ian Johnson (CA Bar No. 208713)
>Andrew Davidson (CA Bar No. 266506)
>Jason Wu (CA Bar No. 279118)
>ORRICK, HERRINGTON & SUTCLIFFE LLP
>The Orrick Building
>405 Howard Street
>San Francisco, CA 94105
>Tel.: 415-773-5700
>Fax.: 415-773-5759
>E-mail: cvejnoska@orrick.com
>        ijohnson@orrick.com
>        adavidson@orrick.com
>        jmwu@orrick.com
>
>James L. Stengel (NY Bar No. 1800556)
>Xiang Wang (NY Bar No. 4311114)

ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY, 10019
Tel:  212-506-5000
Fax:   212-506-5151
Email:  jstengel@orrick.com
xiangwang@orrick.com

Eric A. Shumsky (D.C. Bar No. 477926)
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street NW
Washington, D.C. 20005
Tel: 202-339-8400
Fax:   202-339-8500
Email: eshumsky@orrick.com

**Attorneys for China National Building Materials & Equipment Import & Export Corporation and CNBM Forest Products (Canada) Ltd.**

Dated: March 9, 2015

## CERTIFICATE OF COMPLIANCE

I certify that China National Building Materials & Equipment Import & Export Corporation and CNBM Forest Products (Canada) Ltd. have been notified of all deadlines and pending court appearances, and will be provided with a copy of this Motion.

/s/ J. Scott Loeb
J. Scott Loeb

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing JOINT MOTION FOR SUBSTITUTION OF COUNSEL and attached documents have been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to File & Serve Express in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 9th day of March, 2015.

/s/ L. Christopher Vejnoska
L. Christopher Vejnoska