UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2:09-md-02047<br><br>SECTION L |
| **THIS DOCUMENT RELATES TO:**<br>*Amorin et al. v. China National Building Materials Import and Export Corp. et al., D. Or. Case No. 3:15-cv-00184* | JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

## ORDER GRANTING MOTION FOR SUBSTITUTION OF COUNSEL

Considering Loeb Law Firm's and Orrick, Herrington & Sutcliffe LLP's Joint Motion for Substitution of Counsel for Defendants China National Building Materials & Equipment Import & Export Corporation and CNBM Forest Products (Canada) Ltd. ("Defendants"), having been advised there is no opposition to this matter and having found that the above referenced counsel have complied with Local Rule 83.2.11,

IT IS ORDERED that the Joint Motion for Substitution of Counsel is GRANTED. Loeb Law Firm and its respective attorneys are discharged from any further obligation to Defendants for the prosecution of this action. Orrick, Herrington & Sutcliffe LLP and its respective attorneys shall be substituted as counsel of record for Defendants for all purposes in this action. The Notice of Appearance of Orrick, Herrington & Sutcliffe LLP, lodged with the Joint Motion, is deemed filed. All notices to Defendants hereafter shall be directed to Orrick, Herrington & Sutcliffe LLP in accordance with the filed Notice of Appearance.

New Orleans, Louisiana, this _____ day of _____, 2015.

_____
Eldon E. Fallon
United States District Court Judge