UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2:09-md-02047 |
| | SECTION L |
| **THIS DOCUMENT RELATES TO:** *Amorin et al. v. China National Building Materials Import and Export Corp. et al., D. Or. Case No. 3:15-cv-184* | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF ALL DOCUMENTS AND PLEADINGS

The undersigned law firm of Orrick, Herrington & Sutcliffe LLP, and its respective individual counsel, hereby file this Notice of Appearance as counsel on behalf of Defendants China National Building Materials & Equipment Import & Export Corporation (incorrectly identified as "China National Building Materials Import and Export Corporation") and CNBM Forest Products (Canada) Ltd. pursuant to Local Rule 11.2 and Pre-Trial Order Nos. 1 (¶ 12), 1F, 1G, 1H and 6.  In accordance with Pre-Trial Orders 1F, 1G and 1H, by which the Court suspended all deadlines for submitting responsive pleadings until such time as the Plaintiffs' Steering Committee files a Master Complaint, this Notice of Appearance is submitted reserving all defenses, including but not limited to, defenses relating to service of process, venue, personal jurisdiction, subject matter jurisdiction, sovereign immunity, incorrect party identification, and failure to state a claim upon which relief can be granted. Defendants hereby notify the Court and all parties that they intend to assert all jurisdictional defenses, both subject matter and personal, to the extent available, and in no way intend to or do waive or otherwise limit their ability to raise those defenses, whether by this required notice of appearance or any other act, filing, appearance, or contention, either before or after this Notice, in this or any other litigation.  This notice hereby updates and replaces any prior-filed notices of appearance. It is

respectfully requested that all future pleadings, documents and correspondence in connection with these actions be served upon undersigned counsel.

        Respectfully submitted,

        /s/ L. Christopher Vejnoska

        L. Christopher Vejnoska (CA Bar No. 96082)
        Ian Johnson (CA Bar No. 208713)
        Andrew Davidson (CA Bar No. 266506)
        Jason Wu (CA Bar No. 279118)
        ORRICK, HERRINGTON & SUTCLIFFE LLP
        The Orrick Building
        405 Howard Street
        San Francisco, CA 94105
        Tel.: 415-773-5700
        Fax.: 415-773-5759
        E-mail: cvejnoska@orrick.com
                ijohnson@orrick.com
                adavidson@orrick.com
                jmwu@orrick.com

        James L. Stengel (NY Bar No. 1800556)
        Xiang Wang (NY Bar No. 4311114)
        ORRICK, HERRINGTON & SUTCLIFFE LLP
        51 West 52nd Street
        New York, NY, 10019
        Tel: 212-506-5000
        Fax: 212-506-5151
        Email: jstengel@orrick.com
               xiangwang@orrick.com

        Eric A. Shumsky (D.C. Bar No. 477926)
        ORRICK, HERRINGTON & SUTCLIFFE LLP
        Columbia Center
        1152 15th Street NW
        Washington, D.C. 20005
        Tel: 202-339-8400
        Fax: 202-339-8500
        Email: eshumsky@orrick.com

        **Attorneys for China National Building Materials & Equipment Import & Export Corporation and CNBM Forest Products (Canada) Ltd.**