# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  **CHINESE-MANUFACTURED** | * | **MDL 2047** |
| **DRYWALL PRODUCTS** | * | |
| **LIABILITY LITIGATION** | * | **SECTION L** |
| | * | |
| | * | **JUDGE FALLON** |
| **This document relates to: All Cases** | * | |
| | * | **MAGISTRATE JUDGE WILKINSON** |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the Motion to Extinguish the Knauf Defendants' Settlement Obligations for Certain Already Remediated Home Claims filed by the Knauf Defendants;

IT IS ORDERED BY THE COURT that the Motion to Extinguish the Knauf Defendants' Settlement Obligations for Certain Already Remediated Home Claims is GRANTED. The Knauf Defendants' Settlement Obligations for the following already remediated home claims are hereby extinguished:

| Cobblestone on the Lake Condo Association | 4385 Cortina Circle Building 1 | Ft. Myers | FL | 33916 | Baron & Budd / Allison Grant |
|---|---|---|---|---|---|
| Cobblestone on the Lake Condo Association | 4386 Cortina Circle Unit 129 | Ft. Myers | FL | 33916 | Baron & Budd / Allison Grant |
| Florida Waterfront Holdings, LLC; Jaspers Petrus | 1490 SE 15th Street #104 | Fort Lauderdale | FL | 33316 | VM Diaz & Partners, LLC. |

| Florida Waterfront Holdings, LLC; Jaspers Petrus | 1490 SE 15th Street #204 | Fort Lauderdale | FL | 33316 | VM Diaz & Partners, LLC. |
| Green, Jewel | 8286 Harrison Street | Bay St. Louis | MS | 39520 | Hawkins Gibson, PLLC |
| Matos, Jose and Mary | 12508 Twin Branch Acres | Tampa | FL | 33626 | Hawkins Gibson, PLLC |
| Milykovic, Ralph and Nancy | 338 Cipriani Way | North Venice | FL | 34275 | Krupnick Campbell Malone |
| Sunrise Lakes III | 2700 NW 94th Way | Sunrise | FL | 33322 | Colson Hicks Eidson |

New Orleans, Louisiana, this _____ day of _____, 2015.


_____
Eldon E. Fallon
United States District Court Judge

2