UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to:   All Cases | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |

* * * * * * * * * * * * * * * * * *

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that undersigned counsel will bring the foregoing Motion for hearing before the Honorable Eldon E. Fallon, Section L of the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130 on Wednesday, the 25th day of March, 2015, beginning at 9:00 a.m. or as soon thereafter as counsel can be heard.

Respectfully Submitted,

/s/ Kerry J. Miller
KERRY J. MILLER (LA Bar No. 24562)
kjmiller@bakerdonelson.com
JAMES R. PARISH (Bar No. 34017)
jparish@bakerdonelson.com
**Baker, Donelson, Bearman,**
**Caldwell & Berkowitz, P.C.**
201 St. Charles Ave.
Suite 3600
New Orleans, LA 70170
Phone: 504.566.5200
Fax:    504.636.4000
kjmiller@bakerdonelson.com

*Counsel for the Knauf Defendants*

## **CERTIFICATE**

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 9th day of March, 2015.

/s/ Kerry J. Miller