| ARH - MOTION TO DISMISS EXHIBIT A ||||||
| --- | --- | --- | --- | --- | --- |
| Homeowner Name(s) | Affected Property Address | City | State | Zip | Primary Counsel |
| Cobblestone on the Lake Condo Association | 4385 Cortina Circle Building 1 | Ft. Myers | FL | 33916 | Baron & Budd / Allison Grant |
| Cobblestone on the Lake Condo Association | 4386 Cortina Circle Unit 129 | Ft. Myers | FL | 33916 | Baron & Budd / Allison Grant |
| Florida Waterfront Holdings, LLC; Jaspers, Petrus | 1490 SE 15th Street #104 | Fort Lauderdale | FL | 33316 | Florida Waterfront Holdings - VM Diaz & Partners, LLC; Jaspers, Petrus - Pro Se |
| Florida Waterfront Holdings, LLC; Jaspers, Petrus | 1490 SE 15th Street #204 | Fort Lauderdale | FL | 33316 | Florida Waterfront Holdings - VM Diaz & Partners, LLC; Jaspers, Petrus - Pro Se |
| Green, Jewel | 8286 Harrison Street | Bay St. Louis | MS | 39520 | Hawkins Gibson, PLLC |
| Matos, Jose and Mary | 12508 Twin Branch Acres | Tampa | FL | 33626 | Hawkins Gibson, PLLC |