| ARH - MOTION TO DISMISS EXHIBIT B ||||||
|---|---|---|---|---|---|
| **Homeowner Name(s)** | **Affected Property Address** | **City** | **State** | **Zip** | **Primary Counsel** |
| Milykovic, Ralph and Nancy | 338 Cipriani Way | North Venice | FL | 34275 | Krupnick Campbell Malone |
| Sunrise Lakes III | 2700 NW 94th Way | Sunrise | FL | 33322 | Colson Hicks Eidson |