| ARH - MOTION TO DISMISS<br>EXHIBIT C | | | | | |
|---|---|---|---|---|---|
| **Homeowner Name(s)** | **Affected Property Address** | **City** | **State** | **Zip** | **Primary Counsel** |
| Florida Waterfront Holdings, LLC; Jaspers, Petrus | 1490 SE 15th Street #104 | Fort Lauderdale | FL | 33316 | Florida Waterfront Holdings - VM Diaz & Partners, LLC; Jaspers, Petrus - Pro Se |
| Florida Waterfront Holdings, LLC; Jaspers, Petrus | 1490 SE 15th Street #204 | Fort Lauderdale | FL | 33316 | Florida Waterfront Holdings - VM Diaz & Partners, LLC; Jaspers, Petrus - Pro Se |