UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:**<br><br>*Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.*, Case No. 2:09-cv-6687 (E.D.La.) | |

**MOTION OF PLAINTIFF-INTERVENORS AND THE PSC TO SUBSTITUTE "CORRECTED" SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR AN EXPEDITED HEARING TO ENFORCE THE COURT'S JULY 17, 2014 CONTEMPT ORDER AND INJUNCTION AND "CORRECTED" AMENDED REVISED ORDER SCHEDULING EXPEDITED HEARING TO ENFORCE THE COURT'S JULY 17, 2014 CONTEMPT ORDER AND JUDGMENT**

NOW INTO COURT, through undersigned counsel, come Plaintiff-Intervenors, Deborah and William Morgan; Jerry and Inez Baldwin; Joe and Cathy Leach; Robert and Lisa Orlando; Fred and Vanessa Michaux; Preston and Rachel McKellar; and Steven and Elizabeth Heischober [*see* Rec. Doc. No. 641] (collectively referred to herein as "Plaintiff-Intervenors") and the Court-appointed Plaintiffs' Steering Committee ("PSC"), who respectfully submits that on March 2, 2015 they filed a Motion for Leave to File Supplemental Memorandum of Law in Support of Motion of Plaintiff-Intervenors and the PSC for an Expedited Hearing to Enforce the Court's July 17, 2014 Contempt Order and Injunction and to File Unredacted Version and Exhibits Under Seal [Rec. Doc. 18404].  The Court granted leave and a redacted version of the Supplemental Memorandum of Law in Support of Motion of Plaintiff-Intervenors and the PSC

1

for an Expedited Hearing to Enforce the Court's July 17, 2014 Contempt Order and Injunction was filed with the Court [Rec. Doc. 18433] and a full unredacted version of the Supplemental Memorandum, along with certain exhibits, were filed Under Seal pursuant to Order signed March 3, 2015 [Rec. Doc. 18432].  Movers have made some "corrections" to the Supplemental Memorandum and request that the attached CORRECTED redacted version be substituted in place of the original filed redacted version at Rec. Doc. 18433.  Additionally, the CORRECTED full unredacted version should be filed under seal per the previous Order issued [Rec. Doc. 18432].

    Movers further respectfully submit that on March 3, 2015 they did file a Motion for Leave to File Amended Revised Order Scheduling Expedited Hearing to Enforce the Court's July 17, 2014 Contempt Order and Judgment [Rec. Doc. 18418].  The Court granted leave and the Amended Revised Order was filed [Rec. Doc. 18425].  Movers submit that the previously filed Amended Revised Order has been corrected to follow the proposed CORRECTED Supplemental Memorandum of Law and should now be substituted in place of the Amended Revised Order filed on March 3, 2015 [Rec. Doc. 18418-2].

    Wherefore, movers pray that substitution of the following CORRECTED pleadings be ordered and made by the Court:

1. Substitute the attached CORRECTED redacted version of the Supplemental Memorandum of Law in Support of Motion of Plaintiff-Intervenors and the PSC for an Expedited Hearing to Enforce the Court's July 17, 2014 Contempt Order and Injunction in place and instead of the version filed with the Court after leave at Rec. Doc. 18433; and further substitute the attached CORRECTED full unredacted version

of the Supplemental Memorandum Under Seal pursuant to the previously signed Order of March 3, 2015 [Rec. Doc. 18432]; and

2. Substitute the attached CORRECTED Amended Revised Order Scheduling Expedited Hearing to Enforce the Court's July 17, 2014 Contempt Order and Judgment in place and instead of the version filed with the Court at Rec. Doc. 18418-2.

Dated: March 9, 2015        Respectfully Submitted,

        BY: /s/ Leonard A. Davis
        Russ M. Herman (LA Bar No. 6819)
        Leonard A. Davis (LA Bar No. 14190)
        Stephen J. Herman (LA Bar No. 23129)
        Herman, Herman & Katz, LLC
        820 O'Keefe Avenue
        New Orleans, LA 70113
        Phone: (504) 581-4892
        Fax: (504) 561-6024
        ldavis@hhklawfirm.com
        *Plaintiffs' Liaison Counsel*
        *MDL 2047*

        Arnold Levin
        Fred S. Longer
        Sandra L. Duggan
        Matthew Gaughan
        Levin, Fishbein, Sedran & Berman
        510 Walnut Street, Suite 500
        Philadelphia, PA 19106
        Phone: (215) 592-1500
        Fax: (215) 592-4663
        alevin@lfsblaw.com
        *Plaintiffs' Lead Counsel*
        *MDL 2047*

        Gerald E. Meunier (LA Bar No. 9471)
        Rachel A. Sternlieb (LA Bar No. 35338)
        Gainsburgh, Benjamin, David,
         Meunier & Warshauer, LLC
        2800 Energy Centre
        1100 Poydras Street
        New Orleans, LA 70163-2800
        Phone: (504) 522-2304
        Fax: (504) 528-9973
        gmeunier@gainsben.com
        *Co-Counsel for Plaintiffs and PSC Member*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm, LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Peter Prieto
Podhurst Orseck, PA
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Bruce William Steckler
Steckler LLP
12720 Hillcrest Road, Suite 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-4041
bruce@stecklerlaw.com

Ervin A. Gonzalez
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
  Echsner & Proctor, PA
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Jerrold Seth Parker
Parker Waichman, LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Myers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@attorneys4people.com

Christopher Seeger
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Richard J. Serpe
Law Offices of Richard J. Serpe
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Victor M. Diaz, Jr.
V.M. Diaz and Partners, LLC
119 Washington Ave, Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

## OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

Richard S. Lewis, Esquire
HAUSFELD LLP
1700 K Street, N.W. Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Anthony D. Irpino
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

Andrew A. Lemmon, Esquire
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 9th day of March, 2015.

Respectfully Submitted,

BY: /s/ Leonard A. Davis
    Leonard A. Davis
    Herman, Herman & Katz, LLC
    820 O'Keefe Avenue
    New Orleans, LA 70113
    Phone: (504) 581-4892
    Fax: (504) 561-6024
    ldavis@hhklawfirm.com
    *Plaintiffs' Liaison Counsel*
    *MDL 2047*