UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:**<br><br>*Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.,*<br>Case No. 2:09-cv-6687 (E.D.La.) | |

**O R D E R**

Considering the Motion of Plaintiff-Intervenors and the PSC to Substitute "Corrected" Supplemental Memorandum of Law in Support of Motion for an Expedited Hearing to Enforce the Court's July 17, 2014 Contempt Order and Injunction and "Corrected" Amended Revised Order Scheduling Expedited Hearing to Enforce the Court's July 17, 2014 Contempt Order and Judgment;

IT IS ORDERED BY THE COURT that substitution of the pleadings be made as follows:

1. Substitute the attached CORRECTED redacted version of the Supplemental Memorandum of Law in Support of Motion of Plaintiff-Intervenors and the PSC for an Expedited Hearing to Enforce the Court's July 17, 2014 Contempt Order and Injunction in place and instead of the version filed with the Court after leave at Rec. Doc. 18433; and further substitute the attached CORRECTED full unredacted version

1

of the Supplemental Memorandum Under Seal pursuant to the previously signed Order of March 3, 2015 [Rec. Doc. 18432]; and

2. Substitute the attached CORRECTED Amended Revised Order Scheduling Expedited Hearing to Enforce the Court's July 17, 2014 Contempt Order and Judgment in place and instead of the version filed with the Court at Rec. Doc. 18418-2.

New Orleans, Louisiana, this ____ day of _____, 2015.

                                                                   _____
                                                                   Eldon E. Fallon
                                                                   United States District Court Judge