**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>***Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.,***<br>**Case No. 2:09-cv-6687 (E.D.La.)** | |

**SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF MOTION OF PLAINTIFF-INTERVENORS AND THE PSC FOR AN EXPEDITED HEARING TO ENFORCE THE COURT'S JULY 17, 2014 CONTEMPT ORDER AND INJUNCTION**

On February 10, 2015, the Plaintiffs' Steering Committee ("PSC") filed a Motion to Enforce the Court's July 17, 2014 Contempt Order and Injunction ("Motion to Enforce") [Rec. Doc. No. 18302], after becoming aware that certain CNBM companies had instituted litigation in Oregon federal court and were resolving disputes with American companies related to transactions involving sales of lumber and lumber equipment, in violation of the Court's Order enjoining Defendant-Judgment Debtor Taishan Gypsum Co., Ltd. ("Taishan"), and any of its *affiliates and subsidiaries*, from "conducting any business in the United States until or unless it participates in this judicial process."  [Rec. Doc. No. at 17869 at 3].  Since the filing of that motion, the PSC has learned that the decision for Taishan to engage in contemptuous acts, which warranted the Court's finding of criminal and civil contempt, ████████████████████████ ████████████████████████████████████ shown on the Chart of Taishan Affiliates and Subsidiaries (attached hereto as Exhibit "2"), which are ultimately controlled by SASAC.  In

1

fact, ███████████████████████████████████████

███████████████████████████████████████

███████████ in direct violation of this Court's valid Order.  Therefore, CNBM and BNBM

should also be held in contempt of court.  *See United States v. Int'l Broth. of Elec. Workers,*

*Local No. 130*, 72 F.R.D. 507, 510-11 (E.D. La. 1976).

As set forth in the Revised Proposed Order ("Revised Order"), filed herewith, in addition

to finding CNBM and BNBM in contempt of court, we are asking this Court to authorize the

PSC to conduct discovery regarding violations of the Contempt Order and Injunction occurring

from entry of the Order on July 17, 2014 through February 17, 2015, when Taishan reentered the

litigation with new counsel, as set forth below.  Further, the Motion to Enforce seeks to identify

the affiliates and subsidiaries of Taishan that are subject to the injunction, a violation of which

triggers "a further penalty of 25% of the profits earned by the company or its affiliates who

violate the order, for the year of the violation."  The PSC has discovered that a number of the

Taishan, BNBM, and CNBM entities listed in Attachment "2" of the Proposed Order in support

of the Motion to Enforce [Rec. Doc. No. 18302-14] have undergone name changes and/or

reorganizations (and in some cases multiple name changes) since the 2006 CNBM Global

Offering Prospectus Filing from which they were identified.  Accordingly, an updated and

amended list of Taishan Affiliates and Subsidiaries ("List of Taishan Affiliates") is filed

herewith as an attachment to the Revised Order.[1]  The List of Taishan Affiliates includes the

---

[1]  This updated list is based on publicly available Annual Reports for CNBM through December
31, 2013, as well as an Interim Report for CNBM through June 30, 2014, and additional
information contained in the websites of SASAC, CNBM Group, BNBM Group, CNBM,
BNBM, and related entities and subsidiaries, which have been translated into English by
Attorney Yan Gao, whose affidavit is attached hereto as Exhibit "1."

parents, siblings, cousins, and subsidiaries of the Judgment Debtor, as shown on the Chart of Taishan Affiliates and Subsidiaries (Exhibit "2" hereto).

The ongoing name changes and reorganizations of the various Taishan, BNBM, and CNBM companies are not surprising. These Defendants have gone to great lengths in this litigation to avoid answering the claims of approximately 4,000 Plaintiffs who suffered significant damages as a result of having Taishan's Chinese Drywall installed in their properties along the Gulf Coast, in Louisiana, Florida, Mississippi, Alabama, Georgia, Texas, Virginia and New York. The Taishan Defendants' pattern of obfuscation, designed to evade legal responsibility for their defective products shipped to the United States, has included (i) ignoring complaints properly served on them through the Hague Convention, (ii) sitting on the sidelines while default judgments were entered against them, (iii) allowing a $2.7 million judgment to be entered against Taishan in *Germano* on behalf of seven families, (iv) having Taishan and its wholly-owned subsidiary TTP enter their appearances in the litigation to contest personal jurisdiction over them and to vacate the *Germano* judgment against Taishan and a default judgment in *Mitchell*,[2] with no intention of satisfying any valid judgment in the event they were unsuccessful, (v) appealing this Court's personal jurisdiction rulings to the Fifth Circuit, (vi) firing their national and local counsel in all cases pending in the U.S. "immediately," as soon as the *Germano* judgment became final, and (vii) refusing to appear before Your Honor in open court for a judgment debtor examination.

███████████████████████████████████████████████

████████████████████████████████ for Taishan to defy this Court's Order to appear for a

---

[2]   *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Case No. 09-4115 (E.D. La.).

judgment debtor examination. ████████████████████████████

████████████████████████████ Taishan not appearing for its judgment debtor

examination and the contempt of court ruling. ████████████████████████

█████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

████████████████████████████████████ (emphasis added). ████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████

████████████████████████████████████████████████

████████████████  ██████████ ██████████████████████████████████

[3]   On July 29, 2014, the PSC filed an Omnibus Complaint (XIX) against SASAC [Rec. Doc. No. 17906].  Service of that Complaint on SASAC through the prolix process prescribed by the Hague Convention is almost complete.  Even though this Defendant has not yet accepted service or entered its appearance in these proceedings, they are aware of the litigation.  Not coincidentally, on the same day that Omni XIX was filed, SASAC halted publication of the names of its State-owned Enterprises ("SOEs") on the English version of its website.  *See* Archived page from SASAC's website dated July 29, 2014, attached hereto as Exhibit "3."

█████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

███████████████████████████████████████

████████████████████████████████████████

██████████████████████████████

To date, none of the 4,000 Plaintiffs with Taishan Chinese Drywall in their homes has collected any money from these manufacturers and their affiliates responsible for their damages. It is imperative that the resulting sanctions for what this Court found to be Taishan's "direct contemptuous act" in the MDL litigation, as well as an "affront to the Court's dignity" (Contempt Order and Injunction, at 2), be made fully and effectively enforceable against those who defied this Court's authority.

I.   **EVENTS OCCURRING SINCE THE FILING OF THE MOTION TO ENFORCE THE CONTEMPT ORDER AND INJUNCTION AGAINST TAISHAN AND ITS AFFILIATES AND SUBSIDIARIES**

Since the filing of our Motion to Enforce, the following events have occurred:

A.   On February 10, 2015, the PSC filed notices of third-party depositions and discovery requests related to assets of Judgment-Debtor Defendant Taishan Gypsum Co., Ltd. ("Taishan"), which may be located in the United States.  The PSC served these requests and subpoenaes on Plum Creek Timber Co., Inc. [Rec. Doc. No. 18307], and a number of financial institutions, including Citigroup, Inc. [Rec. Doc. No. 18303], J.P. Morgan Chase & Co. [Rec. Doc. No. 18304], Morgan Stanley [Rec. Doc. No. 18305], Northern Trust Corp. [Rec. Doc. No. 18306], State Street Corp. [Rec. Doc. No. 18308], T. Rowe Price Group, Inc. [Rec. Doc. No. 18309], The Bank of New York Mellon [Rec. Doc. No. 18311], General Growth Properties [Rec. Doc. No. 18310], and The AES Corp. [Rec. Doc. No. 18312], in conjunction with Plaintiffs'

████████████████████████████████████████

████████████████████

efforts to collect on the *Germano* judgment.  Plaintiffs intend to discover whether any additional entities named on SASAC's list of SOEs from its website (Exhibit "3" hereto) share responsibility for Plaintiffs' damages.

B.      On or about February 11, 2015, the PSC's declaratory judgment action, *Amorin, et al. v. China Nat'l Building Materials Import and Export Corp., et al.*, 3:15-cv-184 (D. Ore.), which was filed to ascertain any violations of the Court's Contempt Order and Injunction by Taishan affiliates, was transferred to MDL 2047.  *See* Attachment "J" to the Motion to Enforce [Rec. Doc. No. 18302-11].

C.      On February 12, 2015, Attorney Aaron Block from Alston & Bird LLP entered his appearance on behalf of Defendant Beijing New Building Materials Public Limited Co. ("BNBM"), which has been defaulted, at the start of the hearing on Plaintiffs' Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) and made an oral motion to continue the hearing, which the Court granted until March 26, 2015 [Rec. Doc. No. 18400].

D.      On February 13, 2015, Defendant CNBM announced on its website that:  "The [CNBM] Group's major assets and principal commercial activities are all located in China and ... since there is no convention or treaty on mutual recognition and enforcement of judgments between China and US, the respective US and Chinese legal counsels of BNBM and Taishan Gypsum believe that the possibility of the US judgments being enforced in China is very low."[4]

E.      On February 17, 2015, Attorneys Bernard Taylor, Michael P. Kenny, and Cari K. Dawson from Alston & Bird LLP entered their appearance in these MDL 2047 proceedings on behalf of Taishan [Rec. Doc. No. 18352].

---

[4] *See* CNBM Public Announcement, available at:
http://www.hkexnews.hk/listedco/listconews/SEHK/2015/0213/LTN20150213741.pdf.

F.      On <u>February 17, 2015</u>, Attorney Kenny filed an ex-parte motion on behalf of Taishan for a 21-day extension of time to respond to the Motion to Enforce [Rec. Doc. No. 18353].  The motion was denied as moot [Rec. Doc. No. 18371], since the Court already had ordered responses to the Motion to Enforce to be filed on or before March 17, 2015 [Rec. Doc. No. 18354].

