```
Court Name: Louisiana Eastern District
Division: 2
Receipt Number: LAE030189
Cashier ID: ccharles
Transaction Date: 03/09/2015
Payer Name: ALSTON AND BIRD LLP
---------------------------------------
SANCTIONS/CONTEMPT FINES
 For: ALSTON AND BIRD LLP
 Case/Party: D-LAE-2-09-MD-002047-001
 Amount:         $40,000.00
---------------------------------------
CHECK
 Check/Money Order Num: 280133
 Amt Tendered:   $40,000.00
---------------------------------------
Total Due:       $40,000.00
Total Tendered:  $40,000.00
Change Amt:      $0.00


"Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged.  A $53 fee will
be charged for a returned check."
```