**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,*<br>**Case No. 2:09-cv-6687 (E.D. La.)** | |

**TAISHAN GYPSUM LTD., CO.'S**
**MOTION TO LIFT ORDER OF CONTEMPT**
**BY SHOWING COMPLIANCE**

Defendant Taishan Gypsum Ltd., Co. ("Taishan") moves this Court to lift its July 17, 2014 Order (Docket No. 17869) ("Contempt Order"). As explained in its Memorandum of Law in Support of this motion, Taishan has:

1. Resumed participation in this judicial process.

2. Ensured payment of $15,000 in attorneys' fees to Plaintiff's counsel by March 17 pursuant to the payment instructions of the Plaintiffs' Steering Committee ("PSC"); and

3. Paid $40,000 into the Registry of the Court as a penalty for contempt (*see* Notice of Payment of Contempt Penalty, filed contemporaneously herewith);

Having paid its penalty and complied with the conditions in the Contempt Order, Taishan has thus purged itself of the contempt specified therein, and the Contempt Order should be lifted.

|  |  |
|---|---|
| Dated March 9, 2015 | Respectfully submitted, |

/s Michael P. Kenny
Bernard Taylor, Esq.
Georgia Bar No. 669625
Michael P. Kenny, Esq.
Georgia Bar No. 415064
Cari K. Dawson, Esq.
Georgia Bar No. 213490
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
michael.kenny@alston.com
*Counsel for Taishan Gypsum Co., Ltd. And Tai'an Taishan Plasterboard Co., Ltd.*

Alan Dean Weinberger
LA Bar No. 13331
HANGARTNER, RYDBERG & TERRELL, LLC
One Shell Square
701 Poydras St., Suite 310
New Orleans, Louisiana  70179
Phone:  (504) 434-6815
Fax: (504) 522-5689
aweinberger@hanrylaw.com
*Local Counsel for Taishan Gypsum Co., Ltd. And Tai'an Taishan Plasterboard Co., Ltd.*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing **MOTION TO LIFT ORDER OF CONTEMPT BY SHOWING COMPLIANCE** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 9th day of March, 2015.

/s Michael P. Kenny
Michael P. Kenny, Esq.
Georgia Bar No. 415064
ALSTON & BIRD LLP
1201 West Peachtree Street NW
Atlanta, Georgia 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
michael.kenny@alston.com
*Counsel for Taishan*