UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL 2047 SECTION L |
| | * | JUDGE FALLON |
| This document relates to: All Cases | * * * | MAGISTRATE JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * *

## JOINT DESIGNATION OF RECORD ON APPEAL

COME NOW, Defendants, Sixty Fifth and One LLC and Banner Supply Company Pompano LLC, and Putative Class Representative Plaintiff, Ralph Mangiarelli, Jr., and hereby jointly designate the following record documents for the appeal proceedings styled *In re: Chinese-Mft Drywall, et. al.,* Case No. 14-31355, U.S. Court of Appeals for the Fifth Circuit:

| | DOCUMENT NUMBER | DOCUMENT NAME | DATE FILED |
|---|---|---|---|
| 1 | 17744 & 17744-1 | Banner Supply Company Pompano, LLC's Motion to Enforce Injunction Regarding Claims Brought by Plaintiff, Ralph Mangiarelli, Jr., and Memorandum in Support thereof | 06/12/2014 |
| 2 | 17867 | Minute Entry noting Banner Supply Co. Pompano, LLC's Motion to Enforce Injunction, granted as unopposed | 07/17/2014 |
| 3 | 17897 & 17898 | Defendant, Sixty Fifth and One's Motion to Enforce Injunction Regarding State Court Claims Brought By Putative Class Representative, Ralph Mangiarelli, Jr., and Memorandum of Law in Support Thereof | 07/25/2014 |
| 4 | 17898 - Exhibit "A" | Plaintiffs' Third Amended Class Action Complaint and Demand for Jury Trial | 07/25/2014 |
| 5 | 17933 | Plaintiff's Response to Sixty Fifth & One's Motion to Enforce Injunction Regarding State Court Claims Brought By Ralph Mangiarelli, Jr. | 08/04/2014 |

| | | | |
|---|---|---|---|
| 6 | 17941, 17941-1 & 17941-2 | Defendant Sixty Fifth and One's Motion for Leave to File Reply to Plaintiff's Response in Opposition to Motion to Enforce Injunction Regarding State Court Claims Brought by Putative Class Representative, Ralph Mangiarelli, Jr. | 08/08/2014 |
| 7 | 17950 | Order granting Sixty Fifth and One's Motion for Leave to File Reply | 08/11/2014 |
| 8 | 17967 | Order denying Sixth-Fifth and One's Motion for Injunction, and vacating prior order granting Banner's Motion for Injunction | 08/19/2014 |
| 9 | 17981, 17981-1, & 17981-2 | Motion to Reconsider Order Denying Injunction for Claims Brought by Plaintiff Ralph Mangiarelli, Jr., and Memorandum in Support Thereof | 08/28/2014 |
| 10 | 18010 or 18045[1] | Plaintiff, Ralph Mangiarelli, Jr.'s Motion to Allow Late Filed Response to Defendant's Motion to Reconsider Order Denying Injunction for Claims Brought by Plaintiff, Ralph Mangiarelli, Jr., and Plaintiff's Response to Defendant's Motion to Reconsider | 09/17/2014 |
| 11 | 18015 | Order granting Plaintiffs' Motion to Allow Late Filed Response | 09/18/2014 |
| 12 | 18058 | Sixty Fifth and One's and Banner's Reply to Plaintiff's Response to Motion to Reconsider Order Denying Injunction for Claims Brought by Plaintiff Ralph Mangiarelli, Jr. | 10/17/2014 |
| 13 | | Hearing Transcript of Proceedings | 10/21/2014 |
| 14 | 18102 | Order and Reasons denying Sixty Fifth and One's and Banner's Motion for Reconsideration | 11/04/2014 |
| 15 | 18175 | Notice of Appeal | 12/04/2014 |
| 16 | 16570 | Order and Judgment: (1) Certifying the Inex, Banner, Knauf, L&W, and Global Settlement Classes; and (2) Granting Final Approval of the Inex, Banner, Knauf, L&W, and Global Settlements | 02/07/2013 |

---

[1] The court file may identify these filings with either or both of the document numbers identified above.

| 17 | 15695-2 | "Global Settlement" - Settlement Agreement in MDL No. 2047 Regarding Claims Involving Builders, Installers, Suppliers and Participating Insurers | 08/13/2012 |
| --- | --- | --- | --- |
| 18 | 10033-3 | "Banner Settlement" - Amended Stipulation and Agreement of Settlement | 08/08/2011 |
| 19 | 14562 | Order & Reasons Preliminarily Approving the Settlement Agreement Regarding the Claims Involving Builders, Installers, Suppliers, and Participating Insurers, Conditionally Certifying a Settlement Class, Approving the Form Notice to Class Members, and Staying Claims Against Builders, Installers, Suppliers, and Participating Insurers | 06/04/2012 |
| 20 | 10064 | Order Preliminarily Approving Amended Stipulation and Agreement of Settlement, Conditionally Certifying Class Issuing Class Notice and Scheduling Fairness Hearing | 08/11/2011 |

Respectfully submitted,

/s/ *Jeffrey M. Paskert*
Jeffrey M. Paskert
Florida Bar No. 846041
Email: jpaskert@mpdlegal.com
Secondary: jegusquiza@mpdlegal.com
Ryan E. Baya
Florida Bar No. 0052610
Email: rbaya@mpdlegal.com
Secondary: dhutchins@mpdlegal.com
MILLS PASKERT DIVERS
100 N. Tampa St., Ste. 3700
Tampa, FL 33602
Telephone: (813) 229-3500
*Attorneys for Sixty-Fifth and One LLC*

*/s/ Michael P. Peterson (with approval)*
Florida Bar No. 982040
Email: michael@pbmlegal.net
Secondary: ines@pbmlegal.net
PETERSON, BALDOR & MARANGES, PLLC
10631 Southwest 88th Street, Suite 220
Miami, FL 33176
Telephone: (305) 270-3773
*Attorneys for Banner Supply Company Pompano, LLC*

*/s/ C. David Durkee (with approval)*
Florida Bar No. 998435
durkee@rdlawnet.com
ROBERTS & DURKEE, P.A.
121 Alhambra Plaza
Coral Gables, FL 33134
Telephone: (305) 442-1700
*Counsel for Individual Plaintiffs*