UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>*Gross v. Knauf Gips KG*, 2:09-cv-6690<br>*Amorin v. Taishan Gypsum*, 2:11-cv-1672<br>*Amorin v. Taishan Gypsum*, 2:11-cv-1395<br>*Amorin v. Taishan Gypsum*, 2:11-cv-1673<br>*State of Louisiana v. Knauf*, 2:10-cv-340<br>*Abner v. Taishan Gypsum*, 2:11-cv-3094<br>*Posey v. BNBM Co.*, 2:09-cv-6531<br>*Morris v. BNBM Co.*, 2:09-cv-6530<br>*Amorin v. SASAC*, 2:14-cv-1727<br>*Germano v. Taishan Gypsum*, 2:09-cv-6687 | MDL No. 2:09-md-2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

**MOTION OF CNBM GROUP AND CNBM FOR CONTINUANCE OF HEARING DATE ON MOTION OF PLAINTIFF-INTERVENORS AND THE PSC FOR AN EXPEDITED HEARING TO ENFORCE THE COURT'S JULY 17, 2014 CONTEMPT ORDER AND INJUNCTION**

NOW INTO COURT, through undersigned counsel, come China National Building Materials Group Corporation ("CNBM Group") and China National Building Materials Company Limited ("CNBM"), who respectfully submit this Motion for Continuance of Hearing Date on Motion of Plaintiff-Intervenors and the PSC for an Expedited Hearing to Enforce the Court's July 17, 2014 Contempt Order and Injunction.

As set forth more fully in the accompanying Memorandum of Law, the Motion of Plaintiff-Intervenors and the PSC for an Expedited Hearing to Enforce the Court's July 17, 2014 Contempt Order and Injunction ("Expedited Hearing Motion") [Rec. Doc. No. 18302] seeks to hold CNBM Group and CNBM in contempt without the due process mandated by law. This is particularly true in light of further modifications to the Expedited Hearing Motion recently proposed by Plaintiff-Intervenors [*See* Rec. 18404].

WHEREFORE, CNBM Group and CNBM respectfully move the Court to continue the hearing date on the Expedited Hearing Motion (currently noticed for March 26, 2015), and instead, during the Monthly Status Conference also scheduled for that same date and time, to establish an orderly briefing schedule for the Expedited Hearing Motion and set a new hearing date for that motion.

In accordance with Pre-Trial Orders 1F, 1G and 1H, by which the Court suspended all deadlines for submitting responsive pleadings until such time as the

Plaintiffs' Steering Committee files a Master Complaint, this Motion is submitted reserving all defenses, including but not limited to defenses relating to service of process, venue, personal jurisdiction, subject matter jurisdiction, sovereign immunity, incorrect party identification, and failure to state a claim upon which relief can be granted.  CNBM Group and CNBM have previously notified the Court and all parties [Rec. Doc. No. 18411], and hereby reaffirm, that they intend to assert jurisdictional defenses, both subject matter and personal, and in no way intend to or do waive or otherwise limit their ability to raise those defenses, whether by this Motion or any other act, filing, appearance, or contention, either before or after this Motion, in this or any other litigation.

Respectfully submitted,

/s/ L. Christopher Vejnoska

L. Christopher Vejnoska (CA Bar No. 96082)
Ian Johnson (CA Bar No. 208713)
Andrew Davidson (CA Bar No. 266506)
Jason Wu (CA Bar No. 279118)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105
Tel.:  415-773-5700
Fax.: 415-773-5759
E-mail:   cvejnoska@orrick.com
          ijohnson@orrick.com
          adavidson@orrick.com
          jmwu@orrick.com

James L. Stengel (NY Bar No. 1800556)
Xiang Wang (NY Bar No. 4311114)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY, 10019
Tel: 212-506-5000
Fax: 212-506-5151
Email:   jstengel@orrick.com
         xiangwang@orrick.com

Eric A. Shumsky (D.C. Bar No. 477926)
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street NW
Washington, D.C. 20005
Tel: 202-339-8400
Fax: 202-339-8500
Email:   eshumsky@orrick.com

*Attorneys for China National Building Materials Group Corporation and China National Building Materials Company Limited*

Dated**:** March 9, 2015

- 4 -

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion of CNBM Group and CNBM for Continuance of Hearing Date on Motion of Plaintiff-Intervenors and the PSC for an Expedited Hearing to Enforce the Court's July 17, 2014 Contempt Order and Injunction, and attached documents, have been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail and upon all parties by electronically uploading the same to File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 9th day of March, 2015.

/s/ L. Christopher Vejnoska

L. Christopher Vejnoska (CA Bar No. 96082)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105
Tel.:  415-773-5700
Fax.: 415-773-5759
E-mail:     cvejnoska@orrick.com
*Counsel for CNBM Group and CNBM*