UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>*Gross v. Knauf Gips KG, 2:09-cv-6690*<br>*Amorin v. Taishan Gypsum, 2:11-cv-1672*<br>*Amorin v. Taishan Gypsum, 2:11-cv-1395*<br>*Amorin v. Taishan Gypsum, 2:11-cv-1673*<br>*State of Louisiana v. Knauf, 2:10-cv-340*<br>*Abner v. Taishan Gypsum, 2:11-cv-3094*<br>*Posey v. BNBM Co., 2:09-cv-6531*<br>*Morris v. BNBM Co., 2:09-cv-6530*<br>*Amorin v. SASAC, 2:14-cv-1727*<br>*Germano v. Taishan Gypsum, 2:09-cv-6687* | MDL No. 2:09-md-02047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

## ORDER CONTINUING HEARING ON MOTION FOR EXPEDITED HEARING TO ENFORCE JULY 17, 2014 CONTEMPT ORDER AND INJUNCTION

Upon consideration of the Motion of CNBM Group and CNBM for Continuance of Hearing Date on Motion of Plaintiff-Intervenors and the PSC for an Expedited Hearing to Enforce the Court's July 17, 2014 Contempt Order and Injunction:

IT IS ORDERED that the Court will establish a briefing schedule on the Expedited Hearing Motion and set a new hearing date for that Motion during the Monthly Status Conference on March 26, 2015.

_____
Eldon E. Fallon
United States District Court Judge