UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL No. 2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

THIS DOCUMENT RELATES TO:  ALL CASES

## MOTION TO SET MOTIONS TO WITHDRAW
## AS COUNSEL OF RECORD FOR HEARING

The undersigned law firms Hogan Lovells US LLP and Stanley, Reuter, Ross, Thornton & Alford, LLC (collectively, "Counsel"), and their respective individual counsel who have represented Defendants Taishan Gypsum Co. Ltd. ("TG") and Tai'an Taishan Plasterboard Co., Ltd. ("TTP")(together, the "Taishan Defendants") in this MDL, respectfully request that their Motions to Withdraw as Counsel of Record for the Taishan Defendants (Rec. Doc. Nos. 17846 & 17858)("Motions to Withdraw") be set for hearing on March 26, 2015, which is the date of the next status conference.

As is fully explained in their memorandum in support of this Motion, which is incorporated herein as if stated in full, there is no longer any good cause to deny Counsel's Motions to Withdraw as Counsel for TG and TTP as Counsel has been terminated as counsel for TG and TTP and new counsel have now entered appearances in this MDL for those parties. Accordingly, Counsel respectfully request that the Motions to Withdraw be set for hearing

immediately following the March 26, 2015 status conference with any continuing objections to the withdrawal to be filed by March 19, 2015.

>Respectfully submitted,
>
>*/s/ Thomas P. Owen Jr.*
>Joe Cyr
>Frank T. Spano
>Courtney L. Colligan
>HOGAN LOVELLS US LLP
>875 Third Avenue
>New York, New York 10022
>Telephone: 212-918-3000
>Facsimile: 212-918-3100
>Joe.cyr@hoganlovells.com
>Frank.spano@hoganlovells.com
>Courtney.colligan@hoganlovells.com
>
>-and-
>
>Richard C. Stanley (La. Bar No. 8487)
>Thomas P. Owen, Jr. (La. Bar No. 28181)
>STANLEY, REUTER, ROSS, THORNTON & ALFORD, LLC
>909 Poydras Street, Suite 2500
>New Orleans, Louisiana 70112
>Telephone: 504-523-1580
>Facsimile: 504-524-0069
>rcs@stanleyreuter.com
>tpo@stanleyreuter.com
>
>**Counsel of Record for Taishan Gypsum Co. Ltd. and Tai'an Taishan Plasterboard Co.**

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing Motion to Set Motions to Withdraw as Counsel of Record for Hearing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 10th day of March, 2015.

                                                      */s/ Thomas P. Owen, Jr.*