UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL No. 2047 <br> SECTION L <br> JUDGE ELDON E. FALLON <br> MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * * * * * * * * * * * * * *

THIS DOCUMENT RELATES TO:  ALL CASES

## ORDER

Considering the foregoing Motion to Set Motions to Withdraw as Counsel of Record for Hearing ("Motion");

**IT IS HEREBY ORDERED** that the Motion be and hereby is **GRANTED**. The Motions to Withdraw as Counsel of Record for the Taishan Defendants (Rec. Doc. Nos. 17846 & 17858)("Motions to Withdraw") are hereby set for **HEARING** on March 26, 2015, at 9:00 a.m. Any further objections to the Motions to Withdraw shall be **FILED** by March 19, 2015.

New Orleans, Louisiana, this _____ day of _____, 2015.

_____
JUDGE ELDON E. FALLON