UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
CIVIL ACTION

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.: 2047<br>SECTION: L<br>JUDGE FALLON |

THIS DOCUMENT RELATES TO:

Kevin and Christine Shedd vs. Taishan Gypsum Co., Ltd.,
f/k/a Shandong Taihe Dongxin Co., Ltd.

### OBJECTION TO SPECIAL MASTER'S DENIAL OF CLAIM

**COMES NOW**, Kevin and Christine Shedd, Claimant ID #: 104836, by and through the undersigned counsel, and hereby object to Special Masters Denial Notice, dated January 29, 2015, in which Claim ID #: 2105 is DENIED, as follows:

1. Plaintiffs purchased and installed Chinese Drywall on their home located at 229 NW 25th Avenue, Cape Coral FL 33993.

2. Plaintiffs sustained significant losses and damages from the defective & hazardous Chinese Drywall.

3. Plaintiffs filed claims via the webportal established by Brown Greer, the settlement administrator, on September 20, 2013.

4. Plaintiffs received a denial notice for "Incompleteness" on September 19, 2014.

5. Plaintiffs have claim forms in their possession including: 1. Proof of Attempt to Sell or Rent; 2. Affidavit in Support of Claim; 3. Expert Report.  (See attached exhibits 1, 2, and 3).

1

CD21738S/MB/oms

**WHEREFORE**, Plaintiffs respectfully request that after review of their objection with attached exhibits, their claims be approved.

>Respectfully submitted,
>
>**VILES & BECKMAN, L.L.C.**
>6350 Presidential Court, Suite A
>Fort Myers, Florida  33919
>Telephone:  (239) 334-3933
>Facsimile:   (239) 334-7105
>Primary Email: Michael@vilesandbeckman.com
>Secondary Email: Opal@vilesandbeckman.com
>
>*/s/ Michael L. Beckman*
>_____
>**Michael L. Beckman, Esquire**
>**FBN: 0128279**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 10th day of March, 2015 I have served a copy of the foregoing to all counsel of record through the court's electronic filing system.

>*/s/ Michael L. Beckman*
>_____
>**Michael L. Beckman, Esquire**
>**FBN: 0128279**

CD21738S/MB/oms