## Residential REALTOR Report

### General Information
| | | | |
|---|---|---|---|
| List Price: | $99,900 | Sold Price: | $95,500 |
| MLS#: | 201226351 | Status: | Sold (12/18/12) |
| Address: | 229 NW 25TH AVE CAPE CORAL, FL 33993-4357 | | |
| GEO Area: | CC42 - Cape Coral Unit 50,54,51,52,53,55-57,80,98 | | |
| County: | Lee | Property Class: | Residential |
| Status Type: | Resale Property | Subdivision: | CAPE CORAL |
| Sold Price/Sqft: | $47.85 | Development: | CAPE CORAL |
| Property ID: | 084423C3039680290 | DOM: | 155 |
| Furnished: | Unfurnished | CDOM: | 155 |
| Approx. Living Area | 1996 - Property Appraiser Offic | Bedrooms: | 3 Bed |
| Approx.Total Area: | 3444 | Baths: | 2 (2 0) |
| Building Design: | Single Family | Year Built: | 2006 |
| Virtual Tour URL: | | | |
| Listing Broker: | Esquire Real Estate Services. | | |

ML# 201226351

### Detailed Property Information
**Property Information:** This is a Short Sale subject to existing lender's approval which could result in delays. ***CHINESE DRYWALL*** Beautiful 3/2 POOL Home plus DEN in NW Cape. Homes needs work - Chinese Drywall is present and tile flooring is damaged. CALL TODAY!!!!

| | | | |
|---|---|---|---|
| Ownership: | Single Family | Pets: | No Approval Needed |
| Lot Size: | .23 (acres) / 10,019 (sqft) - Property Appraiser Off | Pets - Max. Weight: | |
| Cable: | Yes | Pets - Max. Number: | |
| | | Pets - Other Limits: | |
| Guest House L.A.: | | Approx. Lot Size: | 80x125x80x125 |
| Guest House Desc: | | Gulf Access Type: | |
| Elementary School: | | Windows: | See Remarks |
| Middle School: | | Exterior Finish: | |
| High School: | | Community Ty: | |
| Flooring: | Tile | Floor Plan Type: | |
| Cooling: | Central Electric | Heating: | Central Electric |
| Kitchen: | | | |
| View: | Landscaped Area, Pool/Club | | |
| Private Pool: | Yes/Below Ground, Concrete, Screened | | |
| Private Spa: | No | | |
| Amenities: | | | |
| Bedroom: | | | |
| Dining: | | | |
| Equipment: | None | | |
| Exterior Features: | | | |
| Interior Features: | Walk-In Closet | | |
| Master Bath: | | | |
| Additional Rooms: | Laundry in Residence, Screened Lanai/Porch | | |
| Parking: | | | |
| Restrictions: | See Remarks | | |
| Security: | | | |
| Storm Protection: | | | |

### Unit/Bldg. Information
ML# 201226351

| | | | |
|---|---|---|---|
| Building #: | 0 | Builder Product: | No |
| Unit Floor: | 1 | Elevator: | None |
| Total Floors: | 1 | Roof: | Shingle |
| Units in Building: | 0 | Units in Complex: | 0 |
| Garage: | Attached | Construction: | Concrete Block |
| # Garage Spaces: | 2 | Building Descri: | |
| Carport: | | # Carport Spaces: | 0 |

### Lot Information
ML# 201226351

| | | | |
|---|---|---|---|
| Waterfront: | No | Waterfront Descrip.: | |
| Gulf Access: | No | Boat/Dock Info: | |
| Canal Width: | | Water: | Well |
| Rear Exposure: | E | Sewer: | Septic |
| Sec/Town/Rng: | 0// | Irrigation: | None |
| Legal Unit: | 55 | Lot Description: | Regular |
| Subdivision #: | | Lot: | |
| Zoning: | R1-D | Block/Bldg: | |
| Legal Desc: | Cape Coral Unit 55 Blk 3968 Pb 19 Pg 100 Lots 29 + 30 | | |

### Room Information
ML# 201226351

| Room Type | Room Dimensions | Room Type | Room Dimensions | Room Type | Room Dimensions | Room Type | Room Dimensions |
|---|---|---|---|---|---|---|---|

