## AFFIDAVIT OF KEVIN AND CHRISTINE SHEDD

STATE OF FLORIDA
COUNTY OF LEE

Affiants, Kevin and Christine Shedd, residing at 2031 NW 5th Terrace, Cape Coral, Florida 33993, being first duly sworn, state as follows:

1. On September 27, 2004 we paid $45,000.00 to purchase a vacant lot of land in Cape Coral, Florida more particularly described as, Lots 29 and 30, Block 3968, Cape Coral Subdivision, Unit 55, according to the plat thereof as recorded in Plat Book 19, pages 92 to 106, in the Public Records of Lee County, Florida. More commonly known as 229 NW 25th Avenue, Cape Coral, FL 33993 (the "Property").

2. On or about November 30, 2005 Aranda Homes, Inc. began construction of a home on the site.

3. On or about September 26, 2006 a Certificate of Occupancy was issued for this home.

4. On or about September 26, 2006 we began to occupy the home.

5. On or about October 12, 2006 the property was appraised by Appraisal Center of S.W. Florida, Inc. on behalf of Riverside Bank – Mortgage Lending, No. Ft. Myers, Florida 33903. The property appraised for $330,000.00.

6. The home emitted noxious odors and began having mechanical problems immediately upon occupation.

7. On or about May 3, 2007 we refinanced the first mortgage with American Broker Conduit for $314,000.00.

8. We continued to occupy the home until we vacated the property on February 23, 2009. The Property became uninhabitable due to Chinese drywall.

1

CD21738S/MLB/oms



9. On or about February 23, 2009, we purchased a new home located at 2031 NW 5th Terrace, Cape Coral, FL 33993 for $103,000.00 and began to occupy this property immediately.

10. Our monthly mortgage for the replacement home was $732.09 for the months of April 2009 through May 2012.

11. Our monthly mortgage payment for the replacement home was $641.66 and continues at that rate through the present time.

12. The Property remained uninhabitable and vacant when we vacated on February 23, 2009.

13. On or about April 17, 2011 the Property was officially determined to have "corrosive drywall" also known as "Chinese Drywall", by Air Quest Environmental, Inc.

14. We were left no choice but to sell the Property as a short sale as we owed far more that the Property was worth.

15. On or about June 14, 2011 the Property was appraised by Michael A. Long, Certified Residential Appraiser, for $69,000.00.

16. The Property sold for $95,000.00 on December 18, 2012.

17. We experienced significant financial loss and expenses for replacement housing as a direct result of corrosive drywall a/k/a Chinese Drywall.

Further Affiants Sayeth Naught.

_____ 3/2/15  _____ 3/2/15
Kevin Shedd            Date        Christine Shedd         Date

STATE OF FLORIDA

COUNTY OF Lee

The foregoing instrument was acknowledged before me this 2nd day of March, 2015, by Kevin Shedd and Christine Shedd who are personally known to me or who have produced FL. Drivers Lic, as identification and who did take an oath.

(SEAL) 

LYNN M EBAUGH
Notary Public - State of Florida
My Comm. Expires Feb 24, 2018
Commission # FF 066325

_____
Notary Public, State of Florida
Printed Name:
Commission Expires:

3

CD21738S/MLB/oms