

# ESQUIRE
### REAL ESTATE SERVICES, INC.

Juan J. Piles, Esquire
Licensed Real Estate Broker
E-mail: jjpiles@esqres.com

4905 Chiquita Boulevard • Suite 103 • Cape Coral, Florida 33914
Telephone: 239-443-5900 • Facsimile: 888-267-9061

Friday, February 13, 2015

Kevin Shedd
Christine Shedd
2031 NW 5th Terrace
Cape Coral, FL 33993

Re:        Shedd sale to Viko Investment Group, LLC
Property:  229 NW 25th Avenue, Cape Coral, Florida 33993

Dear Mr. & Mrs. Shedd:

This letter shall confirm the above referenced property contained Chinese Drywall. The nature of the noxious odors and physical damage to the property was extreme. This home in particular had the tile floors popping up and the odor was so severe that I personally could not be inside the property for more than one or two minutes.

The low sales price reflects the amount of damage the home contained as a result of the Chinese Drywall. Due to the damage present on the property, the proceeds were insufficient to payoff the loan balance which resulted in a short sale.

If you have any questions or comments, please do not hesitate to contact the undersigned.

Sincerely,

Juan J. Piles, Esquire
For the Firm



EXHIBIT 3