In re: Chinese-Manufactured Drywall Products Liability Litigation



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 133483-0012

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--The Home Depot, through *Teresa* Wynn Roseborough, Executive Vice President, General Counsel and Corporate Secretary

Court Case No. MDL 2047

HERMAN, HERMAN, ET AL
M Lillian Flemming
820 O'Keefe Ave.
New Orleans, LA 70113-1116

State of: Georgia ) ss.
County of: Cobb )

**Name of Server:** Christopher Todd Horton, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 23 day of February, 2015, at 10:50 o'clock P M

**Place of Service:** at Atlanta Store Support Center, 2455 Paces Ferry Road, in Atlanta, GA 30339

**Documents Served:** the undersigned served the documents described as:
Subpoena to Testify at a Deposition in a Civil Action; Witness Fee

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**The Home Depot, through Teresa Wynn Roseborough, Executive Vice President, General Counsel and Corporate Secretary**
By delivering them into the hands of an officer or managing agent whose name and title is: David Dobson, Customer Resolution Admin. and Authorized to Accept

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex M ; Skin Color Black ; Hair Color Black ; Facial Hair ___
Approx. Age 30-35 ; Approx. Height 5ft10in ; Approx. Weight 170lb

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 24th day of February, 2015

Signature of Server

Notary Public   (Commission Expires) 1/13/2019

APS International, Ltd.



AO 88A (Rev. 12/13) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. MDL 2047 (EDLA)

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* **The Home Depot**
on *(date)* **2/20/15**.

☒ I served the subpoena by delivering a copy to the named individual as follows: **I served the Home Depot by personally serving David Dobson, Customer Resolution Admin. and Authorized to Accept at 2455 Paces Ferry Rd., Atlanta, GA 30339** on *(date)* **2/23/15**; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **02/24/2015**

*Server's signature*

**Christopher Todd Horton, Process Server**
*Printed name and title*

MLQ ATTORNEY SERVICES
2000 RIVEREDGE PARKWAY NW
SUITE 885
ATLANTA, GA 30328
*Server's address*

Additional information regarding attempted service, etc.:


447610