UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Amorin et al. v. Taishan Gypsum Co. Ltd. et al.,* **Case No. 2:11-cv-01673**<br><br>*Amorin et al. v. Taishan Gypsum Co. Ltd. et al.,* **Case No. 2:11-cv-01395**<br><br>*Amorin et al. v. Taishan Gypsum Co. Ltd. et al.,* **Case No. 2:11-cv-01672**<br><br>*Wiltz et al. v. Beijing New Building Material Public Limited Company et al.,* **Case No. 2:10-cv-00361**<br><br>*Gross et al. v. Knauf Gips KG et al.,* **Case No. 2:09-cv-06690**<br><br>*Germano et al. v. Taishan Gypsum Co. Ltd. et al.,* **Case No. 2:09-cv-06687** | |

**JOINT MOTION FOR SUBSTITUTION OF COUNSEL**

Movant Beijing New Building Materials Public Limited Company ("BNBM" or "BNBMPLC"), by and through its undersigned law firms of Dentons US LLP and Phelps Dunbar LLP, and their respective individual counsel, file this Motion for Substitution of Counsel pursuant to Local Rule 83.2.11, and state as follows:

1. BNBMPLC has requested and consented to the law firms of Dentons US LLP and Phelps Dunbar LLP to appear as its counsel of record in this matter. To that end, on March 4, 2015,

Dentons US LLP and Phelps Dunbar LLP filed their Notices of Appearance on behalf of BNBMPLC reserving all defenses, including but not limited to, defenses relating to service of process, venue, personal jurisdiction, subject matter jurisdiction, sovereign immunity, and failure to state a claim upon which relief could be granted.  [Rec. No. 18427].

2. BNBMPLC has also requested that the law firm of Alston & Bird LLP be permitted to withdraw as counsel of record in this matter.  Attorney Aaron Block of Alston & Bird LLP has notified Movant of all deadlines and pending court appearances as referenced in the Certificate of Compliance provided below.

This Motion is submitted reserving all defenses, including but not limited to, defenses relating to service of process, venue, personal jurisdiction, subject matter jurisdiction, sovereign immunity, incorrect party identification, and failure to state a claim upon which relief can be granted. BNBMPLC intend to assert all jurisdictional defenses, both subject matter and personal, to the extent available, and in no way intend to or do waive or otherwise limit their ability to raise those defenses, whether by this required Motion or any other act, filing, appearance, or contention, either before or after this Motion, in this or any other litigation.

WHEREFORE, Movant and their undersigned counsel request that the Court enter an Order granting this Motion for Substitution of Counsel and permit Dentons US LLP and its respective attorneys to appear on behalf of Beijing New Building Materials Public Limited Company in this action.

Respectfully submitted

**ALSTON & BIRD LLP**

*/s Michael P. Kenny*
Bernard Taylor, Esq.
Georgia Bar No. 669625
Michael P. Kenny, Esq.
Georgia Bar No. 415064
Cari K. Dawson, Esq.
Georgia Bar No. 213490
1201 West Peachtree Street
Atlanta, Georgia 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
michael.kenny@alston.com

**DENTONS US LLP**

By: */s/ Michael H. Barr*

Michael H. Barr
New York Bar No. 1744242
Justin N. Kattan
New York Bar No. 3983905
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
michael.barr@dentons.com
justin.kattan@dentons.com
 -
 AND -

Richard L. Fenton
Illinois Bar No. 3121699
Leah R. Bruno
Illinois Bar No. 6269469
233 South Wacker Drive
Suite 7800

Chicago, IL  60606-6306
Telephone:  (312) 876-8000
Facsimile:  (312) 876-7934
richard.fenton@dentons.com
leah.bruno@dentons.com

C. Michael Moore
Texas Bar No. 14323600
Gene R. Besen
Texas Bar No. 24045491
2000 McKinney Ave, Suite 1900
Dallas, TX  75201
Telephone:  (214) 259-0900
Facsimile:  (214) 259-0910
mike.moore@dentons.com
gene.besen@dentons.com

- AND -

**PHELPS DUNBAR LLP**

Harry Rosenberg
Louisiana Bar No. 11465
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone:  (504) 566-1311
Facsimile:  (504) 568-9130
harry.rosenberg@phelps.com

*Attorneys for Beijing New Building Materials Public Limited Company*

## CERTIFICATE OF COMPLIANCE

I certify that Beijing New Building Materials Public Limited Company have been notified of all deadlines and pending court appearances, and will be provided with a copy of this Motion.

/s/ Aaron Block
Aaron K. Block

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing JOINT MOTION FOR SUBSTITUTION OF COUNSEL has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 11th day of March, 2015.

/s/     *Michael H. Barr*