UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED        ) | | |
|         DRYWALL PRODUCTS              ) | MDL NO. 2047 | |
|             LIABILITY LITIGATION           ) | | |
|                                                                 ) | | |
| THIS DOCUMENT RELATES TO:       ) | SECTION: L | |
|                                                                 ) | | |
| *Hobbie, et al. v.*                              ) | JUDGE FALLON | |
| *RCR Holdings II, LLC, et al.,*            ) | | |
|                                                                 ) | | |
| No. 10-1113                                       ) | MAG. JUDGE WILKINSON | |
|                                                                 ) | | |

**VILLA LAGO PLAINTIFFS' MOTION FOR LEAVE TO FILE
REPLY TO THE FEE COMMITTEE'S RESPONSE TO
THE VILLA LAGO PLAINTIFFS' MOTION FOR PAYMENT OF COSTS
PURSUANT TO COASTAL SETTLEMENT AGREEMENT [D.E. 18423]**

COMES NOW the Certified Class of Plaintiffs known as the "Coastal Settlement Class", by and though Class Counsel, and hereby moves for leave to file a Reply to the Fee Committee's Response to the Villa Lago Plaintiffs' Motion for Payment of Costs Pursuant to Coastal Settlement Agreement [D.E. 18423], and states as follows:

1. On February 10, 2015, the Villa Lago Plaintiffs filed their Motion for Payment of Costs Pursuant to Coastal Settlement Agreement, and Alternative Response to the Fee Committee's Inspection Costs and Hold Back Motion [D.E. 18314].

2. On March 4, 2015, the Fee Committee filed its Response to the Villa Lago Plaintiffs' Motion for Payment of Costs Pursuant to Coastal Settlement Agreement [D.E. 18423].

3. The Villa Lago Plaintiffs hereby seek leave to file a Reply to the Fee Committee's Response to the Villa Lago Plaintiffs' Motion for Payment of Costs Pursuant to Coastal Settlement Agreement.

4.      The Villa Lago Plaintiffs' proposed Reply to the Fee Committee's Response to the Villa Lago Plaintiffs' Motion for Payment of Costs Pursuant to Coastal Settlement Agreement is attached as Exhibit "A."

WHEREFORE, the Certified Class of Plaintiffs known as the "Coastal Settlement Class" respectfully request leave to file the attached Reply to the Fee Committee's Response to the Motion for Payment of Costs Pursuant to Coastal Settlement Agreement [D.E. 18423].

>Respectfully submitted,
>
> *s/* GREGORY S. WEISS
> GREGORY S. WEISS (Fla. Bar No. 163430)
> Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss
> 505 S. Flagler Drive, Suite 600
> West Palm Beach, FL 33401
> Tel.: (561) 655-2250
> Fax: (561) 655-5537
> gweiss@mrachek-law.com
> psymons@mrachek-law.com
>
> Gary E. Mason
> WHITFIELD BRYSON & MASON LLP
> 1625 Massachusetts Ave., NW, Suite 605
> Washington, D.C.  20036
> Telephone:  (202) 429-2290
> Facsimile:  (202) 429-2294
> gmason@wbmllp.com
>
> Joel R. Rhine
> RHINE MARTIN LAW FIRM
> 1612 Military Cutoff Rd, Suite 300
> Wilmington, NC 28403
> Telephone:  (910) 772-9960
> Facsimile:   (910) 772-9062
> jrr@rhinelawfirm.com
>
> Adam C. Linkhorst, Esq.
> Linkhorst & Hockin, P.A.
> 515 North Flagler Drive, 20th Floor
> West Palm Beach, Florida 33401
> Telephone:  (561) 832-5900
> Facsimile:   (954) 562-9199
> alinkhorst@acllaw.com

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that the above and foregoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by email transmission, and upon all parties by electronically uploading the same to Lexis Nexis File and Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with procedures established in MDL 2047, on this 12th day of March, 2015.

                                             *s/* GREGORY S. WEISS
                                           GREGORY S. WEISS (Fla. Bar No. 163430)