UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED          ) | | |
| DRYWALL PRODUCTS          ) | MDL NO. 2047 | |
| LIABILITY LITIGATION          ) | | |
| ) | | |
| THIS DOCUMENT RELATES TO:          ) | SECTION: L | |
| ) | | |
| *Hobbie, et al. v.*          ) | JUDGE FALLON | |
| *RCR Holdings II, LLC, et al.,*          ) | | |
| ) | | |
| No. 10-1113          ) | MAG. JUDGE WILKINSON | |
| _____) | | |

**[PROPOSED]
ORDER GRANTING VILLA LAGO PLAINTIFFS' MOTION
FOR LEAVE TO FILE REPLY TO THE FEE COMMITTEE'S RESPONSE TO
THE VILLA LAGO PLAINTIFFS' MOTION FOR PAYMENT OF COSTS
PURSUANT TO COASTAL SETTLEMENT AGREEMENT**

Considering the Motion of the Villa Lago Plaintiffs to file a Reply to the Fee Committee's Response to the Villa Lago Plaintiffs' Motion for Payment of Costs Pursuant to Coastal Settlement Agreement [D.E. 18423];

IT IS ORDERED BY THE COURT that the leave is GRANTED and the Reply to the Fee Committee's Response to the Villa Lago Plaintiffs' Motion for Payment of Costs Pursuant to Coastal Settlement Agreement be and is hereby filed into the record.

New Orleans, Louisiana, this ____ day of March, 2015.

_____
ELDON E. FALLON
United States District Judge

1