UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED            ) | | |
| DRYWALL PRODUCTS              ) | MDL NO. 2047 | |
| LIABILITY LITIGATION             ) | | |
|                                                                    ) | | |
| THIS DOCUMENT RELATES TO:          ) | SECTION: L | |
|                                                                    ) | | |
| *Hobbie, et al. v.*                                    ) | JUDGE FALLON | |
| *RCR Holdings II, LLC, et al.*,              ) | | |
|                                                                    ) | | |
| No. 10-1113                                            ) | MAG. JUDGE WILKINSON | |
| _____)  | | |

## NOTICE OF SUBMISSION

**TAKE NOTICE** that the undersigned will bring for submission Villa Lago Plaintiffs' Motion for Leave to File Reply to the Fee Committee's Response to the Villa Lago Plaintiffs' Motion for Payment of Costs Pursuant to Coastal Settlement Agreement [D.E. 18423], on March 25, 2015 at 9:00 a.m.

Respectfully submitted,

 *s/* GREGORY S. WEISS
GREGORY S. WEISS (Fla. Bar No. 163430)
Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss
505 S. Flagler Drive, Suite 600
West Palm Beach, FL 33401
Tel.: (561) 655-2250
Fax: (561) 655-5537
gweiss@mrachek-law.com
psymons@mrachek-law.com

Gary E. Mason
WHITFIELD BRYSON & MASON LLP
1625 Massachusetts Ave., NW, Suite 605
Washington, D.C.  20036
Telephone:  (202) 429-2290
Facsimile:  (202) 429-2294
gmason@wbmllp.com

Joel R. Rhine
RHINE MARTIN LAW FIRM
1612 Military Cutoff Rd, Suite 300
Wilmington, NC 28403
Telephone:  (910) 772-9960
Facsimile:  (910) 772-9062
jrr@rhinelawfirm.com

Adam C. Linkhorst, Esq.
Linkhorst & Hockin, P.A.
515 North Flagler Drive, 20th Floor
West Palm Beach, Florida 33401
Telephone:  (561) 832-5900
Facsimile:   (954) 562-9199
alinkhorst@acllaw.com

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that the above and foregoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by email transmission, and upon all parties by electronically uploading the same to Lexis Nexis File and Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with procedures established in MDL 2047, on this 12th day of March, 2015.

                                              *s/* GREGORY S. WEISS
                                             GREGORY S. WEISS (Fla. Bar No. 163430)