In re: Chinese-Manufactured Drywall Products Liability Litigation



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 133483-0018

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
—United Suntech Craft, Inc., through its Registered Agent Wei Sheng Liu
Court Case No. MDL 2047

HERMAN, HERMAN, ET AL
M Lillian Flemming
820 O'Keefe Ave.
New Orleans, LA 70113-1116

State of: **California** ) ss.
County of: **Orange** )

Name of Server: **Jorge Rivera**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **2** day of **March**, 20 **15**, at **11:00** o'clock **A**. M.

Place of Service: at 2555 Huntington Dr., Ste. F , in San Marino, CA 91108

Documents Served: the undersigned served the documents described as:
Subpoena to Testify at a Deposition in a Civil Action; Witness Fee

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
United Suntech Craft, Inc., through its Registered Agent Wei Sheng Liu

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Dorothy Lin, Certified Accountant**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F** ; Skin Color **Asian** ; Hair Color **Black** ; Facial Hair _____
Approx. Age **55+** ; Approx. Height **5'2"** ; Approx. Weight **130 lbs**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this **4** day of **March**, 20 **15**

Notary Public    **9-5-75** (Commission Expires)

TAMARA A. MORALES
COMM. #1951164
Notary Public - California
Orange County
My Comm. Expires Sep. 5, 2015