UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL : MDL NO. 2047
      PRODUCT LIABILITY LITIGATION :
: SECTION: L
:
THIS DOCUMENT RELATES TO : JUDGE FALLON
: MAG. JUDGE WILKINSON
Rudolph Morel :
CASE NO.: 11-00080, Abel v. Taishan Gypsum :
      Co. Ltd., *et. al.*) :

## AMENDED NOTICE OF REMEDIATION

NOW INTO COURT, through undersigned counsel, comes Rudolph Morel who wishes to inform the parties that Plaintiff wishes to start remediating his home located at 1236 Alvar Street, New Orleans, LA 70117. The first Notice of Remediation incorrectly identified Mr. Morel's address as 5621 Marshall Foch StreetNew Orleans, LA 70124. Plaintiff alleges that his drywall was manufactured by Taishan.

Respectfully Submitted:

_____
Mekel S. Alvarez (LA Bar No. 22157)
Morris Bart, LLC
909 Poydras St., Suite 2000
New Orleans, LA 70112
Telephone:   504.599.3385
Facsimile:   504-599.3392
Email: malvarez@morrisbart.com

Salvadore Christina, Jr. (LA Bar No. 27198)
Becnel Law Firm
P.O. Drawer H
Reserve, LA 70084
Phone: 985.536.1186
Fax: 985.536.6445
Email: schristina@becnellaw.com

## CERTIFICATE OF SERVICE

A copy of this pleading has been served on all counsel on this __12__ day of March, 2015 via LexisNexis File & Serve.

_____Mekel S. Alvarez_____
Mekel S. Alvarez