UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAGISTRATE JUDGE |
| ………………………………………………… | : | WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

In light of recent filings, (*See* Rec. Docs. 18448, 18449, 18450, 18453, 18454, 19455), the Court finds it worthwhile to continue the prior briefing deadlines established for Plaintiff-Intervenors and the PSC's motion to enforce the Court's July 17, 2014 Contempt Order and Injunction, (Rec. Doc. 18302; *see* Rec. Doc. 18400). Accordingly,

**IT IS ORDERED** that the Court will establish a briefing schedule on the Motion to Enforce at the Monthly Status Conference on March 26, 2015.

New Orleans, Louisiana, this 11th day of March, 2015.

_____
UNITED STATES DISTRICT JUDGE

1