UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | : | MDL NO. 2047 |
| IN RE: CHINESE MANUFACTURED DRYWALL | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAGISTRATE JUDGE |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. : | WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

### ORDER

Before the Court are several motions: (1) the Knauf Defendants' motion to dismiss their settlement obligations for certain already remediated homes, (Rec. Doc. 18446); (2) Hogan Lovells and Stanley Reuter's renewed motion to withdraw as counsel of record for Taishan, (Rec. Doc. 18456); (3) an appeal from the the special master's decision regarding the claim of Kevin and Christine Shedd, (Rec. Doc. 18457).

**IT IS ORDERED** that Knauf's motion to dismiss is set for hearing immediately following the Monthly Status Conference on March 26, 2015.

**IT IS FURTHER ORDERED** that any party that wishes to respond to Knauf's motion may do so until March 17, 2015.

**IT IS FURTHER ORDERED** that by March 17, 2015 the PSC shall respond to the motion to withdraw as counsel of record for Taishan. If necessary, the Court will consider the motion to withdraw immediately following the Monthly Status Conference on March 26, 2015.

**IT IS FURTHER ORDERED** that the special master appeal is set for submission, without oral argument, on March 26, 2015.

1

2

**IT IS FURTHER ORDERED** that Brown Greer, and any other party that wishes to, may respond to the appeal until March 17, 2015.

New Orleans, Louisiana, this 11th day of March, 2015.

_____
UNITED STATES DISTRICT JUDGE