**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L** |
| **THIS DOCUMENT RELATES TO:**<br>*Germano v. Taishan Gypsum*, 2:09-6687 (E.D. La.);<br>*Abner v. Taishan Gypsum*, 2:11-cv-3094 (E.D. La.);<br>*Gross v. Knauf Gips KG*, 2:09-6690 (E.D. La.);<br>*Wiltz v. BNBM*, 2:10-361 (E.D. La.);<br>*Posey v. BNBM Co.*, 2:09-cv-6531 (E.D. La.);<br>*Morris v. BNBM Co.*, 2:09-cv-6530 (E.D. La.);<br>*Amorin v. Taishan Gypsum*, 2:11-1672 (E.D. La.);<br>*Amorin v. Taishan Gypsum*, 2:11-1395 (E.D. La.);<br>*Amorin v. Taishan Gypsum*, 2:11-1673 (E.D. La.);<br>*Amorin v. SASAC*, 2:14-cv-1727 (E.D. La.) | **JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |

**MOTION FOR LEAVE TO FILE OMNIBUS RESPONSE/REPLY OF THE PLAINTIFFS' STEERING COMMITTEE TO MOTIONS REGARDING CONTEMPT, ENFORCEMENT OF CONTEMPT ORDER, CLASS DAMAGES HEARING, AND MOTION TO WITHDRAW AS COUNSEL FOR TAISHAN GYPSUM CO., LTD. AND TAIAN TAISHAN PLASTERBOARD CO., LTD. AND TO FILE FULL/UNREDACTED VERSION OF RESPONSE/REPLY AND CERTAIN EXHIBITS UNDER SEAL**

NOW INTO COURT come the Plaintiffs' Steering Committee (PSC), who respectfully requests leave to file its Omnibus Response/Reply of the Plaintiffs' Steering Committee to Motions Regarding Contempt, Enforcement of Contempt Order, Class Damages Hearing, and Motion to Withdraw as Counsel for Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co., Ltd. ("Reply Brief"), and further to file a full/unredacted version of the Reply Brief, as well as Exhibits 6 and 7 UNDER SEAL.

Out of an abundance of caution, the PSC submits that a reply to pleadings filed relating to the various motions may be required. Accordingly, potentially confidential portions of the Reply Brief have been redacted, Exhibits 6 and 7 attached to the Reply Brief contain confidential

1

information; and therefore, a full/unredacted version of the Reply Brief, as well as Exhibits 6 and 7, should be filed UNDER SEAL.

Dated: March 13, 2015                Respectfully Submitted,

BY: /s/ Leonard A. Davis
    Russ M. Herman (LA Bar No. 6819)
    Leonard A. Davis (LA Bar No. 14190)
    Stephen J. Herman (LA Bar No. 23129)
    Herman, Herman & Katz, LLC
    820 O'Keefe Avenue
    New Orleans, LA 70113
    Phone: (504) 581-4892
    Fax: (504) 561-6024
    ldavis@hhklawfirm.com
    *Plaintiffs' Liaison Counsel*
    *MDL 2047*

    Arnold Levin
    Fred S. Longer
    Sandra L. Duggan
    Matthew Gaughan
    Levin, Fishbein, Sedran & Berman
    510 Walnut Street, Suite 500
    Philadelphia, PA 19106
    Phone: (215) 592-1500
    Fax: (215) 592-4663
    alevin@lfsblaw.com

    *Plaintiffs' Lead Counsel*
    *MDL 2047*
    Gerald E. Meunier (LA Bar No. 9471)
    Rachel A. Sternlieb (LA Bar No. 35338)
    Gainsburgh, Benjamin, David,
     Meunier & Warshauer, LLC
    2800 Energy Centre
    1100 Poydras Street
    New Orleans, LA 70163-2800
    Phone:  (504) 522-2304
    Fax:  (504) 528-9973
    gmeunier@gainsben.com
    *Co-Counsel for Plaintiffs and PSC Member*

2

**PLAINTIFFS' STEERING COMMITTEE**

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm, LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Peter Prieto
Podhurst Orseck, PA
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Bruce William Steckler
Steckler LLP
12720 Hillcrest Road, Suite 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-4041
bruce@stecklerlaw.com

Ervin A. Gonzalez
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
  Echsner & Proctor, PA
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Jerrold Seth Parker
Parker Waichman, LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Myers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@attorneys4people.com

Christopher Seeger
Scott Alan George (On the Brief)
Dion Kekatos (On the Brief)
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Richard J. Serpe
Law Offices of Richard J. Serpe
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Victor M. Diaz, Jr.
V.M. Diaz and Partners, LLC
119 Washington Ave., Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

### OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W., Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Anthony D. Irpino (On the Brief)
Pearl Robertson (On the Brief)
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 13th day of March, 2015.

Respectfully Submitted,

BY: /s/ Leonard A. Davis
Leonard A. Davis
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com

*Plaintiffs' Liaison Counsel
MDL 2047*