UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br><br>SECTION L |
| This document relates to:<br>ALL ACTIONS | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**Related Case: 09-7628**

## RENEWED CLAIM FOR A SPECIAL MASTER AWARD FOR A PRE-REMEDIATION ALTERNATE LIVING EXPENSES CLAIM

The Resolution Offer of $14,400 made to Donna Martin for her home located at 140 Courtside Lane, Birmingham, Alabama 35242 is not sufficient to fully compensate Ms. Martin because she incurred alternate living expenses in excess of $14,400 arising from the need to vacate the Affected Property prior to the remediation as a result of the property damage and potential health hazards caused by KPT Chinese Drywall. (*See* Affidavit of Donna Martin previously submitted as Exhibit D to the Pre-Remediation Alternate Living Expenses Claim Form and the expert report of E-Services previously submitted with the Pre-Remediation Alternate Living Expenses Claim Form as Exhibit E.)

The Pre-Remediation Alternate Living Expenses were substantially caused by KPT Chinese Drywall. (*See* previously submitted Affidavit of Donna Martin as Exhibit D to the Pre-Remediation Alternate Living Expenses Claim Form and the expert report of E-Services previously submitted with the Pre-Remediation Alternate Living Expenses Claim Form as Exhibit E.)

As a result of the KPT Chinese Drywall and the need to vacate the Affected Property, claimant incurred alternate living expenses in the amount of $43,404.45. (*See* Affidavit of Donna Martin previously submitted as Exhibit D to the Pre-Remediation Alternate Living Expenses Claim Form.) An itemized list of expenses is as follows:

| | |
|---|---|
| Rent | $37,400.00 |
| Electricity (Alabama Power) | $ 2,044.67 |
| Alagasco | $ 1,816.60 |
| Water | $   570.62 |
| Sewer | $ 1,298.56 |
| Lawn care | $   274.00 |
| Total | $43,404.45 |

The documents providing proof of the itemized damages are set forth in Exhibit C to the Pre-Remediation Alternate Living Expenses Claim Form.

Respectfully submitted this the 13th day of March 2015.

/s/K. Edward Sexton, II
K. Edward Sexton, II
Attorney for Donna Martin

**OF COUNSEL:**

Gentle, Turner, Sexton & Harbison
501 Riverchase Parkway East, Suite 100
Hoover, Alabama 35244
(205) 716-3000
(205) 716-3010
esexton@gtandslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Renewed Claim for a Special Master Award has been served on all parties of record by electronically uploading the same to LexisNexis File & Serve and the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana, by using the CM/ECF system, which will send out notice of the electronic filing, in accordance with the procedures established in MDL 2047, on this the 13th day of March, 2015.

/s/ K. Edward Sexton, II
K. Edward Sexton, II
Attorney for Donna Martin