**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>*Germano v. Taishan Gypsum*, 2:09-6687 (E.D. La.);<br>*Abner v. Taishan Gypsum*, 2:11-cv-3094 (E.D. La.);<br>*Gross v. Knauf Gips KG*, 2:09-6690 (E.D. La.);<br>*Wiltz v. BNBM*, 2:10-361 (E.D. La.);<br>*Posey v. BNBM Co.*, 2:09-cv-6531 (E.D. La.);<br>*Morris v. BNBM Co.*, 2:09-cv-6530 (E.D. La.);<br>*Amorin v. Taishan Gypsum*, 2:11-1672 (E.D. La.);<br>*Amorin v. Taishan Gypsum*, 2:11-1395 (E.D. La.);<br>*Amorin v. Taishan Gypsum*, 2:11-1673 (E.D. La.);<br>*Amorin v. SASAC*, 2:14-cv-1727 (E.D. La.) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**MOTION TO EXCEED PAGE LIMITATION OF OMNIBUS
RESPONSE/REPLY OF THE PLAINTIFFS' STEERING COMMITTEE
TO MOTIONS REGARDING CONTEMPT, ENFORCEMENT
OF CONTEMPT ORDER, CLASS DAMAGES HEARING,
AND MOTION TO WITHDRAW AS COUNSEL FOR TAISHAN
GYPSUM CO., LTD. AND TAIAN TAISHAN PLASTERBOARD CO., LTD.**

NOW INTO COURT come the Plaintiffs' Steering Committee (PSC), who respectfully submit that its Omnibus Response/Reply of the Plaintiffs' Steering Committee to Motions Regarding Contempt, Enforcement of Contempt Order, Class Damages Hearing, and Motion to Withdraw as Counsel for Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co., Ltd. ("Reply Brief") exceeds the page limitation allowed by Court and requests leave to exceed said page limitation and file the Reply Brief and exhibits.  A separate motion for leave to file full/unredacted version of Reply Brief and Exhibits 6 and 7 UNDER SEAL was filed on March 13, 2015 [Rec. Doc. 18472].

1

Dated: March 13, 2015　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　BY: /s/ Leonard A. Davis
　　　　　　　　　　　　　　　　　　　Russ M. Herman (LA Bar No. 6819)
　　　　　　　　　　　　　　　　　　　Leonard A. Davis (LA Bar No. 14190)
　　　　　　　　　　　　　　　　　　　Stephen J. Herman (LA Bar No. 23129)
　　　　　　　　　　　　　　　　　　　Herman, Herman & Katz, LLC
　　　　　　　　　　　　　　　　　　　820 O'Keefe Avenue
　　　　　　　　　　　　　　　　　　　New Orleans, LA 70113
　　　　　　　　　　　　　　　　　　　Phone: (504) 581-4892
　　　　　　　　　　　　　　　　　　　Fax: (504) 561-6024
　　　　　　　　　　　　　　　　　　　ldavis@hhklawfirm.com
　　　　　　　　　　　　　　　　　　　*Plaintiffs' Liaison Counsel*
　　　　　　　　　　　　　　　　　　　*MDL 2047*

　　　　　　　　　　　　　　　　　　　Arnold Levin
　　　　　　　　　　　　　　　　　　　Fred S. Longer
　　　　　　　　　　　　　　　　　　　Sandra L. Duggan
　　　　　　　　　　　　　　　　　　　Matthew Gaughan
　　　　　　　　　　　　　　　　　　　Levin, Fishbein, Sedran & Berman
　　　　　　　　　　　　　　　　　　　510 Walnut Street, Suite 500
　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　Phone: (215) 592-1500
　　　　　　　　　　　　　　　　　　　Fax: (215) 592-4663
　　　　　　　　　　　　　　　　　　　alevin@lfsblaw.com

　　　　　　　　　　　　　　　　　　　*Plaintiffs' Lead Counsel*
　　　　　　　　　　　　　　　　　　　*MDL 2047*
　　　　　　　　　　　　　　　　　　　Gerald E. Meunier (LA Bar No. 9471)
　　　　　　　　　　　　　　　　　　　Rachel A. Sternlieb (LA Bar No. 35338)
　　　　　　　　　　　　　　　　　　　Gainsburgh, Benjamin, David,
　　　　　　　　　　　　　　　　　　　　Meunier & Warshauer, LLC
　　　　　　　　　　　　　　　　　　　2800 Energy Centre
　　　　　　　　　　　　　　　　　　　1100 Poydras Street
　　　　　　　　　　　　　　　　　　　New Orleans, LA 70163-2800
　　　　　　　　　　　　　　　　　　　Phone: (504) 522-2304
　　　　　　　　　　　　　　　　　　　Fax: (504) 528-9973
　　　　　　　　　　　　　　　　　　　gmeunier@gainsben.com
　　　　　　　　　　　　　　　　　　　*Co-Counsel for Plaintiffs and PSC Member*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm, LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Peter Prieto
Podhurst Orseck, PA
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Bruce William Steckler
Steckler LLP
12720 Hillcrest Road, Suite 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-4041
bruce@stecklerlaw.com

Ervin A. Gonzalez
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
  Echsner & Proctor, PA
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Jerrold Seth Parker
Parker Waichman, LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Myers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@attorneys4people.com

Christopher Seeger
Scott Alan George
Dion Kekatos
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Richard J. Serpe
Law Offices of Richard J. Serpe
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Victor M. Diaz, Jr.
V.M. Diaz and Partners, LLC
119 Washington Ave., Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W., Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Anthony D. Irpino (On the Brief)
Pearl Robertson (On the Brief)
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 13th day of March, 2015.

          Respectfully Submitted,

     BY:  /s/ Leonard A. Davis
          Leonard A. Davis
          Herman, Herman & Katz, LLC
          820 O'Keefe Avenue
          New Orleans, LA 70113
          Phone: (504) 581-4892
          Fax: (504) 561-6024
          ldavis@hhklawfirm.com

          *Plaintiffs' Liaison Counsel*
          *MDL 2047*