UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>*Germano v. Taishan Gypsum*, 2:09-6687 (E.D. La.);<br>*Abner v. Taishan Gypsum*, 2:11-cv-3094 (E.D. La.);<br>*Gross v. Knauf Gips KG*, 2:09-6690 (E.D. La.);<br>*Wiltz v. BNBM*, 2:10-361 (E.D. La.);<br>*Posey v. BNBM Co.*, 2:09-cv-6531 (E.D. La.);<br>*Morris v. BNBM Co.*, 2:09-cv-6530 (E.D. La.);<br>*Amorin v. Taishan Gypsum*, 2:11-1672 (E.D. La.);<br>*Amorin v. Taishan Gypsum*, 2:11-1395 (E.D. La.);<br>*Amorin v. Taishan Gypsum*, 2:11-1673 (E.D. La.);<br>*Amorin v. SASAC*, 2:14-cv-1727 (E.D. La.) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**O R D E R**

Considering the Plaintiffs' Steering Committee's Motion to Exceed Page Limitation of Omnibus Response/Reply of the Plaintiffs' Steering Committee to Motions Regarding Contempt, Enforcement of Contempt Order, Class Damages Hearing, and Motion to Withdraw as Counsel for Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co., Ltd.;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the Omnibus Response/Reply of the Plaintiffs' Steering Committee to Motions Regarding Contempt, Enforcement of Contempt Order, Class Damages Hearing, and Motion to Withdraw as Counsel for Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co., Ltd. be and is hereby filed in to the record.

New Orleans, Louisiana, this ___ day of _____, 2015.

_____
Eldon E. Fallon
United States District Court Judge