# EXHIBIT "1"

US

# BEIJING SUPERIOR PEOPLE'S COURT

# PROOF OF SERVICE

[Seal: Beijing Superior People's Court]

Judicial Association No. SX-10-92

| Cause of Action | | Cause No. | Law Association No. (2010) 194 |
|---|---|---|---|
| Document Served and Number | Summary of Documents, one copy<br>Complaint, one copy | Summons, one copy<br>Document, one copy | |
| Recipient | China National Building Material Group | | |
| Address for Service | 17th Floor, China Building Material Building, 11 San Li He Road, Haidian District (Beijing, China 100037) . | | |
| Recipient Signature or Seal | Ma, Gen Lin        Deputy General Manager, Corporate Management Department<br>13911865588<br><br>                                                                February 25, 2010 | | |
| Recipient in substitution and reason(s) | | | |
| Notes | United States.    With translation                          . | | |

Issuer:  Chen, Xin                                        Servers:  Zhu, Cheng Fu        Li, Qing

Note:
 (1) The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §57; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
(2) In case of receiving by substitution, the substitution recipient should sign and seal the document, and note the relationship with the servee, and the reason(s) for substitution.
(3) This Proof of Service applies to Hong Hong and Macao districts.

SX-2010-92

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

### *DEMANDE*
### *AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
### *D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota 55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776    Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | **Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**10, Chaoyangmen, Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)

*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

(identité et adresse) _____ China National Building Material Group Corporation (CNBM Group) _____

17th Floor, Zhong Guo Jian Cai Da Sha, San Li He Road #11, Haidian District, Beijing 100037, China

Tel: _____

[X] (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a)    selon les formes légales (article 5, alinéa premier, lettre a).*

[ ] (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *b)    selon la forme particulière suivante (article 5, alinéa premier, lettre b):* _____

[ ] (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    *c)    le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.

*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Class Action Complaint
Summons in a Civil Action
Translations
Summary of the Document to be Served
_____
_____
_____
_____

Done at
*Fait à* Minneapolis, Minnesota, U.S.A.          , the 1/13/10
                                                  *le*

Signature and/or stamp.
*Signature et/ou cachet.*

**APS INTERNATIONAL**
**APS International Plaza**
**7800 Glenroy Road**
**Minneapolis, MN 55439**

(Formerly OBD-116 which was formerly LAA-116,          USM-94
both of which may still be used)                    (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

Case Name: Gross v. Knauf Gips, KG
Defendant: China National Building Material Group Corporation (CNBM Group)
Court Case No.: 09-6690

# CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)   **that the document has been served\***
*1.   que la demande a été exécutée*

- the (date)
- *le (date)*   February 25th, 2010
- at (place, street, number)
- *à (localité, rue numéro)*   17/F, Zhongguo Jiancai Mansion, No.11 Sanlihe Road, Haidian District, Beijing, China

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*

[X]   **(a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention\*.**
       *a)   selon les formes légales (article 5, alinéa premier, lettre a).*

[  ]   **(b)   in accordance with the following particular method\*:**
       *b)   selon la forme particuliére suivante:* _____

[  ]   **(c)   by delivery to the addressee, who accepted it voluntarily.\***
       *c)   par remise simple*

**The documents referred to in the request have been delivered to:**
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person)
- *(identité et qualité de la personne)*   Genlin Ma

- relationship to the addressee (family, business or other):
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* the vice-manager of the Department of Business Administration. of addressee

2)   **that the document has not been served, by reason of the following facts\*:**
*2.   que la demande n'a pas été exécutée, en raison des faits suivants:*

_____
_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Class Action Complaint, Summons in a Civil Action, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Piéces renvoyées:*

_____
_____
_____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____
_____
_____

**Done at**        Beijing            **the** 2010
*Fait à*                               *le*

**Signature and/or stamp.**     司 法 部
*Signature et/ou cachet.*     司法协助专用章

\*   **Delete if inappropriate.**
    *Rayer les mentions inutiles.*

2

US

# BEIJING SUPERIOR PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Beijing Superior People's Court]

Judicial Association No. SX-10-85

| Cause of Action | | Cause No. | Law Association No. (2010) 197 |
|---|---|---|---|
| Document Served and Number | Summary of Documents, one copy<br>Complaint, one copy | | Summons, one copy<br>Document, one copy |
| Recipient | China National Building Material Company Limited. | | |
| Address for Service | 17th Floor, China Building Material Building, 11 San Li He Road, Haidian District (Beijing, China 100037). | | |
| Recipient Signature or Seal | Chang, Che Li      Vice President         010-88282398<br>February 25, 2010 | | |
| Recipient in substitution and reason(s) | | | |
| Notes | United States.    With translation             . | | |

Issuer:  Chen, Xin                    Servers:  Zhu, Cheng Fu      Li, Qing

Note:
 (1) The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §57; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
(2)  In case of receiving by substitution, the substitution recipient should sign and seal the document, and note the relationship with the servee, and the reason(s) for substitution.
(3)  This Proof of Service applies to Hong Hong and Macao districts.

CX-2010-85

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

## DEMANDE

## AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant*<br><br>**Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776 Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com** | Address of receiving authority<br>*Adresse de l'autorité destinataire*<br><br>**Ministry of Justice<br>Department of Judicial Assistance and Foreign Affairs<br>Division of Judicial Assistance<br>10, Chaoyangmen, Nandajie<br>Chaoyang District<br>Beijing<br>100020<br>China** |
| --- | --- |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)

*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

(identité et adresse)    China National Building Materials Co., Ltd. (CNBM)

17th Floor, Zhong Guo Jian Cai Da Sha, San Li He Road #11, Haidian District, Beijing City 100037, China

Tel:

[X]  (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
   *a)    selon les formes légales (article 5, alinéa premier, lettre a).*

[ ]  (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
   *b)    selon la forme particulière suivante (article 5, alinéa premier, lettre b);*_____

_____

[ ]  (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
   *c)    le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.

*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

| | |
| --- | --- |
| Class Action Complaint<br>Summons in a Civil Action<br>Translations<br>Summary of the Document to be Served<br><br>_____<br>_____<br>_____<br>_____ | Done at _____ , the ⎸1⎸3⎸10<br>*Fait à* Minneapolis, Minnesota, U.S.A. , *le* ⎸1⎸3⎸10<br><br>Signature and/or stamp.   APS INTERNATIONAL<br>*Signature et/ou cachet.*   APS International Plaza<br>   7800 Glenroy Road<br>   Minneapolis, MN 55439 |

(Formerly OBD-116 which was formerly LAA-116,   USM-94
both of which may still be used)   (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

Case Name: Gross v. Knauf Gips, KG
Defendant: China National Building Materials Co., Ltd. (CNBM)
Court Case No.: 09-6690

# CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

**1)** that the document has been served*
*1.* *que la demande a été exécutée*

- the (date)
- *le (date)* **February 25th, 2010**
- at (place, street, number)
- *à (localité, rue numéro)* **11/F, Zhongguo Jiancai Mansion, No. 11 Sanlihe Road, Haidian District, Beijing, China**

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*

[X] **(a)** in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
  *a)* *selon les formes légales (article 5, alinéa premier, lettre a).*

[ ] **(b)** in accordance with the following particular method*:
  *b)* *selon la forme particulière suivante:* _____

[ ] **(c)** by delivery to the addressee, who accepted it voluntarily.*
  *c)* *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person)
- *(identité et qualité de la personne)* **the signature could not be recognized**

- relationship to the addressee (family, business or other):
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* **the vice-president of the addressee.**

**2)** that the document has not been served, by reason of the following facts*:
*2.* *que la demande n'a pas été exécutée, en raison des faits suivants:*

_____
_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Class Action Complaint, Summons in a Civil Action, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____
_____
_____
_____

**Done at** **Beijing** **the** **6/4, 2010**
*Fait à* _____ *le* _____

**Signature and/or stamp.**
*Signature et/ou cachet.*

中 华 人 民 共 和 国
司 法 部
司法协助专用章

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

US

# BEIJING SUPERIOR PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Beijing Superior People's Court]

Judicial Association No. SX-10-86

| Cause of Action | | Cause No. | Law Association No. (2010) 196 |
|---|---|---|---|
| Document Served and Number | Summary of Documents, one copy<br>Complaint, one copy | Summons, one copy<br>Document, one copy | |
| Recipient | Beijing New Building Material (Group) Co., Ltd. (BNBW) | | |
| Address for Service | No. 16, West Building Material City Road, West San Qi, Hai Dian District, (Beijing, China). | | |
| Recipient Signature or Seal | | | |
| Recipient in substitution and reason(s) | | | |
| Notes | United States.    With translation        Refuse to accept. | | |

Issuer:  Chen, Xin                    Servers:  Zhu, Cheng Fu      Li, Qing
                                                        Feb. 25, 2010

Note:
 (1) The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §57; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
(2) In case of receiving by substitution, the substitution recipient should sign and seal the document, and note the relationship with the servee, and the reason(s) for substitution.
(3) This Proof of Service applies to Hong Hong and Macao districts.

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND
UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

## REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

### DEMANDE

*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile
ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant*<br><br>**Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota 55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776 Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | Address of receiving authority<br>*Adresse de l'autorité destinataire*<br><br>**Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**10, Chaoyangmen, Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |
| --- | --- |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-
mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
    (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant
conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
    *(identité et adresse)*    Beijing New Building Materials Public Limited Company (BNBM)
No. 16, West Road Jiancaicheng, Xisanqi, Haidian District, Beijing 100096, China
    Tel:

[X]  **(a)**  **in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.***
    *a)*  *selon les formes légales (article 5, alinéa premier, lettre a).*

[ ]  **(b)**  **in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:**
    *b)*  *selon la forme particulière suivante (article 5, alinéa premier, lettre b):*

[ ]  **(c)**  **by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.**
    *c)*  *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided
on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Class Action Complaint
Summons in a Civil Action
Translations
Summary of the Document to be Served

Done at
*Fait à* Minneapolis, Minnesota, U.S.A.    , the
    *, le* \ 13 \0

Signature and/or stamp.
*Signature et/ou cachet.*



APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

(Formerly OBD-116 which was formerly LAA-116,    USM-94
both of which may still be used)    (Est. 11/22/77)

* Delete if inappropriate.
*. Rayer les mentions inutiles*

SX-40-86

Case Name: Gross v. Knauf Gips, KG
Defendant: Beijing New Building Materials Public Limited Company (BNBM)
Court Case No.: 09-6690

## CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)  **that the document has been served\***
*1.  que la demande a été exécutée*
- the (date)
- *le (date)* _____
- at (place, street, number)
- *à (localité, rue numéro)* _____

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*
   [  ] **(a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention\*.**
       *a)  selon les formes légales (article 5, alinéa premier, lettre a).*
   [  ] **(b) in accordance with the following particular method\*:**
       *b)  selon la forme particulière suivante:* _____

   [  ] **(c) by delivery to the addressee, who accepted it voluntarily.\***
       *c)  par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- **(identity and description of person)**
- *(identité et qualité de la personne)* _____

- **relationship to the addressee (family, business or other):**
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2)  **that the document has not been served, by reason of the following facts\*:**
*2.  que la demande n'a pas été exécutée, en raison des faits suivants:*

*the addressee refused to accept the documents*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Class Action Complaint, Summons in a Civil Action, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at   *Beijing*   , the  *April 23rd, 2010*
*Fait à*                       *, le*

Signature and/or stamp.
*Signature et/ou cachet.*

人 民 共 和 国
司 法 部
司法协助专用章

\*   Delete if inappropriate.
    *Rayer les mentions inutiles.*

2

Judicial Association No. SX-1299

# BEIJING SUPERIOR PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Beijing Superior People's Court]

| Cause of Action | | Cause No. | Law Association No. (2010) 1186 |
|---|---|---|---|
| Document Served and Number | Summary of Documents, one copy<br>Complaint, one copy | Summons, one copy<br>Document, one copy | |
| Recipient | Beijing New Building Material (Group) Co., Ltd. (BNBW) | | |
| Address for Service | No. 16, West Building Material City Road, West San Qi, Hai Dian District, (Beijing, China). | | |
| Recipient Signature or Seal | | | |
| Recipient in substitution and reason(s) | | | |
| Notes | United States.    With translation        Refuse to accept. | | |

Issuer:  Chen, Xin                    Servers:  Ma, Jia Guo    Gu, Zhi Qiang
                                                                          Aug. 25, 2010

Note:
 (1)  The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §57; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
(2)  In case of receiving by substitution, the substitution recipient should sign and seal the document, and note the relationship with the servee, and the reason(s) for substitution.
(3)  This Proof of Service applies to Hong Hong and Macao districts.

