# EXHIBIT "2"



**ORRICK**

ORRICK, HERRINGTON & SUTCLIFFE LLP
51 WEST 52ND STREET
NEW YORK, NEW YORK 10019-6142

tel +1-212-506-5000
fax +1-212-506-5151

WWW.ORRICK.COM

October 13, 2010

James L. Stengel
(212) 506-3775
jstengel@orrick.com

<u>*Via Electronic Mail*</u>

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106-3697

Re:   In re: Chinese-Manufactured Drywall Product
      Litigation (MDL No. 2047) Status Conference

Dear Mr. Levin:

Per our telephone conversation earlier this afternoon, I write to confirm that we have recently been retained by BNBM and learned today of a conference tomorrow before Judge Fallon in the MDL. We have not retained local counsel, nor will it be possible for anyone from the firm to attend.

Thanks and best regards.

Sincerely,

James L. Stengel

cc:   Hon. Eldon E. Fallon
      Russ M. Herman, Esq.
      Kerry J. Miller, Esq.

**HERMAN AFFIDAVIT**
**EXHIBIT**
**144**