# EXHIBIT "3"

Search: [_____] [All ▼] [Search]

中文  |  **English**

| Home | About Us | News | Business | Marketing | Overseas | Careers |



### About Us

- Company Profile
- Vision & Mission
- Culture
- Strategy
- Organization
- Marketing Network
- Certificate
- Memorabilia

**Current Location:** Home >> About Us >> Organization

## Organization





Legal Statement | Site Map | Contact us

CNBM International Corporation·Webpage All Rights Reserved:(C) 2005-2013 Copyright@2013 京ICP备09078545号





Home 》 Contact Us

**Contact Us**



Building 4, Interwest Business Centre,
No.9 Shou Ti South Road , Haidian Dist, Beijing , China
Post Code 100048



Tel
08610-68796666



Fax
08610-68796688

**Subsidiaries**

| | |
|---|---|
| CNBM International Corporation | 8610- 68796888 |
| CNBM International Engineering Co., Ltd. | 8610- 68796868 |
| CNBM Shanghai Corp. | 8621- 63230088 |
| CNBM- SHJP | 8621- 63239100 |
| CNBM Steel Co., Ltd | 8621- 63230088 |
| CNBM Forest Products Trading Ltd. | 8621- 63230088 |
| CNBM Technology Co., Ltd | 010- 68796729 |



**Oversea Companies**

| | |
|---|---|
| CNBM USA | 1-626-7156060 |
| CNBM UAE | 971-56-7992576 |
| CNBM Jianhua | 79265307715 |
| CNBM JORDAN | 00962-65665429 |
| CNBM Industries Maintenance | 00966-14611362 |
| CNBM K.S.A. | 00966-14611971 |

| | |
|---|---|
| CNBM ETHIOPIA | 00251-116632431 |
| CNBM YEMEN | 00967-02357133 |
| CNBM LIBYA | 00218-217193632 |

Copyright 2000-2009 CNBM International. All Rights Reserved.
Designed and constructed by Chinabmb.com