# EXHIBIT "4"



**CNBM (USA)**

Founded in Los Angeles in 2006, CNBM (USA) Corp provides all kinds of building materials products and services to the whole US. As a headquarters' platform, CNBM USA aims at a wide market, including Canada, Mexico, Central and South America Markets.

Its mission is to distribute products made by CNBM and made in China, to provide its clients with local warehousing, transportation, and after-sale service, and to actively expand CMAX brand to the whole American. market.

**CNBM USA CORPORATION**

**Address**：650 Camino De Gloria, Walnut CA 91789

**Mobile:** 001-626-7156060(Ms. Lina)

**Tel:** 001-626-8106368

**Group Email**：linazhang@icnbm.com, cnbmusa@aol.com

**Fax**：001-626-8106853

## Contact us

▶ Headquarter
▶ U.A.E
▶ IRAN
▶ USA
▶ RUSSIA
▶ INDIA

**All CNBM Group Websites**

— Subsidiaries —

Copyright©2003China National Building Material Group Corporation