**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L** |
| **THIS DOCUMENT RELATES TO:**<br>*Germano v. Taishan Gypsum*, 2:09-6687 (E.D. La.);<br>*Abner v. Taishan Gypsum*, 2:11-cv-3094 (E.D. La.);<br>*Gross v. Knauf Gips KG*, 2:09-6690 (E.D. La.);<br>*Wiltz v. BNBM*, 2:10-361 (E.D. La.);<br>*Posey v. BNBM Co.*, 2:09-cv-6531 (E.D. La.);<br>*Morris v. BNBM Co.*, 2:09-cv-6530 (E.D. La.);<br>*Amorin v. Taishan Gypsum*, 2:11-1672 (E.D. La.);<br>*Amorin v. Taishan Gypsum*, 2:11-1395 (E.D. La.);<br>*Amorin v. Taishan Gypsum*, 2:11-1673 (E.D. La.);<br>*Amorin v. SASAC*, 2:14-cv-1727 (E.D. La.) | **JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |

<u>**EXHIBIT 6 TO OMNIBUS RESPONSE/REPLY OF**</u>
<u>**THE PLAINTIFFS' STEERING COMMITTEE TO MOTIONS**</u>
<u>**REGARDING CONTEMPT, ENFORCEMENT OF CONTEMPT ORDER,**</u>
<u>**CLASS DAMAGES HEARING, AND MOTION TO WITHDRAW**</u>
<u>**AS COUNSEL FOR TAISHAN GYPSUM CO., LTD. AND**</u>
<u>**TAIAN TAISHAN PLASTERBOARD CO., LTD.**</u>

# FILED UNDER SEAL