**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: *Germano v. Taishan Gypsum*, 2:09-6687 (E.D. La.); *Abner v. Taishan Gypsum*, 2:11-cv-3094 (E.D. La.); *Gross v. Knauf Gips KG*, 2:09-6690 (E.D. La.); *Wiltz v. BNBM*, 2:10-361 (E.D. La.); *Posey v. BNBM Co*., 2:09-cv-6531 (E.D. La.); *Morris v. BNBM Co*., 2:09-cv-6530 (E.D. La.); *Amorin v. Taishan Gypsum*, 2:11-1672 (E.D. La.); *Amorin v. Taishan Gypsum*, 2:11-1395 (E.D. La.); *Amorin v. Taishan Gypsum*, 2:11-1673 (E.D. La.); *Amorin v. SASAC*, 2:14-cv-1727 (E.D. La.) | JUDGE FALLON MAG. JUDGE WILKINSON |

EXHIBIT 7 TO OMNIBUS RESPONSE/REPLY OF
THE PLAINTIFFS' STEERING COMMITTEE TO MOTIONS
REGARDING CONTEMPT, ENFORCEMENT OF CONTEMPT ORDER,
CLASS DAMAGES HEARING, AND MOTION TO WITHDRAW
AS COUNSEL FOR TAISHAN GYPSUM CO., LTD. AND
TAIAN TAISHAN PLASTERBOARD CO., LTD.

# FILED UNDER SEAL