UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:   CHINESE-MANUFACTURED | * | MDL 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "L" |
| | * | |
| | * | JUDGE FALLON |
| This document relates to all cases | * | |
| | * | MAGISTRATE JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * *

## NOTICE OF DISPOSAL OF PHYSICAL EVIDENCE BY INTERIOR EXTERIOR BUILDING SUPPLY, LP

Subject to the requirements of Pretrial Order No. 1(I), dated January 24, 2012, Interior/Exterior Building Supply, L.P. ("INEX") hereby gives notice of their intention to dispose of the physical evidence that INEX was previously preserving pursuant to the requirements of Pretrial Order No. 1(B). Any person or entity wishing to inspect this physical evidence must do so within thirty (30) days of the date of this notice upon reasonable notice to INEX by contacting Carlina C. Eiselen at Galloway, Johnson, Tompkins, Burr & Smith by telephone at (504) 525-6802 or by e-mail at ceiselen@gallowayjohnson.com. Upon the expiration of the thirty-day period, INEX may dispose of such physical evidence and will not be subject to a claim or defense of spoliation with respect to its disposal of such physical evidence.

Dated: March 16, 2015

Respectfully Submitted,

*Richard G. Duplantier, Jr.   /s/*
Richard G. Duplantier, Jr. (# 18874)
Carlina C. Eiselen (# 28524)
GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone:  (504) 525-6802 / Fax:  (504) 525-2456
rduplantier@gallowayjohnson.com
*Counsel for Interior Exterior Building Supply, LP*

**CERTIFICATE OF SERVICE**

The undersigned certifies that this document has been served on all counsel of record, by email, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accord with the procedures established in MDL 2047, on the 16th day of March, 2015.

                                                    *Richard G. Duplantier, Jr.   /s/*
                                                  RICHARD G. DUPLANTIER, JR.