UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>*Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al., Case No. 2:09-cv-6687 (E.D.La.)* | MDL No. 2:09-md-2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

## CONDITIONAL POSTPONEMENT OF FILING OF, AND NOTICE OF INTENTION TO FILE AFTER SETTING OF BRIEFING SCHEDULE, RESPONSE IN OPPOSITION TO PLAINTIFF-INTERVENORS' AND THE PSC'S MOTION TO ENFORCE CONTEMPT ORDER

**PRESERVATION OF RIGHTS**

This notice is submitted reserving all defenses, including but not limited to service of process, venue, personal jurisdiction, subject matter jurisdiction, sovereign immunity, incorrect party identification, and failure to state a claim upon which relief can be granted. CNBM Group, CNBM, CNBM Import & Export and CNBM Forest Products have previously notified the Court and all parties, and hereby reaffirm, that they intend to assert jurisdictional defenses, both subject matter and personal, and in no way intend to or do waive or otherwise limit their ability to raise those defenses, whether by this brief or any other act, filing, appearance, or contention, either before or after this Motion, in this or any other litigation.

**NOTICE OF OPPOSITION**

China National Building Materials Group Corporation, China National Building Materials Company Limited, China National Building Materials & Equipment Import & Export Corporation and CNBM Forest Products (Canada) Ltd. ("Companies") hereby give notice that

they oppose and intend to file a formal brief in opposition to the Plaintiff-Intervenors' and the PSC's Motion to Enforce the Court's July 17, 2014 Contempt Order.  However, given the Order entered by the Court on March 13, 2015 [Doc. No. 18468], the Companies understand that no Response in Opposition to the Motion is due until the Court has established a briefing schedule on March 26, 2015.  These Companies will respect the Court's March 13 Order and will postpone filing any responses to the aforesaid Motion until the Court has called for them.  Out of an abundance of caution, the Companies submit this Notice of Opposition to make clear their opposition to the Motion to Enforce, and their mutual intention to submit Responses in Opposition in accordance with the revised briefing schedule to be established by the Court, or whenever else directed by the Court to do so.

Respectfully submitted,

/s/ L. Christopher Vejnoska

L. Christopher Vejnoska (CA Bar No. 96082)
Ian Johnson (CA Bar No. 208713)
Andrew Davidson (CA Bar No. 266506)
Jason Wu (CA Bar No. 279118)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105
Tel.:  415-773-5700
Fax.: 415-773-5759
E-mail:cvejnoska@orrick.com
       ijohnson@orrick.com
       adavidson@orrick.com
       jmwu@orrick.com


James L. Stengel (NY Bar No. 1800556)
Xiang Wang (NY Bar No. 4311114)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY, 10019
Tel:  212-506-5000

- 3 -

      Fax:    212-506-5151
      Email: jstengel@orrick.com
             xiangwang@orrick.com

Eric A. Shumsky (D.C. Bar No. 477926)
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street NW
Washington, D.C. 20005
Tel: 202-339-8400
Fax:    202-339-8500
Email: eshumsky@orrick.com

*Attorneys for China National Building Materials Group Corporation, China National Building Materials Company Limited, China National Building Materials & Equipment Import & Export Corporation and CNBM Forest Products (Canada) Ltd.*

Dated**:** March 16, 2015

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing CONDITIONAL POSTPONEMENT OF FILING OF, AND NOTICE OF INTENTION TO FILE AFTER SETTING OF BRIEFING SCHEDULE, RESPONSE IN OPPOSITION TO PLAINTIFF-INTERVENORS' AND THE PSC'S MOTION TO ENFORCE CONTEMPT ORDER has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail and upon all parties by electronically uploading the same to File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 16th day of March, 2015.

/s/ L. Christopher Vejnoska

L. Christopher Vejnoska (CA Bar No. 96082)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105
Tel.:  415-773-5700
Fax.: 415-773-5759
E-mail: cvejnoska@orrick.com
*Counsel for CNBM Group and CNBM*