UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL          PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047  SECTION: L  JUDGE FALLON |
| This Document Relates to All Cases | | |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. . | : | MAG. JUDGE WILKINSON |

**STATEMENT OF FACTS BY THE SETTLEMENT ADMINISTRATOR FOR THE CHINESE DRYWALL SETTLEMENT PROGRAM AS RELATED TO THE MOTION FOR OBJECTION TO SPECIAL MASTER'S DENIAL OF CLAIM**

The Settlement Administrator for the Chinese Drywall Settlement Program respectfully provides this Statement of Facts to the Court related to the *Motion for Objection to Special Master's Denial of Claim*, filed as Rec. Doc. 18337 and 18332.

1. This appeal relates to ten Lost Rent, Use and Sale claims ("the appealed claims") filed by four separate claimants, as shown in Table 1 below.  All ten claims are currently incomplete for documents required by the Settlement Agreements that govern the Chinese Drywall Settlement Program.

| Table 1.  Lost Rent, Use or Sales Claims Appealed by Julius Christopher Ford ||||
|---|---|---|---|
| **Row** | **Claimant Name** | **Affected Property Addresses** | **Current Status** |
| 1. | Side-By-Side Redevelopment, Inc. | 1939 General Taylor, New Orleans, LA 70125 | Incomplete |
| | | 2323 Iberville, New Orleans, LA 70125 | Incomplete |
| | | 3700 Milan, New Orleans, LA 70125 | Incomplete |
| 2. | Crescent City Property Redevelopment Association, LLC | 4330 State Street Drive, New Orleans, LA 70125 | Incomplete |
| | | 3703 Baronne, New Orleans, LA 70125 | Incomplete |
| | | 6901-11 Pritchard Place, New Orleans, LA 70125 | Incomplete |
| | | 3712-14 Calhoun St., New Orleans, LA 70125 | Incomplete |
| 3. | Crescent City Property Redevelopment Services, Inc. | 309 South Galvez, New Orleans, LA 70119 | Incomplete |
| 4. | Private Connection Property, Inc. | 4307 Calliope, New Orleans, LA 70125 | Incomplete |
| | | 4309 Calliope, New Orleans, LA 70125 | Incomplete |

2. Claimant's counsel did not file claim forms for any of the appealed claims before the October 25, 2013 claims submission deadline. Claimant's counsel requested relief from the claims submission deadline by filing a "*Motion for Extension of Deadlines; Motion for Leave to File Late Claim; Motion for Extension of Time to File Documents*" on May 13, 2014. *See* Rec Doc. 17576.

3. The Court granted this Motion on June 17, 2014. *See* Rec Doc 17766.

4. Claimant's counsel completed the claim submission process on or about August 14, 2014, nearly 2 months after the Court granted the Motion.

5. The Settlement Administrator reviewed the Lost Rent, Use or Sales claims submitted for the appealed claims. All of the claims were missing supporting documents required by the Third Amended Settlement Agreement Regarding Claims Against the Knauf Defendants ("the Knauf Agreement").[1] All 10 claims were missing the following documents:

    a. A Lease or Rental Agreement that allows the Settlement Administrator to calculate the monthly rental amount. *Knauf Agreement* §4.7.1.2.

    b. Expert Report stating the Lost Rent, Use or Sale was due to the presence of Chinese Drywall. *Id*. §4.7.1.2.2(j).

    c. Evidence of Remediation. *Id*. § 4.7.1.2.

    d. Tax Returns for each of the three years prior to the inability to use, rent, or sell the Affected Property. *Id*. §4.7.1.2.2(g).

    e. Profit and Loss Statements for each of the three years prior to the inability to use, rent, or sell the Affected Property. *Id*. §4.7.1.2.2(h).

---

[1] The provisions of the Knauf Agreement have been incorporated by reference into the Allocation Agreements for the Global, Banner, and InEx Settlements. *See* Rec. Doc. 16528-1, ¶9, 16527-1, ¶9, and 16609-2, ¶10.

    f. Proof of the presence of Chinese Drywall in the Affected Properties. *Id*. §4.7.1.2.2(a).

6. After reviewing these claims, the Settlement Administrator issued Incompleteness Notices requesting submission of all required documents. None of the claimants responded, and the Settlement Administrator issued Follow-Up Incompleteness Notices again requesting the missing documentation. Again, none of the claimants responded, and when the deadline to respond passed, the Settlement Administrator issued Incompleteness Denial Notices denying the claims.

7. Counsel then appealed the Incompleteness Denials to the Special Master, but did not submit any of the missing documents. The Special Master upheld the Settlement Administrator's determination. On January 29, 2015, the Settlement Administrator issued Special Master Denial Notices for all of the appealed claims.

8. To date, the claimants have not submitted any of the missing documentation required by the Settlement Agreement to substantiate the Lost Rent, Use or Sale claims and all ten claims remain incomplete.

9. The sole basis for this appeal is that "Plaintiffs did not anticipate nor foresee the problems and damages that were caused by the defective Chinese Drywall. As such, litigation was not anticipated and Plaintiffs did not do the type of record keeping one would do with future litigation in mind. Plaintiffs have submitted all documentation and evidence in their possession and respectfully request that their claims be approved herein." Rec. Doc. 18332-1, p. 2.

10. Even if the Court accepts this reason as a legitimate basis to allow the appealed claims to move forward, the Settlement Administrator would not able to determine if the claimants

3

are actually class members and would not be able to calculate losses in accordance with Pre-Trial Order 29 without the missing documents.

11. The Settlement Administrator will be present at the oral argument of this matter and will be available to provide additional information as requested by the Court.

                                        Respectfully submitted,

                                          /s/ Jacob Woody_____
                                        Lynn Greer, Esquire (Va. Bar No. 29211)
                                        Jacob S. Woody, Esquire (Va. Bar No. 77485)
                                        BrownGreer, PLC
                                        250 Rocketts Way
                                        Richmond, VA 23231
                                        Telephone:  (804) 521-7234
                                        Facsimile:  (804) 521-7299
                                        lgreer@browngreer.com
                                        jswoody@browngreer.com

                                        *Settlement Administrator for the Chinese Drywall Settlement Program*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above pleading will be served on by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/EDF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on the 17th day of March, 2015.

    /s/Jacob Woody
Lynn Greer, Esquire (Va. Bar No. 29211)
Jacob S. Woody, Esquire (Va. Bar No. 77485)
BrownGreer, PLC
250 Rockets Way
Richmond, VA 23231
Telephone:  (804) 521-7200
Facsimile:  (804) 521-7299
lgreer@browngreer.com
jswoody@browngreer.com

*Settlement Administrator for the Chinese Drywall Settlement Program*