UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | |
| | : | SECTION: L |
| This Document Relates to All Cases | : | |
| | : | JUDGE FALLON |
| ............................................................. | : | MAG. JUDGE WILKINSON |

**STATEMENT OF FACTS BY THE SETTLEMENT ADMINISTRATOR AS RELATED TO THE APPEAL OF PATRICIA GOTTLIEB**

The Settlement Administrator for the Chinese Drywall Settlement Program respectfully provides this Statement of Facts to the Court related to the *Appeal of the Special Master Denial Notice issued to Patricia S. Gottlieb,* filed with the Court as Rec. Doc. 18415.

1. This appeal relates to a Lost Rent, Use, and Sales claim filed by Patricia Gottlieb in the Chinese Drywall Settlement Program.  *See* Rec. Doc. 18415.

2. The Settlement Administrator reviewed the Lost Rent, Use or Sales claim submitted on behalf of Ms. Gottlieb and determined that the claim was incomplete because the claimant had not submitted:

    a. An Expert Report stating the Lost Rent, Use or Sales was due to the presence of Chinese Drywall.  *Knauf Settlement Agreement*.  §4.7.1.2.2(j).

    b. Evidence of Remediation.  *Knauf Settlement Agreement*. § 4.7.1.2.

2. After reviewing the claim and determining that it was incomplete, the Settlement Administrator issued an Incompleteness Notice on August 14, 2014 and a Follow Up Incompleteness Notice on September 18, 2014 requesting submission of all required documents.  When the deadline to respond passed and the claimant had not submitted the

1

required documents, the Settlement Administrator issued an Incompleteness Denial Notice on September 29, 2014.

3. The claimant then appealed the Incompleteness Denial to the Special Master, but did not submit any of the missing documents. The Special Master upheld the Settlement Administrator's determination and on January 28, 2015, the Settlement Administrator issued a Special Master Denial Notice.

4. Section 4.6.8 of the Knauf Agreement provides in relevant part that:

> [D]ecisions of the Special Master with respect to the Other Loss Fund may be appealed by Settlement Class Counsel, the Knauf Defendants or an affected Class Member within 15 days of service of the Special Master's decision by filing an objection with the Court, but only after Settlement Class Counsel, the Knauf Defendants, and, if applicable, an affected Class Member's counsel meet and confer in attempt to resolve such issue.

5. The claimant appealed the Special Master Denial Notice on March 2, 2015, which is more than 15 days after service of the Special Master Denial Notice.

6. In addition, the claimant has not submitted any of the missing documentation required by the Settlement Agreement to substantiate the Lost Rent, Use or Sales claim. The claim remains incomplete.

7. Because the claimant has not submitted all required documents, the Settlement Administrator is unable to determine whether the claimant is entitled to damages for Lost Rent, Use, and Sales in accordance with Pre-Trial Order 29. All other claimants who have an eligible Lost Rent, Use, and Sales claim have been required to submit all required documents.

8. The Settlement Administrator will be present at the oral argument of this matter and will be available to provide additional information as requested by the Court.

Respectfully submitted,

__/s/ Jacob Woody_____
Lynn Greer, Esquire (Va. Bar No. 29211)
Jacob S. Woody, Esquire (Va. Bar No. 77485)
BrownGreer, PLC
250 Rocketts Way
Richmond, VA 23231
Telephone:  (804) 521-7234
Facsimile:  (804) 521-7299
lgreer@browngreer.com
jswoody@browngreer.com

*Settlement Administrator for the Chinese Drywall Settlement Program*

## CERTIFICATE OF SERVICE

I hereby certify that the above pleading will be served on by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/EDF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 17th day of March, 2015.

   /s/Jacob Woody
Lynn Greer, Esquire (Va. Bar No. 29211)
Jacob S. Woody, Esquire (Va. Bar No. 77485)
BrownGreer, PLC
250 Rockets Way
Richmond, VA 23231
Telephone:  (804) 521-7200
Facsimile:  (804) 521-7299
lgreer@browngreer.com
jswoody@browngreer.com

*Settlement Administrator for the Chinese Drywall Settlement Program*