

# Excess Insurance Policy Declarations

| Policy No: MLW787560001 | Renewal of: NEW |

**Item 1. NAMED INSURED & MAILING ADDRESS**

Penninsula II Developers, Inc. - OCIP
(As Per Underlying Insurance)
321 E. Hillsboro Boulevard
Deerfield Beach, FL  33441

**Item 2. POLICY PERIOD**

When Coverage Begins:   05/15/2005   12:01 A.M. Standard Time At Named Insured's Address

When Coverage Ends:    05/15/2007   12:01 A.M. Standard Time At Named Insured's Address

**Item 3. INSURING COMPANY**

Westchester Fire Insurance Company

Producer's Name & Address:

SWETT & CRAWFORD

200 NORTHCREEK STE 800
3715 NORTHSIDE PKWY NW
ATLANTA GA 30327-2806

Producer No. 66911W

**Item 4. PREMIUM**  ☒ FLAT (except of acquisitions)   ☐ ADJUSTABLE

Advance Premium:            $600,000.00
Annual Minimum Premium:     $300,000.00

Rate:

Estimated Annual Exposure:

Total Amount Due:           $600,000.00

**Item 5. UNDERLYING INSURANCE**

See Schedule A - Schedule of Underlying Insurance

**Item 6. LIMITS OF INSURANCE**

$ 25,000,000 Each Occurrence; $ 25,000,000 General Aggregate
$ 25,000,000 Products/Completed Operations Aggregate excess of the limits indicated in Item 5 of the Declarations.



# Excess Insurance Policy Declarations

| Policy No: MLW787560001 | Renewal of: NEW |
|---|---|

**Item 7.** **ATTACHED FORMS**
Policy Form No. FM101.0.302 (11-93)
Endorsements as Listed on Schedule of Endorsements No. CPFS2

**Item 8.** **Authorization Information**
Countersigned by: *RB Portwood* (signature)