UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

May 06, 2010

FILED
CLERK'S OFFICE

# MDL-2047

## UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

IN RE: CHINESE-MANUFACTURED DRYWALL ) MDL No. 2047
PRODUCTS LIABILITY LITIGATION )

### NOTICE OF SUPPLEMENTAL INFORMATION BY ACE AMERICAN INSURANCE COMPANY AND WESTCHESTER FIRE INSURANCE COMPANY

**Pleading No. 230**

ACE American Insurance Company ("ACE") is a third-party defendant in *American Home Assurance Company v. Peninsula Il Developers, Inc. et al.*, Case No. 1:09-cv-23691, in the United States District Court for the Southern District of Florida, Miami Division. Westchester Fire Insurance Company ("Westchester") is a defendant in *New NGC, Inc. v. ACE American Insurance Company, et al.*, Case No. 3:10-cv-00022, in the United States District Court for the Western District of North Carolina, Charlotte Division. ACE and Westchester hereby provide this Panel with supplemental information relevant to the coordination of the above action.

On April 9, 2010, the Plaintiffs' Steering Committee in MDL No. 2047 sent an *ex parte* letter to the Clerk of the Panel to request transfer of the above-referenced *American Home* and *NGC* suits, and several other insurance coverage-related suits, as "tag along" actions, to the same MDL proceeding. ACE and Westchester learned of the letter only indirectly, approximately one week after the fact, without the assistance of the Plaintiffs' Steering Committee.

ACE and Westchester are now in receipt of the April 22, 2010 *Motion to Preclude Treatment of Unrelated Insurance Actions as Tag-Along Actions* filed by Chartis Specialty Insurance Company and its affiliates ("Chartis"), and the April 28, 2010 letter to the Clerk of the Panel from Chartis's counsel.

OFFICIAL FILE COPY

IMAGED May 06 2010

By means of this supplemental information, Westchester and ACE join the substantive arguments presented by Chartis. More specifically, these insurance coverage disputes simply involve materially different facts and issues from those presented by the allegedly impacted homeowners. Causation and damages are driving the tort cases in the MDL while questions of contract interpretation drive the coverage cases.

For these reasons, Westchester and ACE respectfully request the Panel to grant the relief Chartis has sought, and ask that the relief extend to and include the *American Home* and *NGC* suits.

Respectfully submitted,

_____
Joseph A. Ziemianski
State Bar No. 00797732
Bryan P. Vezey
State Bar No. 00788583
Cozen O'Connor
1221 McKinney Street, Suite 2900
Houston, Texas 77010
Telephone: (832) 214-3900
Telecopier: (832) 214-3905

ATTORNEYS FOR ACE AMERICAN INSURANCE
COMPANY AND WESTCHESTER FIRE INSURANCE
COMPANY

2

Case 2:09-md-02047-EEF-MBN Document 18487-5 Filed 03/17/15 Page 3 of 6
Case MDL No. 2047 Document 230 Filed 05/06/10 Page 3 of 9

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

May 06, 2010

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served on the below listed counsel of record via electronic mail and certified mail, return receipt requested on May 3, 2010:

Warren Lutz
Jackson & Campbell, P.C.
1120 20th Street, N.W.
Suite 300 South
Washington, D.C. 20036
*Counsel for Chartis Specialty Insurance Company (formerly known as American International Specialty Lines Insurance Company) and American Home Assurance Company*

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106-3697
*Lead Counsel for Plaintiffs' Steering Committee*

Russ M. Herman
Herman, Herman, Katz & Cotlar
820 O'Keefe Avenue
New Orleans, LA 70113

I hereby certify that a true copy of the foregoing document was served on the below listed counsel of record via electronic mail and certified mail, return receipt requested in the below referenced matter on May 3, 2010:

The United States District Court for the Southern District Of Florida
*American Home Assurance Company v. Peninsula II Developers, Inc., et al.*
*v. Westchester Fire Insurance Company, et al.*
Case No.:  09-Civ-23691-Seitz/O'Sullivan

Michael David Lichtenstein, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068
Tel: 973/597-2408
Fax: 973/597-2409
mlichtenstein@lowenstein.com
*Attorneys for Defendant Peninsula II*

Alexander Edward Barthet
alex@barthet.com
John Clifford Hanson, II
jhanson@barthet.com
200 S Biscayne Boulevard
Suite 1800
Miami, FL 33131-2340
305-347-5290
Fax: 305-377-8695
*Attorneys for Gryphon Construction, LLC*

Paul Smolinsky
psmolinsky@jackscamp.com
Warren Lutz
wlutz@jackscamp.com
Jackson & Campbell
1120 20th Street NW
South Tower
Washington, DC 20036-3437
202-457-1600
*Attorneys for American Home Assurance Co.*

James W. Carpenter, Esq.
jwc@angelolaw.com
Eric C. Edison, Esq.
ece@angelolaw.com
ANGELO & BANTA, P.A.
SunTrust Center, Suite 850
515 East Las Olas Blvd.
Fort Lauderdale, FL 33301
Tel: 954-766-9930
Fax: 954-766-9937
*Attorneys for Third-Party Plaintiff–Peninsula II*

