# Exhibit 1

**HERMAN**
**HERMAN & KATZ**
— L.L.C. —
ATTORNEYS AT LAW
Est. 1942

820 O'Keefe Avenue
New Orleans, Louisiana
70113-1116

p: (504) 581-4892
f: (504) 561-6024
e: info@hhklawfirm.com

hhklawfirm.com

Harry Herman (1914-1987)
Russ M. Herman*
Maury A. Herman*
Steven J. Lane
Leonard A. Davis*
James C. Klick[1]
Stephen J. Herman
Brian D. Katz
Soren E. Gisleson
Joseph E. Cain

Jennifer J. Greene[2]
John S. Creevy
Aaron Z. Ahlquist[3]
Craig M. Robinson
Adam H. Weintraub[4]
Mikalia M. Kott[5]
Donald A. Mau
Danielle Treadaway Hufft
Patrick R. Busby[6]

Of Counsel:
Herbert A. Cade
Morton H. Katz*
Joseph A. Kott, M.D., J.D.

This Firm and its Partners Are Also
Partners in Herman Gerel, LLP

* A Professional Law Corporation
[1] Also Admitted in Texas
[2] Also Admitted in Arkansas
[3] Also Admitted in Tennessee
[4] Also Admitted in New Jersey
& Pennsylvania
[5] Also Admitted in Colorado
[6] Also Admitted in Alabama
& Oklahoma

January 21, 2015

**VIA EMAIL**

Anaysa Gallardo Stutzman, Esq.
*COZEN O'CONNOR*
200 South Biscayne Blvd.
Suite 4410
Miami, FL 33131
Email: agallardo@cozen.com

    In re: Chinese-Manufactured Drywall Products Liability Litigation
        MDL 2047 (Relates to: Amato 10-932)

Dear Ms. Stutzman,

  It is our understanding that you represent Westchester Fire Insurance Company. Pursuant to the attached Order [Rec. Doc. 18266] issued by the Honorable Eldon E. Fallon on January 15, 2015, please be advised that the Plaintiffs' Steering Committee in MDL 2047 filed the attached Motion to Amend Complaint by Interlineation in the Amato (No. 10-932) Omnibus Complaint on January 14, 2015 [Rec. Doc. 18263]. The motion is set for hearing following the monthly status conference on February 12, 2015. Any response to the motion must be filed on or before February 4, 2015.

                    Sincerely,

                    **LEONARD A. DAVIS**

LAD:lmf
Enclosures
cc: Honorable Eldon E. Fallon
   Arnold Levin, Esq.