Exhibit 2

AMS,CLOSED,REF_DISCOV,STAYED

## U.S. District Court
## Southern District of Florida (Miami)
## CIVIL DOCKET FOR CASE #: 1:09-cv-23691-PAS

| | |
|---|---|
| American Home Assurance Company v. Peninsula II Developers, Inc. et al | Date Filed: 12/11/2009 |
| Assigned to: Judge Patricia A. Seitz | Date Terminated: 08/22/2012 |
| Referred to: Magistrate Judge Andrea M. Simonton | Jury Demand: Defendant |
| Cause: 28:2201 Constitutionality of State Statute(s) | Nature of Suit: 110 Insurance |
| | Jurisdiction: Diversity |

### Plaintiff

**American Home Assurance Company**          represented by   **Cindy Lea Ebenfeld**
                                                              Hicks Porter Ebenfeld & Stein PA
*a New York Corporation*                                      11011 Sheridan Street
                                                              Suite 104
                                                              Hollywood, FL 33026
                                                              954-624-8700
                                                              Fax: 954-624-8064
                                                              Email: cebenfeld@mhickslaw.com
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Ellen Novoseletsky**
                                                              Shutts & Bowen LLP
                                                              201 South Biscayne Blvd., Suite 1500
                                                              Miami, FL 33131-2513
                                                              305-415-9031
                                                              Fax: 305-347-7741
                                                              Email: enovoseletsky@shutts.com
                                                              *TERMINATED: 01/27/2012*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Paul D. Smolinsky**
                                                              Jackson & Campbell
                                                              1120 20th Street NW
                                                              South Tower
                                                              Washington, DC 20036-3437
                                                              202-457-1600
                                                              Email: psmolinsky@jackscamp.com
                                                              *PRO HAC VICE*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Warren Lutz**
                                                              Jackson & Campbell
                                                              1120 20th Street NW
                                                              South Tower
                                                              Washington, DC 20036-3437
                                                              202-457-1600

Email: wlutz@jackscamp.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gryphon Construction, LLC**     represented by    **Miguel Angel Brizuela**
Taylor Vega, P.A.
2555 Ponce De Leon Boulevard
Suite 220
Coral Gables, FL 33134
305-443-2043
Fax: 305-443-2048
Email: mbrizuela@taylorvega.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy Shane Taylor**
Taylor Espino Vega & Touron, P.A.
2555 Ponce De Leon Boulevard
Suite 220
Coral Gables, FL 33134
305-443-2043
Fax: 305-443-2048
Email: ttaylor@tevtlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Peninsula II Developers, Inc.**     represented by    **David T. Dekker**
*a Florida corporation*
Pillsbury Winthrop Shaw Pittman, LLP
2300 N. Street, NW
Washington, DC 20037-1122
202-663-8000
Email: David.Dekker@pillsburylaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric Corey Edison**
Angelo & Banta, P.A.
SunTrust Center
515 East Las Olas Boulevard, Suite 850

Fort Lauderdale, FL 33301
954-766-9930
Fax: 954-766-9937
Email: eric.edison@gmail.com
*ATTORNEY TO BE NOTICED*

**Melissa C. Lesmes**
Pillsbury Winthrop Shaw Pittman LLP
2300 N Street NW
Washington, DC 20037
202-663-9385
Email: melissa.lesmes@pillsburylaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael S. McNamara**
Pillsbury Winthrop Shaw Pittman, LLP
2300 N Street, NW
Washington, DC 20037
202-663-9386
Email: michael.mcnamara@pillsburylaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Gryphon Construction, LLC**
*a Florida limited liability company*

represented by **Miguel Angel Brizuela**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy Shane Taylor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander Edward Barthet**
200 S Biscayne Boulevard
Suite 1800
Miami, FL 33131-2340
3025-347-5290
Fax: 305-377-8695
Email: alex@barthet.com
*TERMINATED: 10/07/2011*
*ATTORNEY TO BE NOTICED*

**John Clifford Hanson , II**
The Barthet Firm
200 S. Biscayne Blvd.
Suite 1800
Miami, FL 33131
305-347-5290
Fax: 305-377-8695
Email: jhanson@barthet.com
*TERMINATED: 10/07/2011*

*ATTORNEY TO BE NOTICED*

**Defendant**

**Skyline Systems, Inc.**
*a Florida corporation*

represented by **Sandra Denise Kennedy**
Ferencik Libanoff Brandt Bustamante & Williams
150 S Pine Island Road
Suite 400
Fort Lauderdale, FL 33324
954-474-8080
Fax: 474-7343
Email: skennedy@flbbwlaw.com
*ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**

**Westchester Fire Insurance Company**

represented by **Anaysa Gallardo Stutzman**
Cozen O'Connor
200 South Biscayne Blvd.
Suite 4410
Miami, FL 33131
305-704-5953
Fax: 305-704-5955
Email: agallardo@cozen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan P. Vezey**
Cozen O'Connor
1221 McKinney Street
One Houston Center Suite 2900
Houston, TX 77010
832-214-3940
Email: bvezey@cozen.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cozen O'Conner**
1900 Market Street
Philadelphia, PA 19103
215-665-6968
Fax: 215-701-2368
*ATTORNEY TO BE NOTICED*

**Joseph A. Ziemianski**
Cozen O'Connor
1221 McKinney Street
One Houston Center Suite 2900
Houston, TX 77010
832-214-3920
Email: jziemianski@cozen.com

|  |  |  |
|---|---|---|
|  |  | *PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Peter B. Magnuson**<br>Cozen O'Connor<br>1221 McKinney Street<br>One Houston Center Suite 2900<br>Houston, TX 77010<br>832-214-3907<br>Email: pmagnuson@cozen.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **ThirdParty Defendant** |  |  |
| **Landmark American Insurance Company** | represented by | **Benjamin Lawrence Bedard**<br>Roberts Reynolds Bedard & Tuzzio<br>470 Columbia Drive<br>Building C-101<br>West Palm Beach, FL 33409-0709<br>561-688-6560<br>Fax: 688-2343<br>Email: bbedard@rrbpa.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Anaysa Gallardo Stutzman**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **ThirdParty Plaintiff** |  |  |
| **Peninsula II Developers, Inc.**<br>*a Florida corporation* | represented by | **Eric Corey Edison**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Melissa C. Lesmes**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Michael S. McNamara**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

V.

**ThirdParty Defendant**

| **American Home Assurance Company**<br><br>*a New York Corporation* | represented by | **Cindy Lea Ebenfeld**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|