UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCT LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:**
*AMATO*, Case No. 10-932

### PLAINTIFFS' NOTICE OF JOINDER
### IN REPLY OF AMERICAN HOME ASSURANCE COMPANY IN SUPPORT OF
### PLAINTIFFS' MOTION TO AMEND COMPLAINT BY INTERLINEATION

Plaintiffs, pursuant to rules 7, 15, 23, and all other applicable Federal Rules of Civil Procedure, and E.D. La. Local Rule 7, file this Notice of Joinder in Reply of American Home Assurance Company in Support of Plaintiffs' Motion to Amend Complaint by Interlineation ("American Home's Reply"). For the reasons stated in our Motion, the accompanying Memorandum In Support, and American Home's Reply, Plaintiffs respectfully request that the *Amato* Amended Complaint be amended by interlineation, dismissing American Home Assurance Company and substituting Westchester Fire Insurance Company in its place.

    A.    **FOR THE REASONS STATED IN AMERICAN HOME'S REPLY, THE COURT SHOULD DISMISS AMERICAN HOME AND SUBSTITUTE WESTCHESTER FIRE INSURANCE COMPANY IN ITS PLACE.**

For the reasons set forth in the Motion and Memorandum in Support, as well as those stated by American Home in its Reply, the Court should enter an Order amending the Amended Class Action Complaint by interlineation, dismissing Defendant American Home Assurance Company and substituting Westchester Fire Insurance Company as a defendant in its place. Specifically, the Amended Complaint should be amended as follows:

- Paragraph 434
- Paragraph 647 – subclass #7
- Exhibit B, page 1

1

- Exhibit B, page 2
- Schedule 1, page 105 (two references)
- Schedule 2, page 24 (three references)

Plaintiffs join and hereby incorporate by reference the arguments made by American Home Assurance in its Reply.

### B. THE PLAINTIFFS STEERING COMMITTEE COMPLIED WITH THE COURT'S ORDER DATED JANUARY 15, 2015 BY PROVIDING PROPER NOTICE TO WESTCHESTER FIRE INSURANCE COMPANY'S COUNSEL.

Westchester argues that Liaison Counsel for the PSC failed to comply with the Court's January 15, 2015 Order by providing written notice of the Motion and the hearing on the Motion. Incredibly, in its *Ex Parte* Motion for Leave to File Its Opposition, which was filed on February 9, 2015, Westchester claims that as of February 9, 2015 "it remain[ed] unknown" whether Plaintiffs' Liaison Counsel complied with the Order. Because this is a very serious allegation, we feel compelled to respond strongly.

Liaison Counsel for the PSC complied with the Court's Order on January 21, 2015, when Leonard Davis of Herman, Herman & Katz sent a letter to Anaysa Gallardo Stutzman, Esq. of Cozen O'Connor, via e-mail. A copy of the January 21, 2015 letter is attached as **Exhibit A.** Along with the letter, we attached a copy of the January 15, 2015 Order (D.E. 18266) and the Motion (D.E. 18263). We also notified Cozen O'Connor that the Motion had been set for hearing on February 12, 2015 and that any response had to be filed by February 4, 2015. As of January 21, 2015, therefore, Westchester's counsel had been notified by the PSC of the Motion, the hearing date, and the due date for any response to the Motion 14 days prior to the due date for the response. Although we were not involved in the litigation before Judge Seitz in the Southern District of Florida (Case No. 09-23691-CIV-SEITZ/Simonton), we used the information provided by PACER to determine that Cozen O'Connor represents Westchester. Anaysa Gallardo Stuzman in Cozen O'Connor's Miami office is identified as counsel of record for Westchester in Case Number 09-23691. The letter and all of the attachments were emailed to Ms. Sutzman on January 21, 2015 by Lillian Flemming, who is Mr. Davis's secretary.

WHEREFORE, Plaintiffs respectfully request that the Court enter an Order amending the Amended Complaint by interlineation as set forth in the Motion to Amend and accompanying Memorandum of Law. Plaintiffs attached a proposed Order to the Motion to Amend (D.E. 18263-3), for the Court's consideration.

Dated:  March 17, 2015                    Respectfully Submitted,

**BY: /s/** *Leonard A. Davis*
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Stephen J. Herman, Esquire
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel and Ex-Officio*
*Member of the PSC*
*MDL 2047*

Arnold Levin, Esquire
Fred S. Longer, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel and Member of the PSC*
*MDL 2047*

Peter Prieto
Florida Bar No.: 501492
PODHURST ORSECK P.A.
City National Bank Bldg., #800
25 West Flagler Street
Miami, Florida 33130
Tel: 305/358-2800 - Fax: 305/358-2382
*Counsel for Plaintiff Damien Querol*
*Member of Plaintiffs Steering Committee*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Notice of Joinder in Reply of American Home Assurance Company in Support of Plaintiffs' Motion to Amend Complaint by Interlineation has been served on Plaintiffs' Liaison Counsel, Russ Herman; Defendants' Liaison Counsel, Kerry Miller; Homebuilders' Liaison Counsel, Dorothy Wimberly; Insurance Liaison Counsel, Judy Y. Barrasso; counsel for Westchester Fire Insurance Company, John W. Hite, Salley, Hite, Mercer & Resor LLC, 365 Canal Street, One Canal Place, Suite 1710, New Orleans, LA 70130, and Joseph A. Ziemianski, Esq., Cozen O'Connor, 1221 McKinney Street, Suite 2900, Houston, TX, 77010; by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 17th day of March 2015.

                                              By: /s/ Peter Prieto
                                                  Peter Prieto