UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION ) ) ) ) ------------------------------------ ) ) THIS DOCUMENT RELATES TO: ) ) ALL CASES ) ) ) ) | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |

## MOTION TO FILE LATE CLAIM UNDER KNAUF AND GLOBAL SETTLEMENT AGREEMENT

COME NOW the Claimants, LUIS CAMEJO and EVA CAMEJO, who move this Court for an Order authorizing them to file a claim into the Knauf and Global Settlement Program. Claimants' Memorandum in Support of this Motion (with exhibits thereto), a Notice of Submission and a Proposed Order are included within this filing:

Respectfully Submitted,

LAW OFFICES OF LEON A. BRUNET, P.A.
*Attorneys for Luis Camejo and Eva Camejo*
150 Alhambra Circle
Suite 950
Coral Gables, Florida 33134
Telephone: (305) 774-0991
Facsimile : (305) 476-8721
lbrunet@brunetlaw.com

LEON A. BRUNET, ESQ.
Florida Bar No. 0363390

## CERTIFICATE OF SERVICE

I hereby certify that on *March 17*, 2015, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing has been forwarded to all counsel of record by operation of the Court's electronic filing system.

Leon A. Brunet, Esq.