# Dade Home Inspections

**PROPERTY INSPECTIONS • 11767 S Dixie Hwy #114 Miami FL 33156 • PHONE (305) 910-1171  office. (786) 389-2670**

| | |
|---|---|
| REPORT NUMBER | 61614 |

A QUALIFIED PROFESSIONAL HAS INSPECTED THE DRYWALL ON THE STRUCTURE LOCATED AT:

ADDRESS   16850 SW 164 ST

CITY:  Miami     FL.     33187

FIRST INSPECTION?   YES ✓   NO

INSPECTION DATE:   6-16-14     TIME:   3:00pm

HOUSE YR:   2006

MAIL TO:
ATT:                 FAX:
ADDRESS:
CITY:                FL.,   ZIP
SELLER:
BUYER:   Sergio Sigler
REQUESTED BY:

## DEFECTIVE DRYWALL REPORT   ✓

1- INSPECTION REVEALS THAT THERE IS EVIDENCE OF OXIDATION ON THE A/C COIL AND IT'S ENOUGH TO SAY THAT THERE IS Defective DRYWALL.   NO ☐   YES ✓

2- STRONG OXIDE SMELL PRESENT WHEN ENTERING THE HOUSE.   NO ☐   YES ✓

3- OUTLET OPENED IN ORDER TO CHECK COPPER, AND it's BLACKENED.   NO ☐   YES ✓
(AND CHECK ALL COPPER PIPING)

4 DEFECTIVE EVIDENCE FOUND IN ATTIC UNDER SIGNAGE OF DRYWALL   NO ☐   YES ☐
Comments:     unable to find the brand name

5- SAMPLES TAKEN FOR LAB       NO

6- INSPECTION FEE:   $595.00

**THIS IS A DEFECTIVE DRYWALL REPORT NOT A GUARANTEE**

This is a Report made to the best of our ability and professional believes on the existing conditions ON THE PROPERTY REGARDING DEFECTIVE DRYWALL. As all areas are not accessibly visible, and behind walls is not visible, such as tile, shingles, and other coverings in the property. Dade Home Inspections Corp cannot guarantee against hidden defects, future repairs. No inspection has been made for such structural defects as would require engineering skill practice.

THIS REPORT IS VALID FOR THIRTY (30) DAYS FROM INSPECTION DATE.
I certify that I am authorized to sign this inspection on behalf of Dade Home Inspections Corp. and that by the signature herein after done; the terms and conditions of the certification duly bind Dade Home Inspections Corp. This Report expresses no guarantee on the exterior, nor interior components. I further certify that I have no interest, present or perspective in the property, buyer, seller, broker, mortgage or other parties involve in the transaction. Only the condition of the system as of this day is guaranteed by the inspection.

















