



Rimkus Consulting Group, Inc.
560 Southwest 12th Avenue
Deerfield Beach, Florida 33442
(954) 428-1422 Telephone
(954) 428-1849 Facsimile
Certificate of Authorization No. 8301

# Report of Findings

## CAMEJO RESIDENCE
## DRYWALL DAMAGE EVALUATION
### Claim No:  5570125275

### RCG File No:  41415101

### Prepared For:

## ZURICH NORTH AMERICA INSURANCE COMPANY
## 15303 DALLAS PARKWAY
## ADDISON, TEXAS 75001

### Attention:

## MR. JEFF LITTLE

**Neil A. Greenspoon, P.E.**
**Florida Licensed Engineer No. 70223**
**Property Division Manager**

Digitally signed by: Neil A Greenspoon
DN: CN = Neil A Greenspoon C = US O
= IdenTrust ACES Business
Representative OU = RIMKUS
CONSULTING GROUP  INC
Date: 2014.09.10 14:26:58 -04'00'
Reason: I am the author of this document

*Philip R. Watters*
**Philip R. Watters, M.B.A., LEED®AP**
**Senior Vice President**

September 10, 2014

# TABLE OF CONTENTS

I.    Introduction ................................................................. 1

II.   Conclusions ................................................................ 2

III.  Background................................................................. 3

- The Reactive Drywall Proces
- The ENVIRON Study
- The CTEH Study
- Carbon Disulfide
- Carbonyl Sulfide
- Hydrogen Sulfide
- Published Odor Thresholds
- CPSC/EHSE Study of 51 Homes

IV.   The Camejo Home................................................... 10

- Structural Description
- General Observations
- Sample Collection Methodology
- Laboratory Results
- Analysis of Observations and Testing Under CPSC-51

V.    Basis of Report ........................................................ 18

VI.   Attachments.............................................................. 20

A. Photographs

B. Laboratory Test Results and Sample Chain of Custody

C. CVs

# Section I
# INTRODUCTION

It was reported by Ms. Eva Camejo that a presale inspection for her home indicated the possibility that there was reactive drywall in the house.  The Camejo residence was located at 16850 SW 164th Street in Maimi, Florida.

Rimkus Consulting Group, Inc. (Rimkus) was retained to investigate whether there was reactive drywall in the residence.  On August 31, 2014, Neil A. Greenspoon, P.E., performed a walk-through inspection of the subject residence and collected bulk drywall and wipe samples for laboratory testing.  One collected drywall sample was submitted to an independent laboratory accredited by the American Industrial Hygiene Association's NVLAP Laboratory Accreditation Program (EMSL Analytical, Inc., in Westmont, New Jersey) for identification and quantification of excess sulfur compounds in the drywall.  A wipe sample taken from copper air conditioning coils was also sent to EMSL for analysis.  A second drywall sample was sent to Dixie Services in Galena Park, Texas for analysis of possible off-gassing encountered when the sample was exposed to moisture.

This report was prepared for the exclusive use of Zurich North America Insurance Company, and was not intended for any other purpose.  Our report was based on the information available to us at this time, as described in **Section IV, Basis of Report**.  Should additional information become available, we reserve the right to determine the impact, if any, the new information may have on our opinions and conclusions, and to revise our opinions and conclusions if necessary and warranted.

Any opinions expressed in this report are held to a reasonable degree of engineering and/or scientific certainty.

## Section II
## CONCLUSIONS

1. A portion of the gypsum drywall used to construct the interior of the Camejo home was reactive and corrosive.

2. The outdoor air and building moisture sources were eliminated as probable sources of gases which caused the sulfur-like odor in the residence.

   a. There was no evidence of any indoor combustion, such as stove flames or a report of a fire event in the surrounding area.

   b. There was no evidence of significant building moisture sources, such as plumbing leaks or roof leaks.

3. The sulfur-like odor in the residence was due to the off-gassing of sulfurous gases from reactive drywall.[1]

4. The blackened, copper-based items and other discoloration, and corroding or pitting of metal items, were due to a reaction with sulfurous gases that had been off-gassed from reactive drywall.

5. Elemental strontium levels above a baseline reference sample and above the baseline values indicated in a publication of the Consumer Products Safety Committee/Department of Housing and Urban Development (CPSC/HUD) on "Chinese Drywall Interim Guidance."[2]

These conclusions are based on: 1) observations and 2) testing and analyses of a wipe sample.

---

[1] The term reactive drywall is used by RCG to refer to drywall which off-gases sulfur compounds causing oxidation or chemical reactions in metals and alloys. A sulfur odor can be an indication of the off-gas process. Reactive drywall is commonly referred to as "Chinese drywall" because public awareness of reactive drywall is associated with problems resulting from the use of reactive drywall imported from China after the 2004 and 2005 hurricane seasons.
[2] Also see **Section VI, Basis of Report**

## Section III
## BACKGROUND

**The Reactive Drywall Process**

Drywall[3] is a building product typically consisting of a paper liner wrapped around an inner core made primarily of gypsum plaster.[4]   The wet gypsum plaster core is sandwiched between the paper liner and formed into thin sheets and then dried.

Certain imported drywall is reported to off-gas reduced sulfur compounds.[5]   These reduced sulfur compounds react with metals and alloys, particularly copper and silver, leading to damage to metal surfaces.[6]  Rimkus uses the term reactive drywall to refer to drywall that off-gases reduced sulfur compounds causing oxidation or chemical reactions in metals or alloys.

The general working theory is that the off-gassing of reduced sulfur compounds is related to one or more of the following factors:

- Excess of certain sulfur-containing minerals in the gypsum material, specifically iron disulfide (pyrite) and strontium sulfide.

- Excess of elemental sulfur in the gypsum material.

- Exposure of reactive drywall to elevated moisture conditions.

- Exposure of reactive drywall to elevated ambient temperatures.

- The kind of paper used as facing on both sides of reactive drywall.

---

[3] Drywall is known by many names including wallboard, sheetrock, plasterboard and gypsum board.
[4] Raw gypsum is calcined to create calcium sulfate resulting in a plaster.  The plaster is then mixed with additives.
[5] The term "reduced sulfur compounds" refers to compounds in which sulfur is a component.  Sulfur is a common element which readily combines, both organically and inorganically, into a wide variety of compounds.
[6] The reaction of copper sulfides with metal or alloys is evidenced by discoloration, pitting, corroding or similar conditions.

Reactive drywall is commonly thought to have been imported from China and to have been installed after 2003. However, Rimkus is aware of one case where the claimant reported that the subject drywall was installed in 2001. And Rimkus is aware of isolated claims involving domestically-produced drywall that appeared to be reactive.

