# Property Screening Report

## 16850 SW 164 Street, Miami, FL  33187

Screening Date:

11-21-14

Prepared for:

Leon A. Brunet, P.A.

Report Number:

FL01-0377

CDS Inspector:

Howard Ehrsam



Inspections and documentation from leading experts



Inspections and documentation from leading experts

January 10, 2015

Leon A. Brunet, P.A.
150 Alhambra Circle, Ste. #950
Coral Gables, FL  33134

RE:          Chinese Drywall Screening Report:  FL01-0377
Property Address:  16850 SW 164 Street, Miami, FL

Dear Mr. Brunet,

At your request, an investigation of the above referenced property was performed on **November 21, 2014**. Chinese Drywall Screening, LLC (CDS) is providing the summary below for your use. This is a professional opinion based on a visual inspection of the accessible materials and not an exhaustive technical evaluation.

Based on our visual observations of blackened A/C coils and electrical wires coupled with known affects from reactive drywall, CDS is of the opinion that reactive drywall is present in the above referenced property.  The distinctive odor associated with corrosive drywall was noticed during the inspection.  Drywall markings or edge tape discovered are:

| No. | Drywall Mfg | Markings on Drywall | Location in home |
|-----|-------------|---------------------|------------------|
| TBD | Taishan | White Edge Tape | See Summary |

Another type of an unknown drywall, with strontium levels of approximately 4,900 ppm, was also observed. This type had no identifiable markings or edge tape and was observed in several areas throughout the property; please refer to the Drywall Summary for additional information.

Please feel free to contact us should you have any questions regarding our findings or if we may be of further assistance to you.

Sincerely,

Howard Ehrsam, P.E., LEED AP
CGC 1509717
on behalf of Chinese Drywall Screening, LLC
Enclosures: Report with Photo Exhibit



# Overview

## Overview of Subject Property



**Client:** Leon A. Brunet, P.A.

**Address:** 16850 SW 164 Street
Miami, FL 33187

**Subdivision:** Miami

**Builder:** Unknown

**Model:** n/a

**Size:** Total 3,246 sf

**Exterior wall types:** CBS - Concrete Block exterior

**Completion date:** 2006



# Scope of Screening

## Scope of Services

### Phase I and Phase II – Visual and Product ID

Chinese Drywall Screening, LLC (CDS) conducted a visual investigation of the various elements within the property for the presence of reactive drywall.

Investigative services typically include, but are not limited to:
- Verification of a sulfur attack on various components of the property
- Visual inspection of the drywall markings in respective areas of the sulfur attack
- Documentation of findings
- Samples of reactive drywall prepared for future laboratory analysis

CDS provided the above investigation in multiple areas throughout the home. However, we cannot guarantee all types of reactive drywall within the subject property were identified.

The inspection required removal of various sections of drywall to be utilized as visual access points.  These access points were sealed upon completion.  For each unique variety of drywall discovered, at least one sample piece of drywall was preserved for future lab testing to be held by the homeowner.

The corroded elements along with any discovered drywall markings were documented during the inspection.  Observations were recorded and photographed.   Refer to the report and photograph exhibit(s) for details.

The following engineering report is utilized as a reference in regards to the sulfur attack on copper: Unified Engineering Report File 4050 dated March 17, 2009. Unified Engineering, Inc; 3056 Weber Drive, Aurora, IL 60502.



# Summary Narrative

## Observations and Conclusions

### Observations

Blackening or "black deposits" (determined to be copper sulfide) as defined by Unified Engineering File No. 4050 associated with reactive drywall were observed on the AC evaporator coils and on the external refrigerant line of the unit serving the bedroom areas. The main unit that serves the areas other than the bedroom area only had some slight darkening. Blackening was observed on the ground wires of inspected receptacles and switches in the areas of the home where Chinese drywall was observed with strontium levels less than 4,000 ppm. White edge tape for Taishan drywall was observed on the south and north walls of the Master Bedroom, northwest wall of the Guest Bedroom and east wall of the Guest Bath. Another type of drywall with strontium levels at approximately 4,900 ppm was observed in several other areas within the property; refer to the Drywall Summary for additional information. A familiar odor associated with reactive Chinese drywall was noticed in the northwest Guest Bedroom and Master Bedroom.

