# CHINESE DRYWALL SETTLEMENT PROGRAM
# REMEDIATION CLAIM FORM
# KNAUF SETTLEMENT ONLY

Any Residential Owner or Commercial Owner seeking Remediation under the Knauf Settlement Agreement for a property that currently contains KPT Chinese Drywall must complete and submit this Remediation Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before October 25, 2013. Remediation refers to the process of having all KPT Chinese Drywall removed from your property and replaced with new drywall. KPT Chinese Drywall is drywall manufactured by Knauf Plasterboard (Tianjin) Co., Ltd or any of its subsidiaries ("Knauf"). Claimants seeking Remediation under the Settlement Program may choose among one of three Remediation Options: (1) Program Contractor Remediation; (2) Self Remediation; or (3) Cash Out Option. A detailed description of each Option may be found in the Definitions section of the Appendix to this Claim Form.

You may be eligible for Remediation if: (1) you registered your claim by the Registration deadline; (2) your property contains drywall manufactured by Knauf; (3) you currently own the property; and (4) the property has not been remediated.

When completing this Remediation Claim Form, refer to the Instructions and Definitions in the Appendix. These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Remediation Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit your Remediation Claim Form online.

If you are unable to complete the Remediation Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| 1. Claimant Name: | Last Name/Business Name: Camejo | First: Eva | M.I. |
|---|---|---|---|
| | Co-Owner Last Name/Business Name: Camejo | Co-Owner First: Luis | M.I. |
| | DBA or Fictitious Name (if applicable): | | |

| 2. Individual Claimant's Social Security Number (SSN) | Eva – 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<br>Luis – 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 | 3. Business Claimant's Employer Identification Number (EIN): | |
|---|---|---|---|

1

| | | |
|---|---|---|
| 4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant? | ☐ Yes<br>☒ No | |
| 5. Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant. | Name: _____<br>SSN: _____-____-_____ | |
| 6. Attorney Information: | ☐ Check here if you are not represented by an attorney and skip to Question 7. If you are represented by an attorney, complete this section.<br>Firm Name: Leon A. Brunet, P.A.<br>Attorney Last Name: Brunet — Attorney First Name: Leon<br>Street: 150 Alhambra Circle, Suite 950<br>City: Coral Gables — State: FL — Zip: 33134<br>Email: lbrunet@brunetlaw.com — Phone Number: 3057740991 | |
| 7. Affected Property Address: | Street: 16850 SW 164 ST<br>City: Miami — State: FL — Zip: 33187 — County/Parish: Miami-Dade | |
| 8. Settlement Agreement under which you are submitting this claim (check all that apply): | ☒ Knauf<br>☐ Banner.<br>☐ InEx.<br>☒ Global.<br>Participating Supplier Name: _____<br>Participating Builder Name: _____<br>Participating Installer Name: _____<br>☐ L&W.<br>☐ Unknown. | |

2

| | |
|---|---|
| | Additional Comments (attached additional pages if necessary):<br>Attached please see our letter to BrownGreer, dated 1/30/15, which describes the circumstances surrounding this claim, including the fact that the Chinese drywall in the home was not discovered until late 2014, which warrants good cause to permit the filing of a late claim. Enclosed as exhibits to the Motion to File Late Claim, and incorporated herein, are three inspection reports, each of which found Chinese drywall, including Taishan, and, on information and belief, Knauf drywall. Additionally, the exhibits to the Motion and in support of this claim include the warranty deed, evidencing the claimants' ownership of the property, residential sale documents showing that the claimants lost the contract for the sale of their house (for $560,000) due to the discovery of Chinese drywall, the purchase agreement for the trailer in which the claimants are currently residing due to the presence of Chinese drywall in the home and resulting medical issues, and the claimants' medical records, demonstrating the claimants' allergies and respiratory issues due to the presence of Chinese drywall. |
| 9. Lawsuit: | Jurisdiction: _____N/A_____<br><br>Case/Docket Number: _____N/A_____<br><br>Date Filed: ___/___/___<br>(month/day/year) |
| 10. Drywall Manufacturer: | ☐ Knauf<br>  ☐ I am a member of the Knauf Settlement Class<br>  ☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class<br>☒ Mixed (Knauf and other)<br>☒ Non-Knauf<br>☒ Unknown |
| 11. Select the option that best describes your relationship to the Affected Property: | ☒ Residential Owner<br>☐ Commercial/Rental Property Owner<br>☐ Tenant<br>☐ Previous Commercial/Rental Property Owner<br>☐ Previous Residential Owner<br>☐ Repairing Builder/Installer/Assignee<br>☐ Non-Tenant Occupant (e.g. family member)<br>☐ Condominium Association<br>☐ Mortgagee (Bank)<br>☐ Other:_____ |
| 12. Select the option that best describes how you used the Affected Property: | ☒ Primary Residence<br>☐ Rental/Commercial Property<br>☐ Secondary Residence<br>☐ Vacant<br>☐ Other:_____ |
| 13. Has the Affected Property been remediated? | ☐ Yes<br>☒ No |

