# CHINESE DRYWALL SETTLEMENT PROGRAM
## MDL 2047

## Chinese Drywall Settlement Program
## Pre-Remediation Alternative Living Expenses Affidavit

Pursuant to the Court Approved Settlement Agreement regarding Other Loss Fund Benefits, a Residential Owner filing for alternative living expenses incurred prior to remediation arising from the need to vacate the Affected Property as a result of property damage caused by Chinese Drywall, must submit an affidavit in support of the claim. The Settlement Administrator may consider this Affidavit in making a determination of eligibility, but the submission of this Affidavit does not constitute conclusive proof of the facts stated herein. This Affidavit will not be considered unless it is personally signed by the claimant. To submit this Affidavit, upload it directly to the Chinese Drywall Settlement Portal at https://www3.browngreer.com/drywall. If you intend to use this Affidavit to provide information about multiple properties, attach a list of properties as a separate sheet and upload it directly to the Chinese Drywall Settlement Portal for each Affected Property to which the Affidavit applies. You may also attach additional sheets if you wish to provide additional information about your Affected Property. If you cannot upload this Affidavit to the Chinese Drywall Settlement Portal, email it to CDWQuestions@browngreer.com, or send by U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

### A. Claimant Information

| 1. Name: | Last Name: Eva | First Name: Camejo | Middle Initial: |
|---|---|---|---|
| 2. Chinese Drywall Settlement Program Claimant ID Number: | | | |
| 3. Social Security Number or Individual Taxpayer Identification Number: | SSN or ITIN: 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 | | |
| 4. Affected Property Identification Number (if you know it): | 3059300002450 | | |
| 5. Affected Property Address: | Street: 16850 SW 164 ST | | |
| | City: Miami | State: FL | Zip Code: 33187 |
| 6. I moved out of the home due to damage caused by Chinese Drywall on: | 11/01/14 (Month/Day/Year) | | |
| 7. All documents submitted in support of my claim for Alternative Living Expenses are true, accurate, and complete. | ☒ Yes ☐ No | | |

### B. Certification

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that I have read and reviewed the Chinese Drywall Settlement Program Pre-Remediation Alternative Living Expenses Claim Form, and evidence submitted in support of this claim and certify under penalty of perjury that all information contained therein is true, accurate, and complete to the best of my knowledge. I understand that false statements or claims made in connection with this Affidavit and my claim may result in fines, imprisonment, and/or any other remedy available by law. I certify that I have made a good faith effort to obtain documentary evidence in support of my claim, and that if I obtain documentary evidence after I submit this Affidavit I will provide this evidence to the Settlement Administrator as soon as practicable, but no later than any other relevant deadlines set by the Settlement Administrator.

### C. Signature

| Claimant Signature: | *Eva Camejo* | Date: | 3/11/15 (Month/Day/Year) |
|---|---|---|---|
| Name: | Last Name: Camejo | First Name: Eva | Middle Initial: |

CDW PRALE-AFF
v.1

1

# CHINESE DRYWALL SETTLEMENT PROGRAM
## MDL 2047

## Chinese Drywall Settlement Program
## Pre-Remediation Alternative Living Expenses Affidavit

Pursuant to the Court Approved Settlement Agreement regarding Other Loss Fund Benefits, a Residential Owner filing for alternative living expenses incurred prior to remediation arising from the need to vacate the Affected Property as a result of property damage caused by Chinese Drywall, must submit an affidavit in support of the claim. The Settlement Administrator may consider this Affidavit in making a determination of eligibility, but the submission of this Affidavit does not constitute conclusive proof of the facts stated herein. This Affidavit will not be considered unless it is personally signed by the claimant. To submit this Affidavit, upload it directly to the Chinese Drywall Settlement Portal at https://www3.browngreer.com/drywall. If you intend to use this Affidavit to provide information about multiple properties, attach a list of properties as a separate sheet and upload it directly to the Chinese Drywall Settlement Portal for each Affected Property to which the Affidavit applies. You may also attach additional sheets if you wish to provide additional information about your Affected Property. If you cannot upload this Affidavit to the Chinese Drywall Settlement Portal, email it to CDWQuestions@browngreer.com, or send by U.S. Mail to:
Chinese Drywall Settlement Administrator
P.O. Box 25401
Richmond, Virginia 23260

### A. Claimant Information

| # | Field | Value |
|---|---|---|
| 1. | Name: | Last Name: Luis  First Name: Camejo  Middle Initial: |
| 2. | Chinese Drywall Settlement Program Claimant ID Number: | |
| 3. | Social Security Number or Individual Taxpayer Identification Number: | SSN or ITIN: 595-11-815569 |
| 4. | Affected Property Identification Number (if you know it): | 3059300002450 |
| 5. | Affected Property Address: | Street: 16850 SW 164 ST  City: Miami  State: FL  Zip Code: 33187 |
| 6. | I moved out of the home due to damage caused by Chinese Drywall on: | 11/01/14 (Month/Day/Year) |
| 7. | All documents submitted in support of my claim for Alternative Living Expenses are true, accurate, and complete. | ☒ Yes  ☐ No |

### B. Certification

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that I have read and reviewed the Chinese Drywall Settlement Program Pre-Remediation Alternative Living Expenses Claim Form, and evidence submitted in support of this claim and certify under penalty of perjury that all information contained therein is true, accurate, and complete to the best of my knowledge. I understand that false statements or claims made in connection with this Affidavit and my claim may result in fines, imprisonment, and/or any other remedy available by law. I certify that I have made a good faith effort to obtain documentary evidence in support of my claim, and that if I obtain documentary evidence after I submit this Affidavit I will provide this evidence to the Settlement Administrator as soon as practicable, but no later than any other relevant deadlines set by the Settlement Administrator.

### C. Signature

Claimant Signature: *Luis Camejo*  Date: 3/11/15 (Month/Day/Year)

Name: Last Name: Camejo  First Name: Luis  Middle Initial:

CDW PRALE-AFF
v.1

1