06/11/2014  18:05   3052550568          CAMEJO                        PAGE  01

# "AS IS" Residential Contract For Sale And Purchase
THIS FORM HAS BEEN APPROVED BY THE FLORIDA REALTORS AND THE FLORIDA BAR

Realtors

PARTIES: _____ Owner Of Record _____ ("Seller")
are _____ Sergio Sigler & Anaisley Aguila _____ ("Buyer")
agree that Seller shall sell and Buyer shall buy the following described Real Property and Personal Property
(collectively "Property") pursuant to the terms and conditions of this AS IS Residential Contract For Sale And Purchase and
any riders and addenda ("Contract"):
1.  PROPERTY DESCRIPTION:
    (a) Street address, city, zip _____ 18850 SW 104 ST Miami, FL 33187 _____
    (b) Property is located in _____ Miami dade _____ County, Florida. Real Property Tax ID No.: _____ 30-59-30-000-2450 _____
    (c) Real Property: The legal description is _____

        together with all existing improvements and fixtures, including built-in appliances, built-in furnishings and attached
        wall-to-wall carpeting and flooring ("Real Property") unless specifically excluded in Paragraph 1(e) or by other terms
        of this Contract.
    (d) Personal Property: Unless excluded in Paragraph 1(e) or by other terms of this Contract, the following items which
        are owned by Seller and existing on the Property as of the date of the initial offer are included in the purchase:
        range(s)/oven(s), refrigerator(s), dishwasher(s), disposal, ceiling fan(s), intercom, light fixture(s), drapery rods and
        draperies, blinds, window treatments, smoke detector(s), garage door opener(s), security gate and other access
        devices, and storm shutters/panels ("Personal Property").
        Other Personal Property items included in this purchase are: _____

        Personal Property is included in the Purchase Price, has no contributory value, and shall be left for the Buyer.
    (e) The following items are excluded from the purchase: _____

                              PURCHASE PRICE AND CLOSING                                560,000

2.  PURCHASE PRICE (U.S. currency): .......................................... $  ~~325,000.00~~
    (a) Initial deposit to be held in escrow in the amount of (checks subject to COLLECTION) .... $  30,000.00
        The initial deposit made payable and delivered to "Escrow Agent" named below
        (CHECK ONE): (i) ☐ accompanies offer or (ii) ☒ is to be made within _____ (if left blank
        then 3) days after Effective Date. IF NEITHER BOX IS CHECKED, THEN OPTION (ii)
        SHALL BE DEEMED SELECTED.
        Escrow Agent Information: Name: _____ Jose L Beloyra P A _____
        Address: 2950 SW 27 Ave Suite 100 Miami, FL 33733
        Phone: 35-642-414    E-mail _____    Fax _____
    (b) Additional deposit to be delivered to Escrow Agent within _____ (if left blank, then 10)
        days after Effective Date ...................................................... $  5,000.00
        (All deposits paid or agreed to be paid, are collectively referred to as the "Deposit")
    (c) Financing: Express as a dollar amount or percentage ("Loan Amount") see Paragraph 8 ....  315,000.00
    (d) Other: _____ ......................................................... $ _____
    (e) Balance to close (not including Buyer's closing costs, prepaids and prorations) by wire
        transfer or other COLLECTED funds ............................................ $  516,250.00
        NOTE: For the definition of "COLLECTION" or "COLLECTED" see STANDARD S.
3.  TIME FOR ACCEPTANCE OF OFFER AND COUNTER-OFFERS; EFFECTIVE DATE:
    (a) If not signed by Buyer and Seller, and an executed copy delivered to all parties on or before _____ June 11, 2014
        _____ this offer shall be deemed withdrawn and the Deposit, if any, shall be returned to
        Buyer. Unless otherwise stated, time for acceptance of any counter-offers shall be within 2 days after the day the
        counter-offer is delivered.
    (b) The effective date of this Contract shall be the date when the last one of the Buyer and Seller has signed or initialed
        and delivered this offer or final counter-offer ("Effective Date").
4.  CLOSING DATE: Unless modified by other provisions of this Contract, the closing of this transaction shall occur and
    the closing documents required to be furnished by each party pursuant to this Contract shall be delivered ("Closing") on
    on or before ~~7-11-14~~  > 7-30-14  ("Closing Date"), at the time established by the Closing Agent.
5.  EXTENSION OF CLOSING DATE:
    (a) If Closing funds from Buyer's lender(s) are not available at time of Closing due to Truth in Lending Act (TILA) notice
        requirements, Closing shall be extended for such period necessary to satisfy TILA notice requirements, not to
        exceed 7 days.

