# PALM RV PURCHASE AGREEMENT

16065 South Tamiami Trail • Fort Myers, FL 33908
Office: (239) 437-4402   Fax: (239) 437-4405

**Buyer:** JOSE GONZALEZ OR ZENAIDA FERMINA GONZALEZ
**Street:** 12750 SW 18 ST
**City, State, Zip:** MIAMI FL 33175
**Phone:** (305) 226-5081
**Date:** 10/17/2014
**County:** DADE
**Salesman:** GEORGE BRENNAN
**Deal #:** 69

Subject to the terms and conditions on both sides of this agreement, Palm RV & Marine (Seller) agrees to sell and Buyer agrees to purchase the following described unit.

| Year | Make | Model/Model # | New/Used | Length | Type | Fuel Type | Stock # |
|---|---|---|---|---|---|---|---|
| 2014 | SUNSET TRAIL | 32BH | NEW | 36 | TT | | 00474 |

**VIN:** 4V0TC322XEB023002
**Color:** BROWN

### OPTIONAL EQUIPMENT, LABOR & ACCESSORIES

| | |
|---|---|
| 1. PRICE OF UNIT | $ 25237.00 |
| 2. OPTIONAL EQUIPMENT | N/A |
| 3. | N/A |
| 4. TOTAL SALE PRICE | $ 25237.00 |
| 5. LESS TRADE-IN ALLOWANCE | N/A |
| 6. CASH DIFFERENCE | $ 25237.00 |
| 7. CLERICAL & CLOSING COSTS | $499.00 |
| 8. FLORIDA TIRE & BATTERY FEES | 6.50 |
| 9. AMOUNT TAXABLE | $ 25742.50 |
| 10. SALES TAX | 1544.55 |
| 11. COUNTY TAX | N/A |
| 12. DOC STAMPS | 86.80 |
| 13. LICENSE & TITLE | 168.45 |
| 14. TRADE IN PAY-OFF | N/A |
| 15. TOTAL BALANCE DUE | $ 27542.30 |
| 16. DOWN PAYMENT | 2800.00 |
| 17. PAYMENT DUE ON DELIVERY | $ 24742.30 |

**BALANCE CARRIED TO OPTIONAL EQUIPMENT** $ N/A
**LIEN TO:** BANK OF AMERICA
P.O. BOX 2759
JACKSONVILLE FL 32203

☐ NEW UNIT MANUFACTURER WARRANTY APPLIES
☐ USED UNIT SOLD "AS IS" NO WARRANTIES

### TRADE IN DESCRIPTION

Year: ___ Make: ___ Model/Model #: ___ Length: ___
Mileage: ___ VIN: ___
☐ Title free of liens   ☐ Balance owed to: ___

Year: ___ Make: ___ Model/Model #: ___ Length: ___
Mileage: ___ VIN: ___
☐ Title free of liens   ☐ Balance owed to: ___

**BUYER ACKNOWLEDGES THERE IS A NON-REFUNDABLE DEPOSIT IN THE AMOUNT OF $ N/A DUE TO SELLER.**

_____ BUYER'S SIGNATURE

Title to said equipment shall remain with the Seller until the agreed purchase price therefore is paid in full in cash or by the execution of a Retail Installment Contract, or a Security Agreement and its acceptance by a financing agency, thereupon title to the within described unit passes to the Buyer as of the date of either full cash payment or on the signing of said credit instruments even though the actual physical delivery may not be made until a later date.

IT IS MUTUALLY UNDERSTOOD THAT THIS AGREEMENT IS SUBJECT TO NECESSARY CORRECTIONS AND ADJUSTMENTS CONCERNING CHANGES IN NET PAYOFF ON TRADE-IN TO BE MADE AT THE TIME OF SETTLEMENT.

Seller and Buyer each understand and acknowledge that the additional terms and conditions printed on the reverse side of this purchase agreement are agreed to as part of this agreement, the same as if printed above the signatures. If any paragraph or provision of this purchase agreement is unenforceable for any reason, it is expressly agreed that the validity and enforceability of the remaining provisions of the purchase agreement shall not be affected. Buyer, if a natural person, certifies that he or she is of statutory age or has been legally emancipated, and is otherwise competent to enter into this purchase agreement. The Buyer further certifies that any trade-in unit is owned by the Buyer free and clear of all liens and claims of any nature except as otherwise noted on the purchase agreement.

BUYER ACKNOWLEDGES RECEIPT OF A COPY OF THIS PURCHASE AGREEMENT AND FURTHER ACKNOWLEDGES HAVING READ AND AGREED TO THE ADDITIONAL TERMS AND CONDITIONS PRINTED ON THE REVERSE SIDE HEREOF.

**Seller:** PALM RV    _____ **Buyer**
Not valid unless signed and accepted by an
Agent of the Company                          _____ **Buyer**

By: _____
Approval subject to acceptance of financing by
bank or finance company