```
CFN  2004R0155061
OR Bk 22099 Pg 1968; (1ps)
RECORDED 03/08/2004 12:33:58
DEED DOC TAX 1,050.00
SURTAX 787.50
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
LAST PAGE
```

This Instrument prepared by:
Barbara C. Palacios
ROYAL TITLE & ESCROW CO., INC.
1414 NW 107 Avenue, Suite 415
Miami, Florida 33172
Folio No: 30-59-30-000-2450
File No: BP-2963
SELLERS DOCUMENTS ONLY

# WARRANTY DEED

**THIS INDENTURE** made this __4__ day of March 2004, Between, CARLOS M. GUTIERREZ joined by his spouse MARY K. GUTIERREZ, whose post office address is: 15850 SW 169th Avenue Miami, Florida 33187, Grantor(s), LUIS CAMEJO and EVA CAMEJO, his wife whose post office address is: 15570 SW 76th Lane Unit #94 Miami, Florida 33193, Grantee(s).

**WITNESSETH** that said Grantor(s), for an in consideration of the sum of $10.00 (TEN DOLLARS), and other good and valuable consideration to said Grantor(s) in hand paid by said Grantee(s), the receipt whereof is hereby acknowledged, has granted, bargained and sold to the said Grantee(s), and Grantee(s) heirs and assigns forever, the following described land, situated, lying and being in Miami-Dade, to wit:

The Northeast 1/4 of the Northwest 1/4 of the Southeast 1/4 of the Southeast 1/4 of Section 30, Township 55 South, Range 39 East, lying and being in Miami-Dade County, Florida.

Subject to:
1. Taxes for the year 2004 and subsequent years.
2. Restrictions, conditions, limitations and dedications, if any; however this shall not be deemed to be a reimposition of same.

Grantor states under oath that subject property is not now nor has it ever been his homestead and that in fact he resides with his wife at: 15850 SW 169th Avenue Miami, Florida 33187.

and said Grantor(s) do/does hereby fully warrant the title to said land, and will defend the same against the lawful claims of all persons whomsoever.

**IN WITNESS WHEREOF,** Grantor(s) do/does hereunto set Grantor(s) hand(s) and seal(s) the date and year first above written.

WITNESSES:

_____
Print Name: Mary Gonzalez

_____
Print Name: Lourdes Gonzalez

_____
CARLOS M. GUTIERREZ

_____
MARY K. GUTIERREZ

STATE OF FLORIDA
COUNTY OF MIAMI DADE

**I HEREBY CERTIFY** that on this day before me, an officer duly qualified to take acknowledgments, personally appeared CARLOS M. GUTIERREZ and MARY K. GUTIERREZ, his wife who have produced their drivers license as identification and are to me known to be the person(s) described in and who executed the foregoing instrument and acknowledged before me that they executed the same.

**WITNESS** my hand and official seal in the County and State aforesaid this __4__ day of March 2004.

_____
Notary Public:
Print Name: Mary Gonzalez

My Commission Expires: