**Valerio J Toyos, MD, MBA, FACP**
Diplomate of the American Board of Internal Medicine
Diplomate of the American Board of Geriatric Medicine
Fellow of the American College of Physicians
Marie M Fernandez, A.R.N.P., B.C.
Dania M. Verdecia, A.R.N.P., B.C.
Rossana Mendez-Clay, A.R.N.P., B.C.

11880 Bird Road, Suite 411 Miami, Florida 33175
(305) 223-1959 Fax (305) 220-7102

Name: Luis E Camejo
DOB: 10/19/1968
Age: 45
Date of Visit: 7/31/2014

Established Patient
Follow-Up Visit
**CHIEF COMPLAINT**
F/U for lab/radiology results

Problem list reviewed. updated (07/31/2014 EST)
**HISTORY OF PRESENT ILLNESS:**
Pt states that Chinese sheet rock was installed into the drywall of their house in 2006 without knowledge. Pt recently had house inspected and was made aware of the harmful materials. Family has been checked for allergies to the materials, and possible effects due toxic exposure over the years. CXR showed nodule on L lung. Further testing will be ordered to support DX. Pt suffers from chronic allergies, and has not received treatment prior. Order given for IgE testing. Pt to start new treatment plan for allergies.
**ALLERGIES:**

Allergy list reviewed.
**CURRENT MEDICATIONS:**

Medication list reviewed. updated (07/31/2014 EST)
**PAST MEDICAL HISTORY:**
The patient has a past medical history of Hypertension, Hyperlipidemia.

Past Medical History Reviewed   updated (07/31/2014 8:06:29 AM EST)
**SOCIAL HISTORY:**

Smoking Status: Never smoker
Caffeine use: 0 servings per day
Alcohol use: Social Drinker
Exercise habits: moderate <3 x/wk
Native language: Spanish
Racial background: Hispanic
Educational Level: Grades 9-12
Occupation: mechanic
Religion: Methodist
Marital status: Married

Social History Reviewed   updated (07/31/2014 EST)
**FAMILY HISTORY:**
*Father*
Deceased; Cardiovascular Disease; Coronary Artery Disease; Diabetes; Hypertension; Age 68.
*Mother*
Alive; Diabetes; Age 65.

Family History Reviewed   updated (07/31/2014 EST)

## CARE OF OLDER ADULTS ASSESSMENT:

Cognitive Status normal
Ambulatory Status normal
Sensory Ability normal
Pain Assessment: The patient complains of no pain.
Activities of Daily Living: Does not need help with Feeding, Grooming, Housework, Dressing, Preparing Meals, Toilet, Bowel/Bladder Incontinence.

## REVIEW OF SYSTEMS:

General Denies general constitutional symptoms
Gastrointestinal Denies gastrointestinal symptoms
Head Denies head related symptoms
Genitourinary Denies genitourinary symptoms
Eyes Denies eye symptoms
Endocrine Denies endocrine symptoms
Ears, Nose and Throat Denies ENT symptoms
Hematologic Denies hematologic symptoms
Neck Denies neck symptoms
Musculoskeletal Denies musculoskeletal symptoms
Breasts Denies breast symptoms
Skin Denies skin symptoms
Cardiovascular Denies cardiovascular symptoms
Neurologic Denies neurologic symptoms
Respiratory Denies respiratory symptoms
Psychologic Denies psych symptoms
Review of systems otherwise negative

## VITAL SIGNS:

Weight 214 lbs; Height 5 ft 9 in BMI 31.6
07/31/2014 8:03 AM (EST)
Temperature 98.0 °F; Respiration Rate 16; Pulse Rate 112 bpm; Blood Pressure 157 / 90 mm/Hg; Pain Level: 0/10
Pulse Oximetry: 98%

## PHYSICAL EXAMINATION:

General General appearance normal
Head Normal head exam
Neck Normal neck exam
Eyes Normal eye exam
Ears, Nose, Throat Normal ENT exam
Lymphatics Normal lymphatics exam
Chest Normal chest exam
Respiratory Normal respiratory exam
Cardiovascular Normal cardiovascular exam
Abdomen/Gastrointestinal Normal exam
Musculoskeletal Normal musculoskeletal exam
Neurologic Normal neurologic exam
Skin Normal skin exam
Mental Status: Normal mental status exam.

## ASSESSMENT AND PLAN:

SOLITARY PULMONARY NODULE
BENIGN ESSENTIAL HYPERTENSION
HYPERLIPIDEMIA
  Anticipatory Guidance: Nutrition
  Physical Activity Counseling
  Low Cholesterol Diet
  High Fiber Diet

Junk-Free Diet
follow up visit 2 weeks
Maintain BMI of 18.5 to 24.9
Exercise regularly, recommend 30 minutes of aerobic exercise everyday
Do not smoke.
Avoid alcohol or only drink alcohol in moderation; limit to one (1) drink per day.
- Avoid things that can irritate your lungs, such as smoke, pollution, and cold, dry air.
- Use an air conditioner and/or air filter in your home.
- Take rest breaks during the day.
- Get regular exercise to stay as strong as you can.
- Eat well so you can keep your strength up.
- Your rescue inhaler should be available to you all times.
- Avoid contact with people who have colds or the flu.

