UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2047 |
| ------------------------------------- | ) ) | SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES | ) ) ) ) ) ) | JUDGE FALLON MAG. JUDGE WILKINSON |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Claimants, LUIS CAMEJO and EVA CAMEJO, by and through undersigned counsel, and requests this Court for an order allowing them to submit their claim into the Knauf and Global Settlement before the Hon. Eldon E. Fallon at _____ . on _____, 2015, or at such other time as the Court directs, at the United States Court for the Eastern District of Louisiana.

Pursuant to Uniform Local Rule 78.1E, this motion will be heard without benefit of oral argument, unless the Court directs otherwise.

## CERTIFICATE OF SERVICE

I hereby certify that on *March 17*, 2015, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing has been forwarded to all counsel of record by operation of the Court's electronic filing system.

LAW OFFICES OF LEON A. BRUNET, P.A.
*Attorneys for Luis Camejo and Eva Camejo*
150 Alhambra Circle
Suite 950
Coral Gables, Florida 33134
Telephone: (305) 774-0991
Facsimile : (305) 476-8721
lbrunet@brunetlaw.com

_____
LEON A. BRUNET, ESQ.
Florida Bar No. 0363390