UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2047 |
| ------------------------------------- | ) ) | SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES | ) ) ) ) ) ) | JUDGE FALLON MAG. JUDGE WILKINSON |

## ORDER ON CLAIMANTS' MOTION TO SUBMIT LATE FILED CLAIMS INTO THE KNAUF AND GLOBAL SETTLEMENT AGREEMENTS

Claimants, LUIS CAMEJO and EVA CAMEJO, whose home is located at 16850 SW 164th Street, Miami, FL 33187, are allowed to file a claim with the Knauf Settlement and the Global Settlement Agreement despite the fact the claim submission deadline of October 25, 2013 has passed.

This _____ day of March, 2015, in New Orleans, Louisiana:

_____
ELDON E. FALLON
United States District Judge