UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | |
| | : | SECTION: L |
| This Document Relates to All Cases | : | |
| | : | JUDGE FALLON |
| ................................................................ | : | MAG. JUDGE WILKINSON |

**STATEMENT OF FACTS BY THE SETTLEMENT ADMINISTRATOR AS RELATED TO THE APPEAL OF WILLIAM WAYNE**

The Settlement Administrator for the Chinese Drywall Settlement Program respectfully provides this Statement of Facts to the Court related to the *Objection to/Motion to Appeal Special Master Denial Notice and for Reinstatement of Claim,* filed with the Court as Rec. Doc. 18365.

1. This appeal relates to a Foreclosure claim filed by William Wayne in the Chinese Drywall Settlement Program. *See* Rec. Doc. 18365.

2. The Settlement Administrator reviewed the Foreclosure claim submitted on behalf of Mr. Wayne and determined that the claim was incomplete because the claimant had not submitted an Expert Report stating the Foreclosure was due to the presence of Chinese Drywall. *Knauf Settlement Agreement*. §4.7.1.3.2(l).

3. After reviewing the claim and determining that it was incomplete, the Settlement Administrator issued an Incompleteness Notice on July 23, 2014 and a Follow Up Incompleteness Notice on August 27, 2014 requesting submission of an expert report. When the deadline to respond passed and the claimant had not submitted the expert report, the Settlement Administrator issued an Incompleteness Denial Notice on September 10, 2014.

1

4. The claimant then appealed the Incompleteness Denial to the Special Master, but did not submit the expert report. The Special Master upheld the Settlement Administrator's determination and on February 10, 2015, the Settlement Administrator issued a Special Master Denial Notice.

5. The claimant appealed the Special Master Denial Notice on February 19, 2015. As part of this appeal, the claimant submitted an expert report dated February 11, 2015, one day after the Special Master denied the claim. If the claimant had submitted the expert report at any time prior to the Special Master review, the claim would have been considered complete.

6. All other claimants who have an eligible Foreclosure claim have been required to submit all required documents on or before document submission deadlines.

7. The parties have agreed to both an Incompleteness process as outlined in Claims Administrator Procedure 2013-3, and an Appellate process as outlined in Claims Administrator 2013-5. While this claimant has submitted the missing expert report as part of this appeal to the Court, this submission took place after all deadlines set forth in Claims Administrator Procedures 2013-3 and 2013-5 had passed. The Claims Administrator does not have the authority to consider the late filed expert report absent leave of Court.

8. The Settlement Administrator will be present in Court at the March 26, 2015 Status Conference and will be available to provide additional information as requested by the Court.

Respectfully submitted,

　/s/ Jacob Woody
Lynn Greer, Esquire (Va. Bar No. 29211)
Jacob S. Woody, Esquire (Va. Bar No. 77485)
BrownGreer, PLC
250 Rocketts Way
Richmond, VA 23231
Telephone:  (804) 521-7234
Facsimile:  (804) 521-7299
lgreer@browngreer.com
jswoody@browngreer.com

*Settlement Administrator for the Chinese Drywall Settlement Program*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above pleading will be served on by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/EDF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on the 17th day of March, 2015.

   /s/Jacob Woody
Lynn Greer, Esquire (Va. Bar No. 29211)
Jacob S. Woody, Esquire (Va. Bar No. 77485)
BrownGreer, PLC
250 Rockets Way
Richmond, VA 23231
Telephone:  (804) 521-7200
Facsimile:  (804) 521-7299
lgreer@browngreer.com
jswoody@browngreer.com

*Settlement Administrator for the Chinese Drywall Settlement Program*