UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | CIVIL ACTION |
| DRYWALL PRODUCTS LIABILITY | * | 2:09-md-2047 EEF-JCW |
| LITIGATION | * | JUDGE: ELDON FALLON |
| | * | MAGISTRATE: JUDGE |
| ************************************************* | | WILKINSON |

NOTICE OF SUBMISSION OF MOTION FOR OBJECTION TO SPECIAL MASTER'S DENIAL OF CLAIM

PLEASE TAKE NOTICE that Plaintiffs, Crescent City Property Redevelopment Association, LLC, Claimant ID # 114365; Claim ID # 23277 will bring the attached Motion for Objection to Special Master's Denial of Claim before the Honorable Judge Wilkinson and/or the Honorable Judge Fallon, United States District Court, U.S. Courthouse, 500 Poydras Street, New Orleans, Louisiana at 9:00 AM on April 8, 2015, or as soon thereafter as the court can take up same.

Respectfully submitted,

/s/ JULIUS C. FORD /s/
JULIUS C. FORD, LA Bar No. 32456
4300 S. I-10 Service Rd., Suite 103 N
Metairie, Louisiana 70001
(504) 223-8953
E-Mail: j.chris.ford1983@gmail.com

CERTIFICATE

I do hereby certify that I have on this 17th day of March, 2015, served a copy of the foregoing Notice of Submission to all counsel of record through the court's electronic filing system.

/s/ JULIUS C. FORD /s/