

# Orleans Parish Assessor's Office

**Return to Main Search Page**  **Orleans Home**

## Owner and Parcel Information

| | | | |
|---|---|---|---|
| Owner Name | CRESCENT CITY PROPERTY REDEVELOPMENT ASSOC LLC | Today's Date | August 7, 2014 |
| Mailing Address | 4176 VINCENNES PL NEW ORLEANS, LA 70125 | Municipal District | 6 |
| Location Address | 6901 PRITCHARD PL | Tax Bill Number | 615213401 |
| Property Class | Residential | Special Tax District | |
| Subdivision Name | | Land Area (sq ft) | 10458 |
| Square | A-COL | Lot | 1-4 |
| Book | 02 | Folio | 135 |
| Line | 001 | Parcel Map | Show Parcel Map |
| Legal Description | 1. BURTHEVILLE SQ A  2. LTS 1-4 PRITCHARD & COLL  3. 86/82X120/129 2904-06 COLL.CT/6901-11 PRIT.PL  4. FILE #83488 3/02  5. MA CHNGD 11/12/03 | Assessment Area | MARLYVILLE Show Assessment Area Map |

## Value Information

Estimate Taxes   Tax Information

Special Assessment Treatment

| Year | Land Value | Building Value | Total Value | Assessed Land Value | Assessed Building Value | Total Assessed Value | Homestead Exemption Value | Taxable Assessment | Age Freeze | Disability Freeze | Assmnt Change | Tax Contract |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *2015 | $52,300 | $538,500 | $590,800 | $5,230 | $53,850 | $59,080 | $0 | $59,080 | | | | |
| 2014 | $52,300 | $538,500 | $590,800 | $5,230 | $53,850 | $59,080 | $0 | $59,080 | | | | |
| 2013 | $52,300 | $538,500 | $590,800 | $5,230 | $67,310 | $72,540 | $0 | $72,540 | | | BOR-13 | |

* Uncertified Values

## Sale/Transfer Information

| Sale/Transfer Date | Price | Grantor | Grantee | Notarial Archive Number | Instrument Number |
|---|---|---|---|---|---|
| 03-08-2002 | $95,000 | | CRESCENT CITY PROPERTY | 02-12427 | 000232579 |

### Building Photo  Enlarge/Show All



*8634 SQ FT*

**Return to Main Search Page**   **Orleans Home**

The Orleans Parish Assessor's Office makes every effort to produce the most accurate information possible. No warranties, expressed or implied, are provided for the data herein, its use or interpretation. Website Updated: August 7, 2014

© 2009 by the Orleans Parish Assessor's Office | Website design by qpublic.net



## MILLENNIUM INFORMATION SERVICES, INC.
### MILLENNIUM AUTOMATED PROPERTY SYSTEM
### MAPS ™

**POLICY INFORMATION**

| | |
|---|---|
| Policy 00476563700385A | Account ID 600105 |
| Insured ASHLEY S ALDEN | Agent ID |
| Mail 4170 VINCENNES PL | Agent |
| Addr NEW ORLEANS, LA 701252743 | |
| Legal 6901 PRITCHARD PL | |
| Addr NEW ORLEANS, LA 701252714 | Year Built 1920 |
| Type    Construction FRAME | Coverage A  $ 467,000    Eff. Date 09/21/2004 |

SURVEY DATE:   06/17/2005

| | | | | |
|---|---|---|---|---|
| TOTAL LIVING AREA: | | 8,634 | SUB TOTAL | $580,845.00 |
| YEAR BUILT: | | 1920 | GENERAL CONTRACTOR'S OVERHEAD | $0.00 |
| | | | GENERAL CONTRACTOR'S PROFIT | $0.00 |
| | | | ARCHITECT FEES | $58,085.00 |
| CONSTRUCTION TYPE | | | DEBRIS REMOVAL COST | $29,042.00 |
| BRICK | | | RCT INSURABLE REPLACEMENT COST | $667,972.00 |
| FRAME | | 100 | | |
| STORIES | MAIN | 2 | DETACHED STRUCTURE COST | $0.00 |
| | WING 1 | 1 | DETACHED STRUCTURE DEPRECIATED CO | $0.00 |
| | WING 2 | | DETACHED STRUCTURE TOTAL COST | $0.00 |

STACK:   D  -

**UNDERWRITING REFERRALS**

Coverage A is less than 95 % of replacement cost.
Major Siding Missing
Major Vacant
Major Windows Other
Square footage difference of more than 500 SF

**COMMENTS**

The risk is an warehouse that is currently vacant. The insured is planning to re-model the risk and convert it to an apartment building.

