3-13 01-H

CONVEYANCE OFFICE
GASPER J SUSIRO

Stewart Title of Louisiana
Uptown Office
7801 Maple Street
New Orleans, Louisiana 70118
504-861-0089
www.stewartla.com
File No. 20020559
Not'l Sec. Anna Artumow

**CASH SALE**

Sale of Property

by:

Glade Bilby II

to:

Crescent City Property Redevelopment Association, LLC

*United States of America*
*State of Louisiana*
*Parish of Orleans*

*BE IT KNOWN* That on this 8th day of March, 2002,

*BEFORE ME*, Robert J Bergeron a notary public, duly commissioned and qualified, in and for the Parish of Orleans and in the presence of the witnesses hereinafter named and undersigned:

*Personally Came and Appeared*

Glade Bilby II (S.S.# 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), A person of the full age of majority and resident of the Parish of Orleans, State of Louisiana, who declared before me, Notary, that he has been married but once and then to Michele M. Zembo with whom he is living and residing.

**MAILING ADDRESS:** 606 Esplanade Avenue, New Orleans, Louisiana 70116

Who declare that they do by these presents, grant, bargain, sell, convey, transfer, assign, setover, abandon and deliver, with all legal warranties and with full substitution and subrogation in and to all the rights and actions of warranty which they have or may have against all preceding owners and vendors, unto,

Crescent City Property Redevelopment Association, LLC (TID#01-0611205), A Louisiana Limited Liability Company, organized and existing under the laws of the State of Louisiana, appearing herein by and through its duly authorized Member, by virtue of an authorization of the Members, annexed hereto and made a part hereof.

**MAILING ADDRESS:**

here present, accepting and purchasing for themselves, their heirs and assigns, and acknowledging due delivery and possession thereof, all and singular the following described property, to-wit:

*"Description of Property"*

THAT CERTAIN PIECE OR PORTION OF GROUND, together with all the buildings and improvements thereon and all the rights, ways privileges, servitudes, appurtenances and advantages thereunto belonging or in anywise appertaining, situated in the Sixth District of the City of New Orleans, State of Louisiana, in that part thereof known as COLLEGE COURT SUBDIVISION, in BLOCK "A" thereof, which is bounded by College Court, Pritchard Street, Audubon Street, Fig and Grape Streets, said portion of ground is comprised of the whole of original LOTS NOS. 1, 2, 3, and 4, which measure together 86 feet 6 inches front on Pritchard Street, 82 feet 6 inches in width in the rear by a depth and front on College Court of 120 feet and a depth on the opposite sidelines nearer Audubon Street of 129 feet 9 inches 6 lines. Said

03-12-02 01CL4249    SALE 110

Lot no. 3 forms the corner of Pritchard Street and College Court. All as more fully shown in accordance with a survey of Gilbert, Kelly & Couturie, Inc., Surveyors, dated January 27, 1981.

The improvements thereon bear the Municipal NOS. 6901-6911 PRITCHARD STREET.

Being the same property acquired from Glynn A. Mathis by act before Robert S. Taylerson, Notary Public dated June 30, 1982 and registered in COB 780 FOLIO 31 of the records of Orleans Parish. Also acquired from Gayle Smuck Adams by act before Robert S. Taylerson, Notary Public dated February 9, 1984 and registered in COB 789 FOLIO 302 of the records of Orleans Parish

PURCHASER(s) herein declared that all future notices of ad valorem tax bills and special assessments for the above described property presently for the tax year of 2002 bearing Tax Assessment No. 6-15-2-134-01 are to be forwarded to:

Crescent City Property Redevelopment Association, L.L.C.

MAILING ADDRESS:

THIS ACT IS MADE, EXECUTED AND ACCEPTED SUBJECT TO THE FOLLOWING:

Encroachments as per the survey of Gilbert, Kelly & Couturie, Inc. dated 1/27/81.

THE PARTIES HERETO TAKE COGNIZANCE THAT NO SURVEY ON THE HEREIN DESCRIBED PROPERTY IN CONNECTION WITH THE ACT OF SALE HAS BEEN MADE NOR HAS ONE BEEN PRODUCED OR ATTACHED AND THE PARTIES DO HEREBY RELIEVE AND RELEASE ME, NOTARY, FROM ANY AND ALL LIABILITY, RESPONSIBILITY OR DAMAGE INCLUDING COURT COSTS AND ATTORNEYS' FEES IN CONNECTION HEREWITH.

