# CHINESE DRYWALL SETTLEMENT PROGRAM
## GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM FORM

Any Claimant seeking Repair and Relocation Expenses under the Global, Banner, or InEx Settlement Agreements must complete and submit this Global, Banner, InEx Repair and Relocation Expenses Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before October 25, 2013.

When completing this Claim Form, refer to the Instructions and Definitions in the Appendix. These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online.

If you are not able to complete the Global, Banner, InEx Repair and Relocation Expenses Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

Chinese Drywall Settlement Administrator
P.O. Box 25401
Richmond, Virginia 23260

## A. CLAIM INFORMATION

| | | |
|---|---|---|
| **1. Claimant Name:** | Last Name/Business Name: *Crescent City Property Redevelopment Association, LLC* | First / M.I. |
| | Co-Owner Last Name/Business Name | Co-Owner First / M.I. |
| | DBA or Fictitious Name (if applicable) | |
| **2. Individual Claimant's Social Security Number (SSN):** | | **3. Business Claimant's Employee Identification Number (EIN)** [redacted] |
| **4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant?** | ☐ Yes  ☒ No | |
| **5. Provide your name and SSN if you are** | | |

1

# CHINESE DRYWALL SETTLEMENT PROGRAM
## GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM FORM

| | |
|---|---|
| pursuing this claim on behalf of a minor, deceased, or incompetent claimant. | Name: _____<br>SSN: _____-____-_____ |
| **6. Attorney Information:** | ☐ Check here if you are not represented by an attorney and skip to Question 7. If you are represented by an attorney, complete this section.<br><br>**Firm Name:** J Christopher Ford, Atty At Law<br>**Attorney Last Name:** Ford    **Attorney First Name:** Julius<br>**Street:** 4300 S. I-10 Service Rd. W Suite 103N<br>**City:** Metairie    **State:** LA    **Zip:** 70001<br>**Email:** j.chris.ford1983@gmail.com    **Phone Number:** 504 223 8953 |
| **7. Affected Property Address:** | **Street:** 6901 PRITCHARD PL. 1-4<br>**City:** NEW ORLEANS   **State:** LA   **Zip:** 70125   **County/Parish:** ORLEANS |
| **8. Settlement Agreement under which you are submitting this claim (check all that apply):** | ☒ Knauf<br>☒ Banner.<br>☒ InEx.<br>☐ Global.<br>Participating Supplier Name: INTERIOR EXTERIOR<br>Participating Builder Name: CRESCENT CITY PROPERTY REDEVELOPMENT ASSOCIATION LLC<br>Participating Installer Name: CRESCENT CITY PROPERTY REDEVELOPMENT ASSOCIATION, LLC<br>☐ L&W.<br>☒ Unknown.<br>Additional Comments (attached additional pages if necessary):<br>Crescent City Property owned + renovated the affected property. It also installed drywall. |

# CHINESE DRYWALL SETTLEMENT PROGRAM
## GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM FORM

| | |
|---|---|
| | |
| 9. Lawsuit: | Jurisdiction: Eastern Dist. LA <br> Case/Docket Number: 2:09-md-2047 <br> Date Filed: ___/___/___ <br> (month/day/year) |
| 10. Drywall Manufacturer: | ☒ Knauf <br>   ☒ I am a member of the Knauf Settlement Class <br>   ☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class <br> ☒ Mixed (Knauf and other) <br> ☐ Non-Knauf <br> ☒ Unknown |
| 11. Select the option that best describes your relationship to the Affected Property: | ☐ Residential Owner <br> ☒ Commercial/Rental Property Owner <br> ☐ Tenant <br> ☒ Previous Commercial/Rental Property Owner <br> ☐ Previous Residential Owner <br> ☒ Repairing Builder/Installer/Assignee <br> ☐ Non-Tenant Occupant (e.g. family member) <br> ☐ Condominium Association <br> ☐ Mortgagee (Bank) <br> ☐ Other: _____ |
| 12. Provide the Under Air Square Footage for the Affected Property: | 8634 Sq. Ft. |

TO SUBMIT THIS CLAIM FORM ONLINE VISIT HTTPS://WWW3.BROWNGREER.COM/DRYWALL

# CHINESE DRYWALL SETTLEMENT PROGRAM
## GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM FORM

**13. Comments and additional information about your claim:**

## B. REQUIRED DOCUMENTS

Claimants seeking compensation for Repair and Relocation Damages caused by Chinese Drywall under the Banner, InEx or Global Settlements must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

1. Proof of Ownership or Assignment of Claim, such as
   a. a Deed or other document demonstrating the ownership of the Affected Property; OR
   b. an Assignment of Claim from the Owner of the Affected Property;

2. Documents demonstrating the presence of Chinese Drywall in the Affected Property;

3. Floor Plan or other document showing the Under Air Square Footage of the Affected Property;

4. Evidence of Settlement Eligibility, such as
   a. a Document demonstrating that Chinese Drywall in the Affected Property was supplied by participating supplier; OR
   b. a Document demonstrating that a participating builder built the Affected Property; OR
   c. a Document demonstrating that Chinese Drywall in the Affected Property was installed by participating installer.

5. Any other document that you believe supports your claim.

## C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney: | *[signature]* | Date: | 8 / 13 / 14 (Month/Day/Year) |
|---|---|---|---|
| **Printed Name:** | First: William   Last: Alden | | M.I. W. |

4

TO SUBMIT THIS CLAIM FORM ONLINE VISIT HTTPS://WWW3.BROWNGREER.COM/DRYWALL