# CHINESE DRYWALL SETTLEMENT PROGRAM
## MDL 2047

### Chinese Drywall Settlement Program
### Lost Rent, Use or Sales Affidavit

Pursuant to the Court Approved Settlement Agreement regarding Other Loss Fund Benefits, any Commercial Owner seeking compensation for Lost Rent, Use or Sales allegedly attributable to Chinese Drywall must submit an affidavit (i) in support of the claim, and (ii) attesting that all supporting documentation has been produced pursuant to Section 4.7.1.2.2. The Settlement Administrator may consider this Affidavit in making a determination of eligibility, but the submission of this Affidavit does not constitute conclusive proof of the facts stated herein. This Affidavit will not be considered unless it is personally signed by the claimant. To submit this Affidavit, upload it directly to the Chinese Drywall Settlement Portal at https://www3.browngreer.com/drywall. If you intend to use this Affidavit to provide information about multiple properties, attach a list of properties as a separate sheet and upload it directly to the Chinese Drywall Settlement Portal for each Affected Property to which the Affidavit applies. If you cannot upload this Affidavit to the Chinese Drywall Settlement Portal, email it to CDWQuestions@browngreer.com, or send by U.S. Mail to:

Chinese Drywall Settlement Administrator
P.O. Box 25401
Richmond, Virginia 23260

## A. Claimant Information

1. **Name:** Last Name: Crescent City Property Redevelopment Association, LLC  First Name: _____  Middle Initial: _____
2. **Chinese Drywall Settlement Program Claimant ID Number:** 1 1 1 4 3 6 5
3. **Social Security Number or Individual Taxpayer Identification Number:** SSN or ITIN: [redacted]
4. **Affected Property Identification Number (if you know it):** 18354
5. **Affected Property Address:** Street: 6901 Pritchard Pl. 1-4   City: New Orleans   State: LA   Zip Code: 70125

## B. Lost Rent, Use or Sale Claim Information

6. I do not have profit and loss statements for the year(s) _____.
Provide an explanation below. Attach additional sheets if necessary.

7. I do not have tax returns for the tax year(s) _____.
Provide an explanation below. Attach additional sheets if necessary.

LRUS Affidavit

# CHINESE DRYWALL SETTLEMENT PROGRAM
## MDL 2047

### C. Lost Rent Claim Information

8. I was never able to rent the Affected Property due to the presence of Chinese Drywall and I do not have a lease agreement or a monthly rental amount. You must provide a basis of the estimated monthly rental amount below. Attach additional sheets if necessary.

[ ] Yes. Estimated Monthly Rental Amount: $ _____

### D. Lost Sale Claim Information

9. I do not have documentary evidence of the Appraised Value of the Affected Property at the time of purchase. You must provide a basis of the estimated appraised value below. Attach additional sheets if necessary.

[ ] Yes. Estimated Appraised Value: $ 590,800

### E. Certification

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that I have read and reviewed the Chinese Drywall Settlement Program Lost Rent, Use, or Sales Claim Form, and evidence submitted in support of this claim and certify under penalty of perjury that all information contained therein is true, accurate, and complete to the best of my knowledge. I understand that false statements or claims made in connection with this Affidavit and my claim may result in fines, imprisonment, and/or any other remedy available by law and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution. I certify that I have made a good faith effort to obtain documentary evidence in support of my claim, and that if I obtain documentary evidence after I submit this Affidavit I will provide this evidence to the Settlement Administrator as soon as practicable, but no later than any other relevant deadlines set by the Settlement Administrator.

### F. Signature

| | | |
|---|---|---|
| Claimant/Attorney Signature: | *[signature]* | Date: 8/13/14 (Month/Day/Year) |
| Claimant/Attorney Name: | Last Name: Alden   First Name: William | Middle Initial: W. |

LRUS Affidavit

# CHINESE DRYWALL SETTLEMENT PROGRAM
# REMEDIATION CLAIM FORM
# KNAUF SETTLEMENT ONLY

Any Residential Owner or Commercial Owner seeking Remediation under the Knauf Settlement Agreement for a property that currently contains KPT Chinese Drywall must complete and submit this Remediation Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before October 25, 2013. Remediation refers to the process of having all KPT Chinese Drywall removed from your property and replaced with new drywall. KPT Chinese Drywall is drywall manufactured by Knauf Plasterboard (Tianjin) Co., Ltd or any of its subsidiaries ("Knauf"). Claimants seeking Remediation under the Settlement Program may choose among one of three Remediation Options: (1) Program Contractor Remediation; (2) Self Remediation; or (3) Cash Out Option. A detailed description of each Option may be found in the Definitions section of the Appendix to this Claim Form.

You may be eligible for Remediation if: (1) you registered your claim by the Registration deadline; (2) your property contains drywall manufactured by Knauf; (3) you currently own the property; and (4) the property has not been remediated.

When completing this Remediation Claim Form, refer to the Instructions and Definitions in the Appendix. These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Remediation Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit your Remediation Claim Form online.

If you are unable to complete the Remediation Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| 1. Claimant Name: | Last Name/Business Name | First | M.I. |
|---|---|---|---|
| | *Crescent City Property Redevelopment Association, LLC* | | |
| | Co-Owner Last Name/Business Name | Co-Owner First | M.I. |
| | | | |
| | DBA or Fictitious Name (if applicable) | | |

| 2. Individual Claimant's Social Security Number (SSN) | | 3. Business Claimant's Employer Identification Number (EIN): | [redacted] |
|---|---|---|---|

1

TO SUBMIT THIS CLAIM FORM ONLINE VISIT HTTPS://WWW3.BROWNGREER.COM/DRYWALL