# CHINESE DRYWALL SETTLEMENT PROGRAM
# LOST RENT, USE OR SALES CLAIM FORM

A Commercial Owner seeking compensation for Lost Rent, Use or Sales must complete and submit this Lost Rent, Use or Sales Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before October 25, 2013. Lost Rent, Use or Sales claims are claims for economic loss arising from the inability to use or rent an Affected Property during remediation, or for economic loss arising from the inability to sell an Affected Property as a result of property damage caused by Chinese Drywall.

When completing this Claim Form, refer to the Instructions and Definitions in the Appendix. These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Lost Rent, Use or Sales Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form, because the online version will guide you through the specific questions you need to answer, based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit your Lost Rent, Use or Sales Claim Form online.

If you are unable to complete the Lost Rent, Use or Sales Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

Chinese Drywall Settlement Administrator
P.O. Box 25401
Richmond, Virginia 23260

## A. CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **1. Claimant Name:** | Last Name/Business Name: *Crescent City Property Redevelopment Association, LLC* | First | M.I. |
| | Co-Owner Last Name/Business Name | Co-Owner First | M.I. |
| | DBA or Fictitious Name (if applicable) | | |
| **2. Individual Claimant's Social Security Number (SSN):** | | **3. Business Claimant's Employer Identification Number (EIN):** | [redacted] |
| **4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant?** | ☐ Yes  ☒ No | | |
| **5. Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant.** | Name: _____  SSN: ___-___-___ | | |

TO SUBMIT THIS CLAIM FORM ONLINE VISIT HTTPS://WWW3.BROWNGREER.COM/DRYWALL

# CHINESE DRYWALL SETTLEMENT PROGRAM
## LOST RENT, USE OR SALES CLAIM FORM

**6. Attorney Information:**

☐ Check here if you are not represented by an attorney and skip to Question 7. If you are represented by an attorney, complete this section.

Firm Name: J Christopher Ford, Atty At Law

Attorney Last Name: Ford

Attorney First Name: Julius

Street: 4300 S. I-10 Service Rd. W. Suite 103 N

City: Metairie

State: LA

Zip: 70001

Email: j.chris.ford1983@gmail.com

Phone Number: 504 223 8953

**7. Affected Property Address:**

Street: 6901 PRITCHARD PL. 1-4

City: NEW ORLEANS

State: LA

Zip: 70125

County/Parish: ORLEANS

**8. Settlement Agreement under which you are submitting this claim (check all that apply):**

☒ Knauf

☒ Banner.

☒ InEx.

☒ Global.    — HABITAT RESTORE

Participating Supplier Name: — INTERIOR EXTERIOR

Participating Builder Name: CRESCENT CITY PROPERTY REDEVELOPMENT ASSOCIATION, LLC

Participating Installer Name: CRESCENT CITY PROPERTY REDEVELOPMENT ASSOCIATION, LLC

☐ L&W.

☒ Unknown.

Additional Comments (attached additional pages if necessary):

Crescent City Property owned and renovated the affected property. It also installed drywall

2

# CHINESE DRYWALL SETTLEMENT PROGRAM
## LOST RENT, USE OR SALES CLAIM FORM

| | |
|---|---|
| **9. Lawsuit:** | Jurisdiction: Eastern Dist. LA <br> Case/Docket Number: 2:09-md-2047 <br> Date Filed: ___/___/___ <br> (month/day/year) |
| **10. Drywall Manufacturer:** | ☒ Knauf <br>   ☒ I am a member of the Knauf Settlement Class <br>   ☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class <br> ☒ Mixed (Knauf and other) <br> ☐ Non-Knauf <br> ☒ Unknown |
| **11. Select the option that best describes your relationship to the Affected Property:** | ☐ Residential Owner <br> ☒ Commercial/Rental Property Owner <br> ☐ Tenant <br> ☒ Previous Commercial/Rental Property Owner <br> ☐ Previous Residential Owner <br> ☒ Repairing Builder/Installer/Assignee <br> ☐ Non-Tenant Occupant (e.g. family member) <br> ☐ Condominium Association <br> ☐ Mortgagee (Bank) <br> ☐ Other:_____ |
| **12. Select the option that best describes how you used the Affected Property:** | ☐ Primary Residence <br> ☒ Rental/Commercial Property <br> ☐ Secondary Residence <br> ☐ Vacant <br> ☐ Other:_____ |
| **13. Have you ever lived in the Affected Property?** | ☐ Yes. Lost Rent, Use and Sales damages are generally limited to non-residential Loans. Please explain the nature of your Lost Rent, Use, or Sales damages below or attach additional pages if necessary: <br><br> ☒ No |
| **14. Did you own the Affected Property for the purpose of selling it?** | ☐ Yes. List the date you acquired the Affected Property. <br><br> ___/___/___ <br> (Month/Day/Year) <br><br> ☒ No |

