# CHINESE DRYWALL SETTLEMENT PROGRAM
## MISCELLANEOUS CLAIM FORM

Pursuant to section 4.7.3.1 of the Knauf Settlement Agreement, the Special Master may consider claims that are not explicitly provided for in the Knauf Settlement Agreement. Use this form only if your damages are not covered by any other claim type. You must fully describe the nature of your claim and attach all relevant documents. Please note that the Special Master has discretion to consider claims submitted under Section 4.7.3.1 of the Knauf Settlement Agreement, and submission of this claim does not necessarily entitle you to compensation. The deadline to file all Claim Forms is October 25, 2013.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit this Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit this Claim Form online.

If you are not able to complete this Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| 1. Claimant Name: | Last Name/Business Name: Crescent City Property Redevelopment Association, LLC | First: | M.I. |
|---|---|---|---|
| | Co-Owner Last Name/Business Name | Co-Owner First | M.I. |
| | DBA or Fictitious Name (if applicable) | | |

| 2. Individual Claimant's Social Security Number (SSN): | | 3. Business Claimant's Employer Identification Number (EIN) | [REDACTED] |
|---|---|---|---|
| 4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant? | ☐ Yes  ☑ No | | |
| 5. Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant. | Name: _____<br>SSN: _____-___-_____ | | |

1

TO SUBMIT THIS CLAIM FORM ONLINE VISIT HTTPS://WWW3.BROWNGREER.COM/DRYWALL

# CHINESE DRYWALL SETTLEMENT PROGRAM
## MISCELLANEOUS CLAIM FORM

**6. Attorney Information:**

☐ Check here if you are not represented by an attorney and skip to Question 7. If you are represented by an attorney, complete this section.

- Firm Name: J. Christopher Ford, Atty At Law
- Attorney Last Name: Ford
- Attorney First Name: Julius
- Street: 4300 S. I-10 Service Rd., W. Suite 103 N
- City: Metairie
- State: LA
- Zip: 70001
- Email: j.chris.ford1983@gmail.com
- Phone Number: 504 223 8953

**7. Affected Property Address:**

- Street: 6901 Pritchard Place, 1-4
- City: New Orleans
- State: LA
- Zip: 70125
- County/Parish: Orleans

**8. Settlement Agreement under which you are submitting this claim (check all that apply):**

- ☒ Knauf
- ☒ Banner.
- ☒ InEx.
- ☒ Global.
  - Participating Supplier Name: Interior Exterior Building Supply; Habitat Restore Sales; Lowe's Baton Rouge
  - Participating Builder Name: Crescent City Property Redevelopment Association, LLC
  - Participating Installer Name: Crescent City Property Redevelopment Association, LLC
- ☐ L&W
- ☒ Unknown.

Additional Comments (attached additional pages if necessary):

Crescent City Property Redevelopment Association, LLC owned and renovated the affected property. It installed the drywall.

# CHINESE DRYWALL SETTLEMENT PROGRAM
## MISCELLANEOUS CLAIM FORM

| | |
|---|---|
| 9. Lawsuit: | Jurisdiction: _____<br><br>Case/Docket Number: _____<br><br>Date Filed: ___/___/___<br>(month/day/year) |
| 10. Drywall Manufacturer: | ☑ Knauf<br>　☑ I am a member of the Knauf Settlement Class<br>　☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class<br>☑ Mixed (Knauf and other)<br>☐ Non-Knauf<br>☑ Unknown |
| 11. Select the option that best describes your relationship to the Affected Property: | ☐ Residential Owner<br>☑ Commercial/Rental Property Owner<br>☐ Tenant<br>☑ Previous Commercial/Rental Property Owner<br>☐ Previous Residential Owner<br>☑ Repairing Builder/Installer/Assignee<br>☐ Non-Tenant Occupant (e.g. family member)<br>☐ Condominium Association<br>☐ Mortgagee (Bank)<br>☐ Other:_____ |
| 12. Select the option that best describes how you used the Affected Property: | ☐ Primary Residence<br>☑ Rental/Commercial Property<br>☐ Secondary Residence<br>☐ Vacant<br>☐ Other:_____ |

## B. CLAIM INFORMATION

Pursuant to section 4.7.3.1 of the Knauf Settlement Agreement, the Special Master may consider claims that are not explicitly provided for in the Knauf Settlement Agreement. Use the text box below to describe the nature of your claim. Once you have described the nature of your claim, submit all documents that you believe support your claim to the Settlement Administrator. You must also sign your claim by using the Signature and Submission feature. Your claim will not be complete until you sign and submit it.

# CHINESE DRYWALL SETTLEMENT PROGRAM
## MISCELLANEOUS CLAIM FORM

### C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| CHINESE DRYWALL SETTLEMENT PROGRAM  MISCELLANEOUS CLAIM FORM |||||
|---|---|---|---|---|
| **Signature of Claimant/Attorney:** | *Julius C. Ford* || **Date:** | 8 / 13 / 14 (Month/Day/Year) |
| **Printed Name:** | First: Julius | Last: Ford || M.I.: C. |

[This space left intentionally blank.]