# CHINESE DRYWALL SETTLEMENT PROGRAM
## AFFECTED PROPERTY INFORMATION AFFIDAVIT

Pursuant to CDW Court Approved Procedure 2013-2, a claimant who does not have documentary evidence as to the identity of the manufacturer, builder, supplier, or installer of Chinese Drywall in an Affected Property may submit an Affidavit identifying certain information about an Affected Property. The Settlement Administrator may consider this Affidavit in making a determination of eligibility, but the submission of this Affidavit does not constitute conclusive proof of the facts stated herein. This Affidavit will not be considered unless it is personally signed by the claimant. If you intend to use this Affidavit to provide information about multiple properties, attach a list of properties as a separate sheet and upload it directly to the Chinese Drywall Settlement Portal. You may also attach additional sheets if you wish to provide additional information about your Affected Property.

For purposes of this Affidavit, Under Air Square Footage means the enclosed portion of an Affected Property that is suitable for year round use and contains walls, floors, and ceilings that are similar to the rest of the house. Under Air Square Footage in an Affected Property shall be determined in accordance with Exhibit F-1-8 to the Knauf Settlement Agreement

To submit this Affidavit, upload it directly to the Chinese Drywall Settlement Portal at https://www3.browngreer.com/drywall. If you intend to use this Affidavit to provide information about multiple properties, attach a list of properties as a separate sheet and upload it directly to the Chinese Drywall Settlement Portal for each Affected Property to which the Affidavit applies. You may also attach additional sheets if you wish to provide additional information about your Affected Property. If you cannot upload this Affidavit to the Chinese Drywall Settlement Portal, email it to CDWQuestions@browngreer.com, or send by U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

### A. SUPPLY CHAIN INFORMATION

| # | Field | Response |
|---|---|---|
| 1. | Claimant Name: | Last Name/Business Name: CRESCENT CITY PROPERTY REDEVELOPMENT ASSOCIATION, LLC   First:   M.I. |
| 2. | Affected Property Address: | Street: 6901 PRITCHARD PL. 1-4   City: NEW ORLEANS   State: LA   Zip: 70125   County/Parish: ORLEANS |
| 3. | Affected Property Identification Number (if you know it): | 18354 |
| 4. | SSN or TIN (if you do not know the Affected Property Identification Number): | |
| 5. | Drywall Manufacturer: | ☒ Knauf Plasterboard Tianjin Co., Ltd.<br>☒ Mixed (Knauf Plasterboard Tianjin Co., Ltd. and other)<br>☐ Non- Knauf Plasterboard Tianjin Co., Ltd.<br>☒ Unknown |

CDW AFF-1

1

**CHINESE DRYWALL SETTLEMENT PROGRAM**
**AFFECTED PROPERTY INFORMATION AFFIDAVIT**

| | |
|---|---|
| 6. Builder, Supplier and Installer Information: | Provide the identity of your Builder, Supplier and/or Installer and the basis of this information:<br><br>Builder: _Crescent City Property Redevelopment Association, LLC_<br>[ ] I do not know the identity of the Builder.<br><br>— Habitat Restore Sales<br>Supplier: — Interior Exterior<br>[ ] I do not know the identity of the Supplier.<br>— Lowes — Baton Rouge<br><br>Installer: _Crescent City Property Redevelopment Association, LLC_<br>[ ] I do not know the identity of the Installer.<br><br>Basis of Builder/Supplier/Installer information (attach additional sheets as necessary):<br><br>Crescent City Property owned and renovated the affected property. It also installed the drywall. |

CDW AFF-1

2

To Submit this Affidavit online visit https://www3.browngreer.com/drywall


| | CHINESE DRYWALL SETTLEMENT PROGRAM |
|---|---|
| | AFFECTED PROPERTY INFORMATION AFFIDAVIT |
| 7. **Under Air Square Footage:** | Please provide the Under Air Square Footage of the Affected Property and the basis of your computation:<br><br>Under Air Square Footage: 8634<br><br>Basis of Computation:<br>— FINISHED SQUARE FOOTAGE CALCULATIONS FOR THIS HOUSE WERE MADE BASED ON MEASURED DIMENSIONS ONLY AND MAY INCLUDE UNFINISHED AREAS<br>— (SEE ATTACHED SKETCH/AREA TABLE) TWO-STORY ATTACHED 4-PLEX WITH 8634 ABOVE-GRADE FINISHED SQUARE FEET. IN ADDITION, A 198 ABOVE-GRADE SQUARE FOOT PORCH AND GARAGE |

**B. SIGNATURE AND CERTIFICATION**

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Affidavit is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with my claim and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Affidavit and my claim may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

I certify that I have made a good faith effort to obtain documentary evidence of the facts contained in this Affidavit, and that if I obtain documentary evidence after I submit this Affidavit I will provide this evidence to the Settlement Administrator as soon as practicable, but no later than any other relevant deadlines set by the Settlement Administrator.

| Claimant's Signature: | *[signature]* | Date: | 8 / 13 / 14 (Month/Day/Year) |
|---|---|---|---|
| Title (if Claimant is a business): | DIRECTOR | | |
| Printed Name: | First: WILLIAM | Last: ALDEN | M.I. W. |

CDW AFF-1

3

TO SUBMIT THIS AFFIDAVIT ONLINE VISIT HTTPS://WWW3.BROWNGREER.COM/DRYWALL