# CHINESE DRYWALL SETTLEMENT PROGRAM
## MDL 2047

## GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM
## SPECIAL MASTER FINAL DETERMINATION NOTICE
### DATE OF NOTICE: 3/2/15

### I. CLAIMANT AND CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **Claimant Name** | Last<br>Crescent City Property Redevelopment Association, LLC | First | Middle |
| **Representative Claimant Name** | Last | First | Middle |
| **Claimant ID** | 114365 | **Claim ID** | 23277 |
| **Law Firm** | Julius Christopher Ford, Attorney at Law | **Affected Property ID** | 18254 |
| **Affected Property Address** | Street<br>6901-11 Pritchard Place | | Unit |
| | City<br>new orleans | State<br>LA | Zip code<br>70125 |

### II. SPECIAL MASTER FINAL DETERMINATION

This is an official Notice from the Settlement Administrator for the Chinese Drywall Settlement Program and relates to the claim identified in Section I. The Special Master reviewed this claim and made a final determination. This determination is final and is not appealable. The table below shows the determination made by the Special Master. If the the Special Master Determination in Row 1 below is "Not Eligible" you are not eligible for compensation. If the Special Master Determination in Rows 2, 3, and 4 is listed as "Not Eligible" you are not eligible for compensation.

Settlement Funds will be distributed on a pro-rata basis. To determine Compensation Amounts, we will divide the total square footage of all eligible claims by the total applicable Settlement Amounts to determine a per square foot Compensation Amount. For example, if the Settlement Amount is $10,000,000, and the total square footage of all eligible properties is 2,000,000 square feet, the amount available for each property is $5.00 per square foot ($10,000,000 divided by 2,000,000 square feet). We will then multiply the per square foot amount by the confirmed Under Air Square Footage listed in Row 1 to calculate your Compensation Amount.

The Settlement Administrator will perform a final audit before issuing payments to establish the claimant with the authority to receive Global, Banner, InEx Repair and Relocation Expenses payments for the Affected Property

| | CATEGORY | SETTLEMENT ADMINISTRATOR ELIGIBILITY DETERMINATION (WHAT WE DETERMINED AFTER REVIEWING THIS CLAIM) | SPECIAL MASTER ELIGIBILITY DETERMINATION (WHAT THE SPECIAL MASTER DETERMINED) |
|---|---|---|---|
| 1. | **Under Air Square Footage** | Not Eligible | Not Eligible |
| 2. | **Builder** | Not Eligible | Not Eligible |

| | | | |
|---|---|---|---|
| 3. | **Supplier** | Not Eligible | Not Eligible |
| 4. | **Installer** | Not Eligible | Not Eligible |

## III. APPEAL COMMENT (IF PROVIDED)

**Chinese drywall was installed in this property.  The drywall for this property was stored at this location (i.e. the Pritchard Place warehouse owned by corporate entity controlled by Dr. William Wes Alden, the managing member of Crescent City Property Redevelopment Association, LLC. The previously submitted photographs show the drywall when it was stored in the warehouse. An affidavit was previously submitted in support of these facts.  The photographs of corroded metals show appliances and other metal objects that were also stored at Pritchard Place and were damaged as a result of the defective drywall.  The previously submitted affidavit supports these facts.**

## IV. YOUR OPTIONS AFTER THIS NOTICE

You do not need to take any action if you agree with the Special Master's determination.  If you disagree with the Special Master's determination, your only option is to appeal directly to Judge Fallon.

## V. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

We are available to help you if you have questions or need assistance. If you have any questions about this Notice, the status of your claim(s), or just need help, contact us by the following methods:

| | |
|---|---|
| **By using our Online Portal** | Visit **https://www3.browngreer.com/drywall** to view claim status and documents. |
| **By Mail** (Postmarked no later than your submission deadline) | Chinese Drywall Settlement Administrator P.O. Box 25401 Richmond, Virginia 23260 |
| **By Overnight, Certified or Registered Mail** (Postmarked no later than your submission deadline) | BrownGreer, PLC c/o Chinese Drywall Settlement Administrator 250 Rocketts Way Richmond, Virginia 23231 |
| **By Facsimile** (Sent no later than 12:00 midnight local time on your submission deadline) | (804) 521-7299 |
| **By Email** (Sent no later than 12:00 midnight local time on your submission deadline) | **CDWQuestions@browngreer.com** |

**www3.browngreer.com/Drywall**

Claimant ID: 114365

Claim ID: 23277