UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL 2047 SECTION L |
| This document relates to All Cases | * * * * | JUDGE FALLON MAGISTRATE JUDGE WILKINSON |

* * * * * * * * * * * * * * * * *

## BANNER SUPPLY CO.'S MOTION TO ENFORCE INJUNCTION REGARDING CLAIMS BROUGHT BY PLAINTIFFS DANIEL AND SHONNA BLONSKY

Defendant Banner Supply Co. ("Banner") files this Motion to Enforce Injunction Regarding Claims Brought by Plaintiffs Daniel and Shonna Blonsky.

This Court has barred all class members who have not opted out of the Banner entities' class action settlement agreement from prosecuting claims against Banner. In violation of the Court's order, Plaintiffs, who are class members of the Banner entities' class action settlement agreement, are prosecuting claims arising from, or otherwise related to, the presence of Chinese drywall against Banner in the 11th Judicial Circuit in Miami-Dade County, Florida in the case captioned *Daniel Blonsky et al. v. GC3 Development, LLC et al.*, Case No. 14-018564 CA 25.

For these reasons, as more fully stated in the accompanying Memorandum, Banner moves the Court to enforce its injunction barring claims by Plaintiffs against Banner and further enjoin Plaintiffs from continuing to prosecute their claims against Banner.

Respectfully submitted,

**BAKER, DONELSON, BEARMAN,**
**CALDWELL & BERKOWITZ, PC**

/s/   Kerry  J. Miller
**KERRY J. MILLER (#24562)**
**JAMES R. PARISH (#34017)**
201 St. Charles Avenue, Suite 3600
New Orleans, LA  70170
Telephone:	504.566.8646
Facsimile:	504.585.6946
Email:	kjmiller@bakerdonelson.com

**Counsel for Defendant,**
**Banner Supply Co.**

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 18th day of March, 2015.

**I ALSO CERTIFY** that this document is being served this day on **Susan Raffanello, Esq.** and **Daniel F. Blonsky, Esq.**, **Coffey Burlington, P.L.,** 2601 South Bayshore Drive, Penthouse, Miami, FL 33133, sraffanello@coffeyburlington.com; lmaclaren@coffeyburlington.com; dblonsky@coffeyburlington.com; groque@coffeyburlington.com; and service@coffeyburlington.com, via email transmission.

/s/ Kerry J. Miller
KERRY J. MILLER