UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |
| ALL CASES | |
| _____/ | |

**LENNAR CORPORATION'S MOTION TO ENFORCE BAR ORDER AND TO ENJOIN CLAIMS BROUGHT BY ARTHUR SIEGWARDT AND LINDA SIEGWARDT**

Lennar Corporation ("Lennar") respectfully moves this Honorable Court to enforce its order barring Global Settlement Class Members from pursuing claims against Lennar arising from, concerning, or otherwise related to Chinese Drywall. Specifically, Lennar requests this Court to enjoin Arthur Siegwardt and Linda Siegwardt from continuing to prosecute their claims arising from or otherwise related to Chinese Drywall against Lennar in the Circuit Court of the 20th Judicial Circuit in and for Lee County, Florida, or otherwise. In support of this Motion, Lennar has filed a Memorandum of Law in support of the Motion contemporaneously herewith.

Dated: March 18, 2015

Respectfully submitted,

**GREENBERG TRAURIG, P.A.**
Attorneys for Lennar Corporation
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717
Email: bassh@gtlaw.com
Email: salkym@gtlaw.com

By:   /s/ Hilarie Bass
   Hilarie Bass
   Florida Bar No. 334323

                                             Mark A. Salky
                                             Florida Bar No. 058221
                                             Adam M. Foslid
                                             Florida Bar No. 682284

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on March 18, 2015, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, Esq., and Defendants' Liaison Counsel, Kerry Miller, Esq., Homebuilders' Liaison Counsel, Dorothy Wimberly, Esq., and Insurer Defendants' Liaison Counsel, Judy Y. Barrasso, Esq., by U.S. mail and/or email or by hand delivery and I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and upon all parties by electronically uploading the same to File & Serve in accordance with Pretrial Order No. 6.

      I HEREBY FURTHER CERTIFY that on March 18, 2015, a true and correct copy of the foregoing was served via electronic mail upon:  Kevin F. Jursinski, Esq., Law Office of Kevin F. Jursinski, P.A., 15701 South Tamiami Trail, Fort Myers, Florida 33908, to the following email address:  Kevin@KFJLaw.com.

                                             /s/ Mark A. Salky
                                             Mark A. Salky