UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |
| ALL CASES | |
| _____/ | |

## NOTICE OF SUBMISSION

Please take notice that Defendant Lennar Corporation's Motion to Enforce Bar Order and to Enjoin Claims Brought by Arthur Siegwardt and Linda Siegwardt will be brought for hearing, with oral argument, on April 17, 2015, immediately following the monthly status conference that commences at 9:00 a.m., before the Honorable Eldon E. Fallon, Judge, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

Dated: March 18, 2015

Respectfully submitted,

**GREENBERG TRAURIG, P.A.**
Attorneys for Lennar Corporation
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717
Email: bassh@gtlaw.com
Email: salkym@gtlaw.com

By: /s/ Hilarie Bass
Hilarie Bass
Florida Bar No. 334323
Mark A. Salky
Florida Bar No. 058221
Adam M. Foslid
Florida Bar No. 682284

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 18, 2015, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, Esq., and Defendants' Liaison Counsel, Kerry Miller, Esq., Homebuilders' Liaison Counsel, Dorothy Wimberly, Esq., and Insurer Defendants' Liaison Counsel, Judy Y. Barrasso, Esq., by U.S. mail and/or email or by hand delivery and I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and upon all parties by electronically uploading the same to File & Serve in accordance with Pretrial Order No. 6.

I HEREBY FURTHER CERTIFY that on March 18, 2015, a true and correct copy of the foregoing was served via electronic mail upon: Kevin F. Jursinski, Esq., Law Office of Kevin F. Jursinski, P.A., 15701 South Tamiami Trail, Fort Myers, Florida 33908, to the following email address: Kevin@KFJLaw.com.

/s/ Mark A. Salky
Mark A. Salky