UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 09-23691-CIV-SEITZ

PENINSULA II DEVELOPERS, INC., et al.,

    Plaintiffs,

v.

WESTCHESTER FIRE INSURANCE
COMPANY, et al.,

    Defendants.
_____/

## ORDER DENYING MOTIONS TO LIFT STAY AND REQUIRING STATUS REPORTS

This is a declaratory action regarding potential liability insurance coverage for property damage. On August 22, 2012, the Court stayed this case until the underlying state-court lawsuit determined the nature and extent of the insureds' liability. [DE-352.] On August 2, 2013, the Eleventh Judicial Circuit entered final judgment in the amount of $1,552,644.98 in favor of Peninsula II Developers, Inc. ("Peninsula"). [DE-372-2.] Subsequently, beginning on August 16, 2013, the parties filed various motions seeking to lift the stay, to re-instate the stay, or to dismiss the case. [*See* DE-372 through DE-388.]

Peninsula argues that coverage issues are ripe for determination because the state-court judgment conclusively established that some liability exists, even if the precise extent of that liability may change. [DE-381 at 5.] But the judgment in the underlying state-court lawsuit is now on appeal. *See Peninsula II Developers, Inc. v. Gryphon Construction, LLC, et al.*, No. 2011-16038-CA-01 (Fla. 11th Jud. Cir. filed May 24, 2011), *appeal docketed*, No. 3D13-2284 (Fla. 3d DCA Sep. 5, 2013). And Peninsula has filed a separate state-court lawsuit against Skyline Systems, Inc. [DE-388-1.] The Court cannot proceed without further information as to the status of these proceedings.

Therefore, the Court will deny the motions to lift the stay at this time, but will require status reports from the parties. Upon receipt of these reports, the Court will take appropriate further action without the need for further motions.

Accordingly, it is

ORDERED that

1) By **November 10, 2014**, each party shall file a status report of **no more than three pages** informing the Court of any relevant developments in the state-court proceedings.
2) Gryphon Construction's motion to lift stay [DE-372] is DENIED.
3) Westchester Fire Insurance Company's motion to re-open suit and re-instate stay [DE-373] is DENIED.
4) Peninsula's motion to re-open case [DE-374] is DENIED.

DONE AND ORDERED in Miami, Florida, this 24th day of October, 2014.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record