UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : MDL NO. 2047<br>:<br>: SECTION L<br>:<br>: JUDGE FALLON<br>: MAGISTRATE JUDGE<br>: WILKINSON |

**THIS DOCUMENT RELATES TO:  ALL CASES**

## ORDER

The Court received and reviewed the attached correspondence.

**IT IS ORDERED** that the attached correspondence shall be entered into the record.

**IT IS FURTHER ORDERED** that Brown Greer review the correspondence and respond as appropriate.

New Orleans, Louisiana, this 18th day of March, 2015.

_____<br>
UNITED STATES DISTRICT JUDGE

cc:

Mr. Russell Moody
806 NW 38th Place
Cape Coral, Florida 33993

Ms. Patricia Lippold and Janet Hibbs
2214 Sifield Greens Way
Sun City Center, Florida 33573