**PATRICIA LIPPOLD AND JANET HIBBS**
2214 Sifield Greens Way
Sun City Center, FL  33573

March 12, 2015



Mr. Jacob S. Woody
MDL-2047 Settlement Administrator
BrownGreer, PLC
250 Rocketts Way
Richmond, VA 23231

Mr. Woody,
Per the instructions on Form 1099-MISC, we request that you take immediate action, in accordance with IRS instructions, to rescind/correct the two (2) 1099-MISC forms that you issued in the name of Patricia Lippold claiming that the $4857.40 and $4841.10 that we received for Repair and Relocation damages under the MDL-2047 Builder, Installer, Supplier and Insurer Settlement Agreement is taxable (Account number 100310). That settlement amount is neither taxable nor reportable as being taxable since it is less than 10% of the adjusted basis of our property, we have received no other compensation or settlement payments for repair and relocation damages, and we have not taken a casualty loss deduction for toxic Chinese drywall property damage to our home. According to IRS guidance you are required by the IRS to determine whether a payment is taxable and needs to be reported prior to issuing a 1099-MISC. You did not do that. In fact, you have stated that you had no way to know whether or not the payments for Repair and Relocation damages are less than a claimants' adjusted basis in the property. In other words, you issued the 1099-MISC because the settlement payment might be taxable.

I don't know how many 1099-MISC forms you issued, but apparently all were issued without basis. I believe many, if not most, were issued in error because the settlement payments were less than the adjusted basis of the property. Actually, I believe all 1099-MISC's issued by you were issued in error because property damage settlements are not reportable in Box 3 of 1099-MISC. In your statement that I referenced above you clearly identify the settlement as payment for property damage. According to the IRS, property damage settlements are not taxable and generally not reportable unless the settlement exceeds the adjusted basis in the property. You also stated that the IRS instructions are clear that the payments you issued, which you said were damages for nonphysical injuries, must be reported in box 3 of 1099 MISC. It's true that payments for nonphysical injury must be reported in Box 3 of the 1099-MISC as taxable. The problem is that you correctly identified the settlements as payments for property damage, which is not taxable unless it exceeds the adjusted basis for the property, and you also identified the settlement as payment for nonphysical injury, which is taxable. It's clear from the IRS 1099-MISC instructions that settlements for nonphysical injury are taxable (adjusted basis of property does not come into play) except in a few cases, including settlements associated with personal physical injury or sickness, and medical expenses.

It's clear that the rules for property damage settlements and nonphysical injury settlements are different, the former involve property and the latter involve persons. With some exceptions, property damage settlements are not taxable and nonphysical injury settlements are taxable. You can't have it both ways.

Several factors have exacerbated claimants' recognition and resolution of the problem of having received a 1099-MISC in error. <u>One factor is that you failed to include the telephone number of a person to contact on the 1099-MISC. You are required by the IRS to include a contact telephone number on Form 1099-MISC. This telephone number, required by the IRS, must provide direct access to an individual who can answer questions about the statement, i.e. the 1099-MISC.</u>

PATRICIA LIPPOLD AND JANET HIBBS
2214 Sifield Greens Way
Sun City Center, FL 33573

I believe at least some victims will end up paying tax on settlement payments that a Fallon court representative has falsely claimed to be taxable damages. I have personal knowledge of several toxic Chinese drywall victims who are frustrated, angry, and confused as to why they're being told by a Fallon court representative that an MDL-2047 settlement payment for Repair and Relocation damages, which in most cases is less than 10% of their property loss, is taxable. That this information came from a court appointed representative provides a false sense of credibility that the IRS has deemed this payment taxable.

Toxic Chinese drywall victims have suffered significant financial loss, possible health consequences, and emotional stress. Further exacerbating the problem is that, for those who cannot afford to, or choose not to remediate until they receive a settlement(s) sufficient to pay for remediation (remediation is an all or nothing proposition), losses continue to mount, e.g. loss of A/C units, appliances, electronic, etc., as well as the rising cost of remediation. The last thing we need to deal with is the erroneous issuance of a 1099-MISC by the Fallon court.

