# Exhibit 1

# ALSTON&BIRD LLP

One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424

404-881-7000
Fax: 404-253-8869
www.alston.com

Bernard Taylor, Sr.       Direct Dial: 404-881-7288       Email: bernard.taylor@alston.com

March 19, 2015

VIA UPS OVERNIGHT DELIVERY
AND EMAIL COPY

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut St, Ste 500
Philadelphia, PA 19106
ALevin@LFSBLaw.com

Re:    *In re: Chinese-Manufactured Drywall Products Liability Litigation*, MDL No. 2047, Case No. 2:09-md-02047-EEF-JCW

Dear Mr. Levin:

     Enclosed please find Taishan Gypsum Co., Ltd.'s payment of $15,000 in attorneys' fees to the PSC in compliance with the Court's July 17, 2014 Order and March 17, 2015 Minute Entry and Orders.

Sincerely,

*/s/ Bernard Taylor*

Bernard Taylor, Sr.

cc:    *(all via email only)*
       Russ Herman – rherman@hhklawfirm.com
       Gerald E. Meunier – gmeunier@gainsben.com
       Alan Weinberger – aweinberger@hanrylaw.com
       Harry Rosenberg – harry.rosenberg@phelps.com
       C. Michael Moore – mike.moore@dentons.com
       Gene R. Besen – gene.besen@dentons.com
       Richard L. Fenton – richard.fenton@dentons.com
       Leah R. Bruno -- leah.bruno@dentons.com
       Michael H. Barr – michael.barr@dentons.com
       Justin N. Kattan – justin.kattan@dentons.com

Arnold Levin, Esq.
March 19, 2015
Page 2

      L. Christopher Vejnoska – cvejnoska@orrick.com
      Ian Johnson – ijohnson@orrick.com
      Andrew Davidson – adavidson@orrick.com
      Jason Wu – jmwu@orrick.com
      James L. Stengel – jstengel@orrick.com
      Xiang Wang – xiangwang@orrick.com
      Eric A. Shumsky – eshumsky@orrick.com

Atlanta Business Acct (Wells) — $15,000.00

| REF. # | INV. # | DATE | INV. AMT | INVOICE DESCRIPTION | AMOUNT PAID |
|---|---|---|---|---|---|
|  |  | 03-19-2015 | 15,000.00 | -Taishan Gypsum Co. Ltd's payment of $15,000.00 in attorney's fees to the PSC per July 17, 2014 Order and March 17, 2015 Minute Entry and Orders. | 15,000.00 |

THIS DOCUMENT HAS A VOID FEATURE IN THE COLORED BACKGROUND

CHECK DATE: **03/19/15**

Atlanta Business Acct (Wells)
Wells Fargo Bank NA
Atlanta, Georgia  30303

**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia  30309-3424
F.E.I.# 58-0137615

CHECK NO. **00280870**
64-975/612

CHECK AMOUNT
**$15,000.00**

FIFTEEN THOUSAND AND 00/100

TWO SIGNATURES REQUIRED ON CHECK OVER $20,000.00

PAY TO THE ORDER OF  Levin, Fishbein, Sedran & Berman
510 Walnut Street Suite 500
Philadephia, PA 19106

## iShip Shipment Details — 1 Pkg

### SHIPPING ADDRESSES

**Sender:**
Alston & Bird
Alana Griggs
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
(404) 881-4628
alana.griggs@alston.com
Business

**Recipient:**
Levin Fishbein Sedran & Berman
Arnold Levin, Esq.
510 WALNUT ST
STE 500
PHILADELPHIA, PA 19106-3697
Business

**Drop Off Location:**
Alston Bird
Mail Services
1201 W PEACHTREE ST
STE 4200
ATLANTA, GA 30309-3449
(404) 881-7000
vernon.bridges@alston.com
Business

**Drop Off Deadline:**
UPS  7:00 PM

### SHIPMENT INFORMATION

Package Info: Carrier Letter
0.500 lbs / Letter Weight billed
Ship Date: Thu 19 Mar 2015
Sched. Delivery: Fri 20 Mar 2015
Description: --

Shipment ID: MAXW0RDP4B8T8
Options: Sig Req (w/Proof of Delv)
E-mail Notification
Sender - alana...   Ship, Deliver

### SHIPMENT CHARGES

| Service: | UPS Next Day Air | 14.27 |
| Options: | Sig Req (w/Proof of Delv) | 3.87 |
| | E-mail Delivery Notification | 0.00 |
| | E-mail Shipment Notification | 0.00 |
| **Total:** | | **$18.14** |

### BILLING

Type: Company Account (Prepaid)
Billing Info: NA

### HOW TO USE THIS TRAVELER™ LABEL

**DO NOT PHOTOCOPY**

**THIS TRAVELER LABEL IS NOT A SHIPPING LABEL**
To prepare your package for shipment, you need to do the following:
1. Use the Print button in your browser to print this page to your printer.
2. Affix the Traveler Label (below) to your package.
3. Take your package and your printed Shipping Label to your Enterprise Mail Room.

---

### TRAVELER™ LABEL — PKG # 1 of 1

Sender: Alana Griggs
Recipient: Levin Fishbein Sedran & Berman
PHILADELPHIA, PA 19106-3697
Ship Date: Thu 19 Mar 2015
Carrier & Service: UPS Next Day Air
Shipment ID: MAXW0RDP4B8T8

Package Info: Carrier Letter
0.500 lbs / Letter Weight billed
Ship Ref 1: 063295-458506
Ship Ref 2: Bernard Taylor
Pkg Ref 1: 063295-458506
Pkg Ref 2: Bernard Taylor
Options: Sig Req w/POD

Generated Thu 19 Mar 2015 5:29 PM Pacific Time

[ Print ] [ Close ]