**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
|---|---|
| THIS DOCUMENT RELATES TO:<br>ALL CASES | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**EMERGENCY MOTION OF THE PLAINTIFFS' STEERING COMMITTEE FOR EXPEDITED RETURN ON DISCOVERY REQUESTS AND SHORTENED TIME TO NOTICE DEPOSITIONS**

NOW INTO COURT come the Plaintiffs' Steering Committee ("PSC"), who shows as follows:

1. Pursuant to the orders and directives of the Court at the special hearing that took place on March 17, 2015, and the Court's Minute Entry and Orders dated March 17, 2015 [Rec. Doc. No. 18493] authorizing expedited discovery of Taishan and BNBM/CNBM regarding (i) the injunction prong of the Court's July 17, 2014 Order holding Taishan in contempt of court, criminally and civilly [Rec. Doc. No. 17869], and (ii) whether there exist alter ego relationships between and among these entitities, to be completed no later than April 28, 2015, the PSC has served written discovery upon Third-Parties Sunpin Solar Development LLC a/k/a Sunpin Solar, LLC ("Sunpin"), Tommy Li, President of Sunpin, and Wal-Mart Stores, Inc. ("Wal-Mart") to determine whether Taishan Gypsum Co., Ltd. ("Taishan") or any of its affiliates or subsidiaries have been doing any business in the United States since July 17, 2014. The PSC has learned that in apparent violation of this Court's July 17, 2014 Order enjoining Taishan and its affiliates and subsidiaries from doing any business in the United States until or unless Taishan participates in these judicial proceedings [Rec. Doc. No. 17869], on February 26, 2015, China Triumph International Engineering Group Co., Ltd. ("CTIEC") (a direct subsidiary of Defendant China

National Building Material Co., Ltd. ("CNBM")) and/or CNBM and/or China National Building Materials Group Co., Ltd. ("CNBM Group") (Taishan's parent companies) signed a "cooperative contract" with Sunpin and/or Wal-Mart for the construction of 1,000 roof solar power plants for Wal-Mart or Wal-Mart Stores, Inc.'s supermarkets in North America.

2. On March 2, 2015, CNBM announced on its website that the "Wal-Mart roof power plant project … marks new major cooperation between the two sides after the initial cooperation in November 2014 and CTIEC's milestone in in-depth development of the US PV power station market, laying a solid foundation for Triumph's new energy brand to develop in the US and radiate the North American and South American PV power plant markets." *See* Exhibit A attached hereto, also available at http://www.cnbm.com.cn/EN/c_000000160001/d_33428.html,

3. According to CNBM, the first two power plants involved in the project will commence in April 2015. *See* Exhibit A hereto.

4. CNBM Group directly and indirectly holds a 94.7% equity interest in CNBM. *See* Excerpts of CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of Yan Gao as Exhibit "Y" [Rec. Doc. No. 18433-27], p. 27, accessed at: http://www.cnbmltd.com/news_report/en/369.pdf; *see also* English Translation of CNBM Group's Member Enterprise Description, attached to the Affidavit of Yan Gao as Exhibit "A" [Rec. Doc. No. 18433-2]. CNBM is a subsidiary of CNBM Group and owns 91% of CTIEC's shares. *See* Excerpts of CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of Yan Gao as Exhibit "Y" [Rec. Doc. No. 18433-27], p. 20, accessed at: http://www.cnbmltd.com/news_report/en/369.pdf; *see also* Excerpts of CNBM 2014 Interim Annual Report, attached to the Affidavit of Yan Gao as Exhibit "Q" [Rec. Doc. No. 18433-19], at p. 12, accessed at: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=6488. This Court has

ruled that both CNBM Group and CNBM are controlling parents of Taishan and they are Taishan Affiliates. *In re Chinese-Manufactured Drywall Prod. Liab. Litig.*, 2014 WL 4809520, *1 at ¶ 4, *5 at ¶ 26, *6 at ¶¶ 28-29, *8 at ¶ 47, *9 at ¶¶ 50-51 (E.D. La. Sept. 26, 2014) ("FOFCOL"). The PSC contends that CTIEC is also a Taishan Affiliate.

