**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**PROPOSED ORDER AUTHORIZING**
**EXPEDITED RETURN ON DISCOVERY REQUESTS**
**AND SHORTENED TIME TO NOTICE DEPOSITIONS**

Considering the Motion of the Plaintiffs' Steering Committee ("PSC") for Expedited Return on Discovery Requests and Shortened Time to Notice Depositions;

IT IS ORDERED BY THE COURT that:

1. Third-Parties, the New Jersey Institute of Technology ("NJIT") and CTIEC-TECO American Technology, Inc. ("ATI"), shall fully and completely respond to the PSC's discovery dated March 19, 2015, including all documents requested, within (10) days of their respective receipt of the discovery. All documents shall be produced in their original language and, if the original documents are in any language other than English, you shall include translations of such documents into English;

2. All depositions shall be noticed at least seventy-two (72) hours in advance of the taking of a deposition; and

3. All deposition review and changes requested by a witness must be completed within twenty-four (24) hours of the taking of the deposition.

1

New Orleans, Louisiana, this _____ day of _____, 2015.

_____
Eldon E. Fallon
United States District court Judge