# EXHIBIT "5"

1          UNITED STATES DISTRICT COURT

2          EASTERN DISTRICT OF LOUISIANA

3

4

5    IN RE:   CHINESE MANUFACTURED       *    Docket 09-MD-2047
              DRYWALL PRODUCTS           *
6             LIABILITY LITIGATION       *    February 12, 2015
                                         *
7    This Document Relates to All Cases  *    9:00 a.m.
     * * * * * * * * * * * * * * * * * *

8

9

10                  MOTION HEARING BEFORE
            THE HONORABLE ELDON E. FALLON
11            UNITED STATES DISTRICT JUDGE

12

13   APPEARANCES:

14   For the Plaintiffs:       Herman Herman Katz & Cotlar
                               BY:  RUSS M. HERMAN, ESQ.
15                             BY:  LEONARD A. DAVIS, ESQ.
                               820 O'Keefe Avenue
16                             New Orleans, Louisiana 70113

17

18                             Levin, Fishbein, Sedran & Berman
                               BY:  ARNOLD LEVIN, ESQ.
19                             510 Walnut Street
                               Suite 500
20                             Philadelphia, Pennsylvania 19106

21

22   For BNBM:                  Alston & Bird, LLP
                               BY:  AARON K. BLOCK, ESQ.
23                             One Atlantic Center
                               1201 West Peachtree Street
24                             Atlanta, Georgia  30309-3424

25

1    APPEARANCES:

2
     Official Court Reporter:        Jodi Simcox, RMR, FCRR
3                                    500 Poydras Street
                                     Room B-406
4                                    New Orleans, Louisiana 70130
                                     (504) 589-7780
5

6
     Proceedings recorded by mechanical stenography, transcript
7    produced by computer.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

<u>**PROCEEDINGS**</u>

**(February 12, 2015)**

**\*\*\*\*\*\***


(OPEN COURT)


          **THE COURT:**  Let's go into the next item of business,
the motion for damages.  Dean, do you want to call that motion,
the motion for assessment of class damages.

          **THE DEPUTY CLERK:**  MDL-2047, *In re:*
*Chinese-Manufactured Drywall Products Liability Litigation.*
It's Document 18086, plaintiffs' motion for assessment of class
damages pursuant to Rule 55(b)(2)(B) and request for approval
of supplemental notice.

          **THE COURT:**  Counsel, make their appearance for the
record.

          **MR. LEVIN:**  Arnold Levin on behalf of class counsel
and the Plaintiffs' Steering Committee.

          **THE COURT:**  Anybody from the defendant?  Anybody from
either the defendant or any of their affiliates?

               As was reported before, there was at least a
rumor that they were interested in having a continuance, but
they didn't put anybody up to represent them formally and ask
for a continuance.  There was an e-mail that was sent to their
former attorney, who's been discharged, and he indicated that

 1  he didn't represent them.

 2           **MR. LEVIN:**  We have some activity in the back of the

 3  courtroom, Your Honor.

 4           **THE COURT:**  Yes.

 5           **MR. HERMAN:**  Your Honor, could we have a moment?

 6           **THE COURT:**  Okay.

 7           **MR. LEVIN:**  Your Honor, may we see you sidebar on a

 8  completely different matter just to report to you during this?

 9  It'll take two minutes.

10           **THE COURT:**  Wait.  Do we have somebody?

11           **MR. HERMAN:**  May we approach, Your Honor?

12           **THE COURT:**  Sure.

13           (WHEREUPON, the following proceedings were held at

14  the bench.)

15           **MR. HERMAN:**  Your Honor, this is Mr. Block from

16  Alston & Bird.  This is judge Fallon.  Tom advises that the

17  gentleman will be making an appearance.  For which party?

18           **MR. BLOCK:**  For BNBM.

19           **THE COURT:**  Okay.  Make your appearance.  I'll have a

20  couple of comments, and then I'll call for your appearance, and

21  make your appearance and, if you wish, a continuance.  I'll

22  take that into consideration, the fact that you just came in.

23  But I need to have an appearance on the record.

24           **MR. BLOCK:**  Yes, Your Honor.

25           (WHEREUPON, the following proceedings were held in

1  open court.)

2          **MR. HERMAN:**  Thank you, Your Honor.

3          **THE COURT:**  Okay.  The motion that I have is a motion

4  for assessment of class damages.  I didn't receive any

5  opposition, any written opposition to it.

