UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: 11-1395 *(Amorin)* | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

## NOTICE OF HEARING

**NOTICE IS HEREBY GIVEN** that Defendant Orient International Holding Shanghai Foreign Trade Co., Ltd.'s Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(1) is set for hearing on Wednesday, the **13th day of May, 2015 at 9:00 a.m.** before The Honorable Eldon E. Fallon, in the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

You are invited to attend the hearing and to take whatever part you deem appropriate.

**THIS 20th DAY OF MARCH, 2015.**

Respectfully submitted,

FRILOT L.L.C.

*/S/ Bruce A. Cranner*
BRUCE A. CRANNER, T.A. (Bar No. 1796)
KRYSTLE M. FERBOS (Bar No. 33548)
1100 Poydras Street, Suite 3700
New Orleans, LA 70163
Telephone: (504) 599-8000
Facsimile: (504) 599-8100
E-Mail: bcranner@frilot.com
E-Mail: kferbos@frilot.com

2

        DAVID S. OSTERMAN (Bar No. 040091988)
        GOLDBERG SEGALLA
        902 Carnegie Center, Suite 100
        Princeton, NJ 08540
        Telephone: (609) 986-1310
        Facsimile: (609) 986-1301
        Email: dosterman@goldbergsegalla.com

        ORIENT INTERNATIONAL HOLDING
        SHANGHAI FOREIGN TRADE CO., LTD

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on this 20th day of March, 2015, electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                          */S/ Bruce A. Cranner*