UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>*All Cases* | JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

**EMERGENCY MOTION OF THE PLAINTIFFS' STEERING COMMITTEE
FOR EXPEDITED RETURN ON DISCOVERY REQUESTS
AND SHORTENED TIME TO NOTICE DEPOSITIONS**

NOW INTO COURT come the Plaintiffs' Steering Committee ("PSC"), who shows as follows:

1. Pursuant to the orders and directives of the Court at the special hearing that took place on March 17, 2015, and the Court's Minute Entry and Orders dated March 17, 2015 [Rec. Doc. No. 18493] authorizing expedited discovery of Taishan and BNBM/CNBM regarding (i) the injunction prong of the Court's July 17, 2014 Order holding Taishan in contempt of court, criminally and civilly [Rec. Doc. No. 17869], and (ii) whether there exist alter ego relationships between and among these entities, to be completed no later than April 28, 2015, the PSC has served written discovery upon Third-Party Westerlund Log Handlers, LLC to determine whether Taishan Gypsum Co., Ltd. ("Taishan") or any of its affiliates or subsidiaries have been doing any business in the United States since July 17, 2014.  The PSC has learned that in apparent violation of this Court's July 17, 2014 Order enjoining Taishan and its affiliates and subsidiaries from doing any business in the United States until or unless Taishan participates in these judicial proceedings [Rec. Doc. No. 17869], CNBM Import and Export Company and CNBM Forest

1

Products (Canada), Ltd. (two direct subsidiaries of Defendant China National Building Material Co., Ltd. ("CNBM")) and/or CNBM and/or China National Building Materials Group Co., Ltd. ("CNBM Group") (Taishan's parent companies) were found to be doing business in Oregon under a contract executed between Westerlund, CNBM Forest Products (Canada), Ltd., and CNBM Import and Export Company.

2. The PSC has learned that sometime in 2012, Westerlund entered into an agreement (hereinafter the "2012 Agreement") with CNBM Forest Products (Canada), Ltd. ("CNBM Canada") and/or CNBM Import and Export Company, wherein CNBM Canada would purchase logs in the U.S. and Canada and Westerlund would transport the logs, prepare and debark same, and load the logs aboard ships for transport overseas. On January 31, 2014, Westerlund filed a lawsuit in Oregon State Court against CNBM Import and Export Company and CNBM Canada for damages arising out of the 2012 Agreement. *See* Complaint Case. No. 14-CV-00618, Oregon State Court Caltrop County attached hereto as "Exhibit A".

3. On May 5, 2014, as a result of the events forming the basis of the above-mentioned state court litigation, CNBM Import and Export Company and CNBM Canada filed a lawsuit in Oregon Federal District Court against the third party defendant, Murphy Overseas USA Astoria Forest Products, L.L.C. *See* 3:15-cv-184 (D. Ore.) [Rec. Doc. No. 1].

4. On or about February 11, 2015, the PSC's declaratory judgment action, *Amorin, et al. v. China Nat'l Building Materials Import and Export Corp., et al.*, 3:15-cv-184 (D. Ore.), which was filed to ascertain any violations of the Court's Contempt Order and Injunction by Taishan affiliates, was transferred to MDL 2047. *See* [Rec. Doc. No. 18302-11],

5. On March 5, 2015, Orrick, Herrington & Sutcliffe, LLP ("Orrick") entered its appearance in these MDL proceedings on behalf of Defendants China National Building

2

Materials Import and Export Corporation in *Amorin, et al. v. China Nat'l Building Materials Import and Export Corp., et al.*, 3:15-cv-184 (D. Ore.) [Rec. Doc. No. 18431]. Thereafter on March 6, 2015, Orrick entered its appearance on behalf of CNBM Forest Products (Canada), Ltd. [Rec. Doc. No. 18445].

6. China National Building Material Import and Export Company is a state-owned enterprise established on February 8, 1994 under the laws of the PRC, and is a wholly-owned subsidiary of CNBM Group. *See* Excerpts of CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of Yan Gao as Exhibit "Y" [Rec. Doc. No. 18433-27], p. 27, accessed at: http://www.cnbmltd.com/news_report/en/369.pdf; *see also* English Translation of CNBM Group's Member Enterprise Description, attached to the Affidavit of Yan Gao as Exhibit "A" [Rec. Doc. No. 18433-2]. CNBM Trading directly holds a 9.06% equity interest in CNBM and was one of its promoters. *See id*. This Court has ruled that both CNBM Group and CNBM are controlling parents of Taishan and they are Taishan Affiliates. *In re Chinese-Manufactured Drywall Prod. Liab. Litig.*, 2014 WL 4809520, *1 at ¶ 4, *5 at ¶ 26, *6 at ¶¶ 28-29, *8 at ¶ 47, *9 at ¶¶ 50-51 (E.D. La. Sept. 26, 2014) ("FOFCOL"). The PSC contends that CNBM Import and Export Company is also a Taishan Affiliate.

