UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>*All Cases* | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**O R D E R**

Considering the Emergency Motion for Expedited Return on Discovery Requests and Shortened Time to Notice Depositions filed by the Plaintiffs' Steering Committee ("PSC");

IT IS ORDERED BY THE COURT that the motion is granted and Third-Party Murphy Overseas USA Astoria Forest Products, L.L.C. is directed to respond completely and fully to the written discovery, and produce all documents requested, by the PSC on March 23, 2015, within ten (10) days of their receipt of the Request for Production of Documents.

IT IS FURTHER ORDERED BY THE COURT that any and all depositions be noticed at least seventy-two (72) hours in advance of the taking of a deposition and that the review and any changes requested by the witness be completed within twenty-four (24) hours of the taking of the deposition.

New Orleans, Louisiana, this ____ day of _____, 2015.

_____
Eldon E. Fallon
United States District Court Judge