**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**O R D E R**

Considering the Plaintiffs' Steering Committee's Motion to Strike Hogan Lovells' Designation of Documents as Highly Confidential;

IT IS ORDERED BY THE COURT that the Plaintiffs' Steering Committee's Motion to Strike Hogan Lovells' Designation of Documents as Highly Confidential is GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2015.

_____
Eldon E. Fallon
United States District Court Judge