UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED        *    MDL No. 2047
DRYWALL PRODUCTS LIABILITY          *
LITIGATION                              *    SECTION L
                                         *
                                         *    JUDGE ELDON E. FALLON
                                         *
                                         *    MAGISTRATE JUDGE
                                         *    JOSEPH C. WILKINSON, JR.
                                         *

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:  ALL CASES**

**MOTION FOR LEAVE TO FILE REPLY TO OMNIBUS RESPONSE/REPLY OF THE
PSC TO MOTION TO WITHDRAW AS COUNSEL FOR TAISHAN GYPSUM CO. LTD.
AND TAI'AN TAISHAN PLASTERBOARD CO., LTD.**

The undersigned law firms Hogan Lovells US LLP and Stanley, Reuter, Ross, Thornton & Alford, LLC, and their respective individual counsel who have represented Defendants Taishan Gypsum Co. Ltd. ("TG") and Tai'an Taishan Plasterboard Co., Ltd. ("TTP")(together, the "Taishan Defendants")(collectively "Counsel"), respectfully request leave to file the attached Reply to the Omnibus Response/Reply of the Plaintiffs' Steering Committee to Motions Regarding Contempt, Enforcement of Contempt Order, Class Damages Hearing, and Motion to Withdraw as Counsel for Taishan Gypsum Co. Ltd. ("TG") and Tai'an Taishan Plasterboard Co., Ltd. (Rec. Doc. No. 18520) ("PSC Response").  The reply memorandum responds directly to the contentions raised by PSC in the PSC Response, and Counsel respectfully suggest that the reply memorandum will assist the Court in resolving the Motions to Withdraw as Counsel set to be heard on Thursday, March 26, 2015.

WHEREFORE, Counsel respectfully request that the Court grant this motion and permit the filing of the attached reply memorandum.

Respectfully submitted,


*/s/ Thomas P. Owen Jr.*

Joe Cyr
Frank T. Spano
Courtney L. Colligan
HOGAN LOVELLS US LLP
875 Third Avenue
New York, New York 10022
Telephone: 212-918-3000
Facsimile: 212-918-3100
Joe.cyr@hoganlovells.com
Frank.spano@hoganlovells.com
Courtney.colligan@hoganlovells.com

-and-

Richard C. Stanley (La. Bar No. 8487)
Thomas P. Owen, Jr. (La. Bar No. 28181)
STANLEY, REUTER, ROSS, THORNTON & ALFORD, LLC
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: 504-523-1580
Facsimile: 504-524-0069
rcs@stanleyreuter.com
tpo@stanleyreuter.com

**Counsel of Record for Taishan Gypsum Co. Ltd. and Tai'an Taishan Plasterboard Co.**

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Leave to File Reply to Omnibus Response/Reply Of The PSC to Motion to Withdraw as Counsel for Taishan Gypsum Co. Ltd. and Tai'an Taishan Plasterboard Co., Ltd. has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 23rd day of March, 2015.

*/s/ Thomas P. Owen, Jr.*