UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL No. 2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO: ALL CASES**

### ORDER

Considering the foregoing Motion for Leave to File Reply to Omnibus Response/Reply Of The PSC to Motion to Withdraw as Counsel for Taishan Gypsum Co. Ltd. and Tai'an Taishan Plasterboard Co., Ltd. ("Motion");

**IT IS HEREBY ORDERED** that the Motion be and hereby is **GRANTED**. Counsel are granted leave to file the attached Reply to Omnibus Response/Reply Of The PSC to Motion to Withdraw as Counsel for Taishan Gypsum Co. Ltd. and Tai'an Taishan Plasterboard Co., Ltd.

New Orleans, Louisiana, this _____ day of March, 2015.

_____

JUDGE ELDON E. FALLON