UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**ORDER AUTHORIZING
EXPEDITED RETURN ON DISCOVERY REQUESTS
AND SHORTENED TIME TO NOTICE DEPOSITIONS**

Considering the Motions of the Plaintiffs' Steering Committee ("PSC") for Expedited Return on Discovery Requests and Shortened Time to Notice Depositions, (Rec. Docs. 18509, 18524, 18526);

IT IS ORDERED BY THE COURT that:

1. the third-parties are directed to respond completely and fully to the written discovery, and produce all documents requested, by the PSC, within ten days of their receipt of the Request for Production of Documents. All documents shall be produced in their original language and, if the original documents are in any language other than English, you shall include English translations.

2. All depositions shall be noticed at least seventy-two (72) hours in advance of the deposition, except where good cause may require more extensive notice; and

3. All deposition review and changes requested by a witness must be completed within twenty-four (24) hours of the taking of the deposition.

4. The PSC, Taishan, CNBM, and BNBM should all be prepared to discuss a broader discovery plan relating to alter ego status / the contempt order injunction at the March 26, 2015 monthly status conference (not March 27, as erroneously noted in the Court's prior order, Rec. Doc. 18523).

1

New Orleans, Louisiana, this  23rd  day of  March            , 2015.

_____
Eldon E. Fallon
United States District court Judge