UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | CASE NO. 2:09-MD-02047 SECTION L JUDGE FALLON |
| (Relates to *Amato v. Liberty Mutual Ins.*, No. 2:10-cv-00932) | ) ) | MAG. JUDGE WILKINSON |

**WESTCHESTER FIRE INSURANCE COMPANY'S
EX PARTE MOTION FOR LEAVE TO FILE ITS SUR-REPLY TO
AMERICAN HOME ASSURANCE COMPANY'S REPLY IN SUPPORT OF
PLAINTIFFS' MOTION TO AMEND COMPLAINT BY INTERLINEATION
AND INCORPORATED MEMORANDUM IN SUPPORT**

Westchester Fire Insurance Company ("Westchester"), pursuant to the applicable Federal Rules of Civil Procedure and E.D. La. Local Rule 7, move this Honorable Court for an Order permitting Westchester to file its Sur-Reply to American Home Assurance Company's ("American Home") Reply in Support of Plaintiffs' Motion to Amend Complaint by Interlineation ("motion") for the reasons discussed below.

Westchester has attached a proposed Order granting leave to file its Sur-Reply, as well as its Sur-Reply, for the Court's consideration.

### I. FACTS & ARGUMENT

As this Honorable Court is aware, on January 14, 2015, Plaintiffs filed a motion seeking to substitute Westchester in place of American Home as a defendant in the action styled as *Amato, et al. v. Liberty Mutual Ins., et al.*, No. 2:10-cv-00932 (E.D. La.) (the "*Amato* action").[1]

On January 15, 2015, this Honorable Court issued a docket order setting Plaintiffs' motion for submission, with oral argument, immediately following the monthly status conference on

---

[1] *See* Dkt. No. 18263 (Plaintiffs' motion and related documents).

February 12, 2015.[2]  This Court ordered that any party that wishes to respond to Plaintiffs' motion must do so by February 4, 2015.[3]

On February 4, 2015, Defendant American Home Assurance Company ("American Home") filed a joinder in Plaintiffs' motion.[4]  As described in greater detail in Westchester's ex parte motion for leave to file its opposition to Plaintiffs' motion, Westchester did not learn of Plaintiffs' motion and the Court's order regarding responsive pleadings until the undersigned received an email from American Home's counsel on the evening of February 4, 2015, regarding American Home's joinder.[5]

Accordingly, this Honorable Court granted Westchester's ex parte motion for leave to file an opposition, reset Plaintiffs' motion for submission with oral argument immediately following the monthly status conference on March 26, 2015, and ordered that any party that wishes to file supplemental briefing on Plaintiffs' motion must do so by March 17, 2015.[6]

On March 17, 2015, Westchester timely filed a supplemental memorandum in support of its opposition to Plaintiffs' motion.[7]  On that same date, American Home filed a reply in support of Plaintiffs' motion,[8] and Plaintiffs filed a joinder in American Home's reply.[9]

American Home raised certain issues in its reply to which Westchester would like to briefly respond, including American Home's admission that futility is a proper ground for denial of a

---

[2]    *See* Dkt. No. 18266 (Order Setting/Resetting Hearing on Motion).

[3]    *See id.*

[4]    *See* Dkt. No. 18291 (American Home's joinder and related documents).

[5]    *See* Dkt. No. 18301 (Westchester's ex parte motion for leave to file an opposition to Plaintiffs' motion).

[6]    *See* Dkt. No. 18317 (Order on Westchester's ex parte motion for leave to file an opposition to Plaintiffs' motion).

[7]    *See* Dkt. No. 18487 (Westchester's supplemental memorandum in support of its opposition to Plaintiffs' motion).

[8]    *See* Dkt. No. 18488 (American Home's reply in support of Plaintiffs' motion).

[9]    *See* Dkt. No. 18489 (Plaintiff's joinder in American Home's reply in support of Plaintiffs' motion).

2

motion to amend and Plaintiffs' alleged notice to Westchester. Westchester accordingly requests that this Honorable Court grant Westchester leave to file a short sur-reply to address these issues.

## II.  CONCLUSION

WHEREFORE, for the reasons discussed above, Westchester respectfully requests that this Honorable Court permit it to file Sur-Reply to American Home's Reply in Support of Plaintiffs' Motion to Amend Complaint by Interlineation. Westchester has attached a copy of its Sur-Reply for the Court's consideration.

Westchester has also attached a proposed Order for the Court's consideration.

Dated: March 24, 2015            Respectfully Submitted,

BY:      */s/ John W. Hite*

John W. Hite (T.A. 17611)
Salley, Hite, Mercer & Resor LLC
365 Canal Street
One Canal Place, Suite 1710
New Orleans, LA 70130
Phone: (504) 566-8802
Fax: (504) 566-8828
jhite@shmnola.com

Joseph A. Ziemianski
Cozen O'Connor
1221 McKinney Street, Suite 2900
Houston, Texas 77010
Telephone: (832) 214-3900
Telecopier: (832) 214-3905
jziemianski@cozen.com

*Counsel for Westchester Fire Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Westchester's Ex Parte Motion for Leave to File its Sur-Reply to American Home's Reply in Support of Plaintiffs' Motion to Amend Complaint by Interlineation has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of March 2015.

                    */s/ John W. Hite*

                    John W. Hite (T.A. 17611)
                    Salley, Hite, Mercer & Resor LLC
                    365 Canal Street
                    One Canal Place, Suite 1710
                    New Orleans, LA 70130
                    Phone: (504) 566-8802
                    Fax: (504) 566-8828
                    jhite@shmnola.com