UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | CASE NO. 2:09-MD-02047<br><br>SECTION L<br><br>JUDGE FALLON |
| (Relates to *Amato v. Liberty Mutual Ins.*, No. 2:10-cv-00932) | MAG. JUDGE WILKINSON |

### AFFIDAVIT OF ANAYSA GALLARDO STUTZMAN, ESQ.

STATE OF FLORIDA )
                 )
COUNTY OF MIAMI-DADE )

Before me, the undersigned authority, personally appeared Anaysa Gallardo Stutzman, and by me first duly sworn, deposes and states the following:

1. My name is Anaysa Gallardo Stutzman.

2. I am over the age of 21 years, and I am fully competent in all respects to make the statements set forth herein.

3. I have personal knowledge of the facts stated herein and they are all true and correct.

4. I am an attorney with Cozen O'Connor, and, along with three other attorneys at Cozen O'Connor, represent Westchester Fire Insurance Company ("Westchester") in the action styled as *Am. Home Assur. Co. v. Pen. II Dev., Inc.*, No. 1:09-cv-23691, in the United States District Court for the Southern District of Florida (the "*Pen II* case").

5. Specifically, as indicated on the PACER docket for the *Pen II* case, myself, Joseph A. Ziemianski, Bryan P. Vezey and Peter B. Magnuson – all of whom are attorneys at Cozen O'Connor –represent Westchester in the *Pen II* action.

6. I was recently made aware, from Mr. Ziemianski, of the January 21, 2015 letter that Mr. Leonard Davis of Herman, Herman & Katz purportedly sent to me by email regarding Plaintiffs' motion to amend complaint by interlineation and the related briefing deadline and hearing in the action

styled as styled as *Amato, et al. v. Liberty Mutual Ins., et al.*, No. 2:10-cv-00932 (E.D. La.) (the "*Amato* action").

7. I have no memory of having received Mr. Davis' letter.

8. As Mr. Davis' letter indicates that it was sent only by email, I searched my firm's electronic files, but Mr. Davis' letter was not contained therein.

9. I also searched by email inbox, but Mr. Davis' letter was not contained therein.

10. I have no electronic record of having received Mr. Davis' letter.

11. With respect to the *Pen II* action, it is my custom and practice that when I receive a document related to the *Pen II* case in any way, and see that neither Mr. Ziemianski nor Mr. Vezey are recipients, I forward the document to Mr. Vezey.

12. I have no electronic record of having forwarded Mr. Davis' letter to Mr. Vezey.

13. I spoke with Mr. Vezey, and he has no electronic record of having received Mr. Davis' letter from me, nor does he have any personal memory of having received Mr. Davis' letter from me.

14. Accordingly, to the best of my knowledge, I did not receive Mr. Davis' letter.

_____
ANAYSA GALLARDO STUTZMAN, ESQ.

**SUBSCRIBED AND SWORN TO BEFORE ME** on the 23rd day of March, 2015.

_____
Notary Public, In and For the
State of Florida

Maria Vanden Bosch
Printed Name of Notary Public

My Commission Expires:



MARIA VANDENBOSCH
MY COMMISSION # EE 843591
EXPIRES: February 13, 2017
Bonded Thru Budget Notary Services

2