IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

**THE PLAINTIFFS' STEERING COMMITTEE'S DISCOVERY PLAN REGARDING FUTURE DISCOVERY AGAINST TAISHAN AND ITS AFFILIATES AND STATUS OF DISCOVERY ORDERED BY THE COURT ON MARCH 17, 2015, AND THE ORDERS OF MARCH 20, 2015 AND MARCH 24, 2015 AUTHORIZING EXPEDITED RETURN ON DISCOVERY REQUESTS AND SHORTENED TIME TO NOTICE DEPOSITIONS**

Pursuant to the directives of the Court of March 17, 2015, the Plaintiffs' Steering Committee ("PSC") issued motions for expedited discovery and discovery notices on March 19, 2015 and later. On March 20, 2015, the PSC spoke with defense counsel to address the discovery served consistent with this Court's Orders, and the PSC is expecting their response after an opportunity to confer with their clients. The following discovery plan is proposed to complete the investigation necessary for the PSC to address those matters discussed at the March 17, 2015 conference.

**I. Emergency Motions for Expedited Discovery from Third Parties [Rec.Doc.Nos. 18509; 18515; 18524; 18526]**:

A.  CTIEC-CTEO - granted [Rec. Doc. 18523]

 NJIT - granted [Rec. Doc. 18523]

B.  Sunpin Solar - granted [Rec. Doc. 18535]

 Walmart - granted [Rec. Doc. 18535]

 Tommy Li - granted [Rec.Doc. 18535]

C.  Westerlund - granted [Rec. Doc. 18535]

D.  Murphy Overseas Astoria- granted [Rec. Doc. 18535]

1

Pre-March 17, 2015 discovery regarding third parties is proceeding. *See* The Plaintiff's Steering Committee's Responsive Memorandum to Objections of Third Party Subpoenaed Witnesses Pursuant to Order of March 2, 2015, and, in the Alternative, Motion to Compel Discovery of Third Party Subpoenaed Witness [Rec.Doc. 18476].

**II.  30(b)(6) Notices of Expedited Discovery for Represented Defendants:**

Taishan

TTP

CNBM Group

CNBM

BNBM Group

BNBM

CNBM Forest Products (Canada), Ltd.

China National Building Material Import & Export Company

United Suntech

CNBM (USA)

    A.  Need dates of expedited document production

    B.  Document production may result in additional witnesses being designated

    C.  Documents must be translated into English (*See* No. 6 below)

Discovery filed prior to March 17, 2015 against the defendants has been stayed by agreement of counsel so as to allow the post-March 17, 2015 discovery to proceed in an expedited manner.

**III.  Deposition Notices of Individuals [Rec.Doc. 18502]:**

A.  Jia Tongchun (chairman of Taishan and board member of BNBM);

B.  Peng Wenlong (Taishan's Chief of Foreign Trade Department);

C.  Chungang Dong (foreign attorney at Jingtian & Gongcheng);

D.  Peng Shou (Chairman of China Triumph, executive director of CNBM, and VP of CNBM);

E.  Cao Jianglin (BNBM, BNBM Group, CNBM & CNBM Group);

F.  Song Xhiping a/k/a Sonz Zhiping (CNBM & CNBM Group);

G.  Chang Zhangli (BNBM & CNBM);

H.  Wang Bing (BNBM & CNBM);

I.  Jin Yu Hu (BNBM & CNBM); and

J.  Cui Xingtai (BNBM & CNBM).

K.  Tommy Li, filed 3/19/15 [Rec.Doc. 18512]

Pursuant to the discussions with the PSC on March 20, 2015, Defense Counsel are to provide dates and times when witnesses will be made available in New Orleans, Louisiana.

### IV.  Taishan (Interrogatory & RFD) regarding source of payments

On March 20, 2015, the PSC served upon defendant Taishan : 1. The PSC's Document Request Pursuant to the Court's March 17, 2015 Minute Entry and Orders [Rec. Doc. 18493] Directed to Taishan Gypsum Co., Ltd.; and 2. The PSC's Interrogatory Pursuant to the Court's March 17, 2015 Minute Entry and Orders [Rec. Doc. 18493] Directed to Taishan Gypsum Co., Ltd. This discovery was intended to elicit the source of the funds used to pay the $40,000 contempt penalty, the $15,000 attorney fee award, and the remaining matters that are the subject of the July 17, 2014 Order of Contempt [Rec.Doc. 17869], and the Court's Order of March 17, 2015 [Rec.Doc. 18523].

