# EXHIBIT "A"

# EXHIBIT A

**30(b)(6) DEPOSITIONS NOTICED PRIOR TO THE MARCH 17, 2015 STATUS CONFERENCE**

|     | DATE | WITNESS | LOCATION | SERVICE | NOTES |
| --- | --- | --- | --- | --- | --- |
| 1. | April 6, 2015 at 9:00 a.m. | JP Morgan Chase & Co. [Rec.Doc. 18304] | Jacobs & Crumplar 2 East 7th Street, Suite 400 Wilmington, DE 19801 302-656-5445 (Thomas Crumplar contact) tom@jcdelaw.com | February 13, 2015 | Objections filed February 27, 2015 [Rec.Doc. 18419]. |
| 2. | April 6, 2015 at 9:00 a.m. (central) | Taishan Gypsum Co. Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. [Rec.Doc. 18369] | Herman, Herman , Katz 820 O'Keefe Avenue New Orleans, LA 70113 504-581-4892 | No subpoena required |  |
| 3. | April 7, 2015 9:00 a.m. (Central) | Beijing New Building Materials Public Limited Co. [Rec.Doc. 18368] | Herman, Herman , Katz 820 O'Keefe Avenue New Orleans, LA 70113 504-581-4892 | No subpoena required |  |
| 4. | April 7, 2015 at 9:00 a.m. | Morgan Stanley [Rec.Doc. 18305] | Jacobs & Crumplar 2 East 7th Street, Suite 400 Wilmington, DE 19801 302-656-5445 (Thomas Crumplar contact) tom@jcdelaw.com | February 13, 2015 | Objections filed February 27, 2015 [Rec.Doc. 18398]. |

|    | DATE | WITNESS | LOCATION | SERVICE | NOTES |
|----|------|---------|----------|---------|-------|
| 5. | April 8, 2015 at 9:00 a.m. | The AES Corporation [Rec.Doc. 18312] | Ashcraft & Gerel Suite 650 4900 Seminary Road Alexandria, VA 22311 703-931-5500 | March 4, 2015 | Objections served on March 18, 2015 (not on the docket). |
| 6. | April 8, 2015 at 9:00 a.m. | T. Rowe Price Group, Inc. [Rec.Doc. 18309] | Ashcraft & Gerel Suite 1212 10 E. Baltimore Street Baltimore, MD 21202 410-539-1122 Nan Parfitt nparfitt@ashcraftlaw.com | Service of subpoena accepted by attorney Ward B. Coe (see 2/12 email to LD) | Leonard A. Davis agreed to postpone deposition.  Also, gave extension until March 27, 2015 to file any objection or motion. |
| 7. | April 8, 2015 at 9:00 a.m. | Lowe's Companies, Inc. [Rec.Doc. 18361] | Daggett Shuler Law Firm 2140 Country Club Road Winston-Salem, NC 27104 336-724-1234 (David Daggett contact) | | Service was refused by Patsy Blackburn on February 25, 2015; the PSC is attempting to re-serve. |

|  | DATE | WITNESS | LOCATION | SERVICE | NOTES |
|---|---|---|---|---|---|
| 8. | April 9, 2015 at 9:00 a.m. (Pacific) | CNBM (USA) Corp. [Rec.Doc. 18377] | Girardi Keese Law Firm 1126 Wilshire Boulevard Los Angeles, CA 90017 213-977-0211 Thomas V. Girardi |  |  |
| 9. | April 9, 2015 at 9:00 a.m. | The Bank of New York Mellon Corporation [Rec.Doc. 18311] | Seeger Weiss 77Water Street New York, NY 10005 212-584-0700 Samantha (contact) sperovich@seegerweiss.com | February 18, 2015 | Objection served on March 18, 2015 (not on the docket).  See Letter of Beth A. Dodson. |
| 10. | April 10, 2015 at 9:00 a.m. | Citigroup, Inc. [Rec.Doc. 18303] | Seeger Weiss 77 Water Street New York, NY 10005 212-584-0700 Samantha (contact) sperovich@seegerweiss.com | February 19, 2015 |  |
| 11. | April 10, 2015 at 9:00 a.m. (Pacific) | United Suntech Craft, Inc. [Rec.Doc. 18379] | Girardi Keese Law Firm 1126 Wilshire Boulevard Los Angeles, CA 90017 213-977-0211 Thomas V. Girardi | March 2, 2015 |  |

|   | DATE | WITNESS | LOCATION | SERVICE | NOTES |
|---|---|---|---|---|---|
| 12. | April 13, 2015 at 9:00 a.m. | State Street Corporation [Rec.Doc. 18308] | Kreindler & Kreindler 855 Boylston Street Boston, MA 02116 617-424-9100 Julie Ferraro (jferraro@kreindler.com) Amy Beaulieu (abeaulieu@kreindler.com) | February 13, 2015 | Objection served on February 26, 2015 (not on the docket). See Letter of Monica Franceschini. |
| 13. | April 13, 2015 9:00 (Central) | China National Building Materials Group Corporation [Rec.Doc. 18420] | Herman, Herman & Katz 820 O'Keefe Ave. New Orleans, LA 70113 504-581-4892 | No subpoena required | |
| 14. | April 14, 2015 9:00 (Central) | China National Building Materials Company Limited [Rec.Doc. 18421] | Herman, Herman & Katz 820 O'Keefe Ave. New Orleans, LA 70113 504-581-4892 | No subpoena required | |
| 15. | April 14, 2015 at 10:00 a.m. | CTIEC-TECO American Technology, Inc. [Rec.Doc. 18378] | Law Office of Sheldon L. Miller, PC 31731 Northwestern Hwy Suite 280W Farmington Hills, MI 48334 248-538-3400 | February 27, 2015 | Objection dated March 12, 2015 (not filed on docket).  See letter of Marshall A. Bennett, Jr. NOTE: CTIEC-TECO agrees to make a limited production of documents subject to protective order. |

