# EXHIBIT "B"

**EXHIBIT B**

**EXPEDITED 30(b)(6) DEPOSITIONS NOTICED PURSUANT TO COURT ORDER OF MARCH 17, 2015**

|    | DATE | WITNESS | LOCATION | SERVICE | NOTES |
|----|------|---------|----------|---------|-------|
| 1. | TBD* | Beijing New Building Material (Group) Co. Ltd. [Rec.Doc. 18498] | New Orleans, LA | No subpoena required | *Original notice date was April 15, 2015 9:00 a.m. (central)[Rec.Doc. 18458] |
| 2. | TBD* | Beijing New Building Materials Public Limited Co. [Rec.Doc. 18499] | New Orleans, LA | No subpoena required | *Original notice date was April 7, 2015 at 9:00 a.m. (central)[Rec.Doc. 18368] |
| 3. | TBD* | China National Building Materials Company Limited [Rec.Doc. 18506] | New Orleans, LA | No subpoena required | *Original notice date was for April 14, 2015 9:00 a.m. (central)[Rec.Doc. 18421] |
| 4. | TBD* | China National Building Materials Group Corporation [Rec.Doc. 18504] | New Orleans, LA | No subpoena required | *Original notice date was for April 13, 2015 9:00 a.m. (Central)[Rec.Doc. 18420] |
| 5. | TBD* | China National Building Materials Import and Export Corporation [Rec.Doc. 18503] | New Orleans, LA | No subpoena required | *Original notice date was for April 17, 2015 at 9:00 a.m. (central) [Rec.Doc. 18460] |

|   | DATE | WITNESS | LOCATION | SERVICE | NOTES |
|---|------|---------|----------|---------|-------|
| 6. | April 16, 2015 9:00 a.m. (pacific)* | CNBM (USA) Corp. [Rec.Doc. 18513] | Girardi Keese Law Firm 1126 Wilshire Boulevard Los Angeles, CA 90017 213-977-0211 Thomas V. Girardi | | *Original notice date was April 9, 2015 at 9:00 a.m. (pacific) [Rec.Doc. 18377] |
| 7. | TBD* | CNBM Forest Products (Canada) Ltd. [Rec. Doc. 18505] | New Orleans, LA | No subpoena required | *Original notice date was for April 16, 2015 at 9:00 a.m. (central) [Rec.Doc. 18459] |
| 8. | April 14, 2015 9:00 a.m. (central)* | CTIEC-TECO American Technology, Inc. [Rec.Doc. 18517] | Law Office of Sheldon L. Miller, P.C. 31731 Northeastern Hwy Suite 280W Farmington Hills, MI 48335 248-538-3400 | | *Original notice date was April 14, 2015 at 10:00 a.m. [Rec.Doc. 18378] |
| 9. | April 10, 2015 9:00 a.m. (pacific) | Murphy Overseas USA Astoria Forest Products, LLC [Rec.Doc. 18527] | Esler, Stephens & Buckley, LLP 121 SW Morrison Street Suite 700 Portland, Oregon 97204 503-223-1510 | | |

|     | DATE | WITNESS | LOCATION | SERVICE | NOTES |
| --- | --- | --- | --- | --- | --- |
| 10. | April 16, 2015 10:00 a.m. | New Jersey Institute of Technology [Rec.Doc. 18516] | Seeger Weiss, LLP 550 Broad Street Suite 920 Newark, NJ 07102 973-639-9100 | | |
| 11. | April 14, 2015 10:00 a.m. | Sunpin Solar Development LLC a/k/a Sunpin Solar LLC [Rec.Doc. 18510] | Freed, Kanner, London & Millen LLC 2201 Waukegan Road Suite 130 Bannockburn, IL 60015 224-632-4500 Michael J. Freed mfreed@fklmlaw.com | | |
| 12. | TBD | Tai'an Taishan Plasterboard Co., Ltd. ("TPP") [Rec.Doc. 18501] | New Orleans, LA | No subpoena required | *Original notice date was May 12, 2015 9:00 a.m. (central)[Rec.Doc. 18522] |
| 13. | TBD* | Taishan Gypsum Co. Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. [Rec.Doc. 18500] | New Orleans, LA 70113 | No subpoena required | *Original notice dated was April 6, 2015 at 9:00 a.m. (Central)[Rec.Doc. 18369] |
| 14. | April 17, 2015 9:00 a.m. (pacific)* | United Suntech Craft, Inc. [Rec.Doc. 18514] | Girardi Keese Law Firm 1126 Wilshire Boulevard Los Angeles, CA 90017 213-977-0211 Thomas V. Girardi | | *Original notice date was April 10, 2015 9:00 a.. (pacific)[Rec.Doc. 18379] |

