UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: 11-1395 *(Amorin)* | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**MOTION TO WITHDRAW DEFENDANT, ORIENT INTERNATIONAL HOLDING SHANGHAI FOREIGN TRADE CO., LTD.'S, MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(1)**

**NOW INTO COURT,** through undersigned counsel, comes Defendant, Orient International Holding Shanghai Foreign Trade Co., Ltd., who respectfully moves this Honorable Court for an Order to withdraw its Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(1) filed March 20, 2015.

Respectfully submitted,

FRILOT L.L.C.

*/S/ Bruce A. Cranner*
BRUCE A. CRANNER, T.A. (Bar No. 1796)
KRYSTLE M. FERBOS (Bar No. 33548)
1100 Poydras Street, Suite 3700
New Orleans, LA 70163
Telephone: (504) 599-8000
Facsimile: (504) 599-8100
E-Mail: bcranner@frilot.com
E-Mail: kferbos@frilot.com

        DAVID S. OSTERMAN (Bar No. 040091988)
GOLDBERG SEGALLA
902 Carnegie Center, Suite 100
Princeton, NJ 08540
Telephone: (609) 986-1310
Facsimile: (609) 986-1301
Email: dosterman@goldbergsegalla.com

ORIENT INTERNATIONAL HOLDING
SHANGHAI FOREIGN TRADE CO., LTD

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 25th day of March, 2015, electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

        /S/ Bruce A. Cranner

776450-1