UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: 11-1395 *(Amorin)* | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## ORDER

Considering the foregoing Motion to Withdraw Defendant, Orient International Holding Shanghai Foreign Trade Co., Ltd.'s, Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(1);

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendant's Motion is **GRANTED** and that the Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(1) is hereby withdrawn.

New Orleans, Louisiana, this _____ day of _____, 2015.

_____
UNITED STATES DISTRICT JUDGE