# EXHIBIT "E"

FaegreBD.com

**FAEGRE BAKER DANIELS**

USA ▾ UK ▾ CHINA

**Michael A. Ponto**
Partner
michael.ponto@FaegreBD.com
Direct **+1 612 766 7420**

Faegre Baker Daniels LLP
2200 Wells Fargo Center ▾ 90 South Seventh Street
Minneapolis ▾ Minnesota 55402-3901
Phone **+1 612 766 7000**
Fax **+1 612 766 1600**

March 4, 2015

**VIA E-MAIL, ORIGINAL TO FOLLOW BY U.S. MAIL**
**rherman@hhklawfirm.com**
**ldavis@hhklawfirm.com**

Russ M. Herman
Leonard A. Davis
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113

Re:   In re: Chinese-Manuf. Drywall Products Liab. Lit.
      February 18, 2015 Subpoena Addressed to Target Corporation

Dear Messrs. Herman and Davis:

We represent Target Corporation in connection with its response to the above-referenced subpoena. By this letter and pursuant to Rule 45(d)(2)(B) of the Federal Rules of Civil Procedure, Target objects as follows:

    1.    Target objects to each instruction, and each definition, insofar as used in an attempt to impose response obligations not authorized by applicable law and rules.

    2.    The requests and deposition to pics set forth in the subpoena are overly broad and unduly burdensome.

    3.    Document Request Nos. 1-3 call for the production of documents which have no relevance in the current discovery context.

    4.    Document Request No. 6 is unintelligible.

    5.    Request Nos. 1-3 call for the production of documents which – to the extent such documents exist – would include trade secret and confidential business information.

    6.    The subpoena fails to provide for an adequate response time.

-2-                                                                        March 4, 2015

    7.    The subpoena fails to identify deposition topics with requisite specifity.

    8.    Target does not waive, and specifically reserves, the right to withhold from the production any document subject to the attorney-client privilege, work product privilege, or any other privilege.

Please contact me at the above number to discuss these objections.

Very truly yours,

*[signature]*
Michael A. Ponto