UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL<br>PRODUCTS LIABILITY LITIGATION | :<br>:<br>:<br>:<br>:<br>: | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE<br>WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

The Court received and reviewed the attached correspondence.

**IT IS ORDERED** that the attached correspondence shall be entered into the record.

**IT IS FURTHER ORDERED** that Brown Greer review the correspondence and respond as appropriate.

New Orleans, Louisiana, this 24th day of March, 2015.

_____
UNITED STATES DISTRICT JUDGE

cc:

Mr. Steve Etter
18894 SE Jupiter Inlet Way
Tequesta, FL 33469

1