Steve Etter

18894 SE Jupiter Inlet Way

Tequesta, FL 33469



March 14, 2015


Mr. Jacob S. Woody
MDL-2047 Settlement Administrator
BrownGreer PLC
250 Rocketts Way
Richmond, VA 23231

Mr. Woody,
Per the instructions on Forms 1099-MISC, I request that you take immediate action, in accordance with IRS Instructions, to rescind/correct the 1099-MISC Forms you issued to me claiming that the $13,035.23 and $8,909.67 that I received for Repair and Relocation damages under the MDL-2047 Builder, Installer, Supplier and Insurer Settlement Agreement are taxable (Account number 102243; from Payers; Banner R&R Fund, Tax ID # 46-3816547 and BISPI R&R Fund, Tax ID # 46-3885300, respectively).

That settlement amount is neither taxable nor reportable as being taxable since it is less than 10% of the adjusted basis of my property, I have received no other compensation or settlement payments for repair and relocation damages. According to IRS guidance you are required by IRS to determine whether a payment is taxable and needs to be reported prior to issuing a 1099-MISC. You did not do that. In fact, you stated that you had no way of knowing whether or not the payments for Repair and Relocation damages are less than a claimant's adjusted basis in the property. In other words, you issued the 1099-MISC Forms because the settlement payment might be taxable. I don't know how many 1099-MISC Forms were issued in error because the settlement payments were less than the adjusted basis of the property. Actually, I believe all 1099-MISC's issued by you were issued in error because property damage settlements are not reportable in Box 3 of 1099-MISC.

In your statement that I referenced above, you clearly identify the settlement as payments for property damage. According to the IRS, property damage settlements are not taxable and generally not reportable unless the settlement exceeds the adjusted basis of the property. You also stated that the IRS instructions are clear that the payments you issued, which you said were damages for nonphysical injury must be reported in Box 3 of the 1099-MISC as taxable. The problem is that you identified the settlements as payments for property damage, which is not taxable unless it exceeds the adjusted basis for the property, and you also identified the settlement as payment for nonphysical injury, which is taxable. It's clear from the IRS 1099-MISC instructions that settlements for nonphysical injury are taxable (adjusted basis of property does not come into play) except in a few cases, including settlements associated with personal physical injury or sickness and medical expenses. It's clear that the rules for property damage settlements and nonphysical injury settlements are different, the former

## Steve Etter CDW 1099-MISC Issue

involve property and latter involve persons. With some exceptions, property damage settlements are not taxable and nonphysical injury settlements are taxable. You can't have it both ways.

Several factors have exacerbated claimants' recognition and resolution of the problem of having received a 1099-MISC in error. One factor is that you failed to include the telephone number of a person to contact on the 1099-MISC. This telephone number, required by the IRS, must provide direct access to an individual who can answer questions about the statement, i.e. the 1099-MISC. I believe at least some victims will end up paying tax on settlement payments that a Fallon court representative has falsely claimed to be taxable damages.

I do not believe this subject MDL-2047 payment for Repair and Relocation damages is taxable as it is far, far less than 10% of our property loss. As Chinese drywall victims, we have suffered significant financial loss, possible health consequences, and much emotional stress. The last thing we need to deal with is the erroneous issuance of a 1099-MISC by the Fallon court. As tax filings are due very shortly (April 15, 2015), your immediate attention to this matter is required.

Respectfully,

Steve Etter
Setter1@bellsouth.net
(h) 561-575-5675
(c) 513-207-2774


cc: Honorable Eldon E. Fallon
    United States District Court
    Eastern District of Louisiana
    500 Poydras Street, Room C-456
    New Orleans, LA 70130

Honorable Eldon E. Fallon
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C-456
New Orleans, LA 70130

Steve Etter
18894 SE Jupiter Inler Way
Tequesta, FL 33469




**PRIORITY MAIL** — FLAT RATE ENVELOPE — ONE RATE ★ ANY WEIGHT™

**PRIORITY MAIL**
- DATE OF DELIVERY SPECIFIED*
- USPS TRACKING™ INCLUDED*
- INSURANCE INCLUDED*
- PICKUP AVAILABLE
* Domestic only

PRESS FIRMLY TO SEAL

UNITED STATES POSTAL SERVICE®
EP14H July 2013
OD: 10 x 5
PS00001000064

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale.

EP14H © U.S. Postal Service; July 2013; All rights reserved.