

March, 16th, 2015
MDL 2047
To the Honorable Judge Fallon,

I am writing this letter to you and my husband and I are class members. I choose to remain unidentified due to the fact I feel it will affect my Special Appeal. Yes, I am represented by an attorney. However, I want to voice my own feelings on the payouts to "Other Loss" Claims.

As of the last transcripts a total of 7.6 million dollars had been paid out. This perplexes me as well as the amounts allocated compared to the number of claims. The amount for other losses according to the transcripts is 37.7 million dollars. Why is this such a small percentage of the award? Aren't I correct in assuming that the total award would be distributed to the people that are in this suit and suffered due to Chinese Drywall. I'm sure the 7 years has taken its toll on every person involved in this class action.

The Bodily Injury claims total 174. The foreclosure and short sale 644, and the PRALE 350. Additionally the Lost Rent 853. I am not taking into account the Special Master Appeals, but for the sake of argument, the payout really would not affect this.

If all the amounts allocated, which is to me ridiculous low, the numbers come no where near the 37.7 million in the fund. So people who lost their homes, and had no choice but to leave are being compensated with this tiny amount of $10K. I don't believe we are alone with our staggering losses. To be compensated this way is very unfair.

More disturbing is the Administrative Fees which I am unable to find on the web.
The Special Master was addressed on the transcripts of 1/23, but there has yet to be a time line set, or a way to establish when these people will be paid.

The clock was to have started ticking and be done by March, or the first week, yet the next conference is not until March 26th. And at that time homeowners with appeals still may not know when they will get any relief. Yet I read that an attorney is asking for his fees.

Additionally I read that this was to be streamlined. It's been 7 years. When might this streamlining take place. Further, why is it set that if there is money left over the attorneys may have access to this. This is simply not fair. I hope the funds will be disbursed to those who took a tremendous loss. I plead with the court to understand for many of walking away from hugh equity was not easy.

Very truly yours,

A Concerned Class member

Class Action Member
Chinese Drywall

The Honorable Judge Fallon
500 Poydras Street Room C-456
New Orleans, RA (Louisiana)
70130

