UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047 |
| | SECTION:  L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |
| ALL CASES | |
| _____/ | |

## LENNAR CORPORATION'S MOTION TO ENFORCE BAR ORDER AND TO ENJOIN CLAIMS BROUGHT BY LANNING TUCKER AND JHANA TUCKER

Lennar Corporation ("Lennar") respectfully moves this Honorable Court to enforce its order barring Global Settlement Class Members from pursuing claims against Lennar arising from, concerning, or otherwise related to Chinese Drywall. Specifically, Lennar requests this Court to enjoin Lanning Tucker and Jhana Tucker from continuing to prosecute their claims arising from or otherwise related to Chinese Drywall against Lennar in the Circuit Court of the 20th Judicial Circuit in and for Lee County, Florida, or otherwise.  In support of this Motion, Lennar has filed a Memorandum of Law in support of the Motion contemporaneously herewith.

Dated: March 25, 2015              Respectfully submitted,

                                          **GREENBERG TRAURIG, P.A.**
                                          Attorneys for Lennar Corporation
                                          333 S.E. 2nd Avenue, Suite 4400
                                          Miami, Florida 33131
                                          Telephone: (305) 579-0500
                                          Facsimile: (305) 579-0717
                                          Email: bassh@gtlaw.com
                                          Email: salkym@gtlaw.com


                                By:     /s/ Hilarie Bass_____
                                      Hilarie Bass
                                      Florida Bar No. 334323

Mark A. Salky<br>
Florida Bar No. 058221<br>
Adam M. Foslid<br>
Florida Bar No. 682284

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 25, 2015, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, Esq., and Defendants' Liaison Counsel, Kerry Miller, Esq., Homebuilders' Liaison Counsel, Dorothy Wimberly, Esq., and Insurer Defendants' Liaison Counsel, Judy Y. Barrasso, Esq., by U.S. mail and/or email or by hand delivery and I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and upon all parties by electronically uploading the same to File & Serve in accordance with Pretrial Order No. 6.

I HEREBY FURTHER CERTIFY that on March 25, 2015, a true and correct copy of the foregoing was served via electronic mail upon: Rita Jackman, Esq., Jackman, Stevens, Ricciardi & McClurg, P.A., 1560 Matthew Drive, Suite A, Fort Myers, Florida 33907, to the following email address: RJackman@your-advocates.org.

/s/ Mark A. Salky<br>
Mark A. Salky