# EXHIBIT "A"



http://www.sasac.gov.cn/n2963340/n2971121/n4956567/index.html  Go     MAY JUL AUG   Close
14 captures                                                              ◀ 29 ▶
10 Aug 11 - 29 Jul 14                                                    2013 2014 2015   Help

# State-owned Assets Supervision and Administration Commission of the State Council (SASAC), the People's Republic of China

| Home Page | Chairman & Vice Chairman | Main Functions and Responsibilities | Organizational Structure |

▸ **Central SOEs**

| | | |
|---|---|---|
| 1 | China National Nuclear Corporation | |
| 2 | China Nuclear Engineering Group Corporation | |
| 3 | China Aerospace Science and Technology Corporation | |
| 4 | China Aerospace Science and Industry Corporation | |
| 5 | Aviation Industry Corporation of China | |
| 6 | China State Shipbuilding Corporation | |
| 7 | China Shipbuilding Industry Corporation | |
| 8 | China North Industries Group Corporation | |
| 9 | China South Industries Group Corporation | |
| 10 | China Electronics Technology Group Corporation | |
| 11 | China National Petroleum Corporation | |
| 12 | China Petrochemical Corporation | |
| 13 | China National Offshore Oil Corporation | |
| 14 | State Grid Corporation of China | |
| 15 | China Southern Power Grid Co., Ltd. | |
| 16 | China Huaneng Group | |
| 17 | China Datang Corporation | |
| 18 | China Huadian Corporation | |
| 19 | China Guodian Corporation | |
| 20 | China Power Investment Corporation | |
| 21 | China Three Gorges Corporation | |
| 22 | Shenhua Group Corporation Limited | |
| 23 | China Telecommunications Corporation | |
| 24 | China United Network Communications Group Co., Ltd. | |
| 25 | China Mobile Communications Corporation | |
| 26 | China Electronics Corporation | |
| 27 | China FAW Group Corporation | |
| 28 | Dongfeng Motor Corporation | |
| 29 | China First Heavy Industries | |
| 30 | China National Erzhong Group Co. | |
| 31 | Harbin Electric Corporation | |
| 32 | Dongfang Electric Corporation | |
| 33 | Anshan Iron and Steel Group Corporation | |
| 34 | Baosteel Group Corporation | |
| 35 | Wuhan Iron and Steel (Group) Corporation | |
| 36 | Aluminum Corporation of China | |
| 37 | China Ocean Shipping (Group) Company | |
| 38 | China Shipping (Group) Company | |
| 39 | China National Aviation Holding Company | |
| 40 | China Eastern Air Holding Company | |
| 41 | China Southern Air Holding Company | |

| | |
|---|---|
| 42 | Sinochem Group |
| 43 | COFCO Limited |
| 44 | China Minmetals Corporation |
| 45 | China General Technology (Group) Holding, Limited |
| 46 | China State Construction Engineering Corporation |
| 47 | China Grain Reserves Corporation |
| 48 | State Development & Investment Corp. |
| 49 | China Merchants Group |
| 50 | China Resources |
| 51 | China National Travel Service (HK) Group Corporation [China Travel Service (Holdings) Hong Kong Limited] |
| 52 | State Nuclear Power Technology Corporation Ltd. |
| 53 | Commercial Aircraft Corporation of China, Ltd. |
| 54 | China Energy Conservation and Environmental Protection Group |
| 55 | China International Engineering Consulting Corporation |
| 56 | China Huafu Trade & Development Group Corp. |
| 57 | China Chengtong Holdings Group Ltd. |
| 58 | China National Coal Group Corp. |
| 59 | China Coal Technology & Engineering Group Corp. |
| 60 | China National Machinery Industry Corporation |
| 61 | China Academy of Machinery Science & Technology |
| 62 | Sinosteel Corporation |
| 63 | China Metallurgical Group Corporation |
| 64 | China Iron & Steel Research Institute Group |
| 65 | China National Chemical Corporation |
| 66 | China National Chemical Engineering Group Corporation |
| 67 | Sinolight Corporation |
| 68 | China National Arts & Crafts (Group) Corporation |
| 69 | China National Salt Industry Corporation |
| 70 | Huacheng Investment & Management Co., Ltd. |
| 71 | China Hengtian Group Co., Ltd. |
| 72 | China National Materials Group Corporation Ltd. |
| 73 | ==China National Building Materials Group Corporation== * |
| 74 | China Nonferrous Metal Mining (Group) Co., Ltd. |
| 75 | General Research Institute for Nonferrous Metals |
| 76 | Be jing General Research Institute of Mining & Metallurgy |
| 77 | China International Intellectech Corporation |
| 78 | China Academy of Building Research |
| 79 | China North Locomotive and Rolling Stock Industry (Group) Corporation |
| 80 | China South Locomotive & Rolling Stock Corporation Limited |
| 81 | China Railway Signal & Communication Corporation |
| 82 | China Railway Group Limited |
| 83 | China Railway Construction Corporation Limited |
| 84 | China Communications Construction Company Limited |
| 85 | Potevio Company Limited |
| 86 | China Academy of Telecommunication and Technology |
| 87 | China National Agricultural Development Group Co., Ltd. |
| 88 | Chinatex Corporation |
| 89 | Sinotrans & CSC Holdings Co., Ltd. |
| 90 | China National Si k Import & Export Corporation |
| 91 | China Forestry Group Corporation |
| 92 | China National Pharmaceutical Group Corporation |
| 93 | CITS Group Corporation |

\* Highlighting Added

| | |
|---|---|
| 94 | China Poly Group Corporation |
| 95 | Zhuhai ZhenRong Company |
| 96 | China Architecture Design & Research Group |
| 97 | China Metallurgical Geology Bureau |
| 98 | China National Administration of Coal Geology |
| 99 | Xinxing Cathay International Group Co., Ltd. |
| 100 | China Travelsky Holding Company |
| 101 | China National Aviation Fuel Group Corporation |
| 102 | China Aviation Supplies Holding Company |
| 103 | Power Construction Corporation of China |
| 104 | China Energy Engineering Group Co., Ltd |
| 105 | China National Gold Group Corporation |
| 106 | China National Cotton Reserves Corporation |
| 107 | China Printing (Group) Corporation |
| 108 | China Guangdong Nuclear Power Holding Corporation Ltd. |
| 109 | China Hualu Group Co., Ltd. |
| 110 | Alcatel-Lucent Shanghai Bell Co., Ltd. |
| 111 | IRICO Group Corporation |
| 112 | Wuhan Research Institute of Post and Telecommunications |
| 113 | OCT Group |
| 114 | Nam Kwong (Group) Company Limited |
| 115 | China XD Group |
| 116 | China Railway Materials Commercial Corp. |
| 117 | China Reform Holdings Corporation Ltd. |