# EXHIBIT "B"

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| Amorin, et al | ) | Civil Action No. 14-1727 Section L MDL 2047 |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **AFFIDAVIT OF JEFF KARSTEN** |
| v. | ) | |
| | ) | |
| | ) | |
| The State-Owned Assets Supervision and | ) | |
| Administration Commission of the State | ) | |
| Council, et al | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

State of Minnesota   )
                     ) s.s.
County of Hennepin   )

I, Jeff Karsten, being duly sworn, depose and say as follows:

1. The affiant is a paralegal in the employ of Civil Action Group, Ltd. d/b/a APS International, Ltd. (APS), and in that capacity has caused thousands of documents to be served abroad pursuant to The Hague Service Convention treaty, The Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, TIAS #10072, 20 UST 361 (2/10/69) 28 USCA. 1988 Sup. pamphlet page 121.

2. APS was retained by Plaintiffs in the above-captioned case to effect service of a Summons and Complaint on Defendant *The State-Owned Assets Supervision and Administration Commission of the State Council* in accordance with the Hague Service Convention, and the Foreign Sovereign Immunities Act, 28 USC 1608(b)(2).

3. I thereafter had the Summons and Complaint translated into Chinese (copy attached hereto as Exhibit 1).

4. On August 19, 2014, in accordance with the Hague Service Convention, I transmitted the following documents: the Summons in a Civil Action, the Omnibus Class Action Complaint (XIX), the Chinese translation of the Summons and Complaint, and the completed USM-94 form (which is a formal request to the Chinese Central Authority requesting service under Article 5(a) of the Hague Service Convention), to be served on Defendant *The State-Owned Assets Supervision and Administration Commission of the State Council*, via Federal Express courier to the Ministry of Justice of the People's Republic of China (serving as the Chinese Central Authority under the Hague Convention). Federal Express confirmed the Chinese Central Authority received the aforementioned documents on August 22, 2014 (see Federal Express tracking results attached as Exhibit 2).

5. A letter addressed to the Chinese Central Authority requesting status of service was sent on December 31, 2014 via Federal Express courier. This letter was received by the Chinese Central Authority on January 4, 2015 (copy of letter addressed to the Central Authority and Federal Express tracking results are attached as Exhibit 3).

6. A letter addressed to the Chinese Central Authority requesting status of service was sent on February 5, 2015 via Federal Express courier. This letter was received by the Chinese Central Authority on February 9, 2015 (copy of letter addressed to the Central Authority and Federal Express tracking results are attached as Exhibit 4).

7. My office received a letter from the Chinese Central Authority dated February 3, 2015, indicating it was refusing to serve the documents described in Paragraph 4 above on *The State-Owned Assets Supervision and Administration Commission of the State Council* because "the

execution of the request would infringe the sovereignty or security of the People's Republic of China (Article 13)." The letter also stated "The State-Owned Assets Supervision and Administration Commission of the State Council is the Chinese central government agency which shall enjoy sovereign immunity and not be subject to foreign jurisdiction".

8. The documents described in Paragraph 4 above were returned to my office along with the letter from the Chinese Central Authority described in Paragraph 7 above.

9. Affiant states nothing further.

_____
Jeff Karsten
CIVIL ACTION GROUP, LTD
dba APS INTERNATIONAL, LTD.
7800 Glenroy Road
Minneapolis, MN 55439-3122

SUBSCRIBED and sworn to before
me this 9th day of March, 2015.

_____
Notary Public

DIANE K. MYERS
NOTARY PUBLIC- MINNESOTA
MY COMMISSION EXPIRES 1-31-2020

# EXHIBIT 1

案件 2:09-md-02047-EEF-JCW   文件 17905-4 提呈于 2014 年 7 月 30 日   第 1 页，共 2 页

AO 440 (09 年 12 月修订) 民事诉讼传票

# 路易斯安那州东区美国地区法院

| Amorin, et al | ） | |
|---|---|---|
| *原告* | ） | |
| | ） | |
| 起诉 | ） | 民事案件编号 14-1727 第 L 节 MDL 2047 |
| | ） | |
| 国务院国有资产监督管理委员会等 | ） | |
| *被告* | ） | |

