# EXHIBIT "C"

# 中 华 人 民 共 和 国 司 法 部
## Ministry of Justice, People's Republic of China
No. 6, Chaoyangmen Nandajie, Chaoyang District, Beijing 100020, China
Tel: +86 10 6515 3113   Fax: +86 10 6515 3144

Beijing, 3 February 2015
Our Ref. No.: 2015-SXH-4
Your Case No.: 2:14-cv-1727 SECT L. Mag2

Jeff J. Karsten
APS INTERNATIONAL, LTD
APS International Plaza
7800 Glenroy Road
Minneapolis, Minnesota 55439-3122
USA

The request for service of documents has been received.

It is regretful to return the request because it does not comply with the provisions of the *Hague Convention on the Service abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters* (hereinafter referred to as the Convention), and the *Declaration* made by the People's Republic of China at the time of its accession. The specific reasons for the return are as follows (the item/items below which is/are marked with X):

( ) The address of the person to be served upon is not sufficiently provided (Paragraph 2 of Article 1).
( ) The form of the Request does not conform to the model annexed to the Convention (Paragraph1 of Article 1).
( ) The terms in the Request are not written in the languages specified by the Convention (Article 7).
( ) The Request and the documents to be served are not furnished in duplicate (Paragraph 2 of Article 3).
( ) The documents to be served are not written in, or translated into Chinese (Article 5).
( ) The case relating to the request does not fall into the scope of the Convention (Paragraph 1 of Article 1).
(X) The execution of the request would infringe the sovereignty or security of the People's Republic of China (Article 13).
(X) Others: The State-Owned Assets Supervision and Administration Commission of the State Council is the Chinese central government agency which shall enjoy sovereign immunity and not be subject to foreign jurisdiction.

International Legal Cooperation Center
Ministry of Justice of the People's Republic of China
Contact: Li Zhuang (Ms.); Tel: +86 10 6515 3113; Fax: +86 10 6515 3144; Email: ivylee319@vip.sina.com

* Enclosures: Documents forwarded by the applicant

CC to: United States District Court for the Eastern District of Louisiana

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Jeff J. Karsten<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776   Fax: 952.831.8150<br>Email: JKarsten@CivilActionGroup.com | Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br><br>P.C. 100020<br>People's Republic of China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

(identité et adresse)   The State-Owned Assets Supervision and Administration Commission of the State Council
No. 26, Xidajie, Xuanwumen, Xicheng District, Beijing, China, 100053

[X] (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
   *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
   *b)   selon la forme particuliére suivante (article 5, alinéa premier, lettre b):*_____

[ ] (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
   *c)   le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Summary of the Document to be Served
Summons in a Civil Action
Omnibus Class Action Complaint (XIX)
Translations

Done at   Minneapolis, Minnesota, U.S.A.   , the 19 August 2014
*Fait à*                                    *, le*

Signature and/or stamp.
*Signature et/ou cachet.*

(Formerly OBD-116 which was formerly LAA-116,   USM-94
both of which may still be used)   (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

273626 - 1

Case Name: Amorin (Omni XIX) v. The State-Owned Assets Supervision and Administration Commission of the State Council
Defendant: The State-Owned Assets Supervision and Administration Commission of the State Council
Court Case No.: 14-1727 Section L  MDL 2047

## CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)    that the document has been served*
*1.*    *que la demande a été exécutée*
      - the (date)
      - *le (date)* _____
      - at (place, street, number)
      - *à (localité, rue numéro)* _____

      - in one of the following methods authorised by article 5-
      - *dans une des formes suivantes prévues à l'article 5:*
          [ ]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
              *a)  selon les formes légales (article 5, alinéa premier, lettre a).*
          [ ]  (b)  in accordance with the following particular method*:
              *b)  selon la forme particulière suivante:* _____

          [ ]  (c)  by delivery to the addressee, who accepted it voluntarily.*
              *c)  par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
      - (identity and description of person)
      - *(identité et qualité de la personne)* _____

      - relationship to the addressee (family, business or other):
      - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2)    that the document has not been served, by reason of the following facts*:
*2.*    *que la demande n'a pas été exécutée, en raison des faits suivants:*
_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action, Omnibus Class Action Complaint (XIX), Translations

Annexes
*Annexes*
Documents returned:
*Piéces renvoyées:*

_____
_____

Done at _____, the _____
*Fait à* _____, *le* _____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Signature and/or stamp.
*Signature et/ou cachet.*

---

*  Delete if inappropriate.
   *Rayer les mentions inutiles.*

2

273626-1