# EXHIBIT "D"

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

AMORIN, *et al*,

        Plaintiffs,

    v.

CHINA NATIONAL BUILDING
MATERIALS IMPORT AND EXPORT
CORPORATION, a People's Republic of China
corporation, *et al*,

        Defendants.

3:15-cv-00184 -ST

ORDER

STEWART, Magistrate Judge:

    For the reasons stated in Plaintiff's Motion to Approve Alternative Service of Process Pursuant to Fed. R. Civ. P. 4(f)(3) (docket #3), it is hereby ORDERED that said motion is GRANTED and that plaintiffs may serve defendants through their United States lawyers.

    DATED February 4, 2015.

                                        s/ Janice M. Stewart

                                        Janice M. Stewart
                                        United States Magistrate Judge

1 – ORDER