# EXHIBIT "H"



SASAC-Controlled Affiliates and Subsidiaries

State-owned Assets Supervision and Administration Commission of the State Council ("SASAC") [1]

100%

China National Building Material Group Corporation ("CNBM Group") - SASAC SOE [2]

China Cinda Asset Management Co., Ltd. [3]

China Building Materials Academy [4]

Beijing New Building Materials Group Company Limited [5]

China National Building Material Import and Export Company [6]

CNBM Forest Products Ltd. [7]

CNBM Forest Products (Canada), Ltd. [8]

44.1%

China National Building Material Company Limited ("CNBM") [9]

China United Cement Corporation [10]

China United Cement Huaihai Co., Ltd. [11]

Qingzhou China United Cement Company Limited [12]

China United Cement Zaozhuang Co., Limited [13]

52.4%

China Composites Group Corporation Limited [14]

China Fiberglass Company Limited [20]

Jushi Group Company Limited [21]

China Triumph International Engineering Company Limited [22]

CNBM Investment Company Limited [26]

Nanjing Triumph International Engineering Company Limited [23]

CTIEC Shenzhen Scieno-tech Engineering Company Limited [24]

China Triumph Bengbu Engineering and Technology Company Limited [25]

Lianyungang Zhongfu Lianzhong Composite Material Group Company Limited [15]

Shanghai Yaohua Pilkington Glass Co., Ltd. [16]

Beijing New Building Material Public Limited Company ("BNBM") [27]

BNBM Homes Co., Ltd. [28]

BNBM Suzhou Mineral Fiber Ceiling Company Limited [29]

65%

Changzhou China Composites Liberty Company Limited [17]

Taishan Gypsum Co., Ltd. f/k/a/ Shandong Taihe Dongxin Co., Ltd. ("TG") [30]

Qinhuangdao Taishan Building Material Co., Ltd. [31]

Changzhou China Composites Tianma Fiberglass Products Co., Ltd. [18]

Changzhou Liberty TOLI Building Material Co., Ltd. [19]

100%

Tai'an Taishan Plasterboard Co., Ltd. ("TTP") [32]

## Notes to Chart of SASAC-Controlled Affiliates and Subsidiaries

1.      State-owned Assets Supervision and Administration Commission of the State
Council of the People's Republic of China ("SASAC") – controls the "plasterboard"
manufacturing, exportation and certification industry.  FOFCOL, *5 at ¶ 24.  SASAC supervises
and manages the State-owned assets of the enterprises engaged in drywall production, and
exercises extensive control and influence over these entities, including Taishan and its affiliate
companies.  FOFCOL, *5 at ¶ 25.  SASAC oversees and controls 150 large central SOEs,
including CNBM Group.  FOFCOL, *5 at ¶ 26.  SASAC owns 100% of CNBM Group,[1] which is
a Taishan affiliate.  FOFCOL, *1 at ¶ 4, *5 at ¶ 26, *6 at ¶¶ 28-29, *8 at ¶ 47, *9 at ¶¶ 50-51.

2.      China National Building Materials Group Co., Ltd. ("CNBM Group") – is a state-
owned enterprise established on January 3, 1984 under the laws of the PRC, which directly and
indirectly holds a 94.7% equity interest in CNBM.[2]  CNBM Group is wholly-owned and
controlled by SASAC.  FOFCOL, *5 at ¶ 26.  CNBM Group controls BNBM Group, BNBM,
and Taishan, and is a Taishan affiliate.  FOFCOL, *1 at ¶ 4, *5 at ¶ 26, *6 at ¶¶ 28-29, *8 at ¶
47, *9 at ¶¶ 50-51.

3.      China Cinda Asset Management Co., Ltd. ("Cinda") – is an asset management
company established on January 4, 1999 under the laws of the PRC, which held a 5.25% equity

---

[1] *See* Excerpts of CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of
Yan Gao as Exhibit "Y" [Rec. Doc. No. 18433-27], p. 27, accessed at:
http://www.cnbmltd.com/news_report/en/369.pdf.

[2] *See* Excerpts of CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of
Yan Gao as Exhibit "Y" [Rec. Doc. No. 18433-27], p. 27, accessed at:
http://www.cnbmltd.com/news_report/en/369.pdf; *see also* English Translation of CNBM
Group's Member Enterprise Description, attached to the Affidavit of Yan Gao as Exhibit "A"
[Rec. Doc. No. 18433-2].

interest in CNBM immediately prior to CNBM's global offering and was one of CNBM's promoters.[3]  As of 2014, Cinda holds 2.56 % equity interest in CNBM.[4]

4.      <u>China Building Materials Academy</u> – is a research institute established on May 24, 1954 under the laws of the PRC, and is a wholly-owned subsidiary of CNBM Group. It directly holds 0.02 % equity interest in CNBM and was a promoter of CNBM.[5]  The Court has held that CNBM Group controls Taishan and is a Taishan affiliate.  FOFCOL, *1 at ¶ 4, *5 at ¶ 26, *6 at ¶¶ 28-29, *8 at ¶ 47, *9 at ¶¶ 50-51.

5.      <u>Beijing New Building Material Group Co., Ltd.</u> ("BNBM Group") – is a joint stock limited company incorporated on May 30, 1997 under the laws of the PRC, and is a subsidiary of CNBM Group, in which CNBM Group directly and indirectly holds 100% equity interest.[6]  BNBM Group is a controlling parent of Taishan and a subsidiary of CNBM Group.

---

[3] *See* Excerpts of 2006 CNBM Global Offering Prospectus Filing, attached to the Affidavit of Yan Gao as Exhibit "Y" [Rec. Doc. No. 18433-27], p. 20, accessed at: http://www.cnbmltd.com/news_report/en/369.pdf; *see also* Excerpts of CNBM 2014 Interim Report, attached to the Affidavit of Yan Gao as Exhibit "Q" [Rec. Doc. No. 18433-19], at pp. 7 & 12, accessed at: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=6488.

[4] *See* Excerpts of CNBM 2014 Interim Report, attached to the Affidavit of Yan Gao as Exhibit "Q" [Rec. Doc. No. 18433-19], at p. 12, accessed at: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=6488.

