# EXHIBIT "J"



# State-owned Assets Supervision and Administration Commission of the State Council(SASAC), the People's Republic of China

| Home | About SASAC | News Update | Policies, Laws & Regulations | Chinese Version |

Home >  > About SASAC >  > Main Functions >

## Main Functions

➧ The Chairman    ➧ Principal Officials    ➧ Bureaux

1. Authorized by the State Council, in accordance with the Company Law of the People's Republic of China and other administrative regulations, the State-owned Assets Supervision and Administration Commission of the State Council (SASAC) performs investor's responsibilities, supervises and manages the state-owned assets of the enterprises under the supervision of the Central Government (excluding financial enterprises), and enhances the management of the state-owned assets.

2. SASAC shoulders the responsibility of supervising the preservation and increment of the value of the state-owned assets of the supervised enterprises; establishes and improves the index system of the preservation and increment of the value of the state-owned assets, and works out assessment criteria; supervises and administers the preservation and increment of the value of the state-owned assets of the supervised enterprises through statistics and auditing; and is responsible for the management work of wages and remuneration of the supervised enterprises and formulates policies regulating the income distribution of the top executives of the supervised enterprises and organizes implementation of the policies.

3. SASAC guides and pushes forward the reform and restructuring of state-owned enterprises, advances the establishment of modern enterprise system in SOEs, improves corporate governance, and propels the strategic adjustment of the layout and structure of the state economy.

4. SASAC appoints and removes the top executives of the supervised enterprises, and evaluates their performances through legal procedures and either grants rewards or inflicts punishments based on their performances; establishes corporate executives selection system in accordance with the requirements of the socialist market economy system and modern enterprise system, and improves incentives and restraints system for corporate management.

5. In accordance with related regulations, SASAC dispatches supervisory panels to the supervised enterprises on behalf of the state council and takes charge of daily management of the supervisory panels.

6. SASAC is responsible for organizing the supervised enterprises to turn the state-owned capital gains over to the state, participates in formulating management system and methods of the state-owned capital operational budget, and is responsible for working out the state-owned capital operational budget and final accout and their implementation in accordance with related regulations.

7. SASAC is responsible for urging the supervised enterprises to carry out the guiding principles, policies, related laws and regulations and standards for safety production and inspects the results in accordance with the responsibilities as investor.

8. SASAC is responsible for the fundamental management of the state-owned assets of enterprises, works out draft laws and regulations on the management of the state-owned assets, establishes related rules and regulations and directs and supervises the management work of local state-owned assets according to law.

9. SASAC undertakes other tasks assigned by the State Council.

TOP   PRINT

No. 26, Xidajie, Xuanwumen, Xicheng District, Beijing, 100053 Tel: 86-10-63192000 Email: iecc@sasac.gov.cn