MINUTE ENTRY
FALLON, J.
MARCH 26, 2015

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED          MDL NO. 2047
       DRYWALL PRODUCTS
       LIABILITY LITIGATION             SECTION: L

THIS DOCUMENT RELATES TO:        JUDGE FALLON
ALL CASES                               MAGISTRATE WILKINSON

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Terri Hourigan

Appearances:   Russ Herman, Esq., Fred Longer, Esq. for Plaintiffs
                Kerry Miller, Esq. for Knauf Defendants
                Tom Owen, Esq., for Defendants TG and TTP
                Bernard Taylor, Esq., for Defendants Taishan and TTP
                Warren Lutz, Esq., for Defendant American Home Assurance Company
                Joseph Ziemianski, Esq., for Westchester Fire Insurance Company

1. Motion to Withdraw Hogan Lovells US, LLP and Stanley, Reuter, Ross, Thornton & Alford, LLC, and their respective individual counsel as Attorneys for Defendant Taishan Gypsum Co. Ltd. (17846)

After argument - Granted

2. Motion to Withdraw law firms Hogan Lovells US LLP and Stanley, Reuter, Ross, Thornton & Alford, LLC, and their respective individual counsel as Attorneys by Defendants Taishan Gypsum Co. Ltd. and Tai'an Taishan Plasterboard Co. Ltd (17858)

After argument - Granted

3. Motion of The Knauf Defendants, to Extinguish the Knauf Defendants' Settlement Obligations for Certain Already Remediated Home Claims   (18446)

After argument - Granted

2. Motion to Amend Complaint by Interlineation by Plaintiffs'  (18263)

After argument - Granted with the Court's Written Reasons to Follow


JS10: :24