UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

Sean Payton, et al. v. Knauf Gips, et al.
2:09-cv-07628-EEF-JCW

Joyce W. Rogers, et al. v. Knauf Gips, et al.
2:10-cv-00362

Robert W. Block, et al. v. Gebrueder Knauf, et al.
2:11-cv-1363-EEF-JCW

Paul Beane, et al. v. Gebrueder Knauf, et al.
2:13-cv-609-EEF-JCW

## NOTICE OF DISPOSAL OF PHYSICAL EVIDENCE

Being subject to the requirements of Pretrial Order No. 1(I), dated January 24, 2012, The Lambert Firm, PLC, previously Lambert and Nelson, PLC, hereby gives notice of their intention to dispose of physical evidence that they were previously preserving pursuant to the requirements of Pretrial Order No. 1B for the following claims:

| PLAINTIFF(S) | AFFECTED PROPERTY | ORIGINAL CASE FILING |
|---|---|---|
| Tracy and Kandy Allen | 16336 Robinson Road, Gulfport, MS 39503 | 2:09-cv-07628-EEF-JCW |
| Dean and Dawn Amato | 18615 Bellingrath Lakes, Greenwell Springs, LA 70739 | 2:09-cv-07628-EEF-JCW |
| Gulf Coast Mental Health Center - (Jeff Bennett) | 919 St. Joseph, Waveland, MS 39576 | 2:09-cv-07628-EEF-JCW |
| Gulf Coast Mental Health Center - (Jeff Bennett) | 798 Dunbar, Bay St. Louis, MS 39520 | 2:09-cv-07628-EEF-JCW |
| David and Heather Bronaugh | 2323 Sunset Blvd., Slidell, LA 70461 | 2:09-cv-07628-EEF-JCW |

| | | |
|---|---|---|
| James and Jocelyn Butler | 5720 Wright St. New Orleans, LA 70128 | 2:09-cv-07628-EEF-JCW |
| Community Bank – Marshall Elleuteris | 793 McHenry Rd., McHenry, MS 39561 | 2:11-cv-1363-EEF-JCW |
| Bill and Kathy Courtier | 26039 Pecan Road, Pass Christian, MS 39571 | 2:09-cv-07628-EEF-JC |
| Deon Danna | 7421 Scottsdale Dr., New Orleans, La 70131 | 2:13-cv-609-EEF-JCW |
| Steven and Corrinn Fisher | 413 Branch Crossing Dr., Covington, LA 70435 | 2:09-cv-07628-EEF-JCW |
| Angela and Derrick Forbes | 11326 Buckingham, Denham Springs, LA 70726 | 2:09-cv-07628-EEF-JCW |
| James and Cynthia Galloway | 45145 Taylors Trail, Slidell, LA 70461 | 2:09-cv-07628-EEF-JCW |
| Kim and Andre Gremmilion | 45013 Chemekette Rd., Robert, LA 70455 | 2:09-cv-07628-EEF-JCW |
| Kevin Hoag | 145 Warrior Trace, Covington, LA 70435 | 2:13-cv-609-EEF-JCW |
| Howard and Jamie Hobbs | 31 Bayou View Drive, Gulfport, MS 39507 | 2:09-cv-07628-EEF-JCW |
| Tim and Lisa Holleman | 115 Lundgren Lane, Gulfport, MS 39507 | 2:09-cv-07628-EEF-JCW |
| Valerie and Mark Hulse | 138 Pebble Beach Drive, Slidell, LA 70458 | 2:09-cv-07628-EEF-JCW |
| Patricia Jeffries | 252 Shady Pond Lane, Covington, LA | 2:09-cv-07628-EEF-JCW |
| Calvin LeBlanc | 165 Constant Dr., Thibodaux, LA 70301 | 2:09-cv-07628-EEF-JCW |
| Lois P. Monsignor LeBourgeois | 70212 Nancy Rd., Covington, LA 70471 | 2:09-cv-07628-EEF-JCW |
| Edward Ludwig | 1838 Moss Street, New Orleans, LA 70119 | 2:13-cv-609-EEF-JCW |
| Edward Ludwig | 1842 Moss Street, Apt. A, New Orleans, LA 70119 | 2:13-cv-609-EEF-JCW |
| Carol and Eileen Molinere | 81309 Hwy 1129, Covington, LA 70435 | 2:09-cv-07628-EEF-JCW |
| Margaret and Fred Moyse | 15 Poplar Circle, Gulfport, MS 39507 | 2:09-cv-07628-EEF-JCW |
| Vanessa Patin | 13661 North Cavelier Drive, New Orleans, LA 70129 | 2:09-cv-07628-EEF-JCW |
| Neil and Jan Peirson | 348 Jade Court, Madisonville, LA 70447 | 2:09-cv-07628-EEF-JCW |
| Gus Pelias | 12 Mariners Cove North, New Orleans, LA 70124 | 2:09-cv-07628-EEF-JCW |
| Michael and Jeannette Podgurski | 634 A Fifth Street, Pass Christian, MS 39571 | 2:11-cv-1363-EEF-JCW |
| Shannon and Grant Schulz | 2125 Aramis, Meraux, LA 70075 | 2:09-cv-07628-EEF-JCW |

