UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047 SECTION L JUDGE FALLON MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:  ALL CASES**

## ORDER

The Court received and reviewed the attached correspondence.

**IT IS ORDERED** that the attached correspondence shall be entered into the record.

**IT IS FURTHER ORDERED** that Plaintiffs' Liaison Counsel shall review the

correspondence and respond if appropriate.

New Orleans, Louisiana, this 25th day of March, 2015.

UNITED STATES DISTRICT JUDGE

1