# GENTLE, TURNER, SEXTON & HARBISON
### ATTORNEYS AND COUNSELLORS AT LAW
SUITE 100 - 501 RIVERCHASE PARKWAY EAST
HOOVER, ALABAMA 35244

EDGAR C. GENTLE, III
TERRY D. TURNER, JR.*
K. EDWARD SEXTON, II
KATHERINE A. HARBISON
J. CHRISTOPHER SMITH
MICHAEL JACKS**
JENNIFER L. BLANKENSHIP
STACY C. HANSEN

TELEPHONE (205) 716-3000
TELECOPIER (205) 716-3010
*ALSO ADMITTED IN FLORIDA
**ONLY ADMITTED IN WEST VIRGINIA

March 19, 2015

**PERSONAL & CONFIDENTIAL**
**VIA EMAIL - ldavis@hhklawfirm.com**

Leonard A. Davis, Esq.
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113

> RE: Defective Chinese Drywall; Nell Boothe - Venture Supply, Inc.
> Our File: 4839-9

Dear Lenny:

As Ms. Boothe stated in her letter to the Court, she is 89 years old and lives in a retirement community in Winder, Georgia. She, along with her neighbors are very frustrated that their homes have not been remediated as those with Knauf.

I communicate regularly with my clients updating them by letter, as well as responding to their individual emails and telephone calls. Ms. Boothe's letter to the Court was solely related to her frustration and disappointment with how long this matter has been pending and the small amount of money she has received.

It is my understanding that she is not complaining about any miscommunication or lack of communication regarding the status of her claim.

Primarily, Ms. Boothe's main point of frustration is due to the fact that she only received $3,773.77 from her builder, Meridian Homes USA's contribution under the Global Builder Settlement. I have enclosed my letter to Ms. Boothe of November 21, 2014, wherein I explained how those amounts were determined.

*Mr. Leonard A. Davis, Esq.*
*March 19, 2015*
*Page Two*

Ms. Boothe also received $5,783.10 from the Porter-Blaine/Venture Supply Settlement, along with $1,929.95 from Tobin Trading, for a total of $7,713.05. I have enclosed my letter to her wherein I provided her with a copy of Garretson's letter as to how those amounts were calculated.

In an effort too further ensure against this type of reaction, I had each client sign an acknowledgment that they were aware of the amount they were to receive *prior* to mailing them their checks. I have enclosed a copy of that communication.

I advised her that unless and until there was a resolution of the Taishan and related matters that she would not be receiving any more money. She informed me that she was sending Judge Fallon a letter that she was mad and just needed to vent. I advised her that she was not supposed to write the Court directly, and she acknowledges that in her letter.

Hopefully, the damages hearing which has been postponed for five more weeks will result in a resolution that is favorable, and one that will allow the clients to repair the damage to their homes, providing peace of mind. I have enclosed a copy of my letter to Ms. Boothe pertaining to her recent contact with the Court and the issues she raised.

Please let me know if you have any questions or need further information.

Sincerely,

K. Edward Sexton, II

KESII/aje
Enclosures
cc: The Honorable Eldon E. Fallon
    Arnold Levin, Esq.
    Ms. Nell W. Boothe
    (personal & confidential)(with enclosures)

# GENTLE, TURNER, SEXTON, DEBROSSE & HARBISON

ATTORNEYS AND COUNSELLORS AT LAW
SUITE 100 - 501 RIVERCHASE PARKWAY EAST
HOOVER, ALABAMA 35244

EDGAR C. GENTLE, III
TERRY D. TURNER, JR.*
K. EDWARD SEXTON, II
DIANDRA S. DEBROSSE
KATHERINE A. HARBISON
J. CHRISTOPHER SMITH
MICHAEL JACKS**
JENNIFER L. BLANKENSHIP

TELEPHONE (205) 716-3000
TELECOPIER (205) 716-3010

*ALSO ADMITTED IN FLORIDA
**ONLY ADMITTED IN WEST VIRGINIA

November 21, 2014

**PERSONAL & CONFIDENTIAL**

Ms. Nell W. Boothe
483 Tranquil Drive
Winder, Georgia 30680

RE: Chinese Drywall Payment Under the Global, Banner, InEx Repair and Relocation Claims

Dear Ms. Boothe:

The Settlement Administrator for the Chinese Drywall Settlement Program is in the process of issuing payment for your Global, Banner, InEx Repair and Relocation claim(s) and the checks will be mailed to my office.

The total estimated amount of your payment is based on the Under Air Square Footage of your home, which is the area of your home that is heated and cooled and suitable for living all year long.

The total Under Air Square Footage, according to our file is 1,859 square feet.

