## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL No. 2047 |
| | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| **THIS DOCUMENT APPLIES TO ALL CASES** | * * * | MAGISTRATE JUDGE WILKINSON |
| | * | |

**************************************************************************

### MOTION TO QUASH SUBPOENA AND
### AMENDED NOTICE OF ORAL AND VIDEOTAPED DEPOSITION
### PURSUANT TO FED. R. CIV. P. 30(b)(6)
### ISSUED TO T. ROWE PRICE GROUP, INC.

**NOW INTO COURT,** through undersigned counsel, comes T. Rowe Price Group, Inc. ("T. Rowe"), a non-party to this litigation, who hereby moves that this Honorable Court quash the subpoena and amended notice of oral and videotaped deposition pursuant to Fed. R. Civ. P. 30(b)(6) directed to T. Rowe, and for all other just and equitable relief as is more fully described in the attached memorandum in support of this Motion to Quash.

Respectfully submitted,

/s/  Rebecca L. Caldwell
Ward B. Coe, III
MD. Fed. Bar. No. 00282
wcoe@gejlaw.com
Rebecca L. Caldwell
MD. Fed. Bar No. 28957
rcaldwell@gejlaw.com
GALLAGHER EVELIUS & JONES LLP
218 North Charles Street, Suite 400
Baltimore, Maryland  21201
(410) 727-7702
*Attorneys for T. Rowe Price Group, Inc.*

March 26, 2015

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th Day of March 2015, a copy of this Motion to Quash Subpoena Issued to T. Rowe Price Group, Inc. and supporting Memorandum was served upon all parties by electronically filing via CM/ECF, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

/s/
Rebecca L. Caldwell

# 427258