UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

In re: Chinese-Manufactured Drywall Product   *
                                              *   Civil Action No. MDL 2047
Liability Litigation                          *
                                              *

\* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF JOHN GILNER

1. I am a vice president of T. Rowe Price Group, Inc. I am also a managing counsel in the Legal Department of T. Rowe Price Associates, Inc. and a lawyer admitted to practice in Maryland. I am of the age of majority and have personal knowledge of the following facts.

2. T. Rowe Price Group, Inc. is a holding company located at 100 East Pratt Street, Baltimore, Maryland 21202. Its attorneys accepted service of the subpoena and deposition notice attached as **Exhibit 1**.

3. The subpoena and notice seek testimony pursuant to Federal Rule of Civil Procedure 30(b)(6). They were issued by Plaintiffs' attorneys in the Chinese-Manufactured Drywall Product Liability Litigation, an MDL action pending in the Eastern District of Louisiana. The deposition notice states that the deposition will be conducted in furtherance of discovery related to collection of a judgment.

4. The subpoena also seeks documents for a period from January 1, 2001 to the present relating to 222 named entities, their parents, related entities, subsidiaries, agents, and assigns.

# 427284v3
012728-0003



5. T. Rowe Price Group, Inc. is not a shareholder of record of any of the companies identified.

6. T. Rowe Price Group, Inc.:

(a) has not been involved in the design, development, manufacture, promotion, export, import, brokerage, distribution, shipment, storage, sale, purchase and/or installation of Chinese drywall during the Relevant Time Period;

(b) has not engaged in transactions involving Chinese drywall or with entities that sell Chinese drywall during the Relevant Time Period;

(c) has not engaged in transactions with Taishan Gypsum Co., Ltd. ("Taishan") during the Relevant Time Period;

(d) has not engaged in commercial interactions or commercial relationships with Taishan during the Relevant Time Period;

(e) has not had an ownership or financial interest in Taishan during the Relevant Time Period;

(f) has not made any loans or investments in Taishan during the Relevant Time Period;

(g) is not aware of any loans or investments by Taishan in T. Rowe Price Group, Inc. during the Relevant Time Period;

(h) is not aware of the court order dated July 17, 2014 other than through its attorneys; and

(i) is not aware of whether Taishan conducted business in the United States during the Relevant Time Period.

I solemnly affirm under the penalties of perjury and on personal knowledge that the contents of this affidavit are true.

_____
John Gilner
Vice-President
T. Rowe Price Group, Inc.

Date: March 20/½ 2015