UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION   ) ) ) ) ) ) ) ) | CASE NO. 2:09-MD-02047 SECTION L JUDGE FALLON |
| (Relates to *Amato v. Liberty Mutual Ins.*, No. 2:10-cv-00932) | MAG. JUDGE WILKINSON |

## ORDER

This matter is before the Court on Westchester Fire Insurance Company's Ex Parte Motion for Leave to File its Sur-Reply to American Home Assurance Company's Reply in Support of Plaintiffs' Motion to Amend Complaint by Interlineation.

This Court, having Court having reviewed the motion and all relevant related documents, and otherwise being fully advised in the premises, hereby ORDERS AND ADJUDGES that the motion for leave is GRANTED. Westchester Fire Insurance Company's Sur-Reply to American Home Assurance Company's Reply in Support of Plaintiffs' Motion to Amend Complaint by Interlineation is hereby deemed FILED as of the date of entry of this Order. New Orleans, Louisiana, this 24th day of March, 2015.

_____
Eldon E. Fallon
United States District Court Judge