In re: Chinese-Manufactured Drywall Products Liability Litigation



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 133483-0020

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Lowe's Companies, Inc., c/o Corporation Service Company

Court Case No. MDL 2047

HERMAN, HERMAN, ET AL
M Lillian Flemming
820 O'Keefe Ave.
New Orleans, LA 70113-1116

State of: North Carolina ) ss.
County of: Johnston )

**Name of Server:** Jennifer McCracken, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 26 day of March, 20 15, at 11:14 o'clock A M

**Place of Service:** at 327 Hillsborough Street, in Raleigh, NC 27603

**Documents Served:** the undersigned served the documents described as:
Subpoena to Testify at a Deposition in a Civil Action; Witness Fee

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Lowe's Companies, Inc., c/o Corporation Service Company

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Debbie Fylak, Legal Assistant / Authorized Agent

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Blonde ; Facial Hair n/a
Approx. Age 50 ; Approx. Height 5'3" ; Approx. Weight 135

X To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 26 day of March, 2015

Signature of Server

Notary Public  2-18-2018 (Commission Expires)

APS International, Ltd.

[Notary Seal: PAMELA D JOHNSON, NOTARY PUBLIC, JOHNSTON COUNTY, NC, My Comm. Expires February 18, 2018]