In re: Chinese-Manufactured Drywall Products Liability Litigation



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 134029-0001

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
—Wal-Mart Stores, Inc., through Karen Roberts, Executive
Vice President and General Counsel
Court Case No. MDL 2047

HERMAN, HERMAN, ET AL
Mr. Leonard A. Davis
820 O'Keefe Ave.
New Orleans, LA 70113-1116

---

State of: _Arkansas_ ) ss.
County of: _Benton_ )

**Name of Server:** _Roger White_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _25th_ day of _March_, 20 _15_, at _11:55_ o'clock _A_ M

**Place of Service:** at  702 SW 8th Street , in  Bentonville, AR 72716-8611

**Documents Served:** the undersigned served the documents described as:
Subpoena to Testify at a Deposition in a Civil Action (with poduction request) with Attached 20 (b)(
Notice of Deposition (with exhibits); Witness Fee Check

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Wal-Mart Stores, Inc., through Karen Roberts, Executive Vice President and General Counsel**
By delivering them into the hands of an officer or managing agent whose name and
title is: _Ruth Karanja - Discovery Specialist_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _F_ ; Skin Color _BlK_ ; Hair Color _BlK_ ; Facial Hair _____
Approx. Age _30_ ; Approx. Height _5'6"_ ; Approx. Weight _135_

☑ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury
that the foregoing is true and correct.

_BPS 2009-13_

Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this
_26th_ day of _March_, 20 _15_

_10/16/2019._

Notary Public  (Commission Expires)

LOUISE DENISE GRIFFIN
NOTARY PUBLIC
BENTON COUNTY, ARKANSAS
COMM. EXP. 10/16/2019
COMMISSION NO. 12373504