## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED | * | MDL 2047 |
| DRYWALL PRODUCTS  * | | |
| LIABILITY LITIGATION * | SECTION L | |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: All Cases | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |

* * * * * * * * * * * * *

### JOINT MOTION TO RELIEVE THE *PRO SE* CURATOR

Defendants' Liaison Counsel and Plaintiffs' Liaison Counsel file this Joint Motion to Relieve Robert M. Johnston as the Court-Appointed *Pro Se* Curator.

The administration of the various settlements is nearly complete, and all work related to the claims process is being performed by the Settlement Administrator (Brown Greer) and the Special Master, without any additional input from the *Pro Se* Curator. Accordingly, participation in the remediation program is now closed, and the work of the *Pro Se* Curator is complete.

For these reasons, as more fully explained in the accompanying memorandum, the Court should relieve Mr. Johnson from his duties as *pro se* curator in the above captioned MDL.

Respectfully submitted,

| | |
|---|---|
| */s/ Leonard A. Davis* | */s/ Kerry Miller* |
| Russ M. Herman (Bar No. 6819) | Kerry Miller (Bar No. 24562) |
| Leonard A. Davis (Bar No. 14190) | James Parish (Bar No. 34017) |
| ***Herman, Herman & Katz, LLC*** | ***Baker, Donelson, Bearman, Caldwell & Berkowitz*** |
| 820 O'Keefe Avenue | |
| New Orleans, LA 70113 | 201 St. Charles Ave. |
| PH: (504) 581-4892 | Suite 3600 |
| FAX: (504) 561-6024 | New Orleans, LA 70170 |
| **Plaintiffs' Liaison Counsel** | PH: (504) 566-8646 |
| | FAX: (504) 585-6946 |
| | **Defendants' Liaison Counsel** |

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Joint Motion to Relieve the Pro Se Curator of Plaintiffs' and Defendants' Liaison Counsel has been served to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 2047, on this 27th day of March, 2015.

*/s/ Kerry J. Miller*