UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL 2047 |
| DRYWALL PRODUCTS * | | |
| LIABILITY LITIGATION * | | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: All Cases | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM IN SUPPORT OF THE
JOINT MOTION TO RELIEVE THE *PRO SE* CURATOR**

Defendants' Liaison Counsel and Plaintiffs' Liaison Counsel file this memorandum in support of their Joint Motion to Relieve Robert M. Johnston as the Court-Appointed *Pro Se* Curator.

The administration of the various settlements is nearly complete, and all work related to the claims process is being performed by the Settlement Administrator (Brown Greer) and the Special Master, without any additional input from the *Pro Se* Curator. Accordingly, participation in the remediation program is now closed, and the work of the *Pro Se* Curator is complete.

For these reasons, as more fully explained below, the Court should relieve Mr. Johnson from his duties as *pro se* curator in the above captioned MDL.

I.    BACKGROUND

The Court sought the appointment of Mr. Johnston to serve as the *Pro Se* Curator to Rule 53 of the Federal Rules of Civil Procedure and the Court's inherent authority to manage docket. *See Marinechance Shipping, Ltd. v. Sebastian*, 143 F.3d 216, 218 (5th Cir. 1998) (noting that district courts possess the inherent power to control their dockets). On November 8, 2011, the Court announced its intention to appoint Mr. Johnston and invited any objections or

to the appointment. Rec. Doc. 11167. Having received no objection, the Court officially appointed Mr. Johnston to serve as the *Pro Se* Curator by order on November 21, 2011. Rec. 11327. Mr. Johnston has served as the *Pro Se* Curator since that time.

## II.   LAW & ARGUMENT

The administration of the various settlements is nearly complete. The deadline for class members to file claims to the various settlements with the Settlement Administrator expired on October 25, 2013, over one year ago. All work related to the claims process is being performed by the Settlement Administrator (Brown Greer) and the Special Master, without any additional input from the *Pro Se* Curator.

In addition, on November 25, 2014, the Knauf Defendants announced their intention to allow certain *pro se* claimants who did not file claims with the Settlement Administrator prior to or on October 25, 2013, into the remediation program. The Knauf Defendants further announced in open court that the remediation program will thereafter be permanently closed, and no additional plaintiffs will be allowed to participate. Since that time, those *pro se* claimants have been added into the remediation program. Accordingly, participation in the remediation program is now closed, and the work of the *Pro Se* Curator is complete.

## III.   CONCLUSION

For the foregoing reasons, Defendants' Liaison Counsel and Plaintiffs' Liaison Counsel respectfully request that the Court relieve Mr. Johnston from his duties as *pro se* curator in the above captioned MDL.

Respectfully submitted,

| | |
|---|---|
| */s/ Leonard A. Davis* | */s/ Kerry Miller* |
| Russ M. Herman (Bar No. 6819) | Kerry Miller (Bar No. 24562) |
| Leonard A. Davis (Bar No. 14190) | James Parish (Bar No. 34017) |
| **Herman, Herman & Katz, LLC** | **Baker, Donelson, Bearman, Caldwell & Berkowitz** |
| 820 O'Keefe Avenue | 201 St. Charles Ave. |
| New Orleans, LA  70113 | Suite 3600 |
| PH:  (504) 581-4892 | New Orleans, LA  70170 |
| FAX:  (504) 561-6024 | PH:     (504) 566-8646 |
| **Plaintiffs' Liaison Counsel** | FAX:   (504) 585-6946 |
| | **Defendants' Liaison Counsel** |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Joint Memorandum in Support of the Motion to Relieve the Pro Se Curator of Plaintiffs' and Defendants' Liaison Counsel has been served to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 2047, on this 27th day of March, 2015.

                                                            */s/ Kerry J. Miller*