UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |
| * * * * * * * * * * * * * * * * * | | |

**NOTICE OF SUBMISSION**

PLEASE TAKE NOTICE that undersigned counsel will bring the foregoing Motion for hearing before the Honorable Eldon E. Fallon, Section L of the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130 on Wednesday, the 22nd day of April, 2015, beginning at 9:00 a.m. or as soon thereafter as counsel can be heard.

Respectfully submitted,

| | |
|---|---|
| */s/ Leonard A. Davis* | */s/ Kerry Miller* |
| Russ M. Herman (Bar No. 6819) | Kerry Miller (Bar No. 24562) |
| Leonard A. Davis (Bar No. 14190) | James Parish (Bar No. 34017) |
| ***Herman, Herman & Katz, LLC*** | ***Baker, Donelson, Bearman, Caldwell & Berkowitz*** |
| 820 O'Keefe Avenue | 201 St. Charles Ave. |
| New Orleans, LA  70113 | Suite 3600 |
| PH:  (504) 581-4892 | New Orleans, LA  70170 |
| FAX:  (504) 561-6024 | PH:     (504) 566-8646 |
| **Plaintiffs' Liaison Counsel** | FAX:  (504) 585-69468 |
| | **Defendants' Liaison Counsel** |

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Submission of Plaintiffs' and Defendants' Liaison Counsel has been served to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 2047, on this 27th day of March, 2015.

                                                                                    */s/ Kerry J. Miller*