In re: Chinese-Manufactured Drywall Products Liability Litigation



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 134029-0005

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--CTIEC-TECO American Technology Inc., c/o Lori Decker, Esq.
Court Case No. MDL 2047

HERMAN, HERMAN, ET AL
Mr. Leonard A. Davis
820 O'Keefe Ave.
New Orleans, LA 70113-1116

State of: __OHIO__ ) ss.
County of: __LUCAS__ )

Name of Server: __John R. Bahs__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __25__ day of __MARCH__, 20__15__, at __11:40__ o'clock __A__ M

Place of Service: at Marshall & Melhorn, LLC, in Toledo, OH 43604
Four Seagate 8th Floor

Documents Served: the undersigned served the documents described as:
Subpoena to Testify at a Deposition in a Civil Action (with poduction request) with Attached 20 (b)( Notice of Deposition (with exhibits); Witness Fee Check

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
CTIEC-TECO American Technology Inc., c/o Lori Decker, Esq.
By delivering them into the hands of an officer or managing agent whose name and title is: __LORI DECKER / ATTY__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __F__; Skin Color __WT__; Hair Color __BRN__; Facial Hair __—__
Approx. Age __50__; Approx. Height __5-6__; Approx. Weight __130__

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

__John R. Bahs__
Signature of Server

Subscribed and sworn to before me this __25th__ day of __March__, 20__15__

__[signature]__   __8-13-15__
Notary Public   (Commission Expires)

**APS International, Ltd.**