In re: Chinese-Manufactured Drywall Products Liability Litigation



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 134029-0007

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Westlund Log Handlers, LLC, c/o SW&W Registered Agents, Inc.
Court Case No. MDL 2047

HERMAN, HERMAN, ET AL
Mr. Leonard A. Davis
820 O'Keefe Ave.
New Orleans, LA 70113-1116

State of: Oregon ) ss.
County of: Clackamas )

Name of Server: Jeff Eftenadi, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 26 day of March, 20 15, at 11:43 o'clock A M

Place of Service: at 1211 SW Fifth Avenue, Ste. 1900, in Portland, OR 97204

Documents Served: the undersigned served the documents described as:
Attached 20 (b)(6); Notice of Deposition (with exhibits); Witness Fee Check

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Westlund Log Handlers, LLC, c/o SW&W Registered Agents, Inc.

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Roxanne — Receptionist

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Black ; Facial Hair No
Approx. Age 40-50 ; Approx. Height ____ ; Approx. Weight Slender

X To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this 27 day of March, 20 15

Christine M Freiter
Notary Public         (Commission Expires)

**OFFICIAL SEAL**
CHRISTINE M FREITER
NOTARY PUBLIC-OREGON
COMMISSION NO. 476353
MY COMMISSION EXPIRES APRIL 08, 2017