UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL No. 2047<br>*<br>* SECTION L<br>*<br>* JUDGE ELDON E. FALLON<br>*<br>* MAGISTRATE JUDGE<br>* JOSEPH C. WILKINSON, JR.<br>* |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO: ALL CASES**

## ORDER

Considering the Motions to Withdraw as Counsel of Record (Rec. Doc. Nos. 17846 and 17858)("Motions") filed by law firms Hogan Lovells US LLP ("Hogan Lovells") and Stanley, Reuter, Ross, Thornton & Alford, LLC ("SRRTA"), and their respective individual counsel who have represented Defendants Taishan Gypsum Co. Ltd. ("TG") and Tai'an Taishan Plasterboard Co., Ltd. ("TTP"), including, but not limited to, Joe Cyr, Frank Spano, Eric Statman, Courtney Colligan, Christina Taber-Kewene, and Matthew Galvin of Hogan Lovells; and Richard C. Stanley and Thomas P. Owen, Jr. of SRRTA (collectively "Discharged Counsel") and relying on the motions, briefs, applicable law, and oral argument on March 26, 2015;

**IT IS HEREBY ORDERED** that the Motions be and hereby are **GRANTED**. Discharged Counsel are granted leave to withdraw and hereby withdrawn as counsel of record for the TG and TTP in all cases that they might have appeared as counsel of record in MDL No. 2047.

**IT IS HEREBY FURTHER ORDERED** that Discharged Counsel also have no further obligations under this Court's June 25, 2014 Order (Rec. Doc. No. 17790) regarding alternative service of process pursuant to Fed. R. Civ. Proc. 4(f)(3). This, however, shall not affect the obligations of TG and TTP's other United States lawyers under that June 25, 2014 Order.

New Orleans, Louisiana, this 27th day of March, 2015.

JUDGE ELDON E. FALLON