# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:

*Amorin et al. v. Taishan Gypsum Co. Ltd. et al.,* **Case No. 2:11-cv-01673**

*Amorin et al. v. Taishan Gypsum Co. Ltd. et al.,* **Case No. 2:11-cv-01395**

*Amorin et al. v. Taishan Gypsum Co. Ltd. et al.,* **Case No. 2:11-cv-01672**

*Wiltz et al. v. Beijing New Building Material Public Limited Company et al.,* **Case No. 2:10-cv-00361**

*Gross et al. v. Knauf Gips KG et al.,* **Case No. 2:09-cv-06690**

*Germano et al. v. Taishan Gypsum Co. Ltd. et al.,* **Case No. 2:09-cv-06687**

## ORDER GRANTING MOTION FOR SUBSTITUTION OF COUNSEL

Considering Alston & Bird LLP, Dentons US LLP, and Phelps Dunbar LLP's Joint Motion for Substitution of Counsel for Beijing New Building Materials Public Limited Company and having found that the above referenced counsel have complied with Local Rule 83.2.11,

IT IS ORDERED that the Joint Motion for Substitution of Counsel is GRANTED. Alston & Bird LLP and its respective attorneys are discharged from any obligation to Beijing New Building Materials Public Limited Company for the prosecution of this action. Dentons US LLP and Phelps

Dunbar LLP and their respective attorneys shall be substituted as counsel of record for Beijing New

Building Materials Public Limited Company for all purposes of this action.

New Orleans, Louisiana, this 30th day of __March_____, 2015.

_____

Eldon E. Fallon
United States District Court Judge