In re: Chinese-Manufactured Drywall Products Liability Litigation



Service of Process by

**APS International, Ltd.**

**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  134029-0006

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--New Jersey Institute of Technology, through Holly Stern,
General Counsel

Court Case No. MDL 2047

HERMAN, HERMAN, ET AL

Mr. Leonard A. Davis
820 O'Keefe Ave.
New Orleans, LA 70113-1116

---

State of: __New Jersey__ ) ss.
County of: __Somerset__ )

Name of Server: __Anthony Iavarone__ , undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action:

Date/Time of Service: that on the __25__ day of __March__ , 20__15__ , at __1:55__ o'clock __P__ M

Place of Service: at  Office of General Counsel , in  Newark, NJ 07012
310 Fenster Hall, University Heights

Documents Served: the undersigned served the documents described as:
Subpoena to Testify at a Deposition in a Civil Action (with production request) with Attached 20 (b)(
Notice of Deposition (with exhibits); Witness Fee Check

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
New Jersey Institute of Technology, through Holly Stern, General Counsel

Person Served, and
Method of Service: By delivering them into the hands of an officer or managing agent whose name and
title is: __Kay Turner, General Counsel__

Description of
Person Receiving
Documents: The person receiving documents is described as follows:
Sex __F__ ; Skin Color __Black__ ; Hair Color __Black__ ; Facial Hair _____
Approx. Age __50__ ; Approx. Height __5'4"__ ; Approx. Weight __150__

To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury
that the foregoing is true and correct.

Signature of Server __Anthony Iavarone__

Subscribed and sworn to before me this
__27__ day of __March__ , 20__15__

__Suzanne Weingartner__
Notary Public  (Commission Expires)

**APS International, Ltd.**

SUZANNE WEINGARTNER
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 3/4/2018