# EXHIBIT BB

| ***AMORIN, ET AL V. THE STATE-OWNED ASSETS SUPERVISION AND ADMINISTRATION COMMISSION OF THE STATE COUNCIL, ET AL*** <br> ***14-1727*** <br><br> ***OMNIBUS XIX COMPLAINT*** |||
|---|---|---|
| **DEFENDANT** | **ADDRESS FOR SERVICE** | **SERVICE WAS MADE** |
| Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd. | Joe Cyr, Esquire <br> HOGAN LOVELLS US LLP <br> 875 Third Avenue <br> New York, NY 10022 | 7/31/14 <br> Served on defense counsel via Federal Express pursuant to the Court's Order dated June 25, 2014 (Rec. Doc. No. 17790) |
| Taian Taishan Plasterboard Co., Ltd. | Joe Cyr, Esquire <br> HOGAN LOVELLS US LLP <br> 875 Third Avenue <br> New York, NY 10022 | 7/31/14 <br> Served on defense counsel via Federal Express pursuant to the Court's Order dated June 25, 2014 (Rec. Doc. No. 17790) |
| Beijing New Building Materials Public Limited Co. | Long Guan Zhi Ye Plaza, No. 118 West Street, Huilongguan, Changping District, Beijing, China 102208 | 2/12/15 |
| China National Building Material Co., Ltd. | 17th Floor <br> Zhong Guo Jian Cai Da Sha <br> San Li He Road #11 <br> Haidian District <br> Beijing City, PR.China 100037 | 2/12/15 |
| Beijing New Building Materials (Group) Co., Ltd. | 15/F, Tower 2, Guohai Plaza, 17 Fuxing Road, Haidian District, Beijing 100036 | 2/12/15 |
| China National Building Materials Group Corporation | 23/F, Tower 2, Guohai Plaza, 17 Fuxing Road, Haidian District, Beijing 100036 | 2/12/15 |