UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT APPLIES TO ALL CASES | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**EMERGENCY MOTION OF THE PLAINTIFFS' STEERING COMMITTEE FOR ORDER REQUIRING THE BNBM AND CNBM ENTITIES TO SUBMIT PROFILE FORMS ON OR BEFORE APRIL 6, 2015**

NOW INTO COURT come the Plaintiffs' Steering Committee ("PSC"), who shows as follows:

1. Pursuant to the orders and directives of the Court at the special hearing that took place on March 17, 2015, and the Court's Minute Entry and Orders dated March 17, 2015 [Rec. Doc. No. 18493] authorizing expedited discovery of Taishan and BNBM/CNBM regarding (i) the injunction prong of the Court's July 17, 2014 Order holding Taishan in contempt of court, criminally and civilly [Rec. Doc. No. 17869], and (ii) whether there exist alter ego relationships between and among these entities, to be completed no later than April 28, 2015, the PSC has served written discovery and expedited deposition requests on each of the BNBM and CNBM entities.[1]

2. Each of the BNBM and CNBM entities were served in this litigation in 2010.  By way of further explanation, BNBM, CNBM, and CNBM Group were served with the *Gross* complaint on February 25, 2010.  BNBM Group was served with the *Gross* complaint on August 25, 2010.

---

[1] These entities include BNBM; BNBM Group; CNBM; and CNBM Group.

3. Pursuant to Pre-Trial Order 25, every party in the litigation was required to submit a profile form on or before November 15, 2011. This same Pre-Trial Order required that new parties to the litigation must submit profile forms within forty (40) days of being served with a complaint.

4. The BNBM and CNBM entities have failed to comply with Pre-Trial Order 25 by timely submitting profile forms. In light of this failure to comply with the procedures established by Pre-Trial Order 25, on March 25, 2015 the PSC formally requested that these entities submit completed profile forms within ten (10) days. *See* March 25, 2015 Correspondence from Russ M. Herman, attached hereto as Exhibit "A". Thus, even assuming the BNBM and CNBM entities were previously unaware of their obligations to submit a profile form, they have had the profile forms in their possession for approximately one week.

5. As noted above, the Court's Minute Entry and Orders requires that discovery be completed no later than April 28, 2015. Due to the shortened time limitation on discovery imposed by the Court at the March 17th hearing, the PSC requests that the Court order each of the BNBM and CNBM entities to submit completed profile forms no later than April 6, 2015 so that these profile forms will be available for the depositions of these entities.

WHEREFORE, the PSC prays that this motion be granted and the BNBM and CNBM entities be Ordered to produce full and complete profile forms on or before April 6, 2015.

                                                           Respectfully submitted,

Dated:  March 31, 2105                    /s/ Russ M. Herman_____
                                                        **Russ M. Herman** (Bar No. 6819)
                                                         Leonard A. Davis (Bar No. 14190)
                                                         Stephen J. Herman (Bar No. 23129)
                                                         *HERMAN, HERMAN & KATZ, LLC*
                                                         820 O'Keefe Avenue
                                                         New Orleans, LA  70113
                                                         PH:  (504) 581-4892
                                                         FAX:  (504) 561-6024
                                                         ldavis@hhkc.com
                                                         *Plaintiffs' Liaison Counsel*
                                                         *MDL 2047*

                                                         Arnold Levin
                                                         Fred S. Longer
                                                         Sandra L. Duggan
                                                         Matthew C. Gaughan
                                                         Levin, Fishbein, Sedran & Berman
                                                         510 Walnut Street, Suite 500
                                                         Philadelphia, PA 19106
                                                         PH:  (215) 592-1500
                                                         FAX:  (215) 592-4663
                                                         Alevin@lfsblaw.com
                                                         *Plaintiffs' Lead Counsel*
                                                         *MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

| | |
|---|---|
| Dawn M. Barrios | Peter Prieto |
| Barrios, Kingsdorf & Casteix, LLP | Podhurst Orseck, PA |
| 701 Poydras Street, Suite 3650 | 25 Flagler Street, 8th Floor |
| New Orleans, LA 70139 | Miami, FL 33130 |
| Phone: (504) 524-3300 | Phone: (305) 358-2800 |
| Fax: (504) 524-3313 | Fax: (305) 358-2382 |
| Barrios@bkc-law.com | pprieto@podhurst.com |
| | |
| Daniel E. Becnel, Jr. | Bruce William Steckler |
| Becnel Law Firm, LLC | Steckler LLP |
| 425 W. Airline Highway, Suite B | 12720 Hillcrest Road, Suite 1045 |
| Laplace, LA 70068 | Dallas, TX 75230 |
| Phone: (985) 536-1186 | Phone: (972) 387-4040 |
| Fax: (985) 536-6445 | Fax: (972) 387-4041 |
| dbecnel@becnellaw.com | bruce@stecklerlaw.com |

3

Ervin A. Gonzalez
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
  Echsner & Proctor, PA
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Jerrold Seth Parker
Parker Waichman, LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Myers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@attorneys4people.com

Christopher Seeger
Scott Alan George
Dion Kekatos
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Richard J. Serpe
Law Offices of Richard J. Serpe
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Victor M. Diaz, Jr.
V.M. Diaz and Partners, LLC
119 Washington Ave., Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

### OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W., Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Anthony D. Irpino (On the Brief)
Pearl Robertson (On the Brief)
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

### **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 31st day of March, 2015.

Respectfully Submitted,

BY: */s/ Leonard A. Davis*
Leonard A. Davis
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com

*Plaintiffs' Liaison Counsel*
*MDL 2047*