UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT APPLIES TO ALL CASES | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## PROPOSED ORDER

Considering the Motion of the Plaintiffs' Steering Committee ("PSC") for Order Requiring the BNBM and CNBM entities to Submit Profile Forms on or Before April 6, 2015, IT IS HEREBY ORDERED that the Motion is GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2015.

_____
Eldon E. Fallon
United States District court Judge

1