UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE FALLON |
| Block, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft KG, et al. Case No. 11-1363 | ) ) ) ) ) | MAG. JUDGE WILKINSON |

### CLASS MEMBER PRIME HOMES AT PORTOFINO FALLS, LTD.'S MOTION FOR RECALCULATION OF SELF-REMEDIATION ESTIMATES TO REFLECT CURRENT MARKET RATES

Class Member, Prime Homes at Portofino Falls, Ltd. ("Prime Homes"), hereby files its Motion for Recalculation of Self-Remediation Estimates to Reflect Current Market Rates. Prime Homes asks the Court to use its equitable power to order Knauf to recalculate the Self-Remediation estimates it provided to Prime Homes to reflect current market rates due to Knauf's unreasonable delays in providing the Self-Remediation estimates to Prime Homes while construction prices have substantially increased. It is inequitable to require Prime Homes to accept Knauf's initial Xactimates and construction cost estimates when construction costs have substantially risen during the pendency of the claims process and Prime Homes' shortfall in construction funds is due to Knauf's unreasonable delays in inspecting, conducting Walk-Throughs, and providing estimates to Prime Homes.

WHEREFORE, Prime Homes requests that the Court enter an order granting its Motion for Recalculation of Self-Remediation Estimates to Reflect Current Market Rates.

1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing MOTION FOR RECALCULATION OF SELF-REMEDIATION ESTIMATES TO REFLECT CURRENT MARKET RATES has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this on this 31 day of March, 2015.

ERVIN A. GONZALEZ
Fla. Bar No. 500720
Ervin@colson.com
PATRICK S. MONTOYA
Fla. Bar No. 524441
Patrick@colson.com
NATALIE M. RICO
Fla. Bar No. 0065046
Natalie@colson.com
COLSON HICKS EIDSON
COLSON MATTHEWS MARTINEZ
GONZALEZ KALBAC & KANE
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax:   (305) 476-7444
*Counsel for Plaintiffs*