## The Falls of Portofino
### Naples, Florida 34119
### List of Completed Units

| # | Builders Lot # | Legal Unit # | Legal Building # | Model Type | Model Name | Address |
|---|---|---|---|---|---|---|
| 1 | 9 | 1 | 2 | B | Boticelli | 7043 Ambrosia Lane |
| 2 | 10 | 2 | 2 | D | Donatello | 7043 Ambrosia Lane |
| 3 | 11 | 3 | 2 | A | Angelico | 7043 Ambrosia Lane |
| 4 | 12 | 4 | 2 | C | Da Vinci | 7043 Ambrosia Lane |
| 5 | 13 | 5 | 2 | C | Da Vinci | 7043 Ambrosia Lane |
| 6 | 14 | 6 | 2 | B | Boticelli | 7043 Ambrosia Lane |
| 7 | 37 | 1 | 6 | B | Boticelli | 7029 Ambrosia Lane |
| 8 | 38 | 2 | 6 | D | Donatello | 7029 Ambrosia Lane |
| 9 | 39 | 3 | 6 | A | Angelico | 7029 Ambrosia Lane |
| 10 | 40 | 4 | 6 | C | Da Vinci | 7029 Ambrosia Lane |
| 11 | 41 | 5 | 6 | C | Da Vinci | 7029 Ambrosia Lane |
| 12 | 42 | 6 | 6 | B | Boticelli | 7029 Ambrosia Lane |
| 13 | 43 | 1 | 7 | B | Boticelli | 7032 Ambrosia Lane |
| 14 | 44 | 2 | 7 | D | Donatello | 7032 Ambrosia Lane |
| 15 | 45 | 3 | 7 | D | Donatello | 7032 Ambrosia Lane |
| 16 | 46 | 4 | 7 | C | Da Vinci | 7032 Ambrosia Lane |
| 17 | 47 | 5 | 7 | A | Angelico | 7032 Ambrosia Lane |
| 18 | 48 | 6 | 7 | C | Da Vinci | 7032 Ambrosia Lane |
| 19 | 49 | 7 | 7 | D | Donatello | 7032 Ambrosia Lane |
| 20 | 50 | 8 | 7 | B | Boticelli | 7032 Ambrosia Lane |
| 21 | 73 | 1 | 11 | B | Boticelli | 7020 Ambrosia Lane |
| 22 | 74 | 2 | 11 | D | Donatello | 7020 Ambrosia Lane |
| 23 | 75 | 3 | 11 | D | Donatello | 7020 Ambrosia Lane |
| 24 | 76 | 4 | 11 | C | Da Vinci | 7020 Ambrosia Lane |
| 25 | 77 | 5 | 11 | A | Angelico | 7020 Ambrosia Lane |
| 26 | 78 | 6 | 11 | C | Da Vinci | 7020 Ambrosia Lane |
| 27 | 79 | 7 | 11 | D | Donatello | 7020 Ambrosia Lane |
| 28 | 80 | 8 | 11 | B | Boticelli | 7020 Ambrosia Lane |
| 29 | 105 | 1 | 15 | B | Boticelli | 7013 Romana Way |
| 30 | 106 | 2 | 15 | D | Donatello | 7013 Romana Way |
| 31 | 107 | 3 | 15 | A | Angelico | 7013 Romana Way |
| 32 | 108 | 4 | 15 | C | Da Vinci | 7013 Romana Way |
| 33 | 109 | 5 | 15 | C | Da Vinci | 7013 Romana Way |
| 34 | 110 | 6 | 15 | B | Boticelli | 7013 Romana Way |
| 35 | 111 | 1 | 16 | B | Boticelli | 7009 Romana Way |
| 36 | 112 | 2 | 16 | D | Donatello | 7009 Romana Way |
| 37 | 113 | 3 | 16 | D | Donatello | 7009 Romana Way |
| 38 | 114 | 4 | 16 | C | Da Vinci | 7009 Romana Way |
| 39 | 115 | 5 | 16 | A | Angelico | 7009 Romana Way |
| 40 | 116 | 6 | 16 | C | Da Vinci | 7009 Romana Way |
| 41 | 117 | 7 | 16 | D | Donatello | 7009 Romana Way |

