# The Falls of Portofino

| Builder's Lot # | Legal Unit # | Legal Building # | Model Name | Address |
|---|---|---|---|---|
| 9 | 1 | 2 | Boticelli | 7043 Ambrosia Lane # 201 |
| 14 | 6 | 2 | Boticelli | 7043 Ambrosia Lane # 206 |
| 37 | 1 | 6 | Boticelli | 7029 Ambrosia Lane # 601 |
| 38 | 2 | 6 | Donatello | 7029 Ambrosia Lane # 602 |
| 40 | 4 | 6 | Da Vinci | 7029 Ambrosia Lane # 604 |
| 41 | 5 | 6 | Da Vinci | 7029 Ambrosia Lane # 605 |
| 44 | 2 | 7 | Donatello | 7032 Ambrosia Lane # 702 |
| 46 | 4 | 7 | Da Vinci | 7032 Ambrosia Lane # 704 |
| 47 | 5 | 7 | Angelico | 7032 Ambrosia Lane # 705 |
| 48 | 6 | 7 | Da Vinci | 7032 Ambrosia Lane # 706 |
| 49 | 7 | 7 | Donatello | 7032 Ambrosia Lane # 707 |
| 74 | 2 | 11 | Donatello | 7020 Ambrosia Lane # 1102 |
| 75 | 3 | 11 | Donatello | 7020 Ambrosia Lane # 1103 |
| 76 | 4 | 11 | Da Vinci | 7020 Ambrosia Lane # 1104 |
| 77 | 5 | 11 | Angelico | 7020 Ambrosia Lane # 1105 |
| 78 | 6 | 11 | Da Vinci | 7020 Ambrosia Lane # 1106 |
| 79 | 7 | 11 | Donatello | 7020 Ambrosia Lane # 1107 |
| 105 | 1 | 15 | Boticelli | 7013 Romana Way # 1501 |
| 106 | 2 | 15 | Donatello | 7013 Romana Way # 1502 |
| 108 | 4 | 15 | Da Vinci | 7013 Romana Way # 1504 |
| 110 | 6 | 15 | Boticelli | 7013 Romana Way # 1506 |
| 112 | 2 | 16 | Donatello | 7009 Romana Way # 1602 |
| 113 | 3 | 16 | Donatello | 7009 Romana Way # 1603 |
| 114 | 4 | 16 | Da Vinci | 7009 Romana Way # 1604 |
| 117 | 7 | 16 | Donatello | 7009 Romana Way # 1607 |
| 118 | 8 | 16 | Boticelli | 7009 Romana Way # 1608 |
| 120 | 2 | 17 | Donatello | 7005 Romana Way # 1702 |
| 121 | 3 | 17 | Donatello | 7005 Romana Way # 1703 |
| 122 | 4 | 17 | Da Vinci | 7005 Romana Way # 1704 |
| 123 | 5 | 17 | Angelico | 7005 Romana Way # 1705 |
| 124 | 6 | 17 | Da Vinci | 7005 Romana Way # 1706 |
| 125 | 7 | 17 | Donatello | 7005 Romana Way # 1707 |
| 126 | 8 | 17 | Boticelli | 7005 Romana Way # 1708 |
| 135 | 1 | 19 | Boticelli | 7082 Venice Way # 1901 |
| 136 | 2 | 19 | Donatello | 7082 Venice Way # 1902 |

