# Rico, Natalie

**From:** Rico, Natalie
**Sent:** Friday, April 27, 2012 12:06 PM
**To:** Spatz, Mark; Derevyanny, Gerald
**Cc:** Montoya, Patrick; Ferrer, Becky
**Subject:** Prime Homes at Portofino Falls
**Attachments:** The Falls of Portofino Exhibit A 05272011.pdf

Mark & Jerry,

Has Prime Homes at Portofino Falls, Ltd. been cleared for a Benchmark inspection? This is a developer client of ours with numerous properties in Hollywood, Florida. Attached is a list of the properties. Please advise if we can schedule these properties for Benchmark. Thanks.

Best,

Natalie M. Rico
Attorney
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134-5008
Office: 305 476-7400
Fax: 305 476-7444
e-mail: Natalie@colson.com



EXHIBIT C

1