## Rico, Natalie

**From:** Rico, Natalie
**Sent:** Thursday, May 17, 2012 1:07 PM
**To:** 'Spatz, Mark'; Derevyanny, Gerald
**Cc:** Montoya, Patrick; Ferrer, Becky; kspaulding; Golub, Elizabeth
**Subject:** RE: Prime Homes at Portofino Falls

---

Some files have been sent to you via the **YouSendIt** File Delivery Service.

Download the file - Prime Home Builders Photos 7-26-11 CD1.pdf; Prime Home Builders Photos 7-26-11 CD2.pdf; Prime Home Builders Photos 7-26-11 CD3.pdf; Prime Home Builders Photos 7-28-11 CD1.pdf; Prime Home Builders Photos 7-28-11 CD2.pdf; Prime Home Builders Photos 7-28-11 CD3.pdf; Prime Home Builders Photos 7-28-11 CD4.pdf; Prime Home Builders Photos 8-11-11 CD1.pdf; Prime Home Builders Photos 8-11-11 CD2.pdf; Prime Home Builders Photos 8-11-11 CD3.pdf; Prime Home Builders Photos 8-11-11 CD4.pdf; Prime Home Builders Photos 8-11-11 CD5.pdf; Prime Home Builders Photos 8-11-11 CD6.pdf; Prime Home Builders Photos 8-12-11 CD1.pdf; Prime Home Builders Photos 8-12-11 CD2.pdf; Prime Home Builders Photos 8-22-11 CD1.pdf; Prime Home Builders Photos 8-23-11 CD1.pdf; Prime Home Builders Photos 8-23-11 CD2.pdf; Prime Home Builders Photos 9-13-11 CD3.pdf; Prime Home Builders Photos 9-13-11 CD4.pdf

Your files will expire after 14 days.

---

Mark,

Attached please find indicia of Knauf for our Prime Homes at Portofino Falls, Ltd. properties. At your earliest convenience, please advise if these properties may be cleared for Benchmark inspections. Thanks.

Natalie M. Rico
Attorney
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134-5008
Office: 305 476-7400
Fax: 305 476-7444
e-mail: Natalie@colson.com

**From:** Spatz, Mark [mailto:MSpatz@kayescholer.com]
**Sent:** Monday, April 30, 2012 10:06 AM
**To:** Rico, Natalie; Derevyanny, Gerald
**Cc:** Montoya, Patrick; Ferrer, Becky; kspaulding; Golub, Elizabeth
**Subject:** RE: Prime Homes at Portofino Falls

Natalie,

This is the first time that you have reached out to us regarding these homes. As always, we will need photographs of KPT before moving forward with Benchmark inspections.

Thanks,
Mark

1



EXHIBIT D

**From:** Rico, Natalie [mailto:natalie@colson.com]
**Sent:** Friday, April 27, 2012 12:06 PM
**To:** Spatz, Mark; Derevyanny, Gerald
**Cc:** Montoya, Patrick; Ferrer, Becky
**Subject:** Prime Homes at Portofino Falls

Mark & Jerry,

Has Prime Homes at Portofino Falls, Ltd. been cleared for a Benchmark inspection? This is a developer client of ours with numerous properties in Hollywood, Florida. Attached is a list of the properties. Please advise if we can schedule these properties for Benchmark. Thanks.

Best,

Natalie M. Rico
Attorney
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134-5008
Office: 305 476-7400
Fax: 305 476-7444
e-mail: Natalie@colson.com

\* \* \* \*

IRS CIRCULAR 230 DISCLOSURE:  To ensure compliance with Treasury Department regulations, we inform you that any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended or written to be used, and cannot be used for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.