## Rico, Natalie

**From:** david sedota <david@benchmarkremediation.com>
**Sent:** Wednesday, September 05, 2012 9:08 AM
**To:** Ferrer, Becky
**Subject:** Inspection Release (9/5/12)

**Importance:** High

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Prime Homes at Portofino Falls | 7074 Venice Way, #2606 | Naples | FL | 34119 | Colson Hicks Eidson | Sept. 13th | |
| Prime Homes at Portofino Falls | 7069 Venice Way, #2803 | Naples | FL | 34119 | Colson Hicks Eidson | Sept. 13th | |
| Prime Homes at Portofino Falls | 7070 Venice Way, #2901 | Naples | FL | 34119 | Colson Hicks Eidson | Sept. 13th | |
| Prime Homes at Portofino Falls | 7060 Venice Way, #3102 | Naples | FL | 34119 | Colson Hicks Eidson | Sept. 13th | |
| Prime Homes at Portofino Falls | 7061 Venice Way, #3201 | Naples | FL | 34119 | Colson Hicks Eidson | Sept. 13th | 4 |
| Prime Homes at Portofino Falls | 7061 Venice Way, #3202 | Naples | FL | 34119 | Colson Hicks Eidson | Sept. 14th | |
| Prime Homes at Portofino Falls | 7061 Venice Way, #3204 | Naples | FL | 34119 | Colson Hicks Eidson | Sept. 14th | |
| Prime Homes at Portofino Falls | 7054 Ambrosia Lane, #3302 | Naples | FL | 34119 | Colson Hicks Eidson | Sept. 14th | |
| Prime Homes at Portofino Falls | 7054 Ambrosia Lane, #3306 | Naples | FL | 34119 | Colson Hicks Eidson | Sept. 14th | |
| Prime Homes at Portofino Falls | 7047 Ambrosia Lane, Clubhouse | Naples | FL | 34119 | Colson Hicks Eidson | Sept. 14th | 4 |

Hi Becky,

We just received the above 10 homes, can you try to confirm the suggested date/time, please submit contact # when confirmed.  Any questions please let me know.


Thanks,

David Sedota
Benchmark Remediation Group, LLC
2455 East Sunrise Blvd.
#510
Ft. Lauderdale, FL 33304
305-502-6201 (Direct)

1



EXHIBIT

E