## Rico, Natalie

**From:** Ferrer, Becky
**Sent:** Friday, October 19, 2012 1:11 PM
**To:** david sedota (david@benchmarkremediation.com)
**Cc:** Rico, Natalie; Montoya, Patrick
**Subject:** Prime Homes at Portofilo - Benchmark Inspections Remaining

Hi Dave,

Wonder if you could help me figure out when we can get the rest of the units at Prime Homes scheduled. Below is a list of what has been inspected according to my records. Any idea on when we will have others inspected???

As always, thanking you in advance.

| | | | | | | |
|---|---|---|---|---|---|---|
| Prime Homes at Portofino Falls | 7054 Ambrosia Lane, #3306 | Naples | FL | 34119 | Colson Hicks Eidson | Sept. 18th |
| Prime Homes at Portofino Falls | 7074 Venice Way, #2606 | Naples | FL | 34119 | Colson Hicks Eidson | Sept. 13th |
| Prime Homes at Portofino Falls | 7069 Venice Way, #2803 | Naples | FL | 34119 | Colson Hicks Eidson | Sept. 13th |
| Prime Homes at Portofino Falls | 7070 Venice Way, #2901 | Naples | FL | 34119 | Colson Hicks Eidson | Sept. 13th |
| Prime Homes at Portofino Falls | 7060 Venice Way, #3102 | Naples | FL | 34119 | Colson Hicks Eidson | Sept. 13th |
| Prime Homes at Portofino Falls | 7061 Venice Way, #3201 | Naples | FL | 34119 | Colson Hicks Eidson | Sept. 13th |
| Prime Homes at Portofino Falls | 7061 Venice Way, #3202 | Naples | FL | 34119 | Colson Hicks Eidson | Sept. 14th |
| Prime Homes at Portofino Falls | 7061 Venice Way, #3204 | Naples | FL | 34119 | Colson Hicks Eidson | Sept. 14th |
| Prime Homes at Portofino Falls | 7054 Ambrosia Lane, #3302 | Naples | FL | 34119 | Colson Hicks Eidson | Sept. 14th |
| Prime Homes at Portofino Falls | 7054 Ambrosia Lane, #3306 | Naples | FL | 34119 | Colson Hicks Eidson | Sept. 14th |
| Prime Homes at Portofino Falls | 7047 Ambrosia Lane, Clubhouse | Naples | FL | 34119 | Colson Hicks Eidson | Sept. 14th |

**Becky Ferrer**
Paralegal to Ervin Gonzalez, Esq. & Patrick Montoya, Esq.
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
305-476-7458 Direct Line
305-476-7444 Fax
becky@colson.com

1



EXHIBIT F