| Address | Bldg Lot # | Resident | Benchmark Inspection Date | Moss Walk Through Date | Scope of Work Received | Property Information Sheet Received | Executed Milestone 1 Paperwork, Including Releases, Submitted to Brown Greer | Deficiency Notice for Release Issued | Corrected Releases Sent to Knauf |
|---|---|---|---|---|---|---|---|---|---|
| **Building 2** | | | | | | | | | |
| 7043 Ambrosia Lane, unit 201 | 9 | model | 11/14/2012 | 6/4/2014 | 7/8/2014 | 8/5/2014 | 1/21/15 (Milestone 1) | 1/27/2014 | |
| 7043 Ambrosia Lane, unit 202 | 10 | Atengden | 11/20/2012 | 6/4/2014 | 7/2/2014 | 8/5/2014 | 1/21/15 (Milestone 1) | 1/27/2014 | |
| **Building 26** | | | | | | | | | |
| 7074 Venice Way, unit 2601 | 187 | vacant | 11/28/2012 | 1/16/2013 | 3/4/2013 | 2/5/2014 | 4/1/14 (Milestone 1) | 4/30/2014 | 5/8/2014 |
| 7074 Venice Way, unit 2602 | 188 | Gates | 12/3/2012 | 3/18/2013 | 5/9/2013 | 2/5/2014 | 4/1/14 (Milestone 1) | 4/30/2014 | 5/8/2014 |
| 7074 Venice Way, unit 2604 | 190 | Altavas | 11/28/2012 | 1/21/2012 | 3/18/2013 | 6/11/2013 | 4/1/14 (Milestone 1) | 4/30/2014 | 5/8/2014 |
| 7074 Venice Way, unit 2606 | 192 | Serrano | 9/13/2012 | 11/5/2012 | 2/4/2013 | 6/11/2013 | 5/7/14 (Milestone 1) | No Deficiency | No Deficiency |
| **Building 28** | | | | | | | | | |
| 7069 Venice Way, unit 2803 | 201 | vacant | 9/13/2012 | 11/5/2012 | 2/4/2013 | 6/11/2013 | 4/2/14 (Milestone 1) | 4/30/2014 | 5/8/2014 |
| **Building 29** | | | | | | | | | |

EXHIBIT G

| Address | Bldg Lot # | Resident | Benchmark Inspection Date | Moss Walk Through Date | Scope of Work Received | Property Information Sheet Received | Executed Milestone 1 Paperwork, Including Releases, Submitted to Brown Greer | Deficiency Notice for Release Issued | Corrected Releases Sent to Knauf |
|---|---|---|---|---|---|---|---|---|---|
| 7070 Venice Way, unit 2901 | 203 | | 9/13/2012 | 11/6/2012 | 2/4/2013 | 6/11/2013 | 4/2/14 (Milestone 1) | 4/30/2014 | 5/8/2014 |
| 7070 Venice Way, unit 2902 | 204 | Qo/Htay | 11/14/2012 | 2/25/2013 | 4/15/2013 | 2/5/2014 | 3/7/14 (Milestone 1) | 4/30/2014 | |
| 7070 Venice Way, unit 2904 | 206 | Schouten | 11/14/2012 | 1/21/2013 | 3/8/2013 | 6/11/2013 | 3/7/14 (Milestone 1) | 4/30/2014 | |
| 7070 Venice Way, unit 2905 | 207 | Brunt | 11/14/2012 | 2/25/2013 | 4/15/2013 | 2/5/2014 | 3/7/14 (Milestone 1) | 4/30/2014 | |
| 7070 Venice Way, unit 2906 | 208 | vacant | 11/14/2012 | 1/16/2013 | 3/4/2013 | 6/11/2013 | 3/7/14 (Milestone 1) | 4/30/2014 | |
| Building 30 | | | | | | | | | |
| 7065 Venice Way, unit 3001 | 209 | Rodriguez | 12/4/2012 | 2/26/2013 | 4/15/2013 | 2/5/2014 | 4/2/14 (Milestone 1) | 4/30/2014 | 5/8/2014 |
| 7065 Venice Way, unit 3002 | 210 | Wright | 12/3/2012 | 2/26/2013 | 9/4/2013 | 2/5/2014 | 4/2/14 (Milestone 1) | 4/30/2014 | 5/8/2014 |
| 7065 Venice Way, unit 3003 | 211 | Womack | 12/4/2012 | 1/22/2013 | 4/3/2013 | 2/5/2014 | 4/2/14 (Milestone 1) | 4/30/2014 | 5/8/2014 |

