**From:** Evan Dehart [mailto:edehart@mossemail.com]
**Sent:** None
**To:** Mary Pood
**Cc:** 'John Nelson' ; Ferrer, Becky; Charles Hall
**Subject:** Walkthrough - Prime Homes

Mary / John,

We have one remaining Prime Home property that's been released to us (to date) that still needs a walkthrough. We will be in SW FL during the week of 3/18, and below is the only time slot available for that week. Otherwise we may not be back for several weeks.

Please check with the owner and/or tenant of this unit to see if a walkthrough is possible on Tuesday 3/19 at 10:00am. Please let us know if this will work as soon as you can.

| TUE | 3/19 | 10:00 AM | Prime Homes at Portofino Falls | 7074 Venice Way, #2602 | Naples |

2


EXHIBIT H

Thanks,

*Evan DeHart,* LEED AP
*Assistant Project Manager* | **Moss & Associates**
o (954) 769-8038 | f (954) 563-8681
2101 N. Andrews Ave., Suite 300, Fort Lauderdale, FL 33311