## Rico, Natalie

**From:** Ferrer, Becky
**Sent:** Thursday, March 07, 2013 5:28 PM
**To:** Daniel Young (dyoung@mossemail.com); Evan Dehart (edehart@mossemail.com)
**Cc:** Rico, Natalie; Montoya, Patrick
**Subject:** CDW - Inquiry on Scope of Work - Prime Homes at Portofino Falls

Dear Daniel / Evan,

Please advise status of our receiving scopes of work for the any of the units at Prime Homes at Portofino Falls that have had a Walk Thru thus far?

Thanking you as always in advance.

_____

Becky Ferrer
Paralegal to Ervin Gonzalez, Esq. & Patrick Montoya, Esq.
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
305-476-7458 Direct Line
305-476-7444 Fax
becky@colson.com

1

