Rico, Natalie

**From:** Ashley Dwyre <adwyre@browngreer.com>
**Sent:** Thursday, April 04, 2013 3:48 PM
**To:** Ferrer, Becky
**Cc:** Rico, Natalie; Montoya, Patrick; Mindy Nunnally
**Subject:** RE: Prime Homes at Portofino Falls - Inquiry on Property Information Sheets

Becky -

If all information has been provided by Moss, you should be able to run these Property Information Sheets from the Portal. Please let me know if you are unable to do so.

Thanks!
Ashley

---

**From:** Ferrer, Becky [mailto:Becky@colson.com]
**Sent:** Wednesday, April 03, 2013 12:35 PM
**To:** Ashley Dwyre
**Cc:** Rico, Natalie; Montoya, Patrick
**Subject:** Prime Homes at Portofino Falls - Inquiry on Property Information Sheets

Dear Ashley,

Please advise status of receiving Property Information Sheets for Prime Homes at Portofino Falls Units which have already had a Walk-Thru by Moss & Associates.

Thanking you in advance.

Becky Ferrer
Paralegal to Ervin Gonzalez, Esq. & Patrick Montoya, Esq.
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
305-476-7458 Direct Line
305-476-7444 Fax
becky@colson.com

1



EXHIBIT J