**Ferrer, Becky**

| | |
|---|---|
| From: | Montoya, Patrick |
| Sent: | Tuesday, June 11, 2013 2:05 PM |
| To: | Ashley Dwyre; Rico, Natalie |
| Cc: | Ferrer, Becky; Mindy Nunnally; Jacob S. Woody |
| Subject: | RE: Prime Homes - Property Information Sheet Request |

Ashley,

We appreciate your getting back to us so quickly. Who is your contact at Moss on this issue so we can discuss this with them? Unfortunately, our client is carrying mortgages on all these properties as the sit vacant and he is suffering great financial hardship.

Regards,

Patrick S. Montoya
Partner
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Office:  305.476.7400
Fax:     305.476.7444
email: Patrick@colson.com

---

**From:** Ashley Dwyre [mailto:adwyre@browngreer.com]
**Sent:** Tuesday, June 11, 2013 2:00 PM
**To:** Rico, Natalie
**Cc:** Montoya, Patrick; Ferrer, Becky; Mindy Nunnally; Jacob S. Woody
**Subject:** RE: Prime Homes - Property Information Sheet Request

Natalie –

When a Property Information Sheet is incomplete (data is missing from the report), this means that some or all documentation, needed to create the report, has not been provided to us by Moss. I will ask Moss to provide a time frame of when we can expect these documents.

7 of the properties listed below have not been released to the Pilot Program by Knauf.

You should have access to the Property Information Sheets for 12 of the properties listed below. These are highlighted in yellow. Please let me know if you have any questions.

| Prime Homes at Portofino Falls | | | | | | |
|---|---|---|---|---|---|---|
| | Claim ID | Street Address | City | State | Zip | Property Information Sheet Available |
| 1 | 109089 | 7043 Ambrosia Lane, #201 | Naples | FL | 34119 | Property Not Released to Pilot Program |
| 2 | 107167 | 7043 Ambrosia Lane, #202 | Naples | FL | 34119 | Property Not Released to Pilot Program |
| 3 | 110151 | 7047 Ambrosia Lane, Clubhouse | Naples | FL | 34119 | Yes |
| 4 | 109154 | 7054 Ambrosia Lane, #3301 | Naples | FL | 34119 | Property Not Released to Pilot Program |
| 5 | 109155 | 7054 Ambrosia Lane, #3302 | Naples | FL | 34119 | Property Not Released... |

EXHIBIT K

1

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | Program |
| 6 | 109159 | 7054 Ambrosia Lane, #3306 | Naples | FL | 34119 | Yes |
| 7 | 109160 | 7054 Ambrosia Lane, #3307 | Naples | FL | 34119 | Property Not Released to Pilot Program |
| 8 | 109161 | 7054 Ambrosia Lane, #3308 | Naples | FL | 34119 | Yes |
| 9 | 109146 | 7060 Venice Way, #3102 | Naples | FL | 34119 | Property Not Released to Pilot Program |
| 10 | 109147 | 7060 Venice Way, #3103 | Naples | FL | 34119 | Property Not Released to Pilot Program |
| 11 | 109149 | 7061 Venice Way, #3201 | Naples | FL | 34119 | Yes |
| 12 | 109150 | 7061 Venice Way, #3202 | Naples | FL | 34119 | Yes |
| 13 | 109151 | 7061 Venice Way, #3203 | Naples | FL | 34119 | Need FCE |
| 14 | 109152 | 7061 Venice Way, #3204 | Naples | FL | 34119 | Yes |
| 15 | 109153 | 7061 Venice Way, #3206 | Naples | FL | 34119 | Need FCE |
| 16 | 109142 | 7065 Venice Way, #3001 | Naples | FL | 34119 | Need FCE |
| 17 | 109143 | 7065 Venice Way, #3002 | Naples | FL | 34119 | Need FCE + Xactimate |
| 18 | 109144 | 7065 Venice Way, #3003 | Naples | FL | 34119 | Need FCE |
| 19 | 109145 | 7065 Venice Way, #3004 | Naples | FL | 34119 | Need FCE |
| 20 | 109140 | 7069 Venice Way, #2803 | Naples | FL | 34119 | Yes |
| 21 | 109141 | 7070 Venice Way, #2901 | Naples | FL | 34119 | Yes |
| 22 | 107160 | 7070 Venice Way, #2902 | Naples | FL | 34119 | Need FCE |
| 23 | 107161 | 7070 Venice Way, #2904 | Naples | FL | 34119 | Yes |
| 24 | 107162 | 7070 Venice Way, #2905 | Naples | FL | 34119 | Need FCE |
| 25 | 107163 | 7070 Venice Way, #2906 | Naples | FL | 34119 | Yes |
| 26 | 109136 | 7074 Venice Way, #2601 | Naples | FL | 34119 | Need FCE |
| 27 | 109137 | 7074 Venice Way, #2602 | Naples | FL | 34119 | Need FCE |
| 28 | 109138 | 7074 Venice Way, #2604 | Naples | FL | 34119 | Yes |
| 29 | 109139 | 7074 Venice Way, #2606 | Naples | FL | 34119 | Yes |

