# Rico, Natalie

**From:** Rico, Natalie
**Sent:** Wednesday, December 04, 2013 2:19 PM
**To:** 'Ashley Dwyre'
**Cc:** 'edward abbo'; Mary Pood (maryp@PrimeGroupUS.com); Montoya, Patrick; Ferrer, Becky
**Subject:** Benchmark Reports and Property Information Sheets

Dear Ashely,

Our client, Prime Homes, has been waiting for numerous Benchmark Reports and Property Information Sheets for some time. I have copies Mary Pood from Prime Homes on this e-mail who can provide you with a list of what they need. Could you please provide them with this information as soon as possible? Thanks so much.

Very truly yours,

Natalie M. Rico
Attorney
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134-5008
Office: 305 476-7400
Fax: 305 476-7444
e-mail: Natalie@colson.com

1


EXHIBIT M