**Ferrer, Becky**

| | |
|---|---|
| **From:** | Ashley Dwyre <adwyre@browngreer.com> |
| **Sent:** | Wednesday, February 05, 2014 4:26 PM |
| **To:** | Rico, Natalie |
| **Cc:** | Ferrer, Becky; Mindy Nunnally |
| **Subject:** | Property Info Sheets - Prime Homes at Portofino Falls (Email 1 of 6) |
| **Attachments:** | Property Information Sheet - 7070 Venice Way #2902.pdf; Property Information Sheet - 7070 Venice Way #2904.pdf; Property Information Sheet - 7070 Venice Way #2905.pdf; Property Information Sheet - 7070 Venice Way #2906.pdf |

Hi Natalie –

I am going to send you the *Property Information Sheets* for Prime Homes at Portofino Falls over a series of 6 emails. Let us know if you have any questions.

| | Claim ID | Homeowner | Address |
|---|---|---|---|
| 1. | 107160 | EDM Investment Holdings, LLC ; Prime Homes at Portofino Falls | 7070 Venice Way #2902 |
| 2. | 107161 | EDM Investment Holdings, LLC ; Prime Homes at Portofino Falls | 7070 Venice Way #2904 |
| 3. | 107162 | EDM Investment Holdings, LLC ; Prime Homes at Portofino Falls | 7070 Venice Way #2905 |
| 4. | 107163 | EDM Investment Holdings, LLC ; Prime Homes at Portofino Falls | 7070 Venice Way #2906 |

Thank you,
Ashley

**Ashley Dwyre**
Analyst II
**BROWNGREER PLC**
250 Rocketts Way
Richmond, Virginia 23231
Telephone: (804) 421-9274
Facsimile: (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*



1

## Ferrer, Becky

| | |
|---|---|
| **From:** | Ashley Dwyre <adwyre@browngreer.com> |
| **Sent:** | Wednesday, February 05, 2014 4:26 PM |
| **To:** | Rico, Natalie |
| **Cc:** | Ferrer, Becky; Mindy Nunnally |
| **Subject:** | Property Info Sheets - Prime Homes at Portofino Falls (Email 2 of 6) |
| **Attachments:** | Property Information Sheet - 7074 Venice Way #2601.pdf; Property Information Sheet - 7074 Venice Way #2602.pdf; Property Information Sheet - 7074 Venice Way #2604.pdf; Property Information Sheet - 7074 Venice Way #2606.pdf |

| | Claim ID | Homeowner | Address |
|---|---|---|---|
| 5. | 109136 | Prime Homes at Portofino Falls, Ltd. | 7074 Venice Way #2601 |
| 6. | 109137 | Prime Homes at Portofino Falls, Ltd. | 7074 Venice Way #2602 |
| 7. | 109138 | Prime Homes at Portofino Falls, Ltd. | 7074 Venice Way #2604 |
| 8. | 109139 | Prime Homes at Portofino Falls, Ltd. | 7074 Venice Way #2606 |

**Ashley Dwyre**
Analyst II
**BROWNGREER PLC**
250 Rocketts Way
Richmond, Virginia  23231
Telephone:  (804) 421-9274
Facsimile:  (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

# Ferrer, Becky

| | | |
|---|---|---|
| **From:** | Ashley Dwyre <adwyre@browngreer.com> | |
| **Sent:** | Wednesday, February 05, 2014 4:27 PM | |
| **To:** | Rico, Natalie | |
| **Cc:** | Ferrer, Becky; Mindy Nunnally | |
| **Subject:** | Property Info Sheets - Prime Homes at Portofino Falls (Email 3 of 6) | |
| **Attachments:** | Property Information Sheet - 7069 Venice Way #2803.pdf; Property Information Sheet - 7070 Venice Way #2901.pdf; Property Information Sheet - 7065 Venice Way #3001.pdf; Property Information Sheet - 7065 Venice Way #3002.pdf | |

| | Claim ID | Homeowner | Address |
|---|---|---|---|
| 9. | 109140 | Prime Homes at Portofino Falls, Ltd. | 7069 Venice Way #2803 |
| 10. | 109141 | Prime Homes at Portofino Falls, Ltd. | 7070 Venice Way #2901 |
| 11. | 109142 | Prime Homes at Portofino Falls, Ltd. | 7065 Venice Way #3001 |
| 12. | 109143 | Prime Homes at Portofino Falls, Ltd. | 7065 Venice Way #3002 |

