
Colson
Hicks
Eidson

ERVIN A. GONZALEZ
Board Certified Civil &
Business Trial Attorney

March 7, 2014

*VIA FEDERAL EXPRESS*

Mindy Nunnally
Analyst II
BrownGreer PLC
250 Rocketts Way
Richmond, Virginia 23231

> Re: **Knauf – (Self Remediation Option – Milestone 1)**
> **EDM, Investment Holdings, LLC**
> **7070 Venice Way, #2902**
> **Naples, FL 34119**

Dear Ms. Nunnally:

Enclosed please find the following materials:

1. Homeowner Wire Transfer Instruction;
2. Contractor Wire Transfer Instruction Form;
3. W-9 for Contractor;
4. Property Owner Release and Assignment of Claims;
5. Binding Contractor between homeowner and insured and bonded licensed contractor.
   - Copy of Contractor license;
   - Copy of certificate of insurance, and;

6. Rider to Self-Remediation Contract Pursuant to the Settlement Agreement Regarding Claims against the Knauf Defendants in MDL No. 2047.
   - Exhibit F (being provided via e-mail)
   - Moss Xactimate Scope of Work (being provided via e-mail)

Should you have any questions, please do not hesitate to contact us.

Very Truly Yours,

ERVIN A. GONZALEZ
PATRICK S. MONTOYA
NATALIE M. RICO

| Ervin Law Firm, P.S. Ceifeol, Hicks, Eidson, Colson, Matthews, Martinez, Gonzalez, Kalbac & Kane
| 255 Alhambra Circle, Penthouse | Coral Gables, Florida | 33134
| T: 305.476.7400 | F: 305.476.7444 | W: colson.com
| 2101 L Street, N.W. | 10th Floor | Washington, DC | 20037
| T: 202.386.6706 | F: 202.386.6706
| 600 Carondelet Street, Rooms 810 & 812 | New Orleans, LA | 70130
| T: 305.476.7400 | F: 305.476.7444


**EXHIBIT**
O



**Colson**
**Hicks**
**Eidson**

ERVIN A. GONZALEZ
Board Certified Civil &
Business Trial Attorney

March 7, 2014

***VIA FEDERAL EXPRESS***

Mindy Nunnally
Analyst II
BrownGreer PLC
250 Rocketts Way
Richmond, Virginia 23231

> **Re:   Knauf – (Self Remediation Option – Milestone 1)**
> **EDM, Investment Holdings, LLC**
> **7070 Venice Way, #2904**
> **Naples, FL 34119**

Dear Ms. Nunnally:

Enclosed please find the following materials:

1. Homeowner Wire Transfer Instruction;
2. Contractor Wire Transfer Instruction Form;
3. W-9 for Contractor;
4. Property Owner Release and Assignment of Claims;
5. Binding Contractor between homeowner and insured and bonded licensed contractor.
   - Copy of Contractor license;
   - Copy of certificate of insurance, and;
6. Rider to Self-Remediation Contract Pursuant to the Settlement Agreement Regarding Claims against the Knauf Defendants in MDL No. 2047.
   - Exhibit F (provided via e-mail)
   - Moss Xactimate Scope of Work (provided via e-mail)

Should you have any questions, please do not hesitate to contact us.

Very Truly Yours,

ERVIN A. GONZALEZ
PATRICK S. MONTOYA
NATALIE M. RICO

THE LAW FIRM OF COLSON, HICKS, EIDSON, COLSON, MATTHEWS, MARTINEZ, GONZALEZ, KALBAC & KANE
255 ALHAMBRA CIRCLE, PENTHOUSE | CORAL GABLES, FLORIDA | 33134
T: 305.476.7400 | F: 305.476.7444 | W: COLSON.COM
2101 L STREET, N.W. | 10TH FLOOR | WASHINGTON, DC | 20037
T: 202.386.6706 | F: 202.386.6706
600 CARONDELET STREET, ROOMS 810 & 812 | NEW ORLEANS, LA | 70130
T: 305.476.7400 | F: 305.476.7444



Colson
Hicks
Eidson

ERVIN A. GONZALEZ
Board Certified Civil &
Business Trial Attorney

March 7, 2014

*VIA FEDERAL EXPRESS*

Mindy Nunnally
Analyst II
BrownGreer PLC
250 Rocketts Way
Richmond, Virginia 23231

      **Re:**    **Knauf – (Self Remediation Option – Milestone 1)**
                   **EDM, Investment Holdings, LLC**
                   **7070 Venice Way, #2905**
                   **Naples, FL 34119**

Dear Ms. Nunnally:

Enclosed please find the following materials:

1. Homeowner Wire Transfer Instruction;
2. Contractor Wire Transfer Instruction Form;
3. W-9 for Contractor;
4. Property Owner Release and Assignment of Claims;
5. Binding Contractor between homeowner and insured and bonded licensed contractor.
   - Copy of Contractor license;
   - Copy of certificate of insurance, and;
6. Rider to Self-Remediation Contract Pursuant to the Settlement Agreement Regarding Claims against the Knauf Defendants in MDL No. 2047.
   - Exhibit F (provided via e-mail)
   - Moss Xactimate Scope of Work (provided via e-mail)

Should you have any questions, please do not hesitate to contact us.

Very Truly Yours,

ERVIN A. GONZALEZ
PATRICK S. MONTOYA
NATALIE M. RICO

| The Law Offices: Colson Hicks, Eidson, Colson, Matthews, Martinez, Gonzalez, Kalbac & Kane.
| 255 Alhambra Circle, Penthouse | Coral Gables, Florida | 33134
| T: 305.476.7400 | F: 305.476.7444 | W: colson.com
| 2101 L Street, N.W. | 10th Floor | Washington, DC | 20037
| T: 202.386.6706 | F: 202.386.6706
| 600 Carondelet Street, Rooms 810 & 812 | New Orleans, LA | 70130
| T: 305.476.7400 | F: 305.476.7444


**Colson
Hicks
Eidson**

ERVIN A. GONZALEZ
Board Certified Civil &
Business Trial Attorney

March 7, 2014

*VIA FEDERAL EXPRESS*

Mindy Nunnally
Analyst II
BrownGreer PLC
250 Rocketts Way
Richmond, Virginia 23231

Re:    **Knauf – (Self Remediation Option – Milestone 1)
EDM, Investment Holdings, LLC
7070 Venice Way, #2906
Naples, FL 34119**

Dear Ms. Nunnally:

Enclosed please find the following materials:

1. Homeowner Wire Transfer Instruction;
2. Contractor Wire Transfer Instruction Form;
3. W-9 for Contractor;
4. Property Owner Release and Assignment of Claims;
5. Binding Contractor between homeowner and insured and bonded licensed contractor.
    - Copy of Contractor license;
    - Copy of certificate of insurance, and;
6. Rider to Self-Remediation Contract Pursuant to the Settlement Agreement Regarding Claims against the Knauf Defendants in MDL No. 2047.
    - Exhibit F (provided via e-mail)
    - Moss Xactimate Scope of Work (provided via e-mail)

Should you have any questions, please do not hesitate to contact us.

