Rico, Natalie
___

**From:** Mindy Nunnally <mnunnally@browngreer.com>
**Sent:** Wednesday, April 16, 2014 8:31 PM
**To:** Ferrer, Becky
**Cc:** Rico, Natalie; Ashley Dwyre
**Subject:** Option 2 Deficiencies - Prime Homes

Becky,

Below list all of the properties for Prime Homes and the deficiencies. Homeowners that submit Releases that are missing any information or have signature/notary issues will need to execute a new Release. Changes to already submitted Releases will not be accepted. Let us know if you have any questions about the new policy.

| Row | Claim ID | Homeowner Name | Affected Property Address | Deficienci |
|---|---|---|---|---|
| 1. | 107160 | EDM Investment Holdings, LLC ; Prime Homes at Portofino Falls | 7070 Venice Way #2902 | Need Lump Sum Elig |
| 2. | 107161 | EDM Investment Holdings, LLC ; Prime Homes at Portofino Falls | 7070 Venice Way #2904 | Need Lump Sum Elig |
| 3. | 107162 | EDM Investment Holdings, LLC ; Prime Homes at Portofino Falls | 7070 Venice Way #2905 | Need Lump Sum Elig |
| 4. | 107163 | EDM Investment Holdings, LLC ; Prime Homes at Portofino Falls | 7070 Venice Way #2906 | Need Lump Sum Elig |
| 5. | 109136 | Prime Homes at Portofino Falls, Ltd. | 7074 Venice Way #2601 | Need Lump Sum Elig Need Block Omni Need Original R |
| 6. | 109137 | Prime Homes at Portofino Falls, Ltd. | 7074 Venice Way #2602 | Need Lump Sum Elig Need Block Omni Need Original R |
| 7. | 109138 | Prime Homes at Portofino Falls, Ltd. | 7074 Venice Way #2604 | Need Lump Sum Elig Need Block Omni Need Original R |
| 8. | 109139 | Prime Homes at Portofino Falls, Ltd. | 7074 Venice Way #2606 | No Documents R |
| 9. | 109140 | Prime Homes at Portofino Falls, Ltd. | 7069 Venice Way #2803 | Need Lump Sum Elig Need Block Omni Need Original R |
| 10. | 109141 | Prime Homes at Portofino Falls, Ltd. | 7070 Venice Way #2901 | Need Lump Sum Elig Need Block Omni Need Original R |
| 11. | 109142 | Prime Homes at Portofino Falls, Ltd. | 7065 Venice Way #3001 | Need Lump Sum Elig Need Block Omni Need Original R |
| 12. | 109143 | Prime Homes at Portofino Falls, Ltd. | 7065 Venice Way #3002 | Need Lump Sum Elig Need Block Omni Need Original R |
| 13. | 109144 | Prime Homes at Portofino Falls, Ltd. | 7065 Venice Way #3003 | Need Lump Sum Elig Need Block Omni Need Original R |
| 14. | 109145 | Prime Homes at Portofino Falls, Ltd. | 7065 Venice Way #3004 | Need Lump Sum Elig |

EXHIBIT P

| | | | | |
|---|---|---|---|---|
| **15.** | 109149 | Prime Homes at Portofino Falls, Ltd. | 7061 Venice Way #3201 | Need Lump Sum Elig<br>Need Block Omni<br>Need Original R |
| **16.** | 109150 | Prime Homes at Portofino Falls, Ltd. | 7061 Venice Way #3202 | Need Lump Sum Elig<br>Need Block Omni<br>Need Original R |
| **17.** | 109151 | Prime Homes at Portofino Falls, Ltd. | 7061 Venice Way #3203 | Need Lump Sum Elig<br>Need Block Omni<br>Need Original R |
| **18.** | 109152 | Prime Homes at Portofino Falls, Ltd. | 7061 Venice Way #3204 | Need Lump Sum Elig<br>Need Block Omni<br>Need Original R<br>Contractor Wiring Ir |
| **19.** | 109153 | Prime Homes at Portofino Falls, Ltd. | 7061 Venice Way #3206 | Need Lump Sum Elig<br>Need Block Omni<br>Need Original R |
| **20.** | 109159 | Prime Homes at Portofino Falls, Ltd. | 7054 Ambrosia Lane #3306 | Need Lump Sum Elig<br>Need Block Omni<br>Need Original R |
| **21.** | 109160 | Prime Homes at Portofino Falls, Ltd. | 7054 Ambrosia Lane #3307 | Need Lump Sum Elig<br>Need Block Omni<br>Need Original R |
| **22.** | 109161 | Prime Homes at Portofino Falls, Ltd. | 7054 Ambrosia Lane #3308 | Need Lump Sum Elig<br>Need Block Omni<br>Need Original R |
| **23.** | 110151 | Prime Homes at Portofino Falls, Ltd. | 7047 Ambrosia Lane (Clubhouse) | Need Lump Sum Elig<br>Need Original R |

Thanks,
Mindy

**Mindy Nunnally**
Analyst II
**BrownGreer PLC**
250 Rocketts Way
Richmond, Virginia  23231
Telephone:  (804) 521-7225
Facsimile:  (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*