**From:** Mindy Nunnally [mailto:mnunnally@browngreer.com]
**Sent:** Monday, May 12, 2014 9:13 AM
**To:** Ferrer, Becky; Ashley Dwyre
**Cc:** Rico, Natalie; Montoya, Patrick; Keiser, Jeff
**Subject:** RE: Option 2 Deficiencies - Prime Homes - Compliance with Deficiencies

Becky,

We are not able to accept changes to Releases already submitted.  We will need the owner to execute new and complete Releases before we can request funding.

Thanks,
Mindy

**From:** Ferrer, Becky [mailto:Becky@colson.com]
**Sent:** Thursday, May 08, 2014 4:53 PM
**To:** Mindy Nunnally; Ashley Dwyre
**Cc:** Rico, Natalie; Montoya, Patrick; Keiser, Jeff
**Subject:** RE: Option 2 Deficiencies - Prime Homes - Compliance with Deficiencies



1

Some files have been sent to you via **Hightail** - the best way to send, share, and store your files. Try it now.

Download the file - 7061 Venice Way #3201 - Property Owner Release & Assignment of Claims.pdf; 7065 Venice Way #3004 - Property Owner Release & Assignment of Claims.pdf; 7065 Venice Way #3003 - Property Owner Release & Assignment of Claims.pdf; 7065 Venice Way #3002 - Property Owner Release & Assignment of Claims.pdf; 7065 Venice Way #3001 - Property Owner Release & Assignment of Claims.pdf; 7070 Venice Way #2901 - Property Owner Release & Assignment of Claims.pdf; 7069 Venice Way #2803 - Property Owner Release & Assignment of Claims.pdf; 7074 Venice Way #2604 - Property Owner Release & Assignment of Claims.pdf; 7074 Venice Way #2602 - Property Owner Release & Assignment of Claims.pdf; 7074 Venice Way #2601 - Property Owner Release & Assignment of Claims.pdf; 7047 Ambrosia Lane - Property Owner Release & Assignment of Claims.pdf; 7054 Venice Way #3308 - Property Owner Release & Assignment of Claims.pdf; 7054 Venice Way #3307 - Property Owner Release & Assignment of Claims.pdf; 7054 Venice Way #3306 - Property Owner Release & Assignment of Claims.pdf; 7061 Venice Way #3206 - Property Owner Release & Assignment of Claims.pdf; 7061 Venice Way #3204 - Property Owner Release & Assignment of Claims.pdf; 7061 Venice Way #3203 - Property Owner Release & Assignment of Claims.pdf; 7061 Venice Way #3202 - Property Owner Release & Assignment of Claims.pdf

Your files will expire after 14 days.

Dear Mindy and Ashley,

Please see attached Property Owner Release and Assignment of Claims for 18 of the below listed Prime Home properties in compliance with below detailed deficiencies.

Please advise if you need anything further.

**Becky Ferrer**
**Paralegal to Ervin Gonzalez, Esq. & Patrick Montoya, Esq.**
**Colson Hicks Eidson**
**255 Alhambra Circle, Penthouse**
**Coral Gables, Florida 33134**
**305-476-7458 Direct Line**
**305-476-7444 Fax**
*becky@colson.com*

---

**From:** Mindy Nunnally [mailto:mnunnally@browngreer.com]
**Sent:** Wednesday, April 16, 2014 8:31 PM
**To:** Ferrer, Becky
**Cc:** Rico, Natalie; Ashley Dwyre
**Subject:** Option 2 Deficiencies - Prime Homes

Becky,

Below list all of the properties for Prime Homes and the deficiencies. Homeowners that submit Releases that are missing any information or have signature/notary issues will need to execute a new Release. Changes to already submitted Releases will not be accepted. Let us know if you have any questions about the new policy.

