**From:** Thalgott, Garrett [mailto:GThalgott@frilot.com]
**Sent:** Monday, June 30, 2014 11:34 PM
**To:** Rico, Natalie
**Subject:** RE: Prime Homes Self-Remediation Release

That should be fine.

**From:** Rico, Natalie [mailto:natalie@colson.com]
**Sent:** Wednesday, June 25, 2014 12:29 PM
**To:** Thalgott, Garrett
**Subject:** Prime Homes Self-Remediation Release

Dear Garrett,

Our client, Prime Homes, is proceeding with Option 2. Page 3 of the Release states: "Claimant represents and that Claimant owns and occupies the above listed property..." As Developers, Claimant did not "occupy" the units. Would you agree to a deletion of the term occupies? Please let us know so that we can return the executed Releases for the Prime Homes properties. Thanks.

Very truly yours,

Natalie M. Rico
Attorney
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134-5008
Office: 305 476-7400
Fax: 305 476-7444
e-mail: Natalie@colson.com

1


EXHIBIT R