Rico, Natalie
___

**From:** Spaulding, Kyle <kspaulding@frilot.com>
**Sent:** Wednesday, November 19, 2014 4:37 PM
**To:** Rico, Natalie; Thalgott, Garrett
**Cc:** Montoya, Patrick; Keiser, Jeff; Ferrer, Becky; Miller, Kerry J.
**Subject:** RE: Prime Homes

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

Natalie-The Xactimates were completed and approved less than 1 month after Moss inspected them. They are currently 4 months old, which does not necessitate re-inspections by Moss.

Kyle A. Spaulding
FRILOT L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, LA 70163
Telephone: 504.599.8249
Facsimile: 504.599.8137

---

**From:** Rico, Natalie [mailto:natalie@colson.com]
**Sent:** Wednesday, November 19, 2014 3:00 PM
**To:** Thalgott, Garrett
**Cc:** Montoya, Patrick; Keiser, Jeff; Ferrer, Becky; Spaulding, Kyle; Miller, Kerry J.
**Subject:** Prime Homes

Dear Garrett,

We have a multi-unit Claims whose properties are in line for Self-Remediation. It has been over one year since the properties were inspected by Moss and costs of construction have increased. The completion of the Xactimates for this claim took anywhere between 4-6 months and payment of these claims has been further delayed due to some issues with the release language that have now been resolved. We request the Xactimates be rerun to reflect the current market rates and the Self-Remediation values be adjusted accordingly. Please let us know if you client will agree to revising the Xactimate numbers for these claims by Tuesday, November 25, 2014. The favor of your early reply is greatly appreciated.

Very truly yours,

Natalie M. Rico
Attorney
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134-5008
Office: 305 476-7400
Fax: 305 476-7444
e-mail: Natalie@colson.com

1


EXHIBIT S