# Ferrer, Becky

**From:** Mindy Nunnally <mnunnally@browngreer.com>
**Sent:** Thursday, October 02, 2014 12:05 PM
**To:** Ferrer, Becky; Ashley Dwyre
**Cc:** Rico, Natalie; Montoya, Patrick; Keiser, Jeff; GThalgott@frilot.com
**Subject:** RE: Option 2 Deficiencies - Prime Homes - Compliance with Deficiencies

Becky,

The attached Release will be acceptable, including the alteration on page 3.

Thanks,
Mindy

---

**From:** Ferrer, Becky [mailto:Becky@colson.com]
**Sent:** Wednesday, October 01, 2014 5:51 PM
**To:** Mindy Nunnally; Ashley Dwyre
**Cc:** Rico, Natalie; Montoya, Patrick; Keiser, Jeff; GThalgott@frilot.com
**Subject:** RE: Option 2 Deficiencies - Prime Homes - Compliance with Deficiencies

Dear Mindy,

Following up on providing you with Deficiency Releases for Prime Home.  Please advise if the attached Release is acceptable.  Please review page 3 of 11, paragraph 1 scratched out words ("and occupies").  Pursuant to attached e-mail, Knauf has approved the removal of these words.

Please review the attached release and confirm all is acceptable so that we can generate a number of releases we need to provide to you for Prime Homes.

Thank you kindly in advance.

Becky Ferrer
Paralegal to Ervin Gonzalez, Esq. & Patrick Montoya, Esq.
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
305-476-7458 Direct Line
305-476-7444 Fax
becky@colson.com

---

**From:** Mindy Nunnally [mailto:mnunnally@browngreer.com]
**Sent:** Monday, May 12, 2014 1:38 PM
**To:** Ferrer, Becky; Ashley Dwyre
**Cc:** Rico, Natalie; Montoya, Patrick; Keiser, Jeff
**Subject:** RE: Option 2 Deficiencies - Prime Homes - Compliance with Deficiencies

This looks good.  Please also include the day in the date section, when the owner signs.

Thanks



1

**From:** Ferrer, Becky [mailto:Becky@colson.com]
**Sent:** Monday, May 12, 2014 12:27 PM
**To:** Mindy Nunnally; Ashley Dwyre
**Cc:** Rico, Natalie; Montoya, Patrick; Keiser, Jeff
**Subject:** RE: Option 2 Deficiencies - Prime Homes - Compliance with Deficiencies

Dear Mindy,

Please see attached sample Prime Home Property Release and advise if information on Page 1 appears accurate and acceptable so that once we submit new releases pursuant to your instruction, they will be free of any deficiency.

Thanking you kindly in advance.

Becky Ferrer
Paralegal to Ervin Gonzalez, Esq. & Patrick Montoya, Esq.
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
305-476-7458 Direct Line
305-476-7444 Fax
becky@colson.com


**From:** Mindy Nunnally [mailto:mnunnally@browngreer.com]
**Sent:** Monday, May 12, 2014 11:38 AM
**To:** Ferrer, Becky; Ashley Dwyre
**Cc:** Rico, Natalie; Montoya, Patrick; Keiser, Jeff
**Subject:** RE: Option 2 Deficiencies - Prime Homes - Compliance with Deficiencies

Becky,

Knauf has requested all Releases be complete and information cannot be added after the Release has been signed. This change was made in March and I include the below statement for all Releases received after this time.

Homeowners that submit Releases that are missing any information or have signature/notary issues will need to execute a new Release. Changes to already submitted Releases will not be accepted.

Thanks

**From:** Ferrer, Becky [mailto:Becky@colson.com]
**Sent:** Monday, May 12, 2014 11:33 AM
**To:** Mindy Nunnally; Ashley Dwyre
**Cc:** Rico, Natalie; Montoya, Patrick; Keiser, Jeff
**Subject:** RE: Option 2 Deficiencies - Prime Homes - Compliance with Deficiencies

Dear Mindy,

In the past, when we have received deficiencies on missing Omni information on these releases, I have added the information being requested and submitted the correction to you. I don't understand why we need a complete new release when the only addition is on the first page – adding the Omni X information.

2

Please advise.

