UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE FALLON |
| Block, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft KG, et al. Case No. 11-1363 | ) ) ) ) ) | MAG. JUDGE WILKINSON |

### ORDER

The Court, having considered Plaintiff Prime Homes at Portofino Falls, Ltd.'s ("Prime Homes") Motion for Recalculation of Self-Remediation Estimates to Reflect Current Market Rates and supporting Memorandum, hereby ORDERS and ADJUDGES as follows:

The aforementioned Motion is GRANTED. Self-Remediation Estimates for the Primes Homes properties shall be recalculated to reflect current market rates within 30 days of the issuance of this order.

New Orleans, Louisiana, this ____ day of _____, 2015.

_____
Eldon E. Fallon
United States District Court Judge