## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## THE PLAINTIFF'S STEERING COMMITTEE'S MOTION TO STAY PRE-MARCH 17, 2015 THIRD-PARTY DISCOVERY RELATED TO THE TAISHAN DEFENDANTS AND TO DEFER SIMILARLY DATED DISCOVERY SERVED UPON THE TAISHAN DEFENDANTS TO PRIORITIZE EXPEDITED DISCOVERY SERVED ON OR AFTER MARCH 17, 2015

The Plaintiff's Steering Committee ("PSC") moves to stay (subject to certain exceptions) discovery upon third parties that it had issued prior to March 17, 2015, and agrees to defer similarly dated discovery issued upon the Taishan Defendants, and their affiliates. Further, the PSC requests permission to focus principally on its post-March 17, 2015 expedited discovery served upon the Taishan Defendants and other third party entities, and any objections thereto.

For the reasons set forth in the accompanying memorandum of law, this motion to prioritize expedited discovery should be granted.

1

Respectfully submitted,

Dated: April 1, 2015

/s/ Russ M. Herman
Russ M. Herman (LA Bar No. 6819)
Leonard A. Davis (LA Bar No. 14190)
Stephen J. Herman (LA Bar No. 23129)
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin (on the brief)
Fred S. Longer (on the brief)
Sandra L. Duggan
Matthew C. Gaughan (on the brief)
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm, LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Peter Prieto
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Bruce William Steckler
Steckler, LLP
12720 Hillcrest Road, Ste 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-4041
bruce@stecklerlaw.com

Ervin A. Gonzalez
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker Waichman, LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@attorneys4people.com

Christopher Seeger
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Richard J. Serpe
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Victor M. Diaz, Jr.
V.M. Diaz and Partners, LLC
119 Washington Ave, Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W
Suite  650
Washington, DC 20006
Phone: (202) 540-7200
Fax:  (202) 540-7201
rlewis@hausfeldllp.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Anthony D. Irpino
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6 and also to counsel and unrepresented entities on the attached list via United States first class mail, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 1st day of April, 2015.

/s/ Leonard A. Davis
Leonard A. Davis
HERMAN, HERMAN & KATZ, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com
Plaintiffs' Liaison Counsel
MDL 2047

*Co-counsel for Plaintiffs*

5

Ward B. Coe III, Esquire
GALLAGHER EVELIUS & JONES LLP
218 N. Charles Street, Suite 400
Baltimore, Maryland 21201

*Attorney for T. Rowe Price Group, Inc.*

Beth A. Dodson, Esquire
BNY Mellon Center
500 Grant Street
Ste. 151-1915
Pittsburgh, PA 15258

*Attorney for BNY Mellon*

Marshall A. Bennett, Jr, Esquire
Marshall & Melhorn, Llc
Four Seagate, Eighth Floor
Toledo, OH 43604

*Attorney for Ctiec-Teco American*

Monica M. Franceschini, Esquire
State Street Bank and Trust Company
State Street Financial Center
One Lincoln Street
Boston, MA 02111

*Attorney for State Street Bank and Trust Company*

R. Kennon Poteat III, Esquire
WILLIAMS & CONNOLLY LLP
725 12th Street, N.W.
Washington, DC 20009

*Attorney for The AES Corporation*

Susan C. Levy, General Counsel
Northern Trust Corporation
50 South LaSalle Street
Chicago, IL  60603

*Attorney for Northern Trust Corporation*

Michael A. Ponto, Esquire
Faegre Baker Daniels, LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

*Attorney for Target Corporation*

Gabriel A. Crowson, Esquire
McGlinchey Stafford
12th Floor
601 Poydras Street
New Orleans, LA 70130

*Attorney for JP Morgan Chase & Co.*

Kendra D. Newman, Esquire
General Growth Properties
110 North Wacker Drive
Chicago, IL, 60606

*Attorney for General Growth Properties*

S. Stewart Haskins, II, Esquire
King & Spalding
1180 Peachtree Street, NE
Atlanta, GA  30309

*Attorney for Home Depot*

James A. Kraft, Esquire
Senior Vice President, General Counsel and Secretary
Plum Creek Timber Company, Inc.
601 Union Street, Suite 3100
Seattle, WA  98101

Rosemary Daszkiewicz
Plum Creek Timber Company, Inc.
999 3rd Ave., Ste. 4300
Seattle, WA 98104

*Attorney for Plum Creek Timer Company, Inc.*

6

Ross W. McCanless, Esquire
General Counsel, Secretary and Chief
Compliance Officer
Lowe's Companies, Inc.
1000 Lowe's Blvd.
Mooresville, NC  28117

*Attorney for Lowe's Companies, Inc.*

Jinhui Liu
20651 Golden Springs Dr. # 361
Diamond Bar, CA 91789

*Registered Agent for CNBM (USA) Corp.*

James M. Garner, Esquire
Ashley G. Coker, Esquire
Emily E. Ross, Esquire
SHER GARNER CAHILL RICHTER
KLEIN & HILBERT, L.L.C.
909 Poydras Street, Twenty-eighth Floor
New Orleans, LA 70112

*Counsel for Morgan Stanley*

Wei Sheng Liu
2555 Huntington Dr. Ste F
San Marino, CA 91108

*Registered Agent for United Suntech Craft,
Inc.*

Rohan Weerasinghe, Esquire
General Counsel and Corporate Secretary
CitiGroup Inc.
399 Park Avenue
New York, NY 10043

*Attorney for CitiGroup, Inc.*

Rich Olin, Esquire
Senior Vice President and General Counsel
Costco Wholesale Corporation
999 Lake Drive
Issaquah, WA 98207

*Attorney for Costco Wholesale Corporation*

Karen Roberts, Esquire
Executive Vice President and General
Counsel
Wal-Mart Stores, Inc.
702 SW 8th Street
Bentonville, AR 72716-8611

*Attorney for Wal-Mart Stores, Inc.*

David A. Zapolsky, Esquire
Senior Vice President, General Counsel and
Secretary
Amazon.com
410 Terry Avenue North
Seattle, WA 98109-5210

*Attorney for Amazon.com*

7

J. Scott Loeb, Esquire
Jonas P. Baker, Esquire
LOEB LAW FIRM
1180 West Causeway Approach
Mandeville, LA 70471

*Attorney for CNBM Forest Products*