IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

**THE PLAINTIFF'S STEERING COMMITTEE'S MEMORANDUM IN SUPPORT OF MOTION TO STAY PRE-MARCH 17, 2015 THIRD-PARTY DISCOVERY RELATED TO THE TAISHAN DEFENDANTS AND TO DEFER SIMILARLY DATED DISCOVERY SERVED UPON THE TAISHAN DEFENDANTS TO PRIORITIZE EXPEDITED DISCOVERY SERVED ON OR AFTER MARCH 17, 2015**

I.   **INTRODUCTION**

In connection with the activities regarding the Taishan Defendants[1] occurring in proximity to the recent March 17, 2015 Special Hearing and the Status Conference of March 26, 2015, the Plaintiff's Steering Committee ("PSC") announced at the Status Conference that it would stay (subject to certain exceptions) discovery upon third parties that it had issued prior to March 17, 2015, and agrees to defer similarly dated discovery issued upon the Taishan Defendants, and their affiliates. Certain third parties had filed or served objections to the PSC's pre-March 17, 2015 discovery. To address these and other matters, the PSC now intends to focus principally on the post-March 17, 2015 expedited discovery served upon the Taishan Defendants

---

[1] The "Taishan Defendants" include: Taishan; TTP; BNBM; BNBM Group; CNBM; and CNBM Group.

1

and other third party entities, and any objections thereto.  For the reasons set forth below, the motion to prioritize expedited discovery should be granted.

## II. FACTUAL BACKGROUND

This Court is well aware of the immense efforts of the PSC to engage in discovery upon the Taishan Defendants now that these foreign parties have entered their appearances in the litigation, or obtained substitute counsel.  These efforts and related activity were described in detail in the PSC's Responsive Memorandum to Objections of Third Party Subpoenaed Witnesses Pursuant to Order of March 2, 2015, and, in the Alternative, Motion to Compel Discovery of Third Party Subpoenaed Witnesses [Rec. Doc. 18476]; Omnibus Response/Reply of the Plaintiffs's Steering Committee to Motions Regarding Contempt, Enforcement of Contempt Order, Class Damages Hearing, and Motion to Withdraw as Counsel for Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co., Ltd. [Rec.Doc. 18475-2]; and The Plaintiffs' Steering Committee's Discovery Plan Regarding Future Discovery Against Taishan and Its Affiliates and Status of Discovery Ordered by the Court on March 17, 2015, and the Orders of March 20, 2015 and March 24, 2015 Authorizing Expedited Return on Discovery Requests and Shortened Time to Notice Depositions [Rec.Doc. 18537].

In particular, prior to March 17, 2015, the PSC issued notices of deposition pursuant to Fed.R.Civ.P. 30(b)(6) upon the Taishan Defendants, banks, large retailers and other third party entities intended to locate the whereabouts of seizable assets of the Taishan Defendants in the United States.  Specifically, the following pre-March 17, 2015 discovery was served:

1. JP Morgan Chase & Co. [Rec.Doc. 18304]
2. Taishan Gypsum Co. Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. [Rec.Doc. 18369]
3. Beijing New Building Materials Public Limited Co. [Rec.Doc. 18368]

