# EXHIBIT A

 **STATE STREET.**

Monica M. Franceschini
Vice President and Litigation Counsel

State Street Bank and Trust Company
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2900
(617) 664-3996 (t)
(617) 664-4680 (f)
mmfranceschini@statestreet.com

VIA EMAIL AND OVERNIGHT DELIVERY

February 26, 2015

Leonard A. Davis
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
ldavis@hhklawfirm.com

Re:   In re: Chinese-Manufactured Drywall Products Liability Litigation
      MDL No. 2047 (E.D. La.)

Dear Mr. Davis:

State Street Bank and Trust Company ("State Street") is in receipt of a subpoena for testimony and for the production of documents in connection with the above captioned matter, dated February 10, 2015, and served on State Street on February 13, 2015 (the "Subpoena").

Pursuant to F.R.C.P. 45, State Street hereby objects to the Subpoena on grounds that it:

1. Is overly broad, unduly burdensome, harassing and excessive;

2. Imposes undue burden and expense on State Street;

3. Fails to describe with reasonable particularity the matters for examination and production;

4. Contains definitions, instructions and requests that are vague and ambiguous;

5. Seeks information that is more readily available from another party, or from another third party, or by less intrusive means;

Leonard A. Davis
February 26, 2015
Page 2

6. Seeks documents and information that is outside the scope of and/or not relevant to the above-referenced action, nor reasonably calculated to lead to the discovery of admissible evidence;

7. Seeks confidential and proprietary financial and/or commercial information belonging to State Street and/or to State Street customers; and

8. Seeks information protected by the attorney-client privilege, the attorney work product doctrine and/or any other applicable privilege, doctrine or immunity.

State Street reserves the right to supplement, modify or add to its objections to the Subpoena.

Sincerely,

*Monica M. Franceschini /LEH*

Monica M. Franceschini