# EXHIBIT B

The Northern Trust Company
50 South La Salle Street
Chicago, Illinois 60603
(312) 630-6000



Northern Trust

March 2, 2015

**VIA U.S. MAIL**

Herman, Herman & Katz, LLC
Attn: Russ M. Herman
820 O'Keefe Ave.
New Orleans, LA 70113

   In Re: **The Chinese Manufactured Drywall Products Liability Litigation**
   Case #: **MDL 2047 (EDLA)**

Dear Mr. Herman:

  Northern Trust Corporation ("Northern Trust") is in receipt of the subpoena dated February 10, 2015, issued in the above-referenced matter. Please be advised that Northern Trust Corporation is a bank holding company and has no accounts. As such, Northern Trust has no records responsive to the subpoena and no person will appear to testify.

  Further, please be advised if it was your intention to serve another Northern Trust entity, the subpoena must be directed to that entity.

  Finally, enclosed please find the witness fee check you enclosed with the subpoena.

  Please contact me at (312) 630-0606 if you have any additional questions.

Sincerely,

Jenn G. Clarke
Paralegal Officer

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Chinese Drywall MDL 2047**
820 O'Keefe Ave.
New Orleans, LA 70113
(504) 581-4892

**WHITNEY BANK**
14-017/650

**4005**

02/10/2015

PAY TO THE ORDER OF  Northern Trust Corporation          $ **75.00

Seventy-five and 00/100************************************************************************* DOLLARS

Northern Trust Corporation
50 South Lasalle Street
Chicago, IL  60603

⑆004005⑆ ⑈065000171⑈ 717824330⑆

| Chinese Drywall MDL 2047 02/10/2015 | Northern Trust Corporation Witness Fee | 4005 75.00 |
|---|---|---|
| | Cash - Checking Acc | 75.00 |
| Chinese Drywall MDL 2047 02/10/2015 | Northern Trust Corporation Witness Fee | 4005 75.00 |
| | Cash - Checking Acc | 75.00 |