IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

**ORDER**

AND NOW, upon consideration of the Plaintiff's Steering Committee's Motion to Stay Pre-March 17, 2015 Third-party Discovery Related to the Taishan Defendants and to Defer Similarly Dated Discovery Served upon the Taishan Defendants to Prioritize Expedited Discovery Served on or after March 17, 2015, it is hereby ORDERED that the motion is GRANTED.

It is further ORDERED that, the following discovery that was served by the PSC prior to March 17, 2015 upon third parties is stayed (without need for re-issuance) until further notice by the Court:

1. JP Morgan Chase & Co. [Rec.Doc. 18304]
2. Morgan Stanley[Rec.Doc. 18305]
3. The AES Corporation[Rec.Doc. 18312]
4. T. Rowe Price Group, Inc.[Rec.Doc. 18309]
5. Lowe's Companies, Inc.[Rec.Doc. 18361]
6. The Bank of New York Mellon Corporation [Rec.Doc. 18311]
7. Citigroup, Inc. [Rec.Doc. 18303]
8. United Suntech Craft, Inc.[Rec.Doc. 18379]
9. State Street Corporation [Rec.Doc. 18308]
10 CTIEC-TECO American Technology, Inc. [Rec.Doc. 18378]
11. General Growth Properties, Inc.[Rec.Doc. 18310]

12. Costco Wholesale Corporation [Rec.Doc. 18359]
13. Northern Trust Corporation [Rec.Doc. 18306]
14. Wal-Mart Stores, Inc. [Rec.Doc. 18363]
15. Amazon.com [Rec.Doc. 18358]
16. The Home Depot [Rec.Doc. 18360]
17. Target Corporation [Rec.Doc. 18362]

It is further ORDERED that, the following discovery that was served by the PSC prior to March 17, 2015 upon that discovery upon the Taishan Defendants and affiliated parties is deferred (without need for re-issuance) until further notice by the Court:

1. Taishan Gypsum Co. Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. [Rec.Doc. 18369]
2. Beijing New Building Materials Public Limited Co. [Rec.Doc. 18368]
3. CNBM (USA) Corp.[Rec.Doc. 18377] Amended [Rec.Doc. 18562]
4. China National Building Materials Group Corporation [Rec.Doc. 18420]
5. China National Building Materials Company Limited [Rec.Doc. 18421]
6. Beijing New Building Material (Group) Co. Ltd. [Rec.Doc. 18458]
7. Tai'an Taishan Plasterboard Co., Ltd. ("TPP") [Rec.Doc. 18522].

It is further ORDERED that pre-March 17, 2015 discovery served upon CNBM Forest Products (Canada) Ltd. [Rec. Doc. 18459]; Plum Creek Timber Company, Inc. [Rec.Doc. 18307]; China National Building Materials Import and Export Corporation [Rec.Doc. 18460] is excepted from the stay imposed on other discovery discussed above.

It is further ORDERED that the PSC may sequence its discovery by prioritizing the following post-March 17, 2015 expedited discovery served upon the Taishan Defendants and other third party entities:

1. Taishan Gypsum Co. Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. [Rec.Doc. 18500]
2. Beijing New Building Materials Public Limited Co. [Rec.Doc. 18499]
3. CNBM (USA) Corp. [Rec.Doc. 18513]
4. United Suntech Craft, Inc. [Rec.Doc. 18514]
5. China National Building Materials Group Corporation [Rec.Doc. 18504]
6. China National Building Materials Company Limited [Rec.Doc. 18506]

7. CTIEC-TECO American Technology, Inc. [Rec.Doc. 18517]
8. Wal-Mart Stores, Inc. [Rec.Doc. 18511]
9. Beijing New Building Material (Group) Co. Ltd. [Rec.Doc. 18498]
10. CNBM Forest Products (Canada) Ltd. [Rec. Doc. 18505]
11. China National Building Materials Import and Export Corporation [Rec.Doc. 18503]
12. Tai'an Taishan Plasterboard Co., Ltd. ("TPP") [Rec.Doc. 18501]
13. New Jersey Institute of Technology [Rec.Doc. 18516]
14. Sunpin Solar Development LLC a/k/a Sunpin Solar LLC [Rec.Doc. 18510]
15. Tommy Li, President Sunpin [Rec.Doc. 18512]
16. Jia Tongchun (chairman of Taishan and board member of BNBM) [Rec.Doc. 18502]
17. Peng Wenlong (Taishan's Chief of Foreign Trade Department) [Rec.Doc. 18502]
18. Chungang Dong (foreign attorney at Jingtian & Gongcheng) [Rec.Doc. 18502]
19. Peng Shou (Chairman of China Triumph, executive director of CNBM and VP of CNBM) [Rec.Doc. 18502]
20. Cao Jianglin (BNBM, BNBM Group, CNBM & CNBM Group) [Rec.Doc. 18502]
21. Song Xhiping a/k/a Sonz Zhiping (CNBM and CNBM Group) [Rec.Doc. 18502]
22. Chang Zhangli (BNBM & CNBM) [Rec.Doc. 18502]
23. Wang Bing (BNBM & CNBM) [Rec.Doc. 18502]
24. JinYu Hu (BNBM & CNBM) [Rec.Doc. 18502]
25. Cui Xingtai (BNBM & CNBM) [Rec.Doc. 18502]
26. Westerlund Log Handlers, LLC [Rec.Doc. 18525]
27. Murphy Overseas USA Astoria Forest Products, LLC [Rec.Doc. 18527]
28. International Business Machines Corporation ("IBM") [Rec.Doc. 18545]

Finally, it is ORDERED that Taishan Gypsum Co. Ltd., shall provide expedited responses to the PSC's interrogatory and request for production of documents propounded on March 20, 2015.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE