| ARH - MOTION TO DISMISS<br>EXHIBIT A ||||||| 
|---|---|---|---|---|---|---|
| **Homeowner Name(s)** | **Affected Property Address** | **City** | **State** | **Zip** | **Primary Counsel** | **Failure to Provide:** |
| Hatzokos Aris ; Hatzokos Angela | 11831 Bayport Lane #602 | Fort Myers | FL | 33908 | Parker Waichman, LLC | Adequate floor plan; adequate proof of payment. |
| El Harouni Hossam ; El Harouni Vera ; El Harouni Adam ; El Harouni Nadia | 8707 Pegasus Drive | Lehigh Acres | FL | 33971 | Parker Waichman, LLC | Sales documentation to ensure property was purchased without prior knowledge of Chinese drywall; adequate proof of payment. |
| Langfeld Stephan ; Langfeld Sabin ; Langfield Marcus ; Langfield Tom | 605 SW 13th Street | Cape Coral | FL | 33991 | Parker Waichman, LLC | Complete Owner Disclosure Affidavit; pre-demolition photos; post-demolition photos; adequate proof of payment; environmental certificate. |
| Lumar Darina ; Lumar Semyon ; Semyon Lumar Trust Lumar Semyon Trustee for | 11825 Bayport Lane #504 | Fort Myers | FL | 33908 | Parker Waichman, LLC | Adequate KPT evidence (Inspection report states all drywall had no markings and white end tape or markings for National Gypsum); environmental certificate. |
| Mazzola Bruce ; Santos Jeomarcio | 3590 Lansing Loop #204 | Estero | FL | 33928 | Parker Waichman, LLC | Pre-demolition photos; post-demolition photos; adequate KPT evidence (only one photo of detached, partial KPT board provided and home is confirmed to also contain Taishan Chinese |
| McHugh Patrick ; McHugh Donna | 21524 Taft Court #203 | Estero | FL | 33928 | Parker Waichman, LLC | Adequate KPT evidence (National Gypsum and unmarked Chinese Drywall); adequate proof of payment; environmental certificate. |
| Johansen Fred ; Premier Loan Services Company, Inc. | 2023 NE 14th Avenue | Cape Coral | FL | 33909 | Parker Waichman, LLC | Complete Owner Disclosure Affidavit; Pre-demolition photos; Post-demolition photos; adequate KPT evidence (total of two photos of partial, detached KPT boards provided for twelve properties); adequate cost documentation (commingled invoices for all 12 properties); adequate proof of payment; environmental certificate. |
| Premier Loan Services Company, Inc. ; Johansen Fred | 124 NW 14th Street | Cape Coral | FL | 33993 | Parker Waichman, LLC | Same as above. |

| Homeowner Name(s) | Affected Property Address | City | State | Zip | Primary Counsel | Failure to Provide: |
|---|---|---|---|---|---|---|
| Premier Loan Services Company, Inc. ; Johansen Fred | 1629 NW 5th Place | Cape Coral | FL | 33993 | Parker Waichman, LLC | Same as above. |
| Premier Loan Services Company, Inc. ; Johansen Fred | 1819 NE 33rd Street | Cape Coral | FL | 33909 | Parker Waichman, LLC | Same as above. |
| Premier Loan Services Company, Inc. ; Johansen Fred | 2119 NE 7th Place | Cape Coral | FL | 33909 | Parker Waichman, LLC | Same as above. |
| Premier Loan Services Company, Inc. ; Johansen Fred | 2300 NW 25th Street | Cape Coral | FL | 33993 | Parker Waichman, LLC | Same as above. |
| Premier Loan Services Company, Inc. ; Johansen Fred | 2517 SW 1st Terrace | Cape Coral | FL | 33991 | Parker Waichman, LLC | Same as above. |
| Premier Loan Services Company, Inc. ; Johansen Fred | 2937 NW 25th Terrace | Cape Coral | FL | 33993 | Parker Waichman, LLC | Same as above. |
| Premier Loan Services Company, Inc. ; Johansen Fred | 3823 Durden Parkway West | Cape Coral | FL | 33993 | Parker Waichman, LLC | Same as above. |
| Premier Loan Services Company, Inc. ; Johansen Fred | 4162 NW 29th Avenue | Cape Coral | FL | 33993 | Parker Waichman, LLC | Same as above. |
| Premier Loan Services Company, Inc. ; Johansen Fred | 4322 NE 9th Avenue | Cape Coral | FL | 33909 | Parker Waichman, LLC | Same as above. |

| Homeowner Name(s) | Affected Property Address | City | State | Zip | Primary Counsel | Failure to Provide: |
|---|---|---|---|---|---|---|
| Premier Loan Services Company, Inc. ; Johansen Fred | 606 NW 21st Street | Cape Coral | FL | 33993 | Parker Waichman, LLC | Same as above. |
| Salloum Eddy ; Salloum Bechara | 201 NW Goldcoast Avenue | Port St Lucie | FL | 34983 | Parker Waichman, LLC | Complete Owner Disclosure Affidavit; pre-demolition photos; post-demolition photos; adequate proof of payment; environmental certificate. |
| Santana Silvana ; Faria Luciano ; Faria Allan ; Faria Loren | 8709 Pegasus Drive | Lehigh Acres | FL | 33971 | Parker Waichman, LLC | Post-demolition photos; adequate KPT evidence (only indicia of Knauf Indonesia non-reactive board); adequate proof of payment; environmental certificate. |
| Sheehan Michael ; Willman Courtney ; Hussey Greer | 3531 SW 15th Place | Cape Coral | FL | 33914 | Parker Waichman, LLC | Adequate KPT evidence (Inspection report states all drywall had markings for Taishan Chinese Drywall); adequate proof of payment; environmental certificate. |
| Templeton Sherry ; Emerald Greens at Carrollwood, LLC | 13934 Clubhouse Drive #7C | Tampa | FL | 33618 | Parker Waichman, LLC | Complete Owner Disclosure Affidavit.; pre-demolition photos; post-demolition photos; adequate proof of payment; environmental certificate. |
| Valdes Ariel | 4306 17th Street SW | Lehigh Acres | FL | 33976 | Parker Waichman, LLC | Adequate floor plan; pre-demolition photos; post-demolition photos; adequate cost documentation; adequate proof of payment; environmental certificate. |
| Vernhout Jackie ; Vernhout Jerry | 3521 Cherry Blossom Court #104 | Estero | FL | 33928 | Parker Waichman, LLC | Adequate floor plan; pre-demolition photos; post-demolition photos; adequate KPT evidence (only one photo of partial, detached KPT board provided); adequate proof of payment; environmental certificate. |