| ARH - MOTION TO DISMISS<br>EXHIBIT B | | | | | |
|---|---|---|---|---|---|
| **Homeowner Name(s)** | **Affected Property Address** | **City** | **State** | **Zip** | **Primary Counsel** |
| Kaleal Daniel ; Kaleal Christine | 3500 Cherry Blossom Court #102 | Estero | FL | 33928 | Parker Waichman, LLC |
| Ostner Derrick ; Diefenbacher Jeffrey ; Ostner Heidi ; Sieber Jacqueline Marie | 8690 Pegasus Drive | Lehigh Acres | FL | 33971 | Parker Waichman, LLC |
| Florida Waterfront Holdings, LLC; Jaspers Petrus | 1490 SE 15th Street #204; 1490 SE 15th Street #104 | Fort Lauderdale | FL | 33316 | VM Diaz & Partners, LLC; Pro se |
| Tyree Crawford ; Thillberg Charlotte | 3550 Lansing Loop #202 | Estero | FL | 33928 | Parker Waichman, LLC |