UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL 2047 SECTION L |
| | * | JUDGE FALLON |
| This document relates to: All Cases | * * * | MAGISTRATE JUDGE WILKINSON |

* * * * * * * * * * * * * * * * *

## ORDER

Considering the Motion to Extinguish the Knauf Defendants' Settlement Obligations for Certain Already Remediated Home Claims filed by the Knauf Defendants;

IT IS ORDERED BY THE COURT that the Motion to Extinguish the Knauf Defendants' Settlement Obligations for Certain Already Remediated Home Claims is GRANTED. The Knauf Defendants' Settlement Obligations for the following already remediated home claims are hereby extinguished:

| Claimant Name | Address | City | State | Zip | Primary Counsel |
|---|---|---|---|---|---|
| Hatzokos Aris ; Hatzokos Angela | 11831 Bayport Lane #602 | Fort Myers | FL | 33908 | Parker Waichman, LLC |
| El Harouni Hossam ; El Harouni Vera ; El Harouni Adam ; El Harouni Nadia | 8707 Pegasus Drive | Lehigh Acres | FL | 33971 | Parker Waichman, LLC |
| Langfeld Stephan ; Langfeld Sabin ; Langfield Marcus ; Langfield Tom | 605 SW 13th Street | Cape Coral | FL | 33991 | Parker Waichman, LLC |

| | | | | | |
|---|---|---|---|---|---|
| Lumar Darina ; Lumar Semyon ; Semyon Lumar Trust Lumar Semyon Trustee for | 11825 Bayport Lane #504 | Fort Myers | FL | 33908 | Parker Waichman, LLC |
| Mazzola Bruce ; Santos Jeomarcio | 3590 Lansing Loop #204 | Estero | FL | 33928 | Parker Waichman, LLC |
| McHugh Patrick ; McHugh Donna | 21524 Taft Court #203 | Estero | FL | 33928 | Parker Waichman, LLC |
| Johansen Fred ; Premier Loan Services Company, Inc. | 2023 NE 14th Avenue | Cape Coral | FL | 33909 | Parker Waichman, LLC |
| Premier Loan Services Company, Inc ; Johansen Fred | 124 NW 14th Street | Cape Coral | FL | 33993 | Parker Waichman, LLC |
| Premier Loan Services Company, Inc. ; Johansen Fred | 1629 NW 5th Place | Cape Coral | FL | 33993 | Parker Waichman, LLC |
| Premier Loan Services Company, Inc.; Johansen Fred | 1819 NE 33rd Street | Cape Coral | FL | 33909 | Parker Waichman, LLC |
| Premier Loan Services Company, Inc.; Johansen Fred | 2119 NE 7th Place | Cape Coral | FL | 33909 | Parker Waichman, LLC |
| Premier Loan Services Company, Inc.; Johansen Fred | 2300 NW 25th Street | Cape Coral | FL | 33993 | Parker Waichman, LLC |
| Premier Loan Services Company, Inc. ; Johansen Fred | 2517 SW 1st Terrace | Cape Coral | FL | 33991 | Parker Waichman, LLC |
| Premier Loan Services Company, Inc.; Johansen Fred | 2937 NW 25th Terrace | Cape Coral | FL | 33993 | Parker Waichman, LLC |
| Premier Loan Services Company, Inc.; Johansen Fred | 3823 Durden Parkway West | Cape Coral | FL | 33993 | Parker Waichman, LLC |
| Premier Loan Services Company, Inc.; Johansen Fred | 4162 NW 29th Avenue | Cape Coral | FL | 33993 | Parker Waichman, LLC |
| Premier Loan Services Company, Inc.; Johansen Fred | 4322 NE 9th Avenue | Cape Coral | FL | 33909 | Parker Waichman, LLC |
| Premier Loan Services Company, Inc.; Johansen Fred | 606 NW 21st Street | Cape Coral | FL | 33993 | Parker Waichman, LLC |

| Salloum Eddy ; Salloum Bechara | 201 NW Goldcoast Avenue | Port St Lucie | FL | 34983 | Parker Waichman, LLC |
|---|---|---|---|---|---|
| Santana Silvana ; Faria Luciano ; Faria Allan ; Faria Loren | 8709 Pegasus Drive | Lehigh Acres | FL | 33971 | Parker Waichman, LLC |
| Sheehan Michael ; Willman Courtney ; Hussey Greer | 3531 SW 15th Place | Cape Coral | FL | 33914 | Parker Waichman, LLC |
| Templeton Sherry ; Emerald Greens at Carrollwood, LLC | 13934 Clubhouse Drive #7C | Tampa | FL | 33618 | Parker Waichman, LLC |
| Valdes Ariel | 4306 17th Street SW | Lehigh Acres | FL | 33976 | Parker Waichman, LLC |
| Vernhout Jackie ; Vernhout Jerry | 3521 Cherry Blossom Court #104 | Estero | FL | 33928 | Parker Waichman, LLC |
| Kaleal Daniel ; Kaleal Christine | 3500 Cherry Blossom Court #102 | Estero | FL | 33928 | Parker Waichman, LLC |
| Ostner Derrick ; Diefenbacher Jeffrey ; Ostner Heidi ; Sieber Jacqueline Marie | 8690 Pegasus Drive | Lehigh Acres | FL | 33971 | Parker Waichman, LLC |
| Florida Waterfront Holdings, LLC; Jaspers Petrus | 1490 SE 15th Street #204; 1490 SE 15th Street #104 | Fort Lauderdale | FL | 33316 | VM Diaz & Partners, LLC; Pro se |
| Tyree Crawford ; Thillberg Charlotte | 3550 Lansing Loop #202 | Estero | FL | 33928 | Parker Waichman, LLC |

New Orleans, Louisiana, this _____ day of _____, 2015.

_____
Eldon E. Fallon
United States District Court Judge

3