UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2:09-md-2047 SECTION L JUDGE ELDON E. FALLON |
| **THIS DOCUMENT RELATES TO: All Cases** | MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

## MOTION FOR ORDER PRESERVING DEFENSES

NOW INTO COURT, through undersigned counsel, come China National Building Materials Group Corporation ("CNBM Group") and China National Building Materials Company Limited ("CNBM") who respectfully submit this Motion for Order Preserving Defenses.

As set forth more fully in the accompanying Memorandum of Law, CNBM Group and CNBM have appeared in the multi-district litigation. The Court ordered defendants, including CNBM Group and CNBM, to participate in discovery pertaining to the July 17, 2014 Contempt Order.

WHEREFORE CNBM Group and CNBM respectfully move the Court to grant the attached order preserving all defendants', including CNBM Group's and CNBM's, defenses, including but not limited to jurisdictional and sovereign immunity defenses.

In accordance with Pre-Trial Orders 1F, 1G and 1H, by which the Court suspended all deadlines for submitting responsive pleadings until such time as the Plaintiffs' Steering

Committee files a Master Complaint, this Motion is submitted reserving all defenses, including but not limited to defenses relating to service of process, venue, personal jurisdiction, subject matter jurisdiction, sovereign immunity, incorrect party identification, and failure to state a claim upon which relief can be granted.  CNBM Group and CNBM have previously notified the Court and all parties, and hereby reaffirm, that they intend to assert jurisdictional defenses, both subject matter and personal, and in no way intend to or do waive or otherwise limit their ability to raise those defenses, whether by this Motion or any other act, filing, appearance, or contention, either before or after this Motion, in this or any other litigation.

        Respectfully submitted,

        /s/ L. Christopher Vejnoska

        L. Christopher Vejnoska (CA Bar No. 96082)
        Ian Johnson (CA Bar No. 208713)
        Andrew Davidson (CA Bar No. 266506)
        Jason Wu (CA Bar No. 279118)
        ORRICK, HERRINGTON & SUTCLIFFE LLP
        The Orrick Building
        405 Howard Street
        San Francisco, CA  94105
        Tel.:  415-773-5700
        Fax.: 415-773-5759
        E-mail: cvejnoska@orrick.com
                ijohnson@orrick.com
                adavidson@orrick.com
                jmwu@orrick.com

        James L. Stengel (NY Bar No. 1800556)
        Xiang Wang (NY Bar No. 4311114)
        ORRICK, HERRINGTON & SUTCLIFFE LLP
        51 West 52nd Street
        New York, NY, 10019
        Tel:  212-506-5000
        Fax:    212-506-5151
        Email:  jstengel@orrick.com
                 xiangwang@orrick.com

- 3 -

                Eric A. Shumsky (D.C. Bar No. 477926)
                ORRICK, HERRINGTON & SUTCLIFFE LLP
                Columbia Center
                1152 15th Street NW
                Washington, D.C. 20005
                Tel: 202-339-8400
                Fax:    202-339-8500
                Email: eshumsky@orrick.com

*Attorneys for China National Building Materials Group Corporation and China National Building Materials Company Limited*

Dated**:** April 1, 2015

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Motion of CNBM Group and CNBM for Order Preserving Defenses have been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail and upon all parties by electronically uploading the same to File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 1st day of April, 2015.

                                                /s/ L. Christopher Vejnoska

                                                L. Christopher Vejnoska (CA Bar No. 96082)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105
Tel.:  415-773-5700
Fax.: 415-773-5759
E-mail:cvejnoska@orrick.com
*Counsel for CNBM Group and CNBM*