UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2:09-md-2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON |
| **THIS DOCUMENT RELATES TO: All Cases** | MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

**MEMORANDUM IN SUPPORT OF
MOTION FOR ORDER PRESERVING DEFENSES**

CNBM Group and CNBM appeared in this multi-district litigation on March 3, 2015. Beginning with their initial notices of appearance, CNBM Group and CNBM repeatedly[1] reserved their rights to assert all defenses, including but not limited to personal jurisdiction and sovereign immunity.

On March 17, 2015, the Court heard arguments on the Plaintiff Steering Committee's motion to preclude Taishan Gypsum from participating in the litigation pending resolution of the July 17, 2014 Contempt Order.  The Court ordered defendants, including CNBM Group and CNBM, to participate in discovery pertaining to the Contempt Order.  The Court made clear that CNBM Group and CNBM will have defenses and pleadings stricken should they not participate in discovery.  To ensure that CNBM Group and CNBM can participate without waiving defenses,

---

[1] *E.g.,* Notice of Appearance, Mar. 3, 2015 [Rec. Doc. 18411]; Opposition to Motion to Preclude Taishan, Mar. 9, 2015 [Rec. Doc. 18453]; Motion to Continue PSC Motion to Enforce Contempt Order, Mar. 9, 2015 [Rec. Doc. 18455].

CNBM Group and CNBM requested that the Court grant an order making clear that participating in these proceedings would not constitute a waiver of any applicable defenses. The Court agreed.[2] To ensure that CNBM Group and CNBM can continue participating in these proceedings as required by the Court, the Court should issue an order stating that all defendants, including CNBM Group and CNBM, do not waive any defenses, including but not limited to personal jurisdiction and sovereign immunity, through participation in this Court-ordered discovery. This participation includes any actions relating to producing documents, providing witnesses for depositions, or through procedural filings. CNBM Group and CNBM therefore request that the Court grant the attached order.

                        Respectfully submitted,

                        /s/ L. Christopher Vejnoska

                        L. Christopher Vejnoska (CA Bar No. 96082)
                        Ian Johnson (CA Bar No. 208713)
                        Andrew Davidson (CA Bar No. 266506)
                        Jason Wu (CA Bar No. 279118)
                        ORRICK, HERRINGTON & SUTCLIFFE LLP
                        The Orrick Building
                        405 Howard Street
                        San Francisco, CA  94105
                        Tel.:  415-773-5700
                        Fax.: 415-773-5759
                        E-mail: cvejnoska@orrick.com
                                  ijohnson@orrick.com
                                  adavidson@orrick.com
                                  jmwu@orrick.com

                        James L. Stengel (NY Bar No. 1800556)
                        Xiang Wang (NY Bar No. 4311114)
                        ORRICK, HERRINGTON & SUTCLIFFE LLP
                        51 West 52nd Street
                        New York, NY, 10019
                        Tel:  212-506-5000

---

[2] Mar. 17, 2015 R.T. 44:3.

- 3 -

        Fax:    212-506-5151
        Email: jstengel@orrick.com
               xiangwang@orrick.com

Eric A. Shumsky (D.C. Bar No. 477926)
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street NW
Washington, D.C. 20005
Tel: 202-339-8400
Fax:    202-339-8500
Email: eshumsky@orrick.com

*Attorneys for China National Building Materials Group Corporation and China National Building Materials Company Limited*

Dated**:** April 1, 2015

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Memorandum in support of Motion of CNBM Group and CNBM for Order Preserving Defenses have been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail and upon all parties by electronically uploading the same to File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 1st day of April, 2015.

    /s/ L. Christopher Vejnoska

    L. Christopher Vejnoska (CA Bar No. 96082)
    ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
    405 Howard Street
    San Francisco, CA  94105
    Tel.:  415-773-5700
    Fax.: 415-773-5759
    E-mail:cvejnoska@orrick.com
    *Counsel for CNBM Group and CNBM*