UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2:09-md-2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: All Cases | MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

## ORDER PRESERVING DEFENSES

Upon consideration of CNBM Group and CNBM's motion to preserve defenses, including but not limited to personal jurisdiction and sovereign immunity, it is hereby ORDERED that the motion is GRANTED.

It is further ORDERED that no defendant, including CNBM Group and CNBM, will waive any of its defenses, including but not limited to personal jurisdiction and sovereign immunity, by participating in discovery relating to the July 17, 2014 Contempt Order.  This participation includes any actions relating to producing documents, providing witnesses for depositions, or through procedural filings relating to the July 17, 2014 Contempt Order.

New Orleans, Louisiana this __ day of _____, 2015.

_____
Eldon E. Fallon
U.S. District Court Judge