UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

Before the Court are a number of motions: (1) motions to enforce the injunction / bar order from Defendants Banner Supply Corporation and Lennar Corporation, (Rec. Docs. 18495, 18496, 18548); (2) motion to strike designation of documents as highly confidential from the Plaintiffs' Steering Committee, (Rec. Doc. 18530); (3) motion to quash from T. Rowe Price Group, (Rec. Doc. 18554); (4) motion to dismiss certain settlement obligations of Knauf (Rec. Doc. 18580).

**IT IS ORDERED** that these motions are set for hearing, with oral argument, immediately following the Monthly Status Conference on April 17, 2015.

**IT IS FURTHER ORDERED** that responsive briefing to any of these motions must be filed on or before April 9, 2015.

New Orleans, Louisiana, this 30th day of March, 2015.

_____
UNITED STATES DISTRICT JUDGE

1