UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

Before the Court is a Motion of the Plaintiffs' Steering Committee ("PSC") for an Order Requiring the BNBM and CNBM entities to Submit Profile Forms on or Before April 6, 2015. (Rec. Doc. 18575). BNBM has advised that it can comply with the April 6, 2015 deadline. This timeline is reasonable as it relates to CNBM as well. Accordingly,

**IT IS ORDERED** that the PSC's motion is **GRANTED.**

New Orleans, Louisiana, this 1st day of April, 2015.

_____
UNITED STATES DISTRICT JUDGE

1