UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINEESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION : SECTION L
: JUDGE FALLON
: MAGISTRATE JUDGE WILKINSON

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

Before the Court is a joint motion of Defendants' Liaison Counsel and Plaintiffs' Liaison Counsel to relieve Robert Johnston as the Court-appointed Pro Se Curator.

As the Pro Se Curator's duties are now complete, **IT IS ORDERED** that the joint motion is **GRANTED**. The Court thanks Mr. Johnston for his excellent service as Pro Se Curator. The Court reserves the right to re-appoint Mr. Johnston should his services become necessary at a later date.

New Orleans, Louisiana, this 1st day of April, 2015.

_____
UNITED STATES DISTRICT JUDGE

1