UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047  SECTION L  JUDGE FALLON MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

Before the Court is Prime Homes' motion for recalculation of self-remediation estimates, (Rec. Doc. 18576).

**IT IS ORDERED** that the motion is set for submission, without oral argument, on April 17, 2015.

**IT IS FURTHER ORDERED** that Defendants' Liaison Counsel, and any other party that wishes, must file a response on or before April 9, 2015.

New Orleans, Louisiana, this 1st day of April, 2015.

_____
UNITED STATES DISTRICT JUDGE

1