UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: 11-1395 *(Amorin)* | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

## ORDER

Considering the foregoing Motion to Withdraw Defendant, Orient International Holding Shanghai Foreign Trade Co., Ltd.'s, Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(1) (Rec. Docs. 18542, 18521);

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendant's Motion is **GRANTED** and that the Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(1) is hereby withdrawn.

New Orleans, Louisiana, this 1st day of April, 2015.

_____
UNITED STATES DISTRICT JUDGE