UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Amorin, et al. v. State-owned Assets Supervision and Administration Commission, et al.*, Case No. 2:14-cv-1727 (E.D. La.) | |

# ORDER

Upon consideration of the Plaintiffs' Steering Committee's motion to serve defendant State-owned Assets Supervision and Administration Commission ("SASAC") via mail pursuant to 28 U.S.C. § 1608(b)(3)(b) and/or through CNBM Group pursuant to F.R.C.P. 4(f)(3), it is hereby ORDERED that the motion is GRANTED.

It is further ORDERED that service upon SASAC pursuant to Fed. R. Civ. P. 4(f)(3) and 28 U.S.C. § 1608(b)(3)(B) is authorized. The Clerk of the Court is hereby directed to serve SASAC by "any form of mail requiring a signed receipt." The PSC is directed to provide to the Clerk of the Court those documents necessary to effectuate service.

In addition, the PSC may serve SASAC through counsel for CNBM Group in this litigation pursuant to Fed. R. Civ. P. 4(f).

New Orleans, Louisiana this 2nd day of April, 2015.

_____
Eldon E. Fallon
U.S. District Court Judge