UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:**<br><br>*Amorin, et al. v. State-owned Assets Supervision and Administration Commission, et al.*, Case No. 2:14-cv-1727 (E.D. La.) | |

**O R D E R**

Considering the Motion for Leave to File Unredacted/Full Version of Memorandum of Law in Support of Motion to Serve Defendant State-Owned Assets Supervision and Administration Commission Via Mail Pursuant to 28 U.S.C. § 1608(b)(3)(B) and/or Through CNBM Group Pursuant to F.R.C.P. 4(f)(3) UNDER SEAL filed by the Plaintiffs' Steering Committee;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the PSC is granted leave to file a unredacted/full version of Memorandum of Law in Support of Motion to Serve Defendant State-Owned Assets Supervision and Administration Commission Via Mail Pursuant to 28 U.S.C. § 1608(b)(3)(B) and/or Through CNBM Group Pursuant to F.R.C.P. 4(f)(3) UNDER SEAL.

New Orleans, Louisiana, this  1st   day of    April                , 2015.

_____
Eldon E. Fallon
United State District Court Judge