UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2:09-md-2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON |
| **THIS DOCUMENT RELATES TO:**<br>*Amorin, et al. v. State-owned Assets Supervision and Administrative Commission, et al., Case No. 2:14-cv-1727* | MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

**EX PARTE MOTION FOR RECONSIDERATION OF THE ORDER GRANTING THE PSC'S MOTION TO SERVE SASAC THROUGH CNBM GROUP**

NOW INTO COURT, through undersigned counsel, comes China National Building Materials Group Corporation ("CNBM Group") who respectfully submits this Ex Parte Motion for Reconsideration of the Order Granting the Plaintiff Steering Committee's Motion to Serve Defendant State-owned Assets Supervision and Administration Commission ("SASAC") Through CNBM Group Pursuant to F.R.C.P. 4(f)(3).

As set forth more fully in the accompanying Memorandum of Law, Federal Rule of Civil Procedure 4(j)(1) provides that service of process upon a political subdivision, agency, or instrumentality of a foreign state "must" be in accordance with the service provisions of the Foreign Sovereign Immunities Act ("FSIA"), 28 U.S.C. § 1608. Accordingly, alternative service pursuant to Rule 4(f)(3) is unavailable when the party to be served is a foreign sovereign entity like SASAC. In addition, the PSC's request to serve SASAC through CNBM Group is premised on an erroneous and unsupported factual assertion conflating the two entities.

- 2 -

WHEREFORE CNBM Group respectfully moves the Court to grant the attached order reconsidering its order dated April 2, 2015, and modifying that order to deny the PSC's request to serve SASAC through counsel for CNBM Group in this litigation pursuant to Rule 4(f)(3).

In accordance with Pre-Trial Orders 1F, 1G and 1H, by which the Court suspended all deadlines for submitting responsive pleadings until such time as the Plaintiffs' Steering Committee files a Master Complaint, this Motion is submitted reserving all defenses, including but not limited to defenses relating to service of process, venue, personal jurisdiction, subject matter jurisdiction, sovereign immunity, incorrect party identification, and failure to state a claim upon which relief can be granted. CNBM Group has previously notified the Court and all parties, and hereby reaffirms, that it intends to assert jurisdictional defenses, both subject matter and personal, and in no way intends to or does waive or otherwise limit its ability to raise those defenses, whether by this Motion or any other act, filing, appearance, or contention, either before or after this Motion, in this or any other litigation.

    Respectfully submitted,

    /s/ L. Christopher Vejnoska

    L. Christopher Vejnoska (CA Bar No. 96082)
    Ian Johnson (CA Bar No. 208713)
    Andrew Davidson (CA Bar No. 266506)
    Jason Wu (CA Bar No. 279118)
    ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
    405 Howard Street
    San Francisco, CA  94105
    Tel.:  415-773-5700
    Fax.: 415-773-5759
    E-mail: cvejnoska@orrick.com
          ijohnson@orrick.com
          adavidson@orrick.com
          jmwu@orrick.com

- 3 -

James L. Stengel (NY Bar No. 1800556)
Xiang Wang (NY Bar No. 4311114)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY, 10019
Tel: 212-506-5000
Fax:    212-506-5151
Email: jstengel@orrick.com
       xiangwang@orrick.com

Eric A. Shumsky (D.C. Bar No. 477926)
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street NW
Washington, D.C. 20005
Tel: 202-339-8400
Fax:    202-339-8500
Email: eshumsky@orrick.com

*Attorneys for China National Building Materials Group Corporation*

Dated**:** _____, 2015

- 3 -

- 4 -

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Ex Parte Motion for Reconsideration of the Order Granting the Plaintiff Steering Committee's Motion to Serve Defendant State-owned Assets Supervision and Administration Commission ("SASAC") Through CNBM Group Pursuant to F.R.C.P. 4(f)(3) has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail and upon all parties by electronically uploading the same to File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this ____ day of _____, 2015.

          /s/ L. Christopher Vejnoska

          L. Christopher Vejnoska (CA Bar No. 96082)
          ORRICK, HERRINGTON & SUTCLIFFE LLP
          The Orrick Building
          405 Howard Street
          San Francisco, CA  94105
          Tel.:  415-773-5700
          Fax.: 415-773-5759
          E-mail: cvejnoska@orrick.com
          *Counsel for CNBM Group*