UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2:09-md-2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON |
| **THIS DOCUMENT RELATES TO:**<br>*Amorin, et al. v. State-owned Assets Supervision and Administrative Commission, et al., Case No. 2:14-cv-1727* | MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

## ORDER GRANTING RECONSIDERATION

Upon consideration of CNBM Group's ex parte motion for reconsideration of the order dated April 2, 2015 granting the Plaintiff Steering Committee's motion to serve defendant State-owned Assets Supervision and Administration Commission ("SASAC") via mail pursuant to 28 U.S.C. § 1608(b)(3)(b) and/or through CNBM Group pursuant to F.R.C.P. 4(f)(3), it is hereby ORDERED that the motion for reconsideration is GRANTED.

It is further ORDERED that the April 2, 2015 Order is modified to DENY the PSC's request to serve SASAC through counsel for CNBM Group in this litigation pursuant to Rule 4(f)(3).

New Orleans, Louisiana this ____ day of _____, 2015.

                                                                                     _____
                                                                                     Eldon E. Fallon
                                                                                     U.S. District Court Judge