IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

**MEMORANDUM OF LAW IN SUPPORT OF THE
PLAINTIFF'S STEERING COMMITTEE'S EMERGENCY MOTION
TO COMPEL DISCOVERY AGAINST TAISHAN GYPSUM CO., LIMITED**

**I.     INTRODUCTION**

The Plaintiff's Steering Committee ("PSC"), on behalf of all plaintiffs in the MDL 2047, have moved on an emergent basis to compel discovery from Taishan Gypsum Co., Limited f/k/a Shandong Taihe Dongxin Co., Ltd. ("Taishan"). For the reasons set forth below, the motion should be granted.

**II.     ARGUMENT**

On March 17, 2015, the Court heard argument on the PSC's motion to preclude Taishan from participating in the litigation pending resolution of this Court's July 17, 2014 Contempt Order. At that Special Hearing, the Court directed the parties to engage in expedited discovery. Accordingly, on March 19, 2015, the PSC issued and served on Taishan its Notice of Expedited Oral and Videotape Deposition pursuant to the Court's directive during the March 17, 2015 Special Hearing and Minute Entry and Orders (Rec.Doc. 18493)[Rec.Doc. 18500]. The Notice of Expedited Oral and Videotape Deposition sought both testimony and requested production of

1

documents.  One of the instructions within the document requests, paragraph 4, addressed the withholding of documents on the basis of a claim of privilege.  In such instances, the PSC requested Taishan to produce a privilege log.  This obligation would also include documents withheld based upon any state secrecy law contention.

Since the March 17, 2015 hearing, at the regularly scheduled status conference on March 26, 2015, counsel for Taishan, Bernard Taylor, informed Plaintiffs' counsel that producing witnesses in the United States could present travel problems relating to issuance of Visas.  Thus foreshadowing obstacles to deposing Taishan witnesses, on April 1, 2015, Mr. Taylor, at a meet and confer telephone conference, spoke to Plaintiffs Lead and Liaison Counsel, Arnold Levin and Russ Herman, to address the notice of deposition issued upon Taishan.  Mr. Taylor advised during this telephonic conference that Mr. Jia under instructions by his doctor has a heart condition which does not permit him to travel to Louisiana, and can only be made available in Hong Kong.  Taishan offered to pay for the PSC's travel expenses to Hong Kong as a result of this inconvenience.  The PSC submits that Taishan can produce another person capable of travel who can meet the designations required by Rule 30(b)(6) to testify about information known or reasonably available to Taishan.

In light of Taishan's past conduct, to demand that the PSC travel to Hong Kong to depose Mr. Jia is a non-starter.  The location is inconvenient for many reasons.  First, great time and expense burdens exist transporting personnel and material to such a great distance.  Second, given the time zone differential, judicial monitoring of the deposition (which we know to be required) is virtually impossible.  Third, even accepting that Mr. Jia has a heart condition, to require him to sit for a deposition during normal Central time zone hours (a 12 hour difference)

would impose great hardship not only on the witness but also on counsel, the court reporter, and interpreter(s).  Essentially, conducting the deposition anywhere other than New Orleans is not feasible.

This Court's March 17, 2015 Minute and Entry Orders [Rec.Doc. 18493] required that any "any deposition shall occur in New Orleans, Louisiana, unless all the parties agree–with consent of the Court–that the deposition may occur elsewhere." *Id.*  Even if we accept the fact that Mr. Jia has a health condition that does not permit him to travel, the company is permitted to designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on its behalf.  *See* Fed.R.Civ.P. 30(b)(6).  These witnesses should comply with the Court's Minute Entry and Orders and appear in New Orleans, Louisiana.

Mr. Taylor also advised at the telephonic meet and confer that as to the narrowly tailored document requests set forth in the 30(b)(6) Notice of Deposition, that Taishan would not be able to immediately produce the documents requested.  Instead, Taishan proposed to produce documents already produced previously (*i.e.*, a non-production) and then produce responsive documents on a rolling basis.  In addition, Mr. Taylor at the same telephonic conference informed Lead and Liaison Counsel that Taishan would have trouble complying with document request No. 23.  Document Request No 23 states as follows:

> 23.    All documents and communications involving: (1) the retention of legal counsel related to litigation or claims in the United States involving Chinese drywall, and (2) the decision for Taishan to not appear at the July 17, 2014 Judgment Debtor Examination, including but not limited to communications with or involving the below referenced individuals and others employed by the same law firms:
>
> (a)  Lovells LLP (Prior to May 2010)

1. Ina Brock;
2. Eugene Chen;
3. Joe Cyr;
4. Renee Driver;
5. Robert Lewis;
6. Thomas Man;
7. Peter McGowan;
8. John Meltzer;
9. Brad Ockene;
10. Eric Statman;
11. Christina Taber-Kewene;
12. Karen Xu;
13. Stacey Yuan.

(b) Hogan Lovells US LLP

1. Patricia Brannan;
2. James Clare;
3. Courtney Colligan;
4. William Collins;
5. Lauren Colton;
6. Joe Cyr;
7. Natoya Duncan;
8. Ira Feinberg;
9. Matthew Galvin;
10. Renee Garcia;
11. Mark Gately;
12. Jose Irias;
13. Carol Kooshian;
14. Alvin Lindsay;
15. Shawn MacLeod;
16. Dominic Perella;
17. Arona Samb;
18. Frank Spano;
19. Eric Statman;
20. Jon Talotta;
21. Naomi Tanaka;
22. Thomas Truckess;
23. Albert Turnbull;
24. Gib Walton;
25. Joanna Wasick.

