UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

## ORDER

AND NOW, this _____ day of _____, 2015 upon consideration of the Plaintiff's Steering Committee's Emergency Motion to Compel Discovery Against Taishan Gypsum Co., Limited, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is GRANTED.

New Orleans, Louisiana, this ____ day of _____, 2015.

_____
Eldon E. Fallon
United States District court Judge