# EXHIBIT B

[Properties with Motions to Dismiss or
with Class Opt-Outs]

# EXHIBIT

# B - 1

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>David and Cheryl Gross, et al. v.<br>Knauf Gips, KG, et al.<br>Case No. 09-6690 | |

## WAYNE CLARKE'S MOTION TO DISMISS ALL CLAIMS, INCLUDING HIS CLAIMS AGAINST THE KNAUF DEFENDANTS AND COLVIN HOMES, INC., PURSUANT TO FED.R.CIV. P. 41(a)

NOW COMES the Plaintiff, Wayne Clarke, who hereby moves for this Honorable Court to dismiss all of his claims, including his claims against the Knauf defendants and Colvin Homes, Inc., pursuant to Fed.R.Civ.P. 41(a).  For the reasons set forth in the Memorandum of law filed in conjunction herewith, Plaintiff respectfully requests  that the Court grant the instant Motion to Dismiss.  Attached hereto as Exhibit "A" is correspondence from Don Barrett, P..A., counsel for Plaintiff, dated November 4, 2011, specifically authorizing the undersigned to file the instant motion to dismiss.

Respectfully submitted,

Dated: November 17, 2011

/s/ Russ. M. Herman
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
*Plaintiffs' Liaison Counsel MDL 2047*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing Motion To Dismiss and Memorandum of Law in support thereof has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and first class mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 17th day of November, 2011.

/s/ Leonard A. Davis
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
*Plaintiffs' Liaison Counsel MDL 2047*

2

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: David and Cheryl Gross, et al. v. Knauf Gips, KG, et al. Case No. 09-6690 | |

<u>**MEMORANDUM OF LAW IN SUPPORT OF WAYNE CLARKE'S MOTION TO DISMISS All CLAIMS, INCLUDING HIS CLAIMS AGAINST THE KNAUF DEFENDANTS AND COLVIN HOMES, INC.  , PURSUANT TO FED.R.CIV. P. 41(a)**</u>

Plaintiff, Wayne Clarke, is moving to dismiss all of his claims, including his claims against the Knauf defendants and Colvin Homes, Inc.(hereafter the "Defendants), pursuant to Fed.R.Civ.P. 41(a).  Notwithstanding Plaintiff's diligence at the time his claims against the Defendants were commenced, Plaintiff wishes to dismiss his claims since it now appears the drywall in his home is not defective and/or was manufactured domestically.  Plaintiff requests that the dismissal be without prejudice.

At the time Plaintiff's claims against Defendants were commenced, counsel in good faith named Defendants who were thought to be responsible for damages sustained by Plaintiff.

Since the filing of Plaintiff's claims against Defendants, Plaintiff has uncovered evidence suggesting his claims against Defendants should be dismissed.  Plaintiff believes the dismissal of his claims against Defendants should be without prejudice with each party bearing its own attorneys' fees and costs.

1

WHEREFORE, for the reasons set forth above, Plaintiff respectfully requests that the Court grant his motion to dismiss pursuant to Fed.R.Civ.P. 41(a).

Respectfully submitted,

Dated: November 17, 2011

/s/ Russ M. Herman_____
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
*Plaintiffs' Liaison Counsel MDL 2047*

2

# Don Barrett, P.A.
### A PROFESSIONAL ASSOCIATION
### ATTORNEYS AT LAW

**Don Barrett**
E-mail: dbarrett@barrettlawgroup.com

**David McMullan**
Email: dmcmullan@barrettlawgroup.com

**Katherine Barrett Riley\***
E-mail: kbriley@barrettlawgroup.com
**\*Also licensed in Tennessee**

P.O. Box 927
404 Court Square North
Lexington, Mississippi 39095

Telephone (662)834-2488
Facsimile  (662) 834-2628

November 4, 2011

**Via Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

> **Re:    In re: Chinese Manufactured Drywall Products Liability Litigation**
> **David and Cheryl Gross, et al. v. Knauf, Gips, KG, et al.**
> **Case No.  09-6690**

Dear Russ and Lenny:

My client, Wayne Clarke, authorizes the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign and file WAYNE CLARKE'S MOTION TO DISMISS ALL CLAIMS, INCLUDING HIS CLAIMS AGAINST THE KNAUF DEFENDANTS AND COLVIN HOMES, INC., PURSUANT TO FED.R.CIV. P. 41(a) on his behalf.

Very truly yours,

DON BARRETT, P.A.

*David McMullan*

David McMullan

DM/pt

# EXHIBIT

# B - 2

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: David and Cheryl Gross, et al. v. Knauf Gips, KG, et al. Case No. 09-6690 | |

### PLAINTIFFS (RAYMOND AND ROSE FRAZIER, GERALDINE GALLOWAY, JEFFREY AND LAUREN KING, JOSEPH AND SHERRY LOPER, TERRI AND TERRY MARANOCI, GREGORY MARSHALL, THOMAS C. RANDLE AND ANN RANDLE POCHE, VALERIE SHERROD ) MOTION TO DISMISS ALL CLAIMS, INCLUDING THEIR CLAIMS AGAINST THE KNAUF DEFENDANTS, PURSUANT TO FED.R.CIV. P. 41(a)

NOW COME the Plaintiffs (Raymond and Rose Frazier, Geraldine Galloway, Jeffrey and Lauren King, Joseph and Sherry Loper, Terri and Terry Maranoci, Gregory Marshall, Thomas C. Randle and Ann Randle Poche, Valerie Sherrod) who hereby move for this Honorable Court to dismiss all of their claims, including their claims against the Knauf defendants, pursuant to Fed.R.Civ.P. 41(a).  For the reasons set forth in the Memorandum of law filed in conjunction herewith, Plaintiffs respectfully request  that the Court grant the instant Motion to Dismiss. Attached hereto as Exhibit "A" is correspondence from Don Barrett, P.A., counsel for Plaintiffs, dated November 3, 2011, specifically authorizing the undersigned to file the instant motion to dismiss.

Dated: November 17, 2011

Respectfully submitted,

/s/ Russ. M. Herman
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
*Plaintiffs' Liaison Counsel MDL 2047*

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing Motion To Dismiss and Memorandum of Law in support thereof has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and first class mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 17th day of November, 2011.

/s/ Leonard A. Davis
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
*Plaintiffs' Liaison Counsel MDL 2047*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: David and Cheryl Gross, et al. v. Knauf Gips, KG, et al. Case No. 09-6690 | |

## MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS (RAYMOND AND ROSE FRAZIER, GERALDINE GALLOWAY, JEFFREY AND LAUREN KING, JOSEPH AND SHERRY LOPER, TERRI AND TERRY MARANOCI, GREGORY MARSHALL, THOMAS C. RANDLE AND ANN RANDLE POCHE, VALERIE SHERROD) MOTION TO DISMISS All CLAIMS, INCLUDING THEIR CLAIMS AGAINST THE KNAUF DEFENDANTS, PURSUANT TO FED.R.CIV. P. 41(a)

Plaintiffs (Raymond and Rose Frazier, Geraldine Galloway, Jeffrey and Lauren King, Joseph and Sherry Loper, Terri and Terry Maranoci, Gregory Marshall, Thomas C. Randle and Ann Randle Poche, Valerie Sherrod) are moving to dismiss all of their claims, including their claims against the Knauf defendants (hereafter the "Defendants), pursuant to Fed.R.Civ.P. 41(a).  Notwithstanding Plaintiffs diligence at the time their claims against the Defendants were commenced, Plaintiffs wish to dismiss their claims since it now appears the drywall in their home is not defective and/or was manufactured domestically.  Plaintiffs request that the dismissal be without prejudice.

At the time Plaintiffs claims against Defendants were commenced, counsel in good faith named Defendants who were thought to be responsible for damages sustained by Plaintiffs.

Since the filing of Plaintiffs claims against Defendants, Plaintiffs have uncovered evidence suggesting their claims against Defendants should be dismissed.  Plaintiffs believe the dismissal of their claims against Defendants should be without prejudice with each party bearing its own attorneys' fees and costs.

WHEREFORE, for the reasons set forth above, Plaintiffs respectfully request that the Court grant their motion to dismiss pursuant to Fed.R.Civ.P. 41(a).

Respectfully submitted,

Dated: November 17, 2011

/s/ Russ M. Herman_____
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
*Plaintiffs' Liaison Counsel MDL 2047*

# Don Barrett, P.A.

## A PROFESSIONAL ASSOCIATION
### ATTORNEYS AT LAW

**Don Barrett**
E-mail: dbarrett@barrettlawgroup.com

**David McMullan**
Email: dmcmullan@barrettlawgroup.com

**Katherine Barrett Riley***
E-mail: kbriley@barrettlawgroup.com
*Also licensed in Tennessee

P.O. Box 927
404 Court Square North
Lexington, Mississippi 39095

Telephone (662)834-2488
Facsimile (662) 834-2628

November 3, 2011

**Via Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

> **Re:** **In re: Chinese Manufactured Drywall Products Liability Litigation**
> **David and Cheryl Gross, et al. v. Knauf Gips, KG, et al.**
> **Case No. 09-6690**

Dear Russ and Lenny:

My clients, listed below, authorize the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign and file PLAINTIFFS MOTION TO DISMISS ALL CLAIMS, INCLUDING THEIR CLAIMS AGAINST THE KNAUF DEFENDANTS, PURSUANT TO FED.R.CIV. P. 41(a) on their behalf:

> Raymond and Rose Frazier
> Geraldine Galloway
> Jeffrey and Lauren King
> Joseph and Sherry Loper
> Terri and Terry Maranoci
> Gregory Marshall
> Thomas C. Randle and Ann Randle Poche
> Valerie Sherrod

Very truly yours,

DON BARRETT, P.A.

David McMullan

David McMullan

DM/pt

# EXHIBIT

# B - 3

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: David and Cheryl Gross, et al. v. Knauf Gips, KG, et al. Case No. 09-6690 | |

## PLAINTIFFS (JANICE ALFRED, JUDITH ANDERSON, LARRY BENNETT, LEO AND JACQUELINE FAIRLEY, PATRICIA STEVENS GREEN, LINDA MORGAN, ROBERT ROBERTS, JOHN AND CLAIRE TUEPKER, SAMUEL WEBSTER) MOTION TO DISMISS ALL CLAIMS, INCLUDING THEIR CLAIMS AGAINST THE KNAUF DEFENDANTS, PURSUANT TO FED.R.CIV. P.  41(a)

NOW COME the Plaintiffs (Janice Alfred, Judith Anderson, Larry Bennett, Leo and Jacqueline Fairley, Patricia Stevens Green, Linda Morgan, Robert Roberts, John and Claire Tuepker, Samuel Webster) who hereby move for this Honorable Court to dismiss all of their claims, including their claims against the Knauf defendants, pursuant to Fed.R.Civ.P. 41(a).  For the reasons set forth in the Memorandum of law filed in conjunction herewith, Plaintiffs respectfully request  that the Court grant the instant Motion to Dismiss.  Attached hereto as Exhibit "A" is correspondence from Don Barrett, P..A., counsel for Plaintiffs, dated October 26, 2011, specifically authorizing the undersigned to file the instant motion to dismiss.

Dated: October 27, 2011

Respectfully submitted,

/s/ Leonard A. Davis
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
*Plaintiffs' Liaison Counsel MDL 2047*

1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion To Dismiss and Memorandum of Law in support thereof has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and first class mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 27th day of October, 2011.

/s/ Leonard A. Davis
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
*Plaintiffs' Liaison Counsel MDL 2047*

# Don Barrett, P.A.
## A PROFESSIONAL ASSOCIATION
### ATTORNEYS AT LAW

**Don Barrett**
E-mail: dbarrett@barrettlawgroup.com

**David McMullan**
Email: dmcmullan@barrettlawgroup.com

**Katherine Barrett Riley***
E-mail: kbriley@barrettlawgroup.com
*Also licensed in Tennessee

P.O. Box 927
404 Court Square North
Lexington, Mississippi 39095

Telephone (662)834-2488
Facsimile (662) 834-2628

October 26, 2011

**Via Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Re:  **In re: Chinese Manufactured Drywall Products Liability Litigation
David and Cheryl Gross, et al. v. Knauf Gips, KG, et al.
Case No.  09-6690**

Dear Russ and Lenny:

My clients, listed below, authorize the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign and file PLAINTIFFS MOTION TO DISMISS ALL CLAIMS, INCLUDING THEIR CLAIMS AGAINST THE KNAUF DEFENDANTS, PURSUANT TO FED.R.CIV. P. 41(a) on their behalf:

Janice Alfred
Judith Anderson
Larry Bennett
Leo and Jacqueline Fairley
Patricia Stevens Green
Linda Morgan
Robert Roberts
John and Claire Tuepker
Samuel Webster

Very truly yours,

DON BARRETT, P.A.

*David McMullan*

David McMullan

DM/pt

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>**David and Cheryl Gross, et al. v.**<br>**Knauf Gips, KG, et al.**<br>**Case No. 09-6690** | |

### MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS (JANICE ALFRED, JUDITH ANDERSON, LARRY BENNETT, LEO AND JACQUELINE FAIRLEY, PATRICIA STEVES GREEN, LINDA MORGAN, ROBERT ROBERTS, JOHN AND CLAIRE TUEPKER, SAMUEL WEBSTER) MOTION TO DISMISS All CLAIMS, INCLUDING THEIR CLAIMS AGAINST THE KNAUF DEFENDANTS, PURSUANT TO FED.R.CIV. P. 41(a)

Plaintiffs (Janice Alfred, Judith Anderson, Larry Bennett, Leo and Jacqueline Fairley, Patricia Stevens Green, Linda Morgan, Robert Roberts, John and Claire Tuepker, Samuel Webster) are moving to dismiss all of their claims, including their claims against the Knauf defendants (hereafter the "Defendants), pursuant to Fed.R.Civ.P. 41(a). Notwithstanding Plaintiffs diligence at the time their claims against the Defendants were commenced, Plaintiffs wish to dismiss their claims since it now appears the drywall in their home is not defective and/or was manufactured domestically. Plaintiffs request that the dismissal be without prejudice.

At the time Plaintiffs claims against Defendants were commenced, counsel in good faith named Defendants who were thought to be responsible for damages sustained by Plaintiffs.

Since the filing of Plaintiffs claims against Defendants, Plaintiffs have uncovered evidence suggesting their claims against Defendants should be dismissed. Plaintiffs believe the dismissal of their claims against Defendants should be without prejudice with each party bearing its own attorneys' fees and costs.

WHEREFORE, for the reasons set forth above, Plaintiffs respectfully request that the Court grant their motion to dismiss pursuant to Fed.R.Civ.P. 41(a).

Respectfully submitted,

Dated: October 27, 2011

/s/ Leonard A. Davis
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
*Plaintiffs' Liaison Counsel MDL 2047*

# EXHIBIT

# B - 4

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:** | |
| **David and Cheryl Gross, et al. v. Knauf Gips, KG, et al. Case No. 09-6690** | |

## GREGORY AND DIANE FLETCHER'S MOTION TO DISMISS ALL CLAIMS, INCLUDING THEIR CLAIMS AGAINST THE KNAUF DEFENDANTS AND M & M CONSTRUCTION, PURSUANT TO FED.R.CIV. P.  41(a)

NOW COME the Plaintiffs, Gregory and Diane Fletcher, who hereby move for this Honorable Court to dismiss all of their claims, including their claims against the Knauf defendants and M & M Construction, pursuant to Fed.R.Civ.P. 41(a).  For the reasons set forth in the Memorandum of law filed in conjunction herewith, Plaintiffs respectfully request  that the Court grant the instant Motion to Dismiss.  Attached hereto as Exhibit "A" is correspondence from Don Barrett, P..A., counsel for Plaintiffs, dated November 4, 2011, specifically authorizing the undersigned to file the instant motion to dismiss.

Respectfully submitted,

Dated: November 18, 2011

/s/ Russ. M. Herman
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
*Plaintiffs' Liaison Counsel MDL 2047*

1

## CERTIFICATE OF SERVICE

     I hereby certify that the above and foregoing Motion To Dismiss and Memorandum of Law in support thereof has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and first class mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 18th day of November, 2011.

/s/ Leonard A. Davis
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
*Plaintiffs' Liaison Counsel MDL 2047*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:** **David and Cheryl Gross, et al. v. Knauf Gips, KG, et al. Case No. 09-6690** | |

## MEMORANDUM OF LAW IN SUPPORT OF GREGORY AND DIANE FLETCHER'S MOTION TO DISMISS All CLAIMS, INCLUDING THEIR CLAIMS AGAINST THE KNAUF DEFENDANTS AND M & M CONSTRUCTION, PURSUANT TO FED.R.CIV. P. 41(a)

Plaintiffs, Gregory and Diane Fletcher, are moving to dismiss all of their claims, including their claims against the Knauf defendants and M & M Construction.(hereafter the "Defendants"), pursuant to Fed.R.Civ.P. 41(a).  Notwithstanding Plaintiffs diligence at the time their claims against the Defendants were commenced, Plaintiffs wish to dismiss their claims since it now appears the drywall in their home is not defective and/or was manufactured domestically.  Plaintiffs request that the dismissal be without prejudice.

At the time Plaintiffs claims against Defendants were commenced, counsel in good faith named Defendants who were thought to be responsible for damages sustained by Plaintiffs.

Since the filing of Plaintiffs claims against Defendants, Plaintiffs have uncovered evidence suggesting their claims against Defendants should be dismissed.  Plaintiffs believe the dismissal of their claims against Defendants should be without prejudice with each party bearing its own attorneys' fees and costs.

1

WHEREFORE, for the reasons set forth above, Plaintiffs respectfully request that the Court

grant their motion to dismiss pursuant to Fed.R.Civ.P. 41(a).


Respectfully submitted,


Dated: November 18, 2011

/s/ Russ M. Herman_____

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
*Plaintiffs' Liaison Counsel MDL 2047*

# Don Barrett, P.A.
## A PROFESSIONAL ASSOCIATION
### ATTORNEYS AT LAW

**Don Barrett**
E-mail: dbarrett@barrettlawgroup.com

**David McMullan**
Email: dmcmullan@barrettlawgroup.com

**Katherine Barrett Riley***
E-mail: kbriley@barrettlawgroup.com
*Also licensed in Tennessee

P.O. Box 927
404 Court Square North
Lexington, Mississippi 39095

Telephone (662)834-2488
Facsimile (662) 834-2628

November 4, 2011

**Via Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Re:    **In re: Chinese Manufactured Drywall Products Liability Litigation**
       **David and Cheryl Gross, et al. v. Knauf, Gips, KG, et al.**
       **Case No.  09-6690**

Dear Russ and Lenny:

My clients, Gregory and Diane Fletcher, authorize the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign and file GREGORY AND DIANE FLETCHER'S MOTION TO DISMISS ALL CLAIMS, INCLUDING THEIR CLAIMS AGAINST THE KNAUF DEFENDANTS AND M & M CONSTRUCTION, PURSUANT TO FED.R.CIV. P. 41(a) on their behalf.

Very truly yours,

DON BARRETT, P.A.

*David McMullan*

David McMullan

DM/pt

### CERTIFICATE OF SERVICE

  I hereby certify that the above and foregoing Motion To Dismiss and Memorandum of Law in support thereof has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and first class mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 17th day of November, 2011.

/s/ Leonard A. Davis     
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
*Plaintiffs' Liaison Counsel MDL 2047*

# EXHIBIT

# B - 5

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:

*Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.,* Case No. 09-6687 (E.D.La.);

*Gross, et al. v. Knauf Gips, KG, et al.,* Case No. 09-6690 (E.D.La.);

*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.,* Case No 10-361 (E.D.La.);

*Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* Civ. Action No. 11-1672 (E.D.La.);

*Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* Civ. Action No. 11-1395 (E.D.La.);

*Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* Civ. Action No. 11-1673 (E.D.La.)

