# Exhibit G

## [Class Members Who Only Alleged The Presence Of Knauf Drywall]

# Exhibit
# G-1

Print Form

Plaintiff Profile Form - Residential Properties

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

**For Internal Use Only**

File Number

Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address.  In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge.  If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known.  You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form.  If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary.   All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

| Section I. Property Information | Section II. Insurance Information |
|---|---|
| Name Property Owner  MARTIN, Robert and Acela | Homeowner/ Renter Insurer: |
| Address of Affected Property  9596 Cobblestone Creek Drive | Tower Hill |
| Boynton Beach, FL 33472 | Policy #:  H000513077 |
| | Agent:  Mack, Mack & Waltz |
| Is this Property:*  [X]Residential  [ ]Commercial  [ ]Governmental | |
| Name of Person Completing this Form  Robert Martin | Address:  1900 Corporate Blvd, S110 West Bldg |
| | Boca Raton, FL 33431 |
| Is above your primary residence?  (•)Yes   No ( ) | |
| Mailing Address (if different) | Phone:  (561  ) 998   - 1570 |
| | + Attach Copy of  Insurance Declaration Page |
| Phone:  (954  ) 778   - 8689 | |
| * If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date. | |
| Circle one:  [X]Owner-Occupant  [ ]Owner Only  [ ]Renter-Occupant | |
| Represented By:  Michael J. Ryan, Esquire | |
| Address:  Krupnick Campbell Malone et. al. | |
| 700 S.E. 3rd Avenue, Suite 100 | |
| Ft. Lauderdale, FL 33316 | |
| Phone:  (954  ) 763   - 8181 | |
| Case No./Docket Info:  09-7628 | |

### Section III. Claimant Information

| Name of Claimant | Dates Occupied Move-In | Leave | Gender | Date of Birth | Are you claiming personal injuries?* Circle One | | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|---|
| Robert Martin | 1 /17/ 07 | / / | M / F | 09 /08/ 49 | (•)Yes | No ( ) | Owner-Occupant |
| Acela Martin | 1 /17/ 07 | / / | M / F | 12 /06/ 54 | ( )Yes | No ( ) | Owner-Occupant |
| Amparo Acosta | 1 /17/ 07 | / / | M / F | 11 /22/ 27 | ( )Yes | No ( ) | Occupant or Renter Only |
| | / / | / / | M / F | / / | ( )Yes | No ( ) | |
| | / / | / / | M / F | / / | ( )Yes | No ( ) | |
| | / / | / / | M / F | / / | ( )Yes | No ( ) | |
| | / / | / / | M / F | / / | ( )Yes | No ( ) | |
| | / / | / / | M / F | / / | ( )Yes | No ( ) | |
| | / / | / / | M / F | / / | ( )Yes | No ( ) | |

* Personal injuries include claims for mental anguish and medical monitoring.

Page 1

Plaintiff Profile Form - Residential Properties

**Section IV. Inspection Information**

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?  ● Yes   No ○

   1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?    Northstar; Rimkus Consulting Group; Rep from Krupnick

      1.2. When did the inspection take place?    6 / /09

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?   ● Yes   No ○

   2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?    Rimkus Consulting Group & Rep from Krupnick Campbell

      2.2. When was this determination made?    6 / /09

**Section V. Drywall Information**

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauf-Tianjin | Tiansin | A/C closet |
| | | |
| | | |
| | | |

**Section VI. Home Information**

| | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 2650 | | | |
| Estimated Sq. Ft. of Drywall | TBD | Occupied | ☒ | |
| Height of Interior Walls | 10 ft | Year-round | ☒ | |
| Number of Bedrooms: | 4 | Summer | | |
| Number of Bathrooms: | 2.5 | Winter | | |

**Plumbing System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | ☒ | | |
| Copper Piping | ☒ | | |
| Copper Fixtures | ☒ | | |
| Other Fixtures | | | |
| Were repairs made to the plumbing system? | | | |
| Dates: | | | |

**Electrical System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | ☒ | | |
| Switches | ☒ | | |
| Main Panel | ☒ | | |
| 2nd Panel | ☒ | | |
| Exposed Copper Wires | ☒ | | |
| Were repairs made to the electrical system? | ☒ | | |
| Dates: | Oct 08 and July 09 | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

**Section VII. Construction/Renovation Information**

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | 6 / /06 | Completion Date | 1 / /07 |
|---|---|---|---|
| Move in Date: | 1 /12 /07 | Date Acquired Home | 1 / /06 |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move in Date: | / / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | |
| First Floor: Full Wall of drywall replaced | | | |
| Second Floor: Any drywall replaced | | | |

**Section VIII. Homebuilder/ General Contractor/ Developer Information**

Homebuilder/ General Contractor/ Developer's Name:    Northstar Homes

Address:    14901 Military Trail
Delray Beach, FL 33484

Phone:    (   )   -

+ Attach Copy of Construction/Renovation Contract

+ Attach Copy of New Home Warranty Declaration

**Section IX. Drywall Installer**

Drywall Installer's Name:    Unknown - ** see below

Address: _____

Phone: (   )   -

**Section X. Drywall Supplier**

Drywall Supplier's Name:    Unknown - ** see below

Address: _____

Phone: (   )   -

\* All dates are approximate
** Information will be supplemented.

Plaintiff Profile Form - Residential Properties

**Section XI. Verification of Plaintiff Profile Form**

Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| | | | |
|---|---|---|---|
| _Claimant's Signature_ | 12/27/09 Date Signed | Claimants Signature | Date Signed |
| _Claimant's Signature_ | 12/7/09 Date Signed | Claimant's Signature | Date Signed |
| _Amparo L. Acosta_ | 12/7/09 Date Signed | Claimant's Signature | Date Signed |

Page 3

Martin0003

12/08/2009 09:36 FAX  9548474270          CUSTOMER RELATIONS                                    ☑005/010

# Your Home Warranty Service Agreement

*Please file with your important papers.*



Home Buyers Warranty Corporation VI®
One Denver Highlands
10375 E. Harvard Avenue, Suite 100
Denver, CO 80231

# Don't worry –
# You're covered

```
******AUTO**MIXED AADC 800 T5 SN769
Acela Martin
9596 COBBLESTONE CREEK DR
BOYNTON BEACH  FL 33472-4450
```

Dear Acela Martin,

You made a wise decision when you chose to protect your home with a warranty from Home Buyers Warranty Corporation VI®. Your home is your most valuable investment, and you can rest assured knowing it's protected by the industry leader in home warranty coverage!

**This contract explains your coverage in detail. Please review it for specific information regarding any changes that have been made in your coverage.**

Should you have a problem with any of your covered systems or appliances, we're here to help you 24 hours a day, 365 days a year. Just log on to www.hbwvi.com and file your claim online. We'll have a qualified contractor contact you to arrange for repairs. Or call us direct at 1-800-775-4736 at any time of the day or night.

Thank you for choosing us for your home warranty. We look forward to providing you with the world-class service and peace-of-mind you deserve.

Sincerely,

R.S. James
Home Buyers Warranty Corporation VI®

P.S.   Additional optional coverage is available on your home services agreement. Call us at 1-800-795-9595 before 2/19/2009 to add more protection to your home.

©2007 Home Buyers Resale Warranty Corporation
Home Buyers Warranty Corporation VI is a registered mark of Home Buyers Resale Warranty Corporation

E05B-5843234R
**Effective Date:** 1/19/2009

**Print Date** 12/12/2008
**Through:** 1/18/2010

Acela Martin
9596 COBBLESTONE CREEK DR
BOYNTON BEACH, FL 33472440

**Broker Name:**

**Listing Cost (if applicable):** $0.00

**Basic Plan Cost (Due at Closing):** $274.00

     (Plan): $274.00
     (Options): $0.00
    + (Tax): $0.00
    (Total Cost): $274.00

**Trade Fee:** $50.00

**Additional Coverage:**

***Additional Available coverage(s):**

| | |
|---|---|
| Supreme Protection (Renewal) | $40.00 |
| Washer/Dryer (Renewal) | $80.00 |
| Additional Pool/Spa (Renewal) | $150.00 |
| Pool/Spa Mechanical (Renewal) | $150.00 |
| Deluxe Appliance Protection (1 yr) (Renewal) | $99.00 |

*Applicable taxes may apply

Martin0004

## TOWER HILL SELECT INSURANCE COMPANY
### POST OFFICE BOX 147018
### GAINESVILLE, FL 32614-7018

| | |
|---|---|
| **HOMEOWNERS DECLARATIONS** | **POLICY NUMBER** |
| THIS IS NOT A BILL. | H000513077 |
| Payment notice will be sent separately to: The Insured. | Renewal |
| | Issued On: |
| | 11/21/2009 |

| | |
|---|---|
| **Insured** | **AGENT       FL0897** |
| ROBERT MARTIN | MACK, MACK & WALTZ INSURANCE GROUP, INC. |
| ACELA MARTIN | 1900 CORPORATE BLVD N W |
| 9596 COBBLESTONE CREEK DR | SUITE 110 WEST BUILDING |
| BOYNTON BEACH, FL 33472-4450 | BOCA RATON, FL 33431 |
| | |
| | PHONE NUMBER: (561) 998-1570 |

**POLICY PERIOD: 01/18/10 to 01/18/11.** Each period begins and ends at 12:01 AM standard time at insured location.

**INSURED LOCATION:** Same as mailing address shown under Named Insured.

Coverage is provided where a premium or limit is shown for the coverage.

| SECTION I - PROPERTY COVERAGE | LIMIT | SECTION II - LIABILITY COVERAGE | LIMIT |
|---|---|---|---|
| COVERAGE A - Dwelling | $393,000 | COVERAGE E - Personal Liability | |
| COVERAGE B - Other Structures | $39,300 | Each Occurrence | $300,000 |
| COVERAGE C - Personal Property | $196,500 | COVERAGE F - Medical Payments to Others | |
| COVERAGE D - Loss of Use | $78,600 | Each Person | $2,000 |

**BREAKDOWN OF PREMIUM:**

| Charges | Premium |
|---|---|
| Section I and Section II Premium | 5,452.00 |
| Credit Card, Fund Transfer, Forgery and Counterfeit Money | 4.00 |
| Refrigerated Personal Property | 10.00 |
| Personal Injury Coverage | 19.00 |
| Screened Enclosure Special Limitation $10,000 | Incl |
| Limited Fungi, Wet or Dry Rot, or Bacteria Coverage | 90.00 |
| Ordinance or Law Coverage - 25% | Incl |
| Personal Property Replacement Cost | 816.00 |
| Water Back Up & Sump Overflow | 100.00 |
| Emergency Management Preparedness and Assistance Trust Fund (EMPAT) Fee | 2.00 |
| Managing General Agency (MGA) Fee | 25.00 |
| Florida Hurricane Catastrophe Fund (FHCF) Assessment Fee | 26.24 |
| Citizens Property Insurance Corporation (CPIC) Emergency Assessment 2005 | 36.39 |
| Florida Insurance Guaranty Association (FIGA) Recoupment Fee 2007 | 2.86 |

| Credits | |
|---|---|
| Deductible Options | -156.00 |
| Building Code Effectiveness Grading Schedule (BCEGS) Credit | -328.00 |
| New Home Discount | -54.00 |
| Residential Windstorm Loss Mitigation Devices Credit | -3,354.00 |

| **Total Policy Premium:** | **$2,691.49** |
|---|---|

**DEDUCTIBLE (Section I Only):**

### The Calendar Year Hurricane Deductible is $7,860 (2% of Coverage A).
#### The All Other Perils Deductible is $2,500.

In case of loss under Section I, we cover only that part of the covered loss over the deductible stated.

**HO-DEC (07/07)**                                                                                    **Page:1**

(left margin: 0040220000 H000513077)

12/08/2009 09:37 FAX  9548474270          CUSTOMER RELATIONS                    ☒007/010

**POLICY NUMBE**
**H0005130**

**Mortgagee**
COUNTRYWIDE
ISAOA/ATIMA
400 COUNTRYWIDE WAY
SIMI VALLEY, CA 93065
LOAN ID: 198258617

Important: Please notify your agent immediately if the mortgage company shown is incorrect.

**BASIC RATING INFORMATION:**

| PROGRAM | FORM CODE | TERRITORY | COUNTY | CONSTRUCTION YEAR | CONSTRUCTION TYPE |
|---------|-----------|-----------|--------|-------------------|-------------------|
| THSFLHO | HO-3 | 038 | PALM BEACH | 2006 | Masonry |

| FIRE PROTECTION CLASS | ROOF TYPE | BUILDING CODE (BCEG) GRADE | WIND PROTECTIVE DEVICE | PROTECTIVE DEVICE |
|-----------------------|-----------|----------------------------|------------------------|-------------------|
| 4 | Gable | 3 | Class B | |

**PREMIUM SUMMARY:**    Hurricane Premium:        $994.00
                        Non-hurricane Premium:    $1,697.49

**SECTION II Other Location(s):**

**APPLICABLE FORMS AND ENDORSEMENTS:**
 THS001 (04/08), THS-OHO3 (01/09), HO 00 03 (04/91), HO 04 21 (10/94), HO 04 53 (04/91), HO 04 96 (04/91), HO 04 98 (04/91), HO 24 82 (04/91), HP-0075-00 (09/05), HP-0076-00 (07/04), HP-0077-00 (07/04), HP-0087-00 (07/04), HP-0088-00 (07/04), HP-0091-00 (02/05), HP-0094-00 (09/07), HP-0109-09 (05/09), HP-0351-00 (05/05), HP-0432-00 (01/03), HP-0477-00 (01/09), HP-0490-00 (09/05), HP-0495-00 (10/06), IL-0001 (11/01), IL-0009 (01/09), IL-0010 (09/05), IL-0012 (09/05), IL-0502-00 (06/07), IL-0503-00 (06/07), IL-CKLS (02/08), IL-P-001 (01/04), IL-WMCA (04/09), Privacy Notice (01/09)

**NOTICES:**

* A Building Code Effectiveness Grading Schedule (BCEGS) rate adjustment is reflected in your total policy premium. Refer to the Breakdown of Premium section on page 1 of this Declarations for the exact dollar amount.

