# EXHIBIT C

[Properties Noticed for Remediation]

# EXHIBIT C - 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| | SECTION: L |
| | JUDGE FALLON |
| THIS DOCUMENT RELATES TO | MAG. JUDGE WILKINSON |

Almeroth, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al., Case No. 2:12-cv-00498

Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al., Case Nos. 2:11-cv-1672, 2:11-cv-1395, and 2:11-cv-1673
_____/

**PLAINTIFF PAUL K. CROLEY II'S
NOTICE OF REMEDIATION**

NOTICE IS HEREBY given that Paul K. Croley II, Plaintiff in the above-captioned matter, will begin remediation of his property located at 140 South Dixie Highway, Unit 512, Hollywood, Florida 33020 on or about February 25, 2013. The property will be made available to any party in the above-captioned matter prior to the date of commencement of remediation. Anyone desiring to view the property should contact Joel Rhine at jrr@rhinelawfirm.com.

DATED: January 23, 2013.

                                                                Respectfully submitted,

                                                                /s/ Daniel K. Bryson
                                                                _____

                                                                **Daniel K. Bryson** (*pro hac vice*)
                                                                **WHITFIELD BRYSON & MASON LLP**
                                                                900 W. Morgan St.
                                                                Raleigh, NC 27603
                                                                Telephone: (919) 600-5000
                                                                Facsimile: (919) 600-5035

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiff Paul K. Croley II's Notice of Remediation has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in Accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a noticed of electronic filing in accordance with the procedures established in MDL 2047, on this 23rd day of January 2013.

/s/ Daniel K. Bryson

_____

Daniel K. Bryson

# EXHIBIT C - 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION:   L |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO | * | MAG. JUDGE WILKINSON |
| | * | |
| *Richard and Constance Almeroth, et al. v.* | * | |
| *Taishan Gypsum Co., Ltd., f/k/a Shandong* | * | |
| *Taihe Dongxin Co., Ltd., et al.* | * | |
| Case No. 12-0498 (E.D.La.) | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**PLAINTIFF, DONATA S. MILLIGAN BOYER'S
<u>NOTICE OF REMEDIATION</u>**

NOTICE IS HEREBY given that Donata S. Milligan Boyer, Plaintiff in the above captioned matter, will begin remediation of her property located at 1333 Sylvia Avenue, Metairie, Louisiana 70005, beginning on Monday, March 19, 2012. The property will be made available to any party in the above captioned matter prior to the date of commencement of remediation. Anyone desiring to view the property should contact Jeremy S. Epstein at <u>jepstein@hhkc.com.</u>

1

Respectfully submitted,

**/s/ Leonard A. Davis**

_____
**RUSS M. HERMAN, La. Bar No. 6819**
**STEVEN J. LANE, La. Bar No. 7554**
**LEONARD A. DAVIS, La. Bar No. 14190**
**STEPHEN J. HERMAN, La. Bar No. 23219**
**JOSEPH E. "JED" CAIN, La. Bar No. 29785**
**JEREMY S. EPSTEIN, La. Bar No. 32135**
**HERMAN, HERMAN, KATZ & COTLAR, LLP**
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone:     (504) 581-4892
Fax No.:         (504) 561-6024
*Attorneys for the Plaintiff,*
*Donata S. Milligan Boyer*

## CERTIFICATE OF SERVICE

     I hereby certify that the above and foregoing Plaintiff, Donata S. Milligan Boyer's, Notice of Remediation, has been served on Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail <u>and </u>e-mail <u>or</u> by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File and Serve in Accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 29th day of February, 2012.

                                                     /s/ Leonard A. Davis

_____

LEONARD A. DAVIS

# EXHIBIT C - 3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | MDL No. 2047<br><br>SECTION: L<br>JUDGE FALLON |
| **THIS DOCUMENT RELATES TO** | MAG. JUDGE WILKINSON |

Gross, et al. v. Knauf Gips KG, et al.
Case No. 2:09-cv-6690 (E.D.La.)
_____/

### PLAINTIFFS VICTOR AND LOUMERTISTENE HOWELLS' NOTICE OF REMEDIATION

NOTICE IS HEREBY given that Victor and Loumertistene Howell, Plaintiffs in the above captioned matter, began remediation of their property located at 5275 Sandbar Cove, Winston, Georgia 30187 on Saturday, September 24, 2011.  The property will be made available to any party in the above captioned matter during and after the remediation.  Anyone desiring to view the property should contact Joel Rhine at jrr@rhinelawfirm.com.

Respectfully submitted,

*/s/ Daniel K. Bryson*_____
Daniel K. Bryson
LEWIS & ROBERTS
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Telephone: (888) 981-0939
Facsimile: (919) 981-0431

{00415247.DOCX}

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing Plaintiffs Victor and Loumertistene Howells' Notice of Remediation has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in Accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a noticed of electronic filing in accordance with the procedures established in MDL 2047, on this 28th day of September 2011.

