# EXHIBIT D

**[Properties in the Demonstration Remediation of Homes with KPT Drywall]**

# Settlement Agreement For The
## Demonstration Remediation Of Homes With KPT Drywall

This Agreement ("Demonstration Remediation Agreement" or "Agreement") is entered into by and between the MDL Plaintiffs' Steering Committee (the "PSC") in *In re: Chinese Manufactured Drywall Products Liability Litigation*, MDL No. 2047 (the "MDL"), including class counsel in *Harrell v. South Kendall Construction Corp, et al.*, No. 09-08401 (11th Judicial Circuit of Florida) ("Harrell Class Action"), and Knauf Plasterboard (Tianjin) Co., Ltd. ("KPT"), Knauf Plasterboard (Wuhu) Co. Ltd., Guandong Knauf New Building Material Product Co. Ltd., Knauf International GmbH, Knauf Insulation GmbH (referred to in MDL 2047 as Knauf Insulation USA), Knauf AMF GmbH & Co. KG, Knauf do Brasil Ltda., Gebr., Knauf Verwaltungsgesellschaft, PT.Knauf Gypsum Indonesia, and Knauf Gips KG (collectively the "Knauf Entities").

## RECITALS

WHEREAS, the parties have concluded that it is in their best interests to explore means of resolving lawsuits arising from alleged defects in drywall manufactured and exported to the United States by KPT (the "KPT Drywall Litigations");

WHEREAS, the parties agree that nothing in this Agreement constitutes a waiver of any claims or defenses, except as expressly stated below, and that nothing in this Agreement constitutes an admission of liability by the Knauf Entities;

WHEREAS, in an effort to resolve the KPT Drywall Litigations, the Knauf Entities have agreed to remediate up to 300 homes with KPT drywall, pursuant to the terms described below, the purpose of which is to serve as a model for a possible future global remediation program;

WHEREAS, suppliers and builders who installed or supplied KPT drywall to the homes and their insurers ("Other Participating Companies"), have already agreed, or may agree in the future, to contribute to the cost of remediation of these homes as described below;

NOW, THEREFORE, for the good and valuable consideration described below, the sufficiency of which is hereby acknowledged, the parties, each and all intending to be legally bound, hereby stipulate and agree as follows:

## TERMS AND CONDITIONS

I. **Purpose of the Demonstration Remediation Agreement**

This Demonstration Remediation Agreement creates a program by which the Knauf Entities will remediate up to 300 homes ("the Remediation Homes") whose owners acquired title to their homes prior to the execution of this Agreement ("homeowners"), have claims against the Knauf Entities and the Other Participating Companies pending in the MDL (the "Demonstration Remediation Program" or "Program").

## II. Eligible Homes

A. **Eligible Homes.** Homes eligible for the Program ("Eligible Homes") must (1) contain all or substantially all KPT drywall board ("KPT board") in terms of the number of KPT boards compared to the total number of drywall boards in the home; (2) not contain other defective Chinese drywall board ("Chinese drywall") (*i.e.*, homes with a mix of defective Chinese drywall will not be eligible for the Program); (3) be located in 4 states: Florida, Louisiana, Alabama, or Mississippi; and (4) have been built, or had KPT drywall board supplied by, one or more of the Other Participating Companies. For purposes of this Agreement, "substantially all" is defined to mean 95% or more KPT board; however, the Knauf Entities may at their sole discretion waive such requirement.

B. **Identified Eligible Homes.** For purposes of expeditiously commencing the Demonstration Remediation Program, the PSC and the Knauf Entities have identified Eligible Homes, listed on Exhibit A, other than the Harrell Remediation Homes (defined below) in Florida listed and identified therein, satisfying the conditions in Paragraph II (A), and have selected, from these homes, the homes listed on Exhibit B for which the remediation process will commence as soon as practicable after the execution of this Agreement. The Harrell Remediation Homes listed on Exhibit A, which are the subject of the Harrell Class Action, are subject to approval by the Knauf Entities as Eligible Homes and to the conditions listed in Paragraph II (C).

C. **Identification of Harrell Remediation Homes in Florida.** Class Counsel in the Harrell Class Action ("Harrell Class Counsel") and the Knauf Entities have reached an agreement, subject to the satisfaction of certain conditions precedent and the execution of definitive documentation and approval by the 11th Judicial Circuit of Florida, as part of a class action settlement, to include in the Program homes of class members that satisfy the conditions in Paragraph II (A) ("the Harrell Remediation Homes"). For purposes of this Agreement, references to the Harrell Class Counsel's undertakings, rights and obligations concern only the Harrell Remediation Homes.

D. **Identification of Other Eligible Homes.** Within 30 business days of the execution of this Demonstration Remediation Agreement, the PSC will identify any other potentially Eligible Homes in the above four states, at its own expense, by using a reliable and effective method of inspection and provide the results of such inspection to the Knauf Entities. Within 30 business days of the notice by the PSC of identification of potentially Eligible Homes, and receipt of the results of such inspections, the Knauf Entities, at their sole discretion and expense, will determine, based on the results of such drywall inspections, whether the other potentially Eligible Homes, in fact, contain all or substantially all KPT board and are therefore Eligible Homes, notify the PSC of its determination, and, as soon as practicable, commence the remediation process as to any Eligible Home meeting the requirements of Paragraph II (A). In the event that the Knauf Entities determine that a potentially Eligible Home does not meet the requirements of

