# EXHIBIT E

## [Properties No Longer Owned By The Class Member]

# EXHIBIT

# E - 1






Homestead Exemption

| Location Address | 9492 COBBLESTONE CREEK DR | |
|---|---|---|
| Municipality | UNINCORPORATED | |
| Parcel Control Number | 00-42-45-20-05-001-0040 | |
| Subdivision | COUNTRYSIDE MEADOWS | |
| Official Records Book | 27264 | Page 1541 |
| Sale Date | JAN-2015 | |
| Legal Description | COUNTRYSIDE MEADOWS LT 4 BLK 1 | |

| Owners |
|---|
| KOPPEL IRINA |

| Mailing address |
|---|
| 9492 COBBLESTONE CREEK DR |
| BOYNTON BEACH FL 33472 4448 |

| Sales Date | Price | OR Book/Page | Sale Type | Owner |
|---|---|---|---|---|
| JAN-2015 | $224,500 | 27264 / 1541 | WARRANTY DEED | KOPPEL IRINA |
| JUN-2014 | $214,500 | 26896 / 1928 | WARRANTY DEED | ON PAR CONSULTING LLC |
| MAR-2007 | $863,214 | 21562 / 1361 | WARRANTY DEED | CHERBA ALEXANDR & |
| APR-2005 | $10 | 18546 / 1077 | DEED OF TRUST | CENTERLINE HOMES AT B & A LLC |

| No Exemption Information Available. |
|---|

| Number of Units | 1 | *Total Square Feet | 5627 | Acres | 0.1795 |
|---|---|---|---|---|---|
| Use Code | 0100 - SINGLE FAMILY | Zoning | AGR-PUD - Agricultural Reserve PUD ( 00-UNINCORPORATED ) | | |

| Tax Year | 2014 | 2013 | 2012 |
|---|---|---|---|
| Improvement Value | $83,057 | $0 | $0 |
| Land Value | $81,900 | $0 | $0 |
| Total Market Value | $164,957 | $109,180 | $105,705 |

All values are as of January 1st each year

| Tax Year | 2014 | 2013 | 2012 |
|---|---|---|---|
| Assessed Value | $109,115 | $107,502 | $105,705 |
| Exemption Amount | $50,000 | $50,000 | $50,000 |
| Taxable Value | $59,115 | $57,502 | $55,705 |

| Tax Year | 2014 | 2013 | 2012 |
|---|---|---|---|
| Ad Valorem | $1,301 | $1,274 | $5,984 |
| Non Ad Valorem | $361 | $355 | $373 |
| Total tax | $1,662 | $1,629 | $6,357 |



CFN 20140248592
OR BK 26896 PG 1928
RECORDED 07/07/2014 12:54:51
Palm Beach County, Florida
AMT 214,500.00
Doc Stamp 1,501.50
Sharon R. Bock, CLERK & COMPTROLLER
Pgs 1928 - 1929; (2pgs)

Prepared by and return to:
Paradise Title & Escrow Services, Inc.
2400 Cypress Creek Rd. Suite 142
Fort Lauderdale, FL 33309
954-776-4411
File Number: 14003B

Parcel Identification No. 00-42-45-20-05-001-0040

_____[Space Above This Line For Recording Data]_____

# Warranty Deed
### (STATUTORY FORM - SECTION 689.02, F.S.)

**This Indenture** made this 27ᵗʰ day of June, 2014 between Alexandr Cherba and Yelena Cherba, husband and wife whose post office address is 9492 Cobblestone Creek Dr., Boynton Beach, FL 33472 of the County of Palm Beach, State of Florida, grantor*, and On Par Consulting LLC, a limited liability company whose post office address is 10165 N.W. 69th Manor, Parkland, FL 33076 of the County of Broward, State of Florida, grantee*,

**Witnesseth,** that said grantor, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained, and sold to the said grantee, and grantee's heirs and assigns forever, the following described land, situate, lying and being in Palm Beach County, Florida, to-wit:

> Lot 4, in Block 1, of COUNTRYSIDE MEADOWS, according to the Plat thereof, as recorded in Plat Book 104, at Page 12, of the Public Records of Palm Beach County, Florida.

**TOGETHER,** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**TO HAVE AND TO HOLD,** the same in fee simple forever.

**AND,** the grantors hereby covenant with said grantees that the grantors are lawfully seized of said land in fee simple; that the grantors have good right and lawful authority to sell and convey said land, and hereby warrant the title to said land and will defend the same against the lawful claims of all persons whomever and that said land is free of all encumbrances, except taxes accuring subsequent to December 31, 2013.

\* "Grantor" and "Grantee" are used for singular or plural, as context requires.

**In Witness Whereof,** grantor has hereunto set grantor's hand and seal the day and year first above written.

Signed, sealed and delivered in our presence:

Witness Name: _____

Witness Name: Matthew Bentayou

_____ (Seal)
Alexandr Cherba

_____ (Seal)
Yelena Cherba

State of Florida
County of Palm Beach

The foregoing instrument was acknowledged before me this 27ᵗʰ day of June, 2014 by Alexandr Cherba and Yelena Cherba, who [_] are personally known or [X] have produced a driver's license as identification.

[Notary Seal]

MATTHEW BENTAYOU
MY COMMISSION # FF 012624
EXPIRES: April 28, 2017
Bonded Thru Budget Notary Services

Notary Public

Printed Name: Matthew Bentayou

My Commission Expires: _____

DoubleTime®

**Cobblestone Creek Homeowners Association, Inc.**

*c/o Oxygen Association Services 2801 N. University Drive - Suite 204, Coral Springs, FL 33065 561-999-9701*

June 26, 2014

This letter serves as notification that On Par Consulting LLC has been approved by the Cobblestone Creek Homeowners Association, Inc. for access and ownership of 9492 Cobblestone Creek Drive, Boynton Beach, FL 33472.

On Par Consulting LLC has met all the requirements and conditions as required by the Association.

Linda M. Freeman, Board Administrator
Authorized Representative of the HOA

# EXHIBIT

# E - 2



*Gary R. Nikolits, CFA*
# Property Appraiser
Palm Beach County

Homestead Exemption    E-file  

| | |
|---|---|
| Location Address | 9493 COBBLESTONE CREEK DR |
| Municipality | UNINCORPORATED |
| Parcel Control Number | 00-42-45-20-05-001-0610 |
| Subdivision | COUNTRYSIDE MEADOWS |
| Official Records Book | 27228    Page 79 |
| Sale Date | NOV-2014 |
| Legal Description | COUNTRYSIDE MEADOWS LT 61 BLK 1 |

**Owners**
S K N M INVESTMENTS LLC

**Mailing address**
8561 COBBLESTONE POINT CIR
BOYNTON BEACH FL 33472 4431

| Sales Date | Price | OR Book/Page | Sale Type | Owner |
|---|---|---|---|---|
| NOV-2014 | $342,825 | 27228 / 0079 | WARRANTY DEED | S K N M INVESTMENTS LLC |
| SEP-2014 | $256,000 | 27042 / 0512 | CERT OF TITLE | NATIONSTAR MORTGAGE LLC |
| APR-2007 | $746,360 | 21668 / 0438 | WARRANTY DEED | BONNER MERNA C |
| APR-2005 | $10 | 18546 / 1077 | DEED OF TRUST | CENTERLINE HOMES AT B & A LLC |

No Exemption Information Available.

| | | | |
|---|---|---|---|
| Number of Units | 1 | *Total Square Feet | 4691    Acres 0.18 |
| Use Code | 0100 - SINGLE FAMILY | Zoning | AGR-PUD - Agricultural Reserve PUD ( 00-UNINCORPORATED ) |

| Tax Year | 2014 | 2013 | 2012 |
|---|---|---|---|
| Improvement Value | $268,153 | $236,607 | $227,116 |
| Land Value | $63,000 | $63,000 | $63,000 |
| Total Market Value | $331,153 | $299,607 | $290,116 |

All values are as of January 1st each year

| Tax Year | 2014 | 2013 | 2012 |
|---|---|---|---|
| Assessed Value | $329,568 | $299,607 | $290,116 |
| Exemption Amount | $0 | $0 | $50,000 |
| Taxable Value | $329,568 | $299,607 | $240,116 |

| Tax Year | 2014 | 2013 | 2012 |
|---|---|---|---|
| Ad Valorem | $6,208 | $5,652 | $4,792 |
| Non Ad Valorem | $361 | $355 | $373 |
| Total tax | $6,569 | $6,007 | $5,165 |

IN THE CIRCUIT COURT OF THE
15TH JUDICIAL CIRCUIT, IN AND FOR
PALM BEACH COUNTY, FLORIDA
CIVIL DIVISION:
CASE NO.: 50-2010-CA-008887

AURORA LOAN SERVICES, LLC,
      Plaintiff,

vs.

MERNA C. BONNER; COBBLESTONE
CREEK HOMEOWNERS ASSOCIATION,
INC.; MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS,
INCORPORATED AS NOMINEE FOR
CENTERPOINTE FINANCIAL INC.; IN
POSSESSION OF THE SUBJECT
PROPERTY,
      Defendants.

CFN 20140344327
OR BK 27042 PG 0512
RECORDED 09/16/2014 14:13:00
Palm Beach County, Florida
AMT 256,000.00
Doc Stamp 1,792.00
Sharon R. Bock,CLERK & COMPTROLLER
Pgs 0512 - 513; (2pgs)

### CERTIFICATE OF TITLE

The undersigned, SHARON R. BOCK, Clerk of the Court, hereby certifies that a certificate of sale has been executed and filed in this action on <u>August 26th, 2014</u>, for the property described herein and that no objections to the sale have been filed within the time allowed for filing objections.

