# EXHIBIT

# E - 14

## Property Identification

**Site Address:** 10320 SW Stephanie WAY 7-206
**Sec/Town/Range:** 10/37S/39E
**Map ID:** 43/09N
**Zoning:**

**Parcel ID:** 4310-700-0012-000-0
**Account #:** 168647
**Use Type:** 0400
**Jurisdiction:** Port Saint Lucie

### Ownership

Forecar Realty Corp

2336 SW Pamona St
Port St Lucie, FL 34953-2234



### Legal Description

PROMENADE AT TRADITION NO. IV (OR 2506-1090) UNIT 7-206 (OR 3487-1421)

### Current Values

| | |
|---|---|
| Just/Market Value: | $61,800 |
| Assessed Value: | $61,800 |
| Exemptions: | $0 |
| Taxable Value: | $61,800 |

**Taxes for this parcel:** SLC Tax Collector's Office

### Total Areas

| | |
|---|---|
| Finished/Under Air (SF): | 1,250 |
| Gross Area (SF): | 1,377 |
| Land Size (acres): | 0.02 |
| Land Size (SF): | 1,000 |

---

## Building Information (1 of 1)

Finished Area: 1,250 SF

Gross Total Area: 1,377 SF

### Exterior Data

**View:**
**Building Type:** X234
**Grade:** 234F
**Story Height:** 1 Story

**Roof Cover:**
**Year Built:** 2006
**Effective Year:** 2006
**No. Units:** 1

**Roof Structure:**
**Frame:**
**Primary Wall:** CB Stucco
**Secondary Wall:**

### Interior Data

**Bedrooms:** 2
**Full Baths:** 2
**Half Baths:** 0
**A/C %:** 0%

**Electric:**
**Heat Type:**
**Heat Fuel:**
**Heated %:** N/A%

**Primary Int Wall:**
**Avg Hgt/Floor:** 0
**Primary Floors:**
**Sprinkled %:** 0%





**Sketch Area Legend**

| Sub Area | Description | Area | Fin. Area | Perimeter |
|---|---|---|---|---|
| XBS2 | Condo 2nd Floor Living Area (Value Calculated) | 1250 | 1250 | 222 |
| XOPR | Condo Open Porch (Value Calculated) | 127 | 0 | 68 |

## Land Information

*Total Area: 1,000 SF / 0.02 acres*

| Sequence Number | Number/Type of Units | Depth for Front Feet |
|---|---|---|
| 1 | 1 Unit | 0 |

## Special Features and Yard Items

| Type | Qty | Units | Year Blt |
|---|---|---|---|

## Sale History

| Date | Book/Page | Sale Code | Deed | Grantor | Price |
|---|---|---|---|---|---|
| Jan 8, 2013 | 3487 / 1421 | 0111 | QC | Forero,Julian O | $100 |
| Mar 25, 2011 | 3281 / 0938 | 0001 | SP | Abbott,Carl D | $35,000 |
| Apr 21, 2006 | 2548 / 2441 | 00 | WD | Centerline Homes at Tradition, | $202,200 |
| Mar 25, 2004 | 1933 / 1990 | 00 | SP | Tradition Development Co LLc, | $1,350,000 |

## Current Year Values

### Current Values Breakdown

| | |
|---|---|
| **Building:** | $61,800 |
| **Land:** | $0 |
| **Just/Market:** | $61,800 |
| **Ag Credit:** | $0 |
| **Mkt/Asmnt Differential:** | $0 |
| **Assessed:** | $61,800 |
| **Exemption(s):** | $0 |
| **Taxable:** | $61,800 |

### Current Year Exemption Value Breakdown

| Tax Year | Grant Year | Code | Description | Amount |
|---|---|---|---|---|

### Current Year Special Assessment Breakdown

| Start Year | AssessCode | Units | Description | Amount |
|---|---|---|---|---|
| 2007 | 0065 | 1 | Port St. Lucie Stormwater in Tradition | $153.00 |
| 2008 | 0090 | 0.5 | Tradition Operating/Maintenance | $92.76 |
| 2014 | 0091 | 391.36 | Tradition Bond | $391.36 |

This does not necessarily represent the total Special Assessements that could be charged against this property. The total amount charged for special assessments is reflected on the most current tax statement and information is available with the SLC Tax Collector's Office ⬈.

## Historical Values

| Year | Just/Market | Assessed | Exemptions | Taxable |
|---|---|---|---|---|
| 2014 | $61,800 | $61,800 | $0 | $61,800 |
| 2013 | $48,320 | $38,060 | $0 | $38,060 |
| 2012 | $34,600 | $34,600 | $0 | $34,600 |

*This information is believed to be correct at this time but it is subject to change and is not warranted.*

© Copyright 2014 Saint Lucie County Property Appraiser.

Prepared by and return to:
**Automated Land Title Co.**
**1655 Palm Beach Lakes Blvd., #900**
**West Palm Beach, FL 33401**

File Number: **SS-3525**

Parcel Identification No. **4310-700-0012-000/0**

_____
[Space Above This Line for Recording Data]

# Special Warranty Deed

**This Special Warranty Deed** made this **25th** day of **March, 2011** between **Carl Denny Abbott and Adele Abbott, husband and wife** whose post office address is **353 Hammocks Trail, Greenacres, FL 33463** of the County of **Palm Beach**, State of **Florida**, Grantor*, and **Julian O. Forero, a married man** whose post office address is **444 SW Prado Ave., Port Saint Lucie, FL 34983** of the County of **Saint Lucie**, State of **Florida**, Grantee*.

**Witnesseth** that Grantor, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other good and valuable considerations to Grantor in hand paid by said Grantee, the receipt whereof is hereby acknowledged, has granted, bargained, and sold to the Grantee, and Grantee's heirs and assigns forever, the following described land, situate, lying and being in **Saint Lucie County, Florida**, to-wit:

Unit No. **7-206, PROMENADE AT TRADITION NO. IV, a Condominium, according to the Declaration of Condominium thereof, as recorded in O.R. Book 2506, Page 1090, together with all amendments thereto, Public Records of St. Lucie County, Florida.**

Subject to taxes for 2011 and subsequent years; covenants, conditions, restrictions, easements, reservations and limitations of record, if any.

**TOGETHER** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**TO HAVE AND TO HOLD**, the same in fee simple forever.

**AND,** Grantor hereby covenants with said Grantee that the Grantor is lawfully seized of said land in fee simple; that Grantor has good right and lawful authority to sell and convey said land, and hereby warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to December 31, 2010.

This Special Warranty Deed is given pursuant to a financial transaction with Grantor's lender(s) whereas there is a restriction upon the transfer of the property described herein by the Grantee for a period of 30 days after the recording of this deed. In the event this restriction is violated, such violative deed shall automatically be deemed void, invalid and of no further effect whatsoever.

\* "Grantor" and "Grantee" are used for singular or plural, as context requires.

**In Witness Whereof**, Grantor has hereunto set Grantor's hand and seal the day and year first above written.

Signed, sealed and delivered in our presence (as to both):

Witness Name: _Leslie J. Campbell_

Carl Denny Abbott (Seal)

Witness Name: _LISA Coates_

Adele Abbott (Seal)

State of Florida
County of Palm Beach

The foregoing instrument was acknowledged before me this 25th day of March, 2011 by Carl Denny Abbott and Adele Abbott, who [_] are personally known or [X] have produced a driver's license as identification.

[Notary Seal]

LESLIE J. CAMPBELL
Commission # EE 027637
Expires December 14, 2014
Bonded Thru Troy Fain Insurance 800-385-7019

Notary Public

Printed Name: _Leslie J. Campbell_

My Commission Expires: _December 14, 2014_

_Short Sale SWD - Page 1 of 1_

DoubleTime®

# PROMENADE AT TRADITION

Owner:  **Carl & Adele Abbot**
Unit #:  10320 SW Stephanie Way 7-206
Port St. Lucie, FL  34987

Term:  RESALE / LEASE
*(and not for any additional time period)*

## CERTIFICATE OF APPROVAL

*This is to certify that the following named (Purchaser) / (Lessee)*

(Name)  *Julian Forero*
(Address)  *444 SW Prado Ave*
 *Port St. Lucie, FL  34983*
*have complied with the Documents for the Promenade at Tradition Condominium Association,*
*Inc. and has hereby obtained the approval for the (**Purchase**) / (Lease) by the Board of Directors*
*of Promenade at Traditions Condominium Association, Inc.*
Comments:  *SUBJECT TO ALL DUE AND PAYABLE ASSESSMENTS BEING PAID CURRENT.*

*IN WITNESS WHEREOF, THE UNDERSIGNED HAS HEREUNTO SET HIS HAND AND SEAL*
*THIS _____ DAY OF _____, 2011.*

Signature of Board Member or Agent: _____
 Title: _____

STATE OF FLORIDA
COUNTY OF ST. LUCIE

*The foregoing instrument was acknowledged before me this day*
*by Howard Ehrsam _____ (name), President _____ (title),*
*Promenade, on behalf of the corporation, who is (personally known to me) (or who has produced*
*_____, as identification) and who (did/did not) take an oath.*

