# EXHIBIT

# E - 26

# Orleans Parish
# Assessor's Office

| | | | |
|---|---|---|---|
| **Return to Main Search Page** | | **Orleans Home** | |

### Owner and Parcel Information

| | | | |
|---|---|---|---|
| **Owner Name** | PATTON STREET LLC | **Today's Date** | March 16, 2015 |
| **Mailing Address** | 5925 PATTON ST<br>NEW ORLEANS, LA 70115 | **Municipal District** | 6 |
| **Location Address** | 5925 PATTON ST | **Tax Bill Number** | 615102616 |
| **Property Class** | Residential | **Special Tax District** | |
| **Subdivision Name** | HURSTVILLE | **Land Area (sq ft)** | 4800 |
| **Square** | 22 | **Lot** | PT C |
| **Book** | 01 | **Folio** | 022 |
| **Line** | 002 | **Parcel Map** | Show Parcel Map |
| **Legal Description** | 1. HURSTVILLE SQ 22 PT LOT C<br>2. 33/31X150 5925-27 PATTON DU-2 STY<br>3. FILE #95204 1/09 | **Assessment Area** | WEST RIVERSIDE<br>Show Assessment Area Map |

### Value Information

Estimate Taxes          Tax Information

Special Assessment Treatment

| Year | Land Value | Building Value | Total Value | Assessed Land Value | Assessed Building Value | Total Assessed Value | Homestead Exemption Value | Taxable Assessment | Age Freeze | Disability Freeze | Assmnt Change | Tax Contract |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015 | $ 72,000 | $ 100,000 | $ 172,000 | $ 7,200 | $ 10,000 | $ 17,200 | $ 0 | $ 17,200 | | | | |
| 2014 | $ 72,000 | $ 100,000 | $ 172,000 | $ 7,200 | $ 10,000 | $ 17,200 | $ 7,500 | $ 9,700 | | | | |
| 2013 | $ 36,000 | $ 113,560 | $ 149,560 | $ 3,600 | $ 11,360 | $ 14,960 | $ 7,500 | $ 7,460 | | | | |

### Sale/Transfer Information

| Sale/Transfer Date | Price | Grantor | Grantee | Notarial Archive Number | Instrument Number |
|---|---|---|---|---|---|
| 10-22-2013 | $ 0 | BERTUCCI ELIZABETH F | PATTON STREET LLC | 201339986 | 542963 |
| 01-16-2013 | $ 0 | BERTUCCI ELIZABETH F | BERTUCCI ELIZABETH F | 201303286 | 526644 |
| 01-30-2009 | $ 350,000 | 5925 PATTON ST LLC | BERTUCCI ELIZABETH F | 200906253 | 428218 |
| 06-22-2004 | $ 150,000 | | | 04-36542 | 000287638 |

| **Building Sketch 1 Enlarge** | **Building Photo 1 Enlarge/Show All** |
|---|---|
| |  |

| | |
|---|---|
| **Return to Main Search Page** | **Orleans Home** |

The Orleans Parish Assessor's Office makes every effort to produce the most accurate information possible. No warranties, expressed or implied, are provided for the data herein, its use or interpretation. Website Updated: March 14, 2015

© 2009 by the Orleans Parish Assessor's Office | Website design by qpublic.net



Copyright © 2012 qPublic.net

PATTON ST

Lakes/Rivers from US Census Dept, may not match parcels exactly

0          55          110          165          220 ft

| 5925 Patton St., New Orleans, LA 70115 | | | |
|---|---|---|---|
| Parcel: 5925-PATTONST  Acres: 4800 | | | |
| Name: | PATTON STREET LLC | Land Value: | $72,000 |
| Site: | 5925 PATTON ST | Building Value: | $100,000 |
| $0 on 10-2013 Reason=BERTUCCI ELIZABETH F Qual=PATTON S | | Total Value: | $172,000 |
| Mail: | 5925 PATTON ST NEW ORLEANS, LA 70115 | | |
| | | | |
| | | | |
| | | | |



Orleans Parish makes every effort to produce the most accurate information possible. No warranties, expressed or implied, are provided for the data herein, its use or interpretation. The assessment information is from the last certified taxroll. All data is subject to change before the next certified taxroll.
Date printed: 04/02/15 : 15:01:17

# EXHIBIT

# E - 27



*Gary R. Nikolits, CFA*
# Property Appraiser
Palm Beach County

Homestead Exemption   E-file ▶



| | |
|---|---|
| Location Address | 9661 COBBLESTONE CREEK DR |
| Municipality | UNINCORPORATED |
| Parcel Control Number | 00-42-45-20-05-002-0690 |
| Subdivision | COUNTRYSIDE MEADOWS |
| Official Records Book | 26092        Page 1469 |
| Sale Date | MAY-2013 |
| Legal Description | COUNTRYSIDE MEADOWS LT 69 BLK 2 |

| Owners | Mailing address |
|---|---|
| 9661 COBBLESTONE CREEK DRIVE LLC | 1177 NEW SCOTLAND RD<br>ALBANY NY 12208 1036 |

| Sales Date | Price | OR Book/Page | Sale Type | Owner |
|---|---|---|---|---|
| MAY-2013 | $128,842 | 26092 / 1469 | QUIT CLAIM | 9661 COBBLESTONE CREEK DRIVE LLC |
| MAY-2012 | $237,200 | 25212 / 0961 | WARRANTY DEED | COLAVITO VINCENT |
| SEP-2006 | $658,678 | 20867 / 1102 | WARRANTY DEED | ANISE MAIKEL & |
| APR-2005 | $0 | 18518 / 1311 | DEED OF TRUST | NORTHSTAR HOLDINGS AT B & A LLC |

No Exemption Information Available.

| | | | |
|---|---|---|---|
| Number of Units | 1 | *Total Square Feet 4715 | Acres 0.20 |
| Use Code | 0130 - ZERO LOT LINE | Zoning | AGR-PUD - Agricultural Reserve PUD ( 00-UNINCORPORATED ) |

| Tax Year | 2014 | 2013 | 2012 |
|---|---|---|---|
| Improvement Value | $334,911 | $293,924 | $257,684 |
| Land Value | $0 | $0 | $0 |
| Total Market Value | $334,911 | $293,924 | $257,684 |

All values are as of January 1st each year

| Tax Year | 2014 | 2013 | 2012 |
|---|---|---|---|
| Assessed Value | $334,911 | $293,924 | $257,684 |
| Exemption Amount | $0 | $0 | $0 |
| Taxable Value | $334,911 | $293,924 | $257,684 |

| Tax Year | 2014 | 2013 | 2012 |
|---|---|---|---|
| Ad Valorem | $6,297 | $5,545 | $4,934 |
| Non Ad Valorem | $361 | $355 | $373 |
| Total tax | $6,658 | $5,900 | $5,307 |



CFN 20120198925
OR BK 25212 PG 0961
RECORDED 05/18/2012 14:31:25
Palm Beach County, Florida
AMT 237,200.00
Doc Stamp 1,660.40
Sharon R. Bock, CLERK & COMPTROLLER
Pg 0961; (1pg)

This Document Prepared By and Return to:
**Danielle Rizzo-Mantelli, Esq.**
**WEST CENTRAL LEGAL SERVICES, P.A.**
**2425 E. Commercial Blvd. #402**
**Ft. Lauderdale, FL 33308**
**954-575-3752**

Parcel ID Number: 00-42-45-20-05-002-0690

# Warranty Deed

**This Indenture,** Made this **15th** day of **May** , 2012 A.D., **Between**
**Maikel Anise, a single man and Karen Anise, a single woman**

of the County of **Palm Beach** , State of **Florida** , grantors, and
**Vincent Colavito**

whose address is: **1177 New Scotland Road, Albany, NY 12208**

of the County of **Albany** , State of **New York** , grantee.
**Witnesseth** that the GRANTORS, for and in consideration of the sum of
------------------------**TEN DOLLARS ($10)**----------------------- DOLLARS,
and other good and valuable consideration to GRANTORS in hand paid by GRANTEE, the receipt whereof is hereby acknowledged, have granted, bargained and sold to the said GRANTEE and GRANTEE'S heirs, successors and assigns forever, the following described land, situate, lying and being in the County of **Palm Beach** State of **Florida** to wit:

**Lot 69, Block 2, Countryside Meadows, according to the map or plat thereof, as recorded in Plat Book 104, Pages 12-18, inclusive, of the Public Records of Palm Beach County, Florida.**

**The conveyance is made subject to the following:**

**1. Real estate taxes for the year of closing and subsequent years and any special taxes or assessments entered against said property after the closing date;**
**2. Applicable zoning regulations and ordinances; and**
**3. All of the terms, provisions, conditions, restrictions, and easements of record, if any, which may now affect the aforesaid property.**

and the grantors do hereby fully warrant the title to said land, and will defend the same against lawful claims of all persons whomsoever.

**In Witness Whereof,** the grantors have hereunto set their hands and seals the day and year first above written.

Signed, sealed and delivered in our presence:

Printed Name: **Danielle Rizzo-Mantelli**
Witness

_____ (Seal)
**Maikel Anise** 2368 County Golf Dr
P.O. Address: Wellington, FL 33414

Printed Name: Richard Raymond
Witness

_____ (Seal)
**Karen Anise** 300 S. Australian Ave #328
P.O. Address: W P B, FL 33401

**STATE OF Florida**
**COUNTY OF Palm Beach**

The foregoing instrument was acknowledged before me this **15th** day of **May** , 2012 by
**Maikel Anise and Karen Anise**

who are personally known to me or who have produced their **Florida driver's license** as identification.

NOTARY PUBLIC STATE OF FLORIDA
Danielle Rizzo-Mantelli
Commission #DD885739
Expires: MAY 25, 2013
BONDED THRU ATLANTIC BONDING CO., INC.

Printed Name: Danielle Rizzo-Mantelli
**Notary Public**
My Commission Expires:

ANISE

Laser Generated by © Display Systems, Inc., 2012  (863) 763-5555  Form FLWD-1

# EXHIBIT

# E - 28



# Bob Henriquez

## Hillsborough County Property Appraiser

www.hcpafl.org

## PROPERTY RECORD CARD

| JANOSIK JEREMY J | | |
|---|---|---|
| JANOSIK SUSAN JANE | **PIN:** | **U-03-27-17-ZZZ-000000-03240.0** |
| | **Folio:** | **000229-0000** |
| **Mailing Address** | **Prior PIN:** | |
| 8807 OSCEOLA ACRES TRL, | **Prior Folio:** | |
| ODESSA, FL 33556-4543 | **Tax District:** | U UNINCORPORATED |
| | **PROPERTY USE:** | 0100 SINGLE FAMILY R |
| **APPLY FOR HOMESTEAD EXEMPTION ONLINE** | **Plat Book / Page:** | 5 / 62 |
| | **Neighborhood:** | 211010.00 \| Wyndham Lakes Area |
| | **Subdivision:** | ZZZ \| UNPLATTED |

## VALUE SUMMARY

### GIS MAP



| TAXING DISTRICT | MARKET VALUE | ASSESSED VALUE | EXEMPTIONS | TAXABLE VALUE |
|---|---|---|---|---|
| County | $591,203 | $570,518 | $50,000 | $520,518 |
| Public Schools | $591,203 | $570,518 | $25,000 | $545,518 |
| Municipal | $591,203 | $570,518 | $50,000 | $520,518 |
| Other Districts | $591,203 | $570,518 | $50,000 | $520,518 |

Note: This section shows Market Value, Assessed Value, Exemptions and Taxable Value for taxing districts. Because of changes in Florida Law, it is possible to have different assessed and taxable values on the same property. For example, the additional $25,000 Homestead Exemption and the non-homestead CAP do not apply to public schools, and the Low Income Senior Exemption only applies to countywide and certain municipal millages.

For more information go to our SAVE OUR HOMES section and our PROPERTY TAX ESTIMATOR.

## SALES HISTORY

| OFF. RECORD | | DATE | | TYPE INST | QUALIFIED OR UNQUALIFIED | VACANT OR IMPROVED | SALES PRICE |
|---|---|---|---|---|---|---|---|
| BOOK | PAGE | MONTH | YEAR | | | | |
| 22045 | 0123 | 07 | 2013 | WD | Qualified | Improved | $715,000 |
| 14119 | 1950 | 07 | 2004 | WD | Qualified | Improved | $250,000 |
| 6883 | 1268 | 02 | 1993 | WD | Unqualified | Improved | $100 |

## BUILDING [ 1 ]

## Building Characteristics

**TYPE**  0001 | SINGLE FAMILY

**YEAR BUILT**  2007

| Element | Code | Construction Detail |
|---|---|---|
| CLASS | C | Masonry or Concrete Frame |
| EXTERIOR WALL | 7 | Masonry Stucco |
| EXTERIOR WALL | 6 | Frame Stucco |
| ROOF STRUCTURE | 3 | Gable or Hip |
| ROOF COVER | 3 | Asphalt/Comp. Shingle |
| INTERIOR WALLS | 5 | Drywall |
| INTERIOR FLOORING | 5 | Wood |
| INTERIOR FLOORING | 8 | Carpet |
| HEAT/AC | 2 | Central |
| ARCHITECTURAL STYLE | 18 | Updated Contemporary Multi-Story |
| CONDITION | 5 | Excellent |
| BEDROOMS | 4.00 | |
| BATHROOMS | 4.00 | |
| STORIES | 2.00 | |
| UNITS | 1.00 | |



**SITE ADDRESS: 8807 OSCEOLA ACRES TL**

BAS(L19 FOP(L13 UOP(L6 D37 FOP(L22 S3 E3 D7 R22 U6 E3 N3 U1 L6) R6 U37) D20 R13 U20) D20 L13 D17 D1 W3 S3 D6 L22 U7 N3 W3 L12 D47 R17 U3 FOP(R16 U2 L2 U7 L8 U4 L6 D13) U13 R6 D4 R8 D7 R2 D10 R12 FGR(D16 R27 U37 L21 D21 L6) R6 U21 R21 U68) ADD(R10 FOP(D19 R12 FUS(D6 R20 U25 L20 D19) U19 L12) L10).

| AREA TYPE | GROSS AREA | HEATED AREA | DEPRECIATED VALUE DENOTES THE CONTRIBUTORY VALUE OF THIS ITEM |
|---|---|---|---|
| BAS | 3,628 | 3,628 | $268,014 |
| FOP | 260 | 0 | $4,802 |
| UOP | 222 | 0 | $2,438 |
| FOP | 232 | 0 | $4,285 |
| FOP | 154 | 0 | $2,807 |
| FGR | 873 | 0 | $32,209 |
| ADD | 0 | 0 | $0 |
| FOP | 228 | 0 | $4,211 |
| FUS | 500 | 500 | $33,243 |
| **TOTALS** | **6,097** | **4,128** | $352,009 |

## EXTRA FEATURES

| L N | OB/XF CODE | DESCRIPTION | BLD | YEAR ON ROLL | LENGTH | WIDTH | UNITS | VALUE |
|---|---|---|---|---|---|---|---|---|
| 1 | 0595 | FPL | 1 | 2008 | 0 | 0 | 1.00 | $4,868 |
| 2 | 0351 | PL 01SC | 1 | 2008 | 0 | 0 | 1.00 | $27,636 |

## LAND LINES

| L N | USE CODE | DESCRIPTION | ZONE | FRONT | DEPTH | TOTAL LAND UNITS | LAND VALUE |
|---|---|---|---|---|---|---|---|
| 1 | 03B7 | Lakefront Class 17 | ASC-1 | 95.00 | 200.00 | 95.00 | $176,035 |
| 2 | 9952 | Acreage Class 4 | ASC-1 | 95.00 | 330.00 | 0.72 | $30,600 |
| 3 | 9400 | RIGHT-OF-WAY | ASC-1 | 0.00 | 0.00 | 0.11 | $55 |

## LEGAL LINES

| L N | LEGAL DESCRIPTION |
|-----|-------------------|
| 1 | E 115 FT OF TRACT 11 IN NE 1/4 OF SEC 3 |
| 2 | AND FOLLOWING TRACT BEING DESC AS: |
| 3 | PART OF LOT 9 BLK 1 WYNDHAM LAKES SUB PH ONE DESC |
| 4 | AS FR NE COR LOT 10 BLK 1 WYNDHAM LAKES PH ONE |
| 5 | S 89 DEG 44 MIN 08 SEC W 34.99 FT TO POB S 39 |
| 6 | DEG 28 MIN 10 SEC W 13 FT N 82 DEG 07 MIN 13 |
| 7 | SEC W 70.59 FT N 89 DEG 44 MIN 08 SEC E 78.19 |
| 8 | FT TO POB AND N 10 FT OF LOT 10 BLOCK 1 |
| 9 | WYNDHAM LAKES PHASE ONE PB68-30 |

## 2014 TRIM NOTICE AS OF 8/15/2014

| TAXING AUTHORITY | LAST YEAR'S TAXABLE VALUE (2013) | YOUR FINAL TAX RATE AND TAXES LAST YEAR (2013) | | CURRENT TAXABLE VALUE (2014) | YOUR TAX RATE AND TAXES THIS YEAR IF NO BUDGET CHANGE IS MADE (2014) | | YOUR TAX RATE AND TAXES THIS YEAR IF PROPOSED BUDGET CHANGE IS MADE (2014) | |
|---|---|---|---|---|---|---|---|---|
| | | MILLAGE RATE | TAXES | | MILLAGE RATE | TAXES | MILLAGE RATE | TAXES |
| **COUNTY:** | | | | | | | | |
| General Revenue | $406,552 | 5.73560 | $2,331.82 | $515,990 | 5.45080 | $2,812.56 | 5.73390 | $2,958.64 |
| **PUBLIC SCHOOLS:** | | | | | | | | |
| Schools - State | $431,552 | 5.44200 | $2,348.51 | $540,990 | 5.16590 | $2,794.70 | 5.10500 | $2,761.75 |
| Schools - Local | $431,552 | 2.24800 | $970.13 | $540,990 | 2.13390 | $1,154.42 | 2.24800 | $1,216.15 |
| **MUNICIPAL:** | | | | | | | | |
| County MSTU | $406,552 | 4.37450 | $1,778.46 | $515,990 | 4.16330 | $2,148.22 | 4.37450 | $2,257.20 |
| **OTHER DISTRICTS:** | | | | | | | | |
| **WATER MGMT DIST:** | | | | | | | | |
| SWFWMD | $406,552 | 0.38180 | $155.22 | $515,990 | 0.36580 | $188.75 | 0.36580 | $188.75 |
| **INDEPENDENT SPECIAL DISTRICTS:** | | | | | | | | |
| Port Authority | $406,552 | 0.17500 | $71.15 | $515,990 | 0.16650 | $85.91 | 0.16500 | $85.14 |
| Children's Board | $406,552 | 0.48280 | $196.28 | $515,990 | 0.45890 | $236.79 | 0.45890 | $236.79 |
| Transit Authority | $406,552 | 0.50000 | $203.28 | $515,990 | 0.47510 | $245.15 | 0.50000 | $258.00 |
| **VOTER APPROVED DEBT PAYMENTS:** | | | | | | | | |
| Environmental Lands | $406,552 | 0.06040 | $24.56 | $515,990 | 0.06040 | $31.17 | 0.06040 | $31.17 |
| Parks & Rec | $406,552 | 0.02590 | $10.53 | $515,990 | 0.02590 | $13.36 | 0.02590 | $13.36 |
| **OTHER:** | | | | | | | | |
| County Library | $406,552 | 0.55830 | $226.98 | $515,990 | 0.53070 | $273.84 | 0.55830 | $288.08 |
| TOTAL AD-VALOREM PROPERTY TAXES | | | $8,316.92 | | | $9,984.87 | | $10,295.03 |

**PROPERTY APPRAISER VALUE INFORMATION AS OF 8/15/2014**

| | COUNTY | | PUBLIC SCHOOLS | | MUNICIPAL | | OTHER DISTRICTS | |
|---|---|---|---|---|---|---|---|---|
| | 2013 | 2014 | 2013 | 2014 | 2013 | 2014 | 2013 | 2014 |
| MARKET VALUE | $456,552 | $565,990 | $456,552 | $565,990 | $456,552 | $565,990 | $456,552 | $565,990 |
| LESS APPLIED ASSESSMENT REDUCTIONS | | | | | | | | |
| Save Our Homes Cap | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Non-Homestead Cap | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Agricultural Classification | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Other | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| ASSESSED VALUE | $456,552 | $565,990 | $456,552 | $565,990 | $456,552 | $565,990 | $456,552 | $565,990 |
| LESS EXEMPTIONS | | | | | | | | |
| First Homestead | $25,000 | $25,000 | $25,000 | $25,000 | $25,000 | $25,000 | $25,000 | $25,000 |
| Add'l Homestead | $25,000 | $25,000 | $0 | $0 | $25,000 | $25,000 | $25,000 | $25,000 |
| Senior Exemption | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Combat Veteran's | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Other Exemptions | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| TAXABLE VALUE | $406,552 | $515,990 | $431,552 | $540,990 | $406,552 | $515,990 | $406,552 | $515,990 |

**DISCLAIMER:**

Please note that property values on this site are continually being updated and are a work in progress throughout the year. The final values are certified in October of each year.

