# Exhibit F

Plaintiff Profile Form – Residential Properties

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION THIS DOCUMENT RELATES TO: ALL CASES | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |

**For Internal Use Only**

_____
File Number

_____
Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person. The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2'' x 11'' white paper.

*Section I. Property Information*

**Name Property Owner**
**Address of Affected Property**

**Is this Property:*** Residential   Commercial   Governmental
**Name of Person Completing this Form**
**Is above your primary residence?**   Yes   No
**Mailing Address (if different)**

**Phone:** (     ) -

* If your response is commercial of governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one:   Owner-Occupant   Owner Only   Renter-Occupant
**Represented By:**
**Address:**

**Phone:** (     ) -
**Case No. /Docket Info:**

*Section II. Insurance Information*

**Homeowner/ Renter Insurer:**

**Policy #:**
**Agent:**

**Address**

**Phone:** (     ) -

**+ Attach Copy of Insurance Declaration Page**

*Section III. Claimant Information*

| Name of Claimant | Dates Occupied | | Gender | Date of Birth | Are you claiming personal injuries?* | Identify Claimant Status as an Owner-Occupant, an Owner Only or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| | Move-in | Leave | | | | |
| | | | M / F | / / | Yes   No | |
| | | | M / F | / / | Yes   No | |
| | | | M / F | / / | Yes   No | |
| | | | M / F | / / | Yes   No | |
| | | | M / F | / / | Yes   No | |
| | | | M / F | / / | Yes   No | |
| | | | M / F | / / | Yes   No | |
| | | | M / F | / / | Yes   No | |

* Personal Injuries include claims for mental anguish and medical monitoring.

1

### Section IV. Inspection Information

1.0 Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?   Yes   No

  1.1, If "Yes" to Question 1.0 Section IV. Who conducted the inspection? _____

  1.2 When did the inspection take place?   __/__/__

2.0 Has a determination been made that Chinese-manufactured drywall is present in your home   Yes   No

  2.1 If "Yes" to Question 2.0 Section IV. Who made this determination? _____

  2.2 When was this determination made?   __/__/__

### Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

### Section VI. Home Information

| | | Yes | No |
|---|---|---|---|
| Approx. Sq. Ft. of House: | | | |
| Estimated Sq. Ft. of Drywall | Occupied | | |
| Height of Interior Walls | Year-Round | | |
| Number of Bedrooms | Summer | | |
| Number of Bathrooms: | Winter | | |

#### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | | |
| Copper Piping | | | |
| Copper Fixtures | | | |
| Other Fixtures | | | |
| Were Repairs made to the plumbing system? | | | |
| Dates: | | | |

#### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | | | |
| Switches | | | |
| Main Panel | | | |
| 2nd Panel | | | |
| Exposed Copper Wires | | | |
| Were Repairs made to the plumbing system? | | | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 ½" X 11" paper

### Section VII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | __/__/__ | Completion Date: | __/__/__ |
|---|---|---|---|
| Move In Date: | __/__/__ | Date Acquired Home: | __/__/__ |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | __/__/__ | Completion Date: | __/__/__ |
|---|---|---|---|
| Move In Date: | __/__/__ | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: ½ Wall of Drywall Replaced | | | |
| First Floor: Full Wall of Drywall Replaced | | | |
| Second Floor: Any Drywall Replaced | | | |

### Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name: _____

Address: _____

Phone: ( ___ ) ___ - ___

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

### Section IX. Drywall Installer

Drywall Installer's Name: _____

Address: _____

Phone: ( ___ ) ___ - ___

### Section X. Drywall Supplier

Drywall Supplier's Name: _____

Address: _____

Phone: ( ___ ) ___ - ___

2

Plaintiff Profile Form – Residential Properties

### Section XI. Remediation

| | | |
|---|---|---|
| 1.0 Has your property been remediated? | Yes | No |

a. When?
b. Which Contractor(s) performed the remediation?
c. Describe the nature and scope of the remediation.
d. How much did the remediation cost?
e. List any documents you have related to the remediation (i.e. contracts, estimates, invoices, receipts).
f. What were the sources of funds for the remediation?
g. List any records or photographs of the remediation in your custody or control.

h. List the steps you took to comply with the Court's evidence preservation requirements.

2.0 Were you living in the property at the time of the remediation?    Yes    No

3.0 If you were living in the property at the time of the remediation and were unable to occupy the property during remediation, please answer the following

a. How long did you vacate the property during the remediation?
b. Where did you stay during the remediation?
c. Itemize your expenses for alternative living arrangements during the remediation.

### Section XII. Settlements

1.0 List any settlements relating to Chinese Drywall in which you have participated or through which you have received compensation. For each settlement, include the following as applicable:

| | | Settlement 1 | Settlement 2 | Settlement 3 | Settlement 4 |
|---|---|---|---|---|---|
| a. | Total dollar amount of the settlement: | | | | |
| b. | The amount you actually received: | | | | |
| c. | The amount your attorney received: | | | | |
| d. | All repair/remediation work provided to your property: | | | | |

### Section XIII. Ownership

1.0 Do you still own the property that is the basis of your Chinese Drywall Claim?    Yes    No

2.0 When did you purchase your property, from whom did you purchase your property and how much did you pay?

3.0 If not, please indicate the date of sale or transfer, the person to whom you sold or transferred the property, and the sale price.

3

Plaintiff Profile Form – Residential Properties

*Section XIV. Bankruptcy*

**1.0 Have you declared bankruptcy within the last seven years (whether or not you contend it is related to Chinese Drywall)?**      Yes      No

**2.0 List the court in which you declared bankruptcy, case number, and current status of the case.**

**3.0 Did you schedule your Chinese Drywall claims in your bankruptcy filings?**

*Section XV. Verification of Plaintiff Profile Form*

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| --- | --- | --- | --- |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

4