# EXHIBIT A

# ALSTON&BIRD LLP

One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424

404-881-7000
Fax: 404-253-8869
www.alston.com

Bernard Taylor, Sr.        Direct Dial: 404-881-7288        Email: bernard.taylor@alston.com

March 18, 2015

VIA EMAIL

Russ M. Herman, Esq.
Herman, Herman & Katz, LLC
820 O'Keefe Ave.
New Orleans, LA 70113
RHERMAN@hhklawfirm.com

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut St, Ste 500
Philadelphia, PA 19106
ALevin@LFSBLaw.com

Gerald E. Meunier, Esq.
Gainsburgh, Benjamin, David, Meunier &
   Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800
gmeunier@gainsben.com

Re: *In re: Chinese-Manufactured Drywall Products Liability Litigation*, MDL No. 2047, Case No. 2:09-md-02047-EEF-JCW

Dear Counsel:

I am writing on behalf of our client Taishan Gypsum Co., Ltd. ("Taishan") to follow up on the Court's directive yesterday for the parties to participate in discovery related to (a) the corporate relationships between Taishan and various other co-defendants, and (b) whether Taishan or its parents or affiliates violated the injunction described in the Court's July 17, 2014 Contempt Order.

You indicated to the Court that you would be providing the defendants with a list of requested documents, with Chinese translations. Because time is of the essence, please provide us with those requests as soon as possible, so that we can arrange to meet and confer with you shortly thereafter on a workable timeline and logistics for the remainder of the 5 week-discovery period.

March 18, 2015
Page 2

                                        Sincerely,

                                        Bernard Taylor, Sr.

cc:   Alan Weinberger – aweinberger@hanrylaw.com
      Harry Rosenberg – harry.rosenberg@phelps.com
      C. Michael Moore – mike.moore@dentons.com
      Gene R. Besen – gene.besen@dentons.com
      Richard L. Fenton – richard.fenton@dentons.com
      Leah R. Bruno – leah.bruno@dentons.com
      Michael H. Barr – michael.barr@dentons.com
      Justin N. Kattan – justin.kattan@dentons.com
      L. Christopher Vejnoska – cvejnoska@orrick.com
      Ian Johnson – ijohnson@orrick.com
      Andrew Davidson – adavidson@orrick.com
      Jason Wu – jmwu@orrick.com
      James L. Stengel – jstengel@orrick.com
      Xiang Wang – xianwang@orrick.com
      Eric A. Shumsky – eshumsky@orrick.com