# EXHIBIT B

## Eikhoff, Christy Hull

| | |
|---|---|
| **From:** | Marion Hutson <MHutson@lfsblaw.com> |
| **Sent:** | Thursday, April 02, 2015 4:15 PM |
| **To:** | Eikhoff, Christy Hull; Taylor, Bernard |
| **Cc:** | Russ Herman (RHERMAN@hhklawfirm.com); Lenny Davis; gmeunier@gainsben.com; cseeger@seegerweiss.com; Sandy Duggan; Fred Longer; Arnold Levin |
| **Subject:** | Chinese Drywall Litigation |
| **Attachments:** | Order - mtn to compel-mh.pdf; Motion to Compel discovery against Taishan Gypsum Co Ltd-mh.pdf; Mem in support Motion to Compel discovery against Taishan Gypsum Co Ltd-mh.pdf |

THE FOLLOWING IS AN EMAIL FROM ARNOLD LEVIN:

    Attached is a motion to compel that we will file on Monday, April 6, 2015.  I wanted to give you a heads-up.

    Arnold

Marion Hutson
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA  19106
215-592-1500

1