UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 2047<br><br>SECTION "L" |
| THIS DOCUMENT RELATES TO: | ) ) ) | JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |
| Payton, et. al. v. Knauf Gips, KG, et. al., Case No. 2:09-cv-07628 | ) ) ) ) | |

## MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL

The law firms of Colson Hicks Eidson Colson Matthews Martinez Gonzalez Kalbac & Kane, Law Offices of Richard J. Serpe, Hausfeld LLP, Levin Fishbein Sedran Berman, Richard W. Stimson LLC, and Gary, Naegele & Theado, LLC, counsel for Thomas & Lynn Lukaszewski (hereinafter "Plaintiffs' counsel") hereby file their Memorandum in Support of Motion to Withdraw as Counsel for Plaintiffs Thomas & Lynn Lukaszewski. In support thereof, Movants state as follows:

Plaintiffs' counsel have encountered irreconcilable differences with Plaintiffs on issues involving the case. Under the circumstances, it is requested that Plaintiffs' counsel be granted leave to withdraw as counsel for Plaintiff.

Plaintiffs Thomas & Lynn Lukaszewski has been notified of Plaintiff's counsel's intent to withdraw as counsel and of all pending deadlines and court appearances in this litigation. Plaintiff Thomas & Lynn Lukaszewski's present mailing address is P.O. Box 4157, Cherry Hill, New Jersey 08034. This motion is made in good faith and will not prejudice any party.

WHEREFORE, the law firms of Colson Hicks Eidson Colson Cooper Matthews Martinez Gonzalez Kalbac & Kane, and Law Offices of Richard J. Serpe, Hausfeld LLP, and Levin Fishbein Sedran Berman, Richard W. Stimson LLC, and Gary, Naegele & Theado, LLC, request this

Honorable Court to allow it to withdraw as counsel of record for the Plaintiff in the above captioned case.

Dated: April 7, 2015.

    Respectfully Submitted,

/s Patrick S. Montoya
ERVIN A. GONZALEZ
Fla. Bar No. 500720
Ervin@colson.com
PATRICK S. MONTOYA
Fla. Bar No. 524441
Patrick@colson.com
COLSON HICKS EIDSON COLSON
MATTHEWS MARTINEZ GONZALEZ
KALBAC & KANE
255 Alhambra Circle, PH
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, Defendants' Liaison Counsel, Kerry Miller, and Plaintiffs Thomas & Lynn Lukaszewski (at their principal residence of P.O. Box 4157, Cherry Hill, New Jersey 08034 and the Affected Property address of 3421 SW Haines Street, Port St. Lucie, Florida 34953) by U.S. Mail and e-mail, or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 7th day of April, 2015.

                                                  /s/ Patrick S. Montoya