UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 2047<br>SECTION "L" |
| THIS DOCUMENT RELATES TO: | ) ) ) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| Payton, et. al. v. Knauf Gips, KG, et. al., Case No. 2:09-cv-07628 | ) ) ) ) | |
| _____ | ) | |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that undersigned counsel for the Claimants Thomas & Lynn Lukaszewski shall bring on for submission their Motion to Withdraw before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana on the 13th day of May, 2015, at 9:00 am, or as soon thereafter as counsel may be heard.

Dated: April 7, 2015

                                                     Respectfully Submitted,

                                                     /s/ Patrick S. Montoya
                                                     ERVIN A. GONZALEZ, ESQ. (#500720)
                                                     PATRICK S. MONTOYA, ESQ. (#524441)
                                                     COLSON HICKS EIDSON
                                                     COLSON MATTHEWS MARTINEZ
                                                     GONZALEZ KALBAC & KANE
                                                     255 Alhambra Circle, Penthouse
                                                     Coral Gables, FL 33134
                                                     Phone: (305) 476-7400
                                                     Fax:   (305) 476-7444
                                                     *Counsel for Claimant*

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, Defendants' Liaison Counsel, Kerry Miller, and Plaintiffs Thomas & Lynn Lukaszewski (at their principal residence of P.O. Box 4157, Cherry Hill, New Jersey 08034 and the Affected Property address of 3421 SW Haines Street, Port St. Lucie, Florida 34953) by U.S. Mail and e-mail, or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 7th day of April, 2015.

                                                  /s/ Patrick S. Montoya