UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO: | ) ) ) | JUDGE FALLON MAG. JUDGE WILKINSON |
| Payton, et. al. v. Knauf Gips, KG, et. al., Case No. 2:09-cv-07628 _____ | ) ) ) ) | |

## **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

Before the Court is a Motion to Withdraw as Counsel.

**IT IS ORDERED** that the law firms of Colson Hicks Eidson Colson Matthews Martinez Gonzalez Kalbac & Kane, Law Offices of Richard J. Serpe, Hausfeld LLP, Levin Fishbein Sedran Berman, Richard W. Stimson LLC, and Gary, Naegele & Theado, LLC, are hereby withdrawn as counsel of record for all of the Plaintiffs Thomas & Lynn Lukaszewski.

New Orleans, Louisiana this \_\_\_\_ day of April, 2015.

_____
Eldon E. Fallon
U.S. District Court Judge