**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**THE PLAINTIFF'S STEERING COMMITTEE'S EMERGENCY MOTION TO COMPEL DISCOVERY AGAINST CHINA NATIONAL BUILDING MATERIALS GROUP CORPORATION, CHINA NATIONAL BUILDING MATERIALS COMPANY LIMITED, BEIJING NEW BUILDING MATERIAL (GROUP) CO., LTD. AND BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY**

NOW, INTO COURT, through undersigned counsel, come The Plaintiff's Steering Committee ("PSC"), on behalf of all plaintiffs in the MDL 2047, who respectfully submit this motion to compel discovery from China National Building Materials Group Corporation ("CNBM Group"), China National Building Materials Company Limited ("CNBM"), Beijing New Building Material (Group) Co., Ltd. ("BNBM Group") and Beijing New Building Materials Public Limited Company ("BNBM") on an emergent basis.

As set forth more fully in the accompanying memorandum of law, the PSC seeks to compel CNBM Group, CNBM, BNBM Group and BNBM to immediately produce a representative witness pursuant to Fed.R.Civ.P. 30(b)(6) to appear and provide testimony in New Orleans, Louisiana, consistent with this Court's Order of March 17, 2015 [18493].  Further, plaintiffs seek the expedited production of documents requested within the Notices of Expedited

1

Oral and Videotape Deposition Pursuant to the Court's Directive During the March 17, 2015

Special Hearing and Minute Entry and Orders (Rec.Doc. 18493)[Rec.Doc. 18504, 18506, 18498

and 18499], in both original format and English translations.  To the extent CNBM Group,

CNBM, BNBM Group and BNBM intend to withhold documents based on privilege, CNBM

Group, CNBM, BNBM Group and BNBM should also produce a Privilege Log on an expedited

basis.

      WHEREFORE, for the reasons more fully set forth in the accompanying memorandum of

law, the motion to compel discovery on an emergent basis should be granted.

                     Respectfully submitted,

Dated: April 7, 2015

                     /s/ Russ M. Herman
                     Russ M. Herman (LA Bar No. 6819)
                     Leonard A. Davis (LA Bar No. 14190)
                     Stephen J. Herman (LA Bar No. 23129)
                     HERMAN, HERMAN & KATZ, LLC
                     820 O'Keefe Avenue
                     New Orleans, Louisiana 70113
                     Phone: (504) 581-4892
                     Fax: (504) 561-6024
                     Ldavis@hhkc.com
                     *Plaintiffs' Liaison Counsel*
                     *MDL 2047*

Arnold Levin (on the brief)
Fred S. Longer (on the brief)
Sandra L. Duggan
Matthew C. Gaughan
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm, LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Peter Prieto
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Bruce William Steckler
Steckler, LLP
12720 Hillcrest Road, Ste 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-4041
bruce@stecklerlaw.com

Ervin A. Gonzalez
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker Waichman, LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@attorneys4people.com

Christopher Seeger
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Richard J. Serpe
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Victor M. Diaz, Jr.
V.M. Diaz and Partners, LLC
119 Washington Ave, Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W
Suite  650
Washington, DC 20006
Phone: (202) 540-7200
Fax:  (202) 540-7201
rlewis@hausfeldllp.com


Andrew A. Lemmon                    Anthony D. Irpino
Lemmon Law Firm, LLC                IRPINO LAW FIRM
P.O. Box 904                        2216 Magazine Street
15058 River Road                    New Orleans, LA 70130
Hahnville, LA 70057                  Phone: (504) 525-1500
Phone: (985) 783-6789                Fax: (504) 525-1501
Fax: (985) 783-1333                  airpino@irpinolaw.com
andrew@lemmonlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 7th day of April, 2015.

/s/ Leonard A. Davis
Leonard A. Davis
HERMAN, HERMAN & KATZ, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com
Plaintiffs' Liaison Counsel
MDL 2047

*Co-counsel for Plaintiffs*

6