**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**MEMORANDUM OF LAW IN SUPPORT OF THE PLAINTIFF'S
STEERING COMMITTEE'S EMERGENCY MOTION TO COMPEL
DISCOVERY AGAINST CHINA NATIONAL BUILDING MATERIALS
GROUP CORPORATION, CHINA NATIONAL BUILDING MATERIALS
COMPANY LIMITED, BEIJING NEW BUILDING MATERIAL (GROUP) CO.,
LTD. AND BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY**

## I.      INTRODUCTION

The Plaintiff's Steering Committee ("PSC"), on behalf of all plaintiffs in the MDL 2047,

have moved on an emergent basis to compel discovery from China National Building Materials

Group Corporation ("CNBM Group"), China National Building Materials Company Limited

("CNBM"), Beijing New Building Material (Group) Co., Ltd. ("BNBM Group") and Beijing

New Building Materials Public Limited Company ("BNBM").  For the reasons set forth below,

the motion should be granted.

## II.     ARGUMENT

On March 17, 2015, the Court heard argument on the PSC's motion to preclude Taishan

from participating in the litigation pending resolution of this Court's July 17, 2014 Contempt

Order.  At that Special Hearing, the Court directed the parties, including CNBM Group, CNBM,

BNBM Group and BNBM, to engage in expedited discovery.  Accordingly, on March 19, 2015,

the PSC issued and served on CNBM Group, CNBM, BNBM Group and BNBM, Notices of

Expedited Oral and Videotape Deposition pursuant to the Court's directive during the March 17,

2015 Special Hearing and Minute Entry and Orders (Rec.Doc. 18493)[Rec.Doc. Nos. 18504,

18506, 18498, 18499].  The Notices of Expedited Oral and Videotape Deposition sought both

testimony and requested production of documents.

On April 2, 2015, at a meet and confer telephone conference, counsel for the BNBM

entities, Michael Moore, spoke to Plaintiffs Lead and Liaison Counsel, Arnold Levin and Russ

Herman, to address the notices of deposition issued upon BNBM and BNBM Group.  (Counsel

for CNBM Group and CNBM have been absent from these proceedings, presumably awaiting

this Court's ruling on their motion to reserve defenses.)  Mr. Moore advised during this

telephonic conference that his offices are "working diligently to gather and produce documents at

the earliest possible date and to provide deposition dates in accordance with the current expedited

schedule."  *See* April 2, 2015 Email of Michael Moore (attached hereto as Exhibit "A").

BNBM's counsel has more recently advised that their team of lawyers have hired an e-

discovery vendor and are in the process of retaining a secrecy review vendor but are only

"expecting" to begin a "rolling production" of documents to the PSC sometime "next week."  *See*

April 4, 2015 Email of Michael Moore (attached hereto as Exhibit "B").[1]   Defendants' proposed

---

[1]PSC submits that defendants must comply with the instructions of the PSC's document
requests and either produce responsive documents or provide to the PSC a privilege log.  As this
Court is aware, many of the communications between Taishan and its prior counsel that were
made in furtherance of a crime/fraud and thus were excepted from the attorney-client privilege
involved interactions with Taishan's parent companies at CNBM and BNBM.  *See In re Chinese
Manufactured Drywall Products Liab. Litig.*, MDL 2047, Order & Reasons (Jan. 13,
2015)(Rec.Doc. 18256), *pet. for writ of mandamus denied*, No. 15-30114 (5th Cir. Feb. 20,
2015)(Doc: 00512943262).  Thus, it is imperative for the PSC to be fully apprized of the nature
(continued...)

rolling production protocols hamstring the PSC's abilities to adequately prepare for upcoming depositions of the as-yet undesignated witnesses.  The PSC is prejudiced thereby.  Accordingly, the PSC objects to any rolling production of discovery and requests that this Court order expedited production of documents from the CNBM and BNBM entities, including both original and English translations of said documents well in advance of the first scheduled deposition in these matters, which is now scheduled for April 14, 2015.

As to testimonial matters, BNBM advised that it has only "preliminarily identified possible 30b6 witnesses."  *Id*.  BNBM's counsel warns that they "continue to face real challenges" regarding "unavoidable logistical problems," such as obtaining exit visas, that appear to portend nothing other than delay.  *Id.*

This Court's March 17, 2015 Minute and Entry Orders [Rec.Doc. 18493] required that any "any deposition shall occur in New Orleans, Louisiana, unless all the parties agree–with consent of the Court–that the deposition may occur elsewhere."  *Id.*   The Court's order made clear that discovery on the matters at hand were to conclude by April 28, 2015.  At the rate BNBM is progressing, this deadline is unlikely to be met.  The PSC has even lower expectations for the CNBM entities, whose counsel have been largely silent regarding discovery despite the recent flurry of activity taking place in this regard.  The PSC can not prepare for depositions based upon mere promises.  We need action on the part of the defendants.  The PSC is committed to reviewing relevant documents immediately upon their production and taking the

---

[1](...continued)
of documents withheld on the grounds of privilege to ascertain whether the exception to the assertion of privilege applies to these parent companies.  Therefore, the CNBM and BNBM entities should be compelled to be produce such documents on an expedited basis.

testimony of each company's designated officer(s), director(s), or managing agent(s), or designate other person(s) who consent to testify on their behalf as soon as practicably possible. But the documents should be produced immediately.  Likewise, the witnesses should be identified immediately, and they should comply with the Court's Minute Entry and Orders and appear in New Orleans, Louisiana, and as soon a possible so that the April 28 deadline can be met.

## III.   **CONCLUSION**

For the reasons set forth above, the PSC's Emergency Motion to Compel Discovery against CNBM Group, CNBM, BNBM Group and BNBM should be granted.

Respectfully submitted,

Dated: April 7, 2015

/s/ Russ M. Herman
Russ M. Herman (LA Bar No. 6819)
Leonard A. Davis (LA Bar No. 14190)
Stephen J. Herman (LA Bar No. 23129)
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin (on the brief)
Fred S. Longer (on the brief)
Sandra L. Duggan
Matthew C. Gaughan
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm, LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Peter Prieto
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Bruce William Steckler
Steckler, LLP
12720 Hillcrest Road, Ste 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-4041
bruce@stecklerlaw.com

Ervin A. Gonzalez
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker Waichman, LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@attorneys4people.com

Christopher Seeger
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Richard J. Serpe
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Victor M. Diaz, Jr.
V.M. Diaz and Partners, LLC
119 Washington Ave, Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

6

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W
Suite  650
Washington, DC 20006
Phone: (202) 540-7200
Fax:  (202) 540-7201
rlewis@hausfeldllp.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Anthony D. Irpino
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 7th day of April, 2015.

/s/ Leonard A. Davis
Leonard A. Davis
HERMAN, HERMAN & KATZ, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com
Plaintiffs' Liaison Counsel
MDL 2047

*Co-counsel for Plaintiffs*

8