# EXHIBIT A

**Fred Longer**

---

| | |
|---|---|
| From: | Moore, C. Michael [c.michael.moore@dentons.com] |
| Sent: | Thursday, April 02, 2015 4:21 PM |
| To: | Debbie Murphy |
| Cc: | Barr, Michael H.; Russ Herman; Lenny Davis; Fred Longer; Moore, C. Michael; Fenton, Richard L.; 'Harry Rosenberg (1219)' |
| Subject: | RE: Chinese Drywall Litigation |

Arnold:

I appreciated the opportunity to speak with you, Russ and others today about the logistics and timing of production of documents and witnesses for our clients BNBM Group and BNBMPLC.

As we discussed in the call, our teams in the US and China are working literally around the clock to gather and produce documents at the earliest possible date and to provides deposition dates in accordance with the current expedited schedule and directions from Judge Fallon. As you know, there are many logistical challenges we are dealing with including, but not limited to, the ability to arrange visas for travel to the US, translations and other issues unique to China.

We commit to you that our efforts are intense and on-going. I hope to start a rolling production of documents we have gathered as soon as they are translated.

As I requested in our call, please let me know if you can provide us with a list of any documents from our clients that you already have translated and in your possession. This might expedite the process because translation resources could then be prioritized and directed to documents that you do not already have. For example, if you already have translations of public filings we might avoid unnecessary delay caused by duplication of translation efforts. You indicated that you would take this under advisement and let know.

In the meantime, I am available at any time to communicate about these matters, by phone or e-mail. My cell number is 214 802 4398.

Thank you.

Mike


C. Michael Moore
Dallas Managing Partner

D +1 214 259 0902  |  US Internal 50902
c.michael.moore@dentons.com
www.dentons.com

1