UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

## ORDER

Upon consideration of the Plaintiff's Steering Committee's Emergency Motion to Compel Discovery Against China National Building Materials Group Corporation, China National Building Materials Company Limited, Beijing New Building Material (Group) Co., Ltd. and Beijing New Building Materials Public Limited company, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2015.

_____
Eldon E. Fallon
United States District court Judge