IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**O R D E R**

Considering the Plaintiffs' Steering Committee's Motion for Leave to File Reply Brief in Support of Motion to Strike Hogan Lovells' Designation of Documents as Highly Confidential;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the attached Reply Brief in Support of Motion to Strike Hogan Lovells' Designation of Documents as Highly Confidential be and is hereby filed into the record.

New Orleans, Louisiana, this ___ day of _____, 2015.

_____
Eldon E. Fallon
United States District Court Judge