# EXHIBIT "A"

BROWNGREER

Direct Dial: (804) 521-7234
jswoody@browngreer.com

April 3, 2015

Russ Herman, Esquire
Herman, Herman, & Katz LLC
828 O'Keefe Avenue
New Orleans, LA 70113

Aaron Block, Esquire
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309

**Re: Chinese Drywall Plaintiff Profile Forms**

Mr. Herman and Mr. Block:

I have enclosed an encrypted flash drive that contains all of the Chinese Drywall Plaintiff Profile Forms in our possession. The instructions to access the data are also enclosed. You may need to consult with your IT department as the decryption process will require use of third party software. For security reasons, I will send the password to use when accessing these documents by separate transmission method.

If you have any questions, or need additional information, please do not hesitate to contact me.

Sincerely,

Jake Woody

Enclosure