# EXHIBIT "B"

Case 2:09-md-02047-EEF-MBN   Document 18612-2   Filed 04/07/15   Page 1 of 8

| Determined Class Member(s) | Affected Property Address (1) | Affected Property Address (2) | Affected Property City | Affected Property State | Affected Property Zip | Determined Sq. Ft. | Torres? | Ramirez? | K&M? |
|---|---|---|---|---|---|---|---|---|---|
| James Allman, Tamera Allman | 103 Gregg Court | Lot 2 Pozier Acres | Moyock | NC | 27958 | 3012 | | | |
| Phillip Amante, Annemarie C. Amante | 3205 Arran Thistle | | Williamsburg | VA | 23188 | 1418 | | | |
| Antony Antoniou, Ann Antoniou | 3206 Arran Thistle | | Williamsburg | VA | 23188 | 1334 | | | |
| Lake Crest Townhomes, LLC | 621 Trumpet Circle | | Birmingham | AL | 35226 | 2493 | | | |
| Nell W. Boothe | 483 Tranquil Drive | | Winder | GA | 30680 | 1870 | | | |
| Andy Bray, Chandra Bray | 141 Dorsey Springs Dr | | Hampton | GA | 30228 | 2449 | | | |
| Robert Bunting | 26 Wornom Farm Rd. | | Poquoson | VA | 23662 | 2954 | | | |
| CG Stony Point Townhomes, LLC | 9301 Creek's Crossing Boulevard | | Richmond | VA | 23235 | 2140 | | | |
| CG Stony Point Townhomes, LLC | 9303 Creek's Crossing Boulevard | | Richmond | VA | 23235 | 1984 | | | |
| CG Stony Point Townhomes, LLC | 9305 Creek's Crossing Boulevard | | Richmond | VA | 23235 | 1984 | | | |
| CG Stony Point Townhomes, LLC | 9307 Creek's Crossing Boulevard | | Richmond | VA | 23235 | 2146 | | | |
| CG Stony Point Townhomes, LLC | 9309 Creek's Crossing Boulevard | | Richmond | VA | 23235 | 2146 | | | |
| CG Stony Point Townhomes, LLC | 9311 Creek's Crossing Boulevard | | Richmond | VA | 23235 | 1984 | | | |
| CG Stony Point Townhomes, LLC | 9313 Creek's Crossing Boulevard | | Richmond | VA | 23235 | 1984 | | | |
| CG Stony Point Townhomes, LLC | 9315 Creek's Crossing Boulevard | | Richmond | VA | 23235 | 2140 | | | |
| Crawford Bay Associates, LLC | 73 Linden Avenue | | Portsmouth | VA | 23704-1923 | 2508 | | | |
| Jeremy W. Dickey and Lindsey M. Dickey | 60 Pinebark Court | | Wetumpka | AL | 36093 | 1869 | | | |
| Dedrick A. Dodge | 1109 Bowlin Drive | | Locust Grove | GA | 30248 | 2862 | | | |
| Francis J. Donohue | 408 Jefferson Avenue | | Cape Charles | VA | 23310 | 1381 | | | |
| Irene Franklin | 4315 Eleanors Way | | Williamsburg | VA | 23188 | 960 | | | |
| Brian Groves | 5670 Gooseneck Rd | | Riegelwood | NC | 28456 | 2892 | | | |
| Joe Guerra, Josefina Guerra | 1105 Bowlin Drive | | Locust Grove | GA | 30248 | 2600 | | | |
| Terry Hancock, Patricia Hancock | 4645 Town Creek Drive | | Williamsburg | VA | 23188 | 2000 | | | |
| Bryon Hand | 3207 Arran Thistle | | Williamsburg | VA | 23188 | 1270 | | | |
| Keith Hanley, Lily Hanley | 105 Patriots Ridge | | Carrollton | VA | 23314 | 3388 | | | |
| Shawn Henson, Alvin Henson | 1213 Avondale Lane | | Newport News | VA | 23602 | 1797 | | | |
| Casey Jones, Megan Jones, Louis Jones | 2251 Sandalwood Rd. | | Virginia Beach | VA | 23451 | 2084 | | | |
| Kernisan, Marie, | 1028 Levista Drive | | Locust Grove | GA | 30248 | 2834 | | | |
| Nora A. Klinker | 5527 Brixton Road | | Williamsburg | VA | 23185 | 2275 | | | |
| Cleon Long | 953 Hollymeade Circle | | Newport News | VA | 23602 | 1797 | | | |
| Dale Miller, Sharon Miller | 3204 Arran Thistle | | Williamsburg | VA | 23188 | 1354 | | | |
| Daniel Nolan, Lillian Nolan | 216 Wildlife Trace | | Chesapeake | VA | 23320 | 3124 | | | |
