Case 2:09-md-02047-EEF-MBN   Document 18613   Filed 04/07/15   Page 1 of 1

In re: Chinese-Manufactured Drywall Products Liability Litigation



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 134029-0009

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Westerlund Log Handlers, LLC, through its Agent, SW&W Registered Agents, Inc.
Court Case No. MDL 2047

HERMAN, HERMAN, ET AL
Mr. Leonard A. Davis
820 O'Keefe Ave.
New Orleans, LA 70113-1116

State of: **Oregon** ) ss.
County of: **Clackamas** )
Name of Server: **Jeff Ejtehadi**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **30** day of **March**, 20**15**, at **10:40** o'clock **A** M

Place of Service: at **1211 SW Fifth Avenue, Ste. 1900**, in **Portland, OR 97204**

Documents Served: the undersigned served the documents described as:
**Attached 20 (b)(6); Notice of Deposition (with exhibits); Witness Fee Check**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Westerlund Log Handlers, LLC, through its Agent, SW&W Registered Agents, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: **Roxanne Detracy – Receptionist**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F**; Skin Color **White**; Hair Color **Black**; Facial Hair **N**
Approx. Age **40's**; Approx. Height ____; Approx. Weight **slender**

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **31** day of **March**, 20**15**

Notary Public    (Commission Expires) **2017**

APS International, Ltd.

OFFICIAL SEAL
CHRISTINE M FREITER
NOTARY PUBLIC-OREGON
COMMISSION NO. 476353
MY COMMISSION EXPIRES APRIL 08, 2017