In re: Chinese-Manufactured Drywall Products Liability Litigation



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 134029-0010

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--International Business Machines Corporation, through Michelle H. Browdy, Senior Vice President, Legal and Regulatory Affairs, and General Counsel
Court Case No. MDL 2047

HERMAN, HERMAN, ET AL
Mr. Leonard A. Davis
820 O'Keefe Ave.
New Orleans, LA 70113-1116

State of: **NEW YORK** ) ss.
County of: **WESTCHESTER** )

**Name of Server:** **JEFFREY HECKETT**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **31** day of **MARCH**, 20 **15**, at **2:26** o'clock **P** M

**Place of Service:** at New Orchard Road, in Armonk, NY 10504

**Documents Served:** the undersigned served the documents described as:
Attached 20 (b)(6); Notice of Deposition (with exhibits); Witness Fee Check

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**International Business Machines Corporation, through Michelle H. Browdy, Senior Vice President, Legal and Regulatory Affairs, and General Counsel**
By delivering them into the hands of an officer or managing agent whose name and title is: **MARIETTA OCACELIA, LEGAL ASSISTANT**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **F**; Skin Color **W**; Hair Color **BLACK**; Facial Hair ____
Approx. Age **45**; Approx. Height **5'5"**; Approx. Weight **135**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Signature of Server_

Subscribed and sworn to before me this **31** day of **MARCH**, 20 **15**

_Notary Public_ (Commission Expires)

APS International, Ltd.

GERI L. FRAGETTE
Notary Public, State of New York
NO. 01AL6047399
Qualified in Westchester County
Commission Expires July 31, 20 17