**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

**MEMORANDUM OF LAW IN SUPPORT OF THE PLAINTIFF'S
STEERING COMMITTEE'S EMERGENCY MOTION TO COMPEL
DISCOVERY AGAINST SUNPIN SOLAR DEVELOPMENT, LLC**

**I.   INTRODUCTION**

The Plaintiff's Steering Committee ("PSC"), on behalf of all plaintiffs in MDL 2047, have moved on an emergent basis to compel discovery from Sunpin Solar Development, LLC ("Sunpin"). For the reasons set forth below, the motion should be granted.

**II.   ARGUMENT**

On March 17, 2015, the Court heard argument on the PSC's motion to preclude Taishan from participating in the litigation pending resolution of this Court's July 17, 2014 Contempt Order. At that Special Hearing, the Court directed the parties to engage in expedited discovery. Accordingly, on March 19, 2015, the PSC issued and served on Sunpin a Notice of Expedited Oral and Videotape Deposition pursuant to the Court's directive during the March 17, 2015 Special Hearing and Minute Entry and Orders (Rec.Doc. 18510]. The Notices of Expedited Oral and Videotape Deposition sought both testimony and requested production of documents. Simultaneous with the filing of the Notices of Expedited Oral and Videotape Deposition, the

PSC filed an Emergency Motion for Expedited Return on Discovery Requests and Shortened Time to Notice Depositions, Rec.Doc. 18509, which was granted by the Court on March 24, 2015.  Rec.Doc. 18535.  Pursuant to this Court's March 24, 2015 Order, Sunpin was required to "respond completely and fully to the written discovery, and produce all documents requested, by the PSC, within ten days of their receipt of the Request for Production of Documents."

Sunpin was served with the Notices of Expedited Oral and Videotape Deposition and subpoena on March 23, 2015.  Therefore, Sunpin was required to produce documents responsive to the PSC's discovery requests on or before April 2, 2015.  On April 6, 2015, Sunpin instead filed an untimely objection and responses to subpoena to testify at deposition in a civil action, in which they have refused to provide any responsive documents.[1]

The PSC respectfully requests that Sunpin be ordered to immediately produce all documents that are responsive to the PSC's document requests and produce a witness to testify on the topics identified in the notice of deposition.  While Sunpin raises a series of boilerplate objections, this Court's Order was designed to cut through such boilerplate objections by requiring that responsive documents be produced within ten (10) days of Sunpin's receipt of the PSC's discovery requests.  In one such boilerplate objection, Sunpin repeatedly contends that the PSC's discovery "seeks information that is neither relevant nor reasonable calculated to lead to the discovery of admissible evidence related to the collection of a judgment ...".  *See* Objection to Document Request No. 1.  This objection completely ignores the fact that the deposition was noticed for purposes of exploring topics identified by this Court during the March 17, 2015

---

[1] Sunpin's objection and response to the subpoena does not appear to have been filed on the Court's docket.  The objection and response was served by file & serve and is attached hereto as Exhibit "A".

hearing (*i.e.*, including but not limited to whether the Taishan Affiliates conducted any business in the United States in violation of this Court's Contempt Order). Consistent with this stated purpose, the deposition topics and document requests to Sunpin are very clearly targeted to whether the Taishan Affiliates violated the Contempt Order since they seek information pertaining to China Triumph International Engineering Group Co., Ltd.'s (a 91% controlled subsidiary of CNBM) contract or agreement with Sunpin for a roof power plant project and the construction of roof solar power plants for Wal-Mart Stores, Inc.'s ("Walmart") North American stores. Thus, the discovery is cleared designed to uncover relevant evidence of the Taishan Affiliates' apparent violation of this Court's Contempt Order. Additionally, since the discovery requests are very narrowly focused on this commercial interaction and/or whether the Taishan Affiliates violated the Contempt Order, Sunpin's contention that the discovery is overly broad or unduly burdensome should also be rejected by the Court.[2] Wherefore, Sunpin should be immediately ordered to produce documents responsive to the PSC's document requests and to produce a witness on the topics identified in the notice of deposition.

### III.  CONCLUSION

For the reasons set forth above, the PSC's Emergency Motion to Compel Discovery against Sunpin should be granted.

---

[2] So far as Sunpin contends the documents are shielded from production based on confidentiality agreements, Pretrial Order 16 allows Sunpin to produce such materials subject to confidentiality designations. To the extent Sunpin contends certain documents are shielded from production by virtue of a privilege, Sunpin should produce a privilege log.

Dated: April 7, 2015

Respectfully submitted,

/s/ Russ M. Herman
Russ M. Herman (LA Bar No. 6819)
Leonard A. Davis (LA Bar No. 14190)
Stephen J. Herman (LA Bar No. 23129)
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin (on the brief)
Fred S. Longer (on the brief)
Sandra L. Duggan
Matthew C. Gaughan
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm, LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Peter Prieto
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com


Bruce William Steckler
Steckler, LLP
12720 Hillcrest Road, Ste 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-4041
bruce@stecklerlaw.com

Ervin A. Gonzalez
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker Waichman, LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@attorneys4people.com

Christopher Seeger
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Richard J. Serpe
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Victor M. Diaz, Jr.
V.M. Diaz and Partners, LLC
119 Washington Ave, Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W
Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Anthony D. Irpino
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 7th day of April, 2015.

/s/ Leonard A. Davis
Leonard A. Davis
HERMAN, HERMAN & KATZ, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com
Plaintiffs' Liaison Counsel
MDL 2047

*Co-counsel for Plaintiffs*