UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION : 
: SECTION L
:
: JUDGE FALLON
: MAGISTRATE JUDGE
: WILKINSON

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

The Court received and reviewed the attached correspondence.

**IT IS ORDERED** that the attached correspondence shall be entered into the record.

**IT IS FURTHER ORDERED** that Brown Greer review the correspondence and respond as appropriate.

New Orleans, Louisiana, this 7th day of April, 2015.

_____
UNITED STATES DISTRICT JUDGE

cc:

Gilbert & Gloria Villaverde
2513 SW 37th St.
Cape Coral, FL 33914

1