Gilbert & Gloria Villaverde
2513 SW 37th St
Cape Coral, Fl. 33914

March 28, 2015

Mr. Jacob S. Woody
MDL-2047 Settlement Administrator
Brown Greer, PLC
250 Rocketts Way
Richmond, Va. 23231

Mr. Woody

Per the instructions on Form 1099-MISC, I request that you take immediate action, in accordance with IRS instructions, to rescind/correct the 1099-Misc that you issued to me claiming that the $15,720 that I received for Repair and Relocation damages under the MDL-2047 Builder Installer, Supplier and Insurer Settlement Agreement is taxable(Account # 105423). That settlement amount is neither taxable Nor reportable as beign taxable since is less than 10% of the adjusted basis of our property, I have received no other compensation or settlement payments for repair and relocation damages, and I have not taken a casualty loss deduction for toxic Chinese Drywall property damage to our home.
According to the IRS guidance you are required by the IRS to determine whether a payment is taxable and needs to be reported prior to issuing a 1099-MISC. You did not do that. In fact, you stated that you had no way to know whether or not the payments for repair and relocation damages are less than a claimant's adjusted basis of the property. Actually, I believe that all 1099-MISC's issued by you were issued in error because property damage settlements are not reportable in Box 3 of 1099-MISC.

In your statement that I referenced above you clearly identify the settlement as payment for property damage. According to the IRS, property damage settlements are not taxable and generally not reportable unless the settlements exceeds the adjusted basis of the property.

You also stated that the IRS instructions are clear that the payments you issued ,which you said were damages for nonphysical injuries,must be reported in Box # 3 of the 1099-MISC as taxable.The problem is that you identified the settlements as payments for property damage,which is not taxable unless it exceeds the adjusted basis for the property,and you also identified the settlement as payment of nonphysical injury,which is taxable.It is very clear that the IRS-1099MISC instructions that settlements for non physical injury are taxable(adjusted basis of property does not come into play)except in a few cases,including settlements associated with personal physical injury or sickness,and medical expenses.

It is clear that the rules for property damage settlements and nonphysical injury settlements are different,the former involve property and the latter involve persons.With some exceptions, property damage settlements are not taxable and non physical injury settlements are taxable. You can't have it both ways.

Several factors have exacerbated claimant's recognition and resolution of the problem of having received a 1099-MISC in error. One factor is that you failed to include the telephone number of a person to contact On the 1099-MISC.This telephone number is required by the IRS ,you must provide direct access to an individual who can answer questions about the statement , i.e. the 1099-MISC.

You are going to be putting us a retired,disabled family with two kids in very much hardship because of your error the following will happen to us:

1-My kids going to college will be stripped of the Fafsa money
2-My Obamacare supplements will be terminated
3- I will not be able to apply for my 50K exception for property taxes

4- I will have to pay more taxes, money that I don't have

I am one of those persons that are frustrated, angry and confused as to why we are being told by a Fallon's court representative that an MLD-2047 settlement payment for repair and relocation damages, which in most cases is less than 10% of their property loss is taxable. That this information came from a court appointed representative provides a false sense of credibility that the IRS has deemed this payment taxable. Toxic Chinese drywall victims have suffered significant financial loss, possible health consequences, and emotional stress.
HOW MUCH LONGER CHINESE DRYWALL VICTIMS ARE GOING TO BE VICTIMIZED!!!!
TOXIC DRYWALL VICTIMS DESERVE IMMEDIATE RESOLUTION TO THE 1099-MISC PROBLEM.

Respectfully,
Gilbert & Gloria Villaverde
Gvillaverde2513@gmail.com
239-542-7737

Cc: Honorable Eldon E. Fallon
    United States District Court
    Eastern District of Louisiana
    500 Poydras Street, Room C- 456
    New Orleans, La 70130

Pete V Albanis
Morgan & Morgan
12800 University Dr
Suite 600
Ft. Myers, Fl 33907

    U.S. Representative Court Clawson
    804 Nicholas Parkway East Suite 1
    Cape Coral , Fl 33990

    Senator Bill Nelson
    716 Hart Senate Office Building
    Washington, D.C. 20510

Senator Marco Rubio
284 Russell Senate Office Building
Washington, D.C. 20510