In re: Chinese-Manufactured Drywall Products Liability Litigation



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 134029-0003

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--United Suntech Craft, Inc., c/o Wei Sheng Liu, as Registered Agent.
Court Case No. MDL 2047

HERMAN, HERMAN, ET AL
Mr. Leonard A. Davis
820 O'Keefe Ave.
New Orleans, LA 70113-1116

State of: **California** ) ss.
County of: **Orange** )

Name of Server: **Jorge Rivera**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **26** day of **March**, 20 **15**, at **3:10** o'clock **P** M.

Place of Service: at **2555 Huntington Dr., Ste. F**, in **San Marino, CA 91108**

Documents Served: the undersigned served the documents described as:
Subpoena to Testify at a Deposition in a Civil Action (with poduction request) with Attached 20 (b)( Notice of Deposition (with exhibits); Witness Fee Check

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
United Suntech Craft, Inc., c/o Wei Sheng Liu, as Registered Agent.

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Dorothy Lin, Accounting**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F**; Skin Color **Asian**; Hair Color **Grey**; Facial Hair ___
Approx. Age **50+**; Approx. Height **5'**; Approx. Weight **130 lbs**

[✓] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this **2** day of **April**, 20 **15**

_____  **9-5-15**
Notary Public   (Commission Expires)

APS International, Ltd.

TAMARA A. MORALES
COMM. #1951164
Notary Public - California
Orange County
My Comm. Expires Sep. 5, 2015