UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Amorin, et al. v. State-owned Assets Supervision and Administration Commission, et al.*, Case No. 2:14-cv-1727 (E.D. La.) | |

### RESPONSE OF THE PLAINTIFFS' STEERING COMMITTEE TO CNBM GROUP'S MOTION FOR RECONSIDERATION OF THE COURT'S ORDER GRANTING ALTERNATIVE SERVICE ON DEFENDANT STATE-OWNED ASSETS SUPERVISION AND ADMINISTRATION COMMISSION

On April 2, 2015, the Court granted the motion of the Plaintiffs' Steering Committee ("PSC") to serve Defendant State-owned Assets Supervision and Administration Commission ("SASAC") with Omnibus Complaint XIX ("Omni XIX") via mail pursuant to Fed. R. Civ. P. 4(f)(3) and 28 U.S.C. § 1608(b)(3)(B) and, in addition, through counsel for CNBM Group [Rec. Doc. No. 18592]. CNBM Group has filed a motion for emergency reconsideration of this Order to the extent it permits service on counsel for CNBM Group [Rec. Doc. No. 18594]. CNBM Group does not contest service on SASAC under the Foreign Sovereign Immunities Act ("FSIA"), and, in fact, argues that "service of process 'must' be in accordance with the service provisions of the FSIA." CNBM Mot. at 3. In accordance with the Court's order, the PSC has provided the Clerk of the Court with copies of the summons and Omni XIX, in both English and Chinese, for transmission to SASAC "by any form of mail requiring a signed receipt."

1

Service of Omni XIX on SASAC through counsel for CNBM Group is intended to supplement service under 28 U.S.C. § 1608(b)(3)(B).  The Court has discretion to order alternative and multiple means of service under Fed. R. Civ. P. 4 and the FSIA.  *See Harris Corp. v. Nat'l Iranian Radio and Television*, 691 F.2d 1344, 1352 n.15 (11th Cir. 1982) (affirming alternative means of service under the FSIA, which were designed to provide defendant with actual notice, including service by telex, by registered mail, and by delivery of copies of the pleadings to counsel "which was coordinating Iranian litigation on behalf of Iran."); *see also Banco Metropolitano, S.A. v. Desarrollo de Autopistas y Carreteras de Guatemala, S.A.*, 616 F. Supp. 301, 304 (S.D.N.Y. 1985) (finding substantial compliance with the FSIA where service was made "on the [Guatemalan] consulate in New York, and in view of the receipt of actual knowledge of the summons and complaint in Guatemala, albeit not in a Spanish version, and without mailing by the clerk of the court"); *Int'l Schools Service v. Government of Iran*, 505 F. Supp. 178, 178 (D.N.J. 1981) (allowing service by telex).

It appears that the real purpose of CNBM Group's protest regarding service on SASAC is to disclaim any alter ego relationship with SASAC.  CNBM Group's motion for reconsideration should be denied.

Dated: April 8, 2015	Respectfully Submitted,

        BY:  /s/ Leonard A. Davis
            Russ M. Herman (LA Bar No. 6819)
            (on the Brief)
            Leonard A. Davis (LA Bar No. 14190)
            (on the Brief)
            Stephen J. Herman (LA Bar No. 23129)
            Herman, Herman & Katz, LLC
            820 O'Keefe Avenue
            New Orleans, LA 70113
            Phone: (504) 581-4892
            Fax: (504) 561-6024
            ldavis@hhklawfirm.com
            *Plaintiffs' Liaison Counsel*
            *MDL 2047*

            Arnold Levin (on the Brief)
            Fred S. Longer (on the Brief)
            Sandra L. Duggan (on the Brief)
            Matthew Gaughan (on the Brief)
            Levin, Fishbein, Sedran & Berman
            510 Walnut Street, Suite 500
            Philadelphia, PA 19106
            Phone: (215) 592-1500
            Fax: (215) 592-4663
            alevin@lfsblaw.com
            *Plaintiffs' Lead Counsel*
            *MDL 2047*

            Gerald E. Meunier
            Gainsburgh, Benjamin, David,
             Meunier & Warshauer, LLC
            2800 Energy Centre
            1100 Poydras Street
            New Orleans, LA 70163-2800
            Phone:  (504) 522-2304
            Fax:  (504) 528-9973
            gmeunier@gainsben.com
            *Co-Counsel for Plaintiffs and PSC Member*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm, LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Peter Prieto
Podhurst Orseck, PA
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Bruce William Steckler
Steckler LLP
12720 Hillcrest Road, Suite 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-4041
bruce@stecklerlaw.com

Ervin A. Gonzalez
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, PA
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Jerrold Seth Parker
Parker Waichman, LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Myers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@attorneys4people.com

Christopher Seeger
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Richard J. Serpe
Law Offices of Richard J. Serpe
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Victor M. Diaz, Jr.
V.M. Diaz and Partners, LLC
119 Washington Ave., Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

## OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W., Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Anthony D. Irpino
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 8th day of April, 2015.

      /s/ Leonard A. Davis
      Leonard A. Davis
      Herman, Herman & Katz, LLC
      820 O'Keefe Avenue
      New Orleans, LA 70113
      Phone: (504) 581-4892
      Fax: (504) 561-6024
      ldavis@hhklawfirm.com

      *Plaintiffs' Liaison Counsel*
      *MDL 2047*