IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

**MEMORANDUM OF LAW IN SUPPORT OF THE PLAINTIFF'S STEERING COMMITTEE'S EMERGENCY MOTION TO COMPEL DISCOVERY AGAINST WAL-MART STORES, INC.**

**I.   INTRODUCTION**

The Plaintiff's Steering Committee ("PSC"), on behalf of all plaintiffs in MDL 2047, have moved on an emergent basis to compel discovery from Wal-Mart Stores, Inc. ("Wal-Mart"). For the reasons set forth below, the motion should be granted.

**II.   ARGUMENT**

On March 17, 2015, the Court heard argument on the PSC's motion to preclude Taishan from participating in the litigation pending resolution of this Court's July 17, 2014 Contempt Order. At that Special Hearing, the Court directed the parties to engage in expedited discovery. Accordingly, on March 19, 2015, the PSC issued and served on Wal-Mart a Notice of Expedited Oral and Videotape Deposition pursuant to the Court's directive during the March 17, 2015 Special Hearing and Minute Entry and Orders (Rec.Doc. 18510]. The Notices of Expedited Oral and Videotape Deposition sought both testimony and requested a production of documents. Simultaneous with the filing of the Notices of Expedited Oral and Videotape Deposition, the PSC filed an Emergency

1

Motion for Expedited Return on Discovery Requests and Shortened Time to Notice Depositions, Rec.Doc. 18511, which was granted by the Court on March 24, 2015. Rec.Doc. 18535. Pursuant to this Court's March 24, 2015 Order, Wal-Mart was required to "respond completely and fully to the written discovery, and produce all documents requested, by the PSC, within ten days of their receipt of the Request for Production of Documents."

Wal-Mart was served with the Notices of Expedited Oral and Videotape Deposition and subpoena on March 25, 2015. Therefore, Wal-Mart was required to produce documents responsive to the PSC's discovery requests on or before April 4, 2015. Wal-Mart has failed to object or otherwise respond to the PSC's discovery requests.

The PSC respectfully requests that Wal-Mart be ordered to immediately produce all documents that are responsive to the PSC's document requests and produce a witness to testify on the topics identified in the notice of deposition. The instant discovery and deposition notice to Wal-Mart is necessary to determine whether any Taishan affiliate violated the Court's Contempt Order by conducting business in the United States. The deposition topics and document requests to Wal-Mart are very clearly targeted to whether the Taishan Affiliates violated the Contempt Order since they seek information pertaining to China Triumph International Engineering Group Co., Ltd.'s (a 91% controlled subsidiary of CNBM) contract or agreement with Sunpin Solar Development, LLC for a roof power plant project and the construction of roof solar power plants for Wal-Mart North American stores. Thus, the discovery is cleared designed to uncover relevant evidence of the Taishan Affiliates' apparent violation of this Court's Contempt Order. Wherefore, Wal-Mart should be immediately ordered to produce documents responsive to the PSC's document requests and to produce a witness on the topics identified in the notice of deposition.

### III.     CONCLUSION

For the reasons set forth above, the PSC's Emergency Motion to Compel Discovery against Wal-Mart should be granted.

Dated: April 8, 2015

Respectfully submitted,

/s/ Leonard A. Davis
Russ M. Herman (LA Bar No. 6819)
Leonard A. Davis (LA Bar No. 14190)
Stephen J. Herman (LA Bar No. 23129)
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin (on the brief)
Fred S. Longer (on the brief)
Sandra L. Duggan
Matthew C. Gaughan (on the brief)
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

**PLAINTIFFS' STEERING COMMITTEE**

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm, LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Peter Prieto
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Bruce William Steckler
Steckler, LLP
12720 Hillcrest Road, Ste 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-4041
bruce@stecklerlaw.com

Ervin A. Gonzalez
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker Waichman, LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@attorneys4people.com

Christopher Seeger
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Richard J. Serpe
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Victor M. Diaz, Jr.
V.M. Diaz and Partners, LLC
119 Washington Ave, Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

## OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W
Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Anthony D. Irpino
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 8th day of April, 2015.

      /s/ Leonard A. Davis
      Leonard A. Davis
      HERMAN, HERMAN & KATZ, LLC
      820 O'Keefe Avenue
      New Orleans, Louisiana 70113
      Phone: (504) 581-4892
      Fax: (504) 561-6024
      Ldavis@hhklawfirm.com
      Plaintiffs' Liaison Counsel
      MDL 2047

      *Co-counsel for Plaintiffs*