IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

**MEMORANDUM IN SUPPORT OF
THE PLAINTIFFS' STEERING COMMITTEE'S
EMERGENCY MOTION TO COMPEL COMPLETE DEFENDANT
AFFILIATE/SUBSIDIARY/PARENT MANUFACTURERS' PROFILE
FORM FROM BEIJING NEW BUILDING MATERIALS
PUBLIC LIMITED COMPANY AND BEIJING
<u>NEW BUILDING MATERIAL (GROUP) CO. LTD.</u>**

The Plaintiffs' Steering Committee ("PSC") has moved to compel Beijing New Building Materials Public Limited Company ("BNBM") and Beijing New Building Material (Group) Co., Ltd. ("BNBM Group") to comply with this Court's Orders and provide complete defendant profile forms. The profile forms provided by the defendants on April 6, 2015 are deficient in that the defendants do not address all of their affiliates. Further, unlike other defendants including, Knauf and Taishan Gypsum Co. Ltd., neither defendant has provided indicia of the drywall products they sold in the United States pursuant to Pretrial Order No. 10.

On April 6, 2015, the defendants provided to the PSC profile forms for BNBM and BNBM Group. *See* Email of Meagan E. Dyer attached hereto as Exhibit "A". The defendant profile forms provided for BNBM and BNBM Group are deficient. Defendant BNBM Group provides in its profile form at Table A information regarding affiliates for only four entities: BNBM Group Forest Products Co., Ltd.; BNBM Xiamen International Trade Co. Ltd.; China National Building Material

Company Limited; and Beijing New Building Materials Public Limited Company.  BNBM only provides information regarding affiliates for Taishan Gypsum Co. Ltd. and Beijing New Building Material (Group) Co., Ltd.  Both BNBM and BNBM Group reject application of the definition of "affiliates" as used by this Court in its July 17, 2014 Contempt Order.  By employing these narrow definitions to the terms subsidiary and affiliate, BNBM has not complied with the spirit nor the purpose of the defendant profile form.  Pursuant to Fed.R.Civ.P. 37, BNBM and BNBM Group should be compelled to correct the deficiencies in their profile form.

Further, this Court at the onset of MDL 2047 issued Pretrial Order No. 10 as an aide to all of the litigants to identify the various brands of drywall manufactured, sold, distributed and installed in the various plaintiffs' properties. Pretrial Order No. 10 provides, "the Court orders that all parties provide either the Plaintiffs' Liaison Counsel or the Defendants' Liaison Counsel with a photographic catalog of markings, brands, endtapes and other identifying markers that they have found[.]" Pretrial Order No. 10 (August 21, 2009).  Neither BNBM nor BNBM Group have provided descriptions of and photographs of the labeling, endtapes and other indicia of the product sold in the United States.  *See, e.g.*, Table B to the profile form of BNBM and BNBM Group.  The PSC moves to compel the production of this information.

WHEREFORE, for the reasons set forth above, and for good cause shown, the PSC's motion should be granted.

Respectfully submitted,

Dated: April 8, 2015

/s/ Leonard A. Davis
Russ M. Herman (LA Bar No. 6819)
Leonard A. Davis (LA Bar No. 14190)
Stephen J. Herman (LA Bar No. 23129)
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin (on the brief)
Fred S. Longer (on the brief)
Sandra L. Duggan
Matthew C. Gaughan
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

**PLAINTIFFS' STEERING COMMITTEE**

| | |
|---|---|
| Dawn M. Barrios | Daniel E. Becnel, Jr. |
| Barrios, Kingsdorf & Casteix, LLP | Becnel Law Firm, LLC |
| 701 Poydras Street, Suite 3650 | 425 W. Airline Highway, Suite B |
| New Orleans, LA 70139 | Laplace, LA 70068 |
| Phone: (504) 524-3300 | Phone: (985) 536-1186 |
| Fax: (504) 524-3313 | Fax: (985) 536-6445 |
| Barrios@bkc-law.com | dbecnel@becnellaw.com |

Peter Prieto
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Bruce William Steckler
Steckler, LLP
12720 Hillcrest Road, Ste 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-4041
bruce@stecklerlaw.com

Ervin A. Gonzalez
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker Waichman, LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@attorneys4people.com

Christopher Seeger
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson  
Whitfield, Bryson & Mason, LLP  
900 W. Morgan Street  
Raleigh, NC 27603  
Phone: (919) 600-5000  
Fax: (919) 600-5002  
dan@wbmllp.com

Richard J. Serpe  
Law Offices of Richard J. Serpe  
Crown Center, Ste. 310  
580 East Main Street  
Norfolk, VA 23510-2322  
Phone: (757) 233-0009  
Fax: (757) 233-0455  
rserpe@serpefirm.com

Victor M. Diaz, Jr.  
V.M. Diaz and Partners, LLC  
119 Washington Ave, Suite 402  
Miami Beach, FL 33139  
Phone: (305) 704-3200  
Fax: (305) 538-4928  
victor@diazpartners.com

## OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

Richard S. Lewis  
HAUSFELD LLP  
1700 K Street, N.W  
Suite 650  
Washington, DC 20006  
Phone: (202) 540-7200  
Fax: (202) 540-7201  
rlewis@hausfeldllp.com

Andrew A. Lemmon  
Lemmon Law Firm, LLC  
P.O. Box 904  
15058 River Road  
Hahnville, LA 70057  
Phone: (985) 783-6789  
Fax: (985) 783-1333  
andrew@lemmonlawfirm.com

Anthony D. Irpino  
IRPINO LAW FIRM  
2216 Magazine Street  
New Orleans, LA 70130  
Phone: (504) 525-1500  
Fax: (504) 525-1501  
airpino@irpinolaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 8th day of April, 2015.

      /s/ Leonard A. Davis
      Leonard A. Davis
      HERMAN, HERMAN & KATZ, LLC
      820 O'Keefe Avenue
      New Orleans, Louisiana 70113
      Phone: (504) 581-4892
      Fax: (504) 561-6024
      Ldavis@hhklawfirm.com
      Plaintiffs' Liaison Counsel
      MDL 2047

      *Co-counsel for Plaintiffs*