**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br>**ALL CASES** | |

## ORDER

Upon consideration of the Plaintiff's Steering Committee's Motion to Compel Complete Defendant Affiliate/Subsidiary/Parent Manufacturers' Profile Form from Beijing New Building Materials Public Limited Company and Beijing New Building Material (Group) Co. Ltd.;

IT IS ORDERED, ADJUDGED and DECREED that said Motion is GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2015.

_____
Eldon E. Fallon
United States District court Judge