UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION : SECTION L
: JUDGE FALLON
: MAGISTRATE JUDGE WILKINSON

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

Before the Court is CNBM's motion to reconsider the Court's order on alternate service (Rec. Doc. 18594).

**IT IS ORDERED** that the motion to reconsider is set for hearing, with oral argument, immediately following the monthly status conference on April 17, 2015.

**IT IS FURTHER ORDERED** that any response is due on or before April 13, 2015.

**IT IS FURTHER ORDERED** that the prior Court order, (Rec. Doc. 18592), is **MODIFIED** in that the Clerk of Court shall **STAY** service by mail until the Court resolves the motion to reconsider.

New Orleans, Louisiana, this 7th day of April, 2015.

_____
UNITED STATES DISTRICT JUDGE

1