**Exhibit A - Prime Homes' Delays**

| Unit | Final Cost Estimate Issued | Binding Contract Issued | Days Between Final Cost Estimate and Binding Contract | Release Issued | Release Deficiencies Cured |
|---|---|---|---|---|---|
| 7070 Venice Way #2902 | 6/12/2013 | 3/10/2014 | 268 | 3/10/2014 | No |
| 7070 Venice Way #2904 | 5/2/2013 | 3/10/2014 | 308 | 3/10/2014 | No |
| 7070 Venice Way #2905 | 6/12/2013 | 3/10/2014 | 268 | 3/10/2014 | No |
| 7070 Venice Way #2906 | 5/2/2013 | 3/10/2014 | 308 | 3/10/2014 | No |
| 7043 Ambrosia Lane #201 | 8/5/2014 | 1/21/2015 | 166 | 1/21/2015 | No |
| 7074 Venice Way #2601 | 6/12/2013 | 4/2/2014 | 290 | 4/2/2014 | No |
| 7074 Venice Way #2602 | 6/20/2013 | 4/3/2014 | 283 | 4/3/2014 | No |
| 7074 Venice Way #2604 | 5/15/2013 | 4/2/2014 | 317 | 4/2/2014 | No |
| 7074 Venice Way #2606 | 4/12/2013 | 5/6/2014 | 384 | 5/6/2014 | Yes - 5/6/2014 |
| 7069 Venice Way #2803 | 4/12/2013 | 4/2/2014 | 350 | 4/2/2014 | No |
| 7070 Venice Way #2901 | 4/12/2013 | 4/2/2014 | 350 | 4/2/2014 | No |
| 7065 Venice Way #3001 | 6/12/2013 | 4/2/2014 | 290 | 4/2/2014 | No |
| 7065 Venice Way #3002 | 10/18/2013 | 4/2/2014 | 164 | 4/2/2014 | No |
| 7065 Venice Way #3003 | 6/12/2013 | 4/3/2014 | 291 | 4/3/2014 | No |
| 7065 Venice Way #3004 | 6/12/2013 | 4/2/2014 | 290 | 4/2/2014 | No |
| 7060 Venice Way #3102 | 8/5/2014 | 1/21/2015 | 166 | 1/20/2015 | No |
| 7060 Venice Way #3103 | 8/5/2014 | 1/21/2015 | 166 | 1/21/2015 | No |
| 7061 Venice Way #3201 | 4/12/2013 | 4/2/2014 | 350 | 4/2/2014 | No |
| 7061 Venice Way #3202 | 4/22/2013 | 4/2/2014 | 340 | 4/2/2014 | No |
| 7061 Venice Way #3203 | 6/12/2013 | 4/2/2014 | 290 | 4/2/2014 | No |
| 7061 Venice Way #3204 | 4/12/2013 | 4/2/2014 | 350 | 4/2/2014 | No |
| 7061 Venice Way #3206 | 6/12/2013 | 4/2/2014 | 290 | 4/2/2014 | No |
| 7054 Ambrosia Lane #3301 | 8/5/2014 | 1/21/2015 | 166 | 1/21/2015 | No |
| 7054 Ambrosia Lane #3302 | 8/5/2014 | 1/21/2015 | 166 | 1/21/2015 | No |
| 7054 Ambrosia Lane #3306 | 4/22/2013 | 4/2/2014 | 340 | 4/2/2014 | No |
| 7054 Ambrosia Lane #3307 | 2/6/2014 | 4/2/2014 | 56 | 4/2/2014 | No |
| 7054 Ambrosia Lane #3308 | 5/15/2013 | 4/2/2014 | 317 | 4/2/2014 | No |
| 7047 Ambrosia Lane (Clubhouse) | 4/12/2013 | 4/2/2014 | 350 | 4/2/2014 | Yes - 4/2/2014 |
| 7043 Ambrosia Lane #202 | 8/5/2014 | 1/21/2015 | 166 | 1/21/2015 | No |

| Average Delay (Days): | 270.34 |
|---|---|