**Driskell, Carly**

| | |
|---|---|
| **From:** | Mindy Nunnally <mnunnally@browngreer.com> |
| **Sent:** | Tuesday, April 07, 2015 8:51 AM |
| **To:** | Merino, Rene |
| **Cc:** | Ashley Dwyre |
| **Subject:** | Prime Homes |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Rene,

I received you message regarding and below provides some the background on Prime Homes. Let me know if you would like me to call you or have any other questions.

1. On 5/8/14 we received an updated Release for some of the properties, but we told Colson Hicks we were unable to accept changes to Release already submitted. I have attached the email chain regarding this. You are also able to view all the Releases that have been provided for Prime Homes now.

2. On 10/1/14, Becky requested we accept the alterations on page 3 of the Release and Garrett agreed to this. We never received any Releases after this agreement.

3. The below dates show when we emailed Colson Hicks regarding the deficiencies.

| | |
|---|---|
| 4/6/14 | 12/5/14 |
| 5/12/14 | 12/17/14 |
| 7/2/14 | 1/19/15 |
| 10/2/14 | 1/27/15 |
| 11/5/14 | 2/10/15 |
| 11/25/14 | |

4. Deficiencies and Release received dates.

| Row | Claim ID | Homeowner Name | Affected Property Address | Deficiencies | Funding Requested | Release Received Dates |
|---|---|---|---|---|---|---|
| 1. | 107160 | EDM Investment Holdings, LLC ; Prime Homes at Portofino Falls | 7070 Venice Way #2902 | Title date on Release is different from date on the Lump Sum Form | No | 3/12/14 |
| 2. | 107161 | EDM Investment Holdings, LLC ; Prime Homes at Portofino Falls | 7070 Venice Way #2904 | Title date on Release is different from date on the Lump Sum Form | No | 3/12/14 |
| 3. | 107162 | EDM Investment Holdings, LLC ; Prime Homes at Portofino Falls | 7070 Venice Way #2905 | Title date on Release is different from date on the Lump Sum Form | No | 3/12/14 |
| 4. | 107163 | EDM Investment Holdings, LLC ; Prime Homes at Portofino Falls | 7070 Venice Way #2906 | Title date on Release is different from date on the Lump Sum Form | No | 3/12/14 |
| 5. | 109136 | Prime Homes at Portofino Falls, Ltd. | 7074 Venice Way #2601 | Release missing Block Omni (X) case and court information | No | 4/2/14 5/8/14 |
| 6. | 109137 | Prime Homes at Portofino Falls, Ltd. | 7074 Venice Way #2602 | Release missing Block Omni (X) case and court information | No | 4/2/14 5/8/14 |
| 7. | 109138 | Prime Homes at Portofino Falls, Ltd. | 7074 Venice Way #2604 | Release missing Block Omni (X) case and court information | No | 4/2/14 5/8/14 |
| 8. | 109139 | Prime Homes at Portofino Falls, Ltd. | 7074 Venice Way #2606 | No Deficiencies - Waiting to request funding for all Prime Homes. | No | 5/7/14 |
| 9. | 109140 | Prime Homes at Portofino Falls, Ltd. | 7069 Venice Way #2803 | Release missing Block Omni (X) case and court information | No | 4/2/14 5/8/14 |
| 10. | 109141 | Prime Homes at Portofino Falls, Ltd. | 7070 Venice Way #2901 | Release missing Block Omni (X) case and court information | No | 4/2/14 5/8/14 |
| 11. | 109142 | Prime Homes at Portofino Falls, Ltd. | 7065 Venice Way #3001 | Release missing Block Omni (X) case and court information | No | 4/2/14 5/8/14 |
| 12. | 109143 | Prime Homes at Portofino Falls, Ltd. | 7065 Venice Way #3002 | Release missing Block Omni (X) case and court information | No | 4/2/14 5/8/14 |
