**Driskell, Carly**

| | |
|---|---|
| **From:** | Mindy Nunnally <mnunnally@browngreer.com> |
| **Sent:** | Monday, February 16, 2015 2:00 PM |
| **To:** | Merino, Rene |
| **Cc:** | Ashley Dwyre |
| **Subject:** | FW: Option 2 Deficiencies - Prime Homes |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Rene -  The below Prime Homes have outstanding deficiencies since April 2014.    We have sent multiple emails to Colson Hicks regarding these properties and have not received any response.  Are these homes still eligible to participate?

Thanks,
Mindy

---

**From:** Mindy Nunnally
**Sent:** Tuesday, February 10, 2015 10:25 AM
**To:** Ferrer, Becky; 'Rico, Natalie'; Montoya, Patrick (patrick@colson.com)
**Cc:** Ashley Dwyre
**Subject:** Option 2 Deficiencies - Prime Homes

Good morning,

Below list all of the properties for Prime Homes and the deficiencies.  Two of the homes do not have any deficiencies and we are waiting to request funding for all properties. Homeowners that submit Releases that are missing any information or have signature/notary issues will need to execute a new Release. Changes to already submitted Releases will not be accepted.

| Row | Claim ID | Homeowner Name | Affected Property Address | Deficiencies | Funding Requested |
|---|---|---|---|---|---|
| 1. | 107160 | EDM Investment Holdings, LLC  ; Prime Homes at Portofino Falls | 7070 Venice Way #2902 | Title date on Release is different from date on the Lump Sum Form | No |
| 2. | 107161 | EDM Investment Holdings, LLC  ; Prime Homes at Portofino Falls | 7070 Venice Way #2904 | Title date on Release is different from date on the Lump Sum Form | No |
| 3. | 107162 | EDM Investment Holdings, LLC  ; Prime Homes at Portofino Falls | 7070 Venice Way #2905 | Title date on Release is different from date on the Lump Sum Form | No |
| 4. | 107163 | EDM Investment Holdings, LLC  ; Prime Homes at Portofino Falls | 7070 Venice Way #2906 | Title date on Release is different from date on the Lump Sum Form | No |
| 5. | 109136 | Prime Homes at Portofino Falls, Ltd. | 7074 Venice Way #2601 | Release missing Block Omni (X) case and court information | No |
| 6. | 109137 | Prime Homes at Portofino Falls, Ltd. | 7074 Venice Way #2602 | Release missing Block Omni (X) case and court information | No |
| 7. | 109138 | Prime Homes at Portofino Falls, Ltd. | 7074 Venice Way #2604 | Release missing Block Omni (X) case and court information | No |
| 8. | 109139 | Prime Homes at Portofino Falls, Ltd. | 7074 Venice Way #2606 | No Deficiencies - Waiting to request funding for all Prime Homes. | No |
| 9. | 109140 | Prime Homes at Portofino Falls, Ltd. | 7069 Venice Way #2803 | Release missing Block Omni (X) case and court information | No |
| 10. | 109141 | Prime Homes at Portofino Falls, Ltd. | 7070 Venice Way #2901 | Release missing Block Omni (X) case and court information | No |
| 11. | 109142 | Prime Homes at Portofino Falls, Ltd. | 7065 Venice Way #3001 | Release missing Block Omni (X) case and court information | No |
| 12. | 109143 | Prime Homes at Portofino Falls, Ltd. | 7065 Venice Way #3002 | Release missing Block Omni (X) case and court information | No |
| 13. | 109144 | Prime Homes at Portofino Falls, Ltd. | 7065 Venice Way #3003 | Release missing Block Omni (X) case and court information | No |
| 14. | 109145 | Prime Homes at Portofino Falls, Ltd. | 7065 Venice Way #3004 | Release missing Block Omni (X) case and court information | No |
| 15. | 109149 | Prime Homes at Portofino Falls, Ltd. | 7061 Venice Way #3201 | Release missing Block Omni (X) case and court information | No |
| 16. | 109150 | Prime Homes at Portofino Falls, Ltd. | 7061 Venice Way #3202 | Release missing Block Omni (X) case and court information | No |
| 17. | 109151 | Prime Homes at Portofino Falls, Ltd. | 7061 Venice Way #3203 | Release missing Block Omni (X) case and court information | No |
| 18. | 109152 | Prime Homes at Portofino Falls, Ltd. | 7061 Venice Way #3204 | Release missing Block Omni (X) case and court information | No |
| 19. | 109153 | Prime Homes at Portofino Falls, Ltd. | 7061 Venice Way #3206 | Release missing Block Omni (X) case and court information | No |
| 20. | 109159 | Prime Homes at Portofino Falls, Ltd. | 7054 Ambrosia Lane #3306 | Release missing Block Omni (X) case and court information | No |
| 21. | 109160 | Prime Homes at Portofino Falls, Ltd. | 7054 Ambrosia Lane #3307 | Release missing Block Omni (X) case and court information | No |
| 22. | 109161 | Prime Homes at Portofino Falls, Ltd. | 7054 Ambrosia Lane #3308 | Release missing Block Omni (X) case and court information | No |
| 23. | 110151 | Prime Homes at Portofino Falls, Ltd. | 7047 Ambrosia Lane (Clubhouse) | No Deficiencies - Waiting to request funding for all Prime Homes. | No |
| 24. | 109089 | Prime Homes at Portofino Falls, Ltd. | 7043 Ambrosia Lane #201 | Incorrect Release Submitted - Option 2 Mixed Release (attached)<br>Missing Block Omni X case and court information<br>Missing Lump Sum Eligibility Form | No |

| | | | | | |
|---|---|---|---|---|---|
| 25. | 107167 | Shalom, Yehiel Sar (Prime Homes) | 7043 Ambrosia Lane #202 | Incorrect Release Submitted - Option 2<br>Mixed Release (attached)<br>Missing Block Omni X case and court information<br>Missing Lump Sum Eligibility Form | No |
| 26. | 109154 | Prime Homes at Portofino Falls, Ltd. | 7054 Ambrosia Lane #3301 | Incorrect Release Submitted - Option 2<br>Mixed Release (attached)<br>Missing Block Omni X case and court information<br>Missing Lump Sum Eligibility Form | No |
| 27. | 109155 | Prime Homes at Portofino Falls, Ltd. | 7054 Ambrosia Lane #3302 | Incorrect Release Submitted - Option 2<br>Mixed Release (attached)<br>Missing Block Omni X case and court information<br>Missing Lump Sum Eligibility Form | No |
| 28. | 109146 | Prime Homes at Portofino Falls, Ltd. | 7060 Venice Way #3102 | Incorrect Release Submitted - Option 2<br>Mixed Release (attached)<br>Missing Block Omni X case and court information<br>Missing Lump Sum Eligibility Form | No |
| 29. | 109147 | Prime Homes at Portofino Falls, Ltd. | 7060 Venice Way #3103 | Incorrect Release Submitted - Option 2<br>Mixed Release (attached)<br>Missing Block Omni X case and court information<br>Missing Lump Sum Eligibility Form | No |

Thanks,

**Mindy Nunnally**
Analyst II
**BROWNGREER PLC**
250 Rocketts Way
Richmond, Virginia  23231
Telephone:  (804) 521-7225
Facsimile:  (804) 521-7299
www.browngreer.com

This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.