UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |
| ALL CASES | |
| _____/ | |

**LENNAR CORPORATION'S MOTION TO WITHDRAW WITHOUT PREJUDICE ITS MOTION TO ENFORCE BAR ORDER AND TO ENJOIN CLAIMS BROUGHT BY LANNING TUCKER AND JHANA TUCKER**

Lennar Corporation ("Lennar") respectfully moves this Honorable Court to withdraw, without prejudice, its Motion to Enforce Bar Order and to Enjoin Claims Brought by Lanning Tucker and Jhana Tucker (the "Motion to Enforce") [Rec. Doc. 18548]. Lennar's Motion to Enforce was premised on the actions of Lanning Tucker and Jhana Tucker, who are Global Settlement Class Members, in filing and maintaining claims in a separate state court action against Lennar in the Circuit Court of the 20th Judicial Circuit in and for Lee County, Florida. After Lennar filed the Motion to Enforce, Lanning Tucker and Jhana Tucker voluntarily dismissed, without prejudice, their state court action against Lennar. Accordingly, the Motion to Enforce is now moot and Lennar wishes to withdraw the Motion to Enforce from the Court's consideration.

Dated: April 9, 2015          Respectfully submitted,

**GREENBERG TRAURIG, P.A.**
Attorneys for Lennar Corporation
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717
Email: bassh@gtlaw.com
Email: salkym@gtlaw.com

By:  /s/ Hilarie Bass
Hilarie Bass
Florida Bar No. 334323
Mark A. Salky
Florida Bar No. 058221
Adam M. Foslid
Florida Bar No. 682284

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 9, 2015, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, Esq., and Defendants' Liaison Counsel, Kerry Miller, Esq., Homebuilders' Liaison Counsel, Dorothy Wimberly, Esq., and Insurer Defendants' Liaison Counsel, Judy Y. Barrasso, Esq., by U.S. mail and/or email or by hand delivery and I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and upon all parties by electronically uploading the same to File & Serve in accordance with Pretrial Order No. 6.

I HEREBY FURTHER CERTIFY that on April 9, 2015, a true and correct copy of the foregoing was served via electronic mail upon: Rita Jackman, Esq., Jackman, Stevens, Ricciardi & McClurg, P.A., 1560 Matthew Drive, Suite A, Fort Myers, Florida 33907, to the following email address: RJackman@your-advocates.org.

/s/ Mark A. Salky
Mark A. Salky