IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

**O R D E R**

Considering the Plaintiffs' Steering Committee's Motion for Leave to File Reply Brief in Support of Motion to Stay and Defer Pre-March 17, 2015 Discovery and to Prioritize Expedited Discovery;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the attached Reply in Support of the PSC's Motion to Stay and Defer Pre-March 17, 2015 Discovery and to Prioritize Expedited Discovery be and is hereby filed into the record.

New Orleans, Louisiana, this  7th   day of   April        , 2015.

_____
Eldon E. Fallon
United States District Court Judge