IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

PLAINTIFFS' STEERING COMMITTEE'S REPLY
BRIEF IN SUPPORT OF MOTION TO STAY AND DEFER PRE-
MARCH 17, 2015 DISCOVERY AND TO PRIORITIZE EXPEDITED DISCOVERY

**I.      INTRODUCTION**

The Plaintiffs' Steering Committee ("PSC") submits this Reply Memorandum in support of its Motion to Stay and Defer Pre-March 17, 2015 Discovery and to Prioritize Expedited Discovery. Taishan Gypsum Co., Ltd. ("Taishan"), has filed an Opposition to the PSC's Motion on the grounds that the discovery that the PSC has sought to stay, *i.e.*, the pre-March 17, 2015 discovery, is "improper and should not be had." Taishan Brief at 1. Not only is the discovery that Taishan takes issue with the subject of a motion to stay, the premise of Taishan's argument – that the discovery is improper – is incorrect. As discussed below, good cause exists for staying discovery that could lead to the admissibility of relevant information related to Taishan, including assets available to secure any judgment.

1

II.     **ARGUMENT**

The PSC issued pre-March 17, 2015 discovery upon the Taishan defendants, banks, large retailers, and other third party entities as part of an effort to locate seizable assets of the Taishan defendants in the United States, among other things. The PSC's motion sought to stay this pre-March 17, 2015 discovery. Instead, the PSC sought to prioritize its discovery by focusing upon the post-March 17, 2015 expedited discovery that had been issued as a result of the Special Hearing that took place on March 17, 2015. At the Special Hearing, this Court reenforced the importance of focusing the PSC's efforts on the Taishan affiliates' violation of the July 17, 2014 Contempt Order's injunction on doing business in the United States, and matters pertinent to the relationship between the Taishan defendants regarding their affiliate and alter ego status.[1] At that Special Hearing, the Court specifically noted that it would "reserve my right to determine whether a bond should be put up before allowing participation," March 17, 2015 Special Hearing Transcript at 37, by the Taishan defendants in future proceedings. In so doing, the Court held open the possibility that additional finances of the Taishan defendants would need to be made available to ensure their presence in this jurisdiction.

Now, however, the Taishan defendants oppose the PSC's motion to stay discovery particular to recoverable assets on the basis that such discovery is impermissible. The premise for Taishan's arguments is misplaced. The PSC is not currently pursuing that discovery. Instead, it has sought to stay the discovery. Moreover, that discovery is no longer sought in aide of a judgment or execution, but is presented in the event this Court's reservation regarding the

---

[1] *See, e.g.*, The Plaintiff's Steering Committee's Emergency Motion to Compel Discovery Against Sunpin Solar Development, LLC (Rec.Doc. 18615) and discussion therein.

posting of a bond becomes necessary.  Finally, Taishan's argument that such discovery is prohibited because it has paid the Germano judgment is incorrect.  *See* F.R.C.P. 69(a)(2) which incorporates the law of the local jurisdiction, and La.CCP art. 3503 and La.CCP art. 2411, which allow a judgment creditor, who has filed a petition and caused a writ of fieri facias to be issued, to cause third persons to be cited as garnishees to declare what property of the judgment debtor the third person possesses or controls.

Under the totality of these circumstances, the standstill on pre-March 17, 2015 discovery should be granted.  Taishan is not prejudiced by a stay on such discovery at this time.  Further, the dispute as to whether the discovery may be had may be reserved until the issue is directly presented.  Plaintiffs' expedited post-March 17, 2015 discovery should be permitted to go forward as it is narrowly tailored to address the Taishan defendants' violation of the Court's Contempt Order and the alter-ego/piercing corporate veil issues.

Taishan also contends that plaintiffs' request for expedited discovery is unnecessary because "Taishan continues to meet and confer with the PSC and is working diligently to meet the expedited schedule."  Taishan Brief at 3.  Taishan's promises in the past six years of litigation have proven to be unreliable.  The PSC distrusts Taishan's promises of document and witnesses production.[2]  Thus, far from being redundant, the PSC's request is an urgent cry for relief to ensure that Taishan's so-called willing participation in its discovery obligations is met.  Therefore, the Motion to Expedite should be granted in connection with the plaintiffs' March 17, 2015 expedited discovery.

---

[2] Indeed, Taishan's so-called diligence has thus far resulted in the production of only 144 documents written exclusively in Chinese.  No translation of the documents were provided.

### III.     CONCLUSION

WHEREFORE, for the reasons set forth above, the PSC's Motion should be GRANTED.

Respectfully submitted,

Dated: April 7, 2015

/s/ Russ M. Herman
Russ M. Herman (LA Bar No. 6819)
Leonard A. Davis (LA Bar No. 14190)
Stephen J. Herman (LA Bar No. 23129)
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin (on the brief)
Fred S. Longer (on the brief)
Sandra L. Duggan
Matthew C. Gaughan
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

**PLAINTIFFS' STEERING COMMITTEE**

| | |
|---|---|
| Dawn M. Barrios | Daniel E. Becnel, Jr. |
| Barrios, Kingsdorf & Casteix, LLP | Becnel Law Firm, LLC |
| 701 Poydras Street, Suite 3650 | 425 W. Airline Highway, Suite B |
| New Orleans, LA 70139 | Laplace, LA 70068 |
| Phone: (504) 524-3300 | Phone: (985) 536-1186 |
| Fax: (504) 524-3313 | Fax: (985) 536-6445 |
| Barrios@bkc-law.com | dbecnel@becnellaw.com |

Peter Prieto
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Bruce William Steckler
Steckler, LLP
12720 Hillcrest Road, Ste 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-4041
bruce@stecklerlaw.com

Ervin A. Gonzalez
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker Waichman, LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@attorneys4people.com

Christopher Seeger
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Richard J. Serpe
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Victor M. Diaz, Jr.
V.M. Diaz and Partners, LLC
119 Washington Ave, Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

## OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W
Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Anthony D. Irpino
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 7th day of April, 2015.

      /s/ Leonard A. Davis
Leonard A. Davis
HERMAN, HERMAN & KATZ, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com
Plaintiffs' Liaison Counsel
MDL 2047

*Co-counsel for Plaintiffs*