**Exhibit C to Notice & Requests to TG & TTP**

| Name |
|---|
| Cao, Jianglin |
| Che, Gang |
| Chen, Xinghua |
| Chen, Zhongjian |
| Cheung, Kenneth |
| Dai, Zhiming |
| Duan, Zhentao |
| Fu, Tinghuan |
| Hou, Jie |
| Hou, Yanyun |
| Hu, Jinyu |
| Ji, Zhifeng |
| Jia, Jianjun |
| Jia, Marx |
| Jia, Tongchun |
| Jiao, Wenbo |
| Kang, Yinguo |
| Kang, Zhiguo |
| Kong, Qingguo |
| Li, Owen |
| Li, Ruizhong |
| Li, Zhizhen |
| Lv, Wenyang |
| Meng, Fanlong |
| Peng, Shiliang |
| Peng, Wenlong a/k/a Clem, Frank |
| Qin, Qingwen |
| Ren, Xulian |
| Shan, Jianmin |
| Song, Qinghai |
| Sun, Qingli |
| Wan, Guangjin |
| Wang, Bing |
| Wang, Fengqin |
| Wang, Lifeng |
| Wei, Dongling a/k/a Wei, Grace |
| Xu, Xinghu |

| |
|---|
| Xue, Shufeng |
| Xue, Yuli |
| Yang, Jiapo a/k/a Yang, Apollo |
| Yang, Quanmin |
| Yang, Yanjun |
| Yuan, Yamin a/k/a Yuan, Jack |
| Zhang, Andy |
| Zhang, Jianchun |
| Zhang, Jijun |
| Zhang, Min |
| Zhang, Nailing |
| Zhao, Xiuyun |
| Zhou, Changxin |
| Zhu, Tenggao |
| Zhuo, Jinfeng |