**EXHIBIT B to Notice & Requests to BNBM & BNBM Group**

| Name |
|---|
| Bao, Wenchun |
| Cai, Guobin |
| Cao, Jianglin |
| Chang, Zhangli |
| Che, Gang |
| Chen, Shaoming |
| Chen, Xinghua |
| Chen, Xuean |
| Chen, Yu |
| Chen, Zhongjian |
| Cheung, Kenneth |
| Chi, Haibin |
| Cui, Lijun |
| Cui, Shuhong |
| Cui, Xingtai |
| Dai, Zhiming |
| Duan, Zhentao |
| Fang, Shin |
| Fu, Tinghuan |
| Gu, Xiujuan |
| Guang, Zhaoyu |
| Guo, Chaomin |
| Hao, Zhenhua |
| He, Jingling |
| Hou, Jie |
| Hou, Yanyun |
| Hu, Jinyu |
| Huang, Anzhong |
| Ji, Zhifeng |
| Jia, Jianjun |
| Jia, Marx |
| Jia, Tongchun |
| Jiao, Wenbo |
| Kai, Cai |
| Kang, Yinguo |
| Kang, Zhiguo |
| Kong, Qingguo |

| |
|---|
| Lau Ko Yuen (Tom) |
| Lee, Frank |
| Lee, Mei Yi |
| Li, Decheng |
| Li, Jiang |
| Li, Owen |
| Li, Ruizhong |
| Li, Yimin |
| Li, Zhizhen |
| Liu, Baoying |
| Liu, Chijin |
| Liu, Wenhu |
| Liu, Zhiping |
| Lo, Yee Har Susan |
| Lu, Jinshan |
| Lu, Xiaoqiang |
| Lv, Wenyang |
| Ma,  Jianguo |
| Ma, Zhongzhi |
| Meng, Fanlong |
| Ni,  Xiaoting |
| Pei, Hongyan |
| Peng, Shiliang |
| Peng, Shou |
| Peng, Wenlong a/k/a Clem, Frank |
| Peng, Xuefeng |
| Qi, Yingchen |
| Qiao, Longde |
| Qin, Qinghua |
| Qin, Qingwen |
| Ren, Xulian |
| Shan, Jianmin |
| Shen, Anqin |
| Shi, Keping |
| Song, Qinghai |
| Song, Zhiping |
| Sun, Qingli |
| Tang, Yunwei |
| Tao, Zheng |

| |  |
|---|---|
| Wan, Guangjin | |
| Wang, Bing | |
| Wang, Fengqin | |
| Wang, Junsheng | |
| Wang, Lifeng | |
| Wei, Chunshan | |
| Wei, David | |
| Wei, Dongling a/k/a Wei, Grace | |
| Wu, Jiwei | |
| Wu, Fade | |
| Wu, Liansheng | |
| Xiao, Jiaxiang | |
| Xiong, Jiwen | |
| Xu, Jingchang | |
| Xu, Jinhua | |
| Xu, Xinghu | |
| Xue, Shufeng | |
| Xue, Yuli | |
| Yang, Jiapo a/k/a Yang, Apollo | |
| Yang, Quanmin | |
| Yang, Yanjun | |
| Yao, Jixin | |
| Yao, Yan | |
| Yu, Xianfeng | |
| Yuan, Yamin a/k/a Yuan, Jack | |
| Zhang, Andy | |
| Zhang, Chengong | |
| Zhang, Dingjin | |
| Zhang, Jianchun | |
| Zhang, Jijun | |
| Zhang, Min | |
| Zhang, Nailing | |
| Zhang, Renwei | |
| Zhang, Zhaomin | |
| Zhao, Lihua | |
| Zhao, Xiaogang | |
| Zhao, Xiuyun | |
| Zheng, Jiayun | |
| Zhou, Changxin | |

| |   |
|---|---|
| Zhou, Daojiong | |
| Zhou, Guoping | |
| Zhou, Huan | |
| Zhou, Jiming | |
| Zhu, Tenggao | |
| Zhu, Yan | |
| Zhu, Yanfu | |
| Zhuang, Laiyou | |
| Zhuo, Jinfeng | |
| Zou, Yunxiang | |
| Zuo, Fenggao | |