**EXHIBIT C to Notice & Requests to BNBM & BNBM Group**

| Name |
|---|
| Bao, Wenchun |
| Cao, Jianglin |
| Chang, Zhangli |
| Chen, Shaoming |
| Chen, Xuean |
| Chen, Yu |
| Cui, Lijun |
| Cui, Shuhong |
| Gu, Xiujuan |
| Guang, Zhaoyu |
| He, Jingling |
| Hu, Jinyu |
| Hui, Dong a/k/a Dong, Hui |
| Jia, Jianjun |
| Jia, Tongchun |
| Kai, Cai |
| Kang, Zhiguo |
| Lee, Frank |
| Li, Jiang |
| Li, Yimin |
| Liu, Wenhu |
| Lu, Jinshan |
| Pei, Hongyan |
| Qi, Yingchen |
| Qin, Qinghua |
| Shi, Keping |
| Song, Zhiping |
| Tao, Zheng |
| Wang, Bing |
| Wang, Junsheng |
| Wei, Chunshan |
| Wei, David |
| Wu, Fade |
| Xu, Jingchang |
| Yang, Yanjun |
| Yu, Xianfeng |

| |
|---|
| Zhang, Chengong |
| Zhang, Nailing |
| Zheng, Jiayun |
| Zhou, Huan |
| Zhou, Jiming |
| Zhu, Yan |
| Zou, Yunxiang |