UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

**DEFENDANT, TAISHAN GYPSUM CO., LTD.'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Taishan Gypsum Co., Ltd., by and through undersigned counsel, states that its parent corporations are:

a. Beijing New Building Materials Limited Co. (a publicly traded company on the Shenzhen Stock Exchange)

b. Taian Guotai Min'an Investment Group Co., Ltd.

c. Beijing Donglian Investment Co., Ltd. (a 100% owned subsidiary of Beijing New Building Materials Limited Co.)

d. Shandong Taihe Building Materials Co., Ltd.

Dated: April 10, 2015

Respectfully submitted,

/s Michael P. Kenny
Bernard Taylor, Esq.
Georgia Bar No. 669625
Michael P. Kenny, Esq.
Georgia Bar No. 415064
Christina Hull Eikhoff, Esq.
Georgia Bar No. 242539
ALSTON & BIRD LLP

1201 West Peachtree Street
Atlanta, Georgia 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
michael.kenny@alston.com
*Counsel for Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd.*

Alan Dean Weinberger
LA Bar No. 13331
HANGARTNER, RYDBERG & TERRELL, LLC
One Shell Square
701 Poydras St., Suite 310
New Orleans, Louisiana  70179
Phone:  (504) 434-6815
Fax: (504) 522-5689
aweinberger@hanrylaw.com
*Local Counsel for Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing **TAISHAN GYPSUM CO., LTD.'S CORPORATE DISCLOSURE STATEMENT** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 10th day of April, 2015.

        /s Michael P. Kenny
        Michael P. Kenny, Esq.
        Georgia Bar No. 415064
        ALSTON & BIRD LLP
        1201 West Peachtree Street NW
        Atlanta, Georgia 30309
        Phone: (404) 881-7000
        Fax: (404) 881-7777
        michael.kenny@alston.com
        *Counsel for Taishan*