**EXHIBIT C to Notice & Requests to CNBM entities**

| Name |
|---|
| Bao, Wenchun |
| Cai, Guobin |
| Cao, Jianglin |
| Chang, Zhangli |
| Chen, Xuean |
| Chi, Haibin |
| Cui, Lijun |
| Cui, Shuhong |
| Cui, Xingtai |
| Fang, Shin |
| Guo, Chaomin |
| Hao, Zhenhua |
| Hu, Jinyu |
| Huang, Anzhong |
| Kang, Zhiguo |
| Lau Ko Yuen (Tom) |
| Lee, Mei Yi |
| Li, Decheng |
| Li, Yimin |
| Liu, Baoying |
| Liu, Chijin |
| Liu, Zhiping |
| Lo, Yee Har Susan |
| Lu, Xiaoqiang |
| Ma, Jianguo |
| Ma, Zhongzhi |
| Ni, Xiaoting |
| Pei, Hongyan |
| Peng, Shou |
| Peng, Xuefeng |
| Qiao, Longde |
| Shen, Anqin |
| Shi, Keping |
| Song, Zhiping |
| Tang, Yunwei |
| Wang, Bing |
| Wu, Jiwei |

| |
|---|
| Wu, Fade |
| Wu, Liansheng |
| Xiao, Jiaxiang |
| Xiong, Jiwen |
| Xu, Jingchang |
| Xu, Jinhua |
| Yang, Yanjun |
| Yao, Jixin |
| Yao, Yan |
| Zhang, Chengong |
| Zhang, Dingjin |
| Zhang, Renwei |
| Zhang, Zhaomin |
| Zhao, Lihua |
| Zhao, Xiaogang |
| Zhou, Daojiong |
| Zhou, Guoping |
| Zhou, Huan |
| Zhu, Yanfu |
| Zhuang, Laiyou |
| Zou, Yunxiang |
| Zuo, Fenggao |