**EXHIBIT D to Notice & Requests to CNBM Entities**
(Specific Statements from CNBM's 2005 – 2014 Annual Reports)

i) "Through acquisition of 42% equity interests in Taihe, the Group realized the integration of material resources in the PRC gypsum board industry, with great contribution to industrial concentration and intensive industry chains for the PRC gypsum board industry." (CNBM 2005 Annual Report at p. 15);

ii) i"We acquired a 42% equity interest in Taihe in April 2005. According to the articles of association of Taihe, we have the right to nominate four of the seven directors of Taihe  As a result, Taihe is accounted for as a subsidiary of BNBM and Taihe's operating results were consolidated with ours from May 2005." (CNBM 2005 Annual Report at p. 20);

iii) "The Company's subsidiary BNBM has identified sites for the construction of its nationwide gypsum board industrial bases.  Construction of part of gypsum board bases have commenced production as scheduled." (CNBM 2006 Annual Report at p. 19);

iv) "An increase in BNBM'S equity interests in Taihe from 42% to 65%, led to significant growth in the production and sale of gypsum boards." (CNBM 2006 Annual Report at p. 19);

v) "Efforts in branding enhancement resulted in BNBM being awarded as one of "China's Most Influential Enterprises in 2006". Its "DRAGON" and "TAISHAN" branded gypsum boards were also recognized as one of 'China's Renowned Products'." (CNBM 2006 Annual Report at p. 19);

vi) "During the reporting period, the Group was not involved in any ligitation and arbitration which might have a significant impact on the Group's production and operation …" (CNBM 2006 Annual Report at p. 62);

vii) "During the reporting period, the Group was not involved in any litigation and arbitration which might have a significant impact on the Group's production and operation …" (CNBM 2007 Annual Report at p. 66);

viii) "During the reporting period, the Group was not involved in any litigation and arbitration which might have a significant impact on the Group's production and operation …" (CNBM 2008 Annual Report at p. 63);

ix) "The progress in gypsum board construction projects of BNBM was actively boosted. As at the end of 2010, the in-operation gypsum board production capacity amounted to 1 billion square meters." (CNBM 2010 Annual Report at p. 23);

x) "Gross profit margin for our lightweight building materials segment decreased to 22.6% for 2010 from 26.4% for 2009, mainly attributable to higher price of raw material and coal, and slight drop in selling price of gypsum boards of Taishan Gypsum, our main product, partially offset by the increase in the average selling price of BNBM's gypsum board." (CNBM 2010 Annual Report at p. 34);

xi) "During the reporting period, the Group was not involved in any litigation and arbitration which might have a significant impact on the Group's production and operation …" (CNBM 2010 Annual Report at p. 72);

xii) "BNBM continued to improve its strategy planning of national production lines, actively pushed forward the construction of the 2-billion-sqm gypsum board base, with the projects under smooth progress. As at the end of 2011, gypsum board production capacity reached 1.2 billion sqm." (CNBM 2011 Annual Report at p. 24);

xiii) "…BNBM established an internal control system that focused on comprehensive benchmark management and performance …" (CNBM 2011 Annual Report at p. 25);

xiv) "The entity [Taishan Gypsum] is considered to be controlled by the Company because it is a subsidiary of another Company's subsidiary." (CNBM 2011 Annual Report at p. 164);

xv) "During the reporting period, the Group was not involved in any litigation and arbitration which might have a significant impact on the Group's production and operation …" (CNBM 2011 Annual Report at p. 70);

xvi) "BNBM persisted in focusing on its principal business and the high-end of markets, advanced the gypsum board industry layout, and strived to develop projects construction of gypsum board. As at the end of 2012, its production capacity reached 1.65 billion m2 and became the largest gypsum board industrial group in the world." (CNBM 2012 Annual Report at p. 26);

xvii) "During the reporting period, the Group was not involved in any litigation and arbitration which might have a significant impact on the Group's production and operation …" (CNBM 2012 Annual Report at p. 76);

xviii) "The entity [Taishan Gypsum] is considered to be controlled by the Company because it is a subsidiary of another Company's subsidiary." (CNBM 2012 Annual Report at p. 167);

xix) "BNBM deepened its focusing strategy and improved the marketing competence comprehensively, which brought steady growth for Dragon and Taishan gypsum board, achieving increase in both revenue and net profit." (CNBM's 2013 Annual Report at p. 26);

xx) "In respect of immaterial litigation, the Company published an overseas regulatory announcement on 30 May 2010 in respect of an announcement released by BNBM (a 52.4% held subsidiary of the Company) relating to the gypsum board incident in the United States …" (CNBM's 2013 Annual Report at p. 80);

xxi) all statements in the Summary of Significant Accounting Policies – "Section 2.2 – Basis of Consolidation" (CNBM's 2013 Annual Report at p. 110);

xxii) all statements in the Summary of Significant Accounting Policies – "Section 2.31 – Related Parties" (CNBM's 2013 Annual Report at p. 131);

xxiii) The Group is "the largest gypsum board producer in the world" (CNBM 2014 Annual Report at p. 3);

xxiv) "CNBM will continue to fully follow and implement the work thought of "integration and optimization, profit raising and gearing reduction", the working philosophy of "preparation, meticulosity, refinement, solidity", the work focus of "Four Execution & Four Control and Four Increase & Four Reduction" and the work policy of 'price stabilization, cost reduction, receivables collection and inventory control'." (CNBM 2014 Annual Report at p. 19);

xxv) "The Company will continue to deepen management integration and aggressively promote structural adjustment, transformation and upgrade." (CNBM 2014 Annual Report at p. 19);

xxvi) all statements in the "Director's Continuous Training and Development" section (CNBM's 2014 Annual Report at p. 45);

xxvii) all statements in the "Material Litigation and Arbitration" and "Contingent Liabilities and Litigation" sections on pages 84 and 211 respectively (CNBM 2014 Annual Report at pp. 84 & 211);

xxviii) all statements in the Summary of Significant Accounting Policies – "Section 2.2 – Basis of Consolidation" (CNBM's 2014 Annual Report at p. 114);

xxix) all statements in the Summary of Significant Accounting Policies – "Section 2.4 Goodwill" and "Section 2.5 Investments in associates" (CNBM's 2014 Annual Report at p. 117);

xxx) all statements in the Summary of Significant Accounting Policies – "Section 2.19 – Intangible assets" (CNBM's 2014 Annual Report at p. 126); and

xxxi) all statements in the Summary of Significant Accounting Policies – "Section 2.31 – Related Parties" (CNBM's 2014 Annual Report at p. 135).