UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |

* * * * * * * * * * * * * * * * *

**EX PARTE/CONSENT MOTION TO POSTPONE THE HEARING ON BANNER SUPPLY CO.'S MOTION TO ENFORCE INJUNCTION REGARDING CLAIMS BROUGHT BY PLAINTIFFS DANIEL AND SHONNA BLONSKY**

Defendant Banner Supply Co. ("Banner") files this Ex Parte/Consent Motion to Postpone the Hearing on Banner's Motion to Enforce Injunction Regarding Claims Brought by Plaintiffs Daniel and Shonna Blonsky.  Doc. No. 18495.  Plaintiffs consent to postponing the hearing on Banner's Motion.

On March 18, 2015, Banner filed its Motion to Enforce Injunction Regarding Claims Brought by Plaintiffs Daniel and Shonna Blonsky.  The Motion was set for hearing following the Court's April 17, 2015 status conference.  Doc. No. 18584.  Plaintiffs, however, are unavailable to attend the April 17, 2015 status conference to defend against the Motion.[1]

For this reason, Banner respectfully requests that the Court postpone the hearing on Banner's Motion to Enforce Injunction Regarding Claims Brought by Plaintiffs Daniel and Shonna Blonsky.  Doc. No. 18495.  Banner and Plaintiffs will confer over Plaintiffs' availability to attend a future hearing date.

---

[1] Mr. Blonsky is an attorney at the law firm of Coffey & Burlington in Miami, Florida.

Respectfully submitted,

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC**

/s/ *Kerry J. Miller*
**KERRY J. MILLER (#24562)**
**JAMES R. PARISH (#34017)**
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170
Telephone: 504.566.8646
Facsimile: 504.585.6946
Email: kjmiller@bakerdonelson.com

*Counsel for Banner Supply Co.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 10th day of April, 2015.

**I FURTHER CERTIFY** that this document is being served this day on Daniel F. Blonsky via email (dblonsky@coffeyburlington.com).

/s/ *Kerry J. Miller*
KERRY J. MILLER