# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In re:  **CHINESE-MANUFACTURED**   *   **MDL 2047**
      **DRYWALL PRODUCTS**   *
      **LIABILITY LITIGATION**   *   **SECTION L**
      *
      *   **JUDGE FALLON**
**This document relates to All Cases**   *
      *   **MAGISTRATE JUDGE WILKINSON**
      *

* * * * * * * * * * * * * * * * * *

## <u>ORDER</u>

Considering Defendant Banner Supply Co.'s ("Banner") Ex Parte/Consent Motion to Postpone the Hearing on Banner's Motion to Enforce Injunction Regarding Claims Brought by Plaintiffs Daniel and Shonna Blonsky (Doc. No. 18495),

IT IS ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that Banner's Motion to Enforce Injunction Regarding Claims Brought by Plaintiffs Daniel and Shonna Blonsky (Doc. No. 18495) is reset to be heard at a future time after Banner and Plaintiffs confer on the availability the parties to attend a future hearing.

NEW ORLEANS, LOUISIANA, this _____ day of April, 2015.

_____
UNITED STATES DISTRICT JUDGE