UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2:09-md-2047<br><br>SECTION L |
| **THIS DOCUMENT RELATES TO:**<br>*Amorin v. Taishan Gypsum, Case No. 2:11-cv-1672*<br>*Amorin v. Taishan Gypsum, Case No. 2:11-cv-1673*<br>*Amorin v. Taishan Gypsum, Case No. 2:11-cv-1395*<br>*Abner v. Taishan Gypsum, Case No. 2:11-cv-3094* | JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF ALL DOCUMENTS AND PLEADINGS**

The undersigned law firm of Orrick, Herrington & Sutcliffe LLP, and its respective individual counsel, hereby file this Notice of Appearance as counsel on behalf of Defendant United Suntech Craft, Inc., pursuant to Local Rule 11.2 and Pre-Trial Order Nos. 1 (¶ 12), 1F, 1G, 1H and 6.  In accordance with Pre-Trial Orders 1F, 1G and 1H, by which the Court suspended all deadlines for submitting responsive pleadings until such time as the Plaintiffs' Steering Committee files a Master Complaint, this Notice of Appearance is submitted reserving all defenses, including but not limited to, defenses relating to service of process, venue, personal jurisdiction, subject matter jurisdiction, sovereign immunity and failure to state a claim upon which relief can be granted.  Defendant hereby notifies the Court and all parties that it intends to assert all jurisdictional defenses, both subject matter and personal, available to it, and in no way intends to or does waive or otherwise limit its ability to raise those defenses, whether by this required notice of appearance or any other act, filing, appearance, or contention, either before or after this Notice, in this or any other litigation.  Defendant also refers to the Court's Order Preserving Defenses, dated April 2, 2015, and reiterates that its participation in discovery and related activities in these proceedings shall not waive any defenses, including but not

limited to jurisdictional defenses.  It is respectfully requested that all future pleadings, documents and correspondence in connection with these actions be served upon undersigned counsel.

    Respectfully submitted,

    /s/ L. Christopher Vejnoska

    L. Christopher Vejnoska (CA Bar No. 96082)
    Ian Johnson (CA Bar No. 208713)
    Andrew Davidson (CA Bar No. 266506
    Jason Wu (CA Bar No. 279118)
    ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
    405 Howard Street
    San Francisco, CA  94105
    Tel.:  415-773-5700
    Fax.: 415-773-5759
    E-mail: cvejnoska@orrick.com
           ijohnson@orrick.com
           adavidson@orrick.com
           jmwu@orrick.com

    James L. Stengel (NY Bar No. 1800556)
    Xiang Wang (NY Bar No. 4311114)
    ORRICK, HERRINGTON & SUTCLIFFE LLP
    51 West 52nd Street
    New York, NY, 10019
    Tel:  212-506-5000
    Fax:     212-506-5151
    Email:  jstengel@orrick.com
           xiangwang@orrick.com

    Eric A. Shumsky (D.C. Bar No. 477926)
    ORRICK, HERRINGTON & SUTCLIFFE LLP
    Columbia Center
    1152 15th Street NW
    Washington, D.C. 20005
    Tel: 202-339-8400
    Fax:     202-339-8500
    Email: eshumsky@orrick.com

    **Attorneys United Suntech Craft, Inc.**

Dated**:** April 10, 2015

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL DOCUMENTS AND PLEADINGS has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to File & Serve Express in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 10th day of April, 2015.

                                        /s/ L. Christopher Vejnoska
                                        L. Christopher Vejnoska