UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

# ORDER

Upon consideration of the Plaintiffs' Steering Committee's "Emergency" Motion to Compel Complete Defendant Affiliate/Subsidiary/Parent Manufacturers' Profile Forms from Defendants Beijing New Building Materials Public Limited Company and Beijing New Building Material (Group) Co., Ltd., and the papers and argument in support and in opposition to the motion,

**IT IS ORDERED, ADJUDGED AND DECREED** that the Motion is **DENIED**, and

**IT IS HEREBY FURTHER ORDERED** that the Plaintiffs Steering Committee shall comply with Federal Rule of Civil Procedure 37(a)(1) before filing further discovery motions.

**SO ORDERED.**

New Orleans, Louisiana, this ____ day of April, 2015.

_____
ELDON E. FALLON
United States District Court Judge

1