# EXHIBIT "A"



# CNBM

China National Building Material Company Limited*

(Stock Code: 3323)



2014

Annual Report 年度報告

* For identification only

# Definitions

*In this annual report, unless the context otherwise requires, the following terms shall have the meanings set out below:*

"Baker Tilly China"      天職國際會計師事務所（特殊普通合夥）(Baker Tilly China Certified Public Accountants)

"Baker Tilly HK"      天職香港會計師事務所有限公司 (Baker Tilly Hong Kong Limited)

"Baishan Cement"      金剛（集團）白山水泥有限公司 (Jingang (Group) Baishan Cement Company Limited)

"Beijing Triumph"      北京凱盛建材工程有限公司 (Beijing Triumph Building Materials Engineering Co., Ltd.)

"Bengbu Triumph"      蚌埠凱盛工程技術有限公司 (China Triumph Bengbu Engineering and Technology Company Limited)

"Binzhou Cement"      黑龍江省賓州水泥有限公司 (Heilongjiang Binzhou Cement Company Limited)

"BNBM Green Residence"      北新綠色住宅有限公司 (Beijing New Building Material Green Residence Company Limited)

"BNBM"      北新集團建材股份有限公司 (Beijing New Building Material Public Limited Company)

"BNBMG"      北新建材集團有限公司 (Beijing New Building Material (Group) Co., Ltd.)

"BNBM PNG"      中建投巴新公司 (BNBM PNG Limited)

"BNBM Taicang"      太倉北新建材有限公司 (BNBM Taicang Company Limited)

"BNS"      北新科技發展有限公司 (BNS Company Limited)

"Board"      the board of directors of the Company

"Building Materials Academy"      中國建築材料科學研究總院 (China Building Materials Academy)

"China Composites"      中國複合材料集團有限公司 (China Composites Group Corporation Limited)

"China Fiberglass"      中國玻纖股份有限公司 (China Fiberglass Company Limited)

"China Jushi"      中國巨石股份有限公司 (China Jushi Co., Ltd., formerly known as China Fiberglass)

"China Triumph"      中國建材國際工程集團有限公司 (China Triumph International Engineering Company Limited)

"China United"      中國聯合水泥集團有限公司 (China United Cement Corporation)

"Chongqing Southwest Cement"      重慶西南水泥有限公司 (Chongqing Southwest Cement Company Limited)

## Definitions *(Continued)*

| | |
|---|---|
| "Cinda" | 中國信達資產管理股份有限公司 (China Cinda Asset Management Co., Ltd.) |
| "CNBM Investment" | 中建材投資有限公司 (CNBM Investment Company Limited) |
| "CNBMI Logistics" | 中建投物流有限公司 (CNBMI Logistics Company Limited) |
| "CNBMIT" | 中建投商貿有限公司 (CNBMIT Co., Ltd) |
| "CNBM Trading" | 中建材集團進出口公司 (China National Building Materials & Equipment Import & Export Corporation) |
| "Company" or "CNBM" | 中國建材股份有限公司 (China National Building Material Company Limited) |
| "Company Law" | the Company Law of the PRC |
| "Conch Venture" | 中國海螺創業控股有限公司 (China Conch Venture Holdings Limited) |
| "controlling shareholder" | has the meaning ascribed thereto under the Listing Rules |
| "Dequan Wangqing" | 吉林德全集團汪清水泥有限責任公司 (Jilin Dequan Cement Group Wangqing Co., Ltd.) |
| "Dezhou China United" | 德州中聯大壩水泥有限公司 (China United Cement Dezhou Daba Co., Ltd.) |
| "Director(s)" | the directors of the Company |
| "Domestic Shares" | the ordinary shares with a nominal value of RMB1.00 each in the registered capital of the Company, which are subscribed for in RMB |
| "Eight Working Methods" | "Five C", KPI management, counselor system, benchmark management and optimization, "PCP", core profit-generating regions, market competition and cooperation, zero inventory |
| "EPC" | turn-key project services that include design, procurement and construction etc. |
| "Environmental Protection Research Institute" | 江蘇中建材環保研究院有限公司 (Jiangsu CNBM Environmental Protection Research Institute Company Limited) |
| "Five C" | marketing centralization, procurement centralization, financial centralization, technical centralization and investment decision-making centralization |
| "Four Execution & Four Control" | reform execution, innovation execution, marketing execution and management execution & expenditure control, gearing control, cost control and risk control |
| "Four Increase & Four Reduction" | sales volume increase, variety increase, price increase and profit increase & hierarchy reduction, organization reduction, excess staff reduction and vehicle reduction |

