# EXHIBIT "B"



EXECUTIVE OFFICE
**HAMPTON AFFILIATES**

9600 SW Barnes Road
Suite 200
Portland, OR 97225-6666
phone 503.297.7691
fax 503.203.6604
www.hamptonaffiliates.com

**Via Electronic Transmission: kenkao@cbmie.com**
**Confidential**

December 13, 2014

Mr. Ken Kao
Managing Director
CNBM Forest Products Trading Ltd.
15th Floor, Central Mansion, 321 Si Chuan (M) Road
Huangpu District, Shanghai, 200002, China

Dear Ken:

As Jim Tyrer likely told you by phone, I am dismayed with what I have learned about CNBM from a competitor here in the Pacific Northwest (PNW). Our competitor was sitting at dinner with one of the Westerlund managers, who after a few drinks, bragged about his growing business in China and was showing everyone a picture of him over in China with you. I can't tell you how upsetting it is to learn from someone else that our "partner" is participating in a business operation that threatens our survival in the PNW.

I recall during various discussions with you that CNBM was exporting logs out of New Zealand with some small deliveries from other locations. You also told me how the Japanese had lost significant money in exporting logs in early 2012 out of Oregon and Washington but you never told me that CNBM had replaced them and were now the primary customer for logs from our backyard. You know that Tillamook has struggled to source enough logs and keep log costs down to continue to sell lumber to CNBM. You didn't think it was worth mentioning that your company was the primary customer of logs loading out of Astoria that would otherwise go into the Tillamook or Warrenton sawmills? I am not sure you realize this but our sawmills in Oregon run at 2/3 capacity because of surging log exports and we may have to make a very hard decision to shut Tillamook down if it gets any worse. I am not looking forward to telling 125 employees and their families that they are losing their jobs because our "partner" in China is exporting logs from Oregon.

In the relationship MOU I signed along with Mr. Huang, we agreed to be good partners and be transparent in our business relations. I remember how you reacted when you believed we were encroaching in your lumber sales territory. You and Mr. Han were very complimentary in my disclosures related to Babine and how I was very open in sharing details. I feel like the trust we have built up has been diminished by this recent revelation.

Rather than exchange letters or long distance phone calls, I would appreciate you visiting me in Portland on your next trip to the U.S., hopefully early in 2014. I need some time to calm down and we need to see how we can move forward given that today we are competitors in the PNW log business. While I still believe we have mutual interest in continuing on together, I have to be comfortable that we can trust each other going forward, especially to consider an equity ownership in Babine. Please let me know of your travel plans so we can arrange a time to get together.

Very truly yours,
HAMPTON AFFILIATES

*[signature]*

STEVEN J. ZIKA
Chief Executive Officer