**HERMAN HERMAN & KATZ**
L.L.C.
ATTORNEYS AT LAW
Est. 1942

820 O'Keefe Avenue
New Orleans, Louisiana
70113-1116

p: (504) 581-4892
f: (504) 561-6024
e: info@hhklawfirm.com

hhklawfirm.com

Harry Herman (1914-1987)
Russ M. Herman*
Maury A. Herman*
Steven J. Lane
Leonard A. Davis*
James C. Klick[1]
Stephen J. Herman
Brian D. Katz
Soren E. Gisleson
Joseph E. Cain

Jennifer J. Greene[2]
John S. Creevy
Aaron Z. Ahlquist[3]
Craig M. Robinson
Mikalia M. Kott[4]
Donald A. Mau
Danielle Treadaway Hufft
Patrick R. Busby[5]
Madelyn M. O'Brien

Of Counsel:
Herbert A. Cade
Morton H. Katz*
Joseph A. Kott, M.D., J.D.

This Firm and its Partners Are Also
Partners in Herman Gerel, LLP

* A Professional Law Corporation
[1] Also Admitted in Texas
[2] Also Admitted in Arkansas
[3] Also Admitted in Tennessee
[4] Also Admitted in Colorado
[5] Also Admitted in Alabama
  & Oklahoma

March 25, 2015

**VIA EMAIL**

Bernard Taylor, Esq.
bernard.taylor@alston.com

Michael Barr, Esq.
michael.barr@dentons.com

Michael Kenny, Esq.
mike.kenny@alston.com

Michael Moore, Esq.
mike.moore@dentons.com

Alan Weinberger Esq.
aweinberger@hanrylaw.com

Richard Fenton, Esq.
richard.fenton@dentons.com

James Stengel, Esq.
jstengel@orrick.com

Harry Rosenberg, Esq.
harry.rosenberg@phelps.com

L. Christopher Vejnoska, Esq.
cvejnoska@orrick.com

RE:   *In re: Chinese Manufactured Drywall Products Liability Litigation*
      **MDL 2047**

Dear Counsel:

Attached please find a Defendant Affiliate/Subsidiary/Parent Manufacturers' Profile Form. We have not received a Profile Form from any of you as of yet, and therefore, we will be proposing to the Court that the attached Profile Form be completed by each of you within the next ten (10) days. We wanted to give you a heads up in advance of tomorrow's conference.

Sincerely,

/s/ *Russ M. Herman*
**RUSS M. HERMAN**

/s/ *Arnold Levin*
**ARNOLD LEVIN**

/lmf



March 25, 2015
PAGE 2


Enclosure
cc:     Plaintiffs' Steering Committee

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : MDL No. 2047<br>: Section L<br>: |
| This Document Relates to<br>ALL CASES | : JUDGE FALLON<br>: MAG. JUDGE WILKINSON |

### DEFENDANT AFFILIATE/SUBSIDIARY/PARENT MANUFACTURERS' PROFILE FORM

CNBM/BNBM/TG must complete and submit this Defendant Affiliate/Subsidiary/Parent Manufacturers' Profile Form[1]. CNBM/BNBM/TG must complete and sign a Defendant Affiliate/Subsidiary/Parent Manufacturers' Profile Form for all activity in the US from 2001 through present. If additional knowledge becomes known after completion, this Form must be supplemented. If additional space is needed to answer any questions or complete your responses, additional pages may be attached. In addition, if any attachments or documents are provided in response to any question, please identify the specific question within this Form that relates to the specific attachment or document.

The questions contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law. Please print legibly or type your responses in English.

I.  **CONTACT INFORMATION OF DEFENDANT MANUFACTURER COMPLETING THIS PROFILE FORM**

   A.  Name of Affiliate, Subsidiary or Parent of Drywall Manufacturer_____
   B.  Address_____
   C.  Phone number_____
   D.  Email address_____
   E.  Web site_____
   F.  President or CEO_____
   G.  Headquarters if Foreign_____
   H.  Address of USA Headquarters_____
   I.  Name of supervisor at Foreign and/or USA Headquarters_____
   J.  Principal Place of Business in USA_____
   K.  List of all offices or locations in USA where entity has done business at any time in 2001 through present_____

---

[1] Affiliate shall mean a financial relationship with a parent (or parent-like) entity, a vertical relationship with a subsidiary (or subsidiary-like) entity, and a horizontal relationship between entities that share a common parent (or parent-like) entity.

    L.    List of all officers, agents or representatives who have transacted or done business with individuals or companies in the USA at any time from 2001 through present_____

    M.    Name of Manager at each office or location identified in H, I and/or J above_____

(If you have identified more than one entity in I(A) above separately answer I(B)-I(M) for each entity.)

II. **COUNSEL INFORMATION OF DEFENDANT MANUFACTURER**

    A.    Name:_____
    B.    Address:_____
    C.    Phone Number:_____
    D.    Fax Number:_____
    E.    E-Mail:_____

III. **AFFILIATE AND SUBSIDIARY INFORMATION**

    A.    Name of every subsidiary or affiliate that transacts business in the United States or within its jurisdiction:

    B.    Address of each entity identified in A above:_____

    C.    Identification of the type of business identified in A above:_____

    D.    Phone number of each entity identified in A above:_____

    E.    Initial state of incorporation and location where each entity transacts business identified in A above:_____

    F.    Listing of all trademarks, patents and service marks for each entity identified in A above:_____

    G.    The full name including any trade names or other names which the entity identified in A above transacts business:_____

    H.    Describe all agreements existing between the entity identified in A above and between any manufacturer, exporter, importer, shipper or distributor of Chinese drywall for the importation to the United States:_____

IV. **INSURANCE**

    A.    Identify all policies of insurance, including all CGL, Product Liability, Builder's Risk, D&O and Excess insurance policies relating to claims.

        1.    For each policy, identify the following:

            Insurer: _____

            Dates policy in effect:

            ____/____/_____ (Month / Day / Year) to ____/____/_____ (Month / Day / Year)

            Policy Number: _____

2

    Type of Policy: _____

    Insurance Agent _____

    Address of Insurance
    Agent in the United States _____

    Policy Coverage Limits _____

    Produce a copy of the Declaration page, exclusions and policy of insurance.

B.  Identify all claims you have made on any insurance policies regarding this matter.

  1.  For each claim please provide the following:

    Date: ____/____/_____ (Month / Day / Year)

    Insurer: _____

    Description of claim: _____

    Insurer's response to claim: _____

    If in litigation:

    Caption of Case:_____

    Name and address of attorneys involved:_____

    _____

    Insurance carriers involved:_____

    _____

## CERTIFICATION

 I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Defendant Manufacturers' Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration, to the extent that such documents are in my possession, custody or control.

_____      _____      _____
Signature            Print Name           Date

3