UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| | SECTION "L" |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| Block, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft KG, et al. Case No. 11-1363 | MAG. JUDGE WILKINSON |

### PRIME HOMES AT PORTOFINO FALLS, LTD.'S MOTION FOR LEAVE TO FILE A REPLY TO KNAUF'S OPPOSITION TO ITS MOTION FOR RECALCULATION OF SELF-REMEDIATION ESTIMATES TO REFLECT CURRENT MARKET RATES

Prime Homes at Portofino Falls, Ltd. ("Prime Homes") hereby requests leave of court to file the attached Reply to Defendant Knauf's Opposition to Prime Homes' Motion for Recalculation of Self-Remediation Estimates to Reflect Current Market Rates.

WHEREFORE, Prime Homes requests that the Court enter an order granting leave for it to file its attached Reply to Defendant Knauf's Opposition to Prime Homes' Motion for Recalculation of Self-Remediation Estimates to Reflect Current Market Rates.

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing MOTION FOR LEAVE TO FILE REPLY TO KNAUF'S OPPOSITION TO PRIME HOMES' MOTION FOR RECALCULATION OF SELF-REMEDIATION ESTIMATES TO REFLECT CURRENT MARKET RATES has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this on this 15th day of April, 2015.

*[signature]*

ERVIN A. GONZALEZ
Fla. Bar No. 500720
Ervin@colson.com
PATRICK S. MONTOYA
Fla. Bar No. 524441
Patrick@colson.com
NATALIE M. RICO
Fla. Bar No. 0065046
Natalie@colson.com
COLSON HICKS EIDSON
COLSON MATTHEWS MARTINEZ
GONZALEZ KALBAC & KANE
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax:    (305) 476-7444
*Counsel for Plaintiffs*