# EXHIBIT "A"

## CHINESE DRYWALL LITIGATION–EXPEDITED THIRD PARTY DISCOVERY

|    | DATE | WITNESS | LOCATION |
|----|------|---------|----------|
| 1. | April 16, 2015<br>9:00 a.m.<br>(Pacific) | Plum Creek Timber Company, Inc. [Rec.Doc. 18307] | Keller, Rohrback Law Offices<br>1201 Third Avenue<br>Suite 3200<br>Seattle, WA 98101<br>206-623-1900 |
| 2. | April 17, 2015<br>2:00 p.m.<br>(Central) | Tommy Li, President Sunpin [Rec.Doc. 18512]<br><br>Amended Notice [Rec.Doc. 18657] | Freed, Kanner, London & Millen LLC<br>2201 Waukegan Road<br>Suite 130<br>Bannockburn, IL 60015<br>224-632-4500 |
| 3. | April 17, 2015<br>10:00 a.m.<br>(Central)<br>. | Sunpin Solar Development LLC a/k/a Sunpin Solar LLC [Rec.Doc. 18510]<br><br>Amended Notice [Rec.Doc. 18656] | Freed, Kanner, London & Millen LLC<br>2201 Waukegan Road<br>Suite 130<br>Bannockburn, IL 60015<br>224-632-4500 |
| 4. | April 20, 2015<br>10:00 a.m<br>(Central) | Wal-Mart Stores, Inc. [Rec.Doc. 18511]<br><br>Amended Notice [Rec.Doc. 18658] | Niblock Law Firm<br>324 North College Avenue<br>Fayetteville, Arkansas 72701<br>479-521-5510 |

| | | | |
|---|---|---|---|
| 5. | April 22, 2015 10:30 a.m. (Eastern) | New Jersey Institute of Technology [Rec.Doc. 18516]<br><br>Amended Notice [Rec.Doc. 18633] | Potters & Della Pietra LLP 100 Passaic Avenue Fairfield, NJ 07004 973-575-5240 |
| 6. | April 23, 2015 10:00 a.m. (Eastern) | International Business Machines Corporation ("IBM") [Rec.Doc. 18545]<br><br>Amended Notice [Rec.Doc. 18632] | Seeger Weiss 77 Water Street New York, NY 10005 212-584-0700 |
| 7. | April 24, 2015 9:00 a.m. (Eastern) | CTIEC-TECO American Technology, Inc. [Rec.Doc. 18517] | Toledo Engineering Co. Inc. 3400 Executive Parkway Fourth Floor Toledo, OH 43606 419-537-9711 |
| 8. | April 24, 2015 9:00 a.m. (Pacific) | Steven J. Zika [Rec.Doc. 18664] | Tonkon Torp, LLP 1600 Pioneer Tower 888 SW Fifth Ave. Portland, OR 97204 503-221-1440 |
| 9. | April 24, 2015 1:00 p.m. (Pacific) | Hampton Affiliates [Rec.Doc. 18661] | Tonkon Torp, LLP 1600 Pioneer Tower 888 SW Fifth Ave. Portland, OR 97204 503-221-1440 |
| 10. | April 24, 2015 3:30 p.m. (Pacific) | Hampton Investment Co. [Rec.Doc. 18666] | Tonkon Torp, LLP 1600 Pioneer Tower 888 SW Fifth Ave. Portland, OR 97204 503-221-1440 |