# EXHIBIT "B"



**ESLER
STEPHENS &
BUCKLEY LLP**

A T T O R N E Y S   A T   L A W

Michael J. Esler
Direct: (503) 935-5391
esler@eslerstephens.com

April 3, 2015

**Via Email**

Re:     *Westerlund Log Handlers, LLC et al. v. China National Building Materials Import and Export Corporation et al.*, Clatsop County Case No. 14-CV-00618

Dear Counsel:

This Firm represents Murphy Overseas USA Astoria Forest Products, LLC. ("MOS"). I wanted to set up a mailing matrix and let you know who the contact people are at our end.

My clients would like to avoid a deposition and limit the production of documents so that they don't have to seek a protective order and engage in a costly review of ESI. I understand that the discovery issues relating to MOS are reasonably limited and the facts cannot be in dispute. I've discussed with representatives of CNBM and of the Steering Committee the idea of preparing a declaration and production of documents sufficient to show the following facts:

1.   The nature and extent of business MOS has done with the two CNBM entities it has worked with: China National Building Materials Import and Export Corporation and CNBM Forest Products (Canada_, Ltd. As you may know, there were three lawsuits filed in Oregon involving my client and the CNBM entities and a lot of the background to the business is found in pleadings in those cases. We can send you copies of any of the publicly filed pleadings if you'd like.

2.   The focus on the business activities will be from July 14, 2014 forward. In fact, except for exchanging correspondence related to the claims filed between the parties and discovery in the three cases, there wasn't any actual business activity between MOS and the CNBM entities until Fall of 2014. Likewise, Westerlund Log Handlers and related persons and entities were also engaged in litigation with the CNBM

April 3, 2015
Page 2

entities and were not doing business with the CNBM entities between January 2014 and late 2014.

3. In the Fall of 2014 the parties reached an agreement whereby logs that CNBM claimed it had paid Westerlund to acquire and prepare for shipping, were shipped FAS Pier 1, Astoria, Oregon for CNBM with the assistance of MOS. This was pursuant to a stipulation between the parties that was filed in court. I am attaching a copy of that stipulation.

4. CNBM sought a Receiver to take possession of log handling equipment owned by Westerlund Log Handlers on which it claimed a security interest. I've attached the Receiver's final report and the stipulation of the parties that explains what happened to the equipment. The purchase of the equipment was pursuant to a global settlement among the CNBM entities, MOS and the Westerlund parties. I've attached a copy of the "Global Settlement Agreement" which does not contain a confidentiality clause. I have not attached a copy of the separate settlement agreement between MOS and the CNBM entities because that does have a confidentiality clause and I'd like to give you all a chance to reach an agreement that it can be produced before I do so.

5. Since July 14, 2014 MOS has participated in the sale and/or shipment of 3 ship loads of logs at the direction of the CNBM entities. The total volume is approximately 15 MMBF(Million Board feet). About 6.5 MMBF were logs that were in the Westerlund log deck when MOS took over the site in Spring 2014. CNBM claimed it had already paid Westerlund for the logs to be shipped. A summary of the 3 ship loads sent after July 14, 2014 is:

> September 2014: 5.1 MMBF (all old logs from Westerlund business)
> November 2014: 1.4 MMBF (old logs from Westerlund business) and 3.9 MMBF of new logs sold by AFP to CNBM
> March 2015: 5.0 MMBF sold by AFP to CNBM

MOS has no information about profits that CNBM may have made on its use or resale of the logs. However, it is highly unlikely that it would have made a profit on the first two shipments given the losses it suffered on the Westerlund venture.

April 3, 2015
Page 3

From my conversations with counsel for the steering committee, I understand that Taichen has "cured" the contempt and that the effect of the sanction order covers a time period ending at the end of February. If this isn't correct let me know. I would like a response to the proposal by **Monday April 6, 2014** so we know which direction we are headed.

Thank you very much for your time and consideration. Don't hesitate to call with questions.

Yours truly,

*Mike*

Michael J. Esler

MJE:aa
cc:

K:\Front Desk Data\Client Data\Murphy\Counsel ltr 4-3-15.docx

d

1

2

3

4

5

6

7

8

9

10       **IN THE CIRCUIT COURT OF THE STATE OF OREGON**

11           **FOR THE COUNTY OF CLATSOP**

| | | |
|---|---|---|
| 12 | **WESTERLUND LOG HANDLERS, LLC**, a Washington limited liability company, | ) Case No.  14 CV 00618 |
| 13 | **DAVID WESTERLUND**, an individual, and **ROGER NANCE**, an individual, | ) **STIPULATION** |
| 14 | Plaintiffs, | ) |
| 15 | | ) |
| 16 | v. | ) |
| 17 | **CHINA NATIONAL BUILDING MATERIALS IMPORT AND EXPORT CORPORATION**, a foreign corporation, | ) |
| 18 | **CNBM FOREST PRODUCTS CANADA, LTD**, a foreign entity, and **ALAN K. BRUNSTAD**, an individual, | ) |
| 19 | | ) |
| 20 | Defendants. | ) |
| 21 | | ) |
| 22 | **WESTERLUND LOG HANDLERS, LLC**, a Washington limited liability company, | ) |
| 23 | **DAVID WESTERLUND**, an individual, and **ROGER NANCE**, an individual, | ) |
| 24 | Counterclaim Defendants and | ) |

**ESLER, STEPHENS & BUCKLEY, LLP**
Attorneys at Law
121 S.W. Morrison Street, Suite 700
Portland, Oregon  97204-3183
Telephone:  (503) 223-1510
Facsimile:  (503) 294-3995

1          Third Party Plaintiffs,                    )
                                                      )
2      v.                                             )
                                                      )
3   **MURPHY OVERSEAS USA ASTORIA**                   )
    **FOREST PRODUCTS, LLC**, an Oregon               )
4   limited liability company,                        )
                                                      )
5          Third Party Defendant,                     )
           Counterclaim Defendant, and               )
6          Cross-Claim Plaintiff,                     )
                                                      )
7      v.                                             )
                                                      )
8   **WESTERLUND LOG HANDLERS, LLC,**                 )
    a Washington limited liability company,           )
9                                                     )
           Counterclaim Defendant,                    )
10                                                    )
           and                                        )
11                                                    )
    **CHINA NATIONAL BUILDING**                       )
12  **MATERIALS IMPORT AND EXPORT**                   )
    **CORPORATION,** a foreign corporation,           )
13                                                    )
           Cross-Claim Defendant.                     )
14

15         Westerlund Log Handlers, LLC, David Westerlund and Roger Nance (collectively

16     "Westerlund"), China National Building Materials Import and Export Corporation and CNBM

17     Forest Products (Canada) Ltd. (collectively "China National") and Murphy Overseas USA

18     Astoria Forest Products, LLC ("Murphy"), through their undersigned counsel, hereby stipulate

19     and agree as follows:

20         1.        Upon securing an agreement from Murphy to cooperate with the loading of

21     certain logs owned by China National, China National is in the process of securing and

22     chartering a vessel capable of carrying about 5 to 5.4 MMBF to arrive at Pier 1, Port of Astoria

23     ready for loading on or about September 1, 2014, weather and other conditions permitting.

24     China National will promptly supply the name of the vessel to SSA Marine, Inc. for confirmation

**ESLER, STEPHENS & BUCKLEY, LLP**
Attorneys at Law
121 S.W. Morrison Street, Suite 700
Portland, Oregon  97204-3183
Telephone:  (503) 223-1510
Facsimile:  (503) 294-3995

1   that the vessel is as an adequate log-loading ship.  As soon as confirmed by SSA, China National

2   will advise Murphy of the name of the vessel and its anticipated arrival date.  Upon receiving

3   such confirmation from China National, Murphy will promptly supply to China National a

4   proposed loading plan.  Murphy shall make the loading berth clear and ready for loading at the

5   earliest possible time after the vessel arrives at the Columbia River Pilot Station.  Murphy shall

6   keep China National informed regarding the availability of the loading berth to enable China

7   National to coordinate the arrival of the vessel without undue delay.    Demurrage against

8   Murphy will be applied at US $16,000 per day pro rata if the vessel needs to wait for a berth

9   after arrival at the Pilot Station for any reason that is the fault of Murphy.

10         2.     Murphy and/or Westerlund will deliver all of the remaining logs now stored at

11   Pier 3 to Pier 1 and enough logs from the L&C Log Yard to fully load the vessel at Pier 1 in the

12   berth traditionally used by Murphy and Westerlund for loading other vessels.  Murphy and/or

13   Westerlund will present the logs for loading in a professional manner that maximizes the use of

14   all space available.  Loads will be properly sorted by species and length, with squared ends and

15   of maximum weight that allows for safe loading and the fewest number of lifts. Inventory control

16   will be performed in the usual manner by pulling and scanning tags to prepare and deliver reports

17   to CNBM. Sufficient trucks will be scheduled to maximize the loads per day from the L&C yard,

18   Pier 3, and Tongue Point facility (if necessary). SSA will be notified in adequate time of the

19   number of longshoremen "drivers" required for the efficient hauling of loads from Pier 3 or L&C

20   yards.  Murphy and/or Westerlund will pay for the transportation and handling of the logs from

21   Pier 3, L&C Log Yard, and Tongue Point facility (if necessary) to Pier 1.  The logs will be

22   delivered in a timely fashion to facilitate efficient loading of the vessel.  Murphy and/or

23   Westerlund will make equipment available to the stevedores to facilitate loading.  During

24   loading, customary inventory control will be maintained.  Murphy and Westerlund will cooperate

**ESLER, STEPHENS & BUCKLEY, LLP**
Attorneys at Law
121 S.W. Morrison Street, Suite 700
Portland, Oregon  97204-3183
Telephone:  (503) 223-1510
Facsimile:  (503) 294-3995

1    with China National in ensuring that the vessel is properly and promptly loaded, and the parties

2    agree that the log loading should not take more than seven (7) days from commencement,

3    Sundays and holidays excluded, and will act in good faith to complete the loading within that

4    time frame. If additional time is required because of inadequate ship's equipment or gear, no

5    demurrage will be charged. If additional time is required because of the performance of Murphy,

6    as determined by SSA, demurrage will be charged pro rata distribution of US $16,000 per day to

7    Murphy.

8         3.    China National will pay wharfage and stevedoring charges for the vessel directly

9    to the Port and SSA.

