# EXHIBIT "D"

## Memorandum of Understanding

Plum Creek Timber Company, Inc. ("PC"), China National Building Material Group Corporation ("CNBM") and Sumitomo Forestry Company., Ltd. ("SFC") hereby agree, pursuant to the terms of this MOU, to pursue possibilities as follows for the expansion of sales of North American forestry products (logs, lumber products, etc.) in the Chinese market:

### Witnesseth:

In cooperation with each other and for the purpose of mutually beneficial business development, the parties hereto shall work cooperatively to devise and implement sales expansion strategies that fully utilize their respective strengths to address the matters set forth below:

Article 1   Request to the Chinese government to ease import restrictions on Southern yellow pine ("SYP") logs

In cooperation with each other, the parties hereto agree to request the Chinese government to ease its current regulations on the import of SYP logs. Chinese quarantine authorities are currently strongly resisting such imports due to the issue of the parasitic pine nematode. Once the Chinese government agrees to ease such regulations as a result of the efforts of the parties hereto thereby making import of SYP logs economically feasible, PC (the supplier) shall enter into discussions regarding selling SYP logs to SFC and CNBM (the marketers/sellers).

Article 2   Chinese market development for SYP lumber products

In addition to efforts under Article 1 hereof, the parties hereto shall use their best efforts to pursue Chinese market development for SYP lumber products made mainly from PC's SYP logs. The parties hereto will continue to seek ways to sell SYP logs in the Chinese market under current import restrictions.

Article 3   Collaboration for logs from Oregon and Washington

Concurrently with the sales efforts for SYP products in the China market, the parties hereto shall continue mutual discussions on the possibility of selling logs from Coos Bay and New Port, for which China has no species-related import restrictions.

Article 4     Non-binding

This Memorandum of Understanding sets forth the intentions of the parties hereto of mutual cooperation and shall have no legal or otherwise binding effect on any of the parties hereto.

IN WITNESS WHEREOF, three copies of this document were made, and upon signature and seal affixation, each of the parties shall keep each such copy.

Dated this _____ of _____. _____.

Plum Creek Timber Company, Inc.

_____
Rick Holley
CEO/President

sept 2011

China National Building Material Group Corporation

_____

Sumitomo Forestry Company., Ltd.

_____
Ryu Yano
Chairman

# 备忘录

Plum Creek Timber Company, INC. （以下简称 PC），中国建筑材料集团有限公司（以下称为 CNBM），住友林业株式会社（以下称为 SFC），本着友好协商的原则，共同寻求扩大北美材在中国的销售市场可能性。

## 依照本协议的条款规定如下

本着互惠合作的态度，协议各方将共同商榷并实施销售扩张战略，以期全方位提升各自的实力，同时就以下方面达成协议：

第一条：共同要求并推动中国政府开放对南方松的进口
协议各方应本着合作的原则，共同努力，推进中国政府降低当前对南方松进口的限制条款，放开对南方松的进口。由于之前发生的南方松携带寄生线虫事件，中国卫生检疫部门目前严格限制南方松的进口。一旦通过我们的努力，证明进口南方松是可行的，中国政府同意放开对南方松的进口，PC 将开始讨论把南方松卖给住友林业和中建材木业。

第二条：关于发展中国南方松板材市场
基于条例第 1 条做出的努力，协议各方将尽最大努力进行中国南方松板材市场的发展，并且在目前存在的中国限制进口条例下继续寻找南方松在中国市场的销售。

第三条 寻求从 Oregon 和 Washington 原木的合作
在加强对中国市场南方松销售力度的同时，协议各方将继续讨论销售来自于 Coos Bay 和 New Port 的南方松的可能性，在 Coos Bay 和 New Port 中国没有对南方松进口的限制政策。

第四条：不具法律约束力
此项备忘录只是明确了各方合作的意向，对各方不具备法律约束力。

依照信守，本备忘录一式三份，各公司签字盖章并各持一份。

Plum Creek Timber Company, Inc.

*[signature]*

Rick Holley
CEO/President


China National Building Material Group Corporation

*[signature]*


Sumitomo Forestry Company., Ltd.

*[signature]*

Ryu Yano
Chairman

1/15/2015    CNBM INTERNATIONAL-NEWS-CBMIE Signed Strategic Agreement with Sumitomo Forestry Co., Ltd. and Plum Creek Timber Inc.



Sep 27th 2011, Mr. Huang Anzhong, Vice President of China National Building Material Group Corporation (CNBM) and President of CBMIE, had a meeting with Mr. Ryu Yano, Chairman of Sumitomo Forestry Co., Ltd., and Mr. Rick Holley, President of Plum Creek Timber Inc. The three parties signed a strategic agreement at the end of the meeting.

Mr. Huang Anzhong introduced business development of CBMIE especially CBMIE Forest Products Trade. The three parties will build full rage and in-depth cooperation in the future.

Sumitomo Forestry Co., Ltd. has a history of more than three hundred years in forestry. Plum Creek Timber Inc. is committed to being the premier timberland company.

Assistant to President of CNBM and General Manager of International Cooperation Department of CNBM Mr. Wei Feng, CEO of Stimson Lumber Company Daniel Dutton, Vice-president of CBMIE and Chairman of CBMIE Forest Products Trade Mr. Han Weiqing, and President of CBMIE Forest Products Trade Mr. Gao Xiaozheng also attended the meeting.

Copyright 2000-2009 CNBM International. All Rights Reserved.
Designed and constructed by Chinabmb.com

1/15/2015 CNBM





Home > News Center

### CBMIE, Sumitomo Forestry, Plum Greek conclude tripartite strategic agreement

Source: CBMIE 2011/9/29

On September 27, Huang Anzhong, vice president of China National Building Materials Group Corporation (CNBM) and general manager of China National Building Materials Import & Export Corporation (CBMIE), met with delegations headed by Ryu Yano, chairman of Sumitomo Forestry Co., Ltd. and Rick Holley, chairman of Plum Creek Timber Inc. Representatives of the three parties exchanged ideas in a warm and friendly atmosphere, reached a consensus on tripartite strategic cooperation and concluded a tripartite strategic agreement.

Huang introduced CNBM's business situation, with emphasis on the development idea and outlook of CNBM's timber industry. CNBM Timber Industry Co., Ltd. (CNTI) should learn modestly from its foreign counterparts and establish longstanding and stable strategic partnerships with relevant enterprises on the basis of mutual benefit, to provide quality services to China's urbanization, said he, adding that under the agreement, the three parties will carry out all-round and deep-rooting cooperation in the timber field, give play to respective advantages, and learn from each other to accomplish multiple win.

Sumitomo Forestry is a timber company with a history of over 300 years, and Plum Greek is the world's largest timber company. On strength of their rich experience, resources and technical advantages, CNTI will grow more soundly and rapidly in the future.

Wei Feng, assistant to president of CNBM and general manager of the department of international cooperation; and Daniel Dutton, CEO of Stimson Lumber Company were present.

**News Center**

**All CNBM Group Websites**

— Subsidiaries —



Copyright©2003China National Building Material Group Corporation

Case 2:09-md-02047-EEF-MBN Document 18671-4 Filed 04/13/15 Page 8 of 8

1/15/2015 CNBM INTERNATIONAL-NEWS-CBMIE Signed Strategic Agreement with Sumitomo Forestry Co., Ltd. and Plum Creek Timber Inc.



Home > News

## CBMIE Signed Strategic Agreement with Sumitomo Forestry Co., Ltd. and Plum Creek Timber Inc.

From:  Time: 2011-10-09           【 Print 】



