# EXHIBIT "E"



| Search: | All ▼ | Search |

中文 | **English**

| Home | About Us | News | Business | Marketing | Overseas | Careers |

新闻中心 News

**News Center**

- Company News
- Industry News



Current Location: Home >> News Center >> Company News

### CNBM Group Named to Fortune Global 500 for the Fourth Successive Time, Ranking the 267th

http://www.icnbm.com   Date: 2014-07-10

    On July 7th, the US Fortune magazine published the 2014 Ranking List of World Top 500 Enterprises. China National Building Materials Group Corporation (CNBM Group in short) enters into the Fortune Global 500 for the fourth successive time with its operating revenue of 41.03 billion USD, ranking the 267th place, and rising 52 places over last year. Amongst the three building materials enterprises listed in the Fortune Global 500, CNBM ranks the second with promising momentum.

    The rapid development of CNBM Group derives from the market-oriented reform of diversified ownership and a series of innovative actions carrying forward the industrial reorganization. Thanks to the exploration into the marketization mode of SOK enterprises (state-owned keyenterprises), CNBM Group reorganized almost a thousand enterprises with limited government capital and hence reactivated a greater amount of social capital, which exerted a positive influence on building material industrial transformation and achieved a win-win situation between China's national assets appreciation and enterprises development. Now CNBM Group has become a remarkable example in SOK enterprises' diversified ownership reformation.

    To give a full play in China's economic growth, CNBM Group carried out highly effective works including the innovation, integration, reformation and marketing in its business operation from the year of 2014. Economic indicators of the first half of the year have seen a stable and promising momentum.

    ==OKorder.com is an e-commerce website founded by CNBM Group and now being operated by CNBM International Corporation, an important membership company of CNBM Group's logistic and trade sector. OKorder.com pioneered a brand new business model, the Cross-border E-commerce + Overseas Warehousing, which combines the advantages of traditional international trade company and modern e-commerce company. OKorder.com provides a one-stop international trade service for Chinese manufacturers including Global Marketing, Export Agent, Logistics, Oversea Warehousing and Delivery, Online Supply Chain Financing, and International Trade and E-commerce Training. OKorder.com is dedicated to building up an Online Silk Road and serving to its best for China international trade industry.==

next --> CNBM Group Named to Fortune Global 500 for  he Four h Successive Time, Ranking  he 267th

previous --> SASAC Vice Chairwoman Huang Danhua Inspected CNBM Dubai Logistics Center

Legal Statement  |  Site Map  |  Contact us

CNBM International Corpora ion·Webpage All Rights Reserved:(C) 2005-2013 Copyright@2013 京ICP备09078545号



Welcome to OKorder com! | Sign In | Join Free | My OKorder | My Favorites | Help Center



All Categories ▼ | Please input a keyword | **Search** | Post B

Popular Searches: Steel Coil, Aluminium, Waterproofing, Solar Panel, Ceiling | Advanced Search

## Categories

- Solar Energy Products ›
- Steel ›
- Aluminum ›
- Construction Machinery ›
- Formwork & Scaffoldings ›
- Material Handling Equipment ›
- Hardware ›
- Refractory ›
- Insulation ›
- Fiberglass Supply ›
- Ceiling ›
- Hydraulic & Pneumatic ›
- Rubber & Plastics ›
- Chemical ›
- **ALL CATEGORIES**



### Core Values
- ✓ Expert of Materia
- ✓ 30-year Exportin
- ✓ Overseas Wareh
- ✓ Logistics Integra
- ✓ One-Stop Servic
- ✓ Elite Foreign Tra
- ✓ Funded by Globa

## Materials


Prepainted Galvanized Steel-CGC440
negotiable


Concrete Fiberglass Mesh for
negotiable

## Equipment


NBC-250A 315A 500A Tap Welding
negotiable


Loader ZL15 Payloader
negotiable

## Buyer's Guide

- How to find products
- Get latest quotation
- Real Time Quote
- Secured Trading Services

### Trade News of OKorder

- OKorder joined hands with IBM to create cross-border e-commerce cloud era
- OKorder signed Bahrain Cooperation Agreement in the 6th COIFAIR
- OKorder harvested in the 116th Canton Fair
- OKorder harvested in the 5th China (Linyi) International Trade and Logistics Fair
- The framework of logistics sector for CNBM International emerged
- OKorder: new mode of cross-border e-commerce integrated operation
- OKorder com (invested by CNBM Inte Customs Class AA Enterprises Quali Certificate
- OKorder com has introduced 16,000 manufactures







