# EXHIBIT "F"

<%@ page contentType="text/html; charset=gb2312" language="java" import="java.sql.*" errorPage="" %>

China Triumph International Engineering Co.,Ltd.
Bengbu Design & Research Institute for Glass Industry

Chinese   Japanese   Russian



- Home
- Profile
- Hope of Chairman
- Qualification
- Research & Development
- Operation and Market Network
- International Cooperation
- Engineering project performance

### President of NJIT Visits CTIEC

 

On 18th October, 2012, Dr. Joe Bloom, president of New Jersey Institute of Technology (NJIT), Dr. Donald Sebastian, deputy president of NJIT and Richard Garber, associate professor of NJIT College of Architecture & Design visited CTIEC. Mr. Peng Shou, board chairman of CTIEC gave them a warm reception in Shanghai. Both sides reached a common consensus on topics of strengthening communication and cooperation.

Mr. Peng Shou expressed his cordial welcome to the delegation's coming. Not only in glass field can CTIEC and NJIT cooperate, but also they can carry out multi-fields and multi-levels cooperation in the aspects of cement, new energy, new material, architecture and engineering management. This kind of cooperation includes the communication of professionals, the training of project managers and also research & development cooperation in the relevant fields in which both sides are interested. Both sides can co-construct laboratories and promote mutual visit and training. Dr. Joe Bloom agreed with Mr. Peng Shou and retained keen interests in establishing all-round, high-level and open-up cooperative relationship between NJIT and CTIEC. He invited Mr. Peng Shou to visit America so as to further discuss the contents of mutual cooperation. President Peng Shou expressed his thanks and gladly accepted the invitation.

Sun Jian-an executive vice president of CTIEC, Ma Li-yun, vice secretary of Party Committee of CTIEC, Wang Congxiao, assistant president and director of New Energy Dept. of CTIEC, Xu Gen-bao, an expert of the National One-Thousand-Talents Scheme, Pan Jin-gong, general manager of Chengdu COE Apollo Solar Co., Ltd and other relevant personnel attended the interview.





`<%@ page contentType="text/html; charset=gb2312" language="java" import="java.sql.*" errorPage="" %>`

```
<%@ page contentType="text/html; charset=gb2312" language="java" import="java.sql.*" errorPage="" %>
```

China Triumph International Engineering Co.,Ltd.
Bengbu Design & Research Institute for Glass Industry

Chinese    Japanese    Russian

- Home
- Profile
- Hope of Chairman
- Qualification
- Research & Development
- Operation and Market Network
- International Cooperation
- Engineering project performance

## CNBM Sets up a Research Center at an American Public University



On the morning of 18th February, the founding ceremony of CNBM PV Materials Research Center at NJIT was held in microelectronic laboratory building of New Jersey Institute of Technology. It is the first research center set up by China's state-owned enterprise at American public university. Joe Bloom, president of NJIT, and Peng Shou, CEO & president of CTIEC, signed the cooperation agreement on behalf of both sides. In the name of Ministry of Science and Technology, Ye Dongbai, Science and Technology Counselor of Consulate General of the People's Republic of China in New York, and Fu Kefei, Science and Technology consul of Consulate General of the People's Republic of China in New York, made a special trip to New Jersey Institute of Technology to witness this moment and expressed congratulations on the founding of the Center.

At the ceremony, Peng Shou said the founding of the center was an important part of CNBM's efforts to promote its technological innovation activities to get closer to the international practice so as to merge into the process of the globalization by fully using international resources based on the general trend of international science and technology cooperation, focusing on national science and technology development strategy and aiming at international frontier science and technology. The Center will organize and participate in high level major science and technology cooperation projects so as to strengthen science and technology innovation ability, accelerate the development of Hi-Tech and realize the industrialization, and provide innovation service for leap-forward development of group company.

Ye Dongbai said that it was the second time for him to witness the major international science and technology exchange activities of CNBM. The founding of the Center and the choice of research topics highlight the national goal. Its selection of strategic international science and technology cooperation projects to improve science and technology innovation ability, promote Hi-Tech industrialization process and speed up international cooperation is beneficial to train high-level talents and realize leap-forward development in some technical fields.

Donald Sanstian, deputy president of NJIT said, "Today we welcome new friend from China. This is the first research center with Chinese-English bilingual signs in 125-year history of our institute. The founding of the Center ushers in a new history and will become a common research platform for Chinese and American scientists. The research achievements will serve two great countries across the ocean and will support and assist us to realize great ideals in the development process of new energy."

