# EXHIBIT "I"

| From: | Mark J. Decker |
|---|---|
| Sent time: | 05/07/2014 08:42:52 AM |
| To: | Fred Paulsen; Jim Enderlen; Scott Slater; Todd Seifried |
| Subject: | RE: TECO退款 |

██████████████

**From:** Fred Paulsen
**Sent:** Wednesday, May 07, 2014 8:42 AM
**To:** Jim Enderlen; Mark J. Decker; Scott Slater; Todd Seifried
**Cc:** Fred Paulsen
**Subject:** FW: TECO退款

DRAFT          DRAFT          PLEASE REVIEW AND COMMENT

Dear Mr. Teng,

Thank you for this e-mail regarding NJIT.  After reading Mr. Sebastian response to Mr. He, TECO is confused.  Item number 3 is an incorrect statement.  On April 24, 2014 TECO, for the second time, sent NJIT a revised subcontract agreement, and on the same date Norma Rubio acknowledged receipt (copies are attached for your information).  Item number 4 illustrates that Mr. Sebastian does not understand that the loan is between CTIEC/TECO American Technology, Inc. and CTIEC, not NJIT.  The NJIT has not responded to us since April 24, 2014.

I suggest that Mr. He have Mr. Sebastian talk to Norma Rubio so that he can correctly understand what the present status is, or he can contact us.  We are  not optimistic that NJIT, a public institution in the USA, will be able to reimburse CTIEC/TECO American Technology, Inc. for the loan to CTIEC, but we are trying to work with them.

If you have any questions or comments, please contact me.

Fred C. Paulsen
Senior Director and Member of the Board of Directors
----------------------------
Toledo Engineering Co., Inc.
3400 Executive Parkway
P.O. Box 2927
Toledo, Ohio 43606-0927  USA

Telephone (419) 537-9744
-----------------------------
Website    www.teco.com
E-mail    fredp@teco.com
Telephone  (419) 537-9711
Fax     (419) 537-1369
===========================

CONFIDENTIALITY NOTICE: The documents accompanying this E-mail transmission contain confidential and privileged information.  This information is intended to be for the use of the individual and/or entity named above.  If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of the contents of this E-mail transmission is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone, collect.  Thank you.

**From:** ZJT [mailto:zjteng@hotmail.com]
**Sent:** Tuesday, May 06, 2014 10:59 PM
**To:** Fred Paulsen
**Subject:** FW: TECO退款

---

From: zjteng@hotmail.com
To: hewen304@aliyun.com
Subject: RE: TECO退款
Date: Wed, 7 May 2014 10:29:08 +0800

Thank you so much. From this email I understand where are the confusion. Let us see the solution from NJIT CFO this week.

Teng

---

Date: Wed, 7 May 2014 10:18:09 +0800
From: hewen304@aliyun.com
To: zjteng@hotmail.com
Subject: TECO退款

滕总，您好！

　　今天我上午去校长办公室找副校长，可惜他一直在开会，他的秘书让我留下电话就让我回去等。后副校长在中午给我来电把情况说了，由于一些情况我不是太了解，我让他发邮件给我。

　　刚收到他邮件，发给您，您看行吗？


祝

春安！

何文


**Donald Sebastian**

10:08 AM (3 minute

to me


Dear Mr. He,


I am sorry that I missed you at our offices today.  Please let me repeat what I described to you in our phone conversation so that you can share that with your colleagues at TECO and CTIE.


1.　　After meeting with Mr. Peng last December we agreed upon a modification to our contract with CTI that would provide for the principal and interest payment that TECO was anticipating We agreed at that time to structure the repayment as a sub award from NJIT to TECO so there would be an auditable expense against which we would be paying over $250K.
2.　　It took some time to identify an individual at TECO that could follow up on our proposed approach.

3.     What we forwarded the subcontract agreement to TECO, they refused to sign or provide any guidance as to how we could modify terms and conditions so as to create a receivable against which I can repay them.

4.     We now understand that TECO believed the wire transfer from last year was a loan, however that was never communicated to us, there is no loan agreement, and the transaction was never run through the university business processes that would NJ state mandated include Trustee review & approval for a transaction of that magnitude.

5.     The discussion seemed to have stalled at that point.  Last week, I asked our CFO to work on some alternative that would not create a taxable liability for TECO and would not create a lengthy process on NJIT's side to retroactively approve a loan.  I expect to have his recommendation this week and hope that we can reopen the discussion with TECO to close the matter.

6.     In the meantime, our February invoices totaling $456,875 have not been paid.  The principal and interest payments to TECO are part of the amount invoiced.

I hope this clarifies the current situation and that we can resolve this before Mr.  Peng arrives next week.

Regards,

Don Sebastian

_____

Donald H. Sebastian, Ph.D.
President
NJ Innovation Institute
an NJIT Corporatiuon
Newark, NJ 07102

Tel: (973) 596-5800
Fax: (973) 596-6056