# EXHIBIT "P"

**From:** Jim Enderlen <JimE@TECO.com>
**Sent:** Friday, June 20, 2014 10:48 AM
**To:** Bob Gries <RobertG@TECO.com>
**Subject:** Fwd: TECO Fund Update

Checks in the mail!

Sent from my iPhone

Begin forwarded message:

> **From:** Donald Sebastian <sebastia@njit.edu>
> **Date:** June 20, 2014 at 10:35:19 AM EDT
> **To:** wangwei <wangwei.ctiec@hotmail.com>
> **Cc:** <congxiao@yahoo.cn>, ZJT <zjteng@hotmail.com>, <jime@teco.com>, 秦关根-NJIT <chin@njit.edu>
> **Subject: RE: TECO Fund Update**
>
> Mr. Wang,
>
> Our finance office just informed me that the check to TECO has been issued and will go out today. They have been in touch with the TECO officers and the arrangement is that to which all agreed earlier.
>
> I believe this closes the matter with respect to our involvement in the reimbursement to TECO. Thank you for your patience.
>
> Regards,
> Don Sebastian
>
> ---
> Donald H. Sebastian, Ph.D.
> President & CEO
> NJ Innovation Institute
> an NJIT Corporation
> Newark, NJ 07102
> Tel: (973) 596-5800
> Fax: (973) 596-6056
> Twitter:@DHSebastian
>
>
> **From:** wangwei [mailto:wangwei.ctiec@hotmail.com]
> **Sent:** Wednesday, June 18, 2014 9:24 PM
> **To:** Donald Sebastian
> **Cc:** congxiao@yahoo.cn; ZJT; jime@teco.com; 秦关根-NJIT
> **Subject:** RE: TECO Fund Update
>
> Dear Mr Don Sebastian,
>
> Has the financial department of NJIT finished the transfer of funds to TECO?
>
> Kind regards, Wang Wei

**2014-06-20 104739 104741**

CTIEC-TECO 0002918

王 伟
Wang Wei
新能源工程事业部
New Energy Engineering Deparment
中国建材国际工程集团有限公司
China Triumph International Engineering Co. Ltd.
电话/Tel: 021-52916280-5127   传真/Fax: 021-62038386
手机/Mobile: 13818360908      网址/Website: www.ctiec.net
邮箱/E-mail: wangwei.ctiec@hotmail.com

---

From: sebastia@njit.edu
Date: Mon, 16 Jun 2014 21:25:34 -0400
Subject: Re: TECO Fund Update
To: wangwei.ctiec@hotmail.com

Mr. Wang

I am not back until tomorrow. I was told that the last check has arrived and they are processing the funds for transfer to the escrow account. I will let you know the status when I have a chance to talk to our CFO who worked out the arrangement with TECO.

Best Regards,
Don

---

Donald H. Sebastian, Ph.D.
President
New Jersey Innovation Institute
University Heights
Newark, NJ 07102
T: 973.595.5800   C: 973.951.0490
Twitter: @DHSebastian
Sent from my iPad

On Jun 16, 2014, at 9:03 PM, wangwei <wangwei.ctiec@hotmail.com> wrote:

    Dear Dr Don Sebastian,

Have you gotten back to your office? Please ask your staff to check on all the wire transfers for TECO. I want to get a confirm from you.

Best regards, Wang Wei

王 伟
Wang Wei
新能源工程事业部
New Energy Engineering Deparment
中国建材国际工程集团有限公司
China Triumph International Engineering Co. Ltd.
电话/Tel: 021-52916280-5127   传真/Fax: 021-62038386
手机/Mobile: 13818360908     网址/Website: www.ctiec.net
邮箱/E-mail: wangwei.ctiec@hotmail.com

From: donald.sebastian@njit.edu
Date: Wed, 11 Jun 2014 20:07:52 -0400
Subject: RE: TECO Fund Update
To: wangwei.ctiec@hotmail.com

Dear Wang Wei,

I was giving talk in California on Monday but mostly traveling by air from here to there and back again since Sunday. I had my staff check on the wire transfers this morning and we have received one more $50K payment, so there are a few more yet to clear. I am sure we will see them by the end of the week. I will let you know as each arrives. Thank you for keeping me up to date on progress from your end.

Best Regards,
Don

Donald H. Sebastian, Ph.D.
President & CEO
NJ Innovation Institute
an NJIT Corporatiuon
Newark, NJ 07102
Tel: (973) 596-5800
Fax: (973) 596-6056

From: wangwei [mailto:wangwei.ctiec@hotmail.com]
Sent: Monday, June 09, 2014 10:10 PM
To: Sebastian Donald H.-NJIT
Cc: 潘锦功-中建材光电材料; 秦关根-NJIT; congxiao@yahoo.cn; ZJT; jime@teco.com
Subject: RE: TECO Fund Update

2014-06-20 104739 104741                                                         CTIEC-TECO 0002920

Dear Dr Don Sebastian,

I am writing to inform you that CTIEC financial department have already finished the transfer of $256,875 to NJIT.

Please ask the financial department of NJIT to pay close attention to the progress of NJIT's account in the following two or three days.

After NJIT confirm the receipt of all the money of $256,875, please transfer this sum of money to TECO asap.

After NJIT finish the tranfer to TECO, please inform me !

Thanks in advance!


