# EXHIBIT "R"

## Section 8  Directors, Supervisors, Senior Management and Staff

### I. Changes of shares held by directors, supervisors and senior management

| Name | Position | Employment Status | Gender | Age | Start date of office | Expiry date of office | Number of shares held at the beginning of this reporting period | Increase of shares during this reporting period | Decrease of shares during this reporting period | Number of shares held at the end of this reporting period |
|---|---|---|---|---|---|---|---|---|---|---|
| Wang, Bing | Chairman | In office | Male | 42 | 09/17/2012 | 09/16/2015 | 0 | 0 | 0 | 0 |
| Chen, Yu | Director | In Office | Male | 36 | 09/17/2012 | 09/16/2015 | 0 | 0 | 0 | 0 |
| Yang, Yanjun | Director | In Office | Female | 47 | 11/17/2014 | 09/16/2015 | 0 | 0 | 0 | 0 |
| Chang, Zhangli | Director | In Office | Male | 44 | 09/17/2012 | 09/16/2015 | 0 | 0 | 0 | 0 |
| Chen, Xuean | Director | In Office | Male | 50 | 09/17/2012 | 09/16/2015 | 0 | 0 | 0 | 0 |
| Pei, Hongyan | Director | In Office | Female | 41 | 11/17/2014 | 09/16/2015 | 0 | 0 | 0 | 0 |
| Chen, Shaoming | Independent Director | In Office | Male | 45 | 09/17/2012 | 09/16/2015 | 0 | 0 | 0 | 0 |
| Gu, Xiujuan | Independent Director | In Office | Female | 46 | 11/17/2014 | 09/16/2015 | 0 | 0 | 0 | 0 |
| Zhu, Yan | Independent Director | In Office | Male | 42 | 11/17/2014 | 09/16/2015 | 0 | 0 | 0 | 0 |
| Zhang, Nailing | Director | Resigned | Male | 60 | 09/17/2012 | 11/17/2014 | 30,420 | 0 | 0 | 30,420 |
| Cui, Lijun | Director | Resigned | Female | 54 | 09/17/2012 | 11/17/2014 | 22,815 | 0 | 0 | 22,815 |
| Xu, Jingchang | Independent Director | Resigned | Male | 49 | 09/17/2012 | 11/17/2014 | 0 | 0 | 0 | 0 |
| Qin, Qinghua | Independent Director | Resigned | Male | 49 | 09/17/2012 | 11/17/2014 | 0 | 0 | 0 | 0 |
| Cao, Jianglin | Chairman of Supervisory Committee | In Office | Male | 48 | 09/17/2012 | 09/16/2015 | 0 | 0 | 0 | 0 |
| Hu, Jinyu | Supervisor | In Office | Female | 45 | 09/17/2012 | 09/16/2015 | 0 | 0 | 0 | 0 |
| Qi, Yingchen | Supervisor | In Office | Male | 52 | 09/17/2012 | 09/16/2015 | 0 | 0 | 0 | 0 |
| Chen, Yu | General Manager | In Office | Male | 36 | 09/17/2012 | 09/16/2015 | 0 | 0 | 0 | 0 |
| Yang, Yanjun | Deputy General Manager, Chief Financial Officer | In Office | Female | 47 | 09/17/2012 | 09/16/2015 | 0 | 0 | 0 | 0 |
| Wu, Fade | Deputy General Manager | In Office | Male | 47 | 09/17/2012 | 09/16/2015 | 0 | 0 | 0 | 0 |
| Zou, Yunxiang | Deputy General Manager | In Office | Male | 55 | 09/17/2012 | 09/16/2015 | 0 | 0 | 0 | 0 |
| Zhang, Nailing | Deputy General Manager | Resigned | Male | 60 | 09/17/2012 | 10/27/2014 | 0 | 0 | 0 | 0 |
| Zhou, Huan | Deputy General Manager | Resigned | Male | 60 | 09/17/2012 | 10/27/2014 | 22,815 | 0 | 5,704 | 17,111 |
| Shi, Keping | Secretary to the Board | In Office | Female | 38 | 09/17/2012 | 09/16/2015 | 0 | 0 | 0 | 0 |
| Total | -- | -- | -- | -- | -- | -- | 76,050 | 0 | 5,704 | 70,346 |

63

## II.   Employment details

Main work experience of the Company's incumbent directors, supervisors and senior management:

Wang, Bing: Chairman of the Company. Mr. Wang has been the Vice President of China National Building Material Company Limited from August 2009 to present, and has been the Chairman of the Company from August 2009 to present.

