UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

EXHIBIT "Q" TO STATUS REPORT OF THE PLAINTIFFS' STEERING COMMITTEE REGARDING DISCOVERY RELATED TO VIOLATIONS OF THE INJUNCTION PRONG OF THE COURT'S JULY 17, 2014 CONTEMPT ORDER AND ALTER EGO RELATIONSHIPS [REC. DOC. 18671]

# FILED UNDER SEAL