UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2:09-md-2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON |
| **THIS DOCUMENT RELATES TO:**<br>***Amorin, et al. v. State-owned Assets Supervision and Administrative Commission, et al., Case No. 2:14-cv-1727*** | MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

**MOTION FOR LEAVE TO FILE A REPLY TO RESPONSE OF THE PSC TO CNBM GROUP'S MOTION FOR RECONSIDERATION OF THE COURT'S ORDER GRANTING ALTERNATIVE SERVICE ON DEFENDANT STATE-OWNED ASSETS SUPERVISION AND ADMINISTRATION COMMISSION**

NOW INTO COURT, through undersigned counsel, comes China National Building Materials Group Corporation ("CNBM Group"), who respectfully requests leave to file the attached Reply to Response of the Plaintiffs' Steering Committee to CNBM Group's Motion for Reconsideration of the Court's Order Granting Alternative Service on Defendant State-Owned Assets Supervision and Administration Commission [Rec. Doc. 18625].  The reply memorandum responds directly to contentions raised by the PSC in its Response, and CNBM Group respectfully suggests that the reply memorandum will assist the court in resolving the Motion for Reconsideration set to be heard on Friday, April 17.

In accordance with Pre-Trial Orders 1F, 1G and 1H, by which the Court suspended all deadlines for submitting responsive pleadings until such time as the Plaintiffs' Steering Committee files a Master Complaint, this Motion is submitted reserving all defenses, including but not limited to defenses relating to service of process, venue, personal jurisdiction, subject

matter jurisdiction, sovereign immunity, incorrect party identification, and failure to state a claim upon which relief can be granted.  CNBM Group has previously notified the Court and all parties, and hereby reaffirms, that it intends to assert jurisdictional defenses, both subject matter and personal, and in no way intends to or does waive or otherwise limit its ability to raise those defenses, whether by this Motion or any other act, filing, appearance, or contention, either before or after this Motion, in this or any other litigation.

Respectfully submitted,

/s/ L. Christopher Vejnoska

L. Christopher Vejnoska (CA Bar No. 96082)
Ian Johnson (CA Bar No. 208713)
Andrew Davidson (CA Bar No. 266506)
Jason Wu (CA Bar No. 279118)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105
Tel.:  415-773-5700
Fax.: 415-773-5759
E-mail: cvejnoska@orrick.com
ijohnson@orrick.com
adavidson@orrick.com
jmwu@orrick.com


James L. Stengel (NY Bar No. 1800556)
Xiang Wang (NY Bar No. 4311114)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY, 10019
Tel:  212-506-5000
Fax:    212-506-5151
Email:  jstengel@orrick.com
xiangwang@orrick.com

Eric A. Shumsky (D.C. Bar No. 477926)
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street NW

Washington, D.C. 20005
Tel: 202-339-8400
Fax:    202-339-8500
Email: eshumsky@orrick.com

*Attorneys for China National Building Materials Group*
*Corporation*

Dated**:** April 13, 2015

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Leave to File a Reply to Response of the PSC to CNBM Group's Motion for Reconsideration of the Court's Order Granting Alternative Service on Defendant State-Owned Assets Supervision and Administration Commission has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail and upon all parties by electronically uploading the same to File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 13th day of April, 2015.

/s/ L. Christopher Vejnoska

L. Christopher Vejnoska (CA Bar No. 96082)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105
Tel.: 415-773-5700
Fax.: 415-773-5759
E-mail:cvejnoska@orrick.com
*Counsel for CNBM Group*