UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>  *Gross v. Knauf Gips KG*, Case No. 2:09-cv-6690<br>  *Amorin v. Taishan Gypsum*, Case No. 2:11-cv-1672<br>  *Amorin v. Taishan Gypsum*, Case No. 2:11-cv-1395<br>  *Amorin v. Taishan Gypsum*, Case No. 2:11-cv-1673<br>  *Amorin et al. v. SASAC*, E.D. La. Case No. 2:14-cv-1727<br>  *State of Louisiana v. Knauf*, Case No. 2:10-cv-340<br>  *Abner v. Taishan Gypsum*, Case No. 2:11-cv-3094<br>  *Posey v. BNBM Co.*, Case No. 2:09-cv-6531<br>  *Morris v. BNBM Co.*, Case No. 2:09-cv-6530 | MDL No. 2:09-md-2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF ALL DOCUMENTS AND PLEADINGS

The undersigned law firm of Gordon, Arata, McCollam, Duplantis & Eagan, LLC, and its respective individual counsel, hereby file this Notice of Appearance as co-counsel of record with Orrick, Herrington & Sutcliffe, LLP on behalf of Defendants China National Building Materials Group Corporation and China National Building Materials Company Limited pursuant to Local Rule 11.2 and Pre-Trial Order Nos. 1 (¶ 12), 1F, 1G, 1H and 6. In accordance with Pre-Trial Orders 1F, 1G and 1H, by which the Court suspended all deadlines for submitting responsive pleadings until such time as the Plaintiffs' Steering Committee files a Master Complaint, this Notice of Appearance is submitted reserving all defenses, including but not limited to, defenses relating to service of process, venue, personal jurisdiction, subject matter jurisdiction, sovereign immunity and failure to state a claim upon which relief can be granted. Defendants hereby notify the Court and all parties that they intend to assert all jurisdictional defenses, both subject matter and personal, available to them, and in no way intend to or do

waive or otherwise limit their ability to raise those defenses, whether by this required notice of appearance or any other act, filing, appearance, or contention, either before or after this Notice, in this or any other litigation. Defendants also refer to the Court's Order Preserving Defenses, dated April 2, 2015, and reiterate that their participation in discover and related activities in these proceedings shall not waive any defenses, including but not limited to jurisdictional defenses. It is respectfully requested that all future pleadings, documents and correspondence in connection with these actions be served upon undersigned counsel.

    Respectfully submitted,

    **GORDON, ARATA, MCCOLLAM,**
    **DUPLANTIS & EAGAN, LLC**

    By: /s/ Ewell E. Eagan, Jr.
    Ewell E. Eagan, Jr. (La. Bar No. 5239)
    Donna Phillips Currault (La. Bar No. 19533)
    Nina Wessel English (La. Bar No. 29176)
    Alex B. Rothenberg (La. Bar No. 34740)
    201 St. Charles Avenue, 40th Floor
    New Orleans, LA 70170-4000
    Telephone: (504) 582-1111
    Email: eeagn@gordonarata.com
    Email: dcurrault@gordonarata.com
    Email: nenglish@gordonarata.com
    Email: arothenberg@gordonarata.com

    **Attorneys for China National Building Materials Group Corporation and China National Building Materials Company Limited**

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL DOCUMENTS AND PLEADINGS has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to File & Serve Express in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 14th day of April, 2015.

    /s/ Ewell E. Eagan