**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>*ALL CASES* | |

**TAISHAN GYPSUM CO., LTD. AND TAI'AN TAISHAN**
**PLASTERBOARD CO. LTD'S JOINT EMERGENCY**
**MOTION FOR PROTECTIVE ORDER AND PROPOSED SOLUTION**

Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd. ("Taishan") move this Court to enter a Rule 26 protective order striking the Plaintiffs' Steering Committee's Amended and Supplemental Notices of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order (Rec. Docs. 18641, 18642), which would revert the focus of discovery back to the PSC's original Notices of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Docs. 18500, 18501]. As a proposed solution to keep discovery moving forward, Taishan also moves this court to strike Request No. 23 from the PSC's original March 19 discovery requests and to limit the scope of the discovery by converting the document requests listed below into deposition topics for Taishan's 30(b)(6) witness:

- Request No. 3: All documents identifying common administrative departments and personnel between you, Taishan, and/or any Taishan Affiliates and Subsidiaries.
  - ***Proposed Deposition Topic***:  Identify common administrative departments and personnel between Taishan and/or any Taishan Affiliates and Subsidiaries.

- Request No. 7: All documents identifying the source of payment of the salaries and other expenses and losses of you, Taishan, and/or any Taishan Affiliates and Subsidiaries.
  - *Proposed Deposition Topic*:  Identify the source of payment of the salaries and other expenses and losses of you, Taishan, and/or any Taishan Affiliates and Subsidiaries.

- Request No. 11: All documents related to common employees (whether past or present) of you, Taishan, and/or any Affiliates and Subsidiaries.
  - *Proposed Deposition Topic*:  Identify common employees (whether past or present) of you, Taishan, and/or any Affiliates and Subsidiaries.

- Request No. 12: All documents evidencing the rendition of services performed by employees of other corporate entities for you, Taishan, and/or any Affiliates and Subsidiaries.
  - *Proposed Deposition Topic*:  Identify the rendition of services performed by employees of other corporate entities for you, Taishan, and/or any Affiliates and Subsidiaries.

- Request No. 13: All documents identifying any common offices of you, Taishan, and/or any Affiliates and Subsidiaries.
  - *Proposed Deposition Topic*:  Identify any common offices of you, Taishan, and/or any Affiliates and Subsidiaries.

- Request No. 14: All documents identifying the nature of the department providing accounting services (and the employees thereof) for you, Taishan, and/or any Affiliates and Subsidiaries.
  - *Proposed Deposition Topic*:  Identify the nature of the department providing accounting services (and the employees thereof) for you, Taishan, and/or any Affiliates and Subsidiaries.

- Request No. 17: All documents regarding joint or cooperative projects and undertakings with respect to you, Taishan, and/or any Affiliates and Subsidiaries.
  - *Proposed Deposition Topic*:  Identify joint or cooperative projects and undertakings with respect to you, Taishan, and/or any Affiliates and Subsidiaries.

- Request No. 18: All documents and communications regarding the identity and selection of all mines used to procure raw materials for Chinese drywall produced by Taishan and/or any Taishan Affiliates or Subsidiaries during the Relevant Time Period.
  - *Proposed Deposition Topic*:  Identify the identity and selection of all mines used to procure raw materials for Chinese drywall produced by Taishan and/or any Taishan Affiliates or Subsidiaries during the Relevant Time Period.

Respectfully submitted,

Dated: April 14, 2015

/s Michael P. Kenny
Bernard Taylor, Esq.
Georgia Bar No. 669625
Michael P. Kenny, Esq.
Georgia Bar No. 415064
Christina Hull Eikhoff, Esq.
Georgia Bar No. 242539
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
michael.kenny@alston.com
bernard.taylor@alston.com
christy.eikhoff@alston.com
*Counsel for Taishan Gypsum Co., Ltd. and
Tai'an Taishan Plasterboard Co., Ltd.*

Alan Dean Weinberger
LA Bar No. 13331
HANGARTNER, RYDBERG &
TERRELL, LLC
One Shell Square
701 Poydras St., Suite 310
New Orleans, Louisiana  70179
Phone:  (504) 434-6815
Fax: (504) 522-5689
aweinberger@hanrylaw.com
*Local Counsel for Taishan Gypsum Co., Ltd.
and Tai'an Taishan Plasterboard Co., Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **TAISHAN GYPSUM CO., LTD. AND TAI'AN TAISHAN PLASTERBOARD CO. LTD'S JOINT EMERGENCY MOTION FOR PROTECTIVE ORDER AND PROPOSED SOLUTION** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 14th day of April, 2015.

/s Michael P. Kenny
Michael P. Kenny, Esq.
Georgia Bar No. 415064
ALSTON & BIRD LLP
1201 West Peachtree Street NW
Atlanta, Georgia 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
michael.kenny@alston.com
*Counsel for Taishan Gypsum Co., Ltd.*
*and Tai'an Taishan Plasterboard Co., Ltd.*