UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*ALL CASES* | |

### ORDER

Upon consideration of Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd.'s Joint Emergency Motion for Protective Order, IT IS HEREBY ORDERED that the motion is GRANTED and the Plaintiffs' Steering Committee's Amended and Supplemental Notices of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Docs. 18641, 18642] are QUASHED.

IT IS HEREBY FURTHER ORDERED that Taishan's motion to strike Request No. 23 in the Plaintiffs' Steering Committee's Notices of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Docs. 18500, 18501] is GRANTED and the following document requests will be converted to deposition topics for Taishan's 30(b)(6) witness:

- Request No. 3: All documents identifying common administrative departments and personnel between you, Taishan, and/or any Taishan Affiliates and Subsidiaries.
    - ***Proposed Deposition Topic***: Identify common administrative departments and personnel between Taishan and/or any Taishan Affiliates and Subsidiaries.

- Request No. 7: All documents identifying the source of payment of the salaries and other expenses and losses of you, Taishan, and/or any Taishan Affiliates and Subsidiaries.

- o   ***Proposed Deposition Topic***:  Identify the source of payment of the salaries and other expenses and losses of you, Taishan, and/or any Taishan Affiliates and Subsidiaries.

- Request No. 11: All documents related to common employees (whether past or present) of you, Taishan, and/or any Affiliates and Subsidiaries.
    - o   ***Proposed Deposition Topic***:  Identify common employees (whether past or present) of you, Taishan, and/or any Affiliates and Subsidiaries.

- Request No. 12: All documents evidencing the rendition of services performed by employees of other corporate entities for you, Taishan, and/or any Affiliates and Subsidiaries.
    - o   ***Proposed Deposition Topic***:  Identify the rendition of services performed by employees of other corporate entities for you, Taishan, and/or any Affiliates and Subsidiaries.

- Request No. 13: All documents identifying any common offices of you, Taishan, and/or any Affiliates and Subsidiaries.
    - o   ***Proposed Deposition Topic***:  Identify any common offices of you, Taishan, and/or any Affiliates and Subsidiaries.

- Request No. 14: All documents identifying the nature of the department providing accounting services (and the employees thereof) for you, Taishan, and/or any Affiliates and Subsidiaries.
    - o   ***Proposed Deposition Topic***:  Identify the nature of the department providing accounting services (and the employees thereof) for you, Taishan, and/or any Affiliates and Subsidiaries.

- Request No. 17: All documents regarding joint or cooperative projects and undertakings with respect to you, Taishan, and/or any Affiliates and Subsidiaries.
    - o   ***Proposed Deposition Topic***:  Identify joint or cooperative projects and undertakings with respect to you, Taishan, and/or any Affiliates and Subsidiaries.

- Request No. 18: All documents and communications regarding the identity and selection of all mines used to procure raw materials for Chinese drywall produced by Taishan and/or any Taishan Affiliates or Subsidiaries during the Relevant Time Period.
    - o   ***Proposed Deposition Topic***:  Identify the identity and selection of all mines used to procure raw materials for Chinese drywall produced by Taishan and/or any Taishan Affiliates or Subsidiaries during the Relevant Time Period.

**SO ORDERED.**

New Orleans, Louisiana, this _____ day of _____, 2015.

                                                                                             _____
                                                                                             ELDON E. FALLON
                                                                                              United States District Court Judge