# EXHIBIT 5

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

## TAISHAN GYPSUM CO. LTD. AND TAI'AN TAISHAN PLASTERBOARD CO. LTD.'S RESPONSE AND OBJECTIONS TO THE PSC'S NOTICES OF EXPEDITED ORAL AND VIDEOTAPED DEPOSITION

Taishan Gypsum Co. Ltd. and Tai'an Taishan Plasterboard Co. Ltd. ("Taishan" or "TG")) respond and object as follows to the PSC's Notices of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Orders directed to Taishan (the "Requests").

### RESERVATION OF RIGHTS

1.  In providing responses and objections to the Requests, Taishan reserves the right (i) to supplement, clarify, revise, correct, or add to any or all of the responses and objections herein at any time; (ii) to assert any and all objections to the admissibility into evidence of any document produced in response to the Requests; and (iii) to object to the use of these responses in any proceeding other than the above-captioned action. Taishan also expressly reserves the right to redact documents produced in response to the Requests to remove privileged information.

2.  These responses to the Requests are accurate to the best of Taishan's knowledge as of this date. Taishan's investigation, however, is continuing. Taishan expressly reserves the right to rely in this action on subsequently discovered information.

## RESPONSES AND OBJECTIONS TO REQUESTS
## FOR PRODUCTION OF DOCUMENTS

**Request No. 1**: All documents and communications related to the conduct of any business in the United States by you, Taishan, and/or any Taishan Affiliates and Subsidiaries since July 17, 2014.

> **Response to Request No. 1**: Taishan objects to Request No. 1 as being overly broad and unduly burdensome. Subject to and without waiving these objections, Taishan will undertake a reasonable search and produce documents responsive to this request, to the extent any responsive documents exist and are in Taishan's custody and control.

**Request No. 2**: All documents identifying the relationship between you, Taishan, and/or any Taishan Affiliates and Subsidiaries, including any ownership interests and/or common directors and officers during the Relevant Time Period.

> **Response to Request No. 2**: Taishan objects to Request No. 2 as being overly broad and unduly burdensome. Taishan further advises that Taishan has previously produced the following documents responsive to this request identified as follows:
> - "Communication" (TG 0025565)
> - "Communication" (TG 0025859-TG 0025868)
> - Annual Shareholders' Meeting Resolution of Shandong Taihe Dongxin of 2005 (TG 0025889-TG 0025891)
> - Annual Shareholders' Meeting Resolution of Shandong Taihe Dongxin of 2006 (TG 0025892-TG 0025893)
> - Annual Shareholders' Meeting Resolution of Shandong Taihe Dongxin of 2007 (TG 0025894-TG 0025896)
> - Annual Shareholders' Meeting Resolution of Shandong Taihe Dongxin of 2008 (TG 0025897-TG 0025899)
> - 4/15/06 Resolution of the third Board of Directors the third Meeting of Shandong Taihe Dongxin (TG 0025900-TG0025902)
> - 6/20/07 Resolution of the third Board of Directors the fourth Meeting of Shandong Taihe Dongxin (TG 0025903-TG 0025905)

- 5/20/08 Resolution of the third Board of Directors the fifth Meeting of Shandong Taihe Dongxin (TG 0025908)
- 5/18/09 Resolution of the fourth Board of Directors the fifth Meeting of Shandong Taihe Dongxin (TG 0014913-TG 0025919)
- Report on Summary of 2005 and Prospectus 2006 to shareholders (TG 0025913-TG 0025919)

Subject to and without waiving these objections and to the extent not already produced, Taishan will undertake a reasonable search and produce documents responsive to this request.

**Request No. 3**: All documents identifying common administrative departments and personnel between you, Taishan, and/or any Taishan Affiliates and Subsidiaries.

**Response to Request No. 3**: Taishan objects to Request No. 3 as being overly broad and unduly burdensome. Subject to and without waiving these objections, Taishan will undertake a reasonable search and produce documents responsive to this request.

**Request No. 4**: All documents identifying all loans, pledges, stock transfers, supply of assets, guarantees, warrants and/or financing of whatever nature between you, Taishan, and/or any Taishan Affiliates and Subsidiaries.

