# EXHIBIT 6

**PSC's Additions to Discovery Requests on Taishan**

- Note: The PSC's additions to the April 9 Notices are **bolded**.

| List of Entities from March 19 Notices | Exhibit A List of Entities from April 9 Notices |
|---|---|
| i. State-owned Assets Supervision and Administration Commission of the State Counsel ("SASAC"); | 1. State-owned Assets Supervision and Administration Commission of the State Counsel ("SASAC") |
| ii. China National Building Materials Group, Co., Inc. Ltd. ("CNBM Group"); | 2. China National Building Materials Group Co., Ltd. ("CNBM Group") |
| iii. China Cinda Asset Management Co., Ltd. ("Cinda"); | 3. China Cinda Asset Management Co., Ltd. ("Cinda") |
| iv. China Building Materials Academy; | 4. China Building Materials Academy |
| v. Beijing New Building Material Group Co., Ltd. ("BNBM Group"); | 5. Beijing New Building Material Group Co., Ltd. ("BNBM Group") |
| vi. China National Building Material Import and Export Company ("CNBM Trading"); | 6. China National Building Material Import and Export Company ("CNBM Trading") |
| vii. CNBM Forest Products, Ltd.; | 7. CNBM Forest Products, Ltd. |
| viii. CNBM Forest Products (Canada) Ltd.; | 8. CNBM Forest Products (Canada), Ltd. |
| ix. China National Building Material Co., Ltd. a/k/a China Nation Building Material Company, Ltd. ("CNBM"); | 9. China National Building Material Co., Ltd. ("CNBM") |
| x. China United Cement Co., Ltd. ("China United"); | 10. China United Cement Corporation (f/k/a China United Cement Group Corporation, Ltd.) (f/k/a China United Cement Co., Ltd.) ("China United") |
| xi. China United Cement Huaihai Co., Ltd. f/k/a China United Julong Huaihai Cement Co., Ltd.; | 11. China United Cement Huaihai Co., Ltd. (f/k/a China United Julong Huaihai Cement Co., Ltd.) |
| xii. Qingzhou China United Cement Company Limited f/k/a China United Qingzhou Luhong Cement Co., Ltd.; | 12. Qingzhou China United Cement Company Limited (f/k/a China United Qingzhou Luhong Cement Co., Ltd.) |
| xiii. China United Cement Zaozhuang Company, Limited f/k/a Zaozhuang China United Luhong Cement Co., Ltd.; | 13. China United Cement Zaozhuang Company, Limited (f/k/a Zaozhuang China United Luhong Cement Co., Ltd.) |
| xiv. China Composites Group Corp., Ltd. ("China Composites"); | 14. China Composites Group Corp., Ltd. ("China Composites") |
| xv. Lianyungang Zhongfu Lianzhong Composite Material Group Co., Ltd.; | 15. Lianyungang Zhongfu Lianzhong Composite Material Group Co., Ltd. ("Zhongfu Lianzhong") |
| xvi. Shanghai Yaohua Pilkington Glass Co., Ltd.; | 16. Shanghai Yaohua Pilkington Glass Co., Ltd. |
| xvii. Changzhou China Composites Liberty Co., Ltd. ("Zhongfu | 17. Changzhou China Composites Liberty Co., Ltd. ("Zhongfu Liberty") |
| | 18. Changzhou China Composites Tianma Fiberglass Products Co., Ltd. ("Zhongxin |

| | |
|---|---|
| Liberty'); | Tianma") |
| xviii. Changzhou China Composites Tianma Fiberglass Products Co., Ltd. ("Zhongxin Tianma"); | 19. Changzhou Liberty TOLI Building Material Co., Ltd. ("Liberty TOLI") |
| xix. Changzhou Liberty TOLI Building Material Co., Ltd.; | 20. China Fiberglass Co., Ltd. ("China Fiberglass") |
| xx. China Fiberglass Co., Ltd. ("China Fiberglass"); | 21. Jushi Group Co., Ltd. ("Jushi Group") |
| xxi. Jushi Group Co., Ltd.; | 22. China Triumph International Engineering Co., Ltd. ("CTIEC") |
| xxii. China Triumph International Engineering Co., Ltd. ("CTIEC"); | 23. Nanjing Triumph International Engineering Company Limited (f/k/a China Triumph International Engineering Company Limited) (f/k/a China Triumph Nanjing Cement Technological Engineering Co., Ltd.) |
| xxiii. Nanjing Triumph International Engineering Company Limited f/k/a China Triumph International Engineering Company Limited f/k/a China Triumph Nanjing Cement Technological Engineering Co., Ltd.; | 24. CTIEC Shenzhen Scieno-tech Engineering Co., Ltd. |
| xxiv. CTIEC Shenzhen Scieno-tech Engineering Co., Ltd.; | 25. China Triumph Bengbu Engineering and Technology Co., Ltd. ("Bengbu Triumph") |
| xxv. China Triumph Bengbu Engineering and Technology Co., Ltd.; | 26. CNBM Investment Company Limited (f/k/a BND Co., Ltd.) |
| xxvi. CNBM Investment Company Limited (f/k/a BND Co., Ltd.): | 27. Beijing New Building Material Public Limited Company ("BNBM") |
| xxvii. Beijing New Building Material Public Limited Company | 28. Beijing New Building Materials Homes Co., Ltd. |
| xxviii. Beijing New Building Materials Homes Co., Ltd.; | 29. BNBM Suzhou Mineral Fiber Ceiling Company, Limited (f/k/a "Suzhou Tianfeng New Building Material Co., Ltd.") |
| xxix. BNBM Suzhou Mineral Fiber Ceiling Company, Limited (f/k/a "Suzhou Tianfeng New Building Material Co., Ltd."); | 30. Taishan Gypsum Co., Ltd. (f/k/a Shandong Taihe Dongxin Co., Ltd.) ("Taishan") |
| xxx. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd.; | 31. Qinhuangdao Taishan Building Materials Co., Ltd. (a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd.) |
| xxxi. Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd.; | 32. Tai'an Taishan Plasterboard Co., Ltd. ("TTP") |
| xxxii. Tai'an Taishan Plasterboard Co., Ltd.; | 33. China United Luhong Cement Co., Ltd. |
| xxxiii. China United Luhong Cement Co., Ltd.; | 34. China United Nanyang Co. |
| xxxiv. China United Nanyang Co.; | 35. Xingtai China United Ziyan Co., Ltd. |
| xxxv. Xingtai China United Ziyan Co., Ltd.; | 36. China National Building Materials and Equipment Import and Export Corporation ("China Equipment") |
| xxxvi. China National Building Material and Equipment Import and Export Company ("China Equipment"); | 37. Shenzhen B&Q Decoration & Building Materials Co., Ltd. ("Shenzhen B&Q") |
| xxxvii. Shenzhen B&Q Decoration & Building | **38. Beijing Incubator New Material Company Limited** |
| | **39. Ningbo Beijing New Construction Materials Company Limited** |
| | **40. Shenzhen Beijing New Real Estate** |

