UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED<br>DRYWALL PRODUCTS LIABILITY<br>LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*ALL CASES* | |

### JOINT EMERGENCY MOTION FOR PROTECTIVE ORDER BY BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY AND <u>BEIJING NEW BUILDING MATERIAL (GROUP) CO., LTD.</u>

Beijing New Building Materials Public Limited Company ("BNBM PLC") and Beijing New Building Material (Group) Co., Ltd. ("BNBM Group," together the "BNBM Entities") respectfully move this Court for a protective order limiting the documents and deposition topics requested by the Plaintiffs' Steering Committee in its most recent Amended and Supplemental Notices of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Docs. 18643, 18644] (the "Amended Notices"). A memorandum of law in support of this Motion is attached.

1

Dated: April 14, 2015

                        Respectfully submitted

                        **DENTONS US LLP**

                        By: */s/ Michael H. Barr*
                        Michael H. Barr
                        New York Bar No. 1744242
                        Justin N. Kattan
                        New York Bar No. 3983905
                        1221 Avenue of the Americas
                        New York, NY 10020-1089
                        Telephone:  (212) 768-6700
                        Facsimile:  (212) 768-6800
                        michael.barr@dentons.com
                        justin.kattan@dentons.com

                         AND -

                        Richard L. Fenton
                        Illinois Bar No. 3121699
                        Leah R. Bruno
                        Illinois Bar No. 6269469
                        233 South Wacker Drive
                        Suite 7800
                        Chicago, IL  60606-6306
                        Telephone:  (312) 876-8000
                        Facsimile:  (312) 876-7934
                        richard.fenton@dentons.com
                        leah.bruno@dentons.com

                        C. Michael Moore
                        Texas Bar No. 14323600
                        Gene R. Besen
                        Texas Bar No. 24045491
                        2000 McKinney Ave, Suite 1900
                        Dallas, TX  75201
                        Telephone:  (214) 259-0900
                        Facsimile:  (214) 259-0910
                        mike.moore@dentons.com
                        gene.besen@dentons.com

- AND -

**PHELPS DUNBAR LLP**

Harry Rosenberg
Louisiana Bar No. 11465
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone:  (504) 566-1311
Facsimile:  (504) 568-9130
harry.rosenberg@phelps.com

*Attorneys for Beijing New Building Materials Public Limited Company and Beijing New Building Material (Group) Co., Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing **Joint Emergency Motion for Protective Order** has been served on Plaintiffs' Liaison Counsel, Leonard Davis, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 14th day of April, 2015.

/s/      Michael H. Barr

**CERTIFICATE OF CONFERENCE**

I hereby certify that on April 14, 2015 counsel for Beijing New Building Materials Public Limited Company and Beijing New Building Material (Group) Co., Ltd. have conferred in good faith with the Plaintiffs' Steering Committee about this Motion. The Plaintiffs' Steering Committee has informed us that it opposes this Motion.

/s/      Michael H. Barr