UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*ALL CASES* | |

## ORDER

Before the Court is Beijing New Building Materials Public Limited Company and Beijing New Building Material (Group) Co., Ltd.'s Joint Emergency Motion for Protective Order. The Court is of the opinion that the Motion should be GRANTED.

IT IS HEREBY ORDERED that the Plaintiffs' Steering Committee's Amended and Supplemental Notices of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Docs. 18643, 18644] are QUASHED.

IT IS HEREBY FURTHER ORDERED that Beijing New Building Materials Public Limited Company and Beijing New Building Material (Group) Co., Ltd. shall not be required to produce documents or testify on topics except as to their relationship with Taishan Gypsum, Ltd. and that such requests shall be reasonably limited in scope to preserve their privileged documents and communications.

IT IS HEREBY FURTHER ORDERED that Beijing New Building Materials Public Limited Company and Beijing New Building Material (Group) Co., Ltd. shall not be required to submit objections or responses to the Plaintiffs' Steering Committee's Amended and

Supplemental Notices of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Docs. 18643, 18644].

**SO ORDERED.**

New Orleans, Louisiana, this \_\_\_\_ day of _____, 2015.

_____
ELDON E. FALLON
United States District Court Judge

84068296\V-7