**From:** Moore, C. Michael
**Sent:** Thursday, April 09, 2015 3:30 PM
**To:** 'Debbie Murphy'; Russ Herman
**Cc:** cseeger@seegerweiss.com; Gerald E. Meunier; Fred Longer; Sandy Duggan; Lenny Davis
**Subject:** RE: Update

Counsel:

As further update we have confirmed that the following witnesses will travel to the US to be deposed:

1. Mr. Yu Chen as BNBMPLC's 30b6 witness

2. Mr. Yanming Zhao as BNMB Group's 30b6 witness

We remain unable to provide dates. Both witnesses will need to obtain necessary papers to leave China. That effort is underway and the ultimate timing is out of our control. However, we will attempt to provides dates as early as possible under the circumstances. We will keep you advised.

As to documents, I am hopeful that I will be able to give you a more detailed report on status tomorrow.

Thanks.

Mike

C. Michael Moore
Dallas Managing Partner

D +1 214 259 0902 | US Internal 50902
c.michael.moore@dentons.com
www.dentons.com

Dentons US LLP

SNR Denton is proud to join Salans and FMC as a founding member of Dentons.

Dentons is an international legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.

-----Original Message-----
From: Debbie Murphy [mailto:DMurphy@lfsblaw.com]
Sent: Monday, April 06, 2015 9:35 AM
To: Moore, C. Michael; Russ Herman
Cc: cseeger@seegerweiss.com; Gerald E. Meunier; Fred Longer; Sandy Duggan; Lenny Davis
Subject: RE: Update

1



From Arnold Levin -

Thank you for memorializing your comments to us.  However, this does not in any way help us to comply with the Court's directive to have the discovery completed by April 28, 2015.


Debbie Murphy
Levin, Fishbein, Sedran & Berman
Counsellors at Law and Proctors in Admiralty
510 Walnut Street - Suite 500
Philadelphia, PA 19106-3697
Tele: 215-592-1500 - Fax: 215-592-4663
www.lfsblaw.com

CONFIDENTIALITY NOTE: This e-mail message contains information belonging to the law firm of Levin, Fishbein, Sedran & Berman and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.


-----Original Message-----
From: Moore, C. Michael [mailto:c.michael.moore@dentons.com]
Sent: Saturday, April 04, 2015 12:09 PM
To: Debbie Murphy; Russ Herman
Subject: Update


Arnold and Russ:

During our status conference on Thursday you asked me to keep you posted on our progress. Our clients have retained an e-discovery and secrecy review vendor and we are moving on that front as quickly as possible. Our first wave of hard copy  document production is being translated and I am expecting to be able to start rolling production next week. In that regard, I again request that you let me know what public documents you already have translated  because it would allow us to speed up the process and avoid spending our time duplicating translation of documents you already have, particularly public documents of BNBM PLC.  We have preliminarily identified possible 30b6 witnesses and the head of our trial team, Michael Barr,  will be in China over the next few days to move that ahead as quickly and as best we can. We hope to have more specific information next week , but of course we continue to face real challenges concerning unavoidable logistical problems that are outside of our control like exit visas etc.  Even though this is a holiday weekend, our efforts are continuous and on-going. I am happy to discuss this with you further anytime this weekend including Easter Sunday tomorrow. My cell is 214 802 4398.

Thanks.

Mike

Sent from my iPhone