**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047** <br> **SECTION: L** |
| **THIS DOCUMENT RELATES TO:** | **JUDGE FALLON** <br> **MAG. JUDGE WILKINSON** |
| **ALL CASES** | |

**UPDATED STATUS REPORT OF THE PLAINTIFFS' STEERING
COMMITTEE REGARDING DISCOVERY RELATED TO
VIOLATIONS OF THE INJUNCTION PRONG OF THE COURT'S
JULY 17, 2014 CONTEMPT ORDER AND ALTER EGO RELATIONSHIPS[1]**

## I.    INTRODUCTION

On July 17, 2014, the Court held Taishan Gypsum Co., Ltd. ("Taishan") in criminal and

civil contempt of court for its deliberate refusal to appear for a court-ordered Judgment Debtor

Examination ("Contempt Order").[2]  As part of its ruling, the Court ordered this Defendant to pay

$40,000 as a penalty and $15,000 in attorneys' fees to Plaintiffs' Counsel.[3]  The Court also

enjoined Taishan, its affiliates, and subsidiaries from "conducting any business in the United

---

[1] This Status Report updates and supersedes the report filed on April 13, 2015 [Rec. Doc. No. 18671], by providing additional evidence of the Taishan Affiliates' violations of the Court's injunction, in consideration of additional documents produced pursuant to subpoenas on third parties.  The Exhibits that were previously filed with the Status Report are referenced by their Rec. Doc. Nos. herein.  Additional and/or Updated Exhibits are filed herewith, as referenced below.

[2] Rec. Doc. No. 17869; *see also* Transcript of Proceedings, 7/17/2014, at p. 30 [Rec. Doc. No. 18302-3].

[3] Contempt Order at 3.

States until or unless [Taishan] participates in this judicial process."[4]  The Contempt Order was explicit that a violation of the injunction by Taishan or any of its affiliates or subsidiaries would trigger "a further penalty of 25% of the profits earned by the company or its affiliates who violate the order, for the year of the violation."[5]

On September 26, 2014, the Court certified a nationwide class of homeowners with Taishan Chinese Drywall in their properties and in a published opinion held that the "Taishan Affiliates" are comprised of Taishan, Beijing New Building Materials Limited Co. ("BNBM"), Beijing New Building Materials Group Co., Ltd. ("BNBM Group"), China National Building Material Co., Ltd. ("CNBM"), China National Building Materials Group Corporation ("CNBM Group"), and Tai'an Taishan Plasterboard Co., Ltd. ("TTP").[6]  Further, the Court concluded that "Taishan, TTP, BNBM, BNBM Group, CNBM, and CNBM Group constitute a single business enterprise for purposes of piercing the corporate veil and holding each of these entities liable for the conduct of their affiliated entities."[7]

Although deliberately absent from the courtroom when the Contempt Order issued and when the Findings of Fact and Conclusions of Law were entered in conjunction with Plaintiffs' motion for class certification and a determination of classwide damages, the Taishan Affiliates heard and understood the Court's pronouncements loud and clear.  In fact, on August 20, 2014,

---

[4] *Id*.

[5] *Id*.

[6] *In re Chinese-Manufactured Drywall Prods. Liab. Litig.*, 2014 WL 4809520, *1 (E.D. La. Sept. 26, 2014) (Findings of Fact and Conclusions of Law regarding class certification and damages for Plaintiffs with Taishan drywall in their properties).

[7] *Id*. at *9.

CNBM announced the Court's injunction on its website and even acknowledged that the "restrictions on the affiliates of Taishan Gypsum may extend to the Company."[8]  There is no question that CNBM is an affiliate of Taishan – that fact has been conclusively established in this litigation.[9]  CNBM has disclaimed, however, any impact this Court's rulings would have on this group of companies:  "[T]he Company believes that the above recent developments in the gypsum board litigation in the US will not result in significant economic loss to the Group and will not have material adverse impact on the Group's production and operation" in light of the fact that "the Group's major assets and principal commercial activities are all located in China and since there is no convention or treaty on mutual recognition and enforcement of judgments

---

[8] *See* CNBM Voluntary Announcement on August 20, 2014, available at http://www.hkexnews.hk/listedco/listconews/SEHK/2014/0820/LTN20140820707.pdf (CNBM was notified by BNBM that "the US District Court held Taishan Gypsum in contempt of court, ordering it to pay certain amounts of penalty and the plaintiffs' attorney's fees, [and] enjoining Taishan Gypsum and its affiliates or subsidiaries from conducting any business in the United States" as a result of Taishan's refusal to participate in the court-ordered Judgment Debtor Examination); *see also* CNBM Public Announcement on February 13, 2015, available at: http://www.hkexnews.hk/listedco/listconews/SEHK/2015/0213/LTN20150213741.pdf (same); CNBM Voluntary Announcement on July 18, 2014, available at http://www.hkexnews.hk/listedco/listconews/SEHK/2014/0718/LTN20140718768.pdf (acknowledging that "Taishan Gypsum does not agree that the US courts have jurisdiction," despite the finality of the Court's ruling on that matter).

