# EXHIBIT "T"

# Updated Timeline of Taishan Affiliates Doing Business In the United States in Violation of Court's Injunction

| Date | Taishan Affiliates Doing Business in the United States |
|---|---|
| September, 2011 | CNBM enters into an agreement with Plum Creek Timber (a Seattle company) and Sumitomo Forestry Co. (a Japanese company) "for the expansion of sales of North American forestry products (logs, lumber products, etc.) in the Chinese market." This agreement has <u>no end date</u> and provides that the parties will cooperate to obtain logs from Oregon and Washington for sale to China. |
| February, 2013 | CNBM and its subsidiary China Triumph International Engineering Group Co., Ltd. ("CTIEC") form a partnership with NJIT and establish the "<u>CNBM New Energy Materials Research Center</u>" of the New Jersey Institute of Technology. The relationship is ongoing. |
| March, 2013 | CNBM's subsidiary CTIEC directs its American branch CTIEC-TECO ATI to loan CTIEC $250,000, making the payment of the proceeds to NJIT. According to ATI, NJIT repaid the loan in June, 2014. According to NJIT, no loan agreement was signed when the payment was made. |
| February, 2014 | NJIT formalizes agreement with Chinese partners receiving more than $650,000 from CNBM to "renovate its solar cell research laboratory." |
| May 5, 2014 | CNBM subsidiaries, China National Building Material Import and Export Company ("CNBM Trading") and CNBM Forest Products (Canada), Ltd. ("CNBM Forest (Canada)") institute a lawsuit in federal court in Oregon against Westerlund and Murphy/Astoria, in an attempt to recover monies allegedly owed from a series of business transactions dating back to 2011, involving the purchase and handling of logs in Oregon, which were intended for shipment to China. In related litigation in Oregon, these same CNBM companies are named as defendants by the same American companies with whom they are doing business. |

| Date | Taishan Affiliates Doing Business in the United States |
|---|---|
| **July 17, 2014** | Court holds Taishan Gypsum in criminal and civil contempt of court enjoins Taishan, its affiliates, and subsidiaries from "conducting any business in the United States until or unless [Taishan] participates in this judicial process." |
| July 20, 2014 | CNBM's wholly-owned subsidiary China National Building Material Investment Co., Ltd. files a civil lawsuit in the United States District Court for the Western District of Texas, *China National Building Material Investment Co., Ltd. v. BNK International, LLC and Jeffrey Chang*, No. No. 14-701 (W.D. Tex.), seeking $7.6 million it alleges it is owed in connection with its 2004-2008 agency relationship with BNK International and U.S. sales of lumber to Lumber Liquidators. |
| August, 2014 | CNBM Trading and CNBM Forest (Canada) settle their dispute with Westerlund and Murphy/Astoria by executing a stipulation and agreement to dismiss all three Oregon lawsuits in exchange for their cooperation in shipping approximately 15.4 million board feet of logs to China for CNBM and a payment of $2.55 million to CNBM, among other things. |
| August 20, 2014 | CNBM announces the Court's July 17, 2014 injunction on its website and even acknowledges that the "restrictions on the affiliates of Taishan Gypsum may extend to the Company." |
| September 26, 2014 | CNBM announces that its online e-commerce entity OKorder.com will partner with IBM. OKorder.com has "adopted IBM cloud computing service to start a domestic cross-border e-commerce cloud era." The joint venture between OKorder.com and IBM is intended to enhance promotion of CNBM's foreign trade around the globe generally, including in the United States. |
| September, 2014 | Murphy/Astoria ships 5.1 million square feet of logs for CNBM to China in connection with their settlement agreement. |
| October, 2014 | NJIT makes residual interest payments to CTIEC on $250,000 loan. |

| Date | Taishan Affiliates Doing Business in the United States |
|---|---|
| November, 2014 | Murphy/Astoria ships 5.3 million square feet of logs for CNBM to China in connection with their settlement agreement. |
| November 3, 2014 | CTIEC signs Framework Agreement with Sunpin Solar Development, LLC (Illinois company) for the development, engineering, procurement, financing, and construction of various solar photovoltaic projects located in the U.S. |
| November 25, 2015 | CTIEC executes a security agreement, mortgage agreement, collateral assignment with Church Hill Solar Farm, LLC (a Maryland company). |
| November 26, 2015 | CTIEC signs Agreement with Church Hill Solar Farm, LLC with respect to a Church Hill Solar Farm Project.  CTIEC also executes general contractor agreement with Sunpin Construction Management, LLC, with respect to this project. |
| December, 2014 | CTIEC and TECO consider a business opportunity in the United States through ATI.  This "involved a preliminary budget estimate issued by TECO to CTIEC on a project for a customer in South Carolina.  (Originally CTIEC suggested the possibility of ATI pursuing the project.  TECO did not feel that this would be feasible.  Hence, it issued a preliminary budget as a subcontractor to CTIEC.)." |
| December 13, 2014 | Steven J. Zika, CEO of Hampton, sends letter to Ken Kao, managing director of CNBM Forest, which discusses the ongoing relationship between the two entities, and in particular their business dealings in exporting logs from the Pacific Northwest to China. |
| February 25, 2015 | CTIEC signs a "cooperative contract" with Sunpin Walmart for the construction of 1,000 roof solar power plants for Wal-Mart supermarkets in North America. |
| March, 2015 | Murphy/Astoria ships 5 million square feet of logs for CNBM to China in connection with their settlement agreement. |

| Date | Taishan Affiliates Doing Business in the United States |
|---|---|
| March 2, 2015 | CNBM announces on its website that the "Wal-Mart roof power plant project … marks new major cooperation between the two sides after the initial cooperation in November 2014 and CTIEC's milestone in in-depth development of the US PV power station market, laying a solid foundation for Triumph's new energy brand to develop in the US and radiate the North American and South American PV power plant markets." According to CNBM, construction on the first two power plants involved in this cooperative CNBM project commences in April, 2015. |
| April 15, 2015 | CNBM's construction of two of the solar roof power plants for Wal-Mart Stores scheduled to begin in Massachusetts. |
| April, 2015 | Taishan, BNBM, CNBM, etc. have maintained and continue to maintain "store fronts" on Alibaba.com after July 17, 2014, in violation of the Court's injunction. |