# EXHIBIT "U"



Welcome to Alibaba.com : **Join Free** | **Sign In** | **My Alibaba**

On Site | Please input a keyword 🔍 or **Post Buying Request**

**Verified Supplier** | Taishan Gypsum Co., ... ▾ ☆ Add Company to My Favorites

Onsite Check

Taishan Gypsum Co., Ltd.

**Communicate with Supplier** ▸

What can I do for you?

✉ **Contact Supplier**

Service Center Online

● Bill Che
🔵 JACK YUAN
▾

| Home | Company Categories ▾ | **Company Profile** | My Page 1 | My Page 2 | Contacts |

Home > Company Profile

**Company Overview**

Company Introduction

**Company Capability**

Trade Capacity
Production Capacity
Quality Control
R&D Capacity
Trademarks & Patents

**Business Performance**

Buyer Interactions

**Additional Information**

Management
Awards Certification

## Taishan Gypsum Co., Ltd. 🌐

✉ **Contact Supplier**    ⚪ Leave Messages





✓ Business Type: Manufacturer
✓ Main Products: Gypsum Board,Gypsum Ceiling Tiles,Steel Frame And T-grid,Accessories For Keel,Rock Wool
✓ Location: Shandong, China (Mainland)
✓ Year Established: 1998
Year start exporting: 1995
Number Of Employees: Above 1000 People
Total Annual Sales Volume: Above US$100 Million
Main Markets: Domestic Market, Africa, Northern Europe, South America, Eastern Europe
Certifications: ISO14001,ISO9001
Product Certifications: ENVIRONMENTAL MARKING CERTIFICATE
Average Lead Time: 7 Day(s)

Taishan Gypsum Co., Ltd. is devoted to producing gypsum boards, gypsum ceiling tiles, metal studs and other accessories fo...    **More ▸**



Minisite Survey

### Company Capability

| **Trade Capacity** | Domestic Market : 90.00% | Africa : 3.00% | View More ▸ |
| **Production Capacity** | Factory Size : Above 100,000 square meters | No. of Production Lines : Above 10 | View More ▸ |
| **Quality Control** | Test Equipment and Facilities : Quality testi... | | View More ▸ |
| **R&D Capacity** | No. of R&D Staff : Above 50 People | Equipment and Facilities : Gypsum board pr... | View More ▸ |

🔵 Report Suspicious Content on this Page

**Email to this supplier**

To: Bill Che

• Message:

Enter your inquiry details such as product name, color, size, MOQ, FOB, etc.

Your message must be between 20-8000 characters

**Send**

Browse by:Manufacturers - Wholesalers - China Gold Suppliers - All Products - Countries - Importers - Buying Leads - China - India - UK - Australia

Language Option:Español - Português - Deutsch - Français - Italiano - Русский - 한국어 - 日本語 - اللغة العربية

Alibaba Group: Alibaba China - Alibaba International - AliExpress | Taobao Marketplace | Tmall.com | eTao | Juhuasuan | Alibaba Cloud Computing | Alipay

Product Listing Policy - Intellectual Property Policy and Infringement Claims - Privacy Policy - Terms of Use

Copyright Notice © 1999-2014 Alibaba.com Hong Kong Limited and licensors. All rights reserved.



Browse by:Manufacturers - Wholesalers - China Gold Suppliers - All Products - Countries - Importers - Buying Leads - China - India - UK - Australia

Language Option:Español - Português - Deutsch - Français - Italiano - Русский - 한국어 - 日本語 - اللغة العربية

Alibaba Group: Alibaba China - Alibaba International - AliExpress | Taobao Marketplace | Tmall.com | eTao | Juhuasuan | Alibaba Cloud Computing | Alipay

Product Listing Policy - Intellectual Property Policy and Infringement Claims - Privacy Policy - Terms of Use

Copyright Notice © 1999-2014 Alibaba.com Hong Kong Limited and licensors. All rights reserved.

**Alibaba.com**     Welcome to Alibaba.com , **Join Free** , **Sign In** | **My Alibaba**

On Site     Please input a keyword     🔍     or     **Post Buying Request**

**Verified Supplier**     Cnbm International C...     ☆ Add Company to My Favorites          🔷 A&V Check

🔴 CNBM     **Cnbm International Corporation**          **1**YR  🟠 **Gold Supplier**

| Home | Product Categories ▾ | Wholesale | Company Profile ▾ | Contacts |

Home > Company Profile

**Company Overview**
Company Introduction

**Company Capability**
Trade Capacity
Production Capacity
R&D Capacity

**Business Performance**
Buyer Interactions

**Cnbm International Corporation** 🔷🔷          ✉ **Contact Supplier**     ⬚ Leave Messages

| | |
|---|---|
| Business Type: | Manufacturer |
| Main Products: | wpc decking,pe net,fiber glass,fireproofing products |
| 🔷 Location: | Beijing, China (Mainland) |
| 🔷 Year Established: | 2004 |
| Year start exporting: | 2004 |
| Number Of Employees: | Above 1000 People |
| Total Annual Sales Volume: | Above US$100 Million |
| Main Markets: | South America, North America, Africa, Mid East, Southeast Asia |

CNBM International Corporation (CNBM International) is the most important trading platform of CNBM Group Corporation, a state-owned ...     **More ▸**

**Communicate with Supplier** ◂
🔴 CNBM     What can I do for you?
✉ Contact Supplier
⚪ Kobe Fu

**Company Capability**

| | | | |
|---|---|---|---|
| **Trade Capacity** | South America : 30.00% | North America : 20.00% | View More ▸ |
| **Production Capacity** | Factory Size : 5,000-10,000 square meters | No. of Production Lines : Above 10 | View More ▸ |
| **R&D Capacity** | No. of R&D Staff : Above 50 People | | View More ▸ |

🔵 Report Suspicious Content on this Page

**Email to this supplier**

To:     Kobe Fu

•**Message:**     Enter your inquiry details such as product name, color, size, MOQ, FOB, etc.

Your message must be between 20-8000 characters

**Send**

[?] Minisite Survey

Language Option:Español - Português - Deutsch - Français - Italiano - Русский - 한국어 - 日本語 - اللغة العربية

Alibaba Group: Alibaba China - Alibaba International - AliExpress | Taobao Marketplace | Tmall.com | eTao | Juhuasuan | Alibaba Cloud Computing | Alipay

Product Listing Policy - Intellectual Property Policy and Infringement Claims - Privacy Policy - Terms of Use

Copyright Notice © 1999-2014 Alibaba.com Hong Kong Limited and licensors. All rights reserved.



Copyright Notice © 1999-2014 Alibaba.com Hong Kong Limited and licensors. All rights reserved.

Company Overview CNBM International Corporation

**Alibaba.com®**    Welcome to Alibaba.com , **Join Free** , **Sign In** | **My Alibaba**

On Site    Please input a keyword    🔍    or    Post Buying Request

**Verified Supplier**    CNBM International C...    ⭐ Add Company to My Favorites    ◇◇A&V Check    ▣ Verified Video

**CNBM**    CNBM International Corporation

Communicate with Supplier ▶

What can I do for you?

✉ **Contact Supplier**

⊙ Lexi Zhao

| Home | Product Categories ▾ | Wholesale | **Company Profile ▾** | Contacts |

Home > Company Profile

**Company Overview**
Company Introduction

**Company Capability**
Trade Capacity
Production Capacity
R&D Capacity

**Business Performance**
Buyer Interactions

**CNBM International Corporation** 💙    ✉ **Contact Supplier**    ⊙ Leave Messages

| | |
|---|---|
| Business Type: | Manufacturer |
| Main Products: | Building materials and equipment,ceiling & partition,insulation materials,HVAC products,Car DVD player |
| ◆ Location: | Beijing, China (Mainland) |
| ◆ Year Established: | 2004 |
| Number Of Employees: | Above 1000 People |
| Main Markets: | North America, South America, Eastern Europe, Southeast Asia, Africa |
| Certifications: | ISO9001 |
| Product Certifications: | CE,CE,CE,GS,EMC |

CNBM International Corporation, China National Building Materials (Group) Corporation, is one of the largest companies in China buil...    **More ▶**

**Company Capability**

| | | | |
|---|---|---|---|
| **Trade Capacity** | North America : 11.11% | South America : 11.11% | View More ▶ |
| **Production Capacity** | Factory Size : 10,000-30,000 square meters | | View More ▶ |
| **R&D Capacity** | No. of R&D Staff : Above 50 People | | View More ▶ |

Minisite Survey

🔵 Report Suspicious Content on this Page

**Email to this supplier**

To:    Lexi Zhao

*Message:    Enter your inquiry details such as product name, color, size, MOQ, FOB, etc.

Your message must be between 20-8000 characters

**Send**

Browse by:Manufacturers - Wholesalers - China Gold Suppliers - All Products - Countries - Importers - Buying Leads - China - India - UK - Australia

Language Option:Español - Português - Deutsch - Français - Italiano - Русский - 한국어 - 日本語 - اللغة العربية

Alibaba Group: Alibaba China - Alibaba International - AliExpress | Taobao Marketplace | Tmall.com | eTao | Juhuasuan | Alibaba Cloud Computing | Alipay

Product Listing Policy - Intellectual Property Policy and Infringement Claims - Privacy Policy - Terms of Use

Copyright Notice © 1999-2014 Alibaba.com Hong Kong Limited and licensors. All rights reserved.

Language Option:Español - Português - Deutsch - Français - Italiano - Русский - 한국어 - 日本語 - اللغة العربية

Alibaba Group: Alibaba China - Alibaba International - AliExpress | Taobao Marketplace | Tmall.com | eTao | Juhuasuan | Alibaba Cloud Computing | Alipay

Product Listing Policy - Intellectual Property Policy and Infringement Claims - Privacy Policy - Terms of Use

Copyright Notice © 1999-2014 Alibaba.com Hong Kong Limited and licensors. All rights reserved.

4/14/2015     Company Overview of China National Building Materials And Equipement Import and Export Corp.

Case 2:09-md-02047-EEF-MBN Document 18694-2 Filed 04/14/15 Page 14 of 14

