# EXHIBIT “W”

ALIBABA MAKES HISTORY

# A LOOK INSIDE THE BIGGEST IPO OF ALL TIME




(https://twitter.com/home?status=https://www.nyse.com/network/article/Alibaba-Lists-on-the-NYSE) (http://www.facebook.com/sharer.php?u=https://www.nyse.com/network/article/Alibaba-Lists-on-the-NYSE) (http://www.linkedin.com/shareArticle?mini=true&url=https://www.nyse.com/network/article/Alib Lists-on-the-NYSE&title=A Look Inside the Biggest IPO i History: Alibaba Lists on the New York Stock Exchange.

On September 19th, 2014 history was made. The largest IPO of all time opened on the New York Stock Exchange.

When Alibaba Group (NYSE: **BABA (https://www.nyse.com/quote/XNYS:BABA)**) listed on the NYSE, it was a moment emblematic of the truly global nature of capital markets. The close partnership that is key to the IPO process, the visibility opportunities that span the globe, and the merging of heritage and innovation were all integral parts of a working relationship that had been carefully cultivated in the preceding months.

At Alibaba's headquarters in Hangzhou, China and on the floor of the NYSE, cheers erupted when the first trade bell rang. The moment simultaneously marked the culmination of many years of hard work and the beginning of a new phase in the relationship between Alibaba and the New York Stock Exchange; a relationship based on reciprocal assurance and confidence. As Jack Ma, Alibaba Group CEO, said of the listing day, "What we raised today is not money, it's the trust. It's the responsibilities that we have."

The sentiment was was echoed by NYSE Group president Tom Farley. "We continue to lead the dialogue on market structure on behalf of our issuers to reduce complexity and increase market stability."

## RELATED CONTENT

**2014: A Breakout Year (https://www.nyse.com/network/article/2014-NYSE-Year-In-Review)**

The New York Stock Exchange led the world's markets in global capital raising for the fourth consecutive year. Fueled in part by the largest IPO in history...

**Wayfair: Combine & Conquer (https://www.nyse.com/network/article/Combine-and-Conquer)**

How do two friends go from selling stereo racks out of a spare bedroom to running a billion-dollar business? By not being afraid to rip up their own playbook....

**Key Business Themes for 2015 (https://www.nyse.com/network/article/ceo2ceo-summit-recap)**

Chief Executive Magazine's annual CEO2CEO Leadership Summit recently took place at the New York Stock Exchange. Attended by more...



(https://www.nyse.com/network/article/2014-NYSE-Year-In-Review)

(https://www.nyse.com/network/article/Combine-and-Conquer)

(https://www.nyse.com/network/article/ceo2ceo-summit-recap)

Read More Articles >>> (https://www.nyse.com/network/exchange-more)

About NYSE (http://www.intercontinentalexchange.com/about)
Investors & Media (http://ir.theice.com)
Subscriptions (/subscriptions)
Careers (http://www.intercontinentalexchange.com/careers)
Contact Us (/contact)
纽约证券交易所 (/china)
Terms (https://www.intercontinentalexchange.com/terms-of-use)
Privacy (https://www.intercontinentalexchange.com/privacy-policy)
Cookies (https://www.intercontinentalexchange.com/cookies)
US-EU SH Statement (https://www.intercontinentalexchange.com/safe-harbor-privacy-statement)

ICE (HTTPS://WWW.THEICE.COM) / **NYSE** / INTERCONTINENTAL EXCHANGE (HTTPS://WWW.INTERCONTINENTALEXCHANGE.COM)

(https://twitter.com/nyse)

© 2015 Intercontinental Exchange, Inc.

ICE LISTED NYSE