UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| ALL CASES | MAG. JUDGE WILKINSON |

## ORDER

Considering Lennar Corporation's Motion to Withdraw Without Prejudice its Motion to Enforce Bar Order and to Enjoin Claims Brought by Lanning Tucker and Jhana Tucker (the "Motion to Withdraw") [Rec. Doc. 18637];

It is **HEREBY ORDERED** that the Motion to Withdraw is **GRANTED**. Lennar Corporation's Motion to Enforce Bar Order and to Enjoin Claims Brought by Lanning Tucker and Jhana Tucker [Rec. Doc. 18548] is hereby withdrawn, without prejudice.

New Orleans, Louisiana, this 10th day of April, 2015.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE