
Case 2:09-md-02047-EEF-MBN   Document 18687   Filed 04/15/15   Page 1 of 1

In re: Chinese-Manufactured Drywall Products Liability Litigation



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 134029-0002

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Sunpin Solar Development LLC, aka Sunpin Solar, LLC
through Steve H Kim
Court Case No. MDL 2047

HERMAN, HERMAN, ET AL
Mr. Leonard A. Davis
820 O'Keefe Ave.
New Orleans, LA 70113-1116

State of: Illinois ) ss.
County of: Cook )

**Name of Server:** Brae Grobarek, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 23 day of March, 20 15, at 12:05 o'clock P M

**Place of Service:** at 1 North LaSalle St., Ste. 1515, in Chicago, IL 60602

**Documents Served:** the undersigned served the documents described as:
**Subpoena to Testify at a Deposition in a Civil Action (with poduction request) with Attached 20 (b)(
Notice of Deposition (with exhibits); Witness Fee Check**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Sunpin Solar Development LLC, aka Sunpin Solar, LLC through Steve H Kim**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Conan Li, Analyst

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex M ; Skin Color Asian ; Hair Color Black ; Facial Hair —
Approx. Age 36 ; Approx. Height 5'7 ; Approx. Weight 160

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 7 day of APRIL, 20 15

Notary Public    (Commission Expires)

**APS International, Ltd.**

OFFICIAL SEAL
MICHAEL J AUGLE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/15/18

15-04918