MINUTE ENTRY
FALLON, J.
APRIL 7, 2015

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION "L" |

**THIS DOCUMENT RELATES TO: ALL CASES**

<u>MINUTE ENTRY</u>

On this date, the Court held a telephone status conference in which it heard arguments regarding: the PSC's motion to compel, (Rec. Doc. 18596); Taishan's motion to compel, (Rec. Doc. 18598); and the PSC's objection to Ronald Wright's deposition, (Rec. Doc. 18597).

Russ Herman, Arnold Levin, Lenny Davis, Jerry Meunier, Fred Longer, and Chris Seeger participated on behalf of the Plaintiffs' Steering Committee. Bernard Taylor, Michael Kenny, and Christina Eikhoff participated on behalf of Taishan Gypsum Co., Ltd. ("TG") and Tai-an Taishan Plasterboard Co. Ltd. ("TTP"), (TG and TTP collectively, "Taishan"). Michael Moore and Richard Fenton participated on behalf of Beijing New Building Materials Public Limited Company and Beijing New Building Material (Group) Company Limited (collectively, "BNBM"). The hearing was transcribed by Ms. Terri Hourigan, Official Court Reporter. Counsel may contact Ms. Tusa at (504) 589-7775 to request a copy of the transcript.

**IT IS ORDERED** that the PSC's motion to compel is **DENIED AS MOOT**. The parties are working to coordinate the discovery at the center of the PSC's motion.

JS10(00:38)

**IT IS FURTHER ORDERED** that Taishan's motion to compel is **GRANTED IN PART AND DENIED IN PART** as explained during the telephone status conference. Although most of discovery that Taishan seeks is relevant for the purposes of discovery, the Settlement Administrator need not turn over any Knauf proprietary information at this time.

**IT IS FURTHER ORDERED** that the PSC's objection to Ronald Wright's deposition is **DENIED AS MOOT** as explained during the telephone status conference. The parties are to work out a mutually agreeable time and date for Mr. Wright's deposition on or before April 15, 2015.