UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * *

## ORDER

Considering Defendant Banner Supply Co.'s ("Banner") Ex Parte/Consent Motion to Postpone the Hearing on Banner's Motion to Enforce Injunction Regarding Claims Brought by Plaintiffs Daniel and Shonna Blonsky (Doc. No. 18495),

IT IS ORDERED that the Motion to postpone is GRANTED.

IT IS FURTHER ORDERED that Banner's Motion to Enforce Injunction Regarding Claims Brought by Plaintiffs Daniel and Shonna Blonsky (Doc. No. 18495) is reset to be heard at a future time after Banner and Plaintiffs confer on the availability the parties to attend a future hearing.

NEW ORLEANS, LOUISIANA, this 13th day of April, 2015.

_____
UNITED STATES DISTRICT JUDGE