UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*ALL CASES* | MDL No. 2:09-md-2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

**CNBM ENTITIES' JOINDER IN
EMERGENCY MOTIONS FOR PROTECTIVE ORDER**

NOW INTO COURT, through undersigned counsel, come China National Building Materials Group Corporation ("CNBM Group"), China National Building Materials Company Limited ("CNBM Company"), China National Building Material & Equipment Import & Export Corporation ("CNBM Import & Export"); CNBM (USA) Corp. ("CNBM USA"); and CNBM Forest Products (Canada) Ltd. ("CNBM FP Canada") (collectively, the "CNBM Entities,"), who respectfully join the Emergency Motions for Protective Order filed by the BNBM Entities (Rec. Doc. 18681) and Taishan (Rec. Doc. No. 18680).

Like the BNBM Entities and Taishan, late last week, on April 9, 2015, the CNBM Entities were served with greatly expanded "Amended and Supplemental Notices of Expedited Oral and Videotaped Deposition," without any prior notice or consultation. (Rec. Doc. Nos. 18645-46, 18649-51).[1] These "Amended and Supplemental Notices," far from "streamlin[ing]

---

[1] The PSC also served an Amended Notice for CNBM USA on March 27, 2015 (Rec. Doc. 18562), which likewise greatly expanded the scope of discovery from the notice originally served on March 19. For example, that Amended Notice purports to seek documents relating to over **185** different entities.

and further expedit[ing] discovery" as the PSC claims, instead added scores of document requests – resulting in requests regarding more than 127 individuals and 66 entities, and demands for production of complete copies of hard drives – and more than quadrupled the number of originally noticed deposition topics.  The PSC's Amended and Supplemental Notices are not only over-reaching and abusive, but were propounded at such a late date that compliance is rendered utterly impossible.  Should the Amended Notices not be quashed, the CNBM Entities will need to start their collection and production efforts anew, since they have been focused on responding to the originally-propounded notices.

    For the reasons stated in the Emergency Motions for Protective Order filed by the BNBM Entities and Taishan, the CNBM Entities respectfully join in requesting that the Court quash all Amended Notices other than those originally served on March 19, 2015, strike Document Request No. 23 pertaining to demands for production of attorney-client communications from the original March 19 notices, and provide such other relief as the Court deems just and proper.

    Respectfully submitted,

    /s/ L. Christopher Vejnoska

L. Christopher Vejnoska (CA Bar No. 96082)
Ian Johnson (CA Bar No. 208713)
Andrew Davidson (CA Bar No. 266506)
Jason Wu (CA Bar No. 279118)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105
Tel.:  415-773-5700
Fax.: 415-773-5759
E-mail: cvejnoska@orrick.com
    ijohnson@orrick.com
    adavidson@orrick.com
    jmwu@orrick.com

James L. Stengel (NY Bar No. 1800556)
Xiang Wang (NY Bar No. 4311114)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY, 10019
Tel:  212-506-5000
Fax:    212-506-5151
Email: jstengel@orrick.com
              xiangwang@orrick.com

Eric A. Shumsky (D.C. Bar No. 477926)
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street NW
Washington, D.C. 20005
Tel: 202-339-8400
Fax:    202-339-8500
Email: eshumsky@orrick.com

*Attorneys for CNBM Entities*

Dated**:** April 14, 2015

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing CNBM Companies' Joinder in Emergency Motions for Protective Order, and attached documents, have been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail and upon all parties by electronically uploading the same to File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 14th day of April, 2015.

/s/ L. Christopher Vejnoska
L. Christopher Vejnoska (CA Bar No. 96082)
ORRICK, HERRINGTON & SUTCLIFFE LLP
*Counsel for CNBM Entities*