UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2:09-md-2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON |
| **THIS DOCUMENT RELATES TO:**<br><br>*ALL CASES* | MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

## ORDER

Upon consideration of the Joinder of China National Building Materials Group Corporation, China National Building Materials Company, China National Building Material & Equipment Import & Export Corporation; CNBM (USA) Corp.; and CNBM Forest Products (Canada) Ltd. (collectively, the "CNBM Entities,") in the Emergency Motions for Protective Order filed by the BNBM Entities and Taishan (Rec. Doc. Nos. 18680-81), IT IS HEREBY ORDERED as follows:

1. All amended deposition notices served to date on the CNBM Entities by the Plaintiffs' Steering Committee, other than those originally filed and served on March 19, 2015, are QUASHED.

2. Each Document Request No. 23, within the original deposition notices filed on March 19, 2015 pertaining to the CNBM Entities, is STRICKEN.

New Orleans, Louisiana this ____ day of _____, 2015.

_____
Eldon E. Fallon
U.S. District Court Judge