UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2:09-md-2047<br><br>SECTION L |
| **THIS DOCUMENT RELATES TO:** | JUDGE ELDON E. FALLON |
| *ALL CASES* | MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

**CNBM GROUP AND CNBM COMPANY'S JOINDER IN
RESPONSE IN OPPOSITION TO MOTION TO COMPEL DISCOVERY**

NOW INTO COURT, through undersigned counsel, come China National Building Materials Group Corporation ("CNBM Group") and China National Building Materials Company Limited ("CNBM Company") who respectfully join the Response in Opposition to the PSC's Emergency Motion to Compel Discovery filed by BNBM Group and BNBM Company (Rec. Doc. 18683).

CNBM Group and CNBM Company likewise oppose the PSC's motion to compel,[1] and join in BNBM Group and BNBM Company's opposition thereto, to the extent that any of the issues addressed in that submission apply to CNBM Group or CNBM Company.  CNBM Group and CNBM Company immediately initiated efforts to comply with discovery contemplated by the Court's March 17, 2015 hearing and Minute Order (Rec. Doc. 18493).  Upon receiving the PSC's March 19, 2015 deposition notices, CNBM Group and CNBM Company began identifying witnesses and document custodians.   Both CNBM Group and CNBM Company have

---

[1] CNBM Group and CNBM Company note that the PSC did not satisfy the requirement to meet and confer prior to filing its emergency motion to compel, as required by Fed. R. Civ. P. 37(a)(1).

provided the PSC with a list of intended deponents, and are diligently working to secure those witnesses' appearance in New Orleans and the production of relevant, responsive, non-privileged materials as quickly as possible.  Plaintiffs have not identified any specific objections to CNBM Group's or CNBM Company's performances.  CNBM Group and CNBM Company are prepared to address the Court's questions at the April 17, 2015 hearing.

For the reasons set forth herein and the additional reasons stated in the Response in Opposition to the PSC's Emergency Motion to Compel filed by BNBM Group and BNBM Company, CNBM Group and CNBM Company respectfully join in requesting that the Court deny the PSC's motion to compel discovery.

Respectfully submitted,

/s/ L. Christopher Vejnoska

L. Christopher Vejnoska (CA Bar No. 96082)
Ian Johnson (CA Bar No. 208713)
Andrew Davidson (CA Bar No. 266506)
Jason Wu (CA Bar No. 279118)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105
Tel.:  415-773-5700
Fax.: 415-773-5759
E-mail: cvejnoska@orrick.com
ijohnson@orrick.com
adavidson@orrick.com
jmwu@orrick.com

James L. Stengel (NY Bar No. 1800556)
Xiang Wang (NY Bar No. 4311114)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY, 10019
Tel:  212-506-5000
Fax:   212-506-5151
Email:  jstengel@orrick.com
xiangwang@orrick.com

>Eric A. Shumsky (D.C. Bar No. 477926)
>ORRICK, HERRINGTON & SUTCLIFFE LLP
>Columbia Center
>1152 15th Street NW
>Washington, D.C. 20005
>Tel: 202-339-8400
>Fax:   202-339-8500
>Email:  eshumsky@orrick.com
>
>*Attorneys for CNBM Group and CNBM Company*

Dated: April 15, 2015

# CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing CNBM Companies' Joinder in Response in Opposition to PSC's Emergency Motion to Compel has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail and upon all parties by electronically uploading the same to File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 15th day of April, 2015.

>/s/ L. Christopher Vejnoska
>
>L. Christopher Vejnoska (CA Bar No. 96082)
>ORRICK, HERRINGTON & SUTCLIFFE LLP
>The Orrick Building
>405 Howard Street
>San Francisco, CA  94105
>Tel.:  415-773-5700
>Fax.: 415-773-5759
>E-mail: cvejnoska@orrick.com
>*Counsel for CNBM Group and CNBM Company*

- 3 -