IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

**O R D E R**

Considering the Plaintiffs' Steering Committee's Motion to File Unredacted/Full Version of PSC Memorandum Regarding Effects of Default and Issue Preclusion In April 28, 2015 Class-Wide Damages Trial Under Seal;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the attached Unredacted/Full Version of PSC Memorandum Regarding Effects of Default and Issue Preclusion In April 28, 2015 Class-Wide Damages Trial be and is hereby filed UNDER SEAL.

New Orleans, Louisiana, this _____ day of _____, 2015.

_____
Eldon E. Fallon
United States District Court Judge