UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PROPOSED AGENDA**
**FOR APRIL 17, 2015 STATUS CONFERENCE**

I. PRE-TRIAL ORDERS

II. STATE COURT TRIAL SETTINGS

III. STATE/FEDERAL COORDINATION

IV. OMNIBUS CLASS ACTION COMPLAINTS

V. CLASS ACTION COMPLAINT

VI. PLAINTIFFS' MOTIONS TO ESTABLISH A PLAINTIFFS' LITIGATION FEE AND EXPENSE FUND

VII. REMEDIATION PROGRAM

VIII. INEX, BANNER, KNAUF, L&W and GLOBAL SETTLEMENTS

IX. SHARED COSTS FUND

X. TAISHAN DEFENDANTS
   a) Class Damages Hearing
   b) Empirical Claimant & Remediation Data
   c) Revised Wright Affidavit/Deposition

1

X1.     VENTURE SUPPLY & PORTER BLAINE DEFENDANTS

XII.    PLAINTIFF AND DEFENDANT PROFILE FORMS
        a) Taishan's Request for Updated Plaintiff Information

XIII.   FREQUENTLY ASKED QUESTIONS

XIV.   MATTERS SET FOR HEARING FOLLOWING THE CURRENT STATUS CONFERENCE

XV.    *PRO SE* CLAIMANTS

XVI.   PHYSICAL EVIDENCE PRESERVATION ORDER

XVII.  ENTRY OF PRELIMINARY DEFAULT

XVIII. ALREADY REMEDIATED HOMES

XIX.   LOUISIANA ATTORNEY GENERAL

XX.   NEXT STATUS CONFERENCE