**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>**ALL ACTIONS** | |

**THE PLAINTIFFS' STEERING COMMITTEE'S RESPONSE IN OPPOSITION TO JOINT EMERGENCY MOTION FOR PROTECTIVE ORDER BY BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED CO. AND BEIJING NEW BUILDING MATERIAL (GROUP) CO. LTD. AND CNBM ENTITIES' JOINDER IN EMERGENCY MOTIONS FOR PROTECTIVE ORDER**

## I. INTRODUCTION

The Plaintiffs' Steering Committee ("PSC"), on behalf of all plaintiffs in the MDL 2047, respectfully submits this Response in Opposition to the Joint Emergency Motion for Protective Order by Beijing New Building Materials Public Limited Co. ("BNBM") and Beijing New Building Material (Group) Co. Ltd. ("BNBM Group") (Rec.Doc. 18681). CNBM Entities – China National Building Materials Group Corporation ("CNBM Group"), China National Building Materials Company Limited ("CNBM"), China National Building Material & Equipment Import & Export Corporation ("CNBM Import & Export"), CNBM (USA) Corp. ("CNBM (USA)"), and CNBM Forest Products (Canada) Ltd. ("CNBM FP Canada") have also joined in their affiliates' motion (Rec.Doc. 18693).

With the briefest of exceptions,[1] BNBM & BNBM Group for years have silently laid back in this litigation, strategically observing, vicariously through their subsidiary Taishan Gypsum Co. Ltd. ("Taishan"), the ebb and flow of the activity occurring in the courtroom. Both BNBM and BNBM Group willingly defaulted after being properly served (Rec.Doc. Nos. 7302, 15687, 7735, and 17815), apparently content in letting Taishan, their "stalking horse," take the hits, all the while believing that they were immune from any judgment that could be entered against them by this Court. Then, when this Court entered its July 17, 2014 Order holding Taishan in both civil and criminal contempt of court, and enjoining Taishan and any of its affiliates "from conducting any business in the United States until or unless it participates in this judicial process," Contempt Order at 3 (Rec.Doc. 17869), they recognized that their strategy was in jeopardy. As the certified class of plaintiffs further pursued their efforts to assess damages against the Defendants, the noose got too tight for BNBM and BNBM Group to bear. After years of strategic oversight, BNBM and BNBM Group entered the fray. But now as late-comers to the litigation, they are chafing at the 6 year old obligations that they have been ordered to catch up to in 6 weeks. This Court has instructed the Defendants of its intent to "move this case, "[2] but the Defendants have been slow to heed this Court's instructions. With the time remaining before the April 28, 2015 Damage Assessment Hearing diminishing day by day, the PSC sought to simplify matters for BNBM & BNBM Group by issuing Amended and Supplemental discovery to even further target, focus, and narrowly define

---

[1]*See* Oct. 13, 2010 Letter of James L. Stengel (Rec.Doc. 18475-4). In 2010, Mr. Stengel represented BNBM. He now represents CNBM Group and CNBM.

[2]Transcript of Proceedings at 37 (March 17, 2015).

the documents and issues sought to be obtained (Rec. Doc. Nos. 18643 & 18644). Rather than respond to this discovery, the defendants now move for a protective order to avoid it.

The motion should be denied.

## II. ARGUMENT

The efforts of the PSC to engage in discovery of BNBM and BNBM Group were described in detail in the PSC's Responsive Memorandum to Objections of Third Party Subpoenaed Witnesses Pursuant to Order of March 2, 2015, And, in the Alternative, Motion to Compel Discovery of Third Party Subpoenaed Witnesses [Rec. Doc. 18476]; Omnibus Response/Reply of the Plaintiffs's Steering Committee to Motions Regarding Contempt, Enforcement of Contempt Order, Class Damages Hearing, and Motion to Withdraw as Counsel for Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co., Ltd. [Rec.Doc. 18475-2]; and The Plaintiffs' Steering Committee's Discovery Plan Regarding Future Discovery Against Taishan and Its Affiliates and Status of Discovery Ordered by the Court on March 17, 2015, and the Orders of March 20, 2015 and March 24, 2015 Authorizing Expedited Return on Discovery Requests and Shortened Time to Notice Depositions [Rec.Doc. 18537].

When BNBM and BNBM Group objected to the PSC's Pre-March 17 discovery, in the interest of focusing their discovery on matters addressed at the March 17 Special hearing, the PSC moved to stay that discovery. This Court agreed to the stay. (Rec.Doc. No. 18640). The Court's order was intended to permit the PSC and the defendants to focus on the PSC's post-March 17, 2015 expedited discovery. That discovery was focused and targeted two issues: the Taishan affiliates' violation of the July 17, 2015 Contempt Order's injunction on doing business in the United States, and matters pertinent to the relationship between the Taishan Defendants regarding their affiliate

and alter ego status. Although the PSC issued its discovery on March 19, 2015 (Rec.Doc. 18680-2 & 18680-3), by April 9, 2015, neither BNBM or BNBM Group had yet to produce a single document to the PSC.[3]

Accordingly, in an effort to simplify matters for BNBM and BNBM Group, the PSC issued Amended and Supplemental discovery to even further target, focus, and narrowly define the documents and issues sought to be obtained. (Rec.Doc. Nos. 18643 & 18644). Despite our best efforts to distill the matters at issue for the defendants, they feign incredulity and contend that the Amended and Supplemental discovery is an "extraordinary departure" and "prejudicial." BNBM Brf. at 3. Ignoring the issue regarding violations of this Court's Contempt Order, they contend that only one issue remains: "the alleged alter ego relationship between BNBM PLC, BNBM Group, and Taishan." *Id.* But as this Court's orders make plain, both issues remain outstanding. Discovery addressing both issues is reasonable and necessary. Defendants are not prejudiced by discovery addressed to the two avenues of discovery approved by the Court at the March 17 Special Hearing.

There is no sound basis for accepting the arguments of BNBM and BNBM Group. Their motion is not well founded and is itself disruptive of the expedited discovery that is ongoing.

## III. CONCLUSION

For the reasons set forth above, Taishan and TTP's joint emergency motion for protective order should be denied.

---

[3]Only as of the date of this filing did these defendants make available their first wave of documents.

Respectfully submitted,

Dated: April 15, 2015

/s/ Russ M. Herman
Russ M. Herman (LA Bar No. 6819)
Leonard A. Davis (LA Bar No. 14190)
Stephen J. Herman (LA Bar No. 23129)
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

        Arnold Levin (on the brief)
Fred S. Longer (on the brief)
Sandra L. Duggan
Matthew C. Gaughan
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

**PLAINTIFFS' STEERING COMMITTEE**

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm, LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Peter Prieto
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Bruce William Steckler
Steckler, LLP
12720 Hillcrest Road, Ste 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-4041
bruce@stecklerlaw.com

Ervin A. Gonzalez
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
The Lambert Firm

701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker Waichman, LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@attorneys4people.com

Christopher Seeger
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Richard J. Serpe
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Victor M. Diaz, Jr.
V.M. Diaz and Partners, LLC
119 Washington Ave, Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W
Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Anthony D. Irpino
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 15th day of April, 2015.

/s/ Leonard A. Davis
Leonard A. Davis
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
Plaintiffs' Liaison Counsel
MDL 2047

*Co-counsel for Plaintiffs*