**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L** |
| **THIS DOCUMENT RELATES TO:**<br><br>*Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al*<br>**Case No. 11-cv-080 (E.D. La.)**<br><br>*Almeroth, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd., et al*<br>**Case No. 12-cv-0498 (E.D. La.)**<br><br>*Amato, et al. v. Liberty Mutual Insurance Company*, **Case No. 2:10-cv-00932 (E.D.La.)**<br><br>*Germano et al. v. Taishan Gypsum Co., Ltd. et al.*<br>**Case No. 2:09-cv-06687 (E.D. La.)**<br><br>*Gross, et al. v. Knauf Gips, KG, et al*<br>**Case No. 09-cv-6690 (E.D. La.)**<br><br>*Haya, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al*<br>**Case No. 11-cv-1077 (E.D. La.)**<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al*<br>**Case No. 10-cv-361 (E.D. La.)** | **JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |

**SETTLEMENT ADMINISTRATION TWELFTH STATUS REPORT**
**FOR THE FOUR VIRGINIA-BASED SETTLEMENTS**

Special Master Matthew L. Garretson submits this twelfth report to inform the Court of the status of the Chinese Drywall Four Virginia-Based Settlements as of April 16, 2015.

The Special Master has issued all Real Property and Incentive Award payments in accordance with the Court's order approving the Proposed Real Property Allocation [Rec. Doc. 18145] on December 17, 2014. In total, the Fund Administrator issued Real Property and Incentive Award payments in the amount of $9,072,000.00 for 262 claims. All Real Property awards are final and have been distributed, and administration of the Real Property claims is therefore complete.

The focus of administration of the settlements has now shifted to Other Loss claims. Review of the Other Loss claims is now complete, and the Special Master has made initial determinations regarding the values of each claim. The Special Master issued Other Loss Determination Notices on April 1, 2015. Class members will have the opportunity to appeal the determinations and provide additional information to the Special Master in support of their claims. Class members whose appeals are denied will have the opportunity to appeal further to the Court. Upon completion of the appeals process, the Special Master will allocate the Other Loss funds and, as was done with the Proposed Real Property Allocation, will provide the Court and Class Counsel with the opportunity to review the allocation. Upon approval from the Court and Class Counsel, the Special Master will then begin issuing Other Loss Payments. Once Other Loss payments are issued to class members, all distributions to class members under the settlements will be complete.

**Conclusion**

The Special Master submits this twelfth report to the Court to inform the Court of the status of allocation for the Four Virginia-Based Settlements, which continue to proceed according to schedule. The Special Master will continue to provide periodically such reports to

the Court as settlement administration continues and can provide additional information as the Court might so request.

                                                                     Respectfully submitted,

Dated: April 16, 2015                    */s/ Matthew L. Garretson, Esq.*
                                         Matthew L. Garretson, Esq.
                                           GARRETSON RESOLUTION GROUP
                                         6281 Tri-Ridge Boulevard, Suite 300
                                         Cincinnati, OH 45140
                                         Phone: (513) 794-0400
                                         mlg@garretsongroup.com
                                         *Chinese Drywall Special Master*