**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |

**THIS DOCUMENT RELATES TO:**

*Amorin et al. v. Taishan Gypsum Co. Ltd. et al.,*
**Case No. 2:11-cv-01673**

*Amorin et al. v. Taishan Gypsum Co. Ltd. et al.,*
**Case No. 2:11-cv-01395**

*Amorin et al. v. Taishan Gypsum Co. Ltd. et al.,*
**Case No. 2:11-cv-01672**

*Wiltz et al. v. Beijing New Building Material*
*Public Limited Company et al.,* **Case No. 2:10-cv-00361**

*Gross et al. v. Knauf Gips KG et al.,* **Case No.**
**2 :09-cv-06690**

*Germano et al. v. Taishan Gypsum Co. Ltd. et al.,*
**Case No. 2:09-cv-06687**

**NOTICE OF JOINDER IN TAISHAN'S MOTION FOR LEAVE TO FILE REPLY**
**BRIEF IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF INFORMATION**
**RELEVANT TO PLAINTIFFS' MOTION FOR ASSESSMENT OF CLASS DAMAGES**

Subject to the preservation of personal jurisdiction defenses set forth in Beijing New

Building Materials Public Limited Company's ("BNBMPLC") and Beijing New Building

Material (Group) Co., Ltd.'s ("BNBM Group") Memorandum in Opposition to Plaintiffs'

Motion to Preclude [Doc. No. 18454] and this Court's April 2, 2015 Order Preserving Defenses

[Doc. No. 18583], BNBMPLC and BNBM Group hereby join in and adopt the concerns and

positions set forth in Taishan Gypsum Ltd., Co. and Tai'an Taishan Plasterboard Co., Ltd

(collectively the "Taishan Entities") Motion for Leave to File Reply Brief in Support of

1

Emergency Motion to Compel Production of Information Relevant to Plaintiffs' Motion for Assessment of Class Damages and set forth in the Taishan Entities' Proposed Reply Brief.  [Doc. Nos. 18626, 18626-2].  ("Taishan's Motion").  As discussed in Taishan's Motion, the Knauf Entities' opposition to the Taishan Entities' discovery requests are without merit.  The Taishan Entities do not seek the mental impressions of Knauf's counsel.  The requested documents and information are discoverable because they are necessary to determine class membership and an accurate assessment of damages before the April 28, 2015 hearing on Plaintiffs' Motion for Assessment of Class Damages.

WHEREFORE, for all the reasons set forth in Taishan's Motion, BNBMPLC and BNBM Group respectfully request that the Court grant the Taishan Entities leave to file a reply brief and that the Court grant Taishan's Emergency Motion to Compel Production of Information Relevant to Plaintiffs' Motion for Assessment of Class Damages.

Dated:  April 16, 2015

Respectfully submitted,

**DENTONS US LLP**

By: */s/ Michael H. Barr*
Michael H. Barr
New York Bar No. 1744242
Justin N. Kattan
New York Bar No. 3983905
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone:  (212) 768-6700
Facsimile:  (212) 768-6800
michael.barr@dentons.com
justin.kattan@dentons.com

- AND -

2

Richard L. Fenton
Illinois Bar No. 3121699
Leah R. Bruno
Illinois Bar No. 6269469
233 South Wacker Drive
Suite 7800
Chicago, IL  60606-6306
Telephone:  (312) 876-8000
Facsimile:  (312) 876-7934
richard.fenton@dentons.com
leah.bruno@dentons.com

- AND -

C. Michael Moore
Texas Bar No. 14323600
Gene R. Besen
Texas Bar No. 24045491
2000 McKinney Ave, Suite 1900
Dallas, TX  75201
Telephone:  (214) 259-0900
Facsimile:  (214) 259-0910
mike.moore@dentons.com
gene.besen@dentons.com

- AND -

**PHELPS DUNBAR LLP**

Harry Rosenberg
Louisiana Bar No. 11465
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone:  (504) 566-1311
Facsimile:  (504) 568-9130
harry.rosenberg@phelps.com

***Attorneys for Beijing New Building
Material (Group) Co., Ltd. and Beijing
New Building Materials Public Limited
Company***

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and forgoing Notice of Joinder in Taishan's Motion for Leave to File Reply Brief in Support of Motion to Compel Production of Information Relevant to Plaintiff's Motion for Assessment of Class Damages has been served on Plaintiffs' Liaison Counsel, Leonard Davis, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 16th day of April, 2015.

<u>/s/      Michael H. Barr</u>