UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

Considering Prime Homes' motion for leave to file a reply, (Rec. Doc. 18670),

**IT IS ORDERED** that the motion for leave is **GRANTED**. Counsel are reminded to file both a proposed order and a proposed pleading when filing such a motion for leave.

New Orleans, Louisiana, this 16th day of April, 2015.

_____
UNITED STATES DISTRICT JUDGE

1