UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br><br>SECTION "L"<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: | |
| Block, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft KG, et al.<br>Case No. 11-1363 | |

## PRIME HOMES AT PORTOFINO FALLS, LTD.'S REPLY TO KNAUF DEFENDANTS' OPPOSITION TO PRIME HOMES AT PORTOFINO FALLS, LTD.'S MOTION FOR RECALCULATION OF SELF-REMEDIATION ESTIMATES TO REFLECT CURRENT MARKET RATES

Prime Homes at Portofino Falls, Ltd. ("Prime Homes"), hereby files its Reply to Knauf Defendants' Opposition to Prime Homes' Motion for Recalculation of Self-Remediation Estimates to Reflect Current Market Rates. In support thereof, Prime Homes states as follows:

### The Knauf Defendants Utterly Mischaracterize Relevant Delays.

In their Opposition, the Knauf Defendants state that "[t]he only delays relevant to an increase in the remediation cost of any particular property are those delays occurring after Moss issued the Final Cost Estimates." They fail to cite to the Knauf Settlement Agreement in support of their proposition because it has **_absolutely no basis_** in the Knauf Settlement Agreement or otherwise. In fact, while accusing Prime Homes of "downplaying" deficiencies on Releases that Prime Homes clarity on *multiple* occasions, the Knauf Defendants callously disregard years of delays caused by the Knauf Defendants and its agents, including: 1) eight months to clear Prime Homes' properties for Benchmark

1

Inspections; 2) 24 months for Moss to conduct Walk-Through Inspections; 3) 18 month for completion of Scopes of Work; and 4) 19 months preparing Property Information Sheets after the Moss Walk-Throughs.

The Knauf Defendants further mischaracterize the length of time it took Prime Homes to submit Milestone 1 documentation. The Knauf Defendants state that Prime Homes took "an average of 270 days to provide binding contracts to Brown Greer." What the Knauf Defendants fail to mention is that it took them over 19 months to provide all relevant Benchmark Inspection Reports, Scopes of Work, and Property Information Sheets to Prime Homes. Further, they overlook the fact that from the date Prime Homes received the final Benchmark Inspection Reports, Scopes of Work, and Property Information Sheets to the date of submission was less than one month.

The Knauf Defendants balk at the thought of paying any more money as a result of the delays they caused, yet it is their obligation under the Settlement Agreement. The purported objective of the Knauf Settlement is to encourage remediation of properties to eradicate the Chinese drywall problem, and all Prime Homes seeks is sufficient funding at current market rates to eradicate Knauf's defective and toxic drywall from its properties. WHEREFORE, Prime Homes requests that the Court enter an order granting its Motion for Recalculation of Self-Remediation Estimates to Reflect Current Market Rates and ordering the Knauf Defendants to issue new Property Information Sheets for the Prime Homes properties with current Xactimates and construction rates.

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing REPLY TO KNAUF DEFENDANTS' OPPOSITION TO PRIME HOMES OF PORTOFINO FALLS, LTD.'S MOTION FOR RECALCULATION OF SELF-REMEDIATION ESTIMATES TO REFLECT CURRENT MARKET RATES has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this on this 13th day of April, 2015.

ERVIN A. GONZALEZ
Fla. Bar No. 500720
Ervin@colson.com
PATRICK S. MONTOYA
Fla. Bar No. 524441
Patrick@colson.com
NATALIE M. RICO
Fla. Bar No. 0065046
Natalie@colson.com
COLSON HICKS EIDSON
COLSON MATTHEWS MARTINEZ
GONZALEZ KALBAC & KANE
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax:   (305) 476-7444
*Counsel for Plaintiffs*