IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

**O R D E R**

Considering the Motion for Leave to File Reply Brief in Support of the Plaintiffs' Steering Committee's Emergency Motion to Compel Complete Profile Forms filed by the Plaintiffs' Steering Committee;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the attached Reply Brief in Support of the Plaintiffs' Steering Committee's Emergency Motion to Compel Complete Profile Forms be and is hereby filed into the record.

New Orleans, Louisiana, this 16th day of April, 2015.

_____
Eldon E. Fallon
United States District Court Judge