UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:**<br><br>*Amorin, et al. v. State-owned Assets Supervision and Administration Commission, et al.*, Case No. 2:14-cv-1727 (E.D. La.) | |

## O R D E R

Considering the Plaintiffs' Steering Committee's Motion for Leave to File Sur-reply to CNBM Group's Motion for Reconsideration of the Court's Order Granting Alternative Service on Defendant State-Owned Assets Supervision and Administration Commission;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the attached Sur-reply of the Plaintiffs' Steering Committee to CNBM Group's Motion for Reconsideration of the Court's Order Granting Alternative Service on Defendant State-Owned Assets Supervision and Administration Commission be and is hereby filed into the record.

New Orleans, Louisiana, this 16th day of April, 2015.

_____
Eldon E. Fallon
United States District Court Judge