UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2:09-md-2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON |
| **THIS DOCUMENT RELATES TO:**<br>*Amorin, et al. v. State-owned Assets Supervision and Administrative Commission, et al., Case No. 2:14-cv-1727* | MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

**ORDER GRANTING CNBM GROUP'S MOTION FOR LEAVE TO FILE A REPLY TO RESPONSE OF THE PSC TO CNBM GROUP'S MOTION FOR RECONSIDERATION OF THE COURT'S ORDER GRANTING ALTERNATIVE SERVICE ON DEFENDANT STATE-OWNED ASSETS SUPERVISION AND ADMINISTRATION COMMISSION**

Upon consideration of CNBM Group's Motion for Leave to File a Reply to Response of the PSC to CNBM Group's Motion for Reconsideration of the Court's Order Granting Alternative Service on Defendant State-Owned Assets Supervision and Administration Commission, it is hereby ORDERED that the leave is GRANTED and the Reply to Response of the PSC to CNBM Group's Motion for Reconsideration of the Court's Order Granting Alternative Service on Defendant State-Owned Assets Supervision and Administration Commission be and is hereby filed into the record.

New Orleans, Louisiana this <u>16th</u> day of <u>April</u>, 2015.

_____
Eldon E. Fallon
U.S. District Court Judge

OHSUSA:761720119.1