UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2:09-md-2047<br><br>SECTION L |
| **THIS DOCUMENT RELATES TO:** | JUDGE ELDON E. FALLON |
| ***ALL CASES*** | MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

**CHINA NATIONAL BUILDING MATERIAL COMPANY LIMITED'S DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant China National Building Material Company Limited ("CNBM Company"), a publicly-traded company on the Hong Kong Stock Exchange, states that its parent corporation is China National Building Materials Group Corporation ("CNBM Group"). As of December 31, 2014, CNBM Group held a 12.35% direct interest in CNBM Company. In addition, as of December 31, 2014, Beijing New Building Material (Group) Co., Ltd. ("BNBM Group") held a 27.52% direct interest in CNBM Company, while public investors held a majority 53.33% interest in CNBM Company. To counsel's knowledge, no publicly-traded corporation owns 10% or more of the stock of CNBM Company.

Respectfully submitted,

/s/ L. Christopher Vejnoska

L. Christopher Vejnoska (CA Bar No. 96082)
Ian Johnson (CA Bar No. 208713)
Andrew Davidson (CA Bar No. 266506)
Jason Wu (CA Bar No. 279118)
ORRICK, HERRINGTON & SUTCLIFFE LLP

OHSUSA:761780573.1

        The Orrick Building
        405 Howard Street
        San Francisco, CA  94105
        Tel.:  415-773-5700
        Fax.: 415-773-5759
        E-mail: cvejnoska@orrick.com
                ijohnson@orrick.com
                adavidson@orrick.com
                jmwu@orrick.com

James L. Stengel (NY Bar No. 1800556)
Xiang Wang (NY Bar No. 4311114)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY, 10019
Tel:  212-506-5000
Fax:    212-506-5151
Email:  jstengel@orrick.com
        xiangwang@orrick.com

Eric A. Shumsky (D.C. Bar No. 477926)
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street NW
Washington, D.C. 20005
Tel: 202-339-8400
Fax:    202-339-8500
Email:  eshumsky@orrick.com

*Attorneys for CNBM Company*

Dated**:** April 17, 2015

- 2 -

OHSUSA:761780573.1

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Rule 7.1 Disclosure Statement has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail and upon all parties by electronically uploading the same to File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 17th day of April, 2015.

/s/ L. Christopher Vejnoska
L. Christopher Vejnoska (CA Bar No. 96082)

OHSUSA:761780573.1