UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION  **THIS DOCUMENT RELATES TO:**  *ALL CASES* | MDL No. 2:09-md-2047  SECTION L  JUDGE ELDON E. FALLON  MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

### CHINA NATIONAL BUILDING MATERIALS & EQUIPMENT IMPORT & EXPORT CORPORATION'S DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant China National Building Materials & Equipment Import & Export Corporation ("CNBM Trading"), states that its parent corporation is China National Building Materials Group Corporation ("CNBM Group").

Respectfully submitted,

/s/ L. Christopher Vejnoska

L. Christopher Vejnoska (CA Bar No. 96082)
Ian Johnson (CA Bar No. 208713)
Andrew Davidson (CA Bar No. 266506)
Jason Wu (CA Bar No. 279118)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105
Tel.:  415-773-5700
Fax.: 415-773-5759
E-mail: cvejnoska@orrick.com
ijohnson@orrick.com
adavidson@orrick.com
jmwu@orrick.com

OHSUSA:761780587.1

James L. Stengel (NY Bar No. 1800556)
Xiang Wang (NY Bar No. 4311114)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY, 10019
Tel:  212-506-5000
Fax:    212-506-5151
Email:  jstengel@orrick.com
        xiangwang@orrick.com

Eric A. Shumsky (D.C. Bar No. 477926)
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street NW
Washington, D.C. 20005
Tel: 202-339-8400
Fax:    202-339-8500
Email: eshumsky@orrick.com

*Attorneys for CNBM Trading*

Dated: April 17, 2015

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Rule 7.1 Disclosure Statement has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail and upon all parties by electronically uploading the same to File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 17th day of April, 2015.

/s/ L. Christopher Vejnoska
L. Christopher Vejnoska (CA Bar No. 96082)