MINUTE ENTRY
FALLON, J.
APRIL 17, 2015

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED　　　　　　MDL NO. 2047
　　　　　DRYWALL PRODUCTS
　　　　　LIABILITY LITIGATION　　　　　　　 SECTION: L

THIS DOCUMENT RELATES TO:　　　　　　JUDGE FALLON
ALL CASES　　　　　　　　　　　　　　　　　 MAGISTRATE WILKINSON

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Cathy Pepper

Appearances:　Russ Herman, Esq. and Sandra Duggan, Esq. for Plaintiffs
　　　　　　　　Kerry Miller, Esq., for Knauf Defendants
　　　　　　　　Bernard Taylor, Esq. and Christy Eikhoff for Defendants Taishan and TTP
　　　　　　　　Richard Fenton, Esq. for Defendant BNBM

1. Motion to Strike Hogan Lovells' Designation of Documents as Highly Confidential by Plaintiffs' Steering Committee  (18530)

After argument - Motion was taken under advisement.  Defendants have five days to file a response to the motion and Plaintiffs will have two thereafter to respond to Defendants' brief.

2. Motion of T. Rowe Price Group, Inc. to quash the subpoena and amended notice of oral and videotaped deposition   (18554)

Motion was DEFERRED

3. Motion to Dismiss the Knauf Defendants' Settlement Obligations for Certain Already Remediated Home Claims by Knauf Defendants  (18580)

Motion was Granted with a written order to follow.

4. Motion for Reconsideration of Order (18592) to serve defendant State-owned Assets Supervision and Administration Commission via mail to 28 U.S.C. § 1608(b)(3)(b) and/or through CNBM Group pursuant to F.R.C.P. 4(f)(3)    (18594)

After argument - Granted as to the alternate service through CNBM and otherwise denied. Court's order as to the alternate service to follow.


JS10:  :52