UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**MOTION TO SEAL EXHIBITS ATTACHED TO
STATUS REPORT AND UPDATED STATUS REPORT OF THE PLAINTIFFS'
STEERING COMMITTEE REGARDING DISCOVERY RELATED TO VIOLATIONS
OF THE INJUNCTION PRONG OF THE COURT'S JULY 17, 2014 CONTEMPT
ORDER AND ALTER EGO RELATIONSHIPS**

NOW COMES, the Plaintiffs' Steering Committee ("PSC") who respectfully submits that on April 13, 2015, it filed a Status Report of the Plaintiffs' Steering Committee Related to Violations of the Injunction Prong of the Court's July 17, 2014 Contempt Order and Alter Ego Relationships filed on April 13, 2015 [Rec. Doc. 18671] and on April 14, 2015 it filed an Updated Status Report [Rec. Doc. 18684]. Certain exhibits attached to the filed reports contain confidential information and should be filed under seal. Accordingly, the PSC respectfully requests that Exhibits L and Q to the Status Report of the Plaintiffs' Steering Committee Related to Violations of the Injunction Prong of the Court's July 17, 2014 Contempt Order and Alter Ego Relationships filed on April 13, 2015 [Rec. Doc. 18671] and Exhibit V to the Updated Status Report [Rec. Doc. 18684] be filed UNDER SEAL.

1

Dated: April 20, 2015                    Respectfully Submitted,

                                         BY:     /s/ Leonard A. Davis
                                              Russ M. Herman (LA Bar No. 6819)
                                              Leonard A. Davis (LA Bar No. 14190)
                                              Stephen J. Herman (LA Bar No. 23129)
                                              Herman, Herman & Katz, LLC
                                              820 O'Keefe Avenue
                                              New Orleans, LA 70113
                                              Phone: (504) 581-4892
                                              Fax: (504) 561-6024
                                              ldavis@hhklawfirm.com
                                              *Plaintiffs' Liaison Counsel*
                                              *MDL 2047*

                                              Arnold Levin
                                              Fred S. Longer
                                              Sandra L. Duggan
                                              Matthew Gaughan
                                              Levin, Fishbein, Sedran & Berman
                                              510 Walnut Street, Suite 500
                                              Philadelphia, PA 19106
                                              Phone: (215) 592-1500
                                              Fax: (215) 592-4663
                                              alevin@lfsblaw.com
                                              *Plaintiffs' Lead Counsel*
                                              *MDL 2047*

                                              Gerald E. Meunier (LA Bar No. 9471)
                                              Rachel A. Sternlieb (LA Bar No. 35338)
                                              Gainsburgh, Benjamin, David,
                                               Meunier & Warshauer, LLC
                                              2800 Energy Centre
                                              1100 Poydras Street
                                              New Orleans, LA 70163-2800
                                              Phone:  (504) 522-2304
                                              Fax:  (504) 528-9973
                                              gmeunier@gainsben.com
                                              *Co-Counsel for Plaintiffs and PSC Member*

**PLAINTIFFS' STEERING COMMITTEE**

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm, LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Peter Prieto
Podhurst Orseck, PA
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Bruce William Steckler
Steckler LLP
12720 Hillcrest Road, Suite 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-4041
bruce@stecklerlaw.com

Ervin A. Gonzalez
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
  Echsner & Proctor, PA
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Jerrold Seth Parker
Parker Waichman, LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Myers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@attorneys4people.com

Christopher Seeger
Scott Alan George
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Richard J. Serpe
Law Offices of Richard J. Serpe
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Victor M. Diaz, Jr.
V.M. Diaz and Partners, LLC
119 Washington Ave., Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W., Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Anthony D. Irpino (On the Brief)
Pearl Robertson (On the Brief)
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

**CERTIFICATE OF SERVICE**

       I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 20th day of April, 2015.

                                    Respectfully Submitted,

                            BY:  */s/ Leonard A. Davis*
                                   Russ M. Herman
                                   Leonard A. Davis
                                   Stephen J. Herman
                                   Herman, Herman & Katz, LLC
                                   820 O'Keefe Avenue
                                   New Orleans, LA 70113
                                   Phone: (504) 581-4892
                                   Fax: (504) 561-6024
                                   ldavis@hhklawfirm.com

                                   *Plaintiffs' Liaison Counsel*
                                   *MDL 2047*