UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL 2047 SECTION L |
| This document relates to: All Cases | * * * * | JUDGE FALLON MAGISTRATE JUDGE WILKINSON |

## ORDER

Considering the Motion to Extinguish the Knauf Defendants' Settlement Obligations for Certain Already Remediated Home Claims filed by the Knauf Defendants;

IT IS ORDERED BY THE COURT that the Motion to Extinguish the Knauf Defendants' Settlement Obligations for Certain Already Remediated Home Claims is GRANTED. The Knauf Defendants' Settlement Obligations for the following already remediated home claims are hereby extinguished:

| | | | | | |
|---|---|---|---|---|---|
| Lumar Darina; Lumar Semyon; Semyon Lumar Trust Lumar Semyon Trustee for | 11825 Bayport Lane #504 | Fort Myers | FL | 33908 | Parker Waichman, LLC |
| Florida Waterfront Holdings, LLC; Jaspers Petrus | 1490 SE 15th Street #204; 1490 SE 15th Street #104 | Fort Lauderdale | FL | 33316 | VM Diaz & Partners, LLC; Pro se |
| Tyree Crawford; Thillberg Charlotte | 3550 Lansing Loop #202 | Estero | FL | 33928 | Parker Waichman, LLC |

New Orleans, Louisiana, this  17th   day of   April         , 2015.

_____
Eldon E. Fallon
United States District Court Judge