UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL : <br> PRODUCT LIABILITY LITIGATION : | MDL NO. 2047, SECTION: L |
| THIS DOCUMENT RELATES TO : | JUDGE FALLON <br> MAG. JUDGE WILKINSON |
| Hall, Mary <br> CASE NO.: 09-3639 (Melinda Simmons, *et. al*) : | |

## NOTICE OF REMEDIATION

NOW INTO COURT, through undersigned counsel, comes Mary Hall who wishes to inform the parties that Plaintiff wishes to start remediating her home located at 5319 St. Anthony Ave., New Orleans, LA 70122.  Plaintiff alleges that her drywall was manufactured by Taishan.

Respectfully Submitted:

_____
Mekel S. Alvarez (LA Bar Roll 22157)
Morris Bart, LLC
909 Poydras St., Suite 2000
New Orleans, LA 70112
Telephone:  504.599.3385
Facsimile:   504-599.3392
Email: malvarez@morrisbart.com

Salvadore Christina, Jr. (LA Bar Roll 27198)
Becnel Law Firm
P.O. Drawer H
Reserve, LA 70084
Phone: 985.536.1186
Fax: 985.536.6445
Email: schristina@becnellaw.com

## CERTIFICATE OF SERVICE

A copy of this pleading has been served on all counsel on this __20__ day of April, 2015 via LexisNexis File & Serve.

_____
Mekel S. Alvarez