IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

### THE PLAINTIFFS' STEERING COMMITTEE'S STATEMENT REGARDING OUTSTANDING EXPEDITED DISCOVERY REQUESTS

The Plaintiffs' Steering Committee ("PSC") submits this statement regarding outstanding expedited discovery requests. In light of the Court's directions at the monthly status conference of April 17, 2015, the PSC reiterates the Court's instructions to prioritize outstanding discovery requests. The PSC has propounded expedited discovery upon the Taishan Defendants and third parties that in part addresses the injunction prong of the Court's July 17, 2014 Contempt Order. Following the Court's dictates, the PSC advises that counsel should immediately focus their discovery responses upon whether Taishan, and any of its affiliates or subsidiaries, conducted any business in the United States from July 17, 2014 until at least March 9, 2015, in order to determine from the subjects to whom the discovery is directed, the profits of Taishan, or any its affiliates and subsidiaries who violated the order, for the year of the violation.[1]

---

[1] The definition of "affiliates" is well understood.  The term "affiliate" is commonly and broadly used in legal contexts to mean "[a] corporation that is related to another corporation by shareholdings or other means of control; a subsidiary, parent, or sibling corporation . . . ." Black's Law Dictionary (8th ed. 2004)(emphasis added). Additionally, this term has been defined to include "[a] person or company with an inside business connection to another company. Under bankruptcy, securities, and other laws, if one company owns more than a

(continued...)

1

For purposes of the outstanding expedited discovery, Taishan and its affiliates and subsidiaries include:

1. State-owned Assets Supervision and Administration Commission of the State Counsel ("SASAC")

2. China National Building Materials Group Co., Ltd. ("CNBM Group")

3. China Cinda Asset Management Co., Ltd. ("Cinda")

4. China Building Materials Academy

5. Beijing New Building Material Group Co., Ltd. ("BNBM Group")

6. China National Building Material Import and Export Company ("CNBM Trading")

7. CNBM Forest Products, Ltd.

8. CNBM Forest Products (Canada), Ltd.

9. China National Building Material Co., Ltd. ("CNBM")

10. China United Cement Corporation (f/k/a China United Cement Group Corporation, Ltd.) (f/k/a China United Cement Co., Ltd.) ("China United")

11. China United Cement Huaihai Co., Ltd. (f/k/a China United Julong Huaihai Cement Co., Ltd.)

12. Qingzhou China United Cement Company Limited (f/k/a China United Qingzhou Luhong Cement Co., Ltd.)

13. China United Cement Zaozhuang Company, Limited (f/k/a Zaozhuang China United Luhong Cement Co., Ltd.)

14. China Composites Group Corp., Ltd. ("China Composites")

15. Lianyungang Zhongfu Lianzhong Composite Material Group Co., Ltd. ("Zhongfu Lianzhong")

---

[1](...continued)
certain amount of another company's voting stock, or if the companies are under common control, they are affiliates." Oran's Dictionary of the Law (1983).

16. Shanghai Yaohua Pilkington Glass Co., Ltd.

17. Changzhou China Composites Liberty Co., Ltd. ("Zhongfu Liberty")

18. Changzhou China Composites Tianma Fiberglass Products Co., Ltd. ("Zhongxin Tianma")

19. Changzhou Liberty TOLI Building Material Co., Ltd. ("Liberty TOLI")

20. China Fiberglass Co., Ltd. ("China Fiberglass")

21. Jushi Group Co., Ltd. ("Jushi Group")

22. China Triumph International Engineering Co., Ltd. ("CTIEC")

23. Nanjing Triumph International Engineering Company Limited (f/k/a China Triumph International Engineering Company Limited) (f/k/a China Triumph Nanjing Cement Technological Engineering Co., Ltd.)

24. CTIEC Shenzhen Scieno-tech Engineering Co., Ltd.

25. China Triumph Bengbu Engineering and Technology Co., Ltd. ("Bengbu Triumph")

26. CNBM Investment Company Limited (f/k/a BND Co., Ltd.)

27. Beijing New Building Material Public Limited Company ("BNBM")

28. Beijing New Building Materials Homes Co., Ltd.

29. BNBM Suzhou Mineral Fiber Ceiling Company, Limited (f/k/a "Suzhou Tianfeng New Building Material Co., Ltd.")

30. Taishan Gypsum Co., Ltd. (f/k/a Shandong Taihe Dongxin Co., Ltd.) ("Taishan")

31. Qinhuangdao Taishan Building Materials Co., Ltd. (a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd.)

32. Tai'an Taishan Plasterboard Co., Ltd. ("TTP")

33. China United Luhong Cement Co., Ltd.

34. China United Nanyang Co.

35. Xingtai China United Ziyan Co., Ltd.

36. China National Building Materials and Equipment Import and Export Corporation ("China Equipment")

37. Shenzhen B&Q Decoration & Building Materials Co., Ltd. ("Shenzhen B&Q")

38. Beijing Incubator New Material Company Limited

39. Ningbo Beijing New Construction Materials Company Limited

40. Shenzhen Beijing New Real Estate Company Limited

41. United Suntech Craft,Inc. a/k/a United Suntech Craft,Inc., 2006 LIMITED

42. Jiangjin Taishan Gypsum Construction Material Company Limited

43. Hengshui Taishan Gypsum Construction Material Company Limited

44. Dongguan BNBM Housing Design and Engineering Company Limited

45. Beijing Jieruixin Door & Window Company Limited

46. Chengdu Beijing New Construction Materials Company Limited

47. Taicang Beijing New Construction Materials Company Limited

48. Taian Donglian Investment Trading Company Limited

49. Fuxin Taishan Gypsum Construction Material Company Limited

50. Zhejiang Wenzhou Taishan Gypsum Construction Material Company Limited

51. Hebei Taishan Huaao Construction Material Company Limited

52. CNBM Energy Co., Ltd. ("CNBM Energy")

53. CNBM Forest Products New Zeland Limited ("Forest Products NZ")

54. CNBM Forest Products Trading, Ltd.

55. CNBM International Corporation

56. CNBM International Engineering Co. Ltd

57. CNBM Technology Co., Ltd.

58. CNBM International Equipment, Co.

59. CNBM USA, Corp.

60. CTIEC-TECO

61. CNBM – CMAX

62. CNBM- Parts

63. CNBM Solar

64. BNBM of America, Inc.

65. BNBMG Metal

66. INTECH Building Co., Ltd.

Each of the subjects of the PSC's expedited discovery, for the period from July 17, 2014 until at least March 9, 2015, should identify for themselves and each and every one of the identified subsidiaries and affiliates (set forth above), the following information:

* any commercial activities engaged in the United States, setting forth the nature of the business and any persons or legal entities with which they are engaged in these activities,[2]

* the name of the persons or legal entities with whom you engaged in commercial activity;

---

[2]For example, CNBM Trading and CNBM Forest (Canada) would, at a minimum, disclose relevant information for their business activity with Westerlund Log Handlers, LLC and Murphy Overseas USA Astoria Forest Products, LLC, as described in the Updated Status Report of the Plaintiffs' Steering Committee Regarding Discovery Related to Violations of the Injunction Prong of the Court's July 17, 2014 Contempt Order and Alter Ego Relationships (Rec.Doc. 18684), as supplemented from time to time. This discovery is ongoing and counsel are reminded of their duty to supplement pursuant to Fed.R.Civ.P. 26(e).

* the state of incorporation for each person or legal entity with whom you engaged in commercial activity;

* the address of each person or legal entity with whom you engaged in commercial activity;

* the identity of persons most knowledgeable of these activities,

* the fixed and variable costs of this commercial activity,

* the profits derived from this activity (by quarter and calendar year), and the profits of the subjects of the PSC's expedited discovery (by quarter and calendar year),

* documents related to these activities, and

* the names of the persons who provided the answer to their submission.

                Respectfully submitted,

Dated: April 20, 2015        /s/ Leonard A. Davis
                              Russ M. Herman (LA Bar No. 6819)
                              Leonard A. Davis (LA Bar No. 14190)
                              Stephen J. Herman (LA Bar No. 23129)
                              HERMAN, HERMAN & KATZ, LLC
                              820 O'Keefe Avenue
                              New Orleans, Louisiana 70113
                              Phone: (504) 581-4892
                              Fax: (504) 561-6024
                              Ldavis@hhklawfirm.com
                              *Plaintiffs' Liaison Counsel*
                              *MDL 2047*

        Arnold Levin (on the brief)
        Fred S. Longer (on the brief)
        Sandra L. Duggan
        Matthew C. Gaughan
        Levin, Fishbein, Sedran & Berman
        510 Walnut Street, Suite 500
        Philadelphia, PA 19106
        215-592-1500 (phone)
        215-592-4663 (fax)
        Alevin@lfsblaw.com
        *Plaintiffs' Lead Counsel*
        *MDL 2047*

### PLAINTIFFS' STEERING COMMITTEE

| | |
|---|---|
| Dawn M. Barrios<br>Barrios, Kingsdorf & Casteix, LLP<br>701 Poydras Street, Suite 3650<br>New Orleans, LA 70139<br>Phone: (504) 524-3300<br>Fax: (504) 524-3313<br>Barrios@bkc-law.com | Bruce William Steckler<br>Steckler, LLP<br>12720 Hillcrest Road, Ste 1045<br>Dallas, TX 75230<br>Phone: (972) 387-4040<br>Fax: (972) 387-4041<br>bruce@stecklerlaw.com |
| Daniel E. Becnel, Jr.<br>Becnel Law Firm, LLC<br>425 W. Airline Highway, Suite B<br>Laplace, LA 70068<br>Phone: (985) 536-1186<br>Fax: (985) 536-6445<br>dbecnel@becnellaw.com | Hugh P. Lambert<br>The Lambert Firm<br>701 Magazine Street<br>New Orleans, LA 70130<br>Phone: (504) 581-1750<br>Fax: (504) 529-2931<br>hlambert@thelambertfirm.com |
| Peter Prieto<br>Podhurst Orseck, P.A.<br>25 Flagler Street, 8th Floor<br>Miami, FL 33130<br>Phone: (305) 358-2800<br>Fax: (305) 358-2382<br>pprieto@podhurst.com | Gerald E. Meunier<br>Gainsburgh, Benjamin, David, Meunier<br> & Warshauer, LLC<br>2800 Energy Centre, 1100 Poydras Street<br>New Orleans, LA 70163-2800<br>Phone: (504) 522-2304<br>Fax: (504) 528-9973<br>gmeunier@gainsben.com |

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@attorneys4people.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Jerrold Seth Parker
Parker Waichman, LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Ervin A. Gonzalez
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
ervin@colson.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Christopher Seeger
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Richard J. Serpe
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Victor M. Diaz, Jr.
V.M. Diaz and Partners, LLC
119 Washington Ave, Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W
Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Anthony D. Irpino
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 20th day of April, 2015.

/s/ Leonard A. Davis
Leonard A. Davis
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
Plaintiffs' Liaison Counsel
MDL 2047

*Co-counsel for Plaintiffs*