## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al., Case No. 2:09-cv-6687 (E.D.La.). | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## ORDER & REASONS
## (AWARDING DISBURSEMENT OF THE GERMANO INTERVENORS' JUDGMENT)

On May 11, 2010, this Court entered a default judgment against Defendant Taishan Gypsum Co. Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd. ("Taishan"), and in favor of Plaintiff-intervenors Deborah and William Morgan, Jerry and Inez Baldwin, Joe and Cathy Leach, Robert and Lisa Orlando, Fred and Vanessa Michaux, Preston and Rachel McKellar, and Steven and Elizabeth Heischober (hereinafter, "Intervening Plaintiffs" or "Plaintiffs").  Rec. Doc. No. 3013. Based on the evidence presented at the *Germano* hearing, the Court awarded damages to the individual Intervening Plaintiffs as follows:

| | |
|---|---|
| William and Deborah Morgan | $481,613.29, plus $27,550.92 in pre-judgment interest, post-judgment interest as appropriate and costs |
| Jerry and Inez Baldwin | $441,669.11, plus $25,267.61 in pre-judgment interest, post-judgment interest as appropriate and costs |
| Joseph and Cathy Leach | $89,676.86, plus $5,130.01 in pre-judgment interest, post-judgment interest as appropriate and costs |
| Bob and Lisa Orlando | $407,905.44, plus $23,334.43 in pre-judgment interest, post-judgment interest as appropriate and costs |

| | |
|---|---|
| J. Frederick and Vanessa Michaux | $355,607.80, plus $20,342.71 in pre-judgment interest, post judgment interest as appropriate and costs |
| Preston and Rachel McKellar | $351,741.22, plus $20,121.52 in pre-judgment interest, post-judgment interest as appropriate and costs |
| Steven and Elizabeth Heischober | $480,886.27, plus $27,509.33 in pre-judgment interest, post-judgment interest as appropriate and costs. |

On April 1, 2015, Taishan paid $3,229,196.50 to a special trust account established by

Plaintiff's Liaison Counsel for purposes of receiving the judgment the following amounts:

| Plaintiff-Intervenor | Damages | Pre-Judgment Interest | Post-Judgment Interest | Total Amount by Plantiff |
|---|---|---|---|---|
| William and Deborah Morgan | $481,613.29 | $27,550.92 | $9,779.89 | $518,944.10 |
| Jerry and Inez Baldwin | $441,669.11 | $25,267.61 | $8,968.80 | $475,905.52 |
| Joseph and Kathy Leach | $89,676.86 | $5,130.01 | $1,821.03 | $96,627.90 |
| Bob and Lisa Orlando | $407,905.44 | $23,334.43 | $8,283.14 | $439,523.01 |
| J. Frederick and Vanessa Michaux | $355,607.80 | $20,342.71 | $7,221.16 | $383,171.67 |
| Preston and Rachel McKellar | $351,741.22 | $20,121.52 | $7,142.64 | $379,005.38 |
| Steven and Elizabeth Heischober | $480,886.27 | $27,509.33 | $9,765.13 | $518,160.73 |
| | | | | |
| **Other Amounts** | | | | |
| Bill of Costs (with Post-Judgment Interest) | $417,858.19 | | | |
| | | | | |
| Grand Total | $3,229,196.50 | | | |

The court finds that an award of thirty-percent (30%) of the gross judgment amount for

all attorneys' fees (both common benefit and individually retained counsel fees) is appropriate.[1]

Thus, the following disbursements are approved, as follows:

| Plaintiff | Plaintiff's Award | Attorney's Fee |
|---|---|---|
| William and Deborah Morgan | $363,260.87 | $155,683.23 |

---

[1] Compensating counsel who create a common fund in the manner requested is entirely consistent with well-established jurisprudence. *See Union Asset Management Holding, A.G. v. Dell, Inc.*, 669 F.3d 632, 644 (5th Cir. 2012); *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714, 717-19 (5th Cir. 1974); *Evans v. TIN, Inc.*, 2013 WL 4501061 (E.D. La. Aug. 21, 2013) (Africk, J.); *In re Vioxx Prod. Liab. Litig.*, 574 F. Supp. 2d 606 (E.D. La. 2008); and Hon. Eldon E. Fallon, *Common Benefit Fees in Multidistrict Litigation*, 74 LA. L. REV. 371 (2014).

| Plaintiff | Plaintiff's Award | Attorney's Fee |
|---|---|---|
| Jerry and Inez Baldwin | $333,133.86 | $142,771.66 |
| Josheph and Kathy Leach | $ 67,639.53 | $ 28,988.37 |
| Bob and Lisa Orlando | $307,666.11 | $131,856.90 |
| J.Frederick and Vanessa Michaux | $268,220.17 | $114,951.50 |
| Preston and Rachel McKellar | $265,303.77 | $113,701.61 |
| Steven and Elizabeth Heischober | $362,712.51 | $155,448.22 |
| | **Total** | **$843,401.49** |

The court further finds that of the total attorney's fees awarded there should be an equal allocation as follows: 50% for individually retained attorneys ($421,700.75), and 50% for common benefit fees ($421,700.74). Liaison Counsel are hereby Ordered to immediately disburse payments to the Plaintiffs in the appropriate amount set forth above. The Attorney's fees awarded to individually retained counsel, *i.e.*, $421,700.75, are to be disbursed by Liaison Counsel immediately. The 50% allocation of attorneys fees devoted to common benefit counsel are to remain in trust consistent with Pretrial Order No. 28, until further order of the Court.

The court further Orders that the amount assessed against Taishan in this Court's March 23, 2015 order (Rec. Doc. No. 18531) regarding costs (together with post-judgment interest, *i.e.*, $417,858.19), be distributed to the Plaintiffs' Steering Committee for reimbursement of costs.

New Orleans, Louisiana, this 20 day of April, 2015.

Eldon E. Fallon
United States District Court Judge