**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

**THE PLAINTIFFS' STEERING COMMITTEE'S SUPPLEMENTAL RESPONSE
IN OPPOSITION TO TAISHAN GYPSUM CO., LTD. AND TAI'AN
TAISHAN PLASTERBOARD CO. LTD'S JOINT MOTION
FOR PROTECTIVE ORDER AND PROPOSED SOLUTION**

**I.   INTRODUCTION**

On April 15, 2015, the Plaintiffs' Steering Committee ("PSC") submitted its Response in opposition to Taishan Gypsum Co., Ltd. ("Taishan") and Tai'an Taishan Plasterboard Co. Ltd's ("TTP") Joint Motion for Protective Order and Proposed Solution (Rec.Doc. No. 18680).[1]  Since the filing of the PSC's response last week, the PSC has engaged in several activities that necessitate this supplement to our prior response.

On April 9, 2015, the PSC issued amended and supplemental discovery to target, focus and narrowly define the documents and issues sought to be obtained from Taishan and TTP. (Rec.Doc. Nos. 18641 and 18642).  In response to our amended discovery, Taishan in a telephonic meet and confer that took place on Wednesday, April 15, 2015, offered to produce in lieu of fully translated documents, summaries of documents in an effort to save time and the

---

[1]The Joint Motion filed by Taishan and TTP bears the Record Document No. 18680.

1

expense of fully translating certain documents.  Taishan transmitted those summaries to Plaintiff's Liaison Counsel and Plaintiff's Lead Counsel on April 16, 2015.  *See* Email from Christy Hull Eikhoff (attached hereto as Exhibit "A").  These summaries largely address matters involving BNBM guaranteeing the debt of Taishan, but no further information was made available therein.  Consequently, the summaries were deemed insufficient by the PSC.  Mr. Herman informed Taishan that despite our willingness to cooperate with Taishan by accepting these summaries, "the summaries do not really help".  *See* Herman Email of Friday, April 17, 2015 (attached hereto as Exhibit "B").  Mr. Herman elaborated upon the documents needed immediately by the PSC in that email.  To date, Taishan has not provided the documents requested by Mr. Herman.

In addition to the ongoing issues with Taishan, following the monthly status conference that took place on Friday, April 17, 2015, Plaintiff's Liaison Counsel and Lead Counsel met and conferred with counsel for Taishan, BNBM, BNBM (Group), CNBM and CNBM (Group).  Counsel for BNBM announced that they intended to move to set aside the default judgment prior to participating in the June 9, 2015 Assessment of Damages Hearing.  In addition, counsel for CNBM announced its intention to litigate the issue of sovereign immunity under the Foreign Sovereign Immunity Act, 28 USC § 1602 et seq.  In light of this posturing of BNBM and CNBM, the vitality of the PSC's discovery requests is even more essential.  The defendants' efforts to avoid this jurisdiction and exculpate themselves from liability makes the production of documents that would tend to incriminate them, and prove facts contrary to their position is critical to the PSC's prosecution of this matter.

Accordingly, the PSC's expedited discovery should be permitted to go forward. The Joint Emergency Motion for Protective Order should be denied.

Dated: April 20, 2015

Respectfully submitted,

/s/ Russ M. Herman
Russ M. Herman (LA Bar No. 6819)
Leonard A. Davis (LA Bar No. 14190)
Stephen J. Herman (LA Bar No. 23129)
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin (on the brief)
Fred S. Longer (on the brief)
Sandra L. Duggan
Matthew C. Gaughan
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

**PLAINTIFFS' STEERING COMMITTEE**

| | |
|---|---|
| Dawn M. Barrios | Daniel E. Becnel, Jr. |
| Barrios, Kingsdorf & Casteix, LLP | Becnel Law Firm, LLC |
| 701 Poydras Street, Suite 3650 | 425 W. Airline Highway, Suite B |
| New Orleans, LA 70139 | Laplace, LA 70068 |
| Phone: (504) 524-3300 | Phone: (985) 536-1186 |
| Fax: (504) 524-3313 | Fax: (985) 536-6445 |
| Barrios@bkc-law.com | dbecnel@becnellaw.com |

3

Peter Prieto
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Bruce William Steckler
Steckler, LLP
12720 Hillcrest Road, Ste 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-4041
bruce@stecklerlaw.com

Ervin A. Gonzalez
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker Waichman, LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@attorneys4people.com

Christopher Seeger
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Victor M. Diaz, Jr.
V.M. Diaz and Partners, LLC
119 Washington Ave, Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Richard J. Serpe
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

### OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W
Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Anthony D. Irpino
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

**CERTIFICATE OF SERVICE**

       I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 20th day of April, 2015.

       /s/ Leonard A. Davis
       Leonard A. Davis
       HERMAN, HERMAN & KATZ, LLP
       820 O'Keefe Avenue
       New Orleans, Louisiana 70113
       Phone: (504) 581-4892
       Fax: (504) 561-6024
       Ldavis@hhkc.com
       Plaintiffs' Liaison Counsel
       MDL 2047

       *Co-counsel for Plaintiffs*