IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

**EXHIBIT "A" TO**
**THE PLAINTIFFS' STEERING COMMITTEE'S SUPPLEMENTAL RESPONSE**
**IN OPPOSITION TO TAISHAN GYPSUM CO., LTD. AND TAI'AN**
**TAISHAN PLASTERBOARD CO. LTD'S JOINT MOTION**
**FOR PROTECTIVE ORDER AND PROPOSED SOLUTION**

# FILED UNDER SEAL