# EXHIBIT B

# Jennifer Lascio

**From:** Fred Longer
**Sent:** Monday, April 20, 2015 4:02 PM
**To:** Jennifer Lascio
**Subject:** FW: Summaries

-----Original Message-----
From: Russ Herman Private [mailto:rhermanprivate@hhklawfirm.com]
Sent: Friday, April 17, 2015 4:36 PM
To: Christy Hull Eikhoff; Arnold Levin; Bernard.Taylor@alston.com; Anthony Irpino; Christopher Seeger (PSC); Sandy Duggan; Mike Kenny; Gerald E. Meunier; Lenny Davis; Madelyn O'Brien; Fred Longer
Subject: Summaries

Bernard and Christy, I appreciate your cooperation. Unfortunately The summaries do not really help. The following are documents which I need in CHINESE andENGLISH ( and reserving rights) have narrowed the requests :
-all financial and corporate
Interim and annual reports
2006- 20015 and documents transmitting
Same to all BNBM AND CNBM ENTITIES AND ALL COMMENTS BACK TO TAISHAN
- all communications to and from and those among Taishan CNBM and BNBM ENTITIES From2006-to date relating to the litigation Which is the subject of this Litigation
- all documents indicating any and all orders for and shipments of drywall by Taishan and or BNBM to the U.S. From 2005 2009 .
- all communications with
Labs testing CHINESE dry wall including those to / from agents appointed by Taishan in the U.S. ( including but not limited To Guardian entity in notebook furnished you Today ) and communications relating To lab reports of sulphur smells to / from Taishan and BNBM from 2006 to Date .
- privilege log on withheld
Documents
- confirmation of dates your
30B(6) witness will appear
In New Orleans ( we need to arrange for a Court Room and a Court appointed interpreter )
- any communication from the U.S. citizens , Taishan and /or BNBM employees and or agents of Taishan And /or BNBM operating In theU.S. 2005 -to date of COMPLAINTS . about CHINESE DRYWALL .
- UNDER USA LAW WE ARE FIRM ON OUR OPINION THAT RES JUDICATA AND ALTER EGO ISSUES HAVE BEEN CLEARLY ADJUDICATED BUT IN LIGHT OF BNBM's ANNOUNCED INTENTION TO RELITIGATE THE ISSUES AND JURISDICTION ; and CNBM's ANNOUNCED INTENTION TI LITIGATE ITS IMMUNITY WE ASK THAT TGE MATERIALS REQUESTED BE DELIVERED IN ADVANCE of TAISHAN's corporate Deposition . I will be available SUNDAY afternoon to discuss Any issues you wish to entertain. Regards Russ Sent from my iPhone

CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us
(collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.