UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:**<br><br>*Amorin, et al. v. State-owned Assets Supervision and Administration Commission, et al.*, Case No. 2:14-cv-1727 (E.D. La.) | |

# ORDER

Upon consideration of the Plaintiffs' Steering Committee's revised motion to serve Defendant State-owned Assets Supervision and Administration Commission ("SASAC") via mail pursuant to 28 U.S.C. § 1608(a)(3) and (b)(3)(B), it is hereby ORDERED that the revised motion, (Rec. Doc. 18712), is GRANTED.

The Clerk of the Court is hereby directed to dispatch the summons and the Omnibus XIX Complaint in English and Chinese, and notice of suit, to SASAC and the Ministry of Foreign Affairs of the People's Republic of China by "any form of mail requiring a signed receipt."  The PSC is directed to provide to the Clerk of the Court those documents necessary to effectuate service on SASAC.

IT IS FURTHER  ORDERED that this order supersedes the Court's prior order, (Rec. Doc. 18592).

New Orleans, Louisiana this 17th day of April, 2015.

_____
Eldon E. Fallon
U.S. District Judge