UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION : 
: SECTION L
:
: JUDGE FALLON
: MAGISTRATE JUDGE
............................................................ : WILKINSON

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

The Court received and reviewed the attached correspondence from Mr. Daniel Blonsky, relating to Banner Supply's motion to enforce, (Rec. Doc. 18495).

**IT IS ORDERED** that the attached correspondence shall be entered into the record.

New Orleans, Louisiana, this 20th day of April, 2015.

_____
UNITED STATES DISTRICT JUDGE

1