OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: __April 22, 2015__

AMORIN, ET AL
_____

vs.

THE STATE-OWNED ASSETS SUPERVISION AND
ADMINISTRATION COMMISSION OF STATE COUNCIL, ET AL

Case No. __14-1727__   Section __L, MDL 2047__

Dear Sir:

Please ▉▉▉▉ (re-issue) summons on the (complaint) ▉▉▉▉ ▉▉▉▉▉▉▉▉ ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ ▉▉▉▉ ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ to the following:

1. (name) The State-Owned Assets Supervision and Administration Commission of State Council
   (address) No. 26 Xidajie, Xuanwumen, Xicheng District, Beijing, P.R. China  100053
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

/s/ Leonard A. Davis
"Signature"

Attorney for __Plaintiffs__

Address  820 O'Keefe Ave., New Orleans, LA ~~70113~~