UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL | MDL No. 2047<br>SECTION L<br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | MAG. JUDGE WILKINSON |

PLAINTIFFS RAMIRO TORRES-BARAJAS AND NOEL TORRES'S MOTION FOR RECONSIDERATION OF THE COURT'S ORDER DENYING PLAINTIFFS' MOTION TO SUBMIT LATE-FILED CLAIM INTO THE GLOBAL, BANNER, INEX SETTLEMENT AGREEMENTS

COMES NOW the Plaintiffs, RAMIRO TORRES-BARAJAS and NOEL TORRES ("Plaintiffs") (CDW claimant ID 112565), by and through undersigned counsel, and file this Motion for Reconsideration, and accompanying Memorandum in Support.

DATED: April 22, 2015

Respectfully submitted,

 */s/ Gary E. Mason*
Gary E. Mason
Daniel K. Bryson
WHITFIELD BRYSON & MASON LLP
1625 Massachusetts Ave., NW, Suite 605
Washington, D.C. 20036
Telephone: (202) 429-2290
Facsimile: (202) 429-2294
gmason@wbmllp.com
dan@wbmllp.com


Joel R. Rhine
RHINE MARTIN LAW FIRM
1612 Military Cutoff Rd
Suite 300
Wilmington, NC 28403
Telephone: (910) 772-9960
Facsimile: (910) 772-9062
jrr@rhinelawfirm.com

*Counsel for Plaintiffs*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing Motion to Submit Late-Field Claim has been served by U.S. Mail and email to Russ Herman, Esq., Plaintiffs' Liaison Counsel, and Kerry Miller, Esq., Defendants' Liaison Counsel, and upon all parties by electronically uploading the same to File and ServeXpress f/k/a Lexis Nexis File and Serve in Accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 22nd   day of April, 2015.

                                                                                     <u>/s/ Gary E. Mason</u>
                                                                                     Gary E. Mason