UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL | MDL No. 2047 SECTION L JUDGE FALLON |
| THIS DOCUMENT RELATES TO: ALL CASES | MAG. JUDGE WILKINSON |

MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR RECONSIDERATION OF THE COURT'S ORDER DENYING PLAINTIFFS' MOTION TO SUBMIT LATE-FILED CLAIM INTO THE GLOBAL, BANNER, INEX SETTLEMENT AGREEMENTS

COMES NOW the Plaintiffs, RAMIRO TORRES-BARAJAS and NOEL TORRES ("Plaintiffs") (CDW claimant ID 112565), by and through undersigned counsel, and requests this Court for an order to reconsider this Court's order (Dk. No. 18285), denying Plaintiffs' motion allowing Plaintiffs to submit their late claim into the Global, Banner, InEx Settlement (GBI) and would show the Court that:

1. By Order dated April 2, 2015, (Dk. No. 18586), this Court denied what it characterized as late-filed claim. The Court further seemed to consider this claim to be one of a number of late filed claims being managed by the Pro Se Curator. The claims referred to the Pro Se Curator are claims brought by persons who failed to file any claim at all during the claim period. The claim of Raimiro Torres-Barajas and Noel Torres, at issue here, by contrast, was one of several claims brought by these Plaintiffs. Regrettably, while their other claims were in fact timely filed (and have been paid), their claim for Foreclosure and Lost Equity was inadvertently not filed. Counsel for Plaintiffs did not realize this oversight until payment had been made on their timely filed claims, but not on this claim

2. As previously set forth (Dkt No. 18285), before filing this motion, Plaintiffs, through counsel, called Jacob Woody, the Claims Administrator. Counsel explained to Mr. Woody that Plaintiff had correctly filed a claim for Pre-Remediation Alternative Living

Expenses but recently discovered that their claim for Foreclosure and Lost Equity had not been filed. Mr. Woody stated that he could process this claim and, given the small amount at issue, it would not disrupt the administration of the settlement. However, Mr. Woody also stated that he would not process the claim without an order of the Court.

3  Consequently, Plaintiffs filed a motion to submit a late-filed claim to the Other Loss Qualified Settlement Fund. In response to the motion, Counsel for Knauf indicated that it had no objection to processing the claim. *See* Email dated January 9, 2015, from James Parrish to Gary E. Mason, attached hereto as Exhibit 1.

4.  In further response, the PSC opposed Plaintiffs' motion on the grounds that "inclusion of such late file claims would disrupt and disturb the efficient administration of these class action settlements." (The Plaintiffs' Steering Committee's Response to Plantiffs' Motion to Submit Late-Filed Claim Into the Global, Banner, Inex Settlement Agreements, February 11, 2015, Doc. #18319). This argument directly contradicts the Claims Administrator's statement to Plaintiffs' Counsel. Upon information and belief, the Claims Administrator has held back some portion of the distribution to resolve exigencies such as those presented here.

5. The Plaintiffs' situation here is not the same as other movants who have argued for extensions. Other requests were from persons who only recently discovered they had Chinese Drywall and had not previously made a claim. The Plaintiffs here timely filed their claims, but only belatedly discovered they had not filed <u>all</u> the claims they intended to file.

WHEREFORE, for the above reasons, RAMIRO TORRES-BARAJAS and NOEL TORRES respectfully request this Honorable Court to reconsider its Order (Doc. #18586) denying Plaintiffs' Motion (Doc. #18285), to submit their Foreclosure and Lost Equity Claim Form and allow the claim to be deemed timely filed.

DATED: January 30, 2015                    Respectfully submitted,

                                           */s/ Gary E. Mason*
                                           Gary E. Mason

Daniel K. Bryson
WHITFIELD BRYSON & MASON LLP
1625 Massachusetts Ave., NW, Suite 605
Washington, D.C.  20036
Telephone:  (202) 429-2290
Facsimile:  (202) 429-2294
gmason@wbmllp.com
dan@wbmllp.com

Joel R. Rhine
RHINE MARTIN LAW FIRM
1612 Military Cutoff Rd
Suite 300
Wilmington, NC 28403
Telephone:  (910) 772-9960
Facsimile:   (910) 772-9062
jrr@rhinelawfirm.com


*Counsel for Plaintiffs*