UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL | MDL No. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| ALL CASES | |
| | MAG. JUDGE WILKINSON |

### ORDER GRANTING PLAINTIFF'S MOTION FOR RECONSIDERATION

The Court, having considered Plaintiff's Motion for Reconsideration of the Court's Order Denying Plaintiffs' Motion to Submit a Late-Filed Claim into the Global, Banner, InEx Settlement (GBI) and supporting Memorandum, finds that Plaintiffs, Ramiro Torres-Barajas and Noel Torres (CDW claimant ID 112565), by and through undersigned counsel, and requests this Court for an order allowing them to submit their foreclosure and lost equity claim into the Global, Banner, InEx Settlement (GBI) which will be considered timely submitted.

Accordingly, it is ORDERED that plaintiff s RAMIRO TORRES-BARAJAS and NOEL TORRES' Motion is GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2015.

HON. ELDON E. FALLON
DISTRICT COURT JUDGE