UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAGISTRATE JUDGE |
| ................................................................ : | | WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

Before the Court is a motion to withdraw as counsel of record for Plaintiffs Thomas & Lynn Lukaszewski ("Plaintiffs"). (Rec. Doc. 18607). As both counsel and Plaintiffs have reported to the Court, they have encountered significant differences in their approach to Plaintiffs' case. As these differences indeed appear to be irreconcilable, and there is no Sixth Amendment right to counsel under the circumstances of this civil case, *see generally Turner v. Rogers*, 131 S.Ct. 2507, 2516 (2011), accordingly,

**IT IS ORDERED** that Plaintiffs' counsel's motion to withdraw is **GRANTED**.

New Orleans, Louisiana, this 20th day of April, 2015.

_____
UNITED STATES DISTRICT JUDGE

cc:

Thomas & Lynn Lukaszewski
P.O. Box 4157
Cherry Hill, NJ 08034

1