In re: Chinese-Manufactured Drywall Products Liability Litigation



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 133483-0022

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Hampton Investment Company, through its registered agent, Robert L. Bluhm
Court Case No. MDL 2047

HERMAN, HERMAN, ET AL
M Lillian Flemming
820 O'Keefe Ave.
New Orleans, LA 70113-1116

State of: Oregon ) ss.
County of: Clackamas )

Name of Server: Ryan Waters, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 20 day of April, 20 15, at 2:45 o'clock P M

Place of Service: at 9600 SW Barnes Road, Ste. 200, in Portland, OR 97225

Documents Served: the undersigned served the documents described as:
Subpoena to Testify at a Deposition in a Civil Action; Witness Fee

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Hampton Investment Company, through its registered agent, Robert L. Bluhm

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Vicki Corporate Secretary

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Brown ; Facial Hair ___
Approx. Age 40's ; Approx. Height 5'9 ; Approx. Weight med.

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 22 day of April, 20 15

Signature of Server

Notary Public        (Commission Expires) 2017

APS International, Ltd.

OFFICIAL SEAL
CHRISTINE M FREITER
NOTARY PUBLIC-OREGON
COMMISSION NO. 476353
MY COMMISSION EXPIRES APRIL 08, 2017