**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT APPLIES TO ALL CASES | JUDGE FALLON MAG. JUDGE WILKINSON |

**EMERGENCY MOTION OF THE PLAINTIFFS' STEERING COMMITTEE**
**FOR EXPEDITED RETURN ON DISCOVERY REQUESTS**
**AND SHORTENED TIME TO NOTICE DEPOSITIONS**

NOW INTO COURT come the Plaintiffs' Steering Committee ("PSC"), who

shows as follows:

1.  Pursuant to the orders and directives of the Court at the special hearing that

took place on March 17, 2015, the Court's comments during the status conference on

April 17, 2015, and the Court's Minute Entry and Orders dated March 17, 2015 [Rec.

Doc. No. 18493] authorizing expedited discovery of Taishan and BNBM/CNBM

regarding (i) the injunction prong of the Court's July 17, 2014 Order holding Taishan in

contempt of court, criminally and civilly [Rec. Doc. No. 17869], and (ii) whether there

exist alter ego relationships between and among these entitities, the PSC has served

written discovery upon third-parties, Baillie Lumber Co. ("Baillie"), Hull Forest

Products, Inc. ("Hull"), Western Wood, LLC ("Western"), and W.H. International, Inc.

("W.H."), to determine whether Taishan Gypsum Co., Ltd. ("Taishan") or any of its

affiliates or subsidiaries have been doing any business in the United States since July 17,

2014.

2.  The PSC has learned that in apparent violation of this Court's July 17, 2014

Order enjoining Taishan and its affiliates and subsidiaries from doing any business in the

United States until or unless Taishan participates in these judicial proceedings [Rec. Doc. No. 17869], BNBM and/or BNBM Group have purchased large quantities of lumber from Baillie, Hull, Western, and W.H. in contravention of this Court's Contempt Order.  The PSC just learned of these purchases upon reviewing documents recently produced by BNBM Group.  No other defendant (CNBM Group, CNBM, BNBM or Taishan) has provided documents specific to the operation of business in the United States following the entry of contempt on July 17, 2014.

3.   After reviewing the documents produced by BNBM Group, the PSC has learned that BNBM and/or BNBM Group have purchased: (1) approximately $40,000 of lumber (by four separate purchases) from Baillie during the contempt period; (2) approximately $23,000 of lumber from Hull during the contempt period; (3) approximately $2 million of lumber (by four separate purchases) from Western during the contempt period; and (4) approximately $1 million of lumber (by five separate purchases) from W.H. during the contempt period.

4.   It is respectfully submitted that the above bulk purchases of lumber demonstrate clear violations of this Court's Contempt Order. Discovery from Baillie, Hull, Western, and W.H. is necessary to fully establish the scope of these violations of the Contempt Order and to learn whether BNBM and/or BNBM Group participated in any other commercial activities in further violation of this Court's Contempt Order.

5.   This discovery is limited to the issue of whether Taishan or any of its affiliates or subsidiaries violated the Court's July 17, 2014 Order.  The Court has ordered that the parties fully cooperate to complete discovery on this issue prior to June 9, 2015. *See* Minute Entry dated April 17, 2015 [Rec. Doc. No. 18722].

6.      The Court's Minute Entry and Orders requires that discovery be completed no later than June 9, 2015.  Due to the shortened time limitation on additional discovery imposed by the Court, the PSC requests that the Court set an expedited response date for the new limited discovery; and further, that the time limitations for noticing of depositions also be shortened and expedited.  Rule 30 of the Federal Rules of Civil Procedure sets forth the notice and method for depositions by oral examination. Request is made to shorten the time to be provided between the issuance of the notice, the taking of the deposition and review by the witness for changes.  Furthermore, Rules 33, 34 and 36 of the Federal Rules of Civil Procedure each provide time frames for responding to discovery requests, and request is made to shorten the time for discovery request so that the discovery must be responded to fully and completely on an expedited basis.

7.      The PSC proposes that full and complete responses, including the documents requested, be produced by Baillie, Hull, Western, and W.H. within (10) days of their respective receipt of the discovery.

8.      The PSC proposes that depositions be noticed at least seventy-two (72) hours in advance of the taking of a deposition and that the review for any changes requested by the witness be completed within twenty-four (24) hours of the taking of the deposition.

9.      The Court has granted two similar motions requesting the same expedited return of discovery requests and shortening of time to notice depositions with respect to other third-parties on the topics addressed during the March 17, 2015 hearing and in the Court's related Minute Entry and Orders.  *See* Rec.Doc.Nos. 18523 (New Jersey Institute

of Technology and CTIEC-TECO American Technology, Inc.) and 18535 (Sunpin Solar Development a/k/a Sunpin Solar LLC, Tommy Li, Wal-Mart Stores, Inc., Westerlund Log Handlers LLC and Murphy Overseas USA Astoria Forest Products LLC).  Presently pending before the Court are three related motions for expedited return on discovery requests and shortened time to notice depositions with respect to Hampton Affiliates, Steven J. Zika, CEO of Hampton Affiliates, and Hampton Investment Company.  *See* Rec.Doc.Nos. 18660, 18663 and 18665.  Also pending before the Court is a motion for expedited return on discovery requests and shortened time to notice depositions with respect to BNK International, LLC and Jeffery J. Chang.  *See* Rec.Doc.Nos. 18728 and 18727.

WHEREFORE, the PSC prays that this motion be granted and that Baillie, Hull, Western, and W.H. be Ordered to produce to the PSC full and complete responses to the discovery, including all documents requested (in their original language and, if the original documents are in any language other than English, with English translations), within ten (10) days of their respective receipt of the written discovery, and further that time limitations for taking of depositions also be shortened and expedited.

Respectfully submitted,

Dated:  April 23, 2015

/s/ Leonard A. Davis_____
**Russ M. Herman** (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
***HERMAN, HERMAN & KATZ, LLC***
820 O'Keefe Avenue
New Orleans, LA  70113
PH:  (504) 581-4892
FAX:  (504) 561-6024
ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin
Fred S. Longer
Sandra L. Duggan
Matthew C. Gaughan
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
PH:  (215) 592-1500
FAX:  (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm, LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Peter Prieto
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Jerrold Seth Parker
Parker Waichman, LLP
27300 Riverview Center Blvd.
Suite 103
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@attorneys4people.com

Christopher Seeger
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

5

Bruce William Steckler
Steckler, LLP
12720 Hillcrest Road, Ste 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-404
bruce@stecklerlaw.com

Ervin A. Gonzalez
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
ervin@colson.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Victor M. Diaz, Jr., Esquire
V.M. Diaz and Partners, LLC
119 Washington Ave, Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W Suite  650
Washington, DC 20006
Phone: (202) 540-7200
Fax:  (202) 540-7201
rlewis@hausfeldllp.com

Anthony D. Irpino
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 23rd day of April, 2015.

Respectfully Submitted,

BY:  /s/ Leonard A. Davis
   Leonard A. Davis
   Herman, Herman & Katz, LLC
   820 O'Keefe Avenue
   New Orleans, LA 70113
   Phone: (504) 581-4892
   Fax: (504) 561-6024
   ldavis@hhklawfirm.com

   *Plaintiffs' Liaison Counsel*
   *MDL 2047*