UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT APPLIES TO ALL CASES | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**PROPOSED ORDER AUTHORIZING
EXPEDITED RETURN ON DISCOVERY REQUESTS
AND SHORTENED TIME TO NOTICE DEPOSITIONS**

Considering the Motion of the Plaintiffs' Steering Committee ("PSC") for Expedited Return on Discovery Requests and Shortened Time to Notice Depositions;

IT IS ORDERED BY THE COURT that:

1. Third-Parties, Baillie Lumber Co. ("Baillie"), Hull Forest Products, Inc. ("Hull"), Western Wood, LLC ("Western"), and W.H. International, Inc. ("W.H."), are directed to respond completely and fully to the written discovery, and produce all documents requested, by the PSC, within ten days of their receipt of the Requests for Production of Documents. All documents shall be produced in their original language and, if the original documents are in any language other than English, English translations shall be included;

2. All depositions shall be noticed at least seventy-two (72) hours in advance of the deposition, except where good cause may require more extensive notice; and

3. All deposition review and changes requested by a witness must be completed within twenty-four (24) hours of the taking of the deposition.

1

New Orleans, Louisiana, this ____ day of _____, 2015.

_____
Eldon E. Fallon
United States District court Judge