# EXHIBIT A

# Fred Longer

| | |
|---|---|
| **From:** | Vejnoska, Christopher [cvejnoska@orrick.com] |
| **Sent:** | Thursday, April 23, 2015 4:14 PM |
| **To:** | Debbie Murphy; Russ Herman |
| **Cc:** | Stengel, James L.; Lenny Davis; Fred Longer; Sandy Duggan; Christopher Seeger; Gerald E. Meunier; Member GEM |
| **Subject:** | RE: Discovery |

Arnold, the information will be provided in response to the already-pending discovery requests: we have targeted the depositions for mid- to late-May (we have proposed to begin on or around May 11, but there was some recent discussion that the PSC might prefer them a little later in the month), and we will be producing additional documents on a rolling basis as quickly as we can process and review them. We are doing everything humanly possible to produce materials as quickly as possible, and to produce as much as we can before depositions. And, of course, you already have taken a number of third party depositions and received documents from them as well on these topics.

Regards, Chris

**From:** Debbie Murphy [mailto:DMurphy@lfsblaw.com]
**Sent:** Thursday, April 23, 2015 6:38 AM
**To:** Vejnoska, Christopher; Russ Herman
**Cc:** Stengel, James L.; Lenny Davis; Fred Longer; Sandy Duggan; Christopher Seeger; Gerald E. Meunier; Member GEM
**Subject:** RE: Discovery

From Arnold Levin –

I speak to the "statement" only. When will you provide us with the information requested? Please give me an answer today.

Debbie Murphy
Levin, Fishbein, Sedran & Berman
Counsellors at Law and Proctors in Admiralty
510 Walnut Street - Suite 500
Philadelphia, PA 19106-3697
Tele: 215-592-1500 - Fax: 215-592-4663
www.lfsblaw.com

CONFIDENTIALITY NOTE: This e-mail message contains information belonging to the law firm of Levin, Fishbein, Sedran & Berman and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.

**From:** Vejnoska, Christopher [mailto:cvejnoska@orrick.com]
**Sent:** Wednesday, April 22, 2015 8:11 PM
**To:** Russ Herman
**Cc:** Debbie Murphy; Stengel, James L.; Lenny Davis; Fred Longer; Sandy Duggan; Christopher Seeger; Gerald E. Meunier; Member GEM
**Subject:** RE: Discovery

Perfect. Thanks very much.

1

Chris

---

**From:** Russ Herman [mailto:RHERMAN@hhklawfirm.com]
**Sent:** Wednesday, April 22, 2015 5:10 PM
**To:** Vejnoska, Christopher
**Cc:** Debbie Murphy; Stengel, James L.; Lenny Davis; Fred Longer; Sandy Duggan; Christopher Seeger; Gerald E. Meunier; Member GEM
**Subject:** Re: Discovery

Sorry you can't find will send
Again This time by fed ex
Thurs for delivery Friday

Sent from my iPhone

On Apr 22, 2015, at 5:56 PM, Vejnoska, Christopher <cvejnoska@orrick.com> wrote:

> Russ, we have searched, and cannot find what you say was sent. If you could re-send, that would be easiest, but you also should feel free to tell us specifically when you sent it (I assume it was by email), and we will look again.
>
> As for the "Statement" that the PSC served on Monday afternoon, we will continue to work to produce as quickly as possible (and subject to our prior responses and objections) documents and witnesses on the issues ordered by the Court, including those related to the contempt order insofar as they relate to our clients, but we cannot -- and do not think it is appropriate to -- respond after all this time and effort to a request asking us to order and summarize certain information ahead of all the other data being collected. This is particularly so where you have informed us that you still will insist upon proceeding with all the discovery previously served weeks ago, directed both to the various CNBM defendants and numerous third parties. Among other things, my understanding is that doing so would require us to start our review and collection largely anew, and that this actually would delay production of information.
>
> Regards, Chris
>
> ---
>
> **From:** Russ Herman [mailto:RHERMAN@hhklawfirm.com]
> **Sent:** Wednesday, April 22, 2015 7:51 AM
> **To:** Vejnoska, Christopher
> **Cc:** Debbie Murphy; Stengel, James L.; Lenny Davis; Fred Longer; Sandy Duggan; Christopher Seeger; Gerald E. Meunier; Member GEM
> **Subject:** Re: Discovery
>
> Sent All 2006-2015 annual reports
> And 2006 stock offering all
> In English
>
> Sent from my iPhone
>
> On Apr 21, 2015, at 8:37 PM, Vejnoska, Christopher <cvejnoska@orrick.com> wrote:
>
>> Russ (and Arnold), thanks for your note. I trust nothing you heard on Friday truly came as a surprise, as we have prefaced every document we have served or filed with a statement of our intention to challenge both subject matter and personal jurisdiction.
>>
>> I am not certain which production you are referring to. Two weeks ago I was in China, so I may well have missed or forgotten something, and so would

2

appreciate your pointing me in the right direction. In the meantime, I believe we have sent you some public reporting materials in the last few days.

Regards, Chris

---

**From:** Russ Herman [mailto:RHERMAN@hhklawfirm.com]
**Sent:** Tuesday, April 21, 2015 10:26 AM
**To:** Vejnoska, Christopher
**Cc:** Debbie Murphy; Stengel, James L.; Lenny Davis; Fred Longer; Sandy Duggan; Christopher Seeger; Gerald E. Meunier; Member GEM
**Subject:** Re: Discovery

CHRIS , ARNOLD AND I AND
OUR PLAINTIFFS'TEAMS
CONSIDER ALL PENDING
DISCOVERY DIRECTED
AT THE CNBM DEFENDANTS
TO JUST BE THE INITIAL
DISCOVERY OF A MORE
INTENSE AND BROADER
INQUIRY . YOUR CLIENTS'
RECENTLY ANNOUNCED
INTENT (at the meet and
confer conference of
4/172005)  TO CHALLENGE
JURISDICTION BASED ON
SOVEREIGN IMMUNITY IS SERIOUS
AND  PORTENDS VIGOROUS
AND THOROUGH EXAMINATION
ON BEHALF OF OUR CLIENTS .
TWO WEEKS  AGO I PROVIDED
YOU WITH CERTAIN CNBM
PUBLIC DOCUMENTS IN
ENGLISH FOR THE YEARS
2006-to date of March 2015.
It should not be difficult for you
To affirm the authenticity of these
OR  produce your own ENGLISH
Versions.  In addition it should
not consume more than several
Hours for you to gather and
Authenticate and transmit
To us the same documents in
CHINESE . Regards from Arnold
And Russ


Sent from my iPhone

On Apr 21, 2015, at 11:48 AM, Vejnoska, Christopher <cvejnoska@orrick.com> wrote:

> I am surprised to hear that, since your approach apparently does not in any way abbreviate either the scope or the length of discovery.  However, I will pass this along to our clients, and I will get back to you tomorrow (since it now is after midnight in China).
>
> **From:** Debbie Murphy [mailto:DMurphy@lfsblaw.com]
> **Sent:** Tuesday, April 21, 2015 7:10 AM

3

**To:** Vejnoska, Christopher
**Cc:** Stengel, James L.; Russ Herman; Lenny Davis; Fred Longer; Sandy Duggan; Christopher Seeger; Gerald E. Meunier; Member GEM
**Subject:** RE: Discovery

From Arnold Levin –

No – All discovery is still at issue. I want this discovery set forth in our Statement to be prioritized within a very short timeframe.


Debbie Murphy
Levin, Fishbein, Sedran & Berman
Counsellors at Law and Proctors in Admiralty
510 Walnut Street - Suite 500
Philadelphia, PA 19106-3697
Tele: 215-592-1500 - Fax: 215-592-4663
www.lfsblaw.com

CONFIDENTIALITY NOTE: This e-mail message contains information belonging to the law firm of Levin, Fishbein, Sedran & Berman and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.

---

**From:** Vejnoska, Christopher [mailto:cvejnoska@orrick.com]
**Sent:** Monday, April 20, 2015 8:24 PM
**To:** Arnold Levin
**Cc:** Stengel, James L.
**Subject:** Discovery

Dear Mr. Levin,

We now have your "Statement Regarding Outstanding Expedited Discovery Requests." Is it your proposal that the various CNBM companies would provide the detailed information requested therein in lieu of (1) the other discovery you have propounded upon them, most recently in the Amended Deposition Notices served on April 9, and/or (2) the various third party deposition and document requests?

Thank you.

Regards, Chris


<image001.gif><image002.png> L. CHRISTOPHER VEJNOSKA
Partner

ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105-2669

tel +1-415-773-5916

4

fax +1-415-773-5759
Cell +1-925-766-7677
cvejnoska@orrick.com
bio • vcard

www.orrick.com

NOTICE TO RECIPIENT | This e-mail is meant for only the intended recipient of the transmission, and may be a communication you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Pleas immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your coop

For more information about Orrick, please visit http://www.orrick.com

NOTICE TO RECIPIENT | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit http://www.orrick.com

```
CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information
intended
solely for the addressee.  Please do not read, copy, or
disseminate it unless
you are the addressee.  If you have received it in error, please
call us
(collect) immediately at (504) 581-4892 and ask to speak with the
message
sender.  Also, we would appreciate your forwarding the message
back to us and
deleting it from your system.  Thank you.
```

NOTICE TO RECIPIENT | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit http://www.orrick.com

```
CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended
solely for the addressee.  Please do not read, copy, or disseminate it unless
you are the addressee.  If you have received it in error, please call us
(collect) immediately at (504) 581-4892 and ask to speak with the message
sender.  Also, we would appreciate your forwarding the message back to us and
deleting it from your system.  Thank you.
```

NOTICE TO RECIPIENT | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit http://www.orrick.com

CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.

**NOTICE TO RECIPIENT |** This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*

**NOTICE TO RECIPIENT |** This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*