IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

EXHIBIT "B" TO PLAINTIFFS' STEERING COMMITTEE'S
SUR-REPLY BRIEF IN SUPPORT
OF MOTION TO STRIKE HOGAN LOVELLS'
DESIGNATION OF DOCUMENTS AS HIGHLY CONFIDENTIAL

# FILED UNDER SEAL