IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>_Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al._, **Case No. 09-6687 (E.D.La.);**<br>_Gross, et al. v. Knauf Gips, KG, et al._, **Case No. 09-6690 (E.D.La.);**<br>_Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al._, **Case No 10-361 (E.D.La.);**<br>_Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al._, **Civ. Action No. 11-1672 (E.D.La.);**<br>_Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al._, **Civ. Action No. 11-1395 (E.D.La.);**<br>_Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al._, **Civ. Action No. 11-1673 (E.D.La.)** | |

**THE PLAINTIFFS STEERING COMMITTEE'S SECOND REVISED TRIAL PLAN FOR THE ASSESSMENT OF CLASS DAMAGES**

I. **PARTIES**

(A) Plaintiff class members within the class definitions in *Germano, Wiltz, Gross,* and three (3) *Amorin* complaints, appearing through class representatives Edward and Carmen Amorin, Albert and Betsy Butzer, Jack and Anna McGinn, Thomas and Virginia Spencer, and Elliott and Angelia Everard

(B) Defendants Taishan Gypsum, TTP, BNBM, BNBM Group, CNBM, and CNBM Group

1

**II.     ISSUE**

    (A) PHASE I - The assessment/quantification of class-wide damages for the remediation of drywall manufactured by the Taishan defendants, i.e., Taishan Gypsum, TTP, CNBM Group, CNBM, BNBM Group and BNBM.

**III.    PHASE I ORDER OF PROOF BY PLAINTIFF CLASS**

    (A) Offer of record documents supporting the entry of defaults as to each defendant, including all allegations of liability and general causation in class actions against defendants, including but not limited to Taishan depositions, Taishan transmissions, writings, etc. to BNBM, CNBM and CNBM Group; Hogan Lovell's deprivileged documents; Taishan, BNBM, BNBM Group, CNBM, CNBM Group Annual Reports for 2006-2014, and public offerings of these entities from 2006 to date; and 2006 emails showing laboratory tests confirming sulphuric smell from Taishan drywall products.

    (B) Offer of trial transcripts in both *Germano* and *Hernandez*

    (C) Offer of Court's FOFCOL in *Germano,* including all referenced reliance documents

    (D) Offer of Court's FOFCOL in *Hernandez,* including all referenced reliance documents

    (E) Offer of Court's FOFCOL in class certification decision, including all referenced reliance documents

    (F) Request for judicial notice of District Court opinion and Fifth Circuit decisions affirming personal jurisdiction over Taishan Gypsum/TTP; and record references in support of issue preclusion, collateral estoppel, and res judicata.

    (G) Expert testimony of George J. Inglis, P.E
        (1) Offer of all data supporting his analysis, both as to class representatives and as to class as a whole as set forth in his original and final report (to be supplied).

    (H) May Call:  fact/expert testimony of witnesses re: Knauf/Moss remediation of Chinese drywall; BrownGreer witness to discuss non-proprietary data of Knauf/Moss remediation, underlying data for remediation and class member status; Louis Velez – Ombudsman – pursuant to agreement of counsel.

    (I) Request for deferral of Final Default Judgment until conclusion of remaining trial plan phases

## IV. SUBSEQUENT PROCEEDINGS

(A) **PHASE II –** Hearing to evaluate whether Defendants are entitled to verdict reduction as to certain individual claims based on applicability of Knauf Settlement and Release, and, if so, presentation of evidence supporting any reductions.

(B) **PHASE III** – Hearing to consider award of attorneys fees to class members under applicable law, including but not limited to Louisiana's Redhibition jurisprudence, and introduction of documents, testimony, and deposition abstracts relative to same.

(C) **PHASE IV –** Proceedings to mold verdict and determine final administrative procedures for allocation of remediation funds to individual class members.

(D) **PHASE V –** Following the Court's Phase IV determinations, the parties may request certification pursuant to Fed.R.Civ.P. 54(b) for an interlocutory appeal.

(E) **–** Separate and apart from any of the phases of the class proceedings, the PSC, at an appropriate time, will file a motion for a consolidated trial pursuant to Fed.R.Civ.P. 42(a) to address the common issues and damages of plaintiffs that present individualized damages, *i.e.*, former property owners subject to foreclosures, bankruptcies, short-sales, etc.

**Caveat:** The PSC submits this trial plan subject to four reservations: 1) Discovery is incomplete and ongoing. Upon completion of discovery, the PSC may make further, and additional, designations. 2) The PSC shall not be limited to use of evidence in any particular phase or proceeding, and the use of any evidence during one phase shall not restrict its use in any other phase, as deemed appropriate by the Court. 3) The PSC may alter its proposals based upon designations or positions taken by any of the defendant parties. 4) All individual claims of plaintiffs on the Omni complaints are preserved.[1]

---

[1] Despite this Court's Order reserving all defenses [Rec.Doc. 18583], counsel for BNBM announced that they intended to move to set aside the default judgment prior to participating in the June 9, 2015 Assessment of Damages Hearing. In addition, counsel for CNBM announced its intention to litigate the issue of sovereign immunity under the Foreign Sovereign Immunity Act, 28 USC § 1602 et seq. The PSC would object to this or any other attempt to interfere with the assessment of damages hearing scheduled to take place on June 9, 2015.

Respectfully submitted,

Dated:  April 24, 2015          /s/ Russ M. Herman_____
**Russ M. Herman** (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
*HERMAN, HERMAN & KATZ, LLC*
820 O'Keefe Avenue
New Orleans, LA  70113
PH:  (504) 581-4892
FAX:  (504) 561-6024
ldavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin
Fred S. Longer
Sandra L. Duggan
Matthew C. Gaughan
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
PH:  (215) 592-1500
FAX:  (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

Christopher Seeger
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com
*Plaintiffs' Trial Counsel and PSC Member*
*MDL 2047*

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com
*Plaintiff's Trial Counsel and PSC Member MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm, LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Peter Prieto
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Bruce William Steckler
Steckler, LLP
12720 Hillcrest Road, Ste 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-404
mailto:bsteckler@baronbudd.com
bruce@stecklerlaw.com

Jerrold Seth Parker
Parker Waichman, LLP
27300 Riverview Center Blvd.
Suite 103
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@attorneys4people.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Ervin A. Gonzalez
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Victor M. Diaz, Jr., Esquire
V.M. Diaz and Partners, LLC
119 Washington Ave, Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

## OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax:  (202) 540-7201
rlewis@hausfeldllp.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Anthony D. Irpino
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24st day of April, 2015.

    /s/ Leonard A. Davis
Leonard A. Davis
Herman, Herman & Katz, LLC
820 O'Keefe Ave.
New Orleans, LA  70113
PH:  (504) 581-4892
Fax:  (504) 561-6024
ldavis@hhklawfirm.com