1               UNITED STATES DISTRICT COURT

2               EASTERN DISTRICT OF LOUISIANA

3

4    IN RE:  CHINESE-MANUFACTURED  *       Docket 09-MD-2047
              DRYWALL PRODUCTS      *
5             LIABILITY LITIGATION  *       Section L
                                    *
6                                   *       New Orleans, Louisiana
                                    *
7    Relates to:  All Cases         *       April 24, 2015
     * * * * * * * * * * * * * * * *

8

9

10                  TELEPHONE STATUS CONFERENCE BEFORE
                    THE HONORABLE ELDON E. FALLON
11                  UNITED STATES DISTRICT JUDGE

12

13   Appearances:

14   For the Plaintiffs:          Herman Herman & Katz, LLC
                                  BY:  RUSS M. HERMAN, ESQ.
15                                     LEONARD A. DAVIS, ESQ
                                       MADELYN M. O'BRIEN, ESQ.
16                                820 O'Keefe Avenue
                                  New Orleans, Louisiana 70113
17

18   For the Plaintiffs:          Levin Fishbein Sedran & Berman
                                  BY:  ARNOLD LEVIN, ESQ.
19                                     FRED S. LONGER, ESQ.
                                       SANDRA L. DUGGAN, ESQ.
20                                510 Walnut Street, Suite 500
                                  Philadelphia, Pennsylvania 19106
21

22   For the Plaintiffs:          Gainsburgh Benjamin David
                                    Meunier & Warshauer, LLC
23                                BY:  GERALD E. MEUNIER, ESQ.
                                  1100 Poydras Street, Suite 2800
24                                New Orleans, Louisiana 70163

25

```
 1   Appearances:

 2
     For Knauf:                    Baker Donelson Bearman
 3                                    Caldwell & Berkowitz, PC
                                   BY:  KERRY J. MILLER, ESQ.
 4                                 201 St. Charles Avenue, Suite 3600
                                   New Orleans, Louisiana 70170
 5

 6   For Taishan:                  Alston & Bird, LLP
                                   BY:  BERNARD TAYLOR SR., ESQ.
 7                                      MICHAEL P. KENNY, ESQ.
                                        CHRISTINA HULL EIKHOFF, ESQ.
 8                                 1201 West Peachtree Street
                                   Atlanta, Georgia 30309
 9

10   For CNBM:                     Orrick Herrington & Sutcliffe, LLP
                                   BY:  CHRISTOPHER VEJNOSKA, ESQ.
11                                      ERIC M. HAIRSTON, ESQ.
                                        ANDREW K. DAVIDSON, ESQ.
12                                 405 Howard Street
                                   San Francisco, California 94105
13

14   For CNBM:                     Gordon Arata McCollam Duplantis
                                     & Eagan, LLC
15                                 BY:  DONNA PHILLIPS CURRAULT, ESQ.
                                   201 St. Charles Avenue, 40th Floor
16                                 New Orleans, Louisiana 70170

17
     For BNBM:                     Dentons US, LLP
18                                 BY:  RICHARD L. FENTON, ESQ.
                                   233 South Wacker Drive, Suite 7800
19                                 Chicago, Illinois 60606

20
     For BNBM:                     Dentons US, LLP
21                                 BY:  C. MICHAEL MOORE, ESQ.
                                   2000 McKinney Avenue, Suite 1900
22                                 Dallas, Texas 75201

23
     For BNBM:                     Phelps Dunbar, LLP
24                                 BY:  HARRY ROSENBERG, ESQ.
                                   365 Canal Street, Suite 2000
25                                 New Orleans, Louisiana 70130
```

1    Official Court Reporter:       Toni Doyle Tusa, CCR, FCRR
                                    500 Poydras Street, B-275
2                                   New Orleans, Louisiana 70130
                                    (504) 589-7778
3

4

5    Proceedings recorded by mechanical stenography using
     computer-aided transcription software.
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**PROCEEDINGS**

**(April 24, 2015)**

**THE COURT:**  Hello.  This is Judge Fallon.  Who is on the line for the plaintiffs?

**MR. LEVIN:**  Good morning, Your Honor.  It's Arnold Levin.  Russ is on the line.  Lenny is on the line.  Madelyn O'Brien is on the line from Russ' office.  Sandy Duggan and Fred Longer are on the line from my office, sir.

**MR. MEUNIER:**  Jerry Meunier as well.

**THE COURT:**  How about Knauf?  Anyone for Knauf?

**MR. MILLER:**  Judge Fallon, good morning.  It's Kerry Miller for Knauf.

**THE COURT:**  For Taishan?

**MR. TAYLOR:**  For Taishan, Your Honor, good morning, and it's Bernard Taylor, Mike Kenny, and Christy Eikhoff.

**THE COURT:**  For CNBM?

**MR. VEJNOSKA:**  Good morning, Your Honor. Chris Vejnoska with Eric Hairston and Andrew Davidson.

**MS. CURRAULT:**  And Donna Currault.

**THE COURT:**  For BNBM?

**MR. FENTON:**  Good morning, Judge.  It's Rick Fenton. My partner, Mike Moore, is on the line and Harry Rosenberg is on the line.

**MR. ROSENBERG:**  Good morning, Judge.

**THE COURT:**  Good morning.  Anybody for Orient

```
09:31    1   International?  Okay.  Is that it?  Everybody on?
09:31    2              Folks, the reason for the call is that I wanted
09:31    3   to find out what's happening with the discovery.  As I
09:32    4   mentioned the last time we were together at the hearing, I see
09:32    5   that there's really two tracks that I would like to go on at
09:32    6   the same time.  One track is the contempt track and the other
09:32    7   track is the damage track.
09:32    8              With the contempt track, as we know, I held
09:32    9   Taishan and its affiliates in contempt on July 17, 2014.  With
09:32   10   the contempt order, I provided among other things that they and
09:32   11   their affiliates were to forfeit 25 percent of their earnings
09:32   12   during the time they were in contempt.
09:32   13              Taishan has now paid the judgment.  They have
09:32   14   paid the attorney's fees.  They have paid the court costs.  So
09:32   15   the contempt part, that part, they have satisfied.  The part
09:33   16   that has not been satisfied is whether or not either they or
09:33   17   their associates have done business in the United States from
09:33   18   July 17 to the time that the judgments were paid.
09:33   19              I don't know who the associates are, who the
09:33   20   affiliates are, and I don't know whether or not they have done
09:33   21   business.  The plaintiffs apparently don't know that.  So there
09:33   22   ought to be some discovery on that area, who the affiliates
09:33   23   are, whether or not they have done business in the
09:33   24   United States.
09:33   25              At the same time, we have a damage hearing set
```

for June 9.  Some discovery probably needs to be done at that time.  With regard to the June 9 part, any witness either party plans to call at the damage hearing must be made available for depositions.  All the depositions, from any witness that anybody plans to put on, must be taken no later than 14 days prior to the hearing.  That's May 26.  If they aren't made available for depositions, then they can't testify at the hearing.

Any document to be used at the hearing must be exchanged no later than 18 days before the hearing.  If that's not done, then clearly they are not going to be used.  The list of witnesses to be used and documents to be used at the hearing must be produced 21 days before the hearing or at least May 19.

Now, because it's going so fast, I suggest that you all don't wait till the last moment to give everybody the documents.  Get them on a rolling basis, which brings me to today's hearing.  Apparently it's been slowed down particularly from the standpoint of the contempt area.  I received yesterday and even today some motions from the plaintiffs indicating that they met and conferred and that the documents are not forthcoming.

Bernard, let me hear from you on that.

MR. TAYLOR:  Yes.  Thank you, Your Honor.  We appreciate the opportunity to discuss this matter because, you know, it's our view that we really do want to make sure the

discovery gets to the plaintiffs to deal with the issue of the contempt and the potential affiliates and whether or not they were doing business in the US between July 17, 2014, to the date when the judgment was paid, which we think was March 8 or 9.

In trying to do that, Your Honor, it's become a moving target.  We have received requests that have been really overly broad, requests like all communications and documents that relate to various categories of requests, requests of lab testing by the company which obviously has nothing to do with this particular issue, a date range of documents going back to 2001, requests for the entire hard drives of multiple witnesses.

We have received, in effect, four different sets of requests, and various of us have spoken with the PSC and tried to get an agreement that, well, let's limit this stuff to this July 17 to March 8 period of time, or March 8 or 9, at least whenever the check was paid.  If that's it, then we can work on focusing upon that and move forward.  And others from the defense side can address this issue, but the response we have received is that, "Well, yeah, that's what we want right now, but we want all the rest of it also," and that makes things kind of difficult.

We have produced a considerable amount of documents.  We have produced those documents for Taishan in

09:37   1   English.  We have spoken with the PSC.  In trying to avoid
09:37   2   duplication of documents and that kind of thing, we have
09:37   3   requested that we would provide them with summaries of the
09:37   4   documents in Chinese and then they could tell us which ones of
09:37   5   those documents they want to have us fully translate.  We are
09:37   6   still working through that process, to be frank, for those that
09:38   7   are hard-copy documents.
09:38   8           Then we get to the e-discovery that we have been
09:38   9   working on.  Your Honor, you may recall that there was a young
09:38   10  man by the name of Skip Westfall who was involved in helping
09:38   11  with the collection of the Knauf documents.  Actually,
09:38   12  Mr. Westfall came to the Court and explained the protocol for
09:38   13  obtaining those documents.  We knew that Mr. Westfall had been
09:38   14  involved in this activity early on.  He has moved to another
09:38   15  company, Grant Thornton, so we collectively hired Mr. Westfall
09:38   16  to help us with the e-discovery.
09:38   17          We are making a good bit of progress.  There
09:38   18  were some technical difficulties that we are dealing with.  As
09:38   19  a result of those technical difficulties, documents that were
09:38   20  sent over here were corrupted and there needed to be a
09:39   21  recomputerization of those documents and documents sent back to
09:39   22  us.  So the documents are coming to us now, and it's our goal
09:39   23  either this weekend -- let me back up.
09:39   24          The documents, we think, will get to us either
09:39   25  over the weekend or early next week.  Then we will be able to

1    review the documents, analyze the documents, and begin making a

2    rolling production of the e-discovery to the PSC.

3            **THE COURT:**  Let me hear from the PSC.

4            **MR. LEVIN:**  Your Honor, this is Arnold Levin.  Russ

5    will speak to the greater requests.

6            On Monday of last week, with regard to the

7    affiliates doing business, maybe I wouldn't characterize it as

8    feeling Bernie's pain, but I filed a statement regarding

9    outstanding expedited discovery requests; not to the exclusion

10   of everything that we have done before, which we think is

11   relevant, but just to focus in and hone in on the affiliates

12   that are doing business during the period of contempt.

13           So far the first document production that we got

14   that listed affiliates doing business were four companies that

15   BNBM did business with.  We got them about a week ago and we

16   filed our discovery request against them yesterday.

17           Everything that we have done with regard to this

18   we have done on our own.  Aside from BNBM, who gave us four

19   transactions, we have nothing from any defendant.  My four-page

20   request would have given us what we need to apprise the Court

21   of what we perceive to be the violations of the contempt order.

22           We seem to know more about what their affiliates

23   are doing than they know if they are not giving us what we

24   want.  Last Monday, I thought I spelled out very clearly in a

25   very abbreviated form with bullet points, maybe five or six or

seven bullet points, what we need for each affiliate.  This is
the type of information that we need on an expedited basis.

        With regard to the alter ego situation and any
of the other situations with regard to document production,
I'll let Russ handle that, sir.

        **THE COURT:**  All right.

        **MR. HERMAN:**  Your Honor, may it please the Court and
gentlemen, I have a substantial disagreement of understanding
of the Taishan position.

        We served a second set of discovery some time
ago and documents and narrowed it.  As Your Honor will recall,
Mr. Peng disappeared from Taishan.  We don't know where he is.
They haven't provided this information.  Mr. Jia, the chairman,
has a heart problem, which we understand, and they said they
would produce Mr. Gang -- I'll pronounce it Englishly,
Che Gang, G-A-N-G -- as their corporate 30(b)(6)
representative.

        We do not have a single document in English, not
one, or Chinese from Mr. Gang's custodian file.  We do not have
and they have not forwarded Mr. Peng's documents.  We don't
have a single document based upon the search they have made
since Alston & Bird entered this case and said that they were
getting documents.  We do not have Chairman Jia's documents,
not one.  They are principals in the entire issue as to notice,
damages, relationship to affiliates, etc.  There is no excuse

1    for the nonproduction of these documents.

2              We have received in Chinese only the following

3    documents from Taishan, 115 documents between 2010 and 2015:

4    annual reports, financial statements of wholly owned

5    subsidiaries, multiple loan agreements from various banks, loan

6    agreement lists, shareholder meeting resolutions, AIC

7    registration information, and a 2014 reproduced annual report.

8    Our Chinese lawyer/interpreter is the one that's been faced

9    with interpreting these documents because they were only sent

10   in Chinese.

11             The only documents we received in English came

12   as summary documents for us to look at and that was on

13   April 16.  I looked at them the night of April 16, the morning

14   of April 17, and immediately replied that we could not deal

15   with their summary documents, which essentially were financial

16   reports that did not disclose the information that we were

17   looking for.

18             Now, the critical information -- and I have done

19   this twice -- is, number one, where is Peng's file?  That's why

20   I requested a hard drive because evidently they have not been

21   able to download it or haven't.  I requested Mr. Jia's files.

22   They have not downloaded it; or if they have, we have not

23   received it.  I have requested Mr. Gang, their corporate

24   representative's files.  They have not produced it.  We don't

25   know if they have downloaded it.  That's why I requested hard

drives.  And because there were a host of other individuals which they did not identify but which we identified from documents, I requested that they send us the materials.  I limited the request.  We want to know from 2005 to date all of the transmissions, the BNBM and CNBM and back, to Taishan regarding drywall.  Now, we don't have those.  That's the critical information.  It not only shows affiliates, but it also shows the evidentiary attack that's going to be made on alter ego.

Now, BNBM Group -- and I thank them -- have produced from 2001 to 2015 so far more than 151 documents in both Chinese and in English and continue to produce on a regular basis.  BNBM has produced 274 documents and continue to produce from 2001 to 2015 in English and Chinese.

CNBM Group has produced absolutely nothing.  CNBM has produced 34 documents between July 17, 2014, to present.  Most of these are in Chinese.

Now, I don't understand how BNBM can produce all the documents they have been producing in Chinese and in English -- and we thank them -- but for Taishan, that's been in this case really now for more than six years and we are faced with what we are faced with, to just tell the Court they have been producing documents or somehow it's our fault that they are not producing documents to me is absurd.

I know, Your Honor, at least from an advocate's

point of view, when I'm being played.  Most respectfully, I generally get along pretty well with defense counsel.  It's not that they have been unprofessional or it's not that they have been discourteous, and I don't think it's them.  I think it's a contemptuous Taishan which is not cooperating with the lawyers they have chosen to represent them.  That's the only conclusion I can draw because I think Bernard and I know Bernard's group are professional.  I have no reason, absolutely none, to challenge their professionalism, but I will tell you Taishan ought to be held in contempt again.

I'm just tired of our group of more than 11 firms, outnumbered by thousands of other lawyers in China and the USA, working around the clock to meet deadlines and Taishan still hasn't produced.  To say, "Well, it's too broad," I just narrowed it.  I just narrowed it.  You produce from 2006 to 2015 your annual reports in English, your communications to and from the CNBM defendants, the BNBM defendants, and the information back that relates to Taishan Chinese drywall and the other relationships and we can move on.

That's not what we are getting.  We are not getting cooperation from Taishan.  I'm tired of being told, "Well, there are a bunch of Chinese interpreters in China that have to review everything."  Well, we have the same problem here.  We have been able to handle it.  I'm tired of being told that Mr. Peng isn't available, he left, they can't find him,

09:49   1   "We don't have his documents."  Mr. Jia, I really do empathize
09:49   2   with his health problems.  He is not involved, but his computer
09:49   3   and his hard drive and his documents are.  Mr. Gang, if you
09:49   4   have chosen him more than two weeks ago to be your 30(b)(6)
09:50   5   representative, where are his documents?
09:50   6           THE COURT:  All right.  Okay.
09:50   7           MR. HERMAN:  That's what I have to say.
09:50   8           THE COURT:  We have to tone down some of the
09:50   9   rhetoric.  I understand everybody is frustrated and it's the
09:50   10  beginning of Jazz Fest and that's tension enough in this
09:50   11  community, but let's focus on the issues.
09:50   12          With regard to the 30(b)(6) depositions, I
09:50   13  understand that dates haven't been picked yet.  What's the
09:50   14  situation there, Bernard?
09:50   15          MR. TAYLOR:  Your Honor, we have communicated to the
09:50   16  PSC that our Mr. Che will be available for deposition during
09:50   17  the week of May 18, and we are working on making sure that
09:50   18  happens.  He already has his passport, which he didn't have
09:50   19  before the last time we reported to the Court.
09:50   20          He is working on getting his visa.  We are
09:51   21  hoping that we will have that very quickly so that he can be
09:51   22  here and can be deposed during that week.  It's our
09:51   23  understanding -- and I will let others report, but I understand
09:51   24  that other witnesses from other of the defendants, they are
09:51   25  shooting to have their witnesses here between May 11 through, I

think, May 20.

        THE COURT:  Who else is coming?

        MR. TAYLOR:  I don't know if you wanted me to respond to counsel's comments about whether or not he narrowed his request.  We addressed that in our motion for protective order.  We may not want to go over that again.

        THE COURT:  Let's talk, first of all, about the names.  The dates, as I understand, for the contempt aspect of the case, the affiliates, and whether or not they have done business and things of that sort, will take place between May 11 and May 20.  Is that right?

        MR. VEJNOSKA:  Good morning, Your Honor.  This is Chris Vejnoska on behalf of CNBM.  That is the plan for our witnesses.  We are bringing nine witnesses to provide testimony in 10 depositions.

        THE COURT:  How about the documents, Chris, that they are going to be using?

        MR. VEJNOSKA:  Well, Your Honor, we are in the same situation that Mr. Taylor describes.  One short way of saying this is that we had tens of thousands of documents that were shipped on a hard drive to the United States last week, at the end of last week.  They proved to be corrupted.

        We have been told now that for the CNBM companies that a hard drive should arrive later today in the United States that contains 12,000 documents on behalf of

1    CNBM Group -- I'm talking documents, not pages -- 20,000 on

2    behalf of CNBM Company.  They will need to be uploaded and

3    tested to see if these are at this time not corrupted.

4                We have a team of bilingual lawyers who have

5    been standing by for well over a week now at our expense to

6    review these and to produce these.  I personally have been to

7    China five times since February.  Our teams have been there

8    constantly as well as my firm has offices in China.

9                We have interviewed dozens of people to find out

10   where documents are.  We have identified dozens if not scores

11   of custodians that we are collecting from and continue to

12   collect from.  We are trying to expedite this as quickly as

13   possible.  We do realize that this is going more slowly than

14   any of us wished.  The plaintiffs want the documents.  We

15   understand that.  You want us to give the documents to the

16   plaintiffs.  Frankly, we don't enjoy having to respond to the

17   questions about where the documents are.

18                I can only tell you that this is a complicated

19   process.  You need to find lots of people.  You need to find

20   corporate hard drives, their hard drives.  You need to look at

21   their personal e-mails.  Every one of those documents, before

22   we can even touch them, even send them out of China, needs to

23   be reviewed.  We have hired a specialist law firm in China to

24   review all of these documents, every single page, page by page,

25   for state secrets.  I'm gratified to tell Your Honor that very,

1   very few, as it's reported to us, have even triggered that.  I
2   mean, we are talking about literally a handful of documents so
3   far.
4           Now we are trying to get them here to the US,
5   and we will get them reviewed and produced as quickly as
6   possible.  We will continue to do that as we are gathering more
7   documents from other custodians, but at this point we are
8   somewhat at the mercy of computers and things called metadata,
9   which others understand far better than I will confess that I
10  do.  When we get these here and they are in electronic form and
11  then somebody says, "We cannot upload these.  These are not the
12  documents that we collected," the only thing worse, we think,
13  than having to take the grief of not producing something would
14  be having to explain later why it is that documents that were
15  produced now somehow differ from originals or don't contain the
16  information that they should.
17          So we are working as fast as we can, Your Honor,
18  and we are doing everything humanly possible with teams and
19  teams of people constantly in China and here waiting to review
20  documents.  I understand everyone's frustration, but we truly
21  are doing our best.
22          **THE COURT:**  How about CNBM?  What about CNBM?
23          **MR. FENTON:**  I think that was CNBM.
24          **THE COURT:**  What about BNBM?
25          **MR. FENTON:**  Your Honor, as Mr. Herman indicated, we

09:56   1   have already made some substantial production of documents,
09:56   2   well over 10,000 pages.
09:56   3           THE COURT:  Who is this?
09:56   4           MR. FENTON:  This is Rick Fenton.  I'm sorry.
09:56   5           THE COURT:  Go ahead.
09:56   6           MR. FENTON:  We are continuing with the production.
09:56   7   Our production of the paper files at this point is
09:56   8   substantially complete.  There may be a few more documents
09:57   9   trickling in, but for the most part we have accomplished that.
09:57   10          Unfortunately we are in sort of the same boat
09:57   11  with respect to the electronically stored information and did
09:57   12  run into the same glitch -- because we are using the same
09:57   13  vendor as Taishan and CNBM -- with respect to the corruption of
09:57   14  data.
09:57   15          I've been advised that that problem has been
09:57   16  addressed and we, like the other companies, have people
09:57   17  standing by, once these documents are pulled, to review them
09:57   18  and get them out the door as soon as possible, but it is a
09:57   19  lengthy process.  We are dealing with a substantial number of
09:57   20  e-mails and other electronically stored documents.
09:58   21          With respect to depositions, Judge, we have
09:58   22  identified three witnesses, one from BNBM, PLC, one from
09:58   23  BNBM Group, and they are very separate companies, Your Honor.
09:58   24  There is no overlapping with the BNBM Group and BNBM, PLC.  We
09:58   25  have also identified the chairman of BNBM, PLC we will be

1  bringing over.

2          They have all gotten their passports.  We

3  understand that they are set for exit visa interviews on

4  Monday, at which time we will have a better idea of the

5  timetable.  I had advised counsel for the PSC last week that I

6  thought we would have them available mid to late May, and that

7  still looks like a reasonable timetable, although it may be

8  more toward the latter than the former.

9          **THE COURT:**  The thing that I'm concerned about with

10  the documents is that the plaintiffs have to have documents

11  that they have requested in order to interrogate or question

12  the witnesses.  Without those documents the witnesses are going

13  to have to come back, and I'm trying to avoid that.  So that's

14  why it's important to get the documents in a usable form so

15  that each of you can examine and cross-examine, if necessary,

16  the witnesses.  It just makes sense to me.

17          This is a 30(b)(6) deposition, so you have got a

18  list of the areas that they want covered and the documents

19  relating to that list so that they can ask questions on it.

20  That's the whole purpose of it.

21          **MR. HERMAN:**  Your Honor, I have a record

22  clarification and a *mea~culpa*.  This is Russ Herman.

23          Mr. Fenton -- and I appreciate the cooperation

24  that BNBM has given us documentwise -- at pages 31 to 33 of the

25  transcript of the last status conference raised an issue about

1   some business cards of BNBM.  We have now provided under seal
2   and to defense counsel the Guardian deposition that was taken
3   in Florida at which those cards were produced during the
4   deposition of an exclusive agent, Guardian, of Taishan, in
5   which Taishan was questioned about the sulfur smell in 2006
6   before they shipped a lot of drywall to the US, and the two
7   BNBM representatives which they met with in China, that is,
8   that Guardian did.

9         I reread the deposition.  I do not believe at
10   this point that there was a connection between Taishan's
11   knowledge of 2006 of defective drywall and BNBM.  The
12   deposition does not show that, and I wanted to clarify the
13   record and make that statement.  Mr. Fenton's observation, as
14   to the cards themselves being related to the document, is
15   accurate, but for all of the defendants' edification, we have
16   produced the Guardian deposition and all of the exhibits
17   attached to it.  They went out attached to our steering
18   committee's motion for leave to file a surreply brief in
19   support of a motion to strike Hogan Lovells' designation of
20   documents.  I did want to correct that.

21         THE COURT:  Talk to me about Taishan.  What's the
22   document situation there, Bernard?  Where are we?

23         MR. TAYLOR:  Yes, Your Honor.  Mr. Herman stated his
24   respect for us, and we have a similar respect for him, so I'm
25   certain he would want to correct the record and explain to the

10:02  1   Court that Taishan has produced documents in English.

10:02  2           As the Court knows, in regards to Taishan, this

10:02  3   matter has gone on for a period of time, and there were a large

10:02  4   number of documents produced earlier by Hogan Lovells.  Many of

10:02  5   those documents were responsive to the categories of

10:02  6   information requested by the PSC in regards to the requests

10:03  7   that they served at that time.  Like BNBM, they went back to --

10:03  8   I think it went back to 2005 or whatever.  We have produced a

10:03  9   large number of those documents in English.  I'm certain

10:03  10  counsel, if he had thought about that, would have corrected it.

10:03  11  What we did, Your Honor, was identified the Bates numbers of

10:03  12  those documents because we understood counsel already had them.

10:03  13          In regards to the status of our documents,

10:03  14  Your Honor, we have additionally, as the Court knows, produced

10:03  15  the other documents that we are having translated into Chinese,

10:03  16  the ones that the PSC has identified they want us to have.  We

10:03  17  have imaged the hard drives of several of the individuals that

10:03  18  Mr. Herman identified, Chairman Jia, Mr. Che, and several

10:03  19  others.  I think it was about five of six individuals that they

10:04  20  have identified that we have imaged their hard drives.

10:04  21          That's the information that came over and was

10:04  22  corrupted and is being re-sent to us now.  We intend to,

10:04  23  obviously, as soon as we get that information, evaluate it and

10:04  24  produce it for relevancy as quickly as possible.

10:04  25          **THE COURT:**  How about the depositions, Bernard?  Who

10:04  1   are you producing?

10:04  2           MR. TAYLOR:  Oh, Mr. Che.  Mr. Che.  He will be here

10:04  3   and be ready to go.

10:04  4               I think one of my counsel is trying to give me a

10:04  5   little advice here.  Let me be sure I get that.

10:04  6           THE COURT:  Let's make sure the documents that they

10:04  7   have requested regarding Mr. Che's deposition are available

10:04  8   because that's the whole purpose of the 30(b)(6) deposition is

10:04  9   to get some information regarding certain documents and

10:04 10   information that he knows or the company knows.  So I don't

10:04 11   want to have him have to come back again.

10:05 12           MR. TAYLOR:  Exactly.

10:05 13           THE COURT:  Let's make sure they have all the

10:05 14   material.

10:05 15           MR. TAYLOR:  Yes, sir.  It's our understanding,

10:05 16   Your Honor, that the testimony the witness will be given will

10:05 17   be narrowed in scope to the testimony regarding our affiliates

10:05 18   and whether or not we were doing business in the US between

10:05 19   July 17, 2014, and the time when we paid the judgment.  That's

10:05 20   what we are preparing the witness on.

10:05 21           MR. HERMAN:  That is not my understanding of the

10:05 22   deposition.  That's a very, very narrow area.  My understanding

10:05 23   is that the alter ego situation that BNBM raised and the

10:05 24   sovereign immunity that CNBM raised, that those issues relate

10:05 25   to the defenses of the June 9 damage hearing and the inquiries

we have as to when they had notice of the litigation and what
communications there were among these entities.  None of that
material has ever been produced to us.  None of Chairman Jia or
Mr. Peng or Mr. Gang's e-mails and correspondence and documents
have ever been produced.

I think I'm quite sure that there have been, in
the areas of documents that I have listed, no documents
received by us in English.  The blanket statement that Taishan
in prior litigation produced some documents that we had
interpreted in English -- that we had interpreted in English --
is correct, but those are not the documents that we are seeking
now.

To limit as you have, Bernard, that's just not
my understanding.  I would like to know, and I think we should
know on the record, whether BNBM and its group are going to
persist in attempting to set aside the default and assert that
there is no alter ego and that CNBM and its group is relying on
the defense of sovereign immunity in connection with the June 9
hearing.

**THE COURT:**  I have got two tracks that I told you all
about.  The first track, Bernard, you are right, the only thing
I want this guy to be talking about is who the affiliates are,
whether the affiliates did business in the United States
between those particular dates.  That's what it is.

Now, at the same time, we have also a hearing

set in the damage aspect of the case.  My understanding of that hearing, at least at this time, is that that's what we will be dealing with, the damage aspect of the case.

Now, if other issues are raised during that particular time, then I'm going to have to reevaluate the discovery aspect of those matters.  Right now all I'm hearing is the damage aspect of the case.  If you want to find out what the plaintiffs' expert is going to say about the damage aspect of the case, take his deposition.  If you have an expert regarding the damage aspect of the case, they can take the deposition of your expert.  If you are going to raise issues that are outside the damage aspect of the case, that may open a whole new area of discovery for everybody.

I'm not dealing with that at this time.  If it is going to be an issue, then depositions have to be taken regarding what position you're taking and why you're taking it and that the plaintiffs have an opportunity to examine and cross-examine the witnesses who will support that particular position.  Just your saying it is not going to do anything. You are going to have to prove it.  In order to prove it, you have to show documents, you have to show witnesses or produce witnesses, and they have a right to examine the witnesses.

Presently, I'm not at that part.  What I'm at now is the trial of the damage aspect of the case.  Now, when that's packaged and it's issued, you can take another position

10:10    1    as to whether or not to appeal whatever -- I don't know how you
10:10    2    can appeal certification of the class because it's too late to
10:10    3    do that.  The deadline has passed.  You can appeal the damage
10:10    4    aspect of the case.  That, I guess, is appealable.  I'm not at
10:10    5    this stage where we are opening the whole proceeding up again.

10:10    6              I tried my best to get Taishan and BNBM and CNBM
10:10    7    involved in the case long before this.  It's been about five or
10:10    8    six years.  Almost every time I have done my best to keep them
10:11    9    advised of it.  When they walk away from me, I even after that
10:11   10    tried to keep them advised of it through their counsel.  They
10:11   11    fire their counsel; I don't let their counsel go.  I tell their
10:11   12    counsel, "Stay in the case because I want you to continue to
10:11   13    advise Taishan, BNBM, CNBM about the information."

10:11   14              So notwithstanding that, they let the dates go
10:11   15    for appeal, they let the dates go, and then at the last moment,
10:11   16    the last minute of the hearing, somebody shows up out of breath
10:11   17    saying they have just entered the case and need some additional
10:11   18    time.

10:11   19              I understand the problem, but somewhere along
10:11   20    the line Taishan and CNBM and BNBM have to understand that they
10:11   21    have created this problem.  I'm trying to deal with what we
10:12   22    have before us.  That's what I see before us.  I see the damage
10:12   23    aspect of the case proceeding on June 9.
10:12   24              **MR. MEUNIER:**  This is Jerry Meunier.  Just to follow
10:12   25    up, Judge, to be clear that the PSC likewise is presupposing

1   that June 9 is a Rule 55(b) damages hearing for the purpose of
2   entering a monetized judgment in favor of a certified plaintiff
3   class against all defendants which are in default.  We in good
4   faith are proceeding on the assumption that all parties agree
5   that's what June 9 is, it's a Rule 55(b) damages hearing and
6   that the issues are limited accordingly to what Rule 55(b)
7   contemplates, which is damages.
8           We do have a schedule, Judge, which we have been
9   in discussion with defendants' counsel about, and I think we
10  are in good shape.  We have to tweak it a little bit in light
11  of what you said earlier in this call about some dates by which
12  we have to accomplish things, but I think we will be fine and
13  we will get it all done, again under the good faith assumption
14  that all parties participating agree that this is a Rule 55(b)
15  damages hearing that we are getting ready for and conducting
16  discovery.
17          MR. LEVIN:  Your Honor, towards that end, with the
18  damage trial, this morning we filed a revised trial plan with
19  the Court so the defendants as well as the Court would know how
20  we intend to proceed, what damages we intend to prove on a
21  class basis, and what damages are individual on the tail later
22  on because they are still part of the MDL.
23          We are willing to speak with the defendants
24  about that, refine, revise if it makes sense, but so far we are
25  the only ones speaking.  We thought we would get that out.

| | |
|---|---|
| 10:14 | 1 |
| 10:14 | 2 |
| 10:14 | 3 |
| 10:14 | 4 |
| 10:14 | 5 |
| 10:14 | 6 |
| 10:14 | 7 |
| 10:14 | 8 |
| 10:14 | 9 |
| 10:14 | 10 |
| 10:15 | 11 |
| 10:15 | 12 |
| 10:15 | 13 |
| 10:15 | 14 |
| 10:15 | 15 |
| 10:15 | 16 |
| 10:15 | 17 |
| 10:15 | 18 |
| 10:15 | 19 |
| 10:15 | 20 |
| 10:15 | 21 |
| 10:15 | 22 |
| 10:15 | 23 |
| 10:15 | 24 |
| 10:15 | 25 |

1   That was filed early this morning.

2            **THE COURT:**  Yes, I just got it.  Take a look at it,

3   Bernard and Chris.  Give them some input on it.  It seems to me

4   that Phase 1 is damage.  The Phase 2, 3, 4, and 5 that they

5   have deal with a little bit more of what goes into the damage

6   and whether or not credit is to be given, things of that sort.

7            **MR. TAYLOR:**  Your Honor, thank you.  I'm sorry,

8   Your Honor.  This is Bernard.  We have a couple of thoughts

9   about that we would like to raise with the Court now, my

10  partner, Mike.

11           **MR. KENNY:**  Good morning, Your Honor.  Michael Kenny.

12  We just received the trial plan this morning.  Based on a

13  schedule that Jerry and I have been working on -- and we are

14  close to getting it finalized -- I agree with Jerry that we are

15  going to have to tweak it some more in light of Your Honor's

16  deadlines that you ordered about 30 minutes ago.  By May 8 we

17  will respond to the motion for class damages.  We will also

18  respond to the trial plan.  To the extent we have any other

19  papers, we will submit those then.

20           **THE COURT:**  All right.  Okay.  That sounds good.

21           I want to keep on top of this.  I would like to

22  meet again next Thursday at 9:00 Central Standard Time so you

23  can keep me up to date.  I don't know whether all of you want

24  to participate or not.  I'll leave it up to you.  I will invite

25  everybody who wants to participate.  This will be a follow-up.

1  I want to know what's been happening since the last call, which

2  is today.

3          **MR. FENTON:**  Your Honor, this is Rick Fenton for

4  BNBM.  I would like to just address one of the issues that the

5  Court raised.

6          We do intend -- and I have advised plaintiffs'

7  counsel -- probably within the next week to file on behalf of

8  both BNBM companies motions to dismiss for lack of personal

9  jurisdiction as well as a motion to vacate the default.  I

10 don't think those motions interfere with the two tracks that

11 Your Honor has identified, namely the contempt or the hearing

12 on the amount of damages pursuant to the Taishan judgment.

13         They obviously are going to raise issues about

14 whether the alter ego findings in the class order are

15 sustainable and whether there was jurisdiction over BNBM and

16 BNBM Group to begin with, and I think there are certain facts

17 that Your Honor may not be aware of that will come out in those

18 motions.  I did want the Court to be aware those were coming,

19 but again I don't think those interfere with the two tracks

20 that we are on right now.

21         **MR. MEUNIER:**  Judge, this is Jerry.  With all due

22 respect to Rick, I don't see how BNBM can be a participant in a

23 series of deadlines and activities predicated on June 9 being a

24 Rule 55(b) damages trial and at the same time take the position

25 that there can't be a Rule 55(b) damages trial as to BNBM

because they are entitled to set the default aside.  That's why
you hear Russ saying in some of this discovery do we or do we
not have to get into issues that would otherwise be precluded
if BNBM remained in default.  So I think there is a little bit
of at least a tension and confusion created in the schedule of
events if a participant in a Rule 55(b) damages trial schedule
is saying, "Well, we may not agree that you really can have a
Rule 55(b) damages trial."

          MR. FENTON:  Well, as I'm reading Rule 55,
Your Honor, and specifically Rule 55(c), it makes a provision
for the setting aside not only of an entry of default but an
entry of a default judgment.  So even if BNBM, based on the
Court's alter ego findings in the class certification order, is
the subject of a judgment at the damages hearing, the Court can
still make a determination as to whether those findings were
warranted or appropriate.  So I don't see that one is
necessarily interfering with the other, but maybe I'm missing
something.

          MR. HERMAN:  I don't understand --

          MR. MEUNIER:  We don't read Rule 55 that way.
Rule 55(a), the entry of the default establishes certain
matters which are taken to be established for purposes of a
trial.  If BNBM takes the position those matters are not
established, when do we unpack those matters?  Do we do a
damages trial and say it's binding on BNBM even though later

| | |
|---|---|
| 10:19 | 1 |
| 10:19 | 2 |
| 10:19 | 3 |
| 10:19 | 4 |
| 10:19 | 5 |
| 10:19 | 6 |
| 10:19 | 7 |
| 10:19 | 8 |
| 10:20 | 9 |
| 10:20 | 10 |
| 10:20 | 11 |
| 10:20 | 12 |
| 10:20 | 13 |
| 10:20 | 14 |
| 10:20 | 15 |
| 10:20 | 16 |
| 10:20 | 17 |
| 10:20 | 18 |
| 10:20 | 19 |
| 10:21 | 20 |
| 10:21 | 21 |
| 10:21 | 22 |
| 10:21 | 23 |
| 10:21 | 24 |
| 10:21 | 25 |

1  they may seek to set aside the very thing that was a predicate

2  for the damages trial?

3         MR. HERMAN:  Your Honor, this is Russ.  I want to

4  apologize for my rhetoric, but when I was told after the

5  April 17 conference that BNBM was determined to set aside the

6  default and ego, it changed the context of the discovery that I

7  needed against Taishan to show that BNBM and CNBM have slept on

8  their rights, and the only way to do that is by making a case

9  of notice.  The only way I know to make a case of notice is

10 through their correspondence and e-mails back and forth

11 regarding this lawsuit and their failures to appear even though

12 they were paying attorneys to monitor it.

13         Now, with all due respect to Mr. Fenton -- and I

14 may be completely wrong in this situation and I say that in

15 advance.  I'm often in error, but I'm not in doubt.  I just

16 don't understand how I can deal with alter ego issues and

17 setting aside default unless I get discovery.  That really is

18 the position I have taken with regard to the Taishan --

19         THE COURT:  I understand the issue.  File what you

20 need to file, Rick.  I will rule on it.  The trial at this

21 point is focused on the damage aspect of the case.  If after my

22 judgment is rendered there is an issue of whether or not you're

23 bound by it, I guess that may or may not be an issue at that

24 point.  I have to think about, if you are taking the position

25 that you shouldn't be in this case, whether you should

1    participate in this case or not.  You're at the point where you

2    say, "I want to play.  But if it comes out wrong, then I want

3    to object to my playing."

4          In any event, I don't have a motion before me,

5    so I don't want to speculate or anything.  Just file what you

6    need to file.  I will talk with you all about it probably next

7    week on Thursday.

8        MR. LEVIN:  Your Honor, this is Levin again.  If any

9    of the defendants have information on the affiliates and they

10    send the documents to us, we could then look at those documents

11    and maybe cancel some of the depositions that we have scheduled

12    against third parties.  Right now the only documents we are

13    getting is by scheduling depositions against third parties and

14    traveling around the country and getting those documents.

15    These defendants have all those documents.  They can save

16    themselves the trip of flying to Seattle, flying to Buffalo, if

17    they just produce the documents on an expedited basis.

18        THE COURT:  Who do you need documents from, which

19    defendants?

20        MR. LEVIN:  All of them with regard to the contempt,

21    the type of information that we have been obtaining through

22    third-party discovery.  I would be willing to speak with any of

23    them.  Russ and I will speak with any of them with regard to

24    any of these issues to help them along.

25        THE COURT:  Look, let's leave it in this way.  As I

| | |
|---|---|
| 10:23 | 1 understand, Bernard, you and Mike and Rick are getting together |
| 10:23 | 2 the documents on a rolling basis.  You expect to get them |
| 10:23 | 3 tomorrow or the next day or something of that sort.  I don't |
| 10:23 | 4 have any problem with you all meeting in the event that |
| 10:23 | 5 short-circuits it, fine, but by next week I expect all of the |
| 10:23 | 6 documents to have been given so that we can focus on the |
| 10:23 | 7 depositions at that point. |
| 10:23 | 8       MR. TAYLOR:  Your Honor, this is Bernard, and I |
| 10:23 | 9 understand the Court's statement there and, in effect, ruling. |
| 10:23 | 10 We will continue to monitor the situation, but we want to be |
| 10:23 | 11 sure that we are being straightforward with the Court and |
| 10:23 | 12 making sure that we are being fully transparent in regards to |
| 10:23 | 13 what's happening here. |
| 10:24 | 14       We are waiting to hear from Grant Thornton what |
| 10:24 | 15 documents they are able to produce from the hard drives that |
| 10:24 | 16 are imaged, including Chairman Jia, Mr. Che, and others -- and |
| 10:24 | 17 this is for Taishan, Your Honor -- and making sure that the |
| 10:24 | 18 corruption problem doesn't happen again.  Then once we get |
| 10:24 | 19 those documents, we will be able to determine the timeline on |
| 10:24 | 20 how long it will take to review them, analyze them, and produce |
| 10:24 | 21 them. |
| 10:24 | 22       So if I can make a suggestion to the Court, we |
| 10:24 | 23 should hear something from Grant Thornton by no later than |
| 10:24 | 24 Monday.  Based upon what they tell us, we would like to |
| 10:24 | 25 communicate back to the Court where we are so that the Court |

10:24   1   can take that into consideration in regards to our preparation.

10:24   2        THE COURT:  That's fine.  Write me, with a copy to

10:24   3   the defendants, to all of the plaintiffs, telling me what the

10:24   4   situation is.  Meanwhile, I will talk to you all again on

10:25   5   Thursday at 9:00.

10:25   6        (Proceedings adjourned.)

10:25   7                          *  *  *

10:25   8

        9                      <u>CERTIFICATE</u>

       10        I, Toni Doyle Tusa, CCR, FCRR, Official Court

       11   Reporter for the United States District Court, Eastern District

       12   of Louisiana, certify that the foregoing is a true and correct

       13   transcript, to the best of my ability and understanding, from

       14   the record of proceedings in the above-entitled matter.

       15

       16

       17                          <u>s/ Toni Doyle Tusa</u>
                                   Toni Doyle Tusa, CCR, FCRR
       18                          Official Court Reporter

       19

       20

       21

       22

       23

       24

       25

**0**

7778 [1] 3/2
7800 [1] 2/19

**1**

10 [1] 15/15
10,000 [1] 18/2
11 [3] 13/11 14/25 15/11
1100 [1] 1/23
115 [1] 11/3
12,000 [1] 15/25
1201 [1] 2/8
14 [1] 6/5
151 [1] 12/11
16 [2] 11/13 11/13
17 [8] 5/9 5/18 7/3 7/17 11/14 12/16 22/19 30/5
18 [2] 6/10 14/17
19 [1] 6/13
1900 [1] 2/21
19106 [1] 1/20

**2**

20 [2] 15/1 15/11
20,000 [1] 16/1
2000 [2] 2/21 2/24
2001 [3] 7/12 12/11 12/14
2005 [2] 12/4 21/8
2006 [3] 13/15 20/5 20/11
201 [2] 2/4 2/15
2010 [1] 11/3
2014 [5] 5/9 7/13 11/7 12/16 22/19
2015 [6] 1/7 4/2 11/3 12/11 12/14 13/16
2047 [1] 1/4
21 days [1] 6/13
233 [1] 2/18
24 [2] 1/7 4/2
25 percent [1] 5/11
26 [1] 6/6
274 [1] 12/13
275 [1] 3/1
2800 [1] 1/23

**3**

30 [5] 10/16 14/4 14/12 19/17 22/8
30 minutes [1] 27/16
30309 [1] 2/8
31 [1] 19/24
33 [1] 19/24
34 [1] 12/9
3600 [1] 2/4
365 [1] 2/24

**4**

405 [1] 2/12
40th [1] 2/15

**5**

500 [2] 1/20 3/1
504 [1] 3/2
510 [1] 1/20
55 [12] 26/1 26/5 26/6 26/14 28/24 28/25 29/6 29/8 29/9 29/10 29/20 29/21
589-7778 [1] 3/2

**6**

60606 [1] 2/19

**7**

70113 [1] 1/16
70130 [2] 2/25 3/2
70163 [1] 1/24
70170 [2] 2/4 2/16
75201 [1] 1/22

**8**

820 [1] 1/16

**9**

94105 [1] 2/12
9:00 [1] 33/5
9:00 Central [1] 27/22

**A**

abbreviated [1] 9/25
ability [1] 33/13
able [5] 8/25 11/21 13/24 32/15 32/19
about [31] 4/10 9/15 9/22 15/4 15/7 15/16 16/17 17/2 17/22 17/22 17/24 19/9 19/25 20/5 20/21 21/10 21/19 21/25 23/21 23/22 24/8 25/7 25/13 26/9 26/11 26/24 27/9 27/16 28/13 30/24 31/6
above [1] 33/14
above-entitled [1] 33/14
absolutely [2] 12/15 13/8
absurd [1] 12/24
accomplish [1] 26/12
accomplished [1] 18/9
accordingly [1] 26/6
accurate [1] 20/15
activities [1] 28/23
activity [1] 8/14
Actually [1] 8/11
additional [1] 25/17
additionally [1] 21/14
address [1] 6/20 28/4
addressed [2] 15/5 18/16
adjourned [1] 33/6
advance [1] 30/15
advice [1] 22/5
advise [1] 25/13
advised [5] 18/15 19/5 25/9 25/10 28/6
advocate's [1] 12/25
affiliate [1] 10/1
affiliates [16] 5/9 5/11 5/20 5/22 7/2 9/7 9/11 9/14 9/22 10/25 12/7 15/9 22/17 23/22 23/23 31/9
after [3] 25/9 30/4 30/21
again [4] 13/10 15/6 22/11 25/5 26/13 27/22 28/19 31/8 32/18 33/4
against [5] 9/16 26/3 30/7 31/12 31/13
agent [1] 20/4
ago [4] 9/15 10/11 14/4 27/16
agree [4] 26/4 26/14 27/14 29/7
agreement [2] 7/16 11/6
agreements [1] 11/5
ahead [1] 18/5
AIC [1] 11/6
aided [1] 3/5
all [32] 1/7 6/4 6/15 7/8 7/22 10/6 12/4 12/18 14/6 15/7 16/24 19/2 20/15 20/16 22/13 23/20 24/6 26/3 26/4 26/13 26/14 27/20 27/23 28/21 30/13 31/6 31/15 31/20 32/4 32/5 33/3 33/4
Almost [1] 25/8
along [3] 13/2 25/19 31/24
already [3] 14/18 18/1 21/12
also [5] 7/22 12/8 18/25 23/25 27/17
Alston [2] 2/6 10/22
alter [7] 10/3 12/9 22/23 23/17 28/14 29/13 30/16
although [1] 19/7
among [2] 5/10 23/2
amount [2] 7/24 28/12
analyze [2] 9/1 32/20
and [207]
annual [3] 11/4 11/7 13/16
another [2] 8/14 24/25
any [13] 6/2 6/4 6/9 9/19 10/3 16/14 27/18 31/4 31/8 31/22 31/23 31/24 32/4
anybody [2] 4/25 6/5
Anyone [1] 4/10
anything [2] 24/19 31/5
apologize [1] 30/4
apparently [2] 5/21 6/17
appeal [4] 25/1 25/2 25/3 25/15
appealable [1] 25/4
appear [1] 30/11
Appearances [2] 1/12 2/1
appreciate [2] 6/24 19/23
apprise [1] 9/20
appropriate [1] 29/16
April [6] 1/7 4/2 11/13 11/13 11/14 30/5
April 16 [2] 11/13 11/13
April 17 [2] 11/14 30/5
Arata [1] 2/14
are [95]
area [4] 5/22 6/18 22/22 24/13
areas [2] 19/18 23/7
aren't [1] 6/6
ARNOLD [3] 1/18 4/5 9/4
around [2] 13/13 31/14
arrive [1] 15/24
as [42]
aside [5] 9/18 23/16 29/1 29/11 30/1 30/5 30/17
ask [1] 19/19
aspect [12] 15/8 24/1 24/3 24/6 24/7 24/8 24/10 24/12 24/24 25/4 25/23 30/21
assert [1] 23/16
associates [2] 5/17 5/19
assumption [2] 26/4 26/13
at [44]
Atlanta [1] 2/8
attached [2] 20/17 20/17
attack [1] 12/8
attempting [1] 23/16
attorney's [1] 5/14
attorneys [1] 30/12
available [6] 6/3 6/7 13/25 14/16 19/6 22/7
Avenue [4] 1/16 2/4 2/15 2/21
avoid [2] 8/1 19/13
aware [2] 28/17 28/18
away [1] 25/9

**B**

B-275 [1] 3/1
back [11] 7/11 8/21 8/23 12/5 13/18 19/13 21/7 21/8 22/11 30/10 32/25
Baker [1] 2/2
banks [1] 11/5
based [4] 10/21 27/12 29/12 32/24
basis [6] 6/16 10/2 12/13 26/21 31/17 32/2
Bates [1] 21/11
be [53]
Bearman [1] 2/2
because [13] 6/14 6/24 11/9 11/20 12/1 13/7 18/12 21/12 22/8 25/2 25/12 26/22 29/1
become [1] 7/6
been [29] 5/16 6/17 7/7 8/8 8/13 11/8 11/20 12/19 12/20 12/23 13/3 13/4 13/24 14/13 15/23 16/5 16/6 16/7 18/15 18/15 23/3 23/5 23/6 25/7 26/8 27/13

**B**

been... [3] 28/1 31/21 32/6
before [11] 1/9 6/10 6/13 9/10 14/19 16/21 20/6 25/7 25/22 25/22 31/4
begin [2] 9/1 28/16
beginning [1] 14/10
behalf [4] 15/13 15/25 16/2 28/7
being [8] 13/1 13/21 13/24 20/14 21/22 28/23 32/11 32/12
believe [1] 20/9
Benjamin [1] 1/22
Berkowitz [1] 2/3
Berman [1] 1/18
BERNARD [13] 2/6 4/15 6/22 13/7 14/14 20/22 21/25 23/13 23/21 27/3 27/8 32/1 32/8
Bernard's [1] 13/7
Bernie's [1] 9/8
best [4] 17/21 25/6 25/8 33/13
better [2] 17/9 19/4
between [8] 7/3 11/3 12/16 14/25 15/10 20/10 22/18 23/24
bilingual [1] 16/4
binding [1] 29/25
Bird [2] 2/6 10/22
bit [4] 8/17 26/10 27/5 29/4
blanket [1] 23/8
BNBM [39]
BNBM Group [3] 18/23 18/24 28/16
boat [1] 18/10
both [2] 12/12 28/8
bound [1] 30/23
breath [1] 25/16
brief [1] 20/18
bringing [2] 15/14 19/1
brings [1] 6/16
broad [2] 7/8 13/14
Buffalo [1] 31/16
bullet [2] 9/25 10/1
bunch [1] 13/22
business [12] 5/17 5/21 5/23 7/3 9/7 9/12 9/14 9/15 15/10 20/1 22/18 23/23
but [28] 7/20 7/22 9/8 9/11 12/2 12/7 12/20 13/9 14/2 14/11 14/23 17/7 17/20 18/9 18/18 20/15 23/11 25/19 26/12 26/24 28/19 29/11 29/17 30/4 30/15 31/2 32/5 32/10

**C**

Caldwell [1] 2/3
California [1] 2/12
call [4] 5/2 6/3 26/11 28/1
called [1] 17/8
came [3] 8/12 11/11 21/21
can [25] 7/18 7/20 12/18 13/7 13/19 14/21 14/22 16/18 16/22 17/17 17/15 19/19 24/10 24/25 25/2 25/3 27/23 28/22 29/7 29/14 30/16 31/15 32/6 32/22 33/1
can't [3] 6/7 13/25 28/25
Canal [1] 2/24
cancel [1] 31/11
cannot [1] 7/12
cards [3] 20/1 20/3 20/14
case [20] 10/22 12/21 15/9 24/1 24/3 24/7 24/9 24/10 24/12 24/24 25/4 25/7 25/12 25/17 25/23 30/8 30/9 30/21 30/25 31/1
Cases [1] 1/7
categories [2] 7/9 21/5
CCR [3] 3/1 33/10 33/17
Central [1] 27/22

certain [5] 20/25 21/9 22/9 28/16 29/21
certification [2] 25/2 29/13
certified [1] 26/2
certify [1] 33/12
chairman [6] 10/13 10/23 18/25 21/18 23/3 32/16
challenge [1] 13/9
changed [1] 30/6
characterize [1] 9/7
Charles [2] 2/4 2/15
Che [6] 10/16 14/16 21/18 22/2 22/2 32/16
Che Gang [1] 10/16
Che's [1] 22/7
check [1] 7/18
Chicago [1] 2/19
China [8] 13/12 13/22 16/7 16/8 16/22 16/23 17/19 20/7
CHINESE [13] 1/4 8/4 10/19 11/2 11/8 11/10 12/12 12/14 12/17 12/19 13/18 13/22 21/15
CHINESE-MANUFACTURED [1] 1/4
chosen [2] 13/6 14/4
Chris [4] 4/18 15/13 15/16 27/3
Chris Vejnoska [1] 4/18
CHRISTINA [1] 2/7
CHRISTOPHER [1] 2/10
Christy [1] 4/15
circuits [1] 32/5
clarification [1] 19/22
clarify [1] 20/12
class [6] 25/2 26/3 26/21 27/17 28/14 29/13
clear [1] 25/25
clearly [2] 6/11 9/24
clock [1] 13/13
close [1] 27/14
CNBM [21] 2/10 2/14 4/16 12/5 12/15 12/16 13/17 15/13 15/23 16/1 16/2 17/22 17/22 17/23 18/13 22/24 23/17 25/6 25/13 25/20 30/7
CNBM Group [1] 16/1
collect [1] 16/12
collected [1] 17/12
collecting [1] 16/11
collection [1] 8/11
collectively [1] 8/15
come [3] 19/13 22/11 28/17
comes [1] 31/2
coming [3] 8/22 15/2 28/18
comments [1] 15/4
committee's [1] 20/18
communicate [1] 32/25
communicated [1] 14/11
communications [3] 7/8 13/16 23/2
community [1] 14/11
companies [5] 9/14 15/24 18/16 18/23 28/8
company [4] 7/10 8/15 16/2 22/10
complete [1] 18/8
completely [1] 30/14
complicated [1] 16/18
computer [2] 3/5 14/2
computer-aided [1] 3/5
computers [1] 17/8
concerned [1] 19/9
conclusion [1] 13/6
conducting [1] 26/15
conference [3] 1/9 19/25 30/5
conferred [1] 6/20
confess [1] 17/9
confusion [1] 29/5

connection [2] 20/10 23/18
consideration [1] 33/1
constantly [2] 16/8 17/19
contain [1] 17/15
contains [1] 15/25
contemplates [1] 26/7
contempt [14] 5/6 5/8 5/9 5/10 5/12 5/15 6/18 7/2 9/12 9/21 13/10 15/8 28/11 31/20
contemptuous [1] 13/5
context [1] 30/6
continue [6] 12/12 12/13 16/11 17/6 25/12 32/10
continuing [1] 18/6
cooperating [1] 13/5
cooperation [2] 13/21 19/23
copy [2] 8/7 33/2
corporate [1] 11/16 11/23 16/20
correct [4] 20/20 20/25 23/11 33/12
corrected [1] 21/10
correspondence [2] 23/4 30/10
corrupted [4] 8/20 15/22 16/3 21/22
corruption [2] 18/13 32/18
costs [1] 5/14
could [3] 8/4 11/14 31/10
counsel [12] 13/2 19/5 20/2 21/10 21/12 22/4 25/15 25/11 25/12 26/9 28/7
counsel's [1] 15/4
country [1] 31/14
couple [1] 27/8
court [24] 1/1 3/1 5/14 8/12 9/20 10/7 12/22 14/19 21/1 21/2 21/14 26/19 26/19 27/9 28/5 28/18 29/14 32/1 32/22 32/25 32/25 33/10 33/11 33/18
Court's [2] 29/13 32/9
covered [1] 19/18
created [2] 25/21 29/5
credit [1] 27/6
critical [2] 11/18 12/7
cross [2] 19/15 24/18
cross-examine [2] 19/15 24/18
culpa [1] 19/22
CURRAULT [2] 2/15 4/19
custodian [1] 10/19
custodians [2] 16/11 17/7

**D**

Dallas [1] 2/22
damage [17] 5/7 5/25 6/3 22/25 24/1 24/3 24/7 24/8 24/10 24/12 24/24 25/3 25/22 26/18 27/4 27/5 30/21
damages [16] 10/25 26/1 26/5 26/7 26/15 26/20 26/21 27/17 28/12 28/24 28/25 29/6 29/8 29/14 29/25 30/2
data [1] 18/14
date [4] 7/4 7/11 12/4 27/23
dates [6] 14/13 15/8 23/24 25/14 25/15 26/11
David [1] 1/22
DAVIDSON [2] 2/11 4/18
DAVIS [1] 1/15
day [1] 32/3
days [3] 6/5 6/10 6/13
deadline [1] 25/3
deadlines [3] 13/13 27/16 28/23
deal [5] 7/1 11/14 25/21 27/5 30/16
dealing [4] 8/18 18/19 24/3 24/14
default [10] 23/16 26/3 28/9 29/1 29/4 29/11 29/12 29/21 30/6 30/17
defective [1] 20/11
defendant [1] 9/19
defendants [10] 13/17 13/17 14/24 26/3

**D**

defendants... [6]  26/19 26/23 31/9 31/15 31/19 33/3
defendants' [2]  20/15 26/9
defense [4]  7/20 13/2 20/2 23/18
defenses [1]  22/25
Dentons [2]  2/17 2/20
deposed [1]  14/22
deposition [12]  14/16 19/17 20/2 20/4 20/9 20/12 20/16 22/7 22/8 22/22 24/9 24/11
depositions [11]  6/4 6/4 6/7 14/12 15/15 18/21 21/25 24/15 31/11 31/13 32/7
describes [1]  15/19
designation [1]  20/19
determination [1]  29/15
determine [1]  32/19
determined [1]  30/5
did [9]  9/15 11/16 16/2 18/11 20/8 20/20 21/11 23/23 28/18
didn't [1]  14/18
differ [1]  17/15
different [1]  7/14
difficult [1]  7/23
difficulties [2]  8/18 8/19
disagreement [1]  10/8
disappeared [1]  10/12
disclose [1]  11/16
discourteous [1]  13/4
discovery [17]  5/3 5/22 6/1 7/1 8/8 8/16 9/2 9/9 9/16 10/10 24/6 24/13 26/16 29/2 30/6 30/17 31/22
discuss [1]  6/24
discussion [1]  26/9
dismiss [1]  28/8
DISTRICT [5]  1/1 1/2 1/10 33/11 33/11
do [22]  6/25 7/6 7/10 10/18 10/19 10/23 14/1 16/13 17/6 17/10 20/9 24/19 25/3 26/8 28/6 29/2 29/2 29/24 29/24 29/24 30/8 31/18
Docket [1]  1/4
document [7]  6/9 9/13 10/4 10/18 10/21 20/14 20/22
documents [92]
documentwise [1]  19/24
does [1]  20/12
doesn't [1]  32/18
doing [8]  7/3 9/7 9/12 9/14 9/23 17/18 17/21 22/18
don't [28]  5/19 5/20 5/21 6/15 10/12 10/20 11/24 12/6 12/18 13/4 14/1 15/3 16/16 17/15 22/10 25/1 25/11 27/23 28/10 28/19 28/22 29/16 29/19 29/20 30/16 31/4 31/5 32/3
done [12]  5/17 5/20 5/23 6/1 6/11 9/10 9/17 9/18 11/18 15/9 25/8 26/13
Donelson [1]  2/2
DONNA [2]  2/15 4/19
door [1]  18/18
doubt [1]  30/15
down [2]  6/17 14/8
download [1]  11/21
downloaded [2]  11/22 11/25
Doyle [4]  3/1 33/10 33/17 33/17
dozens [2]  16/9 16/10
draw [1]  13/7
drive [5]  2/18 11/20 14/3 15/21 15/24
drives [7]  7/12 12/1 16/20 16/20 21/17 21/20 32/15
drywall [5]  1/4 12/6 13/18 20/6 20/11
due [2]  28/21 30/13
DUGGAN [2]  1/19 4/7
Dunbar [1]  2/23
duplan [1]  2/14
duplication [1]  8/2
during [6]  5/12 9/12 14/16 14/22 20/3 24/4

**E**

e-discovery [3]  8/8 8/16 9/2
e-mails [4]  16/21 18/20 23/4 30/10
each [2]  10/1 19/15
Eagan [1]  2/14
earlier [2]  21/4 26/11
early [3]  8/14 8/25 27/1
earnings [1]  5/11
EASTERN [2]  1/2 33/11
edification [1]  20/15
effect [2]  7/14 32/9
ego [8]  10/3 12/9 22/23 23/17 28/14 29/13 30/6 30/16
EIKHOFF [2]  2/7 4/15
either [4]  5/16 6/2 8/23 8/24
ELDON [1]  1/10
electronic [1]  17/10
electronically [2]  18/11 18/20
else [1]  15/2
empathize [1]  14/1
end [2]  15/22 26/17
English [8]  1/10 18/11 11/11 12/12 12/14 12/20 13/16 21/1 21/9 23/8 23/10 23/10
Englishly [1]  10/15
enjoy [1]  16/16
enough [1]  14/10
entered [2]  10/22 25/17
entering [1]  26/2
entire [2]  7/12 10/24
entities [1]  23/2
entitled [2]  29/1 33/14
entry [3]  29/11 29/12 29/21
ERIC [2]  2/11 4/18
error [1]  30/15
ESQ [18]  1/14 1/15 1/15 1/18 1/19 1/19 1/23 2/3 2/6 2/7 2/7 2/10 2/11 2/11 2/15 2/18 2/21 2/24
essentially [1]  11/15
established [2]  29/22 29/24
establishes [1]  29/21
etc [1]  10/25
evaluate [1]  21/23
even [8]  6/19 16/22 16/22 17/1 25/9 29/12 29/25 30/11
event [2]  31/4 32/4
events [1]  29/6
ever [2]  23/3 23/5
every [3]  16/21 16/24 25/8
everybody [5]  5/1 6/15 14/9 24/13 27/25
everyone's [1]  17/20
everything [4]  9/10 9/17 13/23 17/18
evidentiary [1]  12/8
evidently [1]  11/20
Exactly [1]  22/12
examine [5]  19/15 19/15 24/17 24/18 24/22
exchanged [1]  6/10
exclusion [1]  9/9
exclusive [1]  20/4
excuse [1]  10/25
exhibits [1]  20/16
exit [1]  19/3
expect [2]  32/2 32/5
expedite [1]  16/12
expedited [3]  9/9 10/2 31/17
expense [1]  16/5
expert [3]  24/8 24/9 24/11
explain [2]  27/5 28/25
explained [1]  8/12
extent [1]  27/18

**F**

faced [3]  11/8 12/21 12/22
facts [1]  28/16
failures [1]  30/11
faith [2]  26/4 26/13
FALLON [3]  1/10 4/3 4/11
far [5]  9/13 12/11 17/3 17/9 26/24
fast [2]  6/14 17/17
fault [1]  12/23
favor [1]  26/2
FCRR [3]  3/1 33/10 33/17
February [1]  16/7
feeling [1]  9/8
fees [1]  5/14
FENTON [6]  2/18 4/21 18/4 19/23 28/3 30/13
Fenton's [1]  20/13
Fest [1]  14/10
few [2]  17/1 18/8
file [8]  10/19 11/19 20/18 28/7 30/19 30/20 31/5 31/6
filed [4]  9/8 9/16 26/18 27/1
files [3]  11/21 11/24 18/7
finalized [1]  27/14
financial [1]  11/4 11/15
find [6]  5/3 13/25 16/9 16/19 16/19 24/7
findings [3]  28/14 29/13 29/15
fine [3]  26/12 32/5 33/2
fire [1]  25/11
firm [2]  16/8 16/23
firms [1]  13/12
first [3]  9/13 15/7 23/21
Fishbein [1]  1/18
five [2]  9/25 16/7 21/19 25/7
Floor [1]  2/15
Florida [1]  20/3
flying [2]  31/16 31/16
focus [3]  9/11 14/11 32/6
focused [1]  30/21
focusing [1]  7/19
Folks [1]  5/2
follow [2]  25/24 27/25
follow-up [1]  27/25
following [1]  11/2
foregoing [1]  33/12
forfeit [1]  5/11
form [3]  9/25 17/10 19/14
former [1]  19/8
forth [1]  30/10
forthcoming [1]  6/21
forward [1]  7/19
forwarded [1]  10/20
four [4]  7/14 9/14 9/18 9/19
four-page [1]  9/19
Francisco [1]  2/12
frank [1]  8/6
Frankly [1]  16/16
FRED [2]  1/19 4/8
frustrated [1]  14/9
frustration [1]  17/20
fully [2]  8/5 32/12

**G**

G-A-N-G [1]  10/16
Gainsburgh [1]  1/22
Gang [4]  10/15 10/16 11/23 14/3
Gang's [2]  10/19 23/4
gathering [1]  17/6

**G**

gave [1]  9/18
generally [1]  13/2
gentlemen [1]  10/8
Georgia [1]  2/8
GERALD [1]  1/23
get [20]  6/16 7/16 8/8 8/24 13/2 17/4
17/5 17/10 18/18 19/14 21/23 22/5 22/9
25/6 26/13 26/25 29/3 30/17 32/2 32/18
gets [1]  7/1
getting [9]  10/23 13/20 13/21 14/20
26/15 27/14 31/13 31/14 32/1
give [4]  6/15 16/15 22/4 27/3
given [5]  9/20 19/24 22/16 27/6 32/6
giving [1]  9/23
glitch [1]  18/12
go [7]  5/5 15/6 18/5 22/3 25/11 25/14
25/15
goal [1]  8/22
goes [1]  27/5
going [16]  6/11 6/14 7/11 12/8 15/17
16/13 19/12 23/15 24/5 24/8 24/11
24/15 24/19 24/20 27/15 28/13
gone [1]  21/3
good [14]  4/5 4/11 4/14 4/17 4/21 4/24
4/25 8/17 15/12 26/3 26/10 26/13 27/11
27/20
Gordon [1]  2/14
got [5]  9/13 9/15 19/17 23/20 27/2
gotten [1]  19/2
Grant [3]  8/15 32/14 32/23
Grant Thornton [3]  8/15 32/14 32/23
gratified [1]  16/25
greater [1]  9/5
grief [1]  17/13
group [10]  12/10 12/15 13/7 13/11 16/1
18/23 18/24 23/15 23/17 28/16
Guardian [4]  20/2 20/4 20/8 20/16
guess [2]  25/4 30/23
guy [1]  23/22

**H**

had [8]  8/13 15/20 19/5 21/10 21/12
23/1 23/9 23/10
HAIRSTON [2]  2/11 4/18
handful [1]  17/2
handle [2]  10/5 13/24
happen [1]  32/18
happening [3]  5/3 28/1 32/13
happens [1]  14/18
hard [12]  7/12 8/7 11/20 11/25 14/3
15/21 15/24 16/20 16/20 21/17 21/20
32/15
hard-copy [1]  8/7
HARRY [2]  2/24 4/22
has [18]  5/13 5/16 7/10 8/14 10/14
12/13 12/15 12/16 14/18 16/8 18/15
19/24 21/11 21/16 23/3 25/3 28/11
hasn't [1]  13/14
have [138]
haven't [3]  10/13 11/21 14/13
having [4]  16/16 17/13 17/14 21/15
he [13]  8/14 10/12 13/25 14/18
14/18 14/20 14/21 15/4 20/25 21/10
22/2 22/10
health [1]  14/2
hear [5]  6/22 9/3 29/2 32/14 32/23
hearing [21]  5/4 5/25 6/3 6/6 6/8 6/9
6/10 6/12 6/13 6/17 22/25 23/19 23/25
24/2 24/6 25/16 26/1 26/5 26/15 28/11
29/14
heart [1]  10/14

held [2]  5/8 13/10
hello [1]  4/7
help [2]  8/16 31/24
helping [1]  8/10
here [10]  8/20 13/24 14/22 14/25 17/4
17/10 17/19 22/2 22/5 32/13
Herman [7]  1/14 1/14 1/14 17/25 19/22
20/23 21/18
Herrington [1]  2/10
him [4]  13/25 14/4 20/24 22/11
hired [2]  8/15 16/23
his [11]  14/1 14/2 14/2 14/3 14/3 14/5
14/18 14/20 15/4 20/23 24/9
Hogan [2]  20/19 21/4
Hogan Lovells [1]  21/4
hone [1]  9/11
Honor [34]
Honor's [1]  27/15
HONORABLE [1]  1/10
hoping [1]  14/21
host [1]  12/1
how [10]  4/10 12/18 15/16 17/22 21/25
25/1 26/19 28/22 30/16 32/20
Howard [1]  2/12
HULL [1]  2/7
humanly [1]  17/18

**I**

I'll [3]  10/5 10/15 27/24
I'm [24]  13/1 13/11 13/21 13/24 16/1
16/25 18/4 19/9 19/13 20/24 21/9 23/6
24/5 24/6 24/14 24/23 24/23 25/4 25/21
27/7 29/9 29/17 30/15 30/15
I've [1]  18/15
idea [1]  19/4
identified [9]  12/2 16/10 18/22 18/25
21/11 21/16 21/18 21/20 28/11
identify [1]  12/2
if [28]  6/6 6/10 7/18 9/23 11/22 11/25
14/3 15/3 16/3 16/10 19/15 21/10 24/4
24/7 24/9 24/11 24/14 26/24 29/4 29/6
29/12 29/23 30/21 30/24 31/2 31/8
31/16 32/22
Illinois [1]  2/19
imaged [3]  21/17 21/20 32/16
immediately [1]  11/14
immunity [2]  22/24 23/18
important [1]  19/14
in [98]
including [1]  32/16
indicated [1]  17/25
indicating [1]  6/19
individual [1]  26/21
individuals [3]  12/1 21/17 21/19
information [17]  10/2 10/13 11/7 11/16
11/18 12/7 13/18 17/16 18/11 21/6
21/21 21/23 22/9 22/10 25/13 31/9
31/21
input [1]  27/3
inquiries [1]  22/25
intend [4]  21/22 26/20 26/20 28/6
interfere [2]  28/10 28/19
interfering [1]  29/17
International [1]  11/21
interpreted [2]  23/10 23/10
interpreter [1]  11/8
interpreters [1]  13/22
interpreting [1]  11/9
interrogate [1]  19/11
interviewed [1]  16/9
interviews [1]  19/3
into [5]  18/12 21/15 27/5 29/3 33/1
invite [1]  27/24

involved [4]  8/10 8/14 14/2 25/7
isn't [1]  13/25
issue [9]  7/1 7/11 7/20 10/24 19/25
24/15 30/19 30/22 30/23
issued [1]  24/25
issues [10]  14/11 22/24 24/4 24/11 26/6
28/4 28/13 29/3 30/16 31/24
it [57]
it's [25]  4/5 4/11 4/15 4/21 6/14 6/17
6/25 7/6 8/22 12/23 13/2 13/3 13/4 13/4
13/14 14/9 14/21 17/9 17/9 17/14 22/15
24/25 25/2 25/7 26/5 29/25
its [3]  5/9 23/15 23/17

**J**

Jazz [1]  14/10
Jerry [5]  4/9 25/24 27/13 27/14 28/21
Jia [5]  10/13 14/1 21/18 23/3 32/16
Jia's [2]  10/23 11/21
JUDGE [9]  1/10 4/3 4/11 4/21 4/24
18/21 25/25 26/8 28/21
Judge Fallon [1]  4/3
judgment [8]  5/13 7/4 22/19 26/2 28/12
29/12 29/14 30/22
judgments [1]  5/18
July [6]  5/9 5/18 7/3 7/17 12/16 22/19
July 17 [6]  5/9 5/18 7/3 7/17 12/16 22/19
June [8]  6/1 6/2 22/25 23/18 25/23 26/1
26/5 28/23
June 9 [8]  6/1 6/2 22/25 23/18 25/23
26/1 26/5 28/23
jurisdiction [2]  28/9 28/15
just [16]  9/11 12/22 13/11 13/14 13/15
13/20 23/13 24/19 25/17 25/24 27/2
27/12 28/4 30/15 31/5 31/17

**K**

Katz [1]  1/14
keep [4]  25/8 25/10 27/21 27/23
KENNY [3]  2/7 4/15 27/11
KERRY [2]  2/3 4/12
Kerry Miller [1]  4/12
kind [1]  7/23 8/2
Knauf [5]  2/2 4/10 4/10 4/12 8/11
knew [1]  8/13
know [20]  5/8 5/19 5/20 5/21 6/25 9/22
9/23 10/12 11/25 12/4 12/25 13/7 15/3
23/14 23/15 25/1 26/19 27/23 28/1 30/9
knowledge [1]  20/11
knows [4]  21/2 21/14 22/10 22/10

**L**

lab [1]  7/9
lack [1]  28/8
large [2]  21/3 21/9
last [12]  5/4 6/15 9/6 9/24 14/19 15/21
15/22 19/5 19/25 25/15 25/16 28/1
late [2]  19/6 25/2
later [7]  6/5 6/10 15/24 17/14 26/21
29/25 32/23
latter [1]  19/8
law [1]  16/23
lawsuit [1]  30/11
lawyer [1]  11/8
lawyer/interpreter [1]  11/8
lawyers [3]  13/5 13/12 16/4
least [6]  6/13 7/18 12/25 24/2 29/5
leave [3]  20/18 27/24 31/25
left [1]  13/25
lengthy [1]  18/19
Lenny [1]  4/6
LEONARD [1]  1/15

# L

let [9]  6/22 8/23 9/3 10/5 14/23 22/5 25/11 25/14 25/15
let's [6]  7/16 14/11 15/7 22/6 22/13 31/25
Levin [5]  1/18 1/18 4/6 9/4 31/8
LIABILITY [1]  1/5
light [2]  26/10 27/15
like [10]  5/5 7/8 18/16 19/7 21/7 23/14 27/9 27/21 28/4 32/24
likewise [1]  25/25
limit [2]  7/16 23/13
limited [2]  12/4 26/6
line [6]  4/4 4/6 4/6 4/7 4/8 4/22 4/23 25/20
list [3]  6/11 19/18 19/19
listed [2]  9/14 23/7
lists [1]  11/6
literally [1]  17/2
litigation [3]  1/5 23/1 23/9
little [4]  22/5 26/10 27/5 29/4
LLC [3]  1/14 1/22 2/14
LLP [5]  2/6 2/10 2/17 2/20 2/23
loan [2]  11/5 11/5
long [2]  25/7 32/20
LONGER [2]  1/19 4/8
look [5]  11/12 16/20 27/2 31/10 31/25
looked [1]  11/13
looking [1]  11/17
looks [1]  19/7
lot [1]  20/6
lots [1]  16/19
LOUISIANA [9]  1/2 1/6 1/16 1/24 2/4 2/16 2/25 3/2 33/12
Lovells [1]  21/4
Lovells' [1]  20/19

# M

made [5]  6/3 6/6 10/21 12/8 18/1
MADELYN [2]  1/15 4/6
mails [4]  16/21 18/20 23/4 30/10
make [7]  6/25 20/13 22/6 22/13 29/15 30/9 32/22
makes [4]  7/22 19/16 26/24 29/10
making [6]  8/17 9/1 14/17 30/8 32/12 32/17
man [1]  8/10
MANUFACTURED [1]  1/4
Many [1]  21/4
March [3]  7/4 7/17 7/17
March 8 [3]  7/4 7/17 7/17
material [2]  22/14 23/3
materials [1]  12/3
matter [3]  6/24 21/3 33/14
matters [4]  24/6 29/22 29/23 29/24
may [21]  6/6 6/13 8/9 10/7 14/17 14/25 15/1 15/6 15/11 15/11 18/8 19/6 19/7 24/12 27/16 28/17 29/7 30/1 30/14 30/23 30/23
May 11 [2]  14/25 15/11
May 18 [1]  14/17
May 19 [1]  6/13
May 20 [2]  15/1 15/11
May 26 [1]  6/6
May 8 [1]  7/12
maybe [4]  9/7 9/25 29/17 31/11
McCollam [1]  2/14
McKinney [1]  2/21
MD [1]  1/4
MDL [1]  26/22
me [16]  6/16 6/22 8/23 9/3 12/24 15/3 19/16 20/21 22/4 22/5 25/9 27/3 27/23

(continued from column)
31/4 33/2 33/3
mean [1]  17/2
Meanwhile [1]  33/4
mechanical [1]  3/5
meet [2]  13/13 27/22
meeting [2]  11/6 32/4
mentioned [1]  5/4
mercy [1]  17/8
met [2]  6/20 20/7
metadata [1]  17/8
Meunier [4]  1/22 1/23 4/9 25/24
MICHAEL [3]  2/7 2/21 27/11
mid [1]  19/6
Mike [4]  4/15 4/22 27/10 32/1
MILLER [2]  2/3 4/12
minute [1]  25/16
minutes [1]  27/16
missing [1]  29/17
moment [2]  6/15 25/15
Monday [4]  9/6 9/24 19/4 32/24
monetized [1]  26/2
monitor [2]  30/12 32/10
MOORE [2]  1/21 4/22
more [11]  9/22 12/11 12/21 13/11 14/4 16/13 17/6 18/8 19/8 27/5 27/15
morning [3]  4/5 4/11 4/14 4/17 4/21 4/24 4/25 11/13 15/12 26/18 27/1 27/11 27/12
most [3]  12/17 13/1 18/9
motion [6]  15/5 20/18 20/19 27/17 28/9 31/4
motions [4]  6/19 28/8 28/10 28/18
move [2]  7/19 13/19
moved [1]  8/14
moving [1]  7/7
Mr. [28]  8/12 8/13 8/15 10/12 10/13 10/15 10/19 10/20 11/21 11/23 13/25 14/1 14/3 14/16 17/25 19/23 20/13 20/23 21/18 21/18 22/2 22/2 22/7 23/4 23/4 30/13 32/16
Mr. Che [3]  14/16 21/18 22/2 22/2 32/16
Mr. Che's [1]  22/7
Mr. Fenton [2]  19/23 30/13
Mr. Fenton's [1]  20/13
Mr. Gang [3]  10/15 11/23 14/3
Mr. Gang's [2]  10/19 23/4
Mr. Herman [3]  17/25 20/23 21/18
Mr. Jia [2]  10/13 14/1
Mr. Jia's [1]  11/21
Mr. Peng [3]  10/12 13/25 23/4
Mr. Peng's [1]  10/20
Mr. Taylor [1]  15/19
Mr. Westfall [3]  8/12 8/13 8/15
multiple [2]  7/12 11/5
must [4]  6/3 6/5 6/9 6/13
my [16]  4/8 4/22 9/19 16/8 22/4 22/21 22/22 23/14 24/1 25/6 25/8 27/9 30/4 30/21 31/3 33/13

# N

name [1]  8/10
namely [1]  28/11
names [1]  15/8
narrow [1]  22/22
narrowed [5]  10/11 13/15 13/15 15/4 22/17
necessarily [1]  29/17
necessary [1]  19/15
need [11]  9/20 10/1 10/2 16/2 16/19 16/19 16/20 20/17 30/20 31/6 31/18
needed [2]  8/20 30/7
needs [2]  6/1 16/22

new [8]  1/6 1/16 1/24 2/4 2/16 2/25 3/2 33/12
next [6]  8/25 27/22 28/7 31/6 32/3 32/5
night [1]  11/13
nine [1]  15/14
no [8]  6/5 6/10 10/25 13/8 18/24 23/7 23/17 32/23
none [3]  13/8 23/2 23/3
nonproduction [1]  11/1
not [61]
nothing [3]  7/10 9/19 12/15
notice [4]  10/24 23/1 30/9 30/9
notwithstanding [1]  25/14
now [25]  5/13 6/14 7/22 8/22 11/18 12/6 12/10 12/18 12/21 15/23 16/5 17/4 17/15 20/1 21/22 23/12 23/25 24/4 24/6 24/24 24/24 27/9 28/20 30/13 31/12
number [4]  11/19 18/19 21/4 21/9
numbers [1]  21/11

# O

O'BRIEN [2]  1/15 4/7
O'Keefe [1]  1/16
object [1]  31/3
observation [1]  20/13
obtaining [2]  8/13 31/21
obviously [3]  7/10 21/23 28/13
office [2]  4/7 4/8
offices [1]  16/8
Official [3]  3/1 33/10 33/18
often [1]  30/15
Oh [1]  22/2
Okay [3]  5/1 14/6 27/20
on [63]
once [2]  18/17 32/18
one [12]  5/6 10/19 10/24 11/8 11/19 15/19 16/21 18/22 18/22 22/4 28/4 29/16
ones [3]  8/4 21/16 26/25
only [13]  11/2 11/9 11/11 12/7 13/6 16/18 17/12 23/21 26/25 29/11 30/8 30/9 31/12
open [1]  24/12
opening [1]  25/5
opportunity [2]  6/24 24/17
or [40]
order [5]  5/10 9/21 15/5 19/11 24/20 28/14 29/13
ordered [1]  27/16
Orient [1]  4/25
originals [1]  17/15
Orleans [7]  1/6 1/16 1/24 2/4 2/16 2/25 3/2
Orrick [1]  2/10
other [15]  5/6 5/10 10/4 12/1 13/12 13/19 14/24 14/24 17/7 18/16 18/20 21/15 24/4 27/18 29/17
others [5]  7/19 14/23 17/9 21/19 32/16
otherwise [1]  29/3
ought [2]  5/22 13/10
our [20]  6/25 8/22 9/16 9/18 11/8 12/23 13/11 14/16 14/22 15/5 15/13 16/5 16/7 17/21 18/7 20/17 21/13 22/15 22/17 33/1
out [11]  5/3 9/24 16/9 16/22 18/18 20/17 24/7 25/16 26/25 28/17 31/2
outnumbered [1]  13/12
outside [1]  24/12
outstanding [1]  9/9
over [8]  8/20 8/25 15/6 16/5 18/2 19/1 21/21 28/15
overlapping [1]  18/24
overly [1]  7/8

## O

own [1]  9/18
owned [1]  11/4

## P

packaged [1]  24/25
page [4]  9/19 16/24 16/24 16/24
pages [3]  16/1 18/2 19/24
paid [7]  5/13 5/14 5/14 5/18 7/4 7/18
  22/19
pain [1]  9/8
paper [1]  18/7
papers [1]  27/19
part [7]  5/15 5/15 5/15 6/2 18/9 24/23
  26/22
participant [2]  28/22 29/6
participate [3]  27/24 27/25 31/1
participating [1]  26/14
particular [4]  7/11 23/24 24/5 24/18
particularly [1]  6/17
parties [4]  26/4 26/14 31/12 31/13
partner [2]  4/22 27/10
party [2]  6/2 31/22
passed [1]  25/3
passport [1]  14/18
passports [1]  19/2
paying [1]  30/12
PC [1]  2/3
Peachtree [1]  2/8
Peng [3]  10/12 13/25 23/4
Peng's [2]  10/20 11/19
Pennsylvania [1]  1/20
people [4]  16/9 16/19 17/19 18/16
perceive [1]  9/21
percent [1]  5/11
period [3]  7/17 9/12 21/3
persist [1]  23/16
personal [2]  16/21 28/8
personally [1]  16/6
Phase [2]  27/4 27/4
Phelps [1]  2/23
Philadelphia [1]  1/20
PHILLIPS [1]  2/15
picked [1]  14/13
place [1]  15/10
plaintiff [1]  26/2
plaintiffs [12]  1/14 1/18 1/22 4/4 5/21
  6/19 7/1 16/14 16/16 19/10 24/17 33/3
plaintiffs' [2]  24/8 28/6
plan [4]  15/13 26/18 27/12 27/18
plans [2]  6/3 6/5
play [1]  31/2
played [1]  13/1
playing [1]  31/3
PLC [3]  18/22 18/24 18/25
please [1]  10/7
point [8]  13/1 17/7 18/7 20/10 30/21
  30/24 31/1 32/7
points [2]  9/25 10/1
position [8]  10/9 24/16 24/19 24/25
  28/24 29/23 30/18 30/24
possible [5]  16/13 17/6 17/18 18/18
  21/24
potential [1]  7/2
Poydras [1]  1/23 3/1
precluded [1]  29/3
predicate [1]  30/1
predicated [1]  28/23
preparation [1]  33/1
preparing [1]  22/20
present [1]  12/17
Presently [1]  24/23

presupposing [1]  25/25
pretty [1]  20/21
principals [1]  10/24
prior [2]  6/6 23/9
probably [3]  6/1 28/7 31/6
problem [7]  10/14 13/23 18/15 25/19
  25/21 32/4 32/18
problems [1]  14/2
proceed [1]  26/20
proceeding [3]  25/5 25/23 26/4
proceedings [4]  3/5 4/1 33/6 33/14
process [3]  8/6 16/19 18/19
produce [11]  10/15 12/12 12/14 12/18
  13/15 16/6 21/24 24/21 31/17 32/15
  32/20
produced [20]  6/13 7/24 7/25 11/24
  12/11 12/13 12/15 12/16 13/14 17/5
  17/15 20/3 20/16 21/1 21/4 21/8 21/14
  23/3 23/5 23/9
producing [5]  12/19 12/23 12/24 17/13
  22/1
production [6]  9/2 9/13 10/4 18/1 18/6
  18/7
PRODUCTS [1]  1/4
professional [1]  13/8
professionalism [1]  13/9
progress [1]  8/17
pronounce [1]  14/2
protective [1]  15/5
protocol [1]  8/12
prove [3]  24/20 24/20 26/20
proved [1]  15/22
provide [2]  8/15 15/14
provided [3]  5/10 10/13 20/1
provision [1]  29/10
PSC [9]  7/15 8/1 9/2 9/3 14/16 19/5 21/6
  21/16 25/25
pulled [1]  18/17
purpose [3]  19/20 22/8 26/1
purposes [1]  29/22
pursuant [1]  28/12
put [1]  6/5

## Q

question [1]  19/11
questioned [1]  19/14
questions [2]  16/17 19/19
quickly [4]  14/21 16/12 17/5 21/24
quite [1]  23/6

## R

raise [3]  24/11 27/9 28/13
raised [5]  19/25 22/23 22/24 24/4 28/5
range [1]  7/11
re [2]  1/4 21/22
re-sent [1]  21/22
read [1]  29/20
reading [1]  29/9
ready [2]  22/3 26/15
realize [1]  16/13
really [7]  5/5 6/25 7/7 12/21 14/1 29/7
  30/17
reason [2]  5/2 13/8
reasonable [1]  7/7
recall [2]  8/9 10/11
received [9]  6/18 7/7 7/14 7/21 11/2
  11/11 11/23 23/8 27/12
recomputerization [1]  8/21
record [5]  19/21 20/13 20/25 23/15
  33/14
recorded [1]  3/5
reevaluate [1]  24/5
refine [1]  26/24

regard [9]  6/2 9/6 9/17 10/3 10/4 14/12
  20/13 31/7 31/21
regarding [8]  9/8 12/6 22/7 22/9 22/17
  24/10 24/16 30/11
regards [5]  21/2 21/6 21/13 32/12 33/1
registration [1]  11/7
regular [1]  12/13
relate [2]  7/9 22/24
related [1]  20/14
relates [2]  1/7 13/18
relating [1]  19/19
relationship [1]  10/25
relationships [1]  13/19
relevancy [1]  21/24
relevant [1]  9/11
relying [1]  23/17
remained [1]  29/4
rendered [1]  30/22
replied [1]  11/14
report [2]  11/7 14/23
reported [2]  14/19 17/1
Reporter [3]  3/1 33/11 33/18
reports [3]  11/4 11/16 13/16
represent [1]  13/6
representative [2]  10/17 14/5
representative's [1]  11/24
representatives [1]  20/7
reproduced [1]  11/7
request [4]  9/16 9/20 12/4 15/5
requested [9]  8/3 11/20 11/21 11/23
  11/25 12/3 19/11 21/6 22/7
requests [9]  7/7 7/8 7/9 7/9 7/12 7/15
  9/5 9/9 21/6
reread [1]  20/9
resolutions [1]  11/6
respect [7]  18/11 18/13 18/21 20/24
  20/24 28/22 30/13
respectfully [1]  13/1
respond [4]  15/3 16/16 27/17 27/18
response [1]  7/20
responsive [1]  21/5
rest [1]  7/22
result [1]  8/19
review [7]  9/1 13/23 16/6 16/24 17/19
  18/17 32/20
reviewed [1]  16/23 17/5
revise [1]  26/24
revised [1]  26/18
rhetoric [1]  14/9 30/4
RICHARD [1]  2/18
Rick [6]  4/21 18/4 28/3 28/22 30/20 32/1
right [10]  7/21 10/6 14/6 15/11 23/21
  24/6 24/22 27/20 28/20 31/12
rights [1]  30/8
rolling [3]  6/16 9/2 32/2
ROSENBERG [2]  2/24 4/22
rule [13]  26/1 26/5 26/6 26/14 28/24
  28/25 29/6 29/8 29/9 29/10 29/20 29/21
  30/20
Rule 55 [8]  26/1 26/5 26/6 26/14 28/24
  28/25 29/6 29/21
ruling [1]  32/9
run [1]  18/12
RUSS [8]  1/14 4/6 9/4 10/5 19/22 29/2
  30/3 31/23
Russ' [1]  4/7

## S

said [3]  10/14 10/22 26/11
same [9]  5/6 5/25 13/23 15/18 18/10
  18/12 18/12 23/25 28/24
San [1]  2/12
SANDRA [1]  1/19

**S**

Sandy [1]  4/7
satisfied [2]  5/15 5/16
save [1]  31/15
say [6]  13/14 14/7 24/8 29/25 30/14
  31/2
saying [5]  15/19 24/19 25/17 29/2 29/7
says [1]  17/11
schedule [4]  26/8 27/13 29/5 29/6
scheduled [1]  31/11
scheduling [1]  31/13
scope [1]  22/17
scores [1]  16/10
seal [1]  20/1
search [1]  10/21
Seattle [1]  31/16
second [1]  10/10
secrets [1]  16/25
Section [1]  1/5
Sedran [1]  1/18
see [6]  5/4 16/3 25/22 25/22 28/22
  29/16
seek [1]  30/1
seeking [1]  23/11
seem [1]  9/22
seems [1]  27/3
send [3]  12/3 16/22 31/10
sense [2]  19/16 26/24
sent [4]  8/20 8/21 11/9 21/22
separate [1]  18/23
series [1]  28/23
served [2]  10/10 21/7
set [8]  5/25 10/10 19/3 23/16 24/1 29/1
  30/1 30/5
sets [1]  7/14
setting [2]  29/11 30/17
seven [1]  10/1
several [2]  21/17 21/18
shape [2]  26/10
shareholder [1]  11/6
shipped [2]  15/21 20/6
shooting [1]  14/25
short [2]  15/19 32/5
short-circuits [1]  32/5
should [5]  15/24 17/16 23/14 30/25
  32/23
shouldn't [1]  30/25
show [4]  20/12 24/21 24/21 30/7
shows [3]  12/7 12/8 25/16
side [1]  7/20
similar [1]  20/24
since [3]  10/22 16/7 28/1
single [3]  10/18 10/21 16/24
sir [3]  4/8 10/5 22/15
situation [8]  10/3 14/14 15/19 20/22
  22/23 30/14 32/10 33/4
situations [1]  10/4
six [4]  9/25 12/21 21/19 25/8
Skip [1]  8/10
slept [1]  30/7
slowed [1]  6/17
slowly [1]  16/13
smell [1]  20/5
so [27]  5/14 5/21 6/14 8/15 8/22 9/13
  12/11 14/21 17/12 17/17 19/13 19/14
  19/17 19/19 20/24 22/10 25/14 26/19
  26/24 27/22 29/4 29/12 29/16 31/5 32/6
  32/22 32/25
software [1]  3/5
some [16]  5/22 6/1 6/19 8/18 10/10 14/8
  18/1 20/1 22/9 23/9 25/17 26/11 27/3
  27/15 29/2 31/11

somebody [2]  17/11 25/16
something [4]  17/13 29/18 32/3 32/23
somewhat [1]  17/8
somewhere [1]  25/19
soon [2]  18/18 21/23
sorry [2]  18/4 27/7
sort [4]  15/10 18/10 27/6 32/3
sounds [1]  27/20
South [1]  2/18
sovereign [2]  22/24 23/18
speak [4]  9/5 26/23 31/22 31/23
speaking [1]  26/25
specialist [1]  16/23
specifically [1]  29/10
speculate [1]  31/5
spelled [1]  9/24
spoken [2]  7/15 8/1
SR [1]  2/6
St [2]  2/4 2/15
stage [1]  25/5
Standard [1]  27/22
standing [2]  16/5 18/17
standpoint [1]  6/18
state [1]  16/25
stated [1]  20/23
statement [4]  9/8 20/13 23/8 32/9
statements [1]  11/4
STATES [8]  1/1 1/10 5/17 5/24 15/21
  15/25 23/23 33/11
status [1]  1/9 19/25 21/13
Stay [1]  25/12
steering [1]  20/17
stenography [1]  3/5
still [5]  8/6 13/14 19/7 26/22 29/15
stored [2]  18/11 18/20
straightforward [1]  32/11
Street [6]  1/20 1/23 2/8 2/12 2/24 3/1
strike [1]  20/19
stuff [1]  7/16
subject [1]  29/14
submit [1]  27/19
subsidiaries [1]  11/5
substantial [3]  10/8 18/1 18/19
substantially [1]  18/8
suggest [1]  6/14
suggestion [1]  32/22
Suite [6]  1/20 1/23 2/4 2/18 2/21 2/24
sulfur [1]  20/5
summaries [1]  8/3
summary [2]  11/12 11/15
support [2]  20/19 24/18
sure [6]  6/25 14/17 22/5 22/6 22/13 23/6
  32/11 32/12 32/17
surreply [1]  20/18
sustainable [1]  28/15
Sutcliffe [1]  2/10

**T**

tail [1]  26/21
Taishan [30]  2/6 4/13 4/14 5/9 5/13 7/25
  10/9 10/12 11/3 12/5 12/20 13/5 13/9
  13/13 13/18 13/21 18/13 20/4 20/5
  20/21 21/1 21/2 23/8 25/6 25/13 25/20
  28/12 30/7 30/18 32/17
Taishan's [1]  20/10
take [5]  15/10 17/13 24/9 24/10 24/25
  27/2 28/24 32/20 33/1
taken [5]  6/5 20/2 24/15 29/22 30/18
takes [1]  29/23
taking [3]  24/16 24/16 30/24
talk [4]  15/7 20/21 31/6 33/4
talking [3]  16/1 17/2 23/22

target [1]  7/7
team [1]  16/4
teams [3]  16/7 17/18 17/19
technical [2]  8/18 8/19
TELEPHONE [1]  1/9
tell [7]  8/4 12/22 13/9 16/18 16/25 25/11
  32/24
telling [1]  33/3
tens [1]  2/18
tension [2]  14/10 29/5
tested [1]  16/3
testify [1]  6/7
testimony [3]  15/14 22/16 22/17
testing [1]  7/10
Texas [1]  2/22
than [12]  6/5 6/10 9/23 12/11 12/21
  13/11 14/4 16/13 17/9 17/13 19/8 32/23
thank [6]  6/23 12/10 12/20 27/7
that [204]
that's [28]  6/6 6/10 7/18 7/21 11/8 11/19
  11/25 12/6 12/8 12/20 13/6 13/20 14/7
  14/10 19/13 19/20 21/21 22/8 22/19
  22/22 23/13 23/24 24/2 24/25 25/22
  26/5 29/1 33/2
their [20]  5/11 5/11 5/17 9/22 10/16
  11/15 11/23 13/9 14/25 16/20 16/21
  19/2 21/20 25/10 25/11 25/11 25/11
  30/8 30/10 30/11
them [28]  6/16 8/3 9/15 9/16 11/13
  12/10 12/20 13/4 13/6 16/22 16/22 17/4
  17/5 18/17 18/18 19/6 21/12 25/8 25/10
  27/3 31/20 31/23 31/23 31/24 32/2
  32/20 32/20 32/21
themselves [2]  20/14 31/16
then [14]  6/7 6/11 7/18 8/4 8/8 8/25
  17/11 24/5 24/15 25/15 27/19 31/2
  31/10 32/18
there [23]  5/21 8/9 8/17 8/20 10/25 12/1
  13/22 14/14 16/7 18/8 18/24 20/10
  20/22 21/3 23/2 23/6 23/17 28/15 28/16
  28/25 29/4 30/22 32/9
there's [1]  5/5
these [14]  11/1 11/9 12/17 16/3 16/6
  16/6 16/24 17/10 17/11 17/11 18/17
  23/2 31/15 31/24
they [81]
thing [5]  8/2 17/12 19/9 23/21 30/1
things [6]  5/10 7/23 15/10 17/8 26/12
  27/6
think [21]  7/4 8/24 9/10 13/4 13/4 13/7
  15/1 17/12 17/23 21/8 21/19 22/4 23/6
  23/14 26/9 26/12 28/10 28/16 28/19
  29/4 30/24
third [3]  31/12 31/13 31/22
third-party [1]  31/22
this [58]
Thornton [3]  8/15 32/14 32/23
those [29]  7/25 8/5 8/6 8/13 8/19 8/21
  12/6 16/21 19/12 20/3 21/5 21/9 21/12
  22/24 23/11 23/24 24/6 27/19 28/10
  28/17 28/18 28/19 29/15 29/23 29/24
  31/10 31/14 31/15 32/19
though [2]  29/25 30/11
thought [4]  9/24 19/6 21/10 26/25
thoughts [1]  27/5
thousands [2]  13/12 15/20
three [1]  18/22
through [8]  8/6 14/25 25/10 30/10 31/21
Thursday [3]  27/22 31/7 33/5
till [6]  6/15
time [22]  5/4 5/6 5/12 5/18 5/25 6/2 7/17
  10/10 14/19 16/3 19/4 21/3 21/7 22/19

**T**

time... [8]  23/25 24/2 24/5 24/14 25/8 25/18 27/22 28/24
timeline [1]  32/19
times [1]  16/7
timetable [2]  19/5 19/7
tired [3]  13/11 13/21 13/24
today [3]  6/19 15/24 28/2
today's [1]  6/17
together [2]  5/4 32/1
told [5]  13/21 13/24 15/23 23/20 30/4
tomorrow [1]  32/3
tone [1]  14/8
Toni [1]  3/1 33/10 33/17 33/17
too [2]  13/14 25/2
top [1]  27/21
touch [1]  16/22
toward [1]  19/8
towards [1]  26/17
track [6]  5/6 5/6 5/7 5/7 5/8 23/21
tracks [4]  5/5 23/20 28/10 28/19
transactions [1]  9/19
transcript [2]  19/25 33/13
transcription [1]  3/5
translate [1]  8/5
translated [1]  21/15
transmissions [1]  12/5
transparent [1]  32/12
traveling [1]  31/14
trial [13]  24/24 26/18 26/18 27/12 27/18 28/24 28/25 29/6 29/8 29/23 29/25 30/2 30/20
trickling [1]  18/9
tried [3]  7/16 25/6 25/10
triggered [1]  17/1
trip [1]  31/16
true [1]  33/12
truly [1]  17/20
trying [7]  7/6 8/1 16/12 17/4 19/13 22/4 25/21
Tusa [4]  3/1 33/10 33/17 33/17
tweak [2]  26/10 27/15
twice [1]  11/19
two [6]  5/5 14/4 20/6 23/20 28/10 28/19
type [2]  10/2 31/21

**U**

under [2]  20/1 26/13
understand [17]  10/14 12/18 14/9 14/13 14/23 15/8 16/15 17/9 17/20 19/3 25/19 25/20 29/19 30/16 30/19 32/1 32/9
understanding [8]  10/8 14/23 22/15 22/21 22/22 23/14 24/1 33/13
understood [1]  21/12
Unfortunately [1]  18/10
UNITED [8]  1/1 1/10 5/17 5/24 15/21 15/25 23/23 33/11
United States [5]  5/17 5/24 15/21 15/25 23/23
unless [1]  30/17
unpack [1]  29/24
unprofessional [1]  13/3
up [7]  8/23 23/5 25/16 26/25 27/23 27/24 27/25
upload [1]  17/11
uploaded [1]  16/2
upon [3]  7/19 10/21 32/24
us [31]  2/17 2/20 7/3 7/15 8/4 8/5 8/16 8/22 8/22 8/24 9/18 9/20 9/23 11/12 12/3 16/14 16/15 17/1 17/4 19/24 20/6 20/24 21/16 21/22 22/18 23/3 23/8 25/22 25/22 31/10 32/24

**V**

vacate [1]  28/9
various [3]  19/7 11/15 11/5
VEJNOSKA [3]  2/10 4/18 15/13
vendor [1]  18/13
very [9]  9/24 9/25 14/21 16/25 17/1 18/23 22/22 22/22 22/22 30/1
view [2]  6/25 13/1
violations [1]  9/21
visa [2]  14/20 19/3

**W**

Wacker [1]  2/18
wait [1]  6/15
waiting [2]  17/19 32/14
walk [1]  25/9
Walnut [1]  1/20
want [26]  6/25 7/21 7/22 8/5 9/24 12/4 15/6 16/14 16/15 19/18 20/20 20/25 21/16 22/11 23/22 24/7 25/12 27/21 27/23 28/1 28/18 30/3 31/2 31/2 31/5 32/10
wanted [3]  5/2 15/3 20/12
wants [1]  27/25
warranted [1]  29/16
Warshauer [1]  1/22
was [18]  7/4 7/4 7/18 8/9 8/10 11/12 17/23 20/2 20/5 20/10 21/11 21/19 21/21 27/1 28/15 30/1 30/4 30/5
way [5]  15/19 29/20 30/8 30/9 31/25
we [187]
week [12]  8/25 9/6 9/15 14/17 14/22 15/21 15/22 16/5 19/5 28/7 31/7 32/5
weekend [2]  8/23 8/25
weeks [1]  14/4
well [15]  4/9 7/16 7/21 13/2 13/14 13/22 13/23 15/18 16/5 16/8 18/2 26/19 28/9 29/7 29/9
went [3]  20/17 21/7 21/8
were [24]  5/4 5/11 5/12 5/18 7/3 8/18 8/19 8/20 9/14 10/22 11/9 11/15 11/16 12/1 15/20 17/14 20/3 21/3 21/5 22/18 23/2 28/18 29/15 30/12
West [1]  2/8
Westfall [4]  8/10 8/12 8/13 8/15
what [32]  7/21 9/20 9/21 9/22 9/23 10/1 12/22 13/20 14/7 17/22 17/24 21/11 22/20 23/1 23/24 24/2 24/7 24/16 24/23 25/21 25/22 26/5 26/6 26/11 26/20 26/21 27/5 30/19 31/5 32/14 32/24 33/3
what's [5]  5/3 14/13 20/21 28/1 32/13
whatever [2]  21/8 25/1
when [9]  7/4 13/1 17/10 22/19 23/1 24/24 25/9 29/24 30/4
whenever [1]  7/18
where [9]  10/12 11/19 14/5 16/10 16/17 20/22 25/5 31/1 32/25
whether [17]  5/16 5/20 5/23 7/2 15/4 15/9 22/18 23/15 23/23 25/1 27/6 27/23 28/14 28/15 29/15 30/22 30/25
which [23]  6/16 7/4 7/10 8/4 9/10 10/14 11/15 12/2 12/2 13/5 14/18 17/9 19/4 20/3 20/5 26/3 26/7 26/8 26/11 28/1 29/22 31/18
who [14]  4/3 5/19 5/19 5/22 8/10 9/18 15/2 16/4 18/3 21/25 23/22 24/18 27/25 31/18
whole [4]  19/20 22/8 24/13 25/5

wholly [1]  11/4
will [35]
willing [2]  26/23 31/22
wished [1]  16/14
within [1]  28/7
Without [1]  19/12
witness [4]  6/2 6/4 22/16 22/20
witnesses [14]  6/12 7/13 14/24 14/25 15/14 15/14 18/22 19/12 19/12 19/16 24/18 24/21 24/22 24/22
work [1]  7/19
working [7]  8/6 8/9 13/13 14/17 14/20 17/17 27/13
worse [1]  17/12
would [17]  5/5 8/3 9/20 10/15 17/13 19/6 20/25 21/10 23/14 26/19 26/25 27/9 27/21 28/4 29/3 31/22 32/24
wouldn't [1]  9/7
Write [1]  33/2
wrong [2]  30/14 31/2

**Y**

yeah [1]  7/21
years [2]  12/21 25/8
Yes [4]  6/23 20/23 22/15 27/2
yesterday [2]  6/18 9/16
yet [1]  14/13
you [50]
you're [4]  24/16 24/16 30/22 31/1
young [1]  8/9
your [40]
Your Honor [29]  4/5 6/23 7/6 8/9 9/4 10/7 10/11 12/25 14/15 15/18 16/25 16/25 17/17 18/23 19/21 20/23 21/11 21/14 22/16 26/17 27/7 27/8 27/11 28/3 28/11 28/17 29/10 30/3 31/8 32/8
Your Honor's [1]  27/15