# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## ORDER AUTHORIZING
## EXPEDITED RETURN ON DISCOVERY REQUESTS
## AND SHORTENED TIME TO NOTICE DEPOSITIONS

Considering the Motions of the Plaintiffs' Steering Committee ("PSC") for Expedited Return on Discovery Requests and Shortened Time to Notice Depositions, (Rec. Docs. 18660, 18663, 18665, 18749);

IT IS ORDERED BY THE COURT that:

1. the third-parties are directed to respond completely and fully to the written discovery, and produce the documents requested by the PSC, consistent with the Court's discovery orders, within ten days of receipt. All documents shall be produced in their original language and, if the original documents are in any language other than English, you shall include English translations.

2. All depositions shall be noticed at least seventy-two (72) hours in advance of the deposition, except where good cause may require more extensive notice; and

3. All deposition review and changes requested by a witness must be completed within twenty-four (24) hours of the taking of the deposition.

New Orleans, Louisiana, this 24th day of April, 2015.

_____
Eldon E. Fallon
United States District court Judge

1

New Orleans, Louisiana, this 23rd day of March, 2015.

_____
Eldon E. Fallon
United States District court Judge