UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

## ORDER

Upon consideration of the Plaintiff's Steering Committee's Emergency Motions to Compel Discovery Against Wal-Mart and Sun-Pin, (Rec. Docs. 18615, 18627),

IT IS ORDERED, ADJUDGED and DECREED that said Motions is

GRANTED, consistent with the Court's discovery orders.

New Orleans, Louisiana, this 24th day of April, 2015.

_____
Eldon E. Fallon
United States District court Judge