IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**O R D E R**

Considering the Plaintiffs' Steering Committee's Motion for Leave to File Sur-Reply Brief in Support of Motion to Strike Hogan Lovells' Designation of Documents as Highly Confidential;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the attached Sur-Reply Brief in Support of Motion to Strike Hogan Lovells' Designation of Documents as Highly Confidential be and is hereby filed into the record.

IT IS FURTHER ORDERED BY THE COURT that Exhibit "B" attached to the Sur-Reply Brief in Support of Motion to Strike Hogan Lovells' Designation of Documents as Highly Confidential be and is hereby filed UNDER SEAL.

New Orleans, Louisiana, this 24th day of April, 2015.

Eldon E. Fallon
United States District Court Judge