# EXHIBIT A

| Defendant | Category | Dates of Documents | Bates Range | Date of Production |
|---|---|---|---|---|
| Taishan Vol. 1 | Annual Reports | 2010-2014 | 0026020 – 0026427 | 4/6/2015 |
| Taishan Vol. 1 | Financial Statements of TG Subsidiaries | 2010-2014 | 0026428-0026797 | 4/6/2015 |
| Taishan Vol. 1 | Bank Loan Agreements | 2014 – 2015 | 0026798-0028017 | 4/6/15 |
| Taishan Vol. 1 | Loan Agreement List | 2010-2015 | 0028018-0028027 | 4/6/15 |
| Taishan Vol. 1 | TG Shareholders Meeting | 2010-2014 | 0028028-0028086 | 4/6/15 |
| Taishan Vol. 1 | TG Fifth Board Resolution | 2011-2013 | 0028087-0028113 | 4/6/15 |
| Taishan Vol. 1 | TG Fourth Board Resolutions | 2010-2011 | 0028114-0028144 | 4/6/15 |
| Taishan Vol. 1 | TG – AIC Registration Information | Date unknown | 0028145-0028710 | 4/6/15 |
| Taishan Vol. 1 | TTP – AIC Registration Information | Date unknown | 0028711-0028801 | 4/6/15 |
| Taishan Vol. 1 | 2014 Annual Report (reproduced) | 2014 | 00028802-0028885 | 4/8/15 |
| Taishan Vol. 2 | Wire Transfer of funds from TG to Alston & Bird | 2015-3-6 | 0028886 | 4/23/2015 |
| Taishan Vol. 2 | Wire Transfer of funds from TG to Alston & Bird | 2015-3-17 | 0028887 | 4/23/2015 |
| Taishan Vol. 2 | Wire Transfer of funds from TG to Alston & Bird | 2014-3-24 | 0028888 | 4/23/2015 |