```
                          UNITED STATES DISTRICT COURT
                          EASTERN DISTRICT OF LOUISIANA


     *****************************************************************

     IN RE:  CHINESE-MANUFACTURED
     DRYWALL PRODUCTS
     LIABILITY LITIGATION

                                   CIVIL DOCKET NO. 09-MD-2047 "L"
                                   NEW ORLEANS, LOUISIANA
                                   FRIDAY, APRIL 17, 2015, 10:00 A.M.
     THIS DOCUMENT RELATES TO
     ALL CASES

     *****************************************************************


                   TRANSCRIPT OF MOTION HEARING PROCEEDINGS
                 HEARD BEFORE THE HONORABLE ELDON E. FALLON
                       UNITED STATES DISTRICT JUDGE


     APPEARANCES:


     FOR THE PLAINTIFFS'
     LIAISON COUNSEL:             HERMAN HERMAN KATZ
                                  BY:  RUSS M. HERMAN, ESQUIRE
                                       LEONARD A. DAVIS, ESQUIRE
                                  820 O'KEEFE AVENUE
                                  NEW ORLEANS LA  70113


                                  LEVIN, FISHBEIN, SEDRAN & BERMAN
                                  BY:  ARNOLD LEVIN, ESQUIRE
                                       SANDRA L. DUGGAN, ESQUIRE
                                  510 WALNUT STREET, SUITE 500
                                  PHILADELPHIA, PA 19106


     FOR THE STATE/FEDERAL
     COORDINATION COMMITTEE:      BARRIOS, KINGSDORF & CASTEIX
                                  BY:  DAWN M. BARRIOS, ESQUIRE
                                  701 POYDRAS STREET, SUITE 3650
                                  NEW ORLEANS LA 70139
```

08:58:43

**OFFICIAL TRANSCRIPT**

```
 1    APPEARANCES CONTINUED:

 2

 3    FOR THE DEFENDANTS'
      LIAISON COUNSEL:              BAKER DONELSON
 4                                  BY:  KERRY J. MILLER, ESQUIRE
                                    201 ST. CHARLES AVENUE, SUITE 3600
 5                                  NEW ORLEANS LA  70170

 6

 7    FOR TAISHAN GYPSUM CO.,
      LTD:                          ALSTON & BIRD
 8                                  BY:  CHRISTINA H. EIKHOFF, ESQUIRE
                                         BERNARD TAYLOR, SR., ESQUIRE
 9                                  ONE ATLANTIC CENTER
                                    1201 WEST PEACHTREE STREET
10                                  ATLANTA, GA 30309

11

      FOR BNBM GROUP AND
12    BNBM PLC:                     DENTONS US
                                    RICHARD L. FENTON, ESQUIRE
13                                  233 SOUTH WACKER DRIVE, SUITE 7800
                                    CHICAGO IL  60606
14

15

      ALSO PRESENT:                 DANIEL BALHOFF, SPECIAL MASTER
16                                  JAMES STENGEL, ESQUIRE
                                    L. CHRISTOPHER VEJNOSKA, ESQUIRE
17                                  JODI FERCHAUD

18

19    OFFICIAL COURT REPORTER:      CATHY PEPPER, CRR, RMR, CCR
                                    CERTIFIED REALTIME REPORTER
20                                  CERTIFIED MERIT REPORTER
                                    500 POYDRAS STREET, ROOM B406
21                                  NEW ORLEANS, LA  70130
                                    (504) 589-7779
22                                  Cathy_Pepper@laed.uscourts.gov

23

      PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
24    PRODUCED BY COMPUTER.

25
```

**OFFICIAL TRANSCRIPT**

1                          **I N D E X**

2

3    <u>ITEMS</u>                                            <u>PAGE</u>

4

5    MOTION TO STRIKE THE HIGHLY CONFIDENTIAL MATTER......   4

6    ALTERNATE SERVICE...................................   17

7    COMPLAINT OMNIBUS 19................................   17

8    REPORT ON THE VIRGINIA SETTLEMENTS..................   21

9    CLARIFICATION FROM THE COURT ON A MINUTE ENTRY THAT

10   WAS ENTERED FOR THE APRIL 7TH DISCOVERY TELEPHONIC

11   CONFERENCE..........................................   25

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                        **OFFICIAL TRANSCRIPT**

1       **P-R-O-C-E-E-D-I-N-G-S**

2       FRIDAY, APRIL 17, 2015

3     M O R N I N G  S E S S I O N

4      (COURT CALLED TO ORDER)

5

6

09:46:16 7    THE DEPUTY CLERK:  All rise.

09:46:23 8    THE COURT:  Be seated, please.

09:46:23 9     The first motion we have is the Motion to Strike

09:46:36 10 the Highly Confidential Matter.  Taishan says that the Court

09:46:41 11 has ruled that the privilege is removed, but they feel that

09:46:47 12 there is a distinction between confidential and

09:46:51 13 nonconfidential, and would like to keep some of them not open

09:46:58 14 to the public.

09:47:00 15    MR. HERMAN:  May I approach, Your Honor?

09:47:01 16    THE COURT:  Yes.

09:47:17 17    MR. HERMAN:  I have a copy of this bench book that I'm

09:47:20 18 going to argue from for each of the defense firms, BNBM,

09:47:29 19 Taishan, and CNBM.

09:47:33 20    May it please the Court, Russ Herman for

09:47:37 21 plaintiffs on this issue.

09:47:39 22    The issue really is whether or not documents

09:47:44 23 which indicate an exception to privilege under crime fraud

09:47:50 24 should be made public.

09:47:53 25    Preliminarily, we note that in the past China has

         **OFFICIAL TRANSCRIPT**

09:47:59 1    brought into the United States defective toys that are lead

09:48:02 2    based, defective built, defective pet supplies, defective

09:48:05 3    drywall and, recently, defective flooring.

09:48:08 4         We believe that there is no reason why these

09:48:12 5    documents should not be made public, so I'm going to address

09:48:15 6    them by number in the bench book.

09:48:18 7         If we turn first to Item 21, Your Honor, we see

09:48:31 8    that BNBM and Taishan, as we look there, knew before they

09:48:46 9    shipped substantial defective drywall to the United States it

09:48:51 10   was defective.  They sent it to a lab, and on May 11, 2006, it

09:48:59 11   was reported that USG said the board had a sulfuric smell to

09:49:03 12   it, and the lab said that both types of board had a very

09:49:08 13   distinct sulfur smell to them.

09:49:11 14        This was between an exclusive agent appointed in

09:49:18 15   the United States and BNBM.  You'll see the BNBM cards attached

09:49:26 16   to this communication.

09:49:30 17        This is in spite of the fact that Taishan denied

09:49:35 18   in depositions in Hong Kong that they knew in advance that the

09:49:39 19   drywall was defective.

09:49:41 20        Then, if we look at item 22, we look at the

09:49:53 21   states where the drywall was brought into the United States,

09:49:58 22   the Gulf States primarily and North Carolina and Virginia.  As

09:50:03 23   we turn the pages, we see that after 2006, substantial

09:50:09 24   shipments were made by Taishan of board which they knew was

09:50:14 25   defective.

**OFFICIAL TRANSCRIPT**

09:50:17  1        That brings us to, Your Honor, the Hogan Lovells

09:50:32  2   e-mail.  Now, the defendants -- I've put in their bench book

09:50:35  3   these e-mails.  I know that they are under seal.  I know they

09:50:38  4   are marked highly confidential.  But there has already been an

09:50:42  5   ego, alter ego, single enterprise finding, and so these are, in

09:50:49  6   fact, their documents.  Therefore, whatever was released to us

09:50:57  7   has been given today to defense counsel for Taishan, BNBM and

09:51:06  8   CNBM.

09:51:08  9        If we look at page 26, we see -- I'm sorry,

09:51:16 10   Item 26, we see several things that CNBM and BNBM were notified

09:51:26 11   about the litigation, and they were determined to withdraw from

09:51:30 12   it.  We believe that these some-odd three thousand people who

09:51:37 13   have been victimized since 2006 deserve to know that.

09:51:42 14        The next page says that Chairman Jia of Taishan

09:51:48 15   is not able to make a decision, it's got to be made higher up.

09:51:53 16   And who are the higher-ups, BNBM and CNBM.

09:51:59 17        There are other e-mails.  The next one relates to

09:52:05 18   CNBM, BNBM and SASAC.

09:52:12 19        Then it follows that Your Honor's contempt order

09:52:19 20   and the injunction was reported up the line to CNBM and BNBM by

09:52:29 21   Taishan.

09:52:30 22        Now, we looked at the actual relationships among

09:52:38 23   these folks who are defendants before Your Honor.  If we look

09:52:44 24   at pages 2 through 11 -- Items 2 through 11 -- and I'm not

09:52:52 25   going to go through all of them, I'll just take the 2010

**OFFICIAL TRANSCRIPT**

09:52:55  1    report -- you'll note that it has a BNBM logo.  It shows that

09:53:04  2    March 17, 2011, the 2010 annual report of BNBM makes reference

09:53:15  3    not only to the lawsuit, but the amount of attorneys' fees that

09:53:21  4    BNBM and Taishan Gypsum are expending in defense of the case.

09:53:29  5    They total some -- I'll round it off -- $4,300,000 as of that

09:53:37  6    date.

09:53:39  7             Further on, it says, "This company and our

09:53:43  8    subsidiaries, Taishan Gypsum Company," so it's clear, in all of

09:53:48  9    these reports.  We've put the ones we've been able to discover

09:53:53 10    and interpret in this binder through 2014.

09:53:59 11             I'll just turn to 2014.  Under material

09:54:05 12    litigation, we find that BNBM, again, is reporting

09:54:16 13    Taishan Gypsum litigation as of that date.

09:54:20 14             The next set of documents, Your Honor, that I

09:54:25 15    would like to address is the documents numbered 12 through

09:54:33 16    20 -- again, I'm not going to labor the Court with an argument

09:54:38 17    that could last several hours -- that show directly that CNBM

09:54:44 18    and CNBM Group are the puppeteers and masters of BNBM and

09:54:51 19    Taishan.

09:54:52 20             Indeed, the annual report, tab 13, of CNBM makes

09:55:01 21    certain admissions, including a chart, which I think Your Honor

09:55:07 22    will find interesting, at page 10, because it shows the parent,

09:55:15 23    it shows then the BNBM and the CNBM, and then the company which

09:55:23 24    controls.  If we go down to lightweight building materials, and

09:55:32 25    we see Taihe, Shandong Taihe, as we do for every year.

**OFFICIAL TRANSCRIPT**

09:55:39   1          The only thing that's added are more affiliates

09:55:41   2     and controls.  We note on the page before that it has, that is,

09:55:48   3     CNBM has the same executive committee virtually for every year

09:55:54   4     from 2007 through 2014.  As discovery goes forward on other

09:56:04   5     issues, we intend to pursue that.

09:56:10   6          Under tab 14, Your Honor, the company profile, at

09:56:17   7     page 2, lists the largest gypsum board producer in Asia.  When

09:56:23   8     you get to 2014, the statement is that CNBM is the largest in

09:56:32   9     the world.

09:56:35  10          You can follow as they add affiliates year by

09:56:38  11     year, but always Taishan and BNBM appear.

09:56:47  12          It's interesting that there is some admissions

09:56:49  13     against interest in which CNBM admits that it controls Taishan

09:56:55  14     through its subsidiary BNBM.

09:57:01  15          So here is the question, Your Honor.  I don't

09:57:04  16     doubt -- I'm often in error, but never in doubt -- but I really

09:57:13  17     do not doubt that we are going to show the affiliates, at some

09:57:16  18     point when we're allowed to, and that at the present time and

09:57:18  19     in 2006, at the time that Taishan and BNBM knew that they had

09:57:26  20     defective drywall and determined that they would export it to

09:57:31  21     the United States, particularly to the Gulf States and Virginia

09:57:34  22     and North Carolina, that CNBM was aware, BNBM was aware, and

09:57:43  23     that CNBM and BNBM were the people upstairs that Taishan had to

09:57:50  24     report to that they weren't going to participate in this case.

09:57:53  25          Now, that brings down to what is equitable.  Is

**OFFICIAL TRANSCRIPT**

09:57:59  1    the public, and particularly those folks that have been

09:58:03  2    endangered by this drywall, some of them have been foreclosed

09:58:07  3    upon, some of them have lived in deplorable conditions, some of

09:58:12  4    them have had to sell properties for much less than value, are

09:58:17  5    they entitled at least to know that Taishan and their Chinese

09:58:26  6    puppeteers, CNBM and BNBM, knew that they were shipping

09:58:32  7    material to the United States that would cause them substantial

09:58:37  8    damage, and they did it anyway.  Why is that not of public

09:58:40  9    interest that outrides any highly confidential documents

09:58:47 10    revealed in the Taishan documents.

09:58:49 11           The last thing I want to say about it is we took

09:58:54 12    depositions in Hong Kong.  Had to take them twice, Your Honor

09:58:57 13    will recall.  It would have been of some interest to the Court,

09:59:13 14    to the public, and to counsel if this information had come

09:59:17 15    forward in the Taishan depositions in Hong Kong.

09:59:24 16           We note now that, unfortunately, the two chief

09:59:30 17    individuals at Taishan, one doesn't work there anymore, his

09:59:33 18    whereabouts are unknown, and the other is ill and can't

09:59:36 19    testify.  At that time, the information, had it come forward in

09:59:44 20    their deposition, would have been public.  There would have

09:59:47 21    been no reason to hide it.

09:59:50 22           Most respectfully, Your Honor, in this situation,

09:59:53 23    we don't see how these documents should be highly confidential.

09:59:59 24    There is a straight linkage, they're relevant, and they will

10:00:06 25    give at least some balm to those folks, those 3,000-plus folks

**OFFICIAL TRANSCRIPT**

10:00:11 1   who now have updated plaintiff profile forms, as to what really

10:00:16 2   happened here.

10:00:17 3          Thank you, Your Honor, for the opportunity.

10:00:20 4       THE COURT:  Thank you very much.  Thank you.

10:00:22 5          Since you're just seeing this document, too, I'll

10:00:24 6   give you an opportunity to write a reply, if you need it.

10:00:29 7       MS. EIKHOFF:  Thank you, Your Honor.  I appreciate

10:00:30 8   that.

10:00:30 9          The bench book that we have just been handed, we

10:00:35 10  haven't had a chance to review it.

10:00:35 11      THE COURT:  Right.

10:00:37 12      MS. EIKHOFF:  It's the first we're seeing it.  It

10:00:38 13  contains a lot of documents that were not produced by Taishan

10:00:42 14  and seem to come from other sources, and we're going to need a

10:00:45 15  chance to digest that and review it.

10:00:46 16         Based on counsel's arguments, however, it seems

10:00:50 17  that this bench book is being used as a platform to make alter

10:00:56 18  ego arguments that the plaintiffs want to make, and otherwise

10:00:59 19  to cast aspersions on Taishan.

10:01:02 20         We understand that's their position.  There is

10:01:05 21  going to be a time and a place for those arguments to be made.

10:01:09 22  It does not strike us that -- on a motion to de-designate

10:01:15 23  confidentiality notations on certain documents under the

10:01:21 24  Court's standing protective order does not seem to be the time

10:01:24 25  and the place to be making such broader allegations and

**OFFICIAL TRANSCRIPT**

arguments.

Now, just to be clear, these documents that are actually at issue in the motion to de-designate are the documents that were produced by Hogan Lovells.  Those documents are discovery materials that are now available for everyone in the case.  All counsel of record get them.

So in terms of redaction and, you know, whether other defendants can see them or not, of course, we understand that, under the PTO, this Court's PTO 16, that these are discovery materials that can be used for discovery in this case.  There is no argument about that.

We also understand, Your Honor, that you have ruled that certain content of those documents are not privileged.  The privilege, any privilege that may have protected them has been removed by this Court's ruling, and we absolutely understand that.

It does not follow, however, Your Honor, that just because they are no longer privileged for purposes of this litigation, that they no longer have any confidentiality protection under PTO 16 and under Rule 26(c).

Rule 26(c) and your protective order, Your Honor, recognize that there is a difference between privilege and confidentiality.  Of course, the parties may designate certain documents as confidential that are not privileged documents.

When these documents were produced by

10:03:01  1    Hogan Lovells, they were deemed by Hogan to be designated as

10:03:06  2    highly confidential, and they were so designated.

10:03:10  3            The PSC has moved, the plaintiffs have moved to

10:03:14  4    remove that -- have moved to have that highly confidential

10:03:19  5    designation removed, and we object to that because we do

10:03:23  6    believe that these are documents that, although they can be

10:03:27  7    freely used for purposes of this litigation among counsel and

10:03:30  8    among parties, that they are discovery materials that do have

10:03:35  9    confidential and proprietary information, business

10:03:39 10    communications, communications made with attorneys with an

10:03:43 11    expectation of confidentiality, and for those reasons we

10:03:47 12    believe that they were properly designated.

10:03:49 13            Now, I would like to direct the Court's attention

10:03:53 14    to the Supreme Court case *Seattle Times v. Rhinehart*, which is

10:03:59 15    467 US 20.  In that case, the Supreme Court has ruled that

10:04:06 16    discovery materials are a horse of a different color from other

10:04:11 17    materials that are subject to open courts and First Amendment

10:04:15 18    issues.

10:04:15 19            Just because a document is produced in discovery

10:04:20 20    does not mean that it becomes automatically a public record,

10:04:23 21    which is what the plaintiffs are arguing.

10:04:27 22            So those are generally our arguments and our

10:04:30 23    position on keeping the designation as it is currently

10:04:33 24    designated, which we think creates no restriction on the use --

10:04:37 25    would create no restriction on use for depositions, but simply

10:04:41  1  just prevents it from becoming a document that is a public

10:04:45  2  document and could be widely disseminated through the press or

10:04:49  3  otherwise.

10:04:49  4        THE COURT:  You want these documents kept under seal,

10:04:51  5  is that it?

10:04:53  6        MS. EIKHOFF:  Yes, Your Honor, because once they are

10:04:55  7  filed in PACER, it essentially does become a public document.

10:04:55  8        THE COURT:  Right.

10:05:00  9        MS. EIKHOFF:  So we understand that the documents are

10:05:02 10  being used for purposes of this litigation.  We received from

10:05:07 11  the parties, the other side, the unredacted versions, and we

10:05:12 12  can deal with that.  The Court receives unredacted.

10:05:12 13        THE COURT:  Right.

10:05:16 14        MS. EIKHOFF:  But for what gets published on the web,

10:05:18 15  that would be protected from public consumption.

10:05:21 16        THE COURT:  Now, what happens if a deposition is taken,

10:05:23 17  and the document is used in a deposition; or, if a trial

10:05:26 18  proceeds, and the document is used in trial?  What would you

10:05:32 19  say to that?  Keep the trial private, too?

10:05:38 20        MS. EIKHOFF:  Well, Your Honor, the PTO does address

10:05:40 21  that, Your Honor, and so we would follow the procedures that

10:05:42 22  are set forth in the PTO.

10:05:44 23        Respectfully, we'll cross that bridge when we

10:05:47 24  come to it.  I mean, I understand that that does change the

10:05:50 25  analysis; but, to date, they have not been introduced into any

**OFFICIAL TRANSCRIPT**

10:05:57 1    trial.

10:05:57 2          Really, the motion that we're dealing with is a

10:06:01 3    motion to say these documents are not entitled to any

10:06:05 4    confidentiality protection for any purposes.  Since they've

10:06:11 5    been produced in discovery, they must become public documents,

10:06:14 6    and we don't believe that's appropriate.

10:06:16 7          THE COURT:  Okay, I understand your argument.

10:06:19 8          MR. HERMAN:  A short rebuttal.

10:06:20 9          May it please the Court, I don't think a highly

10:06:23 10   confidential designation can cover up a fraud.

10:06:26 11         Secondly, I don't think embarrassment by what

10:06:29 12   you've done is enough to assert something is highly

10:06:35 13   confidential and nonprivileged.

10:06:35 14         Lastly, most of these documents were published in

10:06:41 15   English and circulated by these parties.  For example, in 2006,

10:06:53 16   CNBM had a public offering in -- that was published, and,

10:06:58 17   indeed, they attracted shareholders, potential shareholders.

10:07:05 18         This isn't a question of discovery.  It's a

10:07:09 19   question of notice.  Who knew, when did they know, and how were

10:07:14 20   they related to a decision, number one, to distribute defective

10:07:22 21   drywall that they knew was defective in the United States,

10:07:26 22   which was not previously disclosed, and is not a privileged --

10:07:30 23   or deprivileged document; and, when did -- when did they make a

10:07:40 24   determination that they were going to ignore, on the basis of

10:07:44 25   some legal counsel, that United States law, judgments of this

10:07:53 1  Court would not apply.

10:07:56 2       There is a bigger issue here that extends beyond

10:07:59 3  the case, and that is the fact that a United States

10:08:05 4  manufacturer is held to a defective product balancing the

10:08:14 5  books, but a Chinese manufacturer is not.  I think, to keep

10:08:19 6  that document -- or those documents that are Hogan Lovells'

10:08:26 7  deprivileged documents because they may prove embarrassment or

10:08:31 8  because they contradict what Taishan was saying is just not

10:08:37 9  proper, Your Honor.  Thank you.

10:08:38 10      THE COURT:  I understand your argument, both sides.

10:08:42 11      MR. FENTON:  May I say something?

10:08:43 12      THE COURT:  I'll give you an opportunity, too, as I

10:08:46 13 said, to supplement your brief because you've just seen these

10:08:50 14 documents.

10:08:50 15      MR. FENTON:  Rick Fenton, Your Honor, on behalf of

10:08:53 16 BNBM.

10:08:53 17      I had not planned on addressing this motion this

10:08:56 18 morning, but Mr. Herman did make a couple of remarks in his

10:08:59 19 opening statements that I think I do need to address.

10:09:02 20      I would like to direct the Court's attention to

10:09:04 21 tab 21, which is the document that Mr. Herman said evidences

10:09:10 22 some core knowledge of BNBM -- I'm not sure which BNBM entity

10:09:18 23 he's talking about because they are very different entities --

10:09:20 24 about the problems with the drywall.

10:09:22 25      As I was looking at the document, Your Honor, it

**OFFICIAL TRANSCRIPT**

10:09:26 1   was produced by Guardian Building Products.  There is a mention

10:09:31 2   of ASTM testing, but neither of the substantive e-mails are

10:09:38 3   shown, unless I'm missing something, as having gone to BNBM or

10:09:43 4   any of the other Chinese companies.

10:09:45 5          The other thing that caught my eye is that at the

10:09:50 6   very end -- and Mr. Herman referred to the business card of a

10:09:54 7   person at BNBM Company, Ltd, but I noticed that on the Bates

10:10:02 8   numbering, that business card is entirely out of sequence with

10:10:07 9   the other documents, the e-mails that were referenced.

10:10:11 10          Specifically, the first two e-mails, which did

10:10:15 11  not go to anybody at BNBM, they are Bates number of GBT 925 and

10:10:22 12  924, respectively, the Bates number on the business card is

10:10:29 13  GBT 7912.

10:10:30 14          Now, I don't know how these documents got

10:10:35 15  arranged in this order, but I think it is -- and the next

10:10:37 16  business card is 7914 -- but I think it's fair to say that it

10:10:43 17  raises some questions about the statement that this is somehow

10:10:47 18  evidence of prior knowledge by BNBM.

10:10:50 19          I wanted to make that very clear.  This is the

10:10:53 20  first time I've seen these documents, Your Honor.

10:10:54 21      THE COURT:  No, I appreciate it.

10:10:55 22          Well, in your argument, then, you wouldn't have

10:10:56 23  any objection to 924 and 925 being removed as confidential,

10:11:02 24  since they don't apply to you?

10:11:04 25      MR. FENTON:  Your Honor, these are not the Hogan

**OFFICIAL TRANSCRIPT**

10:11:08  1   documents, I don't believe.  These are -- were, I believe, in

10:11:11  2   the notebook.

10:11:12  3        I think the point that Mr. Herman was trying to

10:11:14  4   make is that, based on what he said was the foreknowledge of

10:11:20  5   these companies, the public has a right to know.  I'm saying

10:11:22  6   I'm taking some issue, at least based on these documents, with

10:11:26  7   that assertion.

10:11:26  8        THE COURT:  No, I understand.  Yes.

10:11:27  9        So these may not be -- no one may mind these

10:11:35 10   being removed from confidential since they don't apply to --

10:11:43 11        MR. FENTON:  Your Honor, I really don't know what these

10:11:46 12   documents are, and I don't know whether they are still

10:11:47 13   confidential.  I just don't know.

10:11:49 14        THE COURT:  I understand.  All right.  Okay.

10:11:49 15        MR. FENTON:  Thank you, Your Honor.

10:11:52 16        THE COURT:  I got it.

10:11:53 17        I will take this under advisement.  I'll give you

10:11:57 18   five days to do that, and two days for response, if plaintiffs

10:12:00 19   need it.

10:12:03 20        Another argument that I have, too, is the

10:12:10 21   alternate service that's being made.

10:12:18 22        MS. DUGGAN:  Good morning, Your Honor.  Sandra Duggan

10:12:21 23   for the Plaintiffs' Steering Committee.

10:12:23 24        Nine months ago, the Plaintiffs' Steering

10:12:25 25   Committee filed its Complaint Omnibus 19, and the defendant in

**OFFICIAL TRANSCRIPT**

10:12:29  1    that complaint, the principal defendant is the State-Owned

10:12:32  2    Assets Supervision and Administration Commission for the

10:12:35  3    People's Republic of China, which we refer to as SASAC.

10:12:41  4              We proceeded to serve SASAC under the

10:12:43  5    Hague Convention.  The steps that we took are set forth in the

10:12:48  6    affidavit of our agent, APS International.  It took us about

10:12:51  7    six months, until February 3rd of 2015, for the Ministry of

10:12:58  8    Justice over in China to reject service.  The Ministry invoked

10:13:02  9    Article 13 of the Hague, said it would infringe on the

10:13:06 10    sovereignty of China, and also told us that SASAC is an agent

10:13:09 11    of the government.

10:13:10 12              So based on that statement, we sought the Court's

10:13:14 13    intervention to use the service provisions of the Foreign

10:13:18 14    Sovereign Immunities Act at Section 1608, 28 USC Section

10:13:18 15    1608(b).

10:13:24 16              Now, we understand that CNBM has objected and

10:13:29 17    said we should have proceeded under 1608(a).

10:13:33 18              Whether SASAC is a foreign state or an agent of a

10:13:35 19    foreign state really doesn't matter at this point because the

10:13:38 20    statute sets forth a hierarchy of steps that must be followed.

10:13:42 21              Step one is, if there's a special arrangement

10:13:44 22    between a plaintiff and the defendant, we follow that.  We

10:13:46 23    don't have any special arrangement.

10:13:46 24              THE COURT:  Right.

10:13:48 25              MS. DUGGAN:  Step two is you proceed under the

**OFFICIAL TRANSCRIPT**

10:13:49  1    Hague Convention.  We've done that.

10:13:51  2             We're interested in strictly complying with the

10:13:53  3    statute.  So now we're at Step 3.  Step 3, if they are a

10:13:57  4    foreign state, would suggest that the Clerk of the Court can

10:14:02  5    dispatch notice of the suit, which the Fifth Circuit has said

10:14:05  6    is a brief paragraph explaining what the suit is about, by any

10:14:09  7    form of mail that requires a signed receipt upon the Ministry

10:14:13  8    of Foreign Affairs.

10:14:14  9             We don't think that's the subsection that we

10:14:17 10    should be proceeding under, but, at this point, we're willing

10:14:20 11    to do both.

10:14:21 12             If SASAC is an agent, which they've told us they

10:14:25 13    are, then we need to proceed under any forum that is designed

10:14:31 14    to give them actual notice.  That could be the Clerk of the

10:14:34 15    Court dispatching the summons and the complaint by any form of

10:14:38 16    mail that would give us a signed receipt.

10:14:40 17         THE COURT:  How about if they are the government?

10:14:44 18         MS. DUGGAN:  If they are the government, then 28 USC

10:14:47 19    1608(a) would apply.

10:14:48 20         THE COURT:  Would they have immunity if they are the

10:14:51 21    government?

10:14:51 22         MS. DUGGAN:  Well, we're going to argue that they don't

10:14:54 23    because, under the exception to the Foreign Sovereign

10:14:56 24    Immunities Act, our argument is that a foreign state shall not

10:14:59 25    be immune from the jurisdiction of the Courts of the

**OFFICIAL TRANSCRIPT**

10:15:01  1    United States or of the states in any case in which the action

10:15:05  2    is based upon an act outside the territory of the United States

10:15:08  3    in connection with a commercial activity of the foreign state

10:15:12  4    elsewhere that causes a direct effect in the United States.

10:15:16  5    That's at 28 USC 1605(a)(2).

10:15:19  6            The statute defines commercial activity as either

10:15:22  7    a regular course of commercial conduct or a particular

10:15:26  8    commercial transaction or act, and that's at 1603(d).

10:15:30  9            The allegations in our complaint suggest that

10:15:35  10   this is a commercial activity that has had a direct impact on

10:15:41  11   4,000 plaintiffs with Taishan drywall on their property.

10:15:44  12        THE COURT:  Let me hear from the respondent.  Any

10:15:49  13   argument on the other side?

10:15:54  14        MR. TAYLOR:  Not from us.

10:15:58  15        MR. STENGEL:  No, Your Honor.  As the motion was

10:15:58  16   originally styled, they were seeking to serve SASAC through us,

10:16:01  17   counsel for CNBM.  As I understand where the PSC is now, they

10:16:07  18   have abandoned or withdrawn that aspect, so we have no interest

10:16:09  19   in the resolution of this issue.

10:16:11  20        MS. DUGGAN:  I just want to point out, Your Honor, in

10:16:13  21   our surreply that the Court granted us permission to file, at

10:16:17  22   Rec Doc 18679-3, we submitted a revised proposed order that

10:16:22  23   would use both prongs of the statute, (a) and (b), as a means

10:16:26  24   to achieve service at this point.

10:16:29  25        THE COURT:  Yes.  We're talking about service, we're

**OFFICIAL TRANSCRIPT**

10:16:31  1   not really talking about the substance of it.  It seems that
10:16:35  2   the two -- the fact that they are served doesn't mean that they
10:16:41  3   are engaged in a commercial activity or not engaged in a
10:16:45  4   commercial activity, but it seems to me that the service, we've
10:16:50  5   got to allow service to get them here.  That was my thinking
10:16:53  6   originally.  So I deny any opposition to it.  Go with the
10:17:00  7   service.
10:17:01  8        MS. DUGGAN:  Thank you so much, Your Honor.  We will
10:17:03  9   provide all the proper documents to the Clerk of Court.
10:17:05 10        THE COURT:  As a courtesy to counsel, give counsel --
10:17:08 11   not that it means anything, but at least a courtesy copy of
10:17:11 12   whatever you're going to do.
10:17:13 13        MS. DUGGAN:  We will do that.
10:17:15 14        THE COURT:  You can give it to Taishan, so they can do
10:17:17 15   it, so that there is no issue of accepting something and
10:17:22 16   violating any responsibility to your client.
10:17:31 17        MR. HERMAN:  May it please the Court.
10:17:31 18        THE COURT:  Yes.
10:17:32 19        MR. HERMAN:  I was advised after the first part of the
10:17:34 20   status conference that a Garretson representative was here to
10:17:39 21   report on the Virginia settlements.  If Your Honor would
10:17:47 22   entertain that, I don't think it will take much time.
10:17:49 23        THE COURT:  Sure.  Okay.
10:17:52 24        MS. BARRIOS:  Good morning, again, Your Honor.
10:17:56 25   Dawn Barrios, on behalf of Garretson Resolution Group.

**OFFICIAL TRANSCRIPT**

10:18:00  1              Mr. Bower was here.  He had to leave to catch his

10:18:03  2    plane.  He asked me just to give you a brief summary of his

10:18:06  3    report.

10:18:06  4              The real property damage portion of their

10:18:10  5    settlements, out, paid, everything done.

10:18:13  6              The other loss determinations have gone out in

10:18:16  7    the mail, and they expect to have everything wrapped up within

10:18:20  8    90, 120 days, depending on if there is any appeals.

10:18:23  9         THE COURT:  How many residences are we talking about?

10:18:27 10         MS. BARRIOS:  Between three and four hundred.

10:18:29 11         THE COURT:  Thank you.

10:18:32 12              Okay.  Those are the cases that we tried.  They

10:18:37 13    were very helpful to us in the whole litigation.  I'm glad that

10:18:44 14    the Virginia matters, at least at this level, were taken care

10:18:46 15    of.  I know they have some other issues that are still

10:18:48 16    outstanding, but we'll have to deal with those.

10:18:51 17              I also understand that we have a claimant in the

10:18:56 18    audience.  Do you wish to say something, ma'am?  Come forward.

10:19:02 19              One of the things I do, in having these open

10:19:08 20    court matters, is that I put all of this on my website, so that

10:19:14 21    all of the litigants, as well as their lawyers, know that they

10:19:17 22    have access to the Court.

10:19:19 23              So this is --

10:19:20 24         MS. FERCHAUD:  Yes, Your Honor.  My name is

10:19:21 25    Jodi Ferchaud.  I spoke with you last month.

**OFFICIAL TRANSCRIPT**

10:19:21  1        THE COURT:  Right.

10:19:25  2        MS. FERCHAUD:  Since that last meeting, I have met with

10:19:29  3    Phil Adams and also Tim Harris of Moss Construction, and we

10:19:34  4    have made progress, serious progress in remedying the problems.

10:19:40  5            We're not completely finished.  Nothing is in

10:19:42  6    writing and signed off on, but we're continuing to work out the

10:19:46  7    details.

10:19:46  8            What I'm here for today is I'm here to plead with

10:19:49  9    the Court for lost rents or some sort of form of financial

10:19:54 10    relief.  I've been here since December 15th.  I haven't

10:19:59 11    received rents on the right side of the property since January

10:20:03 12    of 2014; and, the left side, the tenant -- one tenant moved

10:20:09 13    out, like right before the kickoff party.

10:20:12 14            I thought that I qualified for lost rents.  I

10:20:16 15    filled out everything that I was supposed to fill out.  Then, I

10:20:20 16    was told that I signed a release.  I'm not exactly sure or I

10:20:25 17    wasn't familiar with the nuances of that settlement agreement,

10:20:29 18    but if I signed a release to negate what I thought I was

10:20:37 19    actually qualified for, it was my mistake.

10:20:41 20            So I'm asking the Court to consider that, you

10:20:44 21    know, I haven't received the rents.

10:20:47 22            I haven't been home -- I live in Hawaii.  I

10:20:50 23    haven't been home, I haven't seen my daughter in four months.

10:20:53 24    I'm hoping that we can resolve all of the issues, but --

10:20:57 25        THE COURT:  You're still in the discussion phase.

**OFFICIAL TRANSCRIPT**

10:21:01  1          Mr. Balhoff, if you want to say anything about

10:21:05  2     this one.  Are you all talking and working toward some

10:21:07  3     resolution?

10:21:07  4          I know he has his mediator hat on at this time.

10:21:09  5          MR. BALHOFF:  Yes, Your Honor.

10:21:15  6          My name is Dan Balhoff.  I'm the Court-appointed

10:21:22  7     mediator and also the Special Master.  As Your Honor said, for

10:21:25  8     the time being I have my mediator hat on.

10:21:29  9          I've explained to Ms. Ferchaud that I'm trying to

10:21:32 10     mediate this matter for the time being.  If it doesn't succeed,

10:21:35 11     I will put my Special Master hat on and make any decisions that

10:21:40 12     are called upon -- that I'm called upon to make.

10:21:43 13          The parties have been working together.  I've

10:21:46 14     been speaking with the parties.  I spoke to them, as a matter

10:21:50 15     of fact, outside the courtroom just now.

10:21:53 16          As I understand it, Ms. Ferchaud is asking for

10:21:56 17     something beyond what she is discussing with Moss.  She's

10:22:00 18     asking for a remedy from the Court of some monetary figure.  I

10:22:06 19     told her that, until called upon as Special Master, I'm in no

10:22:13 20     position to award her any money.

10:22:14 21          THE COURT:  Yes.  We have a process, ma'am, of doing

10:22:19 22     this.  You make a claim, and the Special Master looks at it and

10:22:24 23     discusses it and then rules on it, and then it comes to me, but

10:22:27 24     we've got to go through the process.

10:22:29 25          But I'm glad that you're able, at least, to work

**OFFICIAL TRANSCRIPT**

10:22:31 1    out some -- I understand, it's been reported to me that you all

10:22:36 2    have made progress with Moss.

10:22:36 3        MS. FERCHAUD:  Yes, sir.

10:22:38 4        THE COURT:  I appreciate Moss' work, and I appreciate

10:22:41 5    yours, too.

10:22:41 6        MS. FERCHAUD:  Thank you.

10:22:41 7        THE COURT:  Thank you very much for bringing it to my

10:22:54 8    attention.

10:22:54 9            Anything else from anyone?

10:23:01 10       MS. EIKHOFF:  Yes, Your Honor.

10:23:03 11       THE COURT:  Yes.

10:23:04 12       MS. EIKHOFF:  Your Honor, on behalf of Taishan, I

10:23:12 13   wanted to seek clarification from the Court on a minute entry

10:23:18 14   that was entered for the April 7th discovery telephonic

10:23:25 15   conference that we had.

10:23:26 16           For about two weeks now, Your Honor, we have been

10:23:29 17   asking for -- for purposes of the damages discovery and getting

10:23:34 18   ready for the damages hearing, we have been asking for raw data

10:23:40 19   and information from BrownGreer and the Garretson Group, which

10:23:45 20   we believe are highly relevant to damages, that includes actual

10:23:49 21   remediation information from Moss & Associates, results of

10:23:56 22   inspections, including identification of which claimants had

10:23:59 23   Taishan drywall, supporting claim information for claimants

10:24:02 24   that are currently identified as being part of the class, and

10:24:05 25   amounts of compensation already received.

**OFFICIAL TRANSCRIPT**

10:24:08  1          To be clear, we are not seeking any thoughts,

10:24:11  2     mental impressions, analysis, from any attorneys or from these

10:24:17  3     groups.  We're really just seeking raw data.

10:24:20  4          We filed a Motion to Compel.  We had a hearing on

10:24:22  5     that Motion to Compel.  Your Honor held that that information

10:24:26  6     was discoverable for purposes of damages, but made a notation

10:24:32  7     to say that at this time that Knauf's proprietary information

10:24:38  8     was not discoverable.

10:24:40  9          We've reached out to Mr. Miller.  Knauf did file

10:24:47 10     a paper after we had that conference, and we reviewed it.  The

10:24:50 11     essence of the paper was that it's all proprietary, and

10:24:53 12     therefore Taishan should not be able to get any of it.

10:24:57 13          We have been trying to work this out with

10:25:00 14     Mr. Miller for the last several days.  We have been in pretty

10:25:04 15     frequent communication.  As it stands now, Your Honor, we're

10:25:11 16     almost there, but we have one hurdle that we haven't been able

10:25:14 17     to overcome, and that is a condition that Knauf has placed on

10:25:18 18     their consent to us getting that information.

10:25:22 19          We have already agreed that we will pay

10:25:24 20     BrownGreer's and Garretson Group's time and expense associated

10:25:30 21     with gathering this information and sending it to us.  That is

10:25:32 22     not an issue.

10:25:33 23          Knauf has also said that they will refuse to

10:25:35 24     allow us to have any access to this raw data unless Taishan

10:25:40 25     agrees to pay BrownGreer's travel expenses, starting today,

**OFFICIAL TRANSCRIPT**

10:25:46  1    related to them coming to the Court to give their presentation

10:25:50  2    to the Court about the status of the Knauf settlement.

10:25:56  3           That strikes us as completely unrelated and not

10:26:00  4    an issue that should be raised as an obstacle to us getting

10:26:05  5    data that every other party in this case has.  From our

10:26:09  6    discussions with the PSC, we have been told that they are

10:26:12  7    working actively with BrownGreer to get these updated plaintiff

10:26:18  8    profile forms, to have that information aggregated and

10:26:21  9    presented to them.  We're the only ones that are locked out of

10:26:25 10    getting this raw data that we need in order to analyze the

10:26:30 11    damages and to prepare our defenses on damages.

10:26:34 12         THE COURT:  Okay.  Just to put this matter in

10:26:39 13    perspective, there was a motion made.  As I try to do, as soon

10:26:44 14    as a motion is made, I try to deal with it immediately.  So I

10:26:46 15    got counsel on the line for the parties that seemed to be

10:26:51 16    involved in this case.

10:26:52 17           Now, oftentimes, in cases of this sort, I just

10:26:55 18    have two sides, the plaintiff and one defendant.  In this case,

10:27:00 19    the difficulty is I have 1,000 defendants in this case, in

10:27:05 20    addition to the regular plaintiffs.

10:27:06 21           So when I get people on the line, it's hard for

10:27:09 22    me to get 1,000 defendants.  Many of them have absolutely

10:27:13 23    nothing to do with this issue.  They are installers, they are

10:27:17 24    mom and pop outfits, things of that sort.  They are not even

10:27:20 25    available to talk to the Court.  So -- and many of them don't

OFFICIAL TRANSCRIPT

10:27:24 1    have attorneys even.

10:27:25 2              So I have to make a judgment and call the

10:27:29 3    people -- I always get two sides to it.  One makes a motion,

10:27:32 4    the other responds to it.  Whoever responds in writing or moves

10:27:37 5    in writing, those are the individuals that I generally get in

10:27:41 6    front of me or on the phone, they talk to me, and I hear from

10:27:45 7    each of them, I have a court reporter there, and I rule

10:27:48 8    immediately.  That's what I did in this situation.

10:27:50 9              But during the argument, it was mentioned to me

10:27:54 10   that Knauf may have some interest in this.  Knauf wasn't on the

10:27:57 11   phone.  So I said, if Knauf has an interest in this, I'm not

10:28:02 12   going to make any decision until I hear from Knauf, to hear

10:28:06 13   what their side of the story is.  So anything that deals with

10:28:12 14   Knauf, I'm going to except from the order.  That's what we're

10:28:17 15   here today for.

10:28:20 16             MR. MILLER:  Thank you, Judge.  Kerry Miller for Knauf.

10:28:22 17             As you pointed out, we actually put in an

10:28:23 18   opposition, I think, as the phone conference was occurring that

10:28:26 19   afternoon.  I think it was last week on Monday, maybe.

10:28:29 20             Your Honor, to clarify Knauf's position, first of

10:28:32 21   all, we don't have any problem at all with Garretson providing

10:28:38 22   Taishan and BNBM and CNBM data for Virginia.

10:28:44 23             The reason for that, Your Honor, is because Knauf

10:28:45 24   wasn't involved in Virginia.  We didn't pay for Garretson, we

10:28:50 25   didn't have any homes.  So if Taishan and the plaintiffs can

**OFFICIAL TRANSCRIPT**

10:28:53  1   work out an arrangement with Garretson, I don't have any issue

10:28:56  2   with that at all.

10:28:57  3          Secondly, Your Honor, with respect to raw data,

10:29:02  4   which, in my mind, is Taishan plaintiff profile forms that were

10:29:07  5   collected in this MDL, BrownGreer became the central

10:29:12  6   clearinghouse for that collection.  I don't have any problem,

10:29:14  7   as long as Taishan pays for it, with BrownGreer sending Taishan

10:29:20  8   all of the profile forms, the actual pieces of paper.  I think

10:29:23  9   we covered that last time.  No problem with that.

10:29:24 10          Third, I heard Mr. Herman in chambers mention

10:29:28 11   that total square foot data of Taishan claimants had been

10:29:33 12   provided to Taishan.  Again, no problem with that at all.

10:29:38 13          Here are my issues, Your Honor, is when it comes

10:29:42 14   down to BrownGreer, as the administrator of the Knauf

10:29:47 15   settlement and of the settlements that are related to Knauf,

10:29:50 16   the Banner, the InEx and the Global builder and installer

10:29:56 17   settlement -- Your Honor is very familiar as to how they all

10:29:58 18   work together -- the agreement was, with respect to all those

10:30:01 19   settlements -- and I think you asked a question when Jake Woody

10:30:05 20   was giving his presentation as to the relationship -- because

10:30:08 21   Knauf receives assignments from homeowners, we have rights to

10:30:11 22   certain of the GBI -- Global, Banner and InEx claims.

10:30:16 23          As part of the negotiation of all those

10:30:18 24   settlements, with all the lawyers who were involved in all the

10:30:21 25   settlements with the PSC, Knauf agreed to pay all the

administrative costs of all of those settlements,
administrative costs being BrownGreer in this particular
instance.

So we paid for BrownGreer not only to administer
the remediation program, which is more specific to Knauf, but
all of the payouts from Banner, from InEx, and from the
builders and installers that participated in the settlements.
We paid for everything, including the payments to homeowners
who made Banner claims and InEx claims and Globals claims who
have no Knauf, who have Taishan.  We paid for BrownGreer to cut
those checks and process those claims, even though we have no
role in those claims at all.  These are participants in GBI who
have Taishan.

Certainly Knauf is reviewing and analyzing its
own claim against Taishan and BNBM and CNBM.  One portion of
that claim would be reimbursement of what we've spent, what
we've incurred in connection with the administration of
Taishan-related claims and damages.

It would have been terrific if Taishan joined us
back in 2010.  We could have worked this out.  We'd pay for the
Knauf share, they'd pay for Taishan share.  It would have been
easy, but it didn't happen that way.

So where I have a problem is when Taishan talks
about raw data that BrownGreer possesses, and they spoke
specifically about remediation data, they spoke specifically

10:31:50 1   about inspections, the remediation data starts with Moss doing

10:31:54 2   an estimate.  We pay for Moss to do the estimate.  Nobody else

10:31:57 3   pays for Moss to do the estimate.

10:32:00 4          The inspections, there are separate inspection

10:32:02 5   companies that go out and inspect the homes to see what kind of

10:32:05 6   drywall they have in it after they provide qualifying material

10:32:09 7   to Mr. Levin.  We pay the independent inspectors.  We pay the

10:32:14 8   independent inspectors regardless of whether or not it's a

10:32:16 9   Taishan home or a Knauf home or a mixed home.  We pay for that.

10:32:21 10          Opposing counsel made a reference to the other

10:32:23 11   side has the information.  Well, there is a reason why the

10:32:26 12   other side has the information.  We have a contract with the

10:32:28 13   other side to share that information with them.

10:32:32 14          Taishan doesn't have a contract with me.  The

10:32:35 15   only reason the plaintiffs have it is because of the settlement

10:32:38 16   agreement, the contractual relationship.  The negotiations that

10:32:42 17   Knauf had with them is part of a very complicated negotiation,

10:32:47 18   where there was give and take on both sides.

10:32:49 19          The proprietary argument that I have, Your Honor,

10:32:53 20   is when you get into -- let me say what else that I'm --

10:32:59 21   BrownGreer can run summary reports on averages, even on the

10:33:04 22   Knauf side.  What's the average size of a Knauf home that's

10:33:08 23   been remediated, what's the average cost, what are the averages

10:33:12 24   in Florida, what are the averages in Mississippi, what are the

10:33:15 25   averages in Louisiana?

**OFFICIAL TRANSCRIPT**

10:33:16  1          I don't have a problem with BrownGreer running

10:33:20  2    that report and giving it to Taishan, if Taishan pays for it,

10:33:24  3    which would give them the useful data I think they are looking

10:33:27  4    for.

10:33:27  5          Where I have a problem, Your Honor, is, is when

10:33:29  6    you look at the 4,000 or so Knauf homes that have been settled

10:33:33  7    in the BrownGreer database, what they told me they wanted when

10:33:37  8    they explained what raw or empirical data meant, they want

10:33:42  9    every piece of information, line by line, homeowner by

10:33:46 10    homeowner, on all those claims.

10:33:48 11          Your Honor, it's inaccurate to say that even the

10:33:52 12    plaintiffs have that information, because the way the

10:33:54 13    BrownGreer portal is set up is one plaintiff lawyer can only

10:33:58 14    look at his clients' claims.  So, Mr. Davis can't look at

10:34:02 15    Mr. Seeger's clients, and Mr. Seeger can't look at Mr. Davis'

10:34:06 16    clients, at that level of detail, because -- Your Honor has

10:34:11 17    worked on these cases for a long time -- what BrownGreer has is

10:34:16 18    it has every piece of information about that homeowner's claim,

10:34:20 19    how much was paid to do this, were there any change orders, how

10:34:24 20    much did they get for rent and relocation, how long did it

10:34:28 21    take, you know, so on and so forth.

10:34:30 22          So what we didn't want to have happen is we have

10:34:32 23    one guy on the street, hey, so how much did your house cost?

10:34:36 24    Well, mine cost $132,000.  The guy down the street, well, it

10:34:41 25    was $104,000.  So that's why only the plaintiff lawyer himself,

**OFFICIAL TRANSCRIPT**

10:34:46  1    the way BrownGreer has it set up, can look at the portal of

10:34:48  2    information.

10:34:49  3              What Taishan has specified it wants is it wants

10:34:52  4    the keys to everything.  It wants a line item with 20 or 30

10:34:57  5    fields of data, by address and by home.  That's all been paid

10:35:01  6    for by Knauf, and it's all been handled as proprietary

10:35:04  7    information between the parties to that contract, that

10:35:06  8    individual release, Knauf and that homeowner, and Knauf and

10:35:10  9    that homeowner's counsel.

10:35:12 10              So, like I say, if they want summary information,

10:35:16 11    that's fine, if they pay for it; but, to get the information,

10:35:18 12    line by line, and make that part of the public record, part of

10:35:22 13    what they are doing -- the PSC has made some relevancy

10:35:26 14    objections, I don't think it's relevant either because it's a

10:35:29 15    different set of circumstances -- that's what my -- that's what

10:35:30 16    I mean by proprietary, not my mental impressions, but the

10:35:34 17    consultants that we've paid for, pursuant to a contract with

10:35:37 18    the PSC, that built this machine on a line-by-line basis,

10:35:41 19    that's my objection.

10:35:42 20         THE COURT:  I understand.  I understand the issues.

10:35:46 21              With regard to the Taishan homes, let's provide

10:35:53 22    the Taishan-only homes information.  That's relevant to them.

10:35:56 23              With regard to the -- and they'll pay for it.

10:36:02 24              With regard to the mixed homes or the -- I'm

10:36:07 25    mainly concerned about the Knauf homes -- give them the summary

**OFFICIAL TRANSCRIPT**

10:36:12 1  information.  Let them pay for that.  Let's get that

10:36:16 2  information first, and see where you are with it.

10:36:19 3        I'll listen to you.  We're talking about amounts,

10:36:21 4  we're talking about money, and I can deal with money.

10:36:26 5        Also, let's get together -- do you know the total

10:36:32 6  cost of all of that?

10:36:34 7      MR. MILLER:  Yeah, I think that BrownGreer can tally up

10:36:36 8  what that total cost is.

10:36:37 9      THE COURT:  All right.  Well, we'll get together that,

10:36:38 10 and I'll decide who pays it.  You may well have to pay it.  If

10:36:42 11 you want it, you may have to pay it.  You probably ought to

10:36:46 12 know whether it's $10 or $10 million before you make that

10:36:48 13 decision.

10:36:48 14     MR. MILLER:  The total cost of what Knauf has paid

10:36:49 15 BrownGreer and the others, Your Honor?

10:36:49 16     THE COURT:  Yes.

10:36:51 17     MR. MILLER:  Yes.  I mean, that's what the issue is,

10:36:52 18 and that's why, at one point, I made the request, really before

10:36:54 19 I understood what the data request was, was for these services,

10:36:59 20 Knauf and BrownGreer entered into a fixed rate contract for

10:37:03 21 fees.  So it's set.  BrownGreer has reached that amount of

10:37:08 22 work.  It's $2.5 million, Your Honor, is what we've paid just

10:37:12 23 for BrownGreer, but then they are talking about Moss, then they

10:37:15 24 are talking about the inspection companies, so that's on top of

10:37:18 25 that.

**OFFICIAL TRANSCRIPT**

10:37:20  1          The ombudsman, the *pro se* cure, I mean, you know,

10:37:22  2   the list goes on and on and on and on and on.  All that data is

10:37:26  3   captured by BrownGreer because they are the central

10:37:29  4   clearinghouse.  So there's more than that --

10:37:29  5          THE COURT:  Well, some of it may not be necessary.  I

10:37:32  6   mean, it doesn't seem to me to be necessary.  If you've got the

10:37:35  7   square footage, if you've got the general average, if you've

10:37:39  8   got all of the Taishan homes -- you know, if you need any

10:37:45  9   additional information after you get all of that, I'll talk

10:37:51 10   with you about it, and I'll see who bears the cost for that.

10:37:57 11          MR. MILLER:  Thank you, Judge.

10:37:58 12          THE COURT:  All right.  Thank you both.

10:37:58 13          Anything else?

10:37:59 14          All right.  Folks, thank you very much.  I'll see

10:38:01 15   you next time.

10:38:03 16          THE DEPUTY CLERK:  All rise.

         17          (WHEREUPON, at 1:27 p.m., the hearing was concluded.)

         18                        *   *   *

         19

         20

         21

         22

         23

         24

         25

                             **OFFICIAL TRANSCRIPT**

1                         REPORTER'S CERTIFICATE

2

3          I, Cathy Pepper, Certified Realtime Reporter, Registered

4    Merit Reporter, Certified Court Reporter in and for the State

5    of Louisiana, Official Court Reporter for the United States

6    District Court, Eastern District of Louisiana, do hereby

7    certify that the foregoing is a true and correct transcript to

8    the best of my ability and understanding from the record of the

9    proceedings in the above-entitled and numbered matter.

10

11

12                          *s/Cathy Pepper*

13                          Cathy Pepper, CRR, RMR, CCR
                            Certified Realtime Reporter
14                          Registered Merit Reporter
                            Official Court Reporter
15                          United States District Court
                            Cathy_Pepper@laed.uscourts.gov
16

17

18

19

20

21

22

23

24

25

                          **OFFICIAL TRANSCRIPT**

## $

**$10** [2] - 34:12
**$104,000** [1] - 32:25
**$132,000** [1] - 32:24
**$4,300,000** [1] - 7:5

## 0

**09-MD-2047** [1] - 1:6

## 1

**1,000** [2] - 27:19, 27:22
**10** [1] - 7:22
**10:00** [1] - 1:7
**11** [3] - 5:10, 6:24
**12** [1] - 7:15
**120** [1] - 22:8
**1201** [1] - 2:9
**13** [2] - 7:20, 18:9
**14** [1] - 8:6
**15th** [1] - 23:10
**16** [2] - 11:9, 11:20
**1603(d)** [1] - 20:8
**1605(a)(2)** [1] - 20:5
**1608** [1] - 18:14
**1608(a** [1] - 19:19
**1608(a)** [1] - 18:17
**1608(b)** [1] - 18:15
**17** [5] - 1:7, 3:6, 3:7, 4:2, 7:2
**18679-3** [1] - 20:22
**19** [1] - 17:25
**19.............................**
. [1] - 3:7
**19106** [1] - 1:21
**1:27** [1] - 35:17

## 2

**2** [3] - 6:24, 8:7
**2.5** [1] - 34:22
**20** [3] - 7:16, 12:15, 33:4
**2006** [5] - 5:10, 5:23, 6:13, 8:19, 14:15
**2007** [1] - 8:4
**201** [1] - 2:4
**2010** [3] - 6:25, 7:2, 30:20
**2011** [1] - 7:2
**2014** [5] - 7:10, 7:11, 8:4, 8:8, 23:12
**2015** [3] - 1:7, 4:2, 18:7

## 21

**21** [3] - 3:8, 5:7, 15:21
**22** [1] - 5:20
**233** [1] - 2:13
**25** [1] - 3:11
**26** [2] - 6:9, 6:10
**26(c** [1] - 11:21
**26(c)** [1] - 11:20
**28** [3] - 18:14, 19:18, 20:5

## 3

**3** [2] - 19:3
**3,000-plus** [1] - 9:25
**30** [1] - 33:4
**30309** [1] - 2:10
**3600** [1] - 2:4
**3650** [1] - 1:24
**3rd** [1] - 18:7

## 4

**4** [1] - 3:5
**4,000** [2] - 20:11, 32:6
**467** [1] - 12:15

## 5

**500** [2] - 1:20, 2:20
**504** [1] - 2:21
**510** [1] - 1:20
**589-7779** [1] - 2:21

## 6

**60606** [1] - 2:13

## 7

**701** [1] - 1:24
**70113** [1] - 1:17
**70130** [1] - 2:21
**70139** [1] - 1:24
**70170** [1] - 2:5
**7800** [1] - 2:13
**7912** [1] - 16:13
**7914** [1] - 16:16
**7th** [1] - 25:14
**7TH** [1] - 3:10

## 8

**820** [1] - 1:17

## 9

**90** [1] - 22:8
**924** [2] - 16:12, 16:23
**925** [2] - 16:11, 16:23

## A

**A.M** [1] - 1:7
**abandoned** [1] - 20:18
**ability** [1] - 36:8
**able** [5] - 6:15, 7:9, 24:25, 26:12, 26:16
**above-entitled** [1] - 36:9
**absolutely** [2] - 11:16, 27:22
**accepting** [1] - 21:15
**access** [2] - 22:22, 26:24
**achieve** [1] - 20:24
**Act** [2] - 18:14, 19:24
**act** [2] - 20:2, 20:8
**action** [1] - 20:1
**actively** [1] - 27:7
**activity** [5] - 20:3, 20:6, 20:10, 21:3, 21:4
**actual** [4] - 6:22, 19:14, 25:20, 29:8
**Adams** [1] - 23:3
**add** [1] - 8:10
**added** [1] - 8:1
**addition** [1] - 27:20
**additional** [1] - 35:9
**address** [5] - 5:5, 7:15, 13:20, 15:19, 33:5
**addressing** [1] - 15:17
**administer** [1] - 30:4
**Administration** [1] - 18:2
**administration** [1] - 30:17
**administrative** [2] - 30:1, 30:2
**administrator** [1] - 29:14
**admissions** [2] - 7:21, 8:12
**admits** [1] - 8:13
**advance** [1] - 5:18
**advised** [1] - 21:19
**advisement** [1] - 17:17
**Affairs** [1] - 19:8
**affidavit** [1] - 18:6
**affiliates** [3] - 8:1,

**8:10, 8:17**
**afternoon** [1] - 28:19
**agent** [5] - 5:14, 18:6, 18:10, 18:18, 19:12
**aggregated** [1] - 27:8
**ago** [1] - 17:24
**agreed** [2] - 26:19, 29:25
**agreement** [3] - 23:17, 29:18, 31:16
**agrees** [1] - 26:25
**ALL** [1] - 1:8
**allegations** [2] - 10:25, 20:9
**allow** [2] - 21:5, 26:24
**allowed** [1] - 8:18
**almost** [1] - 26:16
**ALSO** [1] - 2:15
**ALSTON** [1] - 2:7
**alter** [2] - 6:5, 10:17
**alternate** [1] - 17:21
**ALTERNATE** [1] - 3:6
**Amendment** [1] - 12:17
**amount** [2] - 7:3, 34:21
**amounts** [2] - 25:25, 34:3
**analysis** [2] - 13:25, 26:2
**analyze** [1] - 27:10
**analyzing** [1] - 30:14
**AND** [1] - 2:11
**annual** [2] - 7:2, 7:20
**anyway** [1] - 9:8
**appeals** [1] - 22:8
**appear** [1] - 8:11
**APPEARANCES** [2] - 1:13, 2:1
**apply** [4] - 15:1, 16:24, 17:10, 19:19
**appointed** [2] - 5:14, 24:6
**appreciate** [4] - 10:7, 16:21, 25:4
**approach** [1] - 4:15
**appropriate** [1] - 14:6
**April** [1] - 25:14
**APRIL** [3] - 1:7, 3:10, 4:2
**APS** [1] - 18:6
**argue** [2] - 4:18, 19:22
**arguing** [1] - 12:21
**argument** [10] - 7:16, 11:11, 14:7, 15:10, 16:22, 17:20, 19:24, 20:13, 28:9, 31:19
**arguments** [5] - 10:16, 10:18, 10:21, 11:1,

**12:22**
**ARNOLD** [1] - 1:19
**arranged** [1] - 16:15
**arrangement** [2] - 18:21, 18:23, 29:1
**Article** [1] - 18:9
**Asia** [1] - 8:7
**aspect** [1] - 20:18
**aspersions** [1] - 10:19
**assert** [1] - 14:12
**assertion** [1] - 17:7
**Assets** [1] - 18:2
**assignments** [1] - 29:21
**associated** [1] - 26:20
**Associates** [1] - 25:21
**ASTM** [1] - 16:2
**ATLANTA** [1] - 2:10
**ATLANTIC** [1] - 2:9
**attached** [1] - 5:15
**attention** [3] - 12:13, 15:20, 25:8
**attorneys** [3] - 12:10, 26:2, 28:1
**attorneys'** [1] - 7:3
**attracted** [1] - 14:17
**audience** [1] - 22:18
**automatically** [1] - 12:20
**available** [2] - 11:5, 27:25
**AVENUE** [2] - 1:17, 2:4
**average** [3] - 31:22, 31:23, 35:7
**averages** [4] - 31:21, 31:23, 31:24, 31:25
**award** [1] - 24:20
**aware** [2] - 8:22

## B

**B406** [1] - 2:20
**BAKER** [1] - 2:3
**balancing** [1] - 15:4
**Balhoff** [2] - 24:1, 24:6
**BALHOFF** [2] - 2:15, 24:5
**balm** [1] - 9:25
**Banner** [4] - 29:16, 29:22, 30:6, 30:9
**Barrios** [1] - 21:25
**BARRIOS** [4] - 1:23, 1:23, 21:24, 22:10
**based** [6] - 5:2, 10:16, 17:4, 17:6, 18:12, 20:2
**basis** [2] - 14:24, 33:18

**Bates** [3] - 16:7, 16:11, 16:12
**bears** [1] - 35:10
**became** [1] - 29:5
**become** [2] - 13:7, 14:5
**becomes** [1] - 12:20
**becoming** [1] - 13:1
**BEFORE** [1] - 1:11
**behalf** [3] - 15:15, 21:25, 25:12
**bench** [5] - 4:17, 5:6, 6:2, 10:9, 10:17
**BERMAN** [1] - 1:19
**BERNARD** [1] - 2:8
**best** [1] - 36:8
**between** [6] - 4:12, 5:14, 11:22, 18:22, 22:10, 33:7
**beyond** [2] - 15:2, 24:17
**bigger** [1] - 15:2
**binder** [1] - 7:10
**BIRD** [1] - 2:7
**BNBM** [32] - 2:11, 2:12, 4:18, 5:8, 5:15, 6:7, 6:10, 6:16, 6:18, 6:20, 7:1, 7:2, 7:4, 7:12, 7:18, 7:23, 8:11, 8:14, 8:19, 8:22, 8:23, 9:6, 15:16, 15:22, 16:3, 16:7, 16:11, 16:18, 28:22, 30:15
**board** [4] - 5:11, 5:12, 5:24, 8:7
**book** [5] - 4:17, 5:6, 6:2, 10:9, 10:17
**books** [1] - 15:5
**Bower** [1] - 22:1
**bridge** [1] - 13:23
**brief** [3] - 15:13, 19:6, 22:2
**bringing** [1] - 25:7
**brings** [2] - 6:1, 8:25
**broader** [1] - 10:25
**brought** [2] - 5:1, 5:21
**BrownGreer** [21] - 25:19, 27:7, 29:5, 29:7, 29:14, 30:2, 30:4, 30:10, 30:24, 31:21, 32:1, 32:7, 32:13, 32:17, 33:1, 34:7, 34:15, 34:20, 34:21, 34:23, 35:3
**BrownGreer's** [2] - 26:20, 26:25
**builder** [1] - 29:16
**builders** [1] - 30:7
**Building** [1] - 16:1
**building** [1] - 7:24
**built** [2] - 5:2, 33:18
**business** [5] - 12:9, 16:6, 16:8, 16:12, 16:16
**BY** [7] - 1:16, 1:19, 1:23, 2:4, 2:8, 2:23, 2:24

# C

**CALLED** [1] - 4:4
**captured** [1] - 35:3
**card** [4] - 16:6, 16:8, 16:12, 16:16
**cards** [1] - 5:15
**care** [1] - 22:14
**Carolina** [2] - 5:22, 8:22
**case** [12] - 7:4, 8:24, 11:6, 11:11, 12:14, 12:15, 15:3, 20:1, 27:5, 27:16, 27:18, 27:19
**CASES** [1] - 1:8
**cases** [3] - 22:12, 27:17, 32:17
**cast** [1] - 10:19
**CASTEIX** [1] - 1:23
**CATHY** [1] - 2:19
**Cathy** [2] - 36:3, 36:13
**Cathy_Pepper@laed .uscourts.gov** [2] - 2:22, 36:15
**caught** [1] - 16:5
**causes** [1] - 20:4
**CCR** [2] - 2:19, 36:13
**CENTER** [1] - 2:9
**central** [2] - 29:5, 35:3
**certain** [5] - 7:21, 10:23, 11:13, 11:23, 29:22
**certainly** [1] - 30:14
**CERTIFICATE** [1] - 36:1
**CERTIFIED** [2] - 2:19, 2:20
**Certified** [3] - 36:3, 36:4, 36:13
**certify** [1] - 36:7
**Chairman** [1] - 6:14
**chambers** [1] - 29:10
**chance** [2] - 10:10, 10:15
**change** [2] - 13:24, 32:19
**CHARLES** [1] - 2:4
**chart** [1] - 7:21
**checks** [1] - 30:11
**CHICAGO** [1] - 2:13
**chief** [1] - 9:16
**China** [4] - 4:25, 18:3, 18:8, 18:10
**CHINESE** [1] - 1:4
**Chinese** [3] - 9:5, 15:5, 16:4
**CHINESE-MANUFACTURED** [1] - 1:4
**CHRISTINA** [1] - 2:8
**CHRISTOPHER** [1] - 2:16
**Circuit** [1] - 19:5
**circulated** [1] - 14:15
**circumstances** [1] - 33:15
**CIVIL** [1] - 1:6
**claim** [5] - 24:22, 25:23, 30:15, 30:16, 32:18
**claimant** [1] - 22:17
**claimants** [3] - 25:22, 25:23, 29:11
**claims** [9] - 29:22, 30:9, 30:11, 30:12, 30:18, 32:10, 32:14
**CLARIFICATION** [1] - 3:9
**clarification** [1] - 25:13
**clarify** [1] - 28:20
**class** [1] - 25:24
**clear** [4] - 7:8, 11:2, 16:19, 26:1
**clearinghouse** [2] - 29:6, 35:4
**CLERK** [2] - 4:7, 35:16
**Clerk** [3] - 19:4, 19:14, 21:9
**client** [1] - 21:16
**clients** [2] - 32:15, 32:16
**clients'** [1] - 32:14
**CNBM** [21] - 4:19, 6:8, 6:10, 6:16, 6:18, 6:20, 7:17, 7:18, 7:20, 7:23, 8:3, 8:8, 8:13, 8:22, 8:23, 9:6, 14:16, 18:16, 20:17, 28:22, 30:15
**CO** [1] - 2:7
**collected** [1] - 29:5
**collection** [1] - 29:6
**color** [1] - 12:16
**coming** [1] - 27:1
**commercial** [5] - 20:3, 20:6, 20:7, 20:8, 20:10, 21:3, 21:4
**Commission** [1] - 18:2
**committee** [1] - 8:3
**COMMITTEE** [1] - 1:23
**Committee** [2] - 17:23, 17:25
**communication** [2] - 5:16, 26:15
**communications** [2] - 12:10
**companies** [4] - 16:4, 17:5, 31:5, 34:24
**company** [3] - 7:7, 7:23, 8:6
**Company** [2] - 7:8, 16:7
**Compel** [2] - 26:4, 26:5
**compensation** [1] - 25:25
**Complaint** [1] - 17:25
**COMPLAINT** [1] - 3:7
**complaint** [3] - 18:1, 19:15, 20:9
**completely** [2] - 23:5, 27:3
**complicated** [1] - 31:17
**complying** [1] - 19:2
**COMPUTER** [1] - 2:24
**concerned** [1] - 33:25
**concluded** [1] - 35:17
**condition** [1] - 26:17
**conditions** [1] - 9:3
**conduct** [1] - 20:7
**conference** [4] - 21:20, 25:15, 26:10, 28:18
**CONFERENCE..........
..............................** [1] - 3:11
**CONFIDENTIAL** [1] - 3:5
**Confidential** [1] - 4:10
**confidential** [13] - 4:12, 6:4, 9:9, 9:23, 11:24, 12:2, 12:4, 12:9, 14:10, 14:13, 16:23, 17:10, 17:13
**confidentiality** [5] - 10:23, 11:19, 11:23, 12:11, 14:4
**connection** [2] - 20:3, 30:17
**consent** [1] - 26:18
**consider** [1] - 23:20
**Construction** [1] - 23:3
**consultants** [1] -
33:17
**consumption** [1] - 13:15
**contains** [1] - 10:13
**contempt** [1] - 6:19
**content** [1] - 11:13
**CONTINUED** [1] - 2:1
**continuing** [1] - 23:6
**contract** [5] - 31:12, 31:14, 33:7, 33:17, 34:20
**contractual** [1] - 31:16
**contradict** [1] - 15:8
**controls** [3] - 7:24, 8:2, 8:13
**Convention** [2] - 18:5, 19:1
**COORDINATION** [1] - 1:23
**copy** [2] - 4:17, 21:11
**core** [1] - 15:22
**correct** [1] - 36:7
**cost** [7] - 31:23, 32:23, 32:24, 34:6, 34:8, 34:14, 35:10
**costs** [2] - 30:1, 30:2
**counsel** [11] - 6:7, 9:14, 11:6, 12:7, 14:25, 20:17, 21:10, 27:15, 31:10, 33:9
**COUNSEL** [2] - 1:15, 2:3
**counsel's** [1] - 10:16
**couple** [1] - 15:18
**course** [3] - 11:8, 11:23, 20:7
**court** [2] - 22:20, 28:7
**Court** [28] - 4:10, 4:20, 7:16, 9:13, 12:14, 12:15, 13:12, 14:9, 15:1, 19:4, 19:15, 20:21, 21:9, 21:17, 22:22, 23:9, 23:20, 24:6, 24:18, 25:13, 27:1, 27:2, 27:25, 36:4, 36:5, 36:6, 36:14, 36:15
**COURT** [42] - 1:1, 2:19, 3:9, 4:4, 4:8, 4:16, 10:4, 10:11, 13:4, 13:8, 13:13, 13:16, 14:7, 15:10, 15:12, 16:21, 17:8, 17:14, 17:16, 18:24, 19:17, 19:20, 20:12, 20:25, 21:10, 21:14, 21:18, 21:23, 22:9, 22:11, 23:1, 23:25, 24:21, 25:4, 25:7, 25:11, 27:12, 33:20,

34:9, 34:16, 35:5, 35:12
**Court's** [6] - 10:24, 11:9, 11:15, 12:13, 15:20, 18:12
**Court-appointed** [1] - 24:6
**courtesy** [2] - 21:10, 21:11
**courtroom** [1] - 24:15
**courts** [1] - 12:17
**Courts** [1] - 19:25
**cover** [1] - 14:10
**covered** [1] - 29:9
**create** [1] - 12:25
**creates** [1] - 12:24
**crime** [1] - 4:23
**cross** [1] - 13:23
**CRR** [2] - 2:19, 36:13
**cure** [1] - 35:1
**cut** [1] - 30:10

## D

**damage** [2] - 9:8, 22:4
**damages** [7] - 25:17, 25:18, 25:20, 26:6, 27:11, 30:18
**Dan** [1] - 24:6
**DANIEL** [1] - 2:15
**data** [16] - 25:18, 26:3, 26:24, 27:5, 27:10, 28:22, 29:3, 29:11, 30:24, 30:25, 31:1, 32:3, 32:8, 33:5, 34:19, 35:2
**database** [1] - 32:7
**date** [3] - 7:6, 7:13, 13:25
**daughter** [1] - 23:23
**DAVIS** [1] - 1:16
**Davis** [1] - 32:14
**Davis'** [1] - 32:15
**Dawn** [1] - 21:25
**DAWN** [1] - 1:23
**days** [4] - 17:18, 22:8, 26:14
**de** [2] - 10:22, 11:3
**de-designate** [2] - 10:22, 11:3
**deal** [4] - 13:12, 22:16, 27:14, 34:4
**dealing** [1] - 14:2
**deals** [1] - 28:13
**December** [1] - 23:10
**decide** [1] - 34:10
**decision** [4] - 6:15, 14:20, 28:12, 34:13
**decisions** [1] - 24:11

**deemed** [1] - 12:1
**defective** [13] - 5:1, 5:2, 5:3, 5:9, 5:10, 5:19, 5:25, 8:20, 14:20, 14:21, 15:4
**defendant** [4] - 17:25, 18:1, 18:22, 27:18
**defendants** [5] - 6:2, 6:23, 11:8, 27:19, 27:22
**DEFENDANTS'** [1] - 2:3
**defense** [4] - 4:18, 6:7, 7:4
**defenses** [1] - 27:11
**defines** [1] - 20:6
**denied** [1] - 5:17
**DENTONS** [1] - 2:12
**deny** [1] - 21:6
**deplorable** [1] - 9:3
**deposition** [3] - 9:20, 13:16, 13:17
**depositions** [4] - 5:18, 9:12, 9:15, 12:25
**deprivileged** [2] - 14:23, 15:7
**DEPUTY** [2] - 4:7, 35:16
**deserve** [1] - 6:13
**designate** [3] - 10:22, 11:3, 11:23
**designated** [4] - 12:1, 12:2, 12:12, 12:24
**designation** [3] - 12:5, 12:23, 14:10
**designed** [1] - 19:13
**detail** [1] - 32:16
**details** [1] - 23:7
**determination** [1] - 14:24
**determinations** [1] - 22:6
**determined** [2] - 6:11, 8:20
**difference** [1] - 11:22
**different** [3] - 12:16, 15:23, 33:15
**difficulty** [1] - 27:19
**digest** [1] - 10:15
**direct** [4] - 12:13, 15:20, 20:4, 20:10
**directly** [1] - 7:17
**disclosed** [1] - 14:22
**discover** [1] - 7:9
**discoverable** [2] - 26:6, 26:8
**DISCOVERY** [1] - 3:10
**discovery** [11] - 8:4, 11:5, 11:10, 12:8, 12:16, 12:19, 14:5,

14:18, 25:14, 25:17
**discusses** [1] - 24:23
**discussing** [1] - 24:17
**discussion** [1] - 23:25
**discussions** [1] - 27:6
**dispatch** [1] - 19:5
**dispatching** [1] - 19:15
**disseminated** [1] - 13:2
**distinct** [1] - 5:13
**distinction** [1] - 4:12
**distribute** [1] - 14:20
**District** [3] - 36:6, 36:15
**DISTRICT** [3] - 1:1, 1:1, 1:12
**Doc** [1] - 20:22
**DOCKET** [1] - 1:6
**document** [11] - 10:5, 12:19, 13:1, 13:2, 13:7, 13:17, 13:18, 14:23, 15:6, 15:21, 15:25
**DOCUMENT** [1] - 1:8
**documents** [33] - 4:22, 5:5, 6:6, 7:14, 7:15, 9:9, 9:10, 9:23, 10:13, 10:23, 11:2, 11:4, 11:13, 11:24, 11:25, 12:6, 13:4, 13:9, 14:3, 14:5, 14:14, 15:6, 15:7, 15:14, 16:9, 16:14, 16:20, 17:1, 17:6, 17:12, 21:9
**done** [3] - 14:12, 19:1, 22:5
**DONELSON** [1] - 2:3
**doubt** [3] - 8:16, 8:17
**down** [4] - 7:24, 8:25, 29:14, 32:24
**DRIVE** [1] - 2:13
**drywall** [11] - 5:3, 5:9, 5:19, 5:21, 8:20, 9:2, 14:21, 15:24, 20:11, 25:23, 31:6
**DRYWALL** [1] - 1:5
**DUGGAN** [8] - 1:20, 17:22, 18:25, 19:18, 19:22, 20:20, 21:8, 21:13
**Duggan** [1] - 17:22
**during** [1] - 28:9

## E

**e-mail** [1] - 6:2
**e-mails** [5] - 6:3, 6:17,

16:2, 16:9, 16:10
**EASTERN** [1] - 1:1
**Eastern** [1] - 36:6
**easy** [1] - 30:22
**effect** [1] - 20:4
**ego** [2] - 6:5, 10:18
**EIKHOFF** [9] - 2:8, 10:7, 10:12, 13:6, 13:9, 13:14, 13:20, 25:10, 25:12
**either** [2] - 20:6, 33:14
**ELDON** [1] - 1:11
**elsewhere** [1] - 20:4
**embarrassment** [2] - 14:11, 15:7
**empirical** [1] - 32:8
**end** [1] - 16:6
**endangered** [1] - 6:5
**engaged** [2] - 21:3
**English** [1] - 14:15
**entered** [2] - 25:14, 34:20
**ENTERED** [1] - 3:10
**enterprise** [1] - 6:5
**entertain** [1] - 21:22
**entirely** [1] - 16:8
**entities** [1] - 15:23
**entitled** [3] - 9:5, 14:3, 36:9
**entity** [1] - 15:22
**ENTRY** [1] - 3:9
**entry** [1] - 25:13
**equitable** [1] - 8:25
**error** [1] - 8:16
**ESQUIRE** [11] - 1:16, 1:16, 1:19, 1:20, 1:23, 2:4, 2:8, 2:8, 2:12, 2:16, 2:16
**essence** [1] - 26:11
**essentially** [1] - 13:7
**estimate** [3] - 31:2, 31:3
**evidence** [1] - 16:18
**evidences** [1] - 15:21
**exactly** [1] - 23:16
**example** [1] - 14:15
**except** [1] - 28:14
**exception** [2] - 4:23, 19:23
**exclusive** [1] - 5:14
**executive** [1] - 8:3
**expect** [1] - 22:7
**expectation** [1] - 12:11
**expending** [1] - 7:4
**expense** [1] - 26:20
**expenses** [1] - 26:25
**explained** [2] - 24:9, 32:8

**explaining** [1] - 19:6
**export** [1] - 8:20
**extends** [1] - 15:2
**eye** [1] - 16:5

## F

**fact** [5] - 5:17, 6:6, 15:3, 21:2, 24:15
**fair** [1] - 16:16
**FALLON** [1] - 1:11
**familiar** [2] - 23:17, 29:17
**February** [1] - 18:7
**fees** [2] - 7:3, 34:21
**FENTON** [6] - 2:12, 15:11, 15:15, 16:25, 17:11, 17:15
**Fenton** [1] - 15:15
**Ferchaud** [2] - 22:25, 24:9, 24:16
**FERCHAUD** [5] - 2:17, 22:24, 23:2, 25:3, 25:6
**fields** [1] - 33:5
**Fifth** [1] - 19:5
**figure** [1] - 24:18
**file** [2] - 20:21, 26:9
**filed** [3] - 13:7, 17:25, 26:4
**fill** [1] - 23:15
**filled** [1] - 23:15
**financial** [1] - 23:9
**fine** [1] - 33:11
**finished** [1] - 23:5
**firms** [1] - 4:18
**First** [1] - 12:17
**first** [8] - 4:9, 5:7, 10:12, 16:10, 16:20, 21:19, 28:20, 34:12
**FISHBEIN** [1] - 1:19
**five** [1] - 17:18
**fixed** [1] - 34:20
**flooring** [1] - 5:3
**Florida** [1] - 31:24
**folks** [5] - 6:23, 9:1, 9:25, 35:14
**follow** [4] - 8:10, 11:17, 13:21, 18:22
**followed** [1] - 18:20
**follows** [1] - 6:19
**foot** [1] - 29:11
**footage** [1] - 35:7
**FOR** [6] - 1:15, 1:22, 2:3, 2:7, 2:11, 3:10
**foreclosed** [1] - 9:2
**foregoing** [1] - 36:7
**Foreign** [3] - 18:13, 19:8, 19:23

**foreign** [5] - 18:18, 18:19, 19:4, 19:24, 20:3
**foreknowledge** [1] - 17:4
**form** [3] - 19:7, 19:15, 23:9
**forms** [4] - 10:1, 27:8, 29:4, 29:8
**forth** [4] - 13:22, 18:5, 18:20, 32:21
**forum** [1] - 19:13
**forward** [4] - 8:4, 9:15, 9:19, 22:18
**four** [2] - 22:10, 23:23
**fraud** [2] - 4:23, 14:10
**freely** [1] - 12:7
**frequent** [1] - 26:15
**FRIDAY** [2] - 1:7, 4:2
**FROM** [1] - 3:9
**front** [1] - 28:6

## G

**GA** [1] - 2:10
**Garretson** [7] - 21:20, 21:25, 25:19, 26:20, 28:21, 28:24, 29:1
**gathering** [1] - 26:21
**GBI** [2] - 29:22, 30:12
**GBT** [2] - 16:11, 16:13
**general** [1] - 35:7
**generally** [2] - 12:22, 28:5
**given** [1] - 6:7
**glad** [2] - 22:13, 24:25
**Global** [2] - 29:16, 29:22
**Globals** [1] - 30:9
**government** [4] - 18:11, 19:17, 19:18, 19:21
**granted** [1] - 20:21
**GROUP** [1] - 2:11
**Group** [3] - 7:18, 21:25, 25:19
**Group's** [1] - 26:20
**groups** [1] - 26:3
**Guardian** [1] - 16:1
**Gulf** [2] - 5:22, 8:21
**guy** [2] - 32:23, 32:24
**gypsum** [1] - 8:7
**Gypsum** [3] - 7:4, 7:8, 7:13
**GYPSUM** [1] - 2:7

## H

**Hague** [3] - 18:5, 18:9, 19:1
**handed** [1] - 10:9
**handled** [1] - 33:6
**hard** [1] - 27:21
**Harris** [1] - 23:3
**hat** [3] - 24:4, 24:8, 24:11
**Hawaii** [1] - 23:22
**hear** [4] - 20:12, 28:6, 28:12
**HEARD** [1] - 1:11
**heard** [1] - 29:10
**hearing** [3] - 25:18, 26:4, 35:17
**HEARING** [1] - 1:11
**held** [2] - 15:4, 26:5
**helpful** [1] - 22:13
**hereby** [1] - 36:6
**HERMAN** [8] - 1:15, 1:16, 4:15, 4:17, 14:8, 21:17, 21:19
**Herman** [6] - 4:20, 15:18, 15:21, 16:6, 17:3, 29:10
**hide** [1] - 9:21
**hierarchy** [1] - 18:20
**higher** [2] - 6:15, 6:16
**higher-ups** [1] - 6:16
**Highly** [1] - 4:10
**highly** [8] - 6:4, 9:9, 9:23, 12:2, 12:4, 14:9, 14:12, 15:20
**HIGHLY** [1] - 3:5
**himself** [1] - 32:25
**Hogan** [6] - 6:1, 11:4, 12:1, 15:6, 16:25
**home** [7] - 23:22, 23:23, 31:9, 31:22, 33:5
**homeowner** [3] - 32:9, 32:10, 33:8
**homeowner's** [2] - 32:18, 33:9
**homeowners** [2] - 29:21, 30:8
**homes** [8] - 28:25, 31:5, 32:6, 33:21, 33:22, 33:24, 33:25, 35:8
**Hong** [3] - 5:18, 9:12, 9:15
**Honor** [50] - 4:15, 5:7, 6:1, 6:23, 7:14, 7:21, 8:6, 8:15, 9:12, 9:22, 10:3, 10:7, 11:12, 11:17, 11:21, 13:6,

13:20, 13:21, 15:9, 15:15, 15:25, 16:20, 16:25, 17:11, 17:15, 17:22, 20:15, 20:20, 21:8, 21:21, 21:24, 22:24, 24:5, 24:7, 25:10, 25:12, 25:16, 26:5, 26:15, 28:20, 28:23, 29:3, 29:13, 29:17, 31:19, 32:5, 32:11, 32:16, 34:15, 34:22
**Honor's** [1] - 6:19
**HONORABLE** [1] - 1:11
**hoping** [1] - 23:24
**horse** [1] - 12:16
**hours** [1] - 7:17
**house** [1] - 32:23
**hundred** [1] - 22:10
**hurdle** [1] - 26:16

## I

**identification** [1] - 25:22
**identified** [1] - 25:24
**ignore** [1] - 14:24
**IL** [1] - 2:13
**ill** [1] - 9:18
**immediately** [2] - 27:14, 28:8
**immune** [1] - 19:25
**Immunities** [2] - 18:14, 19:24
**immunity** [1] - 19:20
**impact** [1] - 20:10
**impressions** [2] - 26:2, 33:16
**IN** [1] - 1:4
**inaccurate** [1] - 32:11
**includes** [1] - 25:20
**including** [3] - 7:21, 25:22, 30:8
**incurred** [1] - 30:17
**indeed** [2] - 7:20, 14:17
**independent** [2] - 31:7, 31:8
**indicate** [1] - 4:23
**individual** [1] - 33:8
**individuals** [2] - 9:17, 28:5
**InEx** [4] - 29:16, 29:22, 30:6, 30:9
**information** [25] - 9:14, 9:19, 12:9, 25:19, 25:21, 25:23, 26:5, 26:7, 26:18,

26:21, 27:8, 31:11, 31:12, 31:13, 32:9, 32:12, 32:18, 33:2, 33:7, 33:10, 33:11, 33:22, 34:1, 34:2, 35:9
**infringe** [1] - 18:9
**injunction** [1] - 6:20
**inspect** [1] - 31:5
**inspection** [2] - 31:4, 34:24
**inspections** [3] - 25:22, 31:1, 31:4
**inspectors** [2] - 31:7, 31:8
**installer** [1] - 29:16
**installers** [2] - 27:23, 30:7
**instance** [1] - 30:3
**intend** [1] - 8:5
**interest** [6] - 8:13, 9:9, 9:13, 20:18, 28:10, 28:11
**interested** [1] - 19:2
**interesting** [2] - 7:22, 8:12
**International** [1] - 18:6
**interpret** [1] - 7:10
**intervention** [1] - 18:13
**introduced** [1] - 13:25
**invoked** [1] - 18:8
**involved** [2] - 27:16, 28:24, 29:24
**issue** [12] - 4:21, 4:22, 11:3, 15:2, 17:6, 20:19, 21:15, 26:22, 27:4, 27:23, 29:1, 34:17
**issues** [6] - 8:5, 12:18, 22:15, 23:24, 29:13, 33:20
**Item** [2] - 5:7, 6:10
**item** [2] - 5:20, 33:4
**ITEMS** [1] - 3:3
**Items** [1] - 6:24

## J

**Jake** [1] - 29:19
**JAMES** [1] - 2:16
**January** [1] - 23:11
**Jia** [1] - 6:14
**Jodi** [1] - 22:25
**JODI** [1] - 2:17
**joined** [1] - 30:19
**Judge** [2] - 28:16, 35:11

**JUDGE** [1] - 1:12
**judgment** [1] - 28:2
**judgments** [1] - 14:25
**jurisdiction** [1] - 19:25
**Justice** [1] - 18:8

## K

**KATZ** [1] - 1:15
**keep** [3] - 4:13, 13:19, 15:5
**keeping** [1] - 12:23
**kept** [1] - 13:4
**Kerry** [1] - 28:16
**KERRY** [1] - 2:4
**keys** [1] - 33:4
**kickoff** [1] - 23:13
**kind** [1] - 31:5
**KINGSDORF** [1] - 1:23
**Knauf** [30] - 26:9, 26:17, 26:23, 27:2, 28:10, 28:11, 28:12, 28:14, 28:16, 28:23, 29:14, 29:15, 29:21, 29:25, 30:5, 30:10, 30:14, 30:21, 31:9, 31:17, 31:22, 32:6, 33:6, 33:8, 33:25, 34:14, 34:20
**Knauf's** [2] - 26:7, 28:20
**knowledge** [2] - 15:22, 16:18
**Kong** [3] - 5:18, 9:12, 9:15

## L

**LA** [4] - 1:17, 1:24, 2:5, 2:21
**lab** [2] - 5:10, 5:12
**labor** [1] - 7:16
**largest** [2] - 8:7, 8:8
**last** [7] - 7:17, 9:11, 22:25, 23:2, 26:14, 28:19, 29:9
**lastly** [1] - 14:14
**law** [1] - 14:25
**lawsuit** [1] - 7:3
**lawyer** [2] - 32:13, 32:25
**lawyers** [2] - 22:21, 29:24
**lead** [1] - 5:1
**least** [6] - 9:5, 9:25, 17:6, 21:11, 22:14, 24:25

**leave** [1] - 22:1
**left** [1] - 23:12
**legal** [1] - 14:25
**LEONARD** [1] - 1:16
**less** [1] - 9:4
**level** [2] - 22:14, 32:16
**Levin** - 31:7
**LEVIN** [2] - 1:19, 1:19
**LIABILITY** [1] - 1:5
**LIAISON** [2] - 1:15, 2:3
**lightweight** [1] - 7:24
**line** [10] - 6:20, 27:15, 27:21, 32:9, 33:4, 33:12, 33:18
**line-by-line** [1] - 33:18
**linkage** [1] - 9:24
**list** [1] - 35:2
**listen** [1] - 34:3
**lists** [1] - 8:7
**litigants** [1] - 22:21
**LITIGATION** [1] - 1:5
**litigation** [7] - 6:11, 7:12, 7:13, 11:19, 12:7, 13:10, 22:13
**live** [1] - 23:22
**lived** [1] - 9:3
**locked** [1] - 27:9
**logo** [1] - 7:1
**look** [10] - 5:8, 5:20, 6:9, 6:23, 32:6, 32:14, 32:15, 33:1
**looked** [1] - 6:22
**looking** [2] - 15:25, 32:3
**looks** [1] - 24:22
**loss** [1] - 22:6
**lost** [2] - 23:9, 23:14
**LOUISIANA** [2] - 1:1, 1:7
**Louisiana** [3] - 31:25, 36:5, 36:6
**Lovells** [3] - 6:1, 11:4, 12:1
**Lovells'** [1] - 15:6
**Ltd** [1] - 16:7
**LTD** [1] - 2:7

**M**

**ma'am** [2] - 22:18, 24:21
**machine** [1] - 33:18
**mail** [4] - 6:2, 19:7, 19:16, 22:7
**mails** [5] - 6:3, 6:17, 16:2, 16:9, 16:10
**MANUFACTURED** [1] - 1:4
**manufacturer** [2] -

15:4, 15:5
**March** [1] - 7:2
**marked** [1] - 6:4
**MASTER** [1] - 2:15
**Master** [4] - 24:7, 24:11, 24:19, 24:22
**masters** [1] - 7:18
**material** [3] - 7:11, 9:7, 31:6
**materials** [6] - 7:24, 11:5, 11:10, 12:8, 12:16, 12:17
**matter** [5] - 18:19, 24:10, 24:14, 27:12, 36:9
**Matter** [1] - 4:10
**MATTER.....** [1] - 3:5
**matters** [2] - 22:14, 22:20
**MDL** [1] - 29:5
**mean** [7] - 12:20, 13:24, 21:2, 33:16, 34:17, 35:1, 35:6
**means** [2] - 20:23, 21:11
**meant** [1] - 32:8
**MECHANICAL** [1] - 2:23
**mediate** [1] - 24:10
**mediator** [3] - 24:4, 24:7, 24:8
**meeting** [1] - 23:2
**mental** [2] - 26:2, 33:16
**mention** [2] - 16:1, 29:10
**mentioned** [1] - 28:9
**MERIT** [1] - 2:20
**Merit** [2] - 36:4, 36:14
**met** [1] - 23:2
**MILLER** [6] - 2:4, 28:16, 34:7, 34:14, 34:17, 35:11
**Miller** [3] - 26:9, 26:14, 28:16
**million** [2] - 34:12, 34:22
**mind** [2] - 17:9, 29:4
**mine** [1] - 32:24
**Ministry** [3] - 18:7, 18:8, 19:7
**minute** [1] - 25:13
**MINUTE** [1] - 3:9
**missing** [1] - 16:3
**Mississippi** [1] - 31:24
**mistake** [1] - 23:19
**mixed** [2] - 31:9, 33:24
**mom** [1] - 27:24
**Monday** [1] - 28:19
**monetary** [1] - 24:18

**money** [3] - 24:20, 34:4
**month** [1] - 22:25
**months** [3] - 17:24, 18:7, 23:23
**morning** [3] - 15:18, 17:22, 21:24
**Moss** [8] - 23:3, 24:17, 25:2, 25:21, 31:1, 31:2, 31:3, 34:23
**Moss'** [1] - 25:4
**most** [2] - 9:22, 14:14
**MOTION** [2] - 1:11, 3:5
**motion** [10] - 4:9, 10:22, 11:3, 14:2, 14:3, 15:17, 20:15, 27:13, 27:14, 28:3
**Motion** [3] - 4:9, 26:4, 26:5
**moved** [4] - 12:3, 12:4, 23:12
**moves** [1] - 28:4
**MR** [18] - 4:15, 4:17, 14:8, 15:11, 15:15, 16:25, 17:11, 17:15, 20:14, 20:15, 21:17, 21:19, 24:5, 28:16, 34:7, 34:14, 34:17, 35:11
**MS** [21] - 10:7, 10:12, 13:6, 13:9, 13:14, 13:20, 17:22, 18:25, 19:18, 19:22, 20:20, 21:8, 21:13, 21:24, 22:10, 22:24, 23:2, 25:3, 25:6, 25:10, 25:12
**must** [2] - 14:5, 18:20

**N**

**name** [2] - 22:24, 24:6
**necessary** [2] - 35:5, 35:6
**need** [7] - 10:6, 10:14, 15:19, 17:19, 19:13, 27:10, 35:8
**negate** [1] - 23:18
**negotiation** [2] - 29:23, 31:17
**negotiations** [1] - 31:16
**never** [1] - 8:16
**NEW** [5] - 1:7, 1:17, 1:24, 2:5, 2:21
**next** [5] - 6:14, 6:17, 7:14, 16:15, 35:15
**nine** [1] - 17:24
**NO** [1] - 1:6

**nobody** [1] - 31:2
**nonconfidential** [1] - 4:13
**nonprivileged** [1] - 14:13
**North** [2] - 5:22, 8:22
**notation** [1] - 26:6
**notations** [1] - 10:23
**note** [4] - 4:25, 7:1, 8:2, 9:16
**notebook** [1] - 17:2
**nothing** [2] - 23:5, 27:23
**notice** [3] - 14:19, 19:5, 19:14
**noticed** [1] - 16:7
**notified** [1] - 6:10
**nuances** [1] - 23:17
**number** [4] - 5:6, 14:20, 16:11, 16:12
**numbered** [2] - 7:15, 36:9
**numbering** [1] - 16:8

**O**

**O'KEEFE** [1] - 1:17
**object** [1] - 12:5
**objected** [1] - 18:16
**objection** [2] - 16:23, 33:19
**objections** [1] - 33:14
**obstacle** [1] - 27:4
**occurring** [1] - 28:18
**odd** [1] - 6:12
**OF** [2] - 1:1, 1:11
**offering** [1] - 14:16
**Official** [2] - 36:5, 36:14
**OFFICIAL** [1] - 2:19
**often** [1] - 8:16
**oftentimes** [1] - 27:17
**ombudsman** [1] - 35:1
**Omnibus** [1] - 17:25
**OMNIBUS** [1] - 3:7
**ON** [2] - 3:8, 3:9
**once** [1] - 13:6
**one** [15] - 6:17, 9:17, 14:20, 17:9, 18:21, 22:19, 23:12, 24:2, 26:16, 27:18, 28:3, 30:15, 32:13, 32:23, 34:18
**ONE** [1] - 2:9
**ones** [2] - 7:9, 27:9
**open** [3] - 4:13, 12:17, 22:19
**opening** [1] - 15:19
**opportunity** [3] - 10:3,

10:6, 15:12
**opposing** [1] - 31:10
**opposition** [2] - 21:6, 28:18
**ORDER** [1] - 4:4
**order** [7] - 6:19, 10:24, 11:21, 16:15, 20:22, 27:10, 28:14
**orders** [1] - 32:19
**originally** [2] - 20:16, 21:6
**ORLEANS** [5] - 1:7, 1:17, 1:24, 2:5, 2:21
**otherwise** [2] - 10:18, 13:3
**ought** [1] - 34:11
**outfits** [1] - 27:24
**outrides** [1] - 9:9
**outside** [2] - 20:2, 24:15
**outstanding** [1] - 22:16
**overcome** [1] - 26:17
**own** [1] - 30:15
**Owned** [1] - 18:1

**P**

**p.m** [1] - 35:17
**PA** [1] - 1:21
**PACER** [1] - 13:7
**page** [5] - 6:9, 6:14, 7:22, 8:2, 8:7
**PAGE** [1] - 3:3
**pages** [2] - 5:23, 6:24
**paid** [9] - 22:5, 30:4, 30:8, 30:10, 32:19, 33:5, 33:17, 34:14, 34:22
**paper** [3] - 26:10, 26:11, 29:8
**paragraph** [1] - 19:6
**parent** [1] - 7:22
**part** [6] - 21:19, 25:24, 29:23, 31:17, 33:12
**participants** [1] - 30:12
**participate** [1] - 8:24
**participated** [1] - 30:7
**particular** [2] - 20:7, 30:2
**particularly** [2] - 8:21, 9:1
**parties** [8] - 11:23, 12:8, 13:11, 14:15, 24:13, 24:14, 27:15, 33:7
**party** [2] - 23:13, 27:5
**past** [1] - 4:25

**pay** [15] - 26:19, 26:25, 28:24, 29:25, 30:20, 30:21, 31:2, 31:7, 31:9, 33:11, 33:23, 34:1, 34:10, 34:11
**payments** [1] - 30:8
**payouts** [1] - 30:6
**pays** [4] - 29:7, 31:3, 32:2, 34:10
**PEACHTREE** [1] - 2:9
**people** [6:12, 8:23, 27:21, 28:3
**People's** [1] - 18:3
**Pepper** [3] - 36:3, 36:12, 36:13
**PEPPER** [1] - 2:19
**permission** [1] - 20:21
**person** [1] - 16:7
**perspective** [1] - 27:13
**pet** [1] - 5:2
**phase** [1] - 23:25
**Phil** [1] - 23:3
**PHILADELPHIA** [1] - 1:21
**phone** [3] - 28:6, 28:11, 28:18
**piece** [2] - 32:9, 32:18
**pieces** [1] - 29:8
**place** [2] - 10:21, 10:25
**placed** [1] - 26:17
**plaintiff** [7] - 10:1, 18:22, 27:7, 27:18, 29:4, 32:13, 32:25
**plaintiffs** [10] - 4:21, 10:18, 12:3, 12:21, 17:18, 20:11, 27:20, 28:25, 31:15, 32:12
**PLAINTIFFS'** [1] - 1:15
**Plaintiffs'** [2] - 17:23, 17:24
**plane** [1] - 22:2
**planned** [1] - 15:17
**platform** [1] - 10:17
**PLC** [1] - 2:12
**plead** [1] - 23:8
**point** [7] - 8:18, 17:3, 18:19, 19:10, 20:20, 20:24, 34:18
**pointed** [1] - 28:17
**pop** [1] - 27:24
**portal** [2] - 32:13, 33:1
**portion** [2] - 22:4, 30:15
**position** [4] - 10:20, 12:23, 24:20, 28:20
**possesses** [1] - 30:24
**potential** [1] - 14:17

**POYDRAS** [2] - 1:24, 2:20
**preliminarily** [1] - 4:25
**prepare** [1] - 27:11
**PRESENT** [1] - 2:15
**present** [1] - 8:18
**presentation** [1] - 27:1, 29:20
**presented** [1] - 27:9
**press** [1] - 13:2
**pretty** [1] - 26:14
**prevents** [1] - 13:1
**previously** [1] - 14:22
**primarily** [1] - 5:22
**principal** [1] - 18:1
**private** [1] - 13:19
**privilege** [5] - 4:11, 4:23, 11:14, 11:22
**privileged** [4] - 11:14, 11:18, 11:24, 14:22
**pro** [1] - 35:1
**problem** [7] - 28:21, 29:6, 29:9, 29:12, 30:23, 32:1, 32:5
**problems** [2] - 15:24, 23:4
**procedures** [1] - 13:21
**proceed** [2] - 18:25, 19:13
**proceeded** [2] - 18:4, 18:17
**proceeding** [1] - 19:10
**proceedings** [1] - 36:9
**PROCEEDINGS** [3] - 1:11, 2:23, 4:1
**proceeds** [1] - 13:18
**process** [3] - 24:21, 24:24, 30:11
**PRODUCED** [1] - 2:24
**produced** [6] - 10:13, 11:4, 11:25, 12:19, 14:5, 16:1
**producer** [1] - 8:7
**product** [1] - 15:4
**PRODUCTS** [1] - 1:5
**Products** [1] - 16:1
**profile** [5] - 8:6, 10:1, 27:8, 29:4, 29:8
**program** [1] - 30:5
**progress** [3] - 23:4, 25:2
**prongs** [1] - 20:23
**proper** [2] - 15:9, 21:9
**properly** [1] - 12:12
**properties** [1] - 9:4
**property** [3] - 20:11, 22:4, 23:11
**proposed** [1] - 20:22

**proprietary** [6] - 12:9, 26:7, 26:11, 31:19, 33:6, 33:16
**protected** [2] - 11:15, 13:15
**protection** [2] - 11:20, 14:4
**protective** [2] - 10:24, 11:21
**prove** [1] - 15:7
**provide** [3] - 21:9, 31:6, 33:21
**provided** [1] - 29:12
**providing** [1] - 28:21
**provisions** [1] - 18:13
**PSC** [6] - 12:3, 20:17, 27:6, 29:25, 33:13, 33:18
**PTO** [5] - 11:9, 11:20, 13:20, 13:22
**public** [5] - 4:14, 4:24, 5:5, 9:1, 9:8, 9:14, 9:20, 12:20, 13:1, 13:7, 13:15, 14:5, 14:16, 17:5, 33:12
**published** [3] - 13:14, 14:14, 14:16
**puppeteers** [2] - 7:18, 9:6
**purposes** [6] - 11:18, 12:7, 13:10, 14:4, 25:17, 26:6
**pursuant** [1] - 33:17
**pursue** [1] - 8:5
**put** [6] - 6:2, 7:9, 22:20, 24:11, 27:12, 28:17

## Q

**qualified** [2] - 23:14, 23:19
**qualifying** [1] - 31:6
**questions** [1] - 16:17

## R

**raised** [1] - 27:4
**raises** [1] - 16:17
**rate** [1] - 34:20
**raw** [7] - 25:18, 26:3, 26:24, 27:10, 29:3, 30:24, 32:8
**RE** [1] - 1:4
**reached** [2] - 26:9, 34:21
**ready** [1] - 25:18

**real** [1] - 22:4
**really** [9] - 4:22, 8:16, 10:1, 14:2, 17:11, 18:19, 21:1, 26:3, 34:18
**Realtime** [2] - 36:3, 36:13
**REALTIME** [1] - 2:19
**reason** [5] - 5:4, 9:21, 28:23, 31:11, 31:15
**reasons** [1] - 12:11
**rebuttal** [1] - 14:8
**Rec** [1] - 20:22
**receipt** [2] - 19:7, 19:16
**received** [4] - 13:10, 23:11, 23:21, 25:25
**receives** [2] - 13:12, 29:21
**recently** [1] - 5:3
**recognize** [1] - 11:22
**record** [4] - 11:6, 12:20, 33:12, 36:8
**RECORDED** [1] - 2:23
**redaction** [1] - 11:7
**refer** [1] - 18:3
**reference** [2] - 7:2, 31:10
**referenced** [1] - 16:9
**referred** [1] - 16:6
**refuse** [1] - 26:23
**regard** [3] - 33:21, 33:23, 33:24
**regardless** [1] - 31:8
**Registered** [1] - 36:3
**registered** [1] - 36:14
**regular** [2] - 20:7, 27:20
**reimbursement** [1] - 30:16
**reject** [1] - 18:8
**related** [4] - 14:20, 27:1, 29:15, 30:18
**relates** [1] - 6:17
**RELATES** [1] - 1:8
**relationship** [2] - 29:20, 31:16
**relationships** [1] - 6:22
**release** [3] - 23:16, 23:18, 33:8
**released** [1] - 6:6
**relevancy** [1] - 33:13
**relevant** [4] - 9:24, 25:20, 33:14, 33:22
**relief** [1] - 23:10
**relocation** [1] - 32:20
**remarks** [1] - 15:18
**remediated** [1] - 31:23

**remediation** [4] - 25:21, 30:5, 30:25, 31:1
**remedy** [1] - 24:18
**remedying** [1] - 23:4
**remove** [1] - 12:4
**removed** [5] - 4:11, 11:15, 12:5, 16:23, 17:10
**rent** [1] - 32:20
**rents** [4] - 29:9, 23:11, 23:14, 23:21
**reply** [1] - 10:6
**report** [7] - 7:1, 7:2, 7:20, 8:24, 21:21, 22:3, 32:2
**REPORT** [1] - 3:8
**reported** [3] - 5:11, 6:20, 25:1
**reporter** [1] - 28:7
**REPORTER** [3] - 2:19, 2:19, 2:20
**Reporter** [7] - 36:3, 36:4, 36:5, 36:13, 36:14, 36:14
**REPORTER'S** [1] - 36:1
**reporting** [1] - 7:12
**reports** [2] - 7:9, 31:21
**representative** [1] - 21:20
**Republic** [1] - 18:3
**request** [2] - 34:18, 34:19
**requires** [1] - 19:7
**residences** [1] - 22:9
**resolution** [2] - 20:19, 24:3
**Resolution** [1] - 21:25
**resolve** [1] - 23:24
**respect** [2] - 29:3, 29:18
**respectfully** [2] - 9:22, 12:23
**respectively** [1] - 16:12
**respondent** [1] - 20:12
**responds** [2] - 28:4
**response** [1] - 17:18
**responsibility** [1] - 21:16
**restriction** [2] - 12:24, 12:25
**results** [1] - 25:21
**revealed** [1] - 9:10
**review** [2] - 10:10, 10:15
**reviewed** [1] - 26:10
**reviewing** [1] - 30:14

**revised** [1] - 20:22
**Rhinehart** [1] - 12:14
**RICHARD** [1] - 2:12
**Rick** [1] - 15:15
**rights** [1] - 29:21
**rise** [2] - 4:7, 35:16
**RMR** [2] - 2:19, 36:13
**role** [1] - 30:12
**ROOM** [1] - 2:20
**round** [1] - 7:5
**rule** [1] - 28:7
**Rule** [2] - 11:20, 11:21
**ruled** [3] - 4:11, 11:13, 12:15
**rules** [1] - 24:23
**ruling** [1] - 11:15
**run** [1] - 31:21
**running** [1] - 32:1
**RUSS** [1] - 1:16
**Russ** [1] - 4:20

## S

**s/Cathy** [1] - 36:12
**SANDRA** [1] - 1:20
**Sandra** [1] - 17:22
**SASAC** [7] - 6:18, 18:3, 18:4, 18:10, 18:18, 19:12, 20:16
**se** [1] - 35:1
**seal** [2] - 6:3, 13:4
**seated** [1] - 4:8
**Seattle** [1] - 12:14
**secondly** [2] - 14:11, 29:3
**Section** [2] - 18:14
**SEDRAN** [1] - 1:19
**see** [12] - 5:7, 5:15, 5:23, 6:9, 6:10, 7:25, 9:23, 11:8, 31:5, 34:2, 35:10, 35:14
**Seeger** [1] - 32:15
**Seeger's** [1] - 32:15
**seeing** [2] - 10:5, 10:12
**seek** [1] - 25:13
**seeking** [3] - 20:16, 26:1, 26:3
**seem** [3] - 10:14, 10:24, 35:6
**sell** [1] - 9:4
**sending** [2] - 26:21, 29:7
**sent** [1] - 5:10
**separate** [1] - 31:4
**sequence** [1] - 16:8
**serious** [1] - 23:4
**serve** [2] - 18:4, 20:16
**served** [1] - 21:2

**service** [8] - 17:21, 18:8, 18:13, 20:24, 20:25, 21:4, 21:5, 21:7
**SERVICE**...................
............... [1] - 3:6
**services** [1] - 34:19
**set** [7] - 7:14, 13:22, 18:5, 32:13, 33:1, 33:15, 34:21
**sets** [1] - 18:20
**settled** [1] - 32:6
**settlement** [5] - 23:17, 27:2, 29:15, 29:17, 31:15
**settlements** [8] - 21:21, 22:5, 29:15, 29:19, 29:24, 29:25, 30:1, 30:7
**SETTLEMENTS**.........
............ [1] - 3:8
**several** [3] - 6:10, 7:17, 26:14
**shall** [1] - 19:24
**Shandong** [1] - 7:25
**share** [3] - 30:21, 31:13
**shareholders** [2] - 14:17
**shipments** [1] - 5:24
**shipped** [1] - 5:13
**shipping** [1] - 9:6
**short** [1] - 14:8
**show** [2] - 7:17, 8:17
**shown** [1] - 16:3
**shows** [3] - 7:1, 7:22, 7:23
**side** [9] - 13:11, 20:13, 23:11, 23:12, 28:13, 31:11, 31:12, 31:13, 31:22
**sides** [4] - 15:10, 27:18, 28:3, 31:18
**signed** [5] - 19:7, 19:16, 23:6, 23:16, 23:18
**simply** [1] - 12:25
**single** [1] - 6:5
**situation** [2] - 9:22, 28:8
**six** [1] - 18:7
**size** [1] - 31:22
**smell** [2] - 5:11, 5:13
**some-odd** [1] - 6:12
**soon** [1] - 27:13
**sorry** [1] - 6:9
**sort** [3] - 23:9, 27:17, 27:24
**sought** [1] - 18:12
**sources** [1] - 10:14

**SOUTH** [1] - 2:13
**Sovereign** [2] - 18:14, 19:23
**sovereignty** [1] - 18:10
**speaking** [1] - 24:14
**special** [2] - 18:21, 18:23
**Special** [4] - 24:7, 24:11, 24:19, 24:22
**SPECIAL** [1] - 2:15
**specific** [1] - 30:5
**specifically** [3] - 16:10, 30:25
**specified** [1] - 33:3
**spent** [1] - 30:16
**spite** [1] - 5:17
**square** [2] - 29:11, 35:7
**SR** [1] - 2:8
**ST** [1] - 2:4
**standing** [1] - 10:24
**stands** [1] - 26:15
**starting** [1] - 26:25
**starts** [1] - 31:1
**state** [5] - 18:18, 18:19, 19:4, 19:24, 20:3
**State** [2] - 18:1, 36:4
**State-Owned** [1] - 18:1
**STATE/FEDERAL** [1] - 1:22
**statement** [3] - 8:8, 16:17, 18:12
**statements** [1] - 15:19
**States** [16] - 5:1, 5:9, 5:15, 5:21, 5:22, 8:21, 9:7, 14:21, 14:25, 15:3, 20:1, 20:2, 20:4, 36:5, 36:15
**states** [2] - 5:21, 20:1
**STATES** [2] - 1:1, 1:12
**status** [2] - 21:20, 27:2
**statute** [4] - 18:20, 19:3, 20:6, 20:23
**Steering** [2] - 17:23, 17:24
**STENGEL** [2] - 2:16, 20:15
**STENOGRAPHY** [1] - 2:23
**step** [2] - 18:21, 18:25
**Step** [2] - 19:3
**steps** [1] - 18:5, 18:20
**still** [3] - 17:12, 22:15, 23:25
**story** [1] - 28:13

**straight** [1] - 9:24
**STREET** [4] - 1:20, 1:24, 2:9, 2:20
**street** [2] - 32:23, 32:24
**strictly** [1] - 19:4
**strike** [1] - 10:22
**STRIKE** [1] - 3:5
**Strike** [1] - 4:9
**strikes** [1] - 27:3
**styled** [1] - 20:16
**subject** [1] - 12:17
**submitted** [1] - 20:22
**subsection** [1] - 19:9
**subsidiaries** [1] - 7:8
**subsidiary** [1] - 8:14
**substance** [1] - 21:1
**substantial** [3] - 5:9, 5:23, 9:7
**substantive** [1] - 16:2
**succeed** [1] - 24:10
**suggest** [2] - 19:4, 20:9
**suit** [2] - 19:5, 19:6
**SUITE** [4] - 1:20, 1:24, 2:4, 2:13
**sulfur** [1] - 5:13
**sulfuric** [1] - 5:11
**summary** [4] - 22:2, 31:21, 33:10, 33:25
**summons** [1] - 19:15
**Supervision** [1] - 18:2
**supplement** [1] - 15:13
**supplies** [1] - 5:2
**supporting** [1] - 25:23
**supposed** [2] - 23:15
**Supreme** [2] - 12:14, 12:15
**surreply** [1] - 20:21

## T

**tab** [3] - 7:20, 8:6, 15:21
**Taihe** [2] - 7:25
**Taishan** [51] - 4:10, 4:19, 5:8, 5:17, 5:24, 6:7, 6:14, 6:21, 7:4, 7:8, 7:13, 7:19, 8:11, 8:13, 8:19, 8:23, 9:5, 9:10, 9:15, 9:17, 10:13, 10:19, 15:8, 20:11, 21:14, 25:12, 25:23, 26:12, 26:24, 28:22, 28:25, 29:4, 29:7, 29:11, 29:12, 30:10, 30:13, 30:15, 30:18, 30:19, 30:21,

30:23, 31:9, 31:14, 32:2, 33:3, 33:21, 33:22, 35:8
**TAISHAN** [1] - 2:7
**Taishan-only** [1] - 33:22
**Taishan-related** [1] - 30:18
**talks** [1] - 30:23
**tally** [1] - 34:7
**TAYLOR** [2] - 2:8, 20:14
**TELEPHONIC** [1] - 3:10
**telephonic** [1] - 25:14
**tenant** [2] - 23:12
**terms** [1] - 11:7
**terrific** [1] - 30:19
**territory** [1] - 20:2
**testify** [1] - 9:19
**testing** [1] - 16:2
**THAT** [1] - 3:9
**THE** [48] - 1:11, 1:15, 1:22, 2:3, 3:5, 3:8, 3:9, 3:10, 4:7, 4:8, 4:16, 10:4, 10:11, 13:4, 13:8, 13:13, 13:16, 14:7, 15:10, 15:12, 16:21, 17:8, 17:14, 17:16, 18:24, 19:17, 19:20, 20:12, 20:25, 21:10, 21:14, 21:18, 21:23, 22:9, 22:11, 23:1, 23:25, 24:21, 25:4, 25:7, 25:11, 27:12, 33:20, 34:9, 34:16, 35:5, 35:12, 35:16
**therefore** [2] - 6:6, 26:12
**they've** [2] - 14:4, 19:12
**thinking** [1] - 21:5
**third** [1] - 29:10
**THIS** [1] - 1:8
**thoughts** [1] - 26:1
**thousand** [1] - 6:12
**three** [2] - 6:12, 22:10
**Tim** [1] - 23:3
**TO** [3] - 1:8, 3:5, 4:4
**today** [4] - 6:7, 23:8, 26:25, 28:15
**together** [4] - 24:13, 29:18, 34:5, 34:9
**took** [3] - 9:11, 18:5, 18:6
**top** [1] - 34:24
**total** [5] - 7:5, 29:11, 34:5, 34:8, 34:14
**toward** [1] - 24:2

**toys** [1] - 5:1
**transaction** [1] - 20:8
**transcript** [1] - 36:7
**TRANSCRIPT** [2] -
    1:11, 2:23
**travel** [1] - 26:25
**trial** [4] - 13:17, 13:18,
    13:19, 14:1
**tried** [1] - 22:12
**true** [1] - 36:7
**try** [2] - 27:13, 27:14
**trying** [3] - 17:3, 24:9,
    26:13
**turn** [3] - 5:7, 5:23,
    7:11
**twice** [1] - 9:12
**two** [8] - 9:16, 16:10,
    17:18, 18:25, 21:2,
    25:16, 27:18, 28:3
**types** [1] - 5:12

## U

**under** [16] - 4:23, 6:3,
    7:11, 8:6, 10:23,
    11:9, 11:20, 13:4,
    17:17, 18:4, 18:17,
    18:25, 19:10, 19:13,
    19:23
**understood** [1] -
    34:19
**unfortunately** [1] -
    9:16
**United** [14] - 5:1, 5:9,
    5:15, 5:21, 8:21, 9:7,
    14:21, 14:25, 15:3,
    20:1, 20:2, 20:4,
    36:5, 36:15
**UNITED** [2] - 1:1, 1:12
**unknown** [1] - 9:18
**unless** [2] - 16:3,
    26:24
**unredacted** [2] -
    13:11, 13:12
**unrelated** [1] - 27:3
**up** [7] - 6:15, 6:20,
    14:10, 22:7, 32:13,
    33:1, 34:7
**updated** [2] - 10:1,
    27:7
**ups** [1] - 6:16
**upstairs** [1] - 8:23
**US** [2] - 2:12, 12:15
**USC** [3] - 18:14,
    19:18, 20:5
**useful** [1] - 32:3
**USG** [1] - 5:11

## V

**value** [1] - 9:4
**VEJNOSKA** [1] - 2:16
**versions** [1] - 13:11
**victimized** [1] - 6:13
**violating** [1] - 21:16
**Virginia** [6] - 5:22,
    8:21, 21:21, 22:14,
    28:22, 28:24
**VIRGINIA** [1] - 3:8
**virtually** [1] - 8:3

## W

**WACKER** [1] - 2:13
**WALNUT** [1] - 1:20
**wants** [3] - 33:3, 33:4
**WAS** [1] - 3:10
**web** [1] - 13:14
**website** [1] - 22:20
**week** [1] - 28:19
**weeks** [1] - 25:16
**WEST** [1] - 2:9
**whereabouts** [1] -
    9:18
**WHEREUPON** [1] -
    35:17
**whole** [1] - 22:13
**widely** [1] - 13:2
**willing** [1] - 19:10
**wish** [1] - 22:18
**withdraw** [1] - 6:11
**withdrawn** [1] - 20:18
**Woody** [1] - 29:19
**world** [1] - 8:9
**wrapped** [1] - 22:7
**write** [1] - 10:6
**writing** [3] - 23:6,
    28:4, 28:5

## Y

**year** [4] - 7:25, 8:3,
    8:10, 8:11