G.      On <u>February 18, 2015</u>, the PSC prepared additional notices of third-party depositions and discovery requests related to assets of Taishan, which may be located in the United States.  The PSC served these requests and subpoenaes on Amazon.com [Rec. Doc. No. 18358], Costco Wholesale Corp. [Rec. Doc. No. 18359], The Home Depot [Rec. Doc. No. 18360], Lowe's Companies [Rec. Doc. No. 18361], Target Corp. [Rec. Doc. No. 18362], and Wal-Mart Stores, Inc. [Rec. Doc. No. 18363], in conjunction with Plaintiffs' efforts to collect on the *Germano* judgment.

H.      On <u>February 20, 2015</u>, the PSC served discovery requests on BNBM [Rec. Doc. No. 18368] and Taishan [Rec. Doc. No. 18369] related to assets of Taishan, which may be located in the United States, in conjunction with Plaintiffs' efforts to collect on the *Germano* judgment.

I.      On <u>February 20, 2015</u>, the PSC filed a Motion to Preclude Taishan or Any of its Affiliates [including BNBM] from Participating in Proceedings Involving Plaintiffs' Motion for Assessment of Class Damages Unless and Until Taishan Purges Itself of Contempt [Rec. Doc. No. 18367].  In that motion, the PSC also filed a Request to Reinstate the Judgment Debtor Examination of Taishan in open court.  The Court has scheduled a special hearing on this motion for March 17, 2015 [Rec. Doc. No. 18400].

J.      On <u>February 20, 2015</u>, the Fifth Circuit Court of Appeals denied Taishan's Counsel's petition for a writ of mandamus seeking to withhold from disclosure 31 documents that the Court ordered be produced to Plaintiffs on the grounds they were subject to the crime-fraud exception to the attorney-client privilege [Rec. Doc. No. 18196 at 7], because they contain communications revealing that "Taishan specifically sought advice from counsel in its attempt to help facilitate its criminal contempt [of court]."  [Rec. Doc. No. 18256 at 4-5].

K.      On <u>February 23, 2015</u>, the PSC prepared additional notices of third-party depositions and discovery requests related to assets of Taishan, which may be located in the United States.  The PSC served these requests and subpoenaes on CNBM (USA) Corp. [Rec. Doc. No. 18377], CTIEC-TECO American Technology, Inc. [Rec. Doc. No. 18378], and United Suntech Craft, Inc. [Rec. Doc. No. 18379], which are entities CNBM lists on its website as doing business in the United States, in conjunction with Plaintiffs' efforts to collect on the *Germano* judgment.

L.      On <u>February 26, 2015</u>, Loeb Law Firm entered its appearance in these MDL proceedings on behalf of Defendants China National Building Materials Import and Export Corporation and CNBM Forest Products (Canada), Ltd. in *Amorin, et al. v. China Nat'l Building Materials Import and Export Corp., et al.*, 3:15-cv-184 (D. Ore.) [Rec. Doc. No. 18397].

M.      On <u>February 27, 2015</u>, Taishan's discharged counsel, Hogan Lovells US LLP and Stanley, Reuter, Ross, Thornton & Alford, LLC, produced to the PSC ███████████████

████████████████████████████ Included in this production are numerous emails

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

██████████████████████████████████████████████

███████████████████████████████████████████████

█████████████████████████████████████████████

████████████████████  In these communications, ██████████████████████████

██████████████████████████████████████████████

███████████████████████████████████████████████

████████████████████████████████████████████

███████████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████████████████████████

██████████ (emphasis added), █████████████████████████

████████████████████████████████████████████████

███████████████████████████████████████ (emphasis

added), ██████████████████████

\*   \*   \*

The Court has scheduled a hearing on the Motion to Enforce for March 26, 2015, with responses to the motion due by March 17, 2015 [Rec. Doc. No. 18354].  In advance of the hearing, the PSC hereby supplements the record with further support for the enforcement of the Contempt Order and Injunction.

9

II.   **THE ENTITIES IDENTIFIED ON THE UPDATED AND AMENDED ATTACHMENT "2" TO THE PROPOSED ORDER IN SUPPORT OF THE MOTION TO ENFORCE ARE TAISHAN AFFILIATES AND/OR SUBSIDIARIES SUBJECT TO THE COURT'S INJUNCTION**

The entities listed on the updated and amended Attachment "2" to the Proposed Order in support of the Motion to Enforce are Taishan affiliates and/or subsidiaries subject to the Court's July 17, 2014 Contempt Order and Injunction, as shown on the Chart of Taishan Affiliates and Subsidiaries (Exhibit "2" hereto), as described in the Affidavit of Yan Gao (Exhibit "1" hereto), as previously held by this Court in *In re Chinese-Manufactured Drywall Prod. Liab. Litig.*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("FOFCOL"), as shown on SASAC's list of SOEs from its website (Exhibit "3" hereto), as demonstrated in the recently produced documents (Exhibits "4"–"10"), and as further set forth herein[5]:

1.   State-owned Assets Supervision and Administration Commission of the State Council of the People's Republic of China ("SASAC") – controls the "plasterboard" manufacturing, exportation and certification industry.  FOFCOL, *5 at ¶ 24.  SASAC supervises and manages the State-owned assets of the enterprises engaged in drywall production, and exercises extensive control and influence over these entities, including Taishan and its affiliate companies.  FOFCOL, *5 at ¶ 25.  SASAC oversees and controls 150 large central SOEs, including CNBM Group.  FOFCOL, *5 at ¶ 26.  SASAC owns 100% of CNBM Group,[6] which is a Taishan affiliate.  FOFCOL, *1 at ¶ 4, *5 at ¶ 26, *6 at ¶¶ 28-29, *8 at ¶ 47, *9 at ¶¶ 50-51.

---

[5] Additional discovery related to the entities named on SASAC's list of SOEs from its website (Exhibit "3" hereto) may warrant expanding the List of Taishan Affiliates.

[6] *See* Excerpts of CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of Yan Gao as Exhibit "Y," p. 27, accessed at: http://www.cnbmltd.com/news_report/en/369.pdf.

2.      China National Building Materials Group Co., Ltd. ("CNBM Group") – is a state-owned enterprise established on January 3, 1984 under the laws of the PRC, which directly and indirectly holds a 94.7% equity interest in CNBM.[7]  CNBM Group is wholly-owned and controlled by SASAC.  FOFCOL, *5 at ¶ 26.  CNBM Group controls BNBM Group, BNBM, and Taishan, and is a Taishan affiliate.  FOFCOL, *1 at ¶ 4, *5 at ¶ 26, *6 at ¶¶ 28-29, *8 at ¶ 47, *9 at ¶¶ 50-51.

3.      China Cinda Asset Management Co., Ltd. ("Cinda") – is an asset management company established on January 4, 1999 under the laws of the PRC, which held a 5.25% equity interest in CNBM immediately prior to CNBM's global offering and was one of CNBM's promoters.[8]  As of 2014, Cinda holds 2.56 % equity interest in CNBM.[9]

4.      China Building Materials Academy – is a research institute established on May 24, 1954 under the laws of the PRC, and is a wholly-owned subsidiary of CNBM Group. It directly holds 0.02 % equity interest in CNBM and was a promoter of CNBM.[10]  The Court has

---

[7] *See* Excerpts of CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of Yan Gao as Exhibit "Y," p. 27, accessed at: http://www.cnbmltd.com/news_report/en/369.pdf; *see also* English Translation of CNBM Group's Member Enterprise Description, attached to the Affidavit of Yan Gao as Exhibit "A."

[8] *See* Excerpts of 2006 CNBM Global Offering Prospectus Filing, attached to the Affidavit of Yan Gao as Exhibit "Y," p. 20, accessed at: http://www.cnbmltd.com/news_report/en/369.pdf; *see also* Excerpts of CNBM 2014 Interim Report, attached to the Affidavit of Yan Gao as Exhibit "Q," at pp. 7 & 12, accessed at: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=6488.

[9] *See* Excerpts of CNBM 2014 Interim Report, attached to the Affidavit of Yan Gao as Exhibit "Q," at p. 12, accessed at: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=6488.

[10] *See* Excerpts of CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of Yan Gao as Exhibit "Y," p. 19, accessed at: http://www.cnbmltd.com/news_report/en/369.pdf; *see also* Excerpts of CNBM 2014 Interim Report, attached to the Affidavit of Yan Gao as Exhibit "Q," at pp. 8 & 12, accessed at: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=6488;

held that CNBM Group controls Taishan and is a Taishan affiliate.  FOFCOL, *1 at ¶ 4, *5 at ¶ 26, *6 at ¶¶ 28-29, *8 at ¶ 47, *9 at ¶¶ 50-51.

5.      Beijing New Building Material Group Co., Ltd. ("BNBM Group") – is a joint stock limited company incorporated on May 30, 1997 under the laws of the PRC, and is a subsidiary of CNBM Group, in which CNBM Group directly and indirectly holds 100% equity interest.[11]  BNBM Group is a controlling parent of Taishan and a subsidiary of CNBM Group.  FOFCOL, *5 at ¶ 26, *6 at ¶ 29, *9 at ¶¶ 50-51.  CNBM Group controls Taishan and is a Taishan affiliate.  FOFCOL, *1 at ¶ 4, *5 at ¶ 26, *6 at ¶¶ 28-29, *8 at ¶ 47, *9 at ¶¶ 50-51.  The Court has held that BNBM Group is a Taishan affiliate.  FOFCOL, *1 at ¶ 4, *6 at ¶ 28.

6.      China National Building Material Import and Export Company ("CNBM Trading") – is a state-owned enterprise established on February 8, 1994 under the laws of the PRC, and is a wholly-owned subsidiary of CNBM Group.[12]  CNBM Trading directly holds a

---

[see also] English Translation of CNBM Group's Member Enterprise Description, attached to the Affidavit of Yan Gao as Exhibit "A"; *see also* English Translation of China Building Materials Academy's Member Enterprise Description, attached to the Affidavit of Yan Gao as Exhibit "B."

[11] *See* Excerpts of CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of Yan Gao as Exhibit "Y," p. 18, accessed at: http://www.cnbmltd.com/news_report/en/369.pdf; *see also* Excerpts of CNBM 2014 Interim Report, attached to the Affidavit of Yan Gao as Exhibit "Q," at pp. 6 & 12, accessed at: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=6488; *see also* English Translation of CNBM Group's Member Enterprise Description, attached to the Affidavit of Yan Gao as Exhibit "A."

[12] *See* Excerpts of CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of Yan Gao as Exhibit "Y," p. 20, accessed at: http://www.cnbmltd.com/news_report/en/369.pdf; *see also* Excerpts of CNBM 2014 Interim Report, attached to the Affidavit of Yan Gao as Exhibit "Q," at pp. 7 & 12, accessed at: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=6488; *see also* English Translation of CNBM Group's Member Enterprise Description, attached to the Affidavit of Yan Gao as Exhibit "A"; English Translation of CNBM Trading's Subsidiaries and Overseas Companies, attached to the Affidavit of Yan Gao as Exhibit "C."

9.06% equity interest in CNBM and was one of its promoters.[13]  CNBM Group controls Taishan and is a Taishan affiliate.  FOFCOL, *1 at ¶ 4, *5 at ¶ 26, *6 at ¶¶ 28-29, *8 at ¶ 47, *9 at ¶¶ 50-51.

       7.    <u>CNBM Forest Products, Ltd.</u> – is a wholly-owned subsidiary of China National Building Material Import and Export Co.,[14] which in turn is a subsidiary of CNBM Group.[15] CNBM Group controls Taishan and is a Taishan affiliate.  FOFCOL, *1 at ¶ 4, *5 at ¶ 26, *6 at ¶¶ 28-29, *9 at ¶¶ 50-51.

       8.    <u>CNBM Forest Products (Canada), Ltd.</u> – is a subsidiary of CNBM Forest Products, Ltd.,[16] which in turn is a subsidiary of CNBM Group.[17]  CNBM Group controls Taishan and is a Taishan affiliate.  FOFCOL, *1 at ¶ 4, *5 at ¶ 26, *6 at ¶¶ 28-29, *8 at ¶ 47, *9 at ¶¶ 50-51.

       9.    <u>China National Building Material Co., Ltd.</u> ("CNBM") – is a joint stock limited company incorporated on March 28, 2005 under the laws of the PRC.  It is a controlling parent

---

[13] *See id.*

[14] *See* CNBM Forest Products (Canada), Ltd.'s Corporate Disclosure Statement, attached to the Affidavit of Yan Gao as Exhibit "O."

[15] *See* CNBM Import and Export Disclosure Statement, attached to the Affidavit of Yan Gao as Exhibit "P"; *see also* English Translation of CNBM Trading's Subsidiaries and Overseas Companies, attached to the Affidavit of Yan Gao as Exhibit "C."

[16] *See* CNBM Forest Products (Canada), Ltd.'s Corporate Disclosure Statement, attached to the Affidavit of Yan Gao as Exhibit "O."

[17] *See* CNBM Import and Export Disclosure Statement, attached to the Affidavit of Yan Gao as Exhibit "P."

of Taishan and a Taishan affiliate.[18]  FOFCOL, *1 at ¶ 4, *5 at ¶ 26, *6 at ¶¶ 28-29, *9 at ¶¶ 50-51.  CNBM is a subsidiary of CNBM Group.  FOFCOL, *5 at ¶ 26.  CNBM Group also controls Taishan and is a Taishan affiliate.  FOFCOL, *1 at ¶ 4, *6 at ¶¶ 28-29, *8 at ¶ 47, *9 at ¶¶ 50-51.

  10. <u>China United Cement Corporation (f/k/a China United Cement Group Corporation, Ltd.) (f/k/a China United Cement Co., Ltd.)</u> ("China United")[19] – is a limited liability company established on September 29, 1992 under the laws of the PRC, and is a wholly-owned subsidiary of CNBM.[20]  CNBM is a controlling parent of Taishan and is a Taishan affiliate.  FOFCOL, *1 at ¶ 4, *5 at ¶ 26, *6 at ¶¶ 28-29, *9 at ¶¶ 50-51.  CNBM is a subsidiary of CNBM Group.  FOFCOL, *5 at ¶ 26.  CNBM Group also controls Taishan and is a Taishan affiliate.  FOFCOL, *1 at ¶ 4, *6 at ¶¶ 28-29, *8 at ¶ 47, *9 at ¶¶ 50-51. CNBM, through China United and its subsidiaries, operates "five clinker and cement production plants" including the Luhong plant in Tengzhou, Shandong, the Huaihai plant in Xuzhou, Juangsu, the Nanyang plant

---

[18] *See* Excerpts of CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of Yan Gao as Exhibit "Y," p. 20, accessed at: http://www.cnbmltd.com/news_report/en/369.pdf; *see also* English Translation of CNBM Group's Member Enterprise Description, attached to the Affidavit of Yan Gao as Exhibit "A."

[19] As of CNBM's 2007 Annual Report, China United Cement Co., Ltd. began being referred to as "China United Cement Group Corporation, Ltd."  *See* Excerpts of CNBM 2007 Annual Report, attached to the Affidavit of Yan Gao as Exhibit "X," pp. 6 & 10, accessed at: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=3364.  However, in 2010 through the present, this entity is referred to as "China United Cement Corporation."  *See* 2010 CNBM Annual Report, attached to the Affidavit of Yan Gao as Exhibit "U," pp. 7 & 13, accessed at: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=3491; *see also* Excerpts of CNBM 2014 Interim Report, attached to the Affidavit of Yan Gao as Exhibit "Q," pp. 7 & 14.

[20] *See* Excerpts of CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of Yan Gao as Exhibit "Y," p. 20, accessed at: http://www.cnbmltd.com/news_report/en/369.pdf; *see also* Excerpts of CNBM 2014 Interim Report, attached to the Affidavit of Yan Gao as Exhibit "Q," at pp. 7 & 12, accessed at: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=6488.

in Nanyang, Henan, the Zaozhuang Luhong plant in Zaohuang, Shandong, and the Ziyan plant in Xingtai, Hebei.[21]

11.     China United Cement Huaihai Co., Ltd. (f/k/a China United Julong Huaihai Cement Co., Ltd.) [22] ("China United Huaihai") – is a limited liability company incorporated on September 29, 2004 under the laws of the PRC, and is a subsidiary of CNBM, in which China United has an 80.88% equity interest and all of its subsidiaries.[23]  CNBM is a subsidiary of CNBM Group.  FOFCOL, *5 at ¶ 26.  CNBM Group also controls Taishan and is a Taishan affiliate.  FOFCOL, *1 at ¶ 4, *6 at ¶¶ 28-29, *8 at ¶ 47, *9 at ¶¶ 50-51.  China United Huaihai was established by China United for the purpose of taking over the new suspension preheater dry process cement production and operations ("NSP Cement Operations") from Shandong Lunan Cement Company Limited ("Lunan Cement") and Jiangsu Julong Cement Group Company Limited ("Julong Cement") respectively effective December 31, 2003.[24]

---

[21] *See* Excerpts of CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of Yan Gao as Exhibit "Y," p. 108, accessed at: http://www.cnbmltd.com/news_report/en/369.pdf.

[22] As of CNBM's 2007 Annual Report, China United Julong Huaihai Cement Co., Ltd.  is now referred to as China United Cement Huaihai Co., Ltd.  *See* Excerpts of CNBM 2007 Annual Report, attached to the Affidavit of Yan Gao as Exhibit "X," pp. 7 & 10, accessed at: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=3364.

[23] *See* Excerpts of CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of Yan Gao as Exhibit "Y," pp. 20 & 23, accessed at: http://www.cnbmltd.com/news_report/en/369.pdf.

[24] *See* Excerpts of CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of Yan Gao as Exhibit "Y," pp. 214, note (2) &  I-3, note (i), accessed at: http://www.cnbmltd.com/news_report/en/369.pdf.

12.    <u>Qingzhou China United Cement Company Limited (f/k/a China United Qingzhou Luhong Cement Co., Ltd.)</u> [25] – is a limited liability company incorporated on February 20, 2004 under the laws of the PRC, and is a subsidiary of CNBM in which China United directly and indirectly holds a 96.07% equity interest.  This subsidiary was established to operate CNBM's cement business in Qingzhou, Shandong.[26] China United is a wholly-owned subsidiary of CNBM.[27]  CNBM is a subsidiary of CNBM Group.  FOFCOL, *5 at ¶ 26.  CNBM is a controlling parent of Taishan and is a Taishan affiliate.  FOFCOL, *1 at ¶ 4, *5 at ¶ 26, *6 at ¶¶ 28-29, *9 at ¶¶ 50-51.

13.    <u>China United Cement Zaozhuang Company, Limited (f/k/a Zaozhuang China United Luhong Cement Co., Ltd.)</u>[28] – is a limited liability company established on October 24, 2003 under the laws of the PRC, and is a subsidiary of CNBM, in which China United directly

---

[25] China United Qingzhou Luhong Cement Co., Ltd. is now referred to as Qingzhou China United Cement Company Limited as of CNBM's 2007 Annual Report.  *See* Excerpts of 2007 CNBM Annual Report, attached to the Affidavit of Yan Gao as Exhibit "X," pp. 8 & 10, accessed at: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=3364.

[26] *See* Excerpts of CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of Yan Gao as Exhibit "Y," pp. 28 & 85 accessed at: http://www.cnbmltd.com/news_report/en/369.pdf; *see also* Excerpts of CNBM 2014 Interim Report, attached to the Affidavit of Yan Gao as Exhibit "Q," at pp. 9 & 12, accessed at: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=6488.

[27] *See* Excerpts of CNBM 2014 Interim Report, attached to the Affidavit of Yan Gao as Exhibit "Q," at pp. 7 & 12, accessed at: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=6488.

[28] Zaozhuang China United Luhong Cement Co., Ltd.  is now referred to as China United Cement Zaozhuang Co., Limited as of CNBM 2014 Interim Report.  *See* Excerpts of CNBM 2014 Interim Report, attached to the Affidavit of Yan Gao as Exhibit "Q," pp. 12 & 14; *see also* Excerpts of 2007 CNBM Annual Report, attached to the Affidavit of Yan Gao as Exhibit "X," pp. 9 & 10, accessed at: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=3364.

and indirectly has 91.74% equity interest.[29]  China United is a wholly-owned subsidiary of CNBM.[30]  CNBM is a subsidiary of CNBM Group.  FOFCOL, *5 at ¶ 26.  CNBM is a controlling parent of Taishan and is a Taishan affiliate.  FOFCOL, *1 at ¶ 4, *5 at ¶ 26, *6 at ¶¶ 28-29, *9 at ¶¶ 50-51.

14.     China Composites Group Corp., Ltd. ("China Composites") – is a limited liability company established on June 28, 1988 under the laws of the PRC, and is a wholly-owned subsidiary of CNBM.[31]  CNBM is a controlling parent of Taishan and a Taishan affiliate.  FOFCOL, *1 at ¶ 4, *5 at ¶ 26, *6 at ¶¶ 28-29, *9 at ¶¶ 50-51.  CNBM is a subsidiary of CNBM Group.  FOFCOL, *5 at ¶ 26.  CNBM Group also controls Taishan and is a Taishan affiliate.  FOFCOL, *1 at ¶ 4, *6 at ¶¶ 28-29, *8 at ¶ 47, *9 at ¶¶ 50-51.  China Composites is the holding company of CNBM's fiberglass reinforced plastics ("FRP") products business.[32]

15.     Lianyungang Zhongfu Lianzhong Composite Material Group Co., Ltd. ("Zhongfu Lianzhong") – is a limited liability company incorporated on October 26, 1989 under the laws of

---

[29] *See* Excerpts of CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of Yan Gao as Exhibit "Y," pp. 32 & 85 accessed at: http://www.cnbmltd.com/news_report/en/369.pdf.

[30] *See* Excerpts of CNBM 2014 Interim Report, attached to the Affidavit of Yan Gao as Exhibit "Q," at pp. 7 & 12, accessed at: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=6488.

[31] *See* Excerpts of CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of Yan Gao as Exhibit "Y," p. 19, accessed at: http://www.cnbmltd.com/news_report/en/369.pdf; *see also* Excerpts of CNBM 2014 Interim Report, attached to the Affidavit of Yan Gao as Exhibit "Q," at p. 12, accessed at: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=6488.

[32] *See* Excerpts of CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of Yan Gao as Exhibit "Y," p. 88, accessed at: http://www.cnbmltd.com/news_report/en/369.pdf.

the PRC, and is a subsidiary of China Composites, which holds 62.96% equity interest therein.[33]

China Composites is a wholly-owned subsidiary of CNBM.[34]  CNBM primarily operates its FRP

pipes and tanks business through Zhongfu Lianzhong.[35]  CNBM is a controlling parent of

Taishan and is a Taishan affiliate.  FOFCOL, *1 at ¶ 4, *5 at ¶ 26, *6 at ¶¶ 28-29, *9 at ¶¶ 50-51.

CNBM is a subsidiary of CNBM Group.  FOFCOL, *5 at ¶ 26.  CNBM Group also controls

Taishan and is a Taishan affiliate.  FOFCOL, *1 at ¶ 4, *6 at ¶¶ 28-29, *8 at ¶ 47, *9 at ¶¶ 50-51.

   16. <u>Shanghai Yaohua Pilkington Glass Co., Ltd.</u> – is a joint stock limited company

incorporated on November 23, 1993 under the laws of the PRC, and is a subsidiary of China

Composites, which holds 16.27% equity interest therein.[36]  China Composites, in turn, is a

wholly-owned subsidiary of CNBM.[37]  CNBM is a controlling parent of Taishan and is a Taishan

affiliate.  FOFCOL, *1 at ¶ 4, *5 at ¶ 26, *6 at ¶¶ 28-29, *9 at ¶¶ 50-51.  CNBM is a subsidiary

of CNBM Group.  FOFCOL, *5 at ¶ 26.  CNBM Group also controls Taishan and is a Taishan

affiliate.  FOFCOL, *1 at ¶ 4, *6 at ¶¶ 28-29, *8 at ¶ 47, *9 at ¶¶ 50-51.

---

[33] *See* Excerpts of CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of Yan Gao as Exhibit "Y," p. 39, accessed at: http://www.cnbmltd.com/news_report/en/369.pdf; *see also* Excerpts of CNBM 2014 Interim Report, attached to the Affidavit of Yan Gao as Exhibit "Q," at p. 12, accessed at: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=6488.

[34] *See* CNBM 2014 Interim Annual Report, attached to the Affidavit of Yan Gao as Exhibit "Q," at p. 12, accessed at: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=6488.

[35] *See* Excerpts of CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of Yan Gao as Exhibit "Y," p. 88, accessed at: http://www.cnbmltd.com/news_report/en/369.pdf.

[36] *See* Excerpts of CNBM 2013 Annual Filing, attached to the Affidavit of Yan Gao as Exhibit "R," p. 13, accessed at: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=5579.

[37] *See* CNBM 2014 Interim Annual Report, attached to the Affidavit of Yan Gao as Exhibit "Q," at p. 12, accessed at: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=6488.

17.    <u>Changzhou China Composites Liberty Co., Ltd.</u> ("Zhongfu Liberty") – is a limited liability company incorporated on December 18, 2003 under the laws of the PRC, and is principally engaged in the production of glass fiber and composites products.[38]  Zhongfu Liberty is a subsidiary of China Composites, which holds 75% equity interest therein.[39]  China Composites is a wholly-owned subsidiary of CNBM.[40]  CNBM is a controlling parent of Taishan and is a Taishan affiliate.  FOFCOL, *1 at ¶ 4, *5 at ¶ 26, *6 at ¶¶ 28-29, *9 at ¶¶ 50-51.  CNBM is a subsidiary of CNBM Group.  FOFCOL, *5 at ¶ 26.  CNBM Group also controls Taishan and is a Taishan affiliate.  FOFCOL, *1 at ¶ 4, *6 at ¶¶ 28-29, *8 at ¶ 47, *9 at ¶¶ 50-51.

18.    <u>Changzhou China Composites Tianma Fiberglass Products Co., Ltd.</u> ("Zhongxin Tianma") – is a limited liability company incorporated on March 28, 2005 under the laws of the PRC, and is a direct subsidiary of Zhongfu Liberty, which as of 2007, held 30% equity interest therein.[41]  Zhongfu Liberty is a subsidiary of China Composites, which holds 62.96% equity interest therein.[42]  China Composites, in turn, is a wholly-owned subsidiary of CNBM.[43]  The

---

[38] *See* Excerpts of CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of Yan Gao as Exhibit "Y," p. 88, accessed at: http://www.cnbmltd.com/news_report/en/369.pdf.

[39] *See* Excerpts of CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of Yan Gao as Exhibit "Y," p. 32, accessed at: http://www.cnbmltd.com/news_report/en/369.pdf; *see also* Excerpts of CNBM 2014 Interim Report, attached to the Affidavit of Yan Gao as Exhibit "Q," at p. 12, accessed at: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=6488.

[40] *See* Excerpts of CNBM 2014 Interim Report, attached to the Affidavit of Yan Gao as Exhibit "Q," at p. 12, accessed at: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=6488.

[41] *See* Excerpts of CNBM 2007 Annual Report, attached to the Affidavit of Yan Gao as Exhibit "X," p. 10.

[42] *See* CNBM 2014 Interim Annual Report, attached to the Affidavit of Yan Gao as Exhibit "Q," at p. 12, accessed at: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=6488.

last time Zhongxin Tianma appeared on a Shareholding Structure Chart was in CNBM's 2007 Annual Report. [44]   In CNBM's 2008 Annual Report, although this entity no longer appears on the Shareholding Structure chart, it is listed as one of CNBM's subsidiaries, in which it indirectly holds 30% equity interest.[45]   CNBM is a controlling parent of Taishan and is a Taishan affiliate. FOFCOL, *1 at ¶ 4, *5 at ¶ 26, *6 at ¶¶ 28-29, *9 at ¶¶ 50-51.   CNBM is a subsidiary of CNBM Group.   FOFCOL, *5 at ¶ 26.   CNBM Group also controls Taishan and is a Taishan affiliate. FOFCOL, *1 at ¶ 4, *6 at ¶¶ 28-29, *8 at ¶ 47, *9 at ¶¶ 50-51.

19.     Changzhou Liberty TOLI Building Material Co., Ltd. ("Liberty TOLI") – is a limited liability company incorporated on May 4, 1993 under the laws of the PRC.  The last time this entity appeared on a Shareholding Structure Chart was in CNBM's 2007 Annual Report.[46] Liberty TOLI is a direct subsidiary of Zhongfu Liberty, which as of 2007, held 60% equity interest therein.[47]   Zhongfu Liberty is a subsidiary of China Composites, which holds 62.96% equity interest therein.[48]   China Composites, in turn, is a wholly-owned subsidiary of CNBM.[49]

---

[43] *Id.*

[44] *See* Excerpts of CNBM 2007 Annual Report, attached to the Affidavit of Yan Gao as Exhibit "X," pp. 9 & 10, accessed at: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=3364.

[45] *See* Excerpts of CNBM 2008 Annual Report, attached to the Affidavit of Yan Gao as Exhibit "W," p. 133, accessed at: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=3407.

[46] *See* Excerpts of CNBM 2007 Annual Report, attached to the Affidavit of Yan Gao as Exhibit "X," at p. 10, accessed at: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=3364.

[47] *See* Excerpts of CNBM 2007 Annual Report, attached to the Affidavit of Yan Gao as Exhibit "X", p. 10.

[48] *See* CNBM 2014 Interim Annual Report, attached to the Affidavit of Yan Gao as Exhibit "Q," at p. 12, accessed at: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=6488.

[49] *Id.*

CNBM is a controlling parent of Taishan and is a Taishan affiliate.  FOFCOL, *1 at ¶ 4, *5 at ¶ 26, *6 at ¶¶ 28-29, *9 at ¶¶ 50-51.  CNBM is a subsidiary of CNBM Group.  FOFCOL, *5 at ¶ 26.  CNBM Group also controls Taishan and is a Taishan affiliate.  FOFCOL, *1 at ¶ 4, *6 at ¶¶ 28-29, *8 at ¶ 47, *9 at ¶¶ 50-51.

20.     <u>China Fiberglass Co., Ltd.</u> ("China Fiberglass") – is a joint stock limited company incorporated on April 16, 1997 under the laws of the PRC, and is a subsidiary of CNBM, in which CNBM directly holds 32.79% equity interest.[50]  CNBM is a controlling parent of Taishan and a Taishan affiliate.  FOFCOL, *1 at ¶ 4, *5 at ¶ 26, *6 at ¶¶ 28-29, *9 at ¶¶ 50-51.  CNBM is a subsidiary of CNBM Group.  FOFCOL, *5 at ¶ 26.  CNBM Group also controls Taishan and is a Taishan affiliate.  FOFCOL, *1 at ¶ 4, *6 at ¶¶ 28-29, *8 at ¶ 47, *9 at ¶¶ 50-51.  China Fiberglass is the holding company of CNBM's fiberglass business and was formerly named "China National Chemical Building Material Company Limited."[51]  China Fiberglass operates its business primarily through Jushi Group.[52]

21.     <u>Jushi Group, Co., Ltd.</u> ("Jushi Group") – is a limited liability company incorporated on June 28, 2001 under the laws of the PRC.[53]  Jushi Group is a wholly-owned

---

[50] *See* Excerpts of CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of Yan Gao as Exhibit "Y," p. 19, accessed at: http://www.cnbmltd.com/news_report/en/369.pdf; *see also* Excerpts of CNBM 2014 Interim Report, attached to the Affidavit of Yan Gao as Exhibit "Q," at p. 12, accessed at: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=6488.

[51] *See* Excerpts of CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of Yan Gao as Exhibit "Y," p. 87, accessed at: http://www.cnbmltd.com/news_report/en/369.pdf.

[52] *See* Excerpts of CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of Yan Gao as Exhibit "Y," p. 87, accessed at: http://www.cnbmltd.com/news_report/en/369.pdf.

[53] *See* CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of Yan Gao as Exhibit "Y," p. 24, accessed at: http://www.cnbmltd.com/news_report/en/369.pdf.

subsidiary of China Fiberglass.  China Fiberglass operates its business primarily through this entity.[54]  China Fiberglass, in turn, is a subsidiary of CNBM.[55]  CNBM is a controlling parent of Taishan and a Taishan affiliate.  FOFCOL, *1 at ¶ 4, *5 at ¶ 26, *6 at ¶¶ 28-29, *9 at ¶¶ 50-51. CNBM is a subsidiary of CNBM Group.  FOFCOL, *5 at ¶ 26.  CNBM Group also controls Taishan and is a Taishan affiliate.  FOFCOL, *1 at ¶ 4, *6 at ¶¶ 28-29, *8 at ¶ 47, *9 at ¶¶ 50-51.

22.    China Triumph International Engineering Co., Ltd. ("CTIEC") – is a limited liability company established on December 28, 1991 under the laws of the PRC, and is subsidiary of CNBM, which directly holds 91% equity interest therein.[56]  CNBM carries out its engineering services through CTIEC, which was formerly known as "China New Building Material Property Development Company."[57]  CTIEC changed the scope of its business to the provision of engineering design and construction services in July of 2000.[58]  CNBM is a controlling parent of Taishan and a Taishan affiliate.  FOFCOL, *1 at ¶ 4, *5 at ¶ 26, *6 at ¶¶ 28-29, *9 at ¶¶ 50-51.  CNBM is a subsidiary of CNBM Group.  FOFCOL, *5 at ¶ 26.  CNBM

---

[54] *See* Excerpts of CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of Yan Gao as Exhibit "Y," p. 87, accessed at: http://www.cnbmltd.com/news_report/en/369.pdf.

[55] *See* Excerpts of CNBM 2014 Interim Annual Report, attached to the Affidavit of Yan Gao as Exhibit "Q," at p. 12, accessed at: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=6488.

[56] *See* Excerpts of CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of Yan Gao as Exhibit "Y," p. 20, accessed at: http://www.cnbmltd.com/news_report/en/369.pdf; *see also* Excerpts of CNBM 2014 Interim Annual Report, attached to the Affidavit of Yan Gao as Exhibit "Q," at p. 12, accessed at: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=6488.

[57] *See* Excerpts of CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of Yan Gao as Exhibit "Y," p. 88, accessed at: http://www.cnbmltd.com/news_report/en/369.pdf.

[58] *See* Excerpts of CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of Yan Gao as Exhibit "Y," p. 88, accessed at: http://www.cnbmltd.com/news_report/en/369.pdf.

Group also controls Taishan and is a Taishan affiliate.  FOFCOL, *1 at ¶ 4, *6 at ¶¶ 28-29, *8 at ¶ 47, *9 at ¶¶ 50-51.

      23.    <u>Nanjing Triumph International Engineering Company Limited (f/k/a China Triumph International Engineering Company Limited) (f/k/a China Triumph Nanjing Cement Technological Engineering Co., Ltd.)</u>[59] ("Nanjing Triumph") – is a limited liability company incorporated on December 26, 2001 under the laws of the PRC, and is a subsidiary of CTIEC, which directly holds 51.15% equity interest therein.[60]  Nanjing Triumph was established by CTIEC and Bengbu Design & Research Institute for Glass Industry on December 26, 2001.[61]  CTIEC is a subsidiary of CNBM, which holds 91% equity interest therein.[62]  CNBM is a controlling parent of Taishan and a Taishan affiliate.  FOFCOL, *1 at ¶ 4, *5 at ¶ 26, *6 at ¶¶ 28-29, *9 at ¶¶ 50-51.  CNBM is a subsidiary of CNBM Group.  FOFCOL, *5 at ¶ 26.  CNBM

---

[59] *See* 2010 CNBM Annual Report, attached to the Affidavit of Yan Gao as Exhibit "U," pp. 9 & 13, accessed at: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=3491; *see also* 2011 CNBM Annual Report, attached to the Affidavit of Yan Gao as Exhibit "T," pp. 9 & 13, accessed at: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=4734; 2014 CNBM Interim Report, attached to the Affidavit of Yan Gao as Exhibit "Q," pp. 9 & 12, accessed at: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=6488.

[60] *See* Excerpts of CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of Yan Gao as Exhibit "Y," p. 26, accessed at: http://www.cnbmltd.com/news_report/en/369.pdf; *see also* Excerpts of CNBM 2014 Interim Annual Report, attached to the Affidavit of Yan Gao as Exhibit "Q," at p. 12, accessed at: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=6488.

[61] *See* Excerpts of CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of Yan Gao as Exhibit "Y," p. 90, accessed at: http://www.cnbmltd.com/news_report/en/369.pdf.

[62] *See* Excerpts of CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of Yan Gao as Exhibit "Y," p. 26, accessed at: http://www.cnbmltd.com/news_report/en/369.pdf; *see also* Excerpts of CNBM 2014 Interim Annual Report, attached to the Affidavit of Yan Gao as Exhibit "Q," at p. 12, accessed at: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=6488.

Group also controls Taishan and is a Taishan affiliate.  FOFCOL, *1 at ¶ 4, *6 at ¶¶ 28-29, *8 at ¶ 47, *9 at ¶¶ 50-51.

24.     CTIEC Shenzhen Scieno-tech Engineering Co., Ltd. – is a limited liability company incorporated on April 8, 2002 under the laws of the PRC, and is a subsidiary of CTIEC, which holds 55% equity interest therein.[63]  CTIEC is a subsidiary of CNBM, which holds 91% equity interest therein.[64]  CNBM is a controlling parent of Taishan and a Taishan affiliate. FOFCOL, *1 at ¶ 4, *5 at ¶ 26, *6 at ¶¶ 28-29, *9 at ¶¶ 50-51.  CNBM is a subsidiary of CNBM Group.  FOFCOL, *5 at ¶ 26.  CNBM Group also controls Taishan and is a Taishan affiliate. FOFCOL, *1 at ¶ 4, *6 at ¶¶ 28-29, *8 at ¶ 47, *9 at ¶¶ 50-51.

25.     China Triumph Bengbu Engineering and Technology Co., Ltd. ("Bengbu Triumph") – is a is a is a limited liability company incorporated on July 21, 2004 under the laws of the PRC, and is a subsidiary of CTIEC, which directly and indirectly holds 100% equity interest therein (Bengbu Triumph is a 70% owned subsidiary of CTIEC, Nanjing Triumph owns the remaining 15% interest, and CTIEC Scieno-tech Engineering Co., Ltd. owns the other 15% interest).[65]  CTIEC is a subsidiary of CNBM, which holds 91% equity interest therein.[66]  CNBM is a controlling parent of Taishan and a Taishan affiliate.  FOFCOL, *1 at ¶ 4, *5 at ¶ 26, *6 at ¶¶

---

[63] *See* Excerpts of CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of Yan Gao as Exhibit "Y," p. 26, accessed at: http://www.cnbmltd.com/news_report/en/369.pdf.

[64] *See id*.

[65] *See* Excerpts of CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of Yan Gao as Exhibit "Y," pp. 18 & IV-90, accessed at: http://www.cnbmltd.com/news_report/en/369.pdf; *see also* Excerpts of CNBM 2014 Interim Annual Report, attached to the Affidavit of Yan Gao as Exhibit "Q," at p. 12, accessed at: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=6488.

[66] *See id*.

28-29, *9 at ¶¶ 50-51.  CNBM is a subsidiary of CNBM Group.  FOFCOL, *5 at ¶ 26.  CNBM

Group also controls Taishan and is a Taishan affiliate.  FOFCOL, *1 at ¶ 4, *6 at ¶¶ 28-29, *8 at

¶ 47, *9 at ¶¶ 50-51.

26. CNBM Investment Co., Ltd (f/k/a BND Co., Ltd.) ("BND") – is a limited liability

company incorporated on January 8, 2001 (in the name "BND Co., Limited")[67] under the laws of

the PRC, and is a wholly-owned subsidiary of CNBM.[68]  BND was founded by BNBM, China

National Building Material and Equipment Import and Export Zhujiang Company, BNBM

Group, and Shenzhen Zhujiang Building Material Enterprise Company to operate CNBM's

international trading business and retail distribution business.[69]  CNBM is a controlling parent of

Taishan and a Taishan affiliate.  FOFCOL, *1 at ¶ 4, *5 at ¶ 26, *6 at ¶¶ 28-29, *9 at ¶¶ 50-51.

CNBM is a subsidiary of CNBM Group.  FOFCOL, *5 at ¶ 26.  CNBM Group also controls

Taishan and is a Taishan affiliate.  FOFCOL, *1 at ¶ 4, *6 at ¶¶ 28-29, *8 at ¶ 47, *9 at ¶¶ 50-51.

27. Beijing New Building Material Public Limited Company ("BNBM") – is a joint

stock limited company incorporated under the laws of the PRC, and a subsidiary of CNBM, in

---

[67] "Jushi Group, BNS and Huafu Property were associates of a connected person of the Company when the above agreements were entered into on 2 November 2007 as each of Jushi Group, BNS and Huafu Property was owned as to 51%, 95% and 30% respectively by China Fiberglass, which is a substantial shareholder of **CNBM Investment (originally known as BND Co., Limited), a subsidiary of the [CNBM]**." (emphasis added).

[68] *See* Excerpts of CNBM 2008 Annual Filing, attached to the Affidavit of Yan Gao as Exhibit "W," p. 59, *see also* Excerpts of CNBM 2014 Interim Report, attached to the Affidavit of Yan Gao as Exhibit "Q," at pp. 7 & 12, accessed at: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=6488.

[69] *See* Excerpts of CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of Yan Gao as Exhibit "Y," p. 87, accessed at: http://www.cnbmltd.com/news_report/en/369.pdf.

which CNBM holds a 52.4% equity interest.[70]  CNBM operates its lightweight building material business through BNBM, a company whose A shares have been listed on the Shenzhen Stock Exchange since 1997.[71]  BNBM is a controlling parent of Taishan, in which it holds 65% equity interest.[72]  BNBM's parent, CNBM, is a subsidiary of CNBM Group.  FOFCOL, *5 at ¶ 26, *6 at ¶ 29, *9 at ¶¶ 50-51.  CNBM Group also controls Taishan and is a Taishan affiliate.  FOFCOL, *1 at ¶ 4, *6 at ¶¶ 28-29, *8 at ¶ 47, *9 at ¶¶ 50-51.  The Court has held that BNBM is a Taishan affiliate.  FOFCOL, *1 at ¶ 4, *6 at ¶ 28.

28.     Beijing New Building Materials Homes, Co., Ltd. – is a limited liability company incorporated on December 27, 2002 under the laws of the PRC.[73]  It is a wholly-owned subsidiary of BNBM.[74]  BNBM is also a controlling parent of Taishan, holding 65% equity interest therein, and a subsidiary of CNBM, which holds 52.4% equity interest in BNBM.

---

[70] *See* Excerpts of CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of Yan Gao as Exhibit "Y," p. 18, accessed at: http://www.cnbmltd.com/news_report/en/369.pdf; *see also* Excerpts of 2014 CNBM Interim Report, attached to the Affidavit of Yan Gao as Exhibit "Q," at pp. 6 & 12, accessed at: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=6488; *see also* English Translation of BNBM's Relationship Chart From 2013 BNBM Annual Report, attached to the Affidavit of Yan Gao as Exhibit "G."

[71] *See* Excerpts of CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of Yan Gao as Exhibit "Y," p. 87, accessed at: http://www.cnbmltd.com/news_report/en/369.pdf.

[72] *See* Excerpts of 2014 CNBM Interim Report, attached to the Affidavit of Yan Gao as Exhibit "Q," at pp. 6 & 12, accessed at: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=6488.

[73] *See* Excerpts of CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of Yan Gao as Exhibit "Y," p. 18, accessed at: http://www.cnbmltd.com/news_report/en/369.pdf.

[74] *See* Excerpts of CNBM 2014 Interim Report, attached to the Affidavit of Yan Gao as Exhibit "Q," at pp. 6 & 12, accessed at: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=6488; *see also* English Translation of BNBM's Relationship Chart From 2013 BNBM Annual Report, attached to the Affidavit of Yan Gao as Exhibit "G."

CNBM, in turn is a subsidiary of CNBM Group.[75]  FOFCOL, *5 at ¶ 26, *6 at ¶ 29, *9 at ¶¶ 50-51.  CNBM Group also controls Taishan and is a Taishan affiliate.  FOFCOL, *1 at ¶ 4, *6 at ¶¶ 28-29, *8 at ¶ 47, *9 at ¶¶ 50-51.  The Court has held that BNBM is a Taishan affiliate. FOFCOL, *1 at ¶ 4, *6 at ¶ 28.

29.     BNBM Suzhou Mineral Fiber Ceiling Company, Limited[76] (f/k/a Suzhou Tianfeng New Building Material Co., Ltd.) – is a limited liability company that was incorporated on May 28, 2008 (in the name "Suzhou Tianfeng New Building Material Co., Ltd.") under the laws of the PRC, and is a subsidiary of CNBM.[77]  Although this entity stopped appearing on the Shareholding Structure of the Group chart in CNBM's Annual Filings as of 2010, it continues to be listed as one of CNBM's subsidiaries under "Particulars of Principal Subsidiaries," with CNBM indirectly holding 52.4% interest therein.[78]

30.     Taishan Gypsum Co., Ltd. (f/k/a Shandong Taihe Dongxin Co., Ltd.)[79] ("Taishan") – is the Defendant Judgment Debtor in contempt of court.  Taishan is a joint stock limited company and is controlled by BNBM, which in turn is controlled by CNBM, which in

---

[75] See Excerpts of CNBM 2014 Interim Report, attached to the Affidavit of Yan Gao as Exhibit "Q," at pp. 6 & 12, accessed at: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=6488.

[76] The change of this entity's name appears in CNBM's 2007 Annual Report on page 9 of the definition for "Tianfeng."

[77] See Excerpts of CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of Yan Gao as Exhibit "Y," p. 31, accessed at: http://www.cnbmltd.com/news_report/en/369.pdf; see also English Translation of BNBM's Relationship Chart From 2013 BNBM Annual Report, attached to the Affidavit of Yan Gao as Exhibit "G."

[78] See Excerpts of CNBM 2013 Annual Filing, attached to the Affidavit of Yan Gao as Exhibit "R," p. 169, accessed at: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=5579.

[79] In re Chinese-Manufactured Drywall Prod. Liab. Litig., 894 F. Supp. 2d 819, 869 (E.D. La. 2012).

turn is controlled by CNBM Group, which is wholly-owned and controlled by SASAC.[80]

FOFCOL, *5 at ¶¶ 24-26, *6 at ¶¶ 29-32, *7 at ¶ 37, *8 at ¶ 47.  This Court has held that

Taishan's affiliates include:  CNBM Group; CNBM; BNBM Group; BNBM; and TTP.

FOFCOL, *1 at ¶ 4, *6 at ¶ 28.  In the recently produced communications



(emphasis added),

31.    Qinhuangdao Taishan Building Materials Co., Ltd., a/k/a Qinhuang Dao Taishan

Building Materials Co., Ltd. – is a limited liability company incorporated on April 30, 2002

under the laws of the People's Republic of China, and is a 70% owned subsidiary of Taishan

Gypsum Co., Ltd. (f/k/a Shandong Taihe Dongxin Company Limited).[81]

---

[80] *See* Excerpts of CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of Yan Gao as Exhibit "Y," p. 31, accessed at: http://www.cnbmltd.com/news_report/en/369.pdf; *see also* English Translation of BNBM's Relationship Chart From 2013 BNBM Annual Report, attached to the Affidavit of Yan Gao as Exhibit "G."

[81] *See* Excerpts of CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of Yan Gao as Exhibit "Y," pp. 28, IV-68, accessed at: http://www.cnbmltd.com/news_report/en/369.pdf; *see also* English Translation of BNBM's Relationship Chart From 2013 BNBM Annual Report, attached to the Affidavit of Yan Gao as Exhibit "G."

32.     <u>Tai'an Taishan Plasterboard Co., Ltd.</u> ("TTP") – is a wholly-owned subsidiary of Taishan, and its alter ego.[82]  The Court has held that TTP is an affiliate of Taishan.  FOFCOL, *1 at ¶ 4.

33.     <u>China United Luhong Cement Co., Ltd.</u> – is a limited liability company incorporated on September 28, 2004 under the laws of the PRC, and is a subsidiary of China United, which holds an 80.34% equity interest therein.[83]  This entity is merely one of many cement plants under the umbrella of China United, through which its cement operations are conducted.[84]  China United is a wholly-owned subsidiary of CNBM.[85]  CNBM is a controlling parent of Taishan and a Taishan affiliate.  FOFCOL, *1 at ¶ 4, *5 at ¶ 26, *6 at ¶¶ 28-29, *9 at ¶¶ 50-51.  CNBM is a subsidiary of CNBM Group.  FOFCOL, *5 at ¶ 26.  CNBM Group also controls Taishan and is a Taishan affiliate.  FOFCOL, *1 at ¶ 4, *6 at ¶¶ 28-29, *8 at ¶ 47, *9 at ¶¶ 50-51.

---

[82] *Chinese Drywall*, 894 F. Supp. 2d at 872; *see also see also* English Translation of BNBM's Relationship Chart From 2013 BNBM Annual Report, attached to the Affidavit of Yan Gao as Exhibit "G."

[83] *See* Excerpts of CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of Yan Gao as Exhibit "Y," p. 20, accessed at: http://www.cnbmltd.com/news_report/en/369.pdf.

[84] *See* Excerpts of CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of Yan Gao as Exhibit "Y," p. 108, accessed at: http://www.cnbmltd.com/news_report/en/369.pdf.

[85] *See* Excerpts of CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of Yan Gao as Exhibit "Y," p. 20, accessed at: http://www.cnbmltd.com/news_report/en/369.pdf; *see also* Excerpts of CNBM 2014 Interim Report, attached to the Affidavit of Yan Gao as Exhibit "Q," at pp. 7 & 12, accessed at: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=6488.

34.    <u>China United Nanyang Co.</u> – is a merely a branch of China United which was established on September 23, 2004.[86]   The last time this entity appeared on an Annual Filing was in 2009.[87]   China United is a wholly-owned subsidiary of CNBM.[88]   CNBM is a subsidiary of CNBM Group.  FOFCOL, *5 at ¶ 26.  CNBM Group also controls Taishan and is a Taishan affiliate.  FOFCOL, *1 at ¶ 4, *6 at ¶¶ 28-29, *8 at ¶ 47, *9 at ¶¶ 50-51.

35.    <u>Xingtai China United Ziyan Co., Ltd.</u> – is a limited liability company incorporated on March 28, 2005 under the laws of the PRC, and is a subsidiary of CNBM, in which China United has a 67.1% equity interest.[89]   After acquiring a majority interest in each Ziyan and Zaozhuang Luhong, China United's cement operations were expanded to Xingtai.[90]   Pursuant to a debt restructuring agreement dated April 20, 2005, entered into between China United and Xingtai Xinlei Building Material (Group) Co. Ltd. ("Xinlei"), a fellow subsidiary of CNBM, China United acquired 61.7% equity interest in Xingtai China United Ziyan Company Limited.[91]   China United is a wholly-owned subsidiary of CNBM.[92]   CNBM is a controlling

---

[86] *See* Excerpts of CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of Yan Gao as Exhibit "Y," pp. 26 & IV-32, accessed at: http://www.cnbmltd.com/news_report/en/369.pdf.

[87] *See* CNBM 2009 Annual Report, attached to the Affidavit of Yan Gao as Exhibit "V," pp. 10 & 13, accessed at: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=3463.

[88] *See* Excerpts of CNBM 2014 Interim Report, attached to the Affidavit of Yan Gao as Exhibit "Q," at pp. 7 & 12, accessed at: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=6488.

[89] *See* Excerpts of CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of Yan Gao as Exhibit "Y," p. 33 accessed at: http://www.cnbmltd.com/news_report/en/369.pdf.

[90] *See* Excerpts of CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of Yan Gao as Exhibit "Y," p. 86 accessed at: http://www.cnbmltd.com/news_report/en/369.pdf.

[91] *See id*. at I-71 & VIII-5.

parent of Taishan and is a Taishan affiliate.  FOFCOL, *1 at ¶ 4, *5 at ¶ 26, *6 at ¶¶ 28-29, *9 at

¶¶ 50-51.  CNBM is a subsidiary of CNBM Group, which also controls Taishan.  FOFCOL, *5 at

¶ 26.

     36.    <u>China National Building Material and Equipment Import and Export Co.</u>

("CNBM Equipment") – is a State-owned enterprise established on June 25, 1985 prior to its

conversion into CNBM on March 28, 2005, under the laws of the People's Republic of China.[93]

Prior to its conversion, CNBM Equipment was principally engaged in the import and export

business.  However, as a result of the reorganization, CNBM Equipment transferred all of its

operations, assets and liabilities to CNBM Trading, a subsidiary of CNBM, by way of allocation

at nil consideration, and CNBM injected into CNBM Equipment all of its current operations,

assets and liabilities. CNBM underwent a series of asset shareholding restructuring, and as a

result, this entity no longer appears in CNBM's annual filings, as it subsumed by CNBM's

current operating entities during the 2006 restructuring.[94]

     37.    <u>Shenzhen B&Q Decoration and Building Materials Co., Ltd. ("Shenzhen B&Q")</u>

– is a limited liability company incorporated on March 8, 2002 under the laws of the PRC, and is

a subsidiary of CNBM Investment Company, Ltd. f/k/a BND Co., Ltd., which in turn, is a

wholly-owned subsidiary of CNBM.  "Through its majority-owned subsidiaries, [CNBM] holds

---

[92] *See* Excerpts of CNBM 2014 Interim Report, attached to the Affidavit of Yan Gao as Exhibit "Q," at pp. 7 & 12, accessed at: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=6488.

[93] *See* Excerpts of CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of Yan Gao as Exhibit "Y," pp. 20, IV-68, accessed at: http://www.cnbmltd.com/news_report/en/369.pdf.

[94] *See* Excerpts of 2006 CNBM Global Offering Prospectus Filing, attached to the Affidavit of Yan Gao as Exhibit "Y," p. 89, accessed at: http://www.cnbmltd.com/news_report/en/369.pdf.

minority equity interest in . . . Shenzhen B&Q and other companies."[95]  CNBM is a controlling

parent of Taishan and a Taishan affiliate.  FOFCOL, *1 at ¶ 4, *5 at ¶ 26, *6 at ¶¶ 28-29, *9 at ¶¶

50-51.  CNBM is a subsidiary of CNBM Group.  FOFCOL, *5 at ¶ 26.  CNBM Group also

controls Taishan and is a Taishan affiliate.  FOFCOL, *1 at ¶ 4, *6 at ¶¶ 28-29, *8 at ¶ 47, *9 at

¶¶ 50-51.

### III.    THE LEGAL DEFINITION OF "AFFILIATE" INCLUDES THE TAISHAN ENTITIES ON THE UPDATED AND AMENDED ATTACHMENT "2" TO THE PROPOSED ORDER IN SUPPORT OF THE MOTION TO ENFORCE.

The term "affiliate" is commonly and broadly used in legal contexts to mean "[a]

corporation that is related to another corporation by shareholdings or other means of control; a

subsidiary, parent, or sibling corporation . . . ."  Black's Law Dictionary (8th ed. 2004)

(emphasis added).  Additionally, this term has been defined to include "[a] person or company

with an inside business connection to another company.  Under bankruptcy, securities, and other

laws, if one company owns more than a certain amount of another company's voting stock, or if

the companies are under common control, they are affiliates."  Oran's Dictionary of the Law

(1983).

All of the entities on the List of Taishan Affiliates from CNBM Group downward

(Attachment "2"), as shown in the Chart of Taishan Affiliates and Subsidiaries (Exhibit "2"), are

controlled by CMBM Group, and ultimately by SASAC.  The governing jurisprudence clearly

would characterize these entities, which are parents, subsidiaries, siblings or cousins of Taishan,

---

[95] *See* Excerpts of CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of Yan Gao as Exhibit "Y," p. 39, accessed at: http://www.cnbmltd.com/news_report/en/369.pdf; *see also* Excerpts of CNBM 2014 Interim Report, attached to the Affidavit of Yan Gao as Exhibit "Q," at p. 12, accessed at: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=6488.

as "affiliates" of Taishan.  The Fifth Circuit in *Braun v. Insurance Co. of North America*, 488

F.2d 1066, 1067-68 (5th Cir. 1974), specifically rejected a "restrictive downstream definition" of

the term "affiliate" as used in an insurance policy provision, explaining that: "[t]he word affiliate

was not used grammatically but rather legally in the context of the present day corporation, most

spectacularly represented by the conglomerate, in which connections between companies may be

vertical, diagonal or horizontal and sometimes all the way around with occasional mixtures of

any one or all of the four."  *Braun*, 488 F.2d at 1067.

      Application of the jurisprudential principle articulated in *Braun* to the corporate structure

and organization of the conglomerate family of entities under CNMB Group, many of which

regularly undergo name changes and which include the Judgment Debtor Taishan, leads to the

conclusion that entities not only in a vertical line, but also in horizontal lines of relationship,

should be considered "Taishan Affiliates."  This Court previously held that Taishan's parents

CNBM Group, BNBM Group, CNBM, and BNBM are affiliates of Taishan.  FOFCOL, *1 at ¶

4, *6 at ¶ 28, *8 at ¶ 48 (*citing* Black's Law Dictionary), which appropriately recognizes that

parents and other entities above Taishan in a vertical line of corporate control, ownership and

authority, squarely fall within the legal definition of "affiliates."  The term "affiliate" also

extends, however, to entities that are horizontally related, such as siblings and cousins.  The case

law and the statutory definitions of "affiliate" under bankruptcy, securities, and business laws

support including all of the entities listed in Attachment "2" to the Proposed Order as Taishan

affiliates subject to the Court's Contempt Order and Injunction.

      In the bankruptcy context, for example, the statutory definition of an "affiliate" includes

(i) a debtor's parent (or parent-like) entity, (ii) a "vertical relationship between a debtor and a

subsidiary (or subsidiary-like) entity," and (iii) a horizontal relationship between a debtor and

another entity that share a common parent (or parent-like) entity.  Accordingly, a debtor's

indirect ownership of a sibling entity "justifies treating the debtor and its "sibling" entity as

affiliates."  *In re Reichmann Petroleum Corp.*, 364 B.R. 916, 920 (Bankr. E.D. Tex. 2007)

(*discussing* 11 U.S.C.A. §101(2)).

Pursuant to business codes, "affiliate" is broadly defined as "a person that directly or

indirectly through one or more intermediaries controls, is controlled by, or is under common

control with another person or is a senior executive thereof."  La. R.S. 12:1-1301; *see also* La.

R.S. 12:1803; Tex. Bus. Orgs. Code Ann. § 1.002; Fla. Stat. Ann. § 607.0901; Ala. Code § 10A-

1-1.03; Miss. Code Ann. § 75-76-199; Miss. Code Ann. § 79-27-5; Va. Code Ann. § 13.1-729

(West).  Similarly, in the area of securities law, "affiliate" is defined as "a person that directly, or

indirectly through one or more intermediaries, controls or is controlled by, or is under common

control with, the person specified" and a parent is defined as "an affiliate controlling such person

directly, or indirectly through one or more intermediaries."  17 C.F.R. § 230.405.

Courts regularly define "affiliate" broadly, using its general meaning.  In *Hopkins v.*

*Howard*, 930 So. 2d 999, 1004 (La. App. 4 Cir. 2006), for example, the court was tasked with

interpretation of the 1999 version of La. R.S. 22:1379(3)(f), which contains the net worth

exclusion to covered claims under the Louisiana Insurance Guarantee Association.  Specifically,

the court considered which entities were included in the undefined term "affiliate."  The

appellant advocated for a narrow interpretation to include only subsidiaries or sibling companies.

The court held, however, that the term "affiliate" is not limited to those entities at the same and

lower levels, but also includes parents.  Because the term was undefined in the statute, the court

relied on its "common and approved usage" as reflected in both Black's Law Dictionary and Orian's Dictionary of the Law.  The court explained: "we find <u>the term affiliate was intended to have a broad meaning</u>, which includes a parent company."  *Hopkins*, 930 So. 2d at 1008 (emphasis added); *see also McCall v. Cameron Offshore Boats, Inc.*, 93-787 (La. App. 3 Cir. 3/9/94), 635 So. 2d 263 (*citing* Black's Law Dictionary to define "affiliate company" as used in a compromise agreement to mean one that is "effectively controlled by another company.  A branch, division, or subsidiary....Corporations which are related as parent and subsidiary, characterized by identity of ownership of capital stock.").

Likewise, in *Hall v. Malone*, 2013-0315 (La. App. 4 Cir. 1/15/14), 133 So. 3d 91, the court addressed the meaning of the term "affiliate" as used the context of an indemnity provision in a contract.  Because the term was not defined in the contract, the court relied on the generally prevailing meaning or use of the word:

> According to the dictionary, "affiliate" means "a condition of being united, being in close connection, allied, or attached as a member or branch." *Black's Law Dictionary* (Rev. 4th Ed.) (citing *Johanson v. Riverside County Select Groves, Inc.,* 4 Cal.App.2d 114, 40 P.2d 530, 534). . . . It is understood to be a "person or organization" with a close connection as a "member or branch" of another entity.  *Merriam Webster's Collegiate Dictionary* (10th Ed.).  *See also Hopkins v. Howard,* 05-0732, pp. 8-9 (La. App. 4 Cir. 4/5/06), 930 So. 2d 999, 1004-05.

*Id*. at 95.  *See also McLane Foodservice, Inc. v. Table Rock Restaurants, L.L.C.*, 736 F.3d 375, 378 (5th Cir. 2013) (*quoting* Black's Law Dictionary in defining the term "affiliate" as used in a guarantee applicable to credit extended by "PFS and its affiliates," but finding no evidence of a relationship of control, such as a subsidiary, parent, or sibling corporation).

Further, in *Adams v. Dell Computer Corp.*, 2006 WL 2670969, *5 (S.D. Tex. Sept. 18, 2006), the district court held that where the term "affiliate" was not defined as used in an arbitration clause in an agreement, the "ordinary meaning must be used." *Id*. at *6 (*citing Eckland Consultants, Inc. v. Ryder, Stillwell Inc.*, 176 S.W.3d 80, 88 (Tex. App.-Houston [1st Dist.] 2004)). The court noted that the term "affiliate" "is generally defined as a corporation that is related to another corporation by shareholdings or other means of control . . . and as a company effectively controlled by another or associated with others under common ownership or control." *See id*. (internal citations omitted).

In the publicly available documents generated by SASAC, CNBM Group, BNBM Group, CNBM, and BNBM, it is clear that all of the entities on the List of Taishan Affiliates (Attachment "2") and shown in the Chart (Exhibit "2") are affiliates of Taishan.

## IV.   <u>CONCLUSION</u>

SASAC wholly owns and controls CNBM Group and "supervises and manages the State-owned assets of the enterprises engaged in drywall production, including Taishan and its affiliate companies." FOFCOL, *5 at ¶¶ 24-25. CNBM Group, in turn, controls all of the entities listed in Attachment "2" and shown on the Chart attached as Exhibit "2." By legal definition, SASAC and these additional companies may be considered affiliates of Taishan. These companies have demonstrated a pattern of hiding the pea, of strategizing on how to avoid paying damages caused by Taishan's defective Chinese Drywall to 4,000 families, who first were victimized by Hurricane Katrina, and now by these foreign Defendants. Then, after defaulting in the litigation and after Taishan was found to be subject to the jurisdiction of this Court, CNBM and BNBM controlled the decision as to whether Taishan should appear for its judgment debtor examination.

██████████████████████████████████████████

██████████████████████████████████████████

████████████████████████████     As such, they, too, should be held in contempt of court.

The Contempt Order and Injunction enjoins Taishan and *its affiliates and subsidiaries* from doing business in the United States unless or until Taishan complies with this Court's orders.  All of the entities on the List of Taishan Affiliates (Attachment "2") should be subject to this Order.

Dated: March 9, 2015                          Respectfully Submitted,


BY: /s/ Leonard A. Davis
　　　Russ M. Herman (LA Bar No. 6819) (on the Brief)
　　　Leonard A. Davis (LA Bar No. 14190) (on the Brief)
　　　Stephen J. Herman (LA Bar No. 23129)
　　　Herman, Herman & Katz, LLC
　　　820 O'Keefe Avenue
　　　New Orleans, LA 70113
　　　Phone: (504) 581-4892
　　　Fax: (504) 561-6024
　　　ldavis@hhklawfirm.com
　　　*Plaintiffs' Liaison Counsel*
　　　*MDL 2047*

　　　Arnold Levin (on the Brief)
　　　Fred S. Longer (on the Brief)
　　　Sandra L. Duggan (on the Brief)
　　　Matthew Gaughan (on the Brief)
　　　Levin, Fishbein, Sedran & Berman
　　　510 Walnut Street, Suite 500
　　　Philadelphia, PA 19106
　　　Phone: (215) 592-1500
　　　Fax: (215) 592-4663
　　　alevin@lfsblaw.com

　　　*Plaintiffs' Lead Counsel*
　　　*MDL 2047*

37

Gerald E. Meunier (LA Bar No. 9471) (on the Brief)
Rachel A. Sternlieb (LA Bar No. 35338) (on the Brief)
Gainsburgh, Benjamin, David,
  Meunier & Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800
Phone:  (504) 522-2304
Fax:  (504) 528-9973
gmeunier@gainsben.com

*Co-Counsel for Plaintiffs and PSC Member*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm, LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Peter Prieto
Podhurst Orseck, PA
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Bruce William Steckler
Steckler LLP
12720 Hillcrest Road, Suite 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-4041
bruce@stecklerlaw.com

Ervin A. Gonzalez
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
  Echsner & Proctor, PA
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Jerrold Seth Parker
Parker Waichman, LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Myers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@attorneys4people.com

Christopher Seeger
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Richard J. Serpe
Law Offices of Richard J. Serpe
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Victor M. Diaz, Jr.
V.M. Diaz and Partners, LLC
119 Washington Ave., Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

## OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W., Suite  650
Washington, DC 20006
Phone: (202) 540-7200
Fax:  (202) 540-7201
rlewis@hausfeldllp.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Anthony D. Irpino
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 9th day of March, 2015.

Respectfully Submitted,

BY:  */s/ Leonard A. Davis*
     Russ M. Herman
     Leonard A. Davis
     Stephen J. Herman
     Herman, Herman & Katz, LLC
     820 O'Keefe Avenue
     New Orleans, LA 70113
     Phone: (504) 581-4892
     Fax: (504) 561-6024
     ldavis@hhklawfirm.com

     *Plaintiffs' Liaison Counsel*
     *MDL 2047*