### Financial/Transaction Information
ML# 201226351

| | | | |
|---|---|---|---|
| Total Tax Bill: | $327 | Spec Assessment: | |
| Tax Year: | 2011 | Land Lease: | |
| Tax Desc: | City And County | Mandatory Club Fee: | |
| HOA Fee: | | Rec. Lease Fee: | |
| HOA Description: | | Other Fee: | |
| Master HOA Fee: | | | |
| Association Mngmt Phone: | | | |
| Condo Fee: | | **One Time Fees** | |
| Transfer Fee: | | Spec Assessment: | |
| Application Fee: | | Land Lease: | |
| | | Mandatory Club Fee: | |
| Min. Days Of Lease: | 0 | Rec. Lease Fee: | |
| Num of Leases/Yr: | 0 | Other Fee: | |
| Approval Management: | | | |
| Terms: | Buyer Finance/Cash | | |
| Maintenance: | | | |
| Special Info: | | | |
| Tax District Type: | | | |
| Possession: | At Closing | | |
| Subject to FIRPTA: | | | |

### Office Information
ML# 201226351


EXHIBIT 1

| | | | |
|---|---|---|---|
| Office Code: | ERESI | Agent ID: | 3076072 |
| Office Name: | Esquire Real Estate Services, | Agent Name: | Juan J Piles |
| Office Address: | 4905 Chiquita Blvd Ste 103 | Agent Phone: | (239) 443-5900 |
| | Cape Coral FL, 33914 | Agent Fax: | (888) 267-9061 |
| Office Ph: | (239) 443-5900 | Agent Email: | jjpiles@esqres.com |
| Office Fax: | (888) 267-9061 | | |
| Board: | Fort Myers | | |

**Listing Information** ML# 201226351

| | | | |
|---|---|---|---|
| Owner Name: | Kevin & Christine Shedd | | |
| Bonus Amount: | | Appointment Req.: | No |
| Foreclosed (REO): | | Appointment Phone: | |
| Potential Short Sale: | Yes | Variable Rate Comm.: | No |
| Short Sale Comp: | | Target Marketing: | |
| Buyer Agent Comp: | 3% | Listing on Internet: | Yes |
| Trans Broker Comp: | 3% | Address on Internet: | Yes |
| Non-Rep Comp: | 3% | Blogging: | Yes |
| Joint Agency: | | AVM: | Yes |
| Listing Date: | 07/16/12 | | |
| Date Expiration: | 12/31/12 | | |
| Source Of Measurements: | Property Appraiser Office | | |
| Internet Sites: | | | |
| Showing Inst.: | Call Listing Agent, Vacant | | |
| Listing Type: | Limited Services | | |
| Is there a sign on the property with Seller contact information: | | No | |
| Contact Seller for showing: | | No | |
| Listing Broker available on contract presentation and negotiations: | | No | |
| Listing Broker will perform post contract services: | | No | |
| Limited Service Listing: | | | |

**Confidential Information** ML# 201226351

Lockbox located on hose spigot on north side of property. Key opens door on north side of property. Lockbox Code N-D-E. No appointment needed. Email offers to jjpiles@esqres.com.

**Driving Directions** ML# 201226351

Santa Barbara to L on SW 3rd Ave., Continue on Nicholas Parkway W on to Embers to R on NW 24th PL to 2nd Left on NW 1st to first right on NW 25th Ave. House on Right.

**Sold Information** ML# 201226351

| | | | |
|---|---|---|---|
| Selling Agent: | Jose A Mazzei | Selling Agent Phone: | (239) 878-8333 |
| Selling Office: | Century 21 Selling Paradise | Selling Office Phone: | (239) 542-5777 |
| Seller Info On Sign: | No | S $ Per Sqft: | $47.85 |
| Sold Financing Type: | Cash | Seller Concessions: | |

The source of the foregoing property information is a database compilation of an organization that is a member of the Southwest Florida Multiple Listing Service. Each Southwest Florida Multiple Listing Service member organization owns the copyright rights in its respective proprietary database compilation, and reserves all such rights. Copyright © 2013. The foregoing information including, but not limited to, any information about the size or area of lots, structures, or living space, such as room dimensions, square footage calculations, or acreage is believed to be accurate, but is not warranted or guaranteed. This information should be independently verified before any person enters into a transaction based upon it.