2nd Service Attempt    Server:  Wang, Bao Wei    Jia, Ding
                                                          Nov. 11, 1020

3rd Service Attempt    Server:  Tang, Ding      Wang, Bao Wei
                                                          Nov. 25, 2010

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND
UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

NX-10-1299

# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

### *DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile*
*ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota 55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776    Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | **Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**10, Chaoyangmen Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-
mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant*
*conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

(identité et adresse)    Beijing New Building Materials Public Limited Co.
No. 16 West Road, Jiancaicheng Xisanqi, Haidian District, Beijing, China, 100096
Tel:

[X] (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
 a)  *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
 b)  *selon la forme particulière suivante (article 5, alinéa premier, lettre b):*_____

[ ] (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
 c)  *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided
on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*
--Summons in a Civil Action
--Plaintiffs' Amended Omnibus Class Action
Complaint (II)
--Exhibits "A" - "C"
--Schedule 1
--Schedule 2
--Schedule 3
--Schedule 4
--Translations
--Summary of the Document to be Served

Done at
*Fait à* Minneapolis, Minnesota, U.S.A.          , the 7/29/10
*le*

Signature and/or stamp.
*Signature et/ou cachet.*



APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

(Formerly OBD-116 which was formerly LAA-116,        USM-94
both of which may still be used)                (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

Case Name: Wiltz v. Beijing New Building Materials Public Limited Co.
Defendant: Beijing New Building Materials Public Limited Co.
Court Case No.: 10-361

## CERTIFICATE
### *ATTESTATION*

**The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,**
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

**1)   that the document has been served\***
*1.    que la demande a été exécutée*
- **- the (date)**
- *- le (date)* _____
- **- at (place, street, number)**
- *- à (localité, rue numéro)* _____

- **- in one of the following methods authorised by article 5-**
- *- dans une des formes suivantes prévues à l'article 5:*
  - [ ]   **(a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention\*.**
  - *a)    selon les formes légales (article 5, alinéa premier, lettre a).*
  - [ ]   **(b)  in accordance with the following particular method\*:**
  - *b)    selon la forme particulière suivante:* _____

  - [ ]   **(c)  by delivery to the addressee, who accepted it voluntarily.\***
  - *c)    par remise simple*

**The documents referred to in the request have been delivered to:**
*Les documents mentionnés dans la demande ont été remis à:*
- **- (identity and description of person)**
- *- (identité et qualité de la personne)* _____

- **- relationship to the addressee (family, business or other):**
- *- liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

**2)   that the document has not been served, by reason of the following facts\*:**
*2.    que la demande n'a pas été exécutée, en raison des faits suivants:*

*Refused*

**In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.**

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**LIST OF DOCUMENTS:** Summary of the Document to be Served, Summons in a Civil Action, Plaintiffs' Amended Omnibus Class Action Complaint (II), Exhibits "A" - "C", Schedule 1, Schedule 2, Schedule 3, Schedule 4, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____
_____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____

**Done at**
*Fait à* _____ Beijing

中 华 人 民 共 和 国
司 法 部
民商事司法协助专用章

**Signature and/or stamp.**
*Signature et/ou cachet.*

\*    Delete if inappropriate.
     *Rayer les mentions inutiles.*

2

Judicial Association No. SX-1162
U.S.

# BEIJING SUPERIOR PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Beijing Superior People's Court]

| Cause of Action | | Cause No. | Law Association No. (2010) 1126 |
|---|---|---|---|
| Document Served and Number | Summary of Documents, one copy<br>Complaint, one copy | | Summons, one copy<br>Document, one copy |
| Recipient | Beijing New Building Material (Group) Co., Ltd. | | |
| Address for Service | Floor 17, China Jian Cai Building, No. 11 A Sanlihe Road, Hai Dian District, (Beijing, China). | | |
| Recipient Signature or Seal | | | |
| Recipient in substitution and reason(s) | | | |
| Notes | United States. With translation | The company refuse to accept. | |

Issuer: Chen, Xin                    Servers: Ma, Jia Guo    Gu, Zhi Qiang
                                                        Aug. 25, 2010

Note:
(1) The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §57; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
(2) In case of receiving by substitution, the substitution recipient should sign and seal the document, and note the relationship with the servee, and the reason(s) for substitution.
(3) This Proof of Service applies to Hong Hong and Macao districts.

SX-10-1162

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

## REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile*
*ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant*<br><br>**Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota  55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776      Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | Address of receiving authority<br>*Adresse de l'autorité destinataire*<br>**Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**10, Chaoyangmen, Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |
|---|---|

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
    (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

    *(identité et adresse)* ____ Beijing New Building Materials (Group) Co., Ltd. (BNBM Group)
    ____ No. 16, West Road Jiancaicheng, Xisanqi, Haidian District, Beijing 100096, China
    Tel:

[X]  (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
     *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
     *b)   selon la forme particulière suivante (article 5, alinéa premier, lettre b):* _____
     _____
     _____

[ ]  (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
     *c)   le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

| | |
|---|---|
| Class Action Complaint<br>Summons in a Civil Action<br>Translations<br>Summary of the Document to be Served<br>_____<br>_____<br>_____<br>_____ | Done at<br>*Fait à* Minneapolis, Minnesota, U.S.A.          , the 7/7/10<br>                                                              *le*<br><br>Signature and/or stamp.<br>*Signature et/ou cachet.*<br><br>APS INTERNATIONAL<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis  MN 55439 |

                                                    (Formerly OBD-116 which was formerly LAA-116,      USM-94
                                                    both of which may still be used)
                                                                                                        (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

Case Name: Gross v. Knauf Gips, KG
Defendant: Beijing New Building Materials (Group) Co., Ltd. (BNBM Group)
Court Case No.: 09-6690

## CERTIFICATE
## *ATTESTATION*

$Sx-10-1162$

**The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,**
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

**1)   that the document has been served\***
*1.    que la demande a été exécutée*
- the (date)
- *le (date)* _____
- at (place, street, number)
- *à (localité, rue numéro)* _____

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*
  [  ]  **(a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention\*.**
         *a)     selon les formes légales (article 5, alinéa premier, lettre a).*
  [  ]  **(b)  in accordance with the following particular method\*:**
         *b)     selon la forme particulière suivante:* _____
         _____

  [  ]  **(c)  by delivery to the addressee, who accepted it voluntarily.\***
         *c)     par remise simple*

**The documents referred to in the request have been delivered to:**
*Les documents mentionnés dans la demande ont été remis à:*
         - (identity and description of person)
         - *(identité et qualité de la personne)* _____

         - relationship to the addressee (family, business or other):
         - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____
         _____

**2)   that the document has not been served, by reason of the following facts\*:**
*2.    que la demande n'a pas été exécutée, en raison des faits suivants:*
*The addressee refused* _____
_____

**In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.**

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Class Action Complaint, Summons in a Civil Action, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____
_____
_____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____
_____

**Done at**              *2nd. Dec. 2010*         , the   *Beijing*
*Fait à*                                         *, le*

**Signature and/or stamp.**
*Signature et/ou cachet.*

\*      Delete if inappropriate.
       *Rayer les mentions inutiles.*

2

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

### DEMANDE
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota 55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776 Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | **Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**No 6, Chaoyangmen Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(identité et adresse)    China National Building Material Group Corporation (CNBM Group)
_____ 17th Floor, Zhong Guo Jian Cai Da Sha, San Li He Road #11, Haidian District, Beijing City 100037, China
Tel:
[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
   a) *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
   b) *selon la forme particulière suivante (article 5, alinéa premier, lettre b):*_____

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
   c) *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

--Summons in a Civil Action (Complaint in Intervention)
--Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III)
--Exhibits "A" - "C"
--Schedules 1 - 3
--Translations
--Summary of the Document to be Served

Done at
*Fait à* Minneapolis, Minnesota, U.S.A.    , the
                                          , *le* 12/17/10

**Signature and/or stamp.**
*Signature et/ou cachet.*



(Formerly OBD-116 which was formerly LAA-116, both of which may still be used)     USM-94
(Est. 11/22/77)

* Delete if inappropriate.
*. Rayer les mentions inutiles*

Case Name:   Gross   v.   Knauf Gips KG   [ OMNIBUS (III) ]
Defendant:   China National Building Material Group Corporation (CNBM Group)
Court Case No.:   09-6690

**CERTIFICATE**

*ATTESTATION*

$$5\text{-}8 - 10 - 188)$$

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)    **that the document has been served\***
*1.    que la demande a été exécutée*

       - **the (date)**
       - *le (date)*           _____
       - **at (place, street, number)**
       - *à (localité, rue numéro)*    _____

       - **in one of the following methods authorised by article 5-**
       - *dans une des formes suivantes prévues à l'article 5:*
         [ ]  **(a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention\*.**
              *a)  selon les formes légales (article 5, alinéa premier, lettre a).*
         [ ]  **(b)  in accordance with the following particular method\*:**
              *b)  selon la forme particulière suivante:*  _____

         [ ]  **(c)  by delivery to the addressee, who accepted it voluntarily.\***
              *c)  par remise simple*

**The documents referred to in the request have been delivered to:**
*Les documents mentionnés dans la demande ont été remis à:*
       - **(identity and description of person)**
       - *(identité et qualité de la personne)*  _____

       - **relationship to the addressee (family, business or other):**
       - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:*_____

2)  **that the document has not been served, by reason of the following facts\*:**
*2.  que la demande n'a pas été exécutée, en raison des faits suivants:*
*The addressee refused to accept the documents*
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served,  Summons in a Civil Action (Complaint in Intervention), Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III), Exhibits "A" - "C", Schedules 1 - 3, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____
_____
_____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____
_____
_____

**Done at**    *Beijing*    , **the**  *June 27, 2011*
*Fait à*                      , *le*
**Signature and/or stamp.**
*Signature et/ou cachet.*

\*  Delete if inappropriate.
    *Rayer les mentions inutiles.*

2

# BEIJING SUPERIOR PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Beijing Superior People's Court]

Judicial Association No. SX-10-1997

| Cause of Action | | Cause No. | Law Association No. (2011) 32 |
|---|---|---|---|
| Document Served and Number | Summary of Documents, one copy<br>Complaint, one copy | | Summons, one copy<br>Document, one copy |
| Recipient | China National Building Material Group Corporation (CNBM Group) | | |
| Address for Service | 17th Floor, Zhong Guo Jian Cai Da Sha, San Li He Road #11, Haidian District, Beijing City 100037, China. | | |
| Recipient Signature or Seal | | | |
| Recipient in substitution and reason(s) | | | |
| Notes | United States.   With translation. | | |

Issuer:  Chen, Xin                                 Servers:

Note:
 (1)  The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §51; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
(2)  In case of receiving by substitution, the substitution recipient should sign and seal the document, and note the relationship with the servee, and the reason(s) for substitution.
(3)  This Proof of Service applies to Hong Hong and Macao districts.

*March 9, 2011*
*Refusal by servee.*
*Servers: Jia Ding and Wang Bao Wei*

Case 2:09-md-02047-EEF-MBN Document 18f8993a Filed 03/13/15 Page 20 of 88
Case 2:09-md-02047-EEF-MBN Document 18f8993a Filed 03/13/15 Page 20 of 88

# 北京市高级人民法院
## 送 达 回 证

SX-10-1997

| 案　　　由 | | 案　号 | 法协（2011）32 |
|---|---|---|---|
| 送达文书<br>名称和件数 | 文书概要一份<br>诉状一份 | | 传票一份<br>文书一份 |
| 受送达人 | 中国建筑材料集团公司 | | |
| 送达地址 | 海淀区三里河路（甲）11号中国建材大厦17层 | | |
| 受送达人<br>签名或盖章 | | | |
| 代收人<br>代收理由 | | | |
| 备　　　考 | 美国，有译文 | | |

填发人　陈新　　　　　　　　　　　　送达人

注：(1) 送达刑事诉讼文书，按照刑事诉讼法第五　一条的规定办理；送达民事、行政诉讼
　　　文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
　　(2) 代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理
　　　由。
　　(3) 本《〈送达回证〉》适用涉港、澳地区送达。

2011.3.9 接收 曾丁 瑞纪

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

*SX-10-2010*

# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile*
*ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant*<br><br>**Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota 55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776     Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | Address of receiving authority<br>*Adresse de l'autorité destinataire*<br><br>**Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**No 6, Chaoyangmen Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |
|---|---|

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant*
*conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(identité et adresse) ___ China National Building Materials Co., Ltd. (CNBM)
_17th Floor, Zhong Guo Jian Cai Da Sha, San Li He Road #11, Haidian District, Beijing City 100037, China_
Tel: _____

[X] (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a)  selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *b)  selon la forme particulière suivante (article 5, alinéa premier, lettre b);_____*
_____

[ ] (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    *c)  le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

| |
|---|
| --Summons in a Civil Action (Complaint in Intervention)<br>--Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III)<br>--Exhibits "A" - "C"<br>--Schedules 1 - 3<br>--Translations<br>--Summary of the Document to be Served |

Done at
*Fait à*_Minneapolis, Minnesota, U.S.A._, the
    *le* _12/7/10_

Signature and/or stamp.
*Signature et/ou cachet.*



(Formerly OBD-116 which was formerly LAA-116,
both of which may still be used)                    USM-94
                                                              (Est. 11/22/77)

* Delete if inappropriate.
*. Rayer les mentions inutiles*

Case Name: Gross v. Knauf Gips KG [ OMNIBUS (iii) ]
Defendant: China National Building Materials Co., Ltd. (CNBM)
Court Case No.: 09-6690

SX-10-2010

# CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)  that the document has been served*
*1.  que la demande a été exécutée*
- the (date)
- *le (date)*
- at (place, street, number) _____
- *à (localité, rue numéro)* _____
_____

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*
[ ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
*a) selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method*:
*b) selon la forme particulière suivante:* _____
_____
[ ] (c) by delivery to the addressee, who accepted it voluntarily.*
*c) par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person)
- *(identité et qualité de la personne)* _____
_____

- relationship to the addressee (family, business or other):
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____
_____

2)  that the document has not been served, by reason of the following facts*:
*2.  que la demande n'a pas été exécutée, en raison des faits suivants:*
_____The addressee refused to accept the documents_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action (Complaint in Intervention), Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III), Exhibits "A" - "C", Schedules 1 - 3, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____

Done at ___Beijing_____, the ___June 27, 2011___
*Fait à*                              , *le*
Signature and/or stamp.
*Signature et/ou cachet.*

* Delete if inappropriate.
*Rayer les mentions inutiles.*

2

# BEIJING SUPERIOR PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Beijing Superior People's Court]

Judicial Association No. SX-10-2010

| Cause of Action | | Cause No. | Law Association No. (2011) 33 |
|---|---|---|---|
| Document Served and Number | Summary of Documents, one copy<br>Complaint, one copy | Summons, one copy<br>Document, one copy | |
| Recipient | China National Building Materials Co., Ltd. (CNBM) | | |
| Address for Service | 17th Floor, Zhong Guo Jian Cai Da Sha, San Li He Road #11, Haidian District, Beijing City 100037, China. | | |
| Recipient Signature or Seal | | | |
| Recipient in substitution and reason(s) | | | |
| Notes | United States.    With translation. | | |

Issuer:  Chen, Xin                              Servers:

Note:
 (1)  The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §51; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
(2)  In case of receiving by substitution, the substitution recipient should sign and seal the document, and note the relationship with the servee, and the reason(s) for substitution.
(3)  This Proof of Service applies to Hong Hong and Macao districts.

*March 9, 2011*
*Refusal by servee.*
*Servers: Jia Ding and Wang Bao Wei*

北京市高级人民法院
送　达　回　证

SX-10-2010

| 案　　　由 | | 案　号 | 法协（2011）33 |
|---|---|---|---|
| 送达文书各称和件数 | 文书概要一份　　　　　　　　传票一份<br>诉状一份　　　　　　　　文书一份 | | |
| 受送达人 | 中国建筑材料有限公司（CNBM） | | |
| 送达地址 | 海淀区三里河路（甲）11号中国建材大厦17层 | | |
| 受送达人签名或盖章 | | | |
| 代收人代收理由 | | | |
| 备　　　考 | 美国，有译文 | | |

填发人　陈新　　　　　　　　　　　　　送达人

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五　一条的规定办理；送达民事、行政诉讼
　　　文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。

　　（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理
　　　由。

　　（3）本《〈送达回证〉》适用涉港、澳地区送达。　　2011.3.1 接收　密丁辉日

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF Louisiana

Case 2:09-md-02047-EEF-JCW Document 18437-2 Filed 02/17/15 Page 25 of 88

## REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*

*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

11-CX-22

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota  55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776       Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | **Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**No 6, Chaoyangmen Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant*
*conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(identité et adresse)     Beijing New Building Materials Public Group Co., Ltd. (BNBM Group)
        No. 16 West Road, Jiancaicheng Xisanqi, Haidian District,  Beijing 100096, China
        Tel:

[X]   (a)    in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
       a)     *selon les formes légales (article 5, alinéa premier, lettre a).*
[  ]   (b)    in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
       b)     *selon la forme particulière suivante (article 5, alinéa premier, lettre b):*

[  ]   (c)    by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
       c)     *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

--Summons in a Civil Action (Supplement to Amended Class Action Complaint)
--Order
--Amended Class Action Complaint
--Translations
--Summary of the Document to be Served

Done at
*Fait à*  Minneapolis, Minnesota, U.S.A.          , the
                                         *le*  1 26 4

Signature and/or stamp.
*Signature et/ou cachet.*

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

(Formerly OBD-116 which was formerly LAA-116, both of which may still be used)      USM-94

(Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

Case 2:09-md-02047-EEF-JCW Document 18437-2 Filed 02/13/15 Page 26 of 88

5ß-11-22 V

# CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)    **that the document has been served***
*1.    que la demande a été exécutée*

    - **the (date)**
    - *le (date)* _____
    - **at (place, street, number)**
    - *à (localité, rue numéro)* _____

    - **in one of the following methods authorised by article 5-**
    - *dans une des formes suivantes prévues à l'article 5:*
      [ ] **(a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.**
          *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
      [ ] **(b) in accordance with the following particular method*:**
          *b)   selon la forme particulière suivante:* _____

      [ ] **(c) by delivery to the addressee, who accepted it voluntarily.***
          *c)   par remise simple*

**The documents referred to in the request have been delivered to:**
*Les documents mentionnés dans la demande ont été remis à:*
    - **(identity and description of person)**
    - *(identité et qualité de la personne)* _____

    - **relationship to the addressee (family, business or other):**
    - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2)    **that the document has not been served, by reason of the following facts*:**
*2.    que la demande n'a pas été exécutée, en raison des faits suivants:*

*The addressee refused to accept the documents*

**In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.**

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**LIST OF DOCUMENTS:** Summary of the Document to be Served, Summons in a Civil Action (Supplement to Amended Class Action Complaint), Order, Amended Class Action Complaint, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Piéces renvoyées:*

_____
_____
_____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____
_____

Done at / *Fait à* __Beijing__ , the / *, le* __June 27, 2011__

**Signature and/or stamp.**
*Signature et/ou cachet.*

*  Delete if inappropriate.
   Rayer les mentions inutiles.*

2

*U.S.*

# BEIJING SUPERIOR PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Beijing Superior People's Court]

*Judicial Association No. SX-11-222*

| Cause of Action | | Cause No. | Law Association No. (2011) 365 |
|---|---|---|---|
| Document Served and Number | Summary of Documents, one copy<br>Complaint, one copy | Summons, one copy<br>Document, one copy | |
| Recipient | Beijing New Building Materials Group Co., Ltd. | | |
| Address for Service | No. 16, West Road, Jiancaicheng Xisanqi, Haidian District, (Beijing, China). | | |
| Recipient Signature or Seal | | | |
| Recipient in substitution and reason(s) | | | |
| Notes | United States.    With translation | | |

Issuer:  Chen, Xin                                    Servers:

Note:
 (1) The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §51; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
(2) In case of receiving by substitution, the substitution recipient should sign and seal the document, and note the relationship with the servee, and the reason(s) for substitution.
(3) This Proof of Service applies to Hong Hong and Macao districts.

*March 22, 2011   The addressee refused to accept the documents.*
*Servers: Wang Baowei and Jia Ding*
*March 29, 2011   The addressee refused to accept the documents.*
*Servers: Li Yonghui and Zhu Chaozheng*

# 北京市高级人民法院
## 送 达 回 证

Sx-11-222

| 案　　由 | | 案　号 | 法协（2011）365 |
|---|---|---|---|
| 送达文书<br>各称和件数 | 文书概要一份<br>诉状一份 | | 传票一份<br>文书一份 |
| 受送达人 | 北新建材集团有限公司 | | |
| 送达地址 | 海淀区西三期建材城西路16号 | | |
| 受送达人<br>签名或盖章 | | | |
| 代收人<br>代收理由 | | | |
| 备　　考 | 美国，有译文 | | |

填发人　陈新　　　　　　　　　　　　　送达人

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五　一条的规定办理；送达民事、行政诉讼
文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。

　　（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代理
理由。

　　（3）本《〈送达回证〉》适用涉港、澳地区送达。

2011.3.22　挂出　瑞江宏
2011.3.29　挂出　李永会 糊版

## REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

### *DEMANDE*

### *AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

1F-7X-22ŋ

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota 55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776       Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | **Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**No 6, Chaoyangmen Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
    **(identity and address)**

*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

    *(identité et adresse)*    Beijing New Building Materials Public Limited Company (BNBM)
    No. 16 West Road, Jiancaicheng Xisanqi, Haidian District, Beijing 100096, China
    Tel:

[X]  **(a)**  **in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.\***
    *a)*  *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  **(b)**  **in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)\*:**
    *b)*  *selon la forme particulière suivante (article 5, alinéa premier, lettre b);*_____

[ ]  **(c)**  **by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)\*.**
    *c)*  *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes\* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

| | |
|---|---|
| --Summons in a Civil Action (Supplement to Amended Class Action Complaint)<br>--Order<br>--Amended Class Action Complaint<br>--Translations<br>--Summary of the Document to be Served | Done at<br>*Fait à* Minneapolis, Minnesota, U.S.A.  , the<br>  *le* 1/26/1<br><br>APS INTERNATIONAL<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, MN 55439<br><br>Signature and/or stamp.<br>*Signature et/ou cachet.* |

(Formerly OBD-116 which was formerly LAA-116, both of which may still be used)    USM-94
(Est. 11/22/77)

\* Delete if inappropriate.
 . *Rayer les mentions inutiles*

Case Name: Gross v. Knauf Gips KG, | Supplement
Defendant: Beijing New Building Material (Group) Co., Ltd. ("BNBM Group")
Court Case No.: 09-6690

Case 2:09-md-02047-EEF-MBN  Document 18437-3  Filed 02/17/15  Page 30 of 88

58-11-223

# CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)   that the document has been served*
*1.   que la demande a été exécutée*
- the (date)
- *le (date)* _____
- at (place, street, number)
- *à (localité, rue numéro)* _____
_____

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*
[  ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
    *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
[  ] (b) in accordance with the following particular method*:
    *b)   selon la forme particulière suivante:* _____
_____

[  ] (c) by delivery to the addressee, who accepted it voluntarily.*
    *c)   par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person)
- *(identité et qualité de la personne)* _____
_____

- relationship to the addressee (family, business or other):
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____
_____

2)   that the document has not been served, by reason of the following facts*:
*2.   que la demande n'a pas été exécutée, en raison des faits suivants:*
~~The addressee refused to accept the documents~~
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action (Supplement to Amended Class Action Complaint), Order, Amended Class Action Complaint, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*
_____
_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
_____
_____

Done at _____ Beijing _____, the _____ June 27, 2011
*Fait à* _____ *, le* _____

Signature and/or stamp.
*Signature et/ou cachet.*

*   Delete if inappropriate.
    *Rayer les mentions inutiles.*

2

U.S.

# BEIJING SUPERIOR PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Beijing Superior People's Court]

*Judicial Association No. SX-11-223*

| Cause of Action | | Cause No. | Law Association No. (2011) 364 |
|---|---|---|---|
| Document Served and Number | Summary of Documents, one copy<br>Complaint, one copy | Summons, one copy<br>Document, one copy | |
| Recipient | Beijing New Building Materials Public Limited Company (BNBM) | | |
| Address for Service | No. 16, West Road, Jiancaicheng Xisanqi, Haidian District,<br>(Beijing, China). | | |
| Recipient Signature or Seal | | | |
| Recipient in substitution and reason(s) | | | |
| Notes | United States.   With translation | | |

Issuer:  Chen, Xin                                    Servers:

Note:
 (1)  The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §51; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
(2)  In case of receiving by substitution, the substitution recipient should sign and seal the document, and note the relationship with the servee, and the reason(s) for substitution.
(3)  This Proof of Service applies to Hong Hong and Macao districts.

*March 22, 2011   The addressee refused to accept the documents.*
*Servers: Jia Ding and Wang Baowei*
*March 29, 2011   The addressee refused to accept the documents.*
*Servers: Li Yonghui and Zhu Chaozheng*

# 北京市高级人民法院
## 送 达 回 证

SX-11-223

| 案　　　由 | | 案　号 | 法协（2011）364 |
|---|---|---|---|
| 送达文书<br>名称和件数 | 文书概要一份<br>诉状一份 | | 传票一份<br>文书一份 |
| 受 送 达 人 | 北新建材股份有限公司（BNBM） | | |
| 送 达 地 址 | 海淀区西三期建材城西路 16 号 | | |
| 受 送 达 人<br>签名或盖章 | | | |
| 代 收 人<br>代收理由 | | | |
| 备　　　考 | 美国，有译文 | | |

填发人　陈新　　　　　　　　　　　　　　　送达人

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五　一条的规定办理；送达民事、行政诉讼
　　　　文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
　　（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理
　　　　由。
　　（3）本《送达回证》适用涉港、澳地区送达。

2011.3.22 拒收 曹 珊

2011.3.29 拒收 孫俭、鞠彤

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

11-5x-22

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile*
*ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| | |
|---|---|
| **Identity and address of the applicant**<br>*Identité et adresse du requérant*<br><br>**Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota 55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776    Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | **Address of receiving authority**<br>*Adresse de l'autorité destinataire*<br><br>**Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**No 6, Chaoyangmen Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
   **(identity and address)**
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous émunérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
   *(identité et adresse)*      China National Building Material Group Corporation (CNBM Group)
      7th Floor, Zhong Guo Jian Cai Da Sha, San Li He Road #11, Haidian District, Beijing City 100037, China
               Tel:

[X]  (a)  **in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.\***
     *a)  selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)  **in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)\*:**
     *b)  selon la forme particulière suivante (article 5, alinéa premier, lettre b);*_____
_____
_____

[ ]  (c)  **by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)\*.**
     *c)  le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes\* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

| | |
|---|---|
| --Summons in a Civil Action (Supplement to Amended Class Action Complaint)<br>--Order<br>--Amended Class Action Complaint<br>--Translations<br>--Summary of the Document to be Served<br>_____<br>_____<br>_____<br>_____ | **Done at** _____, the \ 26 \ 11<br>*Fait à* Minneapolis, Minnesota, U.S.A. _____, *le* _____<br><br>**Signature and/or stamp.**<br>*Signature et/ou cachet.* |

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN ...

(Formerly OBD-116 which was formerly LAA-116,          USM-94
both of which may still be used)
                                                    (Est. 11/22/77)

\* Delete if inappropriate.
. *Rayer les mentions inutiles*

Case 2:09-md-02047-EEF-MBN Document 18175-3 Filed 02/13/15 Page 34 of 88

# CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

**1)** **that the document has been served\***
*1.* *que la demande a été exécutée*
- the (date)
- *le (date)* _____
- at (place, street, number)
- *à (localité, rue numéro)* _____
_____

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*
  - [ ] **(a)** **in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention\*.**
    - *a)* *selon les formes légales (article 5, alinéa premier, lettre a).*
  - [ ] **(b)** **in accordance with the following particular method\*:**
    - *b)* *selon la forme particulière suivante:* _____
_____
  - [ ] **(c)** **by delivery to the addressee, who accepted it voluntarily.\***
    - *c)* *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person)
- *(identité et qualité de la personne)* _____
_____

- relationship to the addressee (family, business or other):
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____
_____

**2)** **that the document has not been served, by reason of the following facts\*:**
*2.* *que la demande n'a pas été exécutée, en raison des faits suivants:*

*The addressee refused to accept the documents*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action (Supplement to Amended Class Action Complaint), Order, Amended Class Action Complaint, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____
_____
_____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____
_____

Done at
*Fait à* *Beijing* , the
, *le* *June 27, 2011*

**Signature and/or stamp.**
*Signature et/ou cachet.*

\* Delete if inappropriate.
*Rayer les mentions inutiles.*

2

# BEIJING SUPERIOR PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Beijing Superior People's Court]

*Judicial Association No. SX-11-221*

| Cause of Action | | Cause No. | Law Association No. (2011) 369 |
|---|---|---|---|
| Document Served and Number | Summary of Documents, one copy<br>Complaint, one copy | Summons, one copy<br>Document, one copy | |
| Recipient | China National Building Material Group Corporation | | |
| Address for Service | 17th Floor (7th Floor), Zhong Guo Jian Cai Da Sha. San Li He Road  (Jia) No. 11, Haidian District,  (Beijing, China). | | |
| Recipient Signature or Seal | | | |
| Recipient in substitution and reason(s) | | | |
| Notes | United States.    With translation | | |

Issuer:  Chen, Xin                                    Servers:

Note:
 (1)  The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §51; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
(2)  In case of receiving by substitution, the substitution recipient should sign and seal the document, and note the relationship with the servee, and the reason(s) for substitution.
(3)  This Proof of Service applies to Hong Hong and Macao districts.

*March 22, 2011    The addressee refused to accept the documents.*
*Servers:  Wang Baowei  and Jia Ding*
*March 29, 2011    The addressee refused to accept the documents.*
*Servers: Li Yonghui and Zhu Chaozheng*

# 北京市高级人民法院
## 送 达 回 证

Sx-11-221

| 案　　由 | | 案　号 | 法协（2011）369 |
|---|---|---|---|
| 送达文书各称和件数 | 文书概要一份　　　　　　　传票一份<br>诉状一份　　　　　　　　　文书一份 | | |
| 受 送 达 人 | 中国建筑材料集团公司 | | |
| 送 达 地 址 | 海淀区三里河路（甲）11号中国建材大厦17层（7层） | | |
| 受送达人签名或盖章 | | | |
| 代 收 人代 收 理 由 | | | |
| 备　　考 | 美国，有译文 | | |

填发人　陈新　　　　　　　　　　　送达人

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五　一条的规定办理；送达民事、行政诉讼
　　　　文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
　　（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理
　　　　由。
　　（3）本《〈送达回证〉》适用涉港、澳地区送达。

2011.3.22 拒收 璇王鲁门
2011.3.29 拒收 李检 韩晓敏

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND
UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*                                                                 11-5x-220

*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile*
*ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota 55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776     Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | **Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**No 6, Chaoyangmen Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-
mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant*
*conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(identité et adresse)       China National Building Materials Co., Ltd. (CNBM)
        7th Floor, Zhong Guo Jian Cai Da Sha, San Li He Road #11, Haidian District, Beijing City 100037, China
        Tel:
[X]  (a)    in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
     *a)*    *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)    in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
     *b)*    *selon la forme particuliére suivante (article 5, alinéa premier, lettre b);* _____
_____

[ ]  (c)    by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
     *c)*    *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided
on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

| | |
|---|---|
| --Summons in a Civil Action (Supplement to Amended Class Action Complaint)<br>--Order<br>--Amended Class Action Complaint<br>--Translations<br>--Summary of the Document to be Served | Done at<br>*Fait à* Minneapolis, Minnesota, U.S.A.              , the ( 26 )1)<br>                                                                *le*<br><br>Signature and/or stamp.<br>*Signature et/ou cachet.*<br> |

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

(Formerly OBD-116 which was formerly LAA-116,          USM-94
both of which may still be used)
                                                       (Est. 11/22/77)

* Delete if inappropriate.
. Rayer les mentions inutiles

Case Name: Gross et al. v. Knauf Gips KG, et al. (Supplemental)
Defendant: China National Building Materials Co., Ltd. (CNBM)
Court Case No.: 09-6690

*5ズ-71-220*

## CERTIFICATE
### ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

**1)**    **that the document has been served***
*1.*    *que la demande a été exécutée*
     **- the (date)**
     *- le (date)* _____
     **- at (place, street, number)**
     *- à (localité, rue numéro)* _____

     **- in one of the following methods authorised by article 5-**
     *- dans une des formes suivantes prévues à l'article 5:*
         [ ]   **(a)**   **in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.**
             *a)*    *selon les formes légales (article 5, alinéa premier, lettre a).*
         [ ]   **(b)**   **in accordance with the following particular method*:**
             *b)*    *selon la forme particulière suivante:* _____

         [ ]   **(c)**   **by delivery to the addressee, who accepted it voluntarily.***
             *c)*    *par remise simple*

**The documents referred to in the request have been delivered to:**
*Les documents mentionnés dans la demande ont été remis à:*
     **- (identity and description of person)**
     *- (identité et qualité de la personne)* _____

     **- relationship to the addressee (family, business or other):**
     *- liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

**2)**   **that the document has not been served, by reason of the following facts*:**
*2.*   *que la demande n'a pas été exécutée, en raison des faits suivants:*

*The addressee refused to accept the documents*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**LIST OF DOCUMENTS:** Summary of the Document to be Served, Summons in a Civil Action (Supplement to Amended Class Action Complaint), Order, Amended Class Action Complaint, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____
_____
_____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____

**Done at** *Beijing* , the *June 30, 2011*
*Fait à* _____ *, le* _____

**Signature and/or stamp.**
*Signature et/ou cachet.*

中 华 人 民 共 和 国
司 法 部
民 商 事 司 法 协 助 专 用 章

\*   Delete if inappropriate.
    *Rayer les mentions inutiles.*

2

*U.S.A.*

# BEIJING SUPERIOR PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Beijing Superior People's Court]

*Judicial Association No. SX-11-220*

| Cause of Action | | Cause No. | Law Association No. (2011) 368 |
|---|---|---|---|
| Document Served and Number | Summary of Documents, one copy<br>Complaint, one copy | | Summons, one copy<br>Document, one copy |
| Recipient | China National Building Materials Co., Ltd. (CNBM) | | |
| Address for Service | 17th Floor (7th Floor), Zhong Guo Jian Cai Da Sha. San Li He Road (Jia) No. 11, Haidian District, (Beijing, China). | | |
| Recipient Signature or Seal | | | |
| Recipient in substitution and reason(s) | | | |
| Notes | United States.   With translation | | |

Issuer:  Chen, Xin                                        Servers:

Note:
 (1) The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §51; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
(2) In case of receiving by substitution, the substitution recipient should sign and seal the document, and note the relationship with the servee, and the reason(s) for substitution.
(3) This Proof of Service applies to Hong Hong and Macao districts.

*March 22, 2011   The addressee refused to accept the documents.*
*Servers: Jia Ding and Wang Baowei*
*March 29, 2011   The addressee refused to accept the documents.*
*Servers: Li Yonghui and Zhu Chaozheng*

# 北京市高级人民法院
## 送 达 回 证

SX-11-220

| 案　　由 | | 案　号 | 法协（2011）368 |
|---|---|---|---|
| 送达文书名称和件数 | 文书概要一份　　　　　　传票一份<br>诉状一份　　　　　　　文书一份 | | |
| 受送达人 | 中国建筑材料集团公司（CNBM） | | |
| 送达地址 | 海淀区三里河路（甲）11号中国建材大厦17层（7层） | | |
| 受送达人签名或盖章 | | | |
| 代收人代收理由 | | | |
| 备　　考 | 美国，有译文 | | |

填发人　陈新　　　　　　　　　　　送达人

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五　一条的规定办理；送达民事、行政诉讼
　　　　文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
　　（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理
　　　　由。
　　（3）本〈〈送达回证〉〉适用涉港、澳地区送达。

2011.3.22

2011.3.24

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Diane K. Myers<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776   Fax: 952.831.8150<br>Email: DMyers@CivilActionGroup.com | Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>P.C. 100020<br>People's Republic of China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)

*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- à l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
*(identité et adresse)* _____ China National Building Material Co., Ltd. _____

_____ 17th Floor, Zhong Guo Jian Cai Da Sha, San Li He Road #11, Haidian District, Beijing City, China, 100037 _____

[X] (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
　　 *a)   selon les formes légales (article 5, alinéa premier, lettre a).*

[ ] (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
　　 *b)   selon la forme particulière suivante (article 5, alinéa premier, lettre b):* _____

_____

[ ] (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
　　 *c)   le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Summary of the Document to be Served _____
Summons in a Civil Action _____
Plaintiffs' Class Action Complaint with Exhibit "A" _____
Translations _____
_____
_____
_____

Done at
*Fait à* _____ Minneapolis, Minnesota, U.S.A. _____ , the<br>_____ , *le* 2-28-13

Signature and/or stamp.
*Signature et/ou cachet.*

CERTIFICATE
*ATTESTATION*

Case 2:09-md-02047-EEF-MBN Document 18475-2 Filed 03/13/15 Page 42 of 88
Case 2:09-md-02047-EEF-BCW Document 16590 Filed 03/13/13 Page 2 of 48

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

**1)** that the document has been served*
*1. que la demande a été exécutée*

- the (date)
- *le (date)* _Apr. 3, 2013_

- at (place, street, number)
- *à (localité, rue numéro)* _The Seventeenth floor, No. A-11 Santihe Road, Haidian District, Beijing, China, 100027_

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
   *a) selon les formes légales (article 5, alinéa premier, lettre a).*

[ ] (b) in accordance with the following particular method*:
   *b) selon la forme particulière suivante:* _____

[ ] (c) by delivery to the addressee, who accepted it voluntarily.*
   *c) par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*

- (identity and description of person)
- *(identité et qualité de la personne)* _The signature is not legible._

- relationship to the addressee (family, business or other):
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _Deputy General Manager._

**2)** that the document has not been served, by reason of the following facts*:
*2. que la demande n'a pas été exécutée, en raison des faits suivants:*

_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action, Plaintiffs' Class Action Complaint with Exhibit "A", Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____
_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____
_____

Done at _Beijing_ , the _May, 27, 2013_
*Fait à* : *le*

Signature and/or stamp.
*Signature et/ou cachet.*

中 华 人 民 共 和 国
司 法 部
民 商 事 司 法 协 助 专 用 章

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

267249 - 3

# BEIJING SUPERIOR PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Beijing Superior People's Court]

Judicial Association No. SX-13-333

| Cause of Action | | Cause No. | Law Association No. (2013) 319 |
|---|---|---|---|
| Document Served and Number | Summary of Documents, one copy<br>Complaint, one copy | Summons, one copy<br>Document, one copy | |
| Recipient | China National Building Material Co., Ltd. | | |
| Address for Service | 17th Floor, Zhong Guo Jian Cai Da Sha, San Li He Road #11, Haidian District, Beijing, (China). | | |
| Recipient Signature or Seal | Chang, Zhangli    Vice President       140521197012074819<br><br>                          010-88082398        April 3, 2013 | | |
| Recipient in substitution and reason(s) | | | |
| Reasons for Non-Service | | | |
| Notes | United States.    With translation       . | | |

Issuer: Chen, Xin                        Servers:   Liu, Yi     Zhu, Chaozheng

Note:
 (1) The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §51; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
(2) In case of receiving by substitution, the substitution recipient should sign and seal the document, and note the relationship with the servee, and the reason(s) for substitution.

# 送 达 回 证

SX-15-333

| 案　　　由 | | 案　号 | 法协（2013）319 号 |
|---|---|---|---|
| 送达文书<br>各称和件数 | 文书概要一份<br>诉状一份 | | 传票一份<br>文书一份 |
| 受 送 达 人 | *China National Building Material Co., Ltd.*<br>中国建筑材料有限公司 | | |
| 送 达 地 址 | 北京市海淀区三里河路 11 号中国建材大厦 17 楼 | | |
| 受 送 达 人<br>签名或盖章 | *常洪利* *副局* (14054113701203) 0829<br>010-88082398 2013.4.3 | | |
| 代 收 人 | | | |
| 代 收 理 由 | | | |
| 未 能 送<br>达 理 由 | | | |
| 备　　　考 | 美国，有译文 | | |

填发人　陈新　　　　　　　　　　　　送达人 *刘昳 李斯坦*

*2013.4.3*

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五　一条的规定办理；送达民事、行政诉讼

文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND
UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

## REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

13-5x5-1737

| | |
|---|---|
| Identity and address of the applicant<br>*Identité et adresse du requérant*<br><br>**Jeff J. Karsten**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota 55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776    Fax: 952.831.8150**<br>**Email: JKarsten@CivilActionGroup.com** | Address of receiving authority<br>*Adresse de l'autorité destinataire*<br><br>**Ministry of Justice**<br>**International Legal Cooperation Center (ILCC)**<br>**6, Chaoyangmen Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**P.C. 100020**<br>**People's Republic of China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-
mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant*
*conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(Identité et adresse) _____ Beijing New Building Materials (Group) Co., Ltd.
15/F, Tower 2, Guohai Plaza, 17 Fuxing Road, Haidian District, Beijing 100036 China

[X]  (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    a)   *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    b)   *selon la forme particulière suivante (article 5, alinéa premier, lettre b):* _____

[ ]  (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    c)   *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided
on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Summary of the Document to be Served
Summons in a Civil Action
Conditional Transfer Order with Attached Schedule
Plaintiffs' Class Action Complaint with Exhibit "A"
Civil Cover Sheet
Translations

| | |
|---|---|
| | Done at<br>*Fait à*  ___Minneapolis, Minnesota, U.S.A.___ , the 11 Nov 2013<br>                                 *, le*<br><br>Signature and/or stamp.<br>*Signature et/ou cachet.* |

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

(Formerly OBD-116 which was formerly LAA-116,     USM-94
both of which may still be used)
                                      (Est. 11/22/77)

\* Delete if inappropriate.
. *Rayer les mentions inutiles*

266532-0089

Case Name: Amorin (FL) v. Taishan Gypsum Co., Ltd.
Defendant: Beijing New Building Materials (Group) Co., Ltd.
Court Case No.: 11-1672 Section L

2013 — SXS — 1737

## CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)     that the document has been served*
*1.     que la demande a été exécutée*
       - the (date)
       *- le (date)* _____
       - at (place, street, number)
       *- à (localité, rue numéro)* _____

       - in one of the following methods authorised by article 5-
       *- dans une des formes suivantes prévues à l'article 5:*
         [ ]   (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
             *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
         [ ]   (b)   in accordance with the following particular method*:
             *b)   selon la forme particulière suivante:* _____

         [ ]   (c)   by delivery to the addressee, who accepted it voluntarily.*
             *c)   par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
       - (identity and description of person)
       *- (identité et qualité de la personne)* _____

       - relationship to the addressee (family, business or other):
       *- liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2)     that the document has not been served, by reason of the following facts*:
*2.     que la demande n'a pas été exécutée, en raison des faits suivants:*
*The recipient refused to accept the documents.*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action, Conditional Transfer Order with attached Schedule, Plaintiffs' Class Action Complaint with Exhibit "A", Civil Cover Sheet, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____
_____
_____

                Done at
                *Fait à*   Beijing      , the   April 9, 2014

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
                Signature and/or stamp.
                *Signature et/ou cachet.*

_____
_____

*   Delete if inappropriate.
   *Rayer les mentions inutiles.*

                2

266532-0089

# BEIJING SUPERIOR PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Beijing Superior People's Court]

Judicial Association No. SX-13-1737

| Cause of Action | | Cause No. | Law Association No. (2013) 1398 |
|---|---|---|---|
| Document Served and Number | Summary of Documents, one copy<br>Complaint, one copy | | Summons, one copy<br>Document, one copy |
| Recipient | Beijing New Building Materials (Group) Co., Ltd. | | |
| Address for Service | 15/F, Tower 2, Guohai Plaza, 17 Fuxing Road, Haidian District, Beijing, (China) . | | |
| Recipient Signature or Seal | | | |
| Recipient in substitution and reason(s) | | | |
| Reasons for Non-Service | Refused to accept with the excuse that the company's chief officer was away on a business trip. | | |
| Notes | United States.   With translation | | |

Issuer:  Chen, Xin            Servers:  Jia, Ding     Zhang, Xiao Guan  *Dec. 23, 2013*

Note:
 (1)  The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §51; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
(2)  In case of receiving by substitution, the substitution recipient should sign and seal the document, and note the relationship with the servee, and the reason(s) for substitution.

# 北京市高级人民法院
## 送 达 回 证

SX-13-173J

| 案　　由 | | 案　号 | 法外（2013）1398号 |
|---|---|---|---|
| 送达文书 各称和件数 | 文书概要一份 <br> 诉状一份 | | 传票一份 <br> 文书一份 |
| 受送达人 | Beijing New Building Materials (Group) Co., Ltd. <br> 北新建材（集团）有限公司 | | |
| 送达地址 | 北京市海淀区复兴路17号国海广场2号楼15层 | | |
| 受送达人 签名或盖章 | | | |
| 代收人 代收理由 | | | |
| 未能送 达理由 | 以领导出差为由不拒收。 | | |
| 备　　考 | 美国，有译文 | | |

填发人　陈新　　　　　　　　　　　送达人 贾小 张兆兵 2013.12.23

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五 一条的规定办理；送达民事、行政诉讼
　　　　文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
　　（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理
　　　　由。

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND
UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*

*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

17-5X6-1738

| Identity and address of the applicant<br>*Identité et adresse du réquérant*<br><br>**Jeff J. Karsten**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota 55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776 Fax: 952.831.8150**<br>**Email: JKarsten@CivilActionGroup.com** | Address of receiving authority<br>*Adresse de l'autorité destinataire*<br><br>**Ministry of Justice**<br>**International Legal Cooperation Center (ILCC)**<br>**6, Chaoyangmen Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**P.C. 100020**<br>**People's Republic of China** |
|---|---|

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-
mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
**(identity and address)**

*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- à l'autorité destinataire les documents ci-dessous énumérés, en la priant*
*conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
        *(identité et adresse)* _____ Beijing New Building Materials Public Limited Co. _____
        Long Guan Zhi Ye Plaza, No. 118 West Street, Huilongguan, Changping District, Beijing 102208 China

[X] **(a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.***
    *a) selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] **(b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:**
    *b) selon la forme particulière suivante (article 5, alinéa premier, lettre b):* _____
_____

[ ] **(c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.**
    *c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided
on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

✓Summary of the Document to be Served
✓Summons in a Civil Action
✓Conditional Transfer Order with attached Schedule
✓Plaintiffs' Class Action Complaint with Exhibit "A"
✓Civil Cover Sheet
✓Translations
✓ _____
_____
_____
_____
_____

Done at
*Fait à* _____ Minneapolis, Minnesota, U.S.A. _____ , the 11 NOV 2013
                                                *le*

Signature and/or stamp.
*Signature et/ou cachet.*

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

(Formerly OBD-116 which was formerly LAA-116,
both of which may still be used)

USM-94

(Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles.*

266532-0088

2013 - SXS - 1738

Case Name: Amorin (FL) v. Taishan Gypsum Co., Ltd.
Defendant: Beijing New Building Materials Public Limited Co.
Court Case No.: 11-1672 Section L

# CERTIFICATE
*ATTESTATION*

**The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,**
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

**1)   that the document has been served\***
*1.    que la demande a été exécutée*
- **the (date)**
- *le (date)*
- **at (place, street, number)**
- *à (localité, rue numéro)* _____

- **in one of the following methods authorised by article 5-**
- *dans une des formes suivantes prévues à l'article 5:*
  [  ]  **(a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention\*.**
     *a)    selon les formes légales (article 5, alinéa premier, lettre a).*
  [  ]  **(b)  in accordance with the following particular method\*:**
     *b)    selon la forme particulière suivante:* _____

  [  ]  **(c)  by delivery to the addressee, who accepted it voluntarily.\***
     *c)    par remise simple*

**The documents referred to in the request have been delivered to:**
*Les documents mentionnés dans la demande ont été remis à:*
- **(identity and description of person)**
- *(identité et qualité de la personne)* _____

- **relationship to the addressee (family, business or other):**
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

**2)   that the document has not been served, by reason of the following facts\*:**
*2.    que la demande n'a pas été exécutée, en raison des faits suivants:*

*The recipient refused to accept the documents.*

**In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.**

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**LIST OF DOCUMENTS:** Summary of the Document to be Served, Summons in a Civil Action, Conditional Transfer Order with attached Schedule, Plaintiffs' Class Action Complaint with Exhibit "A", Civil Cover Sheet, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____
_____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____
_____

**Done at** Beijing **the** April 9, 2014
*Fait à*

**Signature and/or stamp.**
*Signature et/ou cachet.*

_____

\*   Delete if inappropriate.
    *Rayer les mentions inutiles.*

2

266532-0088

# BEIJING SUPERIOR PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Beijing Superior People's Court]

Judicial Association No. SX-13-1738

| Cause of Action | | Cause No. | Law Association No. (2013) 1399 |
|---|---|---|---|
| Document Served and Number | Summary of Documents, one copy<br>Complaint, one copy | | Summons, one copy<br>Document, one copy |
| Recipient | Beijing New Building Materials Public Limited Company | | |
| Address for Service | Long Guan Zhi Ye Plaza, No. 118 West Street, Huilongguan, Changping District, Beijing, (China) . | | |
| Recipient Signature or Seal | | | |
| Recipient in substitution and reason(s) | | | |
| Reasons for Non-Service | Refused to accept. | | |
| Notes | United States.    With translation          . | | |

Issuer: Chen, Xin                     Servers:  Jia, Ding      Zhang, Xiao Guang

Note:
 (1) The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §51; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
(2) In case of receiving by substitution, the substitution recipient should sign and seal the document, and note the relationship with the servee, and the reason(s) for substitution.

# 北京市高级人民法院
## 送 达 回 证

SX-13-1738

| 案　　由 | | 案　　号 | 法外（2013）1399 号 |
|---|---|---|---|
| 送达文书<br>名称和件数 | 文书概要一份<br>诉状一份 | | 传票一份<br>文书一份 |
| 受 送 达 人 | Beijing New Building Materials Public Limited Co.<br>北新集团建材股份有限公司 | | |
| 送 达 地 址 | 北京市昌平区回龙观西大街 118 号龙冠置业大厦 | | |
| 受 送 达 人<br>签名或盖章 | | | |
| 代 收 人<br>代 收 理 由 | | | |
| 未能送<br>达 理 由 | 拒收 | | |
| 备 　 考 | 美国，有译文 | | |

填发人　陈新　　　　　　　　　　　　　　　送达人　贾下　张晓岩

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五　　一条的规定办理；送达民事、行政诉讼
　　　　文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
　　（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理
　　　　由。

## REQUEST

# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

13-5x5-1735

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Jeff J. Karsten**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota 55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776    Fax: 952.831.8150**<br>**Email: JKarsten@CivilActionGroup.com** | **Ministry of Justice**<br>**International Legal Cooperation Center (ILCC)**<br>**6, Chaoyangmen Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**P.C. 100020**<br>**People's Republic of China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)

*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant*
*conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

(identité et adresse) _____ China National Building Materials Group Co. _____

_____ 23/F, Tower 2, Guohai Plaza, 17 Fuxing Road, Haidian District, Beijing, China 100036 _____

[X] (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a)   selon les formes légales (article 5, alinéa premier, lettre a).*

[ ] (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *b)   selon la forme particulière suivante (article 5, alinéa premier, lettre b);* _____

_____

[ ] (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    *c)   le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided
on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Summary of the Document to be Served
✓ Summons in a Civil Action
✓ Conditional Transfer Order with attached Schedule
✓ Plaintiffs' Class Action Complaint with Exhibit "A"
✓ Civil Cover Sheet
✓ Translations 受 阅 委 判 決 书 同 事 前 明

Done at _____ Minneapolis, Minnesota, U.S.A. _____, the 11 Nov 2013
*Fait à* _____, *le*

Signature and/or stamp.
*Signature et/ou cachet.*

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

(Formerly OBD-116 which was formerly LAA-116,           USM-94
both of which may still be used)
                                      (Est. 11/22/77)

* Delete if inappropriate.
 *Rayer les mentions inutiles*

266532-0091

Case Name: Amorin (FL) v. Taishan Gypsum Co., Ltd.
Defendant: China National Building Materials Group Co.
Court Case No.: 11-1672 Section L

## CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)   **that the document has been served***
*1.*   *que la demande a été exécutée*
        - the (date)
        - *le (date)*
        - at (place, street, number)
        - *à (localité, rue numéro)* _____

    - in one of the following methods authorised by article 5-
    - *dans une des formes suivantes prévues à l'article 5:*
      [ ]   (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
          *a)*    *selon les formes légales (article 5, alinéa premier, lettre a).*
      [ ]   (b)  in accordance with the following particular method*:
          *b)*    *selon la forme particulière suivante:* _____

      [ ]   (c)  by delivery to the addressee, who accepted it voluntarily.*
          *c)*    *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
    - (identity and description of person)
    - *(identité et qualité de la personne)* _____

    - relationship to the addressee (family, business or other):
    - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2)   **that the document has not been served, by reason of the following facts***:
    *que la demande n'a pas été exécutée, en raison des faits suivants:*

    *The recipient refused to accept the documents.*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action, Conditional Transfer Order with attached Schedule, Plaintiffs' Class Action Complaint with Exhibit "A", Civil Cover Sheet, Translations

**Annexes**
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____

_____

_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

_____

_____

Done at    Beijing         the April 9, 2010
*Fait à*

Signature and/or stamp.
*Signature et/ou cachet.*

---

*   Delete if inappropriate.
   *Rayer les mentions inutiles.*

                          2

## BEIJING SUPERIOR PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Beijing Superior People's Court]

Judicial Association No. SX-13-1735

| Cause of Action | | Cause No. | Law Association No. (2013) 1396 |
|---|---|---|---|
| Document Served and Number | Summary of Documents, one copy<br>Complaint, one copy | | Summons, one copy<br>Document, one copy |
| Recipient | China National Building Materials Group Co. | | |
| Address for Service | 23/F, Tower 2, Guohai Plaza, 17 Fuxing Road, Haidian District, Beijing, (China) . | | |
| Recipient Signature or Seal | | | |
| Recipient in substitution and reason(s) | | | |
| Reasons for Non-Service | Refused to accept. | | |
| Notes | United States.   With translation                . | | |

Issuer:  Chen, Xin          Servers:   Jia, Ding      Zhang, Xiao Guan  *Dec. 23, 2013*

Note:
 (1)  The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §51; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
(2)  In case of receiving by substitution, the substitution recipient should sign and seal the document, and note the relationship with the servee, and the reason(s) for substitution.

# 北京市高级人民法院
## 送　达　回　证

SX-13-1735

| 案　　由 | | 案　号 | 法外（2013）1396 号 |
|---|---|---|---|
| 送达文书各称和件数 | 文书概要一份　　　　　　　　　　传票一份<br>诉状一份　　　　　　　　　　　　文书一份 | | |
| 受 送 达 人 | China National Building Materials Group Co.<br>中国建筑材料集团有限公司 | | |
| 送 达 地 址 | 北京市海淀区复兴路 17 号国海广场 2 号楼 23 层 | | |
| 受 送 达 人<br>签名或盖章 | | | |
| 代 收 人<br>代 收 理 由 | | | |
| 未 能 送<br>达 理 由 | 拒收、 | | |
| 备　　考 | 美国，有译文 | | |

填发人　　陈新　　　　　　　　　　　　　　送达人 贾下 张晓花·2013·12·23

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五　一条的规定办理；送达民事、行政诉讼
　　　　文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
　　（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理
　　　　由。

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

## REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

13-SXS-1736

| Identity and address of the applicant *Identité et adresse du requérant* | Address of receiving authority *Adresse de l'autorité destinataire* |
|---|---|
| **Jeff J. Karsten**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota 55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776      Fax: 952.831.8150**<br>**Email: JKarsten@CivilActionGroup.com** | **Ministry of Justice**<br>**International Legal Cooperation Center (ILCC)**<br>**6, Chaoyangmen Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**P.C. 100020**<br>**People's Republic of China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
    (identity and address)

*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
    *(identité et adresse)*

China National Building Material Co., Ltd.
21/F, Tower 2, Guohai Plaza, 17 Fuxing Road, Haidian District, Beijing, China 100036

[X]  (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a)   selon les formes légales (article 5, alinéa premier, lettre a).*

[ ]  (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *b)   selon la forme particulière suivante (article 5, alinéa premier, lettre b):* _____

_____

[ ]  (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    *c)   le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.

*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Summary of the Document to be Served
✓ Summons in a Civil Action
✓ Conditional Transfer Order with attached Schedule
✓ Plaintiffs' Class Action Complaint with Exhibit "A"
✓ Civil Cover Sheet
✓ Translations

Done at
*Fait à*      Minneapolis, Minnesota, U.S.A.     , the
                                                , le      11 Nov 2013

Signature and/or stamp.
*Signature et/ou cachet.*

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

(Formerly OBD-116 which was formerly LAA-116,        USM-94
both of which may still be used)
                                                (Est. 11/22/77)

* Delete if inappropriate.
. Rayer les mentions inutiles

266532-0090

2013-SXS-1736

Case Name: Amorin (FL) v. Taishan Gypsum Co., Ltd.
Defendant: China National Building Material Co., Ltd.
Court Case No.: 11-1672 Section L

## CERTIFICATE
### *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,

*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)  that the document has been served*
1.  *que la demande a été exécutée*
    - the (date)
    - *le (date)* _____
    - at (place, street, number)
    - *à (localité, rue numéro)* _____

    - in one of the following methods authorised by article 5-
    - *dans une des formes suivantes prévues à l'article 5:*
      [ ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
          a) *selon les formes légales (article 5, alinéa premier, lettre a).*
      [ ] (b) in accordance with the following particular method*:
          b) *selon la forme particulière suivante:* _____

      [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
          c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
    - (identity and description of person)
    - *(identité et qualité de la personne)* _____

    - relationship to the addressee (family, business or other):
    - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2)  that the document has not been served, by reason of the following facts*:
    *que la demande n'a pas été exécutée, en raison des faits suivants:*

The recipient refused to accept the documents

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action, Conditional Transfer Order with attached Schedule, Plaintiffs' Class Action Complaint with Exhibit "A", Civil Cover Sheet, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*
_____
_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
_____
_____
_____

Done at   Beijing                   , the   April 9, 2014
*Fait à*                                *le*

Signature and/or stamp
*Signature et/ou cachet.*

---

\*   Delete if inappropriate.
    *Rayer les mentions inutiles.*

2

266532-0090

# BEIJING SUPERIOR PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Beijing Superior People's Court]

Judicial Association No. SX-13-1736

| Cause of Action | | Cause No. | Law Association No. (2013) 1397 |
|---|---|---|---|
| Document Served and Number | Summary of Documents, one copy<br>Complaint, one copy | | Summons, one copy<br>Document, one copy |
| Recipient | China National Building Material Group Co., Ltd. | | |
| Address for Service | 21/F, Tower 2, Guohai Plaza, 17 Fuxing Road, Haidian District, Beijing, (China) . | | |
| Recipient Signature or Seal | | | |
| Recipient in substitution and reason(s) | | | |
| Reasons for Non-Service | Refused to accept. | | |
| Notes | United States.   With translation | | |

Issuer:  Chen, Xin          Servers:  Jia, Ding      Zhang, Xiao Guan   *Dec. 23, 2013*

Note:
 (1)  The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §51; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
(2)  In case of receiving by substitution, the substitution recipient should sign and seal the document, and note the relationship with the servee, and the reason(s) for substitution.

# 北京市高级人民法院
## 送 达 回 证

SX-13-1136

| 案　　由 | | 案　　号 | 法外（2013）1397号 |
|---|---|---|---|
| 送达文书<br>各称和件数 | 文书概要一份<br>诉状一份 | | 传票一份<br>文书一份 |
| 受送达人 | China National Building Material Group Co., Ltd<br>中国建材股份有限公司 | | |
| 送达地址 | 北京市海淀区复兴路17号国海广场2号楼21层 | | |
| 受送达人<br>签名或盖章 | | | |
| 代收人<br>代收理由 | | | |
| 未能送<br>达理由 | 拒收. | | |
| 备　　考 | 美国，有译文 | | |

填发人　陈新　　　　　　　　　　　送达人 贾下 张晓岚 2013.11.23

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五　一条的规定办理；送达民事、行政诉讼
　　　　文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
　　（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理
　　　　由。

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile*
*ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

13-5x5-1733

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Glenda E. Fichtner**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota  55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776      Fax: 952.831.8150**<br>**Email: GEF@CivilActionGroup.com** | **Ministry of Justice**<br>**International Legal Cooperation Center (ILCC)**<br>**6, Chaoyangmen Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**P.C. 100020**<br>**People's Republic of China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
        (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
        *(identité et adresse)* _____ Beijing New Building Materials (Group) Co., Ltd. _____
_____ 15/F, Tower 2, Guohai Plaza, 17 Fuxing Road, Haidian District, Beijing, China, 100036 _____

[X]  (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a)    selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *b)    selon la forme particulière suivante (article 5, alinéa premier, lettre b);* _____
_____
_____

[ ]  (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    *c)    le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

| | |
|---|---|
| Summary of the Document to be Served<br>Summons in a Civil Action<br>Conditional Transfer Order with attached Schedule<br>Civil Cover Sheet<br>Plaintiffs' Class Action Complaint with Exhibit "A"<br>Translations | Done at _____, the  11 NOV 2013<br>*Fait à*  ___ Minneapolis, Minnesota, U.S.A. ___ , *le* _____<br><br>**Signature and/or stamp.**<br>*Signature et/ou cachet.*<br><br>*Glenda Fichtner*<br><br>(Formerly OBD-116 which was formerly LAA-116,      USM-94<br>both of which may still be used)         (Est. 11/22/77) |

* Delete if inappropriate.
. *Rayer les mentions inutiles*

267247 - 83

Case Name: Amorin (VA) v. Taishan Gypsum Co., Ltd.

2013 - SXS - 1733

Defendant: Beijing New Building Materials (Group) Co., Ltd.

Court Case No.: 11-1673 Section L

## CERTIFICATE
### *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,

*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)     **that the document has been served\***

*1.     que la demande a été exécutée*

        - the (date)

        *- le (date)*

        - at (place, street, number)

        *- à (localité, rue numéro)* _____

        - in one of the following methods authorised by article 5-

        *- dans une des formes suivantes prévues à l'article 5:*

           [ ]   **(a)** in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention\*.

              *a)*   *selon les formes légales (article 5, alinéa premier, lettre a).*

           [ ]   **(b)** in accordance with the following particular method\*:

              *b)*   *selon la forme particulière suivante:* _____

           [ ]   **(c)** by delivery to the addressee, who accepted it voluntarily.\*

              *c)*   *par remise simple*

The documents referred to in the request have been delivered to:

*Les documents mentionnés dans la demande ont été remis à:*

        - (identity and description of person)

        *- (identité et qualité de la personne)* _____

        - relationship to the addressee (family, business or other):

        *- liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2)     **that the document has not been served, by reason of the following facts\*:**

*2.     que la demande n'a pas été exécutée, en raison des faits suivants:*

*The recipient refused to accept the documents.*

_____

_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**LIST OF DOCUMENTS:** Summary of the Document to be Served, Summons in a Civil Action, Conditional Transfer Order with attached Schedule, Civil Cover Sheet, Plaintiffs' Class Action Complaint with Exhibit "A", Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____

_____

**In appropriate cases, documents establishing the service:**

*Le cas échéant, les documents justificatifs de l'exécution:*

_____

_____

Done at   Beijing      the

*Fait à*                    *le*   April 11, 2014

**Signature and/or stamp.**

*Signature et/ou cachet.*

中华人民共和国
司法部
民商事司法协助专用章

\*   Delete if inappropriate.

   *Rayer les mentions inutiles.*

2

267247 - 83

Beijing City Higher People's Court

Proof of Service

[Seal affixed: Beijing City Higher People's Court]

SX-13-1733

| Cause of Action | | Case No. | Judicial Foreign (2013) 1394 |
|---|---|---|---|
| Name and Number of Copies of Documents Served | One Copy of Document Summary   One Copy of Summons<br><br>One Copy of Complaint   One Copy of Document | | |
| The Addressee | Beijing New Building Materials (Group) Co., Ltd. | | |
| Address for Service | 15/F, Tower 2, Guohai Plaza, 17 Fuxing Road, Haidian District, Beijing | | |
| Signature or Seal of the Addressee | | | |
| The Addressee's Agent and Reason for such Agency | | | |
| Reason for Unsuccessful Serving | Refusing to accept. | | |
| Remarks | USA, with translations | | |

Issued by: Xin Chen      Servers: Ding Jia, Xiaoguang Zhang  12-23-2013

Note: (1) Service of criminal litigation documents shall be conducted in accordance with Article 51 of the Criminal Procedure Law of the People's Republic of China; service of civil and administrative litigation documents shall be conducted in accordance with or with reference to Articles 78 and 79 of the Civil Procedure Law of the People's Republic of China.

(2) For service of litigation documents to the addressee's agent, the addressee's agent shall indicate his/her relationship with the addressee and the reason for such agency in addition to affixing his/her signature or seal.

# 北京市高级人民法院
## 送 达 回 证

SX-13-1733

| 案　　　　由 | | 案　　号 | 法外（2013）1394 号 |
|---|---|---|---|
| 送达文书<br>各称和件数 | 文书概要一份<br>诉状一份 | | 传票 一份<br>文书一份 |
| 受 送 达 人 | Beijing New Building Materials (Group) Co., Ltd.<br>北新建材（集团）有限公司 | | |
| 送 达 地 址 | 北京市海淀区复兴路 17 号国海广场 2 号楼 15 层 | | |
| 受 送 达 人<br>签名或盖章 | | | |
| 代 收 人<br>代 收 理 由 | | | |
| 未 能 送<br>达 理 由 | 拒收. | | |
| 备　　考 | 美国，有译文 | | |

填发人　陈新　　　　　　　　　　　　　　送达人 贾下 张兒宪. 2013.12.23

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五　一条的规定办理；送达民事、行政诉讼
　　　　文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
　　（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理
　　　　由。

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

## REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*

*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

13-3x5-1734

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Glenda E. Fichtner**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota 55439-3122**<br>**U.S.A.**<br>Tel. 952.831.7776    Fax: 952.831.8150<br>Email: GEF@CivilActionGroup.com | **Ministry of Justice**<br>**International Legal Cooperation Center (ILCC)**<br>**6, Chaoyangmen Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**P.C. 100020**<br>**People's Republic of China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

(identité et adresse) _____ Beijing New Building Materials Public Limited Co. _____
____ Long Guan Zhi Ye Plaza, No. 118 West Street, Huilongguan, Changping District, Beijing, China, 102208 ____

[X] (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    a)    *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    b)    *selon la forme particulière suivante (article 5, alinéa premier, lettre b):* _____
    _____
    _____

[ ] (c) · by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    c)    *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Summary of the Documents to be Served
Summons in a Civil Action
Conditional Transfer Order with attached Schedule
Civil Cover Sheet
Plaintiffs' Class Action Complaint with Exhibit "A"
Translations
_____
_____
_____
_____

Done at
*Fait à*    Minneapolis, Minnesota, U.S.A.    , the _11 Nov 2013_
                                              , le

**Signature and/or stamp.**
*Signature et/ou cachet.*

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

*Glenda Fichtner*

(Formerly OBD-116 which was formerly LAA-116,        USM-94
both of which may still be used)                     (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

267247 - 82

2013-SXS-1734

Case Name: Amorin (VA) v. Taishan Gypsum Co., Ltd.
Defendant: Beijing New Building Materials Public Limited Co.
Court Case No.: 11-1673 Section L

## CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)    that the document has been served*
*I.    que la demande a été exécutée*
- the (date)
- *le (date)*
- at (place, street, number)
- *à (localité, rue numéro)*

_____

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*
    [ ]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
         *a)    selon les formes légales (article 5, alinéa premier, lettre a).*
    [ ]  (b)  in accordance with the following particular method*:
         *b)    selon la forme particulière suivante:* _____

    [ ]  (c)  by delivery to the addressee, who accepted it voluntarily.*
         *c)    par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person)
- *(identité et qualité de la personne)*

- relationship to the addressee (family, business or other):
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2)    that the document has not been served, by reason of the following facts*:
*2    que la demande n'a pas été exécutée, en raison des faits suivants:*

The recipient refused to accept the documents.

_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action, Conditional Transfer Order with attached Schedule, Civil Cover Sheet, Plaintiffs' Class Action Complaint with Exhibit "A", Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____

_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

_____

_____

Done at    Beijing
*Fait à*                                   le  April 9, 2014

Signature and/or stamp.
*Signature et/ou cachet.*

\*    Delete if inappropriate.
    *Rayer les mentions inutiles.*

2

267247 - 82

Beijing City Higher People's Court

Proof of Service

[Seal affixed: Beijing City Higher People's Court]

SX-13-1734

| Cause of Action | | Case No. | Judicial Foreign (2013) 1395 |
|---|---|---|---|
| Name and Number of Copies of Documents Served | One Copy of Document Summary   One Copy of Summons<br><br>One Copy of Complaint   One Copy of Document | | |
| The Addressee | Beijing New Building Materials Public Limited Co. | | |
| Address for Service | Long Guan Zhi Ye Plaza, No. 118 West Street, Huilongguan, Changping District, Beijing | | |
| Signature or Seal of the Addressee | | | |
| The Addressee's Agent and Reason for such Agency | | | |
| Reason for Unsuccessful Serving | Refusing to accept. | | |
| Remarks | USA, with translations | | |

Issued by: Xin Chen     Servers: Ding Jia, Xiaoguang Zhang  12-23-2013

Note: (1) Service of criminal litigation documents shall be conducted in accordance with Article 51 of the Criminal Procedure Law of the People's Republic of China; service of civil and administrative litigation documents shall be conducted in accordance with or with reference to Articles 78 and 79 of the Civil Procedure Law of the People's Republic of China.

(2) For service of litigation documents to the addressee's agent, the addressee's agent shall indicate his/her relationship with the addressee and the reason for such agency in addition to affixing his/her signature or seal.

# 北京市高级人民法院
## 送 达 回 证

SX-13-1734

| 案　　由 | | 案　　号 | 法外（2013）1395 号 |
|---|---|---|---|
| 送达文书<br>各称和件数 | 文书概要一份<br>诉状一份 | | 传票一份<br>文书一份 |
| 受 送 达 人 | Beijing New Building Materials Public Limited Co.<br>北新集团建材股份有限公司 | | |
| 送 达 地 址 | 北京市昌平区回龙观西大街 118 号龙冠置业大厦 | | |
| 受送达人<br>签名或盖章 | | | |
| 代 收 人<br>代 收 理 由 | | | |
| 未能送<br>达理由 | 拒收. | | |
| 备　　考 | 美国，有译文 | | |

填发人　陈新　　　　　　　　　　送达人 贾东 纽昌兆 2013.12.23

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五　一条的规定办理；送达民事、行政诉讼
　　　　文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
　　（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理
　　　　由。

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND
UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

## REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile*
*ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

13-SXS-1731

| Identity and address of the applicant<br>*Identité et adresse du requérant*<br><br>**Glenda E. Fichtner**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota 55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776    Fax: 952.831.8150**<br>**Email: GEF@CivilActionGroup.com** | Address of receiving authority<br>*Adresse de l'autorité destinataire*<br><br>**Ministry of Justice**<br>**International Legal Cooperation Center (ILCC)**<br>**6, Chaoyangmen Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**P.C. 100020**<br>**People's Republic of China** |
| --- | --- |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-
mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant*
*conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(identité et adresse)              China National Building Materials Group Co.
23/F, Tower 2, Guohai Plaza, 17 Fuxing Road, Haidian District, Beijing, China, 100036

[X] (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    a)  *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    b)  *selon la forme particulière suivante (article 5, alinéa premier, lettre b):* _____
    _____

[ ] (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    c)  *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided
on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Summary of the Documents to be Served
✓ Summons in a Civil Action
✓ Conditional Transfer Order with attached Schedule
✓ Civil Cover Sheet
✓ Plaintiffs' Class Action Complaint with Exhibit "A"
✓ Translations
_____
_____
_____
_____

Done at     Minneapolis, Minnesota, U.S.A.      , the  11 NOV 2013
*Fait à*                                          *le*

Signature and/or stamp.
*Signature et/ou cachet.*

*Glenda Fichtner*

(Formerly OBD-116 which was formerly LAA-116,         USM-94
both of which may still be used)
(Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

267247 - 85

Case Name: Amorin (VA) v. Taishan Gypsum Co., Ltd.
Defendant: China National Building Materials Group Co.
Court Case No.: 11-1673 Section L

## CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)     that the document has been served*
*1.     que la demande a été exécutée*
- the (date)
- *le (date)* _____
- at (place, street, number)
- *à (localité, rue numéro)* _____

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*
[ ]   (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
     *a)    selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]   (b)   in accordance with the following particular method*:
     *b)    selon la forme particulière suivante:* _____
                                                  _____

[ ]   (c)   by delivery to the addressee, who accepted it voluntarily.*
     *c)    par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person)
- *(identité et qualité de la personne)* _____

- relationship to the addressee (family, business or other):
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2)     that the document has not been served, by reason of the following facts*:
*que la demande n'a pas été exécutée, en raison des faits suivants:*
    *The recipient refused to accept the documents.*
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action, Conditional Transfer Order with attached Schedule, Civil Cover Sheet, Plaintiffs' Class Action Complaint with Exhibit "A", Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____

_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

_____

_____

Done at     Beijing                  April 9, 2014
*Fait à*

Signature and/or stamp.
*Signature et/ou cachet.*

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

267247 - 85

Beijing City Higher People's Court

Proof of Service

[Seal affixed: Beijing City Higher People's Court]

| Cause of Action | | Case No. | SX-13-1731<br>Judicial Foreign (2013) 1392 |
|---|---|---|---|
| Name and Number of Copies of Documents Served | One Copy of Document Summary     One Copy of Summons<br><br>One Copy of Complaint          One Copy of Document | | |
| The Addressee | China National Building Materials Group Co. | | |
| Address for Service | 23/F, Tower 2, Guohai Plaza, 17 Fuxing Road, Haidian District, Beijing | | |
| Signature or Seal of the Addressee | | | |
| The Addressee's Agent and Reason for such Agency | | | |
| Reason for Unsuccessful Serving | Refusing to accept. | | |
| Remarks | USA, with translations | | |

Issued by: Xin Chen                 Servers: Ding Jia, Xiaoguang Zhang   12-23-2013

Note: (1) Service of criminal litigation documents shall be conducted in accordance with Article 51 of the Criminal Procedure Law of the People's Republic of China; service of civil and administrative litigation documents shall be conducted in accordance with or with reference to Articles 78 and 79 of the Civil Procedure Law of the People's Republic of China.

(2) For service of litigation documents to the addressee's agent, the addressee's agent shall indicate his/her relationship with the addressee and the reason for such agency in addition to affixing his/her signature or seal.

# 北京市高级人民法院
## 送 达 回 证

Sx-13-131

| 案　　由 | | 案　号 | 法外（2013）1392号 |
|---|---|---|---|
| 送达文书<br>各称和件数 | 文书概要一份<br>诉状一份 | | 传票一份<br>文书一份 |
| 受送达人 | China National Building Materials Group Co.<br>中国建筑材料集团有限公司 | | |
| 送达地址 | 北京市海淀区复兴路17号国海广场2号楼23层 | | |
| 受送达人<br>签名或盖章 | | | |
| 代收人<br>代收理由 | | | |
| 未能送<br>达理由 | 拒收. | | |
| 备　　考 | 美国，有译文 | | |

填发人　陈新　　　　　　　　　　　　　送达人　贾下 张兆元 2013.12.23

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五　一条的规定办理；送达民事、行政诉讼
　　　　文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
　　（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理
　　　　由。

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

## DEMANDE
## AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
## D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

13-SXS-1732

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Glenda E. Fichtner**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota 55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776    Fax: 952.831.8150**<br>**Email: GEF@CivilActionGroup.com** | **Ministry of Justice**<br>**International Legal Cooperation Center (ILCC)**<br>**6, Chaoyangmen Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**P.C. 100020**<br>**People's Republic of China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

(identité et adresse)     China National Building Material Co., Ltd.
21/F, Tower 2, Guohai Plaza, 17 Fuxing Road, Haidian District, Beijing, China, 100036

[X] (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
     a)   *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
     b)   *selon la forme particulière suivante (article 5, alinéa premier, lettre b):* _____

[ ] (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
     c)   *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

Summary of the Document to be Served
Summons in a Civil Action
Conditional Transfer Order with attached Schedule
Civil Cover Sheet
Plaintiffs' Class Action Complaint with Exhibit "A"
Translations

Done at _____ , the
*Fait à*    Minneapolis, Minnesota, U.S.A.    , le   11 NOV 2013

**Signature and/or stamp.**
*Signature et/ou cachet.*

*Glenda Fichtner*

(Formerly OBD-116 which was formerly LAA-116,    USM-94
both of which may still be used)    (Est. 11/22/77)

\* Delete if inappropriate.
. *Rayer les mentions inutiles*

267247 - 84

Case Name: Amorin (VA) v. Taishan Gypsum Co., Ltd.
Defendant: China National Building Material Co., Ltd.
Court Case No.: 11-1673 Section L

2013—SXS—1732

# CERTIFICATE
## *ATTESTATION*

**The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,**
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

**1)    that the document has been served\***
*I.    que la demande a été exécutée*
- the (date)
- *le (date)* _____
- at (place, street, number)
- *à (localité, rue numéro)* _____
_____

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*
  [ ]  (a)  **in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention\*.**
      a)  *selon les formes légales (article 5, alinéa premier, lettre a).*
  [ ]  (b)  **in accordance with the following particular method\*:** _____
      b)  *selon la forme particulière suivante:* _____
  _____
  [ ]  (c)  **by delivery to the addressee, who accepted it voluntarily.\***
      c)  *par remise simple*

**The documents referred to in the request have been delivered to:**
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person)
- *(identité et qualité de la personne)* _____
_____

- relationship to the addressee (family, business or other):
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____
_____

**2)    that the document has not been served, by reason of the following facts\*:**
*que la demande n'a pas été exécutée, en raison des faits suivants:*

*The recipient refused to accept the documents.*
_____
_____

**In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.**

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action, Conditional Transfer Order with attached Schedule, Civil Cover Sheet, Plaintiffs' Class Action Complaint with Exhibit "A", Translations**

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*
_____
_____
_____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*
_____
_____
_____

**Done at** *Beijing* , the *April 9, 2014*
*Fait à* _____ *le* _____

**Signature and/or stamp.**
*Signature et/ou cachet.*

中华人民共和国
司法部
民商事司法协助专用章

\*    Delete if inappropriate.
    *Rayer les mentions inutiles.*

2

267247 - 84

Beijing City Higher People's Court

Proof of Service

[Seal affixed: Beijing City Higher People's Court]

SX-13-1732

| Cause of Action | | Case No. | Judicial Foreign (2013) 1393 |
|---|---|---|---|
| Name and Number of Copies of Documents Served | One Copy of Document Summary    One Copy of Summons  One Copy of Complaint              One Copy of Document | | |
| The Addressee | China National Building Material Co., Ltd. | | |
| Address for Service | 21/F, Tower 2, Guohai Plaza, 17 Fuxing Road, Haidian District, Beijing | | |
| Signature or Seal of the Addressee | | | |
| The Addressee's Agent and Reason for such Agency | . | | |
| Reason for Unsuccessful Serving | Refusing to accept. | | |
| Remarks | USA, with translations | | |

Issued by: Xin Chen                    Servers: Ding Jia, Xiaoguang Zhang    12-23-2013

Note: (1) Service of criminal litigation documents shall be conducted in accordance with Article 51 of the Criminal Procedure Law of the People's Republic of China; service of civil and administrative litigation documents shall be conducted in accordance with or with reference to Articles 78 and 79 of the Civil Procedure Law of the People's Republic of China.

(2) For service of litigation documents to the addressee's agent, the addressee's agent shall indicate his/her relationship with the addressee and the reason for such agency in addition to affixing his/her signature or seal.

# 北京市高级人民法院
## 送　达　回　证

SX-13-1732

| 案　　由 | | 案　　号 | 法外（2013）1393 号 |
|---|---|---|---|
| 送达文书<br>名称和件数 | 文书概要一份<br>诉状一份 | | 传票一份<br>文书一份 |
| 受 送 达 人 | China National Building Material Group Co., Ltd<br>中国建材股份有限公司 | | |
| 送 达 地 址 | 北京市海淀区复兴路 17 号国海广场 2 号楼 21 层 | | |
| 受 送 达 人<br>签名或盖章 | | | |
| 代 收 人<br>代 收 理 由 | | | |
| 未 能 送<br>达 理 由 | 拒收 | | |
| 备　　考 | 美国，有译文 | | |

填发人　陈新　　　　　　　　　　　送达人 贾... 张见民 2013.12-23

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五　一条的规定办理；送达民事、行政诉讼
　　　文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
　　（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理
　　　由。

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

## REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*

*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

13-5x5-1740

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Diane K. Myers**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota  55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776      Fax: 952.831.8150**<br>**Email: DMyers@CivilActionGroup.com** | **Ministry of Justice**<br>**International Legal Cooperation Center (ILCC)**<br>**6, Chaoyangmen Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**P.C. 100020**<br>**People's Republic of China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

(*identité et adresse*)          Beijing New Building Materials (Group) Co., Ltd.

15/F, Tower 2, Guohai Plaza, 17 Fuxing Road, Haidian District,  Beijing, China, 100036

[X]   (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
  a)   *selon les formes légales (article 5, alinéa premier, lettre a).*

[ ]   (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
  b)   *selon la forme particulière suivante (article 5, alinéa premier, lettre b);*_____

[ ]   (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
  c)   *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Summary of the Document to be Served
√Summons in a Civil Action
√Plaintiffs' Class Action Complaint with Exhibit "A"
√Translations

Done at
*Fait à*      Minneapolis, Minnesota, U.S.A.          , the , le   11 NOV 2013

**Signature and/or stamp.**
*Signature et/ou cachet.*

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

*[signature: Diane K. Myers]*

(Formerly OBD-116 which was formerly LAA-116,          USM-94
both of which may still be used)                              (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

267249 - 98

2013-SXS-1740

Case Name: Amorin (LA) v. Taishan Gypsum Co., Ltd.
Defendant: Beijing New Building Materials (Group) Co., Ltd.
Court Case No.: 11-1395

## CERTIFICATE
## *ATTESTATION*

**The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,**
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

**1)**    **that the document has been served\***
*1.    que la demande a été exécutée*
     - the (date)
     *- le (date)*
     - at (place, street, number)
     *- à (localité, rue numéro)* _____

     - in one of the following methods authorised by article 5-
     *- dans une des formes suivantes prévues à l'article 5:*
       [ ]   (a)   **in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention\*.**
           *a)    selon les formes légales (article 5, alinéa premier, lettre a).*
       [ ]   (b)   **in accordance with the following particular method\*:**
           *b)    selon la forme particulière suivante:* _____

       [ ]   (c)   **by delivery to the addressee, who accepted it voluntarily.\***
           *c)    par remise simple*

**The documents referred to in the request have been delivered to:**
*Les documents mentionnés dans la demande ont été remis à:*
     - (identity and description of person)
     *- (identité et qualité de la personne)* _____

     - relationship to the addressee (family, business or other):
     *- liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

**2)**   **that the document has not been served, by reason of the following facts\*:**
*2.   que la demande n'a pas été exécutée, en raison des faits suivants:*

*The recipient refused to accept the documents.*

**In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.**

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action, Plaintiffs' Class Action Complaint with Exhibit "A", Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____
_____
_____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____
_____

Done at   *Beijing*   the   *April 11, 2014*
*Fait à*

Signature and/or stamp.
*Signature et/ou cachet*

\*   **Delete if inappropriate.**
   *Rayer les mentions inutiles.*

2

267249 - 98

Beijing City Higher People's Court

Proof of Service

[Seal affixed: Beijing City Higher People's Court]

SX-13-1740

| Cause of Action | | Case No. | Judicial Foreign (2013) 1451 |
|---|---|---|---|
| Name and Number of Copies of Documents Served | One Copy of Document Summary     One Copy of Summons<br><br>One Copy of Complaint       One Copy of Document | | |
| The Addressee | Beijing New Building Materials (Group) Co., Ltd. | | |
| Address for Service | 15/F, Tower 2, Guohai Plaza, 17 Fuxing Road, Haidian District, Beijing | | |
| Signature or Seal of the Addressee | | | |
| The Addressee's Agent and Reason for such Agency | . | | |
| Reason for Unsuccessful Serving | Refusing to accept on the ground that the leader was on a business trip. | | |
| Remarks | USA, with translations | | |

Issued by: Xin Chen           Servers: Ding Jia, Xiaoguang Zhang  12-23-2013

Note: (1) Service of criminal litigation documents shall be conducted in accordance with Article 51 of the Criminal Procedure Law of the People's Republic of China; service of civil and administrative litigation documents shall be conducted in accordance with or with reference to Articles 78 and 79 of the Civil Procedure Law of the People's Republic of China.

(2) For service of litigation documents to the addressee's agent, the addressee's agent shall indicate his/her relationship with the addressee and the reason for such agency in addition to affixing his/her signature or seal.

# 北京市高级人民法院
## 送 达 回 证

Sx-13-140

| 案　　由 | | 案　号 | 法外（2013）1451 号 |
|---|---|---|---|
| 送达文书<br>名称和件数 | 文书概要一份<br>诉状一份 | | 传票 一份<br>文书一份 |
| 受 送 达 人 | Beijing New Building Materials (Group) Co., Ltd.<br>北新建材（集团）有限公司 | | |
| 送 达 地 址 | 北京市海淀区复兴路 17 号国海广场 2 号楼 15 层 | | |
| 受送达人<br>签名或盖章 | | | |
| 代 收 人<br>代 收 理 由 | | | |
| 未能送<br>达理由 | 以领导出差为由拒收. | | |
| 备　　考 | 美国，有译文 | | |

填发人　陈新　　　　　　　　　　　　　　　送达人 贾东　张跟龙·2013.12.23

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五　一条的规定办理；送达民事、行政诉讼
　　　文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
　　（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理
　　　由。

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

13-5x5-1741

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Diane K. Myers**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota  55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776     Fax: 952.831.8150**<br>**Email: DMyers@CivilActionGroup.com** | **Ministry of Justice**<br>**International Legal Cooperation Center (ILCC)**<br>**6, Chaoyangmen Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**P.C. 100020**<br>**People's Republic of China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
      (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

(identité et adresse)     Beijing New Building Materials Public Limited Co.

Long Guan Zhi Ye Plaza, No. 118 West Street, Huilongguan,  Changping District, Beijing, China, 102208

[X]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
     a)   *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
     b)   *selon la forme particulière suivante (article 5, alinéa premier, lettre b):* _____

[ ]  (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
     c)   *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Énumération des pièces*

Summary of the Document to be Served
✓Summons in a Civil Action
✓Plaintiffs' Class Action Complaint with Exhibit "A"
✓Translations

Done at      Minneapolis, Minnesota, U.S.A.      , the   11 Nov 2013
*Fait à*                                          *le*

**Signature and/or stamp.**
*Signature et/ou cachet.*

Diane K Myers

(Formerly OBD-116 which was formerly LAA-116,      USM-94
both of which may still be used)                   (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

267249 - 97

Case Name: Amorin (LA) v. Taishan Gypsum Co., Ltd.
Defendant: Beijing New Building Materials Public Limited Co.

2013 – SXS – 1741

Court Case No.: 11-1395

## CERTIFICATE
### *ATTESTATION*

**The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,**
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)  **that the document has been served\***
1.  *que la demande a été exécutée*
  - **- the (date)**
    - *le (date)*
  - **- at (place, street, number)**
    - *à (localité, rue numéro)* _____

  - **- in one of the following methods authorised by article 5-**
  - *- dans une des formes suivantes prévues à l'article 5:*
    - [ ] **(a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention\*.**
      - *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
    - [ ] **(b)  in accordance with the following particular method\*:**
      - *b)   selon la forme particulière suivante:* _____

    - [ ] **(c)  by delivery to the addressee, who accepted it voluntarily.\***
      - *c)   par remise simple*

**The documents referred to in the request have been delivered to:**
*Les documents mentionnés dans la demande ont été remis à:*
  - **- (identity and description of person)** _____
  - *- (identité et qualité de la personne)* _____

  - **- relationship to the addressee (family, business or other):**
  - *- liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2)  **that the document has not been served, by reason of the following facts\*:**
2.  *que la demande n'a pas été exécutée, en raison des faits suivants:*

*The recipient refused to accept the documents.*

**In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.**

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**LIST OF DOCUMENTS:** Summary of the Document to be Served, Summons in a Civil Action, Plaintiffs' Class Action Complaint with Exhibit "A", Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____

_____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*

_____

_____

_____

**Done at** Beijing **the** April 9, 2014
*Fait à*

**Signature and/or stamp.**
*Signature et/ou cachet.*

\*   Delete if inappropriate.
    *Rayer les mentions inutiles.*

2

267249 - 97

Beijing City Higher People's Court

Proof of Service

[Seal affixed: Beijing City Higher People's Court]

| Cause of Action | | Case No. | SX-13-1741 Judicial Foreign (2013) 1452 |
|---|---|---|---|
| Name and Number of Copies of Documents Served | One Copy of Document Summary    One Copy of Summons    One Copy of Complaint    One Copy of Document | | |
| The Addressee | Beijing New Building Materials Public Limited Co. | | |
| Address for Service | Long Guan Zhi Ye Plaza, No. 118 West Street, Huilongguan, Changping District, Beijing | | |
| Signature or Seal of the Addressee | | | |
| The Addressee's Agent and Reason for such Agency | | | |
| Reason for Unsuccessful Serving | Refusing to accept. | | |
| Remarks | USA, with translations | | |

Issued by: Xin Chen

Servers: Ding Jia, Xiaoguang Zhang    12-23-2013

Note: (1) Service of criminal litigation documents shall be conducted in accordance with Article 51 of the Criminal Procedure Law of the People's Republic of China; service of civil and administrative litigation documents shall be conducted in accordance with or with reference to Articles 78 and 79 of the Civil Procedure Law of the People's Republic of China.

(2) For service of litigation documents to the addressee's agent, the addressee's agent shall indicate his/her relationship with the addressee and the reason for such agency in addition to affixing his/her signature or seal.

# 北京市高级人民法院
## 送 达 回 证

SX-13-1741

| 案　　由 | | 案　　号 | 法外（2013）1452号 |
|---|---|---|---|
| 送达文书<br>名称和件数 | 文书概要一份<br>诉状一份 | | 传票一份<br>文书一份 |
| 受送达人 | Beijing New Building Materials Public Limited Co.<br>北新集团建材股份有限公司 | | |
| 送达地址 | 北京市昌平区回龙观西大街118号龙冠置业大厦 | | |
| 受送达人<br>签名或盖章 | | | |
| 代收人<br>代收理由 | | | |
| 未能送<br>达理由 | 拒收. | | |
| 备　　考 | 美国，有译文 | | |

填发人　陈新　　　　　　　　　　　　　送达人 贾小 张晓冠 2013.12.23

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五　一条的规定办理；送达民事、行政诉讼
　　　　文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
　　（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理
　　　　由。

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*

*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*

*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

13-SxS-1759

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Diane K. Myers**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota 55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776      Fax: 952.831.8150**<br>**Email: DMyers@CivilActionGroup.com** | **Ministry of Justice**<br>**International Legal Cooperation Center (ILCC)**<br>**6, Chaoyangmen Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**P.C. 100020**<br>**People's Republic of China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)

*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

(identité et adresse)      China National Building Materials Group Co.

23/F, Tower 2, Guohai Plaza, 17 Fuxing Road, Haidian District,  Beijing, China, 100036

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
     *a) selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
     *b) selon la forme particulière suivante (article 5, alinéa premier, lettre b):*_____

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
     *c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.

*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération de pièces*

Summary of the Document to be Served
Summons in a Civil Action
Plaintiffs' Class Action Complaint with Exhibit
Translations

_____
_____
_____
_____
_____

Done at
*Fait à*      Minneapolis, Minnesota, U.S.A.   , the
                          *le*    11 Nov 2013

Signature and/or stamp.
*Signature et/ou cachet.*

*APS INTERNATIONAL*
*APS International Plaza*
*7800 Glenroy Road*
*Minneapolis, MN 55439*

(Formerly OBD-116 which was formerly LAA-116,      USM-94
both of which may still be used)                   (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

267249 - 100

Case Name: Amorin (LA) v. Taishan Gypsum Co., Ltd.
Defendant: China National Building Materials Group Co.
Court Case No.: 11-1395

2013 — SXS — 1739

# CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)    that the document has been served*
*1.*    *que la demande a été exécutée*
- the (date)
*- le (date)* _____
- at (place, street, number)
*- à (localité, rue numéro)* _____

_____

- in one of the following methods authorised by article 5-
*- dans une des formes suivantes prévues à l'article 5:*
   [ ]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
      *a)*   *selon les formes légales (article 5, alinéa premier, lettre a).*
   [ ]  (b)  in accordance with the following particular method*:
      *b)*   *selon la forme particulière suivante:* _____

_____

   [ ]  (c)  by delivery to the addressee, who accepted it voluntarily.*
      *c)*   *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person)
*- (identité et qualité de la personne)* _____

- relationship to the addressee (family, business or other):
*- liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2)    that the document has not been served, by reason of the following facts*:
*2*    *que la demande n'a pas été exécutée, en raison des faits suivants:*

*The recipient refused to accept the documents.*

_____

_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action, Plaintiffs' Class Action Complaint with Exhibit "A", Translations
*Annexes*

Documents returned:
*Pièces renvoyées:*

_____

_____

appropriate cases, documents establishing the service:
*cas échéant, les documents justificatifs de l'exécution:*

_____

_____

Done at  Beijing  the
*Fait à*          *le*  April 9, 2014
Signature and/or stamp
*Signature et/ou cachet.*

Delete if inappropriate.
*Rayer les mentions inutiles.*

               2

267249 - 100

Beijing City Higher People's Court

Proof of Service

[Seal affixed: Beijing City Higher People's Court]

| Cause of Action | | Case No. | SX-13-1739<br>Judicial Foreign<br>(2013) 1400 |
|---|---|---|---|
| Name and Number of Copies of Documents Served | One Copy of Document Summary    One Copy of Summons<br><br>One Copy of Complaint      One Copy of Document | | |
| The Addressee | China National Building Materials Group Co. | | |
| Address for Service | 23/F, Tower 2, Guohai Plaza, 17 Fuxing Road, Haidian District, Beijing | | |
| Signature or Seal of the Addressee | | | |
| The Addressee's Agent and Reason for such Agency | | | |
| Reason for Unsuccessful Serving | Refusing to accept. | | |
| Remarks | USA, with translations | | |

Issued by: Xin Chen

Servers: Ding Jia, Xiaoguang Zhang   12-23-2013

Note: (1) Service of criminal litigation documents shall be conducted in accordance with Article 51 of the Criminal Procedure Law of the People's Republic of China; service of civil and administrative litigation documents shall be conducted in accordance with or with reference to Articles 78 and 79 of the Civil Procedure Law of the People's Republic of China.

(2) For service of litigation documents to the addressee's agent, the addressee's agent shall indicate his/her relationship with the addressee and the reason for such agency in addition to affixing his/her signature or seal.

# 北京市高级人民法院
# 送 达 回 证

SX-13-139

| 案　　　由 | | 案　号 | 法外（2013）1400 号 |
|---|---|---|---|
| 送达文书名称和件数 | 文书概要一份<br>诉状一份 | | 传票一份<br>文书一份 |
| 受 送 达 人 | China National Building Materials Group Co.<br>中国建筑材料集团有限公司 | | |
| 送 达 地 址 | 北京市海淀区复兴路 17 号国海广场 2 号楼 23 层 | | |
| 受 送 达 人<br>签名或盖章 | | | |
| 代 收 人<br>代 收 理 由 | | | |
| 未能送<br>达理由 | 拒收. | | |
| 备　　考 | 美国，有译文 | | |

填发人　陈新

送达人 贾下 敏坠亮 2013.12.23

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五　一条的规定办理；送达民事、行政诉讼
　　　　文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
　　（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理
　　　　由。