Cindy Lea Ebenfeld
Hicks Porter Ebenfeld & Stein, P.A.
11011 Sheridan Street, Suite 104
Cooper City, FL 33026
954-624-8700
Fax: 954-624-8064
cebenfeld@mhickslaw.com
*Attorneys for American Home Assurance Co.*

Ellen Novoseletsky
Hicks Anderson & Kneale
799 Brickell Plaza, 9th Floor
Miami, FL 33131-2513
305-374-8171
Fax: 372-8038
enovoseletsky@mhickslaw.com
*Attorneys for American Home Assurance Co.*

Benjamin Lawrence Bedard
Danna P. Clement, Esq.
Roberts Reynolds Bedard & Tuzzio
470 Columbia Drive, Building C-101
West Palm Beach, FL 33409-0709
561-688-6560
Fax: 688-2343
bbedard@rrbpa.com
*Attorneys for Landmark American Insurance Co.*

Sandra Denise Kennedy
Ferencik Libanoff Brandt Bustamante
& Williams
150 S Pine Island Road, Suite 400
Fort Lauderdale, FL 33324
954-474-8080
Fax: 474-7343
skennedy@flbbwlaw.com
*Attorneys for Skyline Systems, Inc.*

4

I hereby certify that a true copy of the foregoing document was served on the below listed counsel of record via electronic mail and certified mail, return receipt requested in the below referenced matter on May 3, 2010:

The United States District Court for the Western District Of North Carolina
*New NGC, Inc. v. ACE American Insurance Company, et al.*
Case Number: 3:10-cv-00022-RLV-DSC

David Sean Cox
Morgan, Lewis & Bockius LLP
300 South Grand Avenue
22nd Floor
Los Angeles, CA 90071
213-612-7315
Fax: 213-612-2501
Email: dcox@morganlewis.com

Michel Yves Horton
Morgan, Lewis & Bockius LLP
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071
213-612-7300
Fax: 213-612-2501
Email: mhorton@morganlewis.com

R. Steven DeGeorge
Robinson, Bradshaw & Hinson, PA
101 North Tryon Street
Suite 1900
Charlotte, NC 28246
704-377-8380
Fax: 704-373-3980
Email: sdegeorge@rbh.com

*Attorneys For New NGC, Inc.*

James W. Bryan
Nexsen, Pruet, PLLC
P.O. Box 3463
Greensboro, NC 27402
336-373-1600
Fax: 336-273-5357
Email: jbryan@nexsenpruet.com

Edward Taylor Stukes
Nexsen Pruet Adams
201 South Tryon Street
Suite 1200
Charlotte, NC 28209
704-338-5316
Email: tstukes@nexsenpruet.com

James Randolph Evans ,
McKenna Long & Aldridge
303 Peachtree Street, NE
Atlanta, GA 30308
404-527-8330
Fax: 404-527-4198
Email: revans@mckennalong.com

John Stephen Berry ,
McKenna Long & Aldridge
303 Peachtree Street, N.E.
Suite 5300
Atlanta, GA 30308
404-527-4126
Fax: 404-527-4198
Email: sberry@mckennalong.com

*Attorneys for American Guarantee & Liability Insurance Company*

Hatcher Byrd Kincheloe, Jr.
Hedrick, Eatman, Gardner & Kincheloe
PO Box 30397
Charlotte, NC 28230
704-366-1101
Fax: 704-366-6181
Email: hkincheloe@hedrickgardner.com

A. Hugh Scott
Choate Hall & Stewart
2 International Place
Boston, MA 02110
617-248-5000
Fax: 617-248-4000
Email: hscott@choate.com

Ethan V. Torrey
Choate Hall & Stewart LLP
2 International Place
Boston, MA 02110
617-248-5000
Fax: 617-248-4000
Email: etorrey@choate.com

Gwen G. Nolan
Choate Hall & Stewart LLP
2 International Place
Boston, MA 02110
617-248-5000
Fax: 617-248-4000
Email: gnolan@choate.com

*Attorneys for Liberty Insurance Underwriters, Inc.*

Susan K. Burkhart
Cranfill, Sumner & Hartzog, LLP
225 Hillsborough Street, Suite 300 (27603)
P.O. Box 27808
Raleigh, NC 27611-7808
919-828-5100
Fax: 919-828-2277
Email: skb@cshlaw.com

Joseph A Hinkhouse
Hinkhouse Williams Walsh LLP
180 N. Stetson
Suite 3400
Chicago, IL 60601
312-784-5454
Fax: 312-784-5499
Email: jhinkhouse@hww-law.com

Sara Uffelman Gattie
Hinkhouse Williams Walsh LLP
180 N. Stetson St.
Ste. 3400
Chicago, IL 60601
312-784-5417
Fax: 312-784-5499
Email: suffelman@hww-law.com

*Attorneys for National Union Fire Insurance Company of Pittsburgh, PA*

_/s/ Joseph A. Ziemianski_
Joseph A. Ziemianski

6