**The ENVIRON Study**

A study of reactive drywall off-gassing was conducted for Lennar Corporation by ENVIRON International (ENVIRON), and described in a memorandum dated December 22, 2008, which stated that selected drywall made in China was emitting sulfur (sulfide) gases potentially reacting with heating, ventilation, and air-conditioning (HVAC) copper coils, particularly in residences in Southwest Florida.

ENVIRON used 1-liter Tedlar bags with a personal air-sampling pump to collect multiple indoor air samples from 79 residences with reported problems. At least one sulfur compound (carbon disulfide, carbonyl sulfide and/or dimethyl sulfide) were detected in 20 of the 79 residences. Hydrogen sulfide was not detected in samples of room air from any of the affected residences. However, this fact does not necessarily rule out the presence of hydrogen sulfide because hydrogen sulfide is extremely unstable, and this instability may result in false negatives by existing collection and laboratory analytical methods. Sample results from the study are provided below, in parts per billion by volume (ppb).

**ENVIRON Air Sample Results for**
**20 Residences in parts per billion (ppb)**

| Sulfide Gas | Method Detection Limit | Average Value | Maximum Value |
|---|---|---|---|
| Carbon Disulfide ($CS_2$) | 5 | 7.1 | 13 |
| Carbonyl Sulfide (COS) | 4 | 8.6 | 23 |
| Dimethyl Sulfide ($(CH_3)_2S$) | 4 | 18.7 | 18.7 |
| Hydrogen Sulfide ($H_2S$) | 4 | 0 | 0 |

## The CTEH Study

A separate, smaller study was conducted for Knauf Plasterboard (Tianjin) Company by the Center for Toxicology and Environmental Health (CTEH), and was described by CTEH in a Summary of Sampling Results dated November 29, 2006. The CTEH report was in response to odor complaints and did not address damage or discoloration of metals. The CTEH report identifies iron disulfide as the "likely source" of off-gassed sulfur compounds. The CTEH report also concludes that measured concentrations of certain naturally occurring sulfur-containing compounds "are not at levels that should be considered a public health concern." Air sample results for the CTEH report is summarized below.

### Center for Toxicology & Environmental Health (CTEH) Air Sample Results
### In parts per billion (ppb)

| Sulfide Gas | Maximum Value |
|---|---|
| Carbon Disulfide ($CS_2$) | 14 |
| Carbonyl Sulfide (COS) | 16 |
| Dimethyl Sulfide ($CH_3)_2S$ | N/A |
| Hydrogen Sulfide ($H_2S$) | 3.5 [a] |
| Sulfur Dioxide ($SO_2$) | N/A |

[a] Outdoor air sample reported at 3.2 ppb

## Carbon Disulfide

Carbon Disulfide ($CS_2$) may derive from man-made and natural sources. The Agency for Toxic Substances and Disease Registry (ATSDR) indicates that $CS_2$ has been detected at background levels in outdoor air in a range from 0.04 to 0.07 ppb in rural, suburban, and urban areas, and has been detected at 0.1 to 0.4 ppb in the air above marshes. Air in the Philadelphia, Pennsylvania area, which included some man-made $CS_2$ sources, indicated .07 to .33 ppb, and air in the vicinity of solid waste composting facilities has been measured as high as 50 ppb.

## Carbonyl Sulfide

Carbonyl Sulfide (COS) may also derive from natural and man-made sources and is a byproduct of $CS_2$ production. The U.S. Environmental Protection Agency (EPA) reports

air concentration values in marshy areas as high as 73 ppb and near oceans as high as 7.7 ppb. Rural areas are reported in a range from 0.1 to 0.3 ppb, and samples collected in Philadelphia, Pennsylvania, indicated 0.5 ppm.

**Hydrogen Sulfide**

Hydrogen Sulfide ($H_2S$) is a highly reactive gas with a strong, rotten-egg odor. ATSDR reports that $H_2S$ concentrations in urban areas are generally less than 1 ppb, but that concentrations can vary widely depending on wind and weather. It is commonly detected in association with rotting vegetation, manure pits, sewage treatment plants, natural gas production, and waste oil.

$H_2S$ was not detected in the ENVIRON samples, but it was detected by CTEH in one residence at 0.2 ppb above the outdoor level. Unpublished data from an environmental laboratory has indicated that $H_2S$ has been detected in the "head space" above sealed bulk samples, but may be so reactive that it is difficult to detect in air samples in a laboratory setting.

**Published Odor Thresholds**

The maximum values of carbon disulfide, dimethyl sulfide and hydrogen sulfide from ENVIRON and CTEH investigations exceed the respective odor thresholds published in other sources. The odor thresholds referred to are provided below.

### Published Odor Thresholds (ppb)[a]

| | |
|---|---|
| Carbon Disulfide ($CS_2$) | 16[b], 9[c] |
| Carbonyl Sulfide (COS) | N/A |
| Dimethyl Sulfide ($CH_3S_2$) | 0.5[c] |
| Hydrogen Sulfide ($H_2S$) | 0.4[b] |

[a]Lowest approximate odor threshold taken from listed source.
[b]Source: AIHA 1989. Only "Critiqued" sources were used.
[c]Source: Handbook of Environmental Data on Organic Chemicals. 1983.

**CPSC/EHSE Study of 51 Homes**

The Consumer Product Safety Commission (CPSC) contracted with Environmental Health & Safety Engineering (EHSE) to conduct a study of 51 homes located in 5 states

(Florida, Louisiana, Virginia, Mississippi, and Alabama). Of the 51 homes, 41 homes were known to have reactive (Chinese) Drywall [7]; and 10 non-complaint homes [8] were selected from the same neighborhoods for comparative purposes. Samples and data were collected from the 51 homes during July 27 through September 30, 2009. Data collected included indoor and outdoor air samples, metal strips (coupons) of copper and silver placed in the homes, surface area samples of drywall, bulk drywall samples, label/marking information, and measurements of the air exchange rate, temperature, indoor relative humidity, and dew point in the homes. The data was used to evaluate the relationships between drywall properties, components of the indoor air, rates of corrosion, and building characteristics.

The CPSC released a detailed final draft report on the 51-home study on November 23, 2009. The CSPC requested that the report not be quoted or cited as it was not officially finalized. However, a press statement was released by the CPSC on the same day with the following information concerning the study findings:

- There is a strong association between the levels of hydrogen sulfide in homes with Chinese drywall and the corrosion of metals in those homes. Previous studies were not as successful in measuring the level of hydrogen sulfide because of the short sampling time for grab samples, the absorption of hydrogen sulfide by the sampling containers, and the instability of hydrogen sulfide as it will react with surrounding gases. The CPSC study improved the sampling of hydrogen sulfide by using passive samplers that were placed in the homes for a period of two weeks, allowing for longer collection periods and lower detection limits. The levels of hydrogen sulfide found in homes with Chinese drywall were statistically higher than in the non-complaint homes. The levels of hydrogen sulfide ranged from non-detect up to 3 ppb.

- The exact way in which hydrogen sulfide is caused to be released from Chinese drywall is yet to be determined.

---

[7] The 41 homes are also referred to as complaint homes.
[8] Non-complaint means that the homes were likely not to have been constructed with reactive drywall.

- Copper and silver test strips (coupons) placed in the homes for two weeks showed significantly higher rates of corrosion in the complaint homes compared to the non-complaint homes. The major products of corrosion on the coupons were copper sulfide and silver sulfide.

- Visual inspection revealed statistically higher rates of electrical ground wire corrosion in complaint homes versus non-complaint homes.

- Hand-held x-ray fluorescence (XRF) and Fourier Transform Infrared (FTIR) instruments enabled field investigators to detect Chinese drywall at a sheet-by-sheet level.

- The study found elevated levels of formaldehyde readings in both the complaint and non-complaint homes, which is not unusual for the newer, more airtight homes. The investigators believe that there might by synergistic effects of the formaldehydes and gases (off-gasses) from the Chinese drywall that could cause irritant effects experienced by home occupants.

- The safety issue conditions caused by corrosion of electrical wiring in devices such as smoke detectors and carbon monoxide alarms, as well in electrical wiring are addressed in a separate CPSC publication, the Remediation Guidance for Homes with Corrosion from Problem Drywall (CPSC, March 18, 2011).

<u>Guidelines for Assessing the Presence of Reactive Drywall</u>

As a result of the CPSC 51-home study findings, the following guidelines were offered by the CPSC on January 28, 2010, and updated on March 18, 2011, as supporting evidence of the existence of a reactive drywall problem in a building:

<u>Step 1: Threshold Inspection</u>

- There must be visual blackening of copper electrical wiring and/or air conditioning evaporator coils.

- The drywall must have been installed during the years 2001 through 2009.

Both of the above criteria must be met for further consideration as to determining if the drywall is a problem drywall.

<u>Step 2: Corroborating Evidence</u>

If the drywall was installed during 2005 through 2009, two of the corroborating conditions below must be met. If the drywall was installed during 2001 through 2004, four of the corroborating conditions below must be met.

- Confirmation that copper sulfide forms on copper test strips placed in the building for 14 to 30 days, or confirmation of the presence of sulfur in the blackening of the grounding wires and/or air conditioning coils.

- Confirmation of labels or markings on the drywall indicating that the drywall was manufactured in China.

- Confirmation that the strontium (Sr) level in drywall core sample (excluding paper) exceeds 1,200 parts per million (ppm) (This corroborating condition was deleted in the CPSC Interim Guidance Revision 1 dated August 27, 2010).

- Confirmation that the elemental sulfur level in a drywall core sample exceeds 10 ppm.

- Confirmation from chamber or headspace testing, such as ASTM Standard Test Method D5504-08 (Gas Chromatography and Chemiluminesence), that elevated levels of hydrogen sulfide, carbonyl sulfide, or carbon disulfide, are emitted from the suspect drywall.

- Confirmation that copper sulfide forms on copper metal when placed in test chambers with the suspect drywall.

## Section IV
## THE CAMEJO HOME

### Structural Description

The Camejo residence was a one-story, single-family house **(Photograph 1)**. The exterior walls consisted of concrete masonry units finished on the outside with cementitious stucco and on the inside with drywall. The interior walls were framed and covered with drywall. The floor of the residence was a concrete slab-on-grade overlain with ceramic tile. The roof was of wood-framed construction covered with concrete tile. According to Miami-Dade County Property Appraiser's records, the residence was constructed in 2006, and according to Ms. Camejo, she was the original owner. Throughout this report, the residence was referenced to face north.

The subject residence was made available to Rimkus Consulting Group, Inc. by Ms. Camejo for inspection purposes.

### General Observations

During the course of our site visit on July 31, 2014, Ms. Camejo, the homeowner, was present. In conversations with her, we understood the following:

- Her husband wanted a large lot and this lot was available, so they purchased the lot and built the house in 2005/2006.

- There are two air conditioners in the house, one in the bedroom wing and another in the kitchen/family room area. She has had only minor service problems with the units.

- She had noticed that her family had more sinus problems since they moved into the house, but she assumed it was because they were living in a rural area.

- There have been no electrical problems and no appliance or other electrical equipment failures.

- Even though they are in a rural area, there are no swamps nearby.

- Her children were in college and she no longer needed a large house, so she and her husband decided to sell and move to a smaller dwelling. They had a buyer who had the house inspected. The inspection report indicated that the house had symptoms of reactive drywall.

During the course of our site visit, we observed the following:

- There was a slight sulfur-like odor detected in the bedroom hallway during our site visit.

- The thermostat was set at 77 degrees Fahrenheit (F) and our humidity meter indicted the relative humidity was 36.5 percent (%).

- The walls and ceilings throughout the house were covered with drywall (**Photograph 2**) and the floors were covered with tile.

- The air handler in the bedroom wing was located in a small closet off of the hallway (**Photograph 3**). Removal of the coil cover revealed that the coils were very dark-colored (**Photograph 4**) and a wipe sample was collected from the coils (**Photograph 5**).

- The second air handler was located in the kitchen/family area wing. The air handler and coils appeared similar to the unit in the bedroom wing and the coils were lightly tarnished (**Photograph 6**).

- We opened and inspected the ground wire located behind an electrical power outlet in the hallway bathroom (**Photograph 7**) and the ground wire was blackened. The brass stop valves and copper water supply lines in the hallway bathroom were lightly tarnished (**Photograph 8**).

- The copper ground wire behind the light switch in the son's bedroom was lightly tarnished. **(Photograph 9)** and the copper ground wire behind an electrical outlet in the master bathroom was blackened **(Photograph 10)**.

- The water heater supply lines were made of plastic.

- The electrical panel was located in the bedroom wing **(Photograph 11)** and removal of the panel cover revealed blackened copper ground wires **(Photograph 12)**.

- Drywall bulk samples were collected from the son's bedroom closet and the utility room. No logos, markings, or colored bans were found on the backside of the drywall samples or observed on the interior of the wall cavities.

**Sample Collection Methodology**

A wipe sample was collected from the copper coils in the air-handler closet located in the bedroom wing. The wipe sample was individually sealed in double plastic bags and was processed for laboratory testing. A 12h by 12 inch bulk sample of drywall was taken from the son's bedroom closet and the laundry room. The samples were individually sealed in double plastic bags. Two bulk samples were processed for laboratory testing and two were retained. Air sampling of the subject residence was not conducted.

## Laboratory Results

1. *Element Analysis by XRF.* The results of the analysis are presented in **Table 1**.

### Table 1: Element Composition (%)

Sample 5101 B-1 Closet son's bedroom

LOD = Limit of Detection

Table 1. Elemental analysis of the sample derived by XRF.

| Element | 5101 B-1 | Reference 1 | Reference 2 | Reference 3 | LOD (wt%) |
|---------|----------|-------------|-------------|-------------|-----------|
| | Concentration (wt%) | | | | |
| Calcium (Ca) | 21.83 | 23.0 | 23.3 | 23.2 | 0.0070 |
| Sulfur (S) | 11.38 | 18.4 | 18.5 | 18.5 | 0.0140 |
| Silicon (Si) | 2.05 | 0.264 | 0.909 | 0.113 | 0.0037 |
| **Magnesium (Mg)** | **0.437** | <LOD | <LOD | <LOD | 0.0095 |
| Aluminum (Al) | 0.695 | 0.120 | 0.0387 | 0.0504 | 0.0031 |
| **Iron (Fe)** | **0.547** | 0.0743 | 0.0791 | 0.0462 | 0.0022 |
| **Strontium (Sr)** | **0.4973** | 0.0718 | 0.0174 | 0.0203 | 0.0013 |
| Potassium (K) | 0.352 | 0.0628 | 0.0131 | 0.0237 | 0.0038 |
| Phosphorus (P) | <LOD | <LOD | 0.0146 | <LOD | 0.0077 |
| Copper (Cu) | <LOD | 0.0096 | <LOD | 0.0089 | 0.0017 |
| Chlorine (Cl) | <LOD | <LOD | <LOD | <LOD | 0.0018 |
| Titanium (Ti) | 0.048 | 0.0084 | <LOD | <LOD | 0.0043 |
| Chromium (Cr) | <LOD | 0.0072 | <LOD | 0.0063 | 0.0027 |
| Manganese (Mn) | 0.01 | <LOD | <LOD | <LOD | 0.0039 |
| Zirconium (Zr) | 0.012 | <LOD | <LOD | <LOD | 0.0015 |
| Carbon+ hydrogen + oxygen | Balance | Balance | Balance | Balance | N/A |
| CaSO₄.2H₂O (gypsum) | 93.8 | 98.8 | 99.5 | 99.5 | N/A |
| Impurities | 6.23 | 1.2 | 0.5 | 0.5 | N/A |

0.1 wt% = 1000 ppm

The most notable differences between the sample and the references are in bold. The drywall sample sent for analysis contained 6.23% impurities, 5.2 times higher than one reference sample and 12.5 times the value of the other reference samples.

Due to concentration of Mg, Al, Fe, and Sr being below the detection limits for the X-ray Diffraction method (XRD), the presence of sulfides by XRD could not be determined.

The sample contains a total strontium concentration of 4,973 ppm. This level is above the HUD/CPSC Chinese Drywall Interim Guidance of 1,200 ppm (document released on

January 28, 2010; the document was updated on August 27, 2010, Revision 1 and the Sr concentration is no longer mentioned).

*2. Mineral Composition by XRD.*

XRD analysis for confirmation of presence of copper sulfides and/or oxides in the wipe sample 5101W-1 was not performed because not enough material was extracted from the wipe sent for analysis.

*3. Components Found in the Wipe Sample by SEM/EDX.*

**Table 2: Mineral Composition of Copper Discoloration**

| Sample Identification | Components | Comments |
|---|---|---|
| 5101 W-1 | [Cu+S]-Based Compounds<br>Copper Oxides | Detected /Presumptive (Cu+S determined by EDX)<br>Detected/Presumptive (Cu+O determined by EDX) |

Sulfur-based particles were detected in the wipe sample 5101W, most likely as copper sulfides.

*4. Analysis for Elemental Spectrum of Particles of the Copper Discoloration using EDX From the Wipe Sample 5101W, Air Handler Unit Coil:*



Figure 1: SEM/ EDX elemental spectrum of particles present in sample "5101W" Wipe Sample collected from air handler coils showing the presence of copper (Cu) and sulfur (S), possibly as copper sulfides. The sample was coated with gold (Au) prior to analysis to minimize electron charging.

5.  *Elemental Sulfur Content of Gypsum Wallboard by Base / Neutral / Acid (BNA) Extraction Analyzed by Gas Chromatography / Mass Spectroscopy (GC/MS).*

Results of the BNA and GC/MS analysis of sample 5101 B-1 indicated that elemental sulfur concentration was less than (2 ppm) and below the CPSC/HUD Chinese Drywall Interim Guidance level of 10 ppm.

6.  *Analysis for Volatile Organic Compounds (VOCs) and Hydrogen Sulfide ($H_2S$) using an Environmental Chamber at the Dixie Services Laboratory.*

The results of the laboratory analysis are presented in **Table C**.

**Table 3:  Off-Gassing from the Dixie Environmental Control Chamber**

| Sample | Gas | Concentration (parts per billion-ppb) | Reference Sample |
|--------|-----|----------------------------------------|------------------|
| 5101-B-1 | Hydrogen sulfide by Jerome®631-X | <1 ppb | < 1 ppb |
| 5101-B-1 | Carbonyl sulfide | <50 ppb | < 50 ppb |
| 5101-B-1 | Hydrogen sulfide | <50 ppb | < 50 ppb |
| 5101-B1 | Carbon disulfide | <50 ppb | < 50 ppb |

A reference sample of painted drywall, obtained from +20 year on-site structure, was also tested with the results shown above.

Analysis of the reference drywall sample testing results indicated that the concentration of hydrogen sulfide (<50 ppb), carbonyl sulfide (<50 ppb), and carbon disulfide (<50 ppb) did not excess of the reference sample.  The sampling protocol utilizing the Jerome® instrument qualitatively confirmed that the suspect drywall did not off-gas hydrogen sulfide (<1 ppb) under elevated moisture conditions.

Both laboratory test results and sample Chain of Custody sheets are also provided in **Section VI, Attachment B.**

## Analysis of Observations and Testing Under CPSC-51

The Camejo residence met the two Step 1 criteria in accordance with the CPSC Guidelines for assessing Problem Drywall, and two of the six Step 2 corroborating conditions. Step 2 corroborating evidence requires that two conditions be met when the drywall was installed between 2005 and 2008.

- The home was finished in 2006.

- Blackened copper electrical wiring, tarnished copper plumbing, and blackened copper air conditioning coils were observed.

- A sulfur-like odor was detected in the home.

- An overall elemental spectrum of particles found on the wipe sample showed the presence of copper (Cu) and sulfur (S), possibly as copper sulfides.

- Laboratory results concluded that the strontium concentration of the bulk drywall sample (4,973 ppm) was above the HUD/CSPC Chinese Interim Guidance of 1200 ppm (document released on January 28, 2010 and updated on August 27, 2010, Revision 1 and the strontium concentration is no longer mentioned).

The conclusions are as follows:

1. A portion of the drywall used in the construction of the Camejo home was reactive and corrosive.

2. The outdoor air and building moisture sources were eliminated as probable sources of gases causing the sulfur-like odor in the residence.

a. There was no evidence of any indoor combustion, such as stove flames, or a report of a fire event in the surrounding area.

b. There was no evidence of significant building moisture sources such as plumbing leaks or roof leaks.

3. The sulfur-like odor in the residence was due to the off-gassing of sulfurous gases from reactive drywall.

4. The blackened copper-based items and other discoloration, and corroding or pitting of metal items, were due to a reaction with sulfurous gases that had been off-gassed from reactive drywall.

**Section V**
**BASIS OF REPORT**

1.  An on-site inspection of the Camejo home was performed by Neil A. Greenspoon, P.E., on August 31, 2014.

2.  Measurements, photographs were taken by Neil A. Greenspoon, P.E., during observations of the Camejo home.

3.  Neil A. Greenspoon, P.E., collected a bulk sample and wipe sample from the Camejo residence and submitted them for laboratory analyses.

4.  Neil A. Greenspoon, P.E., and Philip R. Watters, P.E., reviewed laboratory results received from EMSL Analytical, Inc. and from Dixie Services, Inc.

5.  A review of the Miami-Dade County Property Appraiser's records as retrieved from http://www.miamidade/gov/propertysearce/index.html.

6.  ENVIRON December 22, 2008, memorandum to Florida Department of Health.

7.  American Industrial Hygiene Association, Odor Thresholds for Chemicals with Established Occupational Health Standards 1989.

8.  Handbook of Environmental Data on Organic Chemicals, 2nd Ed., 1983.

9.  Reviewed a memorandum released by ENVIRON Corporation, detailing a briefing presented to Florida Department of Health personnel and other interested parties on October 2, 2008.

10. Center for Toxicology & Environmental Health, L.L.C., Summary of Air Sampling Results. November 29, 2006.

11. Toxicological Profile for Carbon Disulfide, pp. 136-137.   USDHHS – ATSDR, Atlanta, GA. 1996.

12. Chemical Summary for Carbonyl Sulfide.   Environmental Protection Agency, Washington, DC.  1994.

13. Toxicological Profile for Hydrogen Sulfide, p. 124.  USDHHS – ATSDR, Atlanta, GA. 2006.

14. Interim Guidance—Identification of Homes with Corrosion from Problem Drywall. U.S. Consumer Product Safety Commission and Department of Housing and Urban Development.  January 28, 2010.

15. CPSC Staff Preliminary Evaluation of Drywall Chamber Test Results Reactive Sulfur Gases.  March, 2010.

16. Interim Remediation Guidance for Homes with Corrosion from Problem Drywall. U.S. Consumer Product Safety Commission and Department of Housing and Urban Development.  April 2, 2010.

17. Remediation Guidance for Homes with Corrosion from Problem Drywall as of September 15, 2011 by the U.S. Consumer Product Safety Commission and the U.S. Department of Housing and Urban Development.

18. Drywall markings U_S_ District Court - Eastern District of Louisiana.mht.

19. Assessment and Remediation of Corrosive Drywall, American Industrial Hygiene Association. October 30, 2013.

# Section VI
# ATTACHMENTS

A. Photographs

B. Laboratory Test Results and Sample Chain of Custody

C. CVs

Section VI

## ATTACHMENT A

# Photographs

Photographs taken during our site visit that were not included in this report were retained in our files and are available to you upon request.

September 10, 2014
RCG File No. 41415101

**Photograph 1**
The front of the Camejo residence faced north.



**Photograph 2**
The walls and ceilings throughout the house were covered with drywall.



**Photograph 3**
There was an air handler in the bedroom wing of the house.



**Photograph 4**
The coils were very dark-colored.



**Photograph 5**
A wipe sample was collected from the air handler coils.



**Photograph 6**
There was a similar air handler in the kitchen wing and the coils were lightly tarnished.



**Photograph 7**
The ground wire to the electrical receptacle in the hallway bathroom was blackened.



**Photograph 8**
The brass stop valves and copper water supply lines in the hallway bathroom were lightly tarnished.



**Photograph 9**
The copper ground wire in the son's bedroom was lightly tarnished.



**Photograph 10**
The copper ground wire in the master bathroom was blackened.



**Photograph 11**
The electrical panel was located in the bedroom wing.



**Photograph 12**
The copper ground wires in the panel were blackened.



**Section VI**

**ATTACHMENT B**

# Laboratory Test Results and Sample Chain of Custody



# DIXIE SERVICES INCORPORATED

POST OFFICE BOX 451      GALENA PARK, TEXAS 77547      VOICE 713 672 1619
1706 FIRST STREET      www.dixieservices.com      FACSIMILE 713 672 1634

## CERTIFICATE OF ANALYSIS

Number: 147285

Client: Rimkus Consulting Group, Inc.
        560 SW 12th Street
        Deerfield Beach, Florida 33442

Date: September 5, 2014

Attention: Neil A. Greenspoon

Sample: Drywall (CDX), submitted 5 Aug 14
        Marks: Camejo, Job 41415101
        Date: 1 Aug 14
        Seal/Sample No. 5101-B-1
        Drywall reference originating 18 Aug 09; Sampled 2 Sep 14
        Origin: 1614 First Street, Galena Park, TX; aged +20 years

| | | | 5101-B-1 | Reference |
|---|---|---|---|---|
| | | Conditioning: | 72 Hrs | 72 Hrs |
| P 483 | Hydrogen sulfide, Jerome® 631-X, ppm | | < 0.001 | < 0.001 |
| P 480 | Sulfur compounds, GC-SCD, v-ppm | | | |
| | Carbonyl sulfide | | < 0.05 | < 0.05 |
| | Hydrogen sulfide | | < 0.05 | < 0.05 |
| | Carbon disulfide | | < 0.05 | < 0.05 |

Dixie Services Incorporated,

Zachary Holland

ZBH/cb

Email: nagreens@rimkus.com

The information contained herein is based on laboratory observations and tests performed on samples submitted and identified by the above-named client (which may be any company, organization or individual) and conducted in accordance with methodology which may be specified by the client. No representations or warranties either expressed or implied, of merchantability, fitness for any particular use, or of any other nature are made hereunder with respect to the information herein provided. Dixie Services disclaims any and all liability for damage or injury which results from the use of the information contained herein, and nothing contained herein shall constitute a guarantee, warranty or representation by Dixie Services with respect to the accuracy of the information, the sample, products or items described, or their suitability for use for any specific purpose. This document is intended for the sole use of the client and may not be reproduced except in full without the written approval of Dixie Services.



**EMSL Analytical, Inc. 200 Route 130 North, Cinnaminson, NJ 08077**

---

| Order ID:  281401007 |
| --- |

| Attn: | Neil Greenspoon | Customer ID: | RCGI62 |
| --- | --- | --- | --- |
| | Rimkus Consulting Group, Inc. | Customer PO: | |
| | 560 SW 12ᵗʰ Avenue | Date Received: | 8/6/14 |
| | Deerfield Beach, FL 33442 | | |
| Phone: | | EMSL Order: | 281401007 |
| Project: | Camejo | EMSL Project ID: | |
| Report Date: | 8/18/14 | Date Analyzed: | 8/14/14 |

## Test Report – Elemental Sulfur Content of Gypsum Wallboard by Base / Neutral / Acid (BNA) Extraction Analyzed by Gas Chromatography / Electron Capture Detection (GC/ECD)

| EMSL Order # | Customer Sample # | Sulfur Conc. (ppm) |
| --- | --- | --- |
| 281401007-0001 | 5101 B-1 Bulk Sample-closet sons bedroom | <2.0 |
| | | |
| | | |

*Notes:*
1. Samples were received in acceptable condition unless otherwise noted.
2. These results relate only to the samples tested.
3. The CPSC/HUD Chinese Drywall Interim Guidance is 10 ppm.  Please consult this guidance.
4. Samples will be retained for an additional two weeks unless otherwise directed.

### Experimental

Approximately 2.5 gram samples were cut from the center of the sample, pulverized, and weighed. 5 ml of n-hexane were added, and the sample sonicated for 30 minutes. 1.0 ml of supernatant was then drawn off and placed in an autosampler vial for analysis.  The extract was analyzed by Gas Chromatography with Electron Capture Detection using direct injection.

**SV**
*Analyst*

_____
**Scott VanEtten, CIH- Lab Manager**
**Or other approved signatory**

*Page 1 of 1*



**EMSL Analytical, Inc.**

200 Route 130 North, Cinnaminson, NJ 08077
Phone: (856) 858-4800

*Attn.:*   *Neil Greenspoon*
**Rimkus Consulting Group**
560 SW 12th Ave
Deerfield Beach, FL 33442

Phone:   954-612-7051      Fax:

EMSL Case No.:   361401533
Sample(s) Received:   8/6/2014
Date of Reporting:   8/20/2014
Date Printed:   8/20/2014
Reported By:   D. D'Ulisse
email:   nagreens@rimkus.com

## - Laboratory Report -
## X-ray Fluorescence Analysis – Drywall Bulk
## (suspected corrosion products due to sulfur-containing gases)
## Project: Camejo

*Conclusions:*

- The drywall sample "5101 B-1" contains 6.23 wt% impurities and a strontium concentration of 4973 ppm which is above the HUD/CPSC Chinese Drywall Interim Guidance of 1200 ppm (document released on January 28, 2010; the document was updated on August 27, 2010, Revision 1 and the Sr concentration is no longer mentioned).
- [Copper + sulfur]-based compounds were detected in sample "5101 W-1".

*Procurement of Samples and Analytical Overview:*

The material for analysis arrived at EMSL Analytical (Cinnaminson, NJ) on August 6, 2014. The package arrived in satisfactory condition with no evidence of damage to the contents. The purpose of the analysis is to determine the identification of the individual components. The data reported herein has been obtained using the following equipment and methodologies.

Methods & Equipment:      X Ray Fluorescence (XRF)
                          Scanning Electron Microscopy/Energy Dispersive X-ray Spectroscopy (SEM/EDX)

Analyzed by:          *Dana D'Ulisse*                          August 20, 2014
                      *Dana D'Ulisse*                          _____
                      *Materials Analyst*                      *Date*

Reviewed/Approved:    *Eugenia Mirica*                         August 20, 2014
                      *Eugenia Mirica, Ph.D.*                  _____
                      *Laboratory Manager*                     *Date*



### EMSL Analytical, Inc.

200 Route 130 North, Cinnaminson, NJ 08077
Phone: (856) 858-4800

*Attn.:*    *Neil Greenspoon*
**Rimkus Consulting Group**
560 SW 12ᵗʰ Ave
Deerfield Beach, FL 33442

Phone:    954-612-7051          Fax:

EMSL Case No.:    361401533
Sample(s) Received:    8/6/2014
Date of Reporting:    8/20/2014
Date Printed:    8/20/2014
Reported By:    D. D'Ulisse
email:    nagreens@rimkus.com

*Results:*

Table 1. Elemental analysis of the sample derived by XRF.

| Element | 5101 B-1 | Reference 1 | Reference 2 | Reference 3 | LOD (wt%) |
|---|---|---|---|---|---|
| | **Concentration (wt%)** | | | | |
| Calcium (Ca) | 21.83 | 23.0 | 23.3 | 23.2 | 0.0070 |
| Sulfur (S) | 11.38 | 18.4 | 18.5 | 18.5 | 0.0140 |
| Silicon (Si) | 2.05 | 0.264 | 0.909 | 0.113 | 0.0037 |
| **Magnesium (Mg)** | **0.437** | **<LOD** | **<LOD** | **<LOD** | **0.0095** |
| Aluminum (Al) | 0.695 | 0.120 | 0.0387 | 0.0504 | 0.0031 |
| **Iron (Fe)** | **0.547** | **0.0743** | **0.0791** | **0.0462** | **0.0022** |
| **Strontium (Sr)** | **0.4973** | **0.0718** | **0.0174** | **0.0203** | **0.0013** |
| Potassium (K) | 0.352 | 0.0628 | 0.0131 | 0.0237 | 0.0038 |
| Phosphorus (P) | <LOD | <LOD | 0.0146 | <LOD | 0.0077 |
| Copper (Cu) | <LOD | 0.0096 | <LOD | 0.0089 | 0.0017 |
| Chlorine (Cl) | <LOD | <LOD | <LOD | <LOD | 0.0018 |
| Titanium (Ti) | 0.048 | 0.0084 | <LOD | <LOD | 0.0043 |
| Chromium (Cr) | <LOD | 0.0072 | <LOD | 0.0063 | 0.0027 |
| Manganese (Mn) | 0.01 | <LOD | <LOD | <LOD | 0.0039 |
| Zirconium (Zr) | 0.012 | <LOD | <LOD | <LOD | 0.0015 |
| Carbon+ hydrogen + oxygen | Balance | Balance | Balance | Balance | N/A |
| $CaSO_4.2H_2O$ (gypsum) | 93.8 | 98.8 | 99.5 | 99.5 | N/A |
| **Impurities** | **6.23** | **1.2** | **0.5** | **0.5** | **N/A** |

0.1 wt% = 1000 ppm

The most notable differences between the sample and the references are in bold. Due to concentration of Mg, Al, Fe and Sr being below the detection limits for the X-ray Diffraction method (XRD), the presence of sulfides by XRD could not be determined.

The sample contains a total strontium concentration of 4973 ppm. This level is above the HUD/CPSC Chinese Drywall Interim Guidance of 1200 ppm (document released on January 28, 2010; the document was updated on August 27, 2010, Revision 1 and the Sr concentration is no longer mentioned).



**EMSL Analytical, Inc.**

200 Route 130 North, Cinnaminson, NJ 08077
Phone: (856) 858-4800

*Attn.:*   *Neil Greenspoon*
**Rimkus Consulting Group**
560 SW 12th Ave
Deerfield Beach, FL 33442

Phone:   954-612-7051        Fax:

EMSL Case No.:   361401533
Sample(s) Received:   8/6/2014
Date of Reporting:   8/20/2014
Date Printed:   8/20/2014
Reported By:   D. D'Ulisse
email:   nagreens@rimkus.com

Table 2. Components found in the sample by SEM/EDX

| Sample Identification | Components | Comments |
|---|---|---|
| 5101 W-1 | [Cu+S]-Based Compounds | Detected /Presumptive (Cu+S determined by EDX) |
| | Copper Oxides | Detected/Presumptive (Cu+O determined by EDX) |



**EMSL Analytical, Inc.**

200 Route 130 North, Cinnaminson, NJ 08077
Phone: (856) 858-4800

*Attn.:*    *Neil Greenspoon*
**Rimkus Consulting Group**
560 SW 12ᵗʰ Ave
Deerfield Beach, FL 33442

Phone:    954-612-7051       Fax:

EMSL Case No.:    361401533
Sample(s) Received:   8/6/2014
Date of Reporting:   8/20/2014
Date Printed:   8/20/2014
Reported By:   D. D'Ulisse
email:   nagreens@rimkus.com

Figure 1: SEM/ EDX elemental spectrum of particles present in sample "5101 W-1" showing the presence of copper (Cu) and sulfur (S), possibly as copper sulfides. The sample was coated with gold (Au) prior to analysis to minimize electron charging.



### EMSL Analytical, Inc.

200 Route 130 North, Cinnaminson, NJ 08077
Phone: (856) 858-4800

*Attn.:*   Neil Greenspoon
**Rimkus Consulting Group**
560 SW 12th Ave
Deerfield Beach, FL 33442

Phone:   954-612-7051          Fax:

EMSL Case No.:   361401533
Sample(s) Received:   8/6/2014
Date of Reporting:   8/20/2014
Date Printed:   8/20/2014
Reported By:   D. D'Ulisse
email:   nagreens@rimkus.com

---

*Descriptions & Definitions:*

None Detected (ND) denotes the absence of analyte in the subsample analyzed. Trace levels of the analyte may be present in the sample below the limit of detection (LOD).

Limit of Detection (LOD): The minimum concentration that can be theoretically achieved for a given analytical procedure in the absence of matrix or sample processing effects. Particle analysis is limited to a single occurrence of an analyte particle in the sub-sample analyzed.

Limit of Quantitation (LOQ): The minimum concentration of an analyte that can be measured within specified limits of precision and accuracy during routine laboratory operating conditions

---

*Important Terms, Conditions, and Limitations:*

Sample Retention: Samples analyzed by EMSL will be retained for 60 days after analysis date. Storage beyond this period is available for a fee with written request prior to the initial 30 day period. Samples containing hazardous/toxic substances which require special handling may be returned to the client immediately. EMSL reserves the right to charge a sample disposal or return shipping fee.

Change Orders and Cancellation: All changes in the scope of work or turnaround time requested by the client after sample acceptance must be made in writing and confirmed in writing by EMSL. If requested changes result in a change in cost the client must accept payment responsibility. In the event work is cancelled by a client, EMSL will complete work in progress and invoice for work completed to the point of cancellation notice. EMSL is not responsible for holding times that are exceeded due to such changes.

Warranty: EMSL warrants to its clients that all services provided hereunder shall be performed in accordance with established and recognized analytical testing procedures and with reasonable care in accordance with applicable federal, state and local laws. The foregoing express warranty is exclusive and is given in lieu of all other warranties, expressed or implied. EMSL disclaims any other warranties, express or implied, including a warranty of fitness for particular purpose and warranty of merchantability.

Limits of Liability: In no event shall EMSL be liable for indirect, special, consequential, or incidental damages, including, but not limited to, damages for loss of profit or goodwill regardless of the negligence (either sole or concurrent) of EMSL and whether EMSL has been informed of the possibility of such damages, arising out of or in connection with EMSL's services thereunder or the delivery, use, reliance upon or interpretation of test results by client or any third party. We accept no legal responsibility for the purposes for which the client uses the test results. EMSL will not be held responsible for the improper selection of sampling devices even if we supply the device to the user. The user of the sampling device has the sole responsibility to select the proper sampler and sampling conditions to insure that a valid sample is taken for analysis. Any resampling performed will be at the sole discretion of EMSL, the cost of which shall be limited to the reasonable value of the original sample delivery group (SDG) samples. In no event shall EMSL be liable to a client or any third party, whether based upon theories of tort, contract or any other legal or equitable theory, in excess of the amount paid to EMSL by client thereunder.

The data and other information contained in this report, as well as any accompanying documents, represent only the samples analyzed. They are reported upon the condition that they are not to be reproduced wholly or in part for advertising or other purposes without the written approval from the laboratory.

**EMSL Analytical, Inc.**
200 Route 130 North, Cinnaminson, NJ 08077
Phone: (856) 303-2500   Fax: (856) 858-4571   Email: EnvChemistry2@emsl.com

Attn:   **Neil Greenspoon**                                                                8/19/2014
        **Rimkus Consulting Group, Inc.**
        **:50 SW 12th Ave**
        **Deerfield Beach, FL 33442**

        Phone:   (954) 612-7051
        Fax:     (954) 428-1849

The following analytical report covers the analysis performed on samples submitted to EMSL Analytical, Inc. on 8/7/2014. The results are tabulated on the attached data pages for the following client designated project:

        **Camejo**

The reference number for these samples is EMSL Order #011404170.  Please use this reference when calling about these samples.  If you have any questions, please do not hesitate to contact me at (856) 303-2500.

Reviewed and Approved By:

*Julie Smith*

Julie Smith - Laboratory Director



The test results contained within this report meet the requirements of NELAP and/or the specific certification program that is applicable, unless otherwise noted.
NELAP Certifications: NJ 03036, NY 10872, PA 68-00367

e samples associated with this report were received in good condition unless otherwise noted. This report relates only to those items tested as received by the laboratory. The QC data associated with the sample results meet the recovery and precision requirements established by the NELAP, unless specifically indicated. All results for soil samples are reported on a dry weight basis, unless otherwise noted. This report may not be reproduced except in full and without written approval by EMSL Analytical, Inc.

**EMSL Analytical, Inc.**
200 Route 130 North, Cinnaminson, NJ 08077
Phone/Fax:    (856) 303-2500 / (856) 858-4571
http://www.EMSL.com          EnvChemistry2@emsl.com

| | |
|---|---|
| EMSL Order: | 011404170 |
| CustomerID: | RCGI62 |
| CustomerPO: | 41415101 |
| ProjectID: | |

Attn:  **Neil Greenspoon**
**Rimkus Consulting Group, Inc.**
**560 SW 12th Ave**
**Deerfield Beach, FL 33442**

Phone:      (954) 612-7051
Fax:         (954) 428-1849
Received:   08/07/14 9:30 AM

Project:   **Camejo**

## Analytical Results

| Client Sample Description | 5101 B-1 | | Collected: | 7/31/2014 | Lab ID: | 0001 |
|---|---|---|---|---|---|---|
| | Bulk Sample - closet sons bedroom | | | | | |

| Method | Parameter | Result | RL | Units | Prep Date | Analyst | Analysis Date | Analyst |
|---|---|---|---|---|---|---|---|---|
| 3050B/6010C | Strontium | 5100 | 50 | ppm | 8/11/2014 | JO | 8/15/2014 | |

**Definitions:**
ND - indicates that the analyte was not detected at the reporting limit
RL - Reporting Limit

ChemSmplw/RDL/NELAC-7.21.0  Printed: 8/19/2014 1:28:34 PM

**Section VI**
**ATTACHMENT C**

# CVs



## NEIL ALLEN GREENSPOON, P.E.
## PROPERTY DIVISION MANAGER, EASTERN REGION

Mr. Greenspoon is a 1971 civil engineering graduate and a 1972 environmental engineering graduate of The University of Cincinnati, with extensive experience in the residential and commercial building industry.  His experience and industry knowledge covers over 30 years in areas of planning, design, engineering, project and construction management, structural design, structural condition assessments, failure analysis and damage repair, scheduling, cost estimating and budget control, implementing quality and control procedures, contract management, plan and cost reviews.

Mr. Greenspoon's areas of expertise include the planning, design, cost estimation and construction management of new residential and commercial projects as well as the re-vamping and renovation of existing residential and commercial buildings. He has examined buildings for deficiencies in design, construction, and materials.  He has inspected buildings and structures, to evaluate the condition of the building or structure, and produce building condition reports assessing the condition of the building or structure and recommended or required repairs.  Mr. Greenspoon has provided construction reports that evaluate the quality and progress of construction pursuant to funding distribution, and reviewed plans and estimated costs to ascertain the adequacy of the proposed budget.


## EDUCATION AND PROFESSIONAL ASSOCIATIONS

M.S. Environmental Engineering – University of Cincinnati
B.S. Civil Engineering – University of Cincinnati
Professional Engineer (P.E.) licensed in Ohio, Michigan, Florida, New York, New Jersey, Massachusetts, and Connecticut
Certified Level 1 Thermographer


## EMPLOYMENT HISTORY

| | |
|---|---|
| 2009 - Present | Rimkus Consulting Group, Inc. |
| 2005 – 2009 | CBP Services Corporation |
| 2007 – 2009 | YHCE Consulting Engineers |
| 2004 – 2005 | CDI Construction Co., Inc. |
| 1982 – 2004 | Greenspoon Construction and Improvement Co. Inc. |
| 1977 – 1982 | Kripke – Tuschman  Industries |
| 1972 – 1977 | Jones and Henry Engineers |



**RIMKUS**
CONSULTING GROUP, INC.

## PHILIP R. WATTERS, M.B.A., P.E., LEED℗ AP
### ENIOR VICE PRESIDENT

Mr. Watters is a 1969 engineering graduate of Michigan Technological University and a 1972 graduate of the University of Houston Business School. His professional experience has been in the petrochemicals, refining, oil and gas exploration, and natural gas processing industries as wel as the engineering and management consulting profession. He is knowledgeable in environmental assessments, indoor air quality and industrial hygiene investigations, economics, market research, supply/demand and price forecasting, process and mechanical engineering design, process economics and optimization, and technology evaluations. He has owned and managed engineering and management consulting firms. He has prepared and delivered numerous papers on environmental remediation, chemical exposure, mold, hydraulic fracturing and Chinese drywall as well as expert reports and depositions during litigation proceedings. In addition, Mr. Watters is a LEED℗ Accredited Professional, which demonstrates knowledge and understanding of the "green building" certification process for building design, materials, construction, operation, and indoor air quality issues by the US Green Building Council.

Mr. Watters' principal areas of expertise include environmental remediation cost analysis, indoor air quality evaluations, business interruption and economic evaluations, process technology audits, manufacturing cost analysis, process design, project evaluations, product contract negotiations, and acquisition studies. Mr. Watters has performed investigations of pipeline economic losses, industrial accidents, fires, explosions, wrongful death economic losses, toxic/hazardous waste evaluations, including determination of cause, origin, extent, and severity of environmental contamination, product contamination assessments, subrogation evaluations, and product liability determinations.

## EDUCATION AND PROFESSIONAL ASSOCIATIONS

M.B.A. - University of Houston
B.S. - Chemical Engineering - Michigan Technological University
Registered Professional Engineer - Texas
Completed 40-Hour OSHA Hazardous Waste Operations and Emergency Response Course
Licensed Mold Assessment Consultant (Texas License No. MAC0180)
Leadership in Energy and Environmental Design Accredited Professional (LEED℗ AP) - USGBC
Member: American Institute of Chemical Engineers
Commercial Development and Marketing Association
National Groundwater Association
Southwest Chemical Association

## EMPLOYMENT HISTORY

| 1989 - Present | Rimkus Consulting Group, Inc. |
| 1986 - 1989 | Resource Planning Consultants, a Bonner & Moore Company |
| 1981 - 1986 | Resource Planning Consultants, Inc. |
| 1975 - 1981 | Pace Consultants, Inc. |
| 1973 - 1975 | Advanced Management Systems, Inc. |
| 1969 - 1973 | Exxon Chemical Company |