### Conclusions

Based on our visual observations, experience and current state of knowledge in the industry, Chinese Drywall Screening, LLC is of the opinion that corrosive drywall **is** present in the subject property. Taishan drywall is present within the property based on matching white edge tape and other characteristics. Areas confirmed were the northwest Guest Bedroom, Master Bedroom and Guest Bathroom.

It is the intent of CDS to inform and empower the Client with enough knowledge to make the best, well informed decision that is in the best interests of the Client. Towards that end, we recommend that you contact an attorney to discuss your legal rights, including potential claims against your builder, along with the installer, supplier and manufacturer of the drywall. In addition, we recommend you to consult with an attorney before you notify your homeowner's insurance.

What you can do today: Three primary items to consider for immediate action are: 1) Mortgage forbearance if applicable, 2) Property tax reduction and 3) Legal representation. Although claims have been closed, we recommend contacting an attorney to explore available options. It is critical to understand the implications with these and we recommend seeking professional consultation for details.

For owners of properties with reactive drywall, it important to understand preservation of evidence when selling or remediating as well as the importance of 3rd party verification of the remediation. More information is available on our website or toll free at 855-CDW-Help.



Exhibit A

# Certification

## Certification of the Inspector

The undersigned do hereby certify that, to the best of our knowledge and belief:

- The statements of fact contained within this report are true and correct.

- The statements of opinions have certain limitations.  It is not feasible and is impossible to confirm 100% of corrosive drywall was either removed or is not present.  There are several conditions that we have seen that could prevent discovery without a more exhaustive investigation.  They include, but are not limited to:

  - Low strontium, corrosive drywall that is domestic and non-homogeneous.

  - Limited amounts of corrosive drywall in inaccessible areas or installed in a way that would seclude it from available receptacles and switches.

  - Limited amounts of high strontium drywall covered with joint compound or heavy textures hindering detection by x-ray fluorescence.

  - Variable amounts of low off-gassing drywall or drywall with corrosive recycled gypsum.

- We have no present or prospective interest in the property that is the subject of this report and we have no personal interest with respect to the parties involved.  We have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

- The information in this report is based on the existing conditions of the structure's materials, documents, and information (written or verbal) supplied by contractor, the owner or their representatives, and our observations during the inspection.

- Our compensation or engagement in this assignment is not contingent upon the development or reporting of a predetermined conclusion that favors the cause of the client, the remediator, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this report.

- Any use of this report by any other parties without our expressed or written consent is prohibited.  Should another individual or entity rely on this analysis or its conclusions without our consent, they shall indemnify Chinese Drywall Screening, LLC, its employees, and service providers from all damages, losses or expenses that may occur as a result of its use.

- Our report is based on information made available to us at this time.  Should additional information become available, we reserve the right to determine the impact, if any, of the new information on our opinions and conclusions and to revise our opinions and conclusions if necessary and warranted by the discovery of additional information.

- The provided services and documentation have been completed to the best of our knowledge and based on current known facts regarding reactive drywall.

Howard Ehrsam, P.E., LEED AP
CGC 1509717
on behalf of Chinese Drywall Screening, LLC



# Drywall and Corrosion Summary by Room

| | Room | Wall | Corrosion? | Floor | Client : **Leon A. Brunet, P.A.**          Date: **11/21/14**<br>**Description (MDL# - Manufacturer - Markings - Location)** |
|---|---|---|---|---|---|
| Master Bed | **MB** | *S* | Y | 1 | No. TBD Taishan; White edge tape observed on south wall |
| | **MB** | *N* | Y | 1 | No. TBD Taishan; White edge tape observed on north wall |
| Middle Guest Bed | **B2** | *NA* | Y | 1 | Moderate corrosion observed on wiring.  Strontium level approximately 4,900 ppm (Rinkus samples from closet) |
| | | | | | |
| NW Guest Bed | **B3** | *S* | Y | 1 | No. TBD Taishan; Strontium level observed are approximately 2,800 ppm.  Drywall has same paper characteristics, gypsum color and odor as Taishan drywall observed in Master Bed |
| | | | | | |
| Hall Bed | **B4** | *E* | NA | 1 | Strontium level observed is approximately 4,900 ppm on east wall |
| | | | | | |
| Guest Bath | | *E* | NA | 1 | No. TBD Taishan; White edge tape observed on east wall |
| | | *NA* | NA | 1 | Strontium level observed is approximately 4,900 ppm |
| Living Rm | **L** | *NA* | NA | 1 | Corrosion observed on north, south & east receptacles/Highest strontium: 1100 ppm |
| | | | | | Strontium level observed is approximately 4,900 ppm |
| Family Rm | **F** | *NA* | NA | 1 | Strontium level observed is approximately 4,900 ppm |
| | | | | | |
| Kitchen | **K** | *NA* | NA | 1 | Strontium level observed is approximately 4,900 ppm |
| | | | | | |
| Pantry | | *NA* | NA | 1 | Strontium level observed is approximately 4,900 ppm (Rinkus sample below switch) |
| | | | | | |

**Checklist of items:**

| ■ **Photos of coils.** | ■ **Photos of plumbing trim.** |
|---|---|
| ☐ **Photos of copper water lines.** | ■ **Photos of furnishings.** |

MB = Master Bed, B1 = Bedroom 1, F = Family Room, L = Living Room, D = Dining Room, Bns = Bonus Room, Fyr = Foyer, H = Hallway, K = Kitchen, Gar = Garage

*  TYPICALLY, MAJOR ROOMS NOT LISTED ABOVE EITHER HAD RESTRICTED ACCESS OR THERE WAS NO EVIDENCE OF SULFUR ATTACK

This is form is for use by Chinese Drywall Screening, LLC only.  Use of this form is only permitted with the expressed written consent of Chinese Drywall  Screening, LLC.  Information contained on this form is proprietary and confidential and shall not be disclosed without the expressed written consent of Chinese Drywall Screening, LLC.  © 2010    Rev. 10/28/10

Chinese Drywall Screening, LLC
501 SE Port St. Lucie Blvd., Ste. 101, Port St Lucie, FL  34984
PH: 772-224-8660 ◊  FX: 772-905-0676
www.chinesedrywallscreening.com



PHOTO EXHIBIT FOR:

16850 SW 164 Street
Miami, FL  33187





**PHOTO EXHIBIT FOR:**

16850 SW 164 Street
Miami, FL  33187












**PHOTO EXHIBIT FOR:**

16850 SW 164 Street
Miami, FL  33187













**PHOTO EXHIBIT FOR:**

16850 SW 164 Street
Miami, FL  33187








**PHOTO EXHIBIT FOR:**

16850 SW 164 Street
Miami, FL 33187

 

 

 



**PHOTO EXHIBIT FOR:**

16850 SW 164 Street
Miami, FL  33187





PHOTO EXHIBIT FOR:

16850 SW 164 Street
Miami, FL  33187





**PHOTO EXHIBIT FOR:**

16850 SW 164 Street
Miami, FL 33187










PHOTO EXHIBIT FOR:

16850 SW 164 Street
Miami, FL  33187





**PHOTO EXHIBIT FOR:**

16850 SW 164 Street
Miami, FL  33187





PHOTO EXHIBIT FOR:

16850 SW 164 Street
Miami, FL 33187












**PHOTO EXHIBIT FOR:**

16850 SW 164 Street
Miami, FL  33187










**PHOTO EXHIBIT FOR:**

16850 SW 164 Street
Miami, FL 33187





PHOTO EXHIBIT FOR:

16850 SW 164 Street
Miami, FL 33187





PHOTO EXHIBIT FOR:

16850 SW 164 Street
Miami, FL  33187





PHOTO EXHIBIT FOR:

16850 SW 164 Street
Miami, FL 33187





PHOTO EXHIBIT FOR:

16850 SW 164 Street
Miami, FL  33187

 

 

 



**PHOTO EXHIBIT FOR:**

16850 SW 164 Street
Miami, FL 33187










PHOTO EXHIBIT FOR:

16850 SW 164 Street
Miami, FL 33187










PHOTO EXHIBIT FOR:

16850 SW 164 Street
Miami, FL  33187








Chinese Drywall Screening, LLC
PH: 772-224-8660 / FX: 772-905-0676
www.chinesedrywallscreening.com



PHOTO EXHIBIT FOR:

16850 SW 164 Street
Miami, FL  33187








Chinese Drywall Screening, LLC
PH: 772-224-8660 / FX: 772-905-0676
www.chinesedrywallscreening.com



PHOTO EXHIBIT FOR:

16850 SW 164 Street
Miami, FL 33187





PHOTO EXHIBIT FOR:

16850 SW 164 Street
Miami, FL  33187