| | |
|---|---|
| 14. Have you filed an Already Remediated Claim for this Affected Property with Knauf? | ☐ Yes<br>☒ No |
| 15. Date You Acquired the Affected Property: | 11/25/06<br>(Month/Day/Year) |
| 16. Select Your Anticipated Remediation Option: | ☒ Program Contractor Remediation<br>☒ Self Remediation<br>☐ Cash Out |
| 17. Comments and additional information about your claim: | |

4

To Submit this Claim Form online visit https://www3.browngreer.com/drywall

| | |
|---|---|
| | **B. REQUIRED DOCUMENTS** |

Claimants seeking Remediation for Chinese Drywall must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

1. Deed or other document demonstrating the ownership of the Affected Property;
2. Photographs, inspection reports or other documents demonstrating the presence of Knauf Chinese Drywall;
3. Proof of lawsuit filing on or before December 9, 2011;
4. The Chinese Drywall Settlement Program Verification of Claims form; and
5. Any other document that you believe supports your claim.

If you are eligible for remediation through Knauf, you will have three remediation options, each of which require additional documents. Please review the Detailed Instructions for Answering Remediation Claim Form Questions for additional information regarding these options.

| | |
|---|---|
| | **C. SIGNATURE** |

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney: | *Eva Camejo* / *Luis Camejo* | Date: | 3 / 11 / 15 (Month/Day/Year) |
|---|---|---|---|
| **Printed Name:** | First: Eva / Luis     Last: Camejo | M.I. | |

LAW OFFICES OF

# LEON A. BRUNET, P.A.

150 ALHAMBRA CIRCLE
SUITE 950
CORAL GABLES, FLORIDA 33134

Leon A. Brunet^  
Jonathan Rodriguez  
Ryan Mazur >  
Humberto Cancio, Jr. >

Telephone: (305) 774-0991  
Facsimile : (305) 476-8721  
E-mail: lbrunet@brunetlaw.com

^Also Admitted:  
California  
Washington, D.C.

> Of Counsel

January 30, 2015

**VIA E-Mail**  
Lynn Greer  
BrownGreer, PLC  
c/o Chinese Drywall Settlement Administrator  
250 Rocketts Way  
Richmond, Virginia 23231

**Re:** **Chinese Drywall Class Action Settlement (MDL 2047)**
**Our Clients: Eva and Luis Camejo**
**Property: 16850 SW 164th Street, Miami, FL 33187**

Dear Ms. Greer:

I was directed to your office by Russ Herman, Esq., of Herman, Herman & Katz, L.L.C., regarding the above-referenced class action settlement. Our office represents Eva and Luis Camejo, with regard to the use of Chinese drywall in the construction of their residential property, located at 16850 SW 164th Street, Miami, FL 33187.

As background, construction on my client's residence began in 2005 and was completed in 2006 by Freeland Millworks, Inc. The drywall utilized by Freeland Millworks in the construction of the home was purchased from G & G Drywall Enterprise Inc., which is also located in Miami.

In June of 2014, my clients entered into a contract for the sale of their home, and the buyers retained an inspector. Upon conducting the inspection, the inspector found evidence of Chinese drywall. Thereafter, a detailed inspection was performed by Rimkus Consulting Group, Inc in July 2014. The inspection found that the presence of harmful gases and chemicals in the home was 100% due to Chinese drywall used in the construction of the home. Following our office being retained by Mr. and Mrs. Camejo, an additional inspection has been performed. We are in possession of all inspection reports and photographs demonstrating the presence of Chinese drywall.

I understanding that, pursuant to the above-referenced settlement and subsequent agreements, the deadline for submission of claims has passed, except for good cause shown. In my client's case, there clearly exists good cause to permit my clients' late submission of a claim. My clients did not, at any point to date, receive notice of the Chinese drywall class action litigation and/or the possibility that their home was built with Chinese drywall. In addition, as described herein, my clients did not discover the presence of Chinese drywall until late last year.

At your earliest convenience, please let me know when I may call you in order to discuss this matter further and commence the process of submitting a claim on behalf of my clients. I may also be reached by e-mail at lbrunet@brunetlaw.com or by cell at (305) 796-0375.

Thank you in advance for your courtesy and cooperation in this matter.

Very truly yours,

LEON A. BRUNET

LAB/jr
cc.:   Eva and Luis Camejo
       Russ Herman, Esq.