Buyer's Initials: S.S   A.A          Page 1 of 11                    Seller's Initials _____
FloridaRealtors/FloridaBar-ASIS-2   Rev 8/13 © 2013 Florida Realtors and the Florida Bar. All rights reserved



**Release and Cancellation of Contract for Sale and Purchase**

1. **Cancellation of Contract.**

   By signing this RELEASE AND CANCELLATION OF CONTRACT FOR SALE AND PURCHASE ("Release"), Buyer and Seller cancel the Contract for Sale and Purchase ("Contract"), signed by Buyer on the ___11___ day of _____June_____, __2014__ and signed by Seller on the ___11___ day of _____June_____, __2014__, concerning the following described property (give street address and legal description):

   16850 SW 164 St Miami, FL 33187

2. **Release from Liability.**

   Buyer and Seller release each other and:

   Real Capital Partners (name of brokerage)

   together with its affiliates and their respective officers, directors, agents, employees, successors and assigns, and

   La Rosa Realty LLC (name of brokerage)

   together with its affiliates and their respective officers, directors, agents, employees, successors and assigns from any and all claims and actions whatsoever arising from or relating to the Contract or pre-Contractual issues existing as of the date of the Release.

3. **Disbursement of Escrow Funds.**

   Buyer and Seller instruct the escrow agent to disburse the deposit as follows:

   $ ___35,000.00___ to ___Sergio Sigler & Anisley Aguila___

   $ _____ to _____

   $ _____ to _____

   $ _____ to _____

Buyer _____   Date ___06/18/14___

Buyer _____   Date ___6/18/14___

Seller _____   Date ___6/19/14___

Seller _____   Date ___6/19/14___

RC-3x   9/97, 10/99   © 1997, 2000 Florida Association of REALTORS®   All Rights Reserved

Serial: 013023-330140-2863123





COPY

# "AS IS" Residential Contract For Sale And Purchase

THIS FORM HAS BEEN APPROVED BY THE FLORIDA REALTORS AND THE FLORIDA BAR

**Florida**Realtors®

1\* **PARTIES:** _____ Jesus Alvarez and Gloria Alfonso _____ ("Seller"),
2\* and _____ Luis Camejo and Eva Camejo _____ ("Buyer"),
3  agree that Seller shall sell and Buyer shall buy the following described Real Property and Personal Property
4  (collectively "Property") pursuant to the terms and conditions of this AS IS Residential Contract For Sale And Purchase and
5  any riders and addenda ("Contract"):
6  **1. PROPERTY DESCRIPTION:**
7\*   (a) Street address, city, zip: _____ 3896 SW 125 Court, Miami, Florida 33175-2971 _____
8\*   (b) Property is located in: __Miami-Dade__ County, Florida. Real Property Tax ID No.: ___ 30-49-13-022-0140 ___
9\*   (c) Real Property: The legal description is Golden Heights Estates  PB 121-74,  Lot 14, Blk 1.
10      Lot size 8151 sq.ft., OR 12515-3305851
11
12      together with all existing improvements and fixtures, including built-in appliances, built-in furnishings and attached
13      wall-to-wall carpeting and flooring ("Real Property") unless specifically excluded in Paragraph 1(e) or by other terms
14      of this Contract.
15   (d) Personal Property: Unless excluded in Paragraph 1(e) or by other terms of this Contract, the following items which
16      are owned by Seller and existing on the Property as of the date of the initial offer are included in the purchase:
17      range(s)/oven(s), refrigerator(s), dishwasher(s), disposal, ceiling fan(s), intercom, light fixture(s), drapery rods and
18      draperies, blinds, window treatments, smoke detector(s), garage door opener(s), security gate and other access
19      devices, and storm shutters/panels ("Personal Property").
20\*     Other Personal Property items included in this purchase are: _____
21
22      Personal Property is included in the Purchase Price, has no contributory value, and shall be left for the Buyer.
23\*   (e) The following items are excluded from the purchase: _____
24

25                          **PURCHASE PRICE AND CLOSING**

26\* **2. PURCHASE PRICE** (U.S. currency): ..............................................................$ __290,000.00__
27\*   (a) Initial deposit to be held in escrow in the amount of **(checks subject to COLLECTION)** ....... $ _____
28      The initial deposit made payable and delivered to "Escrow Agent" named below
29\*     **(CHECK ONE):** (i) ☐ accompanies offer or (ii) ☒ is to be made within __43__ (if left blank,
30      then 3) days after Effective Date. IF NEITHER BOX IS CHECKED, THEN OPTION (ii)
31      SHALL BE DEEMED SELECTED.
32\*     Escrow Agent Information: Name: ___ FIRST INTERNATIONAL TITLE, INC ___
33\*     Address: ___ 8501 S.W. 124th Avenue, Suite 203  Miami, FL 33183 ___
34\*     Phone: __305-274-2268__  E-mail: __amarchant@firstintitle.com__ Fax: __786-552-3114__
35\*   (b) Additional deposit to be delivered to Escrow Agent within __43__ (if left blank, then 10)
36\*     days after Effective Date .......................................................................$ __20,000.00__
37      (All deposits paid or agreed to be paid, are collectively referred to as the "Deposit")
38\*   (c) Financing: Express as a dollar amount or percentage ("Loan Amount") see Paragraph 8 .......
39\*   (d) Other: ___ On 9/10/14 closing date. ___ ....................................$ __60,000.00__
40   (e) Balance to close (not including Buyer's closing costs, prepaids and prorations) by wire
41\*     transfer or other **COLLECTED** funds .......................................................$ __210,000.00__
42      NOTE: For the definition of "COLLECTION" or "COLLECTED" see STANDARD S.
43  **3. TIME FOR ACCEPTANCE OF OFFER AND COUNTER-OFFERS; EFFECTIVE DATE:**
44\*   (a) If not signed by Buyer and Seller, and an executed copy delivered to all parties on or before ___ June 18, 2014 ___
45\*     _____, this offer shall be deemed withdrawn and the Deposit, if any, shall be returned to
46      Buyer. Unless otherwise stated, time for acceptance of any counter-offers shall be within 2 days after the day the
47      counter-offer is delivered.
48   (b) The effective date of this Contract shall be the date when the last one of the Buyer and Seller has signed or initialed
49      and delivered this offer or final counter-offer ("Effective Date").
50  **4. CLOSING DATE:** Unless modified by other provisions of this Contract, the closing of this transaction shall occur and
51      the closing documents required to be furnished by each party pursuant to this Contract shall be delivered ("Closing") on
52\*     ___ 9/10/14 or before ___ ("Closing Date"), at the time established by the Closing Agent.
53  **5. EXTENSION OF CLOSING DATE:**
54   (a) If Closing funds from Buyer's lender(s) are not available at time of Closing due to Truth In Lending Act (TILA) notice
55      requirements, Closing shall be extended for such period necessary to satisfy TILA notice requirements, not to
56      exceed 7 days.

Buyer's Initials _____  Page 1 of 11  Seller's Initials _____

FloridaRealtors/FloridaBar-ASIS-2  Rev.8/13 © 2013 Florida Realtors® and The Florida Bar.  All rights reserved.
Serial#: 007180-300140-2869899