**Orders Written Today:**
IGE
CT Chest W/O CONTRAST
Urinalysis Routine
Hemoglobin A1c
Lipid Panel Profile
Comprehensive Metabolic Panel

**Electronically Signed By: Dania Verdecia**
Electronically signed: 7/31/2014 9:25:32 AM



**Valerio J Toyos, MD, MBA, FACP**
Diplomate of the American Board of Internal Medicine
Diplomate of the American Board of Geriatric Medicine
Fellow of the American College of Physicians
Marie M Fernandez, A.R.N.P., B.C.
Dania M. Verdecia, A.R.N.P., B.C.
Rossana Mendez-Clay, A.R.N.P., B.C.

11880 Bird Road, Suite 411 Miami, Florida 33175
(305) 223-1959 Fax (305) 220-7102

**Name:** Eva Camejo
**DOB:** 4/14/1970
**Age:** 44
**Date of Visit:** 7/21/2014

**Established Patient**
**Follow-Up Visit**
**CHIEF COMPLAINT**
Dyspnea, Cough, Respiratory complaints
pt complains of chronic hoarness


Problem list reviewed.   updated (07/21/2014 EST)
**ALLERGIES:**
Penicillins

Allergy list reviewed.
**CURRENT MEDICATIONS:**
   Lotrisone External Cream 1-0.05 % (1/28/2014)  Apply 1 application twice a day for 10 day(s)  Refills: No Refills  Rx quantity: 20
   Cyclobenzaprine HCl Oral Tablet 10 MG (1/23/2014)  Take 1 tablet every night at bedtime as needed for 10 day(s)  Refills: No Refills  Rx quantity: 10
   Naproxen Oral Tablet 375 MG (1/23/2014)  Take 1 tablet twice a day as needed for 10 day(s)  Refills: No Refills  Rx quantity: 20

Medication list reviewed.   updated (07/21/2014 EST)
**PAST MEDICAL HISTORY:**
The patient has a past medical history of  Hyperlipidemia, Obesity.
Other past medical history includes  Cervical/uterine Pre-cancerous cell

Past Medical History Reviewed   updated (07/21/2014 11:56:37 AM EST)
**OB/GYN HISTORY:**
G2
**SURGICAL HISTORY:**
Hysterectomy Partiel hysterectomy 01/2011
**SOCIAL HISTORY:**
Smoking Status: Never smoker
Caffeine use: 2 servings per Day
Alcohol use: Non-Drinker
Exercise habits: sedentary
Educational Level: Bachelors Degree
Occupation: teacher
Religion: Methodist
Marital status: Married

Social History Reviewed   updated (07/21/2014 EST)
**FAMILY HISTORY:**

Father
Alive; Age 73.
Mother
Alive; Hypertension; Age .

Family History Reviewed   updated (07/21/2014 EST)

**Preventive Care:**

Last mammography: 07/29/2011

## CARE OF OLDER ADULTS ASSESSMENT:

Cognitive Status normal
Ambulatory Status normal
Sensory Ability normal
Pain Assessment:  The patient complains of no pain.
Activities of Daily Living:  Does not need help with Feeding, Grooming, Housework, Dressing, Preparing Meals, Toilet, Bowel/Bladder Incontinence.

## REVIEW OF SYSTEMS:

Review of systems otherwise negative

## VITAL SIGNS:

Weight 193 lbs; Height 5 ft 3 in BMI 34.2
07/21/2014 11:57 AM (EST)
Temperature 98.3 °F; Respiration Rate 18; Pulse Rate 72 bpm; Blood Pressure 131 / 79 mm/Hg; Pain Level: 0/10
Pulse Oximetry: 97%

## PHYSICAL EXAMINATION:

General General appearance normal
Head Normal head exam
Neck Normal neck exam
Eyes Normal eye exam
Ears, Nose, Throat Normal ENT exam
Lymphatics Normal lymphatics exam
Chest Normal chest exam
Breasts Normal breast exam
Respiratory abnormal;
 Wheezing; rales.
Cardiovascular Normal cardiovascular exam
Abdomen/Gastrointestinal Normal exam
Musculoskeletal Normal musculoskeletal exam
Neurologic Normal neurologic exam
Skin Normal skin exam
Mental Status: Normal mental status exam.

## TESTS:

Pulmonary Function Tests
Spirometry mild restriction.

## ASSESSMENT AND PLAN:

ALLERGIC BRONCHOPULMONARY ASPERGILLOSIS
  Physical Activity Counseling
  Anticipatory Guidance: Nutrition
  Dietary Consultation Order
  BMI Follow Up Plan Documented
  Patient Education - Self-Examination
  Plan Details:
  after careful questioning pt has been exposed to Chinese drywall which has associated with respiratory and neurological

Name: Eva Camejo ——— DOB: 4/14/1970 ——— DOS: 7/21/2014

a,/ments

**Orders Written Today:**
Lipid Panel Profile
Urinalysis Routine
T3 Uptake
TSH
Hemoglobin A1c
CBC w Diff w Plt
Comprehensive Metabolic Panel
T4 Total
chest Xray

**E&M:**
Discuss Fall Prevention 01/28/2014
Patient assessed for falls 01/28/2014



**Electronically Signed By: Valerio Toyos MD**
Electronically signed: 7/21/2014 12:41:42 PM