## SKETCH/AREA TABLE ADDENDUM

| | |
|---|---|
| Case No. 2493704 | |
| Property Address | |
| City | State   Zip |
| Borrower | |
| Lender/Client | |
| Appraiser Name | |



Scale: 1 = 13

### AREA CALCULATIONS SUMMARY

| Code | Description | Size | Net Totals |
|---|---|---|---|
| GLA1 | First Floor | 2356.35 | 2356.35 |
| GLA2 | Second Floor | 2012.11 | 2012.11 |
| P/P | Porch | 198.63 | 198.63 |
| GAR | Garage | 55.50 | |
| | Garage | 69.00 | |
| | G-BI | 168.00 | 492.50 |

TOTAL LIVABLE (rounded)    4368

### LIVING AREA BREAKDOWN

| Breakdown | Subtotals |
|---|---|
| First Floor | |
| 19.0 x 33.7 | 640.30 |
| 16.0 x 23.0 | 368.00 |
| 4.5 x 7.0 | 31.50 |
| 24.0 x 37.5 | 900.00 |
| 7.7 x 14.0 | 107.80 |
| 9.5 x 32.5 | 308.75 |
| Second Floor | |
| 16.0 x 56.7 | 907.20 |
| 3.0 x 33.7 | 101.10 |
| 3.0 x 38.2 | 114.60 |
| 7.0 x 7.5 | 52.50 |
| 0.5 x 4.5 x 4.6 | 10.36 |
| 0.5 x 10.5 x 9.6 | 50.84 |
| 5 unlisted calculations | 775.30 |

17 Calculations Total (rounded)   4368

17809

Construction Estimate     Page 1
File Name: Chinese Pritchard Place.est

| Qty | Craft@Hours | Unit | Material | Labor | Equipment | Total |
|---|---|---|---|---|---|---|
| Cresent City Properties, LLC | | | | Affordable Community Solutions, LLC | | |
| 2930 Canal St. | | | | Hammond, LA. 70401 | | |
| New Orleans, LA. 70119 | | | | | | |

RE: Remediation "Chinese Drywall" Issues
Property Location = 6901/6911 Pritchard Place, New Orleans, LA. 70125
16875 sf warehouse 1st floor, second floor 7425sf & third floors1458 sf.
**This warehouse was used to store the toxic drywall for numerous properties scheduled for restoration following storm damage. All product was positioned in main hall of 1st floor, and ramianed there until used up to restore the other named properties.***

Tear out Complete house wiring, outlets, switches & boxes removed to dumpster

| Qty | Craft@Hours | Unit | Material | Labor | Equipment | Total |
|---|---|---|---|---|---|---|
| 7425.00 | --@.0000 | SF | 0.00 | 23,760.00 | 0.00 | 23,760.00 |

Complete house rough electrical (no light fixtures) replace, standard

| Qty | Craft@Hours | Unit | Material | Labor | Equipment | Total |
|---|---|---|---|---|---|---|
| 7425.00 | 9E@519.7 | SF | 9,850.01 | 29,922.75 | 0.00 | 39,772.76 |

Boomlift rental
21' - 30', Rental for Day

| Qty | Craft@Hours | Unit | Material | Labor | Equipment | Total |
|---|---|---|---|---|---|---|
| 2.50 | --@.0000 | Ea | 0.00 | 0.00 | 562.50 | 562.50 |

Post construction clean up

| Qty | Craft@Hours | Unit | Material | Labor | Equipment | Total |
|---|---|---|---|---|---|---|
| 1.00 | --@.0000 | Ea | 45.00 | 320.00 | 0.00 | 365.00 |

Total Manhours, Material, Labor, and Equipment:

| | Manhours | | Material | Labor | Equipment | Total |
|---|---|---|---|---|---|---|
| | 519.8 | | 9,895.01 | 54,002.75 | 562.50 | 64,460.26 |

|  |  |
|---|---|
| Subtotal: | 64,460.26 |
| Estimate Total: | 64,460.26 |
| 9.25% Tax on Materials: | 915.29 |
| Grand Total: | 65,375.55 |