That Purchasers or their representatives have fully examined and inspected the entire building which comprise the premises prior to the execution of this Act of Sale, and that Purchasers know and are satisfied with the physical condition of the premises in all respects, including but not limited to any visible or hidden termite infestation and resultant damage therefrom, and that same is acceptable to Purchasers "AS IS" and that Purchasers agree that no representation, statements, or warranties have at any time been made by Sellers, or its agents, as to the physical condition or state of repair of the premises in any respect, and that the purchase price takes into consideration the condition of the premises.

Sellers and Purchasers hereby acknowledge and recognize that this sale is in an "AS IS" condition, and accordingly. Purchasers do hereby relieve and release Sellers and all previous owners thereof from any and all claims for any vices or defects in said property, whether obvious or latent, known or unknown, easily discoverable or hidden, and particularly for any claim or cause of action for redhibition pursuant to Louisiana Civil Code Articles 2520, et seq. or for diminution of purchase price pursuant to Louisiana Civil Code Articles 2541, et seq.

*AJS*   *SB*

To have and to hold the above described property unto the said purchaser(s) themselves heirs and assigns forever.

This sale is made and accepted for and in consideration of the price and sum of Ninety Five Thousand dollars and Zero cents ( $95,000.00 ) which the said purchaser(s) have well and truly paid, in ready and current money to the said vendors who hereby acknowledge the receipt thereof and grant full acquittance and discharge therefor.

All State and City taxes up to and including the taxes due and exigible for the current tax year are paid as per a research of the tax rolls for the year 2002.

Please attach

Form 801—MM

STEWART TITLE OF LOUISIANA
Uptown Office
7801 Maple Street
New Orleans, Louisiana 70118
www.stewartla.com

File No. 20020559 - Crescent City Property Redevelopment Association, L.L.C.

# STATE OF LOUISIANA --- PARISH OF ORLEANS
### OFFICE OF THE REGISTER OF CONVEYANCES
### CERTIFICATES ONLY GOOD FOR SIXTY DAYS

New Orleans, _March 7_ 2002, 9 A.M.

I, GASPER J. SCHIRO, Register of Conveyances for the Parish of Orleans, certify that this certificate has been run exclusively in the exact names hereunder set forth and not in any variations of said names.

Where no middle initials have been furnished, identical names with middle initials have not been run and will not be unless specifically requested.

The Register of Conveyances will not be responsible for the record of any acts of sales inscribed in this office in Books prior to the year of nineteen hundred (1900).

Subject to these restrictions and exceptions, I certify that according to the indices in this office it does not appear that the following described property has been alienated by

Name of Clerk

Cheryl

Inscriptions recorded after January 3, 1989 are reported on a separate Computer Form.

Glade Bilby, II, run from ACQ. 6/30/82 and 2/9/84 at COB 780 FOLIO 31 and COB 789 FOLIO 302.
— Gayle Smuck, div .w /o Robert G. Adams acq. COB 780/31 on 6/30/82 run to COB 789/302 on 2/13/84

Remarks:

6 - 9/A - A834

THAT CERTAIN PIECE OR PORTION OF GROUND, together with all the buildings and improvements thereon and all the rights, ways privileges, servitudes, appurtenances and advantages thereunto belonging or in anywise appertaining, situated in the Sixth District of the City of New Orleans, State of Louisiana, in that part thereof known as COLLEGE COURT SUBDIVISION, in BLOCK "A" thereof, which is bounded by College Court, Pritchard Street, Audubon Street, Fig and Grape Streets, said portion of ground is comprised of the whole of original LOTS NOS. 1, 2, 3, and 4, which measure together 86 feet 6 inches front on Pritchard Street, 82 feet 6 inches in width in the rear by a depth and front on College Court of 120 feet and a depth on the opposite sidelines nearer Audubon Street of 129 feet 9 inches 6 lines . Said Lot no. 3 forms the corner of Pritchard Street and College Court All as more fully shown in accordance with a survey of Gilbert, Kelly & Couturie, Inc., Surveyors, dated January 27, 1981.

a32579

789/302
780/31

The improvements thereon bear the Municipal NOS. 6901-6911 PRITCHARD STREET.

Being the same property acquired from Glynn A. Mathis by act before Robert S. Taylerson, Notary Public dated June 30, 1982 and registered in COB 780 FOLIO 31 of the records of Orleans Parish. Also acquired from Gayle Smuck Adams by act before Robert S. Taylerson, Notary Public dated February 9, 1984 and registered in COB 789 FOLIO 302 of the records of Orleans Parish

Please D&S 3/12/02

03-12-02 01CL4249

Except

wA 535647 Sale, Gayle Smuck Adams div/w/c Robert G Adams unto Glade Bilby II Reg Feb 13, 1934 Cob 789/302.

B452
5463
-A446
A8%

CERT

This certificate consists of ___ pages.

03-12-02 01CL4249    CERT    63.00

```
03/12/2002
CLERK:BAO              ORLEANS PARISH REGISTRAR OF CONVEYANCES
                    GASPER J. SCHIRO, REGISTRAR OF CONVEYANCES        COMPUTER PAGE:   1
                                CERTIFICATE GENERATION
                       REG. NUMBER: 1-7      CERT. DATE: 03-12-2002
          -------------------------------------------------------------
          THIS CERTIFICATE IS GENERATED FOR THE FOLLOWING DATA INPUT:
          -------------------------
INS:  232579        SALE
NA#: 2002-12427   ✓ V - BILBY, GLADE II -
     03/12/2002  ✓ P - CRESCENT CITY PROPERTY REDEVEL, OPMENT ASSOCIATION - L.L
          -----------------------------------
TOTAL INSCRIPTIONS THIS SESSION:       1
```

DATE March 7, 2002
B. Ohlmey
COD                T.C.

```
03/12/2002
CLERK:BAO              ORLEANS PARISH REGISTRAR OF CONVEYANCES
                  GASPER J. SCHIRO, REGISTRAR OF CONVEYANCES       COMPUTER PAGE:   1
                              CERTIFICATE GENERATION
                    REG. NUMBER: 1-7      CERT. DATE: 03-12-2002
           THIS CERTIFICATE IS GENERATED FOR THE FOLLOWING DATA INPUT:

INS:    232579      SALE
NA#: 2002-12427   ⁄V - BILBY, GLADE II -
     03/12/2002  ⁄ P - CRESCENT CITY PROPERTY REDEVEL, OPMENT ASSOCIATION - L.L

TOTAL INSCRIPTIONS THIS SESSION:       1
```

DATE March 7, 2002
B. Ohlmay
COD TC.

```
03/27/2002
CLERK:MHB                ORLEANS PARISH REGISTRAR OF CONVEYANCES
                      GASPER J. SCHIRO, REGISTRAR OF CONVEYANCES      COMPUTER PAGE:    1
                                  CERTIFICATE GENERATION
                      REG. NUMBER: 1-7        CERT. DATE: 03-12-2002
         ------------------------------------------------------------
         THIS CERTIFICATE IS GENERATED FOR THE FOLLOWING DATA INPUT:
         ------------------------------------------------------------
INS:   232579     SALE
NA#: 2002-12427   V - BILBY, GLADE II -
     03/12/2002   P - CRESCENT CITY PROPERTY REDEVEL, OPMENT ASSOCIATION - L.L
         ------------------------------------------------------------
TOTAL INSCRIPTIONS THIS SESSION:       1
```

STEWART TITLE OF LOUISIANA
Uptown Office
7301 Maple Street
New Orleans, LA 70118
www.stewartla.com

Please attach to
N*# 2002-12427
CIN# 232579

File No. 2002053phone Crescent City Property Redevelopment Association, LLC

DESIRÉE M. CHARBONNET
Not'l Ser

# STATE OF LOUISIANA—PARISH OF ORLEANS

## RECORDER OF MORTGAGES

I, DESIRÉE M. CHARBONNET, RECORDER OF MORTGAGES FOR THE PARISH OF ORLEANS, CERTIFY THAT THIS CERTIFICATE HAS BEEN RUN EXCLUSIVELY IN THE EXACT NAMES HEREUNDER SET FORTH AND NOT IN ANY VARIATIONS OF SAID NAMES.

WHERE NO MIDDLE INITIALS HAVE BEEN FURNISHED, IDENTICAL NAMES WITH MIDDLE INITIALS HAVE NOT BEEN RUN AND WILL NOT BE UNLESS SPECIFICALLY REQUESTED.

SUBJECT TO THESE RESTRICTIONS AND EXCEPTIONS, I CERTIFY THAT ACCORDING TO THE RECORDS OF MY OFFICE THERE ARE NO UNCANCELLED ENCUMBRANCES RECORDED IN THE EXACT NAMES HEREINAFTER SET FORTH EXCEPT THE FOLLOWING WHICH BEAR AGAINST THE PROPERTY DESCRIBED HEREUNDER, TO-WIT:

Clerk: N.C.T.
Date: MAR 2 6 2002
Total # Inser's.:
Cards

Inscriptions recorded after September 20, 1987 are reported on a separate Computer Generated Form

Glade Bixby, II, run from ACQ 6/30/82 and 2/9/84 at COB 780 FOLIO 31 and COB 789 FOLIO 302.

Gayle Smuck, div w/o Robert G. Adams acq. COB 780/31 on 6/30/82 run to COB 789/302 on 2/13/84

THAT CERTAIN PIECE OR PORTION OF GROUND, together with all the buildings and improvements thereon and all the rights, ways privileges, servitudes, appurtenances and advantages thereunto belonging or in anywise appertaining, situated in the Sixth District of the City of New Orleans, State of Louisiana, in that part thereof known as COLLEGE COURT SUBDIVISION, in BLOCK "A" thereof, which is bounded by College Court, Pritchard Street, Audubon Street, Fig and Grape Streets, said portion of ground is comprised of the whole of original LOTS NOS. 1, 2, 3, and 4, which measure together 86 feet 6 inches front on Pritchard Street, 82 feet 6 inches in width in the rear by a depth and front on College Court of 120 feet and a depth on the opposite sidelines nearer Audubon Street of 129 feet 9 inches 6 lines . Said Lot no. 3 forms the corner of Pritchard Street and College Court. All as more fully shown in accordance with a survey of Gilbert, Kelly & Couturie, Inc., Surveyors, dated January 27, 1981.

The improvements thereon bear the Municipal NOS. 6901-6911 PRITCHARD STREET.

Being the same property acquired from Glynn A. Mathis by act before Robert S. Taylerson, Notary Public dated June 30, 1982 and registered in COB 780 FOLIO 31 of the records of Orleans Parish. Also acquired from Gayle Smuck Adams by act before Robert S. Taylerson, Notary Public dated February 9, 1984 and registered in COB 789 FOLIO 302 of the records of Orleans Parish

This certificate consists of 3 pg(s)
This is Page # 1 of 3 pgs(s)
9 A M New Orleans LA
3-12 2002

Deputy Recorder

FORM 101C

Filed By: _____
Phone: _____

## DESIRÉE M. CHARBONNET
## STATE OF LOUISIANA–PARISH OF ORLEANS
### RECORDER OF MORTGAGES

I, DESIRÉE M. CHARBONNET, RECORDER OF MORTGAGES FOR THE PARISH OF ORLEANS, CERTIFY THAT THIS CERTIFICATE HAS BEEN RUN EXCLUSIVELY IN THE EXACT NAMES HEREUNDER SET FORTH AND NOT IN ANY VARIATIONS OF SAID NAMES.

WHERE NO MIDDLE INITIALS HAVE BEEN FURNISHED, IDENTICAL NAMES WITH MIDDLE INITIALS HAVE NOT BEEN RUN AND WILL NOT BE UNLESS SPECIFICALLY REQUESTED.

SUBJECT TO THESE RESTRICTIONS AND EXCEPTIONS, I CERTIFY THAT ACCORDING TO THE RECORDS OF MY OFFICE THERE ARE NO UNCANCELLED ENCUMBRANCES RECORDED IN THE EXACT NAMES HEREINAFTER SET FORTH EXCEPT THE FOLLOWING WHICH BEAR AGAINST THE PROPERTY DESCRIBED HEREUNDER, TO-WIT:

**Computer Generated Certificate for Inscriptions Recorded after September 20, 1987**

```
03/26/2002            ORLEANS PARISH RECORDER OF MORTGAGES OFFICE
12:52                 DESIREE M. CHARBONNET, RECORDER OF MORTGAGES      COMPUTER PAGE:    1
CLERK:NCT                         CERTIFICATE GENERATION
                      REG. NUMBER: 92066       CERT. DATE: 03-12-2002
----------------------------------------------------------------------
     THIS CERTIFICATE IS GENERATED FOR THE FOLLOWING NAMES INPUT:
     BILBY, G
     LAST OF NAMES
----------------------------
TOTAL INSCRIPTIONS THIS SESSION:     0
```

This certificate consists of _3_ pg(s).
This is Page # _2_ of _3_ pgs(s).
9 A M New Orleans, LA

5-12  2002

_____
Deputy Recorder

STEWART TITLE OF LOUISIANA
Uptown Office
7801 Maple Street
New Orleans, Louisiana 70118
www.stewartla.com

File No. 20020559 / Crescent City Property
DESIRÉE M. CHARBONNET                     Redevelopment
                                           Association, L.L.C.
Not'l Sec:

# STATE OF LOUISIANA—PARISH OF ORLEANS

## RECORDER OF MORTGAGES

Cents

**Received Payment**   20

I, Desirée M. Charbonnet, Recorder of Mortgages in and for the Parish and State aforesaid, hereby certify that, according to the records of my office there are no paving ordinances bearing against the following described property:

Names of Liens

Cards

Glade Bilby, II, run from ACQ 6/30/82 and 2/9/84 at COB 780 FOLIO 31 and COB 789 FOLIO 302.

Gayle Smuck, div. w/o Robert G. Adams acq. COB 780/31 on 6/30/82 run to COB 789/302 on 2/13/84

Remarks

THAT CERTAIN PIECE OR PORTION OF GROUND, together with all the buildings and improvements thereon and all the rights, ways privileges, servitudes, appurtenances and advantages thereunto belonging or in anywise appertaining, situated in the Sixth District of the City of New Orleans, State of Louisiana, in that part thereof known as COLLEGE COURT SUBDIVISION, in BLOCK "A" thereof, which is bounded by College Court, Pritchard Street, Audubon Street, Fig and Grape Streets, said portion of ground is comprised of the whole of original LOTS NOS. 1, 2, 3, and 4, which measure together 86 feet 6 inches front on Pritchard Street, 82 feet 6 inches in width in the rear by a depth and front on College Court of 120 feet and a depth on the opposite sidelines nearer Audubon Street of 129 feet 9 inches 6 lines. Said Lot no. 3 forms the corner of Pritchard Street and College Court. All as more fully shown in accordance with a survey of Gilbert, Kelly & Couturie, Inc., Surveyors, dated January 27, 1981.

The improvements thereon bear the Municipal NOS. 6901-6911 PRITCHARD STREET.

Being the same property acquired from Glynn A. Mathis by act before Robert S. Taylerson, Notary Public dated June 30, 1982 and registered in COB 780 FOLIO 31 of the records of Orleans Parish. Also acquired from Gayle Smuck Adams by act before Robert S. Taylerson, Notary Public dated February 9, 1984 and registered in COB 789 FOLIO 302 of the records of Orleans Parish

This certificate consists of __3__ pg(s).
This is Page # __3__ of __3__ pgs(s).
9 A.M. New Orleans, LA
__3-12__, 20__22__

Deputy Recorder

R- 0312021147C0: 2 64834CERT $13    $13.00

## UNANIMOUS WRITTEN CONSENT
## OF THE MEMBERS
## OF CRESCENT CITY PROPERTY REDEVLOPMENT
## ASSOCIATION, L.LC.

The undersigned, being the sole member of CRESCENT CITY PROPERTY REDEVLOPMENT ASSOCIATION, , L.LC., a Louisiana Limited Liability Company (the "Company"), does hereby vote for, consent to, authorize and adopt the following actions:

WHEREAS, Ashley J. Steele, is the sole member of Crescent City Property Redevlopment Association, L.LC.

WHEREAS, the Company desires to authorize the purchase of the property located at 6901-11 Pritchard Place, New Orleans, Louisiana.

WHEREAS, the member of the Company desire to authorize Ashley J. Steele, Member to execute all documents in connection with said sale on behalf of Crescent City Property Redevlopment Association, L.LC. and

NOW THEREFORE, BE IT RESOLVED, AGREED AND CONSENTED, by the Members of Crescent City Property Redevlopment Association, L.LC. That:

### Section 1. Authorization for Sale

The purchase of 6901-11 Pritchard Place in New Orleans by Crescent City Property Redevlopment Association, L.LC. is hereby authorized and approved;

### Section 2. Authorized Agent

Ashley J. Steele, Member is hereby authorized to act as Agent for Crescent City Property Redevlopment Association, L.LC. with respect to the above described purchase and to execute any and all sale documents in connection with said sale having such terms and conditions as they deem appropriate in her sole discretion.

Dated this _____ day of March, 2002

_____
Ashley J. Steele, Member/Manager

By reference to the certificate of the Register of Conveyances and Recorder of Mortgages in and for the Parish of Orleans annexed hereto, it does not appear that said property has been heretofore alienated by the Vendor or that it is subject to any encumbrances whatever, except: none

The parties to this act are aware of the fact that the mortgage, conveyance and Paving Ordinance certificates herein referred to are open, being not yet dated or signed, and relieve and release me, Notary, from all responsibility and liability in connection therewith.

*Thus Done and Passed*, in my office in Orleans Parish, Louisiana on the day, month and year herein first above written, in the presence of the undersigned competent witnesses, who hereunto sign their names with the said appearers, and me, Notary, after reading the whole.

WITNESSES:

SELLER:
_____
Glade Baby II
SSN# 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

PURCHASER:
_____
Crescent City Property Redevelopment Association, L.L.C.

_____
Robert J. Bergeron
NOTARY PUBLIC

INSTR. No. 232579
CONVEYANCE OFFICE
PARISH OF ORLEANS
3-12-02
fmc

_____
Lisa Bush, Deputy Clerk
A True and Correct Copy
Hon. Dale N. Atkins, Clerk, Civil District Court