3

# CHINESE DRYWALL SETTLEMENT PROGRAM
## LOST RENT, USE OR SALES CLAIM FORM

| | |
|---|---|
| 15. Did you own the Affected Property for the purpose of renting it? | ☒ Yes. List the date you acquired the Affected Property.<br>3 / 8 / 2002<br>(Month/Day/Year)<br><br>☐ No |
| 16. Do you own the Affected Property for the purposes of conducting a business from the Affected Property? | ☒ Yes. List the date you acquired the Affected Property.<br>3 / 8 / 2002<br>(Month/Day/Year)<br><br>☐ No |
| 17. Have you been reimbursed by Insurance for Lost Rent, Use or Sales losses? | ☐ Yes. Provide the amount of all insurance proceeds:<br>$_____.__<br><br>☒ No |
| 18. Has the Affected Property been Remediated? | ☒ Yes. List the dates of Remediation:<br>From : ___/___/___     To : ___/___/___<br>(Month/Day/Year)            (Month/Day/Year)<br><br>☐ No. |

4

TO SUBMIT THIS CLAIM FORM ONLINE VISIT HTTPS://WWW3.BROWNGREER.COM/DRYWALL

| | **(1) Lost Rent** | |
|---|---|---|
| 19. Provide the time period for which you are claiming Lost Rent: | From: ___/___/___ (Month/Day/Year) N/A | To: ___/___/___ (Month/Day/Year) - or - ☐ Present |
| 20. Provide the monthly rental amount at the time the Affected Property was remediated: | $_____.___ /month | |

| | **(2) Lost Use** | |
|---|---|---|
| 21. Provide the time period for which you are claiming Lost Use: | From: ___/___/___ (Month/Day/Year) | To: ___/___/___ (Month/Day/Year) - or - ☐ Present |
| 22. Provide the monthly rental amount of lease or rent payments you incurred while the Affected Property was being remediated: | $_____.___ /month | |
| 23. Comments and additional information about your claim: | | |

| | **(3) Lost Sales** |
|---|---|
| 24. Provide the first date you attempted to sell the Affected Property: | ___/___/___ (Month/Day/Year) |
| 25. Provide the date you either sold the Affected Property or removed the Affected Property from the market: | ___/___/___ (Month/Day/Year) |

| | | | |
|---|---|---|---|
| 26. Provide the lending institution, balances and interest rates of all loans on the property at the time you attempted to sell the Affected Property: | **Lending Institution:** | **Loan Balance:** $_____.__ | **Interest Rate:** ____.___% |
| | **Lending Institution:** | **Loan Balance:** $_____.__ | **Interest Rate:** ____.___% |
| | **Lending Institution:** | **Loan Balance:** $_____.__ | **Interest Rate:** ____.___% |
| 27. Have you received any offers to purchase the Affected Property? | ☐ Yes. Provide the offered purchase price: $_____.__  ☐ No | | |
| 28. Have you received any offers to rent the Affected Property? | ☐ Yes. Provide the offered monthly rental amount: $_____.__  ☐ No | | |
| 29. Comments and additional information about your claim: | | | |

## B. REQUIRED DOCUMENTS

Claimants seeking compensation for Lost Rent, Use or Sales must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

1. Photographs or Inspection Reports demonstrating evidence of corrosive, reactive Chinese Drywall;
2. Proof of purchase of the Affected Property;
3. Documents evidencing purchase price and appraised value at purchase of Affected Property;
4. Documents relating to communications with third parties, such as real estate agents and contractors, regarding using, leasing or sale of the Affected Property;
5. Documents relating to mortgage or lease payments, such as, cancelled checks, past due notices and late fees or other charges;
6. Documents demonstrating the inability to use, rent or sell the Affected Property as result of property damage caused by Chinese Drywall;
7. Tax Returns for three years prior to the inability to use, rent or sell the Affected Property as a result of property damage caused by Chinese Drywall;
8. Profit and Loss Statements for three years prior to inability to use, rent or sell the Affected Property as a result of property damage caused by Chinese Drywall;
9. Signed Affidavit from the Commercial Owner supporting the claim for Lost Rent, Use or Sales;
10. Any other document that you believe supports your claim.

Note: The Special Master may also require a report from an expert providing that the Lost Rent, Use or Sales substantially *were* caused by Chinese Drywall and that the Commercial Owner incurred losses as a result.

| C. SIGNATURE |
|---|

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney: | *[signature]* | Date: | 8 / 14 / 14 (Month/Day/Year) |
|---|---|---|---|
| Printed Name: | First: William   Last: Alden | | M.I. W. |

7

To Submit this Claim Form Online Visit https://www3.browngreer.com/drywall