Toxic Chinese drywall victims deserve immediate resolution to the 1099-MISC problem.

Respectfully,

Patricia Lippold and Janet Hibbs
Email: plippold@tampabay.rr.com
(813) 938-4597 (home)
(813) 347-2906 (cell)


c: Honorable Eldon E. Fallon
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C-456
New Orleans, LA 70130

Pete V. Albanis
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Myers, FL 33907

Michael J. Ryan, Attorney-at-Law
Krupnick Campbell Malone Buser Slama Hancock Liberman
12 Southeast 7th Street
Suite 801
Fort Lauderdale, FL 33301

## Form 1 (top)

**PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.**

BISPI R&R Fund
250 Rocketts Way
Richmond, VA 23231

| Box | Field | Amount |
|---|---|---|
| 1 | Rents | |
| 2 | Royalties | |
| 3 | Other income | $4841.10 |
| 4 | Federal income tax withheld | |
| 5 | Fishing boat proceeds | |
| 6 | Medical and health care payments | |
| 7 | Nonemployee compensation | |
| 8 | Substitute payments in lieu of dividends or interest | |
| 9 | Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | |
| 10 | Crop insurance proceeds | |
| 13 | Excess golden parachute payments | |
| 14 | Gross proceeds paid to an attorney | |
| 15a | Section 409A deferrals | |
| 15b | Section 409A income | |
| 16 | State tax withheld | |
| 17 | State/Payer's state no. | |
| 18 | State income | |

OMB No. 1545-0115
2014
Form **1099-MISC**
**Miscellaneous Income**

**PAYER'S Federal identification number:** (blank)
**RECIPIENT'S identification number:** XXX-XX-2737

**RECIPIENT'S name:** PATRICIA LIPPOLD
**Street address:** 12 SE 7 STREET  SUITE 801
**City, state, ZIP:** FT. LAUDERDALE, FL 33301
**Account number:** 100310

Copy B
For Recipient

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

Form **1099-MISC**        (keep for your records)        Department of the Treasury - Internal Revenue Service

---

☐ VOID    ☐ CORRECTED

**PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.**

BISPI R&R Fund
250 Rocketts Way
Richmond, VA 23231

| Box | Field | Amount |
|---|---|---|
| 1 | Rents | |
| 2 | Royalties | |
| 3 | Other income | $4857.40 |
| 4 | Federal income tax withheld | |
| 5 | Fishing boat proceeds | |
| 6 | Medical and health care payments | |
| 7 | Nonemployee compensation | |
| 8 | Substitute payments in lieu of dividends or interest | |
| 9 | Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | |
| 10 | Crop insurance proceeds | |
| 13 | Excess golden parachute payments | |
| 14 | Gross proceeds paid to an attorney | |
| 15a | Section 409A deferrals | |
| 15b | Section 409A income | |
| 16 | State tax withheld | |
| 17 | State/Payer's state no. | |
| 18 | State income | |

OMB No. 1545-0115
2014
Form **1099-MISC**
**Miscellaneous Income**

**PAYER'S Federal identification number:** (blank)
**RECIPIENT'S identification number:** XXX-XX-2737

**RECIPIENT'S name:** PATRICIA LIPPOLD
**Street address:** 12 SE 7 STREET  SUITE 801
**City, state, ZIP:** FT. LAUDERDALE, FL 33301
**Account number:** 100310

Copy B
For Recipient

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

Form **1099-MISC**        (keep for your records)        Department of the Treasury - Internal Revenue Service

U.S. POSTAGE PAID
SUN CITY CENTER, FL
33573
MAR 13, 15
AMOUNT
$4.65
00112596-02

7014 2870 0001 2067 5765

Patricia Lippold
2214 Sifield Greens Way
Sun City Center, FL 33573

Honorable Eldon E Fallon
United States District Court
Eastern District of Louisiana
500 Poydras Street    Room C456
New Orleans, LA 70130