5. This discovery is limited to the issue of whether Taishan or any of its affiliates or subsidiaries violated the Court's July 17, 2014 Order. The Court has granted the PSC a short period of time (until April 28, 2015) to complete discovery on this issue. *See* Minute Entry and Orders dated March 18, 2015 [Rec. Doc. No. 18493]; *see also* Transcript of Hearing on March 17, 2014, attached hereto as Exhibit "B." The PSC previously served broader discovery requests on Wal-Mart [*see* Rec. Doc. No. 18363], which are still outstanding. This additional limited discovery is in addition to, and not in lieu of, that discovery.

6. The Court's Minute Entry and Orders requires that discovery be completed no later than April 28, 2015. Due to the shortened time limitation on additional discovery imposed by the Court at the March 17th hearing, the PSC requests that the Court set an expedited response date for the new limited discovery; and further, that the time limitations for noticing of depositions also be shortened and expedited. Rule 30 of the Federal Rules of Civil Procedure sets forth the notice and method for depositions by oral examination. Request is made to shorten the time to be provided between the issuance of the notice, the taking of the deposition and review by the witness for changes. Furthermore, Rules 33, 34 and 36 of the Federal Rules of Civil Procedure each provide time frames for responding to discovery requests, and request is made to shorten the time for each additional discovery request so that the discovery can be responded to fully and completely on an expedited basis.

7. The PSC proposes that full and complete responses, including the documents requested, in the additional discovery be produced by each party within (10) days of their respective receipt of the additional discovery.

8. The PSC proposes that depositions be noticed at least seventy-two (72) hours in advance of the taking of a deposition and that the review and any changes requested by the witness be completed within twenty-four (24) hours of the taking of the deposition.

WHEREFORE, the PSC prays that this motion be granted and that Wal-Mart and Sunpin be Ordered to produce to the PSC full and complete responses to the additional discovery, including all documents requested, within ten (10) days of their respective receipt of the written discovery, and further that time limitations for taking of depositions also be shortened and expedited.

Respectfully submitted,

Dated: March 19, 2105

/s/ Russ M. Herman
**Russ M. Herman** (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
***HERMAN, HERMAN & KATZ, LLC***
820 O'Keefe Avenue
New Orleans, LA 70113
PH: (504) 581-4892
FAX: (504) 561-6024
ldavis@hhkc.com
***Plaintiffs' Liaison Counsel***
***MDL 2047***

Arnold Levin
Fred S. Longer
Sandra L. Duggan
Matthew C. Gaughan
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
PH: (215) 592-1500
FAX: (215) 592-4663
Alevin@lfsblaw.com
***Plaintiffs' Lead Counsel***
***MDL 2047***

**PLAINTIFFS' STEERING COMMITTEE**

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm, LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Peter Prieto
Podhurst Orseck, PA
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Bruce William Steckler
Steckler LLP
12720 Hillcrest Road, Suite 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-4041
bruce@stecklerlaw.com

Ervin A. Gonzalez
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
Echsner & Proctor, PA
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Jerrold Seth Parker
Parker Waichman, LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Myers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@attorneys4people.com

Christopher Seeger
Scott Alan George
Dion Kekatos
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Richard J. Serpe
Law Offices of Richard J. Serpe
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Victor M. Diaz, Jr.
V.M. Diaz and Partners, LLC
119 Washington Ave., Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W., Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Anthony D. Irpino (On the Brief)
Pearl Robertson (On the Brief)
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 19 day of March, 2015.

Respectfully Submitted,

BY: */s/ Leonard A. Davis*

Leonard A. Davis
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com

*Plaintiffs' Liaison Counsel*
*MDL 2047*