6          By way of background, on September the 26th of

7  2014, the Court granted a motion of the PSC to certify a class

8  of existing class members with claims against Taishan.

9          Now, the certified class explicitly excluded

10 claims for personal injury.  It doesn't mean that they don't

11 have a claim for personal injury.  Those claims can be pursued

12 outside of this proceeding.  But this class was based on

13 damages to real property which could be assessed on a square

14 footage basis.

15          I did that in the *Murphy Oil* case and it was

16 approved by the Circuit.  We didn't have any personal injuries.

17 There's always a problem with class actions involving personal

18 injuries because of the lack of commonality or the lack of

19 predominance.  But this case, as in *Murphy*, is only for damages

20 to property.

21          The PSC now requests that the Court award

22 damages to the class on an aggregated basis.  Largely, they

23 base their argument on the *Germano* case.  They hired an expert

24 to estimate the cost.  He utilized the *Germano* program that I

25 devised in the *Germano* case and he updated it to the present

1    numbers.

2              As I read his report, he feels that it's

3    appropriate, using those numbers, that the Court award damages

4    for remediation costs of $782,944,292.37, and for ultimate

5    living expenses, he computes based on the *Germano* program that

6    it be $95,186,588.82, and for the loss of use and enjoyment, he

7    computes that it be $385,200,000, for a total of

8    $1,263,330,881.19 as the total damage.  And as I said, he based

9    his figures using the *Germano* program and updated it to current

10   dollars.

11             But let me have the appearance of counsel first.

12        **MR. LEVIN:**  Arnold Levin, sir, for class counsel, the

13   class, and the PSC.

14        **THE COURT:**  Okay.  Anybody representing the

15   defendant, either Taishan or any of its affiliates?

16        **MR. BLOCK:**  Yes, Your Honor.  Aaron Block from Alston

17   & Bird entering an appearance on behalf of BNBM.

18        **THE COURT:**  Okay.  So you're entering a formal

19   appearance for BNBM?

20        **MR. BLOCK:**  Yes, Your Honor.

21        **THE COURT:**  Okay.  What's your request?

22        **MR. BLOCK:**  Your Honor, we'd like to request a brief

23   extension given that we were just retained this morning and

24   just heard about this yesterday.  I got on the last seat on the

25   last flight.  In order for us to have time to understand and

 1  get our arm's around this, we would ask for an extension of two

 2  months, if that were permissible.

 3          **THE COURT:**  Two months.  What's the plaintiffs'

 4  position?

 5          **MR. LEVIN:**  The plaintiffs' position is that this is

 6  a short proceeding.  Your Honor has stated our position better

 7  than I could state our position with regard to the damages.  We

 8  would like the hearing to be -- to take place today, to put in

 9  the exhibits, make our statement, for the Court to take it

10  under consideration, for us to file, within a short period of

11  time, proposed findings of fact and conclusions of law.

12              And I think that would give the gentleman from

13  Atlanta two weeks to find out what's going on here.

14          **THE COURT:**  What's your response to that?

15          **MR. BLOCK:**  Your Honor, if I may.  I understand that

16  there is a lengthy history here, but we are just getting up to

17  speed, and it's obviously very complicated.  And in order to be

18  able to provide reasonable advice to our clients, we just need

19  more time.

20          **THE COURT:**  All right.  This matter involves a lot of

21  money and a lot of issues.  I'll grant the continuance, but not

22  for two months.  I'll grant a 30-day continuance for you to

23  look at the material.  The thing that I need you to look at is

24  the material.  If you have any problems with the admission of

25  the material, let me know.  If you have any desire to have

1  witnesses, let me know, and then I'll schedule a hearing in
2  accordance with that.
3          **MR. BLOCK:**  Thank you, Your Honor.
4          **THE COURT:**  Okay.
5          **MR. LEVIN:**  Your Honor, one thing.  He's entered his
6  appearance for BNBM.  There are other entities that have been
7  defaulted other than BNBM.
8                  Are you in contact with the parents of BNBM,
9  CNBM, the parent of CNBM, SASAC, the state enterprise in China?
10  And are you apprising them of these proceedings so that they
11  could not come in one month from now and request another two
12  months?
13          **THE COURT:**  Yes.  Let me get in on this.  From BNBM's
14  point, I'll grant you the continuance.  But I want you to alert
15  the other people to this situation and alert them to the fact
16  that if they do not retain counsel, then I will be acting on
17  the motion and granting a default and damages to them.
18                  But right now you only represent BNBM?
19          **MR. BLOCK:**  That's correct, Your Honor.
20          **THE COURT:**  All right.  Let's get a list of the
21  people with their addresses and I direct you to alert them to
22  that.
23          **MR. LEVIN:**  We will send Mr. Block a letter with all
24  of the entities that we're looking at.  There's a docket full
25  of them, Aaron.

1          **THE COURT:**  All right.

2          **MR. LEVIN:**  May we see you for two minutes, Your

3    Honor, on another matter?

4          **THE COURT:**  Okay.  Anybody else on this matter?

5               All right.  Thank you Mr. Block for coming over.

6    I appreciate it.

7          **THE DEPUTY CLERK:**  All rise.

8                         **\*\*\*\*\***

9                         <u>**CERTIFICATE**</u>

10          I, Jodi Simcox, RMR, FCRR, Official Court Reporter

11   for the United States District Court, Eastern District of

12   Louisiana, do hereby certify that the foregoing is a true and

13   correct transcript, to the best of my ability and

14   understanding, from the record of the proceedings in the

15   above-entitled and numbered matter.

16

17

18                    <u>*s/Jodi Simcox, RMR, FCRR*</u>
                      Jodi Simcox, RMR, FCRR
19                    Official Court Reporter

20

21

22

23

24

25

**$**

$1,263,330,881.19 [1]  6/8
$385,200,000 [1]  6/7
$782,944,292.37 [1]  6/4
$95,186,588.82 [1]  6/6

**0**

09-MD-2047 [1]  1/5

**1**

12 [2]  1/6 3/2
1201 [1]  1/23
18086 [1]  3/12
19106 [1]  1/20

**2**

2014 [1]  5/7
2015 [2]  1/6 3/2
2047 [2]  1/5 3/10
26th of [1]  5/6

**3**

30-day [1]  7/22
30309-3424 [1]  1/24
3424 [1]  1/24

**4**

406 [1]  2/3

**5**

500 [2]  1/19 2/3
504 [1]  2/4
510 [1]  1/19
55 [1]  3/13
589-7780 [1]  2/4

**7**

70113 [1]  1/16
70130 [1]  2/4
7780 [1]  2/4

**8**

820 [1]  1/15

**9**

9:00 [1]  1/7

**A**

a.m [1]  1/7
AARON [3]  1/22 6/16 8/25
ability [1]  9/13
able [1]  7/18
about [1]  6/24
above [1]  9/15
above-entitled [1]  9/15
accordance [1]  8/2
acting [1]  8/16
actions [1]  5/17
activity [1]  4/2
addresses [1]  8/21
admission [1]  7/24
advice [1]  7/18
advises [1]  4/16
affiliates [2]  3/20 6/15
against [1]  5/8
aggregated [1]  5/22
alert [3]  8/14 8/15 8/21
all [7]  1/7 7/20 8/20 8/23 9/1 9/5 9/7
Alston [3]  1/22 4/16 6/16
always [1]  5/17
another [2]  8/11 9/3
any [7]  3/20 5/4 5/5 5/16 6/15 7/24 7/25
anybody [5]  3/19 3/19 3/23 6/14 9/4

appearance [10]
APPEARANCES [2]  1/13 1/20
appreciate [1]  9/6
apprising [1]  8/10
approach [1]  4/11
appropriate [1]  6/3
approval [1]  3/13
approved [1]  5/16
are [4]  7/16 8/6 8/8 8/10
argument [1]  5/23
arm's [1]  7/1
ARNOLD [3]  1/18 3/17 6/12
around [1]  7/1
as [5]  3/21 5/19 6/2 6/8 6/8
ask [2]  3/23 7/1
assessed [1]  5/13
assessment [3]  3/9 3/12 5/4
Atlanta [2]  1/24 7/13
Atlantic [1]  1/23
attorney [1]  3/25
Avenue [1]  1/15
award [2]  5/21 6/3

**B**

B-406 [1]  2/3
back [1]  4/2
background [1]  5/6
base [1]  5/23
based [3]  5/12 6/5 6/8
basis [2]  5/14 5/22
be [8]  4/17 5/11 5/13 6/6 6/7 7/8 7/17 8/16
because [1]  5/18
been [2]  3/25 8/6
before [2]  1/10 3/21
behalf [2]  3/17 6/17
bench [1]  4/14
Berman [1]  1/18
best [1]  9/13
better [1]  7/6
Bird [3]  1/22 4/16 6/17
BLOCK [5]  1/22 4/15 6/16 8/23 9/5
BNBM [8]  1/22 4/18 6/17 6/19 8/6 8/7 8/8
8/18
BNBM's [1]  8/13
brief [1]  6/22
business [1]  3/7

**C**

call [2]  3/8 4/20
came [1]  4/22
can [1]  5/11
case [4]  5/15 5/19 5/23 5/25
Cases [1]  1/7
Center [1]  1/23
CERTIFICATE [1]  9/9
certified [1]  5/9
certify [2]  5/7 9/12
China [1]  8/9
CHINESE [2]  1/5 3/11
Chinese-Manufactured [1]  3/11
Circuit [1]  5/16
claim [1]  5/11
claims [3]  5/8 5/10 5/11
class [12]
clients [1]  7/18
CNBM [2]  8/9 8/9
come [1]  8/11
coming [1]  9/5
comments [1]  4/20
Committee [1]  3/18
commonality [1]  5/18
completely [1]  4/8
complicated [1]  7/17

computer [1]  2/7
COMPUTER [2]  9/10
conclusions [1]  7/11
consideration [2]  4/22 7/10
contact [1]  8/8
continuance [6]  3/22 3/24 4/21 7/21 7/22
8/14
correct [2]  8/19 9/13
cost [1]  5/24
costs [1]  6/4
Cotlar [1]  1/14
could [4]  4/5 5/13 7/7 8/11
counsel [5]  3/15 3/17 6/11 6/12 8/16
couple [1]  4/20
court [11]
courtroom [1]  4/3
current [1]  6/9

**D**

damage [1]  6/8
damages [10]
DAVIS [1]  1/15
day [1]  7/22
Dean [1]  3/8
default [1]  8/17
defaulted [1]  8/7
defendant [3]  3/19 3/20 6/15
desire [1]  7/25
devised [1]  5/25
did [1]  5/15
didn't [4]  3/23 4/1 5/4 5/16
different [1]  4/8
direct [1]  8/21
discharged [1]  3/25
DISTRICT [5]  1/1 1/2 1/11 9/11 9/11
do [4]  3/8 4/10 8/16 9/12
docket [2]  1/5 8/24
Document [2]  1/7 3/12
doesn't [1]  5/10
dollars [1]  6/10
don't [1]  5/10
DRYWALL [2]  1/5 3/11
during [1]  4/8

**E**

e-mail [1]  3/24
EASTERN [2]  1/2 9/11
either [2]  3/20 6/15
ELDON [1]  1/10
else [1]  9/4
enjoyment [1]  6/6
entered [1]  8/5
entering [2]  6/17 6/18
enterprise [1]  8/9
entities [2]  8/6 8/24
entitled [1]  9/15
ESQ [4]  1/14 1/15 1/18 1/22
estimate [1]  5/24
excluded [1]  5/9
exhibits [1]  7/9
existing [1]  5/8
expenses [1]  6/5
expert [1]  5/23
explicitly [1]  5/9
extension [2]  6/23 7/1

**F**

fact [3]  4/22 7/11 8/15
FALLON [2]  1/10 4/16
FCRR [4]  2/2 9/10 9/18 9/18
February [1]  1/6 3/2
feels [1]  6/2
figures [1]  6/9

**F**

file [1]  7/10
find [1]  7/13
findings [1]  7/11
first [1]  6/11
Fishbein [1]  1/18
flight [1]  6/25
following [2]  4/13 4/25
footage [1]  5/14
foregoing [1]  9/12
formal [1]  6/18
formally [1]  3/23
former [1]  3/25
full [1]  8/24

**G**

gentleman [2]  4/17 7/12
Georgia [1]  1/24
Germano [5]  5/23 5/24 5/25 6/5 6/9
get [3]  7/1 8/13 8/20
getting [1]  7/16
give [1]  7/12
given [1]  6/23
go [1]  3/7
going [1]  7/13
got [1]  6/24
grant [3]  7/21 7/22 8/14
granted [1]  5/7
granting [1]  8/17

**H**

has [1]  7/6
have [14]
having [1]  3/22
he [8]  3/25 4/1 5/24 5/25 6/2 6/5 6/6 6/8
He's [1]  8/5
heard [1]  6/24
hearing [3]  1/10 7/8 8/1
held [2]  4/13 4/25
here [2]  7/13 7/16
hereby [1]  9/12
Herman [3]  1/14 1/14 1/14
hired [1]  5/23
his [3]  6/2 6/9 8/5
history [1]  7/16
Honor [16]
HONORABLE [1]  1/10

**I**

I'll [7]  4/19 4/20 4/21 7/21 7/22 8/1 8/14
indicated [1]  3/25
injuries [2]  5/16 5/18
injury [2]  5/10 5/11
interested [1]  3/22
involves [1]  7/20
involving [1]  5/17
is [9]  4/15 4/16 5/3 5/19 7/5 7/5 7/16 7/23
9/12
issues [1]  7/21
it [9]  5/5 5/10 5/15 5/25 6/6 6/7 6/9 7/9 9/6
It'll [1]  4/9
it's [3]  3/12 6/2 7/17
item [1]  3/7
its [1]  6/15

**J**

Jodi [4]  2/2 9/10 9/18 9/18
judge [2]  1/11 4/16
just [6]  4/8 4/22 6/23 6/24 7/16 7/18

**K**

Katz [1]  1/14
know [2]  7/25 8/1

**L**

lack [2]  5/18 5/18
Largely [1]  5/22
last [2]  6/24 6/25
law [1]  7/11
least [1]  3/21
lengthy [1]  7/16
LEONARD [1]  1/15
let [4]  6/11 7/25 8/1 8/13
Let's [2]  3/7 8/20
letter [1]  8/23
Levin [4]  1/18 1/18 3/17 6/12
LIABILITY [2]  1/6 3/11
like [2]  6/22 7/8
list [1]  8/20
LITIGATION [2]  1/6 3/11
living [1]  6/5
LLP [1]  1/22
look [2]  7/23 7/23
looking [1]  8/24
loss [1]  6/6
lot [2]  7/20 7/21
LOUISIANA [4]  1/2 1/16 2/4 9/12

**M**

mail [1]  3/24
make [3]  3/15 4/19 4/21 7/9
making [1]  4/17
MANUFACTURED [2]  1/5 3/11
material [3]  7/23 7/24 7/25
matter [5]  4/8 7/20 9/3 9/4 9/15
may [4]  4/7 4/11 7/15 9/2
MD [1]  1/5
MDL [1]  3/10
MDL-2047 [1]  3/10
me [4]  6/11 7/25 8/1 8/13
mean [1]  5/10
mechanical [1]  2/6
members [1]  5/8
minutes [2]  4/9 9/2
moment [1]  4/5
money [1]  7/21
month [1]  8/11
months [4]  7/2 7/3 7/22 8/12
more [1]  7/9
morning [1]  6/23
motion [9]  1/10 3/8 3/8 3/9 3/12 5/3 5/3 5/7
8/17
Mr. [3]  4/15 8/23 9/5
Mr. Block [3]  4/15 8/23 9/5
Murphy [2]  5/15 5/19
my [1]  9/13

**N**

need [3]  4/23 7/18 7/23
New [2]  1/16 2/4
next [1]  3/7
not [3]  7/21 8/11 8/16
notice [1]  3/14
now [4]  5/9 5/21 8/11 8/18
numbered [1]  9/15
numbers [2]  6/1 6/3

**O**

O'Keefe [1]  1/15
obviously [1]  7/17
Official [3]  2/2 9/10 9/19
Oil [1]  5/15
Okay [8]  4/6 4/19 5/3 6/14 6/18 6/21 8/4 9/4
one [3]  1/23 8/5 8/11
only [2]  5/19 8/18
open [2]  3/5 5/1
opposition [2]  5/5 5/5

**O** (cont.)

order [2]  6/25 7/17
other [3]  8/6 8/7 8/15
our [5]  7/1 7/6 7/7 7/9 7/18
out [1]  7/13
outside [1]  5/12
over [1]  9/5

**P**

parent [1]  8/9
parents [1]  8/8
party [1]  4/17
Peachtree [1]  1/23
Pennsylvania [1]  1/20
people [2]  8/15 8/21
period [1]  7/10
permissible [1]  7/2
personal [4]  5/10 5/11 5/16 5/17
Philadelphia [1]  1/20
place [1]  7/8
Plaintiffs [1]  1/14
plaintiffs' [4]  3/12 3/18 7/3 7/5
point [1]  8/14
position [4]  7/4 7/5 7/6 7/7
Poydras [1]  2/3
predominance [1]  5/19
present [1]  5/25
problem [1]  5/17
problems [1]  7/24
proceeding [2]  5/12 7/6
proceedings [6]  2/6 3/1 4/13 4/25 8/10 9/14
produced [1]  2/7
PRODUCTS [2]  1/5 3/11
program [3]  5/24 6/5 6/9
property [2]  5/13 5/20
proposed [1]  7/11
provide [1]  7/18
PSC [3]  5/7 5/21 6/13
pursuant [1]  3/13
pursued [1]  5/11
put [2]  3/23 7/8

**R**

re [2]  1/5 3/10
read [1]  6/2
real [1]  5/13
reasonable [1]  7/18
receive [1]  5/4
record [3]  3/16 4/23 9/14
recorded [1]  2/6
regard [1]  7/7
Relates [1]  1/7
remediation [1]  6/4
report [2]  4/8 6/2
reported [1]  3/21
Reporter [3]  2/2 9/10 9/19
represent [3]  3/23 4/1 8/18
representing [1]  6/14
request [4]  3/13 6/21 6/22 8/11
requests [1]  5/21
response [1]  7/14
retain [1]  8/16
retained [1]  6/23
right [5]  7/20 8/18 8/20 9/1 9/5
rise [1]  9/7
RMR [4]  2/2 9/10 9/18 9/18
Room [1]  2/3
Rule [1]  3/13
rumor [1]  3/22
RUSS [1]  1/14

**S**

s/Jodi [1]  9/18

**S**

said [1]  6/8
SASAC [1]  8/9
schedule [1]  8/1
seat [1]  6/24
Sedran [1]  1/18
see [2]  4/7 9/2
send [1]  8/23
sent [1]  3/24
September [1]  5/6
September the [1]  5/6
short [2]  7/6 7/10
sidebar [1]  4/7
Simcox [4]  2/2 9/10 9/18 9/18
sir [1]  6/12
situation [1]  8/15
so [2]  6/18 8/10
some [1]  4/2
somebody [1]  4/10
speed [1]  7/17
square [1]  5/13
state [2]  7/7 8/9
stated [1]  7/6
statement [1]  7/9
STATES [3]  1/1 1/11 9/11
Steering [1]  3/18
stenography [1]  2/6
Street [3]  1/19 1/23 2/3
Suite [1]  1/19
supplemental [1]  3/14
Sure [1]  4/12

**T**

Taishan [2]  5/8 6/15
take [4]  4/9 4/22 7/8 7/9
than [2]  7/7 8/7
Thank [3]  5/2 8/3 9/5
that [30]
That's [1]  8/19
their [5]  3/15 3/20 3/24 5/23 8/21
them [7]  3/23 4/1 8/10 8/15 8/17 8/21 8/25
then [3]  4/20 8/1 8/16
there [4]  3/21 3/24 7/16 8/6
There's [2]  5/17 8/24
these [1]  8/10
they [7]  3/22 3/23 5/10 5/22 5/23 8/10 8/16
thing [2]  7/23 8/5
think [1]  7/12
this [15]
those [2]  5/11 6/3
time [3]  6/25 7/11 7/19
today [1]  7/8
Tom [1]  4/16
total [2]  6/7 6/8
transcript [2]  2/6 9/13
true [1]  9/12
two [7]  4/9 7/1 7/3 7/13 7/22 8/11 9/2

**U**

ultimate [1]  6/4
under [1]  7/10
understand [2]  6/25 7/15
understanding [1]  9/14
UNITED [3]  1/1 1/11 9/11
up [2]  3/23 7/16
updated [2]  5/25 6/9
us [2]  6/25 7/10
use [1]  6/6
using [2]  6/3 6/9
utilized [1]  5/24

**V**

very [1]  7/17

**W**

Wait [1]  4/10
Walnut [1]  1/19
want [2]  3/8 8/14
was [6]  3/21 3/21 3/24 3/24 5/12 5/15
way [1]  5/6
we [13]
we'd [1]  6/22
we're [1]  8/24
weeks [1]  7/13
were [5]  3/22 4/13 4/25 6/23 7/2
West [1]  1/23
what's [4]  6/21 7/3 7/13 7/14
WHEREUPON [2]  4/13 4/25
which [2]  4/17 5/13
who's [1]  3/25
will [3]  4/17 8/16 8/23
wish [1]  4/21
within [1]  7/10
witnesses [1]  8/1
would [3]  7/1 7/8 7/12
written [1]  5/5

**Y**

Yes [5]  4/4 4/24 6/16 6/20 8/13
yesterday [1]  6/24
you [19]
you're [1]  6/18
your [21]