7. CNBM Forest Products (Canada), Ltd. is a subsidiary of CNBM Forest Products, Ltd., which in turn is a subsidiary of CNBM Group. *See* CNBM Forest Products (Canada), Ltd.'s Corporate Disclosure Statement, attached to the Affidavit of Yan Gao as Exhibit "F" [Rec. Doc. No. 18302-7]. CNBM Group directly and indirectly holds a 94.7% equity interest in CNBM. *See* Excerpts of CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of Yan Gao as Exhibit "Y" [Rec. Doc. No. 18433-27], p. 27, accessed at: http://www.cnbmltd.com/news_report/en/369.pdf; *see also* English Translation of CNBM

3

Group's Member Enterprise Description, attached to the Affidavit of Yan Gao as Exhibit "A" [Rec. Doc. No. 18433-2].  CNBM is a subsidiary of CNBM Group and owns 91% of CTIEC's shares.  *See* Excerpts of CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of Yan Gao as Exhibit "Y" [Rec. Doc. No. 18433-27], p. 20, accessed at: http://www.cnbmltd.com/news_report/en/369.pdf; *see also* Excerpts of CNBM 2014 Interim Annual Report, attached to the Affidavit of Yan Gao as Exhibit "Q" [Rec. Doc. No. 18433-19], at p. 12, accessed at: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=6488.  This Court has ruled that both CNBM Group and CNBM are controlling parents of Taishan and they are Taishan Affiliates.  *In re Chinese-Manufactured Drywall Prod. Liab. Litig.*, 2014 WL 4809520, *1 at ¶ 4, *5 at ¶ 26, *6 at ¶¶ 28-29, *8 at ¶ 47, *9 at ¶¶ 50-51 (E.D. La. Sept. 26, 2014) ("FOFCOL").  The PSC contends that Forest Products (Canada), Ltd. is also a Taishan Affiliate.

8. This discovery is limited to the issue of whether Taishan or any of its affiliates or subsidiaries violated the Court's July 17, 2014 Order.  The Court has granted the PSC a short period of time (until April 28, 2015) to complete discovery on this issue.  *See* Minute Entry and Orders dated March 18, 2015 [Rec. Doc. No. 18493]; *see also* Transcript of Hearing on March 17, 2014, attached hereto as Exhibit "B."

9. The Court's Minute Entry and Orders requires that discovery be completed no later than April 28, 2015.  Due to the shortened time limitation on additional discovery imposed by the Court at the March 17th hearing, the PSC requests that the Court set an expedited response date for the new limited discovery; and further, that the time limitations for noticing of depositions also be shortened and expedited.  Rule 30 of the Federal Rules of Civil Procedure sets forth the notice and method for depositions by oral examination.  Request is made to shorten the time to be provided between the issuance of the notice, the taking of the deposition and

review by the witness for changes.  Furthermore, Rules 33, 34 and 36 of the Federal Rules of Civil Procedure each provide time frames for responding to discovery requests, and request is made to shorten the time for each additional discovery request so that the discovery can be responded to fully and completely on an expedited basis.

10. The PSC proposes that full and complete responses, including the documents requested, in the additional discovery be produced by each party within (10) days of their respective receipt of the additional discovery.

11. The PSC proposes that depositions be noticed at least seventy-two (72) hours in advance of the taking of a deposition and that the review and any changes requested by the witness be completed within twenty-four (24) hours of the taking of the deposition.

WHEREFORE, the PSC prays that this motion be granted and that Westerlund Log Handlers, L.L.C. be Ordered to produce to the PSC full and complete responses to the additional discovery, including all documents requested, within ten (10) days of their respective receipt of the written discovery, and further that time limitations for taking of depositions also be shortened and expedited.

Dated: March 20, 2015				Respectfully Submitted,


BY: /s/ Leonard A. Davis
    Russ M. Herman (LA Bar No. 6819) (On the Brief)
    Leonard A. Davis (LA Bar No. 14190) (On the Brief)
    Stephen J. Herman (LA Bar No. 23129) (On the Brief)
    Herman, Herman & Katz, LLC
    820 O'Keefe Avenue
    New Orleans, LA 70113
    Phone: (504) 581-4892
    Fax: (504) 561-6024
    ldavis@hhklawfirm.com
    *Plaintiffs' Liaison Counsel*
    *MDL 2047*

    Arnold Levin (On the Brief)
    Fred S. Longer (On the Brief)
    Sandra L. Duggan (On the Brief)
    Matthew Gaughan (On the Brief)
    Levin, Fishbein, Sedran & Berman
    510 Walnut Street, Suite 500
    Philadelphia, PA 19106
    Phone: (215) 592-1500
    Fax: (215) 592-4663
    alevin@lfsblaw.com
    *Plaintiffs' Lead Counsel*
    *MDL 2047*

Gerald E. Meunier (LA Bar No. 9471) (On the Brief)
Rachel A. Sternlieb (LA Bar No. 35338) (On the Brief)
Gainsburgh, Benjamin, David,
  Meunier & Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800
Phone:  (504) 522-2304
Fax:  (504) 528-9973
gmeunier@gainsben.com
*Co-Counsel for Plaintiffs and PSC Member*

**PLAINTIFFS' STEERING COMMITTEE**

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm, LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Peter Prieto
Podhurst Orseck, PA
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Bruce William Steckler
Steckler LLP
12720 Hillcrest Road, Suite 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-4041
bruce@stecklerlaw.com

Ervin A. Gonzalez
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
  Echsner & Proctor, PA
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Jerrold Seth Parker
Parker Waichman, LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Myers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@attorneys4people.com

Christopher Seeger (On the Brief)
Scott Alan George (On the Brief)
Dion Kekatos (On the Brief)
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Richard J. Serpe
Law Offices of Richard J. Serpe
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Victor M. Diaz, Jr.
V.M. Diaz and Partners, LLC
119 Washington Ave., Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W., Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Anthony D. Irpino (On the Brief)
Pearl Robertson (On the Brief)
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 20th day of March, 2015.

Respectfully Submitted,

BY: /s/ Leonard A. Davis
Leonard A. Davis
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com

*Plaintiffs' Liaison Counsel*
*MDL 2047*