### V.  Defendant Profile Forms Must be Produced in 10 days

Defendants are required to submit information for the Photo Catalog as set forth in PTO 10.

### VI.  Motion to Produce documents in English or with English Translation (Pursuant to Order dated March 20, 2015 [Rec.Doc. 18523]) and March 24, 2015 [Rec.Doc. 18535]

### VII.  Preservation of physical evidence/documentary evidence

Defendants must agree to the Court's existing order.

### VIII.  Attached are separate charts for pre and post March 17, 2015 discovery

Attached as Exhibits "A" and "B" hereto.

3

**IX. Pre-Trial Briefing Schedule**

    A.  Pre-trial Memorandum due date

        1.  Deposition designations

        2.  Trial Exhibits

    B.  Final Pre-trial Conference date

**X. Damage Assessment Hearing  Date** - date and time for hearing

Dated:  March 24, 2015

Respectfully submitted,

/s/ Leonard A. Davis
Russ M. Herman (LA Bar No. 6819)
Leonard A. Davis (LA Bar No. 14190)
Stephen J. Herman (LA Bar No. 23129)
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

        Arnold Levin
        Fred S. Longer
        Sandra L. Duggan
        Matthew C. Gaughan
        Levin, Fishbein, Sedran & Berman
        510 Walnut Street, Suite 500
        Philadelphia, PA 19106
        215-592-1500 (phone)
        215-592-4663 (fax)
        Alevin@lfsblaw.com
        *Plaintiffs' Lead Counsel*
        *MDL 2047*

**PLAINTIFFS' STEERING COMMITTEE**

| | |
|---|---|
| Dawn M. Barrios<br>Barrios, Kingsdorf & Casteix, LLP<br>701 Poydras Street, Suite 3650<br>New Orleans, LA 70139<br>Phone: (504) 524-3300<br>Fax: (504) 524-3313<br>Barrios@bkc-law.com | Bruce William Steckler<br>Steckler, LLP<br>12720 Hillcrest Road, Ste 1045<br>Dallas, TX 75230<br>Phone: (972) 387-4040<br>Fax: (972) 387-4041<br>bruce@stecklerlaw.com |
| Daniel E. Becnel, Jr.<br>Becnel Law Firm, LLC<br>425 W. Airline Highway, Suite B<br>Laplace, LA 70068<br>Phone: (985) 536-1186<br>Fax: (985) 536-6445<br>dbecnel@becnellaw.com | Ervin A. Gonzalez<br>Colson, Hicks, Eidson<br>255 Alhambra Circle, Penthouse<br>Cora Gables, FL 33134<br>Phone: (305) 476-7400<br>Fax: (305) 476-7444<br>ervin@colson.com |
| Peter Prieto<br>Podhurst Orseck, P.A.<br>25 Flagler Street, 8th Floor<br>Miami, FL 33130<br>Phone: (305) 358-2800<br>Fax: (305) 358-2382<br>pprieto@podhurst.com | Ben W. Gordon, Jr.<br>Levin, Papantonio, Thomas, Mitchell<br> Echsner & Proctor, P.A.<br>316 S. Baylen Street, Suite 600<br>Pensacola, FL 32502<br>Phone: (850) 435-7000<br>Fax: (850) 435-7020<br>bgordon@levinlaw.com |
| | Hugh P. Lambert |

The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker Waichman, LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@attorneys4people.com

Christopher Seeger
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Richard J. Serpe
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Victor M. Diaz, Jr.
V.M. Diaz and Partners, LLC
119 Washington Ave, Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W
Suite  650
Washington, DC 20006
Phone: (202) 540-7200
Fax:  (202) 540-7201
rlewis@hausfeldllp.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Anthony D. Irpino
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 24th day of March, 2015.

      /s/ Leonard A. Davis
      Leonard A. Davis
      HERMAN, HERMAN & KATZ, LLC
      820 O'Keefe Avenue
      New Orleans, Louisiana 70113
      Phone: (504) 581-4892
      Fax: (504) 561-6024
      ldavis@hhklawfirm.com
      Plaintiffs' Liaison Counsel
      MDL 2047
      *Co-counsel for Plaintiffs*