|     | DATE | WITNESS | LOCATION | SERVICE | NOTES |
|-----|------|---------|----------|---------|-------|
| 16. | April 14, 2015 at 9:00 a.m. | General Growth Properties, Inc. [Rec.Doc. 18310] | Freed, Kanner, London & Millen LLC 2201 Waukegan Road Suite 130 Bannockburn, IL 60015 224-632-4500 Michael J. Freed mfreed@fklmlaw.com | February 13, 2015 | |
| 17. | April 14, 2015 at 9:00 a.m. | Costco Wholesale Corporation [Rec.Doc. 18359] | Keller, Rohrback Law Offices 1201 Third Avenue Suite 3200 Seattle, WA 98101 206-623-1900 Lynn Sarko lsarko@kellerrohrback.com | February 25, 2015 | |
| 18. | April 15, 2015 at 9:00 a.m. | Northern Trust Corporation [Rec.Doc. 18306] | Freed, Kanner, London & Millen LLC 2201 Waukegan Road Suite 130 Bannockburn, IL 60015 224-632-4500 Michael J. Freed mfreed@fklmlaw.com | February 13, 2015 | Objection served on March 2, 2015 (not on the docket).  See Letter of Jen Clark. |

|     | DATE | WITNESS | LOCATION | SERVICE | NOTES |
|-----|------|---------|----------|---------|-------|
| 19. | April 15, 2015 at 9:00 a.m. | Wal-Mart Stores, Inc. [Rec.Doc. 18363] | Niblock Law Firm 324 North College Avenue Fayetteville, Arkansas 72701 479-521-5510 Tracy Guereca | February 23, 2015 | |
| 20. | April 15, 2015 at 9:00 a.m. (Central) | Beijing New Building Material (Group) Co. Ltd. [Rec.Doc. 18458] | Herman, Herman & Katz 820 O'Keefe Ave. New Orleans, LA 70113 504-581-4892 | No subpoena required | |
| 21. | April 15, 2015 at 9:00 a.m. | Amazon.com [Rec.Doc. 18358] | Keller, Rohrback Law Offices 1201 Third Avenue Suite 3200 Seattle, WA 98101 206-623-1900 Lynn Sarko lsarko@kellerrohrback.com | February 24, 2015 | Objection served on March 10, 2015 (not on the docket).  See Letter of Vanessa Soriano Power. |
| 22. | April 16, 2015 at 9:00 a.m. (Central) | CNBM Forest Products (Canada) Ltd. [Rec. Doc. 18459] | Herman, Herman & Katz 820 O'Keefe Ave. New Orleans, LA 70113 504-581-4892 | No subpoena required | |

|     | DATE | WITNESS | LOCATION | SERVICE | NOTES |
| --- | --- | --- | --- | --- | --- |
| 23. | April 16, 2015 at 9:00 a.m. | Plum Creek Timber Company, Inc. [Rec.Doc. 18307] | Keller, Rohrback Law Offices 1201 Third Avenue Suite 3200 Seattle, WA 98101 206-623-1900 Lynn Sarko lsarko@kellerrohrback.com | February 24, 2015 | |
| 24. | April 17, 2015 at 9:00 a.m. (Central) | China National Building Materials Import and Export Corporation [Rec.Doc. 18460] | Herman, Herman & Katz 820 O'Keefe Ave. New Orleans, LA 70113 504-581-4892 | No subpoena required | |
| 25. | April 21, 2015 at 9:00 a.m. | The Home Depot [Rec.Doc. 18360] | Herman Gerel Law Firm 230 Peachtree Street, N.W. Suite 2260 Atlanta, GA 30303 404-880-9500 | February 23, 2015 | |
| 26. | April 23, 2015 at 9:00 a.m. | Target Corporation [Rec.Doc. 18362] | Lockridge, Grindal, Nauen 100 Washington Ave. South Suite 2200 Minneapolis, MN 55401 612-339-6900 Richard Lockridge | February 19, 2015 | Objection served on March 4, 2015 (not on the docket).  See Letter of Mike Ponto. |

|   | DATE | WITNESS | LOCATION | SERVICE | NOTES |
|---|------|---------|----------|---------|-------|
| 27. | May 12, 2015 9:00 a.m. Central | Tai'an Taishan Plasterboard Co., Ltd. ("TPP") [Rec.Doc. 18522] | Herman, Herman & Katz 820 O'Keefe Ave. New Orleans, LA 70113 504-581-4892 | No subpoena required | NOTE: This Notice of Depositions issued on March 20, 2015. |