Page 3 of 6

|     | DATE | WITNESS | LOCATION | SERVICE | NOTES |
| --- | --- | --- | --- | --- | --- |
| 15. | April 14, 2015 10:00 a.m (Central)* | Wal-Mart Stores, Inc. [Rec.Doc. 18511] | Niblock Law Firm 324 North College Avenue Fayetteville, Arkansas 72701 479-521-5510 Tracy Guereca | | *Original notice date was April 15, 2015 at 9:00 a.m. [Rec.Doc. 18363] |
| 16. | April 10, 2015 2:00 p.m. (pacific) | Westerlund Log Handlers, LLC [Rec.Doc. 18525] | Tonkon Torp LLP 1600 Pioneer Tower 888 SW Fifth Avenue Portland, Oregon 97204 503-802-2024 | | |
| 17. | April 14, 2015 10:00 a.m. | Tommy Li, President Sunpin [Rec.Doc. 18512] | Freed, Kanner, London & Millen LLC 2201 Waukegan Road Suite 130 Bannockburn, IL 60015 224-632-4500 Michael J. Freed mfreed@fklmlaw.com | | |

|     | DATE | WITNESS | LOCATION | SERVICE | NOTES |
| --- | --- | --- | --- | --- | --- |
| 18. | TBD | Jia Tongchun (chairman of Taishan and board member of BNBM) [Rec.Doc. 18502] | Herman, Herman & Katz 820 O'Keefe Ave. New Orleans, LA 70113 504-581-4892 | No subpoena | |
| 19. | TBD | Peng Wenlong (Taishan's Chief of Foreign Trade Department) [Rec.Doc. 18502] | Herman, Herman & Katz 820 O'Keefe Ave. New Orleans, LA 70113 504-581-4892 | No subpoena | |
| 20. | TBD | Chungang Dong (foreign attorney at Jingtian & Gongcheng) [Rec.Doc. 18502] | Herman, Herman & Katz 820 O'Keefe Ave. New Orleans, LA 70113 504-581-4892 | No subpoena | |
| 21. | TBD | Peng Shou (Chairman of China Triumph, executive director of CNBM and VP of CNBM) [Rec.Doc. 18502] | Herman, Herman & Katz 820 O'Keefe Ave. New Orleans, LA 70113 504-581-4892 | No subpoena | |
| 22. | TBD | Cao Jianglin (BNBM, BNBM Group, CNBM & CNBM Group) [Rec.Doc. 18502] | Herman, Herman & Katz 820 O'Keefe Ave. New Orleans, LA 70113 504-581-4892 | No subpoena | |
| 23. | TBD | Song Xhiping a/k/a Sonz Zhiping (CNBM and CNBM Group) [Rec.Doc. 18502] | Herman, Herman & Katz 820 O'Keefe Ave. New Orleans, LA 70113 504-581-4892 | No subpoena | |

|     | DATE | WITNESS | LOCATION | SERVICE | NOTES |
|-----|------|---------|----------|---------|-------|
| 24. | TBD  | Chang Zhangli (BNBM & CNBM)<br>[Rec.Doc. 18502] | Herman, Herman & Katz<br>820 O'Keefe Ave.<br>New Orleans, LA 70113<br>504-581-4892 | No subpoena | |
| 25. | TBD  | Wang Bing (BNBM & CNBM)<br>[Rec.Doc. 18502] | Herman, Herman & Katz<br>820 O'Keefe Ave.<br>New Orleans, LA 70113<br>504-581-4892 | No subpoena | |
| 26. | TBD  | JinYu Hu (BNBM & CNBM)<br>[Rec.Doc. 18502] | Herman, Herman & Katz<br>820 O'Keefe Ave.<br>New Orleans, LA 70113<br>504-581-4892 | No subpoena | |
| 27. | TBD  | Cui Xingtai (BNBM & CNBM)<br>[Rec.Doc. 18502] | Herman, Herman & Katz<br>820 O'Keefe Ave.<br>New Orleans, LA 70113<br>504-581-4892 | No subpoena | |