民事诉讼传票

收件人：（*被告的名称和地址*） State-Owned Assets Supervision and Administration
Commission of the State Council
国务院国有资产监督管理委员会
中华人民共和国北京市西城区
宣武门西大街 26 号  100053

有人向你提出了诉讼。
                                        60
在本传票送达你之后的 ~~21~~ 天之内（收到之日不计）– 或者在 60 天内，如果你是美国或者
美国机构，或者是《联邦民事诉讼程序》第 12(a)(2)或(3)段规定的美国的官员或雇员 – 你
必须 根据《联邦民事诉讼程序》第 12 条的规定向原告送达对随附起诉书的答辩书或者动
议。答辩书或者动议必须送达原告或者原告的律师，其姓名和地址如下：

            Russ M. Herman, Esquire
            Leonard A. Davis, Esquire
            Herman, Herman & Katz, LLP
            820 O'Keefe Avenue
            New Orleans, LA 70113

如果你不回复，则将做成你赔偿起诉书要求的救济的缺席判决。你同时必须把你的答辩书
或动议提呈本法院。

                              **William W. Blevins**
                              *法院书记官*
                              [法院公章]
日期：  2014 年 7 月 30 日      [已签名]
                              *副书记官签名*

案件 2:09-md-02047-EEF-JCW   文件 17905-4 提呈于 2014 年 7 月 30 日   第 2 页，共 2 页

---

AO 440 (09 年 12 月修订) 民事诉讼传票（第 2 页）

民事案件编号 14-1727 第 L 节 MDL 2047

## 送达证书
### *（本部分不要提呈法院，除非《联邦民事诉讼规则》第 4(l) 款要求）*

本传票发给（*个人姓名和头衔，如果有*）_____，本人

于（*日期*）_____收到。

[    ]      本人于（*日期*）_____在（*地址*）_____

_____亲自把传票送达了该过生日：或

[    ]      本人于（*日期*）_____将传票留在该过生日的住址或通常

居住地点，留给了（*姓名*）_____，该人住在该地址，且年龄合适、行事谨

慎，并且把一份邮寄到该个人的最后知道的地震：或

[    ]      本人于（*日期*）_____将传票送达了（*个人姓名*）

_____，该人士是法律指定代表（*机构名称*）_____

_____接受送达的人士：或

[    ]      我退回了未执行的传票，因为_____；或

[    ]      其他（*具体说明*）：

我的收费为旅差费_____美元，服务费_____美元，共计___0.00___美元。

根据作伪证受处罚的规定，本人声明以上信息属实。

日期：                                    _____
                                                *送达人的签名*


                                          _____
                                                *工整书写姓名和头衔*


                                          _____
                                                *送达人的地址*

关于试图送达等的额外信息：

# 路易斯安那州东区
# 美国地区法院

EDUARDO 和 CARMEN AMORIN，个人，　　　　**案件编号 2:14-cv-1727**
并且代表类似情形的所有其他人，　　　　　　　**第 L 节 Mag 2**

　　　　　　　　　原告

起诉　　　　　　　　　　　　　　　　　　　　**集体诉讼起诉书**

国务院国有资产监督管理委员会；
泰山石膏股份有限公司，原名山东泰和
东新股份有限公司；泰安市泰山纸面　　　　　　**要求陪审团审案**
石膏板有限公司；北新集团建材股份
有限公司；中国建材股份有限公司；
北新（集团）建材股份有限公司；
中国建筑材料集团公司，
　　　　　　　　　被告。
_____ /

### 综合合并集体诉讼起诉书（十九）

　　　　本起诉书中的中国被告，国务院国有资产监督管理委员会（"SASAC"）、泰山

石膏股份有限公司、原名山东泰和东新股份有限公司（"泰山"）、北新集团建材股份有

限公司（"BNBM"）、中国建材股份有限公司（"CNBM"）、北新（集团）建材股份

有限公司（"BNBM 集团"）、中国建筑材料集团公司（CNBM 集团）、以及泰安市泰

山纸面石膏板有限公司（"TTP"），充分利用美国市场，向全美销售有缺陷的石膏板，

却在被要求对他们给成千上万的美国物业业主造成的伤害负责时躲避对他们的产品所负的

责任。这些被告在该市场向原告营销和销售有缺陷的石膏板获利后懦弱和无耻地躲避他们

1

的义务。为了使被告负起责任，原告获得了针对泰山石膏的缺席判决以及针对其附属公司和子公司、BNBM、CNBM、BNBM 集团、CNBM 集团以及 TTP 的初步缺席判决。控制性和相关的中国被告准许泰山和 TTP 参与了仅对联邦司法部门的权力和司法管辖权提出质疑和争论的诉讼。然而，这些附属公司和子公司甚至拒绝承认对他们提出的法律诉讼，拒绝接受针对他们的缺席判决。泰山和 TTP 对地区法院具有属人司法管辖权的裁决提出上诉之后，这些公司向美国第五巡回区上诉法院提出了四项上诉，对地区法院的判令提出质疑。泰山和 TTP 的每一项上诉都败诉了。然后，在地区法院命令他们出席关于缺席判决的判定债务人讯问时，泰山解雇了律师，并且故意不服从法院命令。这种对联邦司法部门权力的不尊重立即遭来泰山及其相关公司藐视法院的命令。

2014 年 7 月 17 日，地区法院严厉处理了泰山的拒绝出庭。法院裁定泰山在民事上和刑事上均藐视法院。"这种不服从法院命令的行为伤害了本案的许多其他当事人以及法院的体面，"地区法院裁定。地区法院接着处罚了泰山，命令该公司向原告的律师支付 15,000 美元的律师费，支付 40,000 美元的藐视罚金，禁止泰山及其任何附属公司或子公司在参与司法诉讼之前在美国从事任何商务，并且如果违反该禁制令，则对违反该命令的该公司或其相关公司在违反命令的年份赚取的利润处以 25%的罚款。

案件 2:14-cv-01727  文件 1  提呈于 2014 年 7 月 29 日  第 3 页，共 13 页

这项诉讼寻求使子公司和附属公司、缺席的泰山被告的母公司、SASAC 负责任。SASAC 监督从事石膏板生产的企业的国有资产，包括泰山。SASAC 监督 150 家大型国有资产和企业，包括 CNBM 集团。SASAC 拥有 CNBM 集团的 100%。CNBM 集团拥有 CNBM 的 56.4% 和 BNBM 的 75%。依次，BNBM 拥有泰山的 65%。因为其控制权益，SASAC 控制了被地区法院裁决藐视法院的所有泰山附属公司和子公司。以上所列的每一个相关的被告藐视法院。

因为所有的被告彼此教唆并且一致行动，每一个被告藐视地区法院 2014 年 7 月 17 日的命令。此外，由于这种一致行动，所有这些被告集体（连带）负责赔偿原告超过 15 亿美元的损害赔偿金。

根据《联邦民事诉讼规则》第 23 条的规定，Eduardo 和 Carmen Amorin 是本诉讼中约 3,700 名代表原告中的指定集体诉讼代表，他们提出诉讼是代表自己和其房屋包含有问题的中国制造石膏板的所有其他类似情形的业主和居民，这些石膏板是被告或他们的相关公司设计、制造、进口、经销、交付、供应、营销、检验或出售的。每一名集体诉讼代表追求针对泰山、TTP、BNBM、BNBM（集团）、CNBM 以及 CNBM（集团）和 SASAC（统称"泰山附属被告"）的全国性集体诉讼。

案件 2:14-cv-01727  文件 1  提呈于 2014 年 7 月 29 日  第 4 页，共 13 页

## 司法管辖权、当事人和诉讼地点

1. 根据《美国法典》第 28 卷 1332(d)(2)款和《集体诉讼公平法》（"CAFA"）的规定，本法院具有原始司法管辖权。参阅《美国法典》都 28 卷 1711 等节。原告和这些诉讼中的一些被告是不同州的公民，并且争议金额超过五百万美元（5,000,000.00 美元），不包括利息和规费。

2. 本地区的诉讼地点符合《美国法典》第 28 卷 1391(b)(1)-(2)和(c)款的要求，因为原告和大量的缺席集体成员住在本司法管辖区，并且造成这些索赔的大量事件和事故发生在本区，或者作为这项诉讼标的的大部分房屋位于本区。根据《美国法典》第 28 卷 1407 节的规定以及 2009 年 6 月 15 日多地区诉讼司法小组（"JPML"）的转移令，本地区也是适当的诉讼地点。参阅《关于：中国制造石膏板产品赔偿责任诉讼》，626 F. Supp. 2d 1346（J.P.M.L. 2009 年 6 月 15 日）。

## 原告

3. 原告 Eduardo 和 Carmen Amorin 是佛罗里达州居民，他们共同拥有房屋，位于 240 West End Drive, Bldg. 7, Unit 721, Punta Gorda, Florida 33950。原告遭受了被告经销的石膏板造成的损害，并且作为相似情形的个人的集体诉讼代表参与。

4. 为了清楚起见，原告代表所有标的房屋的业主和居民提出索赔，包括但不限于没有作为列名原告出现在本案中的标的房屋的未成年人和其他居民。

5. 本案原告也代表涉及泰山被告的以前的起诉书中的所有原告提出索赔。这些原告包括

案件 2:14-cv-01727  文件 1   提呈于 2014 年 7 月 29 日   第 5 页，共 13 页

但不限于在下列案件中对泰山被告提出索赔的原告：Kenneth 和 Barbara Wiltz 等起诉

北新集团建材股份有限公司等，民事案件号码 10-361；Gross 等起诉 Knauf Gips, KG, d

等，民事案件号码 09-6690；Kenneth Abel 等起诉泰山石膏股份有限公司，原名山东泰

和东新股份有限公司等，民事案件号码 11-080；Laura, Daniel 和 Irene Haya 等起诉泰

山石膏股份有限公司，原名山东泰和东新股份有限公司等，民事案件号码 11-1077；

以及 Germano 等起诉泰山石膏股份有限公司，原名山东泰和东新股份有限公司等，民

事案件号码 9-6687。特别是，原告通过提及完整纳入（包括各原告）Amorin 起诉泰山

石膏股份有限公司，原名山东泰和东新股份有限公司等，民事案件号码 2:11-cv-

1395(E.D.La.)的起诉书和干预起诉书[以下简称"Amorin MDL 2047 起诉书"]和第十

六综合合并参与起诉书（档案文件号码 16227）中的指控。

## 被告

6. Amorin MDL 2047 起诉书关于被告泰山、TTP、BNBM、BNBM 集团、CNBM、

   CNBM 集团和 SASAC 的指控，即 20-22 段、26-30 段，在此纳入本节，并且被明确采

   纳。

7. SASAC 是一家在多州经商的外国公司，包括但不限于路易斯安那州、阿拉巴马州、佛

   罗里达州、密西西比州、德克萨斯州、北卡罗莱纳州和弗吉尼亚州。根据信息并且相

   信，被告 SASAC 连同相关公司及（或）实际或显然的代理制造、销售、经销、营销

   了石膏板，把该产品投入商业流通中，预期石膏板会被各州成千上万的消费者购买，

   包括但不限于路易斯安那州、阿拉巴马州、佛罗里达州、密西西比州、德克萨斯州、

北卡罗莱纳州和弗吉尼亚州。根据信息并相信，被告持续和系统地把石膏板经销和销售给美国的众多购买者，并且他们的石膏板安装在美国的众多房屋中。

8. 在外国被告被视为外国主权实体的情况下，包括但不限于泰山、TTP、BNBM、BNBM 集团、CNBM、CNBM 集团和 SASAC，原告根据《美国法典》第 28 卷 1605(a)(2)款《外国主权豁免法》的商业活动例外或第 1605(a)(5)款的侵权行为例外的规定针对这些实体提出了他们的索赔。原告声称，针对外国被告的索赔是基于与 CNBM USA Corp，BNBM American 和 United Suntech 等实体在美国从事的商业活动。索赔还寻求外国赔偿在美国发生的财产损害的金钱损害赔偿，这类损害是该外国或该外国的任何官员或雇员在行使职权时的侵权行为或不作为所造成的。

### 关于被告行为的事实

9. SASAC 鉴于其监督和控制的权力，通过其他泰山附属公司和子公司过失地造成了本诉讼中争议的有问题的石膏板的设计、制造、进口、经销、交付、供应、营销、检验或销售，Amorin MDL 2047 起诉书 86-118 段对此作了更详细的说明。

### 集体诉讼指控

10. 根据《联邦民事诉讼规则》第 23(a)、(b)(1)、(b)(2)、(b)(3)及（或）23(c)(4)款的规定，

所有的原告代表自己和下列集体提出这项集体诉讼：

> 位于美国的含有被告制造、销售、经销及（或）供应的有问题的
> 中国石膏板的房屋的所有业主和居民（过去的和现在的）。

11. 下列人员排除在集体之外：（1）被告以及他们的子公司、附属公司、管理人员和雇员；（2）所有及时选择排除在提议集体之外的人员；（3）政府实体；以及（4）被分配负责本案的法官及其直系亲属。

12. 根据信息并且相信，被告的有问题和具有不合理危险性的石膏板被安装在原告和集体成员拥有的至少 3,700 个住房、居所或其他结构中。因此，该集体的数量十分庞大，因此把该集体的所有成员结合到单一诉讼中成为不切实际。

13. 有很多法律和事实的共同问题支配仅影响集体中的单个成员的问题。这些共同的法律和事实问题包括：

a. 被告是否在聘请和解雇泰山的律师、藐视地区法院的出席判定债务人讯问命令的决策中彼此教唆或一致行动；

b. 被告的石膏板是否有问题及（或）不适合预定用途；

c. 被告是否对侵权制造、出口、进口、经销、交付、供应、检验、营销及（或）销售有问题的石膏板产品负有连带责任，除了须对聘请和解雇泰山的律师及（或）藐视地区法院的出席判定债务人讯问命令负责任外；

案件 2:14-cv-01727  文件 1   提呈于 2014 年 7 月 29 日    第 8 页，共 13 页

    d. 由于被告的非法和侵权行为，原告是否有权获得赔偿性、惩罚性、附带性、间接性

       损害赔偿及（或）其他损害赔偿；以及

    e. 由于被告的非法和侵权行为，原告是否有权获得禁令及（或）衡平法上的救济。

14. 列名原告的诉因与其他集体成员的诉因相同。列名原告与其他集体成员享有同意的合

    法权益和合法救济需要。

15. 列名原告是该集团的充分代表。与他们的律师一起，每一名列名原告将公平和充分波

    爱好集体成员的权益。列名原告与集体没有已知的冲突，并且致力于在本案中大力起

    诉。

16. 本起诉书的签名律师是合格的律师，具有涉及伤害性产品的集体诉讼、大规模侵权和

    复杂诉讼的经验。律师将公平和充分保护集体的权益。

17. 这项诉讼声称的各种索赔根据《联邦民事诉讼规则》第 23(b)(1)款的规定是可以证明

    的，因为由单个集体成员或者针对单个集体成员起诉单独案件会带来对单个集体成员

的不一致的或各种各样的判决，这会建立对集体的对造方的不兼容的行为标准；或者作为一个实际万台，对于单个集体成员的判决将会处置被单个判决当事人的其他集体成员的权益，或者会实质上损害或阻碍他们保护自己权益的能力。

18. 根据《联邦民事诉讼规则》第 23(b)(2)款的规定，本案的禁令救济索赔是可以证明的：被告基于普遍适用集体的理由有所作为或者拒绝作为，因素最终禁令救济对整个集体是适当的。

19. 在本案中，集体诉讼优于其他的解决争议方法。集体成员因为他们重叠的权利具有集体裁决权益，而不是单个裁决权益。把这些索赔的解决集中在这个单一诉讼地非常可取，因为如果没有这些其他诉讼案件，受影响的集体成员将非常困难并且极为不可能保护他们自己的权利。对集体诉讼的关联比对单个诉讼的关联更有效并且优越得多。因此，原告合法索赔是根据《规则》第 23(b)(3)款是可以证明的。

20. 集体成员的索赔的特别共同的问题，其中一些在上文已经确定，也可以根据《联邦民事诉讼规则》第 23(c)(4)款进行证明，因为这些问题的解决会实质性推进该诉讼，并且这些问题的集体解决优于在单独审案中这些问题的重复诉讼。


## 第一至十项诉因


21. 原告采用和重申 Amorin MDL 2047 起诉书 130-220 段第一至十项诉因表达的法律理论，陈述基于下列的索赔：本身过失、严格责任、违反明示及（或）默示担保、买卖

无效、路易斯安那州产品责任法、私人滋扰、违反消费者保护法、公平和禁令救济。

## 要求陪审团审案

原告个人并且代表集体成员在此要求对本案所有的有权可深了事项由陪审团审理。

## 请求救济

因此，原告代表自己和所有相似情形的其他人要求连带地针对被告获取：

a.  一项证明本诉讼为集体诉讼的命令；

b.  一项证明集体的命令；

c.  一项指定原告为该集体的集体代表的命令；

d.  一项指定下述签名律师及其律师事务所为该诉讼集体的律师的命令；

e.  赔偿性和法定损害赔偿；

f.  法律允许的惩罚性损害赔偿；

g.  法律允许的判决前后的利息；

h.  禁令救济；

i.  法律允许的律师费裁决；

j.  应纳税成本裁决；及

k.  本法院认定正当和适当的任何和所有其他救济。

敬呈，

日期：2014 年 7 月 29 日

/s/ Leonard A. Davis
Russ M. Herman 律师（路易斯安那州律师协会号码 6819）
Leonard A. Davis 律师（路易斯安那州律师协会号码 14190）
Stephen J. Herman 律师（路易斯安那州律师协会号码 23129）
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
电话：(504) 581-4892
传真：(504) 561-6024
LDavis@hhklawfirm.com
原告的联络律师
MDL 2047

Arnold Levin
Fred S. Longer
Matthew C. Gaughan
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500（电话）
215-592-4663（传真）
Alevin@lfsblaw.com
原告的首席律师
MDL 2047

### 原告指导委员会

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
电话：(504) 524-3300
传真：(504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm, LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
电话：(985) 536-1186
传真：(985) 536-6445
dbecnel@becnellaw.com

Peter Prieto
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
电话：(305) 358-2800
传真：(305) 358-2382
pprieto@podhurst.com

Bruce William Steckler
Steckler, LLP
12720 Hillcrest Road, Ste 1045
Dallas, TX 75230
电话：(972) 387-4040
传真：(972) 387-4041
bruce@stecklerlaw.com

Ervin A. Gonzalez
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
电话：(305) 476-7400
传真：(305) 476-7444

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
电话：(850) 435-7000
传真：(850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
电话：(504) 581-1750
传真：(504) 529-2931
hlambert@lambertandnelson.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
& Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
电话：(504) 522-2304
传真：(504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker Waichman, LLP
3301 Bonita Beach Road,
Bonita Springs, FL 34134
电话：(239) 390-1000
传真：(239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
电话：(239) 433-6880
传真：(239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
电话：(228) 374-5151
传真：(228) 374-6630
jrr@attorneys4people.com

Christopher Seeger
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
电话：(212) 584-0700
传真：(212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield, Bryson & Mason. LLP
900 W. Morgan Street
Raleigh, NC 27603
电话：(919) 600-5000
传真：(919) 600-5002
dan@wbmllp.com

Richard J. Serpe. Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
电话：(757) 233-0009
传真：(757) 233-0455
rserpe@serpefirm.com

Victor M. Diaz, Jr., Esquire
V.M. Diaz and Partners, LLC
119 Washington Ave. Suite 402
Miami Beach, FL 33139
电话：(305) 704-3200
传真：(305) 538-4928
victor@diazpartners.com

原告的指导委员会的律师

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W.
Suite 650
Washington. DC 20006
电话：(202) 540-7200
传真：(202) 540-7201
rlewis@hausfeldllp.com

Anthony D. Irpino
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
电话：(504) 525-1500
传真：(504) 525-1501
airpino@irpinolaw.com

Andrew A. Lemmon
Lemmon Law Firm. LLC
P.O. Box 904
15058 River Road
Hahnville. LA 70057
电话：(985) 783-6789
传真：(985) 783-1333
andrew@lemmonlawfirm.com

# EXHIBIT 2



August 25,2014

Dear Customer:

The following is the proof-of-delivery for tracking number **770877572928**.

| Delivery Information: | | | |
|---|---|---|---|
| Status: | Delivered | Delivered to: | Receptionist/Front Desk |
| Signed for by: | H.BBH | Delivery location: | BEIJING |
| Service type: | FedEx International Priority | Delivery date: | Aug 22, 2014 10:52 |
| Special Handling: | Deliver Weekday | | |

Signature images are not available for display for shipments to this country.

| Shipping Information: | | | |
|---|---|---|---|
| Tracking number: | 770877572928 | Ship date: | Aug 19, 2014 |
| | | Weight: | 3.7 lbs/1.7 kg |

Recipient:                                    Shipper:
BEIJING CN                                  JEFF KARSTEN
                                                   APS INTERNATIONAL, LTD
                                                   APS INTERNATIONAL PLAZA
                                                   7800 GLENROY ROAD
                                                   MINNEAPOLIS, MN 55439 US

Additional recipient and address information is not available for display for shipments to this country.

Reference                                   INT273626-1thru-5 272573-2-3-4

Thank you for choosing FedEx.

# EXHIBIT 3

APS International Plaza • 7800 Glenroy Road
Minneapolis, Minnesota 55439-3122
PHONE: (952) 831-7776
FAX: (952) 831-8150

# APS International, Ltd.

December 31, 2014

DIVISION OF JUDICIAL ASSISTANCE
Ministry of Justice of the People's Republic of China
No.6, Chaoyangmen, Nandajie
Chaoyang District
Beijing 100020
People's Republic of China

RE:    Service of Process upon:
**The State-Owned Assets Supervision and Administration Commission of the State Council**
CASE NO: 14-1727 Section L   MDL 2047

Dear Sir/Madam:

Documents for service of process under the <u>Hague Convention on the Service Abroad of Judicial &
Extrajudicial Documents in Civil or Commercial Matters,</u> were sent to you on **August 19, 2014**
in the lawsuit:

**Amorin (Omni XIX)  v  The State-Owned Assets Supervision and Administration Commission of the State Council**

Since that time we have heard nothing.

We sent the following documents via Federal Express courier.

1) Request, Certificate/Attestation and Summary of Documents.
2) Two (2) copies of the documents to be served (in English).
3) Two (2) copies of the documents to be served (in Chinese).

**If you do not have a record of receiving the original request, please promptly respond to
this letter via facsimile and we will forward a duplicate request for service to you.**

Please let us know the status of these papers:

1) Have the documents been served? _____.
2) If so, when, where and on whom were they served?
_____.
3) Where is the Certificate/Attestation and when can we expect it?
_____
_____.

The United States has executed Declaration 3 to the Treaty, which adopts Paragraph 2 of Article 15 which allows for a default judgment in a United States Court, notwithstanding the absence of proof of service. In accordance with this provision, we will be requesting the United States Court to grant judgment by default against **The State-Owned Assets Supervision and Administration Commission of the State Council after February 19, 2015.**

We have enclosed a duplicate of this letter upon which you may apply, together with an envelope addressed to us for your convenience.

Thank you for your prompt consideration.

Sincerely,

APS INTERNATIONAL.
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

Jeff Karsten
International Department
Email: JKarsten@CivilActionGroup.com
Fax: (952) 831-8150



January 6,2015

Dear Customer:

The following is the proof-of-delivery for tracking number **772437069000**.

| Delivery Information: | | | |
|---|---|---|---|
| Status: | Delivered | Delivered to: | Receptionist/Front Desk |
| Signed for by: | L.WANG | Delivery location: | BEIJING |
| Service type: | FedEx International Priority | Delivery date: | Jan 4, 2015 10:31 |
| Special Handling: | Deliver Weekday | | |

Signature images are not available for display for shipments to this country.

| Shipping Information: | | | |
|---|---|---|---|
| Tracking number: | 772437069000 | Ship date: | Dec 31, 2014 |
| | | Weight: | 1.3 lbs/0.6 kg |

Recipient:                                              Shipper:
BEIJING CN                                          JEFF KARSTEN
                                                             APS INTERNATIONAL, LTD
                                                             APS INTERNATIONAL PLAZA
                                                             7800 GLENROY ROAD
                                                             MINNEAPOLIS, MN 55439 US

Additional recipient and address information is not available for display for shipments to this country.

Reference                                           INT273626-1-5 273080-1-3 73287

Thank you for choosing FedEx.

# EXHIBIT 4

APS International Plaza • 7800 Glenroy Road
Minneapolis, Minnesota 55439-3122
PHONE: (952) 831-7776
FAX: (952) 831-8150
TOLL FREE: (800) 328-7171

# APS International, Ltd.

February 5, 2015

Ministry of Justice
Department of Judicial Assistance and Foreign Affairs
Division of Judicial Assistance
No. 6, Chaoyangmen Nandajie
Chaoyang District
Beijing 100020
People's Republic of China

**RE:** Service of Process upon: **The State-Owned Assets Supervision and Administration Commission of the State Council**
**CASE NO: 14-1727 Section L   MDL 2047**

Dear Sir/Madam:

Documents for service of process under the Hague Convention on the Service Abroad of Judicial & Extrajudicial Documents in Civil or Commercial Matters, were sent to you on **August 19, 2014,** in the lawsuit: **Amorin (Omni XIX)  v  The State-Owned Assets Supervision and Administration Commission of the State Council**

Since that time we have heard nothing.

We sent the following documents via Federal Express courier.

1) Request, Certificate/Attestation and Summary of Documents.
2) Two (2) copies of the documents to be served (in English).
2) Two (2) copies of the documents to be served (in Chinese).

We also sent a letter requesting the status of this request for service on: **December 31, 2014.**

Please let us know the status of these papers;

1) Have the documents been served? _____.
2) If so, when, where and on whom were they served?
_____.

3) Where is the Certificate/Attestation and when can we expect it?
_____
_____

The United States has executed Declaration 3 to the Treaty, which adopts Paragraph 2 of Article 15 which allows for a default judgment in a United States Court, notwithstanding the absence of proof of service. In accordance with this provision, we will be requesting the United States Court to grant judgment by default against **The State-Owned Assets Supervision and Administration Commission of the State Council** after **February 19, 2015.**

We have enclosed a duplicate of this letter upon which you may apply, together with an envelope addressed to us for your convenience.

Thank you for your prompt consideration.

Sincerely,

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

Jeff Karsten
International Department
JKarsten@CivilActionGroup.com
Fax: (952) 831-8150



February 10,2015

Dear Customer:

The following is the proof-of-delivery for tracking number **772847292954**.

| Delivery Information: | | | |
|---|---|---|---|
| Status: | Delivered | Delivered to: | Receptionist/Front Desk |
| Signed for by: | S.FANG | Delivery location: | BEIJING |
| Service type: | FedEx International Priority | Delivery date: | Feb 9, 2015 11:08 |
| Special Handling: | Deliver Weekday | | |

Signature images are not available for display for shipments to this country.

| Shipping Information: | | | |
|---|---|---|---|
| Tracking number: | 772847292954 | Ship date: | Feb 5, 2015 |
| | | Weight: | 2.0 lbs/0.9 kg |

Recipient:
BEIJING CN

Shipper:
JEFF KARSTEN
APS INTERNATIONAL, LTD
APS INTERNATIONAL PLAZA
7800 GLENROY ROAD
MINNEAPOLIS, MN 55439 US

Additional recipient and address information is not available for display for shipments to this country.

Reference                    INT273080-1 to-3 273626-1 to-5

Thank you for choosing FedEx.