[5] *See* Excerpts of CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of Yan Gao as Exhibit "Y" [Rec. Doc. No. 18433-27], p. 19, accessed at: http://www.cnbmltd.com/news_report/en/369.pdf; *see also* Excerpts of CNBM 2014 Interim Report, attached to the Affidavit of Yan Gao as Exhibit "Q" [Rec. Doc. No. 18433-19], at pp. 8 & 12, accessed at: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=6488; *see also* English Translation of CNBM Group's Member Enterprise Description, attached to the Affidavit of Yan Gao as Exhibit "A" [Rec. Doc. No. 18433-2]; *see also* English Translation of China Building Materials Academy's Member Enterprise Description, attached to the Affidavit of Yan Gao as Exhibit "B" [Rec. Doc. No. 18433-3].

[6] *See* Excerpts of CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of Yan Gao as Exhibit "Y" [Rec. Doc. No. 18433-27], p. 18, accessed at: http://www.cnbmltd.com/news_report/en/369.pdf; *see also* Excerpts of CNBM 2014 Interim Report, attached to the Affidavit of Yan Gao as Exhibit "Q" [Rec. Doc. No. 18433-19], at pp. 6

FOFCOL, *5 at ¶ 26, *6 at ¶ 29, *9 at ¶¶ 50-51.  CNBM Group controls Taishan and is a

Taishan affiliate.  FOFCOL, *1 at ¶ 4, *5 at ¶ 26, *6 at ¶¶ 28-29, *8 at ¶ 47, *9 at ¶¶ 50-51.  The

Court has held that BNBM Group is a Taishan affiliate.  FOFCOL, *1 at ¶ 4, *6 at ¶ 28.

      6.    <u>China National Building Material Import and Export Company</u> ("CNBM

Trading") – is a state-owned enterprise established on February 8, 1994 under the laws of the

PRC, and is a wholly-owned subsidiary of CNBM Group.[7]  CNBM Trading directly holds a

9.06% equity interest in CNBM and was one of its promoters.[8]  CNBM Group controls Taishan

and is a Taishan affiliate.  FOFCOL, *1 at ¶ 4, *5 at ¶ 26, *6 at ¶¶ 28-29, *8 at ¶ 47, *9 at ¶¶ 50-

51.

      7.    <u>CNBM Forest Products, Ltd.</u> – is a wholly-owned subsidiary of China National

Building Material Import and Export Co.,[9] which in turn is a subsidiary of CNBM Group.[10]

---

[7] *See* Excerpts of CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of Yan Gao as Exhibit "Y" [Rec. Doc. No. 18433-27], p. 20, accessed at: http://www.cnbmltd.com/news_report/en/369.pdf; *see also* Excerpts of CNBM 2014 Interim Report, attached to the Affidavit of Yan Gao as Exhibit "Q" [Rec. Doc. No. 18433-19], at pp. 7 & 12, accessed at: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=6488; *see also* English Translation of CNBM Group's Member Enterprise Description, attached to the Affidavit of Yan Gao as Exhibit "A" [Rec. Doc. No. 18433-2]; English Translation of CNBM Trading's Subsidiaries and Overseas Companies, attached to the Affidavit of Yan Gao as Exhibit "C" [Rec. Doc. No. 18433-4].

[8] *See id.*

[9] *See* CNBM Forest Products (Canada), Ltd.'s Corporate Disclosure Statement, attached to the Affidavit of Yan Gao as Exhibit "O" [Rec. Doc. No. 18433-17].

[10] *See* CNBM Import and Export Disclosure Statement, attached to the Affidavit of Yan Gao as Exhibit "P" [Rec. Doc. No. 18433-18]; *see also* English Translation of CNBM Trading's Subsidiaries and Overseas Companies, attached to the Affidavit of Yan Gao as Exhibit "C" [Rec. Doc. No. 18433-4].

CNBM Group controls Taishan and is a Taishan affiliate.  FOFCOL, *1 at ¶ 4, *5 at ¶ 26, *6 at ¶¶ 28-29, *9 at ¶¶ 50-51.

        8.    <u>CNBM Forest Products (Canada), Ltd.</u> – is a subsidiary of CNBM Forest Products, Ltd.,[11] which in turn is a subsidiary of CNBM Group.[12]  CNBM Group controls Taishan and is a Taishan affiliate.  FOFCOL, *1 at ¶ 4, *5 at ¶ 26, *6 at ¶¶ 28-29, *8 at ¶ 47, *9 at ¶¶ 50-51.

        9.    <u>China National Building Material Co., Ltd.</u> ("CNBM") – is a joint stock limited company incorporated on March 28, 2005 under the laws of the PRC.  It is a controlling parent of Taishan and a Taishan affiliate.[13]  FOFCOL, *1 at ¶ 4, *5 at ¶ 26, *6 at ¶¶ 28-29, *9 at ¶¶ 50-51.  CNBM is a subsidiary of CNBM Group.  FOFCOL, *5 at ¶ 26.  CNBM Group also controls Taishan and is a Taishan affiliate.  FOFCOL, *1 at ¶ 4, *6 at ¶¶ 28-29, *8 at ¶ 47, *9 at ¶¶ 50-51.

        10.    <u>China United Cement Corporation (f/k/a China United Cement Group Corporation, Ltd.) (f/k/a China United Cement Co., Ltd.)</u> ("China United")[14] – is a limited

---

[11] *See* CNBM Forest Products (Canada), Ltd.'s Corporate Disclosure Statement, attached to the Affidavit of Yan Gao as Exhibit "O" [Rec. Doc. No. 18433-17].

[12] *See* CNBM Import and Export Disclosure Statement, attached to the Affidavit of Yan Gao as Exhibit "P" [Rec. Doc. No. 18433-18].

[13] *See* Excerpts of CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of Yan Gao as Exhibit "Y" [Rec. Doc. No. 18433-27], p. 20, accessed at: http://www.cnbmltd.com/news_report/en/369.pdf; *see also* English Translation of CNBM Group's Member Enterprise Description, attached to the Affidavit of Yan Gao as Exhibit "A" [Rec. Doc. No. 18433-2].

[14] As of CNBM's 2007 Annual Report, China United Cement Co., Ltd. began being referred to as "China United Cement Group Corporation, Ltd."  *See* Excerpts of CNBM 2007 Annual Report, attached to the Affidavit of Yan Gao as Exhibit "X" [Rec. Doc. No. 18433-26], pp. 6 & 10, accessed at: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=3364.  However, in 2010 through the present, this entity is referred to as "China United Cement Corporation."  *See* 2010 CNBM Annual Report, attached to the Affidavit of Yan Gao as Exhibit "U" [Rec. Doc. No. 18433-23], pp. 7 & 13, accessed at: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=3491; *see*

liability company established on September 29, 1992 under the laws of the PRC, and is a wholly-owned subsidiary of CNBM.[15]  CNBM is a controlling parent of Taishan and is a Taishan affiliate.  FOFCOL, *1 at ¶ 4, *5 at ¶ 26, *6 at ¶¶ 28-29, *9 at ¶¶ 50-51.  CNBM is a subsidiary of CNBM Group.  FOFCOL, *5 at ¶ 26.  CNBM Group also controls Taishan and is a Taishan affiliate.  FOFCOL, *1 at ¶ 4, *6 at ¶¶ 28-29, *8 at ¶ 47, *9 at ¶¶ 50-51. CNBM, through China United and its subsidiaries, operates "five clinker and cement production plants" including the Luhong plant in Tengzhou, Shandong, the Huaihai plant in Xuzhou, Juangsu, the Nanyang plant in Nanyang, Henan, the Zaozhuang Luhong plant in Zaohuang, Shandong, and the Ziyan plant in Xingtai, Hebei.[16]

11.    China United Cement Huaihai Co., Ltd. (f/k/a China United Julong Huaihai Cement Co., Ltd.) [17] ("China United Huaihai") – is a limited liability company incorporated on September 29, 2004 under the laws of the PRC, and is a subsidiary of CNBM, in which China

---

also Excerpts of CNBM 2014 Interim Report, attached to the Affidavit of Yan Gao as Exhibit "Q" [Rec. Doc. No. 18433-19], pp. 7 & 14.

[15] See Excerpts of CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of Yan Gao as Exhibit "Y" [Rec. Doc. No. 18433-27], p. 20, accessed at: http://www.cnbmltd.com/news_report/en/369.pdf; see also Excerpts of CNBM 2014 Interim Report, attached to the Affidavit of Yan Gao as Exhibit "Q" [Rec. Doc. No. 18433-19], at pp. 7 & 12, accessed at: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=6488.

[16] See Excerpts of CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of Yan Gao as Exhibit "Y" [Rec. Doc. No. 18433-27], p. 108, accessed at: http://www.cnbmltd.com/news_report/en/369.pdf.

[17] As of CNBM's 2007 Annual Report, China United Julong Huaihai Cement Co., Ltd.  is now referred to as China United Cement Huaihai Co., Ltd.  See Excerpts of CNBM 2007 Annual Report, attached to the Affidavit of Yan Gao as Exhibit "X," [Rec. Doc. No. 18433-26], pp. 7 & 10, accessed at: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=3364.

United has an 80.88% equity interest and all of its subsidiaries.[18]  CNBM is a subsidiary of

CNBM Group.  FOFCOL, *5 at ¶ 26.  CNBM Group also controls Taishan and is a Taishan

affiliate.  FOFCOL, *1 at ¶ 4, *6 at ¶¶ 28-29, *8 at ¶ 47, *9 at ¶¶ 50-51.  China United Huaihai

was established by China United for the purpose of taking over the new suspension preheater dry

process cement production and operations ("NSP Cement Operations") from Shandong Lunan

Cement Company Limited ("Lunan Cement") and Jiangsu Julong Cement Group Company

Limited ("Julong Cement") respectively effective December 31, 2003.[19]

      12.     <u>Qingzhou China United Cement Company Limited (f/k/a China United Qingzhou</u>

<u>Luhong Cement Co., Ltd.)</u>[20] – is a limited liability company incorporated on February 20, 2004

under the laws of the PRC, and is a subsidiary of CNBM in which China United directly and

indirectly holds a 96.07% equity interest.  This subsidiary was established to operate CNBM's

cement business in Qingzhou, Shandong.[21]  China United is a wholly-owned subsidiary of

---

[18] *See* Excerpts of CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of
Yan Gao as Exhibit "Y" [Rec. Doc. No. 18433-27], pp. 20 & 23, accessed at:
http://www.cnbmltd.com/news_report/en/369.pdf.

[19] *See* Excerpts of CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of
Yan Gao as Exhibit "Y" [Rec. Doc. No. 18433-27], pp. 214, note (2) &  I-3, note (i), accessed at:
http://www.cnbmltd.com/news_report/en/369.pdf.

[20] China United Qingzhou Luhong Cement Co., Ltd. is now referred to as Qingzhou China
United Cement Company Limited as of CNBM's 2007 Annual Report.  *See* Excerpts of 2007
CNBM Annual Report, attached to the Affidavit of Yan Gao as Exhibit "X" [Rec. Doc. No.
18433-26], pp. 8 & 10, accessed at: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=3364.

[21] *See* Excerpts of CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of
Yan Gao as Exhibit "Y" [Rec. Doc. No. 18433-27], pp. 28 & 85 accessed at:
http://www.cnbmltd.com/news_report/en/369.pdf; *see also* Excerpts of CNBM 2014 Interim
Report, attached to the Affidavit of Yan Gao as Exhibit "Q" [Rec. Doc. No. 18433-19], at pp. 9
& 12, accessed at: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=6488.

CNBM.[22]  CNBM is a subsidiary of CNBM Group.  FOFCOL, *5 at ¶ 26.  CNBM is a

controlling parent of Taishan and is a Taishan affiliate.  FOFCOL, *1 at ¶ 4, *5 at ¶ 26, *6 at ¶¶

28-29, *9 at ¶¶ 50-51.

   13. <u>China United Cement Zaozhuang Company, Limited (f/k/a Zaozhuang China</u>

<u>United Luhong Cement Co., Ltd.)</u>[23] – is a limited liability company established on October 24,

2003 under the laws of the PRC, and is a subsidiary of CNBM, in which China United directly

and indirectly has 91.74% equity interest.[24]  China United is a wholly-owned subsidiary of

CNBM.[25]  CNBM is a subsidiary of CNBM Group.  FOFCOL, *5 at ¶ 26.  CNBM is a

controlling parent of Taishan and is a Taishan affiliate.  FOFCOL, *1 at ¶ 4, *5 at ¶ 26, *6 at ¶¶

28-29, *9 at ¶¶ 50-51.

   14. <u>China Composites Group Corp., Ltd.</u> ("China Composites") – is a limited liability

company established on June 28, 1988 under the laws of the PRC, and is a wholly-owned

---

[22] *See* Excerpts of CNBM 2014 Interim Report, attached to the Affidavit of Yan Gao as Exhibit "Q" [Rec. Doc. No. 18433-19], at pp. 7 & 12, accessed at: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=6488.

[23] Zaozhuang China United Luhong Cement Co., Ltd.  is now referred to as China United Cement Zaozhuang Co., Limited as of CNBM 2014 Interim Report.  *See* Excerpts of CNBM 2014 Interim Report, attached to the Affidavit of Yan Gao as Exhibit "Q" [Rec. Doc. No. 18433-19], pp. 12 & 14; *see also* Excerpts of 2007 CNBM Annual Report, attached to the Affidavit of Yan Gao as Exhibit "X" [Rec. Doc. No. 18433-26], pp. 9 & 10, accessed at: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=3364.

[24] *See* Excerpts of CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of Yan Gao as Exhibit "Y" [Rec. Doc. No. 18433-27], pp. 32 & 85 accessed at: http://www.cnbmltd.com/news_report/en/369.pdf.

[25] *See* Excerpts of CNBM 2014 Interim Report, attached to the Affidavit of Yan Gao as Exhibit "Q" [Rec. Doc. No. 18433-19], at pp. 7 & 12, accessed at: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=6488.

subsidiary of CNBM.[26]  CNBM is a controlling parent of Taishan and a Taishan affiliate.

FOFCOL, *1 at ¶ 4, *5 at ¶ 26, *6 at ¶¶ 28-29, *9 at ¶¶ 50-51.  CNBM is a subsidiary of CNBM

Group.  FOFCOL, *5 at ¶ 26.  CNBM Group also controls Taishan and is a Taishan affiliate.

FOFCOL, *1 at ¶ 4, *6 at ¶¶ 28-29, *8 at ¶ 47, *9 at ¶¶ 50-51.  China Composites is the holding

company of CNBM's fiberglass reinforced plastics ("FRP") products business.[27]

     15.    <u>Lianyungang Zhongfu Lianzhong Composite Material Group Co., Ltd</u>. ("Zhongfu

Lianzhong") – is a limited liability company incorporated on October 26, 1989 under the laws of

the PRC, and is a subsidiary of China Composites, which holds 62.96% equity interest therein.[28]

China Composites is a wholly-owned subsidiary of CNBM.[29]  CNBM primarily operates its FRP

pipes and tanks business through Zhongfu Lianzhong.[30]  CNBM is a controlling parent of

Taishan and is a Taishan affiliate.  FOFCOL, *1 at ¶ 4, *5 at ¶ 26, *6 at ¶¶ 28-29, *9 at ¶¶ 50-51.

---

[26] *See* Excerpts of CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of Yan Gao as Exhibit "Y" [Rec. Doc. No. 18433-27], p. 19, accessed at: http://www.cnbmltd.com/news_report/en/369.pdf; *see also* Excerpts of CNBM 2014 Interim Report, attached to the Affidavit of Yan Gao as Exhibit "Q" [Rec. Doc. No. 18433-19], at p. 12, accessed at: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=6488.

[27] *See* Excerpts of CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of Yan Gao as Exhibit "Y" [Rec. Doc. No. 18433-27], p. 88, accessed at: http://www.cnbmltd.com/news_report/en/369.pdf.

[28] *See* Excerpts of CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of Yan Gao as Exhibit "Y" [Rec. Doc. No. 18433-27], p. 39, accessed at: http://www.cnbmltd.com/news_report/en/369.pdf; *see also* Excerpts of CNBM 2014 Interim Report, attached to the Affidavit of Yan Gao as Exhibit "Q" [Rec. Doc. No. 18433-19], at p. 12, accessed at: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=6488.

[29] *See* CNBM 2014 Interim Annual Report, attached to the Affidavit of Yan Gao as Exhibit "Q" [Rec. Doc. No. 18433-19], at p. 12, accessed at: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=6488.

[30] *See* Excerpts of CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of Yan Gao as Exhibit "Y" [Rec. Doc. No. 18433-27], p. 88, accessed at: http://www.cnbmltd.com/news_report/en/369.pdf.

CNBM is a subsidiary of CNBM Group.  FOFCOL, *5 at ¶ 26.  CNBM Group also controls Taishan and is a Taishan affiliate.  FOFCOL, *1 at ¶ 4, *6 at ¶¶ 28-29, *8 at ¶ 47, *9 at ¶¶ 50-51.

16.    <u>Shanghai Yaohua Pilkington Glass Co., Ltd.</u> – is a joint stock limited company incorporated on November 23, 1993 under the laws of the PRC, and is a subsidiary of China Composites, which holds 16.27% equity interest therein.[31]  China Composites, in turn, is a wholly-owned subsidiary of CNBM.[32]  CNBM is a controlling parent of Taishan and is a Taishan affiliate.  FOFCOL, *1 at ¶ 4, *5 at ¶ 26, *6 at ¶¶ 28-29, *9 at ¶¶ 50-51.  CNBM is a subsidiary of CNBM Group.  FOFCOL, *5 at ¶ 26.  CNBM Group also controls Taishan and is a Taishan affiliate.  FOFCOL, *1 at ¶ 4, *6 at ¶¶ 28-29, *8 at ¶ 47, *9 at ¶¶ 50-51.

17.    <u>Changzhou China Composites Liberty Co., Ltd.</u> ("Zhongfu Liberty") – is a limited liability company incorporated on December 18, 2003 under the laws of the PRC, and is principally engaged in the production of glass fiber and composites products.[33]  Zhongfu Liberty is a subsidiary of China Composites, which holds 75% equity interest therein.[34]  China

---

[31] *See* Excerpts of CNBM 2013 Annual Filing, attached to the Affidavit of Yan Gao as Exhibit "R" [Rec. Doc. No. 18433-20], p. 13, accessed at: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=5579.

[32] *See* CNBM 2014 Interim Annual Report, attached to the Affidavit of Yan Gao as Exhibit "Q" [Rec. Doc. No. 18433-19], at p. 12, accessed at: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=6488.

[33] *See* Excerpts of CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of Yan Gao as Exhibit "Y" [Rec. Doc. No. 18433-27], p. 88, accessed at: http://www.cnbmltd.com/news_report/en/369.pdf.

[34] *See* Excerpts of CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of Yan Gao as Exhibit "Y" [Rec. Doc. No. 18433-27], p. 32, accessed at: http://www.cnbmltd.com/news_report/en/369.pdf; *see also* Excerpts of CNBM 2014 Interim Report, attached to the Affidavit of Yan Gao as Exhibit "Q" [Rec. Doc. No. 18433-19], at p. 12, accessed at: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=6488.

Composites is a wholly-owned subsidiary of CNBM.[35]  CNBM is a controlling parent of Taishan and is a Taishan affiliate.  FOFCOL, *1 at ¶ 4, *5 at ¶ 26, *6 at ¶¶ 28-29, *9 at ¶¶ 50-51.  CNBM is a subsidiary of CNBM Group.  FOFCOL, *5 at ¶ 26.  CNBM Group also controls Taishan and is a Taishan affiliate.  FOFCOL, *1 at ¶ 4, *6 at ¶¶ 28-29, *8 at ¶ 47, *9 at ¶¶ 50-51.

18.    <u>Changzhou China Composites Tianma Fiberglass Products Co., Ltd.</u> ("Zhongxin Tianma") – is a limited liability company incorporated on March 28, 2005 under the laws of the PRC, and is a direct subsidiary of Zhongfu Liberty, which as of 2007, held 30% equity interest therein.[36]  Zhongfu Liberty is a subsidiary of China Composites, which holds 62.96% equity interest therein.[37]  China Composites, in turn, is a wholly-owned subsidiary of CNBM.[38]  The last time Zhongxin Tianma appeared on a Shareholding Structure Chart was in CNBM's 2007 Annual Report.[39]  In CNBM's 2008 Annual Report, although this entity no longer appears on the Shareholding Structure chart, it is listed as one of CNBM's subsidiaries, in which it indirectly holds 30% equity interest.[40]  CNBM is a controlling parent of Taishan and is a Taishan affiliate.

---

[35] *See* Excerpts of CNBM 2014 Interim Report, attached to the Affidavit of Yan Gao as Exhibit "Q" [Rec. Doc. No. 18433-19], at p. 12, accessed at:
http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=6488.

[36] *See* Excerpts of CNBM 2007 Annual Report, attached to the Affidavit of Yan Gao as Exhibit "X" [Rec. Doc. No. 18433-26], p. 10.

[37] *See* CNBM 2014 Interim Annual Report, attached to the Affidavit of Yan Gao as Exhibit "Q" [Rec. Doc. No. 18433-19], at p. 12, accessed at:
http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=6488.

[38] *Id.*

[39] *See* Excerpts of CNBM 2007 Annual Report, attached to the Affidavit of Yan Gao as Exhibit "X" [Rec. Doc. No. 18433-26], pp. 9 & 10, accessed at:
http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=3364.

[40] *See* Excerpts of CNBM 2008 Annual Report, attached to the Affidavit of Yan Gao as Exhibit "W" [Rec. Doc. No. 18433-25], p. 133, accessed at:
http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=3407.

FOFCOL, *1 at ¶ 4, *5 at ¶ 26, *6 at ¶¶ 28-29, *9 at ¶¶ 50-51.  CNBM is a subsidiary of CNBM

Group.  FOFCOL, *5 at ¶ 26.  CNBM Group also controls Taishan and is a Taishan affiliate.

FOFCOL, *1 at ¶ 4, *6 at ¶¶ 28-29, *8 at ¶ 47, *9 at ¶¶ 50-51.

19.　　Changzhou Liberty TOLI Building Material Co., Ltd. ("Liberty TOLI") – is a

limited liability company incorporated on May 4, 1993 under the laws of the PRC.  The last time

this entity appeared on a Shareholding Structure Chart was in CNBM's 2007 Annual Report.[41]

Liberty TOLI is a direct subsidiary of Zhongfu Liberty, which as of 2007, held 60% equity

interest therein.[42]  Zhongfu Liberty is a subsidiary of China Composites, which holds 62.96%

equity interest therein.[43]  China Composites, in turn, is a wholly-owned subsidiary of CNBM.[44]

CNBM is a controlling parent of Taishan and is a Taishan affiliate.  FOFCOL, *1 at ¶ 4, *5 at ¶

26, *6 at ¶¶ 28-29, *9 at ¶¶ 50-51.  CNBM is a subsidiary of CNBM Group.  FOFCOL, *5 at ¶

26.  CNBM Group also controls Taishan and is a Taishan affiliate.  FOFCOL, *1 at ¶ 4, *6 at ¶¶

28-29, *8 at ¶ 47, *9 at ¶¶ 50-51.

20.　　China Fiberglass Co., Ltd. ("China Fiberglass") – is a joint stock limited company

incorporated on April 16, 1997 under the laws of the PRC, and is a subsidiary of CNBM, in

---

[41] *See* Excerpts of CNBM 2007 Annual Report, attached to the Affidavit of Yan Gao as Exhibit "X" [Rec. Doc. No. 18433-26], at p. 10, accessed at: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=3364.

[42] *See* Excerpts of CNBM 2007 Annual Report, attached to the Affidavit of Yan Gao as Exhibit "X" [Rec. Doc. No. 18433-26], p. 10.

[43] *See* CNBM 2014 Interim Annual Report, attached to the Affidavit of Yan Gao as Exhibit "Q" [Rec. Doc. No. 18433-19], at p. 12, accessed at: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=6488.

[44] *Id.*

which CNBM directly holds 32.79% equity interest.[45]  CNBM is a controlling parent of Taishan

and a Taishan affiliate.  FOFCOL, *1 at ¶ 4, *5 at ¶ 26, *6 at ¶¶ 28-29, *9 at ¶¶ 50-51.  CNBM is

a subsidiary of CNBM Group.  FOFCOL, *5 at ¶ 26.  CNBM Group also controls Taishan and is

a Taishan affiliate.  FOFCOL, *1 at ¶ 4, *6 at ¶¶ 28-29, *8 at ¶ 47, *9 at ¶¶ 50-51.  China

Fiberglass is the holding company of CNBM's fiberglass business and was formerly named

"China National Chemical Building Material Company Limited."[46]  China Fiberglass operates its

business primarily through Jushi Group.[47]

     21.   <u>Jushi Group, Co., Ltd.</u> ("Jushi Group") – is a limited liability company

incorporated on June 28, 2001 under the laws of the PRC.[48]  Jushi Group is a wholly-owned

subsidiary of China Fiberglass.  China Fiberglass operates its business primarily through this

entity.[49]  China Fiberglass, in turn, is a subsidiary of CNBM.[50]  CNBM is a controlling parent of

---

[45] *See* Excerpts of CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of Yan Gao as Exhibit "Y" [Rec. Doc. No. 18433-27], p. 19, accessed at: http://www.cnbmltd.com/news_report/en/369.pdf;   *see also* Excerpts of CNBM 2014 Interim Report, attached to the Affidavit of Yan Gao as Exhibit "Q" [Rec. Doc. No. 18433-19], at p. 12, accessed at: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=6488.

[46] *See* Excerpts of CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of Yan Gao as Exhibit "Y" [Rec. Doc. No. 18433-27], p. 87, accessed at: http://www.cnbmltd.com/news_report/en/369.pdf.

[47] *See* Excerpts of CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of Yan Gao as Exhibit "Y" [Rec. Doc. No. 18433-27], p. 87, accessed at: http://www.cnbmltd.com/news_report/en/369.pdf.

[48] *See* CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of Yan Gao as Exhibit "Y" [Rec. Doc. No. 18433-27], p. 24, accessed at: http://www.cnbmltd.com/news_report/en/369.pdf.

[49] *See* Excerpts of CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of Yan Gao as Exhibit "Y" [Rec. Doc. No. 18433-27], p. 87, accessed at: http://www.cnbmltd.com/news_report/en/369.pdf.

Taishan and a Taishan affiliate.  FOFCOL, *1 at ¶ 4, *5 at ¶ 26, *6 at ¶¶ 28-29, *9 at ¶¶ 50-51.

CNBM is a subsidiary of CNBM Group.  FOFCOL, *5 at ¶ 26.  CNBM Group also controls

Taishan and is a Taishan affiliate.  FOFCOL, *1 at ¶ 4, *6 at ¶¶ 28-29, *8 at ¶ 47, *9 at ¶¶ 50-51.

      22.    <u>China Triumph International Engineering Co., Ltd.</u> ("CTIEC") – is a limited

liability company established on December 28, 1991 under the laws of the PRC, and is

subsidiary of CNBM, which directly holds 91% equity interest therein.[51]  CNBM carries out its

engineering services through CTIEC, which was formerly known as "China New Building

Material Property Development Company."[52]  CTIEC changed the scope of its business to the

provision of engineering design and construction services in July of 2000.[53]  CNBM is a

controlling parent of Taishan and a Taishan affiliate.  FOFCOL, *1 at ¶ 4, *5 at ¶ 26, *6 at ¶¶ 28-

29, *9 at ¶¶ 50-51.  CNBM is a subsidiary of CNBM Group.  FOFCOL, *5 at ¶ 26.  CNBM

Group also controls Taishan and is a Taishan affiliate.  FOFCOL, *1 at ¶ 4, *6 at ¶¶ 28-29, *8 at

¶ 47, *9 at ¶¶ 50-51.

---

[50] *See* Excerpts of CNBM 2014 Interim Annual Report, attached to the Affidavit of Yan Gao as
Exhibit "Q" [Rec. Doc. No. 18433-19], at p. 12, accessed at:
http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=6488.

[51] *See* Excerpts of CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of
Yan Gao as Exhibit "Y" [Rec. Doc. No. 18433-27], p. 20, accessed at:
http://www.cnbmltd.com/news_report/en/369.pdf; *see also* Excerpts of CNBM 2014 Interim
Annual Report, attached to the Affidavit of Yan Gao as Exhibit "Q" [Rec. Doc. No. 18433-19],
at p. 12, accessed at: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=6488.

[52] *See* Excerpts of CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of
Yan Gao as Exhibit "Y" [Rec. Doc. No. 18433-27], p. 88, accessed at:
http://www.cnbmltd.com/news_report/en/369.pdf.

[53] *See* Excerpts of CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of
Yan Gao as Exhibit "Y" [Rec. Doc. No. 18433-27], p. 88, accessed at:
http://www.cnbmltd.com/news_report/en/369.pdf.

23. <u>Nanjing Triumph International Engineering Company Limited (f/k/a China Triumph International Engineering Company Limited) (f/k/a China Triumph Nanjing Cement Technological Engineering Co., Ltd.)</u>[54] ("Nanjing Triumph") – is a limited liability company incorporated on December 26, 2001 under the laws of the PRC, and is a subsidiary of CTIEC, which directly holds 51.15% equity interest therein.[55] Nanjing Triumph was established by CTIEC and Bengbu Design & Research Institute for Glass Industry on December 26, 2001.[56] CTIEC is a subsidiary of CNBM, which holds 91% equity interest therein.[57] CNBM is a controlling parent of Taishan and a Taishan affiliate. FOFCOL, *1 at ¶ 4, *5 at ¶ 26, *6 at ¶¶ 28-29, *9 at ¶¶ 50-51. CNBM is a subsidiary of CNBM Group. FOFCOL, *5 at ¶ 26. CNBM Group also controls Taishan and is a Taishan affiliate. FOFCOL, *1 at ¶ 4, *6 at ¶¶ 28-29, *8 at ¶ 47, *9 at ¶¶ 50-51.

---

[54] *See* 2010 CNBM Annual Report, attached to the Affidavit of Yan Gao as Exhibit "U" [Rec. Doc. No. 18433-23], pp. 9 & 13, accessed at: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=3491; *see also* 2011 CNBM Annual Report, attached to the Affidavit of Yan Gao as Exhibit "T" [Rec. Doc. No. 18433-22], pp. 9 & 13, accessed at: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=4734; 2014 CNBM Interim Report, attached to the Affidavit of Yan Gao as Exhibit "Q" [Rec. Doc. No. 18433-19], pp. 9 & 12, accessed at: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=6488.

[55] *See* Excerpts of CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of Yan Gao as Exhibit "Y" [Rec. Doc. No. 18433-27], p. 26, accessed at: http://www.cnbmltd.com/news_report/en/369.pdf; *see also* Excerpts of CNBM 2014 Interim Annual Report, attached to the Affidavit of Yan Gao as Exhibit "Q" [Rec. Doc. No. 18433-19], at p. 12, accessed at: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=6488.

[56] *See* Excerpts of CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of Yan Gao as Exhibit "Y" [Rec. Doc. No. 18433-27], p. 90, accessed at: http://www.cnbmltd.com/news_report/en/369.pdf.

[57] *See* Excerpts of CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of Yan Gao as Exhibit "Y" [Rec. Doc. No. 18433-27], p. 26, accessed at: http://www.cnbmltd.com/news_report/en/369.pdf; *see also* Excerpts of CNBM 2014 Interim Annual Report, attached to the Affidavit of Yan Gao as Exhibit "Q" [Rec. Doc. No. 18433-19], at p. 12, accessed at: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=6488.

24.     <u>CTIEC Shenzhen Scieno-tech Engineering Co., Ltd.</u> – is a limited liability company incorporated on April 8, 2002 under the laws of the PRC, and is a subsidiary of CTIEC, which holds 55% equity interest therein.[58]  CTIEC is a subsidiary of CNBM, which holds 91% equity interest therein.[59]  CNBM is a controlling parent of Taishan and a Taishan affiliate. FOFCOL, *1 at ¶ 4, *5 at ¶ 26, *6 at ¶¶ 28-29, *9 at ¶¶ 50-51.  CNBM is a subsidiary of CNBM Group.  FOFCOL, *5 at ¶ 26.  CNBM Group also controls Taishan and is a Taishan affiliate. FOFCOL, *1 at ¶ 4, *6 at ¶¶ 28-29, *8 at ¶ 47, *9 at ¶¶ 50-51.

25.     <u>China Triumph Bengbu Engineering and Technology Co., Ltd.</u> ("Bengbu Triumph") – is a is a limited liability company incorporated on July 21, 2004 under the laws of the PRC, and is a subsidiary of CTIEC, which directly and indirectly holds 100% equity interest therein (Bengbu Triumph is a 70% owned subsidiary of CTIEC, Nanjing Triumph owns the remaining 15% interest, and CTIEC Scieno-tech Engineering Co., Ltd. owns the other 15% interest).[60]  CTIEC is a subsidiary of CNBM, which holds 91% equity interest therein.[61]  CNBM is a controlling parent of Taishan and a Taishan affiliate.  FOFCOL, *1 at ¶ 4, *5 at ¶ 26, *6 at ¶¶ 28-29, *9 at ¶¶ 50-51.  CNBM is a subsidiary of CNBM Group.  FOFCOL, *5 at ¶ 26.  CNBM

---

[58] *See* Excerpts of CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of Yan Gao as Exhibit "Y" [Rec. Doc. No. 18433-27], p. 26, accessed at: http://www.cnbmltd.com/news_report/en/369.pdf.

[59] *See id.*

[60] *See* Excerpts of CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of Yan Gao as Exhibit "Y" [Rec. Doc. No. 18433-27], pp. 18 & IV-90, accessed at: http://www.cnbmltd.com/news_report/en/369.pdf; *see also* Excerpts of CNBM 2014 Interim Annual Report, attached to the Affidavit of Yan Gao as Exhibit "Q" [Rec. Doc. No. 18433-19], at p. 12, accessed at: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=6488.

[61] *See id.*

Group also controls Taishan and is a Taishan affiliate.  FOFCOL, *1 at ¶ 4, *6 at ¶¶ 28-29, *8 at ¶ 47, *9 at ¶¶ 50-51.

26.    <u>CNBM Investment Co., Ltd (f/k/a BND Co., Ltd.)</u> ("BND") – is a limited liability company incorporated on January 8, 2001 (in the name "BND Co., Limited")[62] under the laws of the PRC, and is a wholly-owned subsidiary of CNBM.[63]  BND was founded by BNBM, China National Building Material and Equipment Import and Export Zhujiang Company, BNBM Group, and Shenzhen Zhujiang Building Material Enterprise Company to operate CNBM's international trading business and retail distribution business.[64]  CNBM is a controlling parent of Taishan and a Taishan affiliate.  FOFCOL, *1 at ¶ 4, *5 at ¶ 26, *6 at ¶¶ 28-29, *9 at ¶¶ 50-51.  CNBM is a subsidiary of CNBM Group.  FOFCOL, *5 at ¶ 26.  CNBM Group also controls Taishan and is a Taishan affiliate.  FOFCOL, *1 at ¶ 4, *6 at ¶¶ 28-29, *8 at ¶ 47, *9 at ¶¶ 50-51.

27.    <u>Beijing New Building Material Public Limited Company</u> ("BNBM") – is a joint stock limited company incorporated under the laws of the PRC, and a subsidiary of CNBM, in which CNBM holds a 52.4% equity interest.[65]  CNBM operates its lightweight building material

---

[62] "Jushi Group, BNS and Huafu Property were associates of a connected person of the Company when the above agreements were entered into on 2 November 2007 as each of Jushi Group, BNS and Huafu Property was owned as to 51%, 95% and 30% respectively by China Fiberglass, which is a substantial shareholder of ***CNBM Investment (originally known as BND Co., Limited), a subsidiary of the [CNBM]***." (emphasis added).

[63] *See* Excerpts of CNBM 2008 Annual Filing, attached to the Affidavit of Yan Gao as Exhibit "W" [Rec. Doc. No. 18433-25], p. 59, *see also* Excerpts of CNBM 2014 Interim Report, attached to the Affidavit of Yan Gao as Exhibit "Q" [Rec. Doc. No. 18433-19], at pp. 7 & 12, accessed at: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=6488.

[64] *See* Excerpts of CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of Yan Gao as Exhibit "Y" [Rec. Doc. No. 18433-27], p. 87, accessed at: http://www.cnbmltd.com/news_report/en/369.pdf.

[65] *See* Excerpts of CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of Yan Gao as Exhibit "Y" [Rec. Doc. No. 18433-27], p. 18, accessed at: http://www.cnbmltd.com/news_report/en/369.pdf; *see also* Excerpts of 2014 CNBM Interim

business through BNBM, a company whose A shares have been listed on the Shenzhen Stock Exchange since 1997.[66]  BNBM is a controlling parent of Taishan, in which it holds 65% equity interest.[67]  BNBM's parent, CNBM, is a subsidiary of CNBM Group.  FOFCOL, *5 at ¶ 26, *6 at ¶ 29, *9 at ¶¶ 50-51.  CNBM Group also controls Taishan and is a Taishan affiliate.  FOFCOL, *1 at ¶ 4, *6 at ¶¶ 28-29, *8 at ¶ 47, *9 at ¶¶ 50-51.  The Court has held that BNBM is a Taishan affiliate.  FOFCOL, *1 at ¶ 4, *6 at ¶ 28.

  28. <u>Beijing New Building Materials Homes, Co., Ltd.</u> – is a limited liability company incorporated on December 27, 2002 under the laws of the PRC.[68]  It is a wholly-owned subsidiary of BNBM.[69]  BNBM is also a controlling parent of Taishan, holding 65% equity interest therein, and a subsidiary of CNBM, which holds 52.4% equity interest in BNBM.

---

Report, attached to the Affidavit of Yan Gao as Exhibit "Q" [Rec. Doc. No. 18433-19], at pp. 6 & 12, accessed at: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=6488; *see also* English Translation of BNBM's Relationship Chart From 2013 BNBM Annual Report, attached to the Affidavit of Yan Gao as Exhibit "G" [Rec. Doc. No. 18433-8 & -9].

[66] *See* Excerpts of CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of Yan Gao as Exhibit "Y" [Rec. Doc. No. 18433-27], p. 87, accessed at: http://www.cnbmltd.com/news_report/en/369.pdf.

[67] *See* Excerpts of 2014 CNBM Interim Report, attached to the Affidavit of Yan Gao as Exhibit "Q" [Rec. Doc. No. 18433-19], at pp. 6 & 12, accessed at: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=6488.

[68] *See* Excerpts of CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of Yan Gao as Exhibit "Y" [Rec. Doc. No. 18433-27], p. 18, accessed at: http://www.cnbmltd.com/news_report/en/369.pdf.

[69] *See* Excerpts of CNBM 2014 Interim Report, attached to the Affidavit of Yan Gao as Exhibit "Q" [Rec. Doc. No. 18433-19], at pp. 6 & 12, accessed at: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=6488; *see also* English Translation of BNBM's Relationship Chart From 2013 BNBM Annual Report, attached to the Affidavit of Yan Gao as Exhibit "G" [Rec. Doc. No. 18433-8 & -9].

CNBM, in turn is a subsidiary of CNBM Group.[70]  FOFCOL, *5 at ¶ 26, *6 at ¶ 29, *9 at ¶¶ 50-

51.  CNBM Group also controls Taishan and is a Taishan affiliate.  FOFCOL, *1 at ¶ 4, *6 at ¶¶

28-29, *8 at ¶ 47, *9 at ¶¶ 50-51.  The Court has held that BNBM is a Taishan affiliate.

FOFCOL, *1 at ¶ 4, *6 at ¶ 28.

      29.    <u>BNBM Suzhou Mineral Fiber Ceiling Company, Limited</u>[71] <u>(f/k/a Suzhou</u>

<u>Tianfeng New Building Material Co., Ltd.)</u> – is a limited liability company that was incorporated

on May 28, 2008 (in the name "Suzhou Tianfeng New Building Material Co., Ltd.") under the

laws of the PRC, and is a subsidiary of CNBM.[72]  Although this entity stopped appearing on the

Shareholding Structure of the Group chart in CNBM's Annual Filings as of 2010, it continues to

be listed as one of CNBM's subsidiaries under "Particulars of Principal Subsidiaries," with

CNBM indirectly holding 52.4% interest therein.[73]

      30.    <u>Taishan Gypsum Co., Ltd. (f/k/a Shandong Taihe Dongxin Co., Ltd.)</u>[74]

("Taishan") – is the Defendant Judgment Debtor in contempt of court.  Taishan is a joint stock

---

[70] *See* Excerpts of CNBM 2014 Interim Report, attached to the Affidavit of Yan Gao as Exhibit "Q" [Rec. Doc. No. 18433-19], at pp. 6 & 12, accessed at: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=6488.

[71] The change of this entity's name appears in CNBM's 2007 Annual Report on page 9 of the definition for "Tianfeng."

[72] *See* Excerpts of CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of Yan Gao as Exhibit "Y" [Rec. Doc. No. 18433-27], p. 31, accessed at: http://www.cnbmltd.com/news_report/en/369.pdf; *see also* English Translation of BNBM's Relationship Chart From 2013 BNBM Annual Report, attached to the Affidavit of Yan Gao as Exhibit "G" [Rec. Doc. No. 18433-8 & -9].

[73] *See* Excerpts of CNBM 2013 Annual Filing, attached to the Affidavit of Yan Gao as Exhibit "R" [Rec. Doc. No. 18433-20], p. 169, accessed at: http://www.cnbmltd.com/en/tzzgx/xx.jsp?newsId=5579.

[74] *In re Chinese-Manufactured Drywall Prod. Liab. Litig.*, 894 F. Supp. 2d 819, 869 (E.D. La. 2012).

limited company and is controlled by BNBM, which in turn is controlled by CNBM, which in turn is controlled by CNBM Group, which is wholly-owned and controlled by SASAC.[75] FOFCOL, *5 at ¶¶ 24-26, *6 at ¶¶ 29-32, *7 at ¶ 37, *8 at ¶ 47.  This Court has held that Taishan's affiliates include:  CNBM Group; CNBM; BNBM Group; BNBM; and TTP. FOFCOL, *1 at ¶ 4, *6 at ¶ 28.  In the recently produced communications between Taishan and its counsel, it is clear that:  "It's not Mr. Jia [Tongchun] who can make the decision [regarding withdrawal of Taishan from the litigation]; this case involves many high legal officers in CNBM group now."  *See* email from Dong Chungang, attorney at Jingtian & Gongcheng, to Joe Cyr and Eugene Chen, attorneys at Hogan Lovells, dated July 7, 2014 (emphasis added), attached hereto as Exhibit "8."

      31.    Qinhuangdao Taishan Building Materials Co., Ltd., a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. – is a limited liability company incorporated on April 30, 2002 under the laws of the People's Republic of China, and is a 70% owned subsidiary of Taishan Gypsum Co., Ltd. (f/k/a Shandong Taihe Dongxin Company Limited).[76]

---

[75] *See* Excerpts of CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of Yan Gao as Exhibit "Y" [Rec. Doc. No. 18433-27], p. 31, accessed at: http://www.cnbmltd.com/news_report/en/369.pdf; *see also* English Translation of BNBM's Relationship Chart From 2013 BNBM Annual Report, attached to the Affidavit of Yan Gao as Exhibit "G" [Rec. Doc. No. 18433-8 & -9].

[76] *See* Excerpts of CNBM 2006 Global Offering Prospectus Filing, attached to the Affidavit of Yan Gao as Exhibit "Y" [Rec. Doc. No. 18433-27], pp. 28, IV-68, accessed at: http://www.cnbmltd.com/news_report/en/369.pdf; *see also* English Translation of BNBM's Relationship Chart From 2013 BNBM Annual Report, attached to the Affidavit of Yan Gao as Exhibit "G" [Rec. Doc. No. 18433-8 & -9].

32.     <u>Tai'an Taishan Plasterboard Co., Ltd.</u> ("TTP") – is a wholly-owned subsidiary of

Taishan, and its alter ego.[77]   The Court has held that TTP is an affiliate of Taishan.  FOFCOL, *1

at ¶ 4.

---

[77] *Chinese Drywall*, 894 F. Supp. 2d at 872; *see also see also* English Translation of BNBM's
Relationship Chart From 2013 BNBM Annual Report, attached to the Affidavit of Yan Gao as
Exhibit "G" [Rec. Doc. No. 18433-8 & -9].