| Steve and Ann Shaw | 404 Twin River, Covington, LA 70433 | 2:09-cv-07628-EEF-JCW |
| Greg Smith | 753 Oakleigh, Ave., Units A – F, Gulfport, MS 39507 | 2:09-cv-07628-EEF-JCW |

Any person or entity wishing to inspect their physical evidence must do so within thirty (30) days of the date of this notice upon reasonable notice to the above-mentioned Plaintiffs by contacting: Cayce C. Peterson by telephone at (504) 581-1750 or by email at cpeterson@thelambertfirm.com.  Upon the expiration of the thirty (30) day period, the above-mentioned Plaintiffs may dispose of such physical evidence.

Dated: March 26th, 2015                Respectfully submitted,

By: /s/ Hugh P.Lambert
HUGH P. LAMBERT, ESQ. (#7933)
THE LAMBERT FIRM, PLC
701 Magazine Street
New Orleans, LA 70130
Telephone: (504)581-1750
Facsimile: (504)529-2931
Counsel for Plaintiffs
hlambert@thelambertfirm.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Notice of Disposal of Physical Evidence has been served by U.S. Mail and/or email to:  Russ Herman, Esquire, Plaintiff's Liaison Counsel, Herman, Herman & Katz, L.L.P., 820 O'Keefe Avenue, New Orleans, LA 70113 (drywall@hhklawfirm.com); Kerry Miller, Esquire, Defendants' Liaison Counsel, Baker Donelson, 201 St. Charles Avenue, New Orleans, LA 70170 (kmiller@bakerdonelson.com); Phillip A. Wittmann, Esquire, Homebuilders' Liaison Counsel, Stone Pigman Walther Wittmann L.L.C., 546 Carondelet Street, New Orleans, LA 70130 (pwittman@stonepigman.com); and Judy Y. Barrasso, Esquire, Insurance Liaison Counsel, Barrasso, Usdin, Kupperman, Freeman

& Sarver, LLC, 909 Poydras Street, 24th Floor, New Orleans, LA 70112 (jbarrasso@barrassousdin.com) and upon all parties by electronically uploading the same to Lexis Nexis File and Serve in Accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this the 26th day of March 2015.

Dated: March 26th, 2015                     Respectfully submitted,


                                      By: /s/ Hugh P.Lambert
                                      HUGH P. LAMBERT, ESQ. (#7933)
                                      THE LAMBERT FIRM, PLC
                                      701 Magazine Street
                                      New Orleans, LA 70130
                                      Telephone: (504)581-1750
                                      Facsimile: (504)529-2931
                                      Counsel for Plaintiffs
                                      hlambert@thelambertfirm.com