You should be eligible for compensation from the Settlement(s) listed below. The Settlement Administrator will begin issuing checks for each settlement.

| Settlement | Under Air Square Footage | Per Square Foot Payment Amount | Payment Amount |
|---|---|---|---|
| Banner | | $2.97 | |
| InEx | | $0.36 | |
| Global Builder | 1,859 | $2.03 | $ 3,773.77 |

| Global Supplier  | | $3.36 | |
| Global Installer | | $0.95 | |

The total estimated amount of your payment is $3,773.77.

**This payment does affect your claim(s) under the Venture Supply/Porter Blaine Settlement.**

**Also, this payment does not compensate you for any Other Loss claims. If you are eligible for payment for an Other Loss claim, the Settlement Administrator will issue a separate payment, if your claim is approved, at a later date.**

Enclosed is an Acknowledgment of Receipt of the Global Supplier Settlement Payment. While, I do not have the payment yet, I expect to receive it soon. The acknowledgment is the amount we expect the check to be.

I have also enclosed a copy of the Notice of Approved Claims Administrator Procedure. This document explains how the $2.03 was calculated. In addition this document also explains that your settlement payment consists of 97% of the total amount. There is a 3% hold back cost that may be distributed after the settlement is complete, if there are any remaining funds. As such, you may be entitled to additional funds from this settlement.

The check will contain a **release** stating that you are releasing all claims against your builder, Meridian Homes USA, Inc. In addition to your Venture Supply/Porter Blaine settlement funds, your only remaining litigation is your lawsuit against the manufacturer of the Chinese drywall in your home, Taishan.

As we have discussed in the past, Taishan is a Chinese owned entity, owned by the Chinese government. Currently, Taishan is in default as to a judgment rendered in favor of 9 Virginia plaintiffs and is refusing to pay any funds. Although the Plaintiff Steering Committee and others continue to pursue claims against Taishan, I am not overly optimistic that there will ever be any funds from Taishan. As such, these funds may be the only funds you receive toward the repair of your home. Also, keep in mind that if there is a Taishan settlement in the future, Taishan may be entitled to offset the settlement by any funds you have already collected from other defendants. For example, if Taishan were to pay $1,000 toward repairs to your home and you have previously received $300 in settlement, then Taishan may only owe the difference of $700.

If you are in agreement with releasing Meridian Homes USA, Inc., when I mail you the check, simply negotiate the check by cashing or depositing it.

Pursuant to Judge Fallon's orders, no attorneys' fees or costs for the litigation is deducted from the settlement amount you receive. We will notify you as soon as we receive your check.

Lastly, I have enclosed Verification of Claims form for your review and signature. I will have to return this form to the Settlement Administrator in order to have your check issued. Please make sure the information is correct, sign and date this document and return it to me along with the acknowledgment in the enclosed postage-prepaid envelope.

I realize this is a lot of information and you may have questions, so please do not hesitate to give me a call.

Sincerely yours,

K. Edward Sexton, II

KESII/aje

Enclosures

# GENTLE, TURNER, SEXTON, DEBROSSE & HARBISON

ATTORNEYS AND COUNSELLORS AT LAW
SUITE 100 - 501 RIVERCHASE PARKWAY EAST
HOOVER, ALABAMA 35244

EDGAR C. GENTLE, III
TERRY D. TURNER, JR.*
K. EDWARD SEXTON, II
DIANDRA S. DEBROSSE
KATHERINE A. HARBISON
J. CHRISTOPHER SMITH
MICHAEL JACKS**
JENNIFER L. BLANKENSHIP
STACY C. HANSEN

TELEPHONE (205) 716-3000
TELECOPIER (205) 716-3010

*ALSO ADMITTED IN FLORIDA
**ONLY ADMITTED IN WEST VIRGINIA

December 18, 2014

**PERSONAL & CONFIDENTIAL**

Ms. Nell W. Boothe
483 Tranquil Drive
Winder, Georgia 30680

RE: **Porter-Blaine/Venture Supply Settlement; and Tobin Trading & Installers Settlement; Our File: 4839-9**

Dear Nell:

Please find enclosed this firm's check in the amount of $7,713.05, which represents $5,783.10 from Porter-Blaine/Venture Supply and $1,929.95 from Tobin Trading.

I have also enclosed a copy of Garretson Resolution Group's letter for your records. Please note this letter informs you that they are still processing Other Loss claims.

If you have any questions, please do not hesitate to give me a call.

Sincerely yours,

K. Edward Sexton, II

KESII/aje

Enclosures

# CHINESE DRYWALL SETTLEMENT PROGRAM

*For the Four Virginia-Based Class Action Settlements*

# REAL PROPERTY PAYMENT LETTER

November 24, 2014

Dear Class Member,

We are pleased to inform you that the Real Property Payments for the Four Virginia-based Class Settlements are ready to be distributed. Enclosed with this letter are checks for your share of the Real Property portion of the settlements. This letter will provide you details regarding your award and the allocation process.

The Determination Notice that was previously sent to you, as amended if your claim was subject to a successful appeal, set forth our Determinations regarding the settlements in which you are eligible to participate and the square footage value that we used to determine your share of the Real Property portion of each such settlement. The following are your awards, by settlement:

| Settlement | Your Real Property Award |
|---|---|
| Nationwide | $ .00 |
| Porter-Blaine / Venture | $5,783.10 |
| Tobin Trading | $1,929.95 |
| Installers | $ .00 |
| Builders Mutual | $ .00 |

Please note that if you are eligible to participate in both the Tobin Trading Settlement and the Installers settlement, your proceeds from those settlements will be issued together in a single check.

In accordance with the Allocation Plan that was approved by the Court, 32% of the settlement funds were set aside for attorneys' fees and 5% of the settlement funds were set aside for attorney and other case-related expenses. However, the attorneys' fees have been reduced to 30%, which has provided an additional $348,000.00 total available for allocation among the four settlements. In addition, per Court Order, $120,000.00 was deducted from the settlement funds for Enhancement Awards for sixteen class members who devoted significant additional time and effort to reach these settlements, to the benefit of all class members. We then set aside 20% of the Funds Available for Distribution for Other Loss claims, which we will process and distribute separately. The remaining 80% of the Funds Available for Distribution was allocated among the class members for Real Property Payments as described above.

Nell W. Boothe, CDW00046

We have prepared the following table to provide you with additional information regarding the settlements, including, for each settlement fund, the total number of eligible Real Property claims, the total dollar amount of Real Property awards allocated, the total determined square footage, the adjusted square footage[3] (which accounts for the adjustments set forth in Section 10 and Section 11 of the Allocation Plan), and total dollar amount of Incentive Awards issued.

|  | Nationwide | Builders Mutual | Porter-Blaine / Venture | Tobin Trading | Installers |
|---|---|---|---|---|---|
| **Eligible Claim Count:** | 178 | 53 | 262 | 262 | 23 |
| **Total Determined Square Footage (Before Adjustment):** | 426,982 | 127,681 | 653,511 | 653,511 | 53,796 |
| **Adjusted Square Footage:** | 388,743 | 106,786 | 499,083 | 480,576 | 47,349 |
| **Total Real Property Funds Allocated:** | $5,144,827.59 | $874,620.69 | $1,543,448.28 | $514,482.76 | $874,620.69 |
| **Total Incentive Awards:** | $68,965.52 | $11,724.14 | $20,689.66 | $6,896.55 | $11,724.14 |

We continue to process the Other Loss claims that we received. As mentioned above, 20% of the Funds Available for Distribution has been reserved for Other Losses, and we will complete processing and begin distributing these funds as soon as possible.

If you have questions about this letter, the enclosed documents, or the Settlement Program described herein, please contact the Garretson Resolution Group via email at chinesedrywall@garretsongroup.com or your attorneys. If you are unrepresented and require assistance, you may contact Class Counsel, Richard Serpe, at (757) 233-0009.

Sincerely,

Garretson Resolution Group
Fund Administrator

---

[3] Each claim's Adjusted Square Footage reflects the reductions provided for in Section 10 of the Allocation Plan (Statute of Limitations) as well as the reductions for participation in multiple settlements provided for in Section 11 of the Allocation Plan. The Real Property portion of each settlement was allocated according to the Adjusted Square Footage values for that settlement.

Nell W. Boothe, CDW00046

## GENTLE, TURNER, SEXTON, DEBROSSE & HARBISON
ATTORNEYS AND COUNSELLORS AT LAW
SUITE 100 - 501 RIVERCHASE PARKWAY EAST
HOOVER, ALABAMA 35244

EDGAR C. GENTLE, III
TERRY D. TURNER, JR.*
K. EDWARD SEXTON, II
DIANDRA S. DEBROSSE
KATHERINE A. HARBISON
J. CHRISTOPHER SMITH
MICHAEL JACKS**
JENNIFER L. BLANKENSHIP

TELEPHONE (205) 716-3000
TELECOPIER (205) 716-3010

*ALSO ADMITTED IN FLORIDA
**ONLY ADMITTED IN WEST VIRGINIA

# ACKNOWLEDGMENT OF RECEIPT OF GLOBAL SUPPLIER SETTLEMENT PAYMENT

**RE:** 483 Tranquil Drive, Winder, Georgia 30680

Dear Ms. Boothe:

Enclosed is your Global Supplier Settlement Payment in the amount of $3,773.77

By signing below, I acknowledge and agree with the disbursement of the Global Supplier Settlement in the amount indicated above, and I acknowledge receipt of the check indicated.

Gentle, Turner, Sexton, Debrosse & Harbison, nor any of its partners or employees, have provided any tax advice on the settlement proceeds and recommend that I consult with my accountant or tax attorney to determine the proper treatment of the settlement proceeds.

_____
Nell W. Boothe

Date: Dec. 11, 2014