6/24/2011                                        1


EXHIBIT A

| # | Builders Lot # | Legal Unit # | Legal Building # | Model Type | Model Name | Address |
|---|---|---|---|---|---|---|
| 42 | 118 | 8 | 16 | B | Boticelli | 7009 Romana Way |
| 43 | 119 | 1 | 17 | B | Boticelli | 7005 Romana Way |
| 44 | 120 | 2 | 17 | D | Donatello | 7005 Romana Way |
| 45 | 121 | 3 | 17 | D | Donatello | 7005 Romana Way |
| 46 | 122 | 4 | 17 | C | Da Vinci | 7005 Romana Way |
| 47 | 123 | 5 | 17 | A | Angelico | 7005 Romana Way |
| 48 | 124 | 6 | 17 | C | Da Vinci | 7005 Romana Way |
| 49 | 125 | 7 | 17 | D | Donatello | 7005 Romana Way |
| 50 | 126 | 8 | 17 | B | Boticelli | 7005 Romana Way |
| 51 | 135 | 1 | 19 | B | Boticelli | 7082 Venice Way |
| 52 | 136 | 2 | 19 | D | Donatello | 7082 Venice Way |
| 53 | 137 | 3 | 19 | A | Angelico | 7082 Venice Way |
| 54 | 138 | 4 | 19 | C | Da Vinci | 7082 Venice Way |
| 55 | 139 | 5 | 19 | C | Da Vinci | 7082 Venice Way |
| 56 | 140 | 6 | 19 | B | Boticelli | 7082 Venice Way |
| 57 | 141 | 1 | 20 | B | Boticelli | 7077 Venice Way |
| 58 | 142 | 2 | 20 | D | Donatello | 7077 Venice Way |
| 59 | 143 | 3 | 20 | D | Donatello | 7077 Venice Way |
| 60 | 144 | 4 | 20 | C | Da Vinci | 7077 Venice Way |
| 61 | 145 | 5 | 20 | A | Angelico | 7077 Venice Way |
| 62 | 146 | 6 | 20 | C | Da Vinci | 7077 Venice Way |
| 63 | 147 | 7 | 20 | D | Donatello | 7077 Venice Way |
| 64 | 148 | 8 | 20 | B | Boticelli | 7077 Venice Way |
| 65 | 187 | 1 | 26 | B | Boticelli | 7074 Venice Way |
| 66 | 188 | 2 | 26 | D | Donatello | 7074 Venice Way |
| 67 | 189 | 3 | 26 | A | Angelico | 7074 Venice Way |
| 68 | 190 | 4 | 26 | C | Da Vinci | 7074 Venice Way |
| 69 | 191 | 5 | 26 | C | Da Vinci | 7074 Venice Way |
| 70 | 192 | 6 | 26 | B | Boticelli | 7074 Venice Way |
| 71 | 199 | 1 | 28 | B | Boticelli | 7069 Venice Way |
| 72 | 200 | 2 | 28 | A | Angelico | 7069 Venice Way |
| 73 | 201 | 3 | 28 | C | Da Vinci | 7069 Venice Way |
| 74 | 202 | 4 | 28 | B | Boticelli | 7069 Venice Way |
| 75 | 203 | 1 | 29 | B | Boticelli | 7070 Venice Way |
| 76 | 204 | 2 | 29 | D | Donatello | 7070 Venice Way |
| 77 | 205 | 3 | 29 | A | Angelico | 7070 Venice Way |
| 78 | 206 | 4 | 29 | C | Da Vinci | 7070 Venice Way |
| 79 | 207 | 5 | 29 | C | Da Vinci | 7070 Venice Way |
| 80 | 208 | 6 | 29 | B | Boticelli | 7070 Venice Way |
| 81 | 209 | 1 | 30 | B | Boticelli | 7065 Venice Way |
| 82 | 210 | 2 | 30 | A | Angelico | 7065 Venice Way |
| 83 | 211 | 3 | 30 | C | Da Vinci | 7065 Venice Way |
| 84 | 212 | 4 | 30 | B | Boticelli | 7065 Venice Way |
| 85 | 213 | 1 | 31 | B | Boticelli | 7060 Venice Way |
| 86 | 214 | 2 | 31 | D | Donatello | 7060 Venice Way |
| 87 | 215 | 3 | 31 | A | Angelico | 7060 Venice Way |
| 88 | 216 | 4 | 31 | C | Da Vinci | 7060 Venice Way |
| 89 | 217 | 5 | 31 | C | Da Vinci | 7060 Venice Way |

| # | Builders Lot # | Legal Unit # | Legal Building # | Model Type | Model Name | Address |
|---|---|---|---|---|---|---|
| 90 | 218 | 6 | 31 | B | Boticelli | 7060 Venice Way |
| 91 | 219 | 1 | 32 | B | Boticelli | 7061 Venice Way |
| 92 | 220 | 2 | 32 | D | Donatello | 7061 Venice Way |
| 93 | 221 | 3 | 32 | A | Angelico | 7061 Venice Way |
| 94 | 222 | 4 | 32 | C | Da Vinci | 7061 Venice Way |
| 95 | 223 | 5 | 32 | C | Da Vinci | 7061 Venice Way |
| 96 | 224 | 6 | 32 | B | Boticelli | 7061 Venice Way |
| 97 | 225 | 1 | 33 | B | Boticelli | 7054 Ambrosia Lane |
| 98 | 226 | 2 | 33 | D | Donatello | 7054 Ambrosia Lane |
| 99 | 227 | 3 | 33 | D | Donatello | 7054 Ambrosia Lane |
| 100 | 228 | 4 | 33 | C | Da Vinci | 7054 Ambrosia Lane |
| 101 | 229 | 5 | 33 | A | Angelico | 7054 Ambrosia Lane |
| 102 | 230 | 6 | 33 | C | Da Vinci | 7054 Ambrosia Lane |
| 103 | 231 | 7 | 33 | D | Donatello | 7054 Ambrosia Lane |
| 104 | 232 | 8 | 33 | B | Boticelli | 7054 Ambrosia Lane |
| 105 | 233 | 1 | 34 | B | Boticelli | 7050 Ambrosia Lane |
| 106 | 234 | 2 | 34 | D | Donatello | 7050 Ambrosia Lane |
| 107 | 235 | 3 | 34 | D | Donatello | 7050 Ambrosia Lane |
| 108 | 236 | 4 | 34 | C | Da Vinci | 7050 Ambrosia Lane |
| 109 | 237 | 5 | 34 | A | Angelico | 7050 Ambrosia Lane |
| 110 | 238 | 6 | 34 | C | Da Vinci | 7050 Ambrosia Lane |
| 111 | 239 | 7 | 34 | D | Donatello | 7050 Ambrosia Lane |
| 112 | 240 | 8 | 34 | B | Boticelli | 7050 Ambrosia Lane |
| 113 | 241 | 1 | 35 | B | Boticelli | 7051 Ambrosia Lane |
| 114 | 242 | 2 | 35 | D | Donatello | 7051 Ambrosia Lane |
| 115 | 243 | 3 | 35 | A | Angelico | 7051 Ambrosia Lane |
| 116 | 244 | 4 | 35 | C | Da Vinci | 7051 Ambrosia Lane |
| 117 | 245 | 5 | 35 | C | Da Vinci | 7051 Ambrosia Lane |
| 118 | 246 | 6 | 35 | B | Boticelli | 7051 Ambrosia Lane |

**Total Completed Unit    118**

| | |
|---|---|
| **Clubhouse** | 7043 Ambrosia Lane |
| **Gatehouse** | 7043 Castello Way |