5/27/2011



EXHIBIT B

| Builder's Lot # | Legal | | Model Name | Address |
|---|---|---|---|---|
| | Unit # | Building # | | |
| 137 | 3 | 19 | Angelico | 7082 Venice Way # 1903 |
| 138 | 4 | 19 | Da Vinci | 7082 Venice Way # 1904 |
| 139 | 5 | 19 | Da Vinci | 7082 Venice Way # 1905 |
| 140 | 6 | 19 | Boticelli | 7082 Venice Way # 1906 |
| 141 | 1 | 20 | Boticelli | 7077 Venice Way # 2001 |
| 142 | 2 | 20 | Donatello | 7077 Venice Way # 2002 |
| 143 | 3 | 20 | Donatello | 7077 Venice Way # 2003 |
| 144 | 4 | 20 | Da Vinci | 7077 Venice Way # 2004 |
| 145 | 5 | 20 | Angelico | 7077 Venice Way # 2005 |
| 146 | 6 | 20 | Da Vinci | 7077 Venice Way # 2006 |
| 147 | 7 | 20 | Donatello | 7077 Venice Way # 2007 |
| 148 | 8 | 20 | Boticelli | 7077 Venice Way # 2008 |
| 187 | 1 | 26 | Boticelli | 7074 Venice Way # 2601 |
| 188 | 2 | 26 | Donatello | 7074 Venice Way # 2602 |
| 190 | 4 | 26 | Da Vinci | 7074 Venice Way # 2604 |
| 192 | 6 | 26 | Boticelli | 7074 Venice Way # 2606 |
| 201 | 3 | 28 | Da Vinci | 7069 Venice Way # 2803 |
| 203 | 1 | 29 | Boticelli | 7070 Venice Way # 2901 |
| 209 | 1 | 30 | Boticelli | 7065 Venice Way # 3001 |
| 210 | 2 | 30 | Angelico | 7065 Venice Way # 3002 |
| 211 | 3 | 30 | Da Vinci | 7065 Venice Way # 3003 |
| 212 | 4 | 30 | Boticelli | 7065 Venice Way # 3004 |
| 214 | 2 | 31 | Donatello | 7060 Venice Way # 3102 |
| 215 | 3 | 31 | Angelico | 7060 Venice Way # 3103 |
| 217 | 5 | 31 | Da Vinci | 7060 Venice Way # 3105 |
| 219 | 1 | 32 | Boticelli | 7061 Venice Way # 3201 |
| 220 | 2 | 32 | Donatello | 7061 Venice Way # 3202 |
| 221 | 3 | 32 | Angelico | 7061 Venice Way # 3203 |
| 222 | 4 | 32 | Da Vinci | 7061 Venice Way # 3204 |
| 224 | 6 | 32 | Boticelli | 7061 Venice Way # 3206 |
| 225 | 1 | 33 | Boticelli | 7054 Ambrosia Lane # 3301 |
| 226 | 2 | 33 | Donatello | 7054 Ambrosia Lane # 3302 |
| 227 | 3 | 33 | Donatello | 7054 Ambrosia Lane # 3303 |
| 228 | 4 | 33 | Da Vinci | 7054 Ambrosia Lane # 3304 |
| 229 | 5 | 33 | Angelico | 7054 Ambrosia Lane # 3305 |
| 230 | 6 | 33 | Da Vinci | 7054 Ambrosia Lane # 3306 |
| 231 | 7 | 33 | Donatello | 7054 Ambrosia Lane # 3307 |
| 232 | 8 | 33 | Boticelli | 7054 Ambrosia Lane # 3308 |

5/27/2011

| Builder's Lot # | Legal | | Model Name | Address |
| --- | --- | --- | --- | --- |
| | Unit # | Building # | | |
| 234 | 2 | 34 | Donatello | 7050 Ambrosia Lane # 3402 |
| 235 | 3 | 34 | Donatello | 7050 Ambrosia Lane # 3403 |
| 236 | 4 | 34 | Da Vinci | 7050 Ambrosia Lane # 3404 |
| 237 | 5 | 34 | Angelico | 7050 Ambrosia Lane # 3405 |
| 238 | 6 | 34 | Da Vinci | 7050 Ambrosia Lane # 3406 |
| 239 | 7 | 34 | Donatello | 7050 Ambrosia Lane # 3407 |
| 241 | 1 | 35 | Boticelli | 7051 Ambrosia Lane # 3501 |
| 244 | 4 | 35 | Da Vinci | 7051 Ambrosia Lane # 3504 |
| 245 | 5 | 35 | Da Vinci | 7051 Ambrosia Lane # 3505 |

Total Amount of Completed Units   **82**

5/27/2011

3