| Address | Bldg Lot # | Resident | Benchmark Inspection Date | Moss Walk Through Date | Scope of Work Received | Property Information Sheet Received | Executed Milestone 1 Paperwork, Including Releases, Submitted to Brown Greer | Deficiency Notice for Release Issued | Corrected Releases Sent to Knauf |
|---|---|---|---|---|---|---|---|---|---|
| 7065 Venice Way, unit 3004 | 212 | Almeida | 12/4/2012 | 2/26/2013 | 4/15/2013 | 2/5/2014 | 4/2/14 (Milestone 1) | 4/30/2014 | 5/8/2014 |
| **Building 31** | | | | | | | | | |
| 7060 Venice Way, unit 3102 | 214 | vacant | 9/13/2012 | 6/5/2014 | 7/8/2013 | 8/5/2014 | 1/21/15 (Milestone 1) | 1/27/2014 | |
| 7060 Venice Way, unit 3103 | 215 | Ocanas | 11/30/2012 | 6/5/2014 | 7/8/2013 | 8/5/2014 | 1/21/15 (Milestone 1) | 1/27/2014 | |
| **Building 32** | | | | | | | | | |
| 7061 Venice Way, unit 3201 | 219 | | 9/13/2012 | 11/6/2012 | 2/4/2013 | 6/11/2013 | 4/2/14 (Milestone 1) | 4/30/2014 | 5/8/2014 |
| 7061 Venice Way, unit 3202 | 220 | | 9/14/2012 | 11/6/2012 | 2/4/2013 | 6/11/2013 | 4/2/14 (Milestone 1) | 4/30/2014 | 5/8/2014 |
| 7061 Venice Way, unit 3203 | 221 | DeAlmeida | 11/28/2012 | 1/22/2013 | 3/26/2013 | 2/5/2014 | 4/2/14 (Milestone 1) | 4/30/2014 | 5/8/2014 |
| 7061 Venice Way, unit 3204 | 222 | | 9/14/2012 | 11/7/2012 | 2/4/2013 | 6/11/2013 | 4/2/14 (Milestone 1) | 4/30/2014 | 5/8/2014 |
| 7061 Venice Way, unit 3206 | 224 | vacant | 11/14/2012 | 1/16/2013 | 3/4/2013 | 2/5/2014 | 4/2/14 (Milestone 1) | 4/30/2014 | 5/8/2014 |
| **Building 33** | | | | | | | | | |

| Address | Bldg Lot # | Resident | Benchmark Inspection Date | Moss Walk Through Date | Scope of Work Received | Property Information Sheet Received | Executed Milestone 1 Paperwork, Including Releases, Submitted to Brown Greer | Deficiency Notice for Release Issued | Corrected Releases Sent to Knauf |
|---|---|---|---|---|---|---|---|---|---|
| 7054 Ambrosia Lane, unit 3301 | 225 | Rothfuss | 12/5/2012 | 6/4/2014 | 8/5/2014 | 8/5/2014 | 1/21/15 (Milestone 1) | 1/27/2014 | |
| 7054 Ambrosia Lane, unit 3302 | 226 | Baker | 9/14/2012 | 6/4/2014 | 8/5/2014 | 8/5/2014 | 1/21/15 (Milestone 1) | 1/27/2014 | |
| 7054 Ambrosia Lane, unit 3306 | 230 | Smith/Brento | 9/14/2012 | 11/7/2012 | 2/4/2013 | 6/11/2013 | 4/2/14 (Milestone 1) | 4/30/2014 | 5/8/2014 |
| 7054 Ambrosia Lane, unit 3307 | 231 | vacant | 11/28/2012 | 1/16/2013 | 3/8/2013 | 2/5/2014 | 4/2/14 (Milestone 1) | 4/30/2014 | 5/8/2014 |
| 7054 Ambrosia Lane, unit 3308 | 232 | Dye | 11/29/2012 | 1/21/2013 | 3/20/2013 | 6/11/2013 | 4/2/14 (Milestone 1) | 4/30/2014 | 5/8/2014 |
| | | | | | | | | | |
| | | | | | | | | | |
| Clubhouse, 7047 Ambrosia Lane | | | 9/13/2012 | 11/7/2012 | 2/4/2013 | 6/11/2013 | 4/2/14 (Milestone 1) | No Deficiency | No Deficiency |