Thanks!
Ashley

**Ashley Dwyre**
Analyst II
**BROWNGREER PLC**
250 Rocketts Way
Richmond, Virginia 23231
Telephone: (804) 421-9274
Facsimile: (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

**From:** Rico, Natalie [mailto:natalie@colson.com]
**Sent:** Tuesday, June 11, 2013 12:46 PM

**To:** Ashley Dwyre
**Cc:** Montoya, Patrick; Ferrer, Becky
**Subject:** Prime Homes - Property Information Sheet Request

Dear Ashley,

Could you please send us Property Information Sheets for the following properties? The Sheets that are available on the Portal are incomplete. Thanks!

| Homeowner | Street Address | City | State | Zip | Current Status | Eligibility Summary | Date of Benchmark/MZA Inspection | Sent To Moss Date | Moss Scheduled Inspection Date | Moss Inspection Complete | Xactimate Estimate Approved By Benchmark Date | Wor Authori; Ser |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Prime Homes at Portofino Falls | 7043 Ambrosia Lane, #201 | Naples | FL | 34119 | Mixed Board | In addition to KPT, other CDW was found in this unit. | 11/14/2012 | | | | | |
| Prime Homes at Portofino Falls | 7074 Venice Way, #2601 | Naples | FL | 34119 | Released to Moss | | 11/28/2012 | 12/19/2012 | 1/16/2013 | Yes | 2/28/2013 | |
| Prime Homes at Portofino Falls | 7074 Venice Way, #2602 | Naples | FL | 34119 | Released to Moss | | 12/3/2012 | 1/17/2013 | 3/18/2013 | Yes | 4/30/2013 | |
| Prime Homes at Portofino Falls | 7074 Venice Way, #2604 | Naples | FL | 34119 | Released to Moss | | 11/28/2012 | 12/19/2012 | 1/21/2013 | Yes | 3/12/2013 | |
| Prime Homes at Portofino Falls | 7074 Venice Way, #2606 | Naples | FL | 34119 | Released to Moss | | 9/14/2012 | 10/23/2012 | 11/5/2012 | Yes | 1/29/2013 | 4/12/2 |
| Prime Homes at Portofino Falls | 7069 Venice Way, #2803 | Naples | FL | 34119 | Released to Moss | | 9/14/2012 | 10/23/2012 | 11/5/2012 | Yes | 1/29/2013 | 4/12/2 |
| Prime Homes at Portofino Falls | 7070 Venice Way, #2901 | Naples | FL | 34119 | Released to Moss | | 9/13/2012 | 10/23/2012 | 11/6/2012 | Yes | 1/29/2013 | 4/12/2 |
| Prime Homes at Portofino Falls | 7065 Venice Way, #3001 | Naples | FL | 34119 | Released to Moss | | 12/4/2012 | 1/17/2013 | 2/26/2013 | Yes | 4/11/2013 | |
| Prime Homes at Portofino Falls | 7065 Venice Way, #3002 | Naples | FL | 34119 | Released to Moss | | 12/3/2012 | 1/17/2013 | 2/26/2013 | Yes | | |

| Developer | Address | City | State | Zip | Board Type | Notes | Date 1 | Date 2 | Date 3 | Y/N | Date 4 | Date 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Prime Homes at Portofino Falls | 7065 Venice Way, #3003 | Naples | FL | 34119 | Released to Moss | | 12/4/2012 | 1/17/2013 | 1/22/2013 | Yes | 3/26/2013 | |
| Prime Homes at Portofino Falls | 7065 Venice Way, #3004 | Naples | FL | 34119 | Released to Moss | | 12/4/2012 | 1/17/2013 | 2/26/2013 | Yes | 4/11/2013 | |
| Prime Homes at Portofino Falls | 7060 Venice Way, #3102 | Naples | FL | 34119 | Mixed Board | In addition to KPT, Taishan was found in this unit. | 9/13/2012 | | | | | |
| Prime Homes at Portofino Falls | 7060 Venice Way, #3103 | Naples | FL | 34119 | Mixed Board | In addition to KPT, Taishan drywall was found in this unit. | 11/30/2012 | | | | | |
| Prime Homes at Portofino Falls | 7061 Venice Way, #3201 | Naples | FL | 34119 | Released to Moss | In addition to KPT, Taishan was found in this unit. | 9/13/2012 | 10/11/2012 | 11/6/2012 | Yes | 1/29/2013 | 4/1/2 |
| Prime Homes at Portofino Falls | 7061 Venice Way, #3202 | Naples | FL | 34119 | Released to Moss | | 9/14/2012 | 10/23/2012 | 11/6/2012 | Yes | 1/29/2013 | 4/22/2 |
| Prime Homes at Portofino Falls | 7061 Venice Way, #3203 | Naples | FL | 34119 | Released to Moss | | 11/28/2012 | 12/19/2012 | 1/22/2013 | Yes | 3/19/2013 | 4/1/2 |
| Prime Homes at Portofino Falls | 7061 Venice Way, #3204 | Naples | FL | 34119 | Released to Moss | | 9/13/2012 | 10/11/2012 | 11/7/2012 | Yes | 1/29/2013 | 4/1/2 |
| Prime Homes at Portofino Falls | 7061 Venice Way, #3206 | Naples | FL | 34119 | Released to Moss | | 11/14/2012 | 12/11/2012 | | No | 2/28/2013 | |
| Prime Homes at Portofino Falls | 7054 Ambrosia Lane, #3301 | Naples | FL | 34119 | Mixed Board | In addition to KPT, other CDW was found in this unit. | 12/5/2012 | | | | | |
| Prime Homes at Portofino Falls | 7054 Ambrosia Lane, #3302 | Naples | FL | 34119 | Mixed Board | KPT and Taishan found in this unit. | 9/14/2012 | | | | | |
| Prime Homes at Portofino Falls | 7054 Ambrosia Lane, #3306 | Naples | FL | 34119 | Released to Moss | | 9/18/2012 | 10/11/2012 | 11/7/2012 | Yes | 1/29/2013 | 4/22/2 |

4

| Builder | Address | City | State | Zip | Board | Notes | Date 1 | Date 2 | Date 3 | Y/N | Date 4 | Date 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Prime Homes at Portofino Falls | 7054 Ambrosia Lane, #3307 | Naples | FL | 34119 | Released to Moss | | 11/28/2012 | 12/19/2012 | 1/16/2013 | Yes | 3/5/2013 | 5/3/20 |
| Prime Homes at Portofino Falls | 7054 Ambrosia Lane, #3308 | Naples | FL | 34119 | Released to Moss | | 11/29/2012 | 12/19/2012 | 1/21/2013 | Yes | 3/12/2013 | |
| Prime Homes at Portofino Falls | 7047 Ambrosia Lane, Clubhouse | Naples | FL | 34119 | Released to Moss | | 9/13/2012 | 10/11/2012 | 11/7/2012 | Yes | 1/29/2013 | 4/12/2 |
| Prime Homes at Portofino Falls | 7070 Venice Way, #2904 | Naples | FL | 34119 | Released to Moss | | 11/14/2012 | 12/11/2012 | 1/21/2013 | Yes | 3/5/2013 | 5/3/20 |
| Prime Homes at Portofino Falls | 7070 Venice Way, #2906 | Naples | FL | 34119 | Released to Moss | | 11/14/2012 | 12/11/2012 | 11/16/2013 | Yes | 2/28/2013 | 5/3/20 |
| Prime Homes at Portofino Falls | 7070 Venice Way, #2902 | Naples | FL | 34119 | Released to Moss | | 11/14/2012 | 12/11/2012 | 2/25/2013 | Yes | 4/11/2013 | |
| Prime Homes at Portofino Falls | 7070 Venice Way, #2905 | Naples | FL | 34119 | Released to Moss | | 11/14/2012 | 12/11/2012 | 2/25/2013 | Yes | 4/11/2013 | |
| Prime Homes at Portofino Falls | 7043 Ambrosia Lane, #202 | Naples | FL | 34119 | Mixed Board | In addition to KPT, other CDW was found in this unit. | 11/20/2012 | | | | | |

Natalie M. Rico
Attorney
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134-5008
Office: 305 476-7400
Fax: 305 476-7444
e-mail: Natalie@colson.com