**Ashley Dwyre**
Analyst II
**BROWNGREER PLC**
250 Rocketts Way
Richmond, Virginia  23231
Telephone:  (804) 421-9274
Facsimile:  (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

1

# Ferrer, Becky

| From: | Ashley Dwyre <adwyre@browngreer.com> |
|---|---|
| Sent: | Wednesday, February 05, 2014 4:28 PM |
| To: | Rico, Natalie |
| Cc: | Ferrer, Becky; Mindy Nunnally |
| Subject: | Property Info Sheets - Prime Homes at Portofino Falls (Email 4 of 6) |
| Attachments: | Property Information Sheet - 7065 Venice Way #3003.pdf; Property Information Sheet - 7065 Venice Way #3004.pdf; Property Information Sheet - 7061 Venice Way #3201.pdf; Property Information Sheet - 7061 Venice Way #3202.pdf |

|     | Claim ID | Homeowner | Address |
|-----|----------|-----------|---------|
| 13. | 109144 | Prime Homes at Portofino Falls, Ltd. | 7065 Venice Way #3003 |
| 14. | 109145 | Prime Homes at Portofino Falls, Ltd. | 7065 Venice Way #3004 |
| 15. | 109149 | Prime Homes at Portofino Falls, Ltd. | 7061 Venice Way #3201 |
| 16. | 109150 | Prime Homes at Portofino Falls, Ltd. | 7061 Venice Way #3202 |

**Ashley Dwyre**
Analyst II
**BROWNGREER PLC**
250 Ricketts Way
Richmond, Virginia 23231
Telephone: (804) 421-9274
Facsimile: (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

1

**Ferrer, Becky**
___

| From: | Ashley Dwyre <adwyre@browngreer.com> |
|---|---|
| Sent: | Wednesday, February 05, 2014 4:28 PM |
| To: | Rico, Natalie |
| Cc: | Ferrer, Becky; Mindy Nunnally |
| Subject: | Property Info Sheets - Prime Homes at Portofino Falls (Email 5 of 6) |
| Attachments: | Property Information Sheet - 7061 Venice Way #3203.pdf; Property Information Sheet - 7061 Venice Way #3204.pdf; Property Information Sheet - 7061 Venice Way #3206.pdf; Property Information Sheet - 7054 Ambrosia Lane #3306.pdf |

|  | Claim ID | Homeowner | Address |
|---|---|---|---|
| 17. | 109151 | Prime Homes at Portofino Falls, Ltd. | 7061 Venice Way #3203 |
| 18. | 109152 | Prime Homes at Portofino Falls, Ltd. | 7061 Venice Way #3204 |
| 19. | 109153 | Prime Homes at Portofino Falls, Ltd. | 7061 Venice Way #3206 |
| 20. | 109159 | Prime Homes at Portofino Falls, Ltd. | 7054 Ambrosia Lane #3306 |

**Ashley Dwyre**
Analyst II
**BROWNGREER PLC**
250 Rocketts Way
Richmond, Virginia 23231
Telephone: (804) 421-9274
Facsimile: (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

1

**Ferrer, Becky**

| | |
|---|---|
| **From:** | Ashley Dwyre <adwyre@browngreer.com> |
| **Sent:** | Wednesday, February 05, 2014 4:30 PM |
| **To:** | Rico, Natalie |
| **Cc:** | Ferrer, Becky; Mindy Nunnally |
| **Subject:** | Property Info Sheets - Prime Homes at Portofino Falls (Email 6 of 6) |
| **Attachments:** | Property Information Sheet - 7047 Ambrosia Lane .pdf; Property Information Sheet - 7054 Ambrosia Lane #3308.pdf |

Natalie –

This is the last email. I have not included a *Property Information Sheet* for the last address (7054 Venice Way #3307) because we have not received an Inspection Report for this property. The Inspection information is required in order to generate the *Property Information Sheet* report. I have requested additional information from Frilot, and will forward the report as soon as it becomes available.

| | Claim ID | Homeowner | Address |
|---|---|---|---|
| 21. | 109161 | Prime Homes at Portofino Falls, Ltd. | 7054 Ambrosia Lane #3308 |
| 22. | 110151 | Prime Homes at Portofino Falls | 7047 Ambrosia Lane (Clubhouse) |
| 23. | 111068 | Prime Homes at Portofino Falls | 7054 Venice Way #3307 |

Thank you!
Ashley

**Ashley Dwyre**
Analyst II
**BROWNGREER PLC**
250 Rocketts Way
Richmond, Virginia  23231
Telephone:  (804) 421-9274
Facsimile:  (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

**Ferrer, Becky**

| From: | Ashley Dwyre <adwyre@browngreer.com> |
|---|---|
| Sent: | Wednesday, February 05, 2014 4:28 PM |
| To: | Rico, Natalie |
| Cc: | Ferrer, Becky; Mindy Nunnally |
| Subject: | Property Info Sheets - Prime Homes at Portofino Falls (Email 5 of 6) |
| Attachments: | Property Information Sheet - 7061 Venice Way #3203.pdf; Property Information Sheet - 7061 Venice Way #3204.pdf; Property Information Sheet - 7061 Venice Way #3206.pdf; Property Information Sheet - 7054 Ambrosia Lane #3306.pdf |

|     | Claim ID | Homeowner | Address |
|-----|----------|-----------|---------|
| 17. | 109151 | Prime Homes at Portofino Falls, Ltd. | 7061 Venice Way #3203 |
| 18. | 109152 | Prime Homes at Portofino Falls, Ltd. | 7061 Venice Way #3204 |
| 19. | 109153 | Prime Homes at Portofino Falls, Ltd. | 7061 Venice Way #3206 |
| 20. | 109159 | Prime Homes at Portofino Falls, Ltd. | 7054 Ambrosia Lane #3306 |

**Ashley Dwyre**
Analyst II
**BROWNGREER** PLC
250 Rocketts Way
Richmond, Virginia  23231
Telephone:  (804) 421-9274
Facsimile:  (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

1

## Ferrer, Becky

| | |
|---|---|
| **From:** | Ashley Dwyre <adwyre@browngreer.com> |
| **Sent:** | Thursday, February 06, 2014 3:52 PM |
| **To:** | Rico, Natalie |
| **Cc:** | Ferrer, Becky; Mindy Nunnally |
| **Subject:** | RE: Property Info Sheets - Prime Homes at Portofino Falls (Email 6 of 6) |
| **Attachments:** | Property Information Sheet - 7054 Ambrosia Lane #3307.pdf |

Hi Natalie –

I have attached the Property Information Sheet for another Prime Homes property. It looks like the address had been identified incorrectly in our system. The 7054 Venice Way #3307 property is not a Pilot Program Participant, and we will not provide a Property Information Sheet for that property.

| 109160 | Prime Homes at Portofino Falls | 7054 Ambrosia Lane #3307 |
|---|---|---|

Thanks!
Ashley

**From:** Ashley Dwyre
**Sent:** Wednesday, February 05, 2014 4:30 PM
**To:** Rico, Natalie (natalie@colson.com)
**Cc:** Ferrer, Becky (Becky@colson.com); Mindy Nunnally
**Subject:** Property Info Sheets - Prime Homes at Portofino Falls (Email 6 of 6)

Natalie –

This is the last email. I have not included a *Property Information Sheet* for the last address (7054 Venice Way #3307) because we have not received an Inspection Report for this property. The Inspection information is required in order to generate the *Property Information Sheet* report. I have requested additional information from Frilot, and will forward the report as soon as it becomes available.

| | Claim ID | Homeowner | Address |
|---|---|---|---|
| 21. | 109161 | Prime Homes at Portofino Falls, Ltd. | 7054 Ambrosia Lane #3308 |
| 22. | 110151 | Prime Homes at Portofino Falls | 7047 Ambrosia Lane (Clubhouse) |
| 23. | 111068 | Prime Homes at Portofino Falls | 7054 Venice Way #3307 |

Thank you!
Ashley

**Ashley Dwyre**
Analyst II
**BROWNGREER PLC**
250 Rocketts Way
Richmond, Virginia 23231
Telephone: (804) 421-9274

1

Facsimile: (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*