Very Truly Yours,

ERVIN A. GONZALEZ
PATRICK S. MONTOYA
NATALIE M. RICO

| The Law Firm of Colson, Hicks, Eidson, Colson, Matthews, Martinez, Gonzalez, Kalbac & Kane
| 255 Alhambra Circle, Penthouse  |  Coral Gables, Florida  |  33134
| T: 305.476.7400  |  F: 305.476.7444  |  W: colson.com
| 2101 L Street, N.W.  |  10th Floor  |  Washington, DC  |  20037
| T: 202.386.6706  |  F: 202.386.6706
| 600 Carondelet Street, Rooms 810 & 812  |  New Orleans, LA  |  70130
| T: 305.476.7400  |  F: 305.476.7444



**Colson**
**Hicks**
**Eidson**
*VIA FEDERAL EXPRESS*

ERVIN A. GONZALEZ
Board Certified Civil &
Business Trial Attorney

April 1, 2014

Mindy Nunnally
Analyst II
BrownGreer PLC
250 Rocketts Way
Richmond, Virginia 23231

> **Re:** **Knauf – (Self Remediation Option – Milestone 1)**
> **Prime Homes at Portofino Falls**
> **7070 Venice Way (#2601), Naples, FL 34119**

Dear Ms. Nunnally:

Enclosed please find the following materials:

1. Homeowner Wire Transfer Instruction;
2. Contractor Wire Transfer Instruction Form;
3. W-9 for Contractor;
4. Property Owner Release and Assignment of Claims;
5. Binding Contractor between homeowner and insured and bonded licensed contractor.
   - Copy of Contractor license;
   - Copy of certificate of insurance, and;
6. Rider to Self-Remediation Contract Pursuant to the Settlement Agreement Regarding Claims against the Knauf Defendants in MDL No. 2047.
   - Exhibit F (provided via e-mail)
   - Moss Xactimate Scope of Work (provided via e-mail)

Should you have any questions, please do not hesitate to contact us.

Very Truly Yours,

ERVIN A. GONZALEZ
PATRICK S. MONTOYA
NATALIE M. RICO

Enclosures: As stated

| THE LAW FIRM OF COLSON, HICKS, EIDSON, COLSON, MATTHEWS, MARTINEZ, GONZALEZ, KALBAC & KANE
| 255 ALHAMBRA CIRCLE, PENTHOUSE | CORAL GABLES, FLORIDA | 33134
| T: 305.476.7400 | F: 305.476.7444 | W: COLSON.COM
| 2101 L STREET, N.W. | 10TH FLOOR | WASHINGTON, DC | 20037
| T: 202.386.6706 | F: 202.386.6706
| 600 CARONDELET STREET, ROOMS 810 & 812 | NEW ORLEANS, LA | 70130
| T: 305.476.7400 | F: 305.476.7444



**Colson**
**Hicks**
**Eidson**

ERVIN A. GONZALEZ
Board Certified Civil &
Business Trial Attorney

April 1, 2014

*VIA FEDERAL EXPRESS*

Mindy Nunnally
Analyst II
BrownGreer PLC
250 Rocketts Way
Richmond, Virginia 23231

>        Re:    **Knauf – (Self Remediation Option – Milestone 1)**
>               **Prime Homes at Portofino Falls**
>               **7074 Venice Way (#2602), Naples, FL 34119**

Dear Ms. Nunnally:

Enclosed please find the following materials:

1. Homeowner Wire Transfer Instruction;
2. Contractor Wire Transfer Instruction Form;
3. W-9 for Contractor;
4. Property Owner Release and Assignment of Claims;
5. Binding Contractor between homeowner and insured and bonded licensed contractor.
   - Copy of Contractor license;
   - Copy of certificate of insurance, and;
6. Rider to Self-Remediation Contract Pursuant to the Settlement Agreement Regarding Claims against the Knauf Defendants in MDL No. 2047.
   - Exhibit F (provided via e-mail)
   - Moss Xactimate Scope of Work (provided via e-mail)

Should you have any questions, please do not hesitate to contact us.

Very Truly Yours,

ERVIN A. GONZALEZ
PATRICK S. MONTOYA
NATALIE M. RICO

Enclosures: As stated



**Colson**
**Hicks**
**Eidson**

*VIA FEDERAL EXPRESS*

April 1, 2014

ERVIN A. GONZALEZ
Board Certified Civil &
Business Trial Attorney

Mindy Nunnally
Analyst II
BrownGreer PLC
250 Rocketts Way
Richmond, Virginia 23231

      **Re:**    **Knauf – (Self Remediation Option – Milestone 1)**
               **Prime Homes at Portofino Falls**
               **7074 Venice Way (#2604), Naples, FL 34119**

Dear Ms. Nunnally:

Enclosed please find the following materials:

1. Homeowner Wire Transfer Instruction;
2. Contractor Wire Transfer Instruction Form;
3. W-9 for Contractor;
4. Property Owner Release and Assignment of Claims;
5. Binding Contractor between homeowner and insured and bonded licensed contractor.
   - Copy of Contractor license;
   - Copy of certificate of insurance, and;
6. Rider to Self-Remediation Contract Pursuant to the Settlement Agreement Regarding Claims against the Knauf Defendants in MDL No. 2047.
   - Exhibit F (provided via e-mail)
   - Moss Xactimate Scope of Work (provided via e-mail)

Should you have any questions, please do not hesitate to contact us.

Very Truly Yours,

ERVIN A. GONZALEZ
PATRICK S. MONTOYA
NATALIE M. RICO

Enclosures: As stated

| THE LAW FIRM OF COLSON, HICKS, EIDSON, COLSON, MATTHEWS, MARTINEZ, GONZALEZ, KALBAC & KANE
| 255 ALHAMBRA CIRCLE, PENTHOUSE | CORAL GABLES, FLORIDA | 33134
| T: 305.476.7400 | F: 305.476.7444 | W: COLSON.COM
| 2101 L STREET, N.W. | 10TH FLOOR | WASHINGTON, DC | 20037
| T: 202.386.6706 | F: 202.386.6706
| 600 CARONDELET STREET, ROOMS 810 & 812 | NEW ORLEANS, LA | 70130
| T: 305.476.7400 | F: 305.476.7444


Colson
Hicks
Eidson

ERVIN A. GONZALEZ
Board Certified Civil &
Business Trial Attorney

May 6, 2014

**_VIA FEDERAL EXPRESS_**

Mindy Nunnally
Analyst II
BrownGreer PLC
250 Rocketts Way
Richmond, Virginia 23231

> **Re:   Knauf – (Self Remediation Option – Milestone 1)**
> **Prime Homes at Portofino Falls**
> **7074 Venice Way (#2606), Naples, FL 34119**

Dear Ms. Nunnally:

Enclosed please find the following materials:

1. Homeowner Wire Transfer Instruction;
2. Contractor Wire Transfer Instruction Form;
3. W-9 for Contractor;
4. Property Owner Release and Assignment of Claims;
5. Binding Contractor between homeowner and insured and bonded licensed contractor.
   - Copy of Contractor license;
   - Copy of certificate of insurance, and;
6. Rider to Self-Remediation Contract Pursuant to the Settlement Agreement Regarding Claims against the Knauf Defendants in MDL No. 2047.
   - Exhibit F (provided via e-mail)
   - Moss Xactimate Scope of Work (provided via e-mail)

Should you have any questions, please do not hesitate to contact us.

Very Truly Yours,

ERVIN A. GONZALEZ
PATRICK S. MONTOYA
NATALIE M. RICO

Enclosures: As stated

---

| The Law Firm of Colson, Hicks, Eidson, Colson, Matthews, Martinez, Gonzalez, Kalbac & Kane
| 255 Alhambra Circle, Penthouse | Coral Gables, Florida | 33134
| T: 305.476.7400 | F: 305.476.7444 | W: colson.com
| 2101 L Street, N.W. | 10th Floor | Washington, DC | 20037
| T: 202.386.6706 | F: 202.386.6706
| 600 Carondelet Street, Rooms 810 & 812 | New Orleans, LA | 70130
| T: 305.476.7400 | F: 305.476.7444



## Colson
## Hicks
## Eidson

*VIA FEDERAL EXPRESS*

**ERVIN A. GONZALEZ**
Board Certified Civil &
Business Trial Attorney

April 2, 2014

Mindy Nunnally
Analyst II
BrownGreer PLC
250 Rocketts Way
Richmond, Virginia 23231

> **Re:** **Knauf – (Self Remediation Option – Milestone 1)**
> **Prime Homes at Portofino Falls**
> **7069 Venice Way (#2803), Naples, FL 34119**

Dear Ms. Nunnally:

Enclosed please find the following materials:

1. Homeowner Wire Transfer Instruction;
2. Contractor Wire Transfer Instruction Form;
3. W-9 for Contractor;
4. Property Owner Release and Assignment of Claims;
5. Binding Contractor between homeowner and insured and bonded licensed contractor.
   - Copy of Contractor license;
   - Copy of certificate of insurance, and;
6. Rider to Self-Remediation Contract Pursuant to the Settlement Agreement Regarding Claims against the Knauf Defendants in MDL No. 2047.
   - Exhibit F (provided via e-mail)
   - Moss Xactimate Scope of Work (provided via e-mail)

Should you have any questions, please do not hesitate to contact us.

Very Truly Yours,

ERVIN A. GONZALEZ
PATRICK S. MONTOYA
NATALIE M. RICO

Enclosures: As stated

| The Law Firm of Colson, Hicks, Eidson, Colson, Matthews, Martinez, Gonzalez, Kalbac & Kane

| 255 Alhambra Circle, Penthouse | Coral Gables, Florida | 33134

| T: 305.476.7400 | F: 305.476.7444 | W: colson.com

| 2101 L Street, N.W. | 10th Floor | Washington, DC | 20037

| T: 202.386.6706 | F: 202.386.6706

| 600 Carondelet Street, Rooms 810 & 812 | New Orleans, LA | 70130

| T: 305.476.7400 | F: 305.476.7444



**Colson**
**Hicks**
**Eidson**

*VIA FEDERAL EXPRESS*

April 1, 2014

ERVIN A. GONZALEZ
Board Certified Civil &
Business Trial Attorney

Mindy Nunnally
Analyst II
BrownGreer PLC
250 Rocketts Way
Richmond, Virginia 23231

Re:   **Knauf – (Self Remediation Option – Milestone 1)**
      **Prime Homes at Portofino Falls**
      **7070 Venice Way (#2901), Naples, FL 34119**

Dear Ms. Nunnally:

Enclosed please find the following materials:

1. Homeowner Wire Transfer Instruction;
2. Contractor Wire Transfer Instruction Form;
3. W-9 for Contractor;
4. Property Owner Release and Assignment of Claims;
5. Binding Contractor between homeowner and insured and bonded licensed
   contractor.
   - Copy of Contractor license;
   - Copy of certificate of insurance, and;
6. Rider to Self-Remediation Contract Pursuant to the Settlement Agreement
   Regarding Claims against the Knauf Defendants in MDL No. 2047.
   - Exhibit F (provided via e-mail)
   - Moss Xactimate Scope of Work (provided via e-mail)

Should you have any questions, please do not hesitate to contact us.

Very Truly Yours,

ERVIN A. GONZALEZ
PATRICK S. MONTOYA
NATALIE M. RICO

Enclosures: As stated

| The Law Firm of Colson, Hicks, Eidson, Colson, Matthews, Martinez, Gonzalez, Kalbac & Kane
| 255 Alhambra Circle, Penthouse | Coral Gables, Florida | 33134
| T: 305.476.7400 | F: 305.476.7444 | W: colson.com
| 2101 L Street, N.W. | 10th Floor | Washington, DC | 20037
| T: 202.386.6706 | F: 202.386.6706
| 600 Carondelet Street, Rooms 810 & 812 | New Orleans, LA | 70130
| T: 305.476.7400 | F: 305.476.7444



**Colson**
**Hicks**
**Eidson**

*VIA FEDERAL EXPRESS*

April 2, 2014

ERVIN A. GONZALEZ
Board Certified Civil &
Business Trial Attorney

Mindy Nunnally
Analyst II
BrownGreer PLC
250 Rocketts Way
Richmond, Virginia 23231

> **Re:** **Knauf – (Self Remediation Option – Milestone 1)**
> **Prime Homes at Portofino Falls**
> **7065 Venice Way (#3001), Naples, FL 34119**

Dear Ms. Nunnally:

Enclosed please find the following materials:

1. Homeowner Wire Transfer Instruction;
2. Contractor Wire Transfer Instruction Form;
3. W-9 for Contractor;
4. Property Owner Release and Assignment of Claims;
5. Binding Contractor between homeowner and insured and bonded licensed contractor.
   - Copy of Contractor license;
   - Copy of certificate of insurance, and;
6. Rider to Self-Remediation Contract Pursuant to the Settlement Agreement Regarding Claims against the Knauf Defendants in MDL No. 2047.
   - Exhibit F (provided via e-mail)
   - Moss Xactimate Scope of Work (provided via e-mail)

Should you have any questions, please do not hesitate to contact us.

Very Truly Yours,

ERVIN A. GONZALEZ
PATRICK S. MONTOYA
NATALIE M. RICO

Enclosures: As stated

| THE LAW FIRM OF COLSON, HICKS, EIDSON, COLSON, MATTHEWS, MARTINEZ, GONZALEZ, KALBAC & KANE
| 255 ALHAMBRA CIRCLE, PENTHOUSE | CORAL GABLES, FLORIDA | 33134
| T: 305.476.7400 | F: 305.476.7444 | W: colson.com
| 2101 L STREET, N.W. | 10TH FLOOR | WASHINGTON, DC | 20037
| T: 202.386.6706 | F: 202.386.6706
| 600 CARONDELET STREET, ROOMS 810 & 812 | NEW ORLEANS, LA | 70130
| T: 305.476.7400 | F: 305.476.7444



## Colson
## Hicks
## Eidson

ERVIN A. GONZALEZ
Board Certified Civil &
Business Trial Attorney

April 2, 2014

***VIA FEDERAL EXPRESS***

Mindy Nunnally
Analyst II
BrownGreer PLC
250 Rocketts Way
Richmond, Virginia 23231

> **Re:     Knauf – (Self Remediation Option – Milestone 1)**
> **Prime Homes at Portofino Falls**
> **7065 Venice Way (#3002), Naples, FL 34119**

Dear Ms. Nunnally:

Enclosed please find the following materials:

1. Homeowner Wire Transfer Instruction;
2. Contractor Wire Transfer Instruction Form;
3. W-9 for Contractor;
4. Property Owner Release and Assignment of Claims;
5. Binding Contractor between homeowner and insured and bonded licensed contractor.
    - Copy of Contractor license;
    - Copy of certificate of insurance, and;
6. Rider to Self-Remediation Contract Pursuant to the Settlement Agreement Regarding Claims against the Knauf Defendants in MDL No. 2047.
    - Exhibit F (provided via e-mail)
    - Moss Xactimate Scope of Work (provided via e-mail)

Should you have any questions, please do not hesitate to contact us.

Very Truly Yours,

ERVIN A. GONZALEZ
PATRICK S. MONTOYA
NATALIE M. RICO

Enclosures: As stated

| The Law Firm of Colson, Hicks, Eidson, Colson, Matthews, Martinez, Gonzalez, Kalbac & Kane
| 255 Alhambra Circle, Penthouse | Coral Gables, Florida | 33134
| T: 305.476.7400 | F: 305.476.7444 | W: colson.com
| 2101 L Street, N.W. | 10th Floor | Washington, DC | 20037
| T: 202.386.6706 | F: 202.386.6706
| 600 Carondelet Street, Rooms 810 & 812 | New Orleans, LA | 70130
| T: 305.476.7400 | F: 305.476.7444


**Colson**
**Hicks**
**Eidson**

*VIA FEDERAL EXPRESS*

ERVIN A. GONZALEZ
Board Certified Civil &
Business Trial Attorney

April 2, 2014

Mindy Nunnally
Analyst II
BrownGreer PLC
250 Rocketts Way
Richmond, Virginia 23231

> **Re:    Knauf – (Self Remediation Option – Milestone 1)**
> **Prime Homes at Portofino Falls**
> **7065 Venice Way (#3003), Naples, FL 34119**

Dear Ms. Nunnally:

Enclosed please find the following materials:

1. Homeowner Wire Transfer Instruction;
2. Contractor Wire Transfer Instruction Form;
3. W-9 for Contractor;
4. Property Owner Release and Assignment of Claims;
5. Binding Contractor between homeowner and insured and bonded licensed contractor.
   - Copy of Contractor license;
   - Copy of certificate of insurance, and;
6. Rider to Self-Remediation Contract Pursuant to the Settlement Agreement Regarding Claims against the Knauf Defendants in MDL No. 2047.
   - Exhibit F (provided via e-mail)
   - Moss Xactimate Scope of Work (provided via e-mail)

Should you have any questions, please do not hesitate to contact us.

Very Truly Yours,

ERVIN A. GONZALEZ
PATRICK S. MONTOYA
NATALIE M. RICO

Enclosures: As stated

| THE LAW FIRM OF COLSON, HICKS, EIDSON, COLSON, MATTHEWS, MARTINEZ, GONZALEZ, KALBAC & KANE
| 255 ALHAMBRA CIRCLE, PENTHOUSE | CORAL GABLES, FLORIDA | 33134
| T: 305.476.7400 | F: 305.476.7444 | W: COLSON.COM
| 2101 L STREET, N.W. | 10TH FLOOR | WASHINGTON, DC | 20037
| T: 202.386.6706 | F: 202.386.6706
| 600 CARONDELET STREET, ROOMS 810 & 812 | NEW ORLEANS, LA | 70130
| T: 305.476.7400 | F: 305.476.7444



**Colson**
**Hicks**
**Eidson**

ERVIN A. GONZALEZ
Board Certified Civil &
Business Trial Attorney

April 2, 2014

*VIA FEDERAL EXPRESS*

Mindy Nunnally
Analyst II
BrownGreer PLC
250 Rocketts Way
Richmond, Virginia 23231

      **Re:** **Knauf – (Self Remediation Option – Milestone 1)**
              **Prime Homes at Portofino Falls**
              **7065 Venice Way (#3004), Naples, FL 34119**

Dear Ms. Nunnally:

Enclosed please find the following materials:

1. Homeowner Wire Transfer Instruction;
2. Contractor Wire Transfer Instruction Form;
3. W-9 for Contractor;
4. Property Owner Release and Assignment of Claims;
5. Binding Contractor between homeowner and insured and bonded licensed contractor.
   - Copy of Contractor license;
   - Copy of certificate of insurance, and;
6. Rider to Self-Remediation Contract Pursuant to the Settlement Agreement Regarding Claims against the Knauf Defendants in MDL No. 2047.
   - Exhibit F (provided via e-mail)
   - Moss Xactimate Scope of Work (provided via e-mail)

      Should you have any questions, please do not hesitate to contact us.

                      Very Truly Yours,

                      ERVIN A. GONZALEZ
                      PATRICK S. MONTOYA
                      NATALIE M. RICO

Enclosures: As stated

| THE LAW FIRM OF COLSON, HICKS, EIDSON, COLSON, MATTHEWS, MARTINEZ, GONZALEZ, KALBAC & KANE
| 255 ALHAMBRA CIRCLE, PENTHOUSE | CORAL GABLES, FLORIDA | 33134
| T: 305.476.7400 | F: 305.476.7444 | W: COLSON.COM
| 2101 L STREET, N.W. | 10TH FLOOR | WASHINGTON, DC | 20037
| T: 202.386.6706 | F: 202.386.6706
| 600 CARONDELET STREET, ROOMS 810 & 812 | NEW ORLEANS, LA | 70130
| T: 305.476.7400 | F: 305.476.7444



## Colson
## Hicks
## Eidson

ERVIN A. GONZALEZ
Board Certified Civil &
Business Trial Attorney

April 2, 2014

**VIA FEDERAL EXPRESS**

Mindy Nunnally
Analyst II
BrownGreer PLC
250 Rocketts Way
Richmond, Virginia 23231

> **Re: Knauf – (Self Remediation Option – Milestone 1)**
> **Prime Homes at Portofino Falls**
> **7061 Venice Way (#3201), Naples, FL 34119**

Dear Ms. Nunnally:

Enclosed please find the following materials:

1. Homeowner Wire Transfer Instruction;
2. Contractor Wire Transfer Instruction Form;
3. W-9 for Contractor;
4. Property Owner Release and Assignment of Claims;
5. Binding Contractor between homeowner and insured and bonded licensed contractor.
   - Copy of Contractor license;
   - Copy of certificate of insurance, and;
6. Rider to Self-Remediation Contract Pursuant to the Settlement Agreement Regarding Claims against the Knauf Defendants in MDL No. 2047.
   - Exhibit F (provided via e-mail)
   - Moss Xactimate Scope of Work (provided via e-mail)

Should you have any questions, please do not hesitate to contact us.

Very Truly Yours,

ERVIN A. GONZALEZ
PATRICK S. MONTOYA
NATALIE M. RICO

Enclosures: As stated

THE LAW FIRM OF COLSON, HICKS, EIDSON, COLSON, MATTHEWS, MARTINEZ, GONZALEZ, KALBAC & KANE
255 ALHAMBRA CIRCLE, PENTHOUSE | CORAL GABLES, FLORIDA | 33134
T: 305.476.7400 | F: 305.476.7444 | W: COLSON.COM
2101 L STREET, N.W. | 10TH FLOOR | WASHINGTON, DC | 20037
T: 202.386.6706 | F: 202.386.6706
600 CARONDELET STREET, ROOMS 810 & 812 | NEW ORLEANS, LA | 70130
T: 305.476.7400 | F: 305.476.7444



**Colson**
**Hicks**
**Eidson**

ERVIN A. GONZALEZ
Board Certified Civil &
Business Trial Attorney

April 2, 2014

*VIA FEDERAL EXPRESS*

Mindy Nunnally
Analyst II
BrownGreer PLC
250 Rocketts Way
Richmond, Virginia 23231

> Re:  **Knauf – (Self Remediation Option – Milestone 1)**
> **Prime Homes at Portofino Falls**
> **7061 Venice Way (#3202), Naples, FL 34119**

Dear Ms. Nunnally:

Enclosed please find the following materials:

1. Homeowner Wire Transfer Instruction;
2. Contractor Wire Transfer Instruction Form;
3. W-9 for Contractor;
4. Property Owner Release and Assignment of Claims;
5. Binding Contractor between homeowner and insured and bonded licensed contractor.
   - Copy of Contractor license;
   - Copy of certificate of insurance, and;
6. Rider to Self-Remediation Contract Pursuant to the Settlement Agreement Regarding Claims against the Knauf Defendants in MDL No. 2047.
   - Exhibit F (provided via e-mail)
   - Moss Xactimate Scope of Work (provided via e-mail)

Should you have any questions, please do not hesitate to contact us.

Very Truly Yours,

ERVIN A. GONZALEZ
PATRICK S. MONTOYA
NATALIE M. RICO

Enclosures: As stated

| The Law Firm of Colson, Hicks, Eidson, Colson, Matthews, Martinez, Gonzalez, Kalbac & Kane
| 255 Alhambra Circle, Penthouse | Coral Gables, Florida | 33134
| T: 305.476.7400 | F: 305.476.7444 | W: colson.com
| 2101 L Street, N.W. | 10th Floor | Washington, DC | 20037
| T: 202.386.6706 | F: 202.386.6706
| 600 Carondelet Street, Rooms 810 & 812 | New Orleans, LA | 70130
| T: 305.476.7400 | F: 305.476.7444



Colson
Hicks
Eidson

*VIA FEDERAL EXPRESS*

ERVIN A. GONZALEZ
Board Certified Civil &
Business Trial Attorney

April 2, 2014

Mindy Nunnally
Analyst II
BrownGreer PLC
250 Rocketts Way
Richmond, Virginia 23231

   **Re:** **Knauf – (Self Remediation Option – Milestone 1)**
      **Prime Homes at Portofino Falls**
      **7061 Venice Way (#3203), Naples, FL 34119**

Dear Ms. Nunnally:

Enclosed please find the following materials:

1. Homeowner Wire Transfer Instruction;
2. Contractor Wire Transfer Instruction Form;
3. W-9 for Contractor;
4. Property Owner Release and Assignment of Claims;
5. Binding Contractor between homeowner and insured and bonded licensed contractor.
   - Copy of Contractor license;
   - Copy of certificate of insurance, and;
6. Rider to Self-Remediation Contract Pursuant to the Settlement Agreement Regarding Claims against the Knauf Defendants in MDL No. 2047.
   - Exhibit F (provided via e-mail)
   - Moss Xactimate Scope of Work (provided via e-mail)

Should you have any questions, please do not hesitate to contact us.

Very Truly Yours,

ERVIN A. GONZALEZ
PATRICK S. MONTOYA
NATALIE M. RICO

Enclosures: As stated

| The Law Firm of Colson, Hicks, Eidson, Colson, Matthews, Martinez, Gonzalez, Kalbac & Kane
| 255 Alhambra Circle, Penthouse | Coral Gables, Florida | 33134
| T: 305.476.7400 | F: 305.476.7444 | W: colson.com
| 2101 L Street, N.W. | 10th Floor | Washington, DC | 20037
| T: 202.386.6706 | F: 202.386.6706
| 600 Carondelet Street, Rooms 810 & 812 | New Orleans, LA | 70130
| T: 305.476.7400 | F: 305.476.7444



# Colson
# Hicks
# Eidson

ERVIN A. GONZALEZ
Board Certified Civil &
Business Trial Attorney

April 2, 2014

**VIA FEDERAL EXPRESS**

Mindy Nunnally
Analyst II
BrownGreer PLC
250 Rocketts Way
Richmond, Virginia 23231

   **Re:** **Knauf – (Self Remediation Option – Milestone 1)**
      **Prime Homes at Portofino Falls**
      **7061 Venice Way (#3204), Naples, FL 34119**

Dear Ms. Nunnally:

Enclosed please find the following materials:

1. Homeowner Wire Transfer Instruction;
2. Contractor Wire Transfer Instruction Form;
3. W-9 for Contractor;
4. Property Owner Release and Assignment of Claims;
5. Binding Contractor between homeowner and insured and bonded licensed contractor.
   - Copy of Contractor license;
   - Copy of certificate of insurance, and;
6. Rider to Self-Remediation Contract Pursuant to the Settlement Agreement Regarding Claims against the Knauf Defendants in MDL No. 2047.
   - Exhibit F (provided via e-mail)
   - Moss Xactimate Scope of Work (provided via e-mail)

  Should you have any questions, please do not hesitate to contact us.

        Very Truly Yours,

        ERVIN A. GONZALEZ
        PATRICK S. MONTOYA
        NATALIE M. RICO

Enclosures: As stated

| THE LAW FIRM OF COLSON, HICKS, EIDSON, COLSON, MATTHEWS, MARTINEZ, GONZALEZ, KALBAC & KANE
| 255 ALHAMBRA CIRCLE, PENTHOUSE | CORAL GABLES, FLORIDA | 33134
| T: 305.476.7400 | F: 305.476.7444 | W: COLSON.COM
| 2101 L STREET, N.W. | 10TH FLOOR | WASHINGTON, DC | 20037
| T: 202.386.6706 | F: 202.386.6706
| 600 CARONDELET STREET, ROOMS 810 & 812 | NEW ORLEANS, LA | 70130
| T: 305.476.7400 | F: 305.476.7444



## Colson
## Hicks
## Eidson

ERVIN A. GONZALEZ
Board Certified Civil &
Business Trial Attorney

April 2, 2014

*VIA FEDERAL EXPRESS*

Mindy Nunnally
Analyst II
BrownGreer PLC
250 Rocketts Way
Richmond, Virginia 23231

     **Re:**    **Knauf – (Self Remediation Option – Milestone 1)**
              **Prime Homes at Portofino Falls**
              **7061 Venice Way (#3206), Naples, FL 34119**

Dear Ms. Nunnally:

Enclosed please find the following materials:

1. Homeowner Wire Transfer Instruction;
2. Contractor Wire Transfer Instruction Form;
3. W-9 for Contractor;
4. Property Owner Release and Assignment of Claims;
5. Binding Contractor between homeowner and insured and bonded licensed contractor.
   - Copy of Contractor license;
   - Copy of certificate of insurance, and;
6. Rider to Self-Remediation Contract Pursuant to the Settlement Agreement Regarding Claims against the Knauf Defendants in MDL No. 2047.
   - Exhibit F (provided via e-mail)
   - Moss Xactimate Scope of Work (provided via e-mail)

Should you have any questions, please do not hesitate to contact us.

Very Truly Yours,

ERVIN A. GONZALEZ
PATRICK S. MONTOYA
NATALIE M. RICO

Enclosures: As stated

---

| THE LAW FIRM OF COLSON, HICKS, EIDSON, COLSON, MATTHEWS, MARTINEZ, GONZALEZ, KALBAC & KANE
| 255 ALHAMBRA CIRCLE, PENTHOUSE | CORAL GABLES, FLORIDA | 33134
| T: 305.476.7400 | F: 305.476.7444 | W: COLSON.COM
| 2101 L STREET, N.W. | 10TH FLOOR | WASHINGTON, DC | 20037
| T: 202.386.6706 | F: 202.386.6706
| 600 CARONDELET STREET, ROOMS 810 & 812 | NEW ORLEANS, LA | 70130
| T: 305.476.7400 | F: 305.476.7444



**Colson Hicks Eidson**

April 2, 2014

ERVIN A. GONZALEZ
Board Certified Civil &
Business Trial Attorney

*VIA FEDERAL EXPRESS*

Mindy Nunnally
Analyst II
BrownGreer PLC
250 Rocketts Way
Richmond, Virginia 23231

> **Re:  Knauf – (Self Remediation Option – Milestone 1)**
> **Prime Homes at Portofino Falls**
> **7054 Ambrosia Lane (#3306), Naples, FL 34119**

Dear Ms. Nunnally:

Enclosed please find the following materials:

1. Homeowner Wire Transfer Instruction;
2. Contractor Wire Transfer Instruction Form;
3. W-9 for Contractor;
4. Property Owner Release and Assignment of Claims;
5. Binding Contractor between homeowner and insured and bonded licensed contractor.
   - Copy of Contractor license;
   - Copy of certificate of insurance, and;
6. Rider to Self-Remediation Contract Pursuant to the Settlement Agreement Regarding Claims against the Knauf Defendants in MDL No. 2047.
   - Exhibit F (provided via e-mail)
   - Moss Xactimate Scope of Work (provided via e-mail)

Should you have any questions, please do not hesitate to contact us.

Very Truly Yours,

ERVIN A. GONZALEZ
PATRICK S. MONTOYA
NATALIE M. RICO

Enclosures: As stated

| THE LAW FIRM OF COLSON, HICKS, EIDSON, COLSON, MATTHEWS, MARTINEZ, GONZALEZ, KALBAC & KANE
| 255 ALHAMBRA CIRCLE, PENTHOUSE | CORAL GABLES, FLORIDA | 33134
| T: 305.476.7400 | F: 305.476.7444 | W: COLSON.COM
| 2101 L STREET, N.W. | 10TH FLOOR | WASHINGTON, DC | 20037
| T: 202.386.6706 | F: 202.386.6706
| 600 CARONDELET STREET, ROOMS 810 & 812 | NEW ORLEANS, LA | 70130
| T: 305.476.7400 | F: 305.476.7444



**Colson**
**Hicks**
**Eidson**

*VIA FEDERAL EXPRESS*

April 2, 2014

ERVIN A. GONZALEZ
Board Certified Civil &
Business Trial Attorney

Mindy Nunnally
Analyst II
BrownGreer PLC
250 Rocketts Way
Richmond, Virginia 23231

> **Re:** **Knauf – (Self Remediation Option – Milestone 1)**
> **Prime Homes at Portofino Falls**
> **7054 Ambrosia Lane (#3307), Naples, FL 34119**

Dear Ms. Nunnally:

Enclosed please find the following materials:

1. Homeowner Wire Transfer Instruction;
2. Contractor Wire Transfer Instruction Form;
3. W-9 for Contractor;
4. Property Owner Release and Assignment of Claims;
5. Binding Contractor between homeowner and insured and bonded licensed contractor.
   - Copy of Contractor license;
   - Copy of certificate of insurance, and;
6. Rider to Self-Remediation Contract Pursuant to the Settlement Agreement Regarding Claims against the Knauf Defendants in MDL No. 2047.
   - Exhibit F (provided via e-mail)
   - Moss Xactimate Scope of Work (provided via e-mail)

Should you have any questions, please do not hesitate to contact us.

Very Truly Yours,

ERVIN A. GONZALEZ
PATRICK S. MONTOYA
NATALIE M. RICO

Enclosures: As stated

| THE LAW FIRM OF COLSON, HICKS, EIDSON, COLSON, MATTHEWS, MARTINEZ, GONZALEZ, KALBAC & KANE
| 255 ALHAMBRA CIRCLE, PENTHOUSE | CORAL GABLES, FLORIDA | 33134
| T: 305.476.7400 | F: 305.476.7444 | W: COLSON.COM
| 2101 L STREET, N.W. | 10TH FLOOR | WASHINGTON, DC | 20037
| T: 202.386.6706 | F: 202.386.6706
| 600 CARONDELET STREET, ROOMS 810 & 812 | NEW ORLEANS, LA | 70130
| T: 305.476.7400 | F: 305.476.7444



**Colson**
**Hicks**
**Eidson**

ERVIN A. GONZALEZ
Board Certified Civil &
Business Trial Attorney

April 2, 2014

*VIA FEDERAL EXPRESS*

Mindy Nunnally
Analyst II
BrownGreer PLC
250 Rocketts Way
Richmond, Virginia 23231

> Re:   **Knauf – (Self Remediation Option – Milestone 1)**
> **Prime Homes at Portofino Falls**
> **7054 Ambrosia Lane (#3308), Naples, FL 34119**

Dear Ms. Nunnally:

Enclosed please find the following materials:

1. Homeowner Wire Transfer Instruction;
2. Contractor Wire Transfer Instruction Form;
3. W-9 for Contractor;
4. Property Owner Release and Assignment of Claims;
5. Binding Contractor between homeowner and insured and bonded licensed contractor.
   - Copy of Contractor license;
   - Copy of certificate of insurance, and;
6. Rider to Self-Remediation Contract Pursuant to the Settlement Agreement Regarding Claims against the Knauf Defendants in MDL No. 2047.
   - Exhibit F (provided via e-mail)
   - Moss Xactimate Scope of Work (provided via e-mail)

Should you have any questions, please do not hesitate to contact us.

Very Truly Yours,

ERVIN A. GONZALEZ
PATRICK S. MONTOYA
NATALIE M. RICO

Enclosures: As stated

| THE LAW FIRM OF COLSON, HICKS, EIDSON, COLSON, MATTHEWS, MARTINEZ, GONZALEZ, KALBAC & KANE
| 255 ALHAMBRA CIRCLE, PENTHOUSE  |  CORAL GABLES, FLORIDA  |  33134
| T: 305.476.7400  |  F: 305.476.7444  |  W: COLSON.COM
| 2101 L STREET, N.W.  |  10TH FLOOR  |  WASHINGTON, DC  |  20037
| T: 202.386.6706  |  F: 202.386.6706
| 600 CARONDELET STREET, ROOMS 810 & 812  |  NEW ORLEANS, LA  |  70130
| T: 305.476.7400  |  F: 305.476.7444


**Colson**
**Hicks**
**Eidson**

ERVIN A. GONZALEZ
Board Certified Civil &
Business Trial Attorney

April 1, 2014

***VIA FEDERAL EXPRESS***

Mindy Nunnally
Analyst II
BrownGreer PLC
250 Rocketts Way
Richmond, Virginia 23231

      **Re:**   **Knauf – (Self Remediation Option – Milestone 1)**
              **Prime Homes at Portofino Falls**
              **7047 Ambrosia Lane (Clubhouse)**
              **Naples, FL 34119**

Dear Ms. Nunnally:

Enclosed please find the following materials:

1. Homeowner Wire Transfer Instruction;
2. Contractor Wire Transfer Instruction Form;
3. W-9 for Contractor;
4. Property Owner Release and Assignment of Claims;
5. Binding Contractor between homeowner and insured and bonded licensed contractor.
    - Copy of Contractor license;
    - Copy of certificate of insurance, and;
6. Rider to Self-Remediation Contract Pursuant to the Settlement Agreement Regarding Claims against the Knauf Defendants in MDL No. 2047.
    - Exhibit F (provided via e-mail)
    - Moss Xactimate Scope of Work (provided via e-mail)

      Should you have any questions, please do not hesitate to contact us.

              Very Truly Yours,

              ERVIN A. GONZALEZ
              PATRICK S. MONTOYA
              NATALIE M. RICO

| The Law Firm of: Colson Hicks, Eidson, Colson, Matthews, Martinez, Gonzalez, Kalbac & Kane
| 255 Alhambra Circle, Penthouse | Coral Gables, Florida | 33134
| T: 305.476.7400 | F: 305.476.7444 | W: colson.com
| 2101 L Street, N.W. | 10th Floor | Washington, DC | 20037
| T: 202.386.6706 | F: 202.386.6706
| 600 Carondelet Street, Rooms 810 & 812 | New Orleans, LA | 70130
| T: 305.476.7400 | F: 305.476.7444



**Colson
Hicks
Eidson**

ERVIN A. GONZALEZ
Board Certified Civil &
Business Trial Attorney

January 21, 2015

*VIA FEDERAL EXPRESS*

Mindy Nunnally
Analyst II
BrownGreer PLC
250 Rocketts Way
Richmond, Virginia 23231

     **Re:** **Knauf – (Self Remediation Option – Milestone 1)**
           **Prime Homes at Portofino Falls, Ltd.**
           **7043 Ambrosia Lane, #201, Naples, FL 34119**

Dear Ms. Nunnally:

Enclosed please find the following materials:

1. Homeowner Wire Transfer Instruction;
2. Contractor Wire Transfer Instruction Form;
3. W-9 for Contractor;
4. Property Owner Release and Assignment of Claims;
5. Binding Contractor between homeowner and insured and bonded licensed
   contractor.
   - Copy of Contractor license;
   - Copy of certificate of insurance, and;
6. Rider to Self-Remediation Contract Pursuant to the Settlement Agreement
   Regarding Claims against the Knauf Defendants in MDL No. 2047.
   - Exhibit F (provided via e-mail)
   - Moss Xactimate Scope of Work (provided via e-mail)

Should you have any questions, please do not hesitate to contact us.

Very Truly Yours,

ERVIN A. GONZALEZ
PATRICK S. MONTOYA
NATALIE M. RICO

Enclosures: As stated

| THE LAW FIRM OF COLSON, HICKS, EIDSON, COLSON, MATTHEWS, MARTINEZ, GONZALEZ, KALBAC & KANE
| 255 ALHAMBRA CIRCLE, PENTHOUSE | CORAL GABLES, FLORIDA | 33134
| T: 305.476.7400 | F: 305.476.7444 | W: WWW.COLSON.COM
| 208 11TH STREET SE | WASHINGTON, DC | 20003
| T: 202.386.6706 | F: 202.386.6706 | W: WWW.COLSON.COM
| 1100 POYDRAS STREET, SUITE 2800 | NEW ORLEANS, LA | 70163
| T: 305.476.7400 | F: 305.476.7444 | W: WWW.COLSON.COM


Colson
Hicks
Eidson

ERVIN A. GONZALEZ
Board Certified Civil &
Business Trial Attorney

January 21, 2015

***VIA FEDERAL EXPRESS***

Mindy Nunnally
Analyst II
BrownGreer PLC
250 Rocketts Way
Richmond, Virginia 23231

      **Re:**   **Knauf – (Self Remediation Option – Milestone 1)**
           **Yehiel Sarshalom**
           **7043 Ambrosia Lane, #202, Naples, FL 34119**

Dear Ms. Nunnally:

Enclosed please find the following materials:

1. Homeowner Wire Transfer Instruction;
2. Contractor Wire Transfer Instruction Form;
3. W-9 for Contractor;
4. Property Owner Release and Assignment of Claims;
5. Binding Contractor between homeowner and insured and bonded licensed contractor.
   - Copy of Contractor license;
   - Copy of certificate of insurance, and;
6. Rider to Self-Remediation Contract Pursuant to the Settlement Agreement Regarding Claims against the Knauf Defendants in MDL No. 2047.
   - Exhibit F (provided via e-mail)
   - Moss Xactimate Scope of Work (provided via e-mail)

Should you have any questions, please do not hesitate to contact us.

Very Truly Yours,

ERVIN A. GONZALEZ
PATRICK S. MONTOYA
NATALIE M. RICO

Enclosures: As stated

| The Law Firm of Colson, Hicks, Eidson, Colson, Matthews, Martinez, Gonzalez, Kalbac & Kane
| 255 Alhambra Circle, Penthouse | Coral Gables, Florida | 33134
| T: 305.476.7400 | F: 305.476.7444 | W: www.colson.com
| 208 11th Street SE | Washington, DC | 20003
| T: 202.386.6706 | F: 202.386.6706 | W: www.colson.com
| 1100 Poydras Street, Suite 2800 | New Orleans, LA | 70163
| T: 305.476.7400 | F: 305.476.7444 | W: www.colson.com


Colson
Hicks
Eidson

ERVIN A. GONZALEZ
Board Certified Civil &
Business Trial Attorney

January 21, 2015

*VIA FEDERAL EXPRESS*

Mindy Nunnally
Analyst II
BrownGreer PLC
250 Rocketts Way
Richmond, Virginia 23231

> **Re:   Knauf – (Self Remediation Option – Milestone 1)**
> **Prime Homes at Portofino Falls, Ltd.**
> **7054 Ambrosia Lane, #3301, Naples, FL 34119**

Dear Ms. Nunnally:

Enclosed please find the following materials:

1. Homeowner Wire Transfer Instruction;
2. Contractor Wire Transfer Instruction Form;
3. W-9 for Contractor;
4. Property Owner Release and Assignment of Claims;
5. Binding Contractor between homeowner and insured and bonded licensed contractor.
   - Copy of Contractor license;
   - Copy of certificate of insurance, and;
6. Rider to Self-Remediation Contract Pursuant to the Settlement Agreement Regarding Claims against the Knauf Defendants in MDL No. 2047.
   - Exhibit F (provided via e-mail)
   - Moss Xactimate Scope of Work (provided via e-mail)

Should you have any questions, please do not hesitate to contact us.

Very Truly Yours,

ERVIN A. GONZALEZ
PATRICK S. MONTOYA
NATALIE M. RICO

Enclosures: As stated

THE LAW FIRM OF COLSON, HICKS, EIDSON, COLSON, MATTHEWS, MARTINEZ, GONZALEZ, KALBAC & KANE

255 ALHAMBRA CIRCLE, PENTHOUSE  |  CORAL GABLES, FLORIDA  |  33134
T: 305.476.7400  |  F: 305.476.7444  |  W: WWW.COLSON.COM

208 11TH STREET SE |  WASHINGTON, DC  |  20003
T: 202.386.6706  |  F: 202.386.6706  |  W: WWW.COLSON.COM

1100 POYDRAS STREET, SUITE 2800  |  NEW ORLEANS, LA  |  70163
T: 305.476.7400  |  F: 305.476.7444  |  W: WWW.COLSON.COM


Colson
Hicks
Eidson

ERVIN A. GONZALEZ
Board Certified Civil &
Business Trial Attorney

January 21, 2015

*__VIA FEDERAL EXPRESS__*

Mindy Nunnally
Analyst II
BrownGreer PLC
250 Rocketts Way
Richmond, Virginia 23231

> **Re:    Knauf – (Self Remediation Option – Milestone 1)**
> **Prime Homes at Portofino Falls, Ltd.**
> **7054 Ambrosia Lane, #3302, Naples, FL 34119**

Dear Ms. Nunnally:

Enclosed please find the following materials:

1. Homeowner Wire Transfer Instruction;
2. Contractor Wire Transfer Instruction Form;
3. W-9 for Contractor;
4. Property Owner Release and Assignment of Claims;
5. Binding Contractor between homeowner and insured and bonded licensed contractor.
   - Copy of Contractor license;
   - Copy of certificate of insurance, and;
6. Rider to Self-Remediation Contract Pursuant to the Settlement Agreement Regarding Claims against the Knauf Defendants in MDL No. 2047.
   - Exhibit F (provided via e-mail)
   - Moss Xactimate Scope of Work (provided via e-mail)

Should you have any questions, please do not hesitate to contact us.

Very Truly Yours,

ERVIN A. GONZALEZ
PATRICK S. MONTOYA
NATALIE M. RICO

Enclosures: As stated

| The Law Firm of Colson, Hicks, Eidson, Colson, Matthews, Martinez, Gonzalez, Kalbac & Kane
| 255 Alhambra Circle, Penthouse | Coral Gables, Florida | 33134
| T: 305.476.7400 | F: 305.476.7444 | W: www.colson.com
| 208 11th Street SE | Washington, DC | 20003
| T: 202.386.6706 | F: 202.386.6706 | W: www.colson.com
| 1100 Poydras Street, Suite 2800 | New Orleans, LA | 70163
| T: 305.476.7400 | F: 305.476.7444 | W: www.colson.com



Colson
Hicks
Eidson

ERVIN A. GONZALEZ
Board Certified Civil &
Business Trial Attorney

January 21, 2015

**_VIA FEDERAL EXPRESS_**

Mindy Nunnally
Analyst II
BrownGreer PLC
250 Rocketts Way
Richmond, Virginia 23231

      Re:    **Knauf – (Self Remediation Option – Milestone 1)**
               **Prime Homes at Portofino Falls, Ltd.**
               **7060 Venice Way, #3102, Naples, FL 34119**

Dear Ms. Nunnally:

Enclosed please find the following materials:

1. Homeowner Wire Transfer Instruction;
2. Contractor Wire Transfer Instruction Form;
3. W-9 for Contractor;
4. Property Owner Release and Assignment of Claims;
5. Binding Contractor between homeowner and insured and bonded licensed contractor.
   - Copy of Contractor license;
   - Copy of certificate of insurance, and;
6. Rider to Self-Remediation Contract Pursuant to the Settlement Agreement Regarding Claims against the Knauf Defendants in MDL No. 2047.
   - Exhibit F (provided via e-mail)
   - Moss Xactimate Scope of Work (provided via e-mail)

Should you have any questions, please do not hesitate to contact us.

Very Truly Yours,

ERVIN A. GONZALEZ
PATRICK S. MONTOYA
NATALIE M. RICO

Enclosures: As stated

| THE LAW FIRM OF COLSON, HICKS, EIDSON, COLSON, MATTHEWS, MARTINEZ, GONZALEZ, KALBAC & KANE
| 255 ALHAMBRA CIRCLE, PENTHOUSE | CORAL GABLES, FLORIDA | 33134
| T: 305.476.7400 | F: 305.476.7444 | W: WWW.COLSON.COM
| 208 11TH STREET SE | WASHINGTON, DC | 20003
| T: 202.386.6706 | F: 202.386.6706 | W: WWW.COLSON.COM
| 1100 POYDRAS STREET, SUITE 2800 | NEW ORLEANS, LA | 70163
| T: 305.476.7400 | F: 305.476.7444 | W: WWW.COLSON.COM



# Colson
# Hicks
# Eidson

ERVIN A. GONZALEZ
Board Certified Civil &
Business Trial Attorney

January 21, 2015

***VIA FEDERAL EXPRESS***

Mindy Nunnally
Analyst II
BrownGreer PLC
250 Rocketts Way
Richmond, Virginia 23231

> **Re:   Knauf – (Self Remediation Option – Milestone 1)**
> **Prime Homes at Portofino Falls, Ltd.**
> **7060 Venice Way, #3103, Naples, FL 34119**

Dear Ms. Nunnally:

Enclosed please find the following materials:

1. Homeowner Wire Transfer Instruction;
2. Contractor Wire Transfer Instruction Form;
3. W-9 for Contractor;
4. Property Owner Release and Assignment of Claims;
5. Binding Contractor between homeowner and insured and bonded licensed contractor.
   - Copy of Contractor license;
   - Copy of certificate of insurance, and;
6. Rider to Self-Remediation Contract Pursuant to the Settlement Agreement Regarding Claims against the Knauf Defendants in MDL No. 2047.
   - Exhibit F (provided via e-mail)
   - Moss Xactimate Scope of Work (provided via e-mail)

Should you have any questions, please do not hesitate to contact us.

Very Truly Yours,

ERVIN A. GONZALEZ
PATRICK S. MONTOYA
NATALIE M. RICO

Enclosures: As stated

| THE LAW FIRM OF COLSON, HICKS, EIDSON, COLSON, MATTHEWS, MARTINEZ, GONZALEZ, KALBAC & KANE
| 255 ALHAMBRA CIRCLE, PENTHOUSE | CORAL GABLES, FLORIDA | 33134
| T: 305.476.7400 | F: 305.476.7444 | W: WWW.COLSON.COM
| 208 11TH STREET SE | WASHINGTON, DC | 20003
| T: 202.386.6706 | F: 202.386.6706 | W: WWW.COLSON.COM
| 1100 POYDRAS STREET, SUITE 2800 | NEW ORLEANS, LA | 70163
| T: 305.476.7400 | F: 305.476.7444 | W: WWW.COLSON.COM