2

| Row | Claim ID | Homeowner Name | Affected Property Address | Deficienci |
|---|---|---|---|---|
| 1. | 107160 | EDM Investment Holdings, LLC ; Prime Homes at Portofino Falls | 7070 Venice Way #2902 | Need Lump Sum Elig |
| 2. | 107161 | EDM Investment Holdings, LLC ; Prime Homes at Portofino Falls | 7070 Venice Way #2904 | Need Lump Sum Elig |
| 3. | 107162 | EDM Investment Holdings, LLC ; Prime Homes at Portofino Falls | 7070 Venice Way #2905 | Need Lump Sum Elig |
| 4. | 107163 | EDM Investment Holdings, LLC ; Prime Homes at Portofino Falls | 7070 Venice Way #2906 | Need Lump Sum Elig |
| 5. | 109136 | Prime Homes at Portofino Falls, Ltd. | 7074 Venice Way #2601 | Need Lump Sum Elig Need Block Omni Need Original R |
| 6. | 109137 | Prime Homes at Portofino Falls, Ltd. | 7074 Venice Way #2602 | Need Lump Sum Elig Need Block Omni Need Original R |
| 7. | 109138 | Prime Homes at Portofino Falls, Ltd. | 7074 Venice Way #2604 | Need Lump Sum Elig Need Block Omni Need Original R |
| 8. | 109139 | Prime Homes at Portofino Falls, Ltd. | 7074 Venice Way #2606 | No Documents R |
| 9. | 109140 | Prime Homes at Portofino Falls, Ltd. | 7069 Venice Way #2803 | Need Lump Sum Elig Need Block Omni Need Original R |
| 10. | 109141 | Prime Homes at Portofino Falls, Ltd. | 7070 Venice Way #2901 | Need Lump Sum Elig Need Block Omni Need Original R |
| 11. | 109142 | Prime Homes at Portofino Falls, Ltd. | 7065 Venice Way #3001 | Need Lump Sum Elig Need Block Omni Need Original R |
| 12. | 109143 | Prime Homes at Portofino Falls, Ltd. | 7065 Venice Way #3002 | Need Lump Sum Elig Need Block Omni Need Original R |
| 13. | 109144 | Prime Homes at Portofino Falls, Ltd. | 7065 Venice Way #3003 | Need Lump Sum Elig Need Block Omni Need Original R |
| 14. | 109145 | Prime Homes at Portofino Falls, Ltd. | 7065 Venice Way #3004 | Need Lump Sum Elig Need Block Omni Need Original R |
| 15. | 109149 | Prime Homes at Portofino Falls, Ltd. | 7061 Venice Way #3201 | Need Lump Sum Elig Need Block Omni Need Original R |
| 16. | 109150 | Prime Homes at Portofino Falls, Ltd. | 7061 Venice Way #3202 | Need Lump Sum Elig Need Block Omni Need Original R |
| 17. | 109151 | Prime Homes at Portofino Falls, Ltd. | 7061 Venice Way #3203 | Need Lump Sum Elig Need Block Omni Need Original R |
| 18. | 109152 | Prime Homes at Portofino Falls, Ltd. | 7061 Venice Way #3204 | Need Lump Sum Elig Need Block Omni Need Original R Contractor Wiring Ir |

| | | | | |
|---|---|---|---|---|
| **19.** | 109153 | Prime Homes at Portofino Falls, Ltd. | 7061 Venice Way #3206 | Need Lump Sum Elig<br>Need Block Omni<br>Need Original R |
| **20.** | 109159 | Prime Homes at Portofino Falls, Ltd. | 7054 Ambrosia Lane #3306 | Need Lump Sum Elig<br>Need Block Omni<br>Need Original R |
| **21.** | 109160 | Prime Homes at Portofino Falls, Ltd. | 7054 Ambrosia Lane #3307 | Need Lump Sum Elig<br>Need Block Omni<br>Need Original R |
| **22.** | 109161 | Prime Homes at Portofino Falls, Ltd. | 7054 Ambrosia Lane #3308 | Need Lump Sum Elig<br>Need Block Omni<br>Need Original R |
| **23.** | 110151 | Prime Homes at Portofino Falls, Ltd. | 7047 Ambrosia Lane (Clubhouse) | Need Lump Sum Elig<br>Need Original R |

Thanks,
Mindy

**Mindy Nunnally**
Analyst II
**BROWNGREER PLC**
250 Rocketts Way
Richmond, Virginia  23231
Telephone:  (804) 521-7225
Facsimile:  (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*