---

Becky Ferrer
**Paralegal to Ervin Gonzalez, Esq. & Patrick Montoya, Esq.**
**Colson Hicks Eidson**
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
305-476-7458 Direct Line
305-476-7444 Fax
becky@colson.com

---

**From:** Mindy Nunnally [mailto:mnunnally@browngreer.com]
**Sent:** Monday, May 12, 2014 9:13 AM
**To:** Ferrer, Becky; Ashley Dwyre
**Cc:** Rico, Natalie; Montoya, Patrick; Keiser, Jeff
**Subject:** RE: Option 2 Deficiencies - Prime Homes - Compliance with Deficiencies

Becky,

We are not able to accept changes to Releases already submitted. We will need the owner to execute new and complete Releases before we can request funding.

Thanks,
Mindy

---

**From:** Ferrer, Becky [mailto:Becky@colson.com]
**Sent:** Thursday, May 08, 2014 4:53 PM
**To:** Mindy Nunnally; Ashley Dwyre
**Cc:** Rico, Natalie; Montoya, Patrick; Keiser, Jeff
**Subject:** RE: Option 2 Deficiencies - Prime Homes - Compliance with Deficiencies

Some files have been sent to you via **Hightail** - the best way to send, share, and store your files. Try it now.

Download the file - 7061 Venice Way #3201 - Property Owner Release & Assignment of Claims.pdf; 7065 Venice Way #3004 - Property Owner Release & Assignment of Claims.pdf; 7065 Venice Way #3003 - Property Owner Release & Assignment of Claims.pdf; 7065 Venice Way #3002 - Property Owner Release & Assignment of Claims.pdf; 7065 Venice Way #3001 - Property Owner Release & Assignment of Claims.pdf; 7070 Venice Way #2901 - Property Owner Release & Assignment of Claims.pdf; 7069 Venice Way #2803 - Property Owner Release & Assignment of Claims.pdf; 7074 Venice Way #2604 - Property Owner Release & Assignment of Claims.pdf; 7074 Venice Way #2602 - Property Owner Release & Assignment of Claims.pdf; 7074 Venice Way #2601 - Property Owner Release & Assignment of Claims.pdf; 7047 Ambrosia Lane - Property Owner Release & Assignment of Claims.pdf; 7054 Venice Way #3308 - Property Owner Release & Assignment of Claims.pdf; 7054 Venice Way #3307 - Property Owner Release & Assignment of Claims.pdf; 7054 Venice Way #3306 - Property Owner Release & Assignment of Claims.pdf; 7061 Venice Way #3206 - Property Owner Release & Assignment of Claims.pdf; 7061 Venice Way #3204 - Property Owner Release & Assignment of Claims.pdf; 7061 Venice Way #3203 - Property Owner Release & Assignment of Claims.pdf; 7061 Venice Way #3202 - Property Owner Release & Assignment of Claims.pdf

Your files will expire after 14 days.

Dear Mindy and Ashley,

Please see attached Property Owner Release and Assignment of Claims for 18 of the below listed Prime Home properties in compliance with below detailed deficiencies.

Please advise if you need anything further.

Becky Ferrer
Paralegal to Ervin Gonzalez, Esq. & Patrick Montoya, Esq.
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
305-476-7458 Direct Line
305-476-7444 Fax
becky@colson.com

**From:** Mindy Nunnally [mailto:mnunnally@browngreer.com]
**Sent:** Wednesday, April 16, 2014 8:31 PM
**To:** Ferrer, Becky
**Cc:** Rico, Natalie; Ashley Dwyre
**Subject:** Option 2 Deficiencies - Prime Homes

Becky,

Below list all of the properties for Prime Homes and the deficiencies. Homeowners that submit Releases that are missing any information or have signature/notary issues will need to execute a new Release. Changes to already submitted Releases will not be accepted. Let us know if you have any questions about the new policy.

| Row | Claim ID | Homeowner Name | Affected Property Address | Deficiencies |
|---|---|---|---|---|
| 1. | 107160 | EDM Investment Holdings, LLC ; Prime Homes at Portofino Falls | 7070 Venice Way #2902 | Need Lump Sum Eligib |
| 2. | 107161 | EDM Investment Holdings, LLC ; Prime Homes at Portofino Falls | 7070 Venice Way #2904 | Need Lump Sum Eligib |
| 3. | 107162 | EDM Investment Holdings, LLC ; Prime Homes at Portofino Falls | 7070 Venice Way #2905 | Need Lump Sum Eligib |
| 4. | 107163 | EDM Investment Holdings, LLC ; Prime Homes at Portofino Falls | 7070 Venice Way #2906 | Need Lump Sum Eligib |
| 5. | 109136 | Prime Homes at Portofino Falls, Ltd. | 7074 Venice Way #2601 | Need Lump Sum Eligib Need Block Omni (X Need Original Rele |
| 6. | 109137 | Prime Homes at Portofino Falls, Ltd. | 7074 Venice Way #2602 | Need Lump Sum Eligib Need Block Omni (X Need Original Rele |
| 7. | 109138 | Prime Homes at Portofino Falls, Ltd. | 7074 Venice Way #2604 | Need Lump Sum Eligib Need Block Omni (X Need Original Rele |
| 8. | 109139 | Prime Homes at Portofino Falls, Ltd. | 7074 Venice Way #2606 | No Documents Rec |

| | | | | |
|---|---|---|---|---|
| 9. | 109140 | Prime Homes at Portofino Falls, Ltd. | 7069 Venice Way #2803 | Need Lump Sum Eligib<br>Need Block Omni (><br>Need Original Rele |
| 10. | 109141 | Prime Homes at Portofino Falls, Ltd. | 7070 Venice Way #2901 | Need Lump Sum Eligib<br>Need Block Omni (><br>Need Original Rele |
| 11. | 109142 | Prime Homes at Portofino Falls, Ltd. | 7065 Venice Way #3001 | Need Lump Sum Eligib<br>Need Block Omni (><br>Need Original Rele |
| 12. | 109143 | Prime Homes at Portofino Falls, Ltd. | 7065 Venice Way #3002 | Need Lump Sum Eligib<br>Need Block Omni (><br>Need Original Rele |
| 13. | 109144 | Prime Homes at Portofino Falls, Ltd. | 7065 Venice Way #3003 | Need Lump Sum Eligib<br>Need Block Omni (><br>Need Original Rele |
| 14. | 109145 | Prime Homes at Portofino Falls, Ltd. | 7065 Venice Way #3004 | Need Lump Sum Eligib<br>Need Block Omni (><br>Need Original Rele |
| 15. | 109149 | Prime Homes at Portofino Falls, Ltd. | 7061 Venice Way #3201 | Need Lump Sum Eligib<br>Need Block Omni (><br>Need Original Rele |
| 16. | 109150 | Prime Homes at Portofino Falls, Ltd. | 7061 Venice Way #3202 | Need Lump Sum Eligib<br>Need Block Omni (><br>Need Original Rele |
| 17. | 109151 | Prime Homes at Portofino Falls, Ltd. | 7061 Venice Way #3203 | Need Lump Sum Eligib<br>Need Block Omni (><br>Need Original Rele |
| 18. | 109152 | Prime Homes at Portofino Falls, Ltd. | 7061 Venice Way #3204 | Need Lump Sum Eligib<br>Need Block Omni (><br>Need Original Rele<br>Contractor Wiring Inst |
| 19. | 109153 | Prime Homes at Portofino Falls, Ltd. | 7061 Venice Way #3206 | Need Lump Sum Eligib<br>Need Block Omni (><br>Need Original Rele |
| 20. | 109159 | Prime Homes at Portofino Falls, Ltd. | 7054 Ambrosia Lane #3306 | Need Lump Sum Eligib<br>Need Block Omni (><br>Need Original Rele |
| 21. | 109160 | Prime Homes at Portofino Falls, Ltd. | 7054 Ambrosia Lane #3307 | Need Lump Sum Eligib<br>Need Block Omni (><br>Need Original Rele |
| 22. | 109161 | Prime Homes at Portofino Falls, Ltd. | 7054 Ambrosia Lane #3308 | Need Lump Sum Eligib<br>Need Block Omni (><br>Need Original Rele |
| 23. | 110151 | Prime Homes at Portofino Falls, Ltd. | 7047 Ambrosia Lane (Clubhouse) | Need Lump Sum Eligib<br>Need Original Rele |

Thanks,
Mindy

**Mindy Nunnally**
Analyst II
**BrownGreer PLC**
250 Rocketts Way

Richmond, Virginia  23231
Telephone:  (804) 521-7225
Facsimile:  (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*