 4. Morgan Stanley[Rec.Doc. 18305]
 5. The AES Corporation[Rec.Doc. 18312]
 6. T. Rowe Price Group, Inc.[Rec.Doc. 18309]
 7. Lowe's Companies, Inc.[Rec.Doc. 18361]
 8. CNBM (USA) Corp.[Rec.Doc. 18377] Amended [Rec.Doc. 18562]
 9. The Bank of New York Mellon Corporation [Rec.Doc. 18311]
 10. Citigroup, Inc. [Rec.Doc. 18303]
 11. United Suntech Craft, Inc.[Rec.Doc. 18379]
 12. State Street Corporation [Rec.Doc. 18308]
 13. China National Building Materials Group Corporation [Rec.Doc. 18420]
 14. China National Building Materials Company Limited [Rec.Doc. 18421]
 15. CTIEC-TECO American Technology, Inc. [Rec.Doc. 18378]
 16. General Growth Properties, Inc.[Rec.Doc. 18310]
 17. Costco Wholesale Corporation [Rec.Doc. 18359]
 18. Northern Trust Corporation [Rec.Doc. 18306]
 19. Wal-Mart Stores, Inc. [Rec.Doc. 18363]
 20. Beijing New Building Material (Group) Co. Ltd. [Rec.Doc. 18458]
 21. Amazon.com [Rec.Doc. 18358]
 22. CNBM Forest Products (Canada) Ltd. [Rec. Doc. 18459]
 23. Plum Creek Timber Company, Inc. [Rec.Doc. 18307]
 24. China National Building Materials Import and Export Corporation [Rec.Doc. 18460]
 25. The Home Depot [Rec.Doc. 18360]
 26. Target Corporation [Rec.Doc. 18362]
 27. Tai'an Taishan Plasterboard Co., Ltd. ("TPP") [Rec.Doc. 18522].[2]

In response to the pre-March 17, 2015 discovery, Morgan Stanley [Rec. Doc. 18398], J.P. Morgan Chase & Co. [Rec.Doc. 18419], and T.Rowe Price Group, Inc.[Rec Doc. 18554] lodged with the Court formal objections pursuant to Fed.R.Civ.P. 45, or a motion to quash. State Street Corp.,[3] Amazon.com [Rec. Doc. 18543-1], CTIEC-TECO American Technology, Inc. [Rec.Doc. 18543-2], AES Corp. [Rec.Doc. 18543-3], Bank of New York Mellon Corp. [18543-4], Target

---

[2] The only exception to the pre-March 17, 2015 discovery is the Notice of Deposition upon TPP which was issued on March 20, 2014, but which is entirely consistent with the earlier discovery that was issued.

[3] *See* February 26, 2015 Letter of Monica M. Franceschini [attached hereto as Exhibit A.]

[Rec.Doc. 18543-5] served but did not file objections to the PSC's subpoena.[4] The PSC has also fielded inquires from other third parties that are engaging in meet & confer efforts to determine whether to lodge any specific objection (*e.g.*, Lowe's Companies, Inc., Costco, Plum Creek, and General Growth Properties, Inc.), or are refusing to comply and essentially demanding a motion to compel (*e.g.*, Northern Trust), *see* March 2, 2015 Letter of Jenn G. Clarke [attached hereto as Exhibit B].

At the March 17, 2015 Special Hearing, the Court instructed the parties to meet and confer over those witnesses the plaintiffs wanted to depose for purposes of addressing the Taishan affiliates' violation of the July 17, 2015 Contempt Order's injunction on doing business in the United States, and matters pertinent to the relationship between the Taishan Defendants regarding their affiliate and alter ego status. Thus, on or after March 19, 2015, the PSC served discovery upon the Taishan Defendants, Taishan affiliates, and third parties focused on the matters addressed at the Special Hearing, as follows:

1. Taishan Gypsum Co. Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. [Rec.Doc. 18500]
2. Beijing New Building Materials Public Limited Co. [Rec.Doc. 18499]
3. CNBM (USA) Corp. [Rec.Doc. 18513]
4. United Suntech Craft, Inc. [Rec.Doc. 18514]
5. China National Building Materials Group Corporation [Rec.Doc. 18504]
6. China National Building Materials Company Limited [Rec.Doc. 18506]
7. CTIEC-TECO American Technology, Inc. [Rec.Doc. 18517]
8. Wal-Mart Stores, Inc. [Rec.Doc. 18511]
9. Beijing New Building Material (Group) Co. Ltd. [Rec.Doc. 18498]
10. CNBM Forest Products (Canada) Ltd. [Rec. Doc. 18505]

---

[4] These objections were previously provided to the Court in the PSC's Errata to Responsive Memorandum to Objections of Third Party Subpoenaed Witnesses Pursuant to Order of March 2, 2015, And, in the Alternative, Motion to Compel Discovery of Third Party Subpoenaed Witnesses [Rec. Doc. 18543]. This Motion provides the most current and up to date cataloging of the objections thus far.

11. China National Building Materials Import and Export Corporation [Rec.Doc. 18503]
12. Tai'an Taishan Plasterboard Co., Ltd. ("TPP") [Rec.Doc. 18501]
13. New Jersey Institute of Technology [Rec.Doc. 18516]
14. Sunpin Solar Development LLC a/k/a Sunpin Solar LLC [Rec.Doc. 18510]
15. Tommy Li, President Sunpin [Rec.Doc. 18512]
16. Jia Tongchun (chairman of Taishan and board member of BNBM) [Rec.Doc. 18502]
17. Peng Wenlong (Taishan's Chief of Foreign Trade Department) [Rec.Doc. 18502]
18. Chungang Dong (foreign attorney at Jingtian & Gongcheng) [Rec.Doc. 18502]
19. Peng Shou (Chairman of China Triumph, executive director of CNBM and VP of CNBM) [Rec.Doc. 18502]
20. Cao Jianglin (BNBM, BNBM Group, CNBM & CNBM Group) [Rec.Doc. 18502]
21. Song Xhiping a/k/a Sonz Zhiping (CNBM and CNBM Group) [Rec.Doc. 18502]
22. Chang Zhangli (BNBM & CNBM) [Rec.Doc. 18502]
23. Wang Bing (BNBM & CNBM) [Rec.Doc. 18502]
24. JinYu Hu (BNBM & CNBM) [Rec.Doc. 18502]
25. Cui Xingtai (BNBM & CNBM) [Rec.Doc. 18502]
26. Westerlund Log Handlers, LLC [Rec.Doc. 18525]
27. Murphy Overseas USA Astoria Forest Products, LLC [Rec.Doc. 18527]
28. International Business Machines Corporation ("IBM") [Rec.Doc. 18545]

On March 20, 2014, the PSC and counsel for the Taishan Defendants met and conferred regarding the then outstanding discovery. Counsel for the Taishan defendants demurred on any substantive discussion regarding the discovery citing the need to confer with their clients. To date, the Taishan defendants have not provided any documents or confirmation of any deposition. A telephone conference is scheduled with Taishan's counsel for Wednesday, April 1, 2015.

As to third parties, NJIT, ATI, Sunpin Solar, Walmart, Tommy Li, Westerlund, Murphy Overseas Astoria, and IBM, the PSC contemporaneously moved on an emergent basis for permission to conduct expedited discovery when they served their discovery on or after March 19, 2014. On March 20, 24, & 31, 2015, the Court issued three orders authorizing expedited

5

return on discovery requests and shortened time to notice depositions.  [Rec.Doc. Nos. 18523, 18535 & 18570].[5]

At the March 26, 2015 Status Conference, the PSC addressed its outstanding discovery and the known discovery disputes.  To avoid the objections and inquiries regarding pre-March 17, 2015 discovery that were raised by third parties Morgan Stanley, J.P. Morgan, T.Rowe Price Group, Inc., State Street Corp., Amazon.com, CTIEC-TECO American Technology, Inc., AES Corp., Bank of New York Mellon Corp., Target, Lowe's, Costco, Plum Creek, General Growth Properties, Inc., and Northern Trust, the PSC has agreed to stay all such discovery. The only exception to this stay applies to discovery related to those Taishan affiliated entities operating in the United States, Plum Creek Timber Company, Inc., CNBM Forest Products (Canada) Ltd. & China National Building Materials Import and Export Corporation.  These entities should be required to respond to the PSC's pre-March 17, 2015 discovery, just as the other Taishan Defendants should be required to respond (as discussed below).

In light of this Court's instruction that, "I"m going to move this case," Special Hearing Transcript of March 17, 2015 at 37, the PSC submits that the most expeditious way of proceeding is to prioritize discovery by focusing on the PSC's discovery that issued after March 17, 2015.  This later discovery was designed to tighten the focus of inquiry upon those issues discussed at the Special Hearing.  Therefore, the PSC submits that the discovery against third parties ordered by this Court to proceed on an expedited basis should go forward with alacrity.

---

[5]In addition, counsel for ATI reasserted objections to the PSC's Post-March 17 Discovery by largely repeating his prior objections.  *See* March 27 Letter of Marshall A. Bennett, Jr. [Attached hereto as Exhibit "C"].  The PSC will meet and confer with ATI to attempt to resolve these objections.

Post- March 17, 2015 Discovery against the Taishan Defendants or affiliated parties and their witnesses should be conducted first on an expedited basis, with the pre-March 17, 2015 discovery to be addressed in due course.[6]

Proceeding in this fashion will further enhance economies of time, reduce the burden on the Taishan Defendants and their affiliates, and also reduce discovery burdens on third parties.

### III.  ARGUMENT

This Court "has broad discretion on all discovery matters," and such discretion may only be "disturbed" in those "unusual circumstances showing a clear abuse." *Wyatt v. Kaplan,* 686 F.2d 276, 283 (5th Cir. 1982). Pursuant to the Court's prior orders and directives that the PSC engage in expedited discovery against the Taishan Defendants and their affiliates on matters pertinent to this Court's Contempt Order and alter ego/veil piercing doctrines, the PSC submits that good cause exists for this motion.

By prioritizing discovery against the Taishan Defendants that focus initially on Post-March 17 discovery, while also allowing prioritizing by several orders of this Court third party discovery directed to those issues discussed at the March 17 Special Hearing, discovery may be rapidly completed within the shortened times contemplated by this Court. Further, by staying Pre-March 17 discovery against third parties avoids any protracted motions practice and other distractions from the matters immediately confronting the Plaintiffs, the PSC, the Taishan Defendants, and the Court.

---

[6]This includes requiring expedited responses to the PSC's interrogatory and request for production of documents propounded upon the Taishan defendants on March 20, 2015, which were designed to elicit the source of the funds used by Taishan to pay the several components of the Court's July 17, 2015 Contempt Order and the *Germano* Judgement and costs.

## IV. <u>CONCLUSION</u>

For the reasons set forth above, and to facilitate discovery, the PSC's motion should be granted and the stayed and/or deferred discovery should be subject to reinstatement upon proper notice without need for reissuance at a later date.

Respectfully submitted,

Dated: April 1, 2015

/s/ Russ M. Herman
Russ M. Herman (LA Bar No. 6819)
Leonard A. Davis (LA Bar No. 14190)
Stephen J. Herman (LA Bar No. 23129)
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin (on the brief)
Fred S. Longer (on the brief)
Sandra L. Duggan
Matthew C. Gaughan (on the brief)
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

# PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm, LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Peter Prieto
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Bruce William Steckler
Steckler, LLP
12720 Hillcrest Road, Ste 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-4041
bruce@stecklerlaw.com

Ervin A. Gonzalez
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker Waichman, LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@attorneys4people.com

Christopher Seeger
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Richard J. Serpe
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Victor M. Diaz, Jr.
V.M. Diaz and Partners, LLC
119 Washington Ave, Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

## OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W
Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Anthony D. Irpino
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6 and also to counsel and unrepresented entities on the attached list via United States first class mail, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 1st day of April, 2015.

      /s/ Leonard A. Davis
      Leonard A. Davis
      HERMAN, HERMAN & KATZ, LLP
      820 O'Keefe Avenue
      New Orleans, Louisiana 70113
      Phone: (504) 581-4892
      Fax: (504) 561-6024
      Ldavis@hhkc.com
      Plaintiffs' Liaison Counsel
      MDL 2047

      *Co-counsel for Plaintiffs*

Ward B. Coe III, Esquire
GALLAGHER EVELIUS & JONES LLP
218 N. Charles Street, Suite 400
Baltimore, Maryland 21201

*Attorney for T. Rowe Price Group, Inc.*

Beth A. Dodson, Esquire
BNY Mellon Center
500 Grant Street
Ste. 151-1915
Pittsburgh, PA 15258

*Attorney for BNY Mellon*

Marshall A. Bennett, Jr, Esquire
Marshall & Melhorn, Llc
Four Seagate, Eighth Floor
Toledo, OH 43604

*Attorney for Ctiec-Teco American*

Monica M. Franceschini, Esquire
State Street Bank and Trust Company
State Street Financial Center
One Lincoln Street
Boston, MA 02111

*Attorney for State Street Bank and Trust Company*

R. Kennon Poteat III, Esquire
WILLIAMS & CONNOLLY LLP
725 12th Street, N.W.
Washington, DC 20009

*Attorney for The AES Corporation*

Susan C. Levy, General Counsel
Northern Trust Corporation
50 South LaSalle Street
Chicago, IL  60603

*Attorney for Northern Trust Corporation*

Michael A. Ponto, Esquire
Faegre Baker Daniels, LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

*Attorney for Target Corporation*

Gabriel A. Crowson, Esquire
McGlinchey Stafford
12th Floor
601 Poydras Street
New Orleans, LA 70130

*Attorney for JP Morgan Chase & Co.*

Kendra D. Newman, Esquire
General Growth Properties
110 North Wacker Drive
Chicago, IL, 60606

*Attorney for General Growth Properties*

S. Stewart Haskins, II, Esquire
King & Spalding
1180 Peachtree Street, NE
Atlanta, GA  30309

*Attorney for Home Depot*

James A. Kraft, Esquire
Senior Vice President, General Counsel and Secretary
Plum Creek Timber Company, Inc.
601 Union Street, Suite 3100
Seattle, WA  98101

Rosemary Daszkiewicz
Plum Creek Timber Company, Inc.
999 3rd Ave., Ste. 4300
Seattle, WA 98104

*Attorney for Plum Creek Timer Company, Inc.*

Ross W. McCanless, Esquire
General Counsel, Secretary and Chief Compliance Officer
Lowe's Companies, Inc.
1000 Lowe's Blvd.
Mooresville, NC  28117

*Attorney for Lowe's Companies, Inc.*

Jinhui Liu
20651 Golden Springs Dr. # 361
Diamond Bar, CA 91789

*Registered Agent for CNBM (USA) Corp.*

James M. Garner, Esquire
Ashley G. Coker, Esquire
Emily E. Ross, Esquire
SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.
909 Poydras Street, Twenty-eighth Floor
New Orleans, LA 70112

*Counsel for Morgan Stanley*

Wei Sheng Liu
2555 Huntington Dr. Ste F
San Marino, CA 91108

*Registered Agent for United Suntech Craft, Inc.*

Rohan Weerasinghe, Esquire
General Counsel and Corporate Secretary
CitiGroup Inc.
399 Park Avenue
New York, NY 10043

*Attorney for CitiGroup, Inc.*

Rich Olin, Esquire
Senior Vice President and General Counsel
Costco Wholesale Corporation
999 Lake Drive
Issaquah, WA 98207

*Attorney for Costco Wholesale Corporation*

Karen Roberts, Esquire
Executive Vice President and General Counsel
Wal-Mart Stores, Inc.
702 SW 8th Street
Bentonville, AR 72716-8611

*Attorney for Wal-Mart Stores, Inc.*

David A. Zapolsky, Esquire
Senior Vice President, General Counsel and Secretary
Amazon.com
410 Terry Avenue North
Seattle, WA 98109-5210

*Attorney for Amazon.com*

J. Scott Loeb, Esquire
Jonas P. Baker, Esquire
LOEB LAW FIRM
1180 West Causeway Approach
Mandeville, LA 70471

*Attorney for CNBM Forest Products (Canada), Ltd.*