(c) Hogan Lovells International

1. Eugene Chen;
2. Macey Chung;
3. Nicole Gao;
4. Jieni Ji;
5. Lesley Jiang;
6. Eileen Liu;
7. John Meltzer;
8. Phoebe Yan;
9. Wei-Ning Yang;
10. Stacey Yuan;
11. Roy Zou.

(d) Stanley, Reuter, Ross, Thornton & Alford, LLC

1. Richard Stanley;
2. Tom Owen.

(e) Jingtian & Gongcheng

1. Chungang Dong;
2. Fang Ye;
3. Hang Zhao.

(f) Orrick

1. Thomas Harvey;
2. Katherine Ikeda;
3. James Stengel;
4. Christopher Vejnoska;
5. Xiang Wang;
6. Carol Yan;
7. Shelley Zhang.

(g) Schonekas, Evans, McGoey & McEachin, LLC

1. Thomas McEachin;
2. Kyle Schonekas;
3. Joelle Evans;
4. Jennifer Rabalais.

(h) Bezeale, Sachse & Wilson, LLP

1. Scott Hensgens;

      2. David Kelly.

(i) Phelps Dunbar LLP

      1. Chris Ralson;
      2. Harry Rosenberg.

Taishan's objections to the document requests are not valid. In the first instance, this Court's March 17, 2015 Minute and Entry Orders [Rec.Doc. 18493] ordered that the expedited discovery contemplated by the Court "shall conclude no later than April 28, 2015." Further, given the expedited nature of the discovery and the short time frame in which to complete said discovery, the PSC has issued numerous Notices of Deposition upon the Taishan defendants, affiliated parties and third parties. For example, on March 20, 2015, the PSC issued Third Party Discovery upon Westerlund Log Handlers, LLC [Rec.Doc. 18525] and Murphy Overseas USA Astoria Forest Products, LLC [Rec.Doc. 18527]. These depositions were re-scheduled to take place on April 9 & 10, 2015. Adhering to Taishan's rolling production dictates, the PSC is hamstrung in its abilities to fully conduct discovery upon these other witnesses. The PSC is prejudiced thereby. Accordingly, the PSC objects to the rolling production of discovery and requests that this Court order expedited production of documents from Taishan including both original and English translations of said documents in advance of the first scheduled deposition in these matters. Accordingly, said production should occur on or before April 8, 2015.

Finally, as to Taishan's objection to producing documents responsive to document request No. 23, the PSC submits that Taishan should comply with the instructions of the PSC's document requests and either produce responsive documents or provide to the PSC a privilege log. As this Court is aware, many of the communications between Taishan and its prior counsel were made in furtherance of a crime/fraud and thus were excepted from the privilege. *See In re*

*Chinese Manufactured Drywall Products Liab. Litig.*, MDL 2047, Order & Reasons (Jan. 13, 2015)(Rec.Doc. 18256), *pet. for writ of mandamus denied*, No. 15-30114 (5th Cir. Feb. 20, 2015)(Doc: 00512943262).  Thus, it is imperative for the PSC to be fully apprized of the nature of documents withheld on the grounds of privilege, as there is a history in this litigation of over-designating documents as such.  The PSC is prejudiced without this information.  Therefore, Taishan should be compelled to be produced on an expedited basis.

### III.  CONCLUSION

For the reasons set forth above, the PSC's Emergency Motion to Compel Discovery against Taishan Gypsum Co., Limited should be granted.

Dated: April 6, 2015

Respectfully submitted,

/s/ Russ M. Herman
Russ M. Herman (LA Bar No. 6819)
Leonard A. Davis (LA Bar No. 14190)
Stephen J. Herman (LA Bar No. 23129)
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

>Arnold Levin (on the brief)
>Fred S. Longer (on the brief)
>Sandra L. Duggan
>Matthew C. Gaughan
>Levin, Fishbein, Sedran & Berman
>510 Walnut Street, Suite 500
>Philadelphia, PA 19106
>215-592-1500 (phone)
>215-592-4663 (fax)
>Alevin@lfsblaw.com
>*Plaintiffs' Lead Counsel*
>*MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm, LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Peter Prieto
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Bruce William Steckler
Steckler, LLP
12720 Hillcrest Road, Ste 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-4041
bruce@stecklerlaw.com

Ervin A. Gonzalez
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker Waichman, LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@attorneys4people.com

Christopher Seeger
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Richard J. Serpe
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Victor M. Diaz, Jr.
V.M. Diaz and Partners, LLC
119 Washington Ave, Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

## OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W
Suite  650
Washington, DC 20006
Phone: (202) 540-7200
Fax:  (202) 540-7201
rlewis@hausfeldllp.com


Andrew A. Lemmon                          Anthony D. Irpino
Lemmon Law Firm, LLC                      IRPINO LAW FIRM
P.O. Box 904                              2216 Magazine Street
15058 River Road                          New Orleans, LA 70130
Hahnville, LA 70057                       Phone: (504) 525-1500
Phone: (985) 783-6789                     Fax: (504) 525-1501
Fax: (985) 783-1333                       airpino@irpinolaw.com
andrew@lemmonlawfirm.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 6th day of April, 2015.

      /s/ Leonard A. Davis
      Leonard A. Davis
      HERMAN, HERMAN & KATZ, LLP
      820 O'Keefe Avenue
      New Orleans, Louisiana 70113
      Phone: (504) 581-4892
      Fax: (504) 561-6024
      Ldavis@hhkc.com
      Plaintiffs' Liaison Counsel
      MDL 2047

      *Co-counsel for Plaintiffs*