<u>NOTICE OF FILING</u>

Please take notice that Class Counsel have received in response to the Notice of Pendency

of Class Action the following two requests for exclusion:

1. Daniel N. Marva Moon[1] (attached hereto as Exhibit "A"); and

2. Carlos and Beverly Ward (attached hereto as Exhibit "B").


Dated: November 21, 2014                    Respectfully submitted,


                                            /s/ Leonard A. Davis
                                            Russ M. Herman, Esquire (LA Bar No. 6819)
                                            Leonard A. Davis, Esquire (LA Bar No. 14190)
                                            Stephen J. Herman, Esquire (LA Bar No. 23129)
                                            HERMAN, HERMAN & KATZ, LLC
                                            820 O'Keefe Avenue
                                            New Orleans, Louisiana 70113
                                            Phone: (504) 581-4892
                                            Fax: (504) 561-6024
                                            LDavis@hhklawfirm.com
                                            *Plaintiffs= Liaison Counsel*
                                            *MDL 2047*

                                            Arnold Levin (on the brief)
                                            Fred S. Longer (on the brief)
                                            Sandra L. Duggan (on the brief)
                                            Matthew C. Gaughan (on the brief)
                                            Levin, Fishbein, Sedran & Berman
                                            510 Walnut Street
                                            Suite 500
                                            Philadelphia, PA 19106
                                            Phone: (215) 592-1500
                                            Fax: (215) 592-4663
                                            ALevin@lfsblaw.com
                                            *Plaintiffs' Lead Counsel MDL 2047*

---

[1]This opt out is dated December 11, 2014. It was received on November 4, 2014.
Regardless of either date, this request for exclusion is late, as requests for exclusion were
required to be post-marked not later than October 27, 2014.

## PROPOSED OF COUNSEL TO CLASS,
## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Peter Prieto
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Bruce William Steckler
The Steckler Law Firm
12700 Park Central Drive, Ste 1900
Dallas, TX 75251
Phone: (972) 387-4040
Fax: (972) 387-4041
bruce@stecklerlaw.com

Ervin A. Gonzalez
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 29-2931
hlambert@thelambertfirm.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker, Waichman, LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

3

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Myers, FL 33907
Phone: (239) 433-6880
Fax:(239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax:(228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield, Bryson & Mason
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Victor M. Diaz, Jr., Esquire
V.M. Diaz and Partners, LLC
119 Washington Ave, Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

## OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W
Suite  650
Washington, DC 20006
Phone: (202) 540-7200
Fax:  (202) 540-7201
rlewis@hausfeldllp.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Anthony D. Irpino
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 21st day of November, 2014.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com

*Plaintiffs' Liaison Counsel*
*MDL 2047*

5

# EXHIBIT A

12/11/2014

To Whom It May Concern

Re: Chinese Drywall

From: Daniel & Maria Moon

We withdraw our names

from the lawsuit

Thanking you in advance

Maria Moon





Levin Fishbein Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, Pa 19106

BIRMINGHAM AL 350
01 NOV 2014 PM 5 L

# EXHIBIT B

October 23, 2014

Herman, Herman & Katz, LLC

820 O'Keefe Avenue

New Orleans, LA, 70113

This is to inform you that we are not interested in being a part of this class action
lawsuit.  We were in a previous one, received an award, and signed an agreement that
we would not participate in another.

Thank you for sending your information.

Respectfully,

Carlos and Beverly Ward

19710 O'Grady Avenue

Robertsdale, AL 36567

Telephone:  251-945-1116



MOBILE AL 366

24 OCT 2014 PM 2 L

OCT 27 2014

Herman, Herman & Katz LLC
820 O'Keefe Avenue
New Orleans, LA 70113

70113112520

Carlos and Beverly Ward
19710 O'Grady Ave
Robertsdale, AL 35567

# EXHIBIT

# B - 6

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L |

THIS DOCUMENT RELATES TO:
ALL CASES AND

*Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.,* Case No. 09-6687 (E.D.La.);

*Gross, et al. v. Knauf Gips, KG, et al.,* Case No. 09-6690 (E.D.La.);

*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.,* Case No 10-361 (E.D.La.);

*Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* Civ. Action No. 11-1672 (E.D.La.);

*Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* Civ. Action No. 11-1395 (E.D.La.);

*Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* Civ. Action No. 11-1673 (E.D.La.)

## NOTICE OF FILING OF OPT OUTS

Please take notice that Class Counsel have received in response to the Supplemental

Notice of Pendency of Class Action the following two requests for exclusion:

Case 2:09-md-02047-EEF-MBN Document 18598-7 Filed 04/06/15 Page 42 of 143
Case 2:09-md-02047-EEF-MBN Document 18294-8 Filed 02/03/15 Page 3 of 143
Case 2:09-md-02047-EEF-JCW Document 18289 Filed 02/03/15 Page 2 of 5

1.  Daniel and Maura Moon;
2.  Carlos and Beverly Ward;

The requests for exclusion are attached hereto as Exhibit "A".

Respectfully submitted,

Dated:  February 3, 2015

/s/ Russ M. Herman
Russ M. Herman, Esquire (LA Bar No. 6819)
Leonard A. Davis, Esquire (LA Bar No. 14190)
Stephen J. Herman, Esquire (LA Bar No. 23129)
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin (On the Brief)
Fred S. Longer (On the Brief)
Matthew C. Gaughan (On the Brief)
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm, LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Case 2:09-md-02047-EEF-MBN Document 18589-7-8 Filed 04/06/15 Page 43 of 143
Case 2:09-md-02047-EEF-JCW Document 18294-8 Filed 02/03/15 Page 4 of 143
Case 2:09-md-02047-EEF-JCW Document 18289 Filed 02/03/15 Page 3 of 5

Peter Prieto
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Bruce William Steckler
Steckler, LLP
12720 Hillcrest Road, Ste 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-4041
bruce@stecklerlaw.com

Ervin A. Gonzalez
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker Waichman, LLP
27300 Riverview Center Blvd.
Suite 103
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@attorneys4people.com

Christopher Seeger
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Victor M. Diaz, Jr., Esquire
V.M. Diaz and Partners, LLC
119 Washington Ave, Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

## OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W
Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Anthony D. Irpino
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

Case 2:09-md-02047-EEF-MBN Document 18598-7 Filed 04/06/15 Page 45 of 143
Case 2:09-md-02047-EEF-JCW Document 18289-4-8 Filed 02/03/15 Page 6 of 143
Case 2:09-md-02047-EEF-JCW Document 18289 Filed 02/03/15 Page 5 of 5

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Filing of Opt Outs has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 3rd day of February, 2015.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
HERMAN, HERMAN & KATZ, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com
Plaintiffs' Liaison Counsel
MDL 2047

*Co-counsel for Plaintiffs*

Case 2:09-md-02047-EEF-MBN Document 18598-7 Filed 04/06/15 Page 46 of 143
Case 2:09-md-02047-EEF-JCW Document 18294-8 Filed 02/03/15 Page 7 of 9
Case 2:09-md-02047-EEF-JCW Document 18289-1 Filed 02/03/15 Page 1 of 3

# EXHIBIT A

1/13/2015

Rec'd 1/16/2015

TO: Whom It May Concern RM

From: Maria + Daniel Moon
M.M.          D.M.

Re: Litigation -- Chinese Dry Wall

We are withdrawing from the class
action suit for Chinese Dry Wall.
Please remove Daniel + Maria Moon
from the suit.
Thank you.

January 21, 2015

HERMAN, HERMAN & KATZ LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Subject:  Class Action Lawsuit

Mr. Russ M. Herman, Esquire

We wish to be excluded from the class action lawsuit, pertaining
to Chinese Drywall.  We have already settled a lawsuit and
signed a document saying that we would not join any other
lawsuits in regards to Chinese drywall.

The affected property address is the same as the home address.

Carlos and Beverly Ward
19710 O'Grady Avenue
Robertsdale, AL 36567

Phone 251-945-1116


Thank you,

# EXHIBIT C

## [Properties Noticed for Remediation]

# EXHIBIT

# C - 1

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: CHINESE-MANUFACTURED                    MDL No. 2047
DRYWALL PRODUCTS
LIABILITY LITIGATION                                     SECTION:  L
                                                                        JUDGE FALLON
THIS DOCUMENT RELATES TO                    MAG. JUDGE WILKINSON

Almeroth, et al. v. Taishan Gypsum Co., Ltd.
f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,
Case No. 2:12-cv-00498

Amorin, et al. v. Taishan Gypsum Co., Ltd.
f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,
Case Nos. 2:11-cv-1672, 2:11-cv-1395, and
2:11-cv-1673
_____/

**PLAINTIFF PAUL K. CROLEY II'S**
**NOTICE OF REMEDIATION**

NOTICE IS HEREBY given that Paul K. Croley II, Plaintiff in the above-captioned matter, will begin remediation of his property located at 140 South Dixie Highway, Unit 512, Hollywood, Florida 33020 on or about February 25, 2013. The property will be made available to any party in the above-captioned matter prior to the date of commencement of remediation. Anyone desiring to view the property should contact Joel Rhine at jrr@rhinelawfirm.com.

DATED: January 23, 2013.

Respectfully submitted,

/s/ Daniel K. Bryson
_____
**Daniel K. Bryson** (*pro hac vice*)
**WHITFIELD BRYSON & MASON LLP**
900 W. Morgan St.
Raleigh, NC 27603
Telephone: (919) 600-5000
Facsimile: (919) 600-5035

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing Plaintiff Paul K. Croley II's Notice of Remediation has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in Accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a noticed of electronic filing in accordance with the procedures established in MDL 2047, on this 23rd day of January 2013.

/s/ Daniel K. Bryson
_____
Daniel K. Bryson

# EXHIBIT

# C - 2

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION:    L |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO | * | MAG. JUDGE WILKINSON |
| | * | |
| *Richard and Constance Almeroth, et al. v.* | * | |
| *Taishan Gypsum Co., Ltd., f/k/a Shandong* | * | |
| *Taihe Dongxin Co., Ltd., et al.* | * | |
| **Case No. 12-0498 (E.D.La.)** | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFF, DONATA S. MILLIGAN BOYER'S**
**NOTICE OF REMEDIATION**

NOTICE IS HEREBY given that Donata S. Milligan Boyer, Plaintiff in the above captioned matter, will begin remediation of her property located at 1333 Sylvia Avenue, Metairie, Louisiana 70005, beginning on Monday, March 19, 2012. The property will be made available to any party in the above captioned matter prior to the date of commencement of remediation. Anyone desiring to view the property should contact Jeremy S. Epstein at jepstein@hhkc.com.

1

Respectfully submitted,

**/s/ Leonard A. Davis**

_____

**RUSS M. HERMAN, La. Bar No. 6819**
**STEVEN J. LANE, La. Bar No. 7554**
**LEONARD A. DAVIS, La. Bar No. 14190**
**STEPHEN J. HERMAN, La. Bar No. 23219**
**JOSEPH E. "JED" CAIN, La. Bar No. 29785**
**JEREMY S. EPSTEIN, La. Bar No. 32135**
**HERMAN, HERMAN, KATZ & COTLAR, LLP**
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone:    (504) 581-4892
Fax No.:        (504) 561-6024
*Attorneys for the Plaintiff,*
*Donata S. Milligan Boyer*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiff, Donata S. Milligan Boyer's, Notice of Remediation, has been served on Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File and Serve in Accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 29th day of February, 2012.

/s/ Leonard A. Davis

_____

LEONARD A. DAVIS

2

# EXHIBIT

# C - 3

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**IN RE: CHINESE-MANUFACTURED**              MDL No. 2047
**DRYWALL PRODUCTS**
**LIABILITY LITIGATION**                     SECTION:  L
                                             JUDGE FALLON
**THIS DOCUMENT RELATES TO**                 MAG. JUDGE WILKINSON

Gross, et al. v. Knauf Gips KG, et al.
Case No. 2:09-cv-6690 (E.D.La.)
_____/

## PLAINTIFFS VICTOR AND LOUMERTISTENE HOWELLS'
## NOTICE OF REMEDIATION

NOTICE IS HEREBY given that Victor and Loumertistene Howell, Plaintiffs in the above captioned matter, began remediation of their property located at 5275 Sandbar Cove, Winston, Georgia 30187 on Saturday, September 24, 2011.  The property will be made available to any party in the above captioned matter during and after the remediation.  Anyone desiring to view the property should contact Joel Rhine at jrr@rhinelawfirm.com.

Respectfully submitted,

*/s/ Daniel K. Bryson_____*
Daniel K. Bryson
LEWIS & ROBERTS
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Telephone: (888) 981-0939
Facsimile: (919) 981-0431

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing Plaintiffs Victor and Loumertistene Howells' Notice of Remediation has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in Accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a noticed of electronic filing in accordance with the procedures established in MDL 2047, on this 28th day of September 2011.

*/s/ Daniel K. Bryson*_____
Daniel K. Bryson

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: CHINESE-MANUFACTURED          MDL No. 2047
DRYWALL PRODUCTS
LIABILITY LITIGATION                          SECTION:  L
                                                       JUDGE FALLON
THIS DOCUMENT RELATES TO             MAG. JUDGE WILKINSON

Wiltz, et al. v. Beijing New Building Materials
Public Limited Co., et al.
Case No. 2:10-cv-00361 (E.D.La.)
OC II Intervention B
_____/

**PLAINTIFFS VICTOR AND LOUMERTISTENE HOWELLS'**
**NOTICE OF REMEDIATION**

NOTICE IS HEREBY given that Victor and Loumertistene Howell, Plaintiffs in the above captioned matter, began remediation of their property located at 5275 Sandbar Cove, Winston, Georgia 30187 on Saturday, September 24, 2011.  The property will be made available to any party in the above captioned matter during and after the remediation.  Anyone desiring to view the property should contact Joel Rhine at jrr@rhinelawfirm.com.

Respectfully submitted,

*/s/ Daniel K. Bryson*
Daniel K. Bryson
LEWIS & ROBERTS
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Telephone: (888) 981-0939
Facsimile: (919) 981-0431

{00415254.DOCX}

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing Plaintiffs Victor and Loumertistene Howells' Notice of Remediation has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in Accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a noticed of electronic filing in accordance with the procedures established in MDL 2047, on this 28th day of September 2011.


*/s/ Daniel K. Bryson*_____
Daniel K. Bryson

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED   MDL No. 2047
DRYWALL PRODUCTS
LIABILITY LITIGATION      SECTION:  L
             JUDGE FALLON
THIS DOCUMENT RELATES TO   MAG. JUDGE WILKINSON

Abel, et al. v. Taishan Gypsum Co., LTD. f/k/a
Shandong Taihe Dongxin Co., LTD., et al.
Case No. 2:11-cv-00080 (E.D.La.)
_____/

## PLAINTIFFS VICTOR AND LOUMERTISTENE HOWELLS'
## NOTICE OF REMEDIATION

   NOTICE IS HEREBY given that Victor and Loumertistene Howell, Plaintiffs in the

above captioned matter, began remediation of their property located at 5275 Sandbar Cove,

Winston, Georgia 30187 on Saturday, September 24, 2011.  The property will be made available

to any party in the above captioned matter during and after the remediation.  Anyone desiring to

view the property should contact Joel Rhine at jrr@rhinelawfirm.com.


       Respectfully submitted,

       */s/ Daniel K. Bryson*_____
       Daniel K. Bryson
       LEWIS & ROBERTS
       3700 Glenwood Avenue, Suite 410
       Raleigh, NC 27612
       Telephone: (888) 981-0939
       Facsimile: (919) 981-0431

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing Plaintiffs Victor and Loumertistene Howells' Notice of Remediation has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in Accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a noticed of electronic filing in accordance with the procedures established in MDL 2047, on this 28th day of September 2011.


*/s/ Daniel K. Bryson*_____
Daniel K. Bryson

# EXHIBIT

# C - 4

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**IN RE: CHINESE-MANUFACTURED**
**DRYWALL PRODUCTS**
**LIABILITY LITIGATION**

**THIS DOCUMENT RELATES TO**

Wiltz, et al. v. Beijing New Building Materials
Public Limited Co., et al.
Case No. 2:10-cv-00361 (E.D.La.)
OCII Intervention C
_____/

MDL No. 2047

SECTION:  L
JUDGE FALLON
MAG. JUDGE WILKINSON

## PLAINTIFFS BARRY AND MARLENE DUKES'
## NOTICE OF REMEDIATION

NOTICE IS HEREBY given that Barry and Marlene Duke, Plaintiffs in the above captioned matter, will begin remediation of their property located at 20241 Chapel Trace, Estero, Florida 33928 on Monday, June 6, 2011.  The property will be made available to any party in the above captioned matter prior to the date of commencement of remediation.  Anyone desiring to view the property should contact Joel Rhine at jrr@rhinelawfirm.com.

Respectfully submitted,

*/s/ Daniel K. Bryson*
Daniel K. Bryson
LEWIS & ROBERTS
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Telephone: (888) 981-0939
Facsimile: (919) 981-0431

{00404981.DOCX}

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that the above and foregoing Plaintiffs Barry and Marlene Dukes' Notice of Remediation has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in Accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a noticed of electronic filing in accordance with the procedures established in MDL 2047, on this 12th day of May 2011.

*/s/ Daniel K. Bryson*
Daniel K. Bryson

# EXHIBIT

# C - 5

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

IN RE: CHINESE-MANUFACTURED                 MDL No. 2047
DRYWALL PRODUCTS
LIABILITY LITIGATION                        SECTION:  L
                                            JUDGE FALLON
**THIS DOCUMENT RELATES TO**                MAG. JUDGE WILKINSON

Wiltz, et al. v. Beijing New Building Materials
Public Limited Co., et al.
Case No. 2:10-cv-00361 (E.D.La.)
OCII Intervention C
_____/

## PLAINTIFFS VINCENT AND KATHLEEN CARBONES' NOTICE OF REMEDIATION

NOTICE IS HEREBY given that Vincent and Kathleen Carbone, Plaintiffs in the above captioned matter, will begin remediation of their property located at 20271 Chapel Trace, Estero, Florida 33928 on Monday, June 6, 2011.  The property will be made available to any party in the above captioned matter prior to the date of commencement of remediation.  Anyone desiring to view the property should contact Joel Rhine at jrr@rhinelawfirm.com.

Respectfully submitted,

*/s/ Daniel K. Bryson*
Daniel K. Bryson
LEWIS & ROBERTS
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Telephone: (888) 981-0939
Facsimile: (919) 981-0431

{00404979.DOCX}

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing Plaintiffs', Vincent and Kathleen Carbone, Notice of Remediation has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in Accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a noticed of electronic filing in accordance with the procedures established in MDL 2047, on this 12th day of May 2011.


*/s/ Daniel K. Bryson*
Daniel K. Bryson

# EXHIBIT D

**[Properties in the Demonstration
Remediation of Homes with KPT Drywall]**

## Settlement Agreement For The
## Demonstration Remediation Of Homes With KPT Drywall

This Agreement ("Demonstration Remediation Agreement" or "Agreement") is entered into by and between the MDL Plaintiffs' Steering Committee (the "PSC") in *In re: Chinese Manufactured Drywall Products Liability Litigation*, MDL No. 2047 (the "MDL"), including class counsel in *Harrell v. South Kendall Construction Corp, et al.*, No. 09-08401 (11th Judicial Circuit of Florida) ("Harrell Class Action"), and Knauf Plasterboard (Tianjin) Co., Ltd. ("KPT"), Knauf Plasterboard (Wuhu) Co. Ltd., Guandong Knauf New Building Material Product Co. Ltd., Knauf International GmbH, Knauf Insulation GmbH (referred to in MDL 2047 as Knauf Insulation USA), Knauf AMF GmbH & Co. KG, Knauf do Brasil Ltda., Gebr., Knauf Verwaltungsgesellschaft, PT.Knauf Gypsum Indonesia, and Knauf Gips KG (collectively the "Knauf Entities").

## RECITALS

WHEREAS, the parties have concluded that it is in their best interests to explore means of resolving lawsuits arising from alleged defects in drywall manufactured and exported to the United States by KPT (the "KPT Drywall Litigations");

WHEREAS, the parties agree that nothing in this Agreement constitutes a waiver of any claims or defenses, except as expressly stated below, and that nothing in this Agreement constitutes an admission of liability by the Knauf Entities;

WHEREAS, in an effort to resolve the KPT Drywall Litigations, the Knauf Entities have agreed to remediate up to 300 homes with KPT drywall, pursuant to the terms described below, the purpose of which is to serve as a model for a possible future global remediation program;

WHEREAS, suppliers and builders who installed or supplied KPT drywall to the homes and their insurers ("Other Participating Companies"), have already agreed, or may agree in the future, to contribute to the cost of remediation of these homes as described below;

NOW, THEREFORE, for the good and valuable consideration described below, the sufficiency of which is hereby acknowledged, the parties, each and all intending to be legally bound, hereby stipulate and agree as follows:

## TERMS AND CONDITIONS

**I.      Purpose of the Demonstration Remediation Agreement**

This Demonstration Remediation Agreement creates a program by which the Knauf Entities will remediate up to 300 homes ("the Remediation Homes") whose owners acquired title to their homes prior to the execution of this Agreement ("homeowners"), have claims against the Knauf Entities and the Other Participating Companies pending in the MDL (the "Demonstration Remediation Program" or "Program").

## II.   Eligible Homes

A.   **Eligible Homes.**  Homes eligible for the Program ("Eligible Homes") must (1) contain all or substantially all KPT drywall board ("KPT board") in terms of the number of KPT boards compared to the total number of drywall boards in the home; (2) not contain other defective Chinese drywall board ("Chinese drywall") (*i.e.*, homes with a mix of defective Chinese drywall will not be eligible for the Program); (3) be located in 4 states: Florida, Louisiana, Alabama, or Mississippi; and (4) have been built, or had KPT drywall board supplied by, one or more of the Other Participating Companies.  For purposes of this Agreement, "substantially all" is defined to mean 95% or more KPT board; however, the Knauf Entities may at their sole discretion waive such requirement.

B.   **Identified Eligible Homes.**  For purposes of expeditiously commencing the Demonstration Remediation Program, the PSC and the Knauf Entities have identified Eligible Homes, listed on Exhibit A, other than the Harrell Remediation Homes (defined below) in Florida listed and identified therein, satisfying the conditions in Paragraph II (A), and have selected, from these homes, the homes listed on Exhibit B for which the remediation process will commence as soon as practicable after the execution of this Agreement.  The Harrell Remediation Homes listed on Exhibit A, which are the subject of the Harrell Class Action, are subject to approval by the Knauf Entities as Eligible Homes and to the conditions listed in Paragraph II (C).

C.   **Identification of Harrell Remediation Homes in Florida.**  Class Counsel in the Harrell Class Action ("Harrell Class Counsel") and the Knauf Entities have reached an agreement, subject to the satisfaction of certain conditions precedent and the execution of definitive documentation and approval by the 11th Judicial Circuit of Florida, as part of a class action settlement, to include in the Program homes of class members that satisfy the conditions in Paragraph II (A) ("the Harrell Remediation Homes").  For purposes of this Agreement, references to the Harrell Class Counsel's undertakings, rights and obligations concern only the Harrell Remediation Homes.

D.   **Identification of Other Eligible Homes.**  Within 30 business days of the execution of this Demonstration Remediation Agreement, the PSC will identify any other potentially Eligible Homes in the above four states, at its own expense, by using a reliable and effective method of inspection and provide the results of such inspection to the Knauf Entities.  Within 30 business days of the notice by the PSC of identification of potentially Eligible Homes, and receipt of the results of such inspections, the Knauf Entities, at their sole discretion and expense, will determine, based on the results of such drywall inspections, whether the other potentially Eligible Homes, in fact, contain all or substantially all KPT board and are therefore Eligible Homes, notify the PSC of its determination, and, as soon as practicable, commence the remediation process as to any Eligible Home meeting the requirements of Paragraph II (A).  In the event that the Knauf Entities determine that a potentially Eligible Home does not meet the requirements of

2

# EXHIBIT

# A

EXHIBIT A

| Property Owner | Street | City | State | Zip | Lawyer/Firm | List | |
|---|---|---|---|---|---|---|---|
| ABOULAFIA, Steven & Unruean | 3735 Yucatan Pkwy | Cape Coral | FL | 33993 | Arnold Levin | AAA | |
| Aguilar, Eleanor | 3583 NW 14th Court (GT07-048) | Lauderhill | FL | 33311 | Alters/Baron & Budd | AA | |
| Albano, Carol Aurbach, Suely Braithwaite, Judy Crawford, Monique and Shand, Elaine James, Janelle | 1401 NW 36th Way (GT01-001); 3598 NW 14th Court (GT27-197); 3513 NW 14th Court (GT08-055); 3609 NW 14th Court (GT05-025); 3606 NW 14th Court (GT27-193) | Lauderhill | FL | 31333 | Roberts & Durkee; Milstein, Adelman & Kreger | AA | |
| Ambroise, Donald | 1425 NW 36th Way (GT02-011) | Lauderhill | FL | 31333 | Alters/Baron & Budd | AA | |
| Amerson, Amy | 1205 Magnolia Alley | Mandeville | LA | 70471 | Becnel Law Firm (Daniel Jr) | A | |
| Ancira, Chris & Lilah | 110 Pine Alley Rd. | Mandeville | LA | 70471 | Becnel Law Firm (Daniel Jr) | A | |
| Armstrong, David & Bonnie | 8929 Glenfield Drive | Baton Rouge | LA | 70809 | Martzell & Bickford (Centola) | A | |
| Arnaud, Lester & Cathrine | 17504 Rosemont Dr. | Prairieville | LA | 70769 | Joshua PalminTier | A | A1650 |
| Ashley, Tatiana | 3579 NW 14th Court (GT08-052) | Lauderhill | FL | 33311 | Alters/Baron & Budd | AA | |
| Back, Charles & Mary Ann | 1215 Magnolia Alley | Mandeville | LA | 70471 | Lambert & Nelson | A | A969 |
| Banner, William F. & Kitty | 70486 4th Street | Covington | LA | 70433 | Lewis & Roberts, PLLC | A | |
| Barry, Scott & Judy | 3801 SW 2nd Street | Cape Coral | FL | 33991 | Jerrold Seth Parker | AAA | |
| Berthaut, Colin | 1218 Magnolia Alley, #42 | Mandeville | LA | 70471 | Martzell & Bickford (Centola) | A | A1071 |
| Bissoon, Suresh & Oma | 1056 NW Leonardo Circle (VFA066) | Port St. Lucie | FL | 34986 | Roberts & Durkee; Milstein, Adelman & Kreger | AA | |

as of 10.13.2010

EXHIBIT A

| Property Owner | Street | City | State | Zip | Lawyer/Firm | List | |
|---|---|---|---|---|---|---|---|
| Boquet, Edwin | 17454 Rosemont Dr. | Prairieville | LA | 70769 | Becnel Law Firm (Daniel Jr) | A | |
| | | | | | | | B83 |
| Borne, Barry & Mary | 1217 Magnolia Alley | Mandeville | LA | 70471 | Lambert & Nelson | A | |
| Borne, Carol | 835 Montgomery St. | Mandeville | LA | 70448 | Jeffrey Berniard | A | |
| BOTELHO, Florencio & Maria | 1819 SW 47th Street | Cape Coral | FL | 33914 | | AAA | |
| Boucher, Gordon & Nancy | 11001 Gulf Reflections Drive #A208 | Ft. Myers | FL | 33908 | Wayne Kreger | AAA | |
| | | | | | | | A1625 |
| Boudreaux, Virginia R. | 209 Cottage Green Lane | Covington | LA | 70435 | Peyton B. Burkhalter | A | |
| Bourdon, Lucille | 15074 Pamela Dr. | Covington | LA | 70433 | Paul A. Lea, Jr. | A | |
| Bourgeois, Richard, Sr. & Gail | 10968 Shoreline Dr. | Baton Rouge | LA | 70809 | Walters Papillion Thomas Cullens | A | |
| Boutte', Donald J. | 11051 Shoreline Dr. | Baton Rouge | LA | 70809 | Herman, Herman, Katz & Cotlar | A | A1739 |
| Boxe, Kevin & Roxanne | 1104 NW Leonardo Circle (VFA058) | Port St. Lucie | FL | 34986 | Parker, Waichman, Alonso | AA | |
| Bradley, James "Jimmy" & Wanda Louise | 19405 Kelly Wood Court | Baton Rouge | LA | 70809 | Joshua Palmintier | A | A1463 |
| Braselman, Ryan & Holly | 1206 Magnolia Alley | Mandeville | LA | 70471 | Lambert & Nelson | A | |
| Bronaugh, David & Heather | 2323 Sunset Blvd | Slidell | LA | 70461 | Kanner & Whitley, LLC; Allan Kanner & Melissa Fuesler | A | |
| Brown, Larry | | | AL | | | | |
| Brown, Raymond & Syndee | 1213 Magnolia Alley | Mandeville | LA | 70471 | Jeffrey Berniard | A | |
| Brumfield, Ollie & Adrienne | 608 Huseman Lane | Covington | LA | 70435 | Morris Bart, LLC | A | |
| Butler, James, Dr., & Joycelyn Louise | 5720 Wright Road | New Orleans | LA | 70128 | Kanner & Whitley, LLC; Allan Kanner & Melissa Fuesler | A | |
| Caliper Cpaital of Florida, LLC | 3614 NW 12th Court (GT26-192) | Lauderhill | FL | 33311 | Alters/Baron & Budd | AA | |
| Carroll, Cynthia | 1220 Magnolia Alley | Mandeville | LA | 70471 | Lambert & Nelson | A | A1369 |

as of 10.13.2010

Case 2:09-md-02047-EEF-JCW  Document 16189-1  Filed 11/12/12  Page 19 of 151

**EXHIBIT A**

| Property Owner | Street | City | State | Zip | Lawyer/Firm | List |
|---|---|---|---|---|---|---|
| Casey, Hugh | 10440 SW Stephanie Way, Unit 206 (TR4-206) | Port St. Lucie | FL | 34987 | McIntosh, Sawren, Peltz & Cartaya | AA |
| Cassagne, Brande & Jordan | 209 Place Saint Jean | Covington | LA | 70433 | Morris Bart, LLC | A |
| Castard, Jess & Angela | 1768 Ashland Dr. | Navarre | FL | | Lisa & Thompson, etc. | |
| Ceruti, Ronald & Sharon | 745 Spring Thyme Dr. | Belle Chasse | LA | 70037 | Becnel Law Firm (Daniel Jr) | A |
| Chavous, George & Lorine | | | AL | | | |
| Chery, Jean-Robert & Presina | 990 NW Leonardo Circle (VFA077) | Port St. Lucie | FL | 34986 | Colson Hicks | AA |
| Chiappetta, Kevin & Karen | 727 ARCTIC FOX RUN | Madisonville | LA | 70447 | Becnel Law Firm (Daniel Jr) | A |
| Colby, Richard & Susan | 16347 Hwy 931 | Prairieville | LA | 70769 | L.Y. Hymel | A |
| Comick, Ronnie | No Hits; No PPF or DPF | | LA | | May not be in Louisiana | A |
| Commer, Cynthia | | | AL | | | |
| Conte, Margaret Ann | 11001 Gulf Reflections Drive #A106 | Ft. Myers | FL | 33908 | Milstein, Adelman & Kreger | AAA |
| Cooper, Brenda | 1812-14 Mazant St. | New Orleans | LA | 70117 | Pro se | A |
| Cove, Joseph | 214 SW 39th Terrace | Cape Coral | FL | 33991 | | AAA |
| CRAMER, David & Denise | 2521 SW 52nd Lane | Cape Coral | FL | 33914 | Jeremy W. Alters | AAA |
| CREUS, Benny & Evelyn | 1818 SE 7th Street | Cape Coral | FL | 33990 | | AAA |
| Cucci, Jacqueline | 138 NW Leonardo Circle (VFA069) | Port St. Lucie | FL | 34986 | Parker, Waichman, Alonso | AA |
| CUDDAPHA, Prabhakara | 3317 Ceitus Pkwy | Cape Coral | FL | 33991 | Wayne Kreger | AAA |

as of 10.13.2010

EXHIBIT A

A1214

| Property Owner | Street | City | State | Zip | Lawyer/Firm | List |
|---|---|---|---|---|---|---|
| Cummins, Rolland & Charlene | 11001 Gulf Reflections Drive #A108 | Ft. Myers | FL | 33908 | Russ Herman Lenny Davis | AAA |
| Cunningham, Dennis & Susan | 288 Penn Mill Lakes Blvd. | Covington | LA | 70435 | Herman, Herman, Katz & Cotlar | A |
| Dalmage, Dilworth & Hyacinth | 3445 NW 14th Court (GT10-072) | Lauderhill | FL | 33311 | Alters/Baron & Budd | AA |
| Darensbourg, Mark & Barbara | 1924 Bayou Paul Lane | St. Gabriel | LA | 70776 | Herman, Herman, Katz & Cotlar | A |
| De Los Santos, Brian & Rosibel | 973 NW Leonardo (VFA039) | Port St. Lucie | FL | 34986 | Roberts & Durkee; Milstein, Adelman & Kreger | AA |
| DeBENEDICTIS, Frank & Deborah | 4408 SW 20th Ave. | Cape Coral | FL | 33914 | Ben W. Gordon, Jr. | AAA |
| DeJan, Charlotte | 4635 Evangaline St. | New Orleans | LA | 70127 | Herman, Herman, Katz & Cotlar | A |
| DeJan, Leroy & Ann | 4624 Chantilly Dr. | New Orleans | LA | 70126 | Herman, Herman, Katz & Cotlar | A |
| Dennis, Patrick & Kathleen | 517 Snead Court | Slidell | LA | 70458 | Kanner & Whitley, LLC; Allan Kanner & Melissa Fuessler | A |
| Desporte, Edward T., Jr. & JoAnn | 28140 Chukkar Lane | Folsom | LA | 70437 | Thornhill Law Firm | A |
| Diehl, Scott | 16 NW 12th Place | Cape Coral | FL | 33993 | Richard Serpe | AAA |
| Dobbins, Margaret & Glenwood | 39130 Old Bayou Ave. | Gonzales | LA | 70737 | F. Gerald Maples, PA | A |
| Donaldson, Malcolm & Kelli | 293 Penn Mill Lakes Blvd | Covington | LA | 70435 | Paul A. Lea, Jr. | A |
| Dorsey, Glenda F. | 39085 Pirogue Ave. | Gonzales | LA | 70737 | Lewis & Roberts, PLLC | A |

as of 10.13.2010

EXHIBIT A

| Property Owner | Street | City | State | ZIP | Lawyer/Firm | List | |
|---|---|---|---|---|---|---|---|
| Duhon, Christopher & Kimberly | 17469 Rosemont Dr. | Prairieville | LA | 70769 | Becnel Law Firm | A | |
| Dupuy, Cullen & Mary | 15246 Campanile Court | Baton Rouge | LA | 70810 | Walters Papillion Thomas Cullens | A | |
| Edwards, Norma | 1050 NW Leonardo Circle (VFA067) | Port St. Lucie | FL | 34986 | Roberts & Durkee; Milstein, Adelman & Kreger | AA | A1619 |
| Espino, Julio & Evangelina | 1032 NW Leonard Circle (VFA070) | Port St. Lucie | FL | 34986 | Krupnick, Campbell, Malone | AA | |
| Fayard, Crystal & Formica, Conrad | 3216 Rachel Lane | Ocean Springs | MS | 39564 | Levin Papantonio | A | |
| Feinberg, Manley & Dianne | Unit 13 1524 Island Blvd. | Aventura | FL | 33160 | | A | |
| Felton, Kenturah | | | AL | | | | |
| Ferguson, Howard "Bud" Jr. & Anna Catherine | 6502 Antioch Crossing | Baton Rouge | LA | 70817 | Lewis & Roberts, PLLC | A | |
| Fineschi, Nicola & Connie | 1200 Magnolia Alley | Mandeville | LA | 70471 | Lambert & Nelson | A | A961 |
| Finger, Simon & Rebecca | 1844 State St. | New Orleans | LA | 70118 | Allan Kanner & Melissa Fuesiler | A | B376 |
| Fisher, Steve and Corrinn | 580 Huseman Lane | Covington | LA | 70435 | Lambert & Nelson | A | |
| FMY Ventures, LLC | 11001 Gulf Reflections Drive #A101 | Ft. Myers | FL | 33908 | Milstein, Adelman & Kreger | AAA | |
| Fothergill, Zen | 3525 NW 14th Court (GT08-049) | Lauderhill | FL | 33311 | Alters/Baron & Budd | AA | |
| Franatovich, Mitchell & Sarah | 2251 3rd Street | Mandeville | LA | 70471 | Watts Hilliard, LLC | A | |
| FRANCIPANE, Sal & Susan | 4005 SW 23rd Ave | Cape Coral | FL | 33914 | Jeremy W. Alters | AAA | A1630 |
| FRAWLEY, Don & Amy | 1237 NW 36th Ave | Cape Coral | FL | 33993 | Geraghty, Dougtherty & Edwards | AAA | |

as of 10.13.2010

Case 2:09-md-02047-EEF-JCW   Document 16189-1   Filed 11/12/12   Page 22 of 151

EXHIBIT A

| Property Owner | Street | City | State | ZIP | Lawyer/Firm | List | |
|---|---|---|---|---|---|---|---|
| FRAZIER, Larry & Dorothy | 927 SW 4th Ave | Cape Coral | FL | 33991 | Jeremy W. Alters | AAA | |
| Fulks, Richard & Bonnie | 4304 NW 39th Avenue | Cape Coral | FL | 33993 | Jeremy W. Alters | AAA | A1075 |
| Gammage, Daniel, Dr. | 1210 Magnolia Alley | Mandeville | LA | 70471 | Lambert & Nelson | A | A1939 |
| Gardette, Michael & Nicole | 268 Penn Mill Lakes | Covington | LA | 70435 | Joseph M. Bruno | A | |
| Gardette, Michael & Rhonda | 276 Penn Mill Lakes | Covington | LA | 70435 | Herman, Herman, Katz & Cotlar | A | |
| Garrett, Roger | 13496 Addison Ave. | Gulfport | MS | 39503 | Lumpkin & Reeves | A | |
| Garton, Timothy | 4005 Campton Tif | Gonzales | LA | 70737 | Lewis & Roberts, PLLC | A | |
| GERACI, Vincent & Joan | 420 NW 38th Ave | Cape Coral | FL | 33993 | | A | A1694 |
| GIGGEY, Richard & Linda | 1813 NE 23rd Ave | Cape Coral | FL | 33090 | Jeremy W. Alters | AAA | |
| Goldberg, Scott | 7422 Briella Drive | Boynton Beach | FL | 33438 | Alters/Baron & Budd | AA | |
| Graham, Wayne and Raintner, Stephanie | 3602 NW 14th Court (GT27-195) | Lauderhill | FL | 33311 | Roberts & Durkee; Milstein, Adelman & Kreger | AA | |
| Greco, Vincent J. | 70461 11th Street | Covington | LA | 70433 | Lewis & Roberts, PLLC | A | |
| Greene, Craig & Kristen | 3117 McClendon Court | Baton Rouge | LA | 70810 | Lewis & Roberts, PLLC | A | |
| Grissom, John & Becky | 118 S. Willow bend Rd. | Monroe | LA | 71203 | Matthews & Associates | A | B124 |
| Guidry, Chris & Jerene | 5396 Courtyard Dr. | Gonzales | LA | 70737 | Becnel Law Firm (Daniel Jr) | A | |
| GUILHEMPE, Edmund | 335 SW 24th Street | Cape Coral | FL | 33991 | Russ Herman Lenny Davis | AAA | |
| Haindel, Mary Virginia | 1224 Magnolia Ave. | Mandeville | LA | 70471 | Becnel Law Firm (Daniel Jr) | A | A155 |

as of 10.13.2010

EXHIBIT A

B-402

| Property Owner | Street | City | State | Zip | Lawyer/Firm | List |
|---|---|---|---|---|---|---|
| Hansen, Deborah | 3537 NW 14th Court (GT07-046) | Lauderhill | FL | 33311 | Alters/Baron & Budd | AA |
| Harrell | 2140 SE 191-14 AVENUE | HOMESTEAD | FLORIDA | 33035 | | |
| Harrell | 1946 SE 22ND COURT | HOMESTEAD | FLORIDA | 33035 | | |
| Harrell | 1954 SE 22ND COURT | HOMESTEAD | FLORIDA | 33035 | | |
| Harrell | 1938 SE 22ND COURT | HOMESTEAD | FLORIDA | 33035 | | |
| Harrell | 2017 SE 21ST COURT | HOMESTEAD | FLORIDA | 33035 | | |
| Harrell | 1974 SE 23RD COURT | HOMESTEAD | FLORIDA | 33035 | | |
| Harrell | 2913 AUGUSTA DRIVE | HOMESTEAD | FLORIDA | 33035 | | |
| Harrell | 2708 AUGUSTA DRIVE | HOMESTEAD | FLORIDA | 33035 | | |
| Harrell | 1932 SE 21ST COURT | HOMESTEAD | FLORIDA | 33035 | | |
| Harrell | 1987 SE 21ST COURT | HOMESTEAD | FLORIDA | 33035 | | |
| Harrell | 1948 SE 21ST COURT | HOMESTEAD | FLORIDA | 33035 | | |
| Harrell | 1982 SE 23RD COURT | HOMESTEAD | FLORIDA | 33035 | | |
| Harrell | 2806 AUGUSTA DRIVE | HOMESTEAD | FLORIDA | 33035 | | |
| Harrell | 2155 SE 20TH AVENUE | HOMESTEAD | FLORIDA | 33035 | | |
| Harrell | 2165 SE 20TH AVENUE | HOMESTEAD | FLORIDA | 33035 | | |
| Harrell | 1957 SE 22ND COURT | HOMESTEAD | FLORIDA | 33035 | | |
| Harrell | 2226 SE 20TH AVENUE | HOMESTEAD | FLORIDA | 33035 | | |
| Harrell | 2236 SE 20TH AVENUE | HOMESTEAD | FLORIDA | 33035 | | |
| Harrell | 1892 SE 23RD COURT | HOMESTEAD | FLORIDA | 33035 | | |
| Harrell | 1970 SE 22ND COURT | HOMESTEAD | FLORIDA | 33035 | | |
| Harrell | 1935 SE 22ND DRIVE | HOMESTEAD | FLORIDA | 33035 | | |
| Harrell | 2810 AUGUSTA DRIVE | HOMESTEAD | FLORIDA | 33035 | | |
| Harrell | 2248 SE 19Th TERRACE | HOMESTEAD | FLORIDA | 33035 | | |
| Harrell | 1926 SE 23RD COURT | HOMESTEAD | FLORIDA | 33035 | | |
| Harrell | 1912 SE 23RD COURT | HOMESTEAD | FLORIDA | 33035 | | |
| Harrell | 2235 SE 20Th AVENUE | HOMESTEAD | FLORIDA | 33035 | | |
| Harrell | 2225 SE 20TH AVENUE | HOMESTEAD | FLORIDA | 33035 | | |
| Harrell | 2230 SE 19" AVENUE | HOMESTEAD | FLORIDA | 33035 | | |
| Harrell | 2259 SE 19TH AVENUE | HOMESTEAD | FLORIDA | 33035 | | |
| Harrell | 1966 SE 23RD COURT | HOMESTEAD | FLORIDA | 33035 | | |
| Harrell | 1990 SE 23RD COURT | HOMESTEAD | FLORIDA | 33035 | | |

as of 10.13.2010

**EXHIBIT A**

| Property Owner | Street | City | State | ZIP | Lawyer/Firm | List |
|---|---|---|---|---|---|---|
| Harrell | 1975 SE 23RD COURT | HOMESTEAD | FLORIDA | 33035 | | |
| Harrell | 1950 SE 23RD COURT | HOMESTEAD | FLORIDA | 33035 | | |
| Harrell | 1958 SE 23RD COURT | HOMESTEAD | FLORIDA | 33035 | | |
| Harrell | 2250 SE 19Th AVENUE | HOMESTEAD | FLORIDA | 33035 | | |
| Harrell | 1934 SE 23RD COURT | HOMESTEAD | FLORIDA | 33035 | | |
| Harrell | 2240 SE 19Th AVENUE | HOMESTEAD | FLORIDA | 33035 | | |
| Harrell | 2239 SE 19" AVENUE | HOMESTEAD | FLORIDA | 33035 | | |
| Harrell | 2229 SE 19Th AVENUE | HOMESTEAD | FLORIDA | 33035 | | |
| Harrell * all homes listed as "Harrell" are subject to approval by the Knauf Entities as eligible homes and to the conditions listed in Paragragh 2C of the Demonstration/Remediation Agreement | 1931 SE 21ST COURT | HOMESTEAD | FLORIDA | 33035 | | |
| Hary, Michael & Sara | 1922 SW 30th Street | Cape Coral | FL | 33914 | Scott W. Weinstein | AAA |
| Haynes, Elvis & Carol | 3512 NW 14th Court (GT30-222) | Lauderhill | FL | 33311 | Alters/Baron & Budd | AA |
| Hebert, Loney & Vickie | 5190 Courtyard Drive | Gonzales | LA | 70237 | Becnel Law Firm (Daniel Jr) | A |
| Henderson, Linda | 70510 4th Street | Covington | LA | 70433 | Herman, Herman, Katz & Cotlar | A |
| HENRY, Michael | 5424 SW 16th Place | Cape Coral | FL | 33914 | Milstein, Adelman & Kreger | AAA |
| Herbert, Brian | 11001 Gulf Reflections Drive #A201 | Ft. Myers | FL | 33908 | Wyane Kreger | AAA |
| HERNANDEZ, Ernest | 409 NW 38th Ave | Cape Coral | FL | 33993 | Allison Grass (?) | AAA |

as of 10.13.2010

EXHIBIT A

| Property Owner | Street | City | State | Zip | Lawyer/Firm | List* |
|---|---|---|---|---|---|---|
| Hidalgo, Sidney & Tonya | 273 Penn Mill Lakes Blvd. | Covington | LA | 70435 | Morris Bart, LLC | A |
| Hill, Chris | | | AL | | | |
| Hoffman, Marvin & Dorecia | 948 Lonardo Circle (VFA084) | Port St. Lucie | FL | 34986 | Krupnick, Campbell, Malone | AA |
| Holder, David | 11005 Shoreline Dr. | Baton Rouge | LA | 70809 | Walters Papillion Thomas Cullens | A |
| HOLMES, Elena | 7407 Cobb Road | Bokeelia | FL | 33922 | Arnold Levin | AAA |
| Hopkins, Terrell & Raeshonda | | | AL | | | |
| Hulsey, Charles & Sarah | 701 Arctic Fox Run | Madisonville | LA | 70447 | Becnel Law Firm (Daniel Jr) | A |
| JACKSON, Douglas & Debra | 3714 SW 4th Lane | Cape Coral | FL | 33991 | Jeremy W. Alters | AAA |
| Jarrell, Chad & Darlene | 400 Briar Meadow Lane | Covington | LA | 70433 | Gainsburg Benjamin | A |
| JARVIS, Frank & Kathy | 1219 NW 38th Place | Cape Coral | FL | 33993 | Leopold Kuvin | AAA |
| Jordan, Hugh Richard & Susan | 16347 Hwy 931 | Prairieville | LA | 70769 | LI Hymel; Hymel Davis & Petersen | A |
| Joseph, Roderick & Nadira | 3523 NW 14th Court (GT08-50) | Lauderhill | FL | 33311 | Roberts & Durkee; Milstein, Adelman & Kreger | AA |
| Joseph, Todd & Quividias | 17470 Rosemont Dr. | Prairieville | LA | 70769 | Becnel Law Firm (Daniel Jr) | A |
| KAMPF, Richard & Patricia | 233 SE 44th Terrace | Cape Coral | FL | 33904 | Jeremy W. Alters | AAA |
| Kehoe, Molly | 220 Bellingrath Place | Madisonville | LA | 70471 | Hugh Lambert | A |
| Kirby, Jay & Nina | 11001 Gulf Reflections Drive #A202 | Ft. Myers | FL | 33908 | | AAA |

as of 10.13.2010

Case 2:09-md-02047-EEF-JCW Document 16189-1 Filed 11/12/12 Page 26 of 151

**EXHIBIT A**

| Property Owner | Street | City | State | Zip | Lawyer/Firm | List | |
|---|---|---|---|---|---|---|---|
| Kroeger, Jeff | 11001 Gulf Reflections Drive #A204 | Ft. Myers | FL | 33908 | Wayne Kreger | AAA | |
| LaCroix, Jim | 1429 Natchez Loop | Covington | LA | 70433 | Lemmon Law Firm | A | |
| LAKE, William & Jacqueline | 2542 SW 27th Place | Cape Coral | FL | 33914 | Jeremy W. Alters | AAA | |
| Landry, Justin & Renee | 12302 Dutchtown Villa Dr. | Geismar | LA | 70734 | Lewis & Roberts, PLLC | A | |
| Laurence, Marc & Michelle | 11069 Gottschalk Rd. | Covington | LA | 70435 | P. David Carollo | A | |
| Ledet, Darryl & Trisha | 17480 Rosemont Dr. | Prairieville | LA | 70769 | Becnel Law Firm (Daniel Jr) | A | |
| Lee, Tamanika | | | AL | | | | |
| Leleune, Michael & Melissa | 680 Silverthorne Lane | Madisonville | LA | 70461 | Paul A. Lea, Jr. | A | |
| LINDNER, Thomas | 605 SW 28th Terrace | Cape Coral | FL | 33914 | Viles & Beckman LLC | AAA | |
| LUNDBERG, Richard & Kathleen | 2116 SW 28th Lane | Cape Coral | FL | 33914 | Jeremy W. Alters | AAA | A1456 |
| MACRI, Joseph | 1825 SE 2nd Street | Cape Coral | FL | 33990 | Scott W. Weinstein | AAA | |
| Maritza Torres & Orlando Rodriguez | 317 NW 1st Street | Cape Coral | FL | 33993 | | AAA | |
| Mason, Fay & Michael | 3583 NW 14th Court (GT06-038) | Lauderhill | FL | 33311 | Alters/Baron & Budd | AA | |
| Matus, Aldo & Ghedy | 41299 Tulip Hill Ave. | Prairieville | LA | 70769 | Joshua Palmintier | A | A1229 |
| Mayfield, Jeffrey & Vanessa | 309 De Zaire Dr. | Madisonville | LA | 70447 | Becnel Law Firm | A | |
| Mayo, Edward & Jacqueline | 5803 Windchester Park Dr. | New Orleans | LA | 70117 | Pro se | A | |
| Mayo, Jake & Emily | 4268 Arrowhead St. | Baton Rouge | LA | 70808 | Lewis & Roberts, PLLC | A | |
| McCoy, Ira | 11417 S. St. Andrews Circle | New Orleans | LA | 70128 | Pro se | A | |
| Mercado, Juan & Irena | 1226 NE 10th Lane | Cape Coral | FL | 33909 | Scott W. Weinstein | AAA | |

as of 10.13.2010

EXHIBIT A

| Property Owner | Street | City | State | ZIP | Lawyer/Firm | List |
|---|---|---|---|---|---|---|
| Mercante, Joseph & Barbara | 43249 Happy Woods Rd. | Hammond | LA | 704036 | Becnel Law Firm (Daniel Jr) | A |
| Meyer, Lawrence & Elizabeth | 29310 Laurel Dr. | Lacombe | LA | 70445 | Dominick Impastato | A |
| MILLER, Daniel & Jacqueline Perry | 1903 SW 46th Terrace | Cape Coral | FL | 33914 | Arnold Levin | A |
| Mills, Jeanette | 11052 Shoreline Dr | Baton Rouge | LA | 70809 | Herman, Herman, Katz & Cotlar | A |
| Mitchell, James | 1214 Magnolia Alley | Mandeville | LA | 70471 | Becnel Law Firm (Daniel Jr) | A |
| Mizell, Fred & Taffenie | 14123 Hwy. 25 | Franklinton | LA | 70438 | Paul A. Lea, Jr. | A |
| MORRISON, Jeffrey & Leigh | 7518 Wedelia | Punta Gorda | FL | 33955 | Scott W. Weinstein | AAA |
| MOZDZONEK, Agnes | 5257 Pocatella Court | Cape Coral | FL | 33904 | Jerrold Seth Parker | AAA |
| Mulligan, Vicent & Virginia | 3542 NW 14th Court (GTR29-209) | Lauderhill | FL | 33311 | Roberts & Durkee; Milstein, Adelman & Kreger | AA |
| Mullings, Robert | 3440 NW 14th Court (GT33-241) | Lauderhill | FL | 33311 | Alters/Baron & Budd | AA |
| Murphy, Ronald K. | 11001 Gulf Reflections Drive #A107 | Ft. Myers | FL | 33908 | Wayne Kreger | AAA |
| Naden, Roberta & Craig | 5263 Courtyard Dr. | Gonzales | LA | 70737 | Herman, Herman, Katz & Cotlar | A |
| Nelson, Brian | 6835 Long Leaf Drive | Parkland | FL | 33076 | Baron and Budd, PC | RUSS |
| Njie, Josephina | 3411 NW 14th Court (GT13-089) | Lauderhill | FL | 33311 | Alters/Baron & Budd | AA |
| Nunez, Ernest III & Marie | 612 Huseman Ln. | Covington | LA | 70435 | Becnel Law Firm (Daniel Jr) | A |
| Nunez, Fredrick & Lisa | 123 Dominion Blvd. | Madisonville | LA | 70447 | Herman, Herman, Katz & Cotlar | A |
| Pagador, Tony & Tabitha | 13429 Libby Lane | Gulfport | MS | 39503 | Lumpkin & Reeves | A |

B151

A745

as of 10.13.2010

EXHIBIT A

B724

| Property Owner | Street | City | State | ZIP | Lawyer/Firm | List |
|---|---|---|---|---|---|---|
| Perez, Geraldo and Alfonso, Olga | 3523 SW 2nd Avenue | Cape Coral | FL | 33914 | Scott W. Weinstein | AAA |
| PEREZ, Ty | 1201 Rush Ave | Lehigh Acres | FL | 33972 | Jerrold Seith Parker | AAA |
| Perry, Timothy & Tracy | 15190 Westin Cove | Gulfport | MS | 39503 | David McMullen | A |
| Pierson, Neil & Jan | 348 Jade Court | Madisonville | LA | 70447 | Lambert & Nelson | A |
| Porter, Lindsey , Sr. & Doris A. | 23620 Kirtley Drive | Plaquemine | LA | 70765 | Lewis & Roberts, PLLC | A |
| Pray, Jeffrey & Lana | 3824 Acadian Village Dr. | Ocean Springs | MS | 39564 | Lewis & Roberts, PLLC | A |
| Properties in Miami, LLC | 3538 NW 14th Court (GT29-211) | Lauderhill | FL | 33311 | Alters/Baron & Budd | AA |
| Properties in Miami, LLC | 3586 NW 14th Court (GT28-203) | Lauderhill | FL | 33311 | Alters/Baron & Budd | AA |
| QUIMBY, Clayton & Cheryl | 23976 Vincent Ave. | Punta Gorda | FL | 33955 | Scott W. Weinstein | AAA |
| Rabadia, Murji & Vekaria, Anjni | 7424 Briella Drive | Boynton Beach | FL | 33437 | Alters/Baron & Budd | AA |
| Ramaskevicius, Gintautas | 11001 Gulf Reflections Drive #A102 | Ft. Myers | FL | 33908 | | AAA |
| Ramsey, Keith | | | AL | | | |
| Reese, Jean | 2348 Soult St. | Mandeville | LA | 70448 | Herman, Herman, Katz & Cotlar | A |
| REHRIG, Neil | 3512 SE 1st Place | Cape Coral | FL | 33904 | Jeremy W. Alters | AAA |
| Ribello & Joan Bertoni | 11001 Gulf Reflections Drive #A203 | Ft. Myers | FL | 33908 | | AAA |
| RICUPERO, Kevin & Karen | 3214 SW 11th Place | Cape Coral | FL | 33914 | Russ Herman Lenny Davis | AAA |

as of 10.13.2010

Case 2:09-md-02047-EEF-JCW   Document 16189-1   Filed 11/12/12   Page 29 of 151

**EXHIBIT A**

B687

| Property Owner | Street | City | State | Zip | Lawyer/Firm | List |
|---|---|---|---|---|---|---|
| Rigney, George & Raffy | 42166 Autumn Run Drive | Hammond | LA | 70403 | Becnel Law Firm (Daniel Jr) | A |
| Ristovski, Van | 961 Leonardo Circle (VFA037) | Port St. Lucie | FL | 34986 | Parker, Waichman, Alonso | AA |
| Robalr, Alexander J. | 39055 Bayou View Ave. | Gonzales | LA | 70737 | Martzell & Bickford (Centola) | A |
| Roberson, Sandra | 929 Flora Lane | Baton Rouge | LA | 70810 | Herman, Herman, Katz & Cottlar | A |
| Roberts, Jeffery D. | 285 Penn Mill Lakes Blvd. | Covington | LA | 70435 | Joseph M. Bruno | A |
| Robinhood Terrace, LLC | 1014 NM Leonardo Circle (VFA073) | Port St. Lucie | FL | 34986 | Carey & Danis | AA |
| ROCHE, Ross & Mary | 2816 NW 25th Lane | Cape Coral | FL | 33993 | Scott W. Weinstein | AAA |
| Rogers, Brad & Cassandra | 516 Mare Court | Covington | LA | 70435 | Wolfe Law Group; Scott Wolfe | A |
| Roth, Robert & Langlois, Rebecca | 4218 Bluebonnet Rd. | Baton Rouge | LA | 70809 | Walters Papillion Thomas Cullens | A |
| ROTTAU, Erwin & Mary Jane Cloeren | 2607 NW 15th Street | Cape Coral | FL | 33993 | Milstein, Adelman & Kreger | AAA |
| Roy, Gerard | 2832 SW 36th Terrace | Cape Coral | FL | 33914 | Jerrold Seth Parker | AAA |
| Rucker, Johnnie | 3547 NW 14th Court (GT07-041) | Lauderhill | FL | 33311 | Alters/Baron & Budd | AA |
| Runyon, Thomas & Sonia | 121221 Via Del Fontana Way | Ft. Myers | FL | 33919 | Scott W. Weinstein | AAA |
| SAEKS, Sieglinde | 2810 NW 14th Terrace | Cape Coral | FL | 339933 | | A |
| Samai, Nalinie | 3430 NW 14th Court (GT33-246) | Lauderhill | FL | 33311 | Alters/Baron & Budd | AA |
| SCHATZLE, Ralph & Judith | 3445 NW 18th Terrace | Cape Coral | FL | 33993 | Jerrold Seth Parker | AAA |
| Schruff, Pat & Marcel | 616 Charleston Ln. | Long Beach | MS | 39560 | Vaughn & Bowden, PA | A |

as of 10.13.2010

**EXHIBIT A**

| Property Owner | Street | City | State | ZIP | Lawyer/Firm | List |
|---|---|---|---|---|---|---|
| Sharper, Darren | Unit 12 1522 Island Boulevard | Aventura | FL | 33160 | Simon, Sigalos, & Spyredes PA | AAA |
| Shelton, Michael & Leslie | 568 Huseman Lane | Covington | LA | 70435 | Baron and Budd, PC | A |
| Sill, Garth | 3544 NW 14th Court (GT29-208) | Lauderhill | FL | 33311 | Alters/Baron & Budd | AA |
| Singleton, Enrica | 11413 Longview Dr. | New Orleans | LA | 70128 | Becnel Law Firm | A |
| Skinner, Helen (& the Estate of Albert D. Skinner, Jr.) | 29300 Laurel Dr. | Lacombe | LA | 70445 | Dominick Impastato | A |
| Smith, Adrian & Micaile | 1098 NW Leonardo Circle (VFA059) | Port St. Lucie | FL | 34986 | Saunders & Walker | AA |
| Smith, Dione & Pryce, Hazel | 1068 NW Leonardo Circle (VZ64A) | Port St. Lucie | FL | 34986 | Parker, Waichman, Alonso | AA |
| SMITH, Frank & TODD, Debra | 3396 NE 29th Ave. | Lighthouse Point | FL | 33064 | | A |
| Spencer, Patricia & Levi, Jr. | 3637 Edgewood Circle | Avondale | LA | 70094 | Morris Bart, LLC | A |
| Spivey, Sharon | | | AL | | | |
| St. Cyr, Emmanuel & Randa | 3535 NW 14th Court (GT07-047) | Lauderhill | FL | 33311 | Roberts & Durkee; Milstein, Adelman & Kreger | AA |
| Staton, Lori Ann | 1216 Magnolia Alley | Mandeville | LA | 70471 | Becnel Law Firm (Daniel Jr) | A |
| Staub, Marcus G. & Dana E. | 1208 Magnolia Alley | Mandeville | LA | 70471 | Daniel Becnel Law Firm | A |
| STOCK, Wayne & Suzanne | 10604 Broadland Pass | Thonotosassa | FL | 33592 | | A |
| Taylor, Charles & Rosa | 3517 NW 14th Court (GT08-53) | Lauderhill | FL | 33311 | Roberts & Durkee; Milstein, Adelman & Kreger | AA |
| Taylor, David & Amanda | 3216 Joy Lane | Ocean Springs | MS | 39564 | Lewis & Roberts, PLLC | A |
| Tedesco, Robert & Caroline | 709 Simpson Way | Covington | LA | 70435 | Baron and Budd, PC | A |
| Tenorio, Eric P. | 15101 Warren Dr. | Gulfport | MS | 39503 | Lumpkin & Reeves | A |

B147

as of 10.13.2010

EXHIBIT A

| Property Owner | Street | City | State | Zip | Lawyer/Firm | List | |
|---|---|---|---|---|---|---|---|
| Thomas, Brian & Tamara | 856 Water Oak Drive | Brusly | LA | 70719 | Lewis & Roberts, PLLC | A | |
| Tom, San & Jianran | 602 Charlston Lane | Long Beach | MS | 39560 | Lewis & Roberts, PLLC | A | |
| TRAN, Andy | 167 Gleason Pky | Cape Coral | FL | 33914 | Scott W. Weinstein | AAA | |
| TUCKER, Jarl & Janice | 1632 SW 19th Terr | Cape Coral | FL | 33991 | Wayne Kreger | AAA | |
| Turner, Tyrone C. | 17447 Rosemont Dr. | Prairieville | LA | 70769 | Joshua Palmintier | A | A1764 |
| VENTUROS, Maria | 1113 NE 32nd Street | Cape Coral | FL | 33909 | Jerrold Seth Parker | AAA | |
| VERISSIMO, Jorge | 1815 SW 47th Street | Cape Coral | FL | 33914 | | AAA | |
| Volke, Chip & Christina | 894 NW Leonardo Circle (VFA093) | Port St. Lucie | FL | 34986 | Lewis & Roberts, PLLC | AA | |
| WAGNER, Tracey | 18896 SE Jupiter Inlet Way | Tequesta | FL | 33469 | Leopold Duvin | AAA | |
| Ward, Amy & Truman | 5367 Courtyard Dr. | Gonzales | LA | 70737 | Herman, Herman, Katz & Cotlar | A | |
| Watson, Patrick & Paula | 978 NW Leonardo Circle (VFA079) | Port St. Lucie | FL | 34986 | Roberts & Durkee; Milstein, Adelman & Kreger | AA | |
| Watts, Sharon | 29284 Laurel Dr. | Lacombe | LA | 70445 | Becnel Law Firm? (blank) | A | |
| Wayne, William & Kelly | 576 Huseman Lane | Covington | LA | 70435 | Davis & Duncan, LLC | A | |
| Wheeler, Don M. & Agnes | 41311 Tulip Hill Ave. | Prairieville | LA | 70769 | Joshua Palmintier | A | B752 |
| White, Taenia | 828 N. Sabine Dr. | Baton Rouge | LA | 70810 | Herman, Herman, Katz & Cotlar | A | |
| Wilfer, Rosanne | 1202 Magnolia Alley | Mandeville | LA | 70471 | Lambert & Nelson | A | A1060 |
| Williams, Albert & Curbelo, Anika | 3526 NW 14th Court (GT30-215) | Lauderhill | FL | 33311 | Roberts & Durkee; Milstein, Adelman & Kreger | AA | |

as of 10.13.2010

EXHIBIT A

| Property Owner | Street | City | State | ZIP | Lawyer/Firm | List |
|---|---|---|---|---|---|---|
| Williams, Demitrius | 3499 NW 14th Court (GTO9-062) | Lauderhill | FL | 33311 | Alters/Baron & Budd | AA |
| Williams, Dina | 520 Mare Court | Covington | LA | 70435 | Seeger Weiss, LLP | A |
| Williams, Margaret Angela & Chin, Jahari | 967 NW Leonardo Circle (VFA038) | Port St. Lucie | FL | 34986 | Roberts & Durkee; Milstein, Adelman & Kreger | AA |
| Wood, Sheila | 13492 Addison Ave. | Gulfport | MS | 39503 | Lumpkin & Reeves | A |
| Woods, Rechanda | 29311 Willow Dr. | Lacombe | LA | 70445 | Becnel Law Firm (Daniel Jr) | A |
| Youmans, Cassandra | 5201 Chamberlain Dr. | New Orleans | LA | 70122 | Daniel K. Bryson | A |
| Young, Raymond Sr. & Linda | 577 Huseman Ave. | Covington | LA | 70435 | Baron and Budd, PC | A |
| Zeber, Michelle & Neal | 8949 Glenfield Drive | Baton Rouge | LA | 70809 | Wolfe Law Group; Scott Wolfe | A |

as of 10.13.2010

# EXHIBIT E

## [Properties No Longer Owned By The Class Member]

# EXHIBIT
# E - 1



### Gary R. Nikolits, CFA
# Property Appraiser
#### Palm Beach County

Homestead Exemption    E-file ▶

 

| | |
|---|---|
| Location Address | 9492 COBBLESTONE CREEK DR |
| Municipality | UNINCORPORATED |
| Parcel Control Number | 00-42-45-20-05-001-0040 |
| Subdivision | COUNTRYSIDE MEADOWS |
| Official Records Book | 27264     Page 1541 |
| Sale Date | JAN-2015 |
| Legal Description | COUNTRYSIDE MEADOWS LT 4 BLK 1 |

| Owners | Mailing address |
|---|---|
| KOPPEL IRINA | 9492 COBBLESTONE CREEK DR<br>BOYNTON BEACH FL 33472 4448 |

| Sales Date | Price | OR Book/Page | Sale Type | Owner |
|---|---|---|---|---|
| JAN-2015 | $224,500 | 27264 / 1541 | WARRANTY DEED | KOPPEL IRINA |
| JUN-2014 | $214,500 | 26896 / 1928 | WARRANTY DEED | ON PAR CONSULTING LLC |
| MAR-2007 | $863,214 | 21562 / 1361 | WARRANTY DEED | CHERBA ALEXANDR & |
| APR-2005 | $10 | 18546 / 1077 | DEED OF TRUST | CENTERLINE HOMES AT B & A LLC |

No Exemption Information Available.

| | | | |
|---|---|---|---|
| Number of Units | 1 | *Total Square Feet | 5627     Acres 0.1795 |
| Use Code | 0100 - SINGLE FAMILY | Zoning | AGR-PUD - Agricultural Reserve PUD ( 00-UNINCORPORATED ) |

| Tax Year | 2014 | 2013 | 2012 |
|---|---|---|---|
| Improvement Value | $83,057 | $0 | $0 |
| Land Value | $81,900 | $0 | $0 |
| Total Market Value | $164,957 | $109,180 | $105,705 |

All values are as of January 1st each year

| Tax Year | 2014 | 2013 | 2012 |
|---|---|---|---|
| Assessed Value | $109,115 | $107,502 | $105,705 |
| Exemption Amount | $50,000 | $50,000 | $50,000 |
| Taxable Value | $59,115 | $57,502 | $55,705 |

| Tax Year | 2014 | 2013 | 2012 |
|---|---|---|---|
| Ad Valorem | $1,301 | $1,274 | $5,984 |
| Non Ad Valorem | $361 | $355 | $373 |
| Total tax | $1,662 | $1,629 | $6,357 |



CFN 20140248592
OR BK 26896 PG 1928
RECORDED 07/07/2014 12:54:51
Palm Beach County, Florida
AMT 214,500.00
Doc Stamp 1,501.50
Sharon R. Bock,CLERK & COMPTROLLER
Pgs 1928 - 1929; (2pgs)

Prepared by and return to:
**Paradise Title & Escrow Services, Inc.**
2400 Cypress Creek Rd. Suite 142
Fort Lauderdale, FL 33309
954-776-4411
File Number: 14003B

Parcel Identification No. 00-42-45-20-05-001-0040

_____[Space Above This Line For Recording Data]_____

# Warranty Deed
### (STATUTORY FORM - SECTION 689.02, F.S.)

**This Indenture** made this 27ᵀᴴ day of June, 2014 between Alexandr Cherba and Yelena Cherba, husband and wife whose post office address is 9492 Cobblestone Creek Dr., Boynton Beach, FL 33472 of the County of Palm Beach, State of Florida, grantor*, and On Par Consulting LLC, a limited liability company whose post office address is 10165 N.W. 69th Manor, Parkland, FL 33076 of the County of Broward, State of Florida, grantee*,

**Witnesseth**, that said grantor, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained, and sold to the said grantee, and grantee's heirs and assigns forever, the following described land, situate, lying and being in Palm Beach County, Florida, to-wit:

Lot 4, in Block 1, of COUNTRYSIDE MEADOWS, according to the Plat thereof, as recorded in Plat Book 104, at Page 12, of the Public Records of Palm Beach County, Florida.

**TOGETHER**, with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**TO HAVE AND TO HOLD**, the same in fee simple forever.

**AND**, the grantors hereby covenant with said grantees that the grantors are lawfully seized of said land in fee simple; that the grantors have good right and lawful authority to sell and convey said land, and hereby warrant the title to said land and will defend the same against the lawful claims of all persons whomever and that said land is free of all encumbrances, except taxes accuring subsequent to December 31, 2013.

* "Grantor" and "Grantee" are used for singular or plural, as context requires.

**In Witness Whereof**, grantor has hereunto set grantor's hand and seal the day and year first above written.

Signed, sealed and delivered in our presence:

_____          _____ (Seal)
Witness Name: TODD KENTON                Alexandr Cherba

_____          _____ (Seal)
Witness Name: Matthew Bentayou           Yelena Cherba

State of Florida
County of Palm Beach

The foregoing instrument was acknowledged before me this 27ᵀᴴ day of June, 2014 by Alexandr Cherba and Yelena Cherba, who [_] are personally known or [X] have produced a driver's license as identification.

[Notary Seal]                            _____
                                         Notary Public

MATTHEW BENTAYOU                         Printed Name: Matthew Bentayou
MY COMMISSION # FF 012624
EXPIRES: April 28, 2017                   My Commission Expires: _____
Bonded Thru Budget Notary Services

DoubleTime®

**Cobblestone Creek Homeowners Association, Inc.**

*c/o Oxygen Association Services  2801 N. University Drive - Suite 204, Coral Springs, FL 33065  561-999-9701*

June 26, 2014

This letter serves as notification that On Par Consulting LLC has been approved by the Cobblestone Creek Homeowners Association, Inc. for access and ownership of 9492 Cobblestone Creek Drive, Boynton Beach, FL  33472.

On Par Consulting LLC has met all the requirements and conditions as required by the Association.

Linda M. Freeman, Board Administrator
Authorized Representative of the HOA

# EXHIBIT

# E - 2



*Gary R. Nikolits, CFA*    Homestead Exemption   

# Property Appraiser
Palm Beach County

 

| | |
|---|---|
| Location Address | 9493 COBBLESTONE CREEK DR |
| Municipality | UNINCORPORATED |
| Parcel Control Number | 00-42-45-20-05-001-0610 |
| Subdivision | COUNTRYSIDE MEADOWS |
| Official Records Book | 27228     Page 79 |
| Sale Date | NOV-2014 |
| Legal Description | COUNTRYSIDE MEADOWS LT 61 BLK 1 |

| Owners | Mailing address |
|---|---|
| S K N M INVESTMENTS LLC | 8561 COBBLESTONE POINT CIR<br>BOYNTON BEACH FL 33472 4431 |

| Sales Date | Price | OR Book/Page | Sale Type | Owner |
|---|---|---|---|---|
| NOV-2014 | $342,825 | 27228 / 0079 | WARRANTY DEED | S K N M INVESTMENTS LLC |
| SEP-2014 | $256,000 | 27042 / 0512 | CERT OF TITLE | NATIONSTAR MORTGAGE LLC |
| APR-2007 | $746,360 | 21668 / 0438 | WARRANTY DEED | BONNER MERNA C |
| APR-2005 | $10 | 18546 / 1077 | DEED OF TRUST | CENTERLINE HOMES AT B & A LLC |

No Exemption Information Available.

| | | | |
|---|---|---|---|
| Number of Units | 1 | *Total Square Feet | 4691     Acres 0.18 |
| Use Code | 0100 - SINGLE FAMILY | Zoning | AGR-PUD - Agricultural Reserve PUD ( 00-UNINCORPORATED ) |

| Tax Year | 2014 | 2013 | 2012 |
|---|---|---|---|
| Improvement Value | $268,153 | $236,607 | $227,116 |
| Land Value | $63,000 | $63,000 | $63,000 |
| Total Market Value | $331,153 | $299,607 | $290,116 |

All values are as of January 1st each year

| Tax Year | 2014 | 2013 | 2012 |
|---|---|---|---|
| Assessed Value | $329,568 | $299,607 | $290,116 |
| Exemption Amount | $0 | $0 | $50,000 |
| Taxable Value | $329,568 | $299,607 | $240,116 |

| Tax Year | 2014 | 2013 | 2012 |
|---|---|---|---|
| Ad Valorem | $6,208 | $5,652 | $4,792 |
| Non Ad Valorem | $361 | $355 | $373 |
| Total tax | $6,569 | $6,007 | $5,165 |

IN THE CIRCUIT COURT OF THE
15TH JUDICIAL CIRCUIT, IN AND FOR
PALM BEACH COUNTY, FLORIDA
CIVIL DIVISION:
CASE NO.: 50-2010-CA-008887

```
CFN 20140344327
OR BK 27042 PG 0512
RECORDED 09/16/2014 14:13:00
Palm Beach County, Florida
AMT 256,000.00
Doc Stamp 1,792.00
Sharon R. Bock, CLERK & COMPTROLLER
Pgs 0512 - 513; (2pgs)
```

AURORA LOAN SERVICES, LLC,

        Plaintiff,

vs.

MERNA C. BONNER; COBBLESTONE
CREEK HOMEOWNERS ASSOCIATION,
INC.;   MORTGAGE   ELECTRONIC
REGISTRATION   SYSTEMS,
INCORPORATED   AS   NOMINEE   FOR
CENTERPOINTE   FINANCIAL   INC.;   IN
POSSESSION   OF   THE   SUBJECT
PROPERTY,

        Defendants.

### CERTIFICATE OF TITLE

    The undersigned, SHARON R. BOCK, Clerk of the Court, hereby certifies that a certificate of sale has been executed and filed in this action on August 26th, 2014, for the property described herein and that no objections to the sale have been filed within the time allowed for filing objections.

    The following property in Palm Beach County, Florida:

    LOT 61, BLOCK 1, OF COUNTRYSIDE MEADOWS, ACCORDING TO THE PLAT THEREOF RECORDED IN PLAT BOOK 104, PAGE 12, OF THE PUBLIC RECORDS OF PALM BEACH COUNTY, FLORIDA.

was sold to:

    NATIONSTAR MORTGAGE LLC
    c/o Nationstar Mortgage, LLC
    350 HIGHLAND DRIVE
    LEWISVILLE, TX 75067

    WITNESS my hand and the seal of the Court this 15th day of Sept, 2014.

                SHARON R. BOCK
                Clerk Of The Circuit Court

By: _____
                     Deputy Clerk
    CARLA HAYES

10-16853

SERVICE LIST

Case No: 50-2010-CA-008887

Choice Legal Group, P.A.
ATTORNEY FOR PLAINTIFF
P.O. Box 9908
Fort Lauderdale, FL 33310-0908

DESIGNATED PRIMARY E-MAIL FOR SERVICE
PURSUANT TO FLA. R. JUD. ADMIN 2.516
eservice@clegalgroup.com

MERNA C. BONNER
9493 COBBLESTONE CREEK D
BOYNTON BEACH, FL 33472

COBBLESTONE CREEK HOMEOWNERS ASSOCIATION, INC.
C/O STEVE RAPPAPORT 6111 BROKEN SOUND PARKWAY NW SUITE 200
BOCA RATON, FL 33487

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED AS NOMINEE FOR
CENTERPOINTE FINANCIAL INC.
1901 E VOORHEES STREET
SUITE C
DANVILLE IL 61834

UNKNOWN TENANT(S)
9493 COBBLESTONE CREEK DRIVE
BOYNTON BEACH, FL 33437

10-16853

# EXHIBIT

# E- 3

## Orleans Parish
## Assessor's Office

| [Return to Main Search Page] | [Orleans Home] |
|---|---|

### Owner and Parcel Information

| | | | |
|---|---|---|---|
| **Owner Name** | GUNDORF JOHN F III | **Today's Date** | March 20, 2015 |
| **Mailing Address** | 4316 TOULOUSE ST<br>NEW ORLEANS, LA 70119 | **Municipal District** | 2 |
| **Location Address** | 4316 TOULOUSE ST | **Tax Bill Number** | 207210309 |
| **Property Class** | Residential | **Special Tax District** | 2-MDCY  [Show Special Tax District Map] |
| **Subdivision Name** | | **Land Area (sq ft)** | 3472 |
| **Square** | 575 | **Lot** | H |
| **Book** | 73 | **Folio** | 067 |
| **Line** | 011 | **Parcel Map** | [Show Parcel Map] |
| **Legal Description** | 1. SQ 575 LOT H TOULOUSE<br>2. 28X120 | **Assessment Area** | TOULOUSE ANNEX<br>[Show Assessment Area Map] |

### Value Information

[Estimate Taxes]  [Tax Information]

Special Assessment Treatment

| Year | Land Value | Building Value | Total Value | Assessed Land Value | Assessed Building Value | Total Assessed Value | Homestead Exemption Value | Taxable Assessment | Age Freeze | Disability Freeze | Assmnt Change | Tax Contract |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015 | $ 31,200 | $ 63,800 | $ 95,000 | $ 3,120 | $ 6,380 | $ 9,500 | $ 7,500 | $ 2,000 | Y | | | |
| 2014 | $ 31,200 | $ 63,800 | $ 95,000 | $ 3,120 | $ 6,380 | $ 9,500 | $ 7,500 | $ 2,000 | | | | |
| 2013 | $ 31,200 | $ 8,800 | $ 40,000 | $ 3,120 | $ 880 | $ 4,000 | $ 0 | $ 4,000 | | | | |

### Change Order Information

| Year | Date Approved | Reason | Assessed Land Value | Assessed Building Value | Total Assessed Value | Homestead Exemption Value | Taxable Assessment |
|---|---|---|---|---|---|---|---|
| 2013 | 02/26/2013 | Homestead Exemption - Taxpayer application.<br>Acq./Occ. Dates:12/2012 | $ 3,120 | $ 880 | $ 4,000 | $ 4,000 | $ 0 |

### Sale/Transfer Information

| Sale/Transfer Date | Price | Grantor | Grantee | Notarial Archive Number | Instrument Number |
|---|---|---|---|---|---|
| 12-14-2012 | $ 0 | GUNDORF HAZEL M | GUNDORF JOHN F III | 201246638 | 524094 |

| Building Sketch 1 [Enlarge] | Building Photo 1 [Enlarge/Show All] |
|---|---|
| |  |



**Return to Main Search Page**  |  **Orleans Home**

The Orleans Parish Assessor's Office makes every effort to produce the most accurate information possible. No warranties, expressed or implied, are provided for the data herein, its use or interpretation. Website Updated: March 14, 2015

© 2009 by the Orleans Parish Assessor's Office | Website design by qpublic.net



Copyright © 2012 qPublic.net

Lakes/Rivers from US Census Dept, may not match parcels exactly

| 0 | 44 | 88 | 132 | 176 ft |

**4316 Toulouse St., New Orleans, LA 70119**

Parcel: 4316-TOULOUSEST  Acres: 3472

| Name: | GUNDORF JOHN F III | Land Value: | $31,200 |
| Site: | 4316 TOULOUSE ST | Building Value: | $63,800 |
| $0 on 12-2012 Reason=GUNDORF HAZEL M Qual=GUNDORF J | | Total Value: | $95,000 |
| Mail: | 4316 TOULOUSE ST NEW ORLEANS, LA 70119 | | |

Orleans Parish makes every effort to produce the most accurate information possible. No warranties, expressed or implied, are provided for the data herein, its use or interpretation. The assessment information is from the last certified taxroll. All data is subject to change before the next certified taxroll.
Date printed: 04/02/15 : 14:54:43

# EXHIBIT

# E - 4

March 31, 2015

# James City County, Virginia

| | |
|---|---|
| **Parcel ID** | 3640503302 |
| **LRSN #** | 29841 |
| **Property Address:** | 3302 RANNOCK MOOR<br>WMSBURG, VA 231881472 |
| **Subdivision:** | Braemar Creek @ Greensprings P |
| **Owner's Name:** | IRVING, KEVIN P SR & CLAUDIA B<br>& IRV |
| **Mailing Address:** | 3302 RANNOCK MOOR<br>WILLIAMSBURG, VA 231881472 |

## General Information

| | | | |
|---|---|---|---|
| **Zoning:** | R4 Residential Planned Comm | **VA Senate District:** | 3 |
| **Property Class:** | 502, Single Family - Suburban | **VA House District:** | 96 |
| **Legal Acreage:** | No Data | **Election District:** | Berkeley |
| **Legal Description:** | U-3302 BLDG-33 P-34 BRAEMAR CREEK @ | **Voting Precinct:** | Berkeley C |
| | | **Polling Place:** | Matoaka Elementary School |
| **Primary Service Area:** | Yes | **Census:** | 803.03 |

## Schools

| | |
|---|---|
| **Elementary School:** | Matoaka |
| **Middle School:** | Hornsby |
| **High School:** | Jamestown |

## JCSA Utilities Available for Connection

| | |
|---|---|
| **Water:** | Y |
| **Sewer:** | Y |

To confirm utility information please contact JCSA at 757-229-7421

## Assessment Information

| Valuation as of: | January 1, 2013 | January 1, 2014 | January 1, 2015 |
|---|---|---|---|
| **Effective for Billing:** | July 1, 2013 | July 1, 2014 | July 1, 2015 |
| **Land Value:** | $50,000.00 | $50,000.00 | $50,000.00 |
| **Improvement Value:** | $105,700.00 | $105,700.00 | $105,700.00 |
| **Total Value:** | $155,700.00 | $155,700.00 | $155,700.00 |

## Ownership History

| Previous Owner Name | Sale Date | Sale Price | Doc # or Deed Book/Pg |
|---|---|---|---|
| DOLAN, CHRISTOPHER LEE | 5/1/2012 | $125,000.00 | 120009461 |
| GREENSPRINGS CONDOMINIUMS, LLC. | 5/31/2006 | $193,500.00 | 060012556 |
| No Data | No Data | $.00 | No Data |

DISCLAIMER: This data is provided without warranty of any kind, either expressed or implied, including, but not limited to, the implied warranties of merchantability and fitness for a particular purpose. Any person, firm or corporation which uses this map or any of the enclosed information assumes all risk for the inaccuracy thereof, as James City expressly disclaims any liability for loss or damage arising from the use of said information by any third party.

## Improvements

**Year Built:**   2006
**Stories:**   1

### Square Footage

| | |
|---|---|
| **Finished (Above Grade):** | 1192 |
| **Basement:** | 0 |
| **Attached Garage:** | 0 |
| **Detached Garage:** | 0 |
| **Enclosed Porch:** | 0 |
| **Open Porch:** | 0 |
| **Deck:** | 0 |

### Rooms

| | |
|---|---|
| **Total:** | 5 |
| **Bedrooms:** | 1 |
| **Full Baths:** | 2 |
| **Half Baths:** | 0 |

### Construction

| | |
|---|---|
| **Foundation:** | None |
| **Exterior:** | Wood siding |
| **Central A/C:** | Y |
| **Out Buildings:** | No Data |

DISCLAIMER: This data is provided without warranty of any kind, either expressed or implied, including, but not limited to, the implied warranties of merchantability and fitness for a particular purpose. Any person, firm or corporation which uses this map or any of the enclosed information assumes all risk for the inaccuracy thereof, as James City expressly disclaims any liability for loss or damage arising from the use of said information by any third party.

# EXHIBIT

# E - 5

## Property Identification

**Site Address:** 10360 SW Stephanie WAY 6-203
**Sec/Town/Range:** 09/37S/39E
**Map ID:** 43/09N
**Zoning:**

**Parcel ID:** 4309-804-0026-000-6
**Account #:** 168697
**Use Type:** 0400
**Jurisdiction:** Port Saint Lucie

## Ownership

PNC Bank NA

%Select Portfolio Servicing Inc
3815 SW Temple
Salt Lake City, UT 84115-0000

## Legal Description

PROMENADE AT TRADITION NO. III (OR 2549-0389) UNIT 6-203
(OR 3704-886)



## Current Values

| | |
|---|---|
| Just/Market Value: | $8,800 |
| Assessed Value: | $8,800 |
| Exemptions: | $0 |
| Taxable Value: | $8,800 |

**Taxes for this parcel:** SLC Tax Collector's Office ◪

## Total Areas

| | |
|---|---|
| Finished/Under Air (SF): | 1,209 |
| Gross Area (SF): | 1,689 |
| Land Size (acres): | 0.02 |
| Land Size (SF): | 1,000 |

## Building Information (1 of 1)

Finished Area: 1,209 SF

Gross Total Area: 1,689 SF

### Exterior Data

| | | |
|---|---|---|
| **View:** | **Roof Cover:** | **Roof Structure:** |
| **Building Type:** X234 | **Year Built:** 2006 | **Frame:** |
| **Grade:** 234E | **Effective Year:** 2006 | **Primary Wall:** CB Stucco |
| **Story Height:** 1 Story | **No. Units:** 1 | **Secondary Wall:** |

### Interior Data

| | | |
|---|---|---|
| **Bedrooms:** 2 | **Electric:** | **Primary Int Wall:** |
| **Full Baths:** 2 | **Heat Type:** | **Avg Hgt/Floor:** 0 |
| **Half Baths:** 0 | **Heat Fuel:** | **Primary Floors:** |
| **A/C %:** 0% | **Heated %:** N/A% | **Sprinkled %:** 0% |



## Land Information

### *Total Area: 1,000 SF / 0.02 acres*

| Sequence Number | Number/Type of Units | Depth for Front Feet |
|---|---|---|
| 1 | 1 Unit | 0 |

## Special Features and Yard Items

| Type | Qty | Units | Year Blt |
|---|---|---|---|

## Sale History

| Date | Book/Page | Sale Code | Deed | Grantor | Price |
|---|---|---|---|---|---|
| Dec 31, 2014 | 3704 / 0886 | 0111 | CT | Dinneen Walter F | $25,700 |
| May 17, 2006 | 2569 / 0924 | 00 | WD | Centerline Homes at Tradition, | $197,800 |
| Mar 25, 2004 | 1933 / 1990 | 00 | SP | Tradition Development Co LLc, | $1,350,000 |

## Current Year Values

| Current Values Breakdown | | Current Year Exemption Value Breakdown |
|---|---|---|
| **Building:** | $8,800 | |
| **Land:** | $0 | |
| **Just/Market:** | $8,800 | |
| **Ag Credit:** | $0 | |
| **Mkt/Asmnt Differential:** | $0 | |
| **Assessed:** | $8,800 | |
| **Exemption(s):** | $0 | |
| **Taxable:** | $8,800 | |

### Current Year Special Assessment Breakdown

| Start Year | AssessCode | Units | Description | Amount |
|---|---|---|---|---|
| 2007 | 0065 | 1 | Port St. Lucie Stormwater in Tradition | $153.00 |
| 2008 | 0090 | 0.5 | Tradition Operating/Maintenance | $92.76 |
| 2014 | 0091 | 391.36 | Tradition Bond | $391.36 |

St. Lucie County File Date: 12/31/2014 03:56 PM

Filing # 20334948 Electronically Filed 11/07/2014 01:34:52 PM

IN THE CIRCUIT COURT OF THE
NINETEENTH JUDICIAL CIRCUIT IN
AND FOR ST. LUCIE COUNTY, FLORIDA

Case No.: 56-2012-CA-004389

Section:

PNC BANK, NATIONAL ASSOCIATION

Plaintiff,

v.

WALTER F. DINNEEN; VICKIE L.
DINNEEN; ANY AND ALL UNKNOWN
PARTIES CLAIMING BY, THROUGH,
UNDER, AND AGAINST THE HEREIN
NAMED INDIVIDUAL DEFENDANT(S)
WHO ARE NOT KNOWN TO BE DEAD OR
ALIVE, WHETHER SAID UNKNOWN
PARTIES MAY CLAIM AN INTEREST AS
SPOUSES, HEIRS, DEVISEES, GRANTEES,
OR OTHER CLAIMANTS; PROMENADE AT
TRADITION COMMUNITY ASSOCIATION,
INC., SUCCESSOR IN INTEREST TO
PROMENADE AT TRADITION NO. III
CONDOMINIUM ASSOCIATION, INC.

Defendant(s).
_____/

## CERTIFICATE OF TITLE

The undersigned, St. Lucie County, Clerk of the Circuit Court, Nineteenth Circuit, certifies that he or she executed and filed a Certificate of Sale in this action on _November 20_____, _2014_, for the property described herein and that no objections to the sale have been filed within the time allowed for filing objections.

The following property in St. Lucie County, Florida:

St. Lucie County File Date: 12/31/2014 03:56 PM

UNIT NO. 6-203, OF PROMENADE AT TRADITION NO. III, A CONDOMINIUM, ACCORDING TO THE DECLARATION OF CONDOMINIUM RECORDED IN OFFICIAL RECORDS BOOK 2549, PAGE 389, AND ALL EXHIBITS AND AMENDMENTS THEREOF, PUBLIC RECORDS OF ST. LUCIE COUNTY, FLORIDA.

Folio No. 4309-804-0026-000-6          Property address: 10360 Southwest Stephanie Way, Unit #203, Port St Lucie, FL 34987 was sold to: PNC Bank, National Association , c/o Select Portfolio Servicing, Inc. 3815 South West Temple, Salt Lake City, UT 84115.  The successful bid was in the amount of $ 25,700.00 .

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail to all parties attached on the service list.

WITNESS my hand and seal of the Court on _December 31,_ 2014, as Clerk of the Circuit Court.



Clerk of the Circuit Court

By: _Jerimaya J. Thomas_
Deputy Clerk

Copies furnished to:

Morris|Schneider|Wittstadt, LLC, 5110 Eisenhower Blvd, Suite 302A, Tampa, FL 33634



FLFC - Certificate of Title
FL-97008043-12
2014-11-07 @ 13:32:44 / HM

*12444961*

# EXHIBIT

# E - 6

## Property Identification

**Site Address:** 10400 SW Stephanie WAY 5-210
**Sec/Town/Range:** 09/37S/39E
**Map ID:** 43/09N
**Zoning:**

**Parcel ID:** 4309-804-0016-000-3
**Account #:** 168687
**Use Type:** 0400
**Jurisdiction:** Port Saint Lucie

### Ownership

OSI Investments Inc

3380 SE East Snow Rd
Port St Lucie, FL 34984-6415

### Legal Description

PROMENADE AT TRADITION NO. III (OR 2549-0389) UNIT 5-210 (OR 3492-1197)

### Current Values

| | |
|---|---|
| Just/Market Value: | $33,400 |
| Assessed Value: | $33,400 |
| Exemptions: | $0 |
| Taxable Value: | $33,400 |

**Taxes for this parcel:** SLC Tax Collector's Office



### Total Areas

| | |
|---|---|
| Finished/Under Air (SF): | 1,209 |
| Gross Area (SF): | 1,689 |
| Land Size (acres): | 0.02 |
| Land Size (SF): | 1,000 |

---

## Building Information (1 of 1)

Finished Area: 1,209 SF

Gross Total Area: 1,689 SF

### Exterior Data

| | | |
|---|---|---|
| **View:** | **Roof Cover:** | **Roof Structure:** |
| **Building Type:** X234 | **Year Built:** 2006 | **Frame:** |
| **Grade:** 234E | **Effective Year:** 2006 | **Primary Wall:** CB Stucco |
| **Story Height:** 1 Story | **No. Units:** 1 | **Secondary Wall:** |

### Interior Data

| | | |
|---|---|---|
| **Bedrooms:** 2 | **Electric:** | **Primary Int Wall:** |
| **Full Baths:** 2 | **Heat Type:** | **Avg Hgt/Floor:** 0 |
| **Half Baths:** 0 | **Heat Fuel:** | **Primary Floors:** |
| **A/C %:** 0% | **Heated %:** N/A% | **Sprinkled %:** 0% |





**Sketch Area Legend**

Case 2:09-md-02047-EEF-MBN   Document 18598-7   Filed 04/06/15   Page 112 of 143

| Sub Area | Description | Area | Fin. Area | Perimeter |
|---|---|---|---|---|
| CGAR | CONDO GARAGE | 336 | 0 | 104 |
| XBS2 | Condo 2nd Floor Living Area (Value Calculated) | 1209 | 1209 | 262 |
| XOPR | Condo Open Porch (Value Calculated) | 72 | 0 | 48 |
| XOPT | Condo Open Patio | 72 | 0 | 36 |

## Land Information

### *Total Area: 1,000 SF / 0.02 acres*

| Sequence Number | Number/Type of Units | Depth for Front Feet |
|---|---|---|
| 1 | 1 Unit | 0 |

## Special Features and Yard Items

| Type | Qty | Units | Year Blt |
|---|---|---|---|

## Sale History

| Date | Book/Page | Sale Code | Deed | Grantor | Price |
|---|---|---|---|---|---|
| Feb 22, 2013 | 3492 / 1197 | 0001 | WD | Abel,Kenneth | $39,000 |
| Jun 23, 2009 | 3105 / 1724 | 0112 | SP | Federal National Mort Assoc, | $67,500 |
| Apr 17, 2009 | 3093 / 1367 | 0112 | CT | Yoka,Steven | $0 |
| Jul 5, 2006 | 2606 / 2101 | 00 | WD | Centerline Homes at Tradition, | $201,600 |
| Mar 25, 2004 | 1933 / 1990 | 00 | SP | Tradition Development Co LLc, | $1,350,000 |

## Current Year Values

### Current Values Breakdown

| Building: | $33,400 |
|---|---|
| Land: | $0 |
| Just/Market: | $33,400 |
| Ag Credit: | $0 |
| Mkt/Asmnt Differential: | $0 |
| Assessed: | $33,400 |
| Exemption(s): | $0 |
| Taxable: | $33,400 |

### Current Year Exemption Value Breakdown

| Tax Year | Grant Year | Code | Description | Amount |
|---|---|---|---|---|

### Current Year Special Assessment Breakdown

| Start Year | AssessCode | Units | Description | Amount |
|---|---|---|---|---|
| 2007 | 0065 | 1 | Port St. Lucie Stormwater in Tradition | $153.00 |
| 2008 | 0090 | 0.5 | Tradition Operating/Maintenance | $92.76 |
| 2014 | 0091 | 391.36 | Tradition Bond | $391.36 |

This does not necessarily represent the total Special Assessements that could be charged against this property. The total amount charged for special assessments is reflected on the most current tax statement and information is available with the SLC Tax Collector's Office ☒.

## Historical Values

| Year | Just/Market | Assessed | Exemptions | Taxable |
|---|---|---|---|---|
| 2014 | $33,400 | $33,400 | $0 | $33,400 |
| 2013 | $39,100 | $10,010 | $0 | $10,010 |
| 2012 | $9,100 | $9,100 | $0 | $9,100 |

*This information is believed to be correct at this time but it is subject to change and is not warranted.*

© Copyright 2014 Saint Lucie County Property Appraiser.

Prepared By and Return To:
aprilboje
Chelsea Title, a division of FNT of Florida, Inc.
1229 SE Port St. Lucie Blvd
Port St. Lucie, FL 34952

File No. CT61-61-13-000042

*Doc stamps based on $39,000.00*

Property Appraiser's Parcel I.D. (folio) Number(s)
4309-804-0016-000/3

## WARRANTY DEED

THIS WARRANTY DEED dated February 26, 2013, by Kenneth Abel, hereinafter called the grantor, to OSI Investments Inc., whose post office address is 3390 SE East Snow Road, Port St Lucie, FL 34984, hereinafter called the grantee:

(Wherever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)

WITNESSETH: That the grantor, for and in consideration of the sum of $10.00 and other valuable consideration, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys, and confirms unto the grantee, all the certain land situated in St. Lucie County, Florida, to wit:

Unit 5-210 of Promenade at Tradition No. III, a Condominium according to the Declaration of Condominium thereof, recorded in Official Records Book 2549, Page(s) 389, of the Public Records of St. Lucie County, Florida, and any amendments thereto, together with its undivided share in the common elements.

The property being hereby conveyed, is not now, nor has it ever been, nor was it ever intended to be the homestead of the grantor, the grantor's spouse, and/or minor children, if any. Nor is it contiguous with or adjacent to such homestead. The grantor's residence is at the street or post office address designated below.

Subject to easements, restrictions, reservations and limitations of record, if any.

TOGETHER with all the tenements, hereditaments and appurtenances thereto belonging or in any wise appertaining.

TO HAVE AND TO HOLD the same in Fee Simple forever.

AND the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to December 31, 2013.

IN WITNESS WHEREOF, the said grantor has signed and sealed these presents the day and year first above written.

Signed, sealed and delivered in the presence of:

_____
(Witness Signature)

_____
(Print Name of Witness)

_____
(Witness Signature)

Melissa Kemp
(Print Name of Witness)

_____
Kenneth Abel

Address:
20 Kent Pl.
Mastic, NY 11950

STATE OF
COUNTY OF

The foregoing instrument was acknowledged before me this 22 day of February 2013 by Kenneth Abel Jr. , to me known to be the person(s) described in or who has/have produced drivers license as identification and who executed the foregoing instrument and he/she/they acknowledged that he/she/they executed the same.

_____
Notary Public
My Commission Expires: 12/27/14
(SEAL)

**MATTHEW JOSEPH DELLYSSE**
**Notary Public - State of New York**
**No. 01DE623**
**Qualified in Suffolk County**
**My Commission Expires Dec. 27, 2014**

Warranty Deed (Individual to Individual)
Rev (3/06)
1 of 1

# PROMENADE AT TRADITION
## Certificate of Approval to Sell

In reference to:

10400 SW Stephanie Way 5-210, In Promenade At Tradition, according to the Declaration of Covenants, Restrictions and Conditions thereof, in Official Records Book of the Public Records of St. Lucie County, Florida.

At the request of the Owner of Record of said lot/home, the undersigned Agent of Promenade at Tradition, operating the above described Homeowner's Association, hereby certifies that:

That OSI Investments Inc aka Jorge E Lopez is/are approved by the undersigned Association pursuant to the provisions of the above described Declaration of Covenants, Restrictions and Conditions.

Dated this _____ day of February, year 2013

Promenade At Tradition

Approved by:



# EXHIBIT

# E - 7

## Property Identification

**Site Address:** 10440 SW Stephanie WAY 4-203
**Sec/Town/Range:** 09/37S/39E
**Map ID:** 43/09N
**Zoning:**

**Parcel ID:** 4309-805-0021-000-4
**Account #:** 168725
**Use Type:** 0400
**Jurisdiction:** Port Saint Lucie

### Ownership

Guadalupe Y Escobar
Ines P Bueno

10320 SW Stephanie WAY # 7-211
Port St Lucie, FL 34987-1965



### Legal Description

PROMENADE AT TRADITION NO. II (OR 2585-2930) UNIT 4-203 (OR 3632-489)

### Current Values

| | |
|---|---|
| Just/Market Value: | $41,600 |
| Assessed Value: | $41,600 |
| Exemptions: | $0 |
| Taxable Value: | $41,600 |

Taxes for this parcel: SLC Tax Collector's Office

### Total Areas

| | |
|---|---|
| Finished/Under Air (SF): | 1,209 |
| Gross Area (SF): | 1,689 |
| Land Size (acres): | 0.02 |
| Land Size (SF): | 1,000 |

---

## Building Information (1 of 1)

Finished Area: 1,209 SF

Gross Total Area: 1,689 SF

### Exterior Data

**View:**
**Building Type:** X234
**Grade:** 234E
**Story Height:** 1 Story

**Roof Cover:**
**Year Built:** 2006
**Effective Year:** 2006
**No. Units:** 1

**Roof Structure:**
**Frame:**
**Primary Wall:** CB Stucco
**Secondary Wall:**

### Interior Data

**Bedrooms:** 2
**Full Baths:** 2
**Half Baths:** 0
**A/C %:** 0%

**Electric:**
**Heat Type:**
**Heat Fuel:**
**Heated %:** N/A%

**Primary Int Wall:**
**Avg Hgt/Floor:** 0
**Primary Floors:**
**Sprinkled %:** 0%





**Sketch Area Legend**

Case 2:09-md-02047-EEF-MBN   Document 18598-7   Filed 04/06/15   Page 117 of 143

| Sub Area | Description | Area | Fin. Area | Perimeter |
|---|---|---|---|---|
| CGAR | CONDO GARAGE | 336 | 0 | 104 |
| XBS2 | Condo 2nd Floor Living Area (Value Calculated) | 1209 | 1209 | 262 |
| XOPR | Condo Open Porch (Value Calculated) | 72 | 0 | 48 |
| XOPT | Condo Open Patio | 72 | 0 | 36 |

## Land Information

### *Total Area: 1,000 SF / 0.02 acres*

| Sequence Number | Number/Type of Units | Depth for Front Feet |
|---|---|---|
| 1 | 1 Unit | 0 |

## Special Features and Yard Items

| Type | Qty | Units | Year Blt |
|---|---|---|---|

## Sale History

| Date | Book/Page | Sale Code | Deed | Grantor | Price |
|---|---|---|---|---|---|
| Apr 28, 2014 | 3632 / 0489 | 0112 | SP | Federal National Mortgage Association, | $47,600 |
| Jan 25, 2013 | 3478 / 1539 | 0112 | CT | Federal National Mortgage Association, | $0 |
| Jan 3, 2013 | 3471 / 1811 | 0112 | CT | Mosley,Shawn | $0 |
| Aug 8, 2006 | 2637 / 0628 | 00 | WD | Centerline Homes at Tradition, | $202,400 |
| Mar 25, 2004 | 1933 / 1990 | 00 | SP | Tradition Development Co LLc, | $1,350,000 |

## Current Year Values

### Current Values Breakdown

| | |
|---|---|
| **Building:** | $41,600 |
| **Land:** | $0 |
| **Just/Market:** | $41,600 |
| **Ag Credit:** | $0 |
| **Mkt/Asmnt Differential:** | $0 |
| **Assessed:** | $41,600 |
| **Exemption(s):** | $0 |
| **Taxable:** | $41,600 |

### Current Year Exemption Value Breakdown

| Tax Year | Grant Year | Code | Description | Amount |
|---|---|---|---|---|

### Current Year Special Assessment Breakdown

| Start Year | AssessCode | Units | Description | Amount |
|---|---|---|---|---|
| 2007 | 0065 | 1 | Port St. Lucie Stormwater in Tradition | $153.00 |
| 2008 | 0090 | 0.5 | Tradition Operating/Maintenance | $92.76 |
| 2014 | 0091 | 391.36 | Tradition Bond | $391.36 |

This does not necessarily represent the total Special Assessements that could be charged against this property. The total amount charged for special assessments is reflected on the most current tax statement and information is available with the SLC Tax Collector's Office ☑.

## Historical Values

| Year | Just/Market | Assessed | Exemptions | Taxable |
|---|---|---|---|---|
| 2014 | $41,600 | $41,600 | $0 | $41,600 |
| 2013 | $9,600 | $9,600 | $0 | $9,600 |
| 2012 | $9,100 | $9,100 | $0 | $9,100 |

*This information is believed to be correct at this time but it is subject to change and is not warranted.*

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
IN AND FOR SAINT LUCIE COUNTY, FLORIDA
CIVIL DIVISION

Bank of America, National Association,
Successor by Merger to BAC Home Loans
Servicing, LP f/k/a Countrywide Home Loans
Servicing, LP

        Plaintiff,

-vs.-

Shawn Mosley and Jennifer Mosley, Husband
and Wife; Promenade at Tradition Community
Association, Inc.; Unknown Tenants in
Possession #1; Unknown Tenants in Possession
#2; If living, and all Unknown Parties claiming
by, through, under and against the above named
Defendant(s) who are not known to be dead or
alive, whether said Unknown Parties may claim
an interest as Spouse, Heirs, Devisees,
Grantees, or Other Claimants.

        Defendant(s).

Case #: 2012-CA-000637

2013 JAN -3 AM 9: 37
ST. LUCIE COUNTY
CLERK OF CIRCUIT COURT

## CERTIFICATE OF TITLE

THE UNDERSIGNED, JOSEPH E. SMITH, Clerk of the Court certifies that he executed and filed a Certificate of Sale in this action on ___December 20, 2013___, for the property described herein and that no objections to the sale have been filed within the time allowed for filing objections. The following property in Saint Lucie County, Florida:



UNIT NO. 4-203, OF PROMENADE AT TRADITION NO. II, A CONDOMINIUM, ACCORDING TO THE DECLARATION OF CONDOMINIUM RECORDED IN OFFICIAL RECORDS BOOK 2585, PAGE 2930, AND ALL EXHIBITS AND AMENDMENTS THEREOF, PUBLIC RECORDS OF ST. LUCIE COUNTY, FLORIDA. TOGETHER WITH AN UNDIVIDED INTEREST IN THE COMMON ELEMENTS APPURTENANT THERETO.

Property Address: 10440 Southwest Stephanie Way, Condo Unit #203, Building #4, Port Saint Lucie, FL 34987 was sold to _Federal National Mortgage Assn_, Successor by Merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP, c/o 400 Countrywide Way, Simi Valley, California 93065-6298.

WITNESS my hand and seal of this Court on _January 3_, 2013

(seal)
Clerk of the Circuit Court

By: _Jemai Ellis_
Deputy Clerk

FOLIO/PARCEL NO.: 4309-805-0021-000/4
THIS DOCUMENT WAS PREPARED BY:
SHAPIRO, FISHMAN & GACHÉ - FILE NO.: 09-152068



## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by U.S. Mail and email service if an email address is so listed below on this ___ day of _____, 2012 to the following:

Shapiro, Fishman & Gaché, LLP, 2424 North Federal Highway, Suite 360, Boca Raton, FL 33431

Shawn Mosley, 6330 SW Gator Trl, Palm City, FL 34990

Jennifer Mosley, 6330 SW Gator Trl, Palm City, FL 34990

Promenade at Tradition Community Association, Inc., c/o Bayshore Association Management, Inc., R.A., 430 Northwest Lake Whitney Place, Port Saint Lucie, FL 34986

Shapiro, Fishman & Gaché, LLP, SFGBocaService@logs.com

JOSEPH E. SMITH,
Clerk of the Circuit Court


By:_____
Deputy Clerk

09-152068 FC01 CWF

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
IN AND FOR SAINT LUCIE COUNTY, FLORIDA
CIVIL DIVISION

Bank of America, National Association,
Successor by Merger to BAC Home Loans
Servicing, LP f/k/a Countrywide Home Loans
Servicing, LP

        Plaintiff,

-vs.-

Shawn Mosley and Jennifer Mosley, Husband
and Wife; Promenade at Tradition Community
Association, Inc.; Unknown Tenants in
Possession #1; Unknown Tenants in Possession
#2; If living, and all Unknown Parties claiming
by, through, under and against the above named
Defendant(s) who are not known to be dead or
alive, whether said Unknown Parties may claim
an interest as Spouse, Heirs, Devisees,
Grantees, or Other Claimants.

        Defendant(s).

Case #: 2012-CA-000637



**CERTIFICATE OF TITLE** *amended*

*Original Title Recorded @ OR BOOK 3471, Pg 1811*

THE UNDERSIGNED, JOSEPH E. SMITH, Clerk of the Court certifies that he executed and filed a Certificate of Sale in this action on ___December 20, 2012___ for the property described herein and that no objections to the sale have been filed within the time allowed for filing objections. The following property in Saint Lucie County, Florida:



*Correct: Date of Sale, Name of purchaser*

UNIT NO. 4-203, OF PROMENADE AT TRADITION NO. II, A CONDOMINIUM, ACCORDING TO THE DECLARATION OF CONDOMINIUM RECORDED IN OFFICIAL RECORDS BOOK 2585, PAGE 2930, AND ALL EXHIBITS AND AMENDMENTS THEREOF, PUBLIC RECORDS OF ST. LUCIE COUNTY, FLORIDA, TOGETHER WITH AN UNDIVIDED INTEREST IN THE COMMON ELEMENTS APPURTENANT THERETO.

Property Address: 10440 Southwest Stephanie Way, Condo Unit #203, Building #4, Port Saint Lucie, FL 34987 was sold to ; *Federal National Mortgage Association*, c/o 400 Countrywide Way, Simi Valley, California 93065-6298.

WITNESS my hand and seal of this Court on ___ *Jan 25, 2013* .

(seal)
Clerk of the Circuit Court

By: _____
Deputy Clerk



# EXHIBIT

# E - 8

## Property Identification

**Site Address:** 10480 SW Stephanie WAY 3-206
**Sec/Town/Range:** 09/37S/39E
**Map ID:** 43/09N
**Zoning:**

**Parcel ID:** 4309-805-0010-000-4
**Account #:** 168714
**Use Type:** 0400
**Jurisdiction:** Port Saint Lucie

### Ownership

Lori A Depaoli (TR)
Lisa Sciabarassi (TR)
Joseph Cammarato

48 Lincoln Ave
Dix Hills, NY 11746-0000

### Legal Description

PROMENADE AT TRADITION NO. II (OR 2585-2930) UNIT 3-206 (OR 2648-2138: 3282-1670)

### Current Values

| | |
|---|---|
| Just/Market Value: | $8,800 |
| Assessed Value: | $8,800 |
| Exemptions: | $0 |
| Taxable Value: | $8,800 |

**Taxes for this parcel:** SLC Tax Collector's Office ⬈



### Total Areas

| | |
|---|---|
| Finished/Under Air (SF): | 1,209 |
| Gross Area (SF): | 1,689 |
| Land Size (acres): | 0.02 |
| Land Size (SF): | 1,000 |

---

## Building Information (1 of 1)

Finished Area: 1,209 SF

Gross Total Area: 1,689 SF

### Exterior Data

**View:**
**Building Type:** X234
**Grade:** 234E
**Story Height:** 1 Story

**Roof Cover:**
**Year Built:** 2006
**Effective Year:** 2006
**No. Units:** 1

**Roof Structure:**
**Frame:**
**Primary Wall:** CB Stucco
**Secondary Wall:**

### Interior Data

**Bedrooms:** 2
**Full Baths:** 2
**Half Baths:** 0
**A/C %:** 0%

**Electric:**
**Heat Type:**
**Heat Fuel:**
**Heated %:** N/A%

**Primary Int Wall:**
**Avg Hgt/Floor:** 0
**Primary Floors:**
**Sprinkled %:** 0%





**Sketch Area Legend**

| Sub Area | Description | Area | Fin. Area | Perimeter |
|---|---|---|---|---|
| CGAR | CONDO GARAGE | 336 | 0 | 104 |
| XBS2 | Condo 2nd Floor Living Area (Value Calculated) | 1209 | 1209 | 262 |
| XOPR | Condo Open Porch (Value Calculated) | 72 | 0 | 48 |
| XOPT | Condo Open Patio | 72 | 0 | 36 |

## Land Information

### *Total Area: 1,000 SF / 0.02 acres*

| Sequence Number | Number/Type of Units | Depth for Front Feet |
|---|---|---|
| 1 | 1 Unit | 0 |

## Special Features and Yard Items

| Type | Qty | Units | Year Blt |
|---|---|---|---|

## Sale History

| Date | Book/Page | Sale Code | Deed | Grantor | Price |
|---|---|---|---|---|---|
| Mar 19, 2011 | 3282 / 1670 | 0116 | WD | Traina,Richard | $100 |
| Aug 23, 2006 | 2648 / 2138 | 00 | WD | Centerline Homes at Tradition, | $209,300 |
| Mar 25, 2004 | 1933 / 1990 | 00 | SP | Tradition Development Co LLc, | $1,350,000 |

## Current Year Values

### Current Values Breakdown

| | |
|---|---|
| **Building:** | $8,800 |
| **Land:** | $0 |
| **Just/Market:** | $8,800 |
| **Ag Credit:** | $0 |
| **Mkt/Asmnt Differential:** | $0 |
| **Assessed:** | $8,800 |
| **Exemption(s):** | $0 |
| **Taxable:** | $8,800 |

### Current Year Exemption Value Breakdown

| Tax Year | Grant Year | Code | Description | Amount |
|---|---|---|---|---|

### Current Year Special Assessment Breakdown

| Start Year | AssessCode | Units | Description | Amount |
|---|---|---|---|---|
| 2007 | 0065 | 1 | Port St. Lucie Stormwater in Tradition | $153.00 |
| 2008 | 0090 | 0.5 | Tradition Operating/Maintenance | $92.76 |
| 2014 | 0091 | 391.36 | Tradition Bond | $391.36 |

This does not necessarily represent the total Special Assessements that could be charged against this property. The total amount charged for special assessments is reflected on the most current tax statement and information is available with the SLC Tax Collector's Office ◪.

## Historical Values

| Year | Just/Market | Assessed | Exemptions | Taxable |
|---|---|---|---|---|
| 2014 | $8,800 | $8,800 | $0 | $8,800 |
| 2013 | $9,600 | $9,600 | $0 | $9,600 |
| 2012 | $9,100 | $9,100 | $0 | $9,100 |

*This information is believed to be correct at this time but it is subject to change and is not warranted.*

© Copyright 2014 Saint Lucie County Property Appraiser.

RECORD & RETURN TO:
Touchdown Abstract Services, Inc.
128 Carleton Avenue
East Islip, New York 11730

## General Warranty Deed

Made this 19th day of March, 2011, by Richard Traina and Lorraine Traina as tenants by the entirety as to a 50% undivided interest, whose address is 48 Lincoln Avenue, Dix Hills, New York 11746, hereinafter called the grantor, to Lori Ann Depaoli, residing at 434 Lillian Blvd., Holbrook, NY 11741 and Lisa Sciabarassi, residing at 48 Lincoln Avenue, Dix Hills, NY 11746 as Co-Trustees of the TRAINA FAMILY TRUST, hereinafter called the grantee:

(Whenever used herein the term "grantor" and "grantee" include all the parties to this instrument and heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)

**Witnesseth,** that the grantor, for and in consideration of the sum of Ten Dollars, ($10.00) and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the grantee, all that certain land situate in St. Lucie County, Florida, viz:
Unit No. 3-206 of Promenade at Tradition No. II, a Condominium, according to The Declaration of Condominium recorded in O.R. Book 2585, Page 2930, and all exhibits and amendments thereof, Public Records of St. Lucie, FL.
**Parcel ID Number: 4309-802-0001-000/9**

Grantor hereby warrants that the above captioned property not his/her homestead as defined in the Constitution of the State of Florida.
**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining. Subject to taxes and assessments for the year 2011 and subsequent years. Subject to zoning, restrictions, prohibitions and other requirements imposed by Governmental authority; restrictions and matters appearing on the plat or otherwise common to the subdivision; public utility easements of record.

**To Have and to Hold,** the same in fee simple forever.
**And** the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever, and that said land is free of all encumbrances except taxes accruing subsequent to December 31, 2011.

**In Witness Whereof,** the said grantor has signed and sealed these presents the day and year first above written.

*Signed, sealed and delivered in our presence:*

Witness Sign Here: _William F Gormley_
Witness Printed Name: William F Gormley

Witness Sign Here: _Marilyn Gormley_
Witness Printed Name: Marilyn Gormley

Name: Richard Traina aka Richard J Traina
Address: 48 Lincoln Avenue, Dix Hills, NY

Name: Lorraine Traina aka Lorraine J. Traina
Address: 48 Lincoln Avenue, Dix Hills, NY

State of New York
County of Suffolk
The foregoing instrument was acknowledged before me this 19th day of March, 2011 by Richard Traina who is personally known to me or who has produced drivers license as identification.

MARILYN GORMLEY
Notary Public, State of New York
No. 4985766
Qualified in Suffolk County
Commission Expires August 26, 20 13

Notary Public
Print Name: Marilyn Gormley
My Commission Expires: _____

State of New York
County of Suffolk
The foregoing instrument was acknowledged before me this 19th day of March , 2011 by Lorraine Traina who is personally known to me or who has produced drivers license as identification.

MARILYN GORMLEY
Notary Public, State of New York
No. 4985766
Qualified in Suffolk County
Commission Expires August 26, 20 13

Notary Public
Print Name: Marilyn Gormley
My Commission Expires: _____

COPY

# EXHIBIT

# E - 9



*Gary R. Nikolits, CFA*
# Property Appraiser
Palm Beach County

Homestead Exemption  

| | |
|---|---|
| Location Address | 6845 MITCHELL ST |
| Municipality | UNINCORPORATED |
| Parcel Control Number | 00-42-40-34-02-000-2430 |
| Subdivision | PALM GARDENS 1ST ADD UNREC ON AM-16 |
| Official Records Book | 26234    Page 686 |
| Sale Date | AUG-2013 |
| Legal Description | PALM GARDENS 1ST ADD LT 243 |

| Owners |
|---|
| ROSS ANDREW |

| Mailing address |
|---|
| 1840 MEADOWLARK CIR |
| LINCOLN NE 68521 1570 |

| Sales Date | Price | OR Book/Page | Sale Type | Owner |
|---|---|---|---|---|
| AUG-2013 | $10 | 26234 / 0686 | LIFE ESTATE | ROSS ANDREW |
| MAY-2013 | $79,000 | 26117 / 0491 | WARRANTY DEED | ROSS ANDREW |
| FEB-2011 | $61,500 | 24369 / 1729 | CERT OF TITLE | FEDERAL NATIONAL MORTGAGE ASSOCIATION |
| JUL-2006 | $186,700 | 20619 / 1670 | WARRANTY DEED | PURCELL VERONICA |
| AUG-2004 | $70,000 | 17530 / 1278 | WARRANTY DEED | LUV IT HOMES & VILLAS LLC |

1 2

| No Exemption Information Available. |
|---|

| | | | |
|---|---|---|---|
| Number of Units | 1 | *Total Square Feet 1486 | Acres  0.17 |
| Use Code | 0100 - SINGLE FAMILY | Zoning | RH - Multi-Family (High Density) ( 00- UNINCORPORATED ) |

| Tax Year | 2014 | 2013 | 2012 |
|---|---|---|---|
| Improvement Value | $60,297 | $0 | $0 |
| Land Value | $15,074 | $21,846 | $22,996 |
| Total Market Value | $75,371 | $21,846 | $22,996 |

All values are as of January 1st each year

| Tax Year | 2014 | 2013 | 2012 |
|---|---|---|---|
| Assessed Value | $75,371 | $21,846 | $22,996 |
| Exemption Amount | $0 | $0 | $0 |
| Taxable Value | $75,371 | $21,846 | $22,996 |

| Tax Year | 2014 | 2013 | 2012 |
|---|---|---|---|
| Ad Valorem | $1,427 | $415 | $443 |
| Non Ad Valorem | $341 | $339 | $465 |
| Total tax | $1,768 | $754 | $908 |

IN THE CIRCUIT COURT OF THE
15TH JUDICIAL CIRCUIT, IN AND FOR
PALM BEACH COUNTY, FLORIDA
CIVIL DIVISION
CASE NO.: 50-2009-CA-036547

SUNTRUST MORTGAGE, INC.,
                Plaintiff,

vs.

VERONICA    PURCELL;    MARGARET
CHEESEBOROUGH;  UNKNOWN  SPOUSE  OF
VERONICA PURCELL; UNKNOWN TENANT (S); IN
POSSESSION OF THE SUBJECT PROPERTY,
                Defendants.

CFN 20110058806
OR BK 24369 PG 1729
RECORDED 02/17/2011 15:28:11
Palm Beach County, Florida
AMT 61,500.00
Sharon R. Bock,CLERK & COMPTROLLER
Pg 1729; (1pg)

## CERTIFICATE OF TITLE

The undersigned, Sharon R. Bock, Clerk of the Court, hereby certifies that a certificate of sale has been executed and filed in this action on _____ DEC 20 2010 _____, for the property described herein and that no objections to the sale have been filed within the time allowed for filing objections.

The following property in Palm Beach County, Florida:

**THE EAST 50 FEET OF THE WEST 830 FEET OF THE NORTH 165 FEET OF THE SOUTH 990 FEET OF THE SOUTHWEST QUARTER OF SECTION 34, TOWNSHIP 40 SOUTH, RANGE 42 EAST, PALM BEACH COUNTY, FLORIDA.**

**A/K/A LOT 243 PALM GARDENS, UNRECORDED.**

was sold to:

**FEDERAL NATIONAL MORTGAGE ASSOCIATION**
**P.O BOX 650043**
**DALLAS, TX 75265-0043**

WITNESS my hand and the seal of the Court this 16th day of February, 2011.

Sharon R. Bock

By: _Christine Fitzpatrick_
As Deputy Clerk

Christina Fitzpatrick

2011 FEB 16 PM 4:49
SHARON R. BOCK, CLERK
PALM BEACH COUNTY,FL
CIRCUIT CIVIL 1
FILED

09-64816

# EXHIBIT

# E - 10

## Property Identification

**Site Address:** 10440 SW Stephanie WAY 4-202
**Sec/Town/Range:** 09/37S/39E
**Map ID:** 43/09N
**Zoning:**

**Parcel ID:** 4309-805-0020-000-7
**Account #:** 168724
**Use Type:** 0400
**Jurisdiction:** Port Saint Lucie

### Ownership

Monica P S Hamon

19313 Eagle Run
Groveland, FL 34736-8414

### Legal Description

PROMENADE AT TRADITION NO. II (OR 2585-2930) UNIT 4-202 (OR
3563-1266)



### Current Values

| | |
|---|---|
| Just/Market Value: | $42,400 |
| Assessed Value: | $42,400 |
| Exemptions: | $0 |
| Taxable Value: | $42,400 |

**Taxes for this parcel:** SLC Tax Collector's Office 

### Total Areas

| | |
|---|---|
| Finished/Under Air (SF): | 1,242 |
| Gross Area (SF): | 1,650 |
| Land Size (acres): | 0.02 |
| Land Size (SF): | 1,000 |

---

## Building Information (1 of 1)

Finished Area: 1,242 SF

Gross Total Area: 1,650 SF

### Exterior Data

| | | |
|---|---|---|
| **View:** | **Roof Cover:** | **Roof Structure:** |
| **Building Type:** X234 | **Year Built:** 2006 | **Frame:** |
| **Grade:** 234D | **Effective Year:** 2006 | **Primary Wall:** CB Stucco |
| **Story Height:** 1 Story | **No. Units:** 1 | **Secondary Wall:** |

### Interior Data

| | | |
|---|---|---|
| **Bedrooms:** 2 | **Electric:** | **Primary Int Wall:** |
| **Full Baths:** 2 | **Heat Type:** | **Avg Hgt/Floor:** 0 |
| **Half Baths:** 0 | **Heat Fuel:** | **Primary Floors:** |
| **A/C %:** 0% | **Heated %:** N/A% | **Sprinkled %:** 0% |





**Sketch Area Legend**

| Sub Area | Description | Area | Fin. Area | Perimeter |
|---|---|---|---|---|
| CGAR | CONDO GARAGE | 324 | 0 | 78 |
| XBS2 | Condo 2nd Floor Living Area (Value Calculated) | 1242 | 1242 | 224 |
| XOPR | Condo Open Porch (Value Calculated) | 84 | 0 | 38 |

## Land Information

### *Total Area: 1,000 SF / 0.02 acres*

| Sequence Number | Number/Type of Units | Depth for Front Feet |
|---|---|---|
| 1 | 1 Unit | 0 |

## Special Features and Yard Items

| Type | Qty | Units | Year Blt |
|---|---|---|---|

## Sale History

| Date | Book/Page | Sale Code | Deed | Grantor | Price |
|---|---|---|---|---|---|
| Sep 19, 2013 | 3563 / 1266 | 0001 | WD | MAKB LLC, | $50,000 |
| Sep 18, 2009 | 3129 / 1100 | 0130 | WD | Mead,Brieon | $100 |
| Jul 19, 2006 | 2618 / 0001 | 00 | WD | Centerline Homes at Tradition, | $206,800 |
| Mar 25, 2004 | 1933 / 1990 | 00 | SP | Tradition Development Co LLc, | $1,350,000 |

## Current Year Values

### Current Values Breakdown

| | |
|---|---|
| **Building:** | $42,400 |
| **Land:** | $0 |
| **Just/Market:** | $42,400 |
| **Ag Credit:** | $0 |
| **Mkt/Asmnt Differential:** | $0 |
| **Assessed:** | $42,400 |
| **Exemption(s):** | $0 |
| **Taxable:** | $42,400 |

### Current Year Exemption Value Breakdown

| Tax Year | Grant Year | Code | Description | Amount |
|---|---|---|---|---|

### Current Year Special Assessment Breakdown

| Start Year | AssessCode | Units | Description | Amount |
|---|---|---|---|---|
| 2007 | 0065 | 1 | Port St. Lucie Stormwater in Tradition | $153.00 |
| 2008 | 0090 | 0.5 | Tradition Operating/Maintenance | $92.76 |
| 2014 | 0091 | 391.36 | Tradition Bond | $391.36 |

This does not necessarily represent the total Special Assessements that could be charged against this property. The total amount charged for special assessments is reflected on the most current tax statement and information is available with the SLC Tax Collector's Office ◪.

## Historical Values

| Year | Just/Market | Assessed | Exemptions | Taxable |
|---|---|---|---|---|
| 2014 | $42,400 | $42,400 | $0 | $42,400 |
| 2013 | $9,600 | $9,600 | $0 | $9,600 |
| 2012 | $9,000 | $9,000 | $0 | $9,000 |

*This information is believed to be correct at this time but it is subject to change and is not warranted.*

© Copyright 2014 Saint Lucie County Property Appraiser.

THIS INSTRUMENT PREPARED BY:
Brieon Mead Marais
5160 Pooks Hill Rd., Apt #42
Bethesda, MD 20814

PARCEL ID #: 4309-805-0020-000-7

## WARRANTY DEED

**THIS INDENTURE** made this 18th Day of September 2009 by, Brieon Mead Marais F/K/A, Brieon Mead a married woman, and Andrea Adams and John Adams husband and wife referred to as Grantor, whether one or more, and whose address is 5160 Pooks Hill Rd., Apt #42 Bethesda, MD 20814 **to MAKB, LLC a Florida Limited Liability Company existing under the laws of the State of Florida** hereinafter referred to as Grantee, whether one or more, and whose address is 110 S. Jacaranda CC Drive Unit #200 Plantation, FL 33324

(Wherever used herein the term "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations.)

### WITNESSETH:

**THAT** Grantor**,** for and in consideration of the sum of Ten and NO/100 Dollars and other valuable considerations, in hand paid by Grantee, the receipt whereof is hereby acknowledged, has granted, bargained and sold to Grantee the following described land situate, lying and being in the County of **St Lucie**, State of **Florida** to wit:

**Unit 4-202 of Promenade Tradition No II., a Condominium, according to The Declaration of Condominium recorded in O. R. Book 2585, Page 2930, and all exhibits and amendments thereof, Public Records of St. Lucie County, Florida.**

**This Property is not the homestead property of Brieon Mead Marais.**

**AND** Grantor hereby covenants with Grantee that Grantor is lawfully seized of said land in fee simple and fully warrants the title to said land, and will defend the same against the lawful claims of all persons whomsoever.

**IN WITNESS WHEREOF,** Grantor has caused this instrument to be executed in its name by its duly authorized officer(s) and caused its corporate seal to be hereto affixed the day and year first above written.

Signed, sealed and delivered in our presence:

_____
Seronie Singh
Witness

_____
Christine John
Witness

_____
Brieon Mead Marais F/K/A Brieon Mead

_____
Andrea Mead Adams

_____
John Adams

STATE OF Florida
COUNTY OF St. Lucie
The foregoing instrument was acknowledged before me this 18th day of September 2009 by Brieon Mead Marais, Andrea Adams, and John Adams. THEY HAVE produced Florida DL & Maryland DL as identification.

_____
Notary Public, County and State Aforesaid

Christine John
Notary Printed Signature

My commission expires: 8/26/2010

CHRISTINE JOHN
Commission DD664556
Expires 8/26/2010
Florida Notary Assn., Inc

# EXHIBIT
# E - 11

## Property Identification

**Site Address:** 10560 SW Stephanie WAY 1-202
**Sec/Town/Range:** 09/37S/39E
**Map ID:** 43/09N
**Zoning:**

**Parcel ID:** 4309-806-0008-000-0
**Account #:** 168742
**Use Type:** 0400
**Jurisdiction:** Port Saint Lucie

### Ownership

Promenade at Tradition Community Assoc

% FirstService Residential Inc
6300 Park of Commerce Blvd
Boca Raton, FL 33487-0000

### Legal Description

PROMENADE AT TRADITION NO. I (OR 2617-2438) UNIT 1-202 (OR 3682-1832)

### Current Values

| | |
|---|---|
| Just/Market Value: | $61,400 |
| Assessed Value: | $52,690 |
| Exemptions: | $0 |
| Taxable Value: | $52,690 |

Taxes for this parcel: SLC Tax Collector's Office



### Total Areas

| | |
|---|---|
| Finished/Under Air (SF): | 1,242 |
| Gross Area (SF): | 1,650 |
| Land Size (acres): | 0.02 |
| Land Size (SF): | 1,000 |

## Building Information (1 of 1)

Finished Area: 1,242 SF

Gross Total Area: 1,650 SF

### Exterior Data

**View:**
**Building Type:** X234
**Grade:** 234D
**Story Height:** 1 Story

**Roof Cover:**
**Year Built:** 2006
**Effective Year:** 2006
**No. Units:** 1

**Roof Structure:**
**Frame:**
**Primary Wall:** CB Stucco
**Secondary Wall:**

### Interior Data

**Bedrooms:** 2
**Full Baths:** 2
**Half Baths:** 0
**A/C %:** 0%

**Electric:**
**Heat Type:**
**Heat Fuel:**
**Heated %:** N/A%

**Primary Int Wall:**
**Avg Hgt/Floor:** 0
**Primary Floors:**
**Sprinkled %:** 0%





**Sketch Area Legend**

| Sub Area | Description | Area | Fin. Area | Perimeter |
|---|---|---|---|---|
| CGAR | CONDO GARAGE | 324 | 0 | 78 |
| XBS2 | Condo 2nd Floor Living Area (Value Calculated) | 1242 | 1242 | 224 |
| XOPR | Condo Open Porch (Value Calculated) | 84 | 0 | 38 |

## Land Information

### *Total Area: 1,000 SF / 0.02 acres*

| Sequence Number | Number/Type of Units | Depth for Front Feet |
|---|---|---|
| 1 | 1 Unit | 0 |

## Special Features and Yard Items

| Type | Qty | Units | Year Blt |
|---|---|---|---|

## Sale History

| Date | Book/Page | Sale Code | Deed | Grantor | Price |
|---|---|---|---|---|---|
| Oct 20, 2014 | 3682 / 1832 | 0112 | CT | Reiprecht,Raymond | $100 |
| Nov 7, 2006 | 2707 / 1225 | 00 | WD | Centerline Homes at Tradition, | $213,700 |
| Mar 25, 2004 | 1933 / 1990 | 00 | SP | Tradition Development Co LLc, | $1,350,000 |

## Current Year Values

| Current Values Breakdown | | | Current Year Exemption Value Breakdown | | | | |
|---|---|---|---|---|---|---|---|
| | | | Tax Year | Grant Year | Code | Description | Amount |
| **Building:** | $61,400 | | | | | | |
| **Land:** | $0 | | | | | | |
| **Just/Market:** | $61,400 | | | | | | |
| **Ag Credit:** | $0 | | | | | | |
| **Mkt/Asmnt Differential:** | $8,710 | | | | | | |
| **Assessed:** | $52,690 | | | | | | |
| **Exemption(s):** | $0 | | | | | | |
| **Taxable:** | $52,690 | | | | | | |

### Current Year Special Assessment Breakdown

| Start Year | AssessCode | Units | Description | Amount |
|---|---|---|---|---|
| 2007 | 0065 | 1 | Port St. Lucie Stormwater in Tradition | $153.00 |
| 2008 | 0090 | 0.5 | Tradition Operating/Maintenance | $92.76 |
| 2014 | 0091 | 391.36 | Tradition Bond | $391.36 |

This does not necessarily represent the total Special Assessements that could be charged against this property. The total amount charged for special assessments is reflected on the most current tax statement and information is available with the SLC Tax Collector's Office ◨.

## Historical Values

| Year | Just/Market | Assessed | Exemptions | Taxable |
|---|---|---|---|---|
| 2014 | $61,400 | $52,690 | $0 | $52,690 |
| 2013 | $47,900 | $47,900 | $0 | $47,900 |
| 2012 | $45,200 | $45,200 | $0 | $45,200 |

*This information is believed to be correct at this time but it is subject to change and is not warranted.*

© Copyright 2014 Saint Lucie County Property Appraiser.

St. Lucie County File Date: 10/20/2014 01:14 PM

IN THE CIRCUIT COURT OF THE 19th JUDICIAL CIRCUIT IN AND FOR ST. LUCIE COUNTY, FLORIDA

PROMENADE AT TRADITION COMMUNITY ASSOCIATION, INC. F/K/A PROMENADE AT TRADITION NO. 1 CONDOMINIUM ASSOCIATION, INC.,
a Florida Corporation Not for Profit,

        Plaintiff,

v.

CASE NO.: 56 2008CA003669

RAYMOND REIPRECHT, JANE DOE AS UNKNOWN SPOUSE OF RAYMOND REIPRECHT, UNKNOWN TENANT NO. 1, UNKNOWN TENANT NO. 2, AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS AS NOMINEE FOR ACT LENDING CORPORATION D/B/A ACT MORTGAGE CAPITAL,

        Defendants.
_____/

### CERTIFICATE OF TITLE

The undersigned Clerk of the Court certifies that he executed and filed a Certificate of Sale in this action on October 2 , 2014 for the property described herein and that no objections to the sale have been filed within the time allowed for filing objections.

    Unit No. 1-202 of Promenade at Tradition No. I, a Condominium, according to the Declaration of Condominium recorded in O.R. Book 2617, Page 2438, and all exhibits and amendments thereof, Public Records of St. Lucie County, Florida.

    A/K/A      10560 SW Stephanie Way, #01-202
                  Port St. Lucie, FL 34984

    Said lands situate in Port St. Lucie, St. Lucie County, Florida.

was sold to:    Promenade at Tradition Community Association, Inc.

whose address is: c/o FirstService Residential, Inc.
               6300 Park of Commerce Blvd., Boca Raton, FL 33487

    WITNESS my hand and the seal of this Court on October 20 , 2014.

                        JOSEPH E. SMITH
                        Clerk of the Court



                        By: _____
                           Deputy Clerk

# EXHIBIT
# E - 12

March 31, 2015

# James City County, Virginia

| | |
|---|---|
| **Parcel ID** | 3640503301 |
| **LRSN #** | 29840 |
| **Property Address:** | 3301 RANNOCK MOOR<br>WMSBURG, VA 231881471 |
| **Subdivision:** | Braemar Creek @ Greensprings P |
| **Owner's Name:** | MAHARTY, DONALD & LOIS |
| **Mailing Address:** | 3301  RANNOCK MOOR<br>WILLIAMSBURG, VA 231881472 |

## General Information

| | | | |
|---|---|---|---|
| **Zoning:** | R4 Residential Planned Comm | **VA Senate District:** | 3 |
| **Property Class:** | 502, Single Family - Suburban | **VA House District:** | 96 |
| **Legal Acreage:** | No Data | **Election District:** | Berkeley |
| **Legal Description:** | U-3301 BLDG-33 P-34 BRAEMAR CREEK @ | **Voting Precinct:** | Berkeley C |
| | | **Polling Place:** | Matoaka Elementary School |
| **Primary Service Area:** | Yes | **Census:** | 803.03 |

## Schools

| | |
|---|---|
| **Elementary School:** | Matoaka |
| **Middle School:** | Hornsby |
| **High School:** | Jamestown |

## JCSA Utilities Available for Connection

| | |
|---|---|
| **Water:** | Y |
| **Sewer:** | Y |

To confirm utility information please contact JCSA at 757-229-7421

## Assessment Information

| Valuation as of: | January 1, 2013 | January 1, 2014 | January 1, 2015 |
|---|---|---|---|
| **Effective for Billing:** | July 1, 2013 | July 1, 2014 | July 1, 2015 |
| **Land Value:** | $50,000.00 | $50,000.00 | $50,000.00 |
| **Improvement Value:** | $109,300.00 | $109,300.00 | $109,300.00 |
| **Total Value:** | $159,300.00 | $159,300.00 | $159,300.00 |

## Ownership History

| Previous Owner Name | Sale Date | Sale Price | Doc # or Deed Book/Pg |
|---|---|---|---|
| JONES, PAUL V & JANET E | 9/26/2012 | $155,000.00 | 120020273 |
| GREENSPRINGS CONDOMINIUMS, LLC. | 6/7/2006 | $214,990.00 | 060013144 |
| No Data | No Data | $.00 | No Data |

DISCLAIMER: This data is provided without warranty of any kind, either expressed or implied, including, but not limited to, the implied warranties of merchantability and fitness for a particular purpose. Any person, firm or corporation which uses this map or any of the enclosed information assumes all risk for the inaccuracy thereof, as James City expressly disclaims any liability for loss or damage arising from the use of said information by any third party.

## Improvements

**Year Built:**  2006
**Stories:**  1

### Square Footage

| | |
|---|---|
| **Finished (Above Grade):** | 1244 |
| **Basement:** | 0 |
| **Attached Garage:** | 0 |
| **Detached Garage:** | 0 |
| **Enclosed Porch:** | 0 |
| **Open Porch:** | 0 |
| **Deck:** | 0 |

### Rooms

| | |
|---|---|
| **Total:** | 6 |
| **Bedrooms:** | 2 |
| **Full Baths:** | 2 |
| **Half Baths:** | 0 |

### Construction

| | |
|---|---|
| **Foundation:** | None |
| **Exterior:** | Wood siding |
| **Central A/C:** | Y |
| **Out Buildings:** | No Data |

DISCLAIMER: This data is provided without warranty of any kind, either expressed or implied, including, but not limited to, the implied warranties of merchantability and fitness for a particular purpose. Any person, firm or corporation which uses this map or any of the enclosed information assumes all risk for the inaccuracy thereof, as James City expressly disclaims any liability for loss or damage arising from the use of said information by any third party.

# EXHIBIT
# E - 13

March 31, 2015

# James City County, Virginia

| | |
|---|---|
| **Parcel ID** | 3640503303 |
| **LRSN #** | 29842 |
| **Property Address:** | 3303 RANNOCK MOOR<br>WMSBURG, VA 231881471 |
| **Subdivision:** | Braemar Creek @ Greensprings P |
| **Owner's Name:** | PUTNAM, PAUL E & MARTHA J |
| **Mailing Address:** | 3303 RANNOCK MOOR<br>WILLIAMSBURG, VA 231881471 |

## General Information

| | | | |
|---|---|---|---|
| **Zoning:** | R4 Residential Planned Comm | **VA Senate District:** | 3 |
| **Property Class:** | 502, Single Family - Suburban | **VA House District:** | 96 |
| **Legal Acreage:** | No Data | **Election District:** | Berkeley |
| **Legal Description:** | U-3303 BLDG-33 P-34 BRAEMAR CREEK @ | **Voting Precinct:** | Berkeley C |
| | | **Polling Place:** | Matoaka Elementary School |
| **Primary Service Area:** | Yes | **Census:** | 803.03 |

## Schools

| | |
|---|---|
| **Elementary School:** | Matoaka |
| **Middle School:** | Hornsby |
| **High School:** | Jamestown |

## JCSA Utilities Available for Connection

| | |
|---|---|
| **Water:** | Y |
| **Sewer:** | Y |

To confirm utility information please contact JCSA at 757-229-7421

## Assessment Information

| **Valuation as of:** | **January 1, 2013** | **January 1, 2014** | **January 1, 2015** |
|---|---|---|---|
| **Effective for Billing:** | **July 1, 2013** | **July 1, 2014** | **July 1, 2015** |
| **Land Value:** | $50,000.00 | $50,000.00 | $50,000.00 |
| **Improvement Value:** | $109,300.00 | $109,300.00 | $109,300.00 |
| **Total Value:** | $159,300.00 | $159,300.00 | $159,300.00 |

## Ownership History

| Previous Owner Name | Sale Date | Sale Price | Doc # or Deed Book/Pg |
|---|---|---|---|
| TIERNEY, JEFFREY & SUSANN D | 6/9/2014 | $165,000.00 | 140009575 |
| GREENSPRINGS CONDOMINIUMS, LLC. | 5/31/2006 | $204,990.00 | 060012555 |
| No Data | No Data | $.00 | No Data |

DISCLAIMER: This data is provided without warranty of any kind, either expressed or implied, including, but not limited to, the implied warranties of merchantability and fitness for a particular purpose. Any person, firm or corporation which uses this map or any of the enclosed information assumes all risk for the inaccuracy thereof, as James City expressly disclaims any liability for loss or damage arising from the use of said information by any third party.

## Improvements

**Year Built:** 2006
**Stories:** 1

### Square Footage

| | |
|---|---|
| **Finished (Above Grade):** | 1244 |
| **Basement:** | 0 |
| **Attached Garage:** | 0 |
| **Detached Garage:** | 0 |
| **Enclosed Porch:** | 0 |
| **Open Porch:** | 0 |
| **Deck:** | 0 |

### Rooms

| | |
|---|---|
| **Total:** | 6 |
| **Bedrooms:** | 2 |
| **Full Baths:** | 2 |
| **Half Baths:** | 0 |

### Construction

| | |
|---|---|
| **Foundation:** | None |
| **Exterior:** | Wood siding |
| **Central A/C:** | Y |
| **Out Buildings:** | No Data |

DISCLAIMER: This data is provided without warranty of any kind, either expressed or implied, including, but not limited to, the implied warranties of merchantability and fitness for a particular purpose. Any person, firm or corporation which uses this map or any of the enclosed information assumes all risk for the inaccuracy thereof, as James City expressly disclaims any liability for loss or damage arising from the use of said information by any third party.