* This policy does not provide Flood coverage.

* This Declarations replaces all previously issued policy Declarations, if any. This Declarations together with your policy and endorsements completes your policy. Refer to your policy and endorsements for details regarding your coverages, limits, and exclusions.

**RENEWAL NOTICES:**
* Premium change due to coverage change $76.00.
* Premium change due to rate increase/decrease $412.00.

# THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE LOSSES, WHICH MAY RESULT IN HIGHER OUT-OF-POCKET EXPENSES TO YOU.

HO-DEC (07/07)                                                          Page 2

Martin0006

**POLICY NUMBER**
**H000513077**



# LAW AND ORDINANCE COVERAGE IS AN IMPORTANT COVERAGE THAT YOU MAY WISH TO PURCHASE. YOU MAY ALSO NEED TO CONSIDER THE PURCHASE OF FLOOD INSURANCE FROM THE NATIONAL FLOOD INSURANCE PROGRAM. WITHOUT THIS COVERAGE, YOU MAY HAVE UNCOVERED LOSSES. PLEASE DISCUSS THESE COVERAGES WITH YOUR INSURANCE AGENT.

**COUNTERSIGNATURE:**

Countersigned by Authorized Representative:   Stephen E. Allnutt          Prepared: 11/21/2009



| **AGENT PHONE:** | (561) 998-1570 |
| **CUSTOMER SERVICE:** | (800) 342-3407 |

**QUESTIONS:**   If you have questions about your insurance policy or coverages, please contact your agent.
If you have payment or billing questions, please call the Customer Service number or contact your agent.

**TO FILE A CLAIM:**   Tower Hill Claims Service, Inc.   **PHONE:**(800) 216-3711 (24 hours a day, 7 days a week)
PO Box 142230   **FAX:**(352) 332-7999
Gainesville, FL 32614-2230

**FRAUD HOTLINE:**   (866) 265-6590  (Toll Free and Confidential)

**HO-DEC (07/07)**                                                                    **Page:3**

Martin0007

Print Form

Plaintiff Profile Form - Residential Properties

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

| For Internal Use Only |
|---|
| _____ |
| File Number |
| |
| Date Received |

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide Information that Is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

**Section I. Property Information**

Name Property Owner: MARTIN, Robert and Acela

Address of Affected Property: 9596 Cobblestone Creek Drive

Boynton Beach, FL 33472

Is this Property:* [X] Residential   [ ] Commercial   [ ] Governmental

Name of Person Completing this Form: Robert Martin

Is above your primary residence? (•) Yes   No ( )

Mailing Address (if different): _____

Phone: (954) 778 - 8689

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one: [X] Owner-Occupant   [ ] Owner Only   [ ] Renter-Occupant

Represented By: Michael J. Ryan, Esquire

Address: Krupnick Campbell Malone et. al.

700 S.E. 3rd Avenue, Suite 100

Ft. Lauderdale, FL 33316

Phone: (954) 763 - 8181

Case No. /Docket Info: 09-7628

**Section II. Insurance Information**

Homeowner/ Renter Insurer: Tower Hill

Policy #: H000513077

Agent: Mack, Mack & Waltz

Address: 1900 Corporate Blvd, S110 West Bldg

Boca Raton, FL 33431

Phone: (561) 998 - 1570

+ Attach Copy of Insurance Declaration Page

**Section III. Claimant Information**

| Name of Claimant | Dates Occupied Move-In | Dates Occupied Leave | Gender | Date of Birth | Are you claiming personal injuries?* Circle One | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| Robert Martin | 1 /17/ 07 | / / | [X] M / F | 09 08/ 49 | (•) Yes   No ( ) | Owner-Occupant |
| Acela Martin | 1 /17/ 07 | / / | M / [X] F | 12 06/ 54 | (•) Yes   No ( ) | Owner-Occupant |
| Amparo Acosta | 1 /17/ 07 | / / | M / [X] F | 11 22/ 27 | (•) Yes   No ( ) | Occupant or Renter Only |
| | / / | / / | M / F | / / | ( ) Yes   No ( ) | |
| | / / | / / | M / F | / / | ( ) Yes   No ( ) | |
| | / / | / / | M / F | / / | ( ) Yes   No ( ) | |
| | / / | / / | M / F | / / | ( ) Yes   No ( ) | |
| | / / | / / | M / F | / / | ( ) Yes   No ( ) | |
| | / / | / / | M / F | / / | ( ) Yes   No ( ) | |

* Personal injuries include claims for mental anguish and medical monitoring.

Page 1

Plaintiff Profile Form - Residential Properties

**Section IV. Inspection Information**

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?  ⊙ Yes   No ○

  1.1, if "Yes" to Question 1.0 Section IV. Who conducted the inspection?   Northstar; Rimkus Consulting Group; Rep from Krupnick

    1.2. When did the inspection take place?   6 / 1 /09

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?   ⊙ Yes   No ○

  2.1. if "Yes" to Question 2.0. Section IV. Who made this determination?   Rimkus Consulting Group & Rep from Krupnick Campbell

    2.2. When was this determination made?   6 / 1 /09

**Section V. Drywall Information**

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauf-Tianjin | Tiansin | A/C closet |
| | | |
| | | |
| | | |

**Section VI. Home Information**

| | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 2650 | | | |
| Estimated Sq. Ft. of Drywall | TBD | Occupied | ☒ | |
| Height of Interior Walls | 10 ft | Year-round | ☒ | |
| Number of Bedrooms: | 4 | Summer | | |
| Number of Bathrooms: | 2.5 | Winter | | |

**Plumbing System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | ☒ | |
| Copper Piping | | ☒ | |
| Copper Fixtures | | ☒ | |
| Other Fixtures | | ☒ | |
| Were repairs made to the plumbing system? | | ☒ | |
| Dates: | | | |

**Electrical System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | ☒ | | |
| Switches | ☒ | | |
| Main Panel | ☒ | | |
| 2nd Panel | ☒ | | |
| Exposed Copper Wires | ☒ | | |
| Were repairs made to the electrical system? | ☒ | | |
| Dates: Oct 08 and July 09 | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

**Section VII. Construction/Renovation Information**

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | 6 / 1 /06 | Completion Date | 1 / 1 /07 |
|---|---|---|---|
| Move in Date: | 1 /12 /07 | Date Acquired Home | 1 / 1 /06 |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move in Date: | / / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | ☐ |
| First Floor: Full Wall of drywall replaced | | | ☐ |
| Second Floor: Any drywall replaced | | | ☐ |

**Section VIII. Homebuilder/ General Contractor/ Developer Information**

Homebuilder/ General Contractor/ Developer's Name:

  Northstar Homes

Address:  14901 Military Trail

  Delray Beach, FL 33484

Phone:  (    )    -

+ Attach Copy of Construction/Renovation Contract

+ Attach Copy of New Home Warranty Declaration

**Section IX. Drywall Installer**

Drywall Installer's Name:

  Unknown - ** see below

Address:

Phone:  (    )    -

**Section X. Drywall Supplier**

Drywall Supplier's Name:

  Unknown - ** see below

Address:

Phone:  (    )    -

` * All dates are approximate
** Information will be
supplemented.

Martin0002

Plaintiff Profile Form - Residential Properties

**Section XI. Verification of Plaintiff Profile Form**

Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this Declaration to the extent that such documents are in my possession, custody or control.

| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
|---|---|---|---|
| *[signature]* | 12/07/09 | | |
| *[signature]* | 12/7/09 | | |
| *[signature]* Amparo L. Acosta | 12/7/09 | | |

Page 3

Martin0003

# Your Home Warranty Service Agreement

*Please file with your important papers.*



Home Buyers Warranty Corporation VI®
One Denver Highlands
10375 E. Harvard Avenue, Suite 100
Denver, CO 80231

# Don't worry –
# You're covered

******AUTO**MIXED AADC 800 T5 SN769
Acela Martin
9596 COBBLESTONE CREEK DR
BOYNTON BEACH  FL 33472-4450
IdIhuIIuIdIhudululhIuhIuludIdIhuhIuIIuuIhI

Dear Acela Martin,

You made a wise decision when you chose to protect your home with a warranty from Home Buyers Warranty Corporation VI®. Your home is your most valuable investment, and you can rest assured knowing it's protected by the industry leader in home warranty coverage!

**This contract explains your coverage in detail. Please review it for specific information regarding any changes that have been made in your coverage.**

Should you have a problem with any of your covered systems or appliances, we're here to help you 24 hours a day, 365 days a year. Just log on to www.hbwvi.com and file your claim online. We'll have a qualified contractor contact you to arrange for repairs. Or call us direct at 1-800-775-4736 at any time of the day or night.

Thank you for choosing us for your home warranty. We look forward to providing you with the world-class service and peace-of-mind you deserve.

Sincerely,

R.S. James
Home Buyers Warranty Corporation VI®

P.S.  Additional optional coverage is available on your home services agreement. Call us at 1-800-795-9595 before 2/19/2009 to add more protection to your home.

©2007 Home Buyers Resale Warranty Corporation
Home Buyers Warranty Corporation VI is a registered mark of Home Buyers Resale Warranty Corporation

---

E05B-5843234R
**Effective Date:** 1/19/2009

Acela Martin
9596 COBBLESTONE CREEK DR
BOYNTON BEACH, FL 334724440

**Listing Cost (if applicable):** $0.00

**Basic Plan Cost (Due at Closing):** $274.00

(Plan): $274.00
(Options): $0.00
+  (Tax): $0.00
(Total Cost):  $274.00

**Trade Fee:** $50.00

**Additional Coverage:**

**Print Date** 12/12/2008
**Through:** 1/18/2010

**Broker Name:**

**\*Additional Available coverage(s):**

| | |
|---|---|
| Supreme Protection (Renewal) | $40.00 |
| Washer/Dryer (Renewal) | $80.00 |
| Additional Pool/Spa (Renewal) | $150.00 |
| Pool/Spa Mechanical (Renewal) | $150.00 |
| Deluxe Appliance Protection (1 yr) (Renewal) | $99.00 |

*Applicable taxes may apply

# TOWER HILL SELECT INSURANCE COMPANY
POST OFFICE BOX 147018
GAINESVILLE, FL 32614-7018

**HOMEOWNERS
DECLARATIONS**
THIS IS NOT A BILL.
Payment notice will be sent separately
to: The Insured.

**POLICY NUMBER
H000513077**
Renewal
Issued On:
11/21/2009

**Insured**
ROBERT MARTIN
ACELA MARTIN
9596 COBBLESTONE CREEK DR
BOYNTON BEACH, FL 33472-4450

**AGENT        FL0897**
MACK, MACK & WALTZ INSURANCE GROUP, INC.
1900 CORPORATE BLVD N W
SUITE 110 WEST BUILDING
BOCA RATON, FL 33431

PHONE NUMBER: (561) 998-1570

**POLICY PERIOD: 01/18/10 to 01/18/11.** Each period begins and ends at 12:01 AM standard time at Insured location.

**INSURED LOCATION:** Same as mailing address shown under Named Insured.

Coverage is provided where a premium or limit is shown for the coverage.

| SECTION I - PROPERTY COVERAGE | LIMIT | SECTION II - LIABILITY COVERAGE | LIMIT |
|---|---|---|---|
| COVERAGE A - Dwelling | $393,000 | COVERAGE E - Personal Liability | |
| COVERAGE B - Other Structures | $39,300 | Each Occurrence | $300,000 |
| COVERAGE C - Personal Property | $196,500 | COVERAGE F - Medical Payments to Others | |
| COVERAGE D - Loss of Use | $78,600 | Each Person | $2,000 |

**BREAKDOWN OF PREMIUM:**

| Charges | Premium |
|---|---|
| Section I and Section II Premium | 5,452.00 |
| Credit Card, Fund Transfer, Forgery and Counterfeit Money | 4.00 |
| Refrigerated Personal Property | 10.00 |
| Personal Injury Coverage | 19.00 |
| Screened Enclosure Special Limitation $10,000 | Incl |
| Limited Fungi, Wet or Dry Rot, or Bacteria Coverage | 90.00 |
| Ordinance or Law Coverage - 25% | Incl |
| Personal Property Replacement Cost | 816.00 |
| Water Back Up & Sump Overflow | 100.00 |
| Emergency Management Preparedness and Assistance Trust Fund (EMPAT) Fee | 2.00 |
| Managing General Agency (MGA) Fee | 25.00 |
| Florida Hurricane Catastrophe Fund (FHCF) Assessment Fee | 26.24 |
| Citizens Property Insurance Corporation (CPIC) Emergency Assessment 2005 | 36.39 |
| Florida Insurance Guaranty Association (FIGA) Recoupment Fee 2007 | 2.86 |

| Credits | |
|---|---|
| Deductible Options | -156.00 |
| Building Code Effectiveness Grading Schedule (BCEGS) Credit | -328.00 |
| New Home Discount | -54.00 |
| Residential Windstorm Loss Mitigation Devices Credit | -3,354.00 |

| **Total Policy Premium:** | **$2,691.49** |
|---|---|

**DEDUCTIBLE (Section I Only):**

## The Calendar Year Hurricane Deductible is $7,860 (2% of Coverage A).
### The All Other Perils Deductible is $2,500.
In case of loss under Section I, we cover only that part of the covered loss over the deductible stated.

**HO-DEC (07/07)**

Page:1

Martin0005



**POLICY NUMBE**
**H0005130**

Mortgagee
COUNTRYWIDE
ISAOA/ATIMA
400 COUNTRYWIDE WAY
SIMI VALLEY, CA 93065
LOAN ID: 198258617

Important! Please notify your agent immediately if the mortgage company shown is incorrect.

**BASIC RATING INFORMATION:**

| PROGRAM | FORM CODE | TERRITORY | COUNTY | CONSTRUCTION YEAR | CONSTRUCTION TYPE |
|---|---|---|---|---|---|
| THSFLHO | HO-3 | 038 | PALM BEACH | 2006 | Masonry |

| FIRE PROTECTION CLASS | ROOF TYPE | BUILDING CODE (BCEG) GRADE | WIND PROTECTIVE DEVICE | PROTECTIVE DEVICE |
|---|---|---|---|---|
| 4 | Gable | 3 | Class B | |

**PREMIUM SUMMARY:**   Hurricane Premium:   $994.00
Non-hurricane Premium:   $1,697.49

**SECTION II Other Location(s):**

**APPLICABLE FORMS AND ENDORSEMENTS:**
THS001 (04/08), THS-OHO3 (01/09), HO 00 03 (04/91), HO 04 21 (10/94), HO 04 53 (04/91), HO 04 96 (04/91), HO 04 98 (04/91), HO 24 82 (04/91), HP-0075-00 (09/05), HP-0076-00 (07/04), HP-0077-00 (07/04), HP-0087-00 (07/04), HP-0088-00 (07/04), HP-0091-00 (02/05), HP-0094-00 (09/07), HP-0109-09 (05/09), HP-0351-00 (05/05), HP-0432-00 (01/03), HP-0477-00 (01/09), HP-0490-00 (09/05), HP-0495-00 (10/06), IL-0001 (11/01), IL-0009 (01/09), IL-0010 (09/05), IL-0012 (09/05), IL-0502-00 (06/07), IL-0503-00 (06/07), IL-CKLS (02/08), IL-P-001 (01/04), IL-WMCA (04/09), Privacy Notice (01/09)

**NOTICES:**

- A Building Code Effectiveness Grading Schedule (BCEGS) rate adjustment is reflected in your total policy premium.  Refer to the Breakdown of Premium section on page 1 of this Declarations for the exact dollar amount.

- **This policy does not provide Flood coverage.**

- This Declarations replaces all previously issued policy Declarations, if any.  This Declarations together with your policy and endorsements completes your policy.  Refer to your policy and endorsements for details regarding your coverages, limits, and exclusions.

**RENEWAL NOTICES:**
- Premium change due to coverage change $76.00.
- Premium change due to rate increase/decrease $412.00.

# THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE LOSSES, WHICH MAY RESULT IN HIGHER OUT-OF-POCKET EXPENSES TO YOU.

HO-DEC (07/07)

Page 2

Martin0006



# LAW AND ORDINANCE COVERAGE IS AN IMPORTANT COVERAGE THAT YOU MAY WISH TO PURCHASE. YOU MAY ALSO NEED TO CONSIDER THE PURCHASE OF FLOOD INSURANCE FROM THE NATIONAL FLOOD INSURANCE PROGRAM. WITHOUT THIS COVERAGE, YOU MAY HAVE UNCOVERED LOSSES. PLEASE DISCUSS THESE COVERAGES WITH YOUR INSURANCE AGENT.

**COUNTERSIGNATURE:**

Countersigned by Authorized Representative:    Stephen E. Allnutt    Prepared: 11/21/2009



| | |
|---|---|
| **AGENT PHONE:** | (561) 998-1570 |
| **CUSTOMER SERVICE:** | (800) 342-3407 |
| **QUESTIONS:** | If you have questions about your insurance policy or coverages, please contact your agent. If you have payment or billing questions, please call the Customer Service number or contact your agent. |
| **TO FILE A CLAIM:** | Tower Hill Claims Service, Inc.    **PHONE:**(800) 216-3711 (24 hours a day, 7 days a week)<br>PO Box 142230    **FAX:**(352) 332-7999<br>Gainesville, FL 32614-2230 |
| **FRAUD HOTLINE:** | (866) 265-6590  (Toll Free and Confidential) |

00502200000 H000513077

Martin0007

Plaintiff Profile Form - Residential Properties

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION
THIS DOCUMENT RELATES TO: ALL CASES

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

| For Internal Use Only |
|---|
| File Number |
| Date Received |

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

## Section I. Property Information

Name Property Owner: Martin, Robert and Acela
Address of Affected Property: 9596 Cobblestone Creek Drive
Boynton Beach, FL 33472

Is this Property:* [X] Residential   [ ] Commercial   [ ] Governmental

Name of Person Completing this Form: J

Is above your primary residence? (•) Yes   No ( )

Mailing Address (if different):

Phone: (   )   -

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one: [X] Owner-Occupant   [ ] Owner Only   [ ] Renter-Occupant

Represented By: Michael Ryan, Esquire
Address: Krupnick Campbell, et al.
12 SE 7th Street, Suite 801
Ft. Lauderdale, FL 33316

Phone: (954 ) 763 . 8181

Case No. /Docket Info: 11-1672; 11-1395; 11-1673

## Section II. Insurance Information

Homeowner/Renter Insurer:

Policy #:

Agent:

Address:

Phone: (   )   -

→ Attach Copy of Insurance Declaration Page

## Section III. Claimant Information

| Name of Claimant | Dates Occupied | | Gender | Date of Birth | Are you claiming personal injuries?* Circle One | | Identify Claimant Status as an Owner Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|---|
| | Move-in | Leave | | | Yes | No | |
| Robert Martin | 1 /17/ 07 | / / | (X) M / F | 9  8 /49 | ( )Yes | No(•) | Owner-Occupant |
| Acela Martin | 1 /17/ 07 | / / | M / (X) F | 12 6 /54 | ( )Yes | No(•) | Owner-Occupant |
| Amparo Acosta | 1 /17/ 07 | / / | M / (X) F | 11 22/ 27 | ( )Yes | No(•) | Occupant or Renter Only |
| | / / | / / | M / F | / / | ( )Yes | No( ) | |
| | / / | / / | M / F | / / | ( )Yes | No( ) | |
| | / / | / / | M / F | / / | ( )Yes | No( ) | |
| | / / | / / | M / F | / / | ( )Yes | No( ) | |
| | / / | / / | M / F | / / | ( )Yes | No( ) | |
| | / / | / / | M / F | / / | ( )Yes | No( ) | |

* Personal injuries include claims for mental anguish and medical monitoring.

Page 1

Martin 0001

Plaintiff Profile Form - Residential Properties

### Section IV. Inspection Information

**1.0.** Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?   Yes ● No ○

**1.1.** If "Yes" to Question 1.0 Section IV. Who conducted the inspection?   Krupnick Campbell Rep; Yanes; Benchmark

**1.2.** When did the inspection take place?   8  25 /09

**2.0.** Has a determination been made that Chinese-manufactured drywall is present in your home?   ● Yes   No ○

**2.1.** If "Yes" to Question 2.0. Section IV. Who made this determination?   Krupnick Campbell Rep; Yanes; Benchmark

**2.2.** When was this determination made?   8  25 /09

### Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauf | Knauf | throughout |
| | | |
| | | ACCEPTED INTO KNAUF REMEDIATION PROGRAM |

### Section VI. Home Information

| | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 2777 | | | |
| Estimated Sq. Ft. of Drywall | | Occupied | ☒ | |
| Height of Interior Walls | | Year-round | ☒ | |
| Number of Bedrooms: | 4 | Summer | | |
| Number of Bathrooms: | 2.5 | Winter | | |

**Plumbing System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | | |
| Copper Piping | ☒ | | |
| Copper Fixtures | ☒ | | |
| Other Fixtures | ☒ | | |

Were repairs made to the plumbing system?
Dates: during remediation 2012

**Electrical System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | ☒ | | |
| Switches | ☒ | | |
| Main Panel | | | |
| 2nd Panel | | | |
| Exposed Copper Wires | ☒ | | |

Were repairs made to the electrical system?   ☒
Dates: during remediation 2012

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

### Section VII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move in Date: | / / | Date Acquired Home | / / |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | 5  7 /12 | Completion Date | 8  16 /12 |
|---|---|---|---|
| Move in Date: | / / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | |
| First Floor: Full Wall of drywall replaced | ☒ | | |
| Second Floor: Any drywall replaced | | | |

### Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:
WCI

Address:   24301 Walden Center Drive
Bonita Springs, FL 34134

Phone:   (     )      -

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

### Section IX. Drywall Installer

Drywall Installer's Name:   Unknown

Address:

Phone:   (     )      -

### Section X. Drywall Supplier

Drywall Supplier's Name:   Possible Banner

Address:

Phone:   (     )      -

Page 2

Martin 0002

Plaintiff Profile Form - Residential Properties

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
|---|---|---|---|
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

Page 3

Martin 0003

# Exhibit G-2

Print Form

Plaintiff Profile Form - Residential Properties

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| IN RE:  CHINESE MANUFACTURED DRYWALL | MDL NO. 2047 | For Internal Use Only |
| PRODUCTS LIABILITY LITIGATION | SECTION: L | File Number |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON | |
| | MAG. JUDGE WILKINSON | Date Received |

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address.  In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge.  If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known.  You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form.  If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection.  By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges.  Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary.   All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

**Section I. Property Information**

| | |
|---|---|
| Name Property Owner | King, John |
| Address of Affected Property | 14848 97 Road North |
| | West Palm Beach, FL 33412 |

Is this Property:* [X] Residential   [ ] Commercial   [ ] Governmental

Name of Person Completing this Form: John King

Is above your primary residence? (•) Yes   No ( )

Mailing Address (if different): 85 Dunbar Road E
Palm Beach Gardens, FL 33418

Phone: (561 ) 628 - 9069

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one: [X] Owner-Occupant   [ ] Owner Only   [ ] Renter-Occupant

Represented By: Michael J. Ryan, Esq.

Address: Krupnick Campbell Malone et al
700 SE 3 Avenue, S 100
Ft. Lauderdale, FL 33316

Phone: (954 ) 763 - 8181

Case No. /Docket Info: 09-6690

**Section II. Insurance Information**

Homeowner/ Renter Insurer:

Olympus Insurance Company

Policy #: OL30008086

Agent: Silvester Ins Advisors, Inc.

Address: 5070 PGA Blvd, S 200
Palm Beach Gardens, FL 33418

Phone: (561 ) 575 - 5211

+ Attach Copy of Insurance Declaration Page

**Section III. Claimant Information**

| Name of Claimant | Dates Occupied Move-in | Dates Occupied Leave | Gender | Date of Birth | Are you claiming personal injuries?* Circle One | | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|---|
| John King | 12 / 1 / 06 | 10 / 5 / 09 | (X) M / F | 10 / 15 / 64 | ( ) Yes | No ( ) | Owner-Occupant |
| | / / | / / | M / F | / / | ( ) Yes | No ( ) | |
| | / / | / / | M / F | / / | ( ) Yes | No ( ) | |
| | / / | / / | M / F | / / | ( ) Yes | No ( ) | |
| | / / | / / | M / F | / / | ( ) Yes | No ( ) | |
| | / / | / / | M / F | / / | ( ) Yes | No ( ) | |
| | / / | / / | M / F | / / | ( ) Yes | No ( ) | |
| | / / | / / | M / F | / / | ( ) Yes | No ( ) | |
| | / / | / / | M / F | / / | ( ) Yes | No ( ) | |

* Personal injuries include claims for mental anguish and medical monitoring.

Page 1

KingJ00001

Plaintiff Profile Form - Residential Properties

### Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?   ⦿ Yes   No ◯

   1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?   **See below

     1.2. When did the inspection take place?      /   /

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?   ⦿ Yes   No ◯

   2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?   **See below

     2.2. When was this determination made?      /   /

### Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| ** see below | ** see below | ** see below |
| | | |
| | | |
| | | |

### Section VI. Home Information

| | | Yes | No |
|---|---|---|---|
| Approx. Sq. Ft. of House: | 4,321 | | |
| Estimated Sq. Ft. of Drywall | | | |
| Height of Interior Walls | 14 ft | | |
| Number of Bedrooms: | 4 | | |
| Number of Bathrooms: | 3 | | |

| | Yes | No |
|---|---|---|
| Occupied | ☒ | ☐ |
| Year-round | ☒ | ☐ |
| Summer | ☒ | ☐ |
| Winter | ☒ | ☐ |

#### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | ☐ | ☐ | ☐ |
| Copper Piping | ☒ | ☐ | ☐ |
| Copper Fixtures | ☒ | ☐ | ☐ |
| Other Fixtures | ☒ | ☐ | ☐ |
| Were repairs made to the plumbing system? | no | | |
| Dates: | | | |

#### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | ☒ | ☐ | ☐ |
| Switches | ☒ | ☐ | ☐ |
| Main Panel | ☒ | ☐ | ☐ |
| 2nd Panel | ☐ | ☐ | ☐ |
| Exposed Copper Wires | ☒ | ☐ | ☐ |
| Were repairs made to the electrical system? | ☐ | ☒ | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

### Section VII. Construction/Renovation Information

**Date Range for New Home Construction: (Month/Day/Year)**

| Start Date: | / / | Completion Date | 11 / /06 |
|---|---|---|---|
| Move In Date: | 12 / /06 | Date Acquired Home | 11 / /06 |

**Date Range for Renovations: (Month/Day/Year)**

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | / / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | ☐ | ☐ | ☐ |
| First Floor: Full Wall of drywall replaced | ☐ | ☐ | ☐ |
| Second Floor: Any drywall replaced | ☐ | ☐ | ☐ |

### Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:

Majestic Homes

Address: 4121 Royal Palm Beach Blvd
Royal Palm Beach, FL 33411

Phone: (   )   -

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

### Section IX. Drywall Installer

Drywall Installer's Name:
    ** see below

Address: _____

Phone: (   )   -

### Section X. Drywall Supplier

Drywall Supplier's Name:

Banner Supply Co.

Address: 7195 NW 30 Street
Miami, FL 33122

Phone: (   )   -

Page 2

*all dates are approximate
** information will be
supplemented

KingJ00002

Plaintiff Profile Form - Residential Properties

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| | | | |
|---|---|---|---|
| _____ | 1-13-10 | _____ | _____ |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| _____ | _____ | _____ | _____ |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| _____ | _____ | _____ | _____ |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

Page 3

KingJ00003



**Olympus Insurance Company**
7380 W Sand Lake Rd Suite 115
Orlando, FL 32819-5250

*Homeowners*
*Renewal Ext Dec*
*and Premium Invoice*
*EFFECTIVE 11/10/09*

| POLICY NUMBER | POLICY PERIOD FROM | TO | | Agency |
|---|---|---|---|---|
| OL30008086 | 11/10/09 | 11/10/10 | 12:01 AM STANDARD TIME | 9967996 |

| NAMED INSURED AND ADDRESS | AGENT |
|---|---|
| *JOHN KING*<br>*14848 97TH RD N*<br>*WEST PALM BEACH   FL 33412-1757* | *SILVESTER INS ADVISORS INC*<br>*GREAT FLORIDA INSURANCE*<br>*5070 PGA BLVD, SUITE 200*<br>*PALM BEACH GARDENS   FL 33418*<br>*PHONE # 561-575-5211* |

| BASIC<br>COVERAGES<br>PREMIUM | ATTACHED<br>ENDORSEMENTS<br>PREMIUM | SCHEDULED<br>PROPERTY<br>PREMIUM | POLICY<br>FEES/<br>TAXES | POLICY<br>ASSESSMENT | TOTAL<br>POLICY<br>PREMIUM |
|---|---|---|---|---|---|
| $1,153.00 | $520.00 | | $27.00 | $41.00 | $1,741.00 |

-------------------------------- LOCATION 001 -------------------------------

| ALL OTHER PERILS<br>DEDUCTIBLE | FORM<br>TYPE | CONSTRUCTION<br>TYPE   SUPERIOR | DATE<br>BUILT | NUMBER OF<br>FAMILIES | OCCUPANCY |
|---|---|---|---|---|---|
| $1000 | HO-3 | MA       N | 01-2007 | 1 | Owner |

___ **HURRICANE DEDUCTIBLE    2%  =    $7,469**

| LAW AND ORDINANCE | PROTECTION CLASS | TERRITORY | COUNTY CODE | USE |
|---|---|---|---|---|
| 25% | 04 | 38 | 99 | Primary |

*MORTGAGEE(S) THAT APPLY:    1*

----------------- **COVERAGE LIMITS AND PREMIUMS - SECTION I** ----------------

| | | |
|---|---|---|
| Coverage -A- (Dwelling) | $373,498 | $3,407.00 |
| Coverage -B- (Other Structures) | $7,470 | Incl |
| Coverage -C- (Personal Property) | $186,749 | Incl |
| Coverage -D- (Loss of Use) | $37,350 | Incl |
| Hurricane Premium -------- $1,109 | | Incl |

----------------- **COVERAGE LIMITS AND PREMIUMS - SECTION II** ----------------

| | | |
|---|---|---|
| Coverage -E- (Personal Liability) | $100,000 | Incl |
| Coverage -F- (Medical Payments) | $1,000 | Incl |

---------------------- **POLICY CHARGES AND CREDITS** ----------------------

| | |
|---|---|
| 2% Hurricane Deductible | Incl |
| | $7,469 |
| Mitigation Device Credit | $2,254.00- |
| MGA Policy Fee | $25.00 |
| Emergency Management Trust Fund Surcharge | $2.00 |
| Florida Hurricane Catastrophe Fund | |
| Regular Assessment (1%) | $17.00 |
| Citizens Property Insurance Corporation 2005 | |
| High Risk Account Emergency Assessment (1.4%) | $24.00 |

---------------------- **LOCATION(S) OF PROPERTY INSURED** ----------------------

*14848 97TH RD N*
*WEST PALM BEACH  FL 33412-1757*

KingJ00004

Insured Copy

OIDECI    06/01/2007

*1614OL300080867480*

*PAGE   1 OF   3*



**Olympus Insurance Company**
7380 W Sand Lake Rd Suite 115
Orlando, FL 32819-5250

*Homeowners*
*Renewal Ext Dec*
*and Premium Invoice*
  *EFFECTIVE 11/10/09*

| POLICY NUMBER | POLICY PERIOD FROM | TO | | Agency |
|---|---|---|---|---|
| OL30008086 | 11/10/09 | 11/10/10 | 12:01 AM STANDARD TIME | 9967996 |

| NAMED INSURED AND ADDRESS | AGENT |
|---|---|
| *JOHN KING*<br>*14848 97TH RD N*<br>*WEST PALM BEACH   FL 33412-1757* | *SILVESTER INS ADVISORS INC*<br>*GREAT FLORIDA INSURANCE*<br>*5070 PGA BLVD, SUITE 200*<br>*PALM BEACH GARDENS    FL 33418*<br>        *PHONE # 561-575-5211* |

```
------------------------------- MORTGAGEE(S) -----------------------------
     MORTGAGEE   001
        CAPITAL ONE NA
        ISAOA/ATIMA
        PO BOX 100595
        FLORENCE          SC 29501-0595
        LOAN # 0555087055
------------------------ POLICY FORMS AND ENDORSEMENTS -------------------
```

| NUMBER | DATE | | LIMIT | PREMIUM |
|---|---|---|---|---|
| HO 03 34 | 05-03 | Limited Fungi,Wet/Dry Rot | | |
| HO 04 96 | 10-00 | No Sec II/Home Day Care | | |
| IL P 001 | 01-04 | OFAC Advisory Notice | | |
| OIR-B1-1655 | 07-07 | Hurricane Loss Mitigation | | |
| OIR-B1-1670 | 01-06 | Checklist of Coverages | | |
| OL DO | 06-07 | Deductible Options Notice | | |
| OL GLB | | Privacy Notice | | |
| OL J1 | 06-07 | Homeowners Policy Jacket | | |
| *OL OC | 05-09 | Outline of Coverage | | |
| OLHO LO | 06-07 | Ordinance or Law Sel. | | |
| *OLHO 100 | 05-09 | Special Provisions - FL | | |
| OLHO 101 | 06-07 | Animal Liability Excl EN | | |
| OLHO 140 | 06-07 | CAT Ground Cover Collapse | | |
| HO 03 52 | 01-06 | Calendar Yr Hurricane Ded | | |
| HO0003ID | 10-00 | HO-3 Special Form | | |
| OLHO 120 | 06-07 | Existing Damage Exclusion | | |
| OLHO0416 | 06-07 | Premises Alarm or Fire | | $57.00- |
| OLHO0490 | 06-07 | Pers Prop Repl Cost Cov | | $577.00 |
| OLHO2370 | 06-07 | Windstorm Exterior Paint | | |

```
-------------------------------------------------------------------------
```

**\*\*\*Coverage is provided where premium and limit of liability are shown.**
**Flood coverage is not provided by this policy.**

KingJ00005

Insured Copy

OIDECI   06/01/2007

# BONDED BUILDERS WARRANTY GROUP

1500 Kings Highway, Port Charlotte, FL 33980 • Phone: 800-749-0381 • Fax 941-743-0534

## WARRANTY COVERAGE APPLICATION

THIS APPLICATION IS TO ENROLL YOUR NEW HOME IN BONDED BUILDER'S EXPRESS LIMITED WARRANTY COVERAGE; IT IS NOT YOUR NEW HOME WARRANTY NOR IS IT A SUBSTITUTE FOR YOUR HOMEOWNERS INSURANCE. UNLESS ALL BLANKS ARE COMPLETED, THE APPLICATION IS SIGNED, AND THE WARRANTY FEE IS PAID, YOUR HOME WILL NOT BE ENROLLED.

**BUILDER NAME & NUMBER:**   JPG ENTERPRISES, INC./MAJESTIC CUSTOM HOMES - 90282

### WARRANTY SELECTION
*Check the warranty plan to be provided to the homeowner*

90282 FL

**Warranties**
- ☐ 10 Yr Structural Warranty + 1 Yr Workmanship & Materials/1 Yr Systems Warranty
- ☑ 10 Yr Structural Warranty + 1 Yr Workmanship & Materials/2 Yr Systems Warranty

**WARRANTY ENROLLMENT FEE: $** *480.29* (See formula on back for fee calculation)

### NEW HOME TO BE ENROLLED
*Please type or print clearly*

1. **HOMEOWNER LAST NAME:** _King_   **FIRST NAME:** _John_

2. **CO-OWNER LAST NAME:** _____   **FIRST NAME:** _____

3. **NEW HOME ADDRESS:** _14848    9712 Red N.t.   west palm road_ _11_ _33412_
   Street Address / City / State / Zip Code

4. **LOCATION:** _17_ _____ _____ _60_
   Building # / Unit# / Block# / Lot#

5. **SUBDIVISION:** _____   6. **COUNTY:** _____

7. **CLOSING DATE:** _____   8. **CLOSING CONTRACT PRICE*: $** _____   9. **BUILDER RM#** _____

### ALTERNATE MAILING ADDRESS
*Provide homeowner(s) mailing address if different from above*

10. _____
    Street Address / City / State / Zip Code
    ☐ CHECK HERE IF WARRANTY DOCUMENTS SHOULD BE MAILED TO THIS ADDRESS RATHER THAN TO THE NEW HOME ADDRESS

### PROPERTY SPECIFIC INFORMATION

11. **CONSTRUCTION TYPE:** ☑ SINGLE FAMILY DETACHED   ☐ DUPLEX/TRIPLEX/QUADRUPLEX
    ☐ CONDOMINIUM/TOWNHOUSE (3 STORIES OR LESS)   ☐ CONDOMINIUM (4 STORIES OR MORE)

12. **TOWNHOUSE/DUPLEX/TRIPLEX/QUADRUPLEX/CONDOMINIUM: DATE OF CERTIFICATE OF OCCUPANCY FOR MAIN STRUCTURE:** _____

13. **CONSTRUCTION OF THE HOME: (CHECK ONE)** ☑ SITE BUILT   ☐ SYSTEMS BUILT- MFG JOB # _____

### MORTGAGE INFORMATION

14. **CHECK IF CASH SALE:** ☐   15. **IF HOME IS FINANCED CHECK TYPE:** ☑ CONVENTIONAL   ☐ FHA   ☐ VA   ☐ RURAL DEVELOPMENT (FmHA)

*WARRANTY COVERAGE IS LIMITED TO THE LESSER OF THE CLOSING CONTRACT PRICE OR $1,000,000, UNLESS A HIGHER AMOUNT HAS BEEN PRE-APPROVED BY BBWG. CERTAIN ITEMS AND EVENTS ARE NOT COVERED BY THIS WARRANTY. PLEASE REFER TO THE SECTION TITLED "EXCLUSIONS" IN THE WARRANTY DOCUMENT. IN FLORIDA, THE HOME WARRANTY MAY NOT PROVIDE LISTING PERIOD COVERAGE FREE OF CHARGE.

### SIGNATURES

*HOMEOWNER(S) – Please read and initial the important Homeowner's Acknowledgement on the other side of the white copy of this application before signing the application.*

**HOMEOWNER:** _____   **DATE:** _12-2-06_   **CO-OWNER:** _____   **DATE:** _____

**BUILDER'S REP:** _____   **DATE:** _12/02/06_

### PREPARED BY

**PRINT NAME:** _Pamela Lahn_   **DATE:** _12/02/06_   **PHONE:** _(  ) 740-1411_   **FAX:** _John 3333_

BB-W2110 (06/06)      WHITE COPY - BBWG • CANARY COPY - BUILDER/FINANCIAL • PINK COPY - HOMEOWNER(S)



Debbie

# GTON" MODEL
**WED IN ROYAL PALM BEACH MODEL CENTER**

## LE AS SINGLE STORY
### OR
## 2 STORY WITH
## OLLOWING OPTIONS:
## GAME ROOM,
## X BONUS SPACE,
## RE BEDROOMS,
## R GUEST SUITE

BAY WINDOW

3rd BATH

FAMILY
21'-6" X 16'-3"
10'-0" FLAT CEILING
IN 2 STORY MODELS
SINGLE STORY VAULTED

BEDROOM
12'-0" X 12'-0"
10'-0" FLAT CEILING

COVERED PORCH

SLIDING GLASS

NOOK
9'-10" X 9'-8"
10'-0" FLAT CEILING

SERVING COUNTER

D/W

MIRRORED DOORS

MIRRORED DOORS

BEDROOM
12'-0" X 12'-0"
10'-0" FLAT CEILING

RANGE W/ MICRO ABOVE

KITCHEN
16'-0" X 12'-8"
10'-0" FLAT CEILING

REF

PANTRY

OPTIONAL FIREPLACE
TO LIVING ROOM
AND/OR MASTER SUITE

LIVING
17'-10" X 14'-11"
10'-0" FLAT CEILING

STAIRISN
2 STORY ONLY

WALK-IN
PANTRY

2nd BATH

SUITE

DINING
12'-7" X 10'-4"
10'-0" FLAT CEILING

LAUNDRY
9'-0" X 6'-0"
8'-0" FLAT CEILING

LINEN

BEDROOM
11'-8" X 11'-0"
10'-0" FLAT CEILING

MIRRORED DOORS

HER WALK-IN
CLOSET

OPTIONAL
WET BAR

STUDY
11'-6" X 9'-11"
COFFERED CEILING

FOYER

GARAGE
28'-2" X 22'-2"

DOUBLE DOOR W/
ARCH WINDOW ABOVE

COVERED PORCH

ARCH          ARCH

MASTER SUITE SITTING ROOM
OPEN FLOOR PLAN
LARGE WALK IN PANTRY
CABANA GUEST BATH
GUEST RETREAT
LARGE SECOND FLOOR GAME ROOM
4TH BATH OPTION AVAILABLE
3 CAR GARAGE

EQUAL HOUSING
OPPORTUNITY

## MAJESTIC HOMES
PH. (561)790-3300  FAX. (561)790-5552
4061 ROYAL PALM BCH. BLVD.
R.P.B. FLA 33411

JPG
STATE LICENSE UNINSURED
CBCO 31861

## THE ARLINGTON

COPYRIGHT INFORMATION
ALL IDEAS, DESIGNS ARRANGEMENTS AND
PLANS INDICATED OR REPRESENTED BY
THIS DRAWING ARE OWNED BY AND THE
PROPERTY OF AND WERE THE
CREATED, EVOLVED AND DEVELOPED FOR
USE ON AND IN CONNECTION WITH THE
SPECIFIED PROJECT. NONE OF SUCH IDEAS
DESIGN ARRANGEMENTS OR PLANS SHALL
BE USED BY OR DISCLOSED TO ANY PERSON
FIRM OR CORPORATION FOR ANY PURPOSE
WHATSOEVER WITHOUT THE WRITTEN
PERMISSION OF THE DESIGNER.

KingJ00007

PRICES AND SPECIFICATIONS SUBJECT TO CHANGE WITHOUT NOTICE    © COPYRIGHT  November 10, 2004



# THE "ARLIN

FURNISHED MODEL (2 STORY) CAN

AVAIL

THE

F

## ARLINGTON CONTEMPORARY

CAN BE BUILT AS A SINGLE STORY OR TWO STORY

**2 STORY $299,990***

**1 STORY $269,990**

*PRICED WITH GAME ROOM
EXTRA ROOMS & BATHS ADD'L



**MAJESTIC HOMES**
WEST PALM BEACH-(561)790-3300
PORT ST. LUCIE- (772) 344-3304

---

**4 BEDROOMS, 3 BATHS
3 CAR GARAGE
COVERED PORCH**

### 2 STORY AREAS

| | |
|---|---|
| LIVING SQ FT FIRST FLOOR | 2,805 |
| LIVING SQ FT SECOND FLOOR | 723 |
| TOTAL SQ FT | 4,380 |

### 1 STORY AREA

| | |
|---|---|
| LIVING SQ FT FIRST FLOOR | 2,805 |
| TOTAL SQ FT | 3,657 |

**WIDTH 60'-0" LENGH 75'-0"**

## OPTIONAL 2nd FLOOR PLAN

SHOWN WITH OPTIONAL EXTERIOR DECK AND DOORS

OPTIONAL BALCONY W/ SLIDERS, RAILING, EXTERIOR CARPET $9,300

OPTIONAL BATH 14.5'X5

GAME ROOM
OR
HOME OFFICE
37'-2" X 16'-8"

SHOWN WITH
OPTIONAL TRAY CEILING

TWO STORY FRAMING
WILL TYPICALLY BE
FRAME CONSTRUCTIO

OPTIONAL BATH

LINEN

SLIDIN

SIT
RE

MASTE
24'-6"
OPTIONAL

HIS WALK-IN CLOSET

B

SH

NOTE: MAJESTIC "DRAFT WIZ" ARCHITECTURAL DRAFTING PROGRAM CAN. . .
MODIFY FLOOR PLANS & ELEVATIONS TO ACCOMMODATE YOUR LIFESTYLE.
ADD TUBS OR ROMAN SHOWERS, ADD OR ENLARGE ROOMS.
MAJESTIC WILL EVEN MOVE INTERIOR (NON-STRUCTURAL) WALLS AT NO CHARGE!

# "LOWEST PRICES - GUARANTEED

THESE DRAWINGS ARE FOR ILLUSTRATION PURPOSES ONLY-NOT PART OF A LEGAL CONTRACT

KingJ00008



Plaintiff Profile Form - Residential Properties

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | For Internal Use Only |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | MDL NO. 2047 | |
| PRODUCTS LIABILITY LITIGATION | SECTION: L | File Number |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON | |
| | MAG. JUDGE WILKINSON | Date Received |

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

**Section I. Property Information**

| | |
|---|---|
| Name Property Owner | King, John |
| Address of Affected Property | 14848 97 Road North |
| | West Palm Beach, FL 33412 |

Is this Property:* [X] Residential  [ ] Commercial  [ ] Governmental

Name of Person Completing this Form: John King

Is above your primary residence?  (•) Yes   No ( )

Mailing Address (if different): 85 Dunbar Road E
Palm Beach Gardens, FL 33418

Phone: (561 ) 628 - 9069

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one: [X] Owner-Occupant  [ ] Owner Only  [ ] Renter-Occupant

| | |
|---|---|
| Represented By: | Michael J. Ryan, Esq. |
| Address: | Krupnick Campbell Malone et al |
| | 700 SE 3 Avenue, S 100 |
| | Ft. Lauderdale, FL 33316 |
| Phone: | (954 ) 763 - 8181 |
| Case No. /Docket Info: | 09-6690 |

**Section II. Insurance Information**

| | |
|---|---|
| Homeowner/ Renter Insurer: | Olympus Insurance Company |
| Policy #: | OL30008086 |
| Agent: | Silvester Ins Advisors, Inc. |
| Address: | 5070 PGA Blvd, S 200 |
| | Palm Beach Gardens, FL 33418 |
| Phone: | (561 ) 575 - 5211 |

**+ Attach Copy of Insurance Declaration Page**

**Section III. Claimant Information**

| Name of Claimant | Dates Occupied Move-In | Dates Occupied Leave | Gender | Date of Birth | Are you claiming personal injuries?* Circle One | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| John King | 12 / 06 | 10 / 09 | M / F | 10 / 64 | (•)Yes  No ( ) | Owner-Occupant |
| | / / | / / | M / F | / / | ( )Yes  No ( ) | |
| | / / | / / | M / F | / / | ( )Yes  No ( ) | |
| | / / | / / | M / F | / / | ( )Yes  No ( ) | |
| | / / | / / | M / F | / / | ( )Yes  No ( ) | |
| | / / | / / | M / F | / / | ( )Yes  No ( ) | |
| | / / | / / | M / F | / / | ( )Yes  No ( ) | |
| | / / | / / | M / F | / / | ( )Yes  No ( ) | |
| | / / | / / | M / F | / / | ( )Yes  No ( ) | |

* Personal injuries include claims for mental anguish and medical monitoring.

Page 1

KingJ00001

Plaintiff Profile Form - Residential Properties

**Section IV. Inspection Information**

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?   Yes ⦿   No ◯

   1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?   **See below

   1.2. When did the inspection take place?   [ / / ]

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?   Yes ⦿   No ◯

   2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?   **See below

   2.2. When was this determination made?   [ / / ]

**Section V. Drywall Information**

| Drywall Manufacturer | Markings on Drywall | Location In Home |
|---|---|---|
| ** see below | ** see below | ** see below |
|  |  |  |
|  |  |  |
|  |  |  |

**Section VI. Home Information**

| | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 4,321 | | | |
| Estimated Sq. Ft. of Drywall | | Occupied | ☒ | |
| Height of Interior Walls | 14 ft | Year-round | ☒ | |
| Number of Bedrooms: | 4 | Summer | ☒ | |
| Number of Bathrooms: | 3 | Winter | ☒ | |

**Plumbing System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | | |
| Copper Piping | ☒ | | |
| Copper Fixtures | ☒ | | |
| Other Fixtures | ☒ | | |
| Were repairs made to the plumbing system? | no | | |
| Dates: | | | |

**Electrical System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | ☒ | | |
| Switches | ☒ | | |
| Main Panel | ☒ | | |
| 2nd Panel | | | |
| Exposed Copper Wires | ☒ | | |
| Were repairs made to the electrical system? | | ☒ | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

**Section VII. Construction/Renovation Information**

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | / / | Completion Date | 11 / /06 |
|---|---|---|---|
| Move In Date: | 12 / /06 | Date Acquired Home | 11 / /06 |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | |
| First Floor: Full Wall of drywall replaced | | | |
| Second Floor: Any drywall replaced | | | |

**Section VIII. Homebuilder/ General Contractor/ Developer Information**

Homebuilder/ General Contractor/ Developer's Name:

Majestic Homes

Address: 4121 Royal Palm Beach Blvd
Royal Palm Beach, FL 33411

Phone: ( ) -

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

**Section IX. Drywall Installer**

Drywall Installer's Name:   ** see below

Address:

Phone: ( ) -

**Section X. Drywall Supplier**

Drywall Supplier's Name:

Banner Supply Co.

Address: 7195 NW 30 Street
Miami, FL 33122

Phone: ( ) -

Page 2

*all dates are approximate
** information will be supplemented

KingJ00002

Plaintiff Profile Form - Residential Properties

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| | | | |
|---|---|---|---|
| _____ | 1-13-10 | _____ | _____ |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| _____ | _____ | _____ | _____ |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| _____ | _____ | _____ | _____ |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

Page 3

KingJ00003



**Olympus Insurance Company**
7380 W Sand Lake Rd Suite 115
Orlando, FL 32819-5250

*Homeowners*
*Renewal Ext Dec*
*and Premium Invoice*
    *EFFECTIVE 11/10/09*

| POLICY NUMBER | POLICY PERIOD FROM | POLICY PERIOD TO | | Agency |
|---|---|---|---|---|
| OL30008086 | 11/10/09 | 11/10/10 | 12:01 AM STANDARD TIME | 9967996 |

| NAMED INSURED AND ADDRESS | AGENT |
|---|---|
| *JOHN KING*<br>*14848 97TH RD N*<br>*WEST PALM BEACH   FL 33412-1757* | *SILVESTER INS ADVISORS INC*<br>*GREAT FLORIDA INSURANCE*<br>*5070 PGA BLVD, SUITE 200*<br>*PALM BEACH GARDENS    FL 33418*<br>    *PHONE # 561-575-5211* |

| BASIC COVERAGES PREMIUM | ATTACHED ENDORSEMENTS PREMIUM | SCHEDULED PROPERTY PREMIUM | POLICY FEES/ TAXES | POLICY ASSESSMENT | TOTAL POLICY PREMIUM |
|---|---|---|---|---|---|
| $1,153.00 | $520.00 | | $27.00 | $41.00 | $1,741.00 |

-------------------------------- LOCATION 001 --------------------------------

| ALL OTHER PERILS DEDUCTIBLE | FORM TYPE | CONSTRUCTION TYPE | SUPERIOR | DATE BUILT | NUMBER OF FAMILIES | OCCUPANCY |
|---|---|---|---|---|---|---|
| $1000 | HO-3 | MA | N | 01-2007 | 1 | Owner |

**HURRICANE DEDUCTIBLE   2% =   $7,469**

| LAW AND ORDINANCE | PROTECTION CLASS | TERRITORY | COUNTY CODE | USE |
|---|---|---|---|---|
| 25% | 04 | 38 | 99 | Primary |

*MORTGAGEE(S) THAT APPLY:   1*

---------------- COVERAGE LIMITS AND PREMIUMS - SECTION I ----------------

| | | |
|---|---|---|
| *Coverage -A- (Dwelling)* | $373,498 | $3,407.00 |
| *Coverage -B- (Other Structures)* | $7,470 | Incl |
| *Coverage -C- (Personal Property)* | $186,749 | Incl |
| *Coverage -D- (Loss of Use)* | $37,350 | Incl |
| *Hurricane Premium -------- $1,109* | | Incl |

---------------- COVERAGE LIMITS AND PREMIUMS - SECTION II ----------------

| | | |
|---|---|---|
| *Coverage -E- (Personal Liability)* | $100,000 | Incl |
| *Coverage -F- (Medical Payments)* | $1,000 | Incl |

---------------------- POLICY CHARGES AND CREDITS ----------------------

| | | |
|---|---|---|
| *2% Hurricane Deductible* | $7,469 | Incl |
| *Mitigation Device Credit* | | $2,254.00- |
| *MGA Policy Fee* | | $25.00 |
| *Emergency Management Trust Fund Surcharge* | | $2.00 |
| *Florida Hurricane Catastrophe Fund*<br>*Regular Assessment (1%)* | | $17.00 |
| *Citizens Property Insurance Corporation 2005*<br>*High Risk Account Emergency Assessment (1.4%)* | | $24.00 |

---------------------- LOCATION(S) OF PROPERTY INSURED ----------------------

*14848 97TH RD N*
*WEST PALM BEACH   FL 33412-1757*

KingJ00004

Insured Copy



**Olympus Insurance Company**
7380 W Sand Lake Rd Suite 115
Orlando, FL 32819-5250

*Homeowners*
*Renewal Ext Dec*
*and Premium Invoice*
*     EFFECTIVE 11/10/09*

| POLICY NUMBER | POLICY PERIOD FROM | TO | | Agency |
|---|---|---|---|---|
| OL30008086 | 11/10/09 | 11/10/10 | 12:01 AM STANDARD TIME | 9967996 |

| NAMED INSURED AND ADDRESS | AGENT |
|---|---|
| *JOHN KING*<br>*14848 97TH RD N*<br>*WEST PALM BEACH   FL 33412-1757* | *SILVESTER INS ADVISORS INC*<br>*GREAT FLORIDA INSURANCE*<br>*5070 PGA BLVD, SUITE 200*<br>*PALM BEACH GARDENS   FL 33418*<br>*          PHONE # 561-575-5211* |

```
------------------------------ MORTGAGEE(S) ---------------------------------
     MORTGAGEE    001
        CAPITAL ONE NA
        ISAOA/ATIMA
        PO BOX 100595
        FLORENCE        SC 29501-0595
        LOAN # 0555087055
------------------------ POLICY FORMS AND ENDORSEMENTS ----------------------
     NUMBER       DATE                                  LIMIT     PREMIUM
     HO 03 34     05-03 Limited Fungi,Wet/Dry Rot
     HO 04 96     10-00 No Sec II/Home Day Care
     IL P 001     01-04 OFAC Advisory Notice
     OIR-B1-1655  07-07 Hurricane Loss Mitigation
     OIR-B1-1670  01-06 Checklist of Coverages
     OL DO        06-07 Deductible Options Notice
     OL GLB             Privacy Notice
     OL J1        06-07 Homeowners Policy Jacket
    *OL OC        05-09 Outline of Coverage
     OLHO LO      06-07 Ordinance or Law Sel.
    *OLHO 100     05-09 Special Provisions - FL
     OLHO 101     06-07 Animal Liability Excl EN
     OLHO 140     06-07 CAT Ground Cover Collapse
     HO 03 52     01-06 Calendar Yr Hurricane Ded
     HO0003ID     10-00 HO-3 Special Form
     OLHO 120     06-07 Existing Damage Exclusion
     OLHO0416     06-07 Premises Alarm or Fire                      $57.00-
     OLHO0490     06-07 Pers Prop Repl Cost Cov                     $577.00
     OLHO2370     06-07 Windstorm Exterior Paint
----------------------------------------------------------------------------
```

**\*\*\*Coverage is provided where premium and limit of liability are shown.**
**Flood coverage is not provided by this policy.**

KingJ00005

Insured Copy

OIDECI   06/01/2007

# BONDED BUILDERS WARRANTY GROUP

1500 Kings Highway, Port Charlotte, FL 33980 • Phone: 800-749-0381 • Fax 941-743-0534

## WARRANTY COVERAGE APPLICATION

THIS APPLICATION IS TO ENROLL YOUR NEW HOME IN BONDED BUILDER'S EXPRESS LIMITED WARRANTY COVERAGE; IT IS <u>NOT YOUR NEW HOME WARRANTY</u> NOR IS IT A SUBSTITUTE FOR YOUR HOMEOWNERS INSURANCE. UNLESS ALL BLANKS ARE COMPLETED, THE APPLICATION IS SIGNED, AND THE WARRANTY FEE IS PAID, YOUR HOME WILL NOT BE ENROLLED.

BUILDER NAME & NUMBER:   JPG ENTERPRISES, INC./MAJESTIC CUSTOM HOMES - 90282

### WARRANTY SELECTION
*Check the warranty plan to be provided to the homeowner*

90282 FL

Warranties
- ☐ 10 Yr Structural Warranty + 1 Yr Workmanship & Materials/1 Yr Systems Warranty
- ☑ 10 Yr Structural Warranty + 1 Yr Workmanship & Materials/2 Yr Systems Warranty

WARRANTY ENROLLMENT FEE: $ 480.29   (See formula on back for fee calculation)

### NEW HOME TO BE ENROLLED
*Please type or print clearly*

1. HOMEOWNER LAST NAME: King    FIRST NAME: John

2. CO-OWNER LAST NAME: _____    FIRST NAME: _____

3. NEW HOME ADDRESS: 14848  9716  Rad Nit  West Palm pool  Fl  33412
   Street Address          City          State   Zip Code

4. LOCATION: 17    O    60
   Building #    Unit#    Block#    Lot#

5. SUBDIVISION: _____    6. COUNTY: _____

7. CLOSING DATE: _____   8. CLOSING CONTRACT PRICE*: $ _____   9. BUILDER RM# _____

### ALTERNATE MAILING ADDRESS
*Provide homeowner(s) mailing address if different from above*

10.
   Street Address          City          State   Zip Code
   ☐ CHECK HERE IF WARRANTY DOCUMENTS SHOULD BE MAILED TO THIS ADDRESS RATHER THAN TO THE NEW HOME ADDRESS

### PROPERTY SPECIFIC INFORMATION

11. CONSTRUCTION TYPE: ☑ SINGLE FAMILY DETACHED    ☐ DUPLEX/TRIPLEX/QUADRUPLEX
    ☐ CONDOMINIUM/TOWNHOUSE (3 STORIES OR LESS)    ☐ CONDOMINIUM (4 STORIES OR MORE)

12. TOWNHOUSE/DUPLEX/TRIPLEX/QUADRUPLEX/CONDOMINIUM: DATE OF CERTIFICATE OF OCCUPANCY FOR MAIN STRUCTURE: _____

13. CONSTRUCTION OF THE HOME: (CHECK ONE) ☑ SITE BUILT    ☐ SYSTEMS BUILT- MFG JOB # _____

### MORTGAGE INFORMATION

14. CHECK IF CASH SALE: ☐    15. IF HOME IS FINANCED CHECK TYPE: ☑ CONVENTIONAL   ☐ FHA   ☐ VA   ☐ RURAL DEVELOPMENT (FmHA)

*WARRANTY COVERAGE IS LIMITED TO THE LESSER OF THE CLOSING CONTRACT PRICE OR $1,000,000, UNLESS A HIGHER AMOUNT HAS BEEN PRE-APPROVED BY BBWG. CERTAIN ITEMS AND EVENTS ARE NOT COVERED BY THIS WARRANTY. PLEASE REFER TO THE SECTION TITLED "EXCLUSIONS" IN THE WARRANTY DOCUMENT. IN FLORIDA, THE HOME WARRANTY MAY NOT PROVIDE LISTING PERIOD COVERAGE FREE OF CHARGE.

### SIGNATURES
*HOMEOWNER(S) – Please read and initial the important Homeowner's Acknowledgement on the other side of the white copy of this application before signing the application.*

HOMEOWNER: _____   DATE: 12-2-06   CO-OWNER: _____   DATE: _____

BUILDER'S REP: _____   DATE: 12/02/06

### PREPARED BY

PRINT NAME: Pamela Talus   DATE: 12/02/06   PHONE: (561) 746-1411   FAX: 561 744 3333

BB-W2110 (06/06)        WHITE COPY – BBWG  •  CANARY COPY – BUILDER/FINANCIAL  •  PINK COPY – HOMEOWNER(S)



**TON" MODEL**

IEWED IN ROYAL PALM BEACH MODEL CENTER

**LE AS SINGLE STORY**
**OR**
**2 STORY WITH**
**OLLOWING OPTIONS:**
**GAME ROOM,**
**BONUS SPACE,**
**RE BEDROOMS,**
**GUEST SUITE**

BAY WINDOW

**3rd BATH**

**FAMILY**
21'-6" X 16'-3"
10'-0" FLAT CEILING
IN 2 STORY MODELS
SINGLE STORY VAULTED

**BEDROOM**
12'-0" X 12'-0"
10'-0" FLAT CEILING

**COVERED PORCH**

SLIDING GLASS

MIRRORED DOORS

MIRRORED DOORS

**NOOK**
9'-10" X 9'-8"
10'-0" FLAT CEILING

SERVING COUNTER

D/W

**BEDROOM**
12'-0" X 12'-0"
10'-0" FLAT CEILING

SLIDING GLASS

**KITCHEN**
16'-0" X 12'-8"
10'-0" FLAT CEILING

RANGE W/
MICRO ABOVE

REF

**OPTIONAL FIREPLACE
TO LIVING ROOM
AND/OR MASTER SUITE**

**UITE**

**LIVING**
17'-10" X 14'-11"
10'-0" FLAT CEILING

STAIRSN
2 STORY ONLY

WALK-IN
PANTRY

PANTRY

**2nd BATH**

OPTIONAL DOUBLE DOORS

**DINING**
12'-7" X 10'-4"
10'-0" FLAT CEILING

**LAUNDRY**
9'-0" X 6'-0"
8'-0" FLAT CEILING

LINEN

MIRRORED DOORS

**BEDROOM**
11'-8" X 11'-0"
10'-0" FLAT CEILING

OPTIONAL
WET BAR

HER WALK-IN
CLOSET

**STUDY**
11'-6" X 9'-11"
COFFERED CEILING

**FOYER**

DOUBLE DOOR W/
ARCH WINDOW ABOVE

**GARAGE**
28'-2" X 22'-2"

**COVERED PORCH**

ARCH          ARCH

MASTER SUITE SITTING ROOM
OPEN FLOOR PLAN
LARGE WALK IN PANTRY
CABANA GUEST BATH
GUEST RETREAT
LARGE SECOND FLOOR GAME ROOM
4TH BATH OPTION AVAILABLE
3 CAR GARAGE

EQUAL HOUSING
OPPORTUNITY

**MAJESTIC HOMES**
PH. (561)790-3300  FAX. (561)790-5552
R.P.B. FLA.3341
4061 ROYAL PALM BCH. BLVD.

JPG
STATE LICENSED/INSURED
CBCO 31661

**COPYRIGHT INFORMATION**
ALL IDEAS, DESIGNS, ARRANGEMENTS AND
PLANS INDICATED OR REPRESENTED BY THIS
DRAWING ARE OWNED BY AND THE
PROPERTY OF THE DESIGNER AND WERE
CREATED, EVOLVED AND DEVELOPED FOR
USE ON AND IN CONNECTION WITH THE
SPECIFIED PROJECT. NONE OF SUCH IDEAS,
DESIGNS, ARRANGEMENTS OR PLANS SHALL
BE USED BY OR DISCLOSED TO ANY PERSON,
FIRM OR CORPORATION FOR ANY PURPOSE
WHATSOEVER WITHOUT THE WRITTEN

**THE ARLINGTON**

PRICES AND SPECIFICATIONS SUBJECT TO CHANGE WITHOUT NOTICE     © COPYRIGHT  November 10, 2004

KingJ00007



# THE "ARLIN

FURNISHED MODEL (2 STORY) CAN

AVAIL

THE

F

## MAJESTIC HOMES

WEST PALM BEACH-(561) 790-3300
PORT ST. LUCIE- (772) 344-3304

## ARLINGTON CONTEMPORARY · 2 STORY $299,990*

CAN BE BUILT AS A SINGLE STORY OR TWO STORY

## 1 STORY $269,990

*PRICED WITH GAME ROOM
EXTRA ROOMS & BATHS ADD'L

### 4 BEDROOMS, 3 BATHS
### 3 CAR GARAGE
### COVERED PORCH

### 2 STORY AREAS
| | |
|---|---|
| LIVING SQ FT FIRST FLOOR | 2,805 |
| LIVING SQ FT SECOND FLOOR | 723 |
| TOTAL SQ FT | 4,380 |

### 1 STORY AREA
| | |
|---|---|
| LIVING SQ FT FIRST FLOOR | 2,805 |
| TOTAL SQ FT | 3,657 |

### WIDTH 60'-0" LENGH 75'-0"

## OPTIONAL
## 2nd FLOOR
## PLAN



GAME ROOM
OR
HOME OFFICE
37'-2" X 16'-8"

SHOWN WITH
OPTIONAL TRAY CEILING

TWO STORY FRAMING
WILL TYPICALLY BE
FRAME CONSTRUCTIO

SHOWN WITH
OPTIONAL EXTERIOR
DECK AND DOORS

OPTIONAL BALCONY W/
SLIDERS, FAUX EXTERIOR CARPET
$9,800

OPTIONAL BATH 14.5/78

OPTIONAL
BATH

LINEN

SLIDIN

SIT
RE

MASTE
24'-6"
OPTIONAL T

HIS WALK-IN
CLOSET

SI
SH

NOTE: MAJESTIC "DRAFT WIZ" ARCHITECTURAL DRAFTING PROGRAM CAN . . .
MODIFY FLOOR PLANS & ELEVATIONS TO ACCOMMODATE YOUR LIFESTYLE.
ADD TUBS OR ROMAN SHOWERS, ADD OR ENLARGE ROOMS.
MAJESTIC WILL EVEN MOVE INTERIOR (NON-STRUCTURAL) WALLS AT NO CHARGE!

## "LOWEST PRICES - GUARANTEED

THESE DRAWINGS ARE FOR ILLUSTRATION PURPOSES ONLY-NOT PART OF A LEGAL CONTRACT

KingJ00008

Print Form

Plaintiff Profile Form - Residential Properties

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

**For Internal Use Only**

File Number

Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn that your responses are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

---

**Section I. Property Information**

| | |
|---|---|
| Name Property Owner | King, John |
| Address of Affected Property | 14848 97 Road North |
| | West Palm Beach, FL 33412 |

Is this Property:* [X] Residential  [ ] Commercial  [ ] Governmental

Name of Person Completing this Form: John King

Is above your primary residence?  ( ) Yes  No (•)

| | |
|---|---|
| Mailing Address (if different) | 85 Dunbar Road E |
| | Palm Beach Gardens, FL 33418 |

Phone: (561 ) 628 - 9069

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one: [X] Owner-Occupant  [ ] Owner Only  [ ] Renter-Occupant

| | |
|---|---|
| Represented By: | Michael J. Ryan, Esq. |
| Address: | Krupnick Campbell Malone et al |
| | 12 SE 7 Street, Suite 801 |
| | Ft. Lauderdale, FL 33316 |
| Phone: | (954 ) 763 - 8181 |
| Case No. /Docket Info: | 11-1363 |

**Section II. Insurance Information**

| | |
|---|---|
| Homeowner/ Renter Insurer: | N/A |
| Policy #: | |
| Agent: | |
| Address: | |
| Phone: | ( ) - |

+ Attach Copy of Insurance Declaration Page

---

**Section III. Claimant Information**

| Name of Claimant | Dates Occupied Move-in | Dates Occupied Leave | Gender | Date of Birth | Are you claiming personal Injuries?* Circle One | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| John King | 12 / 1 /06 | 10 / 5 /09 | (X) M / F | 10 /15/64 | (•)Yes No( ) | Owner-Occupant |
| | / / | / / | M / F | / / | ( )Yes No( ) | |
| | / / | / / | M / F | / / | ( )Yes No( ) | |
| | / / | / / | M / F | / / | ( )Yes No( ) | |
| | / / | / / | M / F | / / | ( )Yes No( ) | |
| | / / | / / | M / F | / / | ( )Yes No( ) | |
| | / / | / / | M / F | / / | ( )Yes No( ) | |
| | / / | / / | M / F | / / | ( )Yes No( ) | |
| | / / | / / | M / F | / / | ( )Yes No( ) | |

* Personal injuries include claims for mental anguish and medical monitoring.

Page 1

King J 0001

Plaintiff Profile Form - Residential Properties

**Section IV. Inspection Information**

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home? ● Yes ○ No

  1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection? Representative of Krupnick Campbell

    1.2. When did the inspection take place? 01 / /10

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home? ● Yes ○ No

  2.1. If "Yes" to Question 2.0. Section IV. Who made this determination? Representative of Krupnick Campbell

    2.2. When was this determination made? 01 / /10

**Section V. Drywall Information**

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauf | Knauf | through out home |
| | | |
| | | |

**Section VI. Home Information**

| | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 4,321 | | | |
| Estimated Sq. Ft. of Drywall | | Occupied | ☒ | |
| Height of Interior Walls | 14 ft | Year-round | ☒ | |
| Number of Bedrooms: | 4 | Summer | ☒ | |
| Number of Bathrooms: | 3 | Winter | ☒ | |

**Plumbing System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | | |
| Copper Piping | ☒ | | |
| Copper Fixtures | ☒ | | |
| Other Fixtures | ☒ | | |
| Were repairs made to the plumbing system? | no | | |
| Dates: | | | |

**Electrical System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | ☒ | | |
| Switches | ☒ | | |
| Main Panel | ☒ | | |
| 2nd Panel | | | |
| Exposed Copper Wires | ☒ | | |
| Were repairs made to the electrical system? | | ☒ | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

**Section VII. Construction/Renovation Information**

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | / / | Completion Date | 11 / /06 |
|---|---|---|---|
| Move In Date: | 12 / /06 | Date Acquired Home | 11 / /06 |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | / / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | |
| First Floor: Full Wall of drywall replaced | | | |
| Second Floor: Any drywall replaced | | | |

**Section VIII. Homebuilder/ General Contractor/ Developer Information**

Homebuilder/ General Contractor/ Developer's Name:

Majestic Homes

Address: 4121 Royal Palm Beach Blvd

Royal Palm Beach, FL 33411

Phone: ( ) -

+ Attach Copy of Construction/Renovation Contract

+ Attach Copy of New Home Warranty Declaration

**Section IX. Drywall Installer**

Drywall Installer's Name: ** see below

Address: _____

Phone: ( ) -

**Section X. Drywall Supplier**

Drywall Supplier's Name:

Banner Supply Co.

Address: 7195 NW 30 Street

Miami, FL 33122

Phone: ( ) -

*all dates are approximate
** information will be supplemented

Page 2

Plaintiff Profile Form - Residential Properties

| Section XI. Verification of Plaintiff Profile Form |
|---|

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| | |
|---|---|
| Claimant's Signature | Date Signed |
| 1-13-10 | |

| | |
|---|---|
| Claimant's Signature | Date Signed |

| | |
|---|---|
| Claimant's Signature | Date Signed |

| | |
|---|---|
| Claimant's Signature | Date Signed |

| | |
|---|---|
| Claimant's Signature | Date Signed |

| | |
|---|---|
| Claimant's Signature | Date Signed |

King J 0003

# BONDED BUILDERS WARRANTY GROUP
1500 Kings Highway, Port Charlotte, FL 33980 • Phone: 800-749-0381 • Fax 941-743-0534

## WARRANTY COVERAGE APPLICATION

THIS APPLICATION IS TO ENROLL YOUR NEW HOME IN BONDED BUILDER'S EXPRESS LIMITED WARRANTY COVERAGE; IT IS NOT YOUR NEW HOME WARRANTY NOR IS IT A SUBSTITUTE FOR YOUR HOMEOWNERS INSURANCE. UNLESS ALL BLANKS ARE COMPLETED, THE APPLICATION IS SIGNED, AND THE WARRANTY FEE IS PAID, YOUR HOME WILL NOT BE ENROLLED.

BUILDER NAME & NUMBER:   JPG ENTERPRISES, INC./MAJESTIC CUSTOM HOMES - 90282

### WARRANTY SELECTION

Check the warranty plan to be provided to the homeowner                    90282 FL

**Warranties**

☐ 10 Yr Structural Warranty + 1 Yr Workmanship & Materials/1 Yr Systems Warranty
☒ 10 Yr Structural Warranty + 1 Yr Workmanship & Materials/2 Yr Systems Warranty

WARRANTY ENROLLMENT FEE: $ *480.29*   (See formula on back for fee calculation)

### NEW HOME TO BE ENROLLED

*Please type or print clearly*

1. HOMEOWNER LAST NAME: *King*                     FIRST NAME: *John*

2. CO-OWNER LAST NAME:                              FIRST NAME:

3. NEW HOME ADDRESS: *14848  9711 Road N. t.  West Palm..... fl  33412*
   Street Address                City                State           Zip Code

4. LOCATION: *17*          *C*        *60*
   Building #           Unit#          Block#          Lot#

5. SUBDIVISION:                        6. COUNTY:

7. CLOSING DATE:            8. CLOSING CONTRACT PRICE*: $            9. BUILDER RM#

### ALTERNATE MAILING ADDRESS

Provide homeowner(s) mailing address if different from above

10.
   Street Address          City          State          Zip Code
   ☐ CHECK HERE IF WARRANTY DOCUMENTS SHOULD BE MAILED TO THIS ADDRESS RATHER THAN TO THE NEW HOME ADDRESS

### PROPERTY SPECIFIC INFORMATION

11. CONSTRUCTION TYPE: ☒ SINGLE FAMILY DETACHED          ☐ DUPLEX/TRIPLEX/QUADRUPLEX
   ☐ CONDOMINIUM/TOWNHOUSE (3 STORIES OR LESS)   ☐ CONDOMINIUM (4 STORIES OR MORE)

12. TOWNHOUSE/DUPLEX/TRIPLEX/QUADRUPLEX/CONDOMINIUM: DATE OF CERTIFICATE OF OCCUPANCY FOR MAIN STRUCTURE:

13. CONSTRUCTION OF THE HOME: (CHECK ONE) ☒ SITE BUILT   ☐ SYSTEMS BUILT- MFG JOB #

### MORTGAGE INFORMATION

14. CHECK IF CASH SALE: ☐   15. IF HOME IS FINANCED CHECK TYPE: ☒ CONVENTIONAL   ☐ FHA   ☐ VA   ☐ RURAL DEVELOPMENT (FmHA)

*WARRANTY COVERAGE IS LIMITED TO THE LESSER OF THE CLOSING CONTRACT PRICE OR $1,000,000, UNLESS A HIGHER AMOUNT HAS BEEN PRE-APPROVED BY BBWG. CERTAIN ITEMS AND EVENTS ARE NOT COVERED BY THIS WARRANTY. PLEASE REFER TO THE SECTION TITLED "EXCLUSIONS" IN THE WARRANTY DOCUMENT. IN FLORIDA, THE HOME WARRANTY MAY NOT PROVIDE LISTING PERIOD COVERAGE FREE OF CHARGE.

### SIGNATURES

HOMEOWNER(S) – Please read and initial the important Homeowner's Acknowledgement on the other side of the white copy of this application before signing the application.

HOMEOWNER:            DATE: *1Z-2-D6* CO-OWNER:            DATE:

BUILDER'S REP:            DATE: *12/02/06*

### PREPARED BY

PRINT NAME: *Pamela J Lalor*   DATE: *12/2/06* PHONE: *(   ) 790-1411*   FAX: *790... 3333*

BB-W2110 (06/06)     WHITE COPY - BBWG  •  CANARY COPY - BUILDER/FINANCIAL  •  PINK COPY - HOMEOWNER(S)

Debbie



# TON" MODEL

EWED IN ROYAL PALM BEACH MODEL CENTER

LE AS SINGLE STORY
OR
2 STORY WITH
OLLOWING OPTIONS:
GAME ROOM,
X BONUS SPACE,
ORE BEDROOMS,
R GUEST SUITE

**EQUAL HOUSING OPPORTUNITY**

**MAJESTIC HOMES**

PH. (561)790-3300  FAX. (561)790-5552
4061 ROYAL PALM BCH. BLVD.
R.P.B. FLA.33411

**JPG**
STATE LICENSED/INSURED
CBC0 31881

BAY WINDOW

**3rd BATH**

**FAMILY**
21'-6" X 16'-3"
10'-0" FLAT CEILING
IN 2 STORY MODELS
SINGLE STORY VAULTED

**BEDROOM**
12'-0" X 12'-0"
10'-0" FLAT CEILING

SLIDING GLASS

MIRRORED DOORS

MIRRORED DOORS

COVERED PORCH

**NOOK**
9'-10" X 9'-8"
10'-0" FLAT CEILING

SLIDING GLASS

SERVING COUNTER

D/W

RANGE W/ MICRO ABOVE

**BEDROOM**
12'-0" X 12'-0"
10'-0" FLAT CEILING

OPTIONAL FIREPLACE
TO LIVING ROOM
AND/OR MASTER SUITE

**KITCHEN**
16'-0" X 12'-8"
10'-0" FLAT CEILING

REF

PANTRY

**2nd BATH**

**LIVING**
17'-10" X 14'-11"
10'-0" FLAT CEILING

STAIRS IN
2 STORY ONLY!

WALK-IN
PANTRY

LINEN

**BEDROOM**
11'-8" X 11'-0"
10'-0" FLAT CEILING

MIRRORED DOORS

HER WALK-IN
CLOSET

OPTIONAL
WET BAR

**DINING**
12'-7" X 10'-4"
10'-0" FLAT CEILING

**LAUNDRY**
9'-0" X 6'-0"
8'-0" FLAT CEILING

DOUBLE DOORS

**STUDY**
11'-6" X 9'-11"
COFFERED CEILING

**FOYER**

**GARAGE**
28'-2" X 22'-2"

DOUBLE DOOR W/
ARCH WINDOW ABOVE

**COVERED PORCH**

ARCH      ARCH

MASTER SUITE SITTING ROOM
OPEN FLOOR PLAN
LARGE WALK IN PANTRY
CABANA GUEST BATH
GUEST RETREAT
LARGE SECOND FLOOR GAME ROOM
4TH BATH OPTION AVAILABLE
3 CAR GARAGE

King J 0005

**THE ARLINGTON**

COPYRIGHT INFORMATION
ALL DESIGNS, DESIGN ARRANGEMENTS AND PLANS INDICATED OR REPRESENTED BY THIS DRAWING ARE OWNED BY AND THE PROPERTY OF MAJESTIC HOMES AND WERE CREATED, EVOLVED AND DEVELOPED FOR USE ON AND IN CONNECTION WITH THE SPECIFIED PROJECT. NONE OF SUCH IDEA, DESIGN, ARRANGEMENTS OR PLANS SHALL BE USED BY OR DISCLOSED TO ANY PERSON, FIRM OR CORPORATION WITHOUT THE WRITTEN PERMISSION OF MAJESTIC HOMES WHATSOEVER WITHOUT THE WRITTEN PERMISSION.

PRICES AND SPECIFICATIONS SUBJECT TO CHANGE WITHOUT NOTICE   © COPYRIGHT  November 10, 2004



# THE "ARLIN...

FURNISHED MODEL (2 STORY) CAN...

AVAII...

THE



**MAJESTIC HOMES** WEST PALM BEACH-(561)790-3300 PORT ST. LUCIE- (772) 344-3304

## ARLINGTON CONTEMPORARY

CAN BE BUILT AS A SINGLE STORY OR TWO STORY

**2 STORY $299,990***

**1 STORY $269,990**

*PRICED WITH GAME ROOM
EXTRA ROOMS & BATHS ADD'L

---

**4 BEDROOMS, 3 BATHS
3 CAR GARAGE
COVERED PORCH**

### 2 STORY AREAS

LIVING SQ FT
FIRST FLOOR          2,805
LIVING SQ FT
SECOND FLOOR       723
TOTAL SQ FT          4,380

### 1 STORY AREA

LIVING SQ FT
FIRST FLOOR          2,805
TOTAL SQ FT          3,657

WIDTH 60'-0" LENGH 75'-0"

## OPTIONAL 2nd FLOOR PLAN

SHOWN WITH OPTIONAL EXTERIOR DECK AND DOORS

OPTIONAL BALCONY W/ SLIDERS, RAILING, EXTERIOR CARPET $8,205

**GAME ROOM OR HOME OFFICE**
37'-2" X 16'-8"

SHOWN WITH OPTIONAL TRAY CEILING

OPTIONAL BATH #4,975

7 BATH

LINEN

TWO STORY FRAMING WILL TYPICALLY BE FRAME CONSTRUCTIO

SLID
SI
R

MASTE
24'-
OPTIONA

HIS WALK-IN CLOSET

NOTE: MAJESTIC "DRAFT WIZ" ARCHITECTURAL DRAFTING PROGRAM CAN. . .
MODIFY FLOOR PLANS & ELEVATIONS TO ACCOMMODATE YOUR LIFESTYLE.
ADD TUBS OR ROMAN SHOWERS, ADD OR ENLARGE ROOMS.
MAJESTIC WILL EVEN MOVE INTERIOR (NON-STRUCTURAL) WALLS AT NO CHARGE!

## "LOWEST PRICES - GUARANTEED

THESE DRAWINGS ARE FOR ILLUSTRATION PURPOSES ONLY-NOT PART OF A LEGAL CONTRACT

King J 0006



Plaintiff Profile Form - Residential Properties

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | For Internal Use Only |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | MDL NO. 2047 | File Number |
| PRODUCTS LIABILITY LITIGATION | SECTION: L | |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON | |
| | MAG. JUDGE WILKINSON | Date Received |

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

---

**Section I. Property Information**

Name Property Owner: King, John

Address of Affected Property: 14848 97 Road North

West Palm Beach, FL 33412

Is this Property:* [X] Residential   [ ] Commercial   [ ] Governmental

Name of Person Completing this Form: John King

Is above your primary residence? (•) Yes   No ( )

Mailing Address (if different): _____

Phone: ( ___ ) ___ - ___

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one: [X] Owner-Occupant   [ ] Owner Only   [ ] Renter-Occupant

Represented By: Michael Ryan, Esquire

Address: Krupnick Campbell, et al.

12 SE 7th Street, Suite 801

Ft. Lauderdale, FL 33316

Phone: ( 954 ) 763 - 8181

Case No. /Docket Info: 11-1672; 11-1395; 11-1673

---

**Section II. Insurance Information**

Homeowner/ Renter Insurer: not applicable

Policy #: _____

Agent: _____

Address: _____

_____

Phone: ( ___ ) ___ - ___

+ Attach Copy of Insurance Declaration Page

---

**Section III. Claimant Information**

| Name of Claimant | Dates Occupied Move-in | Dates Occupied Leave | Gender | Date of Birth | Are you claiming personal injuries?* Circle One | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| John King | 12 / 1 / 06 | 10 / 5 / 09 | M / X | 10 / 15 / 64 | Yes  No (•) | Owner-Occupant |
| | / / | / / | M / F | / / | Yes  No ( ) | |
| | / / | / / | M / F | / / | Yes  No ( ) | |
| | / / | / / | M / F | / / | Yes  No ( ) | |
| | / / | / / | M / F | / / | Yes  No ( ) | |
| | / / | / / | M / F | / / | Yes  No ( ) | |
| | / / | / / | M / F | / / | Yes  No ( ) | |
| | / / | / / | M / F | / / | Yes  No ( ) | |
| | / / | / / | M / F | / / | Yes  No ( ) | |

* Personal injuries include claims for mental anguish and medical monitoring.

King, J. 0001

Plaintiff Profile Form - Residential Properties

## Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?  ⊙ Yes  No ○

  1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?  Krupnick Campbell Rep;

  1.2. When did the inspection take place?  ___ / ___ /09

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?  ⊙ Yes  No ○

  2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?  Krupnick Campbell Rep;

  2.2. When was this determination made?  ___ / ___ /09

## Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauf | Knauf | throughout home |
|  |  |  |
|  |  |  |
|  |  |  |

## Section VI. Home Information

| Approx. Sq. Ft. of House: | 4321 | | | Yes | No |
|---|---|---|---|---|---|
| Estimated Sq. Ft of Drywall | | Occupied | | ☐ | ☐ |
| Height of Interior Walls | 14 ft | Year-round | | ☐ | ☐ |
| Number of Bedrooms: | 4 | Summer | | ☐ | ☐ |
| Number of Bathrooms: | 3 | Winter | | ☐ | ☐ |

### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | | |
| Copper Piping | ☒ | ☐ | ☐ |
| Copper Fixtures | ☒ | ☐ | ☐ |
| Other Fixtures | ☒ | ☐ | ☐ |
| Were repairs made to the plumbing system? | | X | |
| Dates: | | | |

### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | ☒ | ☐ | ☐ |
| Switches | ☒ | ☐ | ☐ |
| Main Panel | ☒ | ☐ | ☐ |
| 2nd Panel | ☐ | ☒ | ☐ |
| Exposed Copper Wires | ☒ | ☐ | ☐ |
| Were repairs made to the electrical system? | ☐ | ☒ | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

## Section VII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | ___ / ___ / ___ | Completion Date | 11 / ___ /06 |
|---|---|---|---|
| Move in Date: | 12 / ___ /06 | Date Acquired Home | 11 / ___ /06 |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | ___ / ___ / ___ | Completion Date | ___ / ___ / ___ |
|---|---|---|---|
| Move in Date: | ___ / ___ / ___ | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | ☐ | ☐ | ☐ |
| First Floor: Full Wall of drywall replaced | ☐ | ☐ | ☐ |
| Second Floor: Any drywall replaced | ☐ | ☐ | ☐ |

## Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:

  Majestic Homes

Address:  4121 Royal Palm Beach Blvd

  Royal Palm Beach, FL 33411

Phone:  (    )    -

+ Attach Copy of Construction/Renovation Contract

+ Attach Copy of New Home Warranty Declaration

## Section IX. Drywall Installer

Drywall Installer's Name:

  Unknown

Address:

Phone:  (    )    -

## Section X. Drywall Supplier

Drywall Supplier's Name:

  Banner Supply Co.

Address:  7195 NW 30 Street

  Miami, FL 33122

Phone:  (    )    -

King, J. 0002

Plaintiff Profile Form - Residential Properties

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| | | | |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| _____ | _____ | _____ | _____ |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| _____ | _____ | _____ | _____ |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

Page 3

King, J. 0003

*Debbie*



### "...TON" MODEL
...IEWED IN ROYAL PALM BEACH MODEL CENTER

...LE AS SINGLE STORY.
      OR
...2 STORY WITH
...OLLOWING OPTIONS:
...GAME ROOM,
...X BONUS SPACE,
...RE BEDROOMS,
...R GUEST SUITE

...VERED PORCH

BAY WINDOW

**FAMILY**
21'-9" X 16'-3"
10'-0" FLAT CEILING
IN 2 STORY MODELS
SINGLE STORY VAULTED

**3rd BATH**

**BEDROOM**
12'-0" X 12'-0"
10'-0" FLAT CEILING

MIRRORED DOORS

MIRRORED DOORS

SLIDING GLASS

**NOOK**
9'-10" X 9'-8"
10'-0" FLAT CEILING

SERVING COUNTER

D/W

**KITCHEN**
16'-0" X 12'-8"
10'-0" FLAT CEILING

RANGE W/
MICRO ABOVE

REF

PANTRY

**BEDROOM**
12'-0" X 12'-0"
10'-0" FLAT CEILING

OPTIONAL FIREPLACE
TO LIVING ROOM
AND/OR MASTER SUITE

**LIVING**
17'-10" X 14'-11"
10'-0" FLAT CEILING

STAIRS IN
2 STORY ONLY

WALK-IN
PANTRY

**2nd BATH**

...UITE

...0"
...CEILING

OPTIONAL
WET BAR

DOUBLE DOORS

**DINING**
12'-7" X 10'-4"
10'-0" FLAT CEILING

**LAUNDRY**
9'-0" X 6'-0"
8'-0" FLAT CEILING

LINEN

MIRRORED DOORS

**BEDROOM**
11'-8" X 11'-0"
10'-0" FLAT CEILING

HER WALK-IN
CLOSET

**STUDY**
11'-6" X 9'-11"
COFFERED CEILING

**FOYER**

DOUBLE DOORS
ARCH WINDOW ABOVE

**GARAGE**
28'-2" X 22'-2"

**COVERED PORCH**

ARCH    ARCH

MASTER SUITE SITTING ROOM
OPEN FLOOR PLAN
LARGE WALK IN PANTRY
CABANA GUEST BATH
GUEST RETREAT
LARGE SECOND FLOOR GAME ROOM
4TH BATH OPTION AVAILABLE
3 CAR GARAGE

**MAJESTIC HOMES**
PH. (561) 790-3300 FAX. (561) 790-5552
4001 ROYAL PALM BCH. BLVD
R.P.B. FLA 33411

JPG
STATE LICENSED/INSURED

## THE ARLINGTON

COPYRIGHT INFORMATION

King, J. 0004

PRICES AND SPECIFICATIONS SUBJECT TO CHANGE WITHOUT NOTIC...



**WEST PALM BEACH-(561)790-3300**
**PORT ST. LUCIE- (772) 344-3304**

# MAJESTIC HOMES

## THE "ARLIN

FURNISHED MODEL (2 STORY) CAN

AVAIL

THE

2 STORY
SECTION

## ARLINGTON CONTEMPORARY
CAN BE BUILT AS A SINGLE STORY OR TWO STORY

**2 STORY $299,990***
**1 STORY $269,990**
*PRICED WITH GAME ROOM
EXTRA ROOMS & BATHS ADD'L

### 4 BEDROOMS, 3 BATHS
### 3 CAR GARAGE
### COVERED PORCH

### 2 STORY AREAS
| | |
|---|---|
| LIVING SQ FT | |
| FIRST FLOOR | 2,805 |
| LIVING SQ FT | |
| SECOND FLOOR | 723 |
| TOTAL SQ FT | 4,380 |

### 1 STORY AREA
| | |
|---|---|
| LIVING SQ FT | |
| FIRST FLOOR | 2,805 |
| TOTAL SQ FT | 3,657 |

### WIDTH 60'-0" LENGH 75'-0"

## OPTIONAL
## 2nd FLOOR
## PLAN

SHOWN WITH
OPTIONAL EXTERIOR
DESK AND DOORS

OPTIONAL BALCONY W/
SLIDERS, RAILING, EXTERIOR CARPET
$3,200

OPTIONAL BATH 14,079

OPTIONAL
BATH

LINEN

### GAME ROOM
### OR
### HOME OFFICE
### 37'-2" X 16'-8"

SHOWN WITH
OPTIONAL TRAY CEILING

TWO STORY FRAMING
WILL TYPICALLY BE
FRAME CONSTRUCTIO

SLIDIN

SIT
RO

MASTE
24'-6"
OPTIONAL

HIS WALK-IN
CLOSET

B

S
SH

NOTE: MAJESTIC "DRAFT WIZ" ARCHITECTURAL DRAFTING PROGRAM CAN...
MODIFY FLOOR PLANS & ELEVATIONS TO ACCOMMODATE YOUR LIFESTYLE.
ADD TUBS OR ROMAN SHOWERS, ADD OR ENLARGE ROOMS.
MAJESTIC WILL EVEN MOVE INTERIOR (NON-STRUCTURAL) WALLS AT NO CHARGE!

## "LOWEST PRICES - GUARANTEED

THESE DRAWINGS ARE FOR ILLUSTRATION PURPOSES ONLY-NOT PART OF A LEGAL CONTRACT

King, J. 0005