                                                       */s/ Daniel K. Bryson*_____
                                                       Daniel K. Bryson

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED　　　　MDL No. 2047
DRYWALL PRODUCTS
LIABILITY LITIGATION　　　　　　　　　SECTION:  L
　　　　　　　　　　　　　　　　　　　　JUDGE FALLON
THIS DOCUMENT RELATES TO　　　　　MAG. JUDGE WILKINSON

Wiltz, et al. v. Beijing New Building Materials
Public Limited Co., et al.
Case No. 2:10-cv-00361 (E.D.La.)
OC II Intervention B
_____/

## PLAINTIFFS VICTOR AND LOUMERTISTENE HOWELLS' NOTICE OF REMEDIATION

NOTICE IS HEREBY given that Victor and Loumertistene Howell, Plaintiffs in the above captioned matter, began remediation of their property located at 5275 Sandbar Cove, Winston, Georgia 30187 on Saturday, September 24, 2011.  The property will be made available to any party in the above captioned matter during and after the remediation.  Anyone desiring to view the property should contact Joel Rhine at jrr@rhinelawfirm.com.

Respectfully submitted,

*/s/ Daniel K. Bryson*
Daniel K. Bryson
LEWIS & ROBERTS
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Telephone: (888) 981-0939
Facsimile: (919) 981-0431

{00415254.DOCX}

## **CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing Plaintiffs Victor and Loumertistene Howells' Notice of Remediation has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in Accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a noticed of electronic filing in accordance with the procedures established in MDL 2047, on this 28th day of September 2011.

                                                                   */s/ Daniel K. Bryson*_____
                                                                   Daniel K. Bryson

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br><br>SECTION: L<br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO | MAG. JUDGE WILKINSON |

Abel, et al. v. Taishan Gypsum Co., LTD. f/k/a
Shandong Taihe Dongxin Co., LTD., et al.
Case No. 2:11-cv-00080 (E.D.La.)
_____/

### PLAINTIFFS VICTOR AND LOUMERTISTENE HOWELLS' NOTICE OF REMEDIATION

NOTICE IS HEREBY given that Victor and Loumertistene Howell, Plaintiffs in the above captioned matter, began remediation of their property located at 5275 Sandbar Cove, Winston, Georgia 30187 on Saturday, September 24, 2011. The property will be made available to any party in the above captioned matter during and after the remediation. Anyone desiring to view the property should contact Joel Rhine at jrr@rhinelawfirm.com.

Respectfully submitted,

*/s/ Daniel K. Bryson*
Daniel K. Bryson
LEWIS & ROBERTS
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Telephone: (888) 981-0939
Facsimile: (919) 981-0431

{00415249.DOCX}

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Plaintiffs Victor and Loumertistene Howells' Notice of Remediation has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in Accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a noticed of electronic filing in accordance with the procedures established in MDL 2047, on this 28th day of September 2011.

*/s/ Daniel K. Bryson*_____
Daniel K. Bryson

{00415249.DOCX}

# EXHIBIT C - 4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br><br>SECTION: L<br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO | MAG. JUDGE WILKINSON |

Wiltz, et al. v. Beijing New Building Materials
Public Limited Co., et al.
Case No. 2:10-cv-00361 (E.D.La.)
OCII Intervention C
_____/

**PLAINTIFFS BARRY AND MARLENE DUKES'
NOTICE OF REMEDIATION**

NOTICE IS HEREBY given that Barry and Marlene Duke, Plaintiffs in the above captioned matter, will begin remediation of their property located at 20241 Chapel Trace, Estero, Florida 33928 on Monday, June 6, 2011. The property will be made available to any party in the above captioned matter prior to the date of commencement of remediation. Anyone desiring to view the property should contact Joel Rhine at jrr@rhinelawfirm.com.

Respectfully submitted,

*/s/ Daniel K. Bryson*
Daniel K. Bryson
LEWIS & ROBERTS
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Telephone: (888) 981-0939
Facsimile: (919) 981-0431

{00404981.DOCX}

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiffs Barry and Marlene Dukes' Notice of Remediation has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in Accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a noticed of electronic filing in accordance with the procedures established in MDL 2047, on this 12th day of May 2011.

*/s/ Daniel K. Bryson*
Daniel K. Bryson

{00404981.DOCX}

# EXHIBIT C - 5

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br><br>SECTION: L<br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO | MAG. JUDGE WILKINSON |

Wiltz, et al. v. Beijing New Building Materials
Public Limited Co., et al.
Case No. 2:10-cv-00361 (E.D.La.)
OCII Intervention C
_____/

## PLAINTIFFS VINCENT AND KATHLEEN CARBONES' NOTICE OF REMEDIATION

NOTICE IS HEREBY given that Vincent and Kathleen Carbone, Plaintiffs in the above captioned matter, will begin remediation of their property located at 20271 Chapel Trace, Estero, Florida 33928 on Monday, June 6, 2011. The property will be made available to any party in the above captioned matter prior to the date of commencement of remediation. Anyone desiring to view the property should contact Joel Rhine at jrr@rhinelawfirm.com.

Respectfully submitted,

*/s/ Daniel K. Bryson*
Daniel K. Bryson
LEWIS & ROBERTS
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Telephone: (888) 981-0939
Facsimile: (919) 981-0431

{00404979.DOCX}

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiffs', Vincent and Kathleen Carbone, Notice of Remediation has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in Accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a noticed of electronic filing in accordance with the procedures established in MDL 2047, on this 12th day of May 2011.

*/s/ Daniel K. Bryson*
Daniel K. Bryson

{00404979.DOCX}