2

# EXHIBIT

# A

EXHIBIT A

| Property Owner | Street | City | State | ZIP | Lawyer/Firm | List |
|---|---|---|---|---|---|---|
| ABOULAFIA, Steven & Unruean | 3735 Yucatan Pkwy | Cape Coral | FL | 33993 | Arnold Levin | AAA |
| Aguilar, Eleanor | 3583 NW 14th Court (GT07-048) | Lauderhill | FL | 33311 | Alters/Baron & Budd | AA |
| Albano, Carol Aurbach, Suely Braithwaite, Judy Crawford, Monique and Shand, Elaine James, Janelle | 1401 NW 36th Way (GT01-001); 3598 NW 14th Court (GT27-197); 3513 NW 14th Court (GT08-055); 3609 NW 14th Court (GT05-025); 3606 NW 14th Court (GT27-193) | Lauderhill | FL | 31333 | Roberts & Durkee; Milstein, Adelman & Kreger | AA |
| Ambroise, Donald | 1425 NW 36th Way (GT02-011) | Lauderhill | FL | 31333 | Alters/Baron & Budd | AA |
| Amerson, Amy | 1205 Magnolia Alley | Mandeville | LA | 70471 | Becnel Law Firm (Daniel Jr) | A |
| Ancira, Chris & Lilah | 110 Pine Alley Rd. | Mandeville | LA | 70471 | Becnel Law Firm (Daniel Jr) | A |
| Armstrong, David & Bonnie | 8929 Glenfield Drive | Baton Rouge | LA | 70809 | Martzell & Bickford (Centola) | A |
| Arnaud, Lester & Cathrine | 17504 Rosemont Dr. | Prairieville | LA | 70769 | Joshua Palmintier | A  A1650 |
| Ashley, Tatiana | 3579 NW 14th Court (GT08-052) | Lauderhill | FL | 33311 | Alters/Baron & Budd | AA |
| Back, Charles & Mary Ann | 1215 Magnolia Alley | Mandeville | LA | 70471 | Lambert & Nelson | A  A969 |
| Banner, William F. & Kitty | 70486 4th Street | Covington | LA | 70433 | Lewis & Roberts, PLLC | A |
| Barry, Scott & Judy | 3801 SW 2nd Street | Cape Coral | FL | 33991 | Jerrold Seth Parker | AAA |
| Berthaut, Colin | 1218 Magnolia Alley, #42 | Mandeville | LA | 70471 | Martzell & Bickford (Centola) | A  A1071 |
| Bissoon, Suresh & Oma | 1056 NW Leonardo Circle (VFA066) | Port St. Lucie | FL | 34986 | Roberts & Durkee; Milstein, Adelman & Kreger | AA |

as of 10.13.2010

EXHIBIT A

| Property Owner | Street | City | State | ZIP | Lawyer/Firm | List | |
|---|---|---|---|---|---|---|---|
| Boquet, Edwin | 17454 Rosemont Dr. | Prairieville | LA | 70769 | Becnel Law Firm (Daniel Jr) | A | |
| Borne, Barry & Mary | 1217 Magnolia Alley | Mandeville | LA | 70471 | Lambert & Nelson | A | |
| Borne, Carol | 835 Montgomery St. | Mandeville | LA | 70448 | Jeffrey Berniard | A | |
| BOTELHO, Florencio & Maria | 1819 SW 47th Street | Cape Coral | FL | 33914 | | AAA | |
| Boucher, Gordon & Nancy | 11001 Gulf Reflections Drive #A208 | Ft. Myers | FL | 33908 | Wayne Kreger | AAA | B83 |
| Boudreaux, Virginia R. | 209 Cottage Green Lane | Covington | LA | 70435 | Peyton B. Burkhalter | A | |
| Bourdon, Lucille | 15074 Pamela Dr. | Covington | LA | 70433 | Paul A. Lea, Jr. | A | |
| Bourgeois, Richard, Sr. & Gail | 10968 Shoreline Dr. | Baton Rouge | LA | 70809 | Walters Papillion Thomas Cullens | A | |
| Boutte', Donald J. | 11051 Shoreline Dr. | Baton Rouge | LA | 70809 | Herman, Herman, Katz & Cotlar | A | A1625 |
| Boxe, Kevin & Roxanne | 1104 NW Leonardo Circle (VFA058) | Port St. Lucie | FL | 34986 | Parker, Waichman, Alonso | AA | |
| Bradley, James "Jimmy" & Wanda Louise | 19405 Kelly Wood Court | Baton Rouge | LA | 70809 | Joshua Palmintier | A | A1739 |
| Braselman, Ryan & Holly | 1206 Magnolia Alley | Mandeville | LA | 70471 | Lambert & Nelson | A | A1463 |
| Bronaugh, David & Heather | 2323 Sunset Blvd | Slidell | LA | 70461 | Kanner & Whitley, LLC; Allan Kanner & Melissa Fuesiier | A | |
| Brown, Larry | | | AL | | | | |
| Brown, Raymond & Syndee | 1213 Magnolia Alley | Mandeville | LA | 70471 | Jeffrey Berniard | A | |
| Brumfield, Ollie & Adrienne | 608 Huseman Lane | Covington | LA | 70435 | Morris Bart, LLC | A | |
| Butler, James, Dr., & Joycelyn Louise | 5720 Wright Road | New Orleans | LA | 70128 | Kanner & Whitley, LLC; Allan Kanner & Melissa Fuesiier | A | |
| Caliper Cpaital of Florida, LLC | 3614 NW 12th Court (GT26-192) | Lauderhill | FL | 33311 | Alters/Baron & Budd | AA | |
| Carroll, Cynthia | 1220 Magnolia Alley | Mandeville | LA | 70471 | Lambert & Nelson | A | A1369 |

as of 10.13.2010

EXHIBIT A

| Property Owner | Street | City | State | Zip | Lawyer/Firm | List |
|---|---|---|---|---|---|---|
| Casey, Hugh | 10440 SW Stephanie Way, Unit 206 (TR4-206) | Port St. Lucie | FL | 34987 | McIntosh, Sawren, Peltz & Cartaya | AA |
| Cassagne, Brande & Jordan | 209 Place Saint Jean | Covington | LA | 70433 | Morris Bart, LLC | A |
| Cassard, Jesse & Angela | 7405 Ashland Dr. | Zachary | LA | 70791 | Roberts & Durkee, P.A. | B |
| Ceruti, Ronald & Sharon | 745 Spring Thyme Dr. | Belle Chasse | LA | 70037 | Becnel Law Firm (Daniel Jr) | A |
| Chavous, George & Lorine | | | AL | | | |
| Chery, Jean-Robert & Presina | 990 NW Leonardo Circle (VFA077) | Port St. Lucie | FL | 34986 | Colson Hicks | AA |
| Chiappetta, Kevin & Karen | 727 ARCTIC FOX RUN | Madisonville | LA | 70447 | Becnel Law Firm (Daniel Jr) | A |
| Colby, Richard & Susan | 16347 Hwy 931 | Prairieville | LA | 70769 | L.Y. Hymel | A |
| Comick, Ronnie | No Hits; No PPF or DPF | | LA | | May not be in Louisiana | A |
| Commer, Cynthia | | | AL | | | |
| Conte, Margaret Ann | 11001 Gulf Reflections Drive #A106 | Ft. Myers | FL | 33908 | Milstein, Adelman & Kreger | AAA |
| Cooper, Brenda | 1812-14 Mazant St. | New Orleans | LA | 70117 | Pro se | A |
| Cove, Joseph | 214 SW 39th Terrace | Cape Coral | FL | 33991 | | AAA |
| CRAMER, David & Denise | 2521 SW 52nd Lane | Cape Coral | FL | 33914 | Jeremy W. Alters | AAA |
| CREUS, Benny & Evelyn | 1818 SE 7th Street | Cape Coral | FL | 33990 | | AAA |
| Cucci, Jacqueline | 138 NW Leonardo Circle (VFA069) | Port St. Lucie | FL | 34986 | Parker, Waichman, Alonso | AA |
| CUDDAPHA, Prabhakara | 3317 Ceitus Pkwy | Cape Coral | FL | 33991 | Wayne Kreger | AAA |

as of 10.13.2010

EXHIBIT A

| Property Owner | Street | City | State | ZIP | Lawyer/Firm | List |
|---|---|---|---|---|---|---|
| Cummins, Rolland & Charlene | 11001 Gulf Reflections Drive #A108 | Ft. Myers | FL | 33908 | Russ Herman; Lenny Davis | AAA |
| Cunningham, Dennis & Susan | 288 Penn Mill Lakes Blvd. | Covington | LA | 70435 | Herman, Herman, Katz & Cotlar | A |
| Dalmage, Dilworth & Hyacinth | 3445 NW 14th Court (GT10-072) | Lauderhill | FL | 33311 | Alters/Baron & Budd | AA |
| Darensbourg, Mark & Barbara | 1924 Bayou Paul Lane | St. Gabriel | LA | 70776 | Herman, Herman, Katz & Cotlar | A |
| De Los Santos, Brian & Rosibel | 973 NW Leonardo (VFA039) | Port St. Lucie | FL | 34986 | Roberts & Durkee; Milstein, Adelman & Kreger | AA |
| DeBENEDICTIS, Frank & Deborah | 4408 SW 20th Ave. | Cape Coral | FL | 33914 | Ben W. Gordon, Jr. | AAA |
| DeJan, Charlotte | 4635 Evangaline St. | New Orleans | LA | 70127 | Herman, Herman, Katz & Cotlar | A |
| DeJan, Leroy & Ann | 4624 Chantilly Dr. | New Orleans | LA | 70126 | Herman, Herman, Katz & Cotlar | A |
| Dennis, Patrick & Kathleen | 517 Snead Court | Slidell | LA | 70458 | Kanner & Whitley, LLC; Allan Kanner & Melissa Fuesller | A |
| Desporte, Edward T., Jr. & JoAnn | 28140 Chukkar Lane | Folsom | LA | 70437 | Thornhill Law Firm | A |
| Diehl, Scott | 16 NW 12th Place | Cape Coral | FL | 33993 | Richard Serpe | AAA |
| Dobbins, Margaret & Glenwood | 39130 Old Bayou Ave. | Gonzales | LA | 70737 | F. Gerald Maples, PA | A |
| Donaldson, Malcolm & Kelli | 293 Penn Mill Lakes Blvd | Covington | LA | 70435 | Paul A. Lea, Jr. | A |
| Dorsey, Glenda F. | 39085 Pirogue Ave. | Gonzales | LA | 70737 | Lewis & Roberts, PLLC | A |

as of 10.13.2010

A1214

EXHIBIT A

| Property Owner | Street | City | State | ZIP | Lawyer/Firm | List | |
|---|---|---|---|---|---|---|---|
| Duhon, Christopher & Kimberly | 17469 Rosemont Dr. | Prairieville | LA | 70769 | Becnel Law Firm | A | |
| Dupuy, Cullen & Mary | 15246 Campanile Court | Baton Rouge | LA | 70810 | Walters Papillion Thomas Cullens | A | |
| Edwards, Norma | 1050 NW Leonardo Circle (VFA067) | Port St. Lucie | FL | 34986 | Roberts & Durkee; Milstein, Adelman & Kreger | AA | A1619 |
| Espino, Julio & Evangelina | 1032 NW Leonard Circle (VFA070) | Port St. Lucie | FL | 34986 | Krupnick, Campbell, Malone | AA | |
| Fayard, Crystal & Formica, Conrad | 3216 Rachel Lane | Ocean Springs | MS | 39564 | Levin Papantonio | A | |
| Feinberg, Manley & Dianne | Unit 13 1524 Island Blvd. | Aventura | FL | 33160 | | A | |
| Felton, Kenturah | | | AL | | | | |
| Ferguson, Howard "Bud" Jr. & Anna Catherine | 6502 Antioch Crossing | Baton Rouge | LA | 70817 | Lewis & Roberts, PLLC | A | |
| Fineschi, Nicola & Connie | 1200 Magnolia Alley | Mandeville | LA | 70471 | Lambert & Nelson | A | A961 |
| Finger, Simon & Rebecca | 1844 State St. | New Orleans | LA | 70118 | Allan Kanner & Melissa Fuesiler | A | B376 |
| Fisher, Steve and Corrinn | 580 Huseman Lane | Covington | LA | 70435 | Lambert & Nelson | A | |
| FMY Ventures, LLC | 11001 Gulf Reflections Drive #A101 | Ft. Myers | FL | 33908 | Milstein, Adelman & Kreger | AAA | |
| Fothergill, Zen | 3525 NW 14th Court (GT08-049) | Lauderhill | FL | 33311 | Alters/Baron & Budd | AA | |
| Franatovich, Mitchell & Sarah | 2251 3rd Street | Mandeville | LA | 70471 | Watts Hilliard, LLC | A | |
| FRANCIPANE, Sal & Susan | 4005 SW 23rd Ave | Cape Coral | FL | 33914 | Jeremy W. Alters | AAA | A1630 |
| FRAWLEY, Don & Amy | 1237 NW 36th Ave | Cape Coral | FL | 33993 | Geraghty, Dougtherty & Edwards | AAA | |

as of 10.13.2010

EXHIBIT A

| Property Owner | Street | City | State | ZIP | Lawyer/Firm | Unit | |
|---|---|---|---|---|---|---|---|
| FRAZIER, Larry & Dorothy | 927 SW 4th Ave | Cape Coral | FL | 33991 | Jeremy W. Alters | AAA | |
| Fulks, Richard & Bonnie | 4304 NW 39th Avenue | Cape Coral | FL | 33993 | Jeremy W. Alters | AAA | |
| Gammage, Daniel, Dr. | 1210 Magnolia Alley | Mandeville | LA | 70471 | Lambert & Nelson | A | A1075 |
| Gardette, Michael & Nicole | 268 Penn Mill Lakes | Covington | LA | 70435 | Joseph M. Bruno | A | A1939 |
| Gardette, Michael & Rhonda | 276 Penn Mill Lakes | Covington | LA | 70435 | Herman, Herman, Katz & Cotlar | A | |
| Garrett, Roger | 13496 Addison Ave. | Gulfport | MS | 39503 | Lumpkin & Reeves | A | |
| Garton, Timothy | 4005 Campton Tif | Gonzales | LA | 70737 | Lewis & Roberts, PLLC | A | |
| GERACI, Vincent & Joan | 420 NW 38th Ave | Cape Coral | FL | 33993 | | A | A1694 |
| GIGGEY, Richard & Linda | 1813 NE 23rd Ave | Cape Coral | FL | 33090 | Jeremy W. Alters | AAA | |
| Goldberg, Scott | 7422 Briella Drive | Boynton Beach | FL | 33438 | Alters/Baron & Budd | AA | |
| Graham, Wayne and Rainner, Stephanie | 3602 NW 14th Court (GT27-195) | Lauderhill | FL | 33311 | Roberts & Durkee; Milstein, Adelman & Kreger | AA | |
| Greco, Vincent J. | 70461 11th Street | Covington | LA | 70433 | Lewis & Roberts, PLLC | A | |
| Greene, Craig & Kristen | 3117 McClendon Court | Baton Rouge | LA | 70810 | Lewis & Roberts, PLLC | A | |
| Grissom, John & Becky | 118 S. Willow bend Rd. | Monroe | LA | 71203 | Matthews & Associates | A | B124 |
| Guidry, Chris & Jerene | 5396 Courtyard Dr. | Gonzales | LA | 70737 | Becnel Law Firm (Daniel Jr) | A | |
| GUILHEMPE, Edmund | 335 SW 24th Street | Cape Coral | FL | 33991 | Russ Herman Lenny Davis | AAA | |
| Haindel, Mary Virginia | 1224 Magnolia Ave. | Mandeville | LA | 70471 | Becnel Law Firm (Daniel Jr) | A | A155 |

as of 10.13.2010

Exhibit A

| Property Owner | Street | City | State | ZIP | Lawyer/Firm | List |
|---|---|---|---|---|---|---|
| Hansen, Deborah | 3537 NW 14th Court (GT07-046) | Lauderhill | FL | 33311 | Alters/Baron & Budd | AA |
| Harrell | 2140 SE 191-14 AVENUE | HOMESTEAD | FLORIDA | 33035 | | |
| Harrell | 1946 SE 22ND COURT | HOMESTEAD | FLORIDA | 33035 | | |
| Harrell | 1954 SE 22ND COURT | HOMESTEAD | FLORIDA | 33035 | | |
| Harrell | 1938 SE 22ND COURT | HOMESTEAD | FLORIDA | 33035 | | |
| Harrell | 2017 SE 21ST COURT | HOMESTEAD | FLORIDA | 33035 | | |
| Harrell | 1974 SE 23RD COURT | HOMESTEAD | FLORIDA | 33035 | | |
| Harrell | 2913 AUGUSTA DRIVE | HOMESTEAD | FLORIDA | 33035 | | |
| Harrell | 2708 AUGUSTA DRIVE | HOMESTEAD | FLORIDA | 33035 | | |
| Harrell | 1932 SE 21ST COURT | HOMESTEAD | FLORIDA | 33035 | | B402 |
| Harrell | 1987 SE 21ST COURT | HOMESTEAD | FLORIDA | 33035 | | |
| Harrell | 1948 SE 21ST COURT | HOMESTEAD | FLORIDA | 33035 | | |
| Harrell | 1982 SE 23RD COURT | HOMESTEAD | FLORIDA | 33035 | | |
| Harrell | 2806 AUGUSTA DRIVE | HOMESTEAD | FLORIDA | 33035 | | |
| Harrell | 2155 SE 20TH AVENUE | HOMESTEAD | FLORIDA | 33035 | | |
| Harrell | 2165 SE 20TH AVENUE | HOMESTEAD | FLORIDA | 33035 | | |
| Harrell | 1957 SE 22ND COURT | HOMESTEAD | FLORIDA | 33035 | | |
| Harrell | 2226 SE 20TH AVENUE | HOMESTEAD | FLORIDA | 33035 | | |
| Harrell | 2236 SE 20TH AVENUE | HOMESTEAD | FLORIDA | 33035 | | |
| Harrell | 1892 SE 23RD COURT | HOMESTEAD | FLORIDA | 33035 | | |
| Harrell | 1970 SE 22ND COURT | HOMESTEAD | FLORIDA | 33035 | | |
| Harrell | 1935 SE 22ND DRIVE | HOMESTEAD | FLORIDA | 33035 | | |
| Harrell | 2810 AUGUSTA DRIVE | HOMESTEAD | FLORIDA | 33035 | | |
| Harrell | 2248 SE 19Th TERRACE | HOMESTEAD | FLORIDA | 33035 | | |
| Harrell | 1926 SE 23RD COURT | HOMESTEAD | FLORIDA | 33035 | | |
| Harrell | 1912 SE 23RD COURT | HOMESTEAD | FLORIDA | 33035 | | |
| Harrell | 2235 SE 20Th AVENUE | HOMESTEAD | FLORIDA | 33035 | | |
| Harrell | 2225 SE 20TH AVENUE | HOMESTEAD | FLORIDA | 33035 | | |
| Harrell | 2230 SE 19" AVENUE | HOMESTEAD | FLORIDA | 33035 | | |
| Harrell | 2259 SE 19TH AVENUE | HOMESTEAD | FLORIDA | 33035 | | |
| Harrell | 1966 SE 23RD COURT | HOMESTEAD | FLORIDA | 33035 | | |
| Harrell | 1990 SE 23RD COURT | HOMESTEAD | FLORIDA | 33035 | | |

as of 10.13.2010

EXHIBIT A

| Property Owner | Street | City | State | ZIP | Lawyer/Firm | List |
|---|---|---|---|---|---|---|
| Harrell | 1975 SE 23RD COURT | HOMESTEAD | FLORIDA | 33035 | | |
| Harrell | 1950 SE 23RD COURT | HOMESTEAD | FLORIDA | 33035 | | |
| Harrell | 1958 SE 23RD COURT | HOMESTEAD | FLORIDA | 33035 | | |
| Harrell | 2250 SE 19Th AVENUE | HOMESTEAD | FLORIDA | 33035 | | |
| Harrell | 1934 SE 23RD COURT | HOMESTEAD | FLORIDA | 33035 | | |
| Harrell | 2240 SE 19Th AVENUE | HOMESTEAD | FLORIDA | 33035 | | |
| Harrell | 2239 SE 19" AVENUE | HOMESTEAD | FLORIDA | 33035 | | |
| Harrell | 2229 SE 19Th AVENUE | HOMESTEAD | FLORIDA | 33035 | | |
| Harrell * all homes listed as "Harrell" are subject to approval by the Knauf Entities as eligible homes and to the conditions listed in Paragragh 2C of the Demonstration/Remediation Agreement | 1931 SE 21ST COURT | HOMESTEAD | FLORIDA | 33035 | | |
| Hary, Michael & Sara | 1922 SW 30th Street | Cape Coral | FL | 33914 | Scott W. Weinstein | AAA |
| Haynes, Elvis & Carol | 3512 NW 14th Court (GT30-222) | Lauderhill | FL | 33311 | Alters/Baron & Budd | AA |
| Hebert, Loney & Vickie | 5190 Courtyard Drive | Gonzales | LA | 70237 | Becnel Law Firm (Daniel A Jr) | A |
| Henderson, Linda | 70510 4th Street | Covington | LA | 70433 | Herman, Herman, Katz & Cotlar | A |
| HENRY, Michael | 5424 SW 16th Place | Cape Coral | FL | 33914 | Milstein, Adelman & Kreger | AAA |
| Herbert, Brian | 11001 Gulf Reflections Drive #A201 | Ft. Myers | FL | 33908 | Wyane Kreger | AAA |
| HERNANDEZ, Ernest | 409 NW 38th Ave | Cape Coral | FL | 33993 | Allison Grass (?) | AAA |

as of 10.13.2010

EXHIBIT A

| Property Owner | Street | City | State | ZIP | Lawyer/Firm | List |
|---|---|---|---|---|---|---|
| Hidalgo, Sidney & Tonya | 273 Penn Mill Lakes Blvd. | Covington | LA | 70435 | Morris Bart, LLC | A |
| Hill, Chris | | | AL | | | |
| Hoffman, Marvin & Dorecia | 948 Lonardo Circle (VFA084) | Port St. Lucie | FL | 34986 | Krupnick, Campbell, Malone | AA |
| Holder, David | 11005 Shoreline Dr. | Baton Rouge | LA | 70809 | Walters Papillion Thomas Cullens | A |
| HOLMES, Elena | 7407 Cobb Road | Bokeelia | FL | 33922 | Arnold Levin | AAA |
| Hopkins, Terrell & Raeshonda | | | AL | | | |
| Hulsey, Charles & Sarah | 701 Arctic Fox Run | Madisonville | LA | 70447 | Becnel Law Firm (Daniel Jr) | A |
| JACKSON, Douglas & Debra | 3714 SW 4th Lane | Cape Coral | FL | 33991 | Jeremy W. Alters | AAA |
| Jarrell, Chad & Darlene | 400 Briar Meadow Lane | Covington | LA | 70433 | Gainsburg Benjamin | A |
| JARVIS, Frank & Kathy | 1219 NW 38th Place | Cape Coral | FL | 33993 | Leopold Kuvin | AAA |
| Jordan, Hugh Richard & Susan | 16347 Hwy 931 | Prairieville | LA | 70769 | Li Hymel; Hymel Davis & Petersen | A |
| Joseph, Roderick & Nadira | 3523 NW 14th Court (GT08-50) | Lauderhill | FL | 33311 | Roberts & Durkee; Milstein, Adelman & Kreger | AA |
| Joseph, Todd & Quividias | 17470 Rosemont Dr. | Prairieville | LA | 70769 | Becnel Law Firm (Daniel Jr) | A |
| KAMPF, Richard & Patricia | 233 SE 44th Terrace | Cape Coral | FL | 33904 | Jeremy W. Alters | AAA |
| Kehoe, Molly | 220 Bellingrath Place | Madisonville | LA | 70471 | Hugh Lambert | A |
| Kirby, Jay & Nina | 11001 Gulf Reflections Drive #A202 | Ft. Myers | FL | 33908 | | AAA |

as of 10.13.2010

EXHIBIT A

| Property Owner | Street | City | State | ZIP | Lawyer/Firm | List |
|---|---|---|---|---|---|---|
| Kroeger, Jeff | 11001 Gulf Reflections Drive #A204 | Ft. Myers | FL | 33908 | Wayne Kreger | AAA |
| LaCroix, Jim | 1429 Natchez Loop | Covington | LA | 70433 | Lemmon Law Firm | A |
| LAKE, William & Jacqueline | 2542 SW 27th Place | Cape Coral | FL | 33914 | Jeremy W. Alters | AAA |
| Landry, Justin & Renee | 12302 Dutchtown Villa Dr. | Geismar | LA | 70734 | Lewis & Roberts, PLLC | A |
| Laurence, Marc & Michelle | 11069 Gottschalk Rd. | Covington | LA | 70435 | P. David Carollo | A |
| Ledet, Darryl & Trisha | 17480 Rosemont Dr. | Prairieville | LA | 70769 | Becnel Law Firm (Daniel Jr) | A |
| Lee, Tamanika | | | AL | | | |
| LeJeune, Michael & Melissa | 680 Silverthorne Lane | Madisonville | LA | 70461 | Paul A. Lea, Jr. | A |
| LINDNER, Thomas | 605 SW 28th Terrace | Cape Coral | FL | 33914 | Viles & Beckman LLC | AAA |
| LUNDBERG, Richard & Kathleen | 2116 SW 28th Lane | Cape Coral | FL | 33914 | Jeremy W. Alters | AAA  A1456 |
| MACRI, Joseph | 1825 SE 2nd Street | Cape Coral | FL | 33990 | Scott W. Weinstein | AAA |
| Maritza Torres & Orlando Rodriguez | 317 NW 1st Street | Cape Coral | FL | 33993 | | AAA |
| Mason, Fay & Michael | 3583 NW 14th Court (GT06-038) | Lauderhill | FL | 33311 | Alters/Baron & Budd | AA |
| Matus, Aldo & Ghedy | 41299 Tulip Hill Ave. | Prairieville | LA | 70769 | Joshua Palmintier | A  A1229 |
| Mayfield, Jeffrey & Vanessa | 309 De Zaire Dr. | Madisonville | LA | 70447 | Becnel Law Firm | A |
| Mayo, Edward & Jacqueline | 5803 Windchester Park Dr. | New Orleans | LA | 70117 | Pro se | A |
| Mayo, Jake & Emily | 4268 Arrowhead St. | Baton Rouge | LA | 70808 | Lewis & Roberts, PLLC | A |
| McCoy, Ira | 11417 S. St. Andrews Circle | New Orleans | LA | 70128 | Pro se | A |
| Mercado, Juan & Irena | 1226 NE 10th Lane | Cape Coral | FL | 33909 | Scott W. Weinstein | AAA |

as of 10.13.2010

EXHIBIT A

| Property Owner | Street | City | State | Zip | Lawyer/Firm | List |
|---|---|---|---|---|---|---|
| Mercante, Joseph & Barbara | 43249 Happy Woods Rd. | Hammond | LA | 704036 | Becnel Law Firm (Daniel Jr) | A |
| Meyer, Lawrence & Elizabeth | 29310 Laurel Dr. | Lacombe | LA | 70445 | Dominick Impastato | A |
| MILLER, Daniel & Jacqueline Perry | 1903 SW 46th Terrace | Cape Coral | FL | 33914 | Arnold Levin | A |
| Mills, Jeanette | 11052 Shoreline Dr | Baton Rouge | LA | 70809 | Herman, Herman, Katz & Cotlar | A |
| Mitchell, James | 1214 Magnolia Alley | Mandeville | LA | 70471 | Becnel Law Firm (Daniel Jr) | A  B151 |
| Mizell, Fred & Taffenie | 14123 Hwy. 25 | Franklinton | LA | 70438 | Paul A. Lea, Jr. | A |
| MORRISON, Jeffrey & Leigh | 7518 Wedelia | Punta Gorda | FL | 33955 | Scott W. Weinstein | AAA |
| MOZDZONEK, Agnes | 5257 Pocatella Court | Cape Coral | FL | 33904 | Jerrold Seth Parker | AAA |
| Mulligan, Vicent & Virginia | 3542 NW 14th Court (GTR29-209) | Lauderhill | FL | 33311 | Roberts & Durkee; Milstein, Adelman & Kreger | AA |
| Mullings, Robert | 3440 NW 14th Court (GT33-241) | Lauderhill | FL | 33311 | Alters/Baron & Budd | AA |
| Murphy, Ronald K. | 11001 Gulf Reflections Drive #A107 | Ft. Myers | FL | 33908 | Wayne Kreger | AAA  A745 |
| Naden, Roberta & Craig | 5263 Courtyard Dr. | Gonzales | LA | 70737 | Herman, Herman, Katz & Cotlar | A |
| Nelson, Brian | 6835 Long Leaf Drive | Parkland | FL | 33076 | Baron and Budd, PC | RUSS |
| Njie, Josephina | 3411 NW 14th Court (GT13-089) | Lauderhill | FL | 33311 | Alters/Baron & Budd | AA |
| Nunez, Ernest III & Marie | 612 Huseman Ln. | Covington | LA | 70435 | Becnel Law Firm (Daniel Jr) | A |
| Nunez, Fredrick & Lisa | 123 Dominion Blvd. | Madisonville | LA | 70447 | Herman, Herman, Katz & Cotlar | A |
| Pagador, Tony & Tabitha | 13429 Libby Lane | Gulfport | MS | 39503 | Lumpkin & Reeves | A |

as of 10.13.2010

EXHIBIT A

| Property Owner | Street | City | State | ZIP | Lawyer/Firm | List |
|---|---|---|---|---|---|---|
| Perez, Geraldo and Alfonso, Olga | 3523 SW 2nd Avenue | Cape Coral | FL | 33914 | Scott W. Weinstein | AAA |
| PEREZ, Ty | 1201 Rush Ave | Lehigh Acres | FL | 33972 | Jerrold Seith Parker | AAA |
| Perry, Timothy & Tracy | 15190 Westin Cove | Gulfport | MS | 39503 | David McMullen | A |
| Pierson, Neil & Jan | 348 Jade Court | Madisonville | LA | 70447 | Lambert & Nelson | A |
| Porter, Lindsey, Sr. & Doris A. | 23620 Kirtley Drive | Plaquemine | LA | 70765 | Lewis & Roberts, PLLC | A |
| Pray, Jeffrey & Lana | 3824 Acadian Village Dr. | Ocean Springs | MS | 39564 | Lewis & Roberts, PLLC | A |
| Properties in Miami, LLC | 3538 NW 14th Court (GT29-211) | Lauderhill | FL | 33311 | Alters/Baron & Budd | AA |
| Properties in Miami, LLC | 3586 NW 14th Court (GT28-203) | Lauderhill | FL | 33311 | Alters/Baron & Budd | AA |
| QUIMBY, Clayton & Cheryl | 23976 Vincent Ave. | Punta Gorda | FL | 33955 | Scott W. Weinstein | AAA |
| Rabadia, Murji & Vekaria, Anjni | 7424 Briella Drive | Boynton Beach | FL | 33437 | Alters/Baron & Budd | AA |
| Ramaskevicius, Gintautas | 11001 Gulf Reflections Drive #A102 | Ft. Myers | FL | 33908 | | AAA |
| Ramsey, Keith | | | AL | | | |
| Reese, Jean | 2348 Soult St. | Mandeville | LA | 70448 | Herman, Herman, Katz & Cotlar | A |
| REHRIG, Neil | 3512 SE 1st Place | Cape Coral | FL | 33904 | Jeremy W. Alters | AAA |
| Ribello & Joan Bertoni | 11001 Gulf Reflections Drive #A203 | Ft. Myers | FL | 33908 | | AAA |
| RICUPERO, Kevin & Karen | 3214 SW 11th Place | Cape Coral | FL | 33914 | Russ Herman Lenny Davis | AAA |

B724

as of 10.13.2010

EXHIBIT A

| Property Owner | Street | City | State | ZIP | Lawyer/Firm | List |
|---|---|---|---|---|---|---|
| Rigney, George & Raffy | 42166 Autumn Run Drive | Hammond | LA | 70403 | Becnel Law Firm (Daniel Jr) | A |
| Ristovski, Van | 961 Leonardo Circle (VFA037) | Port St. Lucie | FL | 34986 | Parker, Waichman, Alonso | AA |
| Robair, Alexander J. | 39055 Bayou View Ave. | Gonzales | LA | 70737 | Martzell & Bickford (Centola) | A |
| Roberson, Sandra | 929 Flora Lane | Baton Rouge | LA | 70810 | Herman, Herman, Katz & Cotlar | A |
| Roberts, Jeffery D. | 285 Penn Mill Lakes Blvd. | Covington | LA | 70435 | Joseph M. Bruno | A |
| Robinhood Terrace, LLC | 1014 NM Leonardo Circle (VFA073) | Port St. Lucie | FL | 34986 | Carey & Danis | AA |
| ROCHE, Ross & Mary | 2816 NW 25th Lane | Cape Coral | FL | 33993 | Scott W. Weinstein | AAA |
| Rogers, Brad & Cassandra | 516 Mare Court | Covington | LA | 70435 | Wolfe Law Group; Scott Wolfe | A |
| Roth, Robert & Langlois, Rebecca | 4218 Bluebonnet Rd. | Baton Rouge | LA | 70809 | Walters Papillion Thomas Cullens | A |
| ROTTAU, Erwin & Mary Jane Cloeren | 2607 NW 15th Street | Cape Coral | FL | 33993 | Milstein, Adelman & Kreger | AAA |
| Roy, Gerard | 2832 SW 36th Terrace | Cape Coral | FL | 33914 | Jerrold Seth Parker | AAA |
| Rucker, Johnnie | 3547 NW 14th Court (GT07-041) | Lauderhill | FL | 33311 | Alters/Baron & Budd | AA |
| Runyon, Thomas & Sonia | 121221 Via Del Fontana Way | Ft. Myers | FL | 33919 | Scott W. Weinstein | AAA |
| SAEKS, Sieglinde | 2810 NW 14th Terrace | Cape Coral | FL | 339933 | | A |
| Samlal, Nalinie | 3430 NW 14th Court (GT33-246) | Lauderhill | FL | 33311 | Alters/Baron & Budd | AA |
| SCHATZLE, Ralph & Judith | 3445 NW 18th Terrace | Cape Coral | FL | 33993 | Jerrold Seth Parker | AAA |
| Schruff, Pat & Marcel | 616 Charleston Ln. | Long Beach | MS | 39560 | Vaughn & Bowden, PA | A |

B687

as of 10.13.2010

EXHIBIT A

| Property Owner | Street | City | State | ZIP | Lawyer/Firm | List |
|---|---|---|---|---|---|---|
| Sharper, Darren | Unit 12  1522 Island Boulevard | Aventura | FL | 33160 | Simon, Sigalos, & Spyredes PA | AAA |
| Shelton, Michael & Leslie | 568 Huseman Lane | Covington | LA | 70435 | Baron and Budd, PC | A |
| Sill, Garth | 3544 NW 14th Court (GT29-208) | Lauderhill | FL | 33311 | Alters/Baron & Budd | AA |
| Singleton, Enrica | 11413 Longview Dr. | New Orleans | LA | 70128 | Becnel Law Firm | A |
| Skinner, Helen (& the Estate of Albert D. Skinner, Jr.) | 29300 Laurel Dr. | Lacombe | LA | 70445 | Dominick Impastato | A |
| Smith, Adrian & Micaile | 1098 NW Leonardo Circle (VFA059) | Port St. Lucie | FL | 34986 | Saunders & Walker | AA |
| Smith, Dione & Pryce, Hazel | 1068 NW Leonardo Circle (VZ64A) | Port St. Lucie | FL | 34986 | Parker, Waichman, Alonso | AA |
| SMITH, Frank & TODD, Debra | 3396 NE 29th Ave. | Lighthouse Point | FL | 33064 | | A |
| Spencer, Patricia & Levi, Jr. | 3637 Edgewood Circle | Avondale | LA | 70094 | Morris Bart, LLC | A |
| Spivey, Sharon | | | AL | | | |
| St. Cyr, Emmanuel & Randa | 3535 NW 14th Court (GT07-047) | Lauderhill | FL | 33311 | Roberts & Durkee; Milstein, Adelman & Kreger | AA |
| Staton, Lori Ann | 1216 Magnolia Alley | Mandeville | LA | 70471 | Becnel Law Firm (Daniel Jr) | A |
| Staub, Marcus G. & Dana E. | 1208 Magnolia Alley | Mandeville | LA | 70471 | Daniel Becnel Law Firm | A |
| STOCK, Wayne & Suzanne | 10604 Broadland Pass | Thonotosassa | FL | 33592 | | A |
| Taylor, Charles & Rosa | 3517 NW 14th Court (GT08-53) | Lauderhill | FL | 33311 | Roberts & Durkee; Milstein, Adelman & Kreger | AA |
| Taylor, David & Amanda | 3216 Joy Lane | Ocean Springs | MS | 39564 | Lewis & Roberts, PLLC | A |
| Tedesco, Robert & Caroline | 709 Simpson Way | Covington | LA | 70435 | Baron and Budd, PC | A |
| Tenorio, Eric P. | 15101 Warren Dr. | Gulfport | MS | 39503 | Lumpkin & Reeves | A |

as of 10.13.2010

B147

EXHIBIT A

| Property Owner | Street | City | State | Zip | Lawyer/Firm | List | |
|---|---|---|---|---|---|---|---|
| Thomas, Brian & Tamara | 856 Water Oak Drive | Brusly | LA | 70719 | Lewis & Roberts, PLLC | A | |
| Tom, San & Jianran | 602 Charlston Lane | Long Beach | MS | 39560 | Lewis & Roberts, PLLC | A | |
| TRAN, Andy | 167 Gleason Pky | Cape Coral | FL | 33914 | Scott W. Weinstein | AAA | |
| TUCKER, Jarl & Janice | 1632 SW 19th Terr | Cape Coral | FL | 33991 | Wayne Kreger | AAA | |
| Turner, Tyrone C. | 17447 Rosemont Dr. | Prairieville | LA | 70769 | Joshua Palminiter | A | A1764 |
| VENTUROS, Maria | 1113 NE 32nd Street | Cape Coral | FL | 33909 | Jerrold Seth Parker | AAA | |
| VERISSIMO, Jorge | 1815 SW 47th Street | Cape Coral | FL | 33914 | | AAA | |
| Volke, Chip & Christina | 894 NW Leonardo Circle (VFA093) | Port St. Lucie | FL | 34986 | Lewis & Roberts, PLLC | AA | |
| WAGNER, Tracey | 18896 SE Jupiter Inlet Way | Tequesta | FL | 33469 | Leopold Duvin | AAA | |
| Ward, Amy & Truman | 5367 Courtyard Dr. | Gonzales | LA | 70737 | Herman, Herman, Katz & Cotlar | A | |
| Watson, Patrick & Paula | 978 NW Leonardo Circle (VFA079) | Port St. Lucie | FL | 34986 | Roberts & Durkee; Milstein, Adelman & Kreger | AA | |
| Watts, Sharon | 29284 Laurel Dr. | Lacombe | LA | 70445 | Becnel Law Firm? (blank) | A | |
| Wayne, William & Kelly | 576 Huseman Lane | Covington | LA | 70435 | Davis & Duncan, LLC | A | |
| Wheeler, Don M. & Agnes | 41311 Tulip Hill Ave. | Prairieville | LA | 70769 | Joshua Palminiter | A | B752 |
| White, Taenia | 828 N. Sabine Dr. | Baton Rouge | LA | 70810 | Herman, Herman, Katz & Cotlar | A | |
| Wilfer, Rosanne | 1202 Magnolia Alley | Mandeville | LA | 70471 | Lambert & Nelson | A | A1060 |
| Williams, Albert & Curbelo, Anika | 3526 NW 14th Court (GT30-215) | Lauderhill | FL | 33311 | Roberts & Durkee; Milstein, Adelman & Kreger | AA | |

as of 10.13.2010

Case 2:09-md-02047-EEF-MBN Document 18602-2 Filed 04/06/15 Page 20 of 20
Case 2:09-md-02047-EEF-JCW Document 16189-1 Filed 11/12/12 Page 32 of 151

EXHIBIT A

| Property Owner | Street | City | State | Zip | Lawyer/Firm | List |
|---|---|---|---|---|---|---|
| Williams, Demitrius | 3499 NW 14th Court (GT09-062) | Lauderhill | FL | 33311 | Alters/Baron & Budd | AA |
| Williams, Dina | 520 Mare Court | Covington | LA | 70435 | Seeger Weiss, LLP | A |
| Williams, Margaret Angela & Chin, Jahari | 967 NW Leonardo Circle (VFA038) | Port St. Lucie | FL | 34986 | Roberts & Durkee; Milstein, Adelman & Kreger | AA |
| Wood, Sheila | 13492 Addison Ave. | Gulfport | MS | 39503 | Lumpkin & Reeves | A |
| Woods, Rechanda | 29311 Willow Dr. | Lacombe | LA | 70445 | Becnel Law Firm (Daniel Jr) | A |
| Youmans, Cassandra | 5201 Chamberlain Dr. | New Orleans | LA | 70122 | Daniel K. Bryson | A |
| Young, Raymond Sr. & Linda | 577 Huseman Ave. | Covington | LA | 70435 | Baron and Budd, PC | A |
| Zeber, Michelle & Neal | 8949 Glenfield Drive | Baton Rouge | LA | 70809 | Wolfe Law Group; Scott Wolfe | A |

as of 10.13.2010