The following property in Palm Beach County, Florida:

LOT 61, BLOCK 1, OF COUNTRYSIDE MEADOWS, ACCORDING TO THE PLAT THEREOF RECORDED IN PLAT BOOK 104, PAGE 12, OF THE PUBLIC RECORDS OF PALM BEACH COUNTY, FLORIDA.

was sold to:

    NATIONSTAR MORTGAGE LLC
    c/o Nationstar Mortgage, LLC
    350 HIGHLAND DRIVE
    LEWISVILLE, TX 75067

WITNESS my hand and the seal of the Court this <u>15th</u> day of <u>Sept</u>, 2014.

                SHARON R. BOCK
                Clerk Of The Circuit Court

By: _____
                Deputy Clerk
    CARLA HAYES



10-16853

SERVICE LIST

Case No: 50-2010-CA-008887

Choice Legal Group, P.A.
ATTORNEY FOR PLAINTIFF
P.O. Box 9908
Fort Lauderdale, FL 33310-0908

DESIGNATED PRIMARY E-MAIL FOR SERVICE
PURSUANT TO FLA. R. JUD. ADMIN 2.516
eservice@clegalgroup.com

MERNA C. BONNER
9493 COBBLESTONE CREEK D
BOYNTON BEACH, FL 33472

COBBLESTONE CREEK HOMEOWNERS ASSOCIATION, INC.
C/O STEVE RAPPAPORT 6111 BROKEN SOUND PARKWAY NW SUITE 200
BOCA RATON, FL 33487

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED AS NOMINEE FOR
CENTERPOINTE FINANCIAL INC.
1901 E VOORHEES STREET
SUITE C
DANVILLE IL 61834

UNKNOWN TENANT(S)
9493 COBBLESTONE CREEK DRIVE
BOYNTON BEACH, FL 33437

10-16853

# EXHIBIT

# E- 3

# Orleans Parish
## Assessor's Office

| Return to Main Search Page | Orleans Home |
|---|---|

## Owner and Parcel Information

| Owner Name | GUNDORF JOHN F III | Today's Date | March 20, 2015 |
|---|---|---|---|
| Mailing Address | 4316 TOULOUSE ST<br>NEW ORLEANS, LA 70119 | Municipal District | 2 |
| Location Address | 4316 TOULOUSE ST | Tax Bill Number | 207210309 |
| Property Class | Residential | Special Tax District | 2-MDCY Show Special Tax District Map |
| Subdivision Name | | Land Area (sq ft) | 3472 |
| Square | 575 | Lot | H |
| Book | 73 | Folio | 067 |
| Line | 011 | Parcel Map | Show Parcel Map |
| Legal Description | 1. SQ 575 LOT H TOULOUSE<br>2. 28X120 | Assessment Area | TOULOUSE ANNEX<br>Show Assessment Area Map |

## Value Information

Estimate Taxes    Tax Information

Special Assessment Treatment

| Year | Land Value | Building Value | Total Value | Assessed Land Value | Assessed Building Value | Total Assessed Value | Homestead Exemption Value | Taxable Assessment | Age Freeze | Disability Freeze | Assmnt Change | Tax Contract |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015 | $ 31,200 | $ 63,800 | $ 95,000 | $ 3,120 | $ 6,380 | $ 9,500 | $ 7,500 | $ 2,000 | Y | | | |
| 2014 | $ 31,200 | $ 63,800 | $ 95,000 | $ 3,120 | $ 6,380 | $ 9,500 | $ 7,500 | $ 2,000 | | | | |
| 2013 | $ 31,200 | $ 8,800 | $ 40,000 | $ 3,120 | $ 880 | $ 4,000 | $ 0 | $ 4,000 | | | | |

## Change Order Information

| Year | Date Approved | Reason | Assessed Land Value | Assessed Building Value | Total Assessed Value | Homestead Exemption Value | Taxable Assessment |
|---|---|---|---|---|---|---|---|
| 2013 | 02/26/2013 | Homestead Exemption - Taxpayer application.<br>Acq./Occ. Dates:12/2012 | $ 3,120 | $ 880 | $ 4,000 | $ 4,000 | $ 0 |

## Sale/Transfer Information

| Sale/Transfer Date | Price | Grantor | Grantee | Notarial Archive Number | Instrument Number |
|---|---|---|---|---|---|
| 12-14-2012 | $ 0 | GUNDORF HAZEL M | GUNDORF JOHN F III | 201246638 | 524094 |

| Building Sketch 1 Enlarge | Building Photo 1 Enlarge/Show All |
|---|---|
| |  |



| **Return to Main Search Page** | **Orleans Home** |
|---|---|

The Orleans Parish Assessor's Office makes every effort to produce the most accurate information possible. No warranties, expressed or implied, are provided for the data herein, its use or interpretation. Website Updated: March 14, 2015

© 2009 by the Orleans Parish Assessor's Office | Website design by qpublic.net



Copyright © 2012 qPublic.net

Lakes/Rivers from US Census Dept, may not match parcels exactly

0      44      88      132      176 ft

### 4316 Toulouse St., New Orleans, LA 70119

Parcel:  4316-TOULOUSEST  Acres: 3472

| Name: | GUNDORF JOHN F III | Land Value: | $31,200 |
| Site: | 4316 TOULOUSE ST | Building Value: | $63,800 |
| $0 on 12-2012 Reason=GUNDORF HAZEL M Qual=GUNDORF J | | Total Value: | $95,000 |
| Mail: | 4316 TOULOUSE ST NEW ORLEANS, LA 70119 | | |

Orleans Parish makes every effort to produce the most accurate information possible. No warranties, expressed or implied, are provided for the data herein, its use or interpretation. The assessment information is from the last certified taxroll. All data is subject to change before the next certified taxroll.
Date printed:  04/02/15 : 14:54:43

# EXHIBIT

# E - 4

March 31, 2015

# James City County, Virginia

| | |
|---|---|
| **Parcel ID** | 3640503302 |
| **LRSN #** | 29841 |
| **Property Address:** | 3302 RANNOCK MOOR<br>WMSBURG, VA 231881472 |
| **Subdivision:** | Braemar Creek @ Greensprings P |
| **Owner's Name:** | IRVING, KEVIN P SR & CLAUDIA B<br>& IRV |
| **Mailing Address:** | 3302 RANNOCK MOOR<br>WILLIAMSBURG, VA 231881472 |

## General Information

| | | | |
|---|---|---|---|
| **Zoning:** | R4 Residential Planned Comm | **VA Senate District:** | 3 |
| **Property Class:** | 502, Single Family - Suburban | **VA House District:** | 96 |
| **Legal Acreage:** | No Data | **Election District:** | Berkeley |
| **Legal Description:** | U-3302 BLDG-33 P-34 BRAEMAR CREEK @ | **Voting Precinct:** | Berkeley C |
| | | **Polling Place:** | Matoaka Elementary School |
| **Primary Service Area:** | Yes | **Census:** | 803.03 |

## Schools

| | |
|---|---|
| **Elementary School:** | Matoaka |
| **Middle School:** | Hornsby |
| **High School:** | Jamestown |

## JCSA Utilities Available for Connection

| | |
|---|---|
| **Water:** | Y |
| **Sewer:** | Y |

To confirm utility information please contact JCSA at 757-229-7421

## Assessment Information

| Valuation as of: | January 1, 2013 | January 1, 2014 | January 1, 2015 |
|---|---|---|---|
| **Effective for Billing:** | **July 1, 2013** | **July 1, 2014** | **July 1, 2015** |
| **Land Value:** | $50,000.00 | $50,000.00 | $50,000.00 |
| **Improvement Value:** | $105,700.00 | $105,700.00 | $105,700.00 |
| **Total Value:** | $155,700.00 | $155,700.00 | $155,700.00 |

## Ownership History

| Previous Owner Name | Sale Date | Sale Price | Doc # or Deed Book/Pg |
|---|---|---|---|
| DOLAN, CHRISTOPHER LEE | 5/1/2012 | $125,000.00 | 120009461 |
| GREENSPRINGS CONDOMINIUMS, LLC. | 5/31/2006 | $193,500.00 | 060012556 |
| No Data | No Data | $.00 | No Data |

DISCLAIMER: This data is provided without warranty of any kind, either expressed or implied, including, but not limited to, the implied warranties of merchantability and fitness for a particular purpose. Any person, firm or corporation which uses this map or any of the enclosed information assumes all risk for the inaccuracy thereof, as James City expressly disclaims any liability for loss or damage arising from the use of said information by any third party.

## Improvements

**Year Built:**     2006
**Stories:**        1

### Square Footage

| | |
|---|---|
| **Finished (Above Grade):** | 1192 |
| **Basement:** | 0 |
| **Attached Garage:** | 0 |
| **Detached Garage:** | 0 |
| **Enclosed Porch:** | 0 |
| **Open Porch:** | 0 |
| **Deck:** | 0 |

### Rooms

| | |
|---|---|
| **Total:** | 5 |
| **Bedrooms:** | 1 |
| **Full Baths:** | 2 |
| **Half Baths:** | 0 |

### Construction

| | |
|---|---|
| **Foundation:** | None |
| **Exterior:** | Wood siding |
| **Central A/C:** | Y |
| **Out Buildings:** | No Data |

DISCLAIMER: This data is provided without warranty of any kind, either expressed or implied, including, but not limited to, the implied warranties of merchantability and fitness for a particular purpose. Any person, firm or corporation which uses this map or any of the enclosed information assumes all risk for the inaccuracy thereof, as James City expressly disclaims any liability for loss or damage arising from the use of said information by any third party.

# EXHIBIT

# E - 5

## Property Identification

**Site Address:** 10360 SW Stephanie WAY 6-203
**Sec/Town/Range:** 09/37S/39E
**Map ID:** 43/09N
**Zoning:**

**Parcel ID:** 4309-804-0026-000-6
**Account #:** 168697
**Use Type:** 0400
**Jurisdiction:** Port Saint Lucie

### Ownership

PNC Bank NA

%Select Portfolio Servicing Inc
3815 SW Temple
Salt Lake City, UT 84115-0000

### Legal Description

PROMENADE AT TRADITION NO. III (OR 2549-0389) UNIT 6-203
(OR 3704-886)

### Current Values

| | |
|---|---|
| Just/Market Value: | $8,800 |
| Assessed Value: | $8,800 |
| Exemptions: | $0 |
| Taxable Value: | $8,800 |

**Taxes for this parcel:** SLC Tax Collector's Office



### Total Areas

| | |
|---|---|
| Finished/Under Air (SF): | 1,209 |
| Gross Area (SF): | 1,689 |
| Land Size (acres): | 0.02 |
| Land Size (SF): | 1,000 |

---

## Building Information (1 of 1)

Finished Area: 1,209 SF

Gross Total Area: 1,689 SF

### Exterior Data

| | | |
|---|---|---|
| **View:** | **Roof Cover:** | **Roof Structure:** |
| **Building Type:** X234 | **Year Built:** 2006 | **Frame:** |
| **Grade:** 234E | **Effective Year:** 2006 | **Primary Wall:** CB Stucco |
| **Story Height:** 1 Story | **No. Units:** 1 | **Secondary Wall:** |

### Interior Data

| | | |
|---|---|---|
| **Bedrooms:** 2 | **Electric:** | **Primary Int Wall:** |
| **Full Baths:** 2 | **Heat Type:** | **Avg Hgt/Floor:** 0 |
| **Half Baths:** 0 | **Heat Fuel:** | **Primary Floors:** |
| **A/C %:** 0% | **Heated %:** N/A% | **Sprinkled %:** 0% |




## Land Information

### *Total Area: 1,000 SF / 0.02 acres*

| Sequence Number | Number/Type of Units | Depth for Front Feet |
|---|---|---|
| 1 | 1 Unit | 0 |

## Special Features and Yard Items

| Type | Qty | Units | Year Blt |
|---|---|---|---|

## Sale History

| Date | Book/Page | Sale Code | Deed | Grantor | Price |
|---|---|---|---|---|---|
| Dec 31, 2014 | 3704 / 0886 | 0111 | CT | Dinneen Walter F | $25,700 |
| May 17, 2006 | 2569 / 0924 | 00 | WD | Centerline Homes at Tradition, | $197,800 |
| Mar 25, 2004 | 1933 / 1990 | 00 | SP | Tradition Development Co LLc, | $1,350,000 |

## Current Year Values

### Current Values Breakdown

| | |
|---|---|
| Building: | $8,800 |
| Land: | $0 |
| Just/Market: | $8,800 |
| Ag Credit: | $0 |
| Mkt/Asmnt Differential: | $0 |
| Assessed: | $8,800 |
| Exemption(s): | $0 |
| Taxable: | $8,800 |

### Current Year Exemption Value Breakdown

### Current Year Special Assessment Breakdown

| Start Year | AssessCode | Units | Description | Amount |
|---|---|---|---|---|
| 2007 | 0065 | 1 | Port St. Lucie Stormwater in Tradition | $153.00 |
| 2008 | 0090 | 0.5 | Tradition Operating/Maintenance | $92.76 |
| 2014 | 0091 | 391.36 | Tradition Bond | $391.36 |

St. Lucie County File Date: 12/31/2014 03:56 PM

Filing # 20334948 Electronically Filed 11/07/2014 01:34:52 PM

**IN THE CIRCUIT COURT OF THE**
**NINETEENTH JUDICIAL CIRCUIT IN**
**AND FOR ST. LUCIE COUNTY, FLORIDA**

Case No.: 56-2012-CA-004389

Section:

PNC BANK, NATIONAL ASSOCIATION

Plaintiff,

v.

WALTER F. DINNEEN; VICKIE L.
DINNEEN; ANY AND ALL UNKNOWN
PARTIES CLAIMING BY, THROUGH,
UNDER, AND AGAINST THE HEREIN
NAMED INDIVIDUAL DEFENDANT(S)
WHO ARE NOT KNOWN TO BE DEAD OR
ALIVE, WHETHER SAID UNKNOWN
PARTIES MAY CLAIM AN INTEREST AS
SPOUSES, HEIRS, DEVISEES, GRANTEES,
OR OTHER CLAIMANTS; PROMENADE AT
TRADITION COMMUNITY ASSOCIATION,
INC., SUCCESSOR IN INTEREST TO
PROMENADE AT TRADITION NO. III
CONDOMINIUM ASSOCIATION, INC.

Defendant(s).

_____/

## CERTIFICATE OF TITLE

The undersigned, St. Lucie County, Clerk of the Circuit Court, Nineteenth Circuit, certifies that he or she executed and filed a Certificate of Sale in this action on _November 20_____, _2014_, for the property described herein and that no objections to the sale have been filed within the time allowed for filing objections.

The following property in St. Lucie County, Florida:

*12444961*

St. Lucie County File Date: 12/31/2014 03:56 PM



UNIT NO. 6-203, OF PROMENADE AT TRADITION NO. III, A CONDOMINIUM, ACCORDING TO THE DECLARATION OF CONDOMINIUM RECORDED IN OFFICIAL RECORDS BOOK 2549, PAGE 389, AND ALL EXHIBITS AND AMENDMENTS THEREOF, PUBLIC RECORDS OF ST. LUCIE COUNTY, FLORIDA.

Folio No. 4309-804-0026-000-6          Property address: 10360 Southwest Stephanie Way, Unit #203, Port St Lucie, FL 34987 was sold to: PNC Bank, National Association , c/o Select Portfolio Servicing, Inc. 3815 South West Temple, Salt Lake City, UT 84115. The successful bid was in the amount of $ 25,700.00 .

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail to all parties attached on the service list.

    WITNESS my hand and seal of the Court on December 31, 2014, as Clerk of the Circuit Court.

Clerk of the Circuit Court

By: _Herman J. Thomas_
    Deputy Clerk

Copies furnished to:

Morris|Schneider|Wittstadt, LLC, 5110 Eisenhower Blvd, Suite 302A, Tampa, FL 33634



# EXHIBIT

# E - 6

## Property Identification

**Site Address:** 10400 SW Stephanie WAY 5-210
**Sec/Town/Range:** 09/37S/39E
**Map ID:** 43/09N
**Zoning:**

**Parcel ID:** 4309-804-0016-000-3
**Account #:** 168687
**Use Type:** 0400
**Jurisdiction:** Port Saint Lucie

### Ownership

OSI Investments Inc

3380 SE East Snow Rd
Port St Lucie, FL 34984-6415

### Legal Description

PROMENADE AT TRADITION NO. III (OR 2549-0389) UNIT 5-210 (OR 3492-1197)



### Current Values

| | |
|---|---|
| Just/Market Value: | $33,400 |
| Assessed Value: | $33,400 |
| Exemptions: | $0 |
| Taxable Value: | $33,400 |

**Taxes for this parcel:** SLC Tax Collector's Office 

### Total Areas

| | |
|---|---|
| Finished/Under Air (SF): | 1,209 |
| Gross Area (SF): | 1,689 |
| Land Size (acres): | 0.02 |
| Land Size (SF): | 1,000 |

## Building Information (1 of 1)

Finished Area: 1,209 SF

Gross Total Area: 1,689 SF

### Exterior Data

**View:**
**Building Type:** X234
**Grade:** 234E
**Story Height:** 1 Story

**Roof Cover:**
**Year Built:** 2006
**Effective Year:** 2006
**No. Units:** 1

**Roof Structure:**
**Frame:**
**Primary Wall:** CB Stucco
**Secondary Wall:**

### Interior Data

**Bedrooms:** 2
**Full Baths:** 2
**Half Baths:** 0
**A/C %:** 0%

**Electric:**
**Heat Type:**
**Heat Fuel:**
**Heated %:** N/A%

**Primary Int Wall:**
**Avg Hgt/Floor:** 0
**Primary Floors:**
**Sprinkled %:** 0%





**Sketch Area Legend**

| Sub Area | Description | Area | Fin. Area | Perimeter |
|---|---|---|---|---|
| CGAR | CONDO GARAGE | 336 | 0 | 104 |
| XBS2 | Condo 2nd Floor Living Area (Value Calculated) | 1209 | 1209 | 262 |
| XOPR | Condo Open Porch (Value Calculated) | 72 | 0 | 48 |
| XOPT | Condo Open Patio | 72 | 0 | 36 |

## Land Information

### *Total Area: 1,000 SF / 0.02 acres*

| Sequence Number | Number/Type of Units | Depth for Front Feet |
|---|---|---|
| 1 | 1 Unit | 0 |

## Special Features and Yard Items

| Type | Qty | Units | Year Blt |
|---|---|---|---|

## Sale History

| Date | Book/Page | Sale Code | Deed | Grantor | Price |
|---|---|---|---|---|---|
| Feb 22, 2013 | 3492 / 1197 | 0001 | WD | Abel,Kenneth | $39,000 |
| Jun 23, 2009 | 3105 / 1724 | 0112 | SP | Federal National Mort Assoc, | $67,500 |
| Apr 17, 2009 | 3093 / 1367 | 0112 | CT | Yoka,Steven | $0 |
| Jul 5, 2006 | 2606 / 2101 | 00 | WD | Centerline Homes at Tradition, | $201,600 |
| Mar 25, 2004 | 1933 / 1990 | 00 | SP | Tradition Development Co LLc, | $1,350,000 |

## Current Year Values

### Current Values Breakdown

| Building: | $33,400 |
|---|---|
| Land: | $0 |
| Just/Market: | $33,400 |
| Ag Credit: | $0 |
| Mkt/Asmnt Differential: | $0 |
| Assessed: | $33,400 |
| Exemption(s): | $0 |
| Taxable: | $33,400 |

### Current Year Exemption Value Breakdown

| Tax Year | Grant Year | Code | Description | Amount |
|---|---|---|---|---|

### Current Year Special Assessment Breakdown

| Start Year | AssessCode | Units | Description | Amount |
|---|---|---|---|---|
| 2007 | 0065 | 1 | Port St. Lucie Stormwater in Tradition | $153.00 |
| 2008 | 0090 | 0.5 | Tradition Operating/Maintenance | $92.76 |
| 2014 | 0091 | 391.36 | Tradition Bond | $391.36 |

This does not necessarily represent the total Special Assessements that could be charged against this property. The total amount charged for special assessments is reflected on the most current tax statement and information is available with the SLC Tax Collector's Office ◨.

## Historical Values

| Year | Just/Market | Assessed | Exemptions | Taxable |
|---|---|---|---|---|
| 2014 | $33,400 | $33,400 | $0 | $33,400 |
| 2013 | $39,100 | $10,010 | $0 | $10,010 |
| 2012 | $9,100 | $9,100 | $0 | $9,100 |

*This information is believed to be correct at this time but it is subject to change and is not warranted.*
© Copyright 2014 Saint Lucie County Property Appraiser.

Prepared By and Return To:
aprilboje
Chelsea Title, a division of FNT of Florida, Inc.
1229 SE Port St. Lucie Blvd
Port St. Lucie, FL 34952

File No. CT61-61-13-000042

*Doc stamps based on $39,000.00*

Property Appraiser's Parcel I.D. (follo) Number(s)
4309-804-0016-000/3



## WARRANTY DEED

THIS WARRANTY DEED dated February 26, 2013, by Kenneth Abel, hereinafter called the grantor, to OSI Investments Inc., whose post office address is 3390 SE East Snow Road, Port St Lucie, FL 34984, hereinafter called the grantee:

    (Wherever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)

WITNESSETH: That the grantor, for and in consideration of the sum of $10.00 and other valuable consideration, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys, and confirms unto the grantee, all the certain land situated in St. Lucie County, Florida, to wit:

Unit 5-210 of Promenade at Tradition No. III, a Condominium according to the Declaration of Condominium thereof, recorded in Official Records Book 2549, Page(s) 389, of the Public Records of St. Lucie County, Florida, and any amendments thereto, together with its undivided share in the common elements.

The property being hereby conveyed, is not now, nor has it ever been, nor was it ever intended to be the homestead of the grantor, the grantor's spouse, and/or minor children, if any. Nor is it contiguous with or adjacent to such homestead. The grantor's residence is at the street or post office address designated below.

Subject to easements, restrictions, reservations and limitations of record, if any.

TOGETHER with all the tenements, hereditaments and appurtenances thereto belonging or in any wise appertaining.

TO HAVE AND TO HOLD the same in Fee Simple forever.

AND the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to December 31, 2013.

IN WITNESS WHEREOF, the said grantor has signed and sealed these presents the day and year first above written.

Signed, sealed and delivered in the presence of:

_____         _____
(Witness Signature)                       Kenneth Abel

_____
(Print Name of Witness)            Address:
                                               20 Kent Pl.
_____            Mastic, NY 11950
(Witness Signature)

_____
(Print Name of Witness)

STATE OF
COUNTY OF

The foregoing instrument was acknowledged before me this _22_ day of _February_ _2013_ by _Kenneth Abel Jr._, to me known to be the person(s) described in or who has/have produced _drives License_ as identification and who executed the foregoing instrument and he/she/they acknowledged that he/she/they executed the same.

_____
Notary Public                  **MATTHEW JOSEPH DELLYSSE**
My Commission Expires: _12/27/14_      **Notary Public - State of New York**
(SEAL)                                **No. 01DE6233...**
                                     **Qualified in Suffolk County**
                                  **My Commission Expires Dec. 27, 2014**

Warranty Deed (Individual to Individual)            1 of 1
Rev (3/05)

# PROMENADE AT TRADITION
## Certificate of Approval to Sell

In reference to:

10400 SW Stephanie Way 5-210, In Promenade At Tradition, according to the Declaration of Covenants, Restrictions and Conditions thereof, in Official Records Book of the Public Records of St. Lucie County, Florida.

At the request of the Owner of Record of said lot/home, the undersigned Agent of Promenade at Tradition, operating the above described Homeowner's Association, hereby certifies that:

That OSI Investments Inc aka Jorge E Lopez is/are approved by the undersigned Association pursuant to the provisions of the above described Declaration of Covenants, Restrictions and Conditions.

Dated this _____ day of February, year 2013

Promenade At Tradition

Approved by:



# EXHIBIT

# E - 7

## Property Identification

**Site Address:** 10440 SW Stephanie WAY 4-203
**Sec/Town/Range:** 09/37S/39E
**Map ID:** 43/09N
**Zoning:**

**Parcel ID:** 4309-805-0021-000-4
**Account #:** 168725
**Use Type:** 0400
**Jurisdiction:** Port Saint Lucie

### Ownership

Guadalupe Y Escobar
Ines P Bueno

10320 SW Stephanie WAY # 7-211
Port St Lucie, FL 34987-1965



### Legal Description

PROMENADE AT TRADITION NO. II (OR 2585-2930) UNIT 4-203 (OR 3632-489)

### Current Values

| | |
|---|---|
| **Just/Market Value:** | $41,600 |
| **Assessed Value:** | $41,600 |
| **Exemptions:** | $0 |
| **Taxable Value:** | $41,600 |

**Taxes for this parcel:** SLC Tax Collector's Office 🔗

### Total Areas

| | |
|---|---|
| **Finished/Under Air (SF):** | 1,209 |
| **Gross Area (SF):** | 1,689 |
| **Land Size (acres):** | 0.02 |
| **Land Size (SF):** | 1,000 |

## Building Information (1 of 1)

Finished Area: 1,209 SF

Gross Total Area: 1,689 SF

### Exterior Data

| | | |
|---|---|---|
| **View:** | **Roof Cover:** | **Roof Structure:** |
| **Building Type:** X234 | **Year Built:** 2006 | **Frame:** |
| **Grade:** 234E | **Effective Year:** 2006 | **Primary Wall:** CB Stucco |
| **Story Height:** 1 Story | **No. Units:** 1 | **Secondary Wall:** |

### Interior Data

| | | |
|---|---|---|
| **Bedrooms:** 2 | **Electric:** | **Primary Int Wall:** |
| **Full Baths:** 2 | **Heat Type:** | **Avg Hgt/Floor:** 0 |
| **Half Baths:** 0 | **Heat Fuel:** | **Primary Floors:** |
| **A/C %:** 0% | **Heated %:** N/A% | **Sprinkled %:** 0% |





**Sketch Area Legend**

Case 2:09-md-02047-EEF-MBN    Document 18602-3    Filed 04/06/15    Page 29 of 55

| Sub Area | Description | Area | Fin. Area | Perimeter |
|---|---|---|---|---|
| CGAR | CONDO GARAGE | 336 | 0 | 104 |
| XBS2 | Condo 2nd Floor Living Area (Value Calculated) | 1209 | 1209 | 262 |
| XOPR | Condo Open Porch (Value Calculated) | 72 | 0 | 48 |
| XOPT | Condo Open Patio | 72 | 0 | 36 |

## Land Information

### *Total Area: 1,000 SF / 0.02 acres*

| Sequence Number | Number/Type of Units | Depth for Front Feet |
|---|---|---|
| 1 | 1 Unit | 0 |

## Special Features and Yard Items

| Type | Qty | Units | Year Blt |
|---|---|---|---|

## Sale History

| Date | Book/Page | Sale Code | Deed | Grantor | Price |
|---|---|---|---|---|---|
| Apr 28, 2014 | 3632 / 0489 | 0112 | SP | Federal National Mortgage Association, | $47,600 |
| Jan 25, 2013 | 3478 / 1539 | 0112 | CT | Federal National Mortgage Association, | $0 |
| Jan 3, 2013 | 3471 / 1811 | 0112 | CT | Mosley,Shawn | $0 |
| Aug 8, 2006 | 2637 / 0628 | 00 | WD | Centerline Homes at Tradition, | $202,400 |
| Mar 25, 2004 | 1933 / 1990 | 00 | SP | Tradition Development Co LLc, | $1,350,000 |

## Current Year Values

### Current Values Breakdown

| | |
|---|---|
| **Building:** | $41,600 |
| **Land:** | $0 |
| **Just/Market:** | $41,600 |
| **Ag Credit:** | $0 |
| **Mkt/Asmnt Differential:** | $0 |
| **Assessed:** | $41,600 |
| **Exemption(s):** | $0 |
| **Taxable:** | $41,600 |

### Current Year Exemption Value Breakdown

| Tax Year | Grant Year | Code | Description | Amount |
|---|---|---|---|---|

### Current Year Special Assessment Breakdown

| Start Year | AssessCode | Units | Description | Amount |
|---|---|---|---|---|
| 2007 | 0065 | 1 | Port St. Lucie Stormwater in Tradition | $153.00 |
| 2008 | 0090 | 0.5 | Tradition Operating/Maintenance | $92.76 |
| 2014 | 0091 | 391.36 | Tradition Bond | $391.36 |

This does not necessarily represent the total Special Assessements that could be charged against this property. The total amount charged for special assessments is reflected on the most current tax statement and information is available with the SLC Tax Collector's Office 🖸.

## Historical Values

| Year | Just/Market | Assessed | Exemptions | Taxable |
|---|---|---|---|---|
| 2014 | $41,600 | $41,600 | $0 | $41,600 |
| 2013 | $9,600 | $9,600 | $0 | $9,600 |
| 2012 | $9,100 | $9,100 | $0 | $9,100 |

*This information is believed to be correct at this time but it is subject to change and is not warranted.*

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
IN AND FOR SAINT LUCIE COUNTY, FLORIDA
CIVIL DIVISION

Bank of America, National Association,
Successor by Merger to BAC Home Loans
Servicing, LP f/k/a Countrywide Home Loans
Servicing, LP

        Plaintiff,

-vs.-

Shawn Mosley and Jennifer Mosley, Husband
and Wife; Promenade at Tradition Community
Association, Inc.; Unknown Tenants in
Possession #1; Unknown Tenants in Possession
#2; If living, and all Unknown Parties claiming
by, through, under and against the above named
Defendant(s) who are not known to be dead or
alive, whether said Unknown Parties may claim
an interest as Spouse, Heirs, Devisees,
Grantees, or Other Claimants.

        Defendant(s).

Case #: 2012-CA-000637

**CERTIFICATE OF TITLE**

THE UNDERSIGNED, JOSEPH E. SMITH, Clerk of the Court certifies that he executed and filed a Certificate of Sale in this action on _December 20, 2012_, for the property described herein and that no objections to the sale have been filed within the time allowed for filing objections. The following property in Saint Lucie County, Florida:



UNIT NO. 4-203, OF PROMENADE AT TRADITION NO. II, A CONDOMINIUM, ACCORDING TO THE DECLARATION OF CONDOMINIUM RECORDED IN OFFICIAL RECORDS BOOK 2585, PAGE 2930, AND ALL EXHIBITS AND AMENDMENTS THEREOF, PUBLIC RECORDS OF ST. LUCIE COUNTY, FLORIDA. TOGETHER WITH AN UNDIVIDED INTEREST IN THE COMMON ELEMENTS APPURTENANT THERETO.

Property Address: 10440 Southwest Stephanie Way, Condo Unit #203, Building #4, Port Saint Lucie, FL 34987 was sold to *Federal National Mortgage Assn*, Successor by Merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP, c/o 400 Countrywide Way, Simi Valley, California 93065-6298.

WITNESS my hand and seal of this Court on *January 3*, 2013

(seal)
Clerk of the Circuit Court

By: *Jermai Ellis*
Deputy Clerk

FOLIO/PARCEL NO.: 4309-805-0021-000/4
THIS DOCUMENT WAS PREPARED BY:
SHAPIRO, FISHMAN & GACHÉ - FILE NO.: 09-152068



## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by U.S. Mail and email service if an email address is so listed below on this ___ day of _____, 2012 to the following:

Shapiro, Fishman & Gaché, LLP, 2424 North Federal Highway, Suite 360, Boca Raton, FL 33431

Shawn Mosley, 6330 SW Gator Trl, Palm City, FL 34990

Jennifer Mosley, 6330 SW Gator Trl, Palm City, FL 34990

Promenade at Tradition Community Association, Inc., c/o Bayshore Association Management, Inc., R.A., 430 Northwest Lake Whitney Place, Port Saint Lucie, FL 34986

Shapiro, Fishman & Gaché, LLP, SFGBocaService@logs.com

JOSEPH E. SMITH,
Clerk of the Circuit Court

By:_____
Deputy Clerk

09-152068 FC01 CWF

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
IN AND FOR SAINT LUCIE COUNTY, FLORIDA
CIVIL DIVISION

Bank of America, National Association,
Successor by Merger to BAC Home Loans
Servicing, LP f/k/a Countrywide Home Loans
Servicing, LP

        Plaintiff,

      -vs.-

Case #: 2012-CA-000637

Shawn Mosley and Jennifer Mosley, Husband
and Wife; Promenade at Tradition Community
Association, Inc.; Unknown Tenants in
Possession #1; Unknown Tenants in Possession
#2; If living, and all Unknown Parties claiming
by, through, under and against the above named
Defendant(s) who are not known to be dead or
alive, whether said Unknown Parties may claim
an interest as Spouse, Heirs, Devisees,
Grantees, or Other Claimants.

      Defendant(s).



*amended*

**CERTIFICATE OF TITLE**

*Original Title Recorded @ OR Book 3471, Pg 1811*

THE UNDERSIGNED, JOSEPH E. SMITH, Clerk of the Court certifies that he executed and filed a Certificate of Sale in this action on _December 20, 2012_ for the property described herein and that no objections to the sale have been filed within the time allowed for filing objections. The following property in Saint Lucie County, Florida:



*Correct: Date of Sale, Name of purchaser*

UNIT NO. 4-203, OF PROMENADE AT TRADITION NO. II, A CONDOMINIUM,
ACCORDING TO THE DECLARATION OF CONDOMINIUM RECORDED IN OFFICIAL
RECORDS BOOK 2585, PAGE 2930, AND ALL EXHIBITS AND AMENDMENTS
THEREOF, PUBLIC RECORDS OF ST. LUCIE COUNTY, FLORIDA, TOGETHER WITH
AN UNDIVIDED INTEREST IN THE COMMON ELEMENTS APPURTENANT THERETO.

Property Address: 10440 Southwest Stephanie Way, Condo Unit #203, Building #4, Port Saint
Lucie, FL 34987 was sold to : *Federal National Mortgage Association*, c/o 400
Countrywide Way, Simi Valley, California 93065-6298.

WITNESS my hand and seal of this Court on _____ *Jan 25, 2013* .

(seal)
Clerk of the Circuit Court

By: _*Robin Dunn*_
*Deputy Clerk*

# EXHIBIT

# E - 8

## Property Identification

**Site Address:** 10480 SW Stephanie WAY 3-206
**Sec/Town/Range:** 09/37S/39E
**Map ID:** 43/09N
**Zoning:**

**Parcel ID:** 4309-805-0010-000-4
**Account #:** 168714
**Use Type:** 0400
**Jurisdiction:** Port Saint Lucie

### Ownership

Lori A Depaoli (TR)
Lisa Sciabarassi (TR)
Joseph Cammarato

48 Lincoln Ave
Dix Hills, NY 11746-0000

### Legal Description

PROMENADE AT TRADITION NO. II (OR 2585-2930) UNIT 3-206 (OR 2648-2138: 3282-1670)

### Current Values

| | |
|---|---|
| **Just/Market Value:** | $8,800 |
| **Assessed Value:** | $8,800 |
| **Exemptions:** | $0 |
| **Taxable Value:** | $8,800 |

**Taxes for this parcel:** SLC Tax Collector's Office



### Total Areas

| | |
|---|---|
| **Finished/Under Air (SF):** | 1,209 |
| **Gross Area (SF):** | 1,689 |
| **Land Size (acres):** | 0.02 |
| **Land Size (SF):** | 1,000 |

## Building Information (1 of 1)

Finished Area: 1,209 SF

Gross Total Area: 1,689 SF

### Exterior Data

**View:**
**Building Type:** X234
**Grade:** 234E
**Story Height:** 1 Story

**Roof Cover:**
**Year Built:** 2006
**Effective Year:** 2006
**No. Units:** 1

**Roof Structure:**
**Frame:**
**Primary Wall:** CB Stucco
**Secondary Wall:**

### Interior Data

**Bedrooms:** 2
**Full Baths:** 2
**Half Baths:** 0
**A/C %:** 0%

**Electric:**
**Heat Type:**
**Heat Fuel:**
**Heated %:** N/A%

**Primary Int Wall:**
**Avg Hgt/Floor:** 0
**Primary Floors:**
**Sprinkled %:** 0%





**Sketch Area Legend**

| Sub Area | Description | Area | Fin. Area | Perimeter |
|---|---|---|---|---|
| CGAR | CONDO GARAGE | 336 | 0 | 104 |
| XBS2 | Condo 2nd Floor Living Area (Value Calculated) | 1209 | 1209 | 262 |
| XOPR | Condo Open Porch (Value Calculated) | 72 | 0 | 48 |
| XOPT | Condo Open Patio | 72 | 0 | 36 |

## Land Information

### *Total Area: 1,000 SF / 0.02 acres*

| Sequence Number | Number/Type of Units | Depth for Front Feet |
|---|---|---|
| 1 | 1 Unit | 0 |

## Special Features and Yard Items

| Type | Qty | Units | Year Blt |
|---|---|---|---|

## Sale History

| Date | Book/Page | Sale Code | Deed | Grantor | Price |
|---|---|---|---|---|---|
| Mar 19, 2011 | 3282 / 1670 | 0116 | WD | Traina,Richard | $100 |
| Aug 23, 2006 | 2648 / 2138 | 00 | WD | Centerline Homes at Tradition, | $209,300 |
| Mar 25, 2004 | 1933 / 1990 | 00 | SP | Tradition Development Co LLc, | $1,350,000 |

## Current Year Values

### Current Values Breakdown

| | |
|---|---|
| Building: | $8,800 |
| Land: | $0 |
| Just/Market: | $8,800 |
| Ag Credit: | $0 |
| Mkt/Asmnt Differential: | $0 |
| Assessed: | $8,800 |
| Exemption(s): | $0 |
| Taxable: | $8,800 |

### Current Year Exemption Value Breakdown

| Tax Year | Grant Year | Code | Description | Amount |
|---|---|---|---|---|

### Current Year Special Assessment Breakdown

| Start Year | AssessCode | Units | Description | Amount |
|---|---|---|---|---|
| 2007 | 0065 | 1 | Port St. Lucie Stormwater in Tradition | $153.00 |
| 2008 | 0090 | 0.5 | Tradition Operating/Maintenance | $92.76 |
| 2014 | 0091 | 391.36 | Tradition Bond | $391.36 |

This does not necessarily represent the total Special Assessements that could be charged against this property. The total amount charged for special assessments is reflected on the most current tax statement and information is available with the SLC Tax Collector's Office.

## Historical Values

| Year | Just/Market | Assessed | Exemptions | Taxable |
|---|---|---|---|---|
| 2014 | $8,800 | $8,800 | $0 | $8,800 |
| 2013 | $9,600 | $9,600 | $0 | $9,600 |
| 2012 | $9,100 | $9,100 | $0 | $9,100 |

*This information is believed to be correct at this time but it is subject to change and is not warranted.*

© Copyright 2014 Saint Lucie County Property Appraiser.

RECORD & RETURN TO:
Touchdown Abstract Services, Inc.
128 Carleton Avenue
East Islip, New York 11730

# General Warranty Deed

Made this 19th day of March, 2011, by Richard Traina and Lorraine Traina as tenants by the entirety as to a 50% undivided interest, whose address is 48 Lincoln Avenue, Dix Hills, New York 11746, hereinafter called the grantor, to Lori Ann Depaoli, residing at 434 Lillian Blvd., Holbrook, NY 11741 and Lisa Sciabarassi, residing at 48 Lincoln Avenue, Dix Hills, NY 11746 as Co-Trustees of the TRAINA FAMILY TRUST, hereinafter called the grantee:

(Whenever used herein the term "grantor" and "grantee" include all the parties to this instrument and heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)

**Witnesseth,** that the grantor, for and in consideration of the sum of Ten Dollars, ($10.00) and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the grantee, all that certain land situate in St. Lucie County, Florida, viz:
Unit No. 3-206 of Promenade at Tradition No. II, a Condominium, according to The Declaration of Condominium recorded in O.R. Book 2585, Page 2930, and all exhibits and amendments thereof, Public Records of St. Lucie, FL.
Parcel ID Number: 4309-802-0001-000/9

Grantor hereby warrants that the above captioned property not his/her homestead as defined in the Constitution of the State of Florida.
**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining. Subject to taxes and assessments for the year 2011 and subsequent years. Subject to zoning, restrictions, prohibitions and other requirements imposed by Governmental authority; restrictions and matters appearing on the plat or otherwise common to the subdivision; public utility easements of record.

**To Have and to Hold,** the same in fee simple forever.

**And** the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever, and that said land is free of all encumbrances except taxes accruing subsequent to December 31, 2011.

**In Witness Whereof,** the said grantor has signed and sealed these presents the day and year first above written.

*Signed, sealed and delivered in our presence:*

Witness Sign Here: *William F Gormley*

Witness Printed Name: William F Gormley

Witness Sign Here: *Marilyn Gormley*

Witness Printed Name: Marilyn Gormley

Name: Richard Traina a/k/a Richard J. Traina
Address: 48 Lincoln Avenue, Dix Hills, NY

Name: Lorraine Traina a/k/a Lorraine J. Traina
Address: 48 Lincoln Avenue, Dix Hills, NY

State of New York
County of Suffolk
The foregoing instrument was acknowledged before me this 19th day of March, 2011 by Richard Traina who is personally known to me or who has produced drivers license as identification.

MARILYN GORMLEY
Notary Public, State of New York
No. 4985766
Qualified in Suffolk County
Commission Expires August 26, 20 13

Notary Public
Print Name: Marilyn Gormley
My Commission Expires: _____

State of New York
County of Suffolk
The foregoing instrument was acknowledged before me this 19th day of March , 2011 by Lorraine Traina who is personally known to me or who has produced drivers license as identification.

MARILYN GORMLEY
Notary Public, State of New York
No. 4985766
Qualified in Suffolk County
Commission Expires August 26, 20 13

Notary Public
Print Name: Marilyn Gormley
My Commission Expires: _____

# EXHIBIT

# E - 9




Homestead Exemption   E-file ▶




| | |
|---|---|
| Location Address | 6845 MITCHELL ST |
| Municipality | UNINCORPORATED |
| Parcel Control Number | 00-42-40-34-02-000-2430 |
| Subdivision | PALM GARDENS 1ST ADD UNREC ON AM-16 |
| Official Records Book | 26234　　　Page 686 |
| Sale Date | AUG-2013 |
| Legal Description | PALM GARDENS 1ST ADD LT 243 |

**Owners**
ROSS ANDREW

**Mailing address**
1840 MEADOWLARK CIR
LINCOLN NE 68521 1570

| Sales Date | Price | OR Book/Page | Sale Type | Owner |
|---|---|---|---|---|
| AUG-2013 | $10 | 26234 / 0686 | LIFE ESTATE | ROSS ANDREW |
| MAY-2013 | $79,000 | 26117 / 0491 | WARRANTY DEED | ROSS ANDREW |
| FEB-2011 | $61,500 | 24369 / 1729 | CERT OF TITLE | FEDERAL NATIONAL MORTGAGE ASSOCIATION |
| JUL-2006 | $186,700 | 20619 / 1670 | WARRANTY DEED | PURCELL VERONICA |
| AUG-2004 | $70,000 | 17530 / 1278 | WARRANTY DEED | LUV IT HOMES & VILLAS LLC |

1 2

No Exemption Information Available.

| | | | |
|---|---|---|---|
| Number of Units | 1 | *Total Square Feet 1486 | Acres 0.17 |
| Use Code | 0100 - SINGLE FAMILY | Zoning | RH - Multi-Family (High Density) ( 00-UNINCORPORATED ) |

| Tax Year | 2014 | 2013 | 2012 |
|---|---|---|---|
| Improvement Value | $60,297 | $0 | $0 |
| Land Value | $15,074 | $21,846 | $22,996 |
| Total Market Value | $75,371 | $21,846 | $22,996 |

All values are as of January 1st each year

| Tax Year | 2014 | 2013 | 2012 |
|---|---|---|---|
| Assessed Value | $75,371 | $21,846 | $22,996 |
| Exemption Amount | $0 | $0 | $0 |
| Taxable Value | $75,371 | $21,846 | $22,996 |

| Tax Year | 2014 | 2013 | 2012 |
|---|---|---|---|
| Ad Valorem | $1,427 | $415 | $443 |
| Non Ad Valorem | $341 | $339 | $465 |
| Total tax | $1,768 | $754 | $908 |

4020

IN THE CIRCUIT COURT OF THE
15TH JUDICIAL CIRCUIT, IN AND FOR
PALM BEACH COUNTY, FLORIDA
CIVIL DIVISION
CASE NO.: 50-2009-CA-036547

SUNTRUST MORTGAGE, INC.,
                        Plaintiff,

vs.

VERONICA     PURCELL;     MARGARET
CHEESEBOROUGH;   UNKNOWN   SPOUSE   OF
VERONICA PURCELL; UNKNOWN TENANT (S); IN
POSSESSION OF THE SUBJECT PROPERTY,
                        Defendants.

CFN 20110058806
OR BK 24369 PG 1729
RECORDED 02/17/2011 15:28:11
Palm Beach County, Florida
AMT 61,500.00
Sharon R. Bock,CLERK & COMPTROLLER
Pg 1729; (1pg)

**CERTIFICATE OF TITLE**

The undersigned, Sharon R. Bock, Clerk of the Court, hereby certifies that a certificate of sale has been executed and filed in this action on _____DEC 2 0 2010_____, for the property described herein and that no objections to the sale have been filed within the time allowed for filing objections.

The following property in Palm Beach County, Florida:

**THE EAST 50 FEET OF THE WEST 830 FEET OF THE NORTH 165 FEET OF THE SOUTH 990 FEET OF THE SOUTHWEST QUARTER OF SECTION 34, TOWNSHIP 40 SOUTH, RANGE 42 EAST, PALM BEACH COUNTY, FLORIDA.**

**A/K/A LOT 243 PALM GARDENS, UNRECORDED.**

was sold to:

**FEDERAL NATIONAL MORTGAGE ASSOCIATION**
**P.O BOX 650043**
**DALLAS, TX 75265-0043**

WITNESS my hand and the seal of the Court this 16th day of February, 2011.

                        Sharon R. Bock
                        By: _____
                        As Deputy Clerk
                        Christina Fitzpatrick

09-64816

# EXHIBIT

# E - 10

## Property Identification

**Site Address:** 10440 SW Stephanie WAY 4-202
**Sec/Town/Range:** 09/37S/39E
**Map ID:** 43/09N
**Zoning:**

**Parcel ID:** 4309-805-0020-000-7
**Account #:** 168724
**Use Type:** 0400
**Jurisdiction:** Port Saint Lucie

### Ownership

Monica P S Hamon

19313 Eagle Run
Groveland, FL 34736-8414

### Legal Description

PROMENADE AT TRADITION NO. II (OR 2585-2930) UNIT 4-202 (OR 3563-1266)

### Current Values

| | |
|---|---|
| Just/Market Value: | $42,400 |
| Assessed Value: | $42,400 |
| Exemptions: | $0 |
| Taxable Value: | $42,400 |

**Taxes for this parcel:** SLC Tax Collector's Office 



### Total Areas

| | |
|---|---|
| Finished/Under Air (SF): | 1,242 |
| Gross Area (SF): | 1,650 |
| Land Size (acres): | 0.02 |
| Land Size (SF): | 1,000 |

---

## Building Information (1 of 1)

Finished Area: 1,242 SF

Gross Total Area: 1,650 SF

### Exterior Data

**View:**
**Building Type:** X234
**Grade:** 234D
**Story Height:** 1 Story

**Roof Cover:**
**Year Built:** 2006
**Effective Year:** 2006
**No. Units:** 1

**Roof Structure:**
**Frame:**
**Primary Wall:** CB Stucco
**Secondary Wall:**

### Interior Data

**Bedrooms:** 2
**Full Baths:** 2
**Half Baths:** 0
**A/C %:** 0%

**Electric:**
**Heat Type:**
**Heat Fuel:**
**Heated %:** N/A%

**Primary Int Wall:**
**Avg Hgt/Floor:** 0
**Primary Floors:**
**Sprinkled %:** 0%





**Sketch Area Legend**

| Sub Area | Description | Area | Fin. Area | Perimeter |
|---|---|---|---|---|
| CGAR | CONDO GARAGE | 324 | 0 | 78 |
| XBS2 | Condo 2nd Floor Living Area (Value Calculated) | 1242 | 1242 | 224 |
| XOPR | Condo Open Porch (Value Calculated) | 84 | 0 | 38 |

## Land Information

### *Total Area: 1,000 SF / 0.02 acres*

| Sequence Number | Number/Type of Units | Depth for Front Feet |
|---|---|---|
| 1 | 1 Unit | 0 |

## Special Features and Yard Items

| Type | Qty | Units | Year Blt |
|---|---|---|---|

## Sale History

| Date | Book/Page | Sale Code | Deed | Grantor | Price |
|---|---|---|---|---|---|
| Sep 19, 2013 | 3563 / 1266 | 0001 | WD | MAKB LLC, | $50,000 |
| Sep 18, 2009 | 3129 / 1100 | 0130 | WD | Mead,Bricon | $100 |
| Jul 19, 2006 | 2618 / 0001 | 00 | WD | Centerline Homes at Tradition, | $206,800 |
| Mar 25, 2004 | 1933 / 1990 | 00 | SP | Tradition Development Co LLc, | $1,350,000 |

## Current Year Values

### Current Values Breakdown

| | |
|---|---|
| **Building:** | $42,400 |
| **Land:** | $0 |
| **Just/Market:** | $42,400 |
| **Ag Credit:** | $0 |
| **Mkt/Asmnt Differential:** | $0 |
| **Assessed:** | $42,400 |
| **Exemption(s):** | $0 |
| **Taxable:** | $42,400 |

### Current Year Exemption Value Breakdown

| Tax Year | Grant Year | Code | Description | Amount |
|---|---|---|---|---|

### Current Year Special Assessment Breakdown

| Start Year | AssessCode | Units | Description | Amount |
|---|---|---|---|---|
| 2007 | 0065 | 1 | Port St. Lucie Stormwater in Tradition | $153.00 |
| 2008 | 0090 | 0.5 | Tradition Operating/Maintenance | $92.76 |
| 2014 | 0091 | 391.36 | Tradition Bond | $391.36 |

This does not necessarily represent the total Special Assessements that could be charged against this property. The total amount charged for special assessments is reflected on the most current tax statement and information is available with the SLC Tax Collector's Office ⬛.

## Historical Values

| Year | Just/Market | Assessed | Exemptions | Taxable |
|---|---|---|---|---|
| 2014 | $42,400 | $42,400 | $0 | $42,400 |
| 2013 | $9,600 | $9,600 | $0 | $9,600 |
| 2012 | $9,000 | $9,000 | $0 | $9,000 |

*This information is believed to be correct at this time but it is subject to change and is not warranted.*

© Copyright 2014 Saint Lucie County Property Appraiser.

THIS INSTRUMENT PREPARED BY:
Brieon Mead Marais
5160 Pooks Hill Rd., Apt #42
Bethesda, MD 20814

PARCEL ID #: 4309-805-0020-000-7

### WARRANTY DEED

**THIS INDENTURE** made this 18th Day of September 2009 by, Brieon Mead Marais F/K/A, Brieon Mead a married woman, and Andrea Adams and John Adams husband and wife referred to as Grantor, whether one or more, and whose address is 5160 Pooks Hill Rd., Apt #42 Bethesda, MD 20814 **to MAKB, LLC a Florida Limited Liability Company existing under the laws of the State of Florida** hereinafter referred to as Grantee, whether one or more, and whose address is 110 S. Jacaranda CC Drive Unit #200 Plantation, FL 33324

(Wherever used herein the term "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations.)

### WITNESSETH:

**THAT** Grantor**,** for and in consideration of the sum of Ten and NO/100 Dollars and other valuable considerations, in hand paid by Grantee, the receipt whereof is hereby acknowledged, has granted, bargained and sold to Grantee the following described land situate, lying and being in the County of **St Lucie**, State of **Florida** to wit:

**Unit 4-202 of Promenade Tradition No II., a Condominium, according to The Declaration of Condominium recorded in O. R. Book 2585, Page 2930, and all exhibits and amendments thereof, Public Records of St. Lucie County, Florida.**

**This Property is not the homestead property of Brieon Mead Marais.**

**AND** Grantor hereby covenants with Grantee that Grantor is lawfully seized of said land in fee simple and fully warrants the title to said land, and will defend the same against the lawful claims of all persons whomsoever.

**IN WITNESS WHEREOF,** Grantor has caused this instrument to be executed in its name by its duly authorized officer(s) and caused its corporate seal to be hereto affixed the day and year first above written.

Signed, sealed and delivered in our presence:

_____
Seripica Singh
Witness

_____
Christine John
Witness

_____
Brieon Mead Marais F/K/A Brieon Mead

_____
Andrea Mead Adams

_____
John Adams

STATE OF Florida
COUNTY OF St. Lucie
The foregoing instrument was acknowledged before me this 18th day of September 2009 by Brieon Mead Marais, Andrea Adams, and John Adams. THEY HAVE produced Florida DL & Maryland DL as identification.

_____
Notary Public County and State Aforesaid
Christine John
Notary Printed Signature

My commission expires: 8/26/2010

SERIPTINE JOHN
Commission DD564556
Expires 8/26/2010
Florida Notary Assn, Inc

# EXHIBIT

# E - 11

## Property Identification

**Site Address:** 10560 SW Stephanie WAY 1-202
**Sec/Town/Range:** 09/37S/39E
**Map ID:** 43/09N
**Zoning:**

**Parcel ID:** 4309-806-0008-000-0
**Account #:** 168742
**Use Type:** 0400
**Jurisdiction:** Port Saint Lucie

### Ownership

Promenade at Tradition Community Assoc

% FirstService Residential Inc
6300 Park of Commerce Blvd
Boca Raton, FL 33487-0000



### Legal Description

PROMENADE AT TRADITION NO. I (OR 2617-2438) UNIT 1-202 (OR 3682-1832)

### Current Values

| | |
|---|---|
| Just/Market Value: | $61,400 |
| Assessed Value: | $52,690 |
| Exemptions: | $0 |
| Taxable Value: | $52,690 |

**Taxes for this parcel:** SLC Tax Collector's Office

### Total Areas

| | |
|---|---|
| Finished/Under Air (SF): | 1,242 |
| Gross Area (SF): | 1,650 |
| Land Size (acres): | 0.02 |
| Land Size (SF): | 1,000 |

---

## Building Information (1 of 1)

Finished Area: 1,242 SF

Gross Total Area: 1,650 SF

### Exterior Data

**View:**
**Building Type:** X234
**Grade:** 234D
**Story Height:** 1 Story

**Roof Cover:**
**Year Built:** 2006
**Effective Year:** 2006
**No. Units:** 1

**Roof Structure:**
**Frame:**
**Primary Wall:** CB Stucco
**Secondary Wall:**

### Interior Data

**Bedrooms:** 2
**Full Baths:** 2
**Half Baths:** 0
**A/C %:** 0%

**Electric:**
**Heat Type:**
**Heat Fuel:**
**Heated %:** N/A%

**Primary Int Wall:**
**Avg Hgt/Floor:** 0
**Primary Floors:**
**Sprinkled %:** 0%





**Sketch Area Legend**

| Sub Area | Description | Area | Fin. Area | Perimeter |
|---|---|---|---|---|
| CGAR | CONDO GARAGE | 324 | 0 | 78 |
| XBS2 | Condo 2nd Floor Living Area (Value Calculated) | 1242 | 1242 | 224 |
| XOPR | Condo Open Porch (Value Calculated) | 84 | 0 | 38 |

## Land Information

*Total Area: 1,000 SF / 0.02 acres*

| Sequence Number | Number/Type of Units | Depth for Front Feet |
|---|---|---|
| 1 | 1 Unit | 0 |

## Special Features and Yard Items

| Type | Qty | Units | Year Blt |
|---|---|---|---|

## Sale History

| Date | Book/Page | Sale Code | Deed | Grantor | Price |
|---|---|---|---|---|---|
| Oct 20, 2014 | 3682 / 1832 | 0112 | CT | Reiprecht,Raymond | $100 |
| Nov 7, 2006 | 2707 / 1225 | 00 | WD | Centerline Homes at Tradition, | $213,700 |
| Mar 25, 2004 | 1933 / 1990 | 00 | SP | Tradition Development Co LLc, | $1,350,000 |

## Current Year Values

### Current Values Breakdown

| | |
|---|---|
| **Building:** | $61,400 |
| **Land:** | $0 |
| **Just/Market:** | $61,400 |
| **Ag Credit:** | $0 |
| **Mkt/Asmnt Differential:** | $8,710 |
| **Assessed:** | $52,690 |
| **Exemption(s):** | $0 |
| **Taxable:** | $52,690 |

### Current Year Exemption Value Breakdown

| Tax Year | Grant Year | Code | Description | Amount |
|---|---|---|---|---|

### Current Year Special Assessment Breakdown

| Start Year | AssessCode | Units | Description | Amount |
|---|---|---|---|---|
| 2007 | 0065 | 1 | Port St. Lucie Stormwater in Tradition | $153.00 |
| 2008 | 0090 | 0.5 | Tradition Operating/Maintenance | $92.76 |
| 2014 | 0091 | 391.36 | Tradition Bond | $391.36 |

This does not necessarily represent the total Special Assessements that could be charged against this property. The total amount charged for special assessments is reflected on the most current tax statement and information is available with the SLC Tax Collector's Office ◪.

## Historical Values

| Year | Just/Market | Assessed | Exemptions | Taxable |
|---|---|---|---|---|
| 2014 | $61,400 | $52,690 | $0 | $52,690 |
| 2013 | $47,900 | $47,900 | $0 | $47,900 |
| 2012 | $45,200 | $45,200 | $0 | $45,200 |

*This information is believed to be correct at this time but it is subject to change and is not warranted.*

© Copyright 2014 Saint Lucie County Property Appraiser.

St. Lucie County File Date: 10/20/2014 01:14 PM

IN THE CIRCUIT COURT OF THE 19th
JUDICIAL CIRCUIT IN AND FOR ST.
LUCIE COUNTY, FLORIDA

PROMENADE AT TRADITION COMMUNITY
ASSOCIATION, INC. F/K/A PROMENADE AT
TRADITION NO. 1 CONDOMINIUM
ASSOCIATION, INC.,
a Florida Corporation Not for Profit,

      CASE NO.: 562008CA003669

      Plaintiff,

v.

RAYMOND REIPRECHT, JANE DOE AS UNKNOWN
SPOUSE OF RAYMOND REIPRECHT, UNKNOWN
TENANT NO. 1, UNKNOWN TENANT NO. 2, AND
MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS AS NOMINEE FOR ACT LENDING
CORPORATION D/B/A ACT MORTGAGE CAPITAL,

      Defendants,
_____/

## CERTIFICATE OF TITLE

The undersigned Clerk of the Court certifies that he executed and filed a Certificate of Sale
in this action on October 2 , 2014 for the property described herein and that no
objections to the sale have been filed within the time allowed for filing objections.

      Unit No. 1-202 of Promenade at Tradition No. I, a Condominium,
      according to the Declaration of Condominium recorded in O.R. Book
      2617, Page 2438, and all exhibits and amendments thereof, Public
      Records of St. Lucie County, Florida.

      A/K/A      10560 SW Stephanie Way, #01-202
      Port St. Lucie, FL 34984

      Said lands situate in Port St. Lucie, St. Lucie County, Florida.

was sold to:      Promenade at Tradition Community Association, Inc.

whose address is: c/o FirstService Residential, Inc.
      6300 Park of Commerce Blvd., Boca Raton, FL 33487

WITNESS my hand and the seal of this Court on October 20 , 2014.

      JOSEPH E. SMITH
      Clerk of the Court

      By: _____
      Deputy Clerk

# EXHIBIT

# E - 12

March 31, 2015

# James City County, Virginia

| | |
|---|---|
| **Parcel ID** | 3640503301 |
| **LRSN #** | 29840 |
| **Property Address:** | 3301 RANNOCK MOOR<br>WMSBURG, VA 231881471 |
| **Subdivision:** | Braemar Creek @ Greensprings P |
| **Owner's Name:** | MAHARTY, DONALD & LOIS |
| **Mailing Address:** | 3301  RANNOCK MOOR<br>WILLIAMSBURG, VA 231881472 |

## General Information

| | | | |
|---|---|---|---|
| **Zoning:** | R4 Residential Planned Comm | **VA Senate District:** | 3 |
| **Property Class:** | 502, Single Family - Suburban | **VA House District:** | 96 |
| **Legal Acreage:** | No Data | **Election District:** | Berkeley |
| **Legal Description:** | U-3301 BLDG-33 P-34 BRAEMAR CREEK @ | **Voting Precinct:** | Berkeley C |
| | | **Polling Place:** | Matoaka Elementary School |
| **Primary Service Area:** | Yes | **Census:** | 803.03 |

## Schools

| | |
|---|---|
| **Elementary School:** | Matoaka |
| **Middle School:** | Hornsby |
| **High School:** | Jamestown |

## JCSA Utilities Available for Connection

| | |
|---|---|
| **Water:** | Y |
| **Sewer:** | Y |

To confirm utility information please contact JCSA at 757-229-7421

## Assessment Information

| Valuation as of: | January 1, 2013 | January 1, 2014 | January 1, 2015 |
|---|---|---|---|
| **Effective for Billing:** | **July 1, 2013** | **July 1, 2014** | **July 1, 2015** |
| **Land Value:** | $50,000.00 | $50,000.00 | $50,000.00 |
| **Improvement Value:** | $109,300.00 | $109,300.00 | $109,300.00 |
| **Total Value:** | $159,300.00 | $159,300.00 | $159,300.00 |

## Ownership History

| Previous Owner Name | Sale Date | Sale Price | Doc # or Deed Book/Pg |
|---|---|---|---|
| JONES, PAUL V & JANET E | 9/26/2012 | $155,000.00 | 120020273 |
| GREENSPRINGS CONDOMINIUMS, LLC. | 6/7/2006 | $214,990.00 | 060013144 |
| No Data | No Data | $.00 | No Data |

DISCLAIMER: This data is provided without warranty of any kind, either expressed or implied, including, but not limited to, the implied warranties of merchantability and fitness for a particular purpose. Any person, firm or corporation which uses this map or any of the enclosed information assumes all risk for the inaccuracy thereof, as James City expressly disclaims any liability for loss or damage arising from the use of said information by any third party.

## Improvements

**Year Built:**     2006
**Stories:**     1

### Square Footage

| | |
|---|---|
| **Finished (Above Grade):** | 1244 |
| **Basement:** | 0 |
| **Attached Garage:** | 0 |
| **Detached Garage:** | 0 |
| **Enclosed Porch:** | 0 |
| **Open Porch:** | 0 |
| **Deck:** | 0 |

### Rooms

| | |
|---|---|
| **Total:** | 6 |
| **Bedrooms:** | 2 |
| **Full Baths:** | 2 |
| **Half Baths:** | 0 |

### Construction

| | |
|---|---|
| **Foundation:** | None |
| **Exterior:** | Wood siding |
| **Central A/C:** | Y |
| **Out Buildings:** | No Data |

DISCLAIMER: This data is provided without warranty of any kind, either expressed or implied, including, but not limited to, the implied warranties of merchantability and fitness for a particular purpose. Any person, firm or corporation which uses this map or any of the enclosed information assumes all risk for the inaccuracy thereof, as James City expressly disclaims any liability for loss or damage arising from the use of said information by any third party.

# EXHIBIT
# E - 13

March 31, 2015

# James City County, Virginia

| | |
|---|---|
| **Parcel ID** | 3640503303 |
| **LRSN #** | 29842 |
| **Property Address:** | 3303 RANNOCK MOOR<br>WMSBURG, VA 231881471 |
| **Subdivision:** | Braemar Creek @ Greensprings P |
| **Owner's Name:** | PUTNAM, PAUL E & MARTHA J |
| **Mailing Address:** | 3303 RANNOCK MOOR<br>WILLIAMSBURG, VA 231881471 |

## General Information

| | | | |
|---|---|---|---|
| **Zoning:** | R4 Residential Planned Comm | **VA Senate District:** | 3 |
| **Property Class:** | 502, Single Family - Suburban | **VA House District:** | 96 |
| **Legal Acreage:** | No Data | **Election District:** | Berkeley |
| **Legal Description:** | U-3303 BLDG-33 P-34 BRAEMAR CREEK @ | **Voting Precinct:** | Berkeley C |
| | | **Polling Place:** | Matoaka Elementary School |
| **Primary Service Area:** | Yes | **Census:** | 803.03 |

## Schools

| | |
|---|---|
| **Elementary School:** | Matoaka |
| **Middle School:** | Hornsby |
| **High School:** | Jamestown |

## JCSA Utilities Available for Connection

| | |
|---|---|
| **Water:** | Y |
| **Sewer:** | Y |

To confirm utility information please contact JCSA at 757-229-7421

## Assessment Information

| Valuation as of: | January 1, 2013 | January 1, 2014 | January 1, 2015 |
|---|---|---|---|
| **Effective for Billing:** | **July 1, 2013** | **July 1, 2014** | **July 1, 2015** |
| **Land Value:** | $50,000.00 | $50,000.00 | $50,000.00 |
| **Improvement Value:** | $109,300.00 | $109,300.00 | $109,300.00 |
| **Total Value:** | $159,300.00 | $159,300.00 | $159,300.00 |

## Ownership History

| Previous Owner Name | Sale Date | Sale Price | Doc # or Deed Book/Pg |
|---|---|---|---|
| TIERNEY, JEFFREY & SUSANN D | 6/9/2014 | $165,000.00 | 140009575 |
| GREENSPRINGS CONDOMINIUMS, LLC. | 5/31/2006 | $204,990.00 | 060012555 |
| No Data | No Data | $.00 | No Data |

DISCLAIMER: This data is provided without warranty of any kind, either expressed or implied, including, but not limited to, the implied warranties of merchantability and fitness for a particular purpose. Any person, firm or corporation which uses this map or any of the enclosed information assumes all risk for the inaccuracy thereof, as James City expressly disclaims any liability for loss or damage arising from the use of said information by any third party.

## Improvements

**Year Built:**   2006
**Stories:**   1

### Square Footage

**Finished (Above Grade):**   1244
**Basement:**   0
**Attached Garage:**   0
**Detached Garage:**   0
**Enclosed Porch:**   0
**Open Porch:**   0
**Deck:**   0

### Rooms

**Total:**   6
**Bedrooms:**   2
**Full Baths:**   2
**Half Baths:**   0

### Construction

**Foundation:**   None
**Exterior:**   Wood siding
**Central A/C:**   Y
**Out Buildings:**   No Data

DISCLAIMER: This data is provided without warranty of any kind, either expressed or implied, including, but not limited to, the implied warranties of merchantability and fitness for a particular purpose. Any person, firm or corporation which uses this map or any of the enclosed information assumes all risk for the inaccuracy thereof, as James City expressly disclaims any liability for loss or damage arising from the use of said information by any third party.