SIGNATURE of Notary: _____
Comm. #:

Notary Public State of Florida
Caroline M Knudsen
My Commission DD688396
Expires 06/24/2011

Prepared By: _____
Bayshore Association Management, Inc.
430 NW Lake Whitney Place
Port St. Lucie, FL  34986

# EXHIBIT

# E - 15



# Bob Henriquez
## Hillsborough County Property Appraiser

https://www.hcpafl.org/
15th Floor County Ctr.
601 E. Kennedy Blvd, Tampa, Florida 33602-4932
Ph: (813) 272-6100

# Folio: 059226-0228

Image Not Found

2015 Bruce Harris & Associates / Hillsborough C

## Owner Information

| | |
|---|---|
| Owner Name | JIANG YAOFENG |
| | CHEN JIANYING |
| Mailing Address | 10308 STONE MOSS AVE |
| | TAMPA, FL  33647-3533 |
| Site Address | 10308 STONE MOSS AV, TAMPA |
| PIN | A-04-27-20-928-A00000-00004.0 |
| Folio | 059226-0228 |
| Prior PIN | A-04-27-20-ZZZ-000001-88570.2 |
| Prior Folio | 059226-0100 |
| Tax District | TA - TAMPA |
| Property Use | 0106 TOWNHOUSE/VILLA |
| Plat Book/Page | 108/231 |
| Neighborhood | 816321.00 | Townhouse Group 321 |
| Subdivision | 928 | STONECREEK TOWNHOMES |

## Value Summary

| Taxing District | Market Value | Assessed Value | Exemptions | Taxable Value |
|---|---|---|---|---|
| County | $55,461 | $43,350 | $25,000 | $18,350 |
| Public Schools | $55,461 | $43,350 | $25,000 | $18,350 |
| Municipal | $55,461 | $43,350 | $25,000 | $18,350 |
| Other Districts | $55,461 | $43,350 | $25,000 | $18,350 |

Note: This section shows Market Value, Assessed Value, Exemptions, and Taxable Value for taxing districts. Because of changes in Florida Law, it is possible to have different assessed and taxable values on the same property. For example, the additional $25,000 Homestead Exemption and the non-homestead CAP do not apply to public schools, and the Low Income Senior Exemption only applies to countywide and certain municipal millages.

## Sales Information

| Book | Page | Month | Year | Type Inst | Qualified or Unqualified | Vacant or Improved | Price |
|---|---|---|---|---|---|---|---|
| 21584 | 0968 | 12 | 2012 | WD | Qualified | Improved | $49,000 |
| 17579 | 0403 | 03 | 2007 | WD | Qualified | Improved | $208,100 |

## Building Information
### Building 1

| Type | 24 | TOWNHOUSE |
|---|---|---|
| **Year Built** | 2007 | |

### Building 1 Construction Details

| Element | Code | Construction Detail |
|---|---|---|
| Class | C | Masonry or Concrete Frame |
| Exterior Wall | 7 | Masonry Stucco |
| Exterior Wall | 6 | Frame Stucco |
| Roof Structure | 3 | Gable or Hip |
| Roof Cover | 3 | Asphalt/Comp. Shingle |
| Interior Walls | 5 | Drywall |
| Interior Flooring | 8 | Carpet |
| Heat/AC | 2 | Central |
| Condition | 3 | Average |
| Bathrooms | 2.5 | |
| Bedrooms | 2.0 | |
| Stories | 2.0 | |
| Units | 1.0 | |



### Building 1 subarea

| Area Type | Gross Area | Heated Area | Depreciated Value |
|---|---|---|---|
| FOP | 54 | | $394 |
| BAS | 613 | 613 | $17,263 |
| FOP | 37 | | $253 |
| FGR | 312 | | $4,393 |
| ADD | | | $0 |
| FUS | 665 | 665 | $16,841 |

INSTRUMENT#: 2013000102, BK: 21584 PG: 968 PGS: 968 - 968 01/02/2013 at
08:22:18 AM, DOC TAX PD(F.S.201.02) $343.00 DEPUTY CLERK A HOLTZMAN Pat
Frank, Clerk of the Circuit Court Hillsborough County
Case 2:09-md-02047-EEF-MBN   Document 18603   Filed 04/06/15   Page 9 of 51

Prepared by and Return to:
Shotona Reventas
MTI Title Insurance Agency, Inc.
8270 Woodland Center Blvd.
Tampa, FL 33614

Consideration Amount $49,000.00
Property Appraiser's Parcel ID #: A-04-27-20-928-A00000-00004.0
File- MFL-107187
(incidental to the issuance of a title insurance policy)

THIS IS NOT A CERTIFIED COPY

## WARRANTY DEED

**This Indenture,** Made this ___Dec 28 2012___ , between **Maria A. Silva, single**, whose post office
address is: _10242 Devonshire lake ch Tm 33647_ hereinafter
called the "Grantor"*, and, **Yaofeng Jiang and Jianying Chen**, husband and wife
_10308 Stone moss Avenue Tampa, fl_ whose post office address is:
_33647_ hereinafter
called the "Grantee":

**Witnesseth:** That said Grantor, for and in consideration of the sum of Ten ($10.00) Dollars and other
valuable consideration, to said Grantor in hand paid by said Grantee, the receipt whereof is hereby acknowledged, has
granted, bargained and sold to the said Grantee, and Grantee's heirs and assigns forever, the following described land,
situate, lying, and being in Hillsborough County, FL, and being further described as follows:

**Lot 4, Block A, Stonecreek Townhomes, according to map or plat thereof as
recorded in Plat Book 108, Pages 231 thru 236 of the Public Records of
Hillsborough County, Florida.**

Property Address: 10308 Stone Moss Avenue, Tampa, FL 33647

___X___ Property is the homestead of the grantor(s)
_____ Said property is not the homestead of the grantor under the laws and constitution of the State of Florida in
that neither grantor nor any member or the household of grantor resides thereon.

and said Grantor does hereby fully warrant the title to said land, and will defend the same against the lawful claims of
all persons whomsoever.

*"Grantor" and "grantee" are used for singular or plural, as context requires.

Subject to easements, restrictions, and covenants of record, and real property taxes for the current year which are
prorated.

**In Witness Whereof,** the said Grantor has hereunto set the Grantor's hand and seal the day and year first
above written.

_____        _____
                                         Maria A. Silva

_____        _____
**Witness #1 Signature**                 **Witness #2 Signature**

_Efran Sanel_                            _Mary P Turner_
**Witness #1 Print Name**                **Witness #2 Print Name**

State of _Florida_ ; County of _Pasco_

The foregoing instrument was acknowledged by me this _12/28/2012_ by: **Maria A.
Silva** who is/are personally known to me or who has/ produced: a valid driver's license as identification and who did
not take an oath.

_____
Notary Public                            My Commission Expires: _____

# EXHIBIT

# E - 16

# Lee County Property Appraiser

Tax Year 2014

Next Parcel Number   Previous Parcel Number   Tax Estimator   Tax Bills   Print

## Property Data
### STRAP: 25-44-25-P2-00300.2350   Folio ID: 10506946

**Owner Of Record**

SAMPSON KEVIN +
JONCAS LISA T/C
8602 ATHENA CT
LEHIGH ACRES FL 33971

**Site Address**

8644 ATHENA CT
LEHIGH ACRES FL 33971

**Legal Description**

OLYMPIA POINTE DESC IN PB 82 PGS 84-97 LOT 235

**Classification / DOR Code**

SINGLE FAMILY RESIDENTIAL / 01

[ Tax Map Viewer ]

Tax Map

[ Pictometry Aerial Viewer ]

**Image of Structure**



◀ Photo Date November of 2013 ▶

**Property Values (2014 Tax Roll)**

| | |
|---|---|
| Just | 75,702 |
| Assessed | 75,702 |
| Portability Applied | 0 |
| Cap Assessed | 75,702 |
| Taxable | 75,702 |
| Cap Difference | 0 |

**Exemptions**

| | |
|---|---|
| Homestead / Additional | 0 / 0 |
| Widow / Widower | 0 / 0 |
| Disability | 0 |
| Wholly | 0 |
| Senior | 0 |
| Agriculture | 0 |

**Attributes**
(See Appraisal Details below for current values)

| | |
|---|---|
| Land Units Of Measure | LT |
| Units | 1.00 |
| Frontage | 0 |
| Depth | 0 |
| Total Number of Buildings | 1 |
| Total Bedrooms / Bathrooms | 2 / 2.5 |
| Total Living Area | 1,322 |
| 1st Year Building on Tax Roll | 2006 |
| Historic District | No |

**+   Taxing Authorities**

**+   Sales / Transactions**

**+   Building/Construction Permit Data**

**+   Parcel Numbering History**

**+   Location Information**

**+   Solid Waste (Garbage) Roll Data**

**+   Flood and Storm Information**

**+   Appraisal Details**

TRIM (proposed tax) Notices are available for the following tax years
[ 2007 2008 2009 2010 2011 2012 2013 2014 ]

Previous Parcel Number   Next Parcel Number   New Query   Search Results   Home



IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR LEE COUNTY, FLORIDA
CIVIL ACTION



BAC Home Loans Servicing LP, fka Countrywide Home Loans Servicing LP
  Plaintiff

vs

Kranz, Helene etal
  Defendant

Case No. 09-CA-062611

## CERTIFICATE OF TITLE

     The undersigned clerk of the court certifies that he or she executed and filed a certificate of sale in this action on July 27, 2011 for the property described herein and that no objections to the sale have been filed within the time allowed for filing objections.

The following property in Lee County, Florida:

**LOT 235, OLYMPIA POINTE, ACCORDING TO THE MAP OR PLAT THEREOF, AS RECORDED IN PLAT BOOK 82, PAGES 84 THROUGH 97, PUBLIC RECORDS OF LEE COUNTY, FLORIDA.**

**Property address: 8644 ATHENA COURT, LEHIGH ACRES, FL 33971.**

Was sold to:BAC Home Loans Servicing LP, F/K/A Countrywide Home Loans Servicing, LP.

Address:
c o ELIZABETH R. WELLBORN, P.A. 350
JIM MORAN BLVD SUITE 10
DEERFIELD BEACH, FL 33442

WITNESS my hand and the seal of the court on August 09, 2011

Charlie Green, Clerk of Court

By: _____
     Deputy Clerk

Copies furnished to all parties

Charlie Green
Clerk of Circuit Court

By: Serena Pitts
    Deputy Clerk

# EXHIBIT

# E - 17

March 31, 2015

# James City County, Virginia

| | |
|---|---|
| **Parcel ID** | 3640503306 |
| **LRSN #** | 29845 |
| **Property Address:** | 3306 ARRAN THISTLE<br>WMSBURG, VA 231881893 |
| **Subdivision:** | Braemar Creek @ Greensprings P |
| **Owner's Name:** | WMBG ASSOCIATES LLC & WBGRR LLC |
| **Mailing Address:** | 1900  RICHMOND ROAD<br>WILLIAMSBURG, VA 231852730 |

## General Information

| | | | |
|---|---|---|---|
| **Zoning:** | R4 Residential Planned Comm | **VA Senate District:** | 3 |
| **Property Class:** | 502, Single Family - Suburban | **VA House District:** | 96 |
| **Legal Acreage:** | No Data | **Election District:** | Berkeley |
| **Legal Description:** | U-3306 BLDG 33 P-34 BRAEMAR CREEK @ | **Voting Precinct:** | Berkeley C |
| | | **Polling Place:** | Matoaka Elementary School |
| **Primary Service Area:** | Yes | **Census:** | 803.03 |

## Schools

## JCSA Utilities Available for Connection

| | | | |
|---|---|---|---|
| **Elementary School:** | Matoaka | **Water:** | Y |
| **Middle School:** | Hornsby | **Sewer:** | Y |
| **High School:** | Jamestown | | |

To confirm utility information please contact JCSA at 757-229-7421

## Assessment Information

| Valuation as of:<br>Effective for Billing: | January 1, 2013<br>July 1, 2013 | January 1, 2014<br>July 1, 2014 | January 1, 2015<br>July 1, 2015 |
|---|---|---|---|
| **Land Value:** | $50,000.00 | $50,000.00 | $50,000.00 |
| **Improvement Value:** | $100.00 | $100.00 | $100.00 |
| **Total Value:** | $50,100.00 | $50,100.00 | $50,100.00 |

## Ownership History

| Previous Owner Name | Sale Date | Sale Price | Doc # or Deed Book/Pg |
|---|---|---|---|
| WMBG ASSOCIATES LLC | 6/22/2012 | $.00 | 120013126 |
| FEDERAL NATIONAL MORTGAGE ASSOCIATIO | 5/31/2011 | $65,000.00 | 110011318 |
| TOMPKINS, MARK ANTHONY & KAREN ELIZA | 10/6/2010 | $.00 | 100021327 |

DISCLAIMER: This data is provided without warranty of any kind, either expressed or implied, including, but not limited to, the implied warranties of merchantability and fitness for a particular purpose. Any person, firm or corporation which uses this map or any of the enclosed information assumes all risk for the inaccuracy thereof, as James City expressly disclaims any liability for loss or damage arising from the use of said information by any third party.

## Improvements

**Year Built:**     2006
**Stories:**        2

### Square Footage

| | |
|---|---|
| **Finished (Above Grade):** | 1334 |
| **Basement:** | 0 |
| **Attached Garage:** | 0 |
| **Detached Garage:** | 0 |
| **Enclosed Porch:** | 0 |
| **Open Porch:** | 0 |
| **Deck:** | 0 |

### Rooms

| | |
|---|---|
| **Total:** | 5 |
| **Bedrooms:** | 2 |
| **Full Baths:** | 2 |
| **Half Baths:** | 1 |

### Construction

| | |
|---|---|
| **Foundation:** | None |
| **Exterior:** | Wood siding |
| **Central A/C:** | Y |
| **Out Buildings:** | No Data |

DISCLAIMER: This data is provided without warranty of any kind, either expressed or implied, including, but not limited to, the implied warranties of merchantability and fitness for a particular purpose. Any person, firm or corporation which uses this map or any of the enclosed information assumes all risk for the inaccuracy thereof, as James City expressly disclaims any liability for loss or damage arising from the use of said information by any third party.

# EXHIBIT
# E - 18



**Bill Furst**
**SARASOTA COUNTY**
**PROPERTY APPRAISER**

**0373070130**

**Ownership:**

FEDERAL NATIONAL MORTGAGE ASSN

C/O GREEN TREE SERVICING LLC 1400 TURBINE DR, RAPID CITY, SC, 57703

**Situs Address:**

334 CIPRIANI WAY, NOKOMIS, FL, 34275

| | |
|---:|:---|
| **Land Area:** | 8,253 Sq.Ft. |
| **Municipality:** | City of Venice |
| **Subdivision:** | 2992 - VENETIAN GOLF & RIVER CLUB PHASE 4C |
| **Property Use:** | 0100 - Single Family Detached |
| **Status** | OPEN |
| **Sec/Twp/Rge:** | 26-38S-19E |
| **Census:** | 121150027133 |
| **Zoning:** | PUD - PLANNED UNIT DEVELOPMENT |
| **Total Living Units:** | 1 |
| **Parcel Description:** | LOT 13, VENETIAN GOLF & RIVER CLUB PHASE 4C |

**Buildings**

| Situs - click address for details | Bldg # | Beds | Baths | Half Baths | Year Built | Gross Area | Living Area | Stories |
|---|---|---|---|---|---|---|---|---|
| 334 CIPRIANI WAY, NOKOMIS, FL, 34275 | 1 | 3 | 2 | 0 | 2006 | 2517 | 1638 | 1 |

**Extra Features**

There are no extra features associated with this parcel

**Values**

| Year | Land | Building | Extra Feature | Just | Assessed | Exemptions | Taxable | Cap |
|---|---|---|---|---|---|---|---|---|
| 2014 | $35,300 | $0 | $0 | $35,300 | $34,320 | $0 | $34,320 | $980 |
| 2013 | $31,200 | $0 | $0 | $31,200 | $31,200 | $0 | $31,200 | $0 |
| 2012 | $42,100 | $0 | $0 | $42,100 | $42,100 | $0 | $42,100 | $0 |
| 2011 | $58,300 | $0 | $0 | $58,300 | $58,300 | $0 | $58,300 | $0 |
| 2010 | $63,400 | $0 | $0 | $63,400 | $63,400 | $0 | $63,400 | $0 |
| 2009 | $82,900 | $37,400 | $0 | $120,300 | $120,300 | $0 | $120,300 | $0 |
| 2008 | $109,900 | $164,200 | $0 | $274,100 | $274,100 | $0 | $274,100 | $0 |
| 2007 | $130,400 | $196,000 | $0 | $326,400 | $326,400 | $0 | $326,400 | $0 |
| 2006 | $253,800 | $0 | $0 | $253,800 | $253,800 | $0 | $253,800 | $0 |

**Current Exemptions**

There are no exemptions associated with this parcel

**Sales & Transfers**

| Transfer Date | Recorded Consideration | Instrument Number | Qualification Code | Grantor/Seller | Instrument Type |
|---|---|---|---|---|---|
| 7/22/2014 | $0 | 2014086498 | 11 | TORRES-LUTZ MARCELO | CT |
| 7/20/2006 | $545,900 | 2006132643 | 03 | WCI COMMUNITIES INC, | WD |
| 2/22/2002 | $5,514,000 | 2002035254 | X2 | G & P LIMITED PARTNERSHIP, | WD |

**Associated Tangible Accounts**

There are no associated tangible accounts for this parcel

RECORDED IN OFFICIAL RECORDS
INSTRUMENT # 2014086498   1   PG(S)

7/22/2014 3:33 PM
KAREN E. RUSHING
CLERK OF THE CIRCUIT COURT
SARASOTA COUNTY, FLORIDA
CIVIL COURTS          Receipt # 1762679

[X] **IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT IN AND FOR
SARASOTA COUNTY, FLORIDA**
[ ] **IN THE COUNTY COURT IN AND FOR SARASOTA COUNTY, FLORIDA**

CASE NUMBER: **2011 CA 000452 NC**

**GMAC MORTGAGE, LLC,**
  *PLAINTIFF*

  -  vs  -

CECILIA P. TORRES-LUTZ; MARCELO
TORRES-LUTZ; BRUNELLO AT VENETIAN GOLF
& RIVER CLUB PROPERTY OWNERS
ASSOCIATION, INC.; VENETIAN GOLF & RIVER
CLUB PROPERTY OWNERS ASSOCIATION, INC.;
UNKNOWN TENANT NO. 1; UNKNOWN TENANT
NO. 2; and ALL UNKNOWN PARTIES CLAIMING
INTERESTS BY, THROUGH, UNDER OR AGAINST
A NAMED DEFENDANT TO THIS ACTION, OR
HAVING OR CLAIMING TO HAVE ANY RIGHT,
TITLE OR INTEREST IN THE PROPERTY HEREIN
DESCRIBED,
  *DEFENDANT*

## CERTIFICATE OF TITLE

The undersigned Clerk of the Circuit Court certifies that he or she executed and filed a certificate of sale in this action on
July 11, 2014 for the property described herein and that no objections to the sale have been filed within the time allowed
for filing objections pursuant to §45.031(4) Florida Statutes.

The following property located in Sarasota County, Florida:

LOT 13, VENETIAN GOLF & RIVER CLUB, PHASE 4C, ACCORDING TO THE PLAT
THEREOF RECORDED IN PLAT BOOK 45, PAGES 25, 25A THROUGH 25C, OF THE PUBLIC
RECORDS OF SARASOTA COUNTY, FLORIDA.

was sold to FEDERAL NATIONAL MORTGAGE ASSOCIATION,
whose address is c/o Green Tree Servicing, LLC, 1400 Turbine Drive, Rapid City, SC 57703.

WITNESS MY HAND and the official seal on July 22, 2014.

**KAREN E. RUSHING**
CLERK OF THE CIRCUIT COURT

*Teresa Fernandez*

BY: T Fernandez, Deputy Clerk

DATE:    July 22, 2014

Page **1** of **1**

# EXHIBIT

# E - 19



## Property Identification

**Site Address:** 10320 SW Stephanie WAY 7-212
**Sec/Town/Range:** 10/37S/39E
**Map ID:** 43/09N
**Zoning:**

**Parcel ID:** 4310-700-0018-000-2
**Account #:** 168653
**Use Type:** 0400
**Jurisdiction:** Port Saint Lucie

### Ownership

Rayl Enterprises LLC

PO Box 880181
Port St Lucie, FL 34988-0000

### Legal Description

PROMENADE AT TRADITION NO. IV (OR 2506-1090) UNIT 7-212 (OR 3454-2280)



### Current Values

| | |
|---|---|
| Just/Market Value: | $10,900 |
| Assessed Value: | $10,900 |
| Exemptions: | $0 |
| Taxable Value: | $10,900 |

**Taxes for this parcel:** SLC Tax Collector's Office

### Total Areas

| | |
|---|---|
| Finished/Under Air (SF): | 1,783 |
| Gross Area (SF): | 2,319 |
| Land Size (acres): | 0.02 |
| Land Size (SF): | 1,000 |

---

## Building Information (1 of 1)

Finished Area: 1,783 SF

Gross Total Area: 2,319 SF

### Exterior Data

| | | |
|---|---|---|
| **View:** | **Roof Cover:** | **Roof Structure:** |
| **Building Type:** X234 | **Year Built:** 2006 | **Frame:** |
| **Grade:** 234A | **Effective Year:** 2006 | **Primary Wall:** CB Stucco |
| **Story Height:** 1 Story | **No. Units:** 1 | **Secondary Wall:** |

### Interior Data

| | | |
|---|---|---|
| **Bedrooms:** 3 | **Electric:** | **Primary Int Wall:** |
| **Full Baths:** 2 | **Heat Type:** | **Avg Hgt/Floor:** 0 |
| **Half Baths:** 0 | **Heat Fuel:** | **Primary Floors:** |
| **A/C %:** 0% | **Heated %:** N/A% | **Sprinkled %:** 0% |





**Sketch Area Legend**

| Sub Area | Description | Area | Fin. Area | Perimeter |
|---|---|---|---|---|
| CGAR | CONDO GARAGE | 330 | 0 | 80 |
| CUTL | CONDO UTILITY ROOM | 66 | 0 | 36 |
| XBS1 | Condo Base Floor Living Area (Value Calculated) | 1783 | 1783 | 186 |
| XOPR | Condo Open Porch (Value Calculated) | 86 | 0 | 48 |
| XOPT | Condo Open Patio | 54 | 0 | 30 |

## Land Information

*Total Area: 1,000 SF / 0.02 acres*

| Sequence Number | Number/Type of Units | Depth for Front Feet |
|---|---|---|
| 1 | 1 Unit | 0 |

## Special Features and Yard Items

| Type | Qty | Units | Year Blt |
|---|---|---|---|

## Sale History

| Date | Book/Page | Sale Code | Deed | Grantor | Price |
|---|---|---|---|---|---|
| Nov 16, 2012 | 3454 / 2280 | 0111 | QC | Dockeray,Rosalie | $100 |
| Apr 7, 2011 | 3292 / 1761 | 0111 | WD | Quattrocchi,William A | $0 |
| Apr 28, 2006 | 2553 / 0535 | 00 | WD | Centerline Homes at Tradition, | $249,200 |
| Mar 25, 2004 | 1933 / 1990 | 00 | SP | Tradition Development Co LLc, | $1,350,000 |

## Current Year Values

### Current Values Breakdown

| | |
|---|---|
| **Building:** | $10,900 |
| **Land:** | $0 |
| **Just/Market:** | $10,900 |
| **Ag Credit:** | $0 |
| **Mkt/Asmnt Differential:** | $0 |
| **Assessed:** | $10,900 |
| **Exemption(s):** | $0 |
| **Taxable:** | $10,900 |

### Current Year Exemption Value Breakdown

| Tax Year | Grant Year | Code | Description | Amount |
|---|---|---|---|---|

### Current Year Special Assessment Breakdown

| Start Year | AssessCode | Units | Description | Amount |
|---|---|---|---|---|
| 2007 | 0065 | 1 | Port St. Lucie Stormwater in Tradition | $153.00 |
| 2008 | 0090 | 0.5 | Tradition Operating/Maintenance | $92.76 |
| 2014 | 0091 | 391.36 | Tradition Bond | $391.36 |

This does not necessarily represent the total Special Assessements that could be charged against this property. The total amount charged for special assessments is reflected on the most current tax statement and information is available with the SLC Tax Collector's Office ◪.

## Historical Values

| Year | Just/Market | Assessed | Exemptions | Taxable |
|---|---|---|---|---|
| 2014 | $10,900 | $10,900 | $0 | $10,900 |
| 2013 | $11,900 | $11,900 | $0 | $11,900 |
| 2012 | $11,200 | $11,200 | $0 | $11,200 |

*This information is believed to be correct at this time but it is subject to change and is not warranted.*

*Record + Return to:*

Prepared by:

**Universal Land Title, LLC**

Ellen Sutton
3399 PGA Blvd., Suite 150
Palm Beach Gardens, FL 33410

Return to:
Universal Land Title, LLC
3399 PGA Blvd., Suite 150
Palm Beach Gardens, FL 33410
File Number: **04-24809**

INSTR # 2268783
OR BK 02512 PG 0363
Pgs 0363 - 364; (2pgs)
RECORDED 04/12/2011 03:12:08 PM
MARSHA EWING
CLERK OF MARTIN COUNTY FLORIDA
DEED DOC TAX 336.00
RECORDED BY L Bettineschi

(Space Above This Line For Recording Data)

# Warranty Deed

**This Warranty Deed** made this 7th day of April, 2011, by William A. Quattrocchi and Dolores L. Quattrocchi, **husband and** wife whose post office address is 309 NW Bayside Court, Port St. Lucie, FL, 34986 grantor, to Rosalie **Dockeray** whose post office address is PO Box 880181, Port St. Lucie, Fl 34988 grantee:

(Whenever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, trusts and trustees)

**Witnesseth**, that said grantor, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained, and sold to the said grantee, and grantee's heirs and assigns forever, the following described land, situate, lying and being in the **St. Lucie County, Florida**, to-wit:

Unit 7-212, Promenade at Tradition No. IV, a Condominium according to the Declaration of Condominium thereof, as recorded in Official Records Book 2506, Page 1090 and any amendments thereof; together with an undivided interest in the common elements declared in said Declaration of Condominium to be appurtenance to the above described unit; said instruments being recorded and said land situate, lying and being in St. Lucie County, Florida.

**Parcel Identification Number: 4310-700-0018-000-2**

**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**To Have and to Hold**, the same in fee simple forever.

**And** the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes for the year of closing and subsequent years, restrictions, reservations, covenants and easements of record, if any.

**In Witness Whereof**, grantor has hereunto set grantor's hand and seal the day and year first above written.

Signed, sealed and delivered in our presence:

Witness Name: Helen L. Frey

William A. Quattrocchi

Witness Name: Susan Prill

Dolores L. Quattrocchi

State of Florida
County of Palm Beach

The foregoing instrument was acknowledged before me this 7th day of April, 2011, by **William A. Quattrocchi and Dolores L. Quattrocchi, husband and wife,** who (___) are personally known to me or (___) have produced Drivers License as identification.

Notary Public
Printed Name: _____
My Commission Expires: _____

SUSAN L. PRILL
MY COMMISSION # DD 766349
EXPIRES April 03, 2012
FloridaNotaryService.com

04-24809

# PROMENADE AT TRADITION

Owner:  William & Dolores Quattrocchi
Unit #:  10320 SW Stephanie Way #7-212
         Port St. Lucie, FL  34987

Term:  RESALE / LEASE
*(and not for any additional time period)*

### CERTIFICATE OF APPROVAL

*This is to certify that the following named (Purchaser) / (Lessee)*

*(Name)  ROSALEE DOCKERAY*
*(Address)  593 SW ROMORA BAY*
*PORT ST. LUCIE FL.34986*

*have complied with the Documents for the Promenade at Tradition Condominium Association, Inc. and has hereby obtained the approval for the (**Purchase**) / (Lease) by the Board of Directors of Promenade at Traditions Condominium Association, Inc.*
*Comments:  SUBJECT TO ALL DUE AND PAYABLE ASSESSMENTS BEING PAID CURRENT.*

*IN WITNESS WHEREOF, THE UNDERSIGNED HAS HEREUNTO SET HIS HAND AND SEAL THIS_____ DAY OF _____ 2011.*

*Signature of Board Member or Agent:_____*
*Title:_____*

*STATE OF FLORIDA*
*COUNTY OF ST. LUCIE*

*The foregoing instrument was acknowledged before me this day, by _____ (name), _____ (title), Promenade, on behalf of the corporation, who is (personally known to me) (or who has produced _____, as identification) and who (did/did not) take an oath.*

SIGNATURE of Notary:_____
Comm. #:

Prepared By:_____
*Bayshore Association Management, Inc.*
*430 NW Lake Whitney Place*
*Port St. Lucie, FL  34986*

Notary Public State of Florida
Caroline M Knudsen
My Commission DD688396
Expires 06/24/2011



# EXHIBIT

# E - 20



## Owner and Parcel Information

| | | | |
|---|---|---|---|
| Owner Name | SMITH THERESA M | Today's | April 3, 2015 |
| Mailing Address | 141 DORSEY SPRINGS DR | Parcel Number | 038C01011000 |
| | HAMPTON, GA 30228 | Millage Group | 0001 (County/UnIncorp) |
| | | Total Millage | |
| Location Address | 141 DORSEY SPRINGS DR | Property Usage | S F RESIDENTIAL (0100) |
| | | Total Acres | 0 |
| Landlot / District | 203 / 6 | Parcel Map | Show Parcel Map |
| Subdivision Name | DORSEY SPRINGS Phase: Unit: | Subdivision Lot/Block | 11/ |
| Plat Book | 38 | Plat Page | 212 |

| January 1, 2014 Value Information | | | | 2014 Assessment Notice |
|---|---|---|---|---|
| Land Value | Building Value | Misc Value | Total Value | Exemptions |
| 25,000 | 99,000 | 400 | 124,400 | L1 |

## Land Information

| Land Use | Number of Units | Unit Type |
|---|---|---|
| SF LOT IMP (000100) | 1 | LOTS |

## Building Data

| Building # | Type | Effective Area | Heated Area | Bed Rooms | Baths | Wall Height | Actual Year Built | Building Sketch |
|---|---|---|---|---|---|---|---|---|
| 1 | SGL FAM | 3,102 | 2,449 | 3 | 2 | | 2006 | Show Building Sketch |

## Miscellaneous Data

| Description | Length | Width | Units | Year Built |
|---|---|---|---|---|
| BAY - B | 0 | 0 | 1 | 2006 |

## Sale Information

| Sale Date | Deed Book | Price | Instrument | Reason | Grantor | Grantee |
|---|---|---|---|---|---|---|
| 02-07-2014 | 13474-42 | $125,000 | SPECIAL WARRANTY DEED | IMPROVED AFTER SALE | FEDERAL NATIONAL MTG ASSOC | SMITH THERESA M |
| 01-02-2013 | 12933-52 | $155,289 | SPECIAL WARRANTY DEED | BANK SALE | BANK OF AMERICA NA | FEDERAL NATIONAL MTG ASSOC |
| 01-02-2013 | 12933-47 | $155,289 | FORECLOSURE DEED | FORECLOSE | BRAY ANDREW L & CHANDRA R | BANK OF AMERICA NA |
| 05-31-2006 | 9285-48 | $228,900 | WARRANTY DEED | | EASLER HOMES LLC | BRAY ANDREW L & CHANDRA R |
| 12-16-2003 | 6705-325 | $781,000 | WARRANTY DEED | | BUNN ANDREW CAREY SR | EASLER HOMES LLC |

The Henry County Board Assessor's Office makes every effort to produce the most accurate information possible. No warranties, expressed or implied, are provided for the data herein, its use or interpretation. Website Updated: March 17, 2015

© 2012 by the County of HENRY, GA | Website design by qpublic.net

# EXHIBIT

# E - 21



## Orleans Parish Assessor's Office

| Return to Main Search Page | | Orleans Home |
|---|---|---|

### Owner and Parcel Information

| Owner Name | THOMAS LANCE | Today's Date | March 20, 2015 |
|---|---|---|---|
| Mailing Address | 3523 PIEDMONT DR<br>NEW ORLEANS, LA 70122 | Municipal District | 3 |
| Location Address | 1614 CHARLTON DR | Tax Bill Number | 37W514704 |
| Property Class | Residential | Special Tax District | |
| Subdivision Name | MIRABEAU D | Land Area (sq ft) | 8400 |
| Square | 1 | Lot | 54 |
| Book | 06 | Folio | 019 |
| Line | 008 | Parcel Map | Show Parcel Map |
| Legal Description | 1. MIRABEAU GDNS SQ 1 SEC D<br>2. PT LOTS 54 55 PT 56<br>3. CHARLTON DR 70 X 120<br>4. SGLE/BR V 8/RM A/R & GARAGE | Assessment Area | MIRABEAU D<br>Show Assessment Area Map |

### Value Information

Estimate Taxes | Tax Information

Special Assessment Treatment

| Year | Land Value | Building Value | Total Value | Assessed Land Value | Assessed Building Value | Total Assessed Value | Homestead Exemption Value | Taxable Assessment | Age Freeze | Disability Freeze | Assmnt Change | Tax Contract |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015 | $ 31,500 | $ 141,500 | $ 173,000 | $ 3,150 | $ 14,150 | $ 17,300 | $ 0 | $ 17,300 | | | | |
| 2014 | $ 31,500 | $ 248,500 | $ 280,000 | $ 3,150 | $ 24,850 | $ 28,000 | $ 0 | $ 28,000 | | | | |
| 2013 | $ 31,500 | $ 248,500 | $ 280,000 | $ 3,150 | $ 24,850 | $ 28,000 | $ 0 | $ 28,000 | | | | |

### Sale/Transfer Information

| Sale/Transfer Date | Price | Grantor | Grantee | Notarial Archive Number | Instrument Number |
|---|---|---|---|---|---|
| 07-31-2014 | $ 173,000 | FEDERAL NATIONAL MORTGAGE ASSOCIATION | THOMAS LANCE | 201430766 | 559702 |
| 08-02-2013 | $ 177,301 | CHASE HOME FINANCE LLC | FEDERAL NATIONAL MORTGAGE ASSOCIATION | 201329633 | 538433 |
| 07-10-2013 | $ 166,666 | CHETTA ROSARY A | CHASE HOME FINANCE LLC | 201327160 | 537426 |
| 02-23-2007 | $ 0 | CHETTA FELIX A | CHETTA ROSARY A | 07-10073 | 3393555 |
| 09-08-2006 | $ 0 | CHETTA FELIX A | CHETTA FELIX A | 06-37744 | 330326 |
| 07-12-2004 | $ 21,500 | | | 05-35904 | 000311799 |

| Building Sketch 1 Enlarge | Building Photo 1 Enlarge/Show All |
|---|---|
| |  |



| **Return to Main Search Page** | **Orleans Home** |
| --- | --- |

The Orleans Parish Assessor's Office makes every effort to produce the most accurate information possible. No warranties, expressed or implied, are provided for the data herein, its use or interpretation. Website Updated: March 14, 2015

© 2009 by the Orleans Parish Assessor's Office | Website design by qpublic.net



Copyright © 2012 qPublic.net

CHAMBERLAIN DR

CHARLTON DR

Lakes/Rivers from US Census Dept, may not match parcels exactly

0      43      86      129      172 ft

| 1614 Charlton Dr., New Orleans, LA 70122 | | |
|---|---|---|
| Parcel:  1614-CHARLTONDR   Acres: 8400 | | |
| Name: | THOMAS LANCE | Land Value: | $31,500 |
| Site: | 1614 CHARLTON DR | Building Value: | $141,500 |
| ,000 on 07-2014 Reason=FEDERAL NATIONAL MORTGAGE ASSOCIATIO | Total Value: | $173,000 |
| Mail: | 3523 PIEDMONT DR NEW ORLEANS, LA 70122 | | |

Orleans

Orleans Parish makes every effort to produce the most accurate information possible. No warranties, expressed or implied, are provided for the data herein, its use or interpretation. The assessment information is from the last certified taxroll. All data is subject to change before the next certified taxroll.
Date printed:  04/02/15 : 13:39:37

# EXHIBIT

# E - 22



PEDRO J. GARCIA
MIAMI-DADE PROPERTY APPRAISER

Address    Owner Name    Folio

# SEARCH:

| 8061 W 36th ave | Suite | 🔍 |

Back to Search Results

## PROPERTY INFORMATION

**Folio:** 04-2028-106-0810

**Sub-Division:**
SHOMA HOMES SPLENDIDO CONDO

**Property Address**
8061 W 36 AVE 1
Hialeah , FL 33018-1753

**Owner**
ANAYANSY RAMOS

**Mailing Address**
8061 W 36 AVE #1
HIALEAH , FL 33018

**Primary Zone**
4300 MULTI-FAMILY - 2 STORY

**Primary Land Use**
0407 RESIDENTIAL - TOTAL VALUE : CONDOMINIUM - RESIDENTIAL

| Beds / Baths / Half | 4 / 3 / 0 |
| --- | --- |
| Floors | 0 |
| Living Units | 1 |
| Actual Area | |
| Living Area | 1,464 Sq.Ft |
| Adjusted Area | 1,464 Sq.Ft |
| Lot Size | 0 Sq.Ft |
| Year Built | 2006 |





W 80TH ST

2014 Aerial Photography    200ft

## Featured Online Tools

| | |
|---|---|
| Comparable Sales | Glossary |
| Non-Ad Valorem Assessments | PA Additional Online Tools |
| Property Record Cards | Property Search Help |
| Report Discrepancies | Report Homestead Fraud |
| Tax Comparison | Tax Estimator |
| TRIM Notice | View Taxes |

## ASSESSMENT INFORMATION

| Year | 2014 | 2013 | 2012 |
|---|---|---|---|
| Land Value | $0 | $0 | $0 |
| Building Value | $0 | $0 | $0 |
| Extra Feature Value | $0 | $0 | $0 |
| Market Value | $29,365 | $29,365 | $29,365 |
| Assessed Value | $29,365 | $29,365 | $29,365 |

## TAXABLE VALUE INFORMATION

| | 2014 | 2013 | 2012 |
|---|---|---|---|
| **COUNTY** | | | |
| Exemption Value | $25,000 | $25,000 | $25,000 |
| Taxable Value | $4,365 | $4,365 | $4,365 |
| **SCHOOL BOARD** | | | |
| Exemption Value | $25,000 | $25,000 | $25,000 |
| Taxable Value | $4,365 | $4,365 | $4,365 |
| **CITY** | | | |
| Exemption Value | $25,000 | $25,000 | $25,000 |
| Taxable Value | $4,365 | $4,365 | $4,365 |

**REGIONAL**

| | | | |
|---|---|---|---|
| Exemption Value | $25,000 | $25,000 | $25,000 |
| Taxable Value | $4,365 | $4,365 | $4,365 |

## BENEFITS INFORMATION

| Benefit | Type | 2014 | 2013 | 2012 |
|---|---|---|---|---|
| Homestead | Exemption | $25,000 | $25,000 | $25,000 |
| Second Homestead | Exemption | $0 | $0 | $0 |

Note: Not all benefits are applicable to all Taxable Values (i.e. County, School Board, City, Regional).

## FULL LEGAL DESCRIPTION

SHOMA HOMES SPLENDIDO CONDO

UNIT 81 BLDG 14

UNDIV 1/219

INT IN COMMON ELEMENTS

OFF REC 24177-2205

COC 25408-3119 02 2007 1

## SALES INFORMATION

| Previous Sale | Price | OR Book-Page | Qualification Description | Previous Owner 1 |
|---|---|---|---|---|
| 12/30/2014 | $199,000 | 29471-3589 | Qual by exam of deed | MEDEROS INVESTMENTS LLC |
| 09/25/2014 | $160,000 | 29334-1828 | Qual by exam of deed | MARIA C FERNANDEZ |
| 02/01/2007 | $306,990 | 25408-3119 | 2008 and prior year sales; Qual by exam of deed | |

For more information about the Department of Revenue's Sales Qualification Codes.

## ADDITIONAL INFORMATION

* The information listed below is not derived from the Property Appraiser's Office records. It is provided for convenience and is derived from other government agencies.

CFN: 20140686665 BOOK 29334 PAGE 1828
DATE:10/02/2014 12:10:52 PM
DEED DOC 960.00
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

Prepared by and Return to:
Adrianne Marchant , an employee of
First International Title, Inc.
8501 SW 124 Avenue
Suite 203
Miami, FL  33183

File No.:  46539-10

# WARRANTY DEED

This indenture made on September 25, 2014, by **Maria Cristina Fernandez, a single woman,** whose address is: 5201 Blue Lagon Drive, Suite 400, Miami, FL 33126, hereinafter called the "grantor",
to **Mederos Investments, LLC, a Florida Limited Liability Company,**  whose address is: 3805 SW 103 Avenue, Apt.# 117, Miami, FL 33165 hereinafter called the "grantee":

(Which terms "Grantor" and "Grantee shall include singular or plural, corporation or individual, and either sex, and shall include heirs, legal representatives, successors and assigns of the same)

**Witnesseth,** that the grantor, for and in consideration of the sum of Ten Dollars, ($10.00) and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the grantee, all that certain land situate in  **Miami-Dade** County, **Florida,** to-wit:

**Condominium Unit 81, Building 14, SHOMA HOMES SPLENDIDO, a Condominium, together with an undivided interest in the common elements, according to the Declaration of Condominium thereof, recorded in Official Records Book 24177, Page 2205, as amended from time to time, of the Public Records of Miami-Dade County, Florida.**

Parcel Identification Number:  04-2028-10-0810

**GRANTEE HEREIN is prohibited from conveying captioned property for any sales price for a period of 30 days from the date of this deed.  After this 30 day period, Grantee is further prohibited from conveying the property for a sales price greater than $192,000.00 until 90 days from the date of this deed.  These restrictions shall run with the land and are not personal to the Grantee.**

**Subject to** all reservations, covenants, conditions, restrictions and easements of record and to all applicable zoning ordinances and/or restrictions imposed by governmental authorities, if any.

**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in any way appertaining.

**To Have and to Hold,** the same in fee simple forever.

**And** the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances except taxes accruing subsequent to December 31st of 2013.

CFN: 20140686665 BOOK 29334 PAGE 1829

**In Witness Whereof,** the grantor has hereunto set their hand(s) and seal(s) the day and year first above written.

_Maria Cristina Fernandez_

*Signed, sealed and delivered in our presence:*

Witness Signature

Print Name: _Bernardo Mendoza_

Witness Signature

Print Name: _Reynaldo Sanchez_

State of FLORIDA

County of _Miami-Dade_

**The Foregoing Instrument Was Acknowledged** before me on the _23_ day of September, 2014, by **Maria Cristina Fernandez** who is/are personally known to me or who has/have produced the following as identification: _____.

Notary Public

_L. ANNETTE CIFUENTES_

(Printed Name)

My Commission expires: _1/31/15_

L. ANNETTE CIFUENTES
Notary Public - State of Florida
My Comm. Expires Jan 31, 2015
Commission # EE 56723

CFN: 20140686665 BOOK 29334 PAGE 1830

**APPROVAL OF SALE**

# Shoma Homes Splendido Condominium Association, Inc.

To Whom It May Concern:

In accordance with the provisions of the documents of **Shoma Homes Splendido Condominium** located in Hialeah Gardens, Dade County, Florida, approval for:

Name(s):  Mederos Investments LLC
Address:  8061 West 36 Ave. Unit #1
        Hialeah Gardens, FL 33018

**Is granted and conditioned upon the following:**

1. Purchaser will assume all obligations and responsibilities of ownership as set forth under the terms and conditions of the Declaration of Condominium, Articles of Incorporation and By-Laws as they pertain to the above unit and will received from seller a current copy of the Rules and regulations.

2. All approvals are contingent to the full payment of all amounts due to the association and association attorney firm.

3. Seller will make all of **Shoma Homes splendido Condominium** Association, Inc. **documents available** to the proposed purchaser, including all Rules and Regulations as they pertain to the above unit and to the Community

4. Seller must provide the buyer at time of closing, his **coupon book** and **return envelopes**.

5. A copy of the **Warranty Deed** must be provided at the time of closing to **Shoma Homes Splendido Condominium Association Inc.**

6. Said **Warranty Deed** should be mailed to:
      Shoma Homes Splendido Condominium Association Inc.

**C/o Neighborhood Property Management, Inc**
**P.O Box 160310 Hialeah, Fl 33016**
**Phone: (305) 819-2361 Fax: (305) 825-0608**
**To request an Estoppel letter, Please contact the management office.**

Approval for the Sale of said unit is hereby granted pursuant to Declaration of Condominium with full approval of the present Board of Directors of Shoma Homes Splendido Condominium Association Inc., on Wednesday, September 24, 2014.

            _____
            By Board of Director/Representative

STATE OF FLORIDA
COUNTY OF MIAMI-DADE
Before me this 25 days of September, 2014, appeared _____ who is personally know.

[SEAL]

YAILEN CABRERA
MY COMMISSION # DD 997980
EXPIRES: October 2, 2014
Bonded Thru Notary Public Underwriters

Notary Public-Signature: _____

Notary Public-Name: Yailen Cabrera.

# EXHIBIT

# E - 23







*Gary R. Nikolits, CFA*

# Property Appraiser
Palm Beach County

Homestead Exemption  **E-file ▶**

| | |
|---|---|
| **Location Address** | 8842 COBBLESTONE POINT CIR |
| **Municipality** | UNINCORPORATED |
| **Parcel Control Number** | 00-42-45-20-05-001-0180 |
| **Subdivision** | COUNTRYSIDE MEADOWS |
| **Official Records Book** | 27180    **Page** 1337 |
| **Sale Date** | NOV-2014 |
| **Legal Description** | COUNTRYSIDE MEADOWS LT 18 BLK 1 |

| **Owners** | **Mailing address** |
|---|---|
| LEDGARD GONZALO & <br> LEDGARD NICHOLAS R | 220 NW 34TH ST <br> FORT LAUDERDALE FL 33309 6040 |

| Sales Date | Price | OR Book/Page | Sale Type | Owner |
|---|---|---|---|---|
| NOV-2014 | $10 | 27180 / 1337 | QUIT CLAIM | LEDGARD GONZALO & |
| FEB-2014 | $200,000 | 26631 / 1736 | WARRANTY DEED | LEDGARD GONZALO |
| DEC-2006 | $797,000 | 21294 / 0163 | WARRANTY DEED | POPOV ALEXANDER & |
| APR-2005 | $10 | 18546 / 1077 | DEED OF TRUST | CENTERLINE HOMES AT B & A LLC |

No Exemption Information Available.

| | | | |
|---|---|---|---|
| **Number of Units** 1 | **\*Total Square Feet** 4395 | **Acres** 0.2330 | |
| **Use Code** 0100 - SINGLE FAMILY | **Zoning** AGR-PUD - Agricultural Reserve PUD ( 00-UNINCORPORATED ) | | |

| Tax Year | 2014 | 2013 | 2012 |
|---|---|---|---|
| Improvement Value | $0 | $0 | $0 |
| Land Value | $0 | $0 | $0 |
| Total Market Value | $200,000 | $92,775 | $89,432 |

All values are as of January 1st each year

| Tax Year | 2014 | 2013 | 2012 |
|---|---|---|---|
| Assessed Value | $92,316 | $90,952 | $89,432 |
| Exemption Amount | $50,000 | $50,000 | $50,000 |
| Taxable Value | $42,316 | $40,952 | $39,432 |

| Tax Year | 2014 | 2013 | 2012 |
|---|---|---|---|
| Ad Valorem | $985 | $962 | $950 |
| Non Ad Valorem | $361 | $355 | $373 |
| Total tax | $1,346 | $1,317 | $1,323 |

Prepared by and return to:
**Deanna L. Dolan**
**Vista Title Insurance & Guaranty Agency**
**2047 Vista Parkway, Suite 200-A**
**West Palm Beach, Florida 33411**
**14-0925**

CFN 20140067605
OR BK 26631 PG 1736
RECORDED 02/25/2014 16:05:13
Palm Beach County, Florida
AMT 200,000.00
Doc Stamp 1,400.00
Sharon R. Bock,CLERK & COMPTROLLER
Pgs 1736 - 1738; (3pgs)

_____

(Space Above This Line for Recording Data)

## WARRANTY DEED

This Warranty Deed made this **18th** day of February, 2014, between **Alexander Popov and Susan Raab-Popov, husband and wife,** as Grantor, whose post office address is 8842 Cobblestone Point Circle Boynton Beach, FL 33437, and **Gonzalo Ledgard,** as Grantee, whose post office address is 8842 Cobblestone Point Circle Boynton Beach, FL 33437.

(Whenever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, trusts and trustees)

**Witnesseth,** that said grantor, for and in consideration of the sum of TEN AND 00/100 DOLLARS ($10.00) and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained, and sold to the said grantee, and grantee's heirs and assigns forever, the following described land, situate, lying and being in **Palm Beach County, Florida,** to-wit:

**Lot 18, Block 1, Countryside Meadows, according to the map or plat thereof, as recorded in Plat Book 104, Page(s) 12 through 18, inclusive, of the Public Records of Palm Beach County, Florida.**

**Together** with all covenants, conditions, public utility easements, restrictions, reservations and other provisions of record common to the subdivision; taxes for the year 2014 and subsequent years.

**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**To Have and to Hold,** the same in fee simple forever.

**And** the grantor covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to December 31, 2013.

_____

**In Witness Whereof,** grantor has hereunto set grantor's hand and seal the day and year first above written.

Signed, sealed and delivered in our presence:

Witness Signature

Print Name:

Witness Signature

Deanna L. Dolan

Print Name:

Alexander Popov

Susan Raab-Popov

State of Florida, County of Palm Beach ) ss:

The foregoing instrument was acknowledged before me this 18th day of February, 2014 by **Alexander Popov and Susan Raab-Popov** who [ ] is personally known to me or [ ] has produced  a driver's license as identification.

[NOTARY SEAL]

Notary Public of the State of Florida

Notary Public State of Florida
Deanna L Dolan
My Commission DD991073
Expires 05/12/2014

## Cobblestone Creek Homeowners Association, Inc.

*c/o Oxygen Association Services 2801 N. University Drive - Suite 204, Coral Springs, FL 33065 561-999-9701*

February 18, 2014

This letter serves as notification that Gonzalo Ledgard has been approved by the Cobblestone Creek Homeowners Association, Inc. for access and ownership of 8842 Cobblestone Point Circle, Boynton Beach, FL 33472.

Gonzalo Ledgard has met all the requirements and conditions as required by the Association.

Linda M. Freeman, Board Administrator
Authorized Representative of the HOA

# EXHIBIT
# E - 24

# Orleans Parish
# Assessor's Office

| Return to Main Search Page | Orleans Home |
|---|---|

## Owner and Parcel Information

| | | | |
|---|---|---|---|
| **Owner Name** | AKERS MICHAEL J<br>AKERS LAURA C | **Today's Date** | March 16, 2015 |
| **Mailing Address** | 5910 MEMPHIS ST<br>NEW ORLEANS, LA 70124 | **Municipal District** | 2 |
| **Location Address** | 5910 MEMPHIS ST | **Tax Bill Number** | 206310312 |
| **Property Class** | Residential | **Special Tax District** | 2-VIEW  Show Special Tax District Map |
| **Subdivision Name** | | **Land Area (sq ft)** | 9150 |
| **Square** | 343 | **Lot** | 27 |
| **Book** | 65 | **Folio** | 038 |
| **Line** | 013 | **Parcel Map** | Show Parcel Map |
| **Legal Description** | 1. SQ 343 LOTS 27 28 29<br>2. MEMPHIS 25 X 122 EA | **Assessment Area** | HARRISON CANAL  Show Assessment Area Map |

## Value Information

Estimate Taxes    Tax Information

Special Assessment Treatment

| Year | Land Value | Building Value | Total Value | Assessed Land Value | Assessed Building Value | Total Assessed Value | Homestead Exemption Value | Taxable Assessment | Age Freeze | Disability Freeze | Assmnt Change | Tax Contract |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015 | $ 164,700 | $ 240,300 | $ 405,000 | $ 16,470 | $ 24,030 | $ 40,500 | $ 7,500 | $ 33,000 | | | | |
| 2014 | $ 96,100 | $ 308,900 | $ 405,000 | $ 9,610 | $ 30,890 | $ 40,500 | $ 7,500 | $ 33,000 | | | | |
| 2013 | $ 96,100 | $ 308,900 | $ 405,000 | $ 9,610 | $ 30,890 | $ 40,500 | $ 7,500 | $ 33,000 | | | | |

## Sale/Transfer Information

| Sale/Transfer Date | Price | Grantor | Grantee | Notarial Archive Number | Instrument Number |
|---|---|---|---|---|---|
| 07-21-2011 | $ 429,000 | ADVANTAGE ACQUISTIONS, LLC | KNOLL ANDREW E | 201126333 | 493735 |
| 12-14-2006 | $ 216,500 | NELSON ALBERT J IV | ADVANTAGE ACQUISTIONS, LLC | 06-01427 | 336653 |
| 01-25-2002 | $ 330,000 | | NELSON ALBERT J IV | 02-04936 | 000230336 |

| Building Sketch 1 Enlarge | Building Photo 1 Enlarge/Show All |
|---|---|





| [Return to Main Search Page](#) | [Orleans Home](#) |
|---|---|

The Orleans Parish Assessor's Office makes every effort to produce the most accurate information possible. No warranties, expressed or implied, are provided for the data herein, its use or interpretation. Website Updated: March 14, 2015

© 2009 by the Orleans Parish Assessor's Office | Website design by **qpublic.net**



Copyright © 2012 qPublic.net

VICKSBURG ST

UNNAMED

MEMPHIS ST

B R O O K S   S T

Lakes/Rivers from US Census Dept, may not match parcels exactly

0          67          134          201          268 ft

| 5910 Memphis St., New Orleans, LA 70124 | | |
|---|---|---|
| Parcel: 5910-MEMPHISST  Acres: 9150 | | |
| Name: | AKERS MICHAEL J | Land Value: | $164,700 |
| Site: | 5910 MEMPHIS ST | Building Value: | $240,300 |
| $429,000 on 07-2011 Reason=ADVANTAGE ACQUISTIONS, LLC Qual=K | | Total Value: | $405,000 |
| Mail: | 5910 MEMPHIS ST NEW ORLEANS, LA 70124 | | |



Orleans

Orleans Parish makes every effort to produce the most accurate information possible. No warranties, expressed or implied, are provided for the data herein, its use or interpretation. The assessment information is from the last certified taxroll. All data is subject to change before the next certified taxroll.
Date printed: 04/02/15 : 14:58:35

# EXHIBIT

# E - 25





**Gary R. Nikolits, CFA**
# Property Appraiser
Palm Beach County




| | |
|---|---|
| Location Address | 9781 COBBLESTONE CREEK DR |
| Municipality | UNINCORPORATED |
| Parcel Control Number | 00-42-45-20-05-002-0540 |
| Subdivision | COUNTRYSIDE MEADOWS |
| Official Records Book | 26578    Page 806 |
| Sale Date | JAN-2014 |
| Legal Description | COUNTRYSIDE MEADOWS LT 54 BLK 2 |

### Owners
RICH NANCY

### Mailing address
9781 COBBLESTONE CREEK DR
BOYNTON BEACH FL 33472 4451

| Sales Date | Price | OR Book/Page | Sale Type | Owner |
|---|---|---|---|---|
| JAN-2014 | $415,000 | 26578 / 0806 | WARRANTY DEED | RICH NANCY |
| JUL-2006 | $621,370 | 20646 / 1409 | WARRANTY DEED | PARK EUNICE J & |
| APR-2005 | $0 | 18518 / 1311 | DEED OF TRUST | NORTHSTAR HOLDINGS AT B & A LLC |

| Exemption Applicant/Owner | Year | Detail |
|---|---|---|
| RICH NANCY | 2015 | |

| | | | |
|---|---|---|---|
| Number of Units | 1 | *Total Square Feet | 4319    Acres 0.15 |
| Use Code | 0130 - ZERO LOT LINE | Zoning | AGR-PUD - Agricultural Reserve PUD ( 00-UNINCORPORATED ) |

| Tax Year | 2014 | 2013 | 2012 |
|---|---|---|---|
| Improvement Value | $319,338 | $278,236 | $223,910 |
| Land Value | $0 | $0 | $0 |
| Total Market Value | $319,338 | $278,236 | $223,910 |

All values are as of January 1st each year

| Tax Year | 2014 | 2013 | 2012 |
|---|---|---|---|
| Assessed Value | $270,931 | $246,301 | $223,910 |
| Exemption Amount | $0 | $0 | $0 |
| Taxable Value | $270,931 | $246,301 | $223,910 |

| Tax Year | 2014 | 2013 | 2012 |
|---|---|---|---|
| Ad Valorem | $5,461 | $4,888 | $4,287 |
| Non Ad Valorem | $361 | $355 | $373 |
| Total tax | $5,822 | $5,243 | $4,660 |

Prepared by/Return to: Jean Cascio, Esq.
Law Offices of Jean Cascio
11555 Heron Bay Blvd,#200,
Coral Springs, FL 33076

CFN 20140029375
OR BK 26578 PG 0806
RECORDED 01/27/2014 08:49:19
Palm Beach County, Florida
AMT 415,000.00
Doc Stamp 2,905.00
Sharon R. Bock,CLERK & COMPTROLLER
Pgs 0806 - 808; (3pgs)

Parcel ID Number:   00-42-45-20-05-002-0540

# Warranty Deed

**This Indenture,** Made this _____ day of January, 2014 A.D.   **Between**

**David Dion-Simard a/k/a David Dion and Eunice J. Park,** husband and wife
of the County of Broward, State of Florida, **Grantors,** and

**Nancy Rich, a single woman**
whose address is: 9781 Cobblestone Creek Drive, Boynton Beach, FL 33472
of the County of Palm Beach, State of Florida, **Grantee.**

**Witnesseth** that the GRANTORS, for and in consideration of the sum of ----------------------------------------------TEN
DOLLARS ($10)---------------------------------------------- DOLLARS, and other good and valuable consideration to GRANTORS in
hand paid by GRANTEE, the receipt whereof is hereby acknowledged, have granted, bargained and sold to the said GRANTEE and
GRANTEE'S heirs, successors and assigns forever, the following described land, situate, lying and being in the County of **Palm Beach** State
of Florida to wit:

**Lot 54, Block 2, COUNTRYSIDE MEADOWS, according to the Plat thereof , as recorded in Plat Book 104,
Page(s) 12 through 18, of the Public Records of Palm Beach County, Florida.**

**Informational Note:** The Property Address is 9781 Cobblestone Creek Drive, Boynton Beach, FL 33472

**Informational Note:** The Plat at Plat Book 104, Page(s) 12 though 18 of the Public Records of Palm Beach
County, Florida is known as COUNTRYSIDE MEADOWS, as reflected in said Plat and confirmed by Clerk's
Certificate recorded in O.R. Book 24434, Page 1650, of the Public Records of Palm Beach County, Florida.

Subject to: 1) conditions, restrictions, reservations, limitations and easements of record, if any, without any intent
to reimpose the same; 2) applicable zoning ordinances, governmental regulations and ordinances affecting the
property; and 3)taxes for the year 2014 and subsequent years.

**Together with** all and singular the tenements, hereditaments, and appurtenances belonging or in anywise appertaining to the
real property.

Page 1 of 2 Pages

DION

Page 2 of 2 Pages - Warranty Deed
Parcel Identification Number: 00-42-45-20-05-002-0540

**To Have And To Hold** the same to Grantee, and Grantee's heirs, successors and assigns, in fee simple forever and the Grantors do hereby fully warrant the title to said land, and will defend the same against lawful claims of all persons whomsoever.

**In Witness Whereof,** the Grantors have hereunto set their hands and seals the day and year first above written.

**Signed, sealed and delivered in our presence:**

Printed Name: Sherine Wood
Witness to Both

Printed Name: Jen Cascio
Witness to Both

(Seal)
David Dion-Simard a/k/a David Dion
P.O. Address: **10967 NW 12th Drive, Coral Springs, FL 33071**

(Seal)
Eunice J.Park
P.O. Address: **10967 NW 12th Drive, Coral Springs, FL 33071**

**STATE OF** Florida
**COUNTY OF** Broward

The foregoing instrument was acknowledged before me this 21 day of January, 2014 by David Dion-Simard a/k/a David Dion  and Eunice J.Park, husband and wife who are personally known to me or who have produced their Florida drivers licenses  as identification.

Printed Name: Jen Cascio
Notary Public
My Commission Expires: 1/4/ 2018



JEAN CASCIO
Notary Public - State of Florida
My Comm. Expires Jan 4, 2018
Commission # FF 067767

DION

**Cobblestone Creek Homeowners Association, Inc.**

*c/o Oxygen Association Services  2801 N. University Drive - Suite 204, Coral Springs, FL 33065   561-999-9701*

December 19, 2013

This letter serves as notification that Nancy Rich has been approved by the Cobblestone Creek Homeowners Association, Inc. for residency at 9781 Cobblestone Creek Drive, Boynton Beach, FL  33472.

Nancy Rich has met all the requirements and conditions as required by the Association.

Linda M. Freeman, Board Administrator
Authorized Representative of the HOA