Last Updated: Sunday, March 15, 2015 at 3:14:41 AM

THIS IS NOT A
CERTIFIED COPY

**Prepared By and Return to:**

Fidelity National Title of Florida, Inc.
3816 West Linebaugh Avenue, Ste 111
Tampa, Fl 33618

File No. FT01-13006007

Property Appraiser's Parcel I.D. (folio) Number(s)
U-03-27-17-ZZZ-000000-032

## WARRANTY DEED

THIS WARRANTY DEED dated July 30, 2013, by Timothy M. Rutski and Teresa M. Rutski, husband and wife, hereinafter called the grantor, to Jeremy J. Janosik and Susan Jane Janosik, husband and wife whose post office address is8807 Osceola Acres Trail Odessa, FL 33556, hereinafter called the grantee:

(Wherever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)

WITNESSETH: That the grantor, for and in consideration of the sum of $10.00 and other valuable consideration, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys, and confirms unto the grantee, all the certain land situated in Hillsborough County, Florida, to wit:

See Attached Exhibit "A"

Subject to easements, restrictions, reservations and limitations of record, if any.

TOGETHER with all the tenements, hereditaments and appurtenances thereto belonging or in any wise appertaining.

TO HAVE AND TO HOLD the same in Fee Simple forever.

AND the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to December 31, 2012.

THIS IS NOT A CERTIFIED COPY

IN WITNESS WHEREOF, the said grantor has signed and sealed these presents the day and year first above written.

Signed, sealed and delivered in the presence of:

_(Witness Signature)_

SUSAN A. TAYLOR
_(Print Name of Witness)_

_(Witness Signature)_

MARYANNE P. MCCARN
_(Print Name of Witness)_

Timothy M. Rutski

Teresa M. Rutski

Address:
10520 Greencrest Dr
Tampa, FL 33626

State of Florida
County of Hillsborough

The foregoing instrument was acknowledged before me this ___ day of July, 2013 by Timothy M Rutski and Teresa M Rutski, to me known to be the person(s) described in or who has/have produced drivers license as identification and who executed the foregoing instrument and he/she/they acknowledged that he/she/they executed the same.

Witness my hand and official seal in the County and State last aforesaid this ___ day of July, 2013.

MARYANNE P. MCCARN
MY COMMISSION # EE 077395
EXPIRES: May 4, 2015
Bonded Thru Notary Public Underwriters

NOTARY PUBLIC
My Commission Expires:

---

IN WITNESS WHEREOF, the said grantor has signed and sealed these presents the day and year first above written.

Signed, sealed and delivered in the presence of:

_(Witness Signature)_

MARYANNE P. MCCARN
_(Print Name of Witness)_

_(Witness Signature)_

SUSAN A. TAYLOR
_(Print Name of Witness)_

Timothy M. Rutski

Teresa M. Rutski

Address:
10520 Greencrest Dr
Tampa, FL 33626

State of Florida
County of Hillsborough

The foregoing instrument was acknowledged before me this ___ day of July, 2013 by Timothy M Rutski and Teresa M Rutski, to me known to be the person(s) described in or who has/have produced drivers license as identification and who executed the foregoing instrument and he/she/they acknowledged that he/she/they executed the same.

Witness my hand and official seal in the County and State last aforesaid this ___ day of July, 2013.



MARYANNE P. MCCARN
MY COMMISSION # EE 077395
EXPIRES: May 4, 2015
Bonded Thru Notary Public Underwriters

NOTARY PUBLIC
My Commission Expires:

THIS IS NOT A CERTIFIED COPY

File No.: FT01-13006007
Commitment No.: FT01-13006007

**LEGAL DESCRIPTION**
**EXHIBIT "A"**

The East 115 feet of Tract 11 in the Northeast 1/4 of Section 3, Township 27 South, Range 17 East, according to the map thereof at same appears of record in Plat Book 5, Page 62, Public Records of Hillsborough County, Florida, described as First Addition to Keystone Park Colony.

AND

The North 10 feet of Lot 10, Block 1, of WYNDHAM LAKES SUBDIVISION PHASE ONE, as recorded in Plat Book 68, Page 30, of the Public Records of Hillsborough County, Florida.

AND

From a Point of Reference commence at the Northeast corner of Lot 10, Block 1, WYNDHAM LAKES SUBDIVISION PHASE ONE, Plat Book 68, Page 30, Public Records of Hillsborough Florida; thence South 89° 44' 08" West, along the Northerly boundary of said lot 10, a distance of 34.99 feet to the Point of Beginning and the Northeast corner of Lot 9 of said Block 1; thence South 39° 28' 10" West, along the Easterly boundary of said Lot 9, a distance of 13.00 feet; thence North 82° 07' 13" West, a distance of 70.59 feet to the Northerly boundary of said Lot 9; thence North 89° 44' 08" East, a distance of 78.19 feet to the POINT OF BEGINNING.

**Copyright American Land Title Association. All rights reserved.** The use of this Form is restricted to ALTA licensees and ALTA members in good standing as of the date of use. All other uses are prohibited. Reprinted under license from the American Land Title Association



# EXHIBIT

# E - 29



**Tax Assessor's Office**
Steve Pruitt, Division Director

## Property Detail

| | |
|---|---|
| **WALDEN ERIK L** | **Property ID** R1002 947 |
| **Mailing Address** | **Alternate ID** 33222584 |
| **2976 YELLOWWOOD CT** | **Address** 2976 YELLOWWOOD CT |
| **BUFORD, GA 30519-8056** | **Property Class** On County Line Vacant |
| **Property Location** | **Neighborhood** 1027 6 |
| **2976 YELLOWWOOD CT** | **Deeded Acres** 0.3400 |

## Value History

| Year | Reason | Appraised | | | Assessed | | | |
|------|--------|-----------|--------------|-------|----------|----------|--------------|-------|
| | | Land | Improvements | Total | Land | Land Use | Improvements | Total |
| 2014 | Adjusted for Market Conditions | $21,500 | $0 | **$21,500** | $8,600 | $0 | $0 | **$8,600** |
| 2013 | Notice of Current Assessment | $21,300 | $0 | **$21,300** | $8,520 | $0 | $0 | **$8,520** |
| 2012 | Notice of Current Assessment | $21,300 | $0 | **$21,300** | $8,520 | $0 | $0 | **$8,520** |
| 2011 | Adjusted for Market Conditions | $21,300 | $0 | **$21,300** | $8,520 | $0 | $0 | **$8,520** |
| 2009 | Land Value Adjusted For Market | $29,800 | $0 | **$29,800** | $11,920 | $0 | $0 | **$11,920** |
| 2006 | Land Size Changed | $32,300 | $0 | **$32,300** | $12,920 | $0 | $0 | **$12,920** |
| 2006 | Bld Added, Updated or Razed | $92,000 | $0 | **$92,000** | $36,800 | $0 | $0 | **$36,800** |
| 2006 | Bld Added, Updated or Razed | $92,000 | $266,600 | **$358,600** | $36,800 | $0 | $106,640 | **$143,440** |
| 2005 | Land Size Changed | $32,300 | $0 | **$32,300** | $12,920 | $0 | $0 | **$12,920** |
| 2005 | BOA Appeal Value | $75,000 | $0 | **$75,000** | $30,000 | $0 | $0 | **$30,000** |
| 2005 | New Parcel | $82,800 | $0 | **$82,800** | $33,120 | $0 | $0 | **$33,120** |

## Sales History

| Book | Page | Date | Owner | Grantee | Type | Deed | Validity | Vacant Land | Sale Price |
|------|------|------|-------|---------|------|------|----------|-------------|------------|
| 51572 | 422 | 6/15/2012 | BROHM BRIAN T | WALDEN ERIK L | S | WD | L | No | $35,200 |
| 45029 | 057 | 8/16/2005 | NORTHSTAR HOMES LLC | BROHM BRIAN T | S | WD | N | No | $0 |
| 38766 | 280 | 2/23/2004 | LANDSTAR CORPORATION | GAREN HOMES INC | M | WD | N | Yes | $0 |
| 38766 | 290 | 2/23/2004 | GAREN HOMES INC | NORTHSTAR HOMES LLC | M | WD | N | Yes | $0 |

## Land Details

| Primary Use | Land Type | Acres | Eff Frontage | Eff Depth |
|-------------|-----------|-------|--------------|-----------|
| | | 0.3400 | 0.00 | 0.00 |

## Legal Description

| Line | Description |
|------|-------------|
| 1 | L41 BA REFLECTIONS #1 |

# EXHIBIT
# E - 30

**Lee County Property Appraiser**

Tax Year 2014

Next Parcel Number   Previous Parcel Number   Tax Estimator   Cape Coral Fees   Tax Bills   Print

## Property Data
STRAP: 32-44-24-C2-01224.0430   Folio ID: 10182375

### Owner Of Record
US BANK TRUST NA TR
FOR VOLT NPL IX ASSET HOLDINGS TRUST
13801 WIRELESS WAY
OKLAHOMA CITY OK 73134

### Site Address
2219 SE 27TH ST
CAPE CORAL FL 33904

### Legal Description
CAPE CORAL UNIT 19 BLK 1224 PB 13 PG 127
LOTS 43 + 44 + OR 3675/841

### Classification / DOR Code
SINGLE FAMILY RESIDENTIAL / 01

**[ Tax Map Viewer ]**



**[ Pictometry Aerial Viewer ]**

**Image of Structure**



◀ Photo Date March of 2015 ▶

### Property Values (2014 Tax Roll)

| | |
|---|---|
| Just | 258,842 |
| Assessed | 258,842 |
| Portability Applied | 0 |
| Cap Assessed | 186,281 |
| Taxable | 136,281 |
| Cap Difference | 72,561 |

### Exemptions

| | |
|---|---|
| Homestead / Additional | 25,000 * / 25,000 * |
| Widow / Widower | 0 / 0 |
| Disability | 0 |
| Wholly | 0 |
| Senior | 0 |
| Agriculture | 0 |

*Will be canceled as of Jan 1 of the next year

### Attributes
(See Appraisal Details below for current values)

| | |
|---|---|
| Land Units Of Measure | UT |
| Units | 1.00 |
| Frontage | 0 |
| Depth | 0 |
| Total Number of Buildings | 1 |
| Total Bedrooms / Bathrooms | 3 / 6.0 |
| Total Living Area | 4,932 |
| 1st Year Building on Tax Roll | 2006 |
| Historic District | No |

**+   Taxing Authorities**

**+   Sales / Transactions**

**+   Building/Construction Permit Data**

**+   Parcel Numbering History**

**+   Location Information**

**+   Solid Waste (Garbage) Roll Data**

**+   Flood and Storm Information**

**+   Appraisal Details**

TRIM (proposed tax) Notices are available for the following tax years
[ 2007 2008 2014 ]

Previous Parcel Number   Next Parcel Number   New Query   Search Results   Home



$600,100.00
$4,200.70

IN THE CIRCUIT/COUNTY COURT FOR THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR
LEE COUNTY, FLORIDA                                          CIVIL ACTION

SUNTRUST BANK
    Plaintiff
  vs
SANGIOVANNI, CATHERINE, AKA SANGIOVANNI, CATHERINE M ET AL
    Defendant

Case No. **11-CA-051721**

## CERTIFICATE OF TITLE

    The undersigned clerk of the court certifies that he or she executed and filed a certificate of sale in
this action on <u>February 20, 2015</u> for the property described herein and that no objections to the sale have
been filed within the time allowed for filing objections.

The following real property in Lee County, Florida:

**LOT 43 AND 44, BLOCK 1224, UNIT 19 CAPE CORAL, ACCORDING TO THE PLAT
THEREOF, RECORDED IN PLAT BOOK 13, PAGE 127 OF THE PUBLIC RECORDS
OF LEE COUNTY, FLORIDA, TOGETHER WITH THAT CERTAIN REAL
PROPERTY DESCRIBED IN CITY OF CAPE CORAL RESOLUTION 22-02 DATED
APRIL 29, 2002 AND RECORDED ON JUNE 6, 2002 IN O.R. BOOK 3675, PAGE 0841,
PUBLIC RECORDS OF LEE COUNTY, FLORIDA.**

Was sold to:   <u>U.S. BANK TRUST, N.A., AS TRUSTEE FOR VOLT NPL IX ASSET
HOLDINGS TRUST</u>
Whose address is:   <u>13801 WIRELESS WAY
OKLAHOMA CITY, OK 73134</u>

WITNESS my hand and the seal of the court on ____**MAR - 3 2015**_____.

LINDA DOGGETT, Clerk of Court

Copies furnished to all parties
LINDA DOGGETT, Clerk of Court

By:

# EXHIBIT

# E - 31



*Gary R. Nikolits, CFA*
# Property Appraiser
Palm Beach County

Homestead Exemption   E-file 

| | |
|---|---|
| Location Address | 17979 LAKE AZURE WAY |
| Municipality | UNINCORPORATED |
| Parcel Control Number | 00-42-46-31-06-004-0400 |
| Subdivision | OAKS AT BOCA RATON PL 5 |
| Official Records Book | 26780    Page 951 |
| Sale Date | MAR-2014 |
| Legal Description | OAKS AT BOCA RATON PL 5 LT 40 BLK D |

| Owners | Mailing address |
|---|---|
| STARK EQUITY GROUP LLC | 17979 LAKE AZURE WAY |
| | BOCA RATON FL 33496 1049 |

| Sales Date | Price | OR Book/Page | Sale Type | Owner |
|---|---|---|---|---|
| MAR-2014 | $525,000 | 26780 / 0951 | WARRANTY DEED | STARK EQUITY GROUP LLC |
| DEC-2013 | $507,100 | 26521 / 0634 | CERT OF TITLE | U S BANK NATIONAL ASSOCIATION TR |
| OCT-2006 | $1,265,500 | 20962 / 1660 | WARRANTY DEED | CLARKE ROGER C |
| FEB-2005 | $0 | 19073 / 0548 | WARRANTY DEED | ALBANESE POPKIN DEVELOPMENT GRP LP |

No Exemption Information Available.

| | | | |
|---|---|---|---|
| Number of Units | 1 | *Total Square Feet 5644 | Acres 0.18 |
| Use Code | 0130 - ZERO LOT LINE | Zoning | AGR-PUD - Agricultural Reserve PUD ( 00-UNINCORPORATED ) |

| Tax Year | 2014 | 2013 | 2012 |
|---|---|---|---|
| Improvement Value | $0 | $0 | $0 |
| Land Value | $0 | $0 | $0 |
| Total Market Value | $225,695 | $231,295 | $193,645 |

All values are as of January 1st each year

| Tax Year | 2014 | 2013 | 2012 |
|---|---|---|---|
| Assessed Value | $225,695 | $213,010 | $193,645 |
| Exemption Amount | $0 | $0 | $0 |
| Taxable Value | $225,695 | $213,010 | $193,645 |

| Tax Year | 2014 | 2013 | 2012 |
|---|---|---|---|
| Ad Valorem | $4,243 | $4,157 | $3,708 |
| Non Ad Valorem | $361 | $355 | $373 |
| Total tax | $4,604 | $4,512 | $4,081 |



CFN 20130541936
OR BK 26521 PG 0634
RECORDED 12/23/2013 10:29:28
Palm Beach County, Florida
AMT 507,100.00
Doc Stamp 3,549.70
Sharon R. Bock, CLERK & COMPTROLLER
Pg 0634; (1pg)

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA
CIVIL ACTION

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, ON
BEHALF OF THE HOLDERS OF THE ADJUSTABLE RATE
MORTGAGE TRUST 2007-1, ADJUSTABLE RATE MORTGAGE-
BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-1,
    Plaintiff,

vs.

    CASE NO.: 50 2009 CA 028278
    DIVISION: AW

ROGER C. CLARKE, et al,
    Defendant(s).

_____

## CERTIFICATE OF TITLE

    The undersigned Clerk of the Court certifies that he executed and filed a Certificate of Sale in this action on

_____ DEC 0 2 2013 _____, for the property described herein and that no objections to the

sale have been filed within the time allowed for filing objections.

    The following property in Palm Beach County, Florida:

**LOT 40, BLOCK D, OF THE OAKS AT BOCA RATON PLAT FIVE, ACCORDING TO
THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 100, PAGES 76 THROUGH 83
OF THE PUBLIC RECORDS OF PALM BEACH COUNTY, FLORIDA (the "Property").
The Property address is 17979 Lake Azure Way, Boca Raton, Florida 33496.**

was sold to: <u>**U.S. Bank National Association, as trustee, on behalf of the holders of the Adjustable Rate**</u>

<u>**Mortgage Trust 2007-1, Adjustable Rate Mortgage-Backed Pass-Through Certificates, Series 2007-1**</u>, whose

address is: c/o Select Portfolio Servicing, Inc., 3815 South West Temple, Salt Lake City, UT 84115. The successful

bid was in the amount of $ 507,100 _____.

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to all parties on the

attached service list by mail or eService on this _____ day of 2013.

    WITNESS my hand and the seal of this court on _____ Dec 20 _____, 2013, as Clerk of the

Circuit Court.

(SEAL)

        Sharon R Bock
        Clerk of the Circuit Court

        By: _____
        Deputy Clerk
        Sherrie Morgan

Copies Furnished to:
Albertelli Law
P.O. Box 23028
Tampa, FL 33623
All parties on the attached service list
09-23437

# EXHIBIT

# E - 32



*Gary R. Nikolits, CFA*
# Property Appraiser
Palm Beach County

Homestead Exemption  

| | |
|---|---|
| Location Address | 17827 LAKE AZURE WAY |
| Municipality | UNINCORPORATED |
| Parcel Control Number | 00-42-46-31-06-004-0270 |
| Subdivision | OAKS AT BOCA RATON PL 5 |
| Official Records Book | 27017    Page 892 |
| Sale Date | AUG-2014 |
| Legal Description | OAKS AT BOCA RATON PL 5 LT 27 BLK D |

| Owners | Mailing address |
|---|---|
| HONEY FOREVER LLC | 17155 WHITE HAVEN DR<br>BOCA RATON FL 33496 5924 |

| Sales Date | Price | OR Book/Page | Sale Type | Owner |
|---|---|---|---|---|
| AUG-2014 | $980,000 | 27017 / 0892 | WARRANTY DEED | HONEY FOREVER LLC |
| SEP-2013 | $530,000 | 26352 / 1106 | WARRANTY DEED | PARKLAND INVSTMNT CAPITAL LLC |
| AUG-2006 | $1,195,500 | 20814 / 0375 | WARRANTY DEED | ANDREOLI ROBERT D |
| FEB-2005 | $0 | 19073 / 0548 | WARRANTY DEED | ALBANESE POPKIN DEVELOPMENT GRP LP |

No Exemption Information Available.

| | | | |
|---|---|---|---|
| Number of Units | 1 | *Total Square Feet | 5644    Acres 0.18 |
| Use Code | 0130 - ZERO LOT LINE | Zoning | AGR-PUD - Agricultural Reserve PUD ( 00-UNINCORPORATED ) |

| Tax Year | 2014 | 2013 | 2012 |
|---|---|---|---|
| Improvement Value | $448,694 | $0 | $0 |
| Land Value | $0 | $0 | $0 |
| Total Market Value | $448,694 | $228,730 | $191,097 |

All values are as of January 1st each year

| Tax Year | 2014 | 2013 | 2012 |
|---|---|---|---|
| Assessed Value | $448,694 | $210,207 | $191,097 |
| Exemption Amount | $0 | $0 | $0 |
| Taxable Value | $448,694 | $210,207 | $191,097 |

| Tax Year | 2014 | 2013 | 2012 |
|---|---|---|---|
| Ad Valorem | $8,436 | $4,106 | $3,659 |
| Non Ad Valorem | $361 | $355 | $373 |
| Total tax | $8,797 | $4,461 | $4,032 |

CFN 20130426549
OR BK 26352 PG 1106
RECORDED 09/27/2013 15:37:30
Palm Beach County, Florida
AMT 530,000.00
Doc Stamp 3,710.00
Sharon R. Bock,CLERK & COMPTROLLER
Pgs 1106 - 1107; (2pgs)

Prepared by and return to:

Andrew B. Blasi, Vice-President
Preferred Title, Inc.
7777 Glades Road, Suite 400
Boca Raton, Florida 33434
Our File No.: PT-2901
*attn : Shelia Congdon*
Parcel ID No.: 00 42 46 31 06 004 0270

_____ [Space Above This Line For Recording Data] _____

# Warranty Deed

**This Warranty Deed** made this *19th* day of *September* 2013, between Robert D. Andreoli, a married man, whose post office address is 80 213th Street, Jamaica, New York 11427, Grantor, and Parkland Investment Capital, LLC, a Florida limited liability company, whose post office address is 9825 Marina Boulevard, Boca Raton, Florida 33428, Grantee:

(Whenever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, trusts and trustees)

**Witnesseth**, that said Grantor, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other good and valuable considerations to said Grantor in hand paid by said Grantee, the receipt whereof is hereby acknowledged, has granted, bargained, and sold to the said Grantee, and Grantee's heirs and assigns forever, the following described land, situate, lying and being in Palm Beach County, Florida to-wit:

Lot 27, Block D, of The Oaks at Boca Raton Plat Five, according to the Plat thereof, as recorded in Plat Book 100, Pages 76 through 83 of the Public Records of Palm Beach County, Florida.

Subject to taxes for 2013 and subsequent years; covenants, conditions, restrictions, easements, reservations and limitations of record, if any, provided that this shall not serve to reimpose the same; and all applicable building and zoning regulations and ordinances imposed by applicable governmental authorities.

Grantor warrants that the subject property is not now nor ever has been Grantor's homestead within the meaning set forth in the constitution of the State of Florida, nor is it contiguous to or a part of Grantor's homestead property. Grantor's residence and homestead address is: 80 213th Street, Jamaica, New York 11427.

**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**To Have and to Hold**, the same in fee simple forever.

**And** the Grantor hereby covenants with said Grantee that the Grantor is lawfully seized of said land in fee simple; that the Grantor has good right and lawful authority to sell and convey said land; that

DoubleTime®

the Grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to December 31, 2012.

**In Witness Whereof,** Grantor has hereunto set Grantor's hand and seal the day and year first above written.

Signed, sealed and delivered in our presence:

Sign: _____

Print Name: _____

                                    Robert D. Andreoli

Sign: _____

Print Name: MEI-LING WU

STATE OF NEW YORK

COUNTY OF QUEENS ) SS:

The foregoing instrument was acknowledged before me this 19 day of SEPT, 2013, by Robert D. Andreoli, a married man, who is personally known to me or has produced DRIVER LICENSE as identification.

_____
Notary Public

Printed Name: HSI-CHI WU

My Commission Expires: 05/03/2015

[Notary Seal]
HSI-CHI WU
Notary Public, State of New York
No. 01WU6023925
Qualified in Queens County
Commission Expires 05/03/2015

*Warranty Deed - Page 2*

DoubleTime®

# EXHIBIT

# E - 33

# Collier County Property Appraiser
# Property Detail

| Parcel No. | 68975005907 | Site Adr. | 4109 BRYNWOOD DR |
|---|---|---|---|

| Name / Address | |
|---|---|
| | BRYNWOOD NAPLES LLC |
| | 2870 LEEWARD LN |
| | |
| | |
| | |
| City | NAPLES | State | FL | Zip | 34103-4036 |

## Permits

| Tax Yr | Issuer | Permit # | CO Date | Tmp CO | Final Bldg | Type |
|---|---|---|---|---|---|---|
| 2003 | COUNTY | 0012-0016 | 02/08/02 | | | RESIDENCE |
| 2003 | COUNTY | 0105-2347 | 02/08/02 | | | POOL |
| 2003 | COUNTY | 0201-0224 | 02/08/02 | | | SCREEN ENCLOSURE |
| 2007 | COUNTY | 0511-0837 | | | | SCREEN ENCLOSURE, NO PICKUP, OTHER |
| 2014 | COUNTY | 2013-05-11956 | 06/04/14 | | | |

## Land

| # | Calc Code | Units |
|---|---|---|
| 10 | RESIDENTIAL FF | 154 |

## Building/Extra Features

| # | Year Built | Description | Area | Adj Area |
|---|---|---|---|---|
| 10 | 2002 | RESIDENTIAL | 4485 | 5764 |
| 20 | 2002 | SWIMMING POOL | 700 | 700 |
| 30 | 2002 | KEYSTONE DECK | 1641 | 1641 |

This instrument prepared by:
Adam Taylor, an employee of
Rels Title
5700 Smetana Drive, Suite 400
Minnetonka, MN 55343
877.813.7316

**When Recorded Mail To:**
Financial Dimensions. Inc.
1400 Lebanon Church Road
Pittsburgh, PA 15236

804287

Unpaid Mortgage: $999,600.67
Doc. Stamps Due: $ *6997.90*
RSS# 1195200

### DEED IN LIEU OF FORECLOSURE

State of Florida
County of Collier

KNOW ALL MEN BY THESE PRESENTS, that Monika M. Howard, surviving spouse of Edward G. Howard, deceased 2/16/2007 hereinafter called grantor, for **TEN AND NO/100THS ($10.00) DOLLARS** and other good and valuable consideration hereinafter stated, do hereby grant, bargain, sell and convey unto Wells Fargo Bank, N.A. successor by merger to Wachovia Bank, National Association, who address is One Home Campus, MAC X2303-033, 3rd Floor, Des Moines, IA 50328, hereinafter called grantee, and unto grantee's successors and assigns all of that certain real property with the tenements, hereditaments and appurtenances thereto belonging or in any way appertaining, situated in the County of Collier, State of Florida, to-wit:

Lot 30, Quail West Unit One, Replat, in accordance with and subject to the plat recorded in Plat Book 21, pages 84through 106, inclusive, public records of Collier County, Florida.

Being the same property conveyed to Edward G. Howard and Monika M. Howard from Ronald G. Sinks and Darline Hillard Sinks by Deed filed 3/4/1998 in Book 2394, Page 665.

**Commonly known as:** 4109 Brynwood Drive, Naples, FL 34119

Tax Parcel Identification Number: 68975005907

To have and to hold the same unto the said grantee and grantee's successors and assigns forever.

This deed is absolute in effect and conveys fee simple title of the premises above described to the grantee and does not operate as a mortgage, deed of trust or security of any kind.

This deed does not effect a merger of the fee ownership and the lien of the mortgage described below. The fee and lien shall hereafter remain separate and distinct.

By acceptance and recording of this deed, grantee covenants and agrees that it shall forever forebear taking any action whatsoever to collect against grantor on the obligations which are secured by the mortgage/deed of trust (referred to herein as "mortgage") described below, other than by foreclosure of that mortgage; and, that in any proceeding to foreclose that mortgage, grantee shall not seek, obtain or permit a deficiency judgment against grantors, their heirs, successors or assigns, such right being hereby waived. This paragraph shall be inapplicable in the event that grantor attempts to have this deed set aside or this deed is determined to transfer less than fee simple title to grantee.

Grantor does hereby assign and transfer to grantee any equity of redemption and statutory rights of redemption concerning the real property and the mortgage described below.

Grantor is not acting under any misapprehension as to the legal effect of this deed, nor under duress, undue influence or misrepresentation of grantee, its agent, attorney or any other person. Grantor declares that this conveyance is freely and fairly made.

The true and actual consideration for this transfer consists of $1.00 and grantee's waiver of its right to bring an action against grantor based on the promissory note secured by the mortgage hereinafter described and agreement not to name the grantor as a party to a foreclosure action as stated above with respect to that certain mortgage signed 2/26/2004, by Edward G. Howard, husband and Monika M. Howard, wife in favor of Wachovia Bank, National Association and recorded as Instrument No. 3354748 in Book 3514 Page 2490 in the real property records of Collier County, Florida on the 5th day of March, 2004.

In construing this deed and where the context so requires, the singular includes the plural and the plural includes the singular and all grammatical changes shall be implied to make the provisions hereof apply equally to corporations and to individuals.

See Estoppel Affidavit attached as Exhibit "A"

IN WITNESS WHEREOF, the grantor has executed this instrument this *4th* day of *December* 20 *12*

_Monika M. Howard_ (signature)
Monika M. Howard

_248 Moon Ridge Dr 295 Sky Valley Ga 30537_
Mailing Address

_(signature)_
Witness #1 Signature

_(signature)_
Witness #2/Notary Signature

_Michelle Watson_
Witness #1 Printed Name

_Jeana Mayfield_
Witness #2/Notary Printed Name

**STATE OF** ~~Florida~~ *Georgia*
**COUNTY OF** _Rabun_

The Foregoing Instrument was acknowledged before me on _12-4-12_, by Monika M. Howard who is/are personally known to me or who has/have produced a valid driver's license as identification.

_(signature)_
NOTARY PUBLIC

My Commission Expires: _8-24-13_

Exhibit A
ESTOPPEL AFFIDAVIT

STATE OF ~~FLORIDA~~ ) GEORGIA
                     ) SS.
COUNTY OF ~~COLLIER~~ ) RABUN

Monika M. Howard, surviving spouse of Edward G. Howard, deceased 2/16/2007, being first duly sworn, depose and say:  That they/he/she is the identical party who made, executed, and delivered that certain Deed in Lieu of Foreclosure to Wells Fargo Bank, N.A. successor by merger to Wachovia Bank, National Association dated the 4th day of December, 2012 conveying the following described property, to-wit:

Lot 30, Quail West Unit One, Replat, in accordance with and subject to the plat recorded in Plat Book 21, pages 84through 106, inclusive, public records of Collier County, Florida.

Being the same property conveyed to Edward G. Howard and Monika M. Howard from Ronald G. Sinks and Darline Hillard Sinks by Deed filed 3/4/1998 in Book 2394, Page 665.

**Commonly known as:** 4109 Brynwood Drive, Naples, FL 34119

Tax Parcel Identification Number: 68975005907

That the aforesaid deed was intended to be and was an absolute conveyance of the title to said premises to Wells Fargo Bank, N.A. successor by merger to Wachovia Bank, National Association, and was not and is not now intended as a mortgage, trust conveyance, or security of any kind; that it was the intention of affiants as grantors in said deed to convey, and by said deed these affiants did convey to Wells Fargo Bank, N.A. successor by merger to Wachovia Bank, National Association therein all their right, title, and interest absolutely in and to said premises; that possession of said premises has been surrendered to Wells Fargo Bank, N.A. successor by merger to Wachovia Bank, National Association;

That in the execution and delivery of said deed affiants were not acting under any misapprehension as to the effect thereof, and acted freely and voluntarily and were not acting under coercion or duress;

That aforesaid deed was not given as a preference against any other creditors of the deponents or either of them; that at the time it was given there was no other person or persons, firms or corporations, other than Wells Fargo Bank, N.A. successor by merger to Wachovia Bank, National Association who have an interest, either

directly or indirectly, in said premises; that these deponents are solvent and have no other creditors whose rights would be prejudiced by such conveyance, and that deponents are not obligated upon any bond or mortgage or other security whereby any lien has been created or exists against the premises described in said deed.

That the consideration for said deed was and is payment to affiants of the sum of $1.00 by Wells Fargo Bank, N.A. successor by merger to Wachovia Bank, National Association and Wells Fargo Bank, N.A. successor by merger to Wachovia Bank, National Association's agreement to forbear taking any action against affiants to collect on the obligations secured by the mortgage described below, other than by foreclosure of that mortgage and to not seek, obtain or permit a deficiency judgment against affiants in such foreclosure action. The mortgage referred to herein was executed by Edward G. Howard, husband and Monika M. Howard, wife to Wachovia Bank, National Association dated 2/26/2004 and recorded 3/5/2004 as Instrument No. 3354748 in Book 3514 Page 2490 of Collier County, State of Florida. At the time of making said deed in lieu of foreclosure affiants believed and now believe that the aforesaid consideration therefore represents the fair value of the property so deeded, or more.

This affidavit is made for the protection and benefit of Wells Fargo Bank, N.A. successor by merger to Wachovia Bank, National Association, its successors and assigns, and all other parties hereafter dealing with or who may acquire an interest in the property herein described.

That affiants, and each of them will testify, declare, depose, or certify before any competent tribunal, officer, or person, in any case now pending or which may hereafter be instituted, to the truth of the particular facts hereinabove set forth.

WE (THE BORROWERS) UNDERSTAND THAT WE HAD A RIGHT TO OBTAIN LEGAL ADVICE BEFORE SIGNING THE AFORESAID DEED. WE HAVE EITHER DONE SO OR HAVE ELECTED TO PROCEED WITHOUT LEGAL ADVICE.

Dated: _12/04/2012_

_(signature)_
Monika M. Howard

_(signature)_                                      _(signature)_
Witness #1 Signature                    Witness #2/Notary Signature

Michelle Watson                        Jeana Mayfield
Witness #1 Printed Name          Witness #2/Notary Printed Name

STATE OF ~~Florida~~ Georgia
COUNTY OF Rabun

The Foregoing Instrument was acknowledged before me on _12-4-12_, by Monika M. Howard who is/are personally known to me or who has/have produced a valid driver's license as identification.

_(signature)_
NOTARY PUBLIC
My Commission Expires: _8-24-13_

*U03410066*
7909   1/14/2013   78324366/1

# EXHIBIT

# E - 34



*Gary R. Nikolits, CFA*

Homestead Exemption   E-file 

# Property Appraiser
Palm Beach County

| | |
|---|---|
| Location Address | 3390 LAGO DE TALAVERA |
| Municipality | UNINCORPORATED |
| Parcel Control Number | 00-42-44-19-09-000-0620 |
| Subdivision | TALAVERA PUD |
| Official Records Book | 26414     Page 406 |
| Sale Date | OCT-2013 |
| Legal Description | TALAVERA PUD LT 62 |

| Owners |
|---|
| NASH MARCUS |

| Mailing address |
|---|
| 4111 LEIMERT BLVD APT 3 |
| LOS ANGELES CA 90008 3889 |

| Sales Date | Price | OR Book/Page | Sale Type | Owner |
|---|---|---|---|---|
| OCT-2013 | $273,400 | 26414 / 0406 | WARRANTY DEED | NASH MARCUS |
| MAY-2007 | $862,915 | 21792 / 0058 | WARRANTY DEED | ROBBINS MICHELE A |

No Exemption Information Available.

| | | | |
|---|---|---|---|
| Number of Units 1 | *Total Square Feet 5697 | | Acres 0.27 |
| Use Code 0100 - SINGLE FAMILY | Zoning PUD - Residential Planned Unit Dev' ( 00-UNINCORPORATED ) | | |

| Tax Year | 2014 | 2013 | 2012 |
|---|---|---|---|
| Improvement Value | $187,330 | $1,101 | $1,113 |
| Land Value | $60,894 | $60,894 | $60,894 |
| Total Market Value | $248,224 | $61,995 | $62,007 |

All values are as of January 1st each year

| Tax Year | 2014 | 2013 | 2012 |
|---|---|---|---|
| Assessed Value | $248,224 | $61,995 | $62,007 |
| Exemption Amount | $0 | $36,995 | $37,007 |
| Taxable Value | $248,224 | $25,000 | $25,000 |

| Tax Year | 2014 | 2013 | 2012 |
|---|---|---|---|
| Ad Valorem | $4,667 | $563 | $572 |
| Non Ad Valorem | $398 | $392 | $380 |
| Total tax | $5,065 | $955 | $952 |

Document Prepared by and Return to
Timothy H. Olenn, Esq.
Alliant Title and Escrow
21301 Powerline Road
#106
Boca Raton, FL 33433

CFN 20130470534
OR BK 26414 PG 0406
RECORDED 10/29/2013 09:58:21
Palm Beach County, Florida
AMT 273,400.00
Doc Stamp 1,913.80
Sharon R. Bock,CLERK & COMPTROLLER
Pgs 0406 - 407; (2pgs)

FL13-5138ROBBINS
Property Appraisers Parcel ID#
00-42-44-19-09-000-0620

# Warranty Deed

**THIS WARRANTY DEED** executed on the 18th day of October, 2013 shown below, by **Michele A. Robbins**, a single woman, whose address is 3390 Lago De Talavera, Lake Worth, FL 33467, first party, to **Marcus Nash**, a _SINGLE_ man, whose address is 4111 Leimert, Los Angeles, CA 90008, second party:

> (Wherever used herein the terms "grantor" and grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)

WITNESSETH: That the grantor, for and in consideration of the sum of $10.00 and other valuable consideration, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys, and confirms unto grantee, all the certain land situated in the County of PALM BEACH, Florida, viz:

LOT 62, OF TALAVERA P.U.D., ACCORDING TO THE PLAT THEREOF, RECORDED IN PLAT BOOK 105, AT PAGE 44, OF THE PUBLIC RECORDS OF PALM BEACH COUNTY, FLORIDA.

Subject to easements, restrictions, zoning restrictions and ordinances, reservations and limitations of recorded which are not reimposed by this deed, if any.

TOGETHER with all the tenants, hereditaments and appurtenances thereto belonging or in any wise appertaining.

TO HAVE AND TO HOLD the same in Fee Simple forever.

AND the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to : December 31, 2012

IN WITNESS WHEREOF, the said grantor has signed and sealed these presents the day and year first above written.

- 1 -

Signed, sealed and delivered in the presence of:

_____
Witness 1 Signature

_JAMES GROGAN_
Witness 1 Print Name

_____
Michele A. Robbins

_____
Witness 2 Signature

_ANN MARIE GROGAN_
Witness 2 Print Name

State of: _FLORIDA_
County of: _PALM BEACH_

I, _JAMES GROGAN_, a Notary Public of _PALM BEACH_ County, State of _FLORIDA_, do hereby certify that Michele A. Robbins   and the above referenced witnesses personally appeared before me on _6TH_ day of October, 2013 and acknowledged the due execution of the foregoing instrument.

Witness my hand and official seal this _16TH_ day of October, 2013.

_____
Notary Public
My commission expires: _____



Notary Public State of Florida
James E Grogan
My Commission EE087569
Expires 06/11/2015

- 2 -

# EXHIBIT

# E - 35



**LORI PARRISH BROWARD COUNTY PROPERTY APPRAISER**

| Site Address | 6848 LONG LEAF DRIVE, PARKLAND | ID # | 4741 33 03 2240 |
|---|---|---|---|
| Property Owner | CHEREMETA,VLADISLAV & NATALIA | Millage | 3012 |
| Mailing Address | 6848 LONG LEAF DR PARKLAND FL 33076 | Use | 01 |

| Abbreviated Legal Description | PARKLAND GOLF & COUNTRY CLUB REPLAT #1 172-182 B LOT 27 BLK K |
|---|---|

**The just values displayed below were set in compliance with Sec. 193.011, Fla. Stat., and include a reduction for costs of sale and other adjustments required by Sec. 193.011(8).**

### Property Assessment Values
**Click here to see 2014 Exemptions and Taxable Values as reflected on the Nov. 1, 2014 tax bill.**

| Year | Land | Building | Just / Market Value | Assessed / SOH Value | Tax |
|---|---|---|---|---|---|
| 2015 | $212,800 | $775,170 | $987,970 | $617,910 | |
| 2014 | $212,800 | $775,170 | $987,970 | $613,010 | $14,284.61 |
| 2013 | $212,800 | $737,230 | $950,030 | $603,960 | $14,171.85 |

**IMPORTANT:** The 2015 values currently shown are "roll over" values from 2014. These numbers will change frequently online as we make various adjustments until they are finalized on June 1. Please check back here AFTER June 1, 2015, to see the actual proposed 2015 assessments and portability values.

### 2015 Exemptions and Taxable Values by Taxing Authority

| | County | School Board | Municipal | Independent |
|---|---|---|---|---|
| Just Value | $987,970 | $987,970 | $987,970 | $987,970 |
| Portability | 0 | 0 | 0 | 0 |
| Assessed/SOH 12 | $617,910 | $617,910 | $617,910 | $617,910 |
| Homestead 100% | $25,000 | $25,000 | $25,000 | $25,000 |
| Add. Homestead | $25,000 | 0 | $25,000 | $25,000 |
| Wid/Vet/Dis | 0 | 0 | 0 | 0 |
| Senior | 0 | 0 | 0 | 0 |
| Exempt Type | 0 | 0 | 0 | 0 |
| Taxable | $567,910 | $592,910 | $567,910 | $567,910 |

### Sales History

| Date | Type | Price | Book/Page or CIN |
|---|---|---|---|
| 3/14/2011 | WD-E | $600,000 | 47781 / 1848 |
| 1/14/2011 | SWD-E | $433,000 | 47734 / 1720 |
| 10/5/2010 | CET-D | $405,400 | 47473 / 1583 |
| 2/13/2008 | SWD-Q | $1,235,400 | 45114 / 478 |

### Land Calculations

| Price | Factor | Type |
|---|---|---|
| $12.00 | 17,733 | SF |
| | | |
| | | |
| | | |

**Adj. Bldg. S.F.** (Card, Sketch) | 5270
**Units/Beds/Baths** | 1/5/5

### Special Assessments

| Fire | Garb | Light | Drain | Impr | Safe | Storm | Clean | Misc |
|---|---|---|---|---|---|---|---|---|
| 30 | G | | | NB | | | | PK |

| R | 1 |  |  | NB |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
| 1 |  |  |  | .39 |  |  |  | $1,999.86 |

CFN # 107712187, OR BK 45114 Page 478, Page 1 of 2, Recorded 02/21/2008 at
09:30 AM, Broward County Commission, Doc. D. $8647.80, Deputy Clerk 1911
Case 2:09-md-02047-EEF-MBN Document 18604 Filed 04/06/15 Page 42 of 109

This Instrument Prepared By/
Name: CASEY WILLIAM COUGHLIN, ESQ.
Address: 1401 University Drive, Suite 600
        Coral Springs, Florida 33071

Record and Return To:

Property Appraisers Parcel Identification (Folio) Numbers(s): 17133-03-22400

Grantee's Federal I. D. #:

---

    This Special Warranty Deed (this "Deed") Made and executed this *14* day of *February*
A.D.2008 by and between WCI COMMUNITIES, INC., a Delaware corporation, ("Grantor") successor by
merger of WCI Communities Limited Partnership into Florida Design Communities, Inc. and having a place
of business at 24301 Walden Center Dr., Bonita Springs, FL 34134 and

## CHESTER STEWART

whose permanent post office address at: 6848 Long Leaf Drive, Parkland, Florida 33076
                        ("Grantee")

    Witnesseth: That the grantor, for and in consideration of the sum of Ten and No/100 ($10.00) and
other good and valuable consideration, the receipt of which is hereby acknowledged, by these presents does
grant, bargain, and sell, unto Grantee, and Grantee's heirs, successors and assigns forever, all the right, title,
interest, claim and demand that Grantor has or may have in and to the following described real property (the
"Property") located and situate in the County of Broward and State of Florida, to wit:

        Lot 27, Block K, PARKLAND GOLF AND COUNTRY CLUB, REPLAT #1, according
        to the Plat thereof, as recorded in Plat Book 172, Page 182 - 206, of the Public
        Records of Broward County, Florida.

The Property is conveyed subject to the following:

1. Real Estate, ad valorem and non-ad valorem taxes and/or assessments, for the year 2008 and subsequent
years not yet due and payable.

2. Conditions, restrictions, limitations, reservations, easements and other agreements of record affecting the
Property.

3. Restrictions, conditions, reservations, easements, and other matters contained on the Plat of PARKLAND
GOLF AND COUNTRY CLUB, as recorded in Plat Book 172, Page(s) 81, together with O.R. Book 35804,
Page 938, of the Public Records of Broward County, Florida; and amendments and supplements, if any,
thereto.

4. Restrictions, conditions, reservations, easements, and other matters contained on the Plat of PARKLAND
GOLF AND COUNTRY CLUB REPLAT #1, as recorded in Plat Book 172, Page 182, of the Public
Records of Broward County, Florida; and amendments and supplements, if any thereto.

5. Parkland Golf & Country Club Declaration (deleting there from any restrictions indicating any
preference, limitation or discrimination based on race, color, religion, sex, handicap, familial status or
national origin) as set forth in the document recorded in O. R. Book 34921, Page 1390, of the Public
Records of Broward County, Florida.

6. Applicable zoning, land use and subdivision ordinances, restrictions and/or agreements.

Grantor does hereby warrant the title to the Property hereby conveyed, and will defend the same against the lawful claims of all persons claiming by, through or under Grantor, but none other.

IN WITNESS WHEREOF, Grantor has caused these presents to be executed in its name, by its proper officers thereunto duly authorized, the day and year first above written.

WCI COMMUNITIES, INC., a Delaware corporation, successor by merger of WCI Communities Limited Partnership into Florida Design Communities, Inc.

Signed and delivered in the presence of:

By: _____
    Margaret LaCalle, as Authorized Agent

Name: JANET M. COUGHLIN

Name: Jeanne Sica

STATE OF FLORIDA
COUNTY OF BROWARD     )

I HEREBY CERTIFY that on this day, before me, an officer duly authorized in the State and County aforesaid to take acknowledgments, personally appeared Margaret LaCalle, as Authorized Agent of WCI COMMUNITIES, INC., a Delaware corporation, to me known to be the person described in and who executed the foregoing deed, and that she acknowledged executing the same in the presence of two subscribing witnesses freely and voluntarily under authority duly vested in her by said corporation. She is personally known to me.

WITNESS my hand and official seal in the County and State last aforesaid this __13__ day of February A.D. 200 8

Name: JANET M. COUGHLIN
Notary Public

# EXHIBIT

# E - 36



| Site Address | 1562 SW 150 TERRACE, DAVIE | | ID # | 5040 16 06 0220 |
|---|---|---|---|---|
| Property Owner | KALHIL,AWILDA<br>KALHIL,FARYT | | Millage | 2412 |
| Mailing Address | 1562 SW 150 TER DAVIE FL 33326 | | Use | 01 |

| Abbreviated Legal Description | BELMONT LAKES AT DAVIE 164-9 B POR OF PAR A DESC AS:COMM AT EASTERN MOST SE COR SAID PAR A; NW 230.88;W 10 TO POB CONT W 250 N 140.40;E 250;S 140.40 TO POB AKA: LOT 22 BELMONT LAKES AT DAVIE |
|---|---|

**The just values displayed below were set in compliance with Sec. 193.011, Fla. Stat., and include a reduction for costs of sale and other adjustments required by Sec. 193.011(8).**

### Property Assessment Values
**Click here to see 2014 Exemptions and Taxable Values as reflected on the Nov. 1, 2014 tax bill.**

| Year | Land | Building | Just / Market Value | Assessed / SOH Value | Tax |
|---|---|---|---|---|---|
| 2015 | $122,850 | $483,570 | $606,420 | $606,420 | |
| 2014 | $122,850 | $483,570 | $606,420 | $606,420 | $17,744.26 |
| 2013 | $122,850 | $428,600 | $551,450 | $551,450 | $16,707.02 |

**IMPORTANT:** The 2015 values currently shown are "roll over" values from 2014. These numbers will change frequently online as we make various adjustments until they are finalized on June 1. Please check back here AFTER June 1, 2015, to see the actual proposed 2015 assessments and portability values.

### 2015 Exemptions and Taxable Values by Taxing Authority

| | County | School Board | Municipal | Independent |
|---|---|---|---|---|
| Just Value | $606,420 | $606,420 | $606,420 | $606,420 |
| Portability | 0 | 0 | 0 | 0 |
| Assessed/SOH | $606,420 | $606,420 | $606,420 | $606,420 |
| Homestead | 0 | 0 | 0 | 0 |
| Add. Homestead | 0 | 0 | 0 | 0 |
| Wid/Vet/Dis | 0 | 0 | 0 | 0 |
| Senior | 0 | 0 | 0 | 0 |
| Exempt Type | 0 | 0 | 0 | 0 |
| Taxable | $606,420 | $606,420 | $606,420 | $606,420 |

### Sales History

| Date | Type | Price | Book/Page or CIN |
|---|---|---|---|
| 5/28/2014 | WD-D | $493,600 | 112339409 |
| 11/3/2011 | SWD-E | $475,000 | 48380 / 984 |
| 5/3/2011 | SWD-T | $100 | 47923 / 1641 |
| 3/28/2011 | SWD-D | $1,045,300 | 47864 / 1297 |
| 3/30/2007 | WD | $1,317,500 | 43873 / 1249 |

### Land Calculations

| Price | Factor | Type |
|---|---|---|
| $3.50 | 35,100 | SF |
| | | |
| | | |
| | | |

**Adj. Bldg. S.F.** (Card, Sketch) 5727

**Units/Beds/Baths** 1/5/6

### Special Assessments

| Fire | Garb | Light | Drain | Impr | Safe | Storm | Clean | Misc |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Case 2:09-md-02047-EEF-MBN   Document 18604   Filed 04/06/15   Page 46 of 109

| 24 | D |  | B | BL |  |  |  |  |
|----|---|--|---|----|--|--|--|--|
| R | 1 |  | B | BL |  |  |  |  |
| 1 |  |  |  | 1 |  |  |  |  |

CFN # 109997338, OR BK 47864  Page 1297, Page  1 of 2, Recorded 04/21/2011 at
08:44 AM  Broward County Commission  Doc. D $7317.10  Deputy Clerk 3505

Case 2:09-md-02047-EEF-MBN  Document 18604  Filed 04/06/15  Page 47 of 109

Consideration        $
Document. Stamp Tax  $

**PREPARED BY AND RETURN TO:**
Robert C. Schermer, Esq.
Greene Hamrick Perrey Quinlan & Schermer, P.A.
601 12th Street West
Bradenton, Florida 34205

# Special Warranty Deed
## DEED IN LIEU OF FORECLOSURE

THIS INDENTURE, made this 28 day of March, 2011, between Walter R. Ucci and Yvonne R. Ucci ("Grantor"), whose address is 1562 SW 150th Terrace, Fort Lauderdale, Florida 33326, and MCMCAP Homeowners' Advantage Trust III, ("Grantee"), whose post office address is 7201 Wisconsin Avenue, Suite 725, Bethesda, Maryland  20814.

WITNESSETH, That said Grantor, for and in consideration of the sum of Ten and 00/100 ($10.00) Dollars and other valuable consideration, to said Grantor in hand paid by said Grantee, the receipt whereof is hereby acknowledged, hereby grants, bargains and sells to the said Grantee and Grantee's heirs and assigns forever, the following described land, situated, lying and being in Broward County, Florida, to-wit:

A portion of Parcel A, BELMONT LAKES AT DAVIE, according to the Plat thereof, recorded in Pint Book 164, Page 9, of the Public Records of Broward County, Florida, described as follows:

Commence at the Easternmost Southeast corner of said Parcel A; thence along the East line of said Parcel A, N00°18'24"W, 230.88 feet; thence S89°41'36"W, 10.00 feet to the Point of Beginning; thence continue S89°41'36"W, 250.00 feet; thence N00°18'24"W, 140.40 feet; thence N89°41'36"E, 250.00 feet; thence along a line parallel with and 10.00 feet West of the East line of said Parcel A, S00°18'24"E, 140.40 feet to the Point of Beginning.  a/k/a Lot 22 Belmont Lakes at Davie.

(For Information Only:
Property Appraiser's Parcel Identification Number is 504016-06-0220

Subject to covenants, conditions, reservations, restrictions, easements of record and governmental zoning; taxes and assessments for 2009 and subsequent years.

This Deed is an absolute conveyance of the property and is not a Mortgage or Security Deed for any debt of any nature whatsoever, is for fair and adequate consideration and no advantage was taken by Grantee of the relationship of the parties.

And said Grantor does hereby fully warrant the title to said land, and will defend the same against the lawful claims of all persons whomsoever.  This Warranty Deed is given in lieu of foreclosure and in satisfaction of the Mortgage recorded April 10, 2007, in Official Records Book 43873, at Page 1251, of the Public Records of Broward County, Florida ("Public Records"), from Walter R. Ucci

and Yvonne R. Ucci to Homebanc Mortgage Corporation, as assigned to MCMCAP Homeowners' Advantage Trust III, by that certain Assignment recorded in Official Records Book 45898, at Page 1934, of said Public Records, as further assigned by that certain Assignment of Mortgage/Security Deed/Deed of Trust recorded in Official Records Book 47525, at Page 247, of said Public Records, and the Note secured thereby, with merger of the mortgage into the title.

Whenever used herein the terms "Grantor" and "Grantee" are used for singular and plural, as context requires.

IN WITNESS WHEREOF, Grantor signed and sealed this Deed the day and year first above written.

Signed, sealed and delivered
in the presence of:

GRANTOR:

_____
SIGNATURE

_____
Walter R. Ucci

DANIEL GASS
NAME PRINTED, TYPEWRITTEN OR STAMPED

Dorciane Polito
_____
SIGNATURE

_____
Yvonne R. Ucci

Dorciane Polito
NAME PRINTED, TYPEWRITTEN OR STAMPED


STATE OF FLORIDA
COUNTY OF _Broward_

The foregoing instrument was acknowledged before me this _28_ day of March, 2011, by Walter R. Ucci and Yvonne R. Ucci, ☒ who are personally known to me **or** ☐ who produced _____ as identification, and acknowledged before me that the same was executed freely and voluntarily for the purposes therein expressed.

_____
Notary Public


My Commission Expires:

DORCIANE POLITO
MY COMMISSION # DD 919696
EXPIRES: October 7, 2013
Bonded Thru Notary Public Underwriters

# EXHIBIT

# E - 37

Case 2:09-md-02047-EEF-MBN Document 18604 Filed 04/06/15 Page 50 of 109



*Gary R. Nikolits, CFA*

# Property Appraiser

*Palm Beach County*

Homestead Exemption  E-file ▶




| | |
|---|---|
| Location Address | 17910 MONTE VISTA DR |
| Municipality | UNINCORPORATED |
| Parcel Control Number | 00-42-46-31-07-007-0200 |
| Subdivision | OAKS AT BOCA RATON PL 6 |
| Official Records Book | 26882    Page 1020 |
| Sale Date | JUN-2014 |
| Legal Description | OAKS AT BOCA RATON PL 6 LT 20 BLK G1 |

### Owners
E TRADE BANK

### Mailing address
17910 MONTE VISTA DR
BOCA RATON FL 33496 1054

| Sales Date | Price | OR Book/Page | Sale Type | Owner |
|---|---|---|---|---|
| JUN-2014 | $715,100 | 26882 / 1020 | CERT OF TITLE | E TRADE BANK |
| AUG-2006 | $1,345,616 | 20807 / 1352 | WARRANTY DEED | RESNICK JONATHAN & |
| FEB-2005 | $0 | 19073 / 0548 | WARRANTY DEED | ALBANESE POPKIN DEVELOPMENT GRP LP |

No Exemption Information Available.

| | | | |
|---|---|---|---|
| Number of Units | 1 | *Total Square Feet | 7021    Acres 0.27 |
| Use Code | 0100 - SINGLE FAMILY | Zoning | AGR-PUD - Agricultural Reserve PUD ( 00-UNINCORPORATED ) |

| Tax Year | 2014 | 2013 | 2012 |
|---|---|---|---|
| Improvement Value | $862,541 | $741,938 | $723,788 |
| Land Value | $200,000 | $137,700 | $172,125 |
| Total Market Value | $1,062,541 | $879,638 | $895,913 |

All values are as of January 1st each year

| Tax Year | 2014 | 2013 | 2012 |
|---|---|---|---|
| Assessed Value | $1,062,541 | $879,638 | $895,913 |
| Exemption Amount | $0 | $50,000 | $50,000 |
| Taxable Value | $1,062,541 | $829,638 | $845,913 |

| Tax Year | 2014 | 2013 | 2012 |
|---|---|---|---|
| Ad Valorem | $19,976 | $15,840 | $16,392 |
| Non Ad Valorem | $361 | $355 | $373 |
| Total tax | $20,337 | $16,195 | $16,765 |



CFN 20140239009
OR BK 26882 PG 1020
RECORDED 06/27/2014 15:06:00
Palm Beach County, Florida
AMT 715,100.00
Doc Stamp 5,005.70
Sharon R. Bock,CLERK & COMPTROLLI
Pgs 1020 - 1021; (2pgs)

# IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT OF THE STATE OF FLORIDA, IN AND FOR PALM BEACH COUNTY
## CIVIL DIVISION

E*TRADE BANK

    Plaintiff,

vs.

JONATHAN RESNICK A/K/A
JONATHAN S. RESNICK, et al.

    Defendant(s),

Case No:50-2010-CA-012365-XXXX-MB

Division: **Civil Division**

### CERTIFICATE OF TITLE

The undersigned Clerk of the Court certifies that (s)he executed and filed a Certificate of Sale in this action on the day of _____JUN 0 9 2014_____:, for the property described herein and that no objections to the sale have been filed within the time allowed for filing such objections.

The following property in PALM BEACH County, Florida, Parcel ID #:

LOT 20, BLOCK G1, OAKS AT BOCA RATON PLAT SIX, ACCORDING TO THE PLAT THEREOF, RECORDED IN PLAT BOOK 103, PAGES 57 THRU 63, INCLUSIVE, OF THE PUBLIC RECORDS OF PALM BEACH COUNTY, FLORIDA.

**A/K/A**

17910 Monte Vista Dr.
Boca Raton, FL 33496

was sold to **E*TRADE Bank**, whose mailing address is: 4425 Ponce De Leon, 5th Floor Coral Gables, FL 33146

WITNESS my hand and official seal of the Court on _____ day of JUN 2 7, 2014.

CLERK OF THE COURT   **SHARON R. BOCK**
                                   **Clerk & Comptroller**

By

    Deputy Clerk   VERONICA MITCHELL

cc:
Law Offices of Daniel C. Consuegra
9204 King Palm Drive
Tampa, FL 33619-1328

ALL PARTIES ON ATTACHED MASTER CIVIL SERVICE LIST

89459-AAZ-APPEAL /hac

## MASTER CIVIL SERVICE LIST

Law Offices of Daniel C. Consuegra, P.L.
9204 King Palm Drive
Tampa, FL 33619
AttorneyNotice@Consuegralaw.com

Jonathan Resnick a/k/a Jonathan S. Resnick
Robert A. Sweetapple, Esq., Sweetapple Broeker & Varkas, PL
20 S.E. 3rd St
Boca Raton, FL 33432
pleadings@sweetapplelaw.com;

Diane Resnick a/k/a Diane N. Resnick
Robert A. Sweetapple, Esq., Sweetapple Broeker & Varkas, PL
20 S.E. 3rd St
Boca Raton, FL 33432
pleadings@sweetapplelaw.com;

Mortgage Electronic Registration Systems, Incorporated, as nominee for BAC Home Loans
Servicing, LP
NATALIE F. GUERRA-VALDES, BLANK ROME, LLP
1200 N. FEDERAL HWY STE 312
BOCA RATON , FL 33432
nvaldes@blankrome.com;

The Oaks at Boca Raton Property Owners' Association, Inc.
PAULA S. MARRA, ESQ , SACHS SAX CAPLAN
6111 BROKEN SOUND PKWY NW #200
Boca Raton, FL 33487

89459-AAZ-APPEAL /hac

# EXHIBIT

# E - 38



| Site Address | 3096 JUNIPER LANE, DAVIE | ID # | 5040 24 06 0980 |
|---|---|---|---|
| Property Owner | TUDE,ALEXANDRE & ANA PAULA M | Millage | 2412 |
| Mailing Address | 3096 JUNIPER LN DAVIE FL 33330 | Use | 01 |

| Abbreviated Legal Description | LONG LAKE RANCHES PLAT THREE 174-61 B LOT 338 |
|---|---|

**The just values displayed below were set in compliance with Sec. 193.011, Fla. Stat., and include a reduction for costs of sale and other adjustments required by Sec. 193.011(8).**

**Property Assessment Values**
**Click here to see 2014 Exemptions and Taxable Values as reflected on the Nov. 1, 2014 tax bill.**

| Year | Land | Building | Just / Market Value | Assessed / SOH Value | Tax |
|---|---|---|---|---|---|
| 2015 | $179,980 | $474,020 | $654,000 | $654,000 | |
| 2014 | $179,980 | $474,020 | $654,000 | $654,000 | $14,609.75 |
| 2013 | $179,980 | | $179,980 | $179,980 | $4,435.16 |

**IMPORTANT:** The 2015 values currently shown are "roll over" values from 2014. These numbers will change frequently online as we make various adjustments until they are finalized on June 1. Please check back here AFTER June 1, 2015, to see the actual proposed 2015 assessments and portability values.

**2015 Exemptions and Taxable Values by Taxing Authority**

| | County | School Board | Municipal | Independent |
|---|---|---|---|---|
| Just Value | $654,000 | $654,000 | $654,000 | $654,000 |
| Portability | 0 | 0 | 0 | 0 |
| Assessed/SOH  15 | $654,000 | $654,000 | $654,000 | $654,000 |
| Homestead  100% | $25,000 | $25,000 | $25,000 | $25,000 |
| Add. Homestead | $25,000 | 0 | $25,000 | $25,000 |
| Wid/Vet/Dis | 0 | 0 | 0 | 0 |
| Senior | 0 | 0 | 0 | 0 |
| Exempt Type | 0 | 0 | 0 | 0 |
| Taxable | $604,000 | $629,000 | $604,000 | $604,000 |

| Sales History | | | | Land Calculations | | |
|---|---|---|---|---|---|---|
| Date | Type | Price | Book/Page or CIN | Price | Factor | Type |
| 4/18/2014 | WD-Q | $1,325,000 | 112264598 | $5.00 | 35,996 | SF |
| 1/5/2014 | QCD-T | $100 | 112149809 | | | |
| 9/16/2013 | SWD-D | $654,000 | 111816901 | | | |
| 7/19/2012 | CET-D | $630,600 | 48984 / 477 | | | |
| 7/27/2006 | SWD | $1,696,700 | 42542 / 1378 | Adj. Bldg. S.F. (Card, Sketch) | | 5894 |
| | | | | Units | | 1 |

**Special Assessments**

| Fire | Garb | Light | Drain | Impr | Safe | Storm | Clean | Misc |
|---|---|---|---|---|---|---|---|---|
| 24 | D | | B | | | | | |

| R | 1 | | | B | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | |

CFN # 110932790, OR BK 48984  Page 477, Page  1 of 2, Recorded 08/09/2012 at
09:34 AM, Broward County Commission, Doc D $4414.20 Deputy Clerk 3110

Case 2:09-md-02047-EEF-MBN  Document 18604  Filed 04/06/15  Page 56 of 109

## In the Circuit Court of the Seventeenth Judicial Circuit
## In and for Broward County, Florida

WELLS FARGO BANK NA
Plaintiff

VS.

PATTERSON, GARY ;  PATTERSON, NICOLE ;  LONG LAKE
RANCHES WEST HO ASSN INC
Defendant

CACE-11-011770
Division:  11

### Certificate of Title

The undersigned, Howard C. Forman, Clerk of the Court, certifies that he executed and filed a certificate of sale in this action on July 19, 2012, for the property described herein and that no objections to the sale have been filed within the time allowed for filing objections.

The following property in Broward County, Florida:

- SEE ATTACHMENT -

Was sold to: WELLS FARGO BANK, NA
c/o Wells Fargo Home Mortgage, 3476 Stateview Blvd. Fort Mill, SC, 29715

Witness my hand and the seal of this court on July 31, 2012.

Howard C. Forman, Clerk of Circuit Courts
Broward County, Florida

Total consideration: $630,600.00
Doc Stamps: $4,414.20

CIRCUIT CIVIL 2012 JUL 31 AM 8:03 FILED FOR RECORD CLERK OF CIRCUIT COURT BROWARD COUNTY, FLA.

LOT 338, OF LONG LAKE RANCHES PLAT THREE, ACCORDING TO THE PLAT THEREOF, RECORDED IN PLAT BOOK 174, AT PAGE 61, OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA.

Property address: 3096 JUNIPER LANE, DAVIE, FL 33330-1372

THIS IS NOT AN OFFICIAL COPY

CIRCUIT CIVIL 2012 JUL 31 AM 8:03 FILED FOR RECORD CLERK OF CIRCUIT COURT BROWARD COUNTY, FLA.

# EXHIBIT

# E - 39

Case 2:09-md-02047-EEF-MBN Document 18604 Filed 04/06/15 Page 59 of 109




*Gary R. Nikolits, CFA*

# Property Appraiser

*Palm Beach County*

Homestead Exemption   **E-file ▶**

| | |
|---|---|
| Location Address | 8751 THORNBROOK TERRACE PT |
| Municipality | UNINCORPORATED |
| Parcel Control Number | 00-42-45-32-03-000-1070 |
| Subdivision | CANYON ISLES PL 2 |
| Official Records Book | 24937 |
| Page | 968 |
| Sale Date | DEC-2011 |
| Legal Description | CANYON ISLES PL 2 LT 107 |

### Owners
OCONNOR CONSTANCE L

### Mailing address
8751 THORNBROOK TERRACE PT
BOYNTON BEACH FL 33473 4879

| Sales Date | Price | OR Book/Page | Sale Type | Owner |
|---|---|---|---|---|
| DEC-2011 | $630,360 | 24937 / 0968 | WARRANTY DEED | OCONNOR CONSTANCE L |
| SEP-2006 | $1,210,473 | 20840 / 1381 | WARRANTY DEED | PATCHING TREVOR & |

| Exemption Applicant/Owner | Year | Detail |
|---|---|---|
| OCONNOR CONSTANCE L | 2015 | |

| | | | |
|---|---|---|---|
| Number of Units | 1 | *Total Square Feet | 6970 | Acres 0.42 |
| Use Code | 0100 - SINGLE FAMILY | Zoning | AGR-PUD - Agricultural Reserve PUD ( 00-UNINCORPORATED ) |

| Tax Year | 2014 | 2013 | 2012 |
|---|---|---|---|
| Improvement Value | $511,714 | $448,816 | $420,085 |
| Land Value | $129,538 | $129,538 | $114,635 |
| Total Market Value | $641,252 | $578,354 | $534,720 |

All values are as of January 1st each year

| Tax Year | 2014 | 2013 | 2012 |
|---|---|---|---|
| Assessed Value | $587,029 | $578,354 | $534,720 |
| Exemption Amount | $50,000 | $50,000 | $0 |
| Taxable Value | $537,029 | $528,354 | $534,720 |

| Tax Year | 2014 | 2013 | 2012 |
|---|---|---|---|
| Ad Valorem | $10,286 | $10,156 | $10,239 |
| Non Ad Valorem | $361 | $355 | $373 |
| Total tax | $10,647 | $10,511 | $10,612 |

Prepared by:
**Universal Land Title, LLC**
Cynthia King
1926 10th Avenue North, Suite 204
Lake Worth, FL 33461
Return to:
Universal Land Title, LLC
1926 10th Avenue North, Suite 204
Lake Worth, FL 33461
File Number: **22-32690ss**

CFN 20120002552
OR BK 24937 PG 0968
RECORDED 01/04/2012 15:36:33
Palm Beach County, Florida
AMT 630,360.00
Doc Stamp 4,412.80
Sharon R. Bock,CLERK & COMPTROLLER
Pg 0968; (1pg)

(Space Above This Line For Recording Data)

**Warranty Deed**

**This Warranty Deed** made this **30th day of December, 2011**, by **Trevor Patching and Karen Patching, husband and wife**, whose post office address is **6858 Finamore Circle, Lake Worth, FL 33467** grantor, to **Constance L. O'Connor,** *a married woman* whose post office address is _8751 Thornbrook Terrace_ grantee:

_Pointe, Boynton Beach, Fl_
_33437_

(Whenever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, trusts and trustees)

**Witnesseth,** that said grantor, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained, and sold to the said grantee, and grantee's heirs and assigns forever, the following described land, situate, lying and being in the **Palm Beach County, Florida**, to-wit:

Lot 107, Canyon Isles - Plat Two., according to the plat recorded in Plat Book 105, Pages 40 through 43, as recorded in the Public Records of Palm Beach County, Florida.

**Parcel Identification Number:** 00-42-45-32-03-000-1070

**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**To Have and to Hold,** the same in fee simple forever.

**And** the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes for  the year of closing and subsequent years, restrictions, reservations, covenants and easements of record, if any.

**In Witness Whereof,** grantor has hereunto set grantor's hand and seal the day and year first above written.

Signed, sealed and delivered in our presence:

Witness Name:
Printed Name: John Durante

Trevor Patching

Witness Name:
Printed Name: Kelly Newell

Karen Patching

State of _Florida_
County of _Palm Beach_

The foregoing instrument was acknowledged before me this _16_ day of _December_, 20 _11_, by **Trevor Patching and Karen Patching, husband and wife,** who (__) are personally known to me or (__) have produced _F D L_ as identification.

Notary Public
Printed Name: _____
My Commission Expires: _____

KELLY NEWELL
MY COMMISSION # DD 763742
EXPIRES: March 2, 2012
Bonded Thru Notary Public Underwriters

# EXHIBIT

# E - 40



| Site Address | 11528 WATER OAK PLACE, DAVIE | ID # | 5040 24 06 0520 |
|---|---|---|---|
| Property Owner | BONNEAU,DENNIS<br>BONNEAU,LEAH | Millage | 2412 |
| Mailing Address | 11528 WATER OAK PL DAVIE FL 33330 | Use | 01 |

| Abbreviated Legal Description | LONG LAKE RANCHES PLAT THREE 174-61 B LOT 292 |
|---|---|

**The just values displayed below were set in compliance with Sec. 193.011, Fla. Stat., and include a reduction for costs of sale and other adjustments required by Sec. 193.011(8).**

### Property Assessment Values
**Click here to see 2014 Exemptions and Taxable Values as reflected on the Nov. 1, 2014 tax bill.**

| Year | Land | Building | Just / Market Value | Assessed / SOH Value | Tax |
|---|---|---|---|---|---|
| 2015 | $145,750 | $835,950 | $981,700 | $981,700 | |
| 2014 | $145,750 | $843,170 | $988,920 | $988,920 | $21,804.25 |
| 2013 | $145,750 | $813,660 | $959,410 | $857,840 | $18,277.00 |

**IMPORTANT:** The 2015 values currently shown are "roll over" values from 2014. These numbers will change frequently online as we make various adjustments until they are finalized on June 1. Please check back here AFTER June 1, 2015, to see the actual proposed 2015 assessments and portability values.

### 2015 Exemptions and Taxable Values by Taxing Authority

| | County | School Board | Municipal | Independent |
|---|---|---|---|---|
| Just Value | $981,700 | $981,700 | $981,700 | $981,700 |
| Portability | 0 | 0 | 0 | 0 |
| Assessed/SOH | $981,700 | $981,700 | $981,700 | $981,700 |
| Homestead | 0 | 0 | 0 | 0 |
| Add. Homestead | 0 | 0 | 0 | 0 |
| Wid/Vet/Dis | 0 | 0 | 0 | 0 |
| Senior | 0 | 0 | 0 | 0 |
| Exempt Type | 0 | 0 | 0 | 0 |
| Taxable | $981,700 | $981,700 | $981,700 | $981,700 |

### Sales History

| Date | Type | Price | Book/Page or CIN |
|---|---|---|---|
| 7/24/2014 | WD-Q | $1,390,000 | 112459106 |
| 4/28/2006 | SWD | $1,440,500 | 41990 / 1099 |
| 2/23/2004 | SW* | $2,807,100 | 37015 / 1893 |
| | | | |
| | | | |

* Denotes Multi-Parcel Sale (See Deed)

### Land Calculations

| Price | Factor | Type |
|---|---|---|
| $3.50 | 40,010 | SF |
| $0.51 | 11,215 | SF |
| | | |
| | | |

**Adj. Bldg. S.F.** (Card, Sketch)   6960

**Units**   1

### Special Assessments

| Fire | Garb | Light | Drain | Impr | Safe | Storm | Clean | Misc |
|---|---|---|---|---|---|---|---|---|

Case 2:09-md-02047-EEF-MBN   Document 18604   Filed 04/06/15   Page 63 of 109

| 24 | D | | B | | | | | |
|----|---|---|---|---|---|---|---|---|
| R | 1 | | B | | | | | |
| 1 | | | | | | | | |

THIS INSTRUMENT PREPARED BY AND RETURN TO:
**Investment Trust Title LLC**
**14125 NW 80ᵗʰ Ave Ste 403**
**Miami Lakes Fl. 33016**
**305-456-8354**
Property Appraisers Parcel Identification (Folio) Numbers: **5040 24 06 0520**

_____ Space Above This Line For Recording Data _____

**THIS WARRANTY DEED,** made the 24th day of July, 2014 by **JEROME PALAZZOLO** and **MICHELLE PALAZZOLO, HUSBAND AND WIFE,** whose post office address is **901 SW 9TH TERRACE, FORT LAUDERDALE, FL 33315** herein called the grantors, to **DENNIS BONNEAU** and **LEAH BONNEAU, HUSBAND AND WIFE,** whose post office address is **11528 WATER OAK PLACE, DAVIE, FL 33330,** hereinafter called the Grantees:
*(Wherever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)*

**W I T N E S S E T H :** That the grantors, for and in consideration of the sum of TEN AND 00/100'S ($10.00) Dollars and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the grantee all that certain land situate in BROWARD County, State of Florida, viz.:

**Lot 292, Long Lake Ranches Plat Three, according to the Plat thereof, recorded in Plat Book 174, Page(s) 61, of the Public Records of Broward County, Florida**

**AKA 11528 WATER OAK PLACE DAVIE, FL 33330**

**Subject to easements, restrictions and reservations of record and taxes for the year 2014 and thereafter.**

**TOGETHER,** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**TO HAVE AND TO HOLD,** the same in fee simple forever.

**AND,** the grantors hereby covenant with said grantees that the grantors are lawfully seized of said land in fee simple; that the grantors have good right and lawful authority to sell and convey said land, and hereby warrant the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to December 31, 2013.

**IN WITNESS WHEREOF,** the said grantors have signed and sealed these presents the day and year first above written.

File No: **IT14-163**

2nd page of Deed

Signed, sealed and delivered in the presence of:

_____          _____
Witness #1 Signature                      JEROME PALAZZOLO

_____          _____
Witness #1 Printed Name                   MICHELLE PALAZZOLO

_____
Witness #2 Signature

_____
Witness #2 Printed Name

STATE OF FLORIDA
COUNTY OF Broward

The foregoing instrument was acknowledged before me this 24th day of July, 2014 by JEROME PALAZZOLO and MICHELLE PALAZZOLO who are personally known to me or have produced _____ as identification.

**SEAL**

MARK BOOKSTEIN
Notary Public - State of Florida
My Comm. Expires May 10, 2018
Commission # FF 119668

_____
Notary Public

_____
Printed Notary Name

My Commission Expires:

File No: **IT14-163**

# EXHIBIT

# E - 41





*Gary R. Nikolits, CFA*       Homestead Exemption   **E-file** ▶

# Property Appraiser
*Palm Beach County*

| | |
|---|---|
| Location Address | 17894 MONTE VISTA DR |
| Municipality | UNINCORPORATED |
| Parcel Control Number | 00-42-46-31-07-007-0220 |
| Subdivision | OAKS AT BOCA RATON PL 6 |
| Official Records Book | 26603          Page 1 |
| Sale Date | FEB-2014 |
| Legal Description | OAKS AT BOCA RATON PL 6 LT 22 BLK G1 |

| Owners | Mailing address |
|---|---|
| HENG WANG <br> YUN DUAN & | 17894 MONTE VISTA DR <br> BOCA RATON FL 33496 1054 |

| Sales Date | Price | OR Book/Page | Sale Type | Owner |
|---|---|---|---|---|
| FEB-2014 | $1,185,000 | 26603 / 0001 | WARRANTY DEED | YUN DUAN & |
| AUG-2007 | $1,500,000 | 22070 / 1190 | WARRANTY DEED | GRAJALES BEATRIZ |
| FEB-2005 | $0 | 19073 / 0548 | WARRANTY DEED | ALBANESE POPKIN DEVELOPMENT GRP LP |

No Exemption Information Available.

| | | | |
|---|---|---|---|
| Number of Units | 1 | *Total Square Feet | 7021          Acres  0.23 |
| Use Code | 0100 - SINGLE FAMILY | Zoning | AGR-PUD - Agricultural Reserve PUD ( 00-UNINCORPORATED ) |

| Tax Year | 2014 | 2013 | 2012 |
|---|---|---|---|
| Improvement Value | $859,501 | $738,733 | $720,460 |
| Land Value | $200,000 | $137,700 | $172,125 |
| Total Market Value | $1,059,501 | $876,433 | $892,585 |

All values are as of January 1st each year

| Tax Year | 2014 | 2013 | 2012 |
|---|---|---|---|
| Assessed Value | $288,485 | $284,222 | $278,956 |
| Exemption Amount | $50,000 | $50,000 | $50,000 |
| Taxable Value | $238,485 | $234,222 | $228,956 |

| Tax Year | 2014 | 2013 | 2012 |
|---|---|---|---|
| Ad Valorem | $4,674 | $4,608 | $4,579 |
| Non Ad Valorem | $361 | $355 | $373 |
| Total tax | $5,035 | $4,963 | $4,952 |

THIS INSTRUMENT PREPARED BY AND RETURN TO:
**MARIUS J. GED, ESQUIRE**
Ellis, Ged & Bodden, P.A.
7171 North Federal Hwy
Boca Raton, Florida 33487
Our File No.: 92-13122

Property Appraisers Parcel Identification (Folio) Number: 00-42-46-31-07-007-0220

Florida Documentary Stamps in the amount of $8,295.00 have been paid hereon.

```
CFN 20140046893
OR BK 26603 PG 0001
RECORDED 02/07/2014 15:38:25
Palm Beach County, Florida
AMT 1,185,000.00
Doc Stamp 8,295.00
Sharon R. Bock,CLERK & COMPTROLLER
Pg 0001; (1pg)
```

_____SPACE ABOVE THIS LINE FOR RECORDING DATA_____

# *WARRANTY DEED*

**THIS WARRANTY DEED**, made the 7th day of **February**, 2014 by Beatriz Grajales, an unremarried widow, whose post office address is 17894 Monte Vista Drive, Boca Raton, FL 33496 herein called the Grantor, to **Duan Yun, a married woman and Wang Heng, a single man** whose post office address is 17894 Monte Vista Drive, Boca Raton, FL 33496, hereinafter called the Grantees:

*(Wherever used herein the terms "Grantor" and "Grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)*

**W I T N E S S E T H:** That the Grantor, for and in consideration of the sum of TEN AND 00/100'S ($10.00) Dollars and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the Grantee all that certain land situate in PALM BEACH County, State of Florida, viz.:

Lot 22, Block G1, Oaks at Boca Raton Plat Six, according to the map or plat thereof, as recorded in Plat Book 103, Page(s) 57 through 63, inclusive, of the Public Records of Palm Beach County, Florida.

Subject to easements, restrictions and reservations of record and taxes for the year 2014 and thereafter.

**TOGETHER,** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**TO HAVE AND TO HOLD,** the same in fee simple forever.

**AND,** the Grantor hereby covenants with said Grantees that the Grantor is lawfully seized of said land in fee simple; that the Grantor has good right and lawful authority to sell and convey said land, and hereby warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to December 31, 2013.

**IN WITNESS WHEREOF,** the said Grantor has signed and sealed these presents the day and year first above written.

Signed, sealed and delivered in the presence of:

_____
Witness #1 Signature

ShARon D. Smith
Witness #1 Printed Name

_____
Witness #2 Signature

NORMA CRUZ
Witness #2 Printed Name

_____
Beatriz Grajales

**STATE OF FLORIDA**
**COUNTY OF PALM BEACH**

The foregoing instrument was acknowledged before me this 7th day of February, 2014, by Beatriz Grajales who is personally known to me or has produced Florida DRIVER's LICENSE as identification and ☐ did ☐ did not take an oath.

**SEAL**

```
SHARON D. SMITH
MY COMMISSION # EE 085176
EXPIRES: May 10, 2015
Bonded Thru Notary Public Underwriters
```

My commission expires:

_____
Notary Public

ShARon D. Smith
Printed Notary Name

File No.: **92-13122**

LTF

# EXHIBIT

# E - 42



| Site Address | 12337 NW 69 COURT, PARKLAND | ID # | 4841 06 15 3200 |
|---|---|---|---|
| Property Owner | SARKAR,MANJINDER & SADHAN | Millage | 3012 |
| Mailing Address | 12337 NW 69 CT PARKLAND FL 33076 | Use | 01 |

| Abbreviated Legal Description | HERON BAY EAST 169-105 B LOT 5 BLK L |
|---|---|

**The just values displayed below were set in compliance with Sec. 193.011, Fla. Stat., and include a reduction for costs of sale and other adjustments required by Sec. 193.011(8).**

### Property Assessment Values
**Click here to see 2014 Exemptions and Taxable Values as reflected on the Nov. 1, 2014 tax bill.**

| Year | Land | Building | Just / Market Value | Assessed / SOH Value | Tax |
|---|---|---|---|---|---|
| 2015 | $333,170 | $1,222,410 | $1,555,580 | $1,407,850 | |
| 2014 | $333,170 | $1,090,830 | $1,424,000 | $1,396,680 | $28,230.72 |
| 2013 | $333,170 | $534,650 | $867,820 | $867,820 | $18,716.91 |

**IMPORTANT:** The 2015 values currently shown are "roll over" values from 2014. These numbers will change frequently online as we make various adjustments until they are finalized on June 1. Please check back here AFTER June 1, 2015, to see the actual proposed 2015 assessments and portability values.

### 2015 Exemptions and Taxable Values by Taxing Authority

| | County | School Board | Municipal | Independent |
|---|---|---|---|---|
| Just Value | $1,555,580 | $1,555,580 | $1,555,580 | $1,555,580 |
| Portability | 0 | 0 | 0 | 0 |
| Assessed/SOH  14 | $1,407,850 | $1,407,850 | $1,407,850 | $1,407,850 |
| Homestead  100% | $25,000 | $25,000 | $25,000 | $25,000 |
| Add. Homestead | $25,000 | 0 | $25,000 | $25,000 |
| Wid/Vet/Dis | 0 | 0 | 0 | 0 |
| Senior | 0 | 0 | 0 | 0 |
| Exempt Type | 0 | 0 | 0 | 0 |
| Taxable | $1,357,850 | $1,382,850 | $1,357,850 | $1,357,850 |

| Sales History | | | | Land Calculations | | |
|---|---|---|---|---|---|---|
| Date | Type | Price | Book/Page or CIN | Price | Factor | Type |
| 6/20/2013 | WD-Q | $1,600,000 | 111624246 | $16.50 | 19,999 | SF |
| 9/28/2006 | SWD | $1,461,600 | 42889 / 1278 | $0.51 | 6,258 | SF |
| | | | | | | |
| | | | | | | |
| | | | | Adj. Bldg. S.F. (Card, Sketch) | | 6958 |
| | | | | Units/Beds/Baths | | 1/5/4.5 |

### Special Assessments

| Fire | Garb | Light | Drain | Impr | Safe | Storm | Clean | Misc |
|---|---|---|---|---|---|---|---|---|
| 30 | G | | | NH | | | | |

12337 NW 69 COURT

Case 2:09-md-02047-EEF-MBN   Document 18604   Filed 04/06/15   Page 71 of 109

| R | 1 | | | NH | | | | |
|---|---|---|---|----|---|---|---|---|
| 1 | | | | .6 | | | | |

INSTR # 111624246, OR BK 49919 PG 1055, Page 1 of 2, Recorded 06/24/2013 at 02:14 PM, Broward County Commission, Doc D: $31200.00 Deputy Clerk 5010

Case 2:09-md-02047-EEF-MBN Document 18604 Filed 04/06/15 Page 72 of 109

THIS INSTRUMENT PREPARED BY AND RETURN TO:

First United Title & Escrow, Inc.
318 SE 8th Street
Fort Lauderdale, FL 33316
Property Appraisers Parcel Identification (Folio) Numbers: **4841 06 15 3200**

_____ Space Above This Line For Recording Data _____

**THIS WARRANTY DEED,** made the **20th** day of **June, 2013** by **Adi Maya, a married man, joined by his spouse, Anita Jane Cipolla-Maya,** whose post office address is **11247 NW 68th Place, Parkland, FL 33076,** herein called the grantors, to **Sadhan Sarkar and Manjinder Sarkar, husband and wife,** whose post office address is **12337 NW 69th Court, Parkland, FL 33076,** hereinafter called the Grantees:
*(Wherever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)*

**W I T N E S S E T H:** That the grantor, for and in consideration of the sum of TEN AND 00/100'S ($10.00) Dollars and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the grantee all that certain land situate in Broward County, State of Florida, viz.:

Lot 5, Block L, HERON BAY EAST, according to the Plat thereof, as recorded in Plat Book 169, Page 105 thru 122, of the Public Records of Broward County, Florida.

Subject to easements, restrictions and reservations of record and taxes for the year 2013 and thereafter.

**TOGETHER,** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**TO HAVE AND TO HOLD,** the same in fee simple forever.

**AND,** the grantor hereby covenants with said grantees that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land, and hereby warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to December 31, 2012.

**IN WITNESS WHEREOF,** the said grantor has signed and sealed these presents the day and year first above written.

Signed, sealed and delivered in the presence of:

_____
Witness #1 Signature

Lisa Aprea
Witness #1 Printed Name

_____
Witness #2 Signature

Rob Zoba
Witness #2 Printed Name

_____
Adi Maya

**STATE OF FLORIDA**
**COUNTY OF BROWARD**

The foregoing instrument was acknowledged before me this **20** day of June, 2013 by Adi Maya, who is personally known to me or has produced _FL DRIVERS License_ as identification.

SEAL

LISA APREA
MY COMMISSION # EE 849140
EXPIRES: December 2, 2016
Bonded Thru Budget Notary Services

_____
Notary Public

_____
Printed Notary Name

My Commission Expires:

File No: **01-1952**

Signed, sealed and delivered in the presence of:

_____
Witness #1 Signature

_____
Witness #1 Printed Name
Robert Zba

_____
Witness #2 Signature
Lisa Aprea

_____
Witness #2 Printed Name
LISA Aprea

_____
Anita Jane Cipolla-Maya

**STATE OF FLORIDA**
**COUNTY OF BROWARD**

The foregoing instrument was acknowledged before me this 20 day of June, 2013 by Anita Jane Cipolla-Maya, who is personally known to me or has produced FL Drivers License as identification.

**SEAL**

THIS IS NOT AN OFFICIAL COPY

LISA APREA
MY COMMISSION # EE 849140
EXPIRES: December 2, 2016
Bonded Thru Budget Notary Services

_____
Notary Public

_____
Printed Notary Name

My Commission Expires:

File No: **01-1952**

# EXHIBIT

# E - 43

# Martin County, Florida
# Laurel Kelly, C.F.A

*generated on 3/20/2015 12:23:46 PM EDT*

## Summary

| Parcel ID | Account # | Unit Address | Market Total Value | Website Updated |
|---|---|---|---|---|
| 16-38-40-000-000-00013-0 | 916536 | 2530 SW BOAT RAMP AVE, PALM CITY | $248,900 | 3/14/2015 |

### Owner Information

| | |
|---|---|
| **Owner(Current)** | FREY PHILIP JR (TR) |
| **Owner/Mail Address** | 5005 SE WILLIAMS WAY STUART FL 34994 |
| **Sale Date** | 9/4/2014 |
| **Document Book/Page** | 2741 2946 |
| **Document No.** | 2477293 |
| **Sale Price** | 1955300 |

### Location/Description

| | | | |
|---|---|---|---|
| **Account #** | 916536 | **Map Page No.** | K-16A |
| **Tax District** | 5005 | **Legal Description** | PART OF THE E 1/2 OF N 1/2 OF NE 1/4 OF NE 1/4 OF SEC 16 LESS THE FOLLOWING: BEG NE COR SEC 16, S 348.51, W 621.97, N 348.79 TO N SEC LINE & E 622.07 TO POB |
| **Parcel Address** | 2530 SW BOAT RAMP AVE, PALM CITY | | |
| **Acres** | 4.9800 | | |

### Parcel Type

| | |
|---|---|
| **Use Code** | 0100 Single Family |
| **Neighborhood** | 640000 Palm City Farms |

### Assessment Information

| | |
|---|---|
| **Market Land Value** | $139,440 |
| **Market Improvement Value** | $109,460 |
| **Market Total Value** | $248,900 |

# Martin County, Florida
# Laurel Kelly, C.F.A

*generated on 3/16/2015 1:43:36 PM EDT*

## Improvements

| Parcel ID | Account # | Unit Address | Market Total Value | Website Updated |
|---|---|---|---|---|
| 16-38-40-000-000-00013-0 | 916536 | 2530 SW BOAT RAMP AVE, PALM CITY | $248,900 | 3/14/2015 |

### Improvements

| Imp. Type Code | Imp. Type Desc. | Build No. | Improve No. | Year Built | Grade | Floor Area | Imp. Size |
|---|---|---|---|---|---|---|---|
| DWELL | Dwelling | R03 | D | 2007 | Gd | 5,969 | |
| ATTGAR | Attached Garage | R03 | G01 | 0000 | Gd | | 970 |
| STEELUTL | General Purpose Bldg Steel Fra | R01 | 01 | 2006 | Avg | | 4,000 |
| STEELUTL | General Purpose Bldg Steel Fra | R02 | 01 | 2006 | Avg | | 288 |
| MISC | Miscellaneous | R03 | 01 | 2007 | Gd | | 52 |
| POLEBLDG | General Purpose Bldg Wood Pole | R01 | 02 | 2006 | Avg | | 14,504 |
| POLEBLDG | General Purpose Bldg Wood Pole | R02 | 02 | 2006 | Avg | | 1,008 |
| MISC | Miscellaneous | R03 | 02 | 2007 | Gd | | 40 |
| POOL | Residential Pool In Ground | R03 | 03 | 2007 | Gd | | 450 |
| POOLENC | Residential Pool Enclosure | R03 | 04 | 2007 | Gd | | 2,987 |
| PAV | Residential Paving | R03 | 05 | 2007 | Gd | | 0 |
| FENCERES | Residential Fencing | R03 | 06 | 2007 | Gd | | 0 |

INSTR # 2477293 OR BK 2741 PG 2946 RECD 09/23/2014 09:45:14 AM
(3 Pgs)
CAROLYN TIMMANN MARTIN COUNTY CLERK
DEED DOC $13,687.10, MTG DOC $0.00, INTANGIBLE $0.00

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
OF FLORIDA, IN AND FOR MARTIN COUNTY, FLORIDA

CASE NUMBER: 09 - 218 CA

National City Bank, Successor By Merger to
Harbor Federal Savings Bank
(now Philip J. Frey, Jr. as trustee of the Frey Living Trust dated March 20, 1996)
Plaintiff,

vs.

Terry A. Gropp,
Hillary Gropp, and
Philip Frey, Jr. as Trustee of the Frey Charitable Trust dated September 24, 2004
Defendants,

_____,

Philip Frey, Jr. as Trustee of the Frey Charitable Trust dated September 24, 2004
Cross-Plaintiff

vs.

Terry A. Gropp and Hillary Gropp,
Cross- Defendants

_____,

## CERTIFICATE OF TITLE

The undersigned, Clerk of the above entitled Court, certifies that she executed and filed a
Certificate of Sale in this action on September ___4___, 2014, for the property described
herein:

The following property in Martin County, Florida described as follows:

The east one-half of the north one-half of the northeast quarter of the northeast
quarter of Section 16, Township 38 South, Range 40 East, Martin County, Florida;

Less and except the following:

Beginning at the northeast corner of said Section 16,

Thence run south 00° 04' 09" east along the east line of said Section 16 a
distance of 348.51 feet to a point;

Thence run north 89° 38' 30" west a distance of 621.97 feet to a point;

Page 1 of 3

Thence run north 00° 05' 02" west a distance of 348.79 feet to a point on the north line of said Section 16;

Thence run south 89° 36' 59" east along said north line a distance of 622.07 feet to the point of beginning.

PARCEL I.D. NO.  16-38-40-000-000-0001.3-00000

Street Address: 2530 SW Boat Ramp Road, Palm City, FL 34990

and that no objections to the sale have been filed within the time allowed for filing objections. The above described property in Martin County, Florida was sold to Plaintiff, **Philip Frey, Jr., as trustee of the Frey Living Trust dated March 20, 1996** of 5005 SE Williams Way, Stuart, FL 34997.

Witness my hand and official seal of this Honorable Court, on September ___16___, 2014.

Carolyn Timmann,
Clerk of the Circuit Court and County Comptroller

(CIRCUIT COURT SEAL)

By _Melissa Welker_
Deputy Clerk

September ___16___, 2014

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Certificate of Sale has been furnished by United States Mail on September ___16___, 2014 to each of the following:

ROBERT A. BURSON, P.A.
Attn: Robert A. Burson
Post Office Box 1620
Stuart, Florida 34995
      Attorney for Plaintiff, Philip Frey, Jr., as trustee of the Frey Living Trust dated March 20, 1996 and as attorney for Cross-Plaintiff, Philip Frey, Jr., as trustee of the Frey Charitable Trust dated September 24, 2005.

EDWARD B. GALANTE, P.A.
Galante and Hackey
Attn: Edward B. Galante, Esq.
613 SW Camden Avenue
Stuart, Florida 34994
      Attorney for Defendants Terry R. Gropp and Hillary Gropp

Page 2 of  3

Carolyn Timmann,
Clerk of the Circuit Court and County Comptroller

By _Melissa Walker_
        Deputy Clerk
September _____ 16 _____, 2014

F:\E\FORECLOSURE\FREY\10-070\CERTIFICATE OF TITLE-02C

Page 3 of 3

# EXHIBIT

# E - 44

**Lee County Property Appraiser**

Tax Year  2014

Next Parcel Number   Previous Parcel Number   Tax Estimator   Tax Bills   Print

## Property Data
### STRAP: 33-45-25-04-00000.0080   Folio ID: 10261824

**Owner Of Record**

WELLS FARGO BANK NA
3476 STATEVIEW BLVD
FORT MILL SC 29715

**Site Address**

15168 FIDDLESTICKS BLVD
FORT MYERS FL 33912

**Legal Description**

FIDDLESTICKS COUNTRY CLUB
PB 34 PG 144
LOT 8

**Classification / DOR Code**

SINGLE FAMILY RESIDENTIAL / 01

**[ Tax Map Viewer ]**




[ Pictometry Aerial Viewer ]

**Image of Structure**



◄ Photo Date December of 2014 ►

### Property Values (2014 Tax Roll)

| | |
|---|---|
| Just | 60,010 |
| Assessed | 60,010 |
| Portability Applied | 0 |
| Cap Assessed | 45,685 |
| Taxable | 20,685 |
| Cap Difference | 14,325 |

### Exemptions

| | | |
|---|---|---|
| Homestead / Additional | 25,000 / 0 |
| Widow / Widower | 0 / 0 |
| Disability | 0 |
| Wholly | 0 |
| Senior | 0 |
| Agriculture | 0 |

### Attributes
(See Appraisal Details below for current values)

| | |
|---|---|
| Land Units Of Measure | LT |
| Units | 1.00 |
| Frontage | 0 |
| Depth | 0 |
| Total Number of Buildings | 1 |
| Total Bedrooms / Bathrooms | 5 / 5.5 |
| Total Living Area | 7,012 |
| 1st Year Building on Tax Roll | 2006 |
| Historic District | No |

| + | **Taxing Authorities** |
|---|---|
| + | **Sales / Transactions** |
| + | **Building/Construction Permit Data** |
| + | **Parcel Numbering History** |
| + | **Location Information** |
| + | **Solid Waste (Garbage) Roll Data** |
| + | **Flood and Storm Information** |
| – | **Appraisal Details** |

### Land
#### Land Tracts

| Use Code | Use Code Description | Depth | Frontage | Number of Units | Unit of Measure |
|---|---|---|---|---|---|



$55,400.00
$387.80

IN THE CIRCUIT/COUNTY COURT FOR THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR
LEE COUNTY, FLORIDA                                                    CIVIL ACTION

WELLS FARGO BANK NA
    Plaintiff
       vs
TOMSON, ANTS ET AL
    Defendant

Case No. **13-CA-051789**

### CERTIFICATE OF TITLE

   The undersigned clerk of the court certifies that he or she executed and filed a certificate of sale in this action on November 17, 2014 for the property described herein and that no objections to the sale have been filed within the time allowed for filing objections.

The following real property in Lee County, Florida:

- SEE ATTACHMENT -

Was sold to:   <u>WELLS FARGO BANK NA</u>

Whose address is:   <u>3476 STATEVIEW BLVD</u>
                <u>FORT MILL, SC 29715</u>

**DEC - 2 2014**

WITNESS my hand and the seal of the court on _____

LINDA DOGGETT, Clerk of Court

Copies furnished to all parties
LINDA DOGGETT, Clerk of Court

By:

FILED LEE CO. FLORIDA
CLERK OF COURTS
2014 DEC - 2 AM 9: 02

**LOT(S) 8, OF FIDDLESTICKS COUNTRY CLUB AS RECORDED IN PLAT BOOK 34,**

**PAGE 144, ET SEQ., OF THE PUBLIC RECORDS OF LEE COUNTY, FLORIDA.**

Street Address: 15168 FIDDLESTICKS BLVD., FORT MYERS, FLORIDA 33912

# EXHIBIT

# E - 45



Bob Henriquez
Hillsborough County Property Appraiser

https://www.hcpafl.org/
15th Floor County Ctr.
601 E. Kennedy Blvd, Tampa, Florida 33602-4932
Ph: (813) 272-6100

# Folio: 117665-1072



## Owner Information

| | |
|---|---|
| Owner Name | SOHO REAL ESTATE LLC |
| Mailing Address | 401 N HOWARD AVE<br>TAMPA, FL  33606-1510 |
| Site Address | 2204 SOHO BAY CT, TAMPA |
| PIN | A-26-29-18-877-000000-00026.0 |
| Folio | 117665-1072 |
| Prior PIN | A-26-29-18-4U6-000000-00005.0 |
| Prior Folio | 186126-0000 |
| Tax District | TA - TAMPA |
| Property Use | 0106 TOWNHOUSE/VILLA |
| Plat Book/Page | 106/169 |
| Neighborhood | 803358.00 | Townhouse Group 358 |
| Subdivision | 877 | BROWNSTONES OF SOHO |

## Value Summary

| Taxing District | Market Value | Assessed Value | Exemptions | Taxable Value |
|---|---|---|---|---|
| County | $285,641 | $285,641 | $0 | $285,641 |
| Public Schools | $285,641 | $285,641 | $0 | $285,641 |
| Municipal | $285,641 | $285,641 | $0 | $285,641 |
| Other Districts | $285,641 | $285,641 | $0 | $285,641 |

Note: This section shows Market Value, Assessed Value, Exemptions, and Taxable Value for taxing districts. Because of changes in Florida Law, it is possible to have different assessed and taxable values on the same property. For example, the additional $25,000 Homestead Exemption and the non-homestead CAP do not apply to public schools, and the Low Income Senior Exemption only applies to countywide and certain municipal millages.

## Sales Information

| Book | Page | Month | Year | Type Inst | Qualified or Unqualified | Vacant or Improved | Price |
|---|---|---|---|---|---|---|---|
| 20966 | 0761 | 02 | 2012 | WD | Unqualified | Improved | $157,000 |
| 17632 | 1123 | 04 | 2007 | WD | Qualified | Improved | $469,800 |

## Building Information
### Building 1

| Type | 24  | TOWNHOUSE |
|------|-----|-----------|
| **Year Built** | 2007 | |



### Building 1 Construction Details

| Element | Code | Construction Detail |
|---------|------|---------------------|
| Class | C | Masonry or Concrete Frame |
| Exterior Wall | 7 | Masonry Stucco |
| Roof Structure | 3 | Gable or Hip |
| Roof Cover | 9 | Metal |
| Interior Walls | 5 | Drywall |
| Interior Flooring | 5 | Wood |
| Interior Flooring | 7 | Tile |
| Heat/AC | 2 | Central |
| Condition | 3 | Average |
| Bathrooms | 2.5 | |
| Bedrooms | 2.0 | |
| Stories | 4.0 | |
| Units | 1.0 | |

### Building 1 subarea

| Area Type | Gross Area | Heated Area | Depreciated Value |
|-----------|-----------|-------------|-------------------|
| FGR | 483 | | $29,899 |
| BAS | 60 | 60 | $7,413 |
| FOP | 12 | | $371 |
| ADD | | | $0 |
| FUS | 555 | 555 | $61,774 |
| ADD | | | $0 |
| FUS | 555 | 555 | $61,774 |
| ADD | | | $0 |
| FUS | 435 | 435 | $48,431 |
| BAL | 120 | | $2,224 |

## Land Information - Total Acreage:

| Use Code | Description | Zone | Front | Depth | Land Type | Total Land Units | Land Value |
|---|---|---|---|---|---|---|---|
| 0040 | CONDO/TOWNHOUSE | CI | 0.0 | 0.0 | UT \| UNITS | 1.00 | $100 |

## Legal Description

**Legal Description**          BROWNSTONES OF SOHO LOT 26

THIS IS NOT A
CERTIFIED COPY

Prepared by and Return to:
**Karen Carranza**
**Masterpiece Title**
**15302 Casey Road**
**Tampa, FL 33624**

120066

## General Warranty Deed

Made this February 16, 2012 A.D. By **Desiree M. Vila, a single woman,** whose address is: 7449 Arlington Grove Circle, Tampa, FL. 33625, hereinafter called the grantor, to **Soho Real Estate, LLC, a Florida Limited Liability Company,** whose post office address is: 401 N. Howard Avenue, Tampa, FL. 33606, hereinafter called the grantee:

<small>(Whenever used herein the term "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)</small>

**Witnesseth,** that the grantor, for and in consideration of the sum of $157,000.00 and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the grantee, all that certain land situate in Hillsborough County, Florida, viz:

**Lot 26, Brownstones of Soho, according to the map or plat thereof as recorded in Plat Book 106, Page 169 of the Public Records of Hillsborough County, Florida.**

Parcel ID Number: 117665.1072

**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**To Have and to Hold,** the same in fee simple forever.

**And** the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances except taxes accruing subsequent to December 31, 2011.

**In Witness Whereof,** the said grantor has signed and sealed these presents the day and year first above written.

Signed, sealed and delivered in our presence:

Witness Printed Name: Karen E. Carranze

Desiree M. Vila _____ (Seal)
**Desiree M. Vila**
Address: 7449 Arlington Grove Circle, Tampa, FL. 33625

Witness Printed Name: Christie Maldonado

State of Florida
County of Hillsborough
The foregoing instrument was acknowledged before me this February 16, 2012, by Desiree M. Vila, a single woman, who is/are personally known to me or who has produced a drivers license as identification.

KAREN E. CARRANZA
MY COMMISSION # DD 983343
EXPIRES: April 29, 2014
Bonded Thru Notary Public Underwriters

Notary Public
Print Name: Karen E. Carranza
My Commission Expires:_____

DEED Individual Warranty Deed - Legal on Face
Closers' Choice

# EXHIBIT

# E - 46



**0957070513**

| | |
|---|---|
| **Ownership:** | |
| WELLER MOLLY | |
| WELLER PHILLIP | |
| 3371 HORACE AVE, NORTH PORT, FL, 34286 | |
| **Situs Address:** | |
| 3371 HORACE AVE, NORTH PORT, FL, 34286 | |

| | |
|---|---|
| **Land Area:** | 10,000 Sq.Ft. |
| **Municipality:** | City of North Port |
| **Subdivision:** | 1548 - PORT CHARLOTTE SUB 17 |
| **Property Use:** | 0100 - Single Family Detached |
| **Status** | OPEN |
| **Sec/Twp/Rge:** | 11-39S-21E |
| **Census:** | 121150027124 |
| **Zoning:** | RSF2 - RESIDENTIAL, SINGLE FAMILY |
| **Total Living Units:** | 1 |
| **Parcel Description:** | LOT 13 BLK 705 17TH ADD TO PORT CHARLOTTE |

**Buildings**

| Situs - click address for details | Bldg # | Beds | Baths | Half Baths | Year Built | Gross Area | Living Area | Stories |
|---|---|---|---|---|---|---|---|---|
| 3371 HORACE AVE, NORTH PORT, FL, 34286 | 1 | 3 | 2 | 0 | 2004 | 1978 | 1318 | 1 |

**Extra Features**

There are no extra features associated with this parcel

**Values**

| Year | Land | Building | Extra Feature | Just | Assessed | Exemptions | Taxable | Cap |
|---|---|---|---|---|---|---|---|---|
| 2014 | $4,100 | $0 | $0 | $4,100 | $2,904 | $0 | $2,904 | $1,196 |
| 2013 | $3,500 | $0 | $0 | $3,500 | $2,640 | $0 | $2,640 | $860 |
| 2012 | $2,400 | $0 | $0 | $2,400 | $2,400 | $0 | $2,400 | $0 |
| 2011 | $2,700 | $0 | $0 | $2,700 | $2,700 | $0 | $2,700 | $0 |
| 2010 | $3,100 | $61,000 | $0 | $64,100 | $64,100 | $39,100 | $25,000 | $0 |
| 2009 | $5,400 | $69,700 | $0 | $75,100 | $75,100 | $50,000 | $25,100 | $0 |
| 2008 | $7,000 | $108,100 | $0 | $115,100 | $115,100 | $50,000 | $65,100 | $0 |
| 2007 | $29,100 | $117,300 | $0 | $146,400 | $127,007 | $25,000 | $102,007 | $19,393 |
| 2006 | $32,000 | $118,900 | $0 | $150,900 | $123,909 | $25,000 | $98,909 | $26,991 |

**Current Exemptions**

There are no exemptions associated with this parcel

**Sales & Transfers**

| Transfer Date | Recorded Consideration | Instrument Number | Qualification Code | Grantor/Seller | Instrument Type |
|---|---|---|---|---|---|
| 3/17/2015 | $134,000 | 2015031207 | 01 | BAKER CLARENCE | WD |
| 10/9/2014 | $70,000 | 2014136300 | 12 | LVS TITLE TRUST I | WD |
| 4/22/2014 | $100 | 2014136299 | 11 | JP MORGAN CHASE BANK | QC |
| 2/18/2014 | $0 | 2014017810 | 11 | GROVER ADAM S | CT |
| 7/19/2004 | $138,500 | 2004146264 | 01 | TRUST AMERICA HOMES INC, | WD |
| 1/10/2003 | $100 | 2003007877 | X2 | WALKERPOPE, CLAIRE | QC |
| 8/22/2002 | $1,400 | 2002141826 | 11 | KEANE DENNIS M & KATHLEEN A, | TD |
| 7/12/1993 | $4,700 | 2544/0808 | 15 | N C N B NATIONAL BANK | TR |

**Associated Tangible Accounts**

There are no associated tangible accounts for this parcel

**RECORDED IN OFFICIAL RECORDS
INSTRUMENT #2014017810     2 PG**

02/18/2014 09:41:06 AM
KAREN E. RUSHING
CLERK OF THE CIRCUIT COURT
SARASOTA COUNTY, FLORIDA
CIVIL COURTS          Receipt # 1711123

| X | **IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT IN AND FOR SARASOTA COUNTY, FLORIDA** |
|---|---|
|   | **IN THE COUNTY COURT IN AND FOR SARASOTA COUNTY, FLORIDA** |

CASE NUMBER: **2012 CA 007794 NC**

| | |
|---|---|
| Doc Stamp-Mort: | $0.00 |
| Doc Stamp-Deed: | $0.00 |
| Intang. Tax: | $0.00 |

JPMorgan Chase Bank, National Association, Successor by Merger to Chase Home Finance, LLC

   *PLAINTIFF*

        -   vs   -

Adam S. Grover and Keely J. Grover a/k/a Kelly J. Grover, Husband and Wife; City of Sarasota, Florida; Unknown Parties in Possession #1, If living, and all Unknown Parties claiming by, through, under and against the above named Defendant(s) who are not known to be dead or alive, whether said Unknown Parties may claim an interest as Spouse, Heirs, Devisees, Grantees, or Other Claimants; Unknown Parties in Possession #2, If living, and all Unknown Parties claiming by, through, under and against the above named Defendant(s) who are not known to be dead or alive, whether said Unknown Parties may claim an interest as Spouse, Heirs, Devisees, Grantees, or Other Claimants

   *DEFENDANT*

| | | |
|---|---|---|
| Sale Price | $ | 38,521.00 |
| Documentary Stamps Paid | $ | 0.00 |
| Documentary Stamps Due & Outstanding | $ | 270.20 |

# CERTIFICATE OF TITLE

The undersigned Clerk of the Circuit Court certifies that he or she executed and filed a certificate of sale in this action on February 4, 2014 for the property described herein and that no objections to the sale have been filed within the time allowed for filing objections pursuant to §45.031(4) Florida Statutes.

The following property located in Sarasota County, Florida:

LOT 13,

BLOCK 705, 17TH ADDITION TO PORT CHARLOTTE SUBDIVISION, A SUBDIVISION, ACCORDING TO THE PLAT THEREOF, RECORDED IN PLAT BOOK 13, PAGES 16, 16A THROUGH 16L, OF THE PUBLIC RECORDS OF SARASOTA COUNTY, FLORIDA.

was sold to:

JPMorgan Chase Bank, National Association, Successor by Merger to Chase Home Finance, LLC

whose address is:  3415 VISION DRIVE, COLUMBUS, OHIO 43219

WITNESS MY HAND and the official seal on February 18, 2014



**KAREN E. RUSHING**
CLERK OF THE CIRCUIT COURT

DATE:      February 18, 2014

BY:  J.HERNANDEZ, Deputy Clerk

# EXHIBIT

# E - 47



**Bob Henriquez**
**Hillsborough County Property Appraiser**

https://www.hcpafl.org/
15th Floor County Ctr.
601 E. Kennedy Blvd, Tampa, Florida 33602-4932
Ph: (813) 272-6100

# Folio: 059224-0796



2015 Bruce Harris & Associates / Hillsborough Florida

## Owner Information

| | |
|---|---|
| Owner Name | FEDERAL NATIONAL MORTGAGE ASSOCIATION |
| Mailing Address | C/O WELLS FARGO HOME MORTGAGE<br>1000 BLUE GENTIAN RD STE 300<br>SAINT PAUL, MN  55121-7704 |
| Site Address | 11104 ANCIENT FUTURES DR, TAMPA |
| PIN | A-02-27-20-971-000012-00002.0 |
| Folio | 059224-0796 |
| Prior PIN | A-11-27-20-ZZZ-000001-89380.1 |
| Prior Folio | 059252-0100 |
| Tax District | TA - TAMPA |
| Property Use | 0100 SINGLE FAMILY R |
| Plat Book/Page | 110/203 |
| Neighborhood | 216010.00 | Heritage Isles |
| Subdivision | 971 | EASTON PARK PHASE 1 |

## Value Summary

| Taxing District | Market Value | Assessed Value | Exemptions | Taxable Value |
|---|---|---|---|---|
| County | $47,948 | $47,948 | $0 | $47,948 |
| Public Schools | $47,948 | $47,948 | $0 | $47,948 |
| Municipal | $47,948 | $47,948 | $0 | $47,948 |
| Other Districts | $47,948 | $47,948 | $0 | $47,948 |

Note: This section shows Market Value, Assessed Value, Exemptions, and Taxable Value for taxing districts. Because of changes in
Florida Law, it is possible to have different assessed and taxable values on the same property. For example, the additional $25,000
Homestead Exemption and the non-homestead CAP do not apply to public schools, and the Low Income Senior Exemption only applies
to countywide and certain municipal millages.

## Sales Information

| Book | Page | Month | Year | Type Inst | Qualified or Unqualified | Vacant or Improved | Price |
|---|---|---|---|---|---|---|---|
| 22462 | 1144 | 02 | 2014 | FD | Unqualified | Improved | $177,000 |
| 18288 | 1658 | 11 | 2007 | WD | Qualified | Improved | $254,200 |
| 17264 | 0468 | 12 | 2006 | WD | Unqualified | Vacant | $2,738,800 |
| 12510 | 0420 | 04 | 2003 | WD | Unqualified | Vacant | $8,500,000 |

## Building Information
### Building 1

| Type | 01 | SINGLE FAMILY |
|---|---|---|
| **Year Built** | | 2007 |

### Building 1 Construction Details

| Element | Code | Construction Detail |
|---|---|---|
| Class | C | Masonry or Concrete Frame |
| Exterior Wall | 7 | Masonry Stucco |
| Roof Structure | 3 | Gable or Hip |
| Roof Cover | 3 | Asphalt/Comp. Shingle |
| Interior Walls | 5 | Drywall |
| Interior Flooring | 7 | Tile |
| Interior Flooring | 8 | Carpet |
| Heat/AC | 2 | Central |
| Architectural Style | 5 | Contemporary 1-Story |
| Condition | 3 | Average |
| Bedrooms | 3.0 | |
| Bathrooms | 2.0 | |
| Stories | 1.0 | |
| Units | 1.0 | |



### Building 1 subarea

| Area Type | Gross Area | Heated Area | Depreciated Value |
|---|---|---|---|
| FOP | 172 | | $0 |
| BAS | 1,893 | 1,893 | $0 |
| FOP | 25 | | $0 |
| FGR | 456 | | $0 |

## Land Information - Total Acreage:

| Use Code | Description | Zone | Front | Depth | Land Type | Total Land Units | Land Value |
|----------|-------------|------|-------|-------|-----------|------------------|------------|
| REG3 | Res SF Class 7.75 | PD-A | 50.00 | 122.00 | SE \| SF LOTS W/ EFF SIZE | 6,125.62 | $47,948 |

## Legal Description

**Legal Description**                    EASTON PARK PHASE 1 LOT 2 BLOCK 12

# EXHIBIT

# E - 48

**ARMSTRONG TERESA**
11507 SUMMER BIRD CT
JACKSONVILLE, FL 32221
**JOHNSON CHARLES EDWARD R/S**

**Primary Site Address**
11507 SUMMER BIRD CT
Jacksonville FL 32221

**Official Record Book/Page**
16425-00704

**Tile #**
4501

### 11507 SUMMER BIRD CT
Property Detail

| RE # | 002060-0975 |
|---|---|
| Tax District | GS |
| Property Use | 0100 SINGLE FAMILY |
| # of Buildings | 1 |
| Legal Desc. | 55-70 01-3S-24E .18 ADAMS LAKE UNIT 1 |
| Subdivision | 06003 SO BEACHES COSTA BRAVA I |
| Total Area | 7701 |

The sale of this property may result in higher property taxes. For more information go to Save Our Homes and our Property Tax Estimator . 'In Progress' property values, exemptions and other supporting information on this page are part of the working tax roll and are subject to change. Certified values listed in the Value Summary are those certified in October, but may include any official changes made after certification Learn how the Property Appraiser's Office values property.

**Value Summary**

| | 2014 Certified | 2015 In Progress |
|---|---|---|
| Value Method | CAMA | CAMA |
| Total Building Value | $86,398.00 | $92,586.00 |
| Extra Feature Value | $1,806.00 | $1,764.00 |
| Land Value (Market) | $20,000.00 | $20,000.00 |
| Land Value (Agric.) | $0.00 | $0.00 |
| Just (Market) Value | $108,204.00 | $114,350.00 |
| Assessed Value | $108,204.00 | $109,069.00 |
| Cap Diff/Portability Amt | $0.00 / $0.00 | $5,281.00 / $0.00 |
| Exemptions | $55,000.00 | See below |
| Taxable Value | $53,204.00 | See below |

### Taxable Values and Exemptions – In Progress

If there are no exemptions applicable to a taxing authority, the Taxable Value is the same as the Assessed Value listed above in the Value Summary box.

**County/Municipal Taxable Value**

| | |
|---|---|
| Assessed Value | $109,069.00 |
| Homestead (HX) | - $25,000.00 |
| Homestead Banding 196.031(1)(b) (HB) | - $25,000.00 |
| Tot/Perm/Vet $5,000 (VT) 196.24 (VT) | - $5,000.00 |
| **Taxable Value** | **$54,069.00** |

**SJRWMD/FIND Taxable Value**

| | |
|---|---|
| Assessed Value | $109,069.00 |
| Homestead (HX) | - $25,000.00 |
| Homestead Banding 196.031(1)(b) (HB) | - $25,000.00 |
| Tot/Perm/Vet $5,000 (VT) 196.24 (VT) | - $5,000.00 |
| **Taxable Value** | **$54,069.00** |

**School Taxable Value**

| | |
|---|---|
| Assessed Value | $109,069.00 |
| Homestead (HX) | - $25,000.00 |
| Tot/Perm/Vet $5,000 (VT) 196.24 (VT) | - $5,000.00 |
| **Taxable Value** | **$79,069.00** |

### Sales History

| Book/Page | Sale Date | Sale Price | Deed Instrument Type Code | Qualified/Unqualified | Vacant/Improved |
|---|---|---|---|---|---|
| 16425-00704 | 6/6/2013 | $100,000.00 | WD - Warranty Deed | Qualified | Improved |
| 11629-01923 | 1/31/2004 | $180,000.00 | WD - Warranty Deed | Qualified | Improved |
| 11301-01609 | 8/19/2003 | $114,000.00 | WD - Warranty Deed | Unqualified | Vacant |
| 00055-00070 | 1/2/2003 | $100.00 | PB - Plat Book | Unqualified | Vacant |

### Extra Features

| LN | Feature Code | Feature Description | Bldg. | Length | Width | Total Units | Value |
|---|---|---|---|---|---|---|---|
| 1 | FPPR7 | Fireplace Prefab | 1 | 0 | 0 | 1.00 | $1,764.00 |

### Land & Legal

Land

| LN | Code | Use Description | Zoning | Front | Depth | Category | Land Units | Land Type | Land Value |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 0100 | RES LD 3-7 UNITS PER AC | PUD | 0.00 | 0.00 | Common | 1.00 | Lot | $20,000.00 |

Legal

| LN | Legal Description |
|---|---|
| 1 | 55-70 01-3S-24E .18 |
| 2 | ADAMS LAKE UNIT 1 |
| 3 | LOT 172 |

### Buildings

Building 1
Building 1 Site Address
11507 SUMMER BIRD CT Unit
Jacksonville FL 32221

| Building Type | 0101 - SFR 1 STORY |
|---|---|
| Year Built | 2004 |
| Building Value | $92,586.00 |

| Type | Gross Area | Heated Area | Effective Area |
|---|---|---|---|
| Base Area | 2127 | 2127 | 2127 |
| Finished Open Porch | 200 | 0 | 60 |

| Element | Code | Detail |
|---|---|---|
| Exterior Wall | 26 | 26 Alum/Vinyl |
| Exterior Wall | 16 | 16 Frame Stucco |
| Roofing Structure | 3 | 3 Gable or Hip |
| Roofing Cover | 3 | 3 Asph/Comp Shng |
| Interior Wall | 5 | 5 Drywall |
| Int Flooring | 14 | 14 Carpet |
| Int Flooring | 8 | 8 Sheet Vinyl |
| Heating Fuel | 4 | 4 Electric |
| Heating Type | 4 | 4 Forced-Ducted |
| Air Conditioning | 3 | 3 Central |



| | | | |
|---|---|---|---|
| Finished Open Porch | 108 | 0 | 32 |
| Finished Garage | 713 | 0 | 356 |
| Total | 3148 | 2127 | 2575 |

| Element | Code | |
|---|---|---|
| Stories | 1.000 | |
| Bedrooms | 3.000 | |
| Baths | 2.000 | |
| Rooms / Units | 1.000 | |

## 2014 Notice of Proposed Property Taxes Notice (TRIM Notice)

| Taxing District | Assessed Value | Exemptions | Taxable Value | Last Year | Proposed | Rolled-back |
|---|---|---|---|---|---|---|
| Gen Govt Ex B & B | $108,204.00 | $55,000.00 | $53,204.00 | $1,165.37 | $608.75 | $593.32 |
| Public Schools: By State Law | $108,204.00 | $30,000.00 | $78,204.00 | $523.51 | $395.48 | $388.30 |
| By Local Board | $108,204.00 | $30,000.00 | $78,204.00 | $228.96 | $175.80 | $169.82 |
| FL Inland Navigation Dist. | $108,204.00 | $55,000.00 | $53,204.00 | $3.51 | $1.84 | $1.72 |
| Water Mgmt Dist. SJRWMD | $108,204.00 | $55,000.00 | $53,204.00 | $33.44 | $16.83 | $16.83 |
| Gen Gov Voted | $108,204.00 | $55,000.00 | $53,204.00 | $0.00 | $0.00 | $0.00 |
| School Board Voted | $108,204.00 | $30,000.00 | $78,204.00 | $0.00 | $0.00 | $0.00 |
| | | | Totals | $1,954.79 | $1,198.70 | $1,169.99 |

| | Just Value | Assessed Value | Exemptions | Taxable Value |
|---|---|---|---|---|
| Last Year | $101,851.00 | $101,851.00 | $0.00 | $101,851.00 |
| Current Year | $108,204.00 | $108,204.00 | $55,000.00 | $53,204.00 |

### 2014 TRIM Property Record Card (PRC)

This PRC reflects property details and values at the time of the original mailing of the Notices of Proposed Property Taxes (TRIM Notices) in August.

### Property Record Card (PRC)

The PRC accessed below reflects property details and values at the time of Tax Roll Certification in October of the year listed.

### 2014

• To obtain a historic Property Record Card (PRC) from the Property Appraiser's Office, submit your request here: 

### More Information

ontact Us  |  Parcel Tax Record  |  GIS Map  |  Map this property on Google Maps  |  City Fees Record

Doc # 2013161571, OR BK 16425  Page 704,  Number Pages: 1,  Recorded 06/25/2013
at 09:32 AM, Ronnie Fussell CLERK CIRCUIT COURT DUVAL COUNTY RECORDING $10.00
DEED DOC ST $9700.00

Case 3:13-cv-00544-EEF-MBN  Document 18604  Filed 04/06/15  Page 100 of 109

PREPARED BY & RETURN TO:

Name:    Candyce M. King, P.A.
Address: 2219 Park Street
        Jacksonville, FL  32204

        File No. WARD/JOHNSON

Parcel No.: 002058-5000

*SPACE ABOVE THIS LINE FOR PROCESSING DATA*      *SPACE ABOVE THIS LINE FOR RECORDING DATA*

    This **WARRANTY DEED**, made the **6th** day of **June, 2013**, by **THEOTIS WARD**, a single man, hereinafter called the Grantor, to **TERESA ARMSTRONG**, a single woman, and **CHARLES EDWARD JOHNSON**, a single man, as joint tenants with the right of survivorship, whose post office address is   **6236 Falkner Circle, Jacksonville, FL 32244**  , hereinafter called the Grantees:

    WITNESSETH: That the Grantor, for and in consideration of the sum of $10.00 and other valuable consideration, receipt whereof is hereby acknowledged, does hereby grant, bargain, sell, alien, remise, release, convey and confirm unto the Grantees all that certain land situate in City of Jacksonville, County of Duval, State of Florida, viz:

        **Lot 172, ADAMS LAKE UNIT ONE, a subdivision according to the plat thereof recorded at Plat Book 55, Pages 70A through 70N, in the Public Records of Duval County, Florida.**

        **a/k/a 11507 Summer Bird Court, Jacksonville, FL 32221**

    TOGETHER WITH all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

    SUBJECT TO TAXES FOR THE YEAR   2013   AND SUBSEQUENT YEARS, RESTRICTIONS, RESERVATIONS, COVENANTS AND EASEMENTS OF RECORD, IF ANY.

    TO HAVE AND TO HOLD the same in fee simple forever.

    And the Grantor hereby covenants with the Grantees that the Grantor is lawfully seized of said land in fee simple, that the Grantor has good right and lawful authority to sell and convey said land and that the Grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever. Grantor further warrants that said land is free of all encumbrances, except as noted herein and except taxes accruing subsequent to December 31,   2012  .

    IN WITNESS WHEREOF, the said Grantor has signed and sealed these presents, the day and year first above written.

*Signed, sealed and delivered in the presence of:*

Witness Signature
Printed Name: Lindsey Elmore

Witness Signature
Printed Name: Candyce M King

_____ L.S.
Name: Theotis Ward
Address: 9470 Bembridge Mill Drive, Jacksonville, FL 32244

STATE OF FLORIDA
COUNTY OF DUVAL

    The foregoing instrument was acknowledged before me this 6th day of June, 2013, by Theotis Ward, who is personally known to me or who has produced a Drivers License as identification.

Signature of Notary
Printed Name:
My commission expires:



LINDSEY NICOLE ELMORE
MY COMMISSION # DD 920959
EXPIRES: August 30, 2013
Bonded Thru Notary Public Underwriters

# EXHIBIT

# E - 49



*Gary R. Nikolits, CFA*

## Property Appraiser
*Palm Beach County*

Homestead Exemption   E-file ▶

| | |
|---|---|
| Location Address | 17538 MIDDLEBROOK WAY |
| Municipality | UNINCORPORATED |
| Parcel Control Number | 00-42-46-31-01-000-1480 |
| Subdivision | FOX HILL ESTATES OF BOCA RATON |
| Official Records Book | 23588      Page 101 |
| Sale Date | DEC-2009 |
| Legal Description | FOX HILL ESTATES OF BOCA RATON LT 148 |

| Owners | Mailing address |
|---|---|
| SHUKOW ALLEN & | 17538 MIDDLEBROOK WAY |
| SHUKOW DONNA | BOCA RATON FL 33496 1022 |

| Sales Date | Price | OR Book/Page | Sale Type | Owner |
|---|---|---|---|---|
| DEC-2009 | $876,000 | 23588 / 0101 | WARRANTY DEED | SHUKOW ALLEN & |
| NOV-2006 | $1,600,000 | 21066 / 1743 | WARRANTY DEED | ROSEN MICHAEL & |
| FEB-2005 | $15,971,633 | 18153 / 0970 | WARRANTY DEED | ALBANESE POPKIN DEV GROUP LP |
| FEB-2005 | $0 | 19073 / 0548 | WARRANTY DEED | ALBANESE POPKIN DEVELOPMENT GRP LP |
| MAY-2001 | $12,734,822 | 12577 / 0957 | WARRANTY DEED | KENCO COMMUNITIES INC |

| Exemption Applicant/Owner | Year | Detail |
|---|---|---|
| SHUKOW ALLEN & | 2015 | |

| | | | |
|---|---|---|---|
| Number of Units | 1 | *Total Square Feet 7539 | Acres 0.24 |
| Use Code | 0100 - SINGLE FAMILY | Zoning | AGR-PUD - Agricultural Reserve PUD ( 00-UNINCORPORATED ) |

| Tax Year | 2014 | 2013 | 2012 |
|---|---|---|---|
| Improvement Value | $934,751 | $806,188 | $788,172 |
| Land Value | $200,000 | $179,010 | $223,763 |
| Total Market Value | $1,134,751 | $985,198 | $1,011,935 |

All values are as of January 1st each year

| Tax Year | 2014 | 2013 | 2012 |
|---|---|---|---|
| Assessed Value | $844,699 | $832,216 | $818,305 |
| Exemption Amount | $50,000 | $50,000 | $50,000 |
| Taxable Value | $794,699 | $782,216 | $768,305 |

| Tax Year | 2014 | 2013 | 2012 |
|---|---|---|---|
| Ad Valorem | $15,131 | $14,945 | $14,906 |
| Non Ad Valorem | $361 | $355 | $373 |
| Total tax | $15,492 | $15,300 | $15,279 |

This Document Prepared By and Return to:
Marjorie S. Margolies, Esquire
Weisman & Margolies, P.A.
2385 Executive Center Dr. #270
Boca Raton, Fl. 33431

CFN 20090430290
OR BK 23588 PG 0101
RECORDED 12/10/2009 13:48:05
Palm Beach County, Florida
AMT 876,000.00
Doc Stamp 6,132.00
Sharon R. Bock,CLERK & COMPTROLLER
Pgs 0101 - 102; (2pgs)

Parcel ID Number: 00-42-46-31-01-000-1480

# Warranty Deed

**This Indenture,** Made this **4th** day of **December** , 2009 A.D. , **Between**
**Michael Rosen and Robyn M. Rosen, husband and wife**

of the County of **Palm Beach** , State of **Florida** , grantors, and
**Allen Shukow and Donna Shukow, husband and wife**

whose address is: 107877 Lake Azure Way, Boca Raton, FL

of the County of **Palm Beach** , State of **Florida** 33496 , grantees.
**Witnesseth** that the GRANTORS, for and in consideration of the sum of
------------------------**TEN DOLLARS ($10)**----------------------- DOLLARS,
and other good and valuable consideration to GRANTORS in hand paid by GRANTEES, the receipt whereof is hereby acknowledged, have
granted, bargained and sold to the said GRANTEES and GRANTEES' heirs, successors and assigns forever, the following described land, situate,
lying and being in the County of **Palm Beach** State of **Florida** to wit:

**Lot 148, of FOX HILL ESTATES OF BOCA RATON, according to the Plat thereof as recorded in Plat Book 87, Pages 4 through 12, of the Public Records of Palm Beach County, Florida.**

**Subject to restrictions, reservations and easements of record, if any, and taxes subsequent to December 31, 2009.**

and the grantors do hereby fully warrant the title to said land, and will defend the same against lawful claims of all persons whomsoever.

Laser Generated by © Display Systems, Inc., 2009  (863) 763-5555  Form FLWD-2

**Warranty Deed** – Page 2

Parcel ID Number:  **00-42-46-31-01-000-1480**

**In Witness Whereof,** the grantors have hereunto set their hands and seals the day and year first above written.

Signed, sealed and delivered in our presence:

_____                    _____ (Seal)
Printed Name: *Marjorie S. Margolis*                            **Michael Rosen**
Witness                                                         P.O. Address: 5753 Saint Annes Way, Boca Raton, FL 33496

_____                    _____ (Seal)
Printed Name:                                                  **Robyn M. Rosen**
Witness                                                         P.O. Address: 5753 Saint Annes Way, Boca Raton, FL 33496

**STATE OF   Florida**
**COUNTY OF  Palm Beach**

The foregoing instrument was acknowledged before me this  **4th**  day of   **December**   , **2009**  by
**Michael Rosen and Robyn M. Rosen, husband and wife**

who are personally known to me or who have produced their **Florida driver's license** as identification.

_____
Printed Name:
Notary Public
My Commission Expires:

MARJORIE S. MARGOLIES
Notary Public - State of Florida
My Commission Expires Nov 13, 2010
Commission # DD 590956
Bonded By National Notary Assn.

Laser Generated by © Display Systems, Inc.,  2009  (863) 763-5555  Form FLWD-2

# EXHIBIT

# E - 50



Bob Henriquez
## Hillsborough County Property Appraiser

https://www.hcpafl.org/
15th Floor County Ctr.
601 E. Kennedy Blvd, Tampa, Florida 33602-4932
Ph: (813) 272-6100

# Folio: 117665-1092



## Owner Information

| | |
|---|---|
| Owner Name | SOHO REAL ESTATE LLC |
| Mailing Address | 401 N HOWARD AVE TAMPA, FL  33606-1510 |
| Site Address | 2226 SOHO BAY CT, TAMPA |
| PIN | A-26-29-18-877-000000-00036.0 |
| Folio | 117665-1092 |
| Prior PIN | A-26-29-18-4U6-000000-00005.0 |
| Prior Folio | 186126-0000 |
| Tax District | TA - TAMPA |
| Property Use | 0106 TOWNHOUSE/VILLA |
| Plat Book/Page | 106/169 |
| Neighborhood | 803358.00 | Townhouse Group 358 |
| Subdivision | 877 | BROWNSTONES OF SOHO |

## Value Summary

| Taxing District | Market Value | Assessed Value | Exemptions | Taxable Value |
|---|---|---|---|---|
| County | $285,641 | $216,822 | $0 | $216,822 |
| Public Schools | $285,641 | $285,641 | $0 | $285,641 |
| Municipal | $285,641 | $216,822 | $0 | $216,822 |
| Other Districts | $285,641 | $216,822 | $0 | $216,822 |

Note: This section shows Market Value, Assessed Value, Exemptions, and Taxable Value for taxing districts. Because of changes in Florida Law, it is possible to have different assessed and taxable values on the same property. For example, the additional $25,000 Homestead Exemption and the non-homestead CAP do not apply to public schools, and the Low Income Senior Exemption only applies to countywide and certain municipal millages.

## Sales Information

| Book | Page | Month | Year | Type Inst | Qualified or Unqualified | Vacant or Improved | Price |
|---|---|---|---|---|---|---|---|
| 20384 | 1122 | 02 | 2011 | WD | Unqualified | Improved | $148,000 |
| 17680 | 0146 | 04 | 2007 | WD | Qualified | Improved | $418,500 |

## Building Information
### Building 1

| Type | 24  | TOWNHOUSE |
|------|-----|-----------|
| **Year Built** | 2007 | |



### Building 1 Construction Details

| Element | Code | Construction Detail |
|---------|------|---------------------|
| Class | C | Masonry or Concrete Frame |
| Exterior Wall | 7 | Masonry Stucco |
| Roof Structure | 3 | Gable or Hip |
| Roof Cover | 9 | Metal |
| Interior Walls | 5 | Drywall |
| Interior Flooring | 5 | Wood |
| Interior Flooring | 7 | Tile |
| Heat/AC | 2 | Central |
| Condition | 3 | Average |
| Bathrooms | 2.5 | |
| Bedrooms | 2.0 | |
| Stories | 4.0 | |
| Units | 1.0 | |

### Building 1 subarea

| Area Type | Gross Area | Heated Area | Depreciated Value |
|-----------|-----------|-------------|-------------------|
| FGR | 483 | | $29,899 |
| BAS | 60 | 60 | $7,413 |
| FOP | 12 | | $371 |
| ADD | | | $0 |
| FUS | 555 | 555 | $61,774 |
| ADD | | | $0 |
| FUS | 555 | 555 | $61,774 |
| ADD | | | $0 |
| FUS | 435 | 435 | $48,431 |
| BAL | 120 | | $2,224 |

## Land Information - Total Acreage:

| Use Code | Description | Zone | Front | Depth | Land Type | Total Land Units | Land Value |
|---|---|---|---|---|---|---|---|
| 0040 | CONDO/TOWNHOUSE | CI | 0.0 | 0.0 | UT \| UNITS | 1.00 | $100 |

## Legal Description

**Legal Description**          BROWNSTONES OF SOHO LOT 36

Prepared by:
Heidi A. Parmer
Tampa Title Company
3321 Henderson Boulevard, Suite 200
Tampa, Florida 33609

File Number: 11-0026

THIS IS NOT A CERTIFIED COPY

# General Warranty Deed

Made this February 28, 2011 A.D. By **Michael J. Reeves and Kathryn E. Reeves, husband and wife,** hereinafter called the grantor, to **Soho Real Estate, LLC, a Florida limited liability company,** whose post office address is: _401 North Howard Avenue Tampa Fl 33606_ , hereinafter called the grantee:

(Whenever used herein the term "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)

**Witnesseth,** that the grantor, for and in consideration of the sum of Ten Dollars, ($10.00) and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the grantee, all that certain land situate in Hillsborough County, Florida, viz:

Lot 36, BROWNSTONES OF SOHO, according to the map or plat thereof as recorded in Plat Book 106, page 169, of the Public Records of Hillsborough County, Florida.

Parcel ID Number: **117665.1092**

**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**To Have and to Hold,** the same in fee simple forever.

**And** the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances except taxes accruing subsequent to December 31, 2010.

**In Witness Whereof,** the said grantor has signed and sealed these presents the day and year first above written.

_Signed, sealed and delivered in our presence:_

Witness Printed Name _Heidi A Parmer_

Witness Printed Name _Donna M Sargentini_

Michael J. Reeves _____ (Seal)
Address:

Kathryn E. Reeves _____ (Seal)
Address: 2108 W. Hills Ave
Tampa Fl 33606

State of Florida
County of Hillsborough

The foregoing instrument was acknowledged before me this 28th day of February, 2011, by Michael J. Reeves and Kathryn E. Reeves, husband and wife, who are personally known to me or who have produced Drivers Licenses as identification.

Notary Public
Print Name: _Heidi A Parmer_

My Commission Expires:

Notary Public State of Florida
Heidi A Parmer
My Commission DD928866
Expires 12/08/2013

DEED Individual Warranty Deed - Legal on Face
Closers' Choice