| Overlook, LLC Steven Middleton | 700 S. Laurel Street | | Richmond | VA | 23220 | 1384 | | | |
| Overlook, LLC Steven Middleton | 702 S. Laurel Street | | Richmond | VA | 23220 | 1372 | | | |
| Overlook, LLC Steven Middleton | 716 S. Pine Street | | Richmond | VA | 23220 | 1686 | | | |
| Overlook, LLC Steven Middleton | 704 S. Laurel Street | | Richmond | VA | 23220 | 1033 | | | |
| Overlook, LLC Steven Middleton | 706 S. Laurel Street | | Richmond | VA | 23220 | 1033 | | | |
| Overlook, LLC Steven Middleton | 708 S. Laurel Street | | Richmond | VA | 23220 | 1376 | | | |
| Overlook, LLC Steven Middleton | 710 S. Laurel Street | | Richmond | VA | 23220 | 1360 | | | |
| Overlook, LLC Steven Middleton | 803 Holly Street | | Richmond | VA | 23220 | 1234 | | | |

| Determined Class Member(s) | Affected Property Address (1) | Affected Property Address (2) | Affected Property City | Affected Property State | Affected Property Zip | Determined Sq. Ft. | Torres? | Ramirez? | K&M? |
|---|---|---|---|---|---|---|---|---|---|
| Overlook, LLC Steven Middleton | 805 Holly Street | | Richmond | VA | 23220 | 1213 | | | |
| Overlook, LLC Steven Middleton | 807 Holly Street | | Richmond | VA | 23220 | 1272 | | | |
| Overlook, LLC Steven Middleton | 809 Holly Street | | Richmond | VA | 23220 | 1271 | | | |
| Ben Palmer, Kay Palmer | 320 Pine Point | | Eclectic | AL | 36024 | 4505 | | | |
| South Hampton Holding, LLC | 3355 S. Military Hwy. | | Chesapeake | VA | 23323 | 42462 | | | |
| Benjamin Proto, Holly Proto | 10 Bradford Point | | Virginia Beach | VA | 23455 | 2995 | | | |
| Jason Purse | 4309 Creekside Loop | | Williamsburg | VA | 23188 | 957 | | | |
| Inger Robinsor-Reese | 1024 Levista Drive | | Locust Grove | GA | 30248 | 2862 | | | |
| Paul Seeman | 312 Tindalls Court | | Suffolk | VA | 23436 | 3391 | | | |
| Monica Sigmon | 3310 Rannock Moor | | Williamsburg | VA | 23188 | 1352 | | | |
| Demetra Walker | 485 Tranquil Drive | | Winder | GA | 30680 | 1746 | | | |
| Cherryl Weeks | 9907 Briarcliff Drive | | Mobile | AL | 36608 | 1950 | | | |
| Angela Young, Diane Young | 3202 Arran Thistle | | Williamsburg | VA | 23188 | 1192 | | | |
| NATACHA NICAISSE, | 3512 NE 3RD DRIVE | | HOMESTEAD | FL | 33033 | 1831 | | | |
| Overlook, LLC Steven Middleton | 714 S. Pine Street | | Richmond | VA | 23220 | 2073 | | | |
| Rebecca Connell | 236 County Road 3310 | | Troy | AL | 36079 | 4689 | | | |
| Pearl Farmer | 521 Triumph Way | | Winder | GA | 30680 | 1893 | | | |
| Ralph H. Robertson, Colleen L. Robertson | 5575 Brixton Road | | Williamsburg | VA | 23185 | 2236 | | | |
| April N. Brasher | 43 Pleasant Circle | | Odenville | AL | 35120 | 1788 | | | |
| Carrie H Reeves | 4926 Paradise Lake Circle | | Birmingham | AL | 35244 | 1680 | | | |
| George W. Grabham, Linda V. Grabham | 3200 Hamilton Road | | Opelika | AL | 36804 | 2607 | | | |
| Kevin L. Dobbs, Ashley Dobbs | 102 Camerons Way | | Lincoln | AL | 35096 | 1261 | | | |
| Glen Rogers, Joan A. Rogers | 1101 Highland Way | | Kimberly | AL | 35091 | 2039 | | | |
| Sandra L. Silva, Javier Silva | 3408 Galloping Bend Way | | Auburn | GA | 30011 | 4156 | | | |
| Fannie Mae c/o David R. Box | 5539 Brixton Rd. | | Williamsburg | VA | 23185 | 2608 | | | |
| Fannie Mae c/o David R. Box | 3972 Border Way | | Virginia Beach | VA | 23456 | 4033 | | | |
| Fannie Mae c/o David R. Box | 101 Patricks Ct | | Carrollton | VA | 23314 | 3343 | | | |
| Fannie Mae c/o David R. Box | 961 Hollymeade Cir | | Newport News | VA | 23602 | 2227 | | | |
| Fannie Mae c/o David R. Box | 322 Bernard Dr | | Newport News | VA | 23602 | 2216 | | | |
| Fannie Mae c/o David R. Box | 954 Hollymeade Cir | | Newport News | VA | 23602 | 1859 | | | |
| Fannie Mae c/o David R. Box | 2408 Caitlan Loch Lane | | Virginia Beach | VA | 23456 | 3198 | | | |
| Fannie Mae c/o David R. Box | 100 Patricks Court | | Carrollton | VA | 23314 | 3140 | | | |
| Fannie Mae c/o David R. Box | 1757 W. Queen St | | Hampton | VA | 23666 | 2458 | | | |
| Fannie Mae c/o David R. Box | 3900 Manning Road | | Suffolk | VA | 23434 | 2749 | | | |
| Fannie Mae c/o David R. Box | 4020 Dunbarton Circle | | Williamsburg | VA | 23188 | 2372 | | | |
| Corinth Homes, LLC | 712 Stanhope Close | | Chesapeake | VA | 23320 | 2580 | | | |
| L&B Quarterpath, | 211 Quarterpath Rd | | Williamsburg | VA | 23185 | 2878 | | | |
| Marcelo A Torres-Lutz, | 334 Cipriani Way | | North Venice | FL | 34275 | 1638 | | | |
| Phillip L. Allen, Clarine S. Allen | 907 Eastfield Lane | | Newport News | VA | 23602 | 2227 | yes | | yes |
| Alexander D. Anderson | 309 Preservation Reach | | Chesapeake | VA | 23320 | 2622 | | | |

| Determined Class Member(s) | Affected Property Address (1) | Affected Property Address (2) | Affected Property City | Affected Property State | Affected Property Zip | Determined Sq. Ft. | Torres? | Ramirez? | K&M? |
|---|---|---|---|---|---|---|---|---|---|
| Attorney Landholdings, LLC | 2492 N. Landing Road | Unit 104 | Virginia Beach | VA | 23456 | 1625 | | | |
| Valerie W. Anderson, Richard Jones, Jr, Delores Jones | 1010 Hollymeade Circle | | Newport News | VA | 23602 | 1797 | | | |
| Joseph F. Anello, Delma Anello, Margaret Anello | 3957 Border Way | | Virginia Beach | VA | 23456 | 3831 | | | |
| Tadarreio D. Atkins, Mattea J. Atkins | 955 Hollymeade Circle | | Newport News | VA | 23602 | 1797 | yes | | yes |
| Roger A. Atwell | 5516 Brixton Road | | Williamsburg | VA | 23185 | 2115 | | | yes |
| Olayiwola Ayodeji, Kifayat Ayodeji | 1027 Hollymeade Circle | | Newport News | VA | 23602 | 1797 | | | |
| Christopher Bailey | 958 Hollymeade Circle | | Newport News | VA | 23602 | 2227 | | | yes |
| Dorothy J. Bailey | 3304 Rannock Moor | | Williamsburg | VA | 23188 | 1352 | | | |
| Jerry P. Baldwin, Inez Baldwin | 4020 Dunbarton Circle | | Williamsburg | VA | 23188 | 2372 | | | |
| Gerald L. Barnes, Michelle Barnes | 5588 Brixton Road | | Williamsburg | VA | 23185 | 2176 | | | |
| Robert W. Barrett, Lisa A. Barrett | 310 Preservation Reach | | Chesapeake | VA | 23320 | 2752 | | | |
| Roy F. Barry | 8063 Bi-County Road | | Norfolk | VA | 23518 | 2394 | | | |
| Tiffany B. Beker, Roger E. Broadbent, Donna M. Broadbent | 4611 Town Creek Drive | | Williamsburg | VA | 23188 | 2088 | | | |
| Keith A. Berry, Elizabeth B. Berry | 607 Mansion Road | | Yorktown | VA | 23693 | 2700 | yes | | |
| JM & MA LLC | 2488 North Landing Road | Unit 110 | Virginia Beach | VA | 23456 | 1666 | | | |
| Michael D. Binetti | 2929 Riddick Lane | | Virginia Beach | VA | 23456 | 2933 | | | |
| Demitrous R. Blount, Rivera B. Gonzalo | 963 Hollymeade Circle | | Newport News | VA | 23602 | 1844 | | | yes |
| Craig L. Bollenberg | 100 Patricks Court | | Carrollton | VA | 23314 | 3140 | | yes | |
| Patrick A. Brett, Layne B. Brett | 2492 North Landing Road | Suite 106 | Virginia Beach | VA | 23456 | 1700 | | | |
| David L. Bright, Melonie R. Bright | 187 Mulberry Lane | | Hertford | NC | 27944 | 1993 | | | |
| Craig M. Brown, Angela E. Brown | 1031 Hollymeade Circle | | Newport News | VA | 23602 | 1897 | | | |
| Darryl Brown, Monique N. Brown | 219 Wildlife Trace | | Chesapeake | VA | 23320 | 3104 | | | |
| James R. Brown, Virginia L. Brown | 3091 Cider House Road | | Toano | VA | 23168 | 2950 | | | |
| Demetria B. Burgohy | 950 Hollymeade Circle | | Newport News | VA | 23602 | 2227 | | | yes |
| Albert Butzer, Betsy Butzer | 9519 26th Bay Street | | Norfolk | VA | 23518 | 2898 | | | |
| Eugene R. Caburian, Genalin N. Caburian | 2501 Rowan Place | | Virginia Beach | VA | 23456 | 2697 | | yes | |
| Victoria L. Cain | 1020 Hollymeade Circle | | Newport News | VA | 23602 | 1797 | | | yes |
| Sidney H. Camden, Susan R. Camden | 109 Algonquin Trail | | Shawboro | NC | 27973 | 2521 | | | |
| Ronald A. Campana, Jr. | 4323 Eleanors Way | | Williamsburg | VA | 23188 | 960 | yes | | |
| Maurice D. Castell | 1049 W. 36th Street | | Norfolk | VA | 23502 | 1958 | | | |
| Kristie W. Chappell, Lucius R. Chappell | 2125 Benefit Road | | Chesapeake | VA | 23322 | 3219 | | | |
| Larkin D. Combs | 3305 Arran Thistle | | Williamsburg | VA | 23185 | 1418 | | | |
| Jerome Condra | 6399 Old Stage Highway | | Smithfield | VA | 23430 | 4165 | | | yes |
| Terence M. Cone | 4324 Lydias Drive | | Williamsburg | VA | 2318 | 2442 | yes | | |
| Frances Cope | 3208 Rannock Moor | | Williamsburg | VA | 23188 | 1334 | | | |
| Janie Corbett | 3203 Arran Thistle | | Williamsburg | VA | 23188 | 1244 | | | |
| Edwin Cousins III, Leslie G. Cousins | 952 Hollymeade Circle | | Newport News | VA | 23602 | 1797 | | | yes |
| Byron H. Crist, Maria C. Crist | 2408 Caitlan Loch Lane | | Virginia Beach | VA | 23456 | 3198 | | | |

| Determined Class Member(s) | Affected Property Address (1) | Affected Property Address (2) | Affected Property City | Affected Property State | Affected Property Zip | Determined Sq. Ft. | Torres? | Ramirez? | K&M? |
|---|---|---|---|---|---|---|---|---|---|
| Kenneth W. Crowder, Sandra B. Crowder | 7041 Lilac Ct | | Norfolk | VA | 23518 | 5043 | | | |
| Gregory R. Curtis, Nancy H. Curtis | 221 Wildlife Trace | | Chesapeake | VA | 23320 | 2814 | | | |
| DuShane Davenport, Janelle Davenport | 4045 Bradshaw Dr | | Williamsburg | VA | 23188 | 2484 | | | |
| Robert E. Dawson | 4326 Lydias Dr | | Williamsburg | VA | 23188 | 2352 | | yes | |
| Daniel Day, Maureen Day | 1804 Mayberry Dr | | Virginia Beach | VA | 23456 | 4224 | | | |
| Vida Dillard | 1219 Avondale Ln | | Newport News | VA | 23602 | 2227 | yes | yes | |
| Nikolay Dimitrov, Iliyana Dimitrov | 1925 Maxey Manor Ct | | Virginia Beach | VA | 23454 | 1842 | | | |
| Christopher L. Dolan, Carrie B. Dolan | 3302 Rannock Moor | | Williamsburg | VA | 23188 | 1192 | | | |
| Jay K. Dooling | 645 Roland Dr | | Norfolk | VA | 23509 | 2476 | | | |
| Jason Dunaway | 27037 Flaggy Run Rd | | Courtland | VA | 23837 | 1864 | | | |
| Brian C. Duncan | 1406-1408 Cypress Avenue | | Virginia Beach | VA | 23451 | 3836 | | yes | |
| Jeffrey A. Dunn | 8170 North View Blvd | | Norfolk | VA | 23518 | 2420 | | | |
| Ricky L. Edmonds | 801 Holly St | | Richmond | VA | 23320 | 1728 | | | |
| Jack L. Espinal, Patricia Byrne | 4615 Town Creek Dr | | Williamsburg | VA | 23188 | 3072 | | | |
| Jeffrey Estes | 308 Preservation Reach | | Chesapeake | VA | 23320 | 2933 | | | |
| Cassie R. Evans | 4321 Eleanors Way | | Williamsburg | VA | 23188 | 944 | yes | | |
| Abby E. Ewell, Michael T. Ewell | 1638 Cicero Ct | | Chesapeake | VA | 23322 | 3584 | | | |
| Yahya Fadl, Nawal Fadl | 5301 Center St | | Williamsburg | VA | 23188 | 2352 | yes | | |
| John I. Fiala, Joan M. Fiala | 101 Potecasi Creek Ct | | Hertford | NC | 27944 | 2832 | | | |
| Ramos-Firvida, LLC | 2488 N. Landing Rd | Suite 109 | Virginia Beach | VA | 23456 | 1666 | | | |
| Perry Fontenot, Cassandra Fontenoe | 1016 Hollymeade Cir | | Newport News | VA | 23602 | 2227 | | | yes |
| Amanda R. Fowle | 957 Hollymeade Cir | | Newport News | VA | 23602 | 1797 | | | yes |
| Carroll C. Freeman | 951 Hollymeade Cir | | Newport News | VA | 23602 | 2227 | yes | | yes |
| Jeffrey P. Frucht | 5305 Center St | | Williamsburg | VA | 23188 | 1674 | yes | | |
| David E. Fuller | 213 Wildlife Trace | | Chesapeake | VA | 23320 | 2884 | | | |
| John Galanda, Margaret E. Galanda | 186 Cedarwood Blvd | | Hertford | NC | 27944 | 2639 | | | |
| Thomas M. Gale, Dawn M. Gale | 614 Plum St | | Cape Charles | VA | 23310 | 1672 | | | |
| Barbara Galgano, Peter Galgano, JR | 8105 Kirkcaldy Ct | | Williamsburg | VA | 23188 | 2475 | | | |
| Tappan R. Gandy | 1215 Avondale Ln | | Newport News | VA | 23602 | 1897 | yes | | yes |
| Mary Germano | 8171 North View Blvd | | Norfolk | VA | 23518 | 2625 | | | |
| Arvin Goboy, Clarissa Goboy | 3972 Border Way | | Virginia Beach | VA | 23456 | 4033 | | | |
| James D. Griffin III, Kristin Griffin | 311 Preservation Reach | | Chesapeake | VA | 23320 | 2603 | | | yes |
| Roy E. Gulledge, Juanita Gulledge | 1772 Carriage Dr | | Hampton | VA | 23664 | 2759 | | | yes |
| Robert G. Gurnee, Ann G. Gurnee | 4349 Blackthorne Ct | | Virginia Beach | VA | 23455 | 4133 | | | |
| Joshua C. Harry, Sharntay Y. Harry | 903 Eastfield Ln | | Newport News | VA | 23602 | 1797 | yes | | yes |
| Carolyn Hartline | 3201 Rannock Moor | | Williamsburg | VA | 23188 | 1244 | | | |
| John Havrilla | 967 Hollymeade Cir | | Newport News | VA | 23602 | 1797 | | | yes |
| Steven R. Heischober, Elizabeth C Heischober | 214A 80th St | | Virginia Beach | VA | 23451 | 2518 | | | |
| Cindy S. Helbig | 1921 Maxey Manor Ct | | Virginia Beach | VA | 23454 | 1842 | | | |

| Determined Class Member(s) | Affected Property Address (1) | Affected Property Address (2) | Affected Property City | Affected Property State | Affected Property Zip | Determined Sq. Ft. | Torres? | Ramirez? | K&M? |
|---|---|---|---|---|---|---|---|---|---|
| James W. Hemphill, Gail I. Hemphill | 4609 Town Creek Dr | | Williamsburg | VA | 23188 | 2442 | | | |
| Curtis R. Hinkley, Jr., Sylvia Hinkley, Stephanie L. Hinkley-Lopez | 156 Mulberry Ln | | Hertford | NC | 27944 | 1700 | | | |
| Michael J. Hollingsworth | 905 Eastfield Lane | | Newport News | VA | 23602 | 1797 | yes | | yes |
| Yeong H. Hong | 5539 Brixton Rd. | | Williamsburg | VA | 23185 | 2608 | | | |
| Harold R. Hooper, Robert King, Jr | 5515 Brixton Rd | | Williamsburg | VA | 23185 | 2283 | | | |
| Rajiv Hrishikesh, Maria Hrishikesh, Papanasam Hrishikesh | 5599 Brixton Rd | | Williamsburg | VA | 23185 | 2406 | | | yes |
| Duoc Huynh, Pamela Huynh | 2488 North Landing Rd | Unit 112 | Virginia Beach | VA | 23456 | 1636 | | | |
| Richard Ilich, Catherine Ilich | 4023 Appaloosa Ct | | Suffolk | VA | 23434 | 3102 | | | |
| Ronald E. Ingram, Tiffany Finch | 4025 Appaloosa Ct | | Suffolk | VA | 23434 | 3446 | | | |
| Dennis C. Jackson, Jr., Sharon L. Jackson | 8151 North View Blvd | | Norfolk | VA | 23518 | 2426 | | | |
| Scott Jarrett, Margaret Jarrett | 3210 Rannock Moor | | Williamsburg | VA | 23188 | 1352 | | | |
| Kenneth D. Johnson, Jeri L. Johnson | 609 Mansion Rd | | Yorktown | VA | 23693 | 3330 | | | yes |
| Pryncess J. Stephens | 959 Hollymeade Cir | | Newport News | VA | 23602 | 2227 | yes | | yes |
| Paul V. Jones, Janet E. Jones | 3301 Rannock Moor | | Williamsburg | VA | 23188 | 1244 | | | |
| Jarmaal J. Kellogg, Vicki Kellogg | 5801 Arden St | | Portsmouth | VA | 23703 | 2102 | | | |
| Nathan Kiewiet, Elizabeth Kiewiet | 3307 Arran Thistle | | Williamsburg | VA | 23185 | 1270 | | | |
| Soon O. Kim | 1022 Hollymeade Cir | | Newport News | VA | 23602 | 1897 | | | yes |
| Mark N. Klett | 2488 North Landing Rd | Unit 111 | Virginia Beach | VA | 23465 | 1666 | | | |
| Asa H. Knight | 4319 Eleanors Way | | Williamsburg | VA | 23188 | 944 | yes | | |
| Robert E. Lafoon, Patricia A. Lafoon | 609 Lord Dunmore Dr | | Virginia Beach | VA | 23464 | 3767 | | | |
| Penny C. Lane | 2074 Tazewell Rd | | Virginia Beach | VA | 23455 | 1734 | | yes | |
| Bruce M. Lawlor, Carol Lawlor | 9513 7th Bay St | | Norfolk | VA | 23510 | 3830 | | | |
| Joseph E. Leach, Cathy L. Leach | 4043 Dunbarton Cir | | Williamsburg | VA | 23188 | 100 | yes | | |
| Hoo S. Lee, Eun J. Kim | 1018 Hollymeade Cir | | Newport News | VA | 23606 | 1797 | | | yes |
| Jon F. Lenander, Suzanne K. Nieman | 8108 Helmsdale Ct | | Williamsburg | VA | 23188 | 2372 | yes | | |
| Michael Levine, Cheryl Mendelsohn | 5548 Brixton Rd | | Williamsburg | VA | 23185 | 2218 | | | yes |
| Christopher P. Levy, Wendy Levy | 4644 Lake Dr | | Virginia Beach | VA | 23455 | 2116 | | | |
| Calvin Loper, Tammy Jones | 321 Croft Crossing | | Chesapeake | VA | 23320 | 4047 | | | yes |
| Turner W. Mackall, Juanita C. Mackall | 1211 Avondale Ln | | Newport News | VA | 23602 | 2227 | yes | | |
| Jason M. Madzuma, Jessica L. Madzuma | 5303 Center St | | Williamsburg | VA | 23188 | 1936 | yes | | |
| Elizabeth A Mautulenas | 163 South Gum Ave | | Virginia Beach | VA | 23452 | 3362 | | yes | |
| Robert L. McArthur, Jr., Meradee McArthur | 13401 Holly Ln | | Carrollton | VA | 23314 | 2922 | | | |
| John P. McGinn, Jr., Anna M. McGinn | 4301 Blackthorne Ct | | Virginia Beach | VA | 23455 | 4451 | | | |
| Preston McKellar, Jr, Rachel L. McKellar | 1008 Hollymeade Cir | | Newport News | VA | 23602 | 1716 | | | |
| Jason S. McLain | 3209 Rannock Moor | | Williamsburg | VA | 23188 | 1418 | | | |
| Jessica McLenaghan | 4317 Eleanors Way | | Williamsburg | VA | 23188 | 928 | yes | | |
| Joseph F. Michaux, Vannessa L. Michaux | 901 Eastfield Ln | | Newport News | VA | 23602 | 2227 | yes | | yes |
| Elwood Miller | 3308 Arran Thistle | | Williamsburg | VA | 23188 | 1334 | | | |
| Howard D. Mishkind, Jane R. Mishkind | 9531 26th Bay St | | Norfolk | VA | 23518 | 1848 | | | |

Chinese Drywall Litigation -- Virginia Settlement Claimants

| Determined Class Member(s) | Affected Property Address (1) | Affected Property Address (2) | Affected Property City | Affected Property State | Affected Property Zip | Determined Sq. Ft. | Torres? | Ramirez? | K&M? |
|---|---|---|---|---|---|---|---|---|---|
| William F. Morgan, Jr.,  Deborah L. Morgan | 8495 Ashington Way | | Williamsburg | VA | 23188 | 3079 | | | |
| Matthew Mullaney | 1913 Maxey Manor Ct | | Virginia Beach | VA | 23454 | 1842 | | | |
| Vernette Nathan | 228 Wildlife Tr | | Chesapeake | VA | 23320 | 3198 | | | |
| Sidney Neighbours | 57 Riverview Ave | | Portsmouth | VA | 23704 | 2262 | | | |
| Colleen A. Nguyen,  Tuan V. Nguyen | 1100 Michaelwood Dr | | Virginia Beach | VA | 23452 | 4850 | | | |
| Dennis J. O'Leary,  Stephanie O'Leary | 9523 26th Bay St | | Norfolk | VA | 23518 | 1874 | | | |
| Gun M. Oh | 961 Hollymeade Cir | | Newport News | VA | 23603 | 2227 | | | yes |
| Daniel F. Olson,  Sarah A. Olson | 9535 26th Bay St | | Norfolk | VA | 23518 | 2872 | | | |
| Robert Orlando,  Lisa Orlando | 4091 Dunbarton Cir | | Williamsburg | VA | 23188 | 2714 | | | |
| John R. Owen,  Meredith Parks | 2549 Robert Fenton Rd | | Williamsburg | VA | 23185 | 3445 | | | |
| Dwight D. Page,  Psyche M. Page | 102 Overlook Point | | Yorktown | VA | 23693 | 2363 | yes | | |
| Anthony Palamidessi,  Caroline Palamidessi | 3309 Arran Thistle | | Williamsburg | VA | 23188 | 1418 | | | |
| Il H. Park | 113 Estons Run | | Yorktown | VA | 23693 | 2583 | | | |
| Marlon Parker,  LaTasha Parker | 954 Hollymeade Cir | | Newport News | VA | 23602 | 1859 | | | yes |
| Zenaida Perez | 965 Hollymeade Cir | | Newport News | VA | 23602 | 1797 | | | yes |
| Jacqueline Phillips,  Rodney Phillips | 1025 Hollymeade Cir | | Newport News | VA | 23602 | 2227 | | | |
| Joseph D. Pipkin,  Shannon Pipkin | 5576 Brixton Rd | | Williamsburg | VA | 23185 | 2176 | yes | | |
| Robert O. Popovitch | 1217 Avondale Ln | | Newport News | VA | 23602 | 1797 | yes | yes | |
| Claire Powell | 5508 Holly Rd | | Virginia Beach | VA | 23451 | 2363 | | | |
| Karen S. Reilly,  Paul Reilly, Sr. | 198 The Maine | | Williamsburg | VA | 23185 | 3395 | | yes | |
| S. Russell Renner,  Judi K Renner | 188 Regency Cir | | Moyock | NC | 27958 | 2456 | | | |
| Anton Riedl,  Melissa D Powell-Riedl | 969 Hollymeade Cir | | Newport News | VA | 23602 | 2227 | yes | | yes |
| Candi Roberts | 1014 Hollymeade Cir | | Newport News | VA | 23602 | 1897 | | | yes |
| Margaret Rogers | 9527 26th Bay St | | Norfolk | VA | 23518 | 1874 | | | |
| Thomas Roskowski,  Jill A Roskowski | 101 Patricks Ct | | Carrollton | VA | 23314 | 3343 | | | |
| Patrick  Ryan,  Jennifer Ryan | 13019 Lighthouse Ln | | Carrollton | VA | 23314 | 2980 | | | |
| William  Ryan,  Shanna Ryan | 66 Scotland Rd | | Hampton | VA | 23663 | 2038 | yes | | |
| Karen M.  Sakony,  Vincent C. Sakony | 4063 Dunbarton Cir | | Williamsburg | VA | 23188 | 2475 | | | |
| Mark Sakowski | 120 Chanticleer Ct | | Williamsburg | VA | 23185 | 2118 | yes | | |
| Christian  Sanders,  Julie Weidner | 1917 Maxey Manor Ct | | Virginia Beach | VA | 23454 | 1842 | | | |
| Carter  Savage,  Barbara Savage | 106 Shehandoah River Ct | | Hetford | NC | 27944 | 2418 | | yes | |
| Kimberly Schultz | 2021 Kings Fork Rd | | Suffolk | VA | 23434 | 2978 | | | |
| Sonya Scott | 224 Clay St | | Suffolk | VA | 23434 | 3008 | | | |
| Steven L. Scott,  Berna Scott | 1757 W. Queen St | | Hampton | VA | 23666 | 2458 | | | |
| Xueming Shen,  Xiaoyan Wu | 4340 Blackthorne Ct | | Virginia Beach | VA | 23455 | 4715 | | | |
| Karl Sherwood | 1029 Hollymeade Cir | | Newport News | VA | 23602 | 1797 | | | |
| Catherine Simpson | 112 Chanticleer Ct | | Williamsburg | VA | 23185 | 2118 | yes | | |
| Ronald Sims,  Serbrenia Sims | 4215 New Town Avenue | | Williamsburg | VA | 23188 | 2442 | | | |
| Andre L. Skinner | 3703 Polk St | | Portsmouth | VA | 23703 | 2449 | | | |
| Juanita Smith | 956 Hollymeade Cir | | Newport News | VA | 23602 | 1716 | | | yes |

Chinese Drywall Litigation -- Virginia Settlement Claimants

| Determined Class Member(s) | Affected Property Address (1) | Affected Property Address (2) | Affected Property City | Affected Property State | Affected Property Zip | Determined Sq. Ft. | Torres? | Ramirez? | K&M? |
|---|---|---|---|---|---|---|---|---|---|
| Samuel H. Smith, Jr., Wanda R. Smith | 4019 Appaloosa Ct | | Suffolk | VA | 23434 | 3326 | | | |
| David Starnes | 4095 Dunbarton Cir | | Williamsburg | VA | 23188 | 2475 | | | |
| Cynthia A. Talbot | 2101 Governors Pointe Dr | | Suffolk | VA | 23436 | 3391 | | yes | |
| Susann D. Tierney, Jeffrey J. Tierney | 3303 Rannock Moor | | Williamsburg | VA | 23188 | 1244 | | | |
| Noel P Tomas, Lance L. Coates, Virginia K. Masana, Villania Flor, Joan E. Nesbit | 3961 Border Way | | Virginia Beach | VA | 23456 | 2947 | | | |
| Mark Tompkins, Karen Tompkins | 3306 Arran Thistle | | Williamsburg | VA | 23188 | 1334 | | | |
| Phat S. Ton, Hang D. Le | 5519 Brixton Rd | | Williamsburg | VA | 23185 | 2275 | | | yes |
| Frank Topf, Yvonne Topf | 2417 Caitlan Loch Ln | | Virginia Beach | VA | 23602 | 3549 | | | |
| Elmer Troublefield, Rorrie C. Jefferies | 8 St Johns Dr | | Hampton | VA | 23666 | 2871 | | | yes |
| Albania Tyler | 6 St Johns Dr | | Hampton | VA | 23666 | 2474 | | | |
| Hugh S. Vest, Tracy F. Vest | 111 Eston's Run | | Yorktown | VA | 23693 | 3037 | | | yes |
| Benjamin Walker | 1012 Hollymeade Cir | | Newport News | VA | 23602 | 1716 | | | |
| Larry W Ward | 214 B 80th St | | Virginia Beach | VA | 23451 | 2500 | | | |
| Brenda T. Whittington, Charles M Whittington | 2105 Governors Pointe Dr | | Suffolk | VA | 23436 | 3391 | | | |
| Karen A Wightman, John C. Berlin | 322 Bernard Dr | | Newport News | VA | 23602 | 2216 | | | |
| Roslyn D. Wilson | 830 W. 31st St | | Norfolk | VA | 23508 | 2123 | | | yes |
| Patrick B Wiseman | 117 Overlook Point | | Yorktown | VA | 23693 | 2480 | | | |
| Bryan R. Wood, Kimberly A. Wood | 603 Mansion R. | | Yorktown | VA | 23693 | 2580 | yes | | |
| Matthew Woods, Vernestine Woods | 2430 Ballentine Blvd | | Norfolk | VA | 23509 | 2284 | | | |
| Gregory M Woodson, Flordeliza Q. Woodson | 3965 Border Way | | Virginia Beach | VA | 23456 | 2931 | | | |
| Robert H. Bohler, Annie W. Bohler | 1360 Julian Drive | | Watkinsville | GA | 30677 | 2434 | | | |
| Roy E. Frugard, Jr., | 4646 Lake Dr | | Virginia Beach | VA | 23455 | 2527 | | | |
| Bradley W. Gonsoulin | 4124 Brittany Way | | Williamsburg | VA | 23188 | 973 | | | |
| Mariana K. Lee | 4320 Lydias Dr | | Williamsburg | VA | 23188 | 2424 | | | |
| Claire C. Powell | 5510 Holly Rd | | Virginia Beach | VA | 23452 | 2792 | | | |
| Thomas R. Spencer, Virginia M. Spencer | 2481 Lakewood Manor Dr | | Athens | GA | 30606 | 7366 | | | |