| 13. | 109144 | Prime Homes at Portofino Falls, Ltd. | 7065 Venice Way #3003 | Release missing Block Omni (X) case and court information | No | 4/2/14 5/8/14 |
| 14. | 109145 | Prime Homes at Portofino Falls, Ltd. | 7065 Venice Way #3004 | Release missing Block Omni (X) case and court information | No | 4/2/14 5/8/14 |
| 15. | 109149 | Prime Homes at Portofino Falls, Ltd. | 7061 Venice Way #3201 | Release missing Block Omni (X) case and court information | No | 4/2/14 5/8/14 |
| 16. | 109150 | Prime Homes at Portofino Falls, Ltd. | 7061 Venice Way #3202 | Release missing Block Omni (X) case and court information | No | 4/2/14 5/8/14 |
| 17. | 109151 | Prime Homes at Portofino Falls, Ltd. | 7061 Venice Way #3203 | Release missing Block Omni (X) case and court information | No | 4/2/14 5/8/14 |
| 18. | 109152 | Prime Homes at Portofino Falls, Ltd. | 7061 Venice Way #3204 | Release missing Block Omni (X) case and court information | No | 4/2/14 5/8/14 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 19. | 109153 | Prime Homes at Portofino Falls, Ltd. | 7061 Venice Way #3206 | Release missing Block Omni (X) case and court information | No | 4/2/14 5/8/14 |
| 20. | 109159 | Prime Homes at Portofino Falls, Ltd. | 7054 Ambrosia Lane #3306 | Release missing Block Omni (X) case and court information | No | 4/2/14 5/8/14 |
| 21. | 109160 | Prime Homes at Portofino Falls, Ltd. | 7054 Ambrosia Lane #3307 | Release missing Block Omni (X) case and court information | No | 4/2/14 5/8/14 |
| 22. | 109161 | Prime Homes at Portofino Falls, Ltd. | 7054 Ambrosia Lane #3308 | Release missing Block Omni (X) case and court information | No | 4/2/14 5/8/14 |
| 23. | 110151 | Prime Homes at Portofino Falls, Ltd. | 7047 Ambrosia Lane (Clubhouse) | No Deficiencies - Waiting to request funding for all Prime Homes. | No | 4/2/14 |
| 24. | 109089 | Prime Homes at Portofino Falls, Ltd. | 7043 Ambrosia Lane #201 | Incorrect Release Submitted - Option 2 Mixed Release attached<br>Missing Block Omni X case and court inforamtion<br>Missing Lump Sum Eligibility Form | No | 1/22/15 |
| 25. | 107167 | Shalom, Yehiel Sar (Prime Homes) | 7043 Ambrosia Lane #202 | Incorrect Release Submitted - Option 2 Mixed Release attached<br>Missing Block Omni X case and court inforamtion<br>Missing Lump Sum Eligibility Form | No | 1/22/15 |
| 26. | 109154 | Prime Homes at Portofino Falls, Ltd. | 7054 Ambrosia Lane #3301 | Incorrect Release Submitted - Option 2 Mixed Release attached<br>Missing Block Omni X case and court inforamtion<br>Missing Lump Sum Eligibility Form | No | 1/22/15 |
| 27. | 109155 | Prime Homes at Portofino Falls, Ltd. | 7054 Ambrosia Lane #3302 | Incorrect Release Submitted - Option 2 Mixed Release attached<br>Missing Block Omni X case and court inforamtion<br>Missing Lump Sum Eligibility Form | No | 1/22/15 |
| 28. | 109146 | Prime Homes at Portofino Falls, Ltd. | 7060 Venice Way #3102 | Incorrect Release Submitted - Option 2 Mixed Release attached<br>Missing Block Omni X case and court inforamtion<br>Missing Lump Sum Eligibility Form | No | 1/22/15 |
| 29. | 109147 | Prime Homes at Portofino Falls, Ltd. | 7060 Venice Way #3103 | Incorrect Release Submitted - Option 2 Mixed Release attached<br>Missing Block Omni X case and court inforamtion<br>Missing Lump Sum Eligibility Form | No | 1/22/15 |

Thanks,

**Mindy Nunnally**
Analyst II
**BROWNGREER PLC**
250 Rocketts Way
Richmond, Virginia  23231
Telephone:  (804) 521-7225
Facsimile:  (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*