# Definitions *(Continued)*

| | |
|---|---|
| "GDP" | gross domestic product |
| "Group" | the Company and, except where the context otherwise requires, all its subsidiaries |
| "Guang An BNBM" | 廣安北新建材有限公司 (Guang An BNBM Building Material Company Limited) |
| "Guangxi South Cement" | 廣西南方水泥有限公司 (Guangxi South Cement Company Limited) |
| "Guizhou Southwest Cement" | 貴州西南水泥有限公司 (Guizhou Southwest Cement Company Limited) |
| "Guo Fa [2013] No. 41 Document" | "the State Council's Guidelines on Addressing Severe Overcapacity" (國務院關於化解產能嚴重過剩矛盾的指導意見) issued on 15 October 2013 |
| "H Share(s)" | the overseas listed foreign shares with a nominal value of RMB1.00 each in the share capital of the Company, which are listed on the Stock Exchange and subscribed for and traded in HK$ |
| "Hangzhou South Cement" | 杭州南方水泥有限公司 (Hangzhou South Cement Company Limited) |
| "Heihe Guanniaohe Cement" | 黑河關鳥河水泥有限責任公司 (Heihe Guanniaohe Cement Company Limited) |
| "HK$" | Hong Kong dollars, the lawful currency of the Hong Kong Special Administrative Region |
| "Hubei BNBM" | 湖北北新建材有限公司 (Hubei BNBM Building Material Company Limited) |
| "Huaihai China United" | 淮海中聯水泥有限公司 (China United Cement Huaihai Co., Ltd.) |
| "Hunan South Cement" | 湖南南方水泥集團有限公司 (Hunan South Cement Group Company Limited) |
| "Huzhou South" | 湖州南方水泥有限公司 (Huzhou South Cement Company Limited) |
| "IFRS" | International Financial Reporting Standards |
| "Independent Third Party(ies)" | person(s) or company(ies) which is (are) independent of the directors, supervisors, controlling shareholder, substantial shareholder and the chief executive (such terms as defined in the Listing Rules) of the Company or any of its subsidiaries or an associate of any of them |
| "Jetion Solar" | 中建材浚鑫科技股份有限公司 (Jetion Solar(China) Co., Ltd.) |
| "Jiamusi North Cement" | 佳木斯北方水泥有限公司 (Jiamusi North Cement Company Limited) |
| "Jiangxi South Cement" | 江西南方水泥有限公司 (Jiangxi South Cement Company Limited) |
| "Jingang Group" | 遼源金剛水泥（集團）有限公司 (Liaoyuan Jingang Cement (Group) Company Limited) |

# Definitions *(Continued)*

| | |
|---|---|
| "Triumph Energy Saving" | 上海凱盛節能工程技術有限公司 (Shanghai Triumph Energy Saving Engineering Technology Company Limited) |
| "Jushi Group" | 巨石集團有限公司 (Jushi Group Company Limited) |
| "KPI" | Key performance index |
| "Listing Rules" | the Rules Governing the Listing of Securities on the Stock Exchange as amended from time to time |
| "Lunan China United" | 魯南中聯水泥有限公司 (China United Cement Lunan Co., Ltd.) |
| "Market-oriented Operation of Central State-owned Enterprises" | Central state-owned enterprise is the nature of enterprises' assets, which is a state-owned enterprise managed directly by the central government of the PRC, market-oriented operation is the mechanism of the enterprise and operating mechanism. "Market-oriented Operation of Central state-owned Enterprise" means market-oriented operation shall be exercised in central state-owned enterprise under socialist market economy, including diversified shareholding, normalized corporate system and legal-person governance structure, professional management system, market-oriented internal mechanism, and corporate operation conducted under market rules |
| "methods of increasing, saving and reducing" | increasing revenue, saving cost and reducing energy consumption |
| "MIIT" | Ministry of Industry and Information Technology of the People's Republic of China |
| "Nanjing Triumph" | 南京凱盛國際工程有限公司 (Nanjing Triumph International Engineering Company Limited) |
| "NBS" | 中國國家統計局 (National Bureau of Statistics of China) |
| "NDRC" | 中華人民共和國國家發展和改革委員會 (National Development and Reform Commission of the People's Republic of China) |
| "North Cement" | 北方水泥有限公司 (North Cement Company Limited) |
| "Northern China" | including (but not limited to) Heilongjiang, Jilin and Liaoning |
| "Non-Competition Agreement" | the non-competition agreement dated 28 February 2006 entered into between the Company and the Parent, which is stated on pages 155 to 157 of the prospectus of the Company |
| "NSP" | cement produced by clinker made through the new suspension preheater dry process |
| "Parent" | 中國建築材料集團有限公司 (China National Building Material Group Corporation) |
| "Parent Group" | collectively, Parent and its subsidiaries (excluding the Group) |

## Definitions *(Continued)*

| | |
|---|---|
| ""PCP"" | PCP, being Price-Cost-Profit |
| "PRC" | the People's Republic of China |
| "preparation, meticulosity, refinement, solidity" | planning operation in advance, implementing plans and accomplishing goals as early as possible; further refining objectives and measures, and formulating specific strategies based on the market and own features; enhancing management, meticulous organisation and delicate management to improve quality and profitability; working solidly to enhance the basis for development and strengthen foundation |
| "Promoters" | the initial promoters of the Company, being the Parent, BNBMG, Cinda, the Building Materials Academy and the CNBM Trading |
| "Qingzhou China United" | 青州中聯水泥有限公司 (Qingzhou China United Cement Company Limited) |
| "Qufu China United" | 曲阜中聯水泥有限公司 (Qufu China United Cement Company Limited) |
| "Reporting Period" | the period from 1 January 2014 to 31 December 2014 |
| "RMB"or "Renminbi" | Renminbi yuan, the lawful currency of the PRC |
| "SFO" | Securities and Futures Ordinance (Cap. 571 of the Laws of Hong Kong) |
| "Shanghai South Cement" | 上海南方水泥有限公司 (Shanghai South Cement Company Limited) |
| "Shanshui Cement" | 中國山水水泥集團有限公司 (China Shanshui Cement Group Limited) |
| "Share(s)" | ordinary shares of the Company with a nominal value of RMB1.00 each, comprising both the Domestic Shares and the H Shares |
| "Shareholder(s)" | holder(s) of Share(s) |
| "Shenzhen Triumph" | 深圳市凱盛科技工程有限公司 (CTIEC Shenzhen Scieno-tech Engineering Company Limited) |
| "Sichuan Southwest Cement" | 四川西南水泥有限公司 (Sichuan Southwest Cement Company Limited) |
| "Sichuan Jiahua" | 四川嘉華企業（集團）股份有限公司 (Sichuan Jiahua Enterprise (Group) Co., Ltd) |
| "Six-star Enterprise" | enterprise with desirable operating result, delicacy management, leading environmental protection, well-known brand, advanced simplicity, safety and stability |
| "South Cement" | 南方水泥有限公司 (South Cement Company Limited) |
| "Southwest" | including but not limited to Sichuan, Yunnan, Guizhou and Zhongqing |
| "Southwest Cement" | 西南水泥有限公司 (Southwest Cement Company Limited) |

# Definitions *(Continued)*

| | |
|---|---|
| "State" or "PRC Government" | the government of the PRC including all political subdivisions (including provincial, municipal and other regional or local government entities) and instrumentalities thereof |
| "Stock Exchange" | The Stock Exchange of Hong Kong Limited |
| "Supervisor(s)" | the member(s) of the Supervisory Committee |
| "Taishan China United" | 泰山中聯水泥有限公司 (China United Cement Taishan Co., Ltd.) |
| "Taishan Gypsum" | 泰山石膏股份有限公司 (Taishan Gypsum Company Limited) |
| "'Three Five' management" | Five N (operation mode), i.e. integration, modelization, institutionalization, processisation and digitalisation. Five C (management mode), i.e. marketing centralisation, procurement centralisation, financial centralisation, technical centralization and investment decision-making centralization. Five I (five key operation indices), i.e. net profit, selling price and sales volume, cost, cash flow and gearing ratio |
| "Three Formulations" | Formulation of functions, formulation of structure and formulation of staffing |
| "Weijin Jingang" | 遼源渭津金剛水泥有限公司 (Liaoyuan Weijin Jingang Cement Company Limited) |
| "Wulanchabu China United" | 烏蘭察布中聯水泥有限公司 (China United Cement Wulanchabu Co., Ltd.) |
| "Xuzhou China United" | 徐州中聯水泥有限公司 (China United Cement Xuzhou Co., Ltd.) |
| "Yatai Group" | 吉林亞泰（集團）股份有限公司 (Jilin Yatai (Group) Co., Ltd.) |
| "Yichun North Cement" | 伊春北方水泥有限公司 (Yichun North Cement Company Limited) |
| "Yunnan Southwest Cement" | 雲南西南水泥有限公司 (Yunnan Southwest Cement Company Limited) |
| "Zaozhuang China United" | 棗莊中聯水泥有限公司 (China United Cement Zaozhuang Co., Ltd.) |
| "Zhejiang South Cement" | 浙江南方水泥有限公司 (Zhejiang South Cement Company Limited) |
| "Zhongfu Lianzhong" | 連雲港中複連眾複合材料集團有限公司 (Lianyungang Zhongfu Lianzhong Composite Material Group Company Limited) |
| "Zhongfu Liberty" | 常州中複麗寶第複合材料有限公司 (Changzhou China Composites Liberty Company Limited) |
| "Zhongfu Shenying" | 中複神鷹碳纖維有限責任公司 (Zhongfu Shenying Carbon Fiber Company Limited) |
| "Zizhong Southwest" | 四川資中西南水泥有限公司 (Sichuan Zizhong Southwest Cement Company Limited) |

# Definitions *(Continued)*

| | |
|---|---|
| "State" or "PRC Government" | the government of the PRC including all political subdivisions (including provincial, municipal and other regional or local government entities) and instrumentalities thereof |
| "Stock Exchange" | The Stock Exchange of Hong Kong Limited |
| "Supervisor(s)" | the member(s) of the Supervisory Committee |
| "Taishan China United" | 泰山中聯水泥有限公司 (China United Cement Taishan Co., Ltd.) |
| "Taishan Gypsum" | 泰山石膏股份有限公司 (Taishan Gypsum Company Limited) |
| "'Three Five' management" | Five N (operation mode), i.e. integration, modelization, institutionalization, processation and digitalisation. Five C (management mode), i.e. marketing centralisation, procurement centralisation, financial centralisation, technical centralization and investment decision-making centralization. Five I (five key operation indices), i.e. net profit, selling price and sales volume, cost, cash flow and gearing ratio |
| "Three Formulations" | Formulation of functions, formulation of structure and formulation of staffing |
| "Weijin Jingang" | 遼源渭津金剛水泥有限公司 (Liaoyuan Weijin Jingang Cement Company Limited) |
| "Wulanchabu China United" | 烏蘭察布中聯水泥有限公司 (China United Cement Wulanchabu Co., Ltd.) |
| "Xuzhou China United" | 徐州中聯水泥有限公司 (China United Cement Xuzhou Co., Ltd.) |
| "Yatai Group" | 吉林亞泰（集團）股份有限公司 (Jilin Yatai (Group) Co., Ltd.) |
| "Yichun North Cement" | 伊春北方水泥有限公司 (Yichun North Cement Company Limited) |
| "Yunnan Southwest Cement" | 雲南西南水泥有限公司 (Yunnan Southwest Cement Company Limited) |
| "Zaozhuang China United" | 棗莊中聯水泥有限公司 (China United Cement Zaozhuang Co., Ltd.) |
| "Zhejiang South Cement" | 浙江南方水泥有限公司 (Zhejiang South Cement Company Limited) |
| "Zhongfu Lianzhong" | 連雲港中複連眾複合材料集團有限公司 (Lianyungang Zhongfu Lianzhong Composite Material Group Company Limited) |
| "Zhongfu Liberty" | 常州中複麗寶第複合材料有限公司 (Changzhou China Composites Liberty Company Limited) |
| "Zhongfu Shenying" | 中複神鷹碳纖維有限責任公司 (Zhongfu Shenying Carbon Fiber Company Limited) |
| "Zizhong Southwest" | 四川資中西南水泥有限公司 (Sichuan Zizhong Southwest Cement Company Limited) |

# Shareholding Structure of the Group

The simplified structure of the Group as at 31 December 2014 is set out as below:



Note:   The aforementioned percentages are rounded to 2 decimal places.

## Corporate Governance Report *(Continued)*

### XIII. INTERNAL CONTROL *(CONTINUED)*

The Board (through the Audit Committee of the Board of the Company) continues to be responsible for the review of the efficiency of the operation of the Company's internal control system. In accordance with the provisions C.2.1 of the Code, the Directors have reviewed the effectiveness of the internal control system of the Company and its subsidiaries during the reporting period, covering matters such as financial control, operation control, compliance control and risk management function control. The Board is not aware of any material events that might affect the shareholders' interests. The Board is of the opinion that the Company had fully complied with the code provisions regarding internal control in the Code. The internal monitoring system of the Company has been operating effectively.

### XIV. INVESTOR RELATIONS

The Company highly regards the investors' rights and interests. Therefore, the Company has established the Secretariat of the Board to be responsible for the management of investor relations in order to improve the management system of investor relations, to clarify the duties of investor relations management, and to establish the multi-channel communication mechanism at multiple levels and in multiple forms. During the reporting period, the Company communicated with investors by convening general meetings, arranging non-deal roadshows, participating in investor conferences, receiving investors' visits, arranging telephone conferences and conducting on-site surveys etc. Information disclosures were made as appropriate and a fair and transparent investment platform for the general investors was provided to improve the transparency of the Company. During the reporting period, the Company has strived for management enhancement. Through strengthening the management of investor relations, the standard of standardized management and corporate governance has been further enhanced.

During the reporting period, the Company has made partial amendments to the Articles of Association. The amendments to the Articles of Association were considered and approved at the extraordinary general meeting held on 17 January 2014. The amendments involve, among other things, the change of the Company's registered address, the number of Board meetings and the way of participating in the Board meetings, the attendance of supervisory proxies, the statements about public welfare fund and common reserve fund and supplementing the Articles of Association with the Rules of Procedure for Shareholders' General Meetings, the Rules of Procedure for Board Meetings and the Rules of Procedure for Supervisory Committee Meetings as appendices. The details of the amendments were disclosed in the announcement dated 17 January 2014 of the Company.