10        4.    Murphy and/or Westerlund will promptly request a USDA phytosanitary

11   inspection and certificate for the logs to be shipped pursuant to this stipulation, and the parties

12   agree that the USDA permits should be obtained at least one week in advance of the vessel's

13   arrival.  Murphy and/or Westerlund will advise China National of the anticipated date for the

14   inspection so that China National may send an observer to inspect the logs prior to inspection,

15   and the parties will cooperate in choosing logs for inspection.  China National will pay for the

16   inspection and certificate.

17        5.    After the vessel is loaded, Murphy and/or Westerlund will transport any

18   remaining inventory of China National logs remaining at the L&C Log Yard (the "Remaining

19   Inventory") to Tongue Point, where Murphy has moved approximately 1 MMBF of logs already

20   (the "Court-Ordered Logs") pursuant to the Court's order on China National's motion for a

21   temporary restraining order.  This agreement shall otherwise have no effect on the Court's order

22   on China National's motion for a temporary restraining order ("Order").  Murphy shall be

23   responsible for moving the Remaining Inventory and the Court Ordered Logs directly to Pier 1 at

24   its own cost at such time as China National is practicably able to procure a ship for loading those

Page 4 of 6      **STIPULATION**

ESLER, STEPHENS & BUCKLEY, LLP
Attorneys at Law
121 S.W. Morrison Street, Suite 700
Portland, Oregon  97204-3183
Telephone:  (503) 223-1510
Facsimile:  (503) 294-3995

1   logs at Pier 1.

2       6.      Murphy and Westerlund agree to provide sign-offs and any other necessary

3   document to allow China National to export the logs, such as bills of lading and other shipping

4   documents.  Murphy and Westerlund agree to release any and all liens against the logs, but the

5   parties do not release any claims relating to those liens, including (without limitation) claims for

6   storage fees or wrongful liens.  Murphy and Westerlund agree to cooperate with China National

7   in ensuring that all necessary paperwork for exporting the logs is promptly and properly provided

8   and processed.

9       7.      There is currently scheduled a show cause hearing for August 12, 2014, in which

10  China National is seeking an order giving it immediate possession of certain equipment owned

11  by WLH in which China National claims a security interest.  China National agrees that if it

12  obtains an order allowing China National to take possession of that equipment before the vessel

13  is loaded, China National will nevertheless allow Murphy to use any equipment needed at least

14  until the vessel is loaded.

15      8.      Except as otherwise stated herein, this Stipulation does not waive or release any

16  claims that any of the parties may have against the other in this or any other proceeding, nor shall

17  entering this Stipulation constitute evidence of the validity of any parties' claims or defenses in

18  this or any other proceeding.  In particular, each of the parties to this Stipulation reserves all of

19  its rights to make damages claims against the other, including (without limitation) the right to

20  claim the costs of transporting and handling the logs, the costs of loading the vessel, the costs of

21  storing the logs, or for damages to the logs or for wrongful possession or control of the logs or

22  arising from use of the equipment.

23      9.      The parties to this Stipulation agree that time is of the essence in transporting the

24  logs from Pier 3 to Pier 1 and in shipping the logs from Pier 1 and that any actual or threatened

**ESLER, STEPHENS & BUCKLEY, LLP**
Attorneys at Law
121 S.W. Morrison Street, Suite 700
Portland, Oregon  97204-3183
Telephone:  (503) 223-1510
Facsimile:  (503) 294-3995

1   failure of any party to perform pursuant to the terms of this Stipulation could likely cause

2   irreparable injury to the other party.   The parties will jointly move the Court for an appropriate

3   order making this stipulation an order of the Court, and the parties agree that this stipulation

4   moots the motion filed by Murphy for ejectment.  Without waiver of any of China National's

5   arguments in its pending Motion to Dismiss, Sever or Stay, the parties to this Stipulation agree

6   that the Court shall have jurisdiction to enforce this Stipulation and may use the full panoply of

7   equitable powers in so doing.

8          DATED this 8th day of August, 2014.

9   **IT IS SO STIPULATED:**

10                                          **ESLER, STEPHENS & BUCKLEY, LLP**

11                                          By:    s/John W. Stephens
12                                                 John W. Stephens, OSB No. 773583
                                                   stephens@eslerstephens.com
                                                   Michael J. Esler, OSB No. 710560
13                                                 esler@eslderstephens.com
                                                   Of Attorneys for Murphy Overseas USA
14                                                 Astoria Forest Products, LLC

15                                          **MILLER NASH LLP**

16                                          By:    s/Brian W. Esler
                                                   Brian W. Esler, WSB No. 22168
17                                                 brian.esler@millemash.com
                                                   Of Attorneys for Defendant China National
18                                                 Building Materials Import and Export Corp.

19                                          **GORDON T. CAREY, JR. P.C.**

20                                          By:    s/Gordon T. Carey, Jr.
                                                   Gordon T. Carey, Jr., OSB No. 771331
21                                                 gordon@gordoncarey.com
                                                   Of Attorneys for Plaintiffs Westerlund Log
22                                                 Handlers, LLC, David Westerlund, and Roger
                                                   Nance

23    k:\maureen\murphy, westerlund v. cnbm clatsop case no. 14-cv-00618\stipulation 8-8-14.docx

24

**ESLER, STEPHENS & BUCKLEY, LLP**
Attorneys at Law
121 S.W. Morrison Street, Suite 700
Portland, Oregon  97204-3183
Telephone:  (503) 223-1510
Facsimile:  (503) 294-3995

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **STIPULATION** on the following persons on August 8, 2014, by hand-delivering, faxing, e-mailing, or mailing (as indicated below) to each true copies thereof, and if mailed, contained in a sealed envelope, with postage paid, addressed to said attorneys at the last known address of each shown below and deposited in the post office on said day at Portland, Oregon:

Gordon T. Carey, Jr., Esq.
gordon@gordoncarey.com
Gordon T. Carey Jr., P.C.
1020 S.W. Taylor Street, Suite 375
Portland, Oregon  97205-2554

Of Attorneys for Plaintiffs Westerlund Log Handlers, LLC, David Westerlund, and Roger Nance

☐ by hand-delivery
☐ by facsimile
☐ by first class mail
☒ by e-filing service [UTCR 21.100]

Thomas C. Sand, OSB No. 773322
tom.sand@miUemash.com
Elisa J. Dozono, OSB No. 063150
elisa.dozono@millemash.com
Miller Nash LLP
111 S.W. Fifth Avenue, Suite 3400
Portland, Oregon  97204-3691

Of Attorneys for Defendant China National Building Materials Import and Export Corp.

☐ by hand-delivery
☐ by facsimile
☐ by first class mail
☒ by e-filing service [UTCR 21.100]

Brian W. Esler, WSB No. 22168
brian.esler@millemash.com
Miller Nash LLP
4400 Two Union Square
601 Union Street
Seattle, Washington  98101-2352

Of Attorneys for Defendant China National Building Materials Import and Export Corp.

☐ by hand-delivery
☐ by facsimile
☐ by first class mail
☒ by e-filing service [UTCR 21.100]

John D. Ostrander, Esq.
john@oeplaw.com
Elliott Ostrander & Preston PC
707 S.W. Washington Street, Suite 1500
Portland, Oregon  97205

Of Attorneys for Defendant Alan K. Brunstad

☐ by hand-delivery
☐ by facsimile
☐ by first class mail
☒ by e-filing service [UTCR 21.100]

**CERTIFICATE OF SERVICE**

**ESLER, STEPHENS & BUCKLEY, LLP**
Attorneys at Law
121 S.W. Morrison Street, Suite 700
Portland, Oregon 97204-3183
Telephone:  (503) 223-1510
Facsimile:  (503) 294-3995

1   Alan J. Wertjes, Esq.
    awertjes@hotmail.com
2   Wertjes Law Group PS
    1800 Cooper Point Road SW, Suite 3
3   Olympia, Washington  98502-1179
    Of Attorneys for Defendant Alan K. Brunstad

☐ by hand-delivery
☐ by facsimile
☐ by first class mail
☒ by e-filing service [UTCR 21.100]

4

5       DATED this 8th day of August, 2014.

6                       ESLER, STEPHENS & BUCKLEY, LLP

7

8               By:   s/John W. Stephens
                      John W. Stephens, OSB No. 773583
                      stephens@eslerstephens.com
9                     Of Attorneys for Murphy Overseas USA
                      Astoria Forest Products, LLC

10
    k:\maureen\westerlund v. cnbm\certserv.docx

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**CERTIFICATE OF SERVICE**

**ESLER, STEPHENS & BUCKLEY, LLP**
Attorneys at Law
121 S.W. Morrison Street, Suite 700
Portland, Oregon  97204-3183
Telephone:  (503) 223-1510
Facsimile:  (503) 294-3995

d

Verified Correct Copy of Original 8/12/2014

RECEIVED AND FILED
CLATSOP COUNTY COURT

AUG 1 2 2014

Trial Court Administrator
Docketed By

1

2

3

4

5

6

7

8

9

10  **IN THE CIRCUIT COURT OF THE STATE OF OREGON**

11  **FOR THE COUNTY OF CLATSOP**

| | |
|---|---|
| 12  **WESTERLUND LOG HANDLERS, LLC,** ) <br> a Washington limited liability company, ) <br> 13  **DAVID WESTERLUND,** an individual, ) <br> and **ROGER NANCE,** an individual, ) <br> 14 ) <br> Plaintiffs, ) <br> 15 ) <br> 16  v. ) <br> 17  **CHINA NATIONAL BUILDING** ) <br> **MATERIALS IMPORT AND EXPORT** ) <br> **CORPORATION,** a foreign corporation, ) <br> 18  **CNBM FOREST PRODUCTS CANADA,** ) <br> **LTD,** a foreign entity, and **ALAN K.** ) <br> 19  **BRUNSTAD,** an individual, ) <br> 20  Defendants. ) <br> 21 ) <br> 22  **WESTERLUND LOG HANDLERS, LLC,** ) <br> a Washington limited liability company, ) <br> 23  **DAVID WESTERLUND,** an individual, ) <br> and **ROGER NANCE,** an individual, ) <br> 24  Counterclaim Defendants and ) | Case No.  14 CV 00618 <br><br> **ORDER RESOLVING MOTIONS** <br> **RELATING TO LOGS BASED ON** <br> **THE STIPULATION OF THE** <br> **PARTIES** |

Page 1 of 3    **ORDER RESOLVING MOTIONS RELATING TO**
**LOGS BASED ON THE STIPULATION OF THE**
**PARTIES**

ESLER, STEPHENS & BUCKLEY, LLP
Attorneys at Law
121 S.W. Morrison Street, Suite 700
Portland, Oregon 97204-3183
Telephone: (503) 223-1510
Facsimile: (503) 294-3995

Verified Correct Copy of Original 8/12/2014

1        Third Party Plaintiffs,        )
                                        )
2        v.                             )
                                        )
3   **MURPHY OVERSEAS USA ASTORIA**     )
    **FOREST PRODUCTS, LLC**, an Oregon )
4   limited liability company,          )
                                        )
5        Third Party Defendant,         )
         Counterclaim Defendant, and    )
6        Cross-Claim Plaintiff,         )
                                        )
7        v.                             )
                                        )
8   **WESTERLUND LOG HANDLERS, LLC,**   )
    a Washington limited liability company, )
9                                       )
         Counterclaim Defendant,        )
10                                      )
         and                            )
11                                      )
    **CHINA NATIONAL BUILDING**         )
12  **MATERIALS IMPORT AND EXPORT**     )
    **CORPORATION**, a foreign corporation, )
13                                      )
         Cross-Claim Defendant.         )
14

15       THIS MATTER came before the Court on Counterclaim Defendant/Cross-Claim Plaintiff

16  Murphy Overseas USA Astoria Forest Products, LLC's Motion for an Order to Show Cause

17  Why a Preliminary Injunction Requiring Removal of Logs Should Not Issue and Motion for a

18  Preliminary Injunction, and on Defendants China National's Motion for an Order to Show Cause

19  Why Provisional Process in the Form of Claim and Delivery Regarding Logs Should Not Issue

20  …

21  …

22  …

23  …

24  …

Page 2 of 3        **ORDER RESOLVING MOTIONS RELATING TO**        ESLER, STEPHENS & BUCKLEY, LLP
                   **LOGS BASED ON THE STIPULATION OF THE**       Attorneys at Law
                   **PARTIES**                                    121 S.W. Morrison Street, Suite 700
                                                                  Portland, Oregon 97204-3183
                                                                  Telephone: (503) 223-1510
                                                                  Facsimile: (503) 294-3995

Verified Correct Copy of Original 8/12/2014

1   and to Temporarily Restrain Plaintiffs.  The parties have negotiated a stipulation to resolve the

2   issues raised by these motions.  Based upon the Stipulation of the parties attached to this Order

3   as Exhibit 1, and the Court's being apprised of the premises, it is hereby

4          ORDERED:

5          1.      The stipulation of the parties is entered as the order of this Court.

6          DATED this __12__ day of August, 2014.

7

8                                          _____
                                           Philip L. Nelson
9                                          Circuit Court Judge

10  Presented by:

11  Michael J. Esler, OSB No. 710560
    esler@eslerstephens.com
12  Esler, Stephens & Buckley, LLP
    Of Attorneys for Murphy Overseas USA Astoria Forest Products, LLC
13
    k:\maureen\murphy, westerlund v. cnbm clatsop case no. 14-cv-00618\order resolving issues re logs 8-8-14.docx
14

15

16

17

18

19

20

21

22

23

24

**ORDER RESOLVING MOTIONS RELATING TO
    LOGS BASED ON THE STIPULATION OF THE
    PARTIES**

ESLER, STEPHENS & BUCKLEY, LLP
Attorneys at Law
121 S.W. Morrison Street, Suite 700
Portland, Oregon 97204-3183
Telephone: (503) 223-1510
Facsimile: (503) 294-3995

Verified Correct Copy of Original 8/12/2014

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **ORDER RESOLVING MOTIONS RELATING TO LOGS BASED ON THE STIPULATION OF THE PARTIES** on the following persons on August 8, 2014, by hand-delivering, faxing, e-mailing, or mailing (as indicated below) to each true copies thereof, and if mailed, contained in a sealed envelope, with postage paid, addressed to said attorneys at the last known address of each shown below and deposited in the post office on said day at Portland, Oregon:

Gordon T. Carey, Jr., Esq.
gordon@gordoncarey.com
Gordon T. Carey Jr., P.C.
1020 S.W. Taylor Street, Suite 375
Portland, Oregon 97205-2554

☐ by hand-delivery
☐ by facsimile
☐ by first class mail
☒ by e-filing service [UTCR 21.100]

Of Attorneys for Plaintiffs Westerlund Log Handlers, LLC, David Westerlund, and Roger Nance

Thomas C. Sand, OSB No. 773322
tom.sand@miUemash.com
Elisa J. Dozono, OSB No. 063150
elisa.dozono@millemash.com
Miller Nash LLP
111 S.W. Fifth Avenue, Suite 3400
Portland, Oregon 97204-3699

☐ by hand-delivery
☐ by facsimile
☐ by first class mail
☒ by e-filing service [UTCR 21.100]

Of Attorneys for Defendant China National Building Materials Import and Export Corp.

Brian W. Esler, WSB No. 22168
brian.esler@millemash.com
Miller Nash LLP
4400 Two Union Square
601 Union Street
Seattle, Washington 98101-2352

☐ by hand-delivery
☐ by facsimile
☐ by first class mail
☒ by e-filing service [UTCR 21.100]

Of Attorneys for Defendant China National Building Materials Import and Export Corp.

John D. Ostrander, Esq.
john@oeplaw.com
Elliott Ostrander & Preston PC
707 S.W. Washington Street, Suite 1500
Portland, Oregon 97205

☐ by hand-delivery
☐ by facsimile
☐ by first class mail
☒ by e-filing service [UTCR 21.100]

Of Attorneys for Defendant Alan K. Brunstad

Page 1       **CERTIFICATE OF SERVICE**

ESLER, STEPHENS & BUCKLEY, LLP
Attorneys at Law
121 S.W. Morrison Street, Suite 700
Portland, Oregon 97204-3183
Telephone: (503) 223-1510
Facsimile: (503) 294-3995

Verified Correct Copy of Original 8/12/2014

1   Alan J. Wertjes, Esq.
    awertjes@hotmail.com

2   Wertjes Law Group PS
    1800 Cooper Point Road SW, Suite 3

3   Olympia, Washington 98502-1179
    Of Attorneys for Defendant Alan K. Brunstad

☐ by hand-delivery
☐ by facsimile
☐ by first class mail
☒ by e-filing service [UTCR 21.100]

4

5   DATED this 8th day of August, 2014.

6                           ESLER, STEPHENS & BUCKLEY, LLP

7

8   By:   s/John W. Stephens
          John W. Stephens, OSB No. 773583
9         stephens@eslerstephens.com
          Of Attorneys for Murphy Overseas USA
          Astoria Forest Products, LLC

10
    k:\maureen\westerlund v. cnbm\certserv.docx

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**CERTIFICATE OF SERVICE**

ESLER, STEPHENS & BUCKLEY, LLP
Attorneys at Law
121 S.W. Morrison Street, Suite 700
Portland, Oregon 97204-3183
Telephone: (503) 223-1510
Facsimile: (503) 294-3995

14CV00618

Verified Correct Copy of Original 8/12/2014.

1

2

3

4

5

6

7

8

9

10          **IN THE CIRCUIT COURT OF THE STATE OF OREGON**

11              **FOR THE COUNTY OF CLATSOP**

12   **WESTERLUND LOG HANDLERS, LLC,** )   Case No.  14 CV 00618
     a Washington limited liability company, )
13   **DAVID WESTERLUND**, an individual, )   **STIPULATION**
     and **ROGER NANCE**, an individual, )
14                                        )
                    Plaintiffs,           )
15                                        )
                    v.                    )
16                                        )
     **CHINA NATIONAL BUILDING**          )
17   **MATERIALS IMPORT AND EXPORT**      )
     **CORPORATION**, a foreign corporation, )
18   **CNBM FOREST PRODUCTS CANADA,**     )
     **LTD**, a foreign entity, and **ALAN K.** )
19   **BRUNSTAD**, an individual,          )
                                          )
20                  Defendants.           )
     ─────────────────────────────────── )
21                                        )
     **WESTERLUND LOG HANDLERS, LLC,**    )
22   a Washington limited liability company, )
     **DAVID WESTERLUND**, an individual, )
23   and **ROGER NANCE**, an individual, )
                                          )
24              Counterclaim Defendants and )

     Page 1 of 6     **STIPULATION**

ESLER. STEPHENS & BUCKLEY. LLP
Attorneys at Law
121 S.W. Morrison Street. Suite 700
Portland, Oregon 97204-3183
Telephone:  (503) 223-1510
Facsimile:  (503) 294-3995

Exhibit 1 to Order Resolving Motions Relating to Logs
Page 1 of 6

Verified Correct Copy of Original 8/12/2014

1           Third Party Plaintiffs,        )

2      v.                            )

3   **MURPHY OVERSEAS USA ASTORIA**   )
     **FOREST PRODUCTS, LLC**, an Oregon   )

4   limited liability company,          )

5           Third Party Defendant,   )
               Counterclaim Defendant, and   )

6                Cross-Claim Plaintiff,   )

7      v.                            )

8   **WESTERLUND LOG HANDLERS, LLC,**   )
     a Washington limited liability company,   )

9                                )

10           Counterclaim Defendant,   )

11    and                            )

12   **CHINA NATIONAL BUILDING**      )
     **MATERIALS IMPORT AND EXPORT**   )
     **CORPORATION**, a foreign corporation,   )

13                                )
          Cross-Claim Defendant.   )

14

15      Westerlund Log Handlers, LLC, David Westerlund and Roger Nance (collectively

16 "Westerlund"), China National Building Materials Import and Export Corporation and CNBM

17 Forest Products (Canada) Ltd. (collectively "China National") and Murphy Overseas USA

18 Astoria Forest Products, LLC ("Murphy"), through their undersigned counsel, hereby stipulate

19 and agree as follows:

20      1.      Upon securing an agreement from Murphy to cooperate with the loading of

21 certain logs owned by China National, China National is in the process of securing and

22 chartering a vessel capable of carrying about 5 to 5.4 MMBF to arrive at Pier 1, Port of Astoria

23 ready for loading on or about September 1, 2014, weather and other conditions permitting.

24 China National will promptly supply the name of the vessel to SSA Marine, Inc. for confirmation

ESLER, STEPHENS & BUCKLEY, LLP
Attorneys at Law
121 S.W. Morrison Street, Suite 700
Portland, Oregon 97204-3183
Telephone: (503) 223-1510
Facsimile: (503) 294-3995

Exhibit 1 to Order Resolving Motions Relating to Logs
Page 2 of 6

Verified Correct Copy of Original 8/12/2014

1    that the vessel is as an adequate log-loading ship.  As soon as confirmed by SSA, China National

2    will advise Murphy of the name of the vessel and its anticipated arrival date.  Upon receiving

3    such confirmation from China National, Murphy will promptly supply to China National a

4    proposed loading plan.  Murphy shall make the loading berth clear and ready for loading at the

5    earliest possible time after the vessel arrives at the Columbia River Pilot Station.  Murphy shall

6    keep China National informed regarding the availability of the loading berth to enable China

7    National to coordinate the arrival of the vessel without undue delay.   Demurrage against

8    Murphy will be applied at US $16,000 per day pro rata if the vessel needs to wait for a berth

9    after arrival at the Pilot Station for any reason that is the fault of Murphy.

10        2.    Murphy and/or Westerlund will deliver all of the remaining logs now stored at

11    Pier 3 to Pier 1 and enough logs from the L&C Log Yard to fully load the vessel at Pier 1 in the

12    berth traditionally used by Murphy and Westerlund for loading other vessels.  Murphy and/or

13    Westerlund will present the logs for loading in a professional manner that maximizes the use of

14    all space available.  Loads will be properly sorted by species and length, with squared ends and

15    of maximum weight that allows for safe loading and the fewest number of lifts. Inventory control

16    will be performed in the usual manner by pulling and scanning tags to prepare and deliver reports

17    to CNBM. Sufficient trucks will be scheduled to maximize the loads per day from the L&C yard,

18    Pier 3, and Tongue Point facility (if necessary). SSA will be notified in adequate time of the

19    number of longshoremen "drivers" required for the efficient hauling of loads from Pier 3 or L&C

20    yards.  Murphy and/or Westerlund will pay for the transportation and handling of the logs from

21    Pier 3, L&C Log Yard, and Tongue Point facility (if necessary) to Pier 1.  The logs will be

22    delivered in a timely fashion to facilitate efficient loading of the vessel.  Murphy and/or

23    Westerlund will make equipment available to the stevedores to facilitate loading.  During

24    loading, customary inventory control will be maintained.  Murphy and Westerlund will cooperate

Page 3 of 6      **STIPULATION**

ESLER, STEPHENS & BUCKLEY, LLP
Attorneys at Law
121 S.W. Morrison Street, Suite 700
Portland, Oregon 97204-3183
Telephone: (503) 223-1510
Facsimile: (503) 294-3995

Exhibit 1 to Order Resolving Motions Relating to Logs
Page 3 of 6

Verified Correct Copy of Original 8/12/2014

1    with China National in ensuring that the vessel is properly and promptly loaded, and the parties

2    agree that the log loading should not take more than seven (7) days from commencement,

3    Sundays and holidays excluded, and will act in good faith to complete the loading within that

4    time frame. If additional time is required because of inadequate ship's equipment or gear, no

5    demurrage will be charged. If additional time is required because of the performance of Murphy,

6    as determined by SSA, demurrage will be charged pro rata distribution of US $16,000 per day to

7    Murphy.

8         3.      China National will pay wharfage and stevedoring charges for the vessel directly

9    to the Port and SSA.

10        4.      Murphy and/or Westerlund will promptly request a USDA phytosanitary

11    inspection and certificate for the logs to be shipped pursuant to this stipulation, and the parties

12    agree that the USDA permits should be obtained at least one week in advance of the vessel's

13    arrival. Murphy and/or Westerlund will advise China National of the anticipated date for the

14    inspection so that China National may send an observer to inspect the logs prior to inspection,

15    and the parties will cooperate in choosing logs for inspection. China National will pay for the

16    inspection and certificate.

17        5.      After the vessel is loaded, Murphy and/or Westerlund will transport any

18    remaining inventory of China National logs remaining at the L&C Log Yard (the "Remaining

19    Inventory") to Tongue Point, where Murphy has moved approximately 1 MMBF of logs already

20    (the "Court-Ordered Logs") pursuant to the Court's order on China National's motion for a

21    temporary restraining order. This agreement shall otherwise have no effect on the Court's order

22    on China National's motion for a temporary restraining order ("Order"). Murphy shall be

23    responsible for moving the Remaining Inventory and the Court Ordered Logs directly to Pier 1 at

24    its own cost at such time as China National is practically able to procure a ship for loading those

Page 4 of 6      **STIPULATION**

ESLER, STEPHENS & BUCKLEY, LLP
Attorneys at Law
121 S.W. Morrison Street, Suite 700
Portland, Oregon 97204-3183
Telephone: (503) 223-1510
Facsimile: (503) 294-3995

Exhibit 1 to Order Resolving Motions Relating to Logs
Page 4 of 6

Verified Correct Copy of Original 8/12/2014

1    logs at Pier 1.

2        6.    Murphy and Westerlund agree to provide sign-offs and any other necessary

3    document to allow China National to export the logs, such as bills of lading and other shipping

4    documents. Murphy and Westerlund agree to release any and all liens against the logs, but the

5    parties do not release any claims relating to those liens, including (without limitation) claims for

6    storage fees or wrongful liens. Murphy and Westerlund agree to cooperate with China National

7    in ensuring that all necessary paperwork for exporting the logs is promptly and properly provided

8    and processed.

9        7.    There is currently scheduled a show cause hearing for August 12, 2014, in which

10   China National is seeking an order giving it immediate possession of certain equipment owned

11   by WLH in which China National claims a security interest. China National agrees that if it

12   obtains an order allowing China National to take possession of that equipment before the vessel

13   is loaded, China National will nevertheless allow Murphy to use any equipment needed at least

14   until the vessel is loaded.

15       8.    Except as otherwise stated herein, this Stipulation does not waive or release any

16   claims that any of the parties may have against the other in this or any other proceeding, nor shall

17   entering this Stipulation constitute evidence of the validity of any parties' claims or defenses in

18   this or any other proceeding. In particular, each of the parties to this Stipulation reserves all of

19   its rights to make damages claims against the other, including (without limitation) the right to

20   claim the costs of transporting and handling the logs, the costs of loading the vessel, the costs of

21   storing the logs, or for damages to the logs or for wrongful possession or control of the logs or

22   arising from use of the equipment.

23       9.    The parties to this Stipulation agree that time is of the essence in transporting the

24   logs from Pier 3 to Pier 1 and in shipping the logs from Pier 1 and that any actual or threatened

Page 5 of 6        **STIPULATION**

ESLER, STEPHENS & BUCKLEY, LLP
Attorneys at Law
121 S.W. Morrison Street, Suite 700
Portland, Oregon 97204-3183
Telephone: (503) 223-1510
Facsimile: (503) 294-3995

Exhibit 1 to Order Resolving Motions Relating to Logs
Page 5 of 6

1  failure of any party to perform pursuant to the terms of this Stipulation could likely cause

2  irreparable injury to the other party.   The parties will jointly move the Court for an appropriate

3  order making this stipulation an order of the Court, and the parties agree that this stipulation

4  moots the motion filed by Murphy for ejectment.  Without waiver of any of China National's

5  arguments in its pending Motion to Dismiss, Sever or Stay, the parties to this Stipulation agree

6  that the Court shall have jurisdiction to enforce this Stipulation and may use the full panoply of

7  equitable powers in so doing.

8       DATED this 8th day of August, 2014.

9       **IT IS SO STIPULATED:**

10                              **ESLER, STEPHENS & BUCKLEY, LLP**

11                              By:    s/John W. Stephens
                                 John W. Stephens, OSB No. 773583
12                              stephens@eslerstephens.com
                                 Michael J. Esler, OSB No. 710560
13                              esler@eslderstephens.com
                                 Of Attorneys for Murphy Overseas USA
14                              Astoria Forest Products, LLC

15                              **MILLER NASH LLP**

16                              By:    s/Brian W. Esler
                                 Brian W. Esler, WSB No. 22168
17                              brian.esler@millemash.com
                                 Of Attorneys for Defendant China National
18                              Building Materials Import and Export Corp.

19                              **GORDON T. CAREY, JR. P.C.**

20                              By:    s/Gordon T. Carey, Jr.
                                 Gordon T. Carey, Jr., OSB No. 771331
21                              gordon@gordoncarey.com
                                 Of Attorneys for Plaintiffs Westerlund Log
22                              Handlers, LLC, David Westerlund, and Roger
                                 Nance

23     k:\maureen\murphy, westerlund v. cnbm clatsop case no. 14-cv-00618\stipulation 8-8-14.docx

24

Page 6 of 6     **STIPULATION**                    ESLER, STEPHENS & BUCKLEY, LLP
                                                   Attorneys at Law
                                                   121 S.W. Morrison Street, Suite 700
                                                   Portland, Oregon 97204-3183
                                                   Telephone: (503) 223-1510
                                                   Facsimile: (503) 294-3995

Exhibit 1 to Order Resolving Motions Relating to Logs
Page 6 of 6

_Verified Correct Copy of Original 8/12/2014_

This Settlement Agreement is effective as of the date of last signature below (the "Effective Date")

## SETTLEMENT AGREEMENT

BETWEEN:

CHINA NATIONAL BUILDING MATERIALS IMPORT AND EXPORT CORPORATION, a People's Republic of China corporation; and CNBM FOREST PRODUCTS (CANADA) LTD., a Canadian corporation

(collectively "CNBM")

AND:

MURPHY OVERSEAS USA ASTORIA FOREST PRODUCTS, LLC, an Oregon limited liability company ("AFP"); MURPHY OVERSEAS U.S.A. TIMBER AND LAND DEVELOPMENT, LLC, an Oregon limited liability company; and MURPHY OVERSEAS U.S.A. HOLDINGS, LLC

(collectively "Murphy")

AND:

WESTERLUND LOG HANDLERS, LLC, an Washington limited liability company ("WLH"); DAVID WESTERLUND an individual and his marital community if any; and ROGER NANCE, an individual and his marital community if any

(collectively "Westerlund")

AND:

ALAN K. BRUNSTAD, an individual and his marital community if any

("Brunstad")

WHEREAS:

A.    CNBM entered into a Prepayment Agreement, Security Agreement and certain related agreements with Westerlund Log Handlers, LLC, Roger Nance and David Westerlund (collectively "Westerlund"), by which Westerlund Log Handlers, among other things, granted CNBM a security interest in certain of its assets, including certain Equipment described on Exhibit A to this Agreement (the "Equipment");

B.    The Clatsop County Circuit Court has appointed a Receiver to take possession of some of the Equipment and the terms of the orders appointing receiver are incorporated herein;

- 2 -

D. CNBM, Brunstad, Westerlund and Murphy are parties in a number of lawsuits: *CNBM v. Murphy* in the United States District Court for the District of Oregon, Case No. 03:14-cv-00746-ST (the "Federal Court Case"), *Murphy v. CNBM et al* in the United States District Court for the District of Oregon, Case No. 3:14-cv-00752-HU (the "Removed Case"), and *Westerlund Log Handlers, LLC et al v. CNBM et al* in the Clatsop County Circuit Court, Case No. 14-cv-00618 (the "Clatsop County Case") (collectively the "Actions");

D. CNBM, Brunstad, Murphy and Westerlund have engaged in settlement negotiations; and

E. CNBM, Brunstad, Murphy and Westerlund, without admitting any liability and without conceding the validity of any of the positions or arguments advanced by any party in the Actions, desire to completely and finally settle all disputes by and between (i) CNBM and Murphy, (ii) CNBM and Westerlund and (iii) Westerlund and Brunstad in respect of the facts and matters in issue in the Actions and as set forth in this Agreement;

In consideration of the mutual promises, conditions, and recitals contained in this Agreement, the Parties agree as follows:

## I. CNBM-MURPHY AGREEMENT AS CONDITION PRECEDENT

1. As a condition precedent to all of the obligations and releases below, Murphy will enter into a separate binding agreement with CNBM (the "Murphy Agreement").

## II. SALE OF THE EQUIPMENT

2. Within five business days of (i) execution of the Murphy Agreement, (ii) execution of this Agreement, and (iii) entry of an order of the Court in the Clatsop County Case permitting the transactions provided for in this Agreement, Murphy will pay CNBM $2,550,000 in full (the "Payment"), and Westerlund will sell, assign and transfer all of its right, title and interest in the Equipment to Murphy in exchange for Murphy making the Payment to CNBM. Westerlund will provide Murphy with a bill of sale as shown on Exhibit B. Once CNBM receives the Payment, CNBM will assign to AFP all of its security interests in, and any other claim to, the Equipment, "as-is, where is" and without warranty or recourse. Further, within five (5) business days of receipt of the Payment, AFP and CNBM shall file appropriate documents showing that CNBM has so assigned its security interests, and that CNBM retains no other interests in any of Westerlund's assets.

3. To the extent necessary or appropriate, the parties will cooperate in getting all other necessary approvals for such sale, including the Clatsop County Court's approval, and will execute such other and further documents as may be necessary to effectuate the sale and assignment.

## III. RELEASES

4. Upon receipt of the Payment, CNBM releases and forever discharges Murphy and Westerlund, including any and all of their former, current or future directors, officers,



- 3 -

managers, owners, employees, servants, agents, predecessors, successors, insurers, assigns, subsidiaries and affiliates, and each of them, of and from any liability, whether arising at common law, equity, or pursuant to any statute, rule or regulation (including any other applicable U.S. laws) arising out of or in any way connected with any fact, matter or thing that was or which could have been advanced in the Actions (including any claim against Westerlund for repayment of the principal amount of the prepayment, interest, attorney's fees and/or costs).   This release shall not affect the rights or obligations of any party arising out of or related to this Agreement.

5.      Upon making the Payment, Murphy releases and forever discharges CNBM and Brunstad, including any and all of their former, current or future directors, officers, managers, owners, employees, servants, agents, predecessors, successors, insurers, assigns, subsidiaries and affiliates, and each of them, of and from any liability, whether arising at common law, equity, or pursuant to any statute, rule or regulation (including any other applicable U.S. laws) arising out of or in any way connected with any fact, matter or thing that was or which could have been advanced in the Actions.  This release shall not affect the rights or obligations of any party arising out of or related to this Agreement.

6.      Upon the making of the Payment, Westerlund releases and forever discharges CNBM and Brunstad, including any and all of their former, current or future directors, officers, managers, owners, employees, servants, agents, predecessors, successors, insurers, assigns, subsidiaries and affiliates, and each of them, of and from any liability, whether arising at common law, equity, or pursuant to any statute, rule or regulation (including any other applicable U.S. laws) arising out of or in any way connected with any fact, matter or thing that was or which could have been advanced in the Actions.  This release shall not affect the rights or obligations of any party arising out of or related to this Agreement.

7.      Upon the making of the Payment, Brunstad releases and forever discharges Westerlund and Murphy, including any and all of their former, current or future directors, officers, managers, owners, employees, servants, agents, predecessors, successors, insurers, assigns, subsidiaries and affiliates, and each of them, of and from any liability, whether arising at common law, equity, or pursuant to any statute, rule or regulation (including any other applicable U.S. laws) arising out of or in any way connected with any fact, matter or thing that was or which could have been advanced in the Actions.  This release shall not affect the rights or obligations of any party arising out of or related to this Agreement.

8.      The Parties agree not to make any claim or take any proceedings against any other person or other entity who might claim contribution or indemnity from the other party or any of its officers, directors, employees, servants, agents, predecessors, successors, heirs, executors, administrators, insurers or assigns.

## IV.    WARRANTY

9.      Each of the parties does hereby represent and declare that it has not assigned the consideration or its right of action to any person, firm or corporation that might claim

- 4 -

against another party, that there are no liens, charges or mortgages concerning the moneys payable herein, and that it has obtained all necessary approvals or authority to execute this agreement and bind itself to its terms.

## V.    NO ADMISSION OF LIABILITY

10.    The settlement herein is a compromise of disputed claims and the consideration herein will not be construed as an admission of liability on the part of any of the parties by whom liability is expressly denied.

## VI.    DISMISSAL AND COSTS

11.    Upon making the Payment, the Parties will promptly make any necessary filings to effect the dismissal with prejudice and without an award of costs, sanctions, or fees of all claims between (i) CNBM and Murphy, (ii) CNBM and Westerlund and (iii) Westerlund and Brunstad in the Actions. The cash bond posted by CNBM in the Federal Court Case will be released to CNBM or its attorneys, and the parties will cooperate in securing release of those funds. The cash bond posted by Westerlund in the Clatsop County Court case will be paid to Murphy or its attorneys, and the parties will cooperate in securing release of those funds. Each of the parties covenants, warrants and represents that it has not filed or otherwise initiated any lawsuit, complaint, charge, or other proceeding against the other in any jurisdiction based upon events occurring prior to the Effective Date, other than the Actions.

12.    Except as set forth herein, all parties will each bear their own respective attorneys' fees and all costs incurred in connection with, relating to, or arising out of the Actions or the Agreement, including, but not limited to, attorneys' fees, court costs, disbursements, and any mediation or arbitration fees.

13.    Except as explicitly stated in this Agreement, nothing in this Agreement will be deemed to release or waive any of Murphy's or Westerlund's rights, claims or causes of action against each other, and the parties do not intend by this Agreement to release or waive any such rights, claims or causes of action.

## VII.    ADDITIONAL TERMS AND CONDITIONS

14.    The Parties agree that all disputes, disagreements, controversies, questions or claims between the Parties arising out of, in connection with or relating to this Agreement, including, without limitation, with respect to its formation, execution, validity, application, interpretation, performance, breach, termination or enforcement, first shall be sought to be resolved through friendly consultation between the parties. In the event that such negotiation fails, any party may demand arbitration with any other party upon 30 days written notice to the other with an opportunity to cure. The parties agree to arbitrate any dispute arising out of or related to this Settlement Agreement before a single arbitrator pursuant to the Commercial Arbitration Rules of the American Arbitration Association at a location to be mutually agreed upon or, in the absence of agreement, chosen by the AAA, provided however, Murphy and Westerlund do not agree to arbitrate any of the disputes between them that are the subject of any claims or counterclaims



- 5 -

between them in the Actions, or any disputes between them that arise out of any agreements other than this Settlement Agreement. If the parties cannot agree upon an arbitrator, the AAA shall appoint such arbitrator. The arbitrator who decides any disputes shall be empowered to grant summary judgment to any party should it be shown that there are no substantial issues of fact in dispute, shall apply all substantive law (including enforcing all statutes of limitations) and shall be empowered to award the prevailing party its reasonable attorneys fees, costs and expenses incurred in the dispute, as well as any other relief necessary to the enforcement of this Settlement Agreement. For the avoidance of doubt, the parties waive any right to a trial by jury.

15. This Agreement represents the full and final expression of the parties' intent, and supersedes all other communications, negotiations or agreements between the parties regarding the content herein. In the event of any conflict between the terms of this Agreement and any prior or contemporaneous agreement between the parties other than the Murphy Agreement, this Agreement shall control. This Agreement cannot be modified except through a subsequent writing signed by all parties expressing such intent to modify this Agreement. In the event any provision of this Agreement is later found by a competent authority to be void or unenforceable, the remaining portions of this Agreement shall continue in effect, and shall be interpreted in light of the void or unenforceable provision so as to fulfill the intent of the parties to the greatest extent legally permissible. The Settlement Agreement shall be governed by the laws of the State of Oregon without regard to its conflict of law provisions.

16. The parties agree that the Recitals in this Agreement are true and correct.

**VIII. EXECUTION**

17. It is understood and agreed that each of the parties hereby represents and warrants that it has read this Agreement and has received or has had the opportunity to obtain legal advice with respect thereto. Further, each party represents and warrants that it has the full, complete and necessary authority to enter into this Agreement and any associated agreements. This Agreement may be executed in multiple counterparts and facsimile or electronic signatures shall be treated as original signatures.

*Remainder of page left intentionally blank*

- 6 -

This Agreement may be executed in counterparts.  Facsimile or electronic signature shall be sufficient.

Agreed to this _10_ day
of _NOV_____, 2014

CHINA NATIONAL BUILDING MATERIALS
IMPORT AND EXPORT CORPORATION; and
CNBM FOREST PRODUCTS (CANADA) LTD.

Mr. Dan Zhu  Executive Vice President

Authorized Signatory

Agreed to this ____ day
of _____, 2014.

MURPHY OVERSEAS USA ASTORIA
FOREST PRODUCTS, LLC; MURPHY
OVERSEAS U.S.A. TIMBER AND LAND
DEVELOPMENT, LLC; and MURPHY
OVERSEAS U.S.A. HOLDINGS, LLC

Authorized Signatory

Agreed to this ____ day
of _____, 2014.

WESTERLUND LOG HANDLERS, LLC

Authorized Signatory

- 7 -

Agreed to this _____ day
of _____, 2014.

ROGER NANCE and his marital community if
any

_____

Roger Nance

Agreed to this _____ day
of _____, 2014.

DAVID WESTERLUND and his marital
community if any

_____

David Westerlund

Agreed to this _____ day
of _____, 2014.

ALAN BRUNSTAD and his marital community
if any

_____

Alan Brunstad

*Remainder of page left intentionally blank*

- 8 -

## EXHIBIT A

## EQUIPMENT LIST

2004 Cat 320CLL Log Shovel (S/N SAH0243)

2001 CAT 320 C Log Shovel (S/N BGB00341)

2000 Komatsu PC-300 Log Shovel (S/N A84014)

2007 CAT 320FM Log Shovel (S/N SAH01223)

1993 Komatsu Wheel Loader WA600-1 (S/N 11235)

1998 Komatsu 600 Wheel Loader (S/N A52087)

1997 Komatsu 600 Wheel Loader (S/N A51052)

1991 Komatsu 600 Wheel Loader (S/N A10286)

1992 Komatsu 600 Wheel Loader (S/N A10314)

1993A Komatsu 600 Wheel Loader (S/N A50002)

1992A Komatsu 600 Wheel Loader (S/N A10337)

2003 CAT 325 CL Log Shovel (S/N S3M00319L)

1980 Cat 988B Wheel Loader (S/N 50W4463)

Log Bunks (22 including 10 at L&C facility)

2004 Cat 322CFM [aka 322C] Log Shovel (S/N EC3R00297)

1993 Komatsu 600 Wheel Loader (S/N A50052)

Air Compressor (VIN 237139UGD328)

Scale shack single axle

2005 45KVA Generator

1995 Komatsu 600-1 Wheel Loader (S/N 50085)

Trailer Loader

(2) Light Towers



- 9 -

2001 Linkbelt Log Shovel (S/N E6J15758)

Log Forks

Log Yard Signage

Air Drum Greaser

Storage Container – Pier 1

2001 CAT 330BFM Log Shovel (S/N 6DR041780)

Welder

1997 CAT Log Shovel 330BFM (S/N 6DR01028)

1994 Komatsu 600-1 Wheel Loader (S/N 10271)

1979 Case Backhoe

1994 400 KOMATSU EXCAVATOR (S/N A70566)

2004 CAT 330C Serial B1K00200

2006 John Deere 850C Dozer (S/N T0850CX889195)

Computers

Office Furniture

Debarker

Control & Power Container for debarker

Marathon 680 Generator for debarker

Log Grapples (S/N HA62163)

1968 Kenworth Dump Truck (VIN 110033)

1987 Kenworth Fuel Truck (VIN 1NKWL29X8H343778)

1978 Mack Dump Truck RL600L (VIN RL686LST40087)

1995 Ford F450 Utility Truck (VIN 1FDLF47GXSEA52694

1998 GMC Little Red (VIN 1GBJ7H1C9WJ112245)

2005 Ford F150 Pickup Truck (VIN1FTPX14505FB30368)



- 10 -

2000 Peterbilt Big Red (VIN 2NPNHD7X8YM536937)

Tools

Parts

Supplies

All accessions and additions to, parts and appurtenances of, substitutions for, and replacements of the foregoing.

- 11 -

## EXHIBIT B

### BILL OF SALE

THIS BILL OF SALE is dated November ____, 2014, and documents the sale of certain personal property by Westerlund Log Handlers, LLC ("Seller") to Murphy Overseas USA Astoria Forest Products, LLC ("Buyer").

In consideration of Buyer's payment of $2,550,000 paid to China National Building Materials Import and Export Corporation and CNBM Forest Products, Ltd. ("Secured Party"), Seller hereby sells to Buyer all of Seller's rights, title, and interests in the equipment described on **Exhibit A**, attached hereto (the "Equipment).

Seller represents and warrants to Buyer that Seller is the sole owner of the Equipment and has good title to the Equipment free and clear of all liens except the security interests of Secured Party and Buyer.  Seller acknowledges that the payment to Secured Party constitutes valuable, fair, and commercially reasonable consideration for the sale of the Equipment to Buyer.

TO HAVE AND TO HOLD the same unto Buyer, its successors and assigns, forever.

Westerlund Log Handlers, LLC,
a Washington limited liability company


By: _____
    David Westerlund, Managing Member

- 12 -

## EXHIBIT A TO BILL OF SALE

## EQUIPMENT LIST

2004 Cat 320CLL Log Shovel (S/N SAH0243)

2001 CAT 320 C Log Shovel (S/N BGB00341)

2000 Komatsu PC-300 Log Shovel (S/N A84014)

2007 CAT 320FM Log Shovel (S/N SAH01223)

1993 Komatsu Wheel Loader WA600-1 (S/N 11235)

1998 Komatsu 600 Wheel Loader (S/N A52087)

1997 Komatsu 600 Wheel Loader (S/N A51052)

1991 Komatsu 600 Wheel Loader (S/N A10286)

1992 Komatsu 600 Wheel Loader (S/N A10314)

1993A Komatsu 600 Wheel Loader (S/N A50002)

1992A Komatsu 600 Wheel Loader (S/N A10337)

2003 CAT 325 CL Log Shovel (S/N S3M00319L)

1980 Cat 988B Wheel Loader (S/N 50W4463)

Log Bunks (22 including 10 at L&C facility)

2004 Cat 322CFM [aka 322C] Log Shovel (S/N EC3R00297)

1993 Komatsu 600 Wheel Loader (S/N A50052)

Air Compressor (VIN 237139UGD328)

Scale shack single axle

2005 45KVA Generator

1995 Komatsu 600-1 Wheel Loader (S/N 50085)

Trailer Loader

- 13 -

(2) Light Towers

2001 Linkbelt Log Shovel (S/N E6J15758)

Log Forks

Log Yard Signage

Air Drum Greaser

Storage Container – Pier 1

2001 CAT 330BFM Log Shovel (S/N 6DR041780)

Welder

1997 CAT Log Shovel 330BFM (S/N 6DR01028)

1994 Komatsu 600-1 Wheel Loader (S/N 10271)

1979 Case Backhoe

1994 400 KOMATSU EXCAVATOR (S/N A70566)

2004 CAT 330C Serial B1K00200

2006 John Deere 850C Dozer (S/N T0850CX889195)

Computers

Office Furniture

Debarker

Control & Power Container for debarker

Marathon 680 Generator for debarker

Log Grapples (S/N HA62163)

1968 Kenworth Dump Truck (VIN 110033)

1987 Kenworth Fuel Truck (VIN 1NKWL29X8H343778)

1978 Mack Dump Truck RL600L (VIN RL686LST40087)

1995 Ford F450 Utility Truck (VIN 1FDLF47GXSEA52694

1998 GMC Little Red (VIN 1GBJ7H1C9WJ112245)

- 14 -

2005 Ford F150 Pickup Truck (VIN1FTPX14505FB30368)

2000 Peterbilt Big Red (VIN 2NPNHD7X8YM536937)

Tools

Parts

Supplies

All accessions and additions to, parts and appurtenances of, substitutions for, and replacements of the foregoing.

SEADOCS:469717.4

d

1

2

3

4                    IN THE CIRCUIT COURT OF THE STATE OF OREGON

5                          FOR THE COUNTY OF CLATSOP

6    WESTERLUND LOG HANDLERS, LLC,
     a Washington limited liability company,        Case No. 14-CV-00618
7    DAVID WESTERLUND, an individual, and
     ROGER NANCE, an individual,
8                                                   STIPULATED ORDER APPROVING
                        Plaintiffs,                 SALE OF EQUIPMENT
9
10           v.

11   CHINA NATIONAL BUILDING
     MATERIALS IMPORT AND EXPORT
12   CORPORATION, a foreign corporation,
     CNBM FOREST PRODUCTS CANADA,
13   LTD, a foreign entity, and ALAN K.
     BRUNSTAD, an individual,
14
                        Defendants.
15   _____

16   WESTERLUND LOG HANDLERS, LLC,
     a Washington limited liability company,
17   DAVID WESTERLUND, an individual,
     and ROGER NANCE, an individual,
18
                        Counterclaim Defendants
19                      and Third-Party Plaintiffs,

20           v.

21   MURPHY OVERSEAS USA ASTORIA
     FOREST PRODUCTS, LLC, an Oregon
22   limited liability company,

23                      Third-Party Defendant and
                        Counterclaim Defendant.
24

25

26

Page 1 -    STIPULATED ORDER APPROVING SALE OF EQUIPMENT

1       Based on the stipulation of the parties and the Receiver in this action as set forth

2   in their "Joint Motion to Provide For and Approve Sale of Equipment," the terms of which

3   stipulation are incorporated herein by reference,

4       IT IS SO ORDERED.

5

6       DATED this _____ day of November, 2014.

7

8

9

10                                                  _____
                                                    Circuit Court Judge

11

12  **Submitted by**:

13  Thomas C. Sand, OSB No. 773322
    tom.sand@millernash.com
14  Elisa J. Dozono, OSB No. 063150
    elisa.dozono@millernash.com
15  Brian W. Esler, WSB No. 22168
    brian.esler@millernash.com
16  (*admitted pro hac vice*)
    111 S.W. Fifth Avenue, Suite 3400
17  Portland, Oregon  97204
    Telephone:  (503) 224-5858
18  Fax:  (503) 224-0155

19  *Attorneys for Defendants*
    *China National Building Materials*
20  *Import and Export Corporation*
    *and CNBM Forest Products (Canada) Ltd.*
21

22

23

24

25

26

Page 2 -   STIPULATED ORDER APPROVING SALE OF EQUIPMENT

1

## CERTIFICATE OF SERVICE

2           I hereby certify that I served the foregoing stipulated order approving sale of

3    equipment on the attorney or party listed below on the date set forth below by the method(s)

4    indicated:

5    **Conventional Paper or E-mail Service, pursuant to ORCP 9:**

6    Gordon T. Carey, Jr.                          ☒   First-class mail, postage prepaid
     1020 S.W. Taylor Street, Suite 375            ☐   Facsimile, pursuant to ORCP 9 F
7    Portland, Oregon 97205                        ☐   Hand-delivery
     E-Mail:  gordon@gordoncarey.com               ☐   Overnight courier, delivery prepaid
8                                                  ☐   E-mail, pursuant to ORCP 9 G
     *Attorney for Plaintiffs*                     ☒   E-mail copy, as a courtesy only
9    *Westerlund Log Handlers, LLC,*               ☐   Other:  _____
     *David Westerlund, and Roger Nance*

10

11   John D. Ostrander                             ☒   First-class mail, postage prepaid
     Jennifer L. Rollins                           ☐   Facsimile, pursuant to ORCP 9 F
     Elliott, Ostrander & Preston, P.C.            ☐   Hand-delivery
12   707 S.W. Washington Street, Suite 1500        ☐   Overnight courier, delivery prepaid
     Portland, Oregon 97205                        ☐   E-mail, pursuant to ORCP 9 G
13   E-Mail:   john@eoplaw.com                     ☒   E-mail copy, as a courtesy only
              jennifer@eoplaw.com                  ☐   Other:  _____
14
     Alan J. Wertjes
15   Wertjes Law Group PS
     1800 Cooper Point Road S.W., Suite 3
16   Olympia, Washington  98502-1179
     E-Mail:  awertjes@hotmail.com
17
     *Attorneys for Defendant Alan K. Brunstad*
18

19   Michael J. Esler                              ☒   First-class mail, postage prepaid
     Kim T. Buckley                                ☐   Facsimile, pursuant to ORCP 9 F
20   Esler, Stephens & Buckley, LLP                ☐   Hand-delivery
     121 S.W. Morrison Street, Suite 700           ☐   Overnight courier, delivery prepaid
21   Portland, Oregon  97204-3183                  ☐   E-mail, pursuant to ORCP 9 G
     E-Mail:  esler@eslerstephens.com              ☒   E-mail copy, as a courtesy only
22            buckley@eslerstephens.com            ☐   Other:  _____

23   *Attorney for Third-Party Defendant*
     *Murphy Overseas USA Astoria*
24   *Forest Products, LLC*

25

26

| | | |
|---|---|---|
| 1 | Tara J. Schleicher | ☒ First-class mail, postage prepaid |
| | Farleigh Wada Witt | ☐ Facsimile, pursuant to ORCP 9 F |
| 2 | 121 S.W. Morrison, Suite 600 | ☐ Hand-delivery |
| | Portland, Oregon 97204 | ☐ Overnight courier, delivery prepaid |
| 3 | E-Mail:  tschleicher@fwwlaw.com | ☐ E-mail, pursuant to ORCP 9 G |
| | | ☒ E-mail copy, as a courtesy only |
| 4 | *Attorneys for Receiver Pivotal Solutions, Inc.* | ☐ Other: _____ |

**5   Electronic Service, via OJD eFiling (using Odyssey File & Serve), pursuant to UTCR 21.100:**

6   Michael J. Esler
    Kim T. Buckley
7   *Attorney for Third-Party Defendant Murphy Overseas USA Astoria Forest Products, LLC*

8   Gordon T. Carey, Jr.
    *Attorney for Plaintiffs Westerlund Log Handlers, LLC, David Westerlund, and Roger Nance*
9

10                  DATED this 11th day of November, 2014.

11

12                                              s/ *Thomas C. Sand*
                                                _____
13                                              Thomas C. Sand, OSB No. 773322

14                                              *Of Attorneys for Defendants*
                                                *China National Building Materials Import*
15                                              *and Export Corporation and*
                                                *CNBM Forest Products (Canada) Ltd.*

16

17

18

19

20

21

22

23

24

25

26


Page 2 -     CERTIFICATE OF SERVICE

d

1

2

3

4

5

6                           IN THE CIRCUIT COURT OF THE STATE OF OREGON

7                                   FOR THE COUNTY OF CLATSOP

8    WESTERLUND LOG HANDLERS, LLC,
     a Washington limited liability company, DAVID
     WESTERLUND, an individual, and ROGER          Case No. 14-CV-00618
9    NANCE, an individual,
                                                    RECEIVER'S FINAL REPORT
10                  Plaintiffs,

11          v.

12   CHINA NATIONAL BUILDING MATERIALS
     IMPORT AND EXPORT CORPORATION, a
13   foreign corporation, CNBM FOREST
     PRODUCTS CANADA, LTD, a foreign entity,
14   and ALAN K. BRUNSTAD, an individual,

15   _____Defendants.

16   WESTERLUND LOG HANDLERS, LLC,
     a Washington limited liability company, DAVID
17   WESTERLUND, an individual, and ROGER
     NANCE, an individua,
18
                    Counterclaim Defendants and
19                  Third-Party Plaintiffs,

20          v.

21   MURPHY OVERSEAS USA ASTORIA
     FOREST PRODUCTS, LLC, an Oregon limited
22   liability company,

23                  Third-Party Defendant and
     _____Counterclaim Defendant
24

25          Pursuant to paragraph 4 of the Joint Motion to Provide For and Approve Sale of

26   Equipment (the "Motion") and the Stipulated Order Approving Sale of Equipment (the "Order"),

*FARLEIGH WADA WITT*
Attorneys at Law
121 SW Morrison Street, Suite 600
Portland, Oregon 97204-3136
Telephone: (503) 228-6044
Facsimile: (503) 228-1741

1   the Pivotal Solutions, Inc. (the "Receiver"), by and through its counsel, Tara J. Schleicher,

2   hereby files the Receiver's Final Report.

3          This case arose out of a dispute between China National Building Materials

4   Import and Export Corporation and CBNM Forest Product Canada, Ltd. (collectively, "China

5   National") regarding equipment in which China National asserted a security interest, which

6   equipment was previously in the possession of Westerlund Log Handlers, LLC ("Westerlund")

7   but ultimately came into the possession of Murphy Overseas USA Astoria Forest Products, LLC

8   ("Murphy").  China National requested that this Court appoint a receiver to take possession of

9   the equipment.   After evidentiary hearing, the Court ruled that a receiver should be appointed to

10  take possession of the equipment in a letter dated August 28, 2014 (the "Letter Ruling").  This

11  Court entered an Order Granting Motion to Appoint Receiver on October 1, 2014 (the

12  "Receivership Order"), pursuant to which the Receiver was directed to take possession of certain

13  equipment (defined in the Receivership Order) to control, operate and maintain the equipment

14  during the pendency of the action until further order of the Court.  (Receivership Order, p. 2, ll.

15  6-14).

16         The form of the Receivership Order was the subject of many briefs/letters and

17  several hearings, which included the participation of both the Receiver and Receiver's counsel.

18  During the time period between the Letter Ruling and the entry of the Receivership Order, the

19  Receiver was investigating the best methods for taking possession, maintaining, moving as

20  necessary, and controlling the equipment, which required the Receiver to travel to Astoria and

21  view the equipment at issue and the business premises of both Westerlund and Murphy.

22         However, by the time the Court entered the Receivership Order, China National

23  and Murphy were negotiating resolution of their dispute and for the sale of the equipment to

24  Murphy.   Given those settlement discussions, all parties agreed that in order to avoid

25  unnecessary receivership and other expenses, the Receiver should not take possession of the

26  equipment until the parties had concluded their settlement negotiations.

*FARLEIGH WADA WITT*
Attorneys at Law
121 SW Morrison Street, Suite 600
Portland, Oregon 97204-3136
Telephone: (503) 228-6044
Facsimile: (503) 228-1741

1    Ultimately, the parties agreed that Murphy would purchase the equipment from

2  Westerlund with Murphy paying China National $2,550,000 directly for the purchase price and

3  the parties agreeing to dismiss this case once the sale was completed and the Receiver filed its

4  final report and was discharged.  The parties filed a Joint Motion to Provide for Approve Sale of

5  Equipment (the "Sale Motion").  On November 12, 2014, the Court entered an order approving

6  the sale of equipment to Murphy.  The Sale Motion provided that the Receiver would file a final

7  report regarding the consummation of the sale and would list the Receiver's final costs and

8  expenses, including fees for counsel.

9    It is the Receiver's understanding from China National's counsel that the sale of

10  the equipment to Murphy was consummated on or about November 25, 2014 and that all

11  equipment that was sold remains in Murphy's possession.  The Sale Motion provided that parties

12  would have ten (10) days to object to the fees of the Receiver and counsel.  If no objections are

13  filed, China National shall pay the Receiver's final expenses costs and fees.  If objections are

14  filed, the Court shall hear and decide such objections to determine the amount of expenses, costs

15  and fees of the Receiver that China National shall pay.  The Receiver's expenses and costs total

16  $526.88 and fees total $13,440.00[1].  Receiver's counsel's expenses and costs total $27.90 and

17  fees total $10,764.00.[2]  Receiver's counsel also estimates an additional $500 in fees through the

18  winding up of affairs and termination of this Receivership.

19  / / /

20  / / /

21  / / /

22

23    [1] Expenses, costs and fees for September, 2014 for Receiver ($12,750.00 fees; $124.56 expenses
and costs) was the subject of a Notice of Monthly Fees of Receiver and Professionals (the Notice") that
was sent to all parties on October 16, 2014 pursuant to paragraph 8 of the Receivership Order.  There

24  were no objections to the Notice, but the amounts listed have not yet been paid.

25    [2] Expenses, costs and fees for September, 2014 for Receiver's counsel ($8,001.00 fees; $19.29
expenses and costs) was the subject of a Notice of Monthly Fees of Receiver and Professionals (the

26  Notice") that was sent to all parties on October 16, 2014 pursuant to paragraph 8 of the Receivership
Order.  There were no objections to the Notice, but the amounts listed have not yet been paid.

*FARLEIGH WADA WITT*
Attorneys at Law
121 SW Morrison Street, Suite 600
Portland, Oregon 97204-3136
Telephone: (503) 228-6044
Facsimile: (503) 228-1741

1

DATED this 8th day of December, 2014.

2

FARLEIGH WADA WITT

3

4

By: /s/ Tara J. Schleicher
Tara J. Schleicher, OSB #954021
(503) 228-6044

5

tschleicher@fwwlaw.com
Attorneys for Receiver

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Page 4 of 4 -    RECEIVER'S FINAL REPORT
P:\DOCS\PIVOT\01158\PLDG\3KH8088.DOC

*FARLEIGH WADA WITT*
Attorneys at Law
121 SW Morrison Street, Suite 600
Portland, Oregon 97204-3136
Telephone: (503) 228-6044
Facsimile: (503) 228-1741

1

## CERTIFICATE OF SERVICE

2      I hereby certify that on December 8, 2014, I served the foregoing RECEIVER'S

3   FINAL REPORT on the following individuals by the method indicated:

4   **Electronic Service, pursuant to UTCR 21.100:**

5   Gordon T. Carey, Jr.                     Alan J. Wertjes
    gordon@gordoncarey.com                   awertjes@hotmail.com
6   1020 S.W. Taylor Street, Suite 375       Wertjes Law Group PS
    Portland, OR  97205                      1800 Cooper Point Road S.W., Suite 3
7   *Attorney for Plaintiffs*                Olympia, WA  98502-1179
                                             *Attorney for Defendant Alan K. Brunstad*
8

9   Elisa J. Dozono                          John W. Stephens
    elisa.dozono@millernash.com              stephens@eslerstephens.com
10  Thomas C. Sand                           Kim T. Buckley
    tom.sand@millernash.com                  buckley@eslerstephens.com
11  Miller Nash                              Michael J. Esler
    111 SW 5th Ave., Ste. 3400               esler@eslerstephens.com
12  Portland, OR  97204                      Esler, Stephens & Buckley, LLP
13  *Attorneys for Defendants China National*  121 S.W. Morrison Street, Suite 700
    *Building Materials Import and Export*   Portland, OR  97204-3183
14  *Corporation* and *CNBM Forest Products*   *Attorneys for Third Party Defendant Murphy*
    *(Canada), Ltd.*                         *Overseas USA Astoria Forest Products, LLC*
15

16  Brian W. Esler                           John D. Ostrander
    brian.esler@millernash.com               john@eoplaw.com
17  Miller Nash                              Jennifer L. Rollins
    4400 Two Union Square                    jennifer@eoplaw.com
18  601 Union Street                         Elliott, Ostrander & Preston, P.C.
    Seattle, WA  98101-2352                  707 S.W. Washington Street, Suite 1500
19  *Attorneys for Defendants China National*  Portland, OR  97205
    *Building Materials Import and Export*   *Attorneys for Defendant Alan K. Brunstad*
20  *Corporation* and *CNBM Forest Products*
    *(Canada), Ltd.*
21

22      Dated:  December 8, 2014.

23                                           FARLEIGH WADA WITT

24                                           By: /s/ Tara J. Schleicher
25                                                Tara J. Schleicher, OSB #954021
                                                  (503) 228-6044
26                                                tschleicher@fwwlaw.com
                                                  Attorneys for Receiver

*FARLEIGH WADA WITT*
Attorneys at Law
121 SW Morrison Street, Suite 600
Portland, Oregon 97204-3136
Telephone: (503) 228-6044
Facsimile: (503) 228-1741