## Popular Categories

see more >>

**Plastic Machinery**
- Plastic Crushing Machinery
- Plastic Blowing Machinery
- Plastic Processing Machinery P

more like this ›



**Earthwork**
- Geogrids
- Geotextiles
- Geomembranes

more like this ›



**Roll Forming Machinery**
- Roll Forming Machinery

more like this ›



**Ceiling**
- Drywall Profiles
- Ceiling Grid
- Calcium Silicate Boards

more like this ›



- Low porosi
- High tempera

   

Exclusive Buyer Services    Fortune Global 500    One-stop sourcing    Dubai Logistic Complex

**Materials & Equipment Supplier & Manufacturer from China**

Okorder com is a professional materials & equipment supplier & m
offers integrated one-stop services including real-time quoting and
cargo tracking. We are funded by CNBM Group, a Fortune 500 ent
the largest materials & equipment firm in China.

### About Us
- About OKorder
- Corporate Culture
- Sales Network
- Certificate
- Contact Us
- OKorder Blog

### Terms & Conditions
- Membership Agreement
- Privacy Policy
- Terms of Use
- Intellectual Property Infringement Policy

### Help Center
- User Guide
- Site Map

Subscribe to Okorder for latest offerings & news

**Subscribe**

Our community:

LinkedIn  Facebook  Twitter  Pinterest  google+

Copyright Notice © 2010-2014   www.OKorder com All rights reserved.



Welcome to OKorder.com! | Sign In | Join Free | My OKorder | My Favorites | Help Center | 供应商加盟

**okorder.com** — Global Materials & Equipment Supplier

All Categories | Please input a keyword | **Search**

Popular Searches: Steel Coil, Aluminium, Waterproofing, Solar Panel, Ceiling | Advanced Search

Home > About Us

### About Us
- Corporate Information
- Corporate Culture
- Certificate
- Contact Us
- Site Map

## Corporate Information

OKorder com is a Global Materials and Equipment Supplier, invested by CNBM International, a Fortune 500 company. CNBM International has more than 20 years in foreign trade experience, and has established lasting business relations with clients in over 160 countries.

CNBM International has established OKorder.com as the destination for "quality products, reasonable prices and all-round services" catering to overseas wholesalers. All products on OKorder com are carefully selected from China's quality manufacturing enterprises. Through its ISO certifications, OKorder.com adheres to the highest standards and commitment toward supply chain safety and customer satisfaction.

OKorder com - Global Materials and Equipment Supplier - our mission is making international trade Easier.

All Categories | Please input a keyword | Search

**About Us**
- About OKorder
- Corporate Culture
- Sales Network
- Certificate
- Contact Us
- OKorder Blog

**Terms & Conditions**
- Membership Agreement
- Privacy Policy
- Terms of Use
- Intellectual Property Infringement Policy

**Help Center**
- User Guide
- Site Map

Subscribe to Okorder for latest offerings & news

Your Email Address | **Subscribe**

Our community: LinkedIn | Facebook | Twitter | Pinterest | google+ | YouTube

Copyright Notice © 2010-2014  www.OKorder com All rights reserved.

Welcome to OKorder.com! | Sign In | Join Free | My OKorder | My Favorites | Help Center | 供应商加盟



| All Categories | Please input a keyword | Search |

Popular Searches: Steel Coil, Aluminium, Waterproofing, Solar Panel, Ceiling     Advanced Search

Home > news

# OKorder joined hands with IBM to create cross-border e-commerce cloud era

On September 26, 2014, IBM and OKorder declared jointly that OKorder adopted IBM cloud computing service to start the domestic cross-border e-commerce cloud era. With the assistance of IBM, OKorder combined the advanced world cloud computing service to create the online and offline integrated cross-border e-commerce platform that can be better used by the clients based on the innovative commercial mode of "cross-border e-commerce+ overseas warehouse" (The commercial mode of "cross-border e-commerce + overseas warehouse" created initially by OKorder breaks through the traditional mode by information-based means. The overseas buyers can purchase the client's products online in virtue of OKorder's cross-border e-commerce platform and then convey and distribute the products by OKorder's local overseas warehouse and logistics systems within the world range). It could promote the industrial upgrade and transformation from Chinese manufacturing industry to the manufacturing service industry, accelerate the development of overseas market and expand the new online Silk Road.

Deploying cloud service innovatively and expanding online Silk Road
The rapid development in the international market OKorder puts forward higher request to IT. To provide the clients around the world with more efficient service, OKorder intends to expand the radius of management and marketing and improve the efficiency of integral operation and the management of business risk around the world in virtue of the advanced cloud computing platform. Therefore, OKorder selected three more powerful companies in the world to test the performance indexes for 3 months such as the safety, stability, quantity of nodes and evenness efficiency of the world client's visit. Finally, IBM cloud platform Softlayer stood out.

IBM can satisfy the global layout of OKorder in virtue of public cloud platform Softlayer in nearly 40 cloud data centers of five continents. Softlayer naked computer special service provided by OKorder can enable the clients to manage the infrastructures more directly and closely. The special naked computer proves to be more effective in serving the enterprise client. Using the special infrastructure for computing and storage can obtain high performance cloud computing with its extremely flexible and safe cloud service, and thus can help the enterprise to improve the client experience and efficiency, and make rapid development in the world market.

Ensuring the safety of online transaction, and reducing the client's purchase costs

Cloud deployment is set in the front end of OKorder's website in virtue of IBM's global cloud platform. OKorder has promoted the websites in Chinese, English, etc. for the different countries and regions and the cloud node of the websites in all versions is deployed on IBM's global cloud platform. The market promotion and operation can be realized by combining the search engine with promotion channel of different countries and regions.

IBM's cloud computing platform can ensure the safety of online transaction, reduce the costs of all links and improve the efficiency of transaction process. What is more important is that we can provide the clients around the world with better service and maintain our competitiveness. We expect the continuous and further cooperation with IBM and join hands to create the Silk Road in Internet era by the most advanced cloud computing technology to serve the development of China's foreign trade.

In the future, based on IBM's global network, it is expected to develop individually distributive OKorder ETP system (enterprise transaction platform) and build the OKorder global office network. OKorder ETP system has realized data exchange between the systems of the organizations such as bank, insurance, customs, and logistics. We can also open the general module of Chinese business in OKorder ETP system to the foreign small and medium-sized enterprises by cloud platform.

| All Categories | Please input a keyword | Search |

### About Us
- About OKorder
- Corporate Culture
- Sales Network
- Certificate
- Contact Us
- OKorder Blog

### Terms & Conditions
- Membership Agreement
- Privacy Policy
- Terms of Use
- Intellectual Property Infringement Policy

### Help Center
- User Guide
- Site Map

Subscribe to Okorder for latest offerings & news

Your Email Address    Subscribe

Our community:  LinkedIn  Facebook  Twitter  Pinterest  google+

Copyright Notice © 2010-2014    www.OKorder.com All rights reserved.

Welcome to OKorder.com! | Sign In | Join Free | My OKorder | My Favorites | Help Center | 供应商加盟



| All Categories | Please input a keyword | Search |

Popular Searches: Steel Coil, Aluminium, Waterproofing, Solar Panel, Ceiling   Advanced Search

Home > Service

### Service

- Help Center
- Sales Network
- My OKorder

## Sales Network

### Oversea Branches

With oversea branches around the world, such as America, UAE, Dubai, Russia, Saudi Arabia, India, Viet Nam, Germany, Indonesia, Ukraine, etc., customer's products are sold worldwide.

### Overseas Logistics Parks

CNBM plans to build five overseas logistics parks, which support OKorder's online trading and is also served as storage、selling, distribution and after-sales center for overseas customers. Dubai Logistics Park has been put into operation in August, 2013.
Dubai Logistics Parks: covers the Middle East, South Asia and North Africa Market
South Africa Logistics Parks: covers East African Common Market
Nigeria Logistics Parks: covers West African, Central African Market
Brazil Logistics Parks: covers the Latin American Market

| All Categories ▼ | Please input a keyword | Search |

### About Us
- About OKorder
- Corporate Culture
- Sales Network
- Certificate
- Contact Us
- OKorder Blog

### Terms & Conditions
- Membership Agreement
- Privacy Policy
- Terms of Use
- Intellectual Property Infringement Policy

### Help Center
- User Guide
- Site Map

Subscribe to Okorder for latest offerings & news

Your Email Address    Subscribe

Our community:
LinkedIn  Facebook  Twitter  Pinterest  google+

Copyright Notice © 2010-2014    www.OKorder com All rights reserved.