At the ceremony, Peng Shou was hired as visiting professor of New Jersey Institute of Technology.



```
<%@ page contentType="text/html; charset=gb2312" language="java" import="java.sql.*" errorPage="" %>
```

     

China Triumph International Engineering Co.,Ltd.

Address: 2000# Zhongshanbei Road Shanghai China
Phone: 86-021-62030071
Fax: 86-021-62033390
Zip: 200063
E-mail: shanghai@ctiec.net

Address: 1047# Tushan Road Bengbu China
Phone: 86-0552-4081011
Fax: 86-0552-4081941
Zip: 233018
E-mail: bengbu@ctiec.net



  

About CNBM | News Center | Business Platform | CNBM worldwide | Social Responsibility | Contact us



Home > News Center

### CTIEC Sets up Research Center at NJIT

Source: Bengbu Design & Research Institute for Glass Industry

Date: Feb 20, 2013

On February 18, the founding ceremony of CNBM America Photoelectric Material Research Center was held at Microelectronic Lab Building of New Jersey Institute of Technology, marking China National Building Materials Group Corporation (CNBM) set up its first research center at America's public university. On behalf of both sides, Joe Bloom, President of New Jersey Institute of Technology, and Peng Shou, Chairman and President of China Triumph International Engineering Co., Ltd. (CTIEC), signed on the agreement of cooperation. Ye Dongbai, China's Counselor on Science in New York Consulate-general, and Fu Kefei, Consul on Science and Technology, paid a special visit to NJIT to attend the founding ceremony on behalf of the Ministry of Science and Technology of China, as well as extended their congratulations to the founding of the research center.

At the ceremony, Peng Shou was invited to serve as Visiting Professor of NJIT.

During his stay at NJIT, Peng Shou and his team had an amicable talk and technological exchange with Dr. Fadi Deek, Academic Dean of NJIT, and the professor team of the College of Construction and the College of Science of NJIT. After visiting several laboratories at NJIT, Peng Shou and his team heard the report on the final design plan of new-type solar building deriving from both sides' joint participation in Solar Decathlon (New-type Housing Competition) as well as relevant work progress from Mr. Richard, Professor of the College of Construction. Also, they heard the work report on research project from Professor Alan at the Research Center.

**All CNBM Group Websites**

— Subsidiaries —

Copyright©2003China National Building Material Group Corporation



# NJIT News Room

Looking for something?
Search Newsroom

Follow @njit  

## NJIT Celebrates Growth of Solar Technology

NEWARK, Feb 26 2013

Like   Share  1

Tweet  2   +1 Recommend this on Google

NJIT celebrates a new phase in the growth of its solar technology effort with the rededication of a research center as the China National Building Materials Photovoltaic Materials Research Center. Expanding its previous work on Cadmium Telluride photocells with NJIT alumni-run Apollo Solar Energy, the new program addresses broader photocell technology and implementation studies. Sponsored by CNBM, a wholly state-owned enterprise that is the largest comprehensive building materials industry group in China, the Center, directed by physics professor Ken Chin, along with the help of Dr. Alan Delahoy, general manager, will work to improve the efficiency of the manufacture of photocells, photovoltaic modules and full panel systems. The Center will work closely with NJIT's College of Architecture and Design to move Building Integrated Photo-Voltaics (BIPV) into widespread commercial use. CNBM is also a sponsor of Nexus House, NJIT's entry to the first China Solar Decathlon competition to be held in Datong this summer. Recognizing Shou Peng's deep experience in the science and engineering of advanced building materials, NJIT welcomed him as an affiliated faculty member at the ceremonies in Newark on Feb. 15.



*From left to right: Alan Delahoy, Ken Chin (Prof. Physics, NJIT), Donald Sebastian (Sr. VP for R&D, NJIT), Shou Peng (Chairman, China Triumph International Engineering & President Bengbu Design & Research Institute of Glass Industry), Fadi Deek (Interim Provost & Dean CSLA, NJIT), Dongbai Ye (Consul, Science Affairs), Jian'an Sun (Exec. Vice President CTIE Co., Ltd. & Vice President BDRIGI), Jingong Pan (PhD '08 & Chairman Apollo Solar Energy, Inc.), Kefei Fu (Vice Consul, Science Affairs).*

### Got News?

**We want to hear from you!**

Send us news about awards, recognitions, grants, special events, activities, publications, conferences, milestones, research, and achievements.

**Share your news today »**

Tagged: shou peng, china solar decathlon, nexus house, photocell technology, dongbai ye, kefei fu, jian�an sun, solar technology, building integrated photovoltaics, apollo solar energy, china national building materials photovoltaic materials research center, college of science and liberal arts, college of architecture and design, csla, department of physics, donald sebastian, fadi deek, cnbm, ken chin, alan delahoy, jingong pan



# NJIT News Room

**PRESS RELEASE**
Contact Information: Tanya Klein Public Relations 973-596-3433

Looking for something?
Search Newsroom

Follow @njit 

# NJIT Alumnus Sparks a U.S.-China Technology Partnership

NEWARK, Feb 20 2014

Like  Share  6
Tweet  18   +2  Recommend this on Google

That globe-spanning partnership, between NJIT and the China National Building Materials Company (CNBM), one of the largest gypsum, cement, and fiber glass producers in the world, exists in large part thanks to the persistence of a technology-focused alumnus, Jingong Pan, Ph.D. '08.

"Two countries combined can change the world," says Pan, who became convinced that thin-film photovoltaic technology represented the future of solar power while he was earning a doctorate in electrical and computer engineering and began seeking backers to advance the research.


*Jingong Pan*

It was in 2007, just as the U.S. economy began its disastrous slide into a prolonged recession, Pan recalls, that he noticed solar panel stocks were climbing. Despite the souring investment climate, he was encouraged, focusing on cadmium telluride-based thin-film rather than silicon-based panels, which are the longtime industry standard.

When he returned to China after graduating, Pan affiliated with Apollo Solar Science & Technology Company, a leading miner and refiner of rare earth metals used in thin-film cells. His dream was to advance the technology so that thin-film would be more cost-competitive and he started raising money to create a research center at NJIT. He was successful in selling his vision, and in 2010 the university established a center headed by physics professor Ken Chin.

Chin and his team are currently focused on thin-film cells based on both CIGS (copper indium gallium selenide) and cadmium telluride, which are potentially lower-cost alternatives to silicon because they require fewer natural resources to produce electricity and take up much less space on buildings. The group has developed important insights into the physics of the photoelectric behavior of these materials, which suggests that new manufacturing conditions could produce much higher cell efficiencies.

"Our partnership with Jingong has paid dividends beyond anyone's imagination when we began working together," says Donald Sebastian, senior vice president for research and development at NJIT. "Not only are we seeing university researchers bring powerful scientific understanding to bear on an important new technology, but with Jingong's help the relationship has blossomed into other partnerships with China's leading industrialists. It has also given NJIT the opportunity to connect to many of our graduate school alumni who have returned home to take up important positions in government and industry."

The research also furthers a U.S. strategy to develop distributed power generation using building-integrated photovoltaics, Sebastian adds, noting, "If just the rooftops of the world's commercial buildings

Got News?
**We want to hear from you!**
Send us news about awards, recognitions, grants, special events, activities, publications, conferences, milestones, research, and achievements.

Share your news today »

were equipped with current generation solar panels, it would satisfy ten percent of the global energy need. Imagine if every surface of civil infrastructure and private housing could be generating power."

The Center was rededicated last year as the China National Building Materials Photovoltaic Materials Research Center after Apollo formed a joint venture with CNBM. Its mission has been expanded to include improving the efficiency of photocells, photovoltaic modules, and full panel systems.

Born in Hangzhou, Pan spent nearly a decade working in oil exploration in China as the leader of an engineering team before earning a master's degree in energy economics at Harbin Institute of Technology (HIT) and then serving as a technical advisor for the Chinese Ministry of Foreign Trade and Economic Cooperation. He enrolled at NJIT for further study and to spend time in the U.S. absorbing what he calls the country's "innovation spark."

Now the chairman and CEO of Apollo Solar Energy, Pan says he briefly considered applying for a job on Wall Street after earning his master's degree, but changed his mind after receiving advice from an unexpected quarter: former Sen. Frank Lautenberg.

"He spoke at a seminar for small businesses and I talked to him at length after. He urged me to take the long view, saying, "If you want to focus on the quick money, go to Wall Street, but if you want a different sort of career, continue your graduate education - get your Ph.D."

Tagged: college of science and liberal arts, csla, department of physics, donald sebastian, ken chin, thin-film photovoltaic technology, china national building materials company, cnbm, solar cells, solar power, jingong pan

One of the nation's leading public technological universities, New Jersey Institute of Technology (NJIT) is a top-tier research university that prepares students to become leaders in the technology-dependent economy of the 21st century. NJIT's multidisciplinary curriculum and computing-intensive approach to education provide technological proficiency, business acumen and leadership skills. With an enrollment of more than 10,000 graduate and undergraduate students, NJIT offers small-campus intimacy with the resources of a major public research university. NJIT is a global leader in such fields as solar research, nanotechnology, resilient design, tissue engineering, and cyber-security, in addition to others. NJIT ranks 5th among U.S. polytechnic universities in research expenditures, topping $110 million, and is among the top 1 percent of public colleges and universities in return on educational investment, according to PayScale.com.



# NJIT News Room

Looking for something?
Search Newsroom

**PRESS RELEASE**
Contact Information: Tanya Klein Public Relations 973-596-3433

Follow @njit 

# Chinese Partnership Fuels NJIT's Solar Cell Research

NEWARK, Feb 21 2014

Tweet    g+1

Earlier this month, NJIT formalized an agreement with Chinese partners that will advance the university's research on thin-film solar cells, an alternative energy technology with the potential to make buildings and other infrastructure substantially more energy-efficient.

 

*On left: Alan Delahoy, research professor of physics, displays an experimental thin-film cadmium telluride solar cell, with the deposition reactor in the background. On right: Professor Ken Chin, Center director, lectures on cadmium telluride theory.*

With more than $650,000 from the Shanghai-based China National Building Materials Company (CNBM), one of the largest gypsum, cement, and fiber glass producers in the world, NJIT will renovate its solar cell research laboratory and build prototype equipment that will enable manufacturers to produce thin-film cells more cost effectively.

The university's CNBM New Energy Materials Research Center, directed by physics professor Ken Chin, is focused on thin-film cells based on CIGS (copper indium gallium selenide) and cadmium telluride, which are both potentially lower-cost alternatives to silicon, the industry standard, because they use raw materials more sparingly, take less net energy to produce, and occupy less space on buildings. Compounds such as cadmium telluride and silicon function as the active semiconductor in a solar cell, absorbing sunlight and converting it to electricity.

The CNBM Center has already developed important insights into the physics of the photoelectric behavior of these materials, which suggests that new manufacturing conditions could produce much higher cell efficiencies.

"Cadmium telluride is a promising photovoltaic material, but to date, with the exception of a single company, it has been difficult to produce and deploy on a manufacturing scale," said Alan Delahoy, Ph.D., research professor and the Center's general manager. "In terms of the market, the hurdle is making it competitive with crystalline silicon modules. But we see no reason why we can't meet key efficiency targets by solving some basic scientific questions – and that's what we aim to do."

With its new funding, the solar team is building a machine, for example, that will permit manufacturers to deposit thin layers of a transparent conductive material such as zinc oxide on a photovoltaic plate without oxidizing the surface of the source metal in the process.

"Conventional technology performs reactive sputtering to form metal oxides for thin-film solar cells, transistors, and sensors, but this process is notoriously difficult to control," Delahoy said, adding, "Process control is a big challenge in thin-film production. We are trying to come up with better manufacturing methods."

The research team is also building sensitive equipment that will allow manufacturers to better detect

defects in semiconductors.

CNBM is eager to speed development of inexpensive power production that can be seamlessly incorporated into a range of building materials.

"If just the rooftops of the world's commercial buildings were equipped with current generation solar panels, it would satisfy ten percent of the global energy need. Imagine if every surface of civil infrastructure and private housing could be generating power," said Donald Sebastian, senior vice president for research and development at NJIT.

Tagged: college of science and liberal arts, csla, department of physics, cnbm, china national building materials company, solar power, thin-film photovoltaic technology, solar cells, ken chin, alan delahoy, cnbm new energy materials research center

One of the nation's leading public technological universities, New Jersey Institute of Technology (NJIT) is a top-tier research university that prepares students to become leaders in the technology-dependent economy of the 21st century. NJIT's multidisciplinary curriculum and computing-intensive approach to education provide technological proficiency, business acumen and leadership skills. With an enrollment of more than 10,000 graduate and undergraduate students, NJIT offers small-campus intimacy with the resources of a major public research university. NJIT is a global leader in such fields as solar research, nanotechnology, resilient design, tissue engineering, and cyber-security, in addition to others. NJIT ranks 5th among U.S. polytechnic universities in research expenditures, topping $110 million, and is among the top 1 percent of public colleges and universities in return on educational investment, according to PayScale.com.