Best regards, Wang Wei

王 伟
Wang Wei
新能源工程事业部
New Energy Engineering Deparment
中国建材国际工程集团有限公司
China Triumph International Engineering Co. Ltd.
电话/Tel: 021-52916280-5127   传真/Fax: 021-62038386
手机/Mobile: 13818360908      网址/Website: www.ctiec.net
邮箱/E-mail: wangwei.ctiec@hotmail.com

---

From: donald.sebastian@njit.edu
Date: Tue, 3 Jun 2014 21:53:22 -0400
Subject: RE: TECO Fund Update
To: wangwei.ctiec@hotmail.com
CC: drpan27@gmail.com; chin@njit.edu; congxiao@yahoo.cn

Thank you for your answers! I understand the constraints and we can work with you to keep things in order for the rest of this contract.
Don

---

Donald H. Sebastian, Ph.D.
President & CEO
NJ Innovation Institute
an NJIT Corporatiuon
Newark, NJ 07102
Tel: (973) 596-5800
Fax: (973) 596-6056

**From:** wangwei [mailto:wangwei.ctiec@hotmail.com]
**Sent:** Tuesday, June 03, 2014 9:49 PM
**To:** Sebastian Donald H.-NJIT
**Cc:** 潘锦功-中建材光电材料; 秦关根-NJIT; congxiao@yahoo.cn
**Subject:** RE: TECO Fund Update

Response in red!


王 伟
Wang Wei
新能源工程事业部
New Energy Engineering Deparment
中国建材国际工程集团有限公司
China Triumph International Engineering Co. Ltd.
电话/Tel: 021-52916280-5127  传真/Fax: 021-62038386
手机/Mobile: 13818360908     网址/Website: www.ctiec.net
邮箱/E-mail: wangwei.ctiec@hotmail.com

---

**From:** donald.sebastian@njit.edu
**Date:** Tue, 3 Jun 2014 15:52:49 -0400
**Subject:** TECO Fund Update
**To:** wangwei.ctiec@hotmail.com
**CC:** drpan27@gmail.com; chin@njit.edu

Dear Mr. Wang,

I am writing to update you on the progress of fund transfer so that you are up to date concerning the TECO repayment. As of this morning we have received $150,000 from CTIE in new funds. $50,000 arrived before Mr. Peng's visit and two $50,000 transfers that have cleared this week. That money will go into the escrow account for transfer to TECO. None of the funds will be applied to the outstanding balance for Dr. Chin's research work.

WW: Thank you for your update! The rest of money is expected to be paid to NJIT in the following two weeks.

Dr. Chin is accumulating all of the publications and reports that you requested and they will be conveyed to you shortly. I trust that will satisfy the contractual requirements under which you can honor the other invoices sent to you in February for equipment and personnel expenses that the university has incurred in expectation of reimbursement.

WW: Ok!
Once the deliver documents provided meet the contractual requirements and research targets, I will do my best to give support for the payment of other invoices.

We are also developing a new schedule of deliverables with associated spend-rate so that the balance of un-invoiced funds will stretch over a longer period than the original July 1, 2013 – June 30 2014. There will be no net increase to the overall contract funding. The delay related to backdating the contract nearly 6 months from time of signing. Critical pieces of equipment could not be ordered until we had the contract signed and Mr. Peng's personal approval on the spending plan. As a result, those tasks have been delayed. We will accelerate work on those tasks but it will take until Sep 30, 2014 and possibly Dec 31, 2104 depending on the schedule of delivery for the items and time required to build custom instrumentation. I will forward you a proposed amendment to the contract that defines the quarterly payment schedule and amounts when we have finalized the plan.
WW: As a matter of fact, It is not necessary to do any amendment to the contract. The due date in the contract is just a reference. The deliver document is the most important thing for the payment in each research period. If the deliver document is delayed, the payment will be delayed automatically.

It is not that I don't want to process a contract amendment. It is a too complicated and difficult process, and it will delay rather long time. You know, the last amendment to contract is still not be finished although it is close to being finished.

If the contract is always in the state of amendment, that will mean I have not any finalized contract version for the governmental check during payment. The payment will be delayed more time.

In addition, for a contract too many amendments will lead to series of issues because not everybody involved in the amendment process in CTIEC knows the contract background information. I will have to prepare some answers to many leaders' "WHYs" and" HOWs".


Thank you again for serving as high-level access at CTIE to resolve difficult issues as they arise.


Regards,
Don Sebastian

Donald H. Sebastian, Ph.D.
President
NJ Innovation Institute
an NJIT Corporation

Newark, NJ 07102
Tel: (973) 596-5800
Fax: (973) 596-6056
Twitter:@DHSebastian

2014-06-20 104739 104741

CTIEC-TECO 0002924

| | |
|---|---|
| **From:** | Kathy Traynor <KathyT@TECO.com> |
| **Sent:** | Monday, June 23, 2014 4:57 PM |
| **To:** | Ruth Markwood <RuthM@TECO.com> |
| **Subject:** | FW: Payment by NJIT |

**From:** Fred Paulsen
**Sent:** Monday, June 23, 2014 4:56 PM
**To:** ZJT (zjteng@hotmail.com)
**Subject:** FW: Payment by NJIT

Mr. Teng,

CTIEC/TECO American Technology Inc. has received payment from NJIT. We will be following up with the balance owed in the next day or so. Please inform Mr. Wang.

Regards,

Fred Paulsen