Chen, Yu: Director and General Manager of the Company. Mr. Chen has been the Director of the Company from September 2009 to present, and has been the General Manager of the Company from August 2009 to present.

Yang, Yanjun: Director, Deputy General Manager and Chief Financial Officer of the Company. Ms. Yang has been the Director of the Company since November 17, 2014, and has been the Deputy General Manager and Chief Financial Officer of the Company from September 2005 to present.

Chang, Zhangli: Director of the Company. Mr. Chang has been the Executive Director of China National Building Material Company Limited from November 2011 to present, has been the Vice President of China National Building Material Company Limited from August 2006 to present, has been the Secretary to the Board of China National Building Material Company Limited from March 2005 to present, and has been the Director of the Company from July 2008 to present.

Chen, Xuean: Director of the Company. Mr. Chen has been the Vice President of China National Building Material Company Limited from November 2011 to present, has been the Chief Financial Officer of China National Building Material Company Limited from March 2005 to present, and has been the Director of the Company from September 2012 to present.

Pei, Hongyan: Director of the Company. Ms. Pei is the Director of the Company. Ms. Pei has been the Qualified Accountant and General Manager of Finance Department of China National Building Material Company Limited from May 2005 to present, and has been the Director of the Company from November 2014 to present.

Chen, Shaoming: Independent Director of the Company. Mr. Chen has been the Independent Director of the Company from September 2012 to present, and has been the Partner at Beijing Zhongzheng Tiantong Accounting Firm (Professional Partnership) from January 2007 to present.

Gu, Xiujuan: Independent Director of the Company. Ms. Gu has been the Independent Director of the Company from November 2014 to present, and has been the Professor at Henan Industrial University Business School from June 2004 to present.

Zhu, Yan: Independent Director of the Company. Mr. Zhu has been the Independent Director of the Company from November 2014 to present, and has been the Professor at Renmin University of China Law School from August 2004 to present.

Cao, Jianglin: Chairman of Supervisory Committee. Mr. Cao has been the General Manager of China National Building Material Group Corporation from April 2014 to present, has been the Director of China National Building Material Group Corporation from October 2005 to present, has been the Executive Director and President of China National Building Material Company Limited from March 2005 to president, and has been the Chairman of Supervisory Committee of the Company since September 2009.

Hu, Jinyu: Supervisor of the Company. Ms. Hu has been the General Manager of Audit Department of China National Building Material Company Limited from August 2005 to present, has been the Vice President and Chief Financial Officer of North Cement Company Limited from April 2010 to present, and has been the Supervisor of the Company from September 2005 to present.

Qi, Yingchen: Staff Representative Supervisor of the Company. Mr. Qi has been the Supervisor of the Company from July 2008 to present, and has ever been the gypsum factory worker, team leader, production coordinator and manager assistant of the Company from December 1981 to present.

Wu, Fade: Deputy General Manager of the Company. Mr. Wu has been the Deputy General Manager of the Company from August 2006 to present.

Zou, Yunxiang: Deputy General Manager of the Company. Mr. Zou has been the Deputy General Manager of the Company from December 2006 to present.

Shi, Keping: Secretary to the Board of the Company. Ms. Shi has been the Secretary to the Board of the Company from August 2012 to present.

Positions in the Shareholder: Applicable

| Name | Name of the Shareholder | Position in the Shareholder | Start date of office | Expiry date of office | Whether or not getting paid from the Shareholder |
|---|---|---|---|---|---|
| Wang, Bing | China National Building Material Company Limited | Vice President | 08/01/2009 | To present | Yes |
| Chang, Zhangli | China National Building Material Company Limited | Executive Director | 11/01/2011 | To present | Yes |
| Chang, Zhangli | China National Building Material Company Limited | Vice President | 08/01/2006 | To present | Yes |
| Chang, Zhangli | China National Building Material Company Limited | Secretary to the Board | 03/01/2005 | To present | Yes |
| Chen, Xuean | China National Building Material Company Limited | Vice President | 11/01/2011 | To present | Yes |
| Chen, Xuean | China National Building Material Company Limited | Chief Financial Officer | 03/01/2005 | To present | Yes |
| Pei, Hongyan | China National Building Material Company Limited | Qualified Accountant | 06/01/2005 | To present | Yes |
| Pei, Hongyan | China National Building Material Company Limited | General Manager of Finance Department | 04/01/2005 | | Yes |
| Cao, Jianglin | China National Building Material Company Limited | Executive Director, President | 03/01/2005 | To present | No |
| Hu, Jinyu | China National Building Material Company Limited | General Manager of Audit Department | 08/01/2005 | | No |
| Notes on positions in the Shareholder | No | | | | |

Positions in Other Entities: applicable

| Name | Name of other entity | Position in the other entity | Start date of office | Expiry date of office | Whether or not getting paid from the other entity |
|---|---|---|---|---|---|
| Cao, Jianglin | China National Building Material Group Corporation | Director | 10/01/2005 | 10/01/2015 | Yes |
| Cao, Jianglin | China National Building Material Group Corporation | General Manager | 04/01/2014 | | Yes |
| Hu, Jinyu | North Cement Company Limited | Vice President, Chief Financial Officer | 04/01/2010 | | Yes |
| Notes on positions in other entities | No | | | | |

## III. Remunerations for directors, supervisors and senior management

Procedures and foundations for determining the remunerations for directors, supervisors and senior management, and actual payments:
Procedures for determining the remunerations for directors, supervisors and senior management: the Compensation and Appraisal Committee under the Board of Directors will, based on the business

65

Case 2:09-md-02047-EEF-MBN   Document 18671-18   Filed 04/13/15   Page 5 of 11

Beijing New Building Material Public Liability Company 2014 Annual Report Full Document

objectives verified by the Company at the beginning of the year, first put forward suggestions for reward or penalty according to the appraisal results and after the performance appraisal according to the pertinent procedures, and then report such suggestions to the Board of the Company for deliberation and adoption. Foundations for remunerations will be determined by reference to the industry and region where the Company belongs to as well as the remunerations for the past years. Actual payments will be made monthly as a basic compensation, together with a year-end bonus after the year-end appraisal.

Remunerations paid to directors, supervisors and senior management during the reporting period

Unit: RMB 10,000 yuan

| Name | Position | Gender | Age | Employment Status | Total remunerations from the Company | Total remunerations from the Shareholder | Actual remunerations by the end of reporting period |
|---|---|---|---|---|---|---|---|
| Wang, Bing | Chairman | Male | 42 | In office | 0 | | |
| Chen, Yu | Director, General Manager | Male | 36 | In office | 81.6 | | |
| Yang, Yanjun | Director, Deputy General Manager, Chief Financial Officer | Female | 47 | In office | 63.3 | | |
| Chang, Zhangli | Director | Male | 44 | In office | 0 | | |
| Chen, Xuean | Director | Male | 50 | In office | 0 | | |
| Pei, Hongyan | Director | Female | 41 | In office | 0 | | |
| Chen, Shaoming | Independent Director | Male | 45 | In office | 7.2 | | |
| Gu, Xiujuan | Independent Director | Female | 46 | In office | 1.5 | | |
| Zhu, Yan | Independent Director | Male | 42 | In office | 1.5 | | |
| Zhang, Nailing | Director, Deputy General Manager | Male | 60 | Resigned | 61.8 | | |
| Cui, Lijun | Director | Female | 54 | Resigned | 0 | | |
| Xu, Jingchang | Independent Director | Male | 49 | Resigned | 6 | | |
| Qin, Qinghua | Independent Director | Male | 49 | Resigned | 6 | | |
| Cao, Jianglin | Chairman of Supervisory Committee | Male | 48 | In office | 0 | | |
| Hu, Jinyu | Supervisor | Female | 45 | In office | 0 | | |
| Qi, Yingchen | Supervisor | Male | 52 | In office | 0 | | |
| Wu, Fade | Deputy General Manager | Male | 47 | In office | 62 | | |
| Zou, Yunxiang | Deputy General Manager | Male | 55 | In office | 62 | | |
| Zhou, Huan | Deputy General Manager | Male | 60 | Resigned | 46.5 | | |
| Shi, Keping | Secretary to the Board | Female | 38 | In office | 56.6 | | |
| Total | -- | -- | -- | -- | 456 | 0 | 0 |

Stock incentives granted to directors, supervisors and senior management during the reporting period: Non-applicable

### IV. Changes in directors, supervisors and senior management of the Company

| Name | Position | Method | Date | Reason |
|---|---|---|---|---|
| Yang, Yanjun | Director | Elected | 11/17/2014 | |
| Pei, Hongyan | Director | Elected | 11/17/2014 | |

| Gu, Xiujuan | Independent Director | Elected | 11/17/2014 | |
|---|---|---|---|---|
| Zhu, Yan | Independent Director | Elected | 11/17/2014 | |
| Zhang, Nailing | Director | Resigned | 11/17/2014 | Reaching the statutory age for retirement |
| Cui, Lijun | Director | Resigned | 11/17/2014 | Change of job |
| Xu, Jingchang | Independent Director | Resigned | 11/17/2014 | Has been consecutively appointed as Independent Director of the Company for six years |
| Qin, Qinghua | Independent Director | Resigned | 11/17/2014 | Has been consecutively appointed as Independent Director of the Company for six years |
| Zhang, Nailing | Deputy General Manager | Dismissed | 10/27/2014 | Reaching the statutory age for retirement |
| Zhou, Huan | Deputy General Manager | Dismissed | 10/27/2014 | Reaching the statutory age for retirement |

67

# 第八节 董事、监事、高级管理人员和员工情况

## 一、董事、监事和高级管理人员持股变动

| 姓名 | 职务 | 任职状态 | 性别 | 年龄 | 任期起始日期 | 任期终止日期 | 期初持股数（股） | 本期增持股份数量（股） | 本期减持股份数量（股） | 期末持股数（股） |
|---|---|---|---|---|---|---|---|---|---|---|
| 王 兵 | 董事长 | 现任 | 男 | 42 | 2012年9月17日 | 2015年9月16日 | 0 | 0 | 0 | 0 |
| 陈 雨 | 董事 | 现任 | 男 | 36 | 2012年9月17日 | 2015年9月16日 | 0 | 0 | 0 | 0 |
| 杨艳军 | 董事 | 现任 | 女 | 47 | 2014年11月17日 | 2015年9月16日 | 0 | 0 | 0 | 0 |
| 常张利 | 董事 | 现任 | 男 | 44 | 2012年9月17日 | 2015年9月16日 | 0 | 0 | 0 | 0 |
| 陈学安 | 董事 | 现任 | 男 | 50 | 2012年9月17日 | 2015年9月16日 | 0 | 0 | 0 | 0 |
| 裴鸿雁 | 董事 | 现任 | 女 | 41 | 2014年11月17日 | 2015年9月16日 | 0 | 0 | 0 | 0 |
| 陈少明 | 独立董事 | 现任 | 男 | 45 | 2012年9月17日 | 2015年9月16日 | 0 | 0 | 0 | 0 |
| 谷秀娟 | 独立董事 | 现任 | 女 | 46 | 2014年11月17日 | 2015年9月16日 | 0 | 0 | 0 | 0 |
| 朱 岩 | 独立董事 | 现任 | 男 | 42 | 2014年11月17日 | 2015年9月16日 | 0 | 0 | 0 | 0 |
| 张乃岭 | 董事 | 离任 | 男 | 60 | 2012年9月17日 | 2014年11月17日 | 30,420 | 0 | 0 | 30,420 |
| 崔丽君 | 董事 | 离任 | 女 | 54 | 2012年9月17日 | 2014年11月17日 | 22,815 | 0 | 0 | 22,815 |
| 徐经长 | 独立董事 | 离任 | 男 | 49 | 2012年9月17日 | 2014年11月17日 | 0 | 0 | 0 | 0 |
| 秦庆华 | 独立董事 | 离任 | 男 | 49 | 2012年9月17日 | 2014年11月17日 | 0 | 0 | 0 | 0 |
| 曹江林 | 监事会主席 | 现任 | 男 | 48 | 2012年9月17日 | 2015年9月16日 | 0 | 0 | 0 | 0 |
| 胡金玉 | 监事 | 现任 | 女 | 45 | 2012年9月17日 | 2015年9月16日 | 0 | 0 | 0 | 0 |
| 齐英臣 | 监事 | 现任 | 男 | 52 | 2012年9月17日 | 2015年9月16日 | 0 | 0 | 0 | 0 |
| 陈 雨 | 总经理 | 现任 | 男 | 36 | 2012年9月17日 | 2015年9月16日 | 0 | 0 | 0 | 0 |
| 杨艳军 | 副总经理、财务负责人 | 现任 | 女 | 47 | 2012年9月17日 | 2015年9月16日 | 0 | 0 | 0 | 0 |
| 武发德 | 副总经理 | 现任 | 男 | 47 | 2012年9月17日 | 2015年9月16日 | 0 | 0 | 0 | 0 |
| 邹云翔 | 副总经理 | 现任 | 男 | 55 | 2012年9月17日 | 2015年9月16日 | 0 | 0 | 0 | 0 |
| 张乃岭 | 副总经理 | 离任 | 男 | 60 | 2012年9月17日 | 2014年10月27日 | | | | |
| 周 桓 | 副总经理 | 离任 | 男 | 60 | 2012年9月17日 | 2014年10月27日 | 22,815 | 0 | 5,704 | 17,111 |
| 史可平 | 董事会秘书 | 现任 | 女 | 38 | 2012年9月17日 | 2015年9月16日 | 0 | 0 | 0 | 0 |
| 合计 | -- | -- | -- | -- | -- | -- | 76,050 | 0 | 5,704 | 70,346 |

63

## 二、任职情况

公司现任董事、监事、高级管理人员最近 5 年的主要工作经历

王兵，本公司董事长。王先生自2009年8月至今担任中国建材股份有限公司副总裁、自2009年8月至今担任公司董事长。

陈雨，本公司董事、总经理。陈先生自2009年9月至今担任公司董事，自2009年8月至今担任公司总经理。

杨艳军，本公司董事、副总经理、财务负责人。杨女士自2014年11月17日担任公司董事，自2005年9月至今担任公司副总经理、财务负责人。

常张利，本公司董事。常先生自2011年11月至今担任中国建材股份有限公司执行董事，自2006年8月至今担任中国建材股份有限公司副总裁，自2005年3月至今担任中国建材股份有限公司董事会秘书，自2008年7月至今担任公司董事。

陈学安，本公司董事。陈先生自2011年11月至今担任中国建材股份有限公司副总裁，自2005年3月至今担任中国建材股份有限公司财务总监，自2012年9月至今担任公司董事。

裴鸿雁，本公司董事。裴女士本公司董事。2005年至今，担任中国建材股份有限公司合资格会计师、财务部总经理，自2014年11月至今担任公司董事。

陈少明，本公司独立董事。陈先生自2012年9月至今担任公司独立董事，自2007年1月至今担任北京中证天通会计师事务所（特殊普通合伙）合伙人。

谷秀娟，本公司独立董事。谷女士自2014年11月至今担任公司独立董事，自2004年6月至今担任河南工业大学商贸学院教授。

朱岩，本公司独立董事。朱先生自2014年11月至今公司独立董事，自2004年8月至今担任中国人民大学法学院教授。

曹江林，本公司监事会主席。曹先生自2014年4月至今担任中国建筑材料集团有限公司总经理，自2005年10月至今担任中国建筑材料集团有限公司董事，自2005年3月至今担任中国建材股份有限公司执行董事、总裁，自2009年9月担任公司监事会主席。

胡金玉，本公司监事。胡女士自2005年8月至今担任中国建材股份有限公司审计部总经理，自2010年4月至今担任北方水泥有限公司副总裁和财务总监，自2005年9月至今担任公司监事。

齐英臣，本公司职工监事。齐先生自2008年7月至今担任公司监事，自1981年12月至今历任公司石膏板厂岗位工、班长、生产调度、厂长助理。

武发德，本公司副总经理。武先生自2006年8月至今担任公司副总经理。

邹云翔，本公司副总经理。邹先生自2006年12月至今担任公司副总经理。

史可平，本公司董事会秘书。史女士自2012年8月至今担任公司董事会秘书。

在股东单位任职情况

√ 适用 □ 不适用

| 任职人员姓名 | 股东单位名称 | 在股东单位担任的职务 | 任期起始日期 | 任期终止日期 | 在股东单位是否领取报酬津贴 |
|---|---|---|---|---|---|
| 王 兵 | 中国建材股份有限公司 | 副总裁 | 2009 年 8 月 1 日 | 至今 | 是 |
| 常张利 | 中国建材股份有限公司 | 执行董事 | 2011 年 11 月 1 日 | 至今 | 是 |
| 常张利 | 中国建材股份有限公司 | 副总裁 | 2006 年 8 月 1 日 | 至今 | 是 |
| 常张利 | 中国建材股份有限公司 | 董事会秘书 | 2005 年 3 月 1 日 | 至今 | 是 |
| 陈学安 | 中国建材股份有限公司 | 副总裁 | 2011 年 11 月 1 日 | 至今 | 是 |
| 陈学安 | 中国建材股份有限公司 | 财务总监 | 2005 年 3 月 1 日 | 至今 | 是 |
| 裴鸿雁 | 中国建材股份有限公司 | 合资格会计师 | 2005 年 6 月 1 日 | 至今 | 是 |
| 裴鸿雁 | 中国建材股份有限公司 | 财务部总经理 | 2005 年 4 月 1 日 | | 是 |
| 曹江林 | 中国建材股份有限公司 | 执行董事、总裁 | 2005 年 3 月 1 日 | 至今 | 否 |
| 胡金玉 | 中国建材股份有限公司 | 审计部总经理 | 2005 年 8 月 1 日 | | 否 |
| 在股东单位任职情况的说明 | 无 | | | | |

在其他单位任职情况

√ 适用 □ 不适用

| 任职人员姓名 | 其他单位名称 | 在其他单位担任的职务 | 任期起始日期 | 任期终止日期 | 在其他单位是否领取报酬津贴 |
|---|---|---|---|---|---|
| 曹江林 | 中国建筑材料集团有限公司 | 董事 | 2005 年 10 月 1 日 | 2015 年 10 月 1 日 | 是 |
| 曹江林 | 中国建筑材料集团有限公司 | 总经理 | 2014 年 4 月 1 日 | | 是 |
| 胡金玉 | 北方水泥有限公司 | 副总裁、财务总监 | 2010 年 4 月 1 日 | | 是 |
| 在其他单位任职情况的说明 | 无 | | | | |

### 三、董事、监事、高级管理人员报酬情况

董事、监事、高级管理人员报酬的决策程序、确定依据、实际支付情况

董事、监事、高级管理人员报酬的决策程序，为董事会薪酬与考核委员会根据公司年初核定的经营目标，年底按照考核评定程序进行绩效考核，根据考核结果提出奖惩建议，报公司董事会审议通过后确定。报酬

北新集团建材股份有限公司 2014 年年度报告全文

确定依据是参照公司所处行业、地区薪酬水平，以及以往薪酬情况确定薪酬标准。报酬的实际支付情况为按月发放基本薪酬，经年终考核后发放年终奖金。

公司报告期内董事、监事和高级管理人员报酬情况

单位：万元

| 姓名 | 职务 | 性别 | 年龄 | 任职状态 | 从公司获得的报酬总额 | 从股东单位获得的报酬总额 | 报告期末实际所得报酬 |
|---|---|---|---|---|---|---|---|
| 王 兵 | 董事长 | 男 | 42 | 现任 | 0 | | |
| 陈 雨 | 董事、总经理 | 男 | 36 | 现任 | 81.6 | | |
| 杨艳军 | 董事、副总经理、财务负责人 | 女 | 47 | 现任 | 63.3 | | |
| 常张利 | 董事 | 男 | 44 | 现任 | 0 | | |
| 陈学安 | 董事 | 男 | 50 | 现任 | 0 | | |
| 裴鸿雁 | 董事 | 女 | 41 | 现任 | 0 | | |
| 陈少明 | 独立董事 | 男 | 45 | 现任 | 7.2 | | |
| 谷秀娟 | 独立董事 | 女 | 46 | 现任 | 1.5 | | |
| 朱 岩 | 独立董事 | 男 | 42 | 现任 | 1.5 | | |
| 张乃岭 | 董事、副总经理 | 男 | 60 | 离任 | 61.8 | | |
| 崔丽君 | 董事 | 女 | 54 | 离任 | 0 | | |
| 徐经长 | 独立董事 | 男 | 49 | 离任 | 6 | | |
| 秦庆华 | 独立董事 | 男 | 49 | 离任 | 6 | | |
| 曹江林 | 监事会主席 | 男 | 48 | 现任 | 0 | | |
| 胡金玉 | 监事 | 女 | 45 | 现任 | 0 | | |
| 齐英臣 | 监事 | 男 | 52 | 现任 | 0 | | |
| 武发德 | 副总经理 | 男 | 47 | 现任 | 62 | | |
| 邹云翔 | 副总经理 | 男 | 55 | 现任 | 62 | | |
| 周 桓 | 副总经理 | 男 | 60 | 离任 | 46.5 | | |
| 史可平 | 董事会秘书 | 女 | 38 | 现任 | 56.6 | | |
| 合计 | -- | -- | -- | -- | 456 | 0 | 0 |

公司董事、监事、高级管理人员报告期内被授予的股权激励情况

□ 适用 √ 不适用

## 四、公司董事、监事、高级管理人员变动情况

| 姓名 | 担任的职务 | 类型 | 日期 | 原因 |
|---|---|---|---|---|
| 杨艳军 | 董事 | 被选举 | 2014 年 11 月 17 日 | |

| 裴鸿雁 | 董事 | 被选举 | 2014 年 11 月 17 日 | |
|---|---|---|---|---|
| 谷秀娟 | 独立董事 | 被选举 | 2014 年 11 月 17 日 | |
| 朱 岩 | 独立董事 | 被选举 | 2014 年 11 月 17 日 | |
| 张乃岭 | 董事 | 离任 | 2014 年 11 月 17 日 | 达到法定退休年龄 |
| 崔丽君 | 董事 | 离任 | 2014 年 11 月 17 日 | 工作调动 |
| 徐经长 | 独立董事 | 离任 | 2014 年 11 月 17 日 | 连任公司独立董事的时间已满六年 |
| 秦庆华 | 独立董事 | 离任 | 2014 年 11 月 17 日 | 连任公司独立董事的时间已满六年 |
| 张乃岭 | 副总经理 | 解聘 | 2014 年 10 月 27 日 | 达到法定退休年龄 |
| 周 桓 | 副总经理 | 解聘 | 2014 年 10 月 27 日 | 达到法定退休年龄 |

**五、报告期核心技术团队或关键技术人员变动情况（非董事、监事、高级管理人员）**

无

**六、公司员工情况**

（1）截止到2014年12月31日，公司在职员工11,593人

（2）专业构成



（3）教育程度