**Response to Request No. 4**: Taishan objects to Request No. 4 as being overly broad and unduly burdensome. Taishan further advises that Taishan has previously produced the following documents responsive to this request identified as follows:

- Approval of change of capital structure of Shandong Taihe Dongxin Shandong Province Reform Commission approved Shandong Taihe Taishan Plasterboard Factory (Group) transfers its shares of Shandong Taihe Dongxin to Tai'an Municipal State Assets Management Ltd. Co. and 16 individuals including Mr. Jia Tongchun and Xue Yuli (TG 0025572-TG 0025574)
- Approval of transfer of state-owned shares of Shandong Taihe Dongxin: Shandong Province Finance Bureau approved Shandong Taihe Taishan Plasterboard Factory (Group) transfers its shares of Shandong Taihe Dongxin to Tai'an Municipal State Assets Management Ltd. Co. and 16 individuals including Mr. Jia Tongchun and Xue Yuli (TG 0025575)

3

- Approval of transfer of state-owned shares of Shandong Taihe Dongxin by Tai'an Municipal People's Government: Tai'an Municipal People's Government approved Shandong Taihe Taishan Plasterboard Factory (Group) transfers its shares of Shandong Taihe Dongxin to Tai'an Municipal State Assets Management Ltd. Co. and management, key technicians and other employees (TG 0025576-77)
- The first ad hoc shareholders' meeting of 2005 Taihe Dongxin planned to issue 72.625 million new shares at RMB 1.8 per share (par value RMB 1). BNBM purchased 65.3625 million new shares at the cost of RMB 117.6525 million. Mr. Jia Tongchun also purchase 3.63125 million new shares. (TG 0025887-TG 0025888)
- Documents concerning the guarantee provided by BNBM to TG (TG 0020677-TG 020681 and TG 0020795-TG 0020798)
- Documents concerning BNBM's acquisition of shares in TG including but not limited to shareholder agreements, schedules of shareholdings from before and after the acquisitions and articles of incorporation (TG 0020596; TG 0020598-TG 0020602; TG 0020608-TG 0020629-TG 0020642; TG 0020644-TG 0020649; TG 0020652; TG 00664; TG 0020666-TG 0020669; TG 0020677-TG 0020681; TG 0020715-TG 0020717; and TG 0020725-TG 0020748)
- Files concerning TG's operations or finances that have been provided by BNBM, among the other shareholders of TG (TG 0020384-TG 0020390; TG 0020596-TG 0020597; TG 002554-TG 0020806; TG 0020842 – TG 0020843; TG 0021120; TG 0021154-TG 0021158; TG 0021162; TG 0021172

Subject to and without waiving these objections and to the extent not already produced, Taishan will undertake a reasonable search and produce documents responsive to this request.

**Request No. 5**: All documents identifying your capitalization (including all reported financial documents (including but not limited to annual reports, quarterly reports, profits and loss statements) that are sufficient to show your capitalization) and the capitalization of Taishan and/or any Taishan Affiliates and Subsidiaries.

**Response to Request No. 5**: Taishan objects to Request No. 5 as being overly broad and unduly burdensome. Taishan further advises that Taishan has previously produced the following documents responsive to this request identified as follows:

- All Corporate annual meetings and government filings created by TG from Jan 1, 2001 to present (TG 0019217; TG 0019846; TG 0020114; TG 0020384-TG 0020390; TG0020401-TG0020402; TG 0020492-TG 0020807; TG 0020842-TG

4

0020843; TG 0021110-TG 0021113; TG 0021120; TG 0021154-TG 0021158; TG 0021162; TG 0021172.:
- Documents concerning TG's operations or finances that have been provided to BNBM, among other shareholders of TG: TG 0020384 - TG 0020390; TG0020596 - TG 0020597; TG 0020664 - TG 0020806; TG 0020842 - TG 0020843; TG 0021120; TG 0021154 — TG 0021158; TG 0021162; TG 0021172.
- All reports from corporate annual meetings and government filings created by TG from January 1, 2001 to present that had been identified as of June 6, 2011: TG 0019217; TG 0019846; TG 0020114; TG 0020384 — TG 0020390; TG 0020401 — TG 0020402; TG 0020492 — TG 0020807; TG 0020842 — TG 0020843; TG 0021110 — TG 0021113; TG 0021120; TG 0021154 — TG 0021158; TG 0021162; TG 0021172.
- Financials for 2005-2008: Quarterly, Semi-annual, and annual balance sheets.
    - Multi-month balance sheet, profit distribution statement and cash flow statement (financials as of April 2005 and June 30, 2005) (TG 00225952-TG 0025954)
    - 4-month balance sheet, profit distribution statement and cash flow statement (Financials as of April 2005 and Sept. 30, 2005) (TG 0025955-TG 0025957)
    - Annual balance sheet, profit distribution statement and cash flow statement (financials for 2005) (TG 0025958-TG0025961)
    - Quarterly balance sheet, profit distribution statement and cash flow statement (financial through first quarter of 2006) (TG 0025962-TG0025964)
    - Semi-annual balance sheet, profit distribution statement and cash flow statement (financials through first half of 2006) (TG 0025965-TG 0025967)
    - First three quarters balance sheet, profit distribution statement and cash flow statement (financials through the third quarter of 2006) (TG 0025968-TG 0025970)
    - Annual balance sheet, profit distribution statement and cash flow statement (financials for the year 2006) (TG 0025971-TG 0025974)
    - Quarterly balance sheet, profit distribution statement and cash flow statement (financials through the first quarter of 2007) (TG 0025975-TG 0025977)
    - Semi-annual balance sheet, profit distribution statement and cash flow statement (financials through the first quarter of 2007) (TG 0025978-TG0025980)
    - First three quarters balance sheet, profit distribution statement and cash flow statement (financials through the third quarter of 2007) (TG 0025981-TG 0025983)
    - Annual balance sheet, profit distribution statement and cash flow statement (financials for the year 2007) (TG 0025984-TG0025987)
    - Quarterly balance sheet, profit distribution statement and cash flow statement (financials through first quarter of 2008) (TG 0025988-0025990)

- o Semi-annual balance sheet, profit distribution statement and cash flow statement (financials through first half of 2008) (TG 0025991-TG 0025993)
- o First three quarters balance sheet, profit distribution statement and cash flow statement (financials through the third quarter of 2008) (TG 0025994-TG 0025996)
- o Annual balance sheet, profit distribution statement and cash flow statement (financials for the year 2008) (TG 0025997-TG 0026000)
- o

Subject to and without waiving these objections and to the extent not already produced, Taishan will undertake a reasonable search and produce documents responsive to this request.

**Request No. 6**: All documents related to your corporate organization and structure and the organization and structure of Taishan and/or any Taishan Affiliates and Subsidiaries.

**Response to Request No. 6**: Taishan objects to Request No. 6 as being overly broad and unduly burdensome. Taishan further advises that Taishan has previously produced the following documents responsive to this request identified as follows:

- General Manager's Report of 2006 to the board of directors (TG 0025920-TG 0025926)
- General Manager's Report of 2007 to the board of directors (TG 0025927-TG
- General Manager's Report of 2008 to the board of directors (TG 0025935–TG 25941)

Subject to and without waiving these objections and to the extent not already produced, Taishan will undertake a reasonable search and produce documents responsive to this request.

**Request No. 7**: All documents identifying the source of payment of the salaries and other expenses and losses of you, Taishan, and/or any Taishan Affiliates and Subsidiaries.

**Response to Request No. 7**: Taishan objects to Request No. 7 as vague and ambiguous in its reference to "other expenses and losses." Taishan also objects to Request No. 7 as overly broad and unduly burdensome. Subject to and without waiving the foregoing

6

objections, Taishan will produce documents in its cusody and control sufficient to show the source of payment of salaries of Taishan, and/or any Taishan Affiliates and Subsidiaries for which it has responsive information, if any.

**Request No. 8**: All documents related to any business you, Taishan, and/or any Taishan Affiliates and Subsidiaries conducted in the United States, and the source of that business, from July 17, 2014 to the present.

**Response to Request No. 8**: Taishan objects to Request No. 8 as being overly broad and unduly burdensome. Subject to and without waiving these objections, Taishan will undertake a reasonable search and produce documents responsive to this request, to the extent any responsive documents exist and are in Taishan's custody and control.

**Request No. 9**: All documents related to the sharing of property, equipment, or machinery and/or the exchange of property, equipment, or machinery between you, Taishan, and/or any Affiliates and Subsidiaries.

**Response to Request No. 9**: Taishan objects to Request No. 9 as being overly broad and unduly burdensome. Subject to and without waiving these objections, Taishan will undertake a reasonable search and produce documents responsive to this request.

**Request No. 10**: All documents related to compliance with corporate formalities by you, Taishan, and/or any Affiliates and Subsidiaries.

**Response to Request No. 10**: Taishan objects to Request No. 10 as vague and ambiguous with respect to the phrase "compliance with corporate formalities." Subject to and without waiving the foregoing objections, Taishan will undertake a reasonable search and produce documents responsive to this request.

**Request No. 11**: All documents related to common employees (whether past or present) of you, Taishan, and/or any Affiliates and Subsidiaries.

> **Response to Request No. 11**: Taishan objects to Request No. 11 as being overly broad and unduly burdensome. Subject to and without waiving these objections, Taishan will undertake a reasonable search and produce documents responsive to this request.

**Request No. 12**: All documents evidencing the rendition of services performed by employees of other corporate entities for you, Taishan, and/or any Affiliates and Subsidiaries.

> **Response to Request No. 12**: Taishan objects to Request No. 12 as vague and ambiguous with respect to the phrase "the rendition of services performed by employees of other corporate entities." Taishan also objects to Request No. 13 as being overly broad and unduly burdensome. Subject to and without waiving the foregoing objections, Taishan will produce documents that it understands to be responsive to this request.

**Request No. 13**: All documents identifying any common offices of you, Taishan, and/or any Affiliates and Subsidiaries.

> **Response to Request No. 13**: Taishan objects to Request No. 13 as being overly broad and unduly burdensome. Subject to and without waiving these objections, Taishan will undertake a reasonable search and produce documents responsive to this request.

**Request No. 14**: All documents identifying the nature of the department providing accounting services (and the employees thereof) for you, Taishan, and/or any Affiliates and Subsidiaries.

> **Response to Request No. 14**: Taishan objects to Request No. 14 as vague and ambiguous with respect to the phrase "documents identifying the nature of the department providing accounting services." Taishan also objects to Request No. 14 as being overly broad and unduly burdensome. Subject to and without waiving these

objections, Taishan will undertake a reasonable search and produce documents responsive to this request.

**Request No. 15**: All documents identifying any sales, transfers, or exchanges of any assets (including but not limited to real estate, equipment, trademarks, licenses, leases, productions lines, etc.) between you, Taishan, and/or any Affiliates and Subsidiaries.

**Response to Request No. 15**: Taishan objects to Request No. 15 as being overly broad and unduly burdensome. Subject to and without waiving these objections, Taishan will undertake a reasonable search and produce documents responsive to this request.

**Request No. 16**: All documents identifying the allocation of profits and losses between you, Taishan, and/or any Affiliates and Subsidiaries.

**Response to Request No. 16**: Taishan objects to Request No. 16 as being overly broad and unduly burdensome. Taishan further advises that Taishan has previously produced the following documents responsive to this request identified as follows:

- Quarterly, Semi-annual, and annual balance sheets
    - Multi-month balance sheet, profit distribution statement and cash flow statement (financials as of April 2005 and June 30, 2005) (TG 00225952-TG 0025954)
    - 4-month balance sheet, profit distribution statement and cash flow statement (Financials as of April 2005 and Sept. 30, 2005) (TG 0025955-TG 0025957)
    - Annual balance sheet, profit distribution statement and cash flow statement (financials for 2005) (TG 0025958-TG0025961)
    - Quarterly balance sheet, profit distribution statement and cash flow statement (financial through first quarter of 2006) (TG 0025962-TG0025964)
    - Semi-annual balance sheet, profit distribution statement and cash flow statement (financials through first half of 2006) (TG 0025965-TG 0025967)
    - First three quarters balance sheet, profit distribution statement and cash flow statement (financials through the third quarter of 2006) (TG 0025968-TG 0025970)
    - Annual balance sheet, profit distribution statement and cash flow statement (financials for the year 2006) (TG 0025971-TG 0025974)

9

- Quarterly balance sheet, profit distribution statement and cash flow statement (financials through the first quarter of 2007) (TG 0025975-TG 0025977)
- Semi-annual balance sheet, profit distribution statement and cash flow statement (financials through the first quarter of 2007) (TG 0025978-TG0025980)
- First three quarters balance sheet, profit distribution statement and cash flow statement (financials through the third quarter of 2007) (TG 0025981-TG 0025983)
- Annual balance sheet, profit distribution statement and cash flow statement (financials for the year 2007) (TG 0025984-TG0025987)
- Quarterly balance sheet, profit distribution statement and cash flow statement (financials through first quarter of 2008) (TG 0025988-0025990)
- Semi-annual balance sheet, profit distribution statement and cash flow statement (financials through first half of 2008) (TG 0025991-TG 0025993)
- First three quarters balance sheet, profit distribution statement and cash flow statement (financials through the third quarter of 2008) (TG 0025994-TG 0025996)
- Annual balance sheet, profit distribution statement and cash flow statement (financials for the year 2008) (TG 0025997-TG 0026000)

Subject to and without waiving these objections and to the extent not already produced, Taishan will undertake a reasonable search and produce documents responsive to this request.

**Request No. 17**: All documents regarding joint or cooperative projects and undertakings with respect to you, Taishan, and/or any Affiliates and Subsidiaries.

**Response to Request No. 17**: Taishan objects to Request No. 17 as vague and ambiguous with respect to the term, "joint or cooperative projects and undertakings." Taishan also objects to Request No. 17 as being overly broad and unduly burdensome. Taishan will produce documents that it understands to be responsive to this request.

**Request No. 18**: All documents and communications regarding the identity and selection of all mines used to procure raw materials for Chinese drywall produced by Taishan and/or any Taishan Affiliates or Subsidiaries during the Relevant Time Period.

10

**Response to Request No. 18**: Taishan objects to Request No. 18 on the grounds that it seeks information not relevant to the scope of this discovery as defined by the Court nor reasonably calculated to lead to the discovery of relevant evidence. Taishan also objects to Request No. 18 as being overly broad and unduly burdensome. Subject to and without waiving these objections, Taishan will undertake a reasonable search and produce documents responsive to this request.

**Request No. 19**: All documents and communications regarding whether you, Taishan, and/or any Taishan Affiliates and Subsidiaries have conducted any business or participated in any legal proceedings (including litigation or appeals in any court or alternative dispute resolution processes, such as mediation and arbitration) in the United States at any time from July 17, 2014 to the present, and if so, all documents related to the profits (by year) earned by such entities since July 17, 2014.

**Response to Request No. 19**: Taishan objects to Request No. 19 as being overly broad and unduly burdensome. Subject to and without waiving these objections, Taishan will undertake a reasonable search and produce documents responsive to this request, to the extent any responsive documents exist and are in Taishan's custody and control.

**Request No. 20**: All documents or communications regarding whether you, Taishan, and/or any Taishan Affiliates and Subsidiaries have participated in any legal proceedings outside the United States (including litigation or appeals in any court or alternative dispute resolution processes, such as mediation and arbitration, including but not limited to proceedings before the China International Economic & Trade Arbitration Commission) involving any American corporate entities.

11

**Response to Request No. 20**: Taishan objects to Request No. 20 as being overly broad and unduly burdensome and should, at a minimum, be limited to proceedings occurring after July 17, 2014 to the present. Subject to and without waiving these objections, Taishan will undertake a reasonable search and produce documents responsive to this request, to the extent any responsive documents exist and are in Taishan's custody and control.

**Request No. 21**: All documents and communications regarding any commercial dealings with Alibaba.com (including any contracts or agreements with Alibaba and all efforts to use Alibaba.com to procure customers for the sale of and/or sell products to be delivered to an address in the United States) by you, Taishan, and/or any Taishan Affiliates and Subsidiaries from July 17, 2014 to the present.

**Response to Request No. 21**: Taishan objects to Request No. 21 as being overly broad and unduly burdensome. Subject to and without waiving these objections, Taishan will undertake a reasonable search and produce documents responsive to this request, to the extent any responsive documents exist and are in Taishan's custody and control.

**Request No. 22**: All resumes and Curriculums Vitae of each chairman, officer and director of you, Taishan, and Taishan Affiliates and Subsidiaries.

**Response to Request No. 22**: Taishan objects to Request No. 22 on the grounds that it seeks information not relevant to the scope of this discovery as defined by the Court nor reasonably calculated to lead to the discovery of relevant evidence. Taishan also objects to Request No. 22 as being overly broad and unduly burdensome. Subject to and without waiving the foregoing objections, Taishan will produce documents that are responsive to this request for any Taishan witness that will be deposed in this discovery.

**Request No. 23**: All documents and communications involving: (1) the retention of legal counsel related to litigation or claims in the United States involving Chinese drywall, and (2) the decision for Taishan to not appear at the July 17, 2014 Judgment Debtor Examination, including but not limited to communications with or involving the below referenced individuals and others employed by the same law firms:

    a) Lovells LLP (Prior to May 2010)
    1. Ina Brock;
    2. Eugene Chen;
    3. Joe Cyr;
    4. Renee Driver;
    5. Robert Lewis;
    6. Thomas Man;
    7. Peter McGowan;
    8. John Meltzer;
    9. Brad Ockene;
    10. Eric Statman;
    11. Christina Taber-Kewene;
    12. Karen Xu;
    13. Stacey Yuan.

    (b) Hogan Lovells US LLP
    1. Patricia Brannan;
    2. James Clare;
    3. Courtney Colligan;
    4. William Collins;
    5. Lauren Colton;
    6. Joe Cyr;
    7. Natoya Duncan;
    8. Ira Feinberg;
    9. Matthew Galvin;
    10. Renee Garcia;
    11. Mark Gately;
    12. Jose Irias;
    13. Carol Kooshian;
    14. Alvin Lindsay;
    15. Shawn MacLeod;
    16. Dominic Perella;
    17. Arona Samb;
    18. Frank Spano;
    19. Eric Statman;
    20. Jon Talotta;

21. Naomi Tanaka;
22. Thomas Truckess;
23. Albert Turnbull;
24. Gib Walton;
25. Joanna Wasick.

(c) Hogan Lovells International
1. Eugene Chen;
2. Macey Chung;
3. Nicole Gao;
4. Jieni Ji;
5. Lesley Jiang;
6. Eileen Liu;
7. John Meltzer;
8. Phoebe Yan;
9. Wei-Ning Yang;
10. Stacey Yuan;
11. Roy Zou.

(d) Stanley, Reuter, Ross, Thornton & Alford, LLC
1. Richard Stanley;
2. Tom Owen.

(e) Jingtian & Gongcheng
1. Chungang Dong;
2. Fang Ye;
3. Hang Zhao.

(f) Orrick
1. Thomas Harvey;
2. Katherine Ikeda;
3. James Stengel;
4. Christopher Vejnoska;
5. Xiang Wang;
6. Carol Yan;
7. Shelley Zhang.

(g) Schonekas, Evans, McGoey & McEachin, LLC
1. Thomas McEachin;
2. Kyle Schonekas;
3. Joelle Evans;
4. Jennifer Rabalais;

(h) Bezeale, Sachse & Wilson, LLP
1. Scott Hensgens;
2. David Kelly.

(i) Phelps Dunbar LLP
1. Chris Ralson;
2. Harry Rosenberg.

**Response to Request No. 23**: Taishan objects to Request No. 23 as overly broad and unduly burdensome in many respects, including (but not limited to) duplicating prior discovery, repeating a request previously adjudicated as overbroad, and attempting to infringe on the attorney-client privilege.

**Request No. 24**: All documents responsive to the deposition topics listed below.

**Response to Request No. 24**: Taishan will undertake a reasonable search and produce documents responsive to Request No. 24 with the exception of Deposition Topic No. 4 which Taishan objects to as stated below.

## RESPONSES AND OBJECTIONS TO 30(B)(6) DEPOSITION TOPICS

**Deposition Topic No. 1**: The nature of every transaction between you, Taishan, and any Taishan Affiliates and Subsidiaries, relating to (a) whether you are a single business enterprise, subject to the alter ego doctrine or the piercing the corporate veil doctrine and (b) whether you, Taishan, and any Taishan Affiliates or Subsidiaries conducted any business or participated in any legal proceedings (including litigation or appeals in any court and alternative dispute resolution processes, such as mediation and arbitration) in the United States on or after July 17, 2014 (and if so, what the profits of these entities were for 2014 and 2015 to date).

**Response to Deposition Topic No. 1**: Taishan objects to this Deposition Topic as overly broad and unduly burdensome with respect to seeking testimony about "every transaction

15

between you, Taishan and any Taishan Affilites and Subsidiaries." Taishan also objects to this Deposition Topic as vague and ambiguous in that it calls for the witness to make a legal conclusion as to "whether [Taishan is] a single business enterprise, subject to the alter ego doctrine or the piercing the corporate veil doctrine." Subject to and without waiving the foregoing objection, Taishan will produce a witness to testify concerning this topic to the extent it can be reasonably interpreted and understood.

**Deposition Topic No. 2**: Your relationship with Taishan and any Taishan Affiliates and Subsidiaries (including whether you or any Taishan Affiliate or Subsidiary are subject to liability or personal jurisdiction under a theory of alter ego, piercing the corporate veil, or a single business enterprise).

**Response to Deposition Topic No. 2**: Taishan objects to this Deposition Topic as vague and ambiguous in that it calls for the witness to make a legal conclusion as to "whether [Taishan is] subject to liability or personal jurisdiction under a theory of alter ego, piercing the corporate veil, or a single business enterprise." Subject to and without waiving the foregoing objection, Taishan will produce a witness to testify concerning this topic to the extent it can be reasonably interpreted and understood.

**Deposition Topic No. 3**: Your knowledge regarding whether Taishan and/or any Taishan ffiliates and Subsidiaries do business through Alibaba.com and all of your efforts to use libaba.com to sell products to be delivered to an address in the United States.

**Response to Deposition Topic No. 3**: Taishan will produce a witness to testify concerning this topic.

**Deposition Topic No. 4**: Your knowledge regarding: (1) the retention of legal counsel related to litigation or claims in the United States involving Chinese drywall, and (2) the decision for Taishan to not appear at the July 17, 2014 Judgment Debtor Examination.

> **Response to Deposition Topic No. 4**: Taishan objects to this Deposition Topic as overly broad and unduly burdensome in many respects, including (but not limited to) duplicating prior discovery, repeating a request previously adjudicated as overbroad, and attempting to infringe on the attorney-client privilege.

**Deposition Topic No. 5**: Your knowledge regarding whether you, Taishan, or any Taishan Affiliates and Subsidiaries have participated in any legal proceedings outside the United States (including litigation or appeals in any court and alternative dispute resolution processes, such as mediation and arbitration, including but not limited to proceedings before the China International Economic & Trade Arbitration Commission) involving any American corporate entities.

> **Response to Deposition Topic No. 5**: Taishan will produce a witness to testify concerning this topic.

Dated: April 3, 2015

Respectfully submitted,

/s/ Bernard Taylor
Bernard Taylor, Esq.
Georgia Bar No. 669625
Michael P. Kenny, Esq.
Georgia Bar No. 415064
Cari K. Dawson, Esq.
Georgia Bar No. 213490
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
michael.kenny@alston.com
*Counsel for Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd.*

17

Alan Dean Weinberger
LA Bar No. 13331
HANGARTNER, RYDBERG & TERRELL, LLC
One Shell Square
701 Poydras St., Suite 310
New Orleans, Louisiana 70179
Phone: (504) 434-6815
Fax: (504) 522-5689
aweinberger@hanrylaw.com
*Local Counsel for Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **TAISHAN GYPSUM CO. LTD. AND TAI'AN TAISHAN PLASTERBOARD CO. LTD.'S RESPONSE AND OBJECTIONS TO THE PSC'S NOTICES OF EXPEDITED ORAL AND VIDEOTAPED DEPOSITION** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail on this 3rd day of April, 2015.

/s/ Christina Hull Eikhoff
Christina Hull Eikhoff, Esq.
Georgia Bar No. 242539
ALSTON & BIRD LLP
1201 West Peachtree Street NW
Atlanta, Georgia 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
Christy.Eikhoff@alston.com
*Counsel for Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd.*