| | |
|---|---|
| Materials Co., Ltd.<br>("Shenzhen B&Q");<br>xxxviii. Tai'an Taishan Plasterboard Co., Ltd.<br>("TPP"). | **Company Limited**<br>**41. United Suntech Craft,Inc. a/k/a United Suntech Craft,Inc., 2006 LIMITED**<br>**42. Jiangjin Taishan Gypsum Construction Material Company Limited**<br>**43. Hengshui Taishan Gypsum Construction Material Company Limited**<br>**44. Dongguan BNBM Housing Design and Engineering Company Limited**<br>**45. Beijing Jieruixin Door & Window Company Limited**<br>**46. Chengdu Beijing New Construction Materials Company Limited**<br>**47. Taicang Beijing New Construction Materials Company Limited**<br>**48. Taian Donglian Investment Trading Company Limited**<br>**49. Fuxin Taishan Gypsum Construction Material Company Limited**<br>**50. Zhejiang Wenzhou Taishan Gypsum Construction Material Company Limited**<br>**51. Hebei Taishan Huaao Construction Material Company Limited**<br>**52. CNBM Energy Co., Ltd. ("CNBM Energy")**<br>**53. CNBM Forest Products New Zeland Limited ("Forest Products NZ")**<br>**54. CNBM Forest Products Trading, Ltd.**<br>**55. CNBM International Corporation**<br>**56. CNBM International Engineering Co. Ltd**<br>**57. CNBM Technology Co., Ltd.**<br>**58. CNBM International Equipment, Co.**<br>**59. CNBM USA, Corp.**<br>**60. CTIEC-TECO**<br>**61. CNBM – CMAX**<br>**62. CNBM- Parts**<br>**63. CNBM Solar**<br>**64. BNBM of America, Inc.**<br>**65. BNBMG Metal**<br>**66. INTECH Building Co., Ltd.** |

| March 19 Notices – List of Individuals | April 9 Notices – Exhibit B and C Lists of Individuals |
|---|---|
| No list of individuals included. | **Bao, Wenchun** |
| | **Cai, Guobin** |
| | **Cao, Jianglin** |
| | **Chang, Zhangli** |
| | **Che, Gang** |
| | **Chen, Shaoming** |
| | **Chen, Xinghua** |
| | **Chen, Xuean** |
| | **Chen, Yu** |
| | **Chen, Zhongjian** |
| | **Cheung, Kenneth** |
| | **Chi, Haibin** |
| | **Cui, Lijun** |
| | **Cui, Shuhong** |
| | **Cui, Xingtai** |
| | **Dai, Zhiming** |
| | **Duan, Zhentao** |
| | **Fang, Shin** |
| | **Fu, Tinghuan** |
| | **Gu, Xiujuan** |
| | **Guang, Zhaoyu** |
| | **Guo, Chaomin** |
| | **Hao, Zhenhua** |
| | **He, Jingling** |
| | **Hou, Jie** |
| | **Hou, Yanyun** |
| | **Hu, Jinyu** |
| | **Huang, Anzhong** |
| | **Ji, Zhifeng** |
| | **Jia, Jianjun** |
| | **Jia, Marx** |
| | **Jia, Tongchun** |
| | **Jiao, Wenbo** |
| | **Kai, Cai** |
| | **Kang, Yinguo** |
| | **Kang, Zhiguo** |
| | **Kong, Qingguo** |
| | **Lau Ko Yuen (Tom)** |
| | **Lee, Frank** |
| | **Lee, Mei Yi** |
| | **Li, Decheng** |
| | **Li, Jiang** |
| | **Li, Owen** |
| | **Li, Ruizhong** |

| | |
|---|---|
| | **Li, Yimin** |
| | **Li, Zhizhen** |
| | **Liu, Baoying** |
| | **Liu, Chijin** |
| | **Liu, Wenhu** |
| | **Liu, Zhiping** |
| | **Lo, Yee Har Susan** |
| | **Lu, Jinshan** |
| | **Lu, Xiaoqiang** |
| | **Lv, Wenyang** |
| | **Ma, Jianguo** |
| | **Ma, Zhongzhi** |
| | **Meng, Fanlong** |
| | **Ni, Xiaoting** |
| | **Pei, Hongyan** |
| | **Peng, Shiliang** |
| | **Peng, Shou** |
| | **Peng, Wenlong a/k/a Clem, Frank** |
| | **Peng, Xuefeng** |
| | **Qi, Yingchen** |
| | **Qiao, Longde** |
| | **Qin, Qinghua** |
| | **Qin, Qingwen** |
| | **Ren, Xulian** |
| | **Shan, Jianmin** |
| | **Shen, Anqin** |
| | **Shi, Keping** |
| | **Song, Qinghai** |
| | **Song, Zhiping** |
| | **Sun, Qingli** |
| | **Tang, Yunwei** |
| | **Tao, Zheng** |
| | **Wan, Guangjin** |
| | **Wang, Bing** |
| | **Wang, Fengqin** |
| | **Wang, Junsheng** |
| | **Wang, Lifeng** |
| | **Wei, Chunshan** |
| | **Wei, David** |
| | **Wei, Dongling a/k/a Wei, Grace** |
| | **Wu, Jiwei** |
| | **Wu, Fade** |
| | **Wu, Liansheng** |
| | **Xiao, Jiaxiang** |
| | **Xiong, Jiwen** |
| | **Xu, Jingchang** |

|  | Xu, Jinhua |
|  | Xu, Xinghu |
|  | Xue, Shufeng |
|  | Xue, Yuli |
|  | Yang, Jiapo a/k/a Yang, Apollo |
|  | Yang, Quanmin |
|  | Yang, Yanjun |
|  | Yao, Jixin |
|  | Yao, Yan |
|  | Yu, Xianfeng |
|  | Yuan, Yamin a/k/a Yuan, Jack |
|  | Zhang, Andy |
|  | Zhang, Chengong |
|  | Zhang, Dingjin |
|  | Zhang, Jianchun |
|  | Zhang, Jijun |
|  | Zhang, Min |
|  | Zhang, Nailing |
|  | Zhang, Renwei |
|  | Zhang, Zhaomin |
|  | Zhao, Lihua |
|  | Zhao, Xiaogang |
|  | Zhao, Xiuyun |
|  | Zheng, Jiayun |
|  | Zhou, Changxin |
|  | Zhou, Daojiong |
|  | Zhou, Guoping |
|  | Zhou, Huan |
|  | Zhou, Jiming |
|  | Zhu, Tenggao |
|  | Zhu, Yan |
|  | Zhu, Yanfu |
|  | Zhuang, Laiyou |
|  | Zhuo, Jinfeng |
|  | Zou, Yunxiang |
|  | Zuo, Fenggao |

| Item | March 19 Notices | April 9 Notices |
|---|---|---|
| **Notices at p. 2** | "The instant notice of oral and videotaped deposition is in addition to the previously noticed deposition and is in no way intended to supplant the prior noticed deposition." | "…these amended and supplemental requests and deposition topics are hereby propounded and served **without any concession regarding the merits of defendant's objections, and without any extension for responding to the March 19, 2015 notice and requests for production**..." |

| Schedule A | List of "Taishan Affiliates" under 2(n) | List of Taishan Affiliates under PSC's Exhibit A **adding 28 new entities**. See comparison below this chart. |
|---|---|---|
| Schedule A | (k) "Taishan" means Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd. | (k) "Taishan" means Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd.; **"BNBM" means Beijing New Building Material Public Limited Company; "BNBM Group" means Beijing New Building Material Group Co., Ltd.; "CNBM" means China National Building Material Company Limited; and "CNBM Group" means China National Building Material Group Corporation.** |
| Request 1 | All documents and communications related to the conduct of any business in the United States by you, Taishan, and/or any Taishan Affiliates and Subsidiaries since July 17, 2014. | All documents and communications related to the conduct of any business in the United States by you **or any company listed in Exhibit A** since July 17, 2014.<br><br>**Please include in your response documents which evidence, describe, explain or relate to any such business, including: trademark applications and/or registrations, patent applications and/or registrations, invoices, contracts, leases, certifications, warranties, receipts, bills of lading, shipping records, sales records, purchase records, storage records, letters of credit, payment records, import documentation, and export documentation.**<br><br>**Please also include in your response to this request all communications and correspondence (including e-mails, faxes, letters and memos) to, from or between:**<br>**a) you and any of the [66] companies identified in Exhibit A, and**<br>**b) any of the [126] persons identified in Exhibit B, related to any business conducted in the United States by you or any company listed in Exhibit A since July 17, 2014.** |

7

| Request 2 | All documents identifying the relationship between you, Taishan, and/or any Taishan Affiliates and Subsidiaries, including any ownership interests and/or common directors and officers during the Relevant Time Period. | 2. All documents and communications related to the status and nature of the business relationship between you **and any of the companies listed in Exhibit A during the time period of January 1, 2005 to present**. **Please include in your response any documents which evidence, describe or explain:**<br><br>   **a)  the ownership interest which you had and/or have in any company identified in Exhibit A,**<br>   **b)  the ownership interest which any company identified in Exhibit A had and/or has in you,**<br>   **c)  the identities and titles of any of your past or current chairman, officers, directors, supervisors, executives, committee members or legal representatives who (at any time from January 1, 2005 to present) also worked with or for any of the companies identified in Exhibit A,**<br>   **d)  the identities of any of your past or current accountants, accounting firms, auditors or auditing firms who/which (at any time from January 1, 2005 to present) also worked or provided services for any of the companies identified in Exhibit A, e) any policies, procedures,**<br>   **e)  rules or guidelines which you followed and/or implemented (at any time from January 1, 2005 to present) due to any directive and/or requirement of any company identified in Exhibit A,**<br>   **f)  any joint or shared banking, checking or other accounts which (at any time from January 1, 2005 to present) you had or have with any company identified in Exhibit and**<br>   **g)  any joint, shared or coordinated purchase of raw materials, advertisements or**<br>   **h)  public relation campaigns which (at any time from January 1, 2005 to** |
|---|---|---|

| | | present) you had, have, engaged in, or are engaged in with any company identified in Exhibit A. |
|---|---|---|
| **Request 3** | All documents identifying common administrative departments and personnel between you, Taishan, and/or any Taishan Affiliates and Subsidiaries | All documents evidencing, describing, governing, relating to, and/or identifying **any service vendors, inter-company departments, and/or personnel shared by you (or performing services for you) and any company identified in Exhibit A (at the same time or at different times but still during the time period) between January 1, 2005 and present**, including but not limited to:<br><br>a) **any such service vendors and/or intercompany departments handling: accounting, finance, human resources, auditing, payroll departments, "IT" and/or technology, customer service, sales, international sales, marketing, advertising, import and/or export, recruiting, engineering, production, manufacturing, maintenance, or janitorial, and**<br>b) **any individual identified in Exhibit B**. |
| **Request 4** | All documents identifying all loans, pledges, stock transfers, supply of assets, guarantees, warrants and/or financing of whatever nature between you, Taishan, and/or any Taishan Affiliates and Subsidiaries. | All documents identifying any loans, pledges, stock transfers, supply of assets, guarantees, warranties and/or financing of whatever nature between you **and any company listed in Exhibit A during the time period of January 1, 2005 to present.** |
| **Request 5** | All documents identifying your capitalization (including all reported financial documents (including but not limited to annual reports, quarterly reports, profits and loss statements) that are sufficient to show your capitalization) and the capitalization of Taishan and/or any Taishan Affiliates and Subsidiaries. | All documents identifying capitalization of you **and/or any company or companies listed in Exhibit A during the time period of January 1, 2005 to present.**<br><br>**Your response to this request should include annual reports, quarterly reports, profit and loss statements, balance sheets, bank accounts, banking records, capital verification reports, any documents submitted or provided by you or to you for purposes of any capital verification reports,** |

9

| | | general public offerings, interim reports, prospectus materials and/or any reported or unreported financial statements or reports and drafts thereof which show your capitalization and/or the capitalization of any company listed in Exhibit A during the time period of January 1, 2005 to present. |
|---|---|---|
| **Request 6** | All documents related to your corporate organization and structure and the organization and structure of Taishan and/or any Taishan Affiliates and Subsidiaries. | All documents related to **the vertical and horizontal** corporate organizational structure**, relationship and/or hierarchy between you and any company listed in Exhibit A during the time period of January 1, 2005 to present.** |
| **Request 7** | All documents identifying the source of payment of the salaries and other expenses and losses of you, Taishan, and/or any Taishan Affiliates and Subsidiaries. | All documents **evidencing, explaining, describing or related to** identifying the source(s) **and amount(s) of** payment of salaries, **wages, bonuses, remuneration, expense reimbursement, and/or any other payments**:<br>a) **from you to any person listed in Exhibit B, and**<br>b) **from any company list in Exhibit A to any person listed in Exhibit C, during the time period of January 1, 2005 to present.** |
| **Request 8** | All documents related to any business you, Taishan, and/or any Taishan Affiliates and Subsidiaries conducted in the United States, and the source of that business, from July 17, 2014 to the present. | **NEW REQUEST: All documents evidencing, explaining, describing or related to any investments or financial dealings with United States Banks, namely USB, JP Morgan Chase or Morgan Stanley, which:**<br>a) **you,**<br>b) **any person listed in Exhibit B, or**<br>c) **any company listed in Exhibit A, conducted during the time period of January 1, 2005 to present.** |
| **Request 9** | All documents related to the sharing of property, equipment, or machinery and/or the exchange of property, equipment, or machinery between you, Taishan, and/or any Affiliates and Subsidiaries. | All documents related to the sharing, **co-leasing and/or co-ownership** of property, equipment, or machinery and/or the exchange of property, equipment, or machinery between:<br>a) **you and any of the companies listed in Exhibit A, and**<br>b) **any of the companies listed in Exhibit A, during the time period of January 1, 2005 to present**. |

| | | |
|---|---|---|
| **Request 10** | All documents related to compliance with corporate formalities by you, Taishan, and/or any Affiliates and Subsidiaries. | All documents which, **from January 1, 2005 to present, you have provided to or have received from any of the Companies identified in Exhibit A, in connection with any internal or external corporate or company requirement(s) (i.e., from within your company or from an affiliated company), as well as copies of any said written internal or external rules, guidelines, directives and/or requirements (i.e., from within your company or from an affiliated company) which govern the production or receipt of said documents.** |
| **Request 11** | All documents related to common employees (whether past or present) of you, Taishan, and/or any Affiliates and Subsidiaries. | All personnel records and/or company records from **January 1, 2005 to present**, which you **have relative to and/or from any person listed in Exhibit A**.<br><br>**Please also include in your response:**<br><br>a) **copies of the hard drives of the computers utilized by these persons;**<br>b) **any and all emails sent by, to or between these persons which describe, explain or address any sales, purchases, shipments, income, profits, trademarks, patents or complaints related to any of your drywall which was sold or delivered to any person or entity in the United States; and**<br>c) **any and all documents which evidence, describe or explain the job title, responsibilities, supervisor(s), direct report(s), any aliases, and dates of service or employment (including but not limited personnel records and employment files) of any individual listed in Exhibit A for each of the years from January 1, 2005 to present. Please also produce any documents which evidence and/or identify the names, aliases, current job titles, prior job titles, supervisors, direct reports and/or dates of employment of all people** |

11

| | | **who have worked for or been employed by you from January 1, 2005 to present.** |
|---|---|---|
| **Request 12** | All documents evidencing the rendition of services performed by employees of other corporate entities for you, Taishan, and/or any Affiliates and Subsidiaries. | All documents evidencing the rendition of services performed by employees of other corporate entities **and/or any person listed in Exhibit B for both you and/or any company listed in Exhibit A during the time period of January 1, 2005 to present.** |
| **Request 13** | All documents identifying any common offices of you, Taishan, and/or any Affiliates and Subsidiaries. | All documents identifying any offices**, buildings, facilities and/or other physical locations utilized by both you and any company listed in Exhibit A during the time period of January 1, 2005 to present**, **including any documents regarding arrangements or agreements relative to same (e.g., leases, contracts, and payment).** |
| **Request 14** | All documents identifying the nature of the department providing accounting services (and the employees thereof) for you, Taishan, and/or any Affiliates and Subsidiaries. | All documents identifying the department providing accounting services (and the employees thereof, **including, but not limited to, the persons listed in Exhibit B) for you and/or any company listed in Exhibit A during the time period of January 1, 2005 to present.** |
| **Request 15** | All documents identifying any sales, transfers, or exchanges of any assets (including but not limited to real estate, equipment, trademarks, licenses, leases, productions lines, etc.) between you, Taishan, and/or any Affiliates and Subsidiaries. | All documents identifying any sales, transfers, or exchanges of any assets **(including but not limited to real estate, equipment, trademarks, licenses, leases, productions lines, raw materials, or goodwill) between you and any company listed in Exhibit A during the time period of January 1, 2005 to present.** |
| **Request 16** | All documents identifying the allocation of profits and losses between you, Taishan, and/or any Affiliates and Subsidiaries. | All documents **evidencing, describing or relating to** any profits and/or losses which you shared with **any company listed in Exhibit A during the time period of January 1, 2005 to present.** |
| **Request 17** | All documents regarding joint or cooperative projects and undertakings with respect to you, Taishan, and/or any Affiliates and Subsidiaries. | All documents regarding joint or cooperative projects, **ventures or other business opportunity undertaken by both you and any company listed in Exhibit A during the time period of January 1, 2005 to present.** |

| | | |
|---|---|---|
| **Request 18** | All documents and communications regarding the identity and selection of all mines used to procure raw materials for Chinese drywall produced by Taishan and/or any Taishan Affiliates or Subsidiaries during the Relevant Time Period. | All documents and communications regarding the identity, selection, **sale, purchase, ownership, licensing, permitting and/or leasing** of any mine, **including but not limited to the Luneng mine**, used to procure raw materials for drywall produced by you **or any company listed in Exhibit A during the time period of January 1, 2005 to present.** |
| **Request 19** | All documents and communications regarding whether you, Taishan, and/or any Taishan Affiliates and Subsidiaries have conducted any business or participated in any legal proceedings (including litigation or appeals in any court or alternative dispute resolution processes, such as mediation and arbitration) in the United States at any time from July 17, 2014 to the present, and if so, all documents related to the profits (by year) earned by such entities since July 17, 2014. | All documents and communications regarding whether you, **any company listed in Exhibit A and/or any person listed in Exhibit B** have participated in any legal proceedings (other than the instant litigation), including litigation or appeals in any court or alternative dispute resolution processes, such as mediation and arbitration, in the United States at any time from July 17, 2014 to the present. <br><br>**Please include in your response documents which evidence, describe, explain or relate to any such participation in legal proceedings, including pleadings, discovery, correspondence, court filings, judgments, and orders.** <br><br>**Please also include in your response to this request all communications and correspondence (including e-mails, faxes, letters and memos) to, from or between:** <br>**a)  you and any of the companies identified in Exhibit A, and** <br>**b)  any of the persons identified in Exhibit B, related to any such legal proceedings in the United States by you or any company listed in Exhibit A since July 17, 2014.** <br><br>**If you or any company identified in Exhibit A have participated in any such legal proceedings in the United States since July 17, 2014, please also produce, all documents related to the profits (by month and/or year) earned by such entities since July 17, 2014, including: balance sheets, profit and loss statements, accounting reports, financial** |

13

| | | reports, and other income-related documentation |
|---|---|---|
| **Request 20** | All documents or communications regarding whether you, Taishan, and/or any Taishan Affiliates and Subsidiaries have participated in any legal proceedings outside the United States (including litigation or appeals in any court or alternative dispute resolution processes, such as mediation and arbitration, including but not limited to proceedings before the China International Economic & Trade Arbitration Commission) involving any American corporate entities. | All documents or communications regarding whether you, **any company listed in Exhibit A, and/or any person listed in Exhibit B** have participated in any legal proceedings outside the United States (including litigation or appeals in any court or alternative dispute resolution processes, such as mediation and arbitration, including but not limited to proceedings before the China International Economic & Trade Arbitration Commission) involving any American corporate entities **during the time period of January 1, 2005 to present.** <br><br> **Please include in your response documents which evidence, describe, explain or relate to any such participation in legal proceedings outside the United States, including pleadings, discovery, correspondence, court filings, judgments, and orders. Please also include in your response to this request all communications and correspondence (including e-mails, faxes, letters and memos) to, from or between:** <br> a) **you and any of the companies identified in Exhibit A, and** <br> b) **any of the persons identified in Exhibit B, related to any such legal proceedings outside of the United States by you or any company listed in Exhibit A from January 1, 2005 to present.** |
| **Request 21** | All documents and communications regarding any commercial dealings with Alibaba.com (including any contracts or agreements with Alibaba and all efforts to use Alibaba.com to procure customers for the sale of and/or sell products to be delivered to an address in the United States by you, Taishan, and/or any Taishan | All documents and communications regarding any commercial dealings with Alibaba.com (including any contracts or agreements with Alibaba and all efforts to use Alibaba.com) to procure customers for the sale of and/or sell products to be delivered to an address in the United States by you, **any company listed in Exhibit A, and/or any person listed in Exhibit B** from July 17, 2014 to the present. |

14

| | | |
|---|---|---|
| | Affiliates and Subsidiaries from July 17, 2014 to the present. | |
| **Request 22** | All resumes and Curriculums Vitae of each chairman, officer and director of you, Taishan, and Taishan Affiliates and Subsidiaries. | All resumes and Curriculums Vitae of each chairman, officer and director, **including, but not limited to, all persons listed in Exhibit B, of yours and/or of any company listed in Exhibit A during the time period of January 1, 2005 to present.** |
| **Request 23** | All documents and communications involving: (1) the retention of legal counsel related to litigation or claims in the United States involving Chinese drywall, and (2) the decision for Taishan to not appear at the July 17, 2014 Judgment Debtor Examination, including but not limited to communications with or involving the below referenced individuals and others employed by the same law firms:<br><br>a) Lovells LLP (Prior to May 2010)<br>1. Ina Brock;<br>2. Eugene Chen;<br>3. Joe Cyr;<br>4. Renee Driver;<br>5. Robert Lewis;<br>6. Thomas Man;<br>7. Peter McGowan;<br>8. John Meltzer;<br>9. Brad Ockene;<br>10. Eric Statman;<br>11. Christina Taber-Kewene;<br>12. Karen Xu;<br>13. Stacey Yuan.<br><br>(b) Hogan Lovells US LLP<br>1. Patricia Brannan;<br>2. James Clare;<br>3. Courtney Colligan;<br>4. William Collins;<br>5. Lauren Colton;<br>6. Joe Cyr; | All documents and communications involving:<br>(1) the retention of legal counsel by you or **any company listed in Exhibit A,** related to litigation or claims in the United States involving Chinese drywall, and<br>(2) the decision for Taishan not to appear at the July 17, 2014 Judgment Debtor Examination, including but not limited to any communications with or involving:<br>    a) **any person listed in Exhibit B,** and<br>    b) the below referenced individuals, and/or others employed by the listed law firms:<br><br>a) Lovells LLP (Prior to May 2010)<br>1. Ina Brock;<br>2. Eugene Chen;<br>3. Joe Cyr;<br>4. Renee Driver;<br>5. Robert Lewis;<br>6. Thomas Man;<br>7. Peter McGowan;<br>8. John Meltzer;<br>9. Brad Ockene;<br>10. Eric Statman;<br>11. Christina Taber-Kewene;<br>12. Karen Xu;<br>13. Stacey Yuan.<br><br>(b) Hogan Lovells US LLP<br>1. Patricia Brannan;<br>2. James Clare;<br>3. Courtney Colligan;<br>4. William Collins; |

| | |
|---|---|
| 7. Natoya Duncan;<br>8. Ira Feinberg;<br>9. Matthew Galvin;<br>10. Renee Garcia;<br>11. Mark Gately;<br>12. Jose Irias;<br>13. Carol Kooshian;<br>14. Alvin Lindsay;<br>15. Shawn MacLeod;<br>16. Dominic Perella;<br>17. Arona Samb;<br>18. Frank Spano;<br>19. Eric Statman;<br>20. Jon Talotta;<br>21. Naomi Tanaka;<br>22. Thomas Truckess;<br>23. Albert Turnbull;<br>24. Gib Walton;<br>25. Joanna Wasick.<br><br>(c) Hogan Lovells International<br>1. Eugene Chen;<br>2. Macey Chung;<br>3. Nicole Gao;<br>4. Jieni Ji;<br>5. Lesley Jiang;<br>6. Eileen Liu;<br>7. John Meltzer;<br>8. Phoebe Yan;<br>9. Wei-Ning Yang;<br>10. Stacey Yuan;<br>11. Roy Zou.<br><br>(d) Stanley, Reuter, Ross,<br>Thornton & Alford, LLC<br>1. Richard Stanley;<br>2. Tom Owen.<br><br>(e) Jingtian & Gongcheng<br>1. Chungang Dong;<br>2. Fang Ye;<br>3. Hang Zhao.<br><br>(f) Orrick<br>1. Thomas Harvey;<br>2. Katherine Ikeda; | 5. Lauren Colton;<br>6. Joe Cyr;<br>7. Natoya Duncan;<br>8. Ira Feinberg;<br>9. Matthew Galvin;<br>10. Renee Garcia;<br>11. Mark Gately;<br>12. Jose Irias;<br>13. Carol Kooshian;<br>14. Alvin Lindsay;<br>15. Shawn MacLeod;<br>16. Dominic Perella;<br>17. Arona Samb;<br>18. Frank Spano;<br>19. Eric Statman;<br>20. Jon Talotta;<br>21. Naomi Tanaka;<br>22. Thomas Truckess;<br>23. Albert Turnbull;<br>24. Gib Walton;<br>25. Joanna Wasick.<br><br>(c) Hogan Lovells International<br>1. Eugene Chen;<br>2. Macey Chung;<br>3. Nicole Gao;<br>4. Jieni Ji;<br>5. Lesley Jiang;<br>6. Eileen Liu;<br>7. John Meltzer;<br>8. Phoebe Yan;<br>9. Wei-Ning Yang;<br>10. Stacey Yuan;<br>11. Roy Zou.<br><br>(d) Stanley, Reuter, Ross, Thornton & Alford,<br>LLC<br>1. Richard Stanley;<br>2. Tom Owen.<br><br>(e) Jingtian & Gongcheng<br>1. Chungang Dong;<br>2. Fang Ye;<br>3. Hang Zhao.<br><br>(f) Orrick |

16

| | | |
|---|---|---|
| | 3. James Stengel;<br>4. Christopher Vejnoska;<br>5. Xiang Wang;<br>6. Carol Yan;<br>7. Shelley Zhang.<br><br>(g) Schonekas, Evans, McGoey & McEachin, LLC<br>1. Thomas McEachin;<br>2. Kyle Schonekas;<br>3. Joelle Evans;<br>4. Jennifer Rabalais;<br><br>(h) Bezeale, Sachse & Wilson, LLP<br>1. Scott Hensgens;<br>2. David Kelly.<br><br>(i) Phelps Dunbar LLP<br>1. Chris Ralson;<br>2. Harry Rosenberg. | 1. Thomas Harvey;<br>2. Katherine Ikeda;<br>3. James Stengel;<br>4. Christopher Vejnoska;<br>5. Xiang Wang;<br>6. Carol Yan;<br>7. Shelley Zhang.<br><br>(g) Schonekas, Evans, McGoey & McEachin, LLC<br>1. Thomas McEachin;<br>2. Kyle Schonekas;<br>3. Joelle Evans;<br>4. Jennifer Rabalais;<br><br>(h) Bezeale, Sachse & Wilson, LLP<br>1. Scott Hensgens;<br>2. David Kelly.<br><br>(i) Phelps Dunbar LLP<br>1. Chris Ralson;<br>2. Harry Rosenberg. |
| **Request 24** | All documents responsive to the deposition topics listed below. | **NEW REQUEST: Documents relating to any data, information or documentation you compiled, drafted, edited, provided or submitted to any entity identified in Exhibit A regarding any Annual Report, Interim Annual Report, or Public Offering (including but not limited to initial and global public offerings) of Taishan, CNBM, CNBM Group, BNBM or BNBM Group, between January 1, 2005 and the present date. Specifically, please provide any documents which:**<br><br>**a. evidence, describe, explain and/or formed the basis, protocol and/or procedure for how, when, in what format, and to which entity you would compile, draft, provide and/or submit the data, information and/or documentation;**<br><br>**b. evidence, describe, explain and/or formed the basis for which individuals were responsible for compiling, drafting, editing, providing and/or submitting the data,** |

| | | |
|---|---|---|
| | | information and/or documentation you provided;<br><br>c. constitute and/or evidence any communications (including faxes, letters, memos and e-mails) relating to you compiling, drafting, editing, providing or submitting any such data, information and/documentation;<br><br>d. constitute and/or evidence any communications (including faxes, letters, memos and e-mails) to, from or between any of the entities and/or individuals listed in Exhibit A and/or B, which communications discuss and/or address any such Annual Report, Interim Annual Report, or Public Offering or the subject matter of any such Annual Report, Interim Annual Report, or Public Offering.<br><br>e. constitute and/or evidence any drafts, and any final versions of the data, information and/or documentation you provided. |
| Request 25 | N/A | NEW REQUEST: Documents relating to any data, information or documentation you compiled, drafted, edited, provided or submitted to any entity identified in Exhibit A regarding any public announcement, voluntary announcement or press release of Taishan, CNBM, CNBM Group, BNBM or BNBM Group, between January 1, 2005 and the present date.<br><br>Specifically, please provide any documents which:<br>a. evidence, describe, explain and/or formed the basis, protocol and/or procedure for how, when, in what format, and to which entity you would compile, draft, provide and/or submit the data, information and/or documentation;<br><br>b. evidence, describe, explain and/or formed the basis for which individuals were responsible for compiling, |

18

| | | drafting, editing, providing and/or submitting<br>the data, information and/or documentation you provided;<br><br>c. constitute and/or evidence any communications (including faxes, letters, memos and e-mails) relating to you compiling, drafting, editing, providing or submitting any such data, information and/documentation;<br><br>d. constitute and/or evidence any communications (including faxes, letters, memos and e-mails) to, from or between any of the entities and/or individuals listed in Exhibit A and/or B, which communications discuss and/or address: any such announcement or the subject matter of any such announcement;<br><br>e. constitute and/or evidence any drafts, and any final versions of the data, information and/or documentation you provided. |
|---|---|---|
| **Request 26** | N/A | **NEW REQUEST**: Documents which you possess, as well as any and all communications between or among you and any of the entities listed on Exhibit A, or any of the individuals listed on Exhibit B, which identify the persons, entities and groups (underlined below) mentioned in the Hogan Lovell Production (attached as Exhibit E).<br><br>**Specifically, the identities of the following underlined individuals, entities and/or groups:**<br><br>[Filed Under Seal] |
| **Request 27** | N/A | **NEW REQUEST:** Documents evidencing, describing, explaining, governing and/or outlining which entities listed in Exhibit A and/or which individuals listed in Exhibit B had, from January 1, 2005 to present, any input, guidance, control, supervision or authority relative to your decision-making |

| | | |
|---|---|---|
| | | regarding the instant litigation, including but not limited to any matters addressed or mentioned in the Hogan Lovell Production (attached as Exhibit E). |
| **Request 28** | N/A | **NEW REQUEST: Documents which constitute, evidence, describe or explain your by-laws, company laws, articles of incorporation, articles of association, as well as the minutes from any of your shareholder, board, supervisor or committee meetings from January 1, 2005 to present.** |
| **Request 29** | N/A | **NEW REQUEST: Documents which constitute, evidence, describe, or explain any procedure, policy, plan, criteria or management style which you have used, implemented or followed based upon the request, direction and/or requirement of any company identified in Exhibit A. Please also produce any communication (including faxes, letters, memos and e-mails) to, from or between you and any company in Exhibit A, or any individual in Exhibit B, regarding any such procedure, policy, plan, criteria or management style which you have used, implemented or followed.** |
| **Request 30** | N/A | All documents responsive to the deposition topics listed below. |
| **Deposition Topics** | Pursuant to Rule 30(b)(6), you shall designate and produce for deposition one or more of your officers, directors, managing agents, or other persons who consent to testify on your behalf concerning the following subject matters:<br><br>1. The nature of every transaction between you, Taishan, and any Taishan Affiliates and Subsidiaries, relating to (a) whether you are a single business enterprise, subject to the alter ego doctrine or the piercing the corporate veil doctrine and (b) whether you, Taishan, and any | Pursuant to Rule 30(b)(6), you shall designate and produce for deposition one or more of your officers, directors, managing agents, or other persons who consent to testify on your behalf concerning the following subject matters:<br><br>**1.** The conduct of any business in the United States **by you or any company listed in Exhibit A since July 17, 2014, including facts and documents relative to same, as well as all communications and correspondence (including e-mails, faxes, letters and memos) to, from or between: a) you and any of the companies identified in Exhibit A, and b) any of the persons identified in Exhibit B, related to any business conducted in the United States by** |

| | |
|---|---|
| Taishan Affiliates or Subsidiaries conducted any business or participated in any legal proceedings (including litigation or appeals in any court and alternative dispute resolution processes, such as mediation and arbitrationon) in the United States on or after July 17, 2014 (and if so, what the profits of these entities were for 2014 and 2015 to date).<br><br>2. Your relationship with Taishan and any Taishan Affiliates and Subsidiaries (including whether you or any Taishan Affiliate or Subsidiary are subject to liability or personal jurisdiction under a theory of alter ego, piercing the corporate veil, or a single business enterprise).<br><br>3. Your knowledge regarding whether Taishan and/or any Taishan Affiliates and Subsidiaries do business through Alibaba.com and all of your efforts to use Alibaba.com to sell products to be delivered to an address in the United States.<br><br>4. Your knowledge regarding: (1) the retention of legal counsel related to litigation or claims in the United States involving Chinese drywall, and (2) the decision for Taishan to not appear at the July 17, 2014 Judgment Debtor Examination.<br><br>5. Your knowledge regarding whether you, Taishan, or any Taishan Affiliates and Subsidiaries have participated in | you or any company listed in Exhibit A since July 17, 2014. This topic includes the substance of the items sought in Request No. 1 above.<br><br>**2.** The status and nature of the business relationship between you and the companies **listed in Exhibit A during the time period of January 1, 2005 to present, including the information outlined/sought in Request No. 2 above. This topic includes the substance of the items requested in Request No. 2 above.**<br><br>**3. Any and all service vendors, inter-company departments, and/or personnel shared by you (or performing services for you) and any company identified in Exhibit A (at the same time or at different times but still during the time period) between January 1, 2005 and present. This topic includes the substance of the items sought in Request No. 3 above.**<br><br>**4. Any and all loans, pledges, stock transfers, supply of assets, guarantees, warranties and/or financing of whatever nature between you and any company listed in Exhibit A during the time period of January 1, 2005 to present. This topic includes the substance of the items sought in Request No. 4 above.**<br><br>**5. Capitalization of you and/or any company or companies listed in Exhibit A during the time period of January 1, 2005 to present, including any relevant annual reports, quarterly reports, interim reports, profit and loss statements, balance sheets, bank accounts, banking records, capital verification reports, prospectus materials, general public offerings, any documents submitted or provided by you or to you for purposes of any capital verification reports and/or any** |

| | | |
|---|---|---|
| | any legal proceedings outside the United States (including litigation or appeals in any court and alternative dispute resolution processes, such as mediation and arbitration, including but not limited to proceedings before the China International Economic & Trade Arbitration Commission) involving any American corporate entities. | **reported or unreported financial statements or reports and drafts thereof which show your capitalization and/or the capitalization of any company listed in Exhibit A during the time period of January 1, 2005 to present. This topic includes the substance of the items sought in Request No. 5 above.**<br><br>**6. The vertical and horizontal corporate organizational structure, relationship and/or hierarchy between you and any company listed in Exhibit A during the time period of January 1, 2005 to present.**<br><br>**7. The source(s) and amount(s) of payment of salaries, wages, bonuses, remuneration, expense reimbursement, and/or any other payments: a) from you to any person listed in Exhibit B, and b) from any company list in Exhibit A to any person listed in Exhibit C, during the time period of January 1, 2005 to present. This topic includes the substance of the items sought in Request No. 7 above.**<br><br>**8. Any and all investments or financial dealings with United States Banks, namely USB, JP Morgan Chase or Morgan Stanley, which: a) you, b) any person listed in Exhibit B, or c) any company listed in Exhibit A, conducted during the time period of January 1, 2005 to present. This topic includes the substance of the items sought in Request No. 8 above.**<br><br>**9. The sharing, co-leasing and/or co-ownership of property, equipment, or machinery and/or the exchange of property, equipment, or machinery between: a) you and any of the companies listed in Exhibit A, and b) any of the companies listed in Exhibit A, during the time period of January 1, 2005 to present. This topic includes the substance of the items sought in Request No. 9 above.** |

22

|  |  | 10. All documents which, from January 1, 2005 to present, you have provided to or have received from any of the Companies identified in Exhibit A, in connection with any internal or external corporate or company requirement, including the substance of the internal or external corporate or company requirement governing the production and/or receipt of same. This topic includes the substance of the items sought in Request No. 10 above.<br><br>11. All personnel records from January 1, 2005 to present, which you have relative to any person listed in Exhibit C, including the job title, responsibilities, supervisor(s), direct report(s), any aliases, and dates of service or employment of any individual listed in Exhibit C for each of the years from January 1, 2005 to present.<br><br>Please produce the person or persons knowledgeable of the location and state of the hard drives of the computers utilized by these persons and their respective electronic mail accounts. This topic includes the substance of the items sought in Request No. 11 above.<br><br>12. The rendition of services performed by employees of other corporate entities and/or any person listed in Exhibit B for both you and/or any company listed in Exhibit A during the time period of January 1, 2005 to present. This topic includes the substance of the items sought in Request No. 12 above.<br><br>13. Any and all offices, buildings, facilities and/or other physical locations utilized by both you and any company listed in Exhibit A during the time period of January 1, 2005 to present, including any arrangements or agreements relative to same (e.g., leases, payment, and scheduling of joint use). This |
|--|--|--|

topic includes the substance of the items sought in Request No. 13 above.

14. The department providing accounting services (and the employees thereof, including, but not limited to, the persons listed in Exhibit B) for you and/or any company
listed in Exhibit A during the time period of January 1, 2005 to present. This topic includes the substance of the items sought in Request No. 14 above.

15. Any and all sales, transfers, or exchanges of any assets (including but not limited to real estate, equipment, trademarks, licenses, leases, productions lines, raw materials, or goodwill) between you and any company listed in Exhibit A during the time period of January 1, 2005 to present. This topic includes the substance of the items sought in Request No. 15 above.

16. Any and all profits and/or losses which you shared with any company listed in Exhibit A during the time period of January 1, 2005 to present. This topic includes the substance of the items sought in Request No. 16 above.

17. Any and all joint or cooperative projects, ventures or other business opportunity undertaken by both you and any company listed in Exhibit A during the time period of January 1, 2005 to present. This topic includes the substance of the items sought in Request No. 17 above.

18. The identity, selection, sale, purchase, ownership, licensing, permitting and/or leasing of any mine, including but not limited to the Luneng mine, used to procure raw materials for drywall produced by you or any company listed in Exhibit A during the time period of January 1, 2005 to present. This topic includes the substance of

|  |  | the items sought in Request No. 18 above.<br><br>**19. Participation by you, any company listed in Exhibit A and/or any person listed in Exhibit B in** any legal proceedings **(including litigation or appeals in any court and alternative dispute resolution processes, such as mediation and arbitration**) in the United States on or after July 17, 2014 **(and if so, what the profits of these entities were for 2014 and 2015 to date). This topic includes the substance of the items sought in Request No. 19 above.**<br><br>**20.** Participation by you**, any company listed in Exhibit A and/or any person listed in Exhibit B in** any legal proceedings outside the United States **on or after January 1, 205 (including litigation or appeals in any court and alternative dispute resolution processes, such as mediation and arbitration, including but not limited to proceedings before the China International Economic & Trade Arbitration Commission) involving any American corporate entities. This topic includes the substance of the items sought in Request No. 20 above.**<br><br>**21.** Any and all commercial dealings with Alibaba.com (including any contracts or agreements with Alibaba and all efforts to use Alibaba.com) to procure customers for the sale of and/or to sell products to be delivered to an address in the United States by you, **any company listed in Exhibit A, and/or any person listed in Exhibit B** from July 17, 2014 to the present. **This topic includes the substance of the items sought in Request No. 21 above.**<br><br>**22. The experience, work history, present (or last known) whereabouts, and present (or last known) contact information for: a) each person who served as a chairman, officer or director of your company during** |

|  |  |  | the time period of January 1, 2005 to present, b) each person who served as a chairman, officer or director any company listed in Exhibit A during the time period of January 1, 2005 to present., and c) each person listed in Exhibit B. This topic includes the substance of the items sought in Request No. 22 above.

**23.** The retention of legal counsel by you **or any company listed in Exhibit A,** related to litigation or claims in the United States involving Chinese drywall**.** Also, the decision for Taishan not to appear at the July 17, 2014 Judgment Debtor Examination, **including but not limited to any communications with or involving: a) any person listed in Exhibit B, and b) the above referenced individuals, and/or others employed by the listed law firms (listed in Request 23.b. above). This topic includes the substance of the items sought in Request No. 23 above.**

**24. Any data, information or documentation you compiled, drafted, edited, provided or submitted to any entity identified in Exhibit A regarding any Annual Report, Interim Annual Report, or Public Offering (including but not limited to initial and global public offerings) of Taishan, CNBM, CNBM Group, BNBM or BNBM Group, between January 1, 2005 and the present date. This topic includes the substance of the items sought in Request No. 24 above. Additionally, the meaning, accuracy and/or truthfulness of the statements listed in Exhibit D - from CNBM's various annual reports.**

**25. Any data, information or documentation you compiled, drafted, edited, provided or submitted to any entity identified in Exhibit A regarding any public announcement, voluntary announcement or press release of** |

Taishan, CNBM, CNBM Group, BNBM or BNBM Group, between January 1, 2005 and the present date. This topic includes the substance of the items sought in Request No. 25 above. Additionally, the meaning, accuracy and/or truthfulness of the final version of any such announcement, voluntary announcement or press release that included data, information or documentation compiled, drafted, edited, provided or submitted by you.

26. The identities of any individuals, groups, entities or company representatives listed, referenced or otherwise mentioned in Exhibit E, as outlined in Request No. 26 above.

27. Which entities listed in Exhibit A and/or which individuals listed in Exhibit B had, from January 1, 2005 to present, any input, guidance, control, supervision or authority relative to your decision-making regarding the instant litigation, including but not limited to any matters addressed or mentioned in the Hogan Lovell Production (attached as Exhibit E). This topic includes the role played by any said entities and individuals. This topic includes the substance of the items sought in Request No. 27 above.

28. Your by-laws, company laws, articles of incorporation, articles of association, as well as any of your shareholder, board, supervisor or committee meetings from January 1, 2005 to present, including any minutes of said meetings. This topic includes the substance of the items sought in Request No. 28 above.

29. Any procedure, policy, plan, criteria or management style which you have used, implemented or followed based upon the request, direction and/or requirement of any company identified in Exhibit A.

| | | |
|---|---|---|
| | | **Additionally, any communications to, from or between you and any company in Exhibit A, or any individual in Exhibit B, regarding any such procedure, policy, plan, criteria or management style which you have used, implemented or followed. This topic includes the substance of the items sought in Request No. 29 above.**<br><br>**30. The nature, substance and current status of each business transaction between you and any company listed in Exhibit A during the time period of January 1, 2005 to present. This topic includes the substance of the items sought in Request No. 26 above.** |
| **Exhibits** | Minute Entry and Orders from the Court re: 3/17/15 Hearing. | **Exhibit A – List of Entities**<br>**Exhibit B – List of Individuals**<br>**Exhibit C – List of List of Individuals**<br>**Exhibit D - "Specific Statements from CNBM's 2005 – 2014 Annual Reports"**<br>**Exhibit E – Selected Documents from HL Production** |