[9] Taishan is a direct subsidiary of BNBM, which, as of the end of 2014, directly holds 65% equity interest therein.  *See* 2014 CNBM Annual Report, at p. 13, available at http://cnbm.wsfg.hk/preview/?docid=22026 (attached as Exhibit "N") [Rec. Doc. No. 18671-14]. BNBM, in turn, is a direct subsidiary of CNBM, which, as of the end of 2014, directly holds 45.30% equity interest therein.  *See id*. at pp. 13, 175.  Thus, as is stated in CNBM's 2014 Annual Report, CNBM indirectly holds a significant equity interest in Taishan.  CNBM reported that its equity interest in Taishan, which was 36.06% in 2013, was reduced to 29.38% indirect equity interest, as of the end of 2014.  *See id*. at p. 175.  Moreover, CNBM announces in its 2014 Annual Report that "[Taishan] is considered to be controlled by [CNBM] because it is a subsidiary of another [CNBM] subsidiary."  *See id*. at pp. 175-77, note (iv).

between China and the US."[10]  In other words, according to CNBM, "the possibility of the US judgments being enforced in China is very low."[11]

On February 10, 2015, the PSC filed a motion to enforce the Court's Contempt Order after learning that two CNBM entities had instituted litigation in Oregon federal court and were resolving disputes with American companies related to transactions involving sales of lumber and lumber equipment, in apparent violation of the Contempt Order.[12]

On March 17, 2015, the Court held a special hearing regarding its Contempt Order.  In the Minute Entry and Orders following that hearing, the Court ordered Taishan to purge itself of contempt no later than March 31, 2015.[13]  The Court further ruled that since "neither Taishan nor BNBM/CNBM have demonstrated compliance with the injunction prong of the contempt order," the Court "cannot yet assess whether there is need to enforce the associated penalty of 25% of profits."[14]  The Court ordered the parties to "immediately commence discovery related to the relationship between Taishan and BNBM/CNBM, including whether affiliate and/or alter ego status exists."[15]  This expedited discovery must be concluded no later than April 28, 2015, and

---

[10] *See* fn. 8, *supra*.

[11] *Id.*

[12] Rec. Doc. No. 18302; *see also* Rec. Doc. No. 18443 (Supplemental Memorandum in Support of Motion to Enforce); Rec. Doc. No. 18534 (Corrected Amended Revised Proposed Order).

[13] Rec. Doc. No. 18493 at 2.  Taishan has paid the *Germano* judgment with interest, court costs, the $40,000 penalty, and $15,000 in attorneys' fees.

[14] Rec. Doc. No. 18493 at 2.

[15] *Id.*

the Court has "retain[ed] jurisdiction to take any action necessary to enforce its contempt order … [and] ensure the sanctity of its decrees and the legal process."[16]

Pursuant to the Court's orders, the PSC served Defendants with expedited requests for documents and notices of deposition.[17]  The PSC also requested the depositions of certain officers and directors of Taishan, BNBM, and CNBM.[18]

As for deposition testimony, Taishan has agreed to produce its Manager of International Trading Mr. Che Gang for deposition in New Orleans (as a replacement for Chairman Jia Tongchun, who apparently is unable to travel for health related reasons).  BNBM intends to produce Yu Chen as BNBMPLC's 30(b)(6) witness and Yanming Zhao as BNMB Group's designate.[19]  CNBM has identified the following witnesses for depositions:  Guoping Zhou (CNBM Group designee); Zhangli Chang (CNBM Co. designee); Lihe Wang (CNBM Trading

---

[16] *Id*. at 3-4.

[17] *See* Rec. Doc. No. 18377 (CNBM (USA) Corp.); Rec. Doc. No. 18379 (United Suntech Craft, Inc.); Rec. Doc. No. 18498 (Beijing New Building Material (Group) Co. Ltd.); Rec. Doc. No. 18499 (Beijing New Building Materials Public Limited Co.); Rec. Doc. No. 18500 (Taishan Gypsum Co. Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.); Rec. Doc. No. 18501 (Tai'an Taishan Plasterboard Co., Ltd. ("TPP"); Rec. Doc. No. 18503 (China National Building Materials Import and Export Corporation); Rec. Doc. No. 18504 (China National Building Materials Group Corporation); Rec. Doc. No. 18505 (CNBM Forest Products (Canada) Ltd.); Rec. Doc. No. 18506 (China National Building Materials Company Limited).

[18] *See* Rec. Doc. No. 18502 (Wang Bing (BNBM & CNBM); Peng Wenlong (Taishan's Chief of Foreign Trade Department; Chang Zhangli (BNBM & CNBM); Chungang Dong (foreign attorney at Jingtian & Gongcheng); Cui Xingtai (BNBM & CNBM); JinYu Hu (BNBM & CNBM); Song Xhiping a/k/a Sonz Zhiping (CNBM and CNBM Group); Cao Jianglin (BNBM, BNBM Group, CNBM & CNBM Group); Peng Shou (Chairman of China Triumph, Executive Director of CNBM and VP of CNBM); Jia Tongchun (Chairman of Taishan and Board Member of BNBM)).

[19] *See* Excerpts from BNBM 2014 Annual Report (attached as Exhibit "R") [Rec. Doc. No. 18671-18].

designee); Shaojun Zhang (CNBM USA designee); Jianjun Deng (CNBM Forest (Canada) designee); Peng Shou; Cao Jianlin; Zhangli Chang; Jin Yu Hu; and Cui Xingtai.[20]  However, to date these depositions have not been scheduled due to apparent issues in obtaining visas for the witnesses.

With regard to documents, Taishan has represented to the PSC that documents will be produced on a rolling basis, however, to date, no documents have been provided in English.  Late Friday, April 10, 2015, BNBM produced documents to the PSC amounting to Annual Reports for 2004-2008, in Chinese and English.  CNBM thus far has not produced any documents to the Plaintiffs in any language.

In addition to these efforts, the PSC has served a number of expedited third-party notices of depositions and requests for production of documents, based on substantial evidence indicating that CNBM and its related entities apparently have ignored – and are continuing to ignore – the Court's injunction prohibiting these companies from doing business in the United States while the Contempt Order is in effect.  <u>CNBM and its related subsidiaries have not only been doing in this country since July 17, 2014, but they are using our courts in an effort to collect monies they claim they are owed from the business they do here</u>.

This status report summarizes the information learned thus far from third parties, all of which has been produced to the Defendants, and from independent investigation.[21]  As further details come to light, the PSC will provide the Court and the Defendants with any relevant documents and/or testimony.

---

[20] *See* Excerpts from CNBM 2014 Annual Report (attached as Exhibit "S") [Rec. Doc. No. 18671-19].

[21] *See* Updated Timeline of Taishan Affiliates Doing Business in the United States in Violation of the Court's Injunction (attached hereto as Exhibit "T").

II.    **STATUS REPORT OF DISCOVERY REGARDING VIOLATIONS OF CONTEMPT ORDER AND ALTER EGO RELATIONSHIPS**

    A.    **Third-Party Discovery**

The PSC has noticed on an expedited basis nine (9) third-party depositions related to potential violations of the Contempt Order by the Taishan Affiliates.  Based on information published on CNBM's website and in the public domain, the PSC has served discovery requests and 30(b)(6) deposition notices on:  Wal-Mart Stores, Inc. ("Wal-Mart"); Sunpin Solar Development LLC a/k/a Sunpin Solar, LLC ("Sunpin"); Plum Creek Timber Co. ("Plum Creek"); New Jersey Institute of Technology ("NJIT"); CTIEC-TECO American Technology, Inc. ("ATI" or "CTAT"); Westerlund Log Handlers, LLC ("Westerlund"); Murphy Overseas USA Astoria Forest Products, LLC ("Murphy/Astoria"); Hampton Affiliates and Hampton Investment Co. (together "Hampton"); and International Business Machines Corp. ("IBM").[22]

    B.    **CNBM's Ongoing Business Dealings in Oregon in the Lumber/Logging Industry**

Two CNBM subsidiaries, China National Building Material Import and Export Company ("CNBM Trading") and CNBM Forest Products (Canada), Ltd. ("CNBM Forest (Canada)")[23] instituted a lawsuit in federal court in Oregon against Westerlund and Murphy/Astoria, in an attempt to recover monies allegedly owed from a series of business transactions dating back to 2011, involving the purchase and handling of logs in Oregon, which were intended for shipment

---

[22] *See* Chart of Expedited Third-Party Depositions (attached as Exhibit "A") [Rec. Doc. No. 18671-1]; *see also* Rec. Doc. Nos. 18523, 18535, 18570 (orders approving expedited discovery).

[23] CNBM Forest (Canada) is a subsidiary of CNBM Forest Products, Ltd. ("CNBM Forest"), which, is a wholly-owned subsidiary of CNBM Trading, which, in turn, is a subsidiary of CNBM Group [Rec. Doc. Nos. 18433-4, 18433-17, 18433-18].

to China.[24]  In related litigation in Oregon, these same CNBM companies were named as defendants by the same American companies with whom they were doing business.[25]  Although the Oregon litigation was commenced prior to entry of the Contempt Order, after July 17, 2014, the CNBM entities continued not only to litigate their claims in Oregon but also to resolve those claims through the American legal system while the Contempt Order was in effect, in violation of this Court's injunction.

CNBM Trading and CNBM Forest (Canada) settled their dispute with Westerlund and Murphy/Astoria in August, 2014, executing a stipulation and agreement to dismiss all three Oregon lawsuits in exchange for their cooperation in shipping approximately 15.4 million board feet of logs to China for CNBM and a payment of $2.55 million to CNBM, among other things.[26] In accordance with this settlement, Murphy/Astoria "participated in the sale and/or shipment of 3 ship loads of logs at the direction of the CNBM entities" in September, 2014, November, 2014, and March, 2015, respectively.[27]  Plaintiffs contend that this conduct evidences a clear violation

---

[24] *See China Nat'l Bldg. Materials Imp. and Exp. Corp., et al. v. Murphy Overseas USA Astoria Forest Products, LLC, et al.*, No. 14-cv-00746 (D. Ore.) (Amended Complaint alleging breach of contract and interference with contractual relations, at ¶¶ 9-30 & Article V) [Rec. Doc. No. 18302-8].

[25] *See Murphy Overseas USA Astoria Forest Products, LLC v. China Nat'l Bldg. Materials Imp. and Exp. Corp., et al.*, No. 14-cv-00752 (D. Ore.); *Westerlund Log Handlers, LLC, et al. v. China Nat'l Bldg. Materials Imp. and Exp. Corp., et al.*, No. 14-cv-00618 (Clatsop Cty. Cir. Ct. Ore.).

[26] *See* Joint Post-Hearing Memorandum of Clarification [3:14-cv-00746 Rec. Doc. No. 87] [Rec. Doc. No. 18302-9].

[27] *See* Letter from counsel for Murphy/Astoria dated 4/3/2015, Stipulation dated 8/8/2014, Settlement Agreement dated 11/10/2014, and related materials (attached collectively as Exhibit "B") [Rec. Doc. No. 18671-2].

of the Court's Order enjoining Taishan's Affiliates entities from doing business in the United States during Taishan's contempt of court.

As further evidence that CNBM Forest continues to do business in the United States, Steven J. Zika, CEO of Hampton, sent a letter to Ken Kao, managing director of CNBM Forest, dated <u>December 13, 2014</u>, which discusses the ongoing relationship between the two entities, and in particular their business dealings in exporting logs from the Pacific Northwest to China during the period of Taishan's contempt of court, in violation of the Court's Contempt Order.[28] This letter references a memorandum of understanding signed by Mr. Zika of Hampton and Mr. Huang, Anzhong, Vice President of BNBM Group and Non-Executive Director of CNBM, under which terms the signatories "agreed to be good partners and be transparent in [their] business relations."[29] Mr. Zika notes an interest expressed by CNBM Forest in obtaining an equity interest in Babine Forest Products, a Hampton Affiliate entity (Hampton Investment Co.).[30] This evidence shows that, the business dealings between CNBM and Hampton, as well as the business dealings between CNBM and Murphy/Astoria are ongoing, in direct violation of the Court's Contempt Order.

---

[28] Letter from Hampton to CNBM Forest dated 12/13/2014 (describing CNBM as the "primary customer of logs" in Oregon for export to China) (attached as Exhibit "C") [Rec. Doc. No. 18671-3].

[29] *Id.*

[30] *Id.*

**C.**     **CNBM's Construction of Roof Solar Panels for 1,000 Wal-Mart Stores in the U.S. Begins on April 15, 2015**

On November 3, 2014, during the period of Taishan's contempt of court, China Triumph International Engineering Group Co., Ltd. ("CTIEC") (a direct subsidiary of CNBM)[31] signed a Framework Agreement with Sunpin Solar Development, LLC (an Illinois company)[32] for the development, engineering, procurement, financing, and construction of various solar photovoltaic projects located in the U.S., filling a significant void in this country for solar energy.[33]

On November 26, 2014, CTIEC executed an Agreement with Church Hill Solar Farm, LLC ("Church Hill") (a Maryland company) with respect to a Church Hill Solar Farm Project.[34] CTIEC also executed a general contractor agreement with Sunpin Construction Management, LLC with respect to this project.  Under the general contractor agreement, Sunpin will perform the design, procurement, engineering, construction, and installation work on this project, and CTIEC will furnish certain materials for the project.  CTIEC agreed to pay Sunpin $4,358,518.07 for its work on the project.

CTIEC also executed an undated Pledge and Security Agreement with Sunpin Solar Chicago, LLC and Sunpin Solar Development LLC, which provides that Church Hill is a wholly

---

[31] *See* Excerpts of CNBM 2006 Global Offering Prospectus Filing, p. 20 [Rec. Doc. No. 18433-27], available at: http://www.cnbmltd.com/news_report/en/369.pdf; *see also* 2014 CNBM Annual Report, at pp. 13, 177, available at http://cnbm.wsfg.hk/preview/?docid=22026 (attached as Exhibit "N") [Rec. Doc. No. 18671-14].

[32] The deposition of Sunpin is scheduled for Friday, April 17, 2015 (*see* Exhibit A) [Rec. Doc. No. 18671-1].

[33] *See* Sunpin-CTIEC Agreement (filed under seal) (attached hereto at pp. 000010-000018 of Exhibit "V").

[34] *See* Exhibit V hereto.

owned subsidiary of Sunpin.[35]   According to this agreement, Sunpin executed a $250,000 note

for its purchase of Church Hill.  Sunpin has pledged its interest in Church Hill as security.  On

November 25, 2014, CTIEC executed a security agreement with Church Hill.  This security

agreement involves the Church Hill project.  This project had a mobilization date of November

20, 2014, a substantial completion date of April 30, 2015, and commercial operation date of May

31, 2015.  The fixed price of this project is listed as $4,358,518.07.  Also on November 25, 2014,

CTIEC executed a collateral assignment of lease agreement with Church Hill.[36]  This is

additional security for the project.  Also on November 25, 2014, CTIEC execute a mortgage

agreement with Church Hill with respect to the project.[37]

On February 25, 2015, CTIEC signed a "cooperative contract" with Sunpin Walmart

Avon-North Oxford, LLC ("Sunpin Walmart") for the construction of two roof solar power

plants for Wal-Mart supermarkets in Massachusetts, scheduled to begin on April 15, 2015.[38]  The

Sunpin Walmart - CTIEC Agreement provides that Sunpin Walmart shall pay CTIEC for

engineering, procurement, financing, and construction services for roof-mounted photovoltaic

---

[35] *Id.*

[36] *Id.*

[37] *Id.*

[38] *See* Sunpin Walmart-CTIEC Agreement (filed under seal) (attached hereto at pp. 000001-
000009 of Exhibit "V"); *see also* CNBM Announcement, available at
http://www.cnbm.com.cn/EN/c_000000160001/d_33428.html [Rec. Doc. No. 18509-2]..

solar generating systems for two Walmart stores – in Avon and North-Oxford, Massachusetts.[39] The Fixed Price for this project is $2,594,153.25.[40]

About six weeks ago, on March 2, 2015, CNBM announced on its website that the "Wal-Mart roof power plant project … [for 1,000 Wal-Mart Stores] marks new major cooperation between the two sides after the initial cooperation in November 2014 and CTIEC's milestone in in-depth development of the US PV power station market, laying a solid foundation for Triumph's new energy brand to develop in the US and radiate the North American and South American PV power plant markets."[41]  Given the Contract Price of approximately $2.6 million for roof solar panels for just two Walmart stores in Massachusetts, if CNBM is successful in constructing roof solar panels for 1,000 Walmart stores in the United States, as it claims, its price for all of those contracts will likely reach $1.3 billion.  The PSC filed motions to compel against Wal-Mart and Sunpin for failure to respond to the PSC's discovery requests.  These motions are pending.

### D.    CNBM's Agreement with Plum Creek Timber to Expand Sales of North American Forestry Products in the Chinese Market

In September, 2011, CNBM entered into an agreement with Plum Creek Timber (a Seattle company) and Sumitomo Forestry Co. (a Japanese company) "for the expansion of sales of North American forestry products (logs, lumber products, etc.) in the Chinese market."[42]  This

---

[39] Exhibit "V" hereto at p. 000002.

[40] *Id*. at Exhibit C.

[41] *See* CNBM Announcement, available at
http://www.cnbm.com.cn/EN/c_000000160001/d_33428.html [Rec. Doc. No. 18509-2].

[42] *See* CNBM/Plum Creek/Sumitomo Agreement (English and Chinese versions) and CNBM Announcement (attached collectively as Exhibit "D") [Rec. Doc. No. 18671-4].

agreement has no end date and provides that the parties will cooperate to obtain logs from Oregon and Washington for sale to China.

      **E.**    **CNBM's Establishment of an E-Commerce Site for Sales of its Products to the U.S. and CNBM's Agreement with IBM in September, 2014 for Cloud Computing Services to Enhance Its Sales Across the Globe and to America**

On February 10, 2011, CNBM Group launched an e-commerce site – OKorder.com – to provide "a global direct selling platform for building materials … [w]ith the mission of 'making every order easy.'"[43]  CNBM has "commit[ted] itself to offer a brand-new selling channel for Chinese domestic manufacturers through diverse cooperation forms, and create convenient, rapid, low-cost purchasing platform for overseas customers."[44]  As CNBM explained: "OKorder.com is … being operated by CNBM International Corporation, an important membership company of CNBM Group's logistic and trade sector."[45]  OKorder.com has numerous overseas branches, including in "America, UAE, Dubai, Russia, Saudi Arabia, India, Viet Nam, Germany, Indonesia, Ukraine, etc."[46]

---

[43] *See* CNBM Announcement, available at
http://www.cnbm.com.cn/EN/c_000000160001/d_15129.html (attached as part of Exhibit "E") [Rec. Doc. No. 18671-5]; *see also* http://www.cnbm.com.cn/EN/c_000000160001/d_15129.html ("OKORDER commits itself to offer a brand-new selling channel for Chinese domestic manufacturers through diverse cooperation forms, and create convenient, rapid, low-cost purchasing platform for overseas customers.") (attached as part of Exhibit "E") [Rec. Doc. No. 18671-5].

[44] *Id.*

[45] *See* CNBM Announcement, available at
http://www.icnbm.com/en/newsinfo.php?id=19&iid=374 (attached as part of Exhibit "E") [Rec. Doc. No. 18671-5].

[46] *See* "Sales Force" tab on the OKorder.com website, showing USA on its global map of branches, available at http://www.okorder.com/service/sales.html (attached as part of Exhibit "E") [Rec. Doc. No. 18671-5].



On September 26, 2014, during the period of Taishan's contempt of court, OKorder.com

"jointly declared" with IBM that OKorder.com had "adopted IBM cloud computing service to

start a domestic cross-border e-commerce cloud era."[47]  As explained by OKorder.com:

> With the assistance of IBM, OKorder combined the advanced
> world cloud computing service to create the online and offline
> integrated cross-border e-commerce platform that can be better
> used by the clients based on the innovative commercial mode of
> "cross-border e-commerce + overseas warehouse" (The
> commercial mode of "cross-border e-commerce + overseas
> warehouse" created initially by OKorder breaks through the
> traditional mode by information-based means. The overseas buyers
> can purchase the client's products online in virtue of OKorder's
> cross-border e-commerce platform and then convey and distribute
> the products by OKorder's local overseas warehouse and logistics
> systems within the world range). It could promote the industrial
> upgrade and transformation from Chinese manufacturing industry
> to the manufacturing service industry, accelerate the development
> of overseas market and expand the new online Silk Road.[48]

---

[47] *See* CNBM Announcement, available at
http://www.icnbm.com/en/newsinfo.php?id=19&iid=374 (attached as part of Exhibit "E") [Rec.
Doc. No. 18671-5].

[48] *See* OKorder.com news, available at http://www.okorder.com/news/news_1.html (attached as
part of Exhibit "E") [Rec. Doc. No. 18671-5].

The joint venture between OKorder.com and IBM is intended to enhance promotion of

CNBM's foreign trade around the globe generally, including in the United States:

> Cloud deployment is set in the front end of OKorder's website in virtue of IBM's global cloud platform. OKorder has promoted the websites in Chinese, English, etc. for the different countries and regions and the cloud node of the websites in all versions is deployed on IBM's global cloud platform. The market promotion and operation can be realized by combining the search engine with promotion channel of different countries and regions.
>
> IBM's cloud computing platform can ensure the safety of online transaction, reduce the costs of all links and improve the efficiency of transaction process. What is more important is that <u>we can provide the clients around the world with better service and maintain our competitiveness. We expect the continuous and further cooperation with IBM and join hands to create the Silk Road in Internet era by the most advanced cloud computing technology to serve the development of China's foreign trade.</u>[49]

This deal between IBM and CNBM's online commerce entity, designed to foster sales all over

the world, including in the United States, was formed during the period of Taishan's contempt of

court, in violation of the Court's injunction.

> **F.**   **CNBM's Dealings with the New Jersey Institute of Technology and Toledo Engineering Co., Inc.**

CNBM and its subsidiary China Triumph International Engineering Co., Ltd.

("CTIEC")[50] have been engaged in an on-going partnership with NJIT since February, 2013,

---

[49] *Id.* (emphasis added).

[50] CNBM carries out its engineering services through CTIEC, which was formerly known as "China New Building Material Property Development Company."  CTIEC changed the scope of its business to the provision of engineering design and construction services in July of 2000. *See* Excerpts of CNBM 2006 Global Offering Prospectus Filing, pp. 20, 88 [Rec. Doc. No. 18433-27], available at: http://www.cnbmltd.com/news_report/en/369.pdf; *see also* fn. 31, *supra.*

when CNBM established the "CNBM New Energy Materials Research Center" of the New

Jersey Institute of Technology.[51]  CTIEC announced that:

> [O]n the morning of 18 February, the founding ceremony of
> CNBM PV Materials Research Center at NJIT was held....  Joe
> Bloom, president of NJIT, and Peng Shou, CEO & president of
> CTIEC, signed the cooperation agreement on behalf of both sides.
> In the name of Ministry of Science and Technology, Ye Dongbai,
> Science and Technology Counselor of the Consulate General of the
> People's Republic of China in New York, made a special trip to
> New Jersey Institute of Technology to witness this moment....  At
> the ceremony, Peng Shou said that the founding of the center was
> an important part of CNBM's efforts to promote its technological
> innovation activities to get closer to the international practice so as
> to emerge into the process of globalization by fully using
> international resources.[52]

On February 21, 2104, NJIT announced that:

> NJIT formalized an agreement with Chinese partners that will
> advance the university's research on thin-film solar cells....  With
> more than $650,000 from the Shanghai-based China National
> Building Materials Company (CNBM), one of the largest gypsum,
> cement, and fiberglass producers in the world, NJIT will innovate
> its solar cell research laboratory and build prototype equipment
> that will enable manufacturers to produce thin-film cells more cost
> effectively.  The university's CNBM New Energy Materials
> Research Center ... is focused on thin-film cells.[53]

---

[51] *See* CNBM Announcement, available at
http://www.ctiec.net/news/en_news/2013/3/1/1362129261468.jsp and
http://www.cnbm.com.cn/EN/c_000000160001/d_25697.html (attached as part of Exhibit "F")
[Rec. Doc. No. 18671-6].

[52] *See* CNBM Announcement, available at
http://www.ctiec.net/news/en_news/2013/3/1/1362129261468.jsp (attached as part of Exhibit
"F") [Rec. Doc. No. 18671-6]; *see also* NJIT Announcement of 2/26/2013, available at
http://www.njit.edu/news/2013/2013-076.php (attached as part of Exhibit "F") [Rec. Doc. No.
18671-6].

[53] *See* NJIT Announcement of 2/21/2014, available at http://www.njit.edu/news/2014/2014-
054.php (attached as part of Exhibit "F") [Rec. Doc. No. 18671-6]; *see also*
http://www.njit.edu/news/2014/2014-052.php (referring to the "[t]he globe-spanning partnership,
between NJIT and the China National Building Materials Company (CNBM), one of the largest

This partnership between NJIT and CNBM/CTIEC dates back before the formal partnership. As early as October 18, 2012, CTIEC hosted the president of NJIT, Dr. Joe Bloom, who was received by Mr. Peng Shou, then-Chairman of the Board of CTIEC. As the CTIEC announcement noted, "Dr. Joe Bloom agreed with Mr. Peng Shou and retained a keen interest in establishing all-around, high-level and ... cooperative relationship between NJIT and CTIEC."[54]

The PSC has uncovered at least one financial transaction related to the partnership between the NJIT and CNBM/CTIEC. In response to a subpoena on ATI (which is a 50/50 joint venture between CTIEC and Toledo Engineering Co., Inc. ("TECO")),[55] the PSC learned that CTIEC directed the CTIEC-TECO joint venture to loan CTIEC $250,000.00, making the payment of the proceeds to NJIT.[56] According to ATI, NJIT repaid the loan in June, 2014,[57] and payments of interest by NJIT continued at least through October, 2014.[58]

---

gypsum, cement, and fiber glass producers in the world) (attached as part of Exhibit "F") [Rec. Doc. No. 18671-6].

[54] *See* CNBM Announcement, available at http://www.ctiec.net/en_news/2012/10/25/1351133336640.jsp (attached as part of Exhibit "F") [Rec. Doc. No. 18671-6].

[55] *See* Letter to Arnold Levin from Marshall A. Bennett, Jr. dated 3/27/2015 (attached as Exhibit "G") [Rec. Doc. No. 18671-7]; *see also* Letter to Russ M. Herman from Marshall A. Bennett, Jr., dated 3/12/2015 re: Subpoena Served Upon CTIEC-TECO American Technology Inc. (attached as Exhibit "H") [Rec. Doc. No. 18671-8].

[56] *See* Emails regarding $250,000 payment to NJIT (attached as Exhibit "O") [Rec. Doc. No. 18671-15].

[57] *See* Exhibit "H" [Rec. Doc. No. 18671-8]; *see also* Emails regarding repayment of loan by NJIT (attached as Exhibit "P") [Rec. Doc. No. 18671-16].

[58] *See* Emails regarding payment of interest on loan, dated October, 2014 (filed under seal) (attached as Exhibit "Q") [Rec. Doc. No. 18671-17].

Interestingly, NJIT claims, in an email from the President of NJ Innovation Institute (a NJIT Corporation), that although "TECO believed the wire transfer [of $250,000.00] was a loan, … that [fact] was never communicated to [NJIT], there is no loan agreement, and the transaction was never run through the university business processes that would NJ state mandated include Trustee review and approval for a transaction of that magnitude."[59]  Further confusion, misunderstanding, and revision of the facts retroactively regarding this "loan" payment to NJIT and the relationships between and among CNBM's various entities doing business in the United States – CTIEC, TECO, and ATI – can be gleaned from emails between ATI and NJIT, wherein ATI (a/k/a CTAT) states:

> In March of 2013 – at CTIEC's behest and on CTIEC's behalf – CTAT wired $250,000 from its account to the New Jersey Institute of Technology ("NJIT").  In exchange for this payment, CTIEC promised CTAT to promptly reimburse it….  It is CTAT's understanding that this payment was made in connection with an agreement between CTIEC and NJIT….  CTAT has now been told that NJIT will be reimbursing CTAT rather than CTIEC…. In order to complete said payment [of $250,000.00], CTAT has been asked to complete a subcontract agreement with NJIT (even though no such relationship was contemplated in the original transaction).[60]

The continued operation of the partnership between NJIT and CNBM/CTIEC, in any event, constitutes a violation of this Court's Contempt Order.

---

[59] *See* Email from Donald H. Sebastian, Ph.D. dated 5/7/2014 (attached as Exhibit "I") [Rec. Doc. No. 18671-9].

[60] *See* Emails between ATI and NJIT (attached as Exhibit "J") [Rec. Doc. No. 18671-10].

Moreover, CNBM lists "CTIEC-TECO American Technology, Inc." on its website as one of its overseas branches located in the United States (along with CNBM (USA) and United Suntech Craft, Inc.).[61]



As ATI's counsel explained, CTIEC and Toledo Engineering Co., Inc. ("TECO") formed ATI in 2005 "in order to market and sell the technology and services of CTIEC, and TECO in Chinese and other markets."[62]  In December, 2014, during the period of Taishan's contempt of court, CTIEC and TECO considered a business opportunity in the United States through ATI.  This

---

[61] *See* CNBM "Global Presence" Tab, available at http://www.cnbm.com.cn/EN/c_0000001600030001/ (attached as part of Exhibit "K") [Rec. Doc. No. 18671-11].

[62] *See* Exhibit "G" [Rec. Doc. No. 18671-7].

"involved a preliminary budget estimate issued by TECO to CTIEC on a project for a customer in South Carolina. (Originally CTIEC suggested the possibility of ATI pursuing the project. TECO did not feel that this would be feasible. Hence, it issued a preliminary budget as a subcontractor to CTIEC.)."[63] This, too, constitutes a violation of the Court's injunction.

### G. CNBM Uses the American Judicial System During the Period of Taishan's Contempt of Court to Pursue Monetary Claims Against Its Alter Egos

On July 20, 2014, just days after the Court's Contempt Order was entered, China National Building Material Investment Co., Ltd. ("CNBMI") (a wholly-owned subsidiary of CNBM and an affiliate of Taishan)[64] filed a civil lawsuit in the United States District Court for the Western District of Texas (Austin Division), *China National Building Material Investment Co., Ltd. v. BNK International, LLC and Jeffrey Chang*, No. No. 14-701 (W.D. Tex.).[65] CNBMI's complaint alleges, among other things that: (i) Defendant BNK Int'l - a Texas resident - was CNBMI's agent for sales of CNBMI products in the United States from 2004-2008; (ii) BNK owes CNBMI over $7.6 million in connection with their 2004-2008 agency relationship and U.S. sales; (iii) through BNK Int'l, CNBMI sold more than $20 million worth of product (to Lumber Liquidators) in the U.S.; and (iv) BNK Int'l is personally liable to CNBMI

---

[63] *Id. See also* Email dated 2/7/2014 re Notes from TECO meeting regarding ongoing projects of CTIEC in the United States with TECO and/or ATI (attached as Exhibit "L") [Rec. Doc. No. 18671-12].

[64] *See* Corporate Disclosure Statement in *CNBMI v. BNK Int'l*, No. 14-701 (W.D. Tex.) ("Plaintiff China National Building Material Investment Co., Ltd. (f/k/a BND Co., Ltd.) is a corporation whose shares owned by China National Building Material Company Limited, a company whose shares are publicly traded on the Hong Kong Stock Exchange, stock code 3323, ticker CNBM.") (attached as part of Exhibit "M") [Rec. Doc. No. 18671-13].

[65] *See* Complaint and exhibits thereto in *CNBMI v. BNK Int'l*, No. 14-701 (W.D. Tex.) (attached as part of Exhibit "M") [Rec. Doc. No. 18671-13].

pursuant to theories of "alter ego" and "piercing the corporate veil."[66]  Again, at the same time

that CNBM is using American courts (in Texas and Oregon) to obtain monies they alleged are

owing to them, in violation of the Court's injunction, CNBM is publishing announcements that

the Taishan Plaintiffs have no recourse against the Chinese Defendants due to problems

enforcing judgments overseas.[67]

> ### H.   Doing Business with Alibaba

Alibaba is a Hong Kong company that operates a website linking buyers to the suppliers

of various products.  The company has operated successfully for years in China and the Asian

markets, but now has entered the U.S. market through the largest IPP (Independent Public

Offering) in history.[68]

During the domestic drywall shortage that followed the Hurricanes in 2005, it is a matter

of record that certain U.S. customers used the Alibaba website to identify Taishan as a source of

drywall.[69]  But, more pertinent for present purposes, a review of the Alibaba website reveals that

the following entities currently post "storefront" profiles to advertise their products to potential

buyers in the U.S. and elsewhere:

> 1)   Taishan Gypsum Company Limited;

---

[66] *Id.*

[67] *See* fn. 8, *supra*.

[68] *See* "A Look Inside the Biggest IPO of All Time," available at:
https://www.nyse.com/network/article/Alibaba-Lists-on-the-NYSE (attached hereto as Exhibit "W").

[69] *See In re Chinese Manufactured Drywall Prods. Liab. Litig.*, 894 F. Supp. 2d 819, 850  (E.D. La. 2012), *aff'd*, 742 F.3d 576 (5th Cir. 2014) and 753 F.3d 521 (5th Cir. 2014); *see also* Herman Aff. Ex. 23, at pp.17, 31-32 (Excerpts of Deposition Transcript of Carn Construction Corp.); Herman Aff. Ex. 24, at pp. 79-81 (Excerpts of Deposition Transcript of Stone Pride); Herman Aff. Ex. 25, at pp. 15-17 (Excerpts of Deposition Transcript of GD-Distributers).

2)      Beijing New Building Materials Public Limited, Company;

3)      China National Building Materials;

4)      China National Building Material International Corporation;

5)      China National Building Material International Engineering Co., Ltd.; and

6)      China National Building Materials and Equipment Import and Export Company.[70]

Taishan and these affiliates, therefore, continue to use one of the world's largest and most successful internet services to promote and facilitate the sales of their products; and they clearly have done so with respect to potential or actual buyers in the U.S. since, and during, the injunction period initiated by the Court's Contempt Order of July 17, 2014.

## III.   **CONCLUSION**

Independent of discovery from the Defendants, the PSC has uncovered evidence that the Taishan Affiliates have done business, and are continuing to do business in the United States in direct violation of the Court's injunction.  As further evidence comes to light, the PSC will update their Status Report to the Court.

---

[70] *See*, *e.g.*, Alibaba "store front" pages for Taishan Gypsum, BNBM, CNBM, etc., dated 4/13/2015 (attached hereto as Exhibit "U").

Dated: April 14, 2015                    Respectfully Submitted,

BY:      /s/ Russ M. Herman
        Russ M. Herman (LA Bar No. 6819) (On the Brief)
        Leonard A. Davis (LA Bar No. 14190) (On the Brief)
        Stephen J. Herman (LA Bar No. 23129) (On the Brief)
        Herman, Herman & Katz, LLC
        820 O'Keefe Avenue
        New Orleans, LA 70113
        Phone: (504) 581-4892
        Fax: (504) 561-6024
        ldavis@hhklawfirm.com
        *Plaintiffs' Liaison Counsel*
        *MDL 2047*

        Arnold Levin (On the Brief)
        Fred S. Longer (On the Brief)
        Sandra L. Duggan (On the Brief)
        Matthew Gaughan (On the Brief)
        Levin, Fishbein, Sedran & Berman
        510 Walnut Street, Suite 500
        Philadelphia, PA 19106
        Phone: (215) 592-1500
        Fax: (215) 592-4663
        alevin@lfsblaw.com
        *Plaintiffs' Lead Counsel*
        *MDL 2047*

        Gerald E. Meunier (LA Bar No. 9471) (On the Brief)
        Rachel A. Sternlieb (LA Bar No. 35338) (On the Brief)
        Gainsburgh, Benjamin, David,
         Meunier & Warshauer, LLC
        2800 Energy Centre
        1100 Poydras Street
        New Orleans, LA 70163-2800
        Phone:  (504) 522-2304
        Fax:  (504) 528-9973
        gmeunier@gainsben.com
        *Co-Counsel for Plaintiffs and PSC Member*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm, LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Peter Prieto
Podhurst Orseck, PA
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Bruce William Steckler
Steckler LLP
12720 Hillcrest Road, Suite 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-4041
bruce@stecklerlaw.com

Ervin A. Gonzalez
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, PA
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Jerrold Seth Parker
Parker Waichman, LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Myers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@attorneys4people.com

Christopher Seeger
Scott Alan George (On the Brief)
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Richard J. Serpe
Law Offices of Richard J. Serpe
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Victor M. Diaz, Jr.
V.M. Diaz and Partners, LLC
119 Washington Ave., Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W., Suite  650
Washington, DC 20006
Phone: (202) 540-7200
Fax:  (202) 540-7201
rlewis@hausfeldllp.com

Anthony D. Irpino (On the Brief)
Pearl Robertson (On the Brief)
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 14th day of April, 2015.

Respectfully Submitted,

BY:  */s/ Leonard A. Davis*
Russ M. Herman
Leonard A. Davis
Stephen J. Herman
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com

*Plaintiffs' Liaison Counsel*
*MDL 2047*