```
 1                     UNITED STATES DISTRICT COURT
                       EASTERN DISTRICT OF LOUISIANA
 2

 3
           ***************************************************************
 4

           IN RE:  CHINESE-MANUFACTURED
 5         DRYWALL PRODUCTS
           LIABILITY LITIGATION
 6
                                       CIVIL DOCKET NO. 09-MD-2047 "L"
 7                                     NEW ORLEANS, LOUISIANA
                                       FRIDAY, APRIL 17, 2015, 9:00 A.M.
 8         THIS DOCUMENT RELATES TO
           ALL CASES
 9
           ***************************************************************
10

11                 TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS
                  HEARD BEFORE THE HONORABLE ELDON E. FALLON
12                     UNITED STATES DISTRICT JUDGE

13
           APPEARANCES:
14


15

           FOR THE PLAINTIFFS'
16         LIAISON COUNSEL:              HERMAN HERMAN KATZ
                                         BY:  RUSS M. HERMAN, ESQUIRE
17                                            LEONARD A. DAVIS, ESQUIRE
                                         820 O'KEEFE AVENUE
18                                       NEW ORLEANS LA  70113

19
                                         LEVIN, FISHBEIN, SEDRAN & BERMAN
20                                       BY:  ARNOLD LEVIN, ESQUIRE
                                              SANDRA L. DUGGAN, ESQUIRE
21                                       510 WALNUT STREET, SUITE 500
                                         PHILADELPHIA, PA 19106
22

23         FOR THE STATE/FEDERAL
           COORDINATION COMMITTEE:       BARRIOS, KINGSDORF & CASTEIX
24                                       BY:  DAWN M. BARRIOS, ESQUIRE
                                         701 POYDRAS STREET, SUITE 3650
25                                       NEW ORLEANS LA 70139
```

08:58:43

**OFFICIAL TRANSCRIPT**

```
 1    APPEARANCES CONTINUED:

 2

 3    FOR THE DEFENDANTS'
      LIAISON COUNSEL:            BAKER DONELSON
 4                                BY:  KERRY J. MILLER, ESQUIRE
                                  201 ST. CHARLES AVENUE, SUITE 3600
 5                                NEW ORLEANS LA  70170

 6

 7    FOR TAISHAN GYPSUM CO.,
      LTD:                        ALSTON & BIRD
 8                                BY:  CHRISTINA H. EIKHOFF, ESQUIRE
                                       BERNARD TAYLOR, SR., ESQUIRE
 9                                ONE ATLANTIC CENTER
                                  1201 WEST PEACHTREE STREET
10                                ATLANTA, GA 30309

11

      FOR BNBM GROUP AND
12    BNBM PLC:                   DENTONS US
                                  RICHARD L. FENTON, ESQUIRE
13                                233 SOUTH WACKER DRIVE, SUITE 7800
                                  CHICAGO IL  60606
14

15

      ALSO PRESENT:              DANIEL BALHOFF, SPECIAL MASTER
16                               JAMES STENGEL, ESQUIRE
                                 L. CHRISTOPHER VEJNOSKA, ESQUIRE
17                               JODI FERCHAUD

18

19    OFFICIAL COURT REPORTER:   CATHY PEPPER, CRR, RMR, CCR
                                 CERTIFIED REALTIME REPORTER
20                               CERTIFIED MERIT REPORTER
                                 500 POYDRAS STREET, ROOM B406
21                               NEW ORLEANS, LA  70130
                                 (504) 589-7779
22                               Cathy_Pepper@laed.uscourts.gov

23

      PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
24    PRODUCED BY COMPUTER.

25
```

**OFFICIAL TRANSCRIPT**

1                            **I N D E X**

2

3        AGENDA ITEMS                                          PAGE

4

5        PRETRIAL ORDERS.......................................   9

6        ADDITIONAL PRETRIAL ORDERS...........................  10

7        STATE COURT SETTINGS.................................  10

8        STATE/FEDERAL COORDINATION...........................  10

9        OMNIBUS CLASS ACTIONS................................  11

10       CLASS ACTION COMPLAINTS..............................  11

11       PLAINTIFFS' MOTIONS TO ESTABLISH A PLAINTIFFS'

12       LITIGATION FEE AND EXPENSE FUND......................  11

13       PLAINTIFFS' LITIGATION FEE AND EXPENSE FUND..........  11

14       REMEDIATION..........................................  11

15       MONTHLY STATUS REPORT FOR THE SETTLEMENT PROGRAM.....  13

16       SHARED COSTS.........................................  18

17       VENTURE SUPPLY AND PORTER BLAINE DEFENDANTS..........  19

18       PLAINTIFF AND DEFENDANT PROFILE FORMS................  20

19       FREQUENTLY ASKED QUESTIONS...........................  20

20       MATTERS SET FOR HEARING AFTER THE CONFERENCE TODAY...  20

21       *PRO SE* CLAIMANTS...................................  20

22       PHYSICAL EVIDENCE PRESERVATION ORDER.................  20

23       ENTRY OF PRELIMINARY DEFAULT.........................  21

24       LOUISIANA ATTORNEY GENERAL...........................  21

25       EMPIRICAL CLAIMANT AND REMEDIATION DATA..............  21

                        **OFFICIAL TRANSCRIPT**

1    PROFILE FORM.......................................    22

2    JUNE 9TH FOR THE DAMAGE TRIAL......................    22

3    NEXT MEETING IS MAY 20TH, 2015.....................    22

4    FOLLOWING ONE IS JUNE 23, 2015.....................    22

5    LENNAR CORPORATION'S MOTION TO ENFORCE THE BAR ORDER.    22

6    GRANT THAT MOTION..................................    22

7    KNAUF'S MOTION TO DISMISS THE SETTLEMENT OBLIGATIONS.    22

8    GRANT THAT.........................................    22

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**OFFICIAL TRANSCRIPT**

1       **P-R-O-C-E-E-D-I-N-G-S**

08:58:43  2       FRIDAY, APRIL 17, 2015

08:58:43  3       M O R N I N G   S E S S I O N

08:58:43  4       (COURT CALLED TO ORDER)

08:58:43  5

09:03:27  6

09:03:46  7       THE DEPUTY CLERK:  All rise.

09:10:51  8       THE COURT:  Be seated, please.  Good morning, ladies

09:10:51  9  and gentlemen.

09:10:51 10       VOICES:  Good morning, Your Honor.

09:10:52 11       THE COURT:  Call the case, please.

09:10:54 12       THE DEPUTY CLERK:  MDL 2047, *Chinese-Manufactured*

09:10:59 13  *Drywall Products Liability Litigation*.

09:11:01 14       THE COURT:  Counsel, make your appearance for the

09:11:03 15  record, liaison.

09:11:06 16       MR. HERMAN:  May it please the Court.  Good morning,

09:11:09 17  Judge Fallon.  Russ Herman for plaintiffs.

09:11:13 18       MR. MILLER:  Good morning, Russ.

09:11:14 19          Good morning, Judge Fallon.  Kerry Miller, on

09:11:18 20  behalf of the Defense Steering Committee and Knauf.

09:11:18 21       THE COURT:  Somebody from -- Bernard, you want to make

09:11:21 22  your appearance?

09:11:21 23       MR. TAYLOR:  Good morning, Your Honor.  Bernard Taylor

09:11:23 24  and Christy Eikhoff on behalf of Taishan.

09:11:29 25       MR. FENTON:  Good morning, Your Honor.  Rick Fenton on

**OFFICIAL TRANSCRIPT**

09:11:32  1  behalf of BNBM Group and BNBM PLC.

09:11:41  2         THE COURT:  Okay.  Welcome, BNBM, to this litigation.

09:11:43  3         I met with counsel a moment ago, lead and

09:11:49  4  liaison, just to discuss some of the issues.  After hearing

09:11:54  5  from them, I moved the hearing from 10 days from now until

09:12:02  6  June the 9th, to give the parties an opportunity to discover

09:12:08  7  the matter and exchange documents.

09:12:11  8         Now, I did that, but I need counsel to meet and

09:12:17  9  confer on getting together a scheduling order, so that we don't

09:12:22 10  have any misunderstandings.  I do expect good faith from both

09:12:26 11  sides to deliver the documents that you need to deliver without

09:12:32 12  any making people jump through hoops that are not necessary.

09:12:36 13  So I look to the good faith of the parties, and because of the

09:12:41 14  quality of counsel, I know I will receive that.

09:12:44 15         I also mentioned to them that I see that we're

09:12:50 16  presently on two tracks in this aspect of the case.  The first

09:12:54 17  track is the contempt of court track, and the second track is

09:13:00 18  the damage track.

09:13:01 19         Now, with contempt of court, as we all know, I

09:13:07 20  held Taishan in contempt of court on July 17th of 2014, after

09:13:16 21  trying, on a number of occasions, to get them to participate.

09:13:21 22  They didn't, and so I had no alternative but to hold them in

09:13:26 23  contempt of court.

09:13:26 24         In my contempt order, I provided three things:

09:13:30 25  One, I ordered them to pay $15,000 attorneys' fees; I ordered

**OFFICIAL TRANSCRIPT**

09:13:35  1    them to pay $40,000 penalty; and, I also enjoined Taishan and

09:13:43  2    any of its affiliates or subsidiaries from doing business in

09:13:47  3    the United States during the period of time that they were in

09:13:51  4    contempt.

09:13:52  5         On March 9th, Taishan paid the $40,000 penalty,

09:14:01  6    and around that same time, they paid $15,000 attorneys' fees.

09:14:07  7    Shortly thereafter, a week or two later, they paid the entire

09:14:12  8    judgment, court costs and interest, some $3 million, or

09:14:17  9    thereabouts.  But the third aspect was not dealt with, namely,

09:14:26  10   whether or not they were doing business, either they, their

09:14:31  11   subsidiaries or affiliates, in the United States, and, if so,

09:14:33  12   how much did they earn.

09:14:35  13        So it seemed to me that, with that aspect of the

09:14:38  14   contempt order, it was fair to allow the plaintiffs to discover

09:14:41  15   that.  I'm not interested in whether Taishan has any money --

09:14:48  16   they've paid their money at this point, their judgment -- but

09:14:51  17   I'm interested in knowing whether either they or their

09:14:54  18   affiliates did business in the United States during that period

09:14:57  19   of time, namely between July 17, 2014, and at least March 9th

09:15:05  20   of 2015.  So that's the focus and needs to be the focus of the

09:15:12  21   discovery on the contempt order.

09:15:17  22        The other aspects of the discovery, we're not

09:15:21  23   there yet.  What I assume would happen, if neither Taishan nor

09:15:26  24   any of its affiliates did business in the United States, then

09:15:30  25   that ends it.

**OFFICIAL TRANSCRIPT**

09:15:30  1          If they did do business in the United States,

09:15:33  2   then it's a question of who they are and how much did they earn

09:15:40  3   during that period of time.

09:15:42  4          At that point, I would issue a judgment against

09:15:44  5   those individuals to pay the amount.  Then, I assume that the

09:15:53  6   plaintiffs will either execute on that judgment or have a

09:15:58  7   judgment debtor rule to find out what these affiliates have and

09:16:02  8   where they have it, and then followed by some seizure.  That's

09:16:06  9   generally the way it works.  So I assume that would be the

09:16:11 10   course of the day.

09:16:14 11          But, at the same time that we're dealing with

09:16:18 12   that, we're also dealing with a damage trial.  From the damage

09:16:23 13   trial standpoint, I would assume that, for the most part, the

09:16:29 14   defendants will have interest in obtaining discovery.

09:16:35 15          I assume they may have an expert.  If they have

09:16:37 16   an expert, then I would assume the plaintiffs will have an

09:16:41 17   interest in finding out what that expert says before the

09:16:45 18   hearing, before the trial.

09:16:46 19          So that's the discovery relating to the damage

09:16:52 20   case, but it's separate and distinct from the other part of it;

09:17:00 21   but, because of that, it just seemed to me that that could not

09:17:03 22   be done within 10 days.

09:17:05 23          I also am looking to Taishan and its affiliates

09:17:09 24   to voluntarily participate, because if they don't voluntarily

09:17:15 25   participate, then I'm going to have a hard time allowing them

                          **OFFICIAL TRANSCRIPT**

09:17:18  1    to participate in the damage case.

09:17:21  2          You can't pick and choose.  You either have to

09:17:23  3    participate in litigation or not participate in litigation.

09:17:26  4    You can't participate in the part of the litigation that you're

09:17:30  5    interested in and not participate in the other litigation.

09:17:35  6          So that's why I think carrying these two things

09:17:38  7    together makes a lot of sense to me.  So on July 9th, we'll

09:17:46  8    deal with both of those issues -- June, I'm sorry, June 9th,

09:17:51  9    excuse me.

09:17:51 10          Let me then take the proposed agenda.  Any

09:17:59 11    pretrial orders?

09:18:00 12          MR. HERMAN:  Yes, Your Honor.  As a matter of

09:18:02 13    professional courtesy, we note that the attorneys for CNBM and

09:18:07 14    its group is in the courtroom and have not yet been introduced

09:18:11 15    in these proceedings today.  They may want to step up and at

09:18:15 16    least identify themselves.

09:18:17 17          I have this morning served on CNBM, BNBM, and

09:18:24 18    Taishan, in English, all of the CNBM reports and public

09:18:29 19    offerings since 2006 through date.  So, counsel may want to

09:18:32 20    step up and identify himself.

09:18:37 21          MR. STENGEL:  Good morning, Your Honor.  Jim Stengel,

09:18:39 22    from Orrick, Herrington, for CNBM Group and Ltd.

09:18:39 23          THE COURT REPORTER:  Please speak into the microphone.

09:18:39 24    There are people on the phone.

09:18:45 25          MR. STENGEL:  Jim Stengel, from Orrick, Herrington, for

**OFFICIAL TRANSCRIPT**

09:18:51 1   the CNBM Group and Limited.  With me today is Chris Vejnoska,
09:18:51 2   my partner, also at Orrick, Herrington.
09:18:54 3                Good morning.
09:18:54 4       THE COURT:  Welcome to both of you all.  We're
09:18:56 5   delighted to have you.
09:18:57 6                The reason for speaking into the microphone, we
09:18:59 7   have 250 people listening, so it's helpful if we keep them
09:19:02 8   advised.  Thank you very much.
09:19:06 9       MR. HERMAN:  May it please the Court.
09:19:09 10               Judge Fallon, with respect to the schedule for
09:19:13 11  today, there are no additional pretrial orders.
09:19:17 12               Again, we invite all folks in the courtroom and
09:19:22 13  on the phone to the Court's website, which lists the various
09:19:27 14  status reports and transcripts of status reports, as well as
09:19:32 15  these pretrial orders.
09:19:32 16               State court settings, Ms. Barrios is here.  I
09:19:38 17  understand that there are none, but you may want to have a
09:19:41 18  report on the state/federal coordination.
09:19:44 19       THE COURT:  Okay.
09:19:47 20       MS. BARRIOS:  Thank you, Mr. Herman.
09:19:50 21               Judge, as the joint report indicates, there are
09:19:53 22  no more trial settings.
09:19:55 23               I did want to state for the record that Virginia
09:19:58 24  is officially finished.
09:19:58 25       THE COURT:  Right.

**OFFICIAL TRANSCRIPT**

09:20:00 1    MS. BARRIOS:  The only thing that is left to do is just

09:20:02 2    cleaning up the docket.

09:20:03 3         Mr. Bower, from Garretson Resolution Group, is

09:20:07 4    here to make his report on the settlement status, but that's

09:20:11 5    Roman numeral XI.

09:20:12 6         Thank you, Your Honor.

09:20:13 7    THE COURT:  All right.  Fine.  Thanks very much.

09:20:14 8         The state court judge in that case did a great

09:20:17 9    job, and I enjoyed working with her on it.  I'm glad that that

09:20:22 10   aspect of the case has been resolved.

09:20:23 11        Anything on omnibus class actions?

09:20:26 12   MR. HERMAN:  Nothing, new, Your Honor.  It's Item

09:20:29 13   Roman numeral IV on the status report.  We'll bring folks on

09:20:35 14   the phone and in the courtroom up to date as to where they are.

09:20:42 15        With respect to Item Number V, class action

09:20:44 16   complaints, there is nothing new.

09:20:47 17        With respect to plaintiffs' motions to establish

09:20:50 18   a plaintiffs' litigation fee and expense fund, there are

09:20:54 19   additional deposits which are being made, as appropriate.

09:21:01 20        With respect to remediation, Number VII,

09:21:02 21   Kerry Miller is here and will speak to that issue.

09:21:10 22   MR. MILLER:  Good morning again, Judge.  Kerry Miller.

09:21:16 23        Real briefly, on Item Number VII, remediation, as

09:21:19 24   I reported in the prior conferences this year, the program is

09:21:23 25   in the wind-down phase.

09:21:26 1          Phil Adams from Moss is here, as he has been at

09:21:27 2  the monthly status conferences.  Phil was informing me

09:21:30 3  yesterday, Your Honor, in fact, there are only 32 homes under

09:21:33 4  construction right now.  We now have moved into the last group,

09:21:38 5  the *pro se* group, that Bob Johnston had been maintaining.  They

09:21:42 6  are now moving into remediation.  So it looks like the

09:21:45 7  remediation program will wrap up in 2015.

09:21:49 8          THE COURT:  That's great.  As mentioned all the time,

09:21:52 9  we have a Moss representative here, so that if any litigants

09:21:58 10 who happen to be in the courtroom or the attorneys for

09:22:01 11 litigants have a problem with the remediation program, they can

09:22:05 12 speak with Moss in person.  So I appreciate Phil Adams being

09:22:12 13 with us throughout this period.

09:22:14 14         MR. HERMAN:  I might indicate that Moss, Phil and the

09:22:20 15 ombudsmen -- have been working very, very hard these last four

09:22:24 16 or five weeks, and what they have left are some recurrent

09:22:28 17 issues that they are actively resolving.

09:22:33 18          At this point, Your Honor, it may be appropriate

09:22:38 19 to hear from BrownGreer, through Mr. Jacob Woody, as to his

09:22:44 20 usual report and also as to the updated plaintiff profile

09:22:50 21 forms.

09:22:50 22         THE COURT:  Okay.

09:22:51 23         MR. WOODY:  Good morning, Your Honor.  My name is Jake

09:23:04 24 Woody.

09:23:04 25         THE COURT:  Good morning, Jake.

**OFFICIAL TRANSCRIPT**

09:23:06  1          MR. WOODY:  I'm here from BrownGreer, in Richmond,

09:23:08  2     Virginia, to give the monthly status report for the settlement

09:23:11  3     program.

09:23:11  4               Over the last few months, we've transitioned from

09:23:14  5     processing and reviewing claims to largely paying claims.  To

09:23:18  6     date, we've paid $72,235,059.  Eighty percent of that amount

09:23:26  7     has gone to Global, Banner, InEx repair and relocation claims.

09:23:31  8     Those are pro rata claims for portions of three separate

09:23:36  9     settlement funds, the Global fund, the Banner fund and the InEx

09:23:41 10     fund.  Distributions are based on the amount of square footage

09:23:44 11     in each property.  That was, by far, our largest claim type,

09:23:48 12     and it makes up the bulk of our distribution so far.

09:23:51 13               The other payments we've made are for other loss

09:23:54 14     claims.  Those are a variety of claims.  We've paid $14,126,825

09:24:00 15     for those claims, which is 20 percent of the total we've paid.

09:24:04 16     I'll go through each claim in just a minute and discuss what

09:24:08 17     those are for.

09:24:10 18               As far as our progress, in concluding the Global,

09:24:14 19     Banner, InEx payment process, we've paid 92 percent of all the

09:24:18 20     eligible claims, 8,975.

09:24:21 21               We have not paid 824 eligible claims, which is

09:24:25 22     8 percent of the total.  The reason we haven't paid those is

09:24:27 23     either the claimant has not submitted required documentation, a

09:24:32 24     W-9 and a verification of claims form, or that the claims are

09:24:37 25     duplicative, where we received a claim for the same property

**OFFICIAL TRANSCRIPT**

09:24:41 1   from two separate claimants, and we're working on reconciling

09:24:43 2   those.  This number is dwindling as we work through those.

09:24:49 3          This slide shows the amount we've paid from each

09:24:52 4   fund and how much is left.  The total is down at the bottom.

09:24:56 5   As I mentioned, we've paid 58 million from all these funds.  We

09:25:00 6   have just over $18 million left to disburse.

09:25:04 7          The bulk of that money will go to the 824 claims

09:25:07 8   that I mentioned previously, once they submit those documents

09:25:12 9   or we reconcile the claims.

09:25:14 10         There will be some money remaining, and we will

09:25:16 11  talk about how to disburse that once we have a better idea of

09:25:20 12  how much it is.  I expect to know that within the next several

09:25:23 13  weeks or months.

09:25:23 14         The other loss claims I've mentioned -- well,

09:25:30 15  there are five separate other loss claims:  Foreclosure and

09:25:33 16  short sales claims; lost rent, use and sales claims;

09:25:38 17  miscellaneous claims; pre-remediation alternative living

09:25:41 18  expenses, which we abbreviate as PRALE here; and, bodily injury

09:25:45 19  claims.

09:25:46 20         The bulk of the money we've paid has gone to

09:25:48 21  three of those claims, foreclosure, lost rent, and PRALE

09:25:53 22  claims; 31 percent to foreclosure, 32 percent to lost rent, use

09:25:56 23  and sales; and, 35 to PRALE.

09:25:59 24         Then, the new addition to this chart since the

09:26:00 25  last conference are the miscellaneous payments.  So far, we've

**OFFICIAL TRANSCRIPT**

09:26:04 1  paid $255,000 to those claims.  They're capped at $2,500 each.

09:26:08 2  We make that offer.  Many claimants have accepted it, and we've

09:26:13 3  issued payment for those.  That's about two percent of the

09:26:15 4  total.

09:26:16 5          Then the smallest claim type is bodily injury

09:26:18 6  claims.  We've paid $80,000 for all those claims, which is

09:26:24 7  .57 percent of the total we've issued.

09:26:29 8          This slide just shows the payments we've made for

09:26:31 9  each claim type in each fund.  There is nothing new on this

09:26:35 10 slide other than the number of payments we've made.  We've

09:26:38 11 issued 16,390 checks to eligible claimants to cover all of

09:26:43 12 those, all the claims I've mentioned before.

09:26:45 13         We are still reviewing miscellaneous claims.  We

09:26:51 14 have completed review on all the other loss claims other than

09:26:55 15 miscellaneous.  So far -- miscellaneous is listed in row four,

09:26:59 16 and so far we've reviewed 3,432 of those claims out of roughly

09:27:04 17 4,000.  I expect to complete those reviews next week.

09:27:08 18         Of those, 1,772 are eligible -- generally,

09:27:13 19 miscellaneous -- eligible miscellaneous claims are for HVAC

09:27:18 20 repair, appliances, TV's, things of that nature, and those are

09:27:24 21 the eligible claims -- 1,271 are incomplete, and 389 are

09:27:31 22 denied.

09:27:31 23         At this point, the denials we've made are for

09:27:34 24 claims submitted for things that are excluded or contemplated

09:27:38 25 by another claim type.  The incompletes are claims where they

09:27:42  1    haven't -- the claimant has not provided us with some key piece

09:27:45  2    of evidence that we need, and we can't make a determination

09:27:48  3    until we receive it.

09:27:49  4             Finally, the other loss offers we're making, the

09:27:57  5    Court entered PTO 29 in January of this year.  PTO 29

09:28:01  6    authorizes us to make offers on the other loss claims.  We do

09:28:05  7    that by issuing an eligibility notice to the claimant.  The

09:28:09  8    claimant can either accept the offer and receive payment, or,

09:28:12  9    if a claimant is unhappy with the offer, can request that the

09:28:15 10    Special Master review the claim and determine the amount of

09:28:18 11    damages available.

09:28:20 12             So far, we've issued 2,889 eligibility notices.

09:28:25 13    Of those, 175 remain open, which means the claimant still has

09:28:30 14    time to respond to us, either by accepting or making a request

09:28:33 15    to the Special Master.  Of those 175, 166 are miscellaneous.

09:28:38 16    So the other four claim types are largely complete.

09:28:41 17             There are a few stragglers who still have some

09:28:44 18    time to respond.  I expect that those deadlines will run before

09:28:47 19    the next status conference, and we'll be able to close those

09:28:50 20    claim types.

09:28:50 21        THE COURT:  How does all of this interface with the

09:28:54 22    Knauf settlement?

09:28:56 23        MR. WOODY:  The claimants who have received remediation

09:28:59 24    from Knauf generally sign a release, and that assigns their

09:29:05 25    Global, Banner, InEx claims to Knauf, but it reserves, largely

09:29:08  1    reserves the other loss claims.

09:29:11  2            So claimants who have received Knauf remediation

09:29:15  3    generally are eligible to make claims against the other loss

09:29:18  4    fund and, in many cases, have.

09:29:20  5            There are some Knauf remediation claims where the

09:29:23  6    entire claims are assigned; but, in large part, claimants still

09:29:27  7    have the chance to make these other loss claims, and many have.

09:29:32  8        THE COURT:  With Knauf remediation, of course, the

09:29:33  9    claimant was entitled to receive their entire home -- whatever

09:29:38 10    the remediation is, they got their home remediated according to

09:29:43 11    a program that was devised or developed from the various cases

09:29:47 12    that I tried that assisted me in developing the protocol; so

09:29:53 13    that they got their homes taken care of, they also had their

09:29:57 14    attorneys' fees paid, and then they had the opportunity to

09:30:02 15    participate in these settlements.

09:30:05 16        MR. WOODY:  That's correct, Your Honor.

09:30:06 17        THE COURT:  The total amount looks to be maybe about a

09:30:10 18    billion or thereabouts.

09:30:11 19        MR. WOODY:  Yes.

09:30:12 20            The last thing I want to mention is the

09:30:14 21    acceptance rate on our other loss claims.  We have an

09:30:17 22    82 percent acceptance rate.  Most people are taking the offers

09:30:20 23    we're making.  12 percent, or 350, have requested that the

09:30:24 24    Special Master review their claims.

09:30:27 25            Finally, Your Honor, I'll just give out our

**OFFICIAL TRANSCRIPT**

09:30:30  1   contact information for anyone that doesn't have it at this

09:30:32  2   point.  Our website is at www3.BrownGreer.com/drywall.  You can

09:30:43  3   e-mail us at CDWquestions@BrownGreer.com.  If you need to call

09:30:44  4   us, our number is 866-866-1729.

09:30:48  5        Mr. Herman asked me to comment briefly on the

09:30:50  6   supplemental profile forms that we have been collecting.  Last

09:30:54  7   week, we made available on our portal an online form for

09:30:59  8   claimants to fill out a supplemental form if they have Taishan

09:31:05  9   drywall.  We did that.  The form asks for a variety of

09:31:08  10  information, including square footage.

09:31:11  11        We've collected to date 3,201 of those forms.

09:31:14  12  The total square footage listed by all the claimants is just

09:31:17  13  over 5 million.  Mr. Herman has asked me to produce that data

09:31:22  14  to all of the defendants here today, and I will do that as soon

09:31:27  15  as I can, probably today, or Monday at the latest.

09:31:31  16        Thank you, Your Honor.

09:31:31  17      THE COURT:  Thank you very much.

09:31:36  18        Who's next?

09:31:36  19      MR. HERMAN:  Judge Fallon, there is no more material on

09:31:39  20  shared costs, but I do want to thank the members of the PSC for

09:31:44  21  expediting these profile forms.

09:31:47  22        The claimants and the plaintiffs' lawyers have

09:31:51  23  been notifying on a daily basis, and we appreciate, as usual,

09:31:57  24  BrownGreer's administration.

09:31:59  25        With respect to the other issues, from the

**OFFICIAL TRANSCRIPT**

09:32:08 1    plaintiffs' point of view, from my point of vantage,

09:32:14 2    Your Honor, we can deal with that with the argument that will

09:32:17 3    be made afterwards.

09:32:19 4         You've directed us as to a new hearing date,

09:32:25 5    June --

09:32:25 6         THE COURT:  9.

09:32:26 7         MR. HERMAN:  -- 9.  We'll be meeting as soon as this

09:32:31 8    conference is over and arguments are over to attempt to resolve

09:32:34 9    issues in a meet and confer.

09:32:38 10        As I understand it, not only will Taishan and

09:32:43 11   BNBM participate, but also CNBM.

09:32:48 12        You've also directed us, Your Honor, with respect

09:32:53 13   to the contempt issues that are outstanding, and plaintiffs and

09:32:58 14   defendants will proceed to discuss this afternoon dates for the

09:33:08 15   additional discovery.

09:33:10 16        At page 20 of the status conference report, for

09:33:18 17   those on the phone who wish to access our Court's website, they

09:33:27 18   list a number of individuals and issues related to potential

09:33:36 19   third parties and business done in the United States by alleged

09:33:39 20   affiliates.  It continues at page 21.  There are 42 listed so

09:33:47 21   far.

09:33:49 22        The remainder of that section, Your Honor, deals

09:33:53 23   with various activities.

09:33:58 24        There is nothing new on the next issue, which is

09:34:02 25   Venture Supply and Porter Blaine defendants, except we have

**OFFICIAL TRANSCRIPT**

09:34:09 1    endeavored, with respect to Taishan materials delivered to

09:34:14 2    Venture Supply and Porter Blaine, to already provide the

09:34:19 3    defendants with those materials.  If there are any additional

09:34:24 4    materials which they need, we certainly will provide.

09:34:31 5          Item Number XII, plaintiff and defendant profile

09:34:33 6    forms, although we find and will not make an issue today of the

09:34:38 7    profile forms we have been provided by defendants, based upon

09:34:44 8    materials which we've able to access, we'll be asking for

09:34:48 9    supplements.

09:34:48 10         In terms of plaintiff profile forms, Mr. Woody,

09:34:53 11   of BrownGreer, has already reported, and the defendants will be

09:34:56 12   receiving all Taishan updated profile forms.

09:35:03 13         There are no frequently asked questions at

09:35:07 14   Item XIII.

09:35:08 15         Matters set for hearing after the conference

09:35:11 16   today are a couple of matters, one of which is lifting the

09:35:18 17   highly confidential nature of privileged documents, which we

09:35:25 18   generically refer to as *Hogan Lovells' documents*.

09:35:30 19         *Pro se* claimants, I don't believe I've seen

09:35:38 20   anybody from Bob Johnston's office, but we are endeavoring now

09:35:46 21   to handle those *pro se* claims and questions as they come

09:35:50 22   through, and referring them to attorneys in their own venue, in

09:35:54 23   their own jurisdiction, who are familiar with Chinese drywall

09:36:02 24   issues.

09:36:02 25         Your Honor issued a physical evidence

**OFFICIAL TRANSCRIPT**

09:36:05  1    preservation order recently.  We haven't had any further

09:36:14  2    questions regarding that for today.

09:36:21  3              With respect to the entry of preliminary default,

09:36:32  4    Arnold, do you want to discuss that?  It's page 33, Item XVII.

09:36:39  5         MR. LEVIN:  Good morning, Your Honor.

09:36:43  6              We've given the Court charts over and over again

09:36:47  7    as to the defaults.  There is no reason to go over it again.

09:36:50  8              We did file a paper with the Court indicating

09:36:54  9    what we believe to be the effects of the default, and we're

09:36:59 10    proceeding in the damage trial under that jurisprudence.

09:37:05 11         THE COURT:  Next, Louisiana Attorney General.  Does the

09:37:09 12    Attorney General have any comments?

09:37:12 13         UNIDENTIFIED SPEAKER:  No, Your Honor.

09:37:13 14         THE COURT:  Thank you.

09:37:14 15              I'll be back in a moment to discuss the motions,

09:37:16 16    but there are a couple of motions that I do not need oral

09:37:19 17    argument on.  Lennar Corporation's motion to enforce --

09:37:23 18              Yes.

09:37:26 19         MR. TAYLOR:  Your Honor, I'm sorry to interrupt, but

09:37:28 20    counsel for PSC went through the various issues on the agenda

09:37:32 21    fairly quickly, and there are a couple of those issues that we

09:37:35 22    would like to be heard on.

09:37:35 23         THE COURT:  Sure.

09:37:38 24         MR. TAYLOR:  In regards to X, the empirical claimant

09:37:41 25    and remediation data, we would like to discuss that with the

**OFFICIAL TRANSCRIPT**

09:37:44 1    Court; and, in regards to Number XII, the profile form issues,

09:37:50 2    we'd want to discuss that with the Court.

09:37:51 3              My colleague, Christy Eikhoff, is prepared to

09:37:54 4    have that discussion, Your Honor.

09:37:57 5         THE COURT:  No, I was going to take that at the end of

09:37:59 6    this matter, so that those who are not interested in it don't

09:38:02 7    have to remain.

09:38:04 8         MR. LEVIN:  Mr. Herman designated June 9th for the

09:38:08 9    damage trial.

09:38:08 10        THE COURT:  Right.

09:38:08 11        MR. LEVIN:  Your Honor, the liaison committee gave us a

09:38:12 12   new status conference in June, and you may want to put that on.

09:38:15 13   It's June 23rd.

09:38:17 14        THE COURT:  The next meeting is May 20th, and the

09:38:25 15   following one is June 23rd.

09:38:29 16             I'll be back with the motions that are pending,

09:38:32 17   but the ones that are unopposed, Lennar Corporation's motion to

09:38:37 18   enforce the bar order, that's unopposed, I'm going to grant

09:38:41 19   that motion.

09:38:41 20             Knauf's motion to dismiss the settlement

09:38:43 21   obligations, I understand that you're going to give me another

09:38:48 22   order on that, proposed order, and I will grant that.  It's

09:38:53 23   unopposed.

09:38:53 24             We have several motions, the plaintiffs' motion

09:38:59 25   to strike highly confidential issues, the motion to reconsider

**OFFICIAL TRANSCRIPT**

09:39:03  1    alternate service, we have some motions to compel.

09:39:08  2            I understand the T. Rowe Price motion to quash is

09:39:14  3    moot; is that --

09:39:14  4        MR. LEVIN:  I guess it should be deferred because the

09:39:18  5    depositions were deferred.

09:39:20  6        THE COURT:  Deferred, yes.  Right.

09:39:20  7            Okay.  I'll be back in a moment on those motions.

09:39:24  8        THE DEPUTY CLERK:  All rise.

09:39:26  9        THE COURT:  The Court will stand in recess.

09:46:13 10            (WHEREUPON, at 9:46 a.m., the status conference

11    proceedings were concluded.)

12                        *    *    *

13

14                    REPORTER'S CERTIFICATE

15

16        I, Cathy Pepper, Certified Realtime Reporter, Registered
Merit Reporter, Certified Court Reporter in and for the State
of Louisiana, Official Court Reporter for the United States
17    District Court, Eastern District of Louisiana, do hereby
certify that the foregoing is a true and correct transcript to
18    the best of my ability and understanding from the record of the
proceedings in the above-entitled and numbered matter.

19

20                        s/Cathy Pepper
                          Cathy Pepper, CRR, RMR, CCR
21                        Certified Realtime Reporter
                          Registered Merit Reporter
22                        Official Court Reporter
                          United States District Court
23                        Cathy_Pepper@laed.uscourts.gov

24

25

                    **OFFICIAL TRANSCRIPT**

## $

**$14,126,825** [1] - 13:14
**$15,000** [2] - 6:25, 7:6
**$18** [1] - 14:6
**$2,500** [1] - 15:1
**$255,000** [1] - 15:1
**$40,000** [2] - 7:1, 7:5
**$72,235,059** [1] - 13:6
**$80,000** [1] - 15:6

## 0

**09-MD-2047** [1] - 1:6

## 1

**1,271** [1] - 15:21
**1,772** [1] - 15:18
**10** [5] - 3:6, 3:7, 3:8, 6:5, 8:22
**11** [5] - 3:9, 3:10, 3:12, 3:13, 3:14
**12** [1] - 17:23
**1201** [1] - 2:9
**13** [1] - 3:15
**16,390** [1] - 15:11
**166** [1] - 16:15
**17** [3] - 1:7, 5:2, 7:19
**175** [2] - 16:13, 16:15
**17th** [1] - 6:20
**18** [1] - 3:16
**19** [1] - 3:17
**19106** [1] - 1:21

## 2

**2,889** [1] - 16:12
**20** [7] - 3:18, 3:19, 3:20, 3:21, 3:22, 13:15, 19:16
**2006** [1] - 9:19
**201** [1] - 2:4
**2014** [2] - 6:20, 7:19
**2015** [4] - 1:7, 5:2, 7:20, 12:7
**2015.......................** [2] - 4:3, 4:4
**2047** [1] - 5:12
**20TH** [1] - 4:3
**20th** [1] - 22:14
**21** [4] - 3:23, 3:24, 3:25, 19:20
**22** [8] - 4:1, 4:2, 4:3, 4:4, 4:5, 4:6, 4:7, 4:8
**23** [1] - 4:4

**233** [1] - 2:13
**23rd** [2] - 22:13, 22:15
**250** [1] - 10:7
**29** [2] - 16:5

## 3

**3** [1] - 7:8
**3,201** [1] - 18:11
**3,432** [1] - 15:16
**30309** [1] - 2:10
**31** [1] - 14:22
**32** [2] - 12:3, 14:22
**33** [1] - 21:4
**35** [1] - 14:23
**350** [1] - 17:23
**3600** [1] - 2:4
**3650** [1] - 1:24
**389** [1] - 15:21

## 4

**4,000** [1] - 15:17
**42** [1] - 19:20

## 5

**5** [1] - 18:13
**500** [2] - 1:21, 2:20
**504** [1] - 2:21
**510** [1] - 1:21
**57** [1] - 15:7
**58** [1] - 14:5
**589-7779** [1] - 2:21

## 6

**60606** [1] - 2:13

## 7

**701** [1] - 1:24
**70113** [1] - 1:18
**70130** [1] - 2:21
**70139** [1] - 1:25
**70170** [1] - 2:5
**7800** [1] - 2:13

## 8

**8** [1] - 13:22
**8,975** [1] - 13:20
**82** [1] - 17:22
**820** [1] - 1:17
**824** [2] - 13:21, 14:7
**866-866-1729** [1] -

18:4

## 9

**9** [3] - 3:5, 19:6, 19:7
**92** [1] - 13:19
**9:00** [1] - 1:7
**9:46** [1] - 23:10
**9th** [6] - 6:6, 7:5, 7:19, 9:7, 9:8, 22:8
**9TH** [1] - 4:2

## A

**A.M** [1] - 1:7
**a.m** [1] - 23:10
**abbreviate** [1] - 14:18
**ability** [1] - 23:18
**able** [2] - 16:19, 20:8
**above-entitled** [1] - 23:18
**accept** [1] - 16:8
**acceptance** [2] - 17:21, 17:22
**accepted** [1] - 15:2
**accepting** [1] - 16:14
**access** [2] - 19:17, 20:8
**according** [1] - 17:10
**action** [1] - 11:15
**ACTION** [1] - 3:10
**actions** [1] - 11:11
**ACTIONS................**
**...........** [1] - 3:9
**actively** [1] - 12:17
**activities** [1] - 19:23
**Adams** [2] - 12:1, 12:12
**addition** [1] - 14:24
**additional** [4] - 10:11, 11:19, 19:15, 20:3
**ADDITIONAL** [1] - 3:6
**administration** [1] - 18:24
**advised** [1] - 10:8
**affiliates** [7] - 7:2, 7:11, 7:18, 7:24, 8:7, 8:23, 19:20
**AFTER** [1] - 3:20
**afternoon** [1] - 19:14
**afterwards** [1] - 19:3
**AGENDA** [1] - 3:3
**agenda** [2] - 9:10, 21:20
**ago** [1] - 6:3
**ALL** [1] - 1:8
**alleged** [1] - 19:19
**allow** [1] - 7:14

**allowing** [1] - 8:25
**ALSO** [1] - 2:15
**ALSTON** [1] - 2:7
**alternate** [1] - 23:1
**alternative** [2] - 6:22, 14:17
**amount** [6] - 8:5, 13:6, 13:10, 14:3, 16:10, 17:17
**AND** [6] - 2:11, 3:12, 3:13, 3:17, 3:18, 3:25
**appearance** [2] - 5:14, 5:22
**APPEARANCES** [2] - 1:13, 2:1
**appliances** [1] - 15:20
**appreciate** [2] - 12:12, 18:23
**appropriate** [2] - 11:19, 12:18
**APRIL** [2] - 1:7, 5:2
**argument** [2] - 19:2, 21:17
**arguments** [1] - 19:8
**ARNOLD** [1] - 1:20
**Arnold** [1] - 21:4
**ASKED** [1] - 3:19
**aspect** [4] - 6:16, 7:9, 7:13, 11:10
**aspects** [1] - 7:22
**assigned** [1] - 17:6
**assigns** [1] - 16:24
**assisted** [1] - 17:12
**assume** [6] - 7:23, 8:5, 8:9, 8:13, 8:15, 8:16
**ATLANTA** [1] - 2:10
**ATLANTIC** [1] - 2:9
**attempt** [1] - 19:8
**Attorney** [2] - 21:11, 21:12
**ATTORNEY** [1] - 3:24
**attorneys** [3] - 9:13, 12:10, 20:22
**attorneys'** [3] - 6:25, 7:6, 17:14
**authorizes** [1] - 16:6
**available** [2] - 16:11, 18:7
**AVENUE** [2] - 1:17, 2:4

## B

**B406** [1] - 2:20
**BAKER** [1] - 2:3
**BALHOFF** [1] - 2:15
**Banner** [4] - 13:7, 13:9, 13:19, 16:25

**BAR** [1] - 4:5
**bar** [1] - 22:18
**Barrios** [1] - 10:16
**BARRIOS** [4] - 1:23, 1:24, 10:20, 11:1
**based** [2] - 13:10, 20:7
**basis** [1] - 18:23
**BEFORE** [1] - 1:11
**behalf** [3] - 5:20, 5:24, 6:1
**BERMAN** [1] - 1:19
**Bernard** [2] - 5:21, 5:23
**BERNARD** [1] - 2:8
**best** [1] - 23:18
**better** [1] - 14:11
**between** [1] - 7:19
**billion** [1] - 17:18
**BIRD** [1] - 2:7
**BLAINE** [1] - 3:17
**Blaine** [2] - 19:25, 20:2
**BNBM** [7] - 2:11, 2:12, 6:1, 6:2, 9:17, 19:11
**Bob** [2] - 12:5, 20:20
**bodily** [2] - 14:18, 15:5
**bottom** [1] - 14:4
**Bower** [1] - 11:3
**briefly** [2] - 11:23, 18:5
**bring** [1] - 11:13
**BrownGreer** [3] - 12:19, 13:1, 20:11
**BrownGreer's** [1] - 18:24
**bulk** [3] - 13:12, 14:7, 14:20
**business** [6] - 7:2, 7:10, 7:18, 7:24, 8:1, 19:19
**BY** [7] - 1:16, 1:20, 1:24, 2:4, 2:8, 2:23, 2:24

## C

**CALLED** [1] - 5:4
**capped** [1] - 15:1
**care** [1] - 17:13
**carrying** [1] - 9:6
**case** [6] - 5:11, 6:16, 8:20, 9:1, 11:8, 11:10
**CASES** [1] - 1:8
**cases** [2] - 17:4, 17:11
**CASTEIX** [1] - 1:23
**CATHY** [1] - 2:19
**Cathy** [2] - 23:15, 23:20

**Cathy_Pepper@laed .uscourts.gov** [2] - 2:22, 23:23

**CCR** [2] - 2:19, 23:20

**CDWquestions@ BrownGreer.com** [1] - 18:3

**CENTER** [1] - 2:9

**certainly** [1] - 20:4

**CERTIFICATE** [1] - 23:14

**CERTIFIED** [2] - 2:19, 2:20

**Certified** [3] - 23:15, 23:16, 23:21

**certify** [1] - 23:17

**chance** [1] - 17:7

**CHARLES** [1] - 2:4

**chart** [1] - 14:24

**charts** [1] - 21:6

**checks** [1] - 15:11

**CHICAGO** [1] - 2:13

**Chinese** [2] - 5:12, 20:23

**CHINESE** [1] - 1:4

**Chinese-Manufactured** [1] - 5:12

**CHINESE-MANUFACTURED** [1] - 1:4

**choose** [1] - 9:2

**Chris** [1] - 10:1

**CHRISTINA** [1] - 2:8

**CHRISTOPHER** [1] - 2:16

**Christy** [2] - 5:24, 22:3

**CIVIL** [1] - 1:6

**claim** [9] - 13:11, 13:16, 13:25, 15:5, 15:9, 15:25, 16:10, 16:16, 16:20

**CLAIMANT** [1] - 3:25

**claimant** [8] - 13:23, 16:1, 16:7, 16:8, 16:9, 16:13, 17:9, 21:24

**claimants** [10] - 14:1, 15:2, 15:11, 16:23, 17:2, 17:6, 18:8, 18:12, 18:22, 20:19

**CLAIMANTS.............. ..................** [1] - 3:21

**claims** [42] - 13:5, 13:7, 13:8, 13:14, 13:15, 13:20, 13:21, 13:24, 14:7, 14:9, 14:14, 14:15, 14:16, 14:17, 14:19, 14:21,

14:22, 15:1, 15:6, 15:12, 15:13, 15:14, 15:16, 15:19, 15:21, 15:24, 15:25, 16:6, 16:25, 17:1, 17:3, 17:5, 17:6, 17:7, 17:21, 17:24, 20:21

**CLASS** [2] - 3:9, 3:10

**class** [2] - 11:11, 11:15

**cleaning** [1] - 11:2

**CLERK** [3] - 5:7, 5:12, 23:8

**close** [1] - 16:19

**CNBM** [6] - 9:13, 9:17, 9:18, 9:22, 10:1, 19:11

**CO** [1] - 2:7

**colleague** [1] - 22:3

**collected** [1] - 18:11

**collecting** [1] - 18:6

**comment** [1] - 18:5

**comments** [1] - 21:12

**Committee** [1] - 5:20

**committee** [1] - 22:11

**COMMITTEE** [1] - 1:23

**compel** [1] - 23:1

**complaints** [1] - 11:16

**COMPLAINTS........... ..................** [1] - 3:10

**complete** [2] - 15:17, 16:16

**completed** [1] - 15:14

**COMPUTER** [1] - 2:24

**concluded** [1] - 23:11

**concluding** [1] - 13:18

**confer** [2] - 6:9, 19:9

**conference** [7] - 14:25, 16:19, 19:8, 19:16, 20:15, 22:12, 23:10

**CONFERENCE** [2] - 1:11, 3:20

**conferences** [2] - 11:24, 12:2

**confidential** [2] - 20:17, 22:25

**construction** [1] - 12:4

**contact** [1] - 18:1

**contemplated** [1] - 15:24

**contempt** [9] - 6:17, 6:19, 6:20, 6:23, 6:24, 7:4, 7:14, 7:21, 19:13

**CONTINUED** [1] - 2:1

**continues** [1] - 19:20

**coordination** [1] -

10:18

**COORDINATION** [1] - 1:23

**COORDINATION....... ..................** [1] - 3:8

**CORPORATION'S** [1] - 4:5

**Corporation's** [2] - 21:17, 22:17

**correct** [2] - 17:16, 23:17

**costs** [2] - 7:8, 18:20

**COSTS...................... ..................** [1] - 3:16

**counsel** [6] - 5:14, 6:3, 6:8, 6:14, 9:19, 19:20

**COUNSEL** [2] - 1:16, 2:3

**couple** [3] - 20:16, 21:16, 21:21

**course** [2] - 8:10, 17:8

**COURT** [30] - 1:1, 2:19, 3:7, 5:4, 5:8, 5:11, 5:14, 5:21, 6:2, 9:23, 10:4, 10:19, 10:25, 11:7, 12:8, 12:22, 12:25, 16:21, 17:8, 17:17, 18:17, 19:6, 21:11, 21:14, 21:23, 22:5, 22:10, 22:14, 23:6, 23:9

**court** [7] - 6:17, 6:19, 6:20, 6:23, 7:8, 10:16, 11:8

**Court** [13] - 5:16, 10:9, 16:5, 21:6, 21:8, 22:1, 22:2, 23:9, 23:16, 23:16, 23:17, 23:22, 23:22

**Court's** [2] - 10:13, 19:17

**courtesy** [1] - 9:13

**courtroom** [4] - 9:14, 10:12, 11:14, 12:10

**cover** [1] - 15:11

**CRR** [2] - 2:19, 23:20

**D**

**daily** [1] - 18:23

**DAMAGE** [1] - 4:2

**damage** [7] - 6:18, 8:12, 8:19, 9:1, 21:10, 22:9

**damages** [1] - 16:11

**DANIEL** [1] - 2:15

**data** [2] - 18:13, 21:25

**DATA............** [1] -

3:25

**date** [5] - 9:19, 11:14, 13:6, 18:11, 19:4

**dates** [1] - 19:14

**DAVIS** [1] - 1:17

**DAWN** [1] - 1:24

**days** [2] - 6:5, 8:22

**deadlines** [1] - 16:18

**deal** [2] - 9:8, 19:2

**dealing** [2] - 8:11, 8:12

**deals** [1] - 19:22

**dealt** [1] - 7:9

**debtor** [1] - 8:7

**default** [2] - 21:3, 21:9

**DEFAULT.................. ......** [1] - 3:23

**defaults** [1] - 21:7

**DEFENDANT** [1] - 3:18

**defendant** [1] - 20:5

**defendants** [7] - 8:14, 18:14, 19:14, 19:25, 20:3, 20:7, 20:11

**DEFENDANTS'** [1] - 2:3

**DEFENDANTS......... ...** [1] - 3:17

**Defense** [1] - 5:20

**deferred** [2] - 23:4, 23:5, 23:6

**delighted** [1] - 10:5

**deliver** [2] - 6:11

**delivered** [1] - 20:1

**denials** [1] - 15:23

**denied** [1] - 15:22

**DENTONS** [1] - 2:12

**depositions** [1] - 23:5

**deposits** [1] - 11:19

**DEPUTY** [3] - 5:7, 5:12, 23:8

**designated** [1] - 22:8

**determination** [1] - 16:2

**determine** [1] - 16:10

**developed** [1] - 17:11

**developing** [1] - 17:12

**devised** [1] - 17:11

**directed** [2] - 19:4, 19:12

**disburse** [1] - 14:6, 14:11

**discover** [2] - 6:6, 7:14

**discovery** [5] - 7:21, 7:22, 8:14, 8:19, 19:15

**discuss** [7] - 6:4, 13:16, 19:14, 21:4,

3:25

**discussion** [1] - 22:4

**dismiss** [1] - 22:20

**DISMISS** [1] - 4:7

**distinct** [1] - 8:20

**distribution** [1] - 13:12

**distributions** [1] - 13:10

**DISTRICT** [3] - 1:1, 1:1, 1:12

**District** [1] - 23:17, 23:22

**docket** [1] - 11:2

**DOCKET** [1] - 1:6

**DOCUMENT** [1] - 1:8

**documentation** [1] - 13:23

**documents** [5] - 6:7, 6:11, 14:8, 20:17, 20:18

**done** [2] - 8:22, 19:19

**DONELSON** [1] - 2:3

**down** [2] - 11:25, 14:4

**DRIVE** [1] - 2:13

**Drywall** [1] - 5:13

**DRYWALL** [1] - 1:5

**drywall** [2] - 18:9, 20:23

**DUGGAN** [1] - 1:20

**duplicative** [1] - 13:25

**during** [3] - 7:3, 7:18, 8:3

**dwindling** [1] - 14:2

**E**

**e-mail** [1] - 18:3

**earn** [2] - 7:12, 8:2

**Eastern** [1] - 23:17

**EASTERN** [1] - 1:1

**effects** [1] - 21:9

**eighty** [1] - 13:6

**EIKHOFF** [1] - 2:8

**Eikhoff** [2] - 5:24, 22:3

**either** [7] - 7:10, 7:17, 8:6, 9:2, 13:23, 16:8, 16:14

**ELDON** [1] - 1:11

**eligibility** [2] - 16:7, 16:12

**eligible** [8] - 13:20, 13:21, 15:11, 15:18, 15:19, 15:21, 17:3

**empirical** [1] - 21:24

**EMPIRICAL** [1] - 3:25

**end** [1] - 22:5

**endeavored** [1] - 20:1

**endeavoring** [1] -

20:20
ends [1] - 7:25
ENFORCE [1] - 4:5
enforce [2] - 21:17, 22:18
English [1] - 9:18
enjoined [1] - 7:1
enjoyed [1] - 11:9
entered [1] - 16:5
entire [3] - 7:7, 17:6, 17:9
entitled [2] - 17:9, 23:18
entry [1] - 21:3
ENTRY [1] - 3:23
ESQUIRE [11] - 1:16, 1:17, 1:20, 1:20, 1:24, 2:4, 2:8, 2:8, 2:12, 2:16, 2:16
ESTABLISH [1] - 3:11
establish [1] - 11:17
evidence [2] - 16:2, 20:25
EVIDENCE [1] - 3:22
except [1] - 19:25
exchange [1] - 6:7
excluded [1] - 15:24
excuse [1] - 9:9
execute [1] - 8:6
expect [4] - 6:10, 14:12, 15:17, 16:18
expediting [1] - 18:21
expense [1] - 11:18
EXPENSE [2] - 3:12, 3:13
expenses [1] - 14:18
expert [3] - 8:15, 8:16, 8:17

**F**

fact [1] - 12:3
fair [1] - 7:14
fairly [1] - 21:21
faith [2] - 6:10, 6:13
Fallon [4] - 5:17, 5:19, 10:10, 18:19
FALLON [1] - 1:11
familiar [1] - 20:23
far [8] - 13:11, 13:12, 13:18, 14:25, 15:15, 15:16, 16:12, 19:21
FEE [2] - 3:12, 3:13
fee [1] - 11:18
fees [3] - 6:25, 7:6, 17:14
Fenton [1] - 5:25
FENTON [2] - 2:12, 5:25

FERCHAUD [1] - 2:17
few [2] - 13:4, 16:17
file [1] - 21:8
fill [1] - 18:8
finally [2] - 16:4, 17:25
fine [1] - 11:7
finished [1] - 10:24
first [1] - 6:16
FISHBEIN [1] - 1:19
five [2] - 12:16, 14:15
focus [2] - 2:11
folks [2] - 10:12, 11:13
followed [1] - 8:8
following [1] - 22:15
FOLLOWING [1] - 4:4
footage [3] - 13:10, 18:10, 18:12
FOR [8] - 1:15, 1:23, 2:3, 2:7, 2:11, 3:15, 3:20, 4:2
foreclosure [3] - 14:15, 14:21, 14:22
foregoing [1] - 23:17
form [5] - 13:24, 18:7, 18:8, 18:9, 22:1
FORM.........................
................. [1] - 4:1
forms [8] - 12:21, 18:6, 18:11, 18:21, 20:6, 20:7, 20:10, 20:12
FORMS............... [1] - 3:18
four [3] - 12:15, 15:15, 16:16
frequently [1] - 20:13
FREQUENTLY [1] - 3:19
FRIDAY [2] - 1:7, 5:2
fund [7] - 11:18, 13:9, 13:10, 14:4, 15:9, 17:4
FUND......... [1] - 3:13
FUND..................... [1] - 3:12
funds [2] - 13:9, 14:5

**G**

GA [1] - 2:10
Garretson [1] - 11:3
General [2] - 21:11, 21:12
GENERAL.................
........ [1] - 3:24
generally [4] - 8:9, 15:18, 16:24, 17:3
generically [1] - 20:18
gentlemen [1] - 5:9

given [1] - 21:6
glad [1] - 11:9
Global [4] - 13:7, 13:9, 13:18, 16:25
GRANT [2] - 4:6, 4:8
grant [2] - 22:18, 22:22
great [2] - 11:8, 12:8
GROUP [1] - 2:11
Group [4] - 6:1, 9:22, 10:1, 11:3
group [3] - 9:14, 12:4, 12:5
guess [1] - 23:4
GYPSUM [1] - 2:7

**H**

handle [1] - 20:21
hard [2] - 8:25, 12:15
hear [1] - 12:19
HEARD [1] - 1:11
heard [1] - 21:22
HEARING [1] - 3:20
hearing [5] - 6:4, 6:5, 8:18, 19:4, 20:15
held [1] - 6:20
helpful [1] - 10:7
hereby [1] - 23:17
Herman [5] - 5:17, 10:20, 18:5, 18:13, 22:8
HERMAN [10] - 1:16, 1:16, 5:16, 9:12, 10:9, 11:12, 12:14, 18:19, 19:7
Herrington [3] - 9:22, 9:25, 10:2
highly [2] - 20:17, 22:25
himself [1] - 9:20
Hogan [1] - 20:18
hold [1] - 6:22
home [2] - 17:9, 17:10
homes [2] - 2:3, 17:13
Honor [22] - 5:10, 5:23, 5:25, 9:12, 9:21, 11:6, 11:12, 12:3, 12:18, 12:23, 17:16, 17:25, 18:16, 19:2, 19:12, 19:22, 20:25, 21:5, 21:13, 21:19, 22:4, 22:11
HONORABLE [1] - 1:11
hoops [1] - 6:12
HVAC [1] - 15:19

**I**

idea [1] - 14:11
identify [2] - 9:16, 9:20
IL [1] - 2:13
IN [1] - 1:4
including [1] - 18:10
incomplete [1] - 15:21
incompletes [1] - 15:25
indicate [1] - 12:14
indicates [1] - 10:21
indicating [1] - 21:8
individuals [2] - 8:5, 19:18
InEx [4] - 13:7, 13:9, 13:19, 16:25
information [2] - 18:1, 18:10
informing [1] - 12:2
injury [2] - 14:18, 15:5
interest [3] - 7:8, 8:14, 8:17
interested [4] - 7:15, 7:17, 9:5, 22:6
interface [1] - 16:21
interrupt [1] - 21:19
introduced [1] - 9:14
invite [1] - 10:12
IS [2] - 4:3, 4:4
issue [4] - 8:4, 11:21, 19:24, 20:6
issued [5] - 15:3, 15:7, 15:11, 16:12, 20:25
issues [12] - 6:4, 9:8, 12:17, 18:25, 19:9, 19:13, 19:18, 20:24, 21:20, 21:21, 22:1, 22:25
issuing [1] - 16:7
item [1] - 20:5
Item [5] - 11:12, 11:15, 11:23, 20:14, 21:4
ITEMS [1] - 3:3
IV [1] - 11:13

**J**

Jacob [1] - 12:19
Jake [2] - 12:23, 12:25
JAMES [1] - 2:16
January [1] - 16:5
Jim [2] - 9:21, 9:25
job [1] - 11:9
JODI [1] - 2:17
Johnston [1] - 12:5
Johnston's [1] - 20:20

joint [1] - 10:21
JUDGE [1] - 1:12
judge [2] - 10:21, 11:8
Judge [5] - 5:17, 5:19, 10:10, 11:22, 18:19
judgment [5] - 7:8, 7:16, 8:4, 8:6, 8:7
July [3] - 6:20, 7:19, 9:7
jump [1] - 6:12
JUNE [2] - 4:2, 4:4
June [8] - 6:6, 9:8, 19:5, 22:8, 22:12, 22:13, 22:15
jurisdiction [1] - 20:23
jurisprudence [1] - 21:10

**K**

KATZ [1] - 1:16
keep [1] - 10:7
Kerry [3] - 5:19, 11:21, 11:22
KERRY [1] - 2:4
key [1] - 16:1
KINGSDORF [1] - 1:23
Knauf [7] - 5:20, 16:22, 16:24, 16:25, 17:2, 17:5, 17:8
Knauf's [1] - 22:20
KNAUF'S [1] - 4:7
knowing [1] - 7:17

**L**

LA [4] - 1:18, 1:25, 2:5, 2:21
ladies [1] - 5:8
large [1] - 17:6
largely [3] - 13:5, 16:16, 16:25
largest [1] - 13:11
last [6] - 12:4, 12:15, 13:4, 14:25, 17:20, 18:6
latest [1] - 18:15
lawyers [1] - 18:22
lead [1] - 6:3
least [2] - 7:19, 9:16
left [4] - 11:1, 12:16, 14:4, 14:6
Lennar [2] - 21:17, 22:17
LENNAR [1] - 4:5
LEONARD [1] - 1:17
LEVIN [6] - 1:19, 1:20,

21:5, 22:8, 22:11, 23:4
**Liability** [1] - 5:13
**LIABILITY** [1] - 1:5
**liaison** [3] - 5:15, 6:4, 22:11
**LIAISON** [2] - 1:16, 2:3
**lifting** [1] - 20:16
**Limited** [1] - 10:1
**list** [1] - 19:18
**listed** [3] - 15:15, 18:12, 19:20
**listening** [1] - 10:7
**lists** [1] - 10:13
**litigants** [2] - 12:9, 12:11
**LITIGATION** [3] - 1:5, 3:12, 3:13
**Litigation** [1] - 5:13
**litigation** [6] - 6:2, 9:3, 9:4, 9:5, 11:18
**living** [1] - 14:17
**look** [1] - 6:13
**looking** [1] - 8:23
**looks** [2] - 12:6, 17:17
**loss** [10] - 13:13, 14:14, 14:15, 15:14, 16:4, 16:6, 17:1, 17:3, 17:7, 17:21
**lost** [3] - 14:16, 14:21, 14:22
**LOUISIANA** [3] - 1:1, 1:7, 3:24
**Louisiana** [3] - 21:11, 23:16, 23:17
**Lovells'** [1] - 20:18
**Ltd** [1] - 9:22
**LTD** [1] - 2:7

**M**

**mail** [1] - 18:3
**maintaining** [1] - 12:5
**Manufactured** [1] - 5:12
**MANUFACTURED** [1] - 1:4
**March** [2] - 7:5, 7:19
**Master** [3] - 16:10, 16:15, 17:24
**MASTER** [1] - 2:15
**material** [1] - 18:19
**materials** [4] - 20:1, 20:3, 20:4, 20:8
**matter** [4] - 6:7, 9:12, 22:6, 23:18
**MATTERS** [1] - 3:20
**matters** [2] - 20:15, 20:16

**MAY** [1] - 4:3
**MDL** [1] - 5:12
**means** [1] - 16:13
**MECHANICAL** [1] - 2:23
**meet** [2] - 6:8, 19:9
**MEETING** [1] - 4:3
**meeting** [2] - 19:7, 22:14
**members** [1] - 18:20
**mention** [1] - 17:20
**mentioned** [6] - 6:15, 12:8, 14:5, 14:8, 14:14, 15:12
**Merit** [2] - 23:16, 23:21
**MERIT** [1] - 2:20
**met** [1] - 6:3
**microphone** [2] - 9:23, 10:6
**might** [1] - 12:14
**MILLER** [3] - 2:4, 5:18, 11:22
**Miller** [3] - 5:19, 11:21, 11:22
**million** [4] - 7:8, 14:5, 14:6, 18:13
**minute** [1] - 13:16
**miscellaneous** [8] - 14:17, 14:25, 15:13, 15:15, 15:19, 16:15
**misunderstandings** [1] - 6:10
**moment** [3] - 6:3, 21:15, 23:7
**Monday** [1] - 18:15
**money** [5] - 7:15, 7:16, 14:7, 14:10, 14:20
**monthly** [2] - 12:2, 13:2
**MONTHLY** [1] - 3:15
**months** [2] - 13:4, 14:13
**moot** [1] - 23:3
**morning** [1] - 5:8, 5:10, 5:16, 5:18, 5:19, 5:23, 5:25, 9:17, 9:21, 10:3, 11:22, 12:23, 12:25, 21:5
**Moss** [4] - 12:1, 12:9, 12:12, 12:14
**most** [2] - 8:13, 17:22
**MOTION** [2] - 4:5, 4:7
**motion** [7] - 21:17, 22:17, 22:19, 22:20, 22:24, 22:25, 23:2
**MOTION...................**
**.............** [1] - 4:6

**motions** [7] - 11:17, 21:15, 21:16, 22:16, 22:24, 23:1, 23:7
**MOTIONS** [3] - 3:11
**moved** [2] - 6:5, 12:4
**moving** [1] - 12:6
**MR** [24] - 5:16, 5:18, 5:23, 5:25, 9:12, 9:21, 9:25, 10:9, 11:12, 11:22, 12:14, 12:23, 13:1, 16:23, 17:16, 17:19, 18:19, 19:7, 21:5, 21:19, 21:24, 22:8, 22:11, 23:4
**MS** [2] - 10:20, 11:1

**N**

**name** [1] - 12:23
**namely** [2] - 7:9, 7:19
**nature** [2] - 15:20, 20:17
**necessary** [1] - 6:12
**need** [6] - 6:8, 6:11, 16:2, 18:3, 20:4, 21:16
**needs** [1] - 7:20
**NEW** [5] - 1:7, 1:18, 1:25, 2:5, 2:21
**new** [7] - 11:12, 11:16, 14:24, 15:9, 19:4, 19:24, 22:12
**next** [7] - 14:12, 15:17, 16:19, 18:18, 19:24, 21:11, 22:14
**NEXT** [1] - 4:3
**NO** [1] - 1:6
**none** [1] - 10:17
**note** [1] - 9:13
**nothing** [4] - 11:12, 11:16, 15:9, 19:24
**notice** [1] - 16:7
**notices** [1] - 16:12
**notifying** [1] - 18:23
**Number** [5] - 11:15, 11:20, 11:23, 20:5, 22:1
**number** [5] - 6:21, 14:2, 15:10, 18:4, 19:18
**numbered** [1] - 23:18
**numeral** [2] - 11:5, 11:13

**O**

**O'KEEFE** [1] - 1:17

**OBLIGATIONS** [1] - 4:7
**obligations** [1] - 22:21
**obtaining** [1] - 8:14
**occasions** [1] - 6:21
**OF** [3] - 1:1, 1:11, 3:23
**offer** [3] - 15:2, 16:8, 16:9
**offerings** [1] - 9:19
**offers** [3] - 16:4, 16:6, 17:22
**office** [1] - 20:20
**Official** [2] - 23:16, 23:22
**OFFICIAL** [1] - 2:19
**officially** [1] - 10:24
**ombudsmen** [1] - 12:15
**OMNIBUS** [1] - 3:9
**omnibus** [1] - 11:11
**once** [2] - 14:8, 14:11
**ONE** [2] - 2:9, 4:4
**one** [3] - 6:25, 20:16, 22:15
**ones** [1] - 22:17
**online** [1] - 18:7
**open** [1] - 16:13
**opportunity** [2] - 6:6, 17:14
**oral** [1] - 21:16
**order** [8] - 6:9, 6:24, 7:14, 7:21, 21:1, 22:18, 22:22
**ORDER** [2] - 4:5, 5:4
**ORDER...............** [1] - 3:22
**ordered** [2] - 6:25
**orders** [3] - 9:11, 10:11, 10:15
**ORDERS...................**
**.......** [1] - 3:6
**ORDERS...................**
**.................** [1] - 3:5
**ORLEANS** [5] - 1:7, 1:18, 1:25, 2:5, 2:21
**Orrick** [3] - 9:22, 9:25, 10:2
**outstanding** [1] - 19:13
**own** [2] - 20:22, 20:23

**P**

**PA** [1] - 1:21
**page** [3] - 19:16, 19:20, 21:4
**PAGE** [1] - 3:3
**paid** [16] - 7:5, 7:6, 7:7, 7:16, 13:6,

13:14, 13:15, 13:19, 13:21, 13:22, 14:3, 14:5, 14:20, 15:1, 15:6, 17:14
**paper** [1] - 21:8
**part** [4] - 8:13, 8:20, 9:4, 17:6
**participate** [10] - 6:21, 6:24, 8:25, 9:1, 9:3, 9:4, 9:5, 17:15, 19:11
**parties** [3] - 6:6, 6:13, 19:19
**partner** [1] - 10:2
**pay** [3] - 6:25, 7:1, 8:5
**paying** [1] - 13:5
**payment** [3] - 13:19, 15:3, 16:8
**payments** [4] - 13:13, 14:25, 15:8, 15:10
**PEACHTREE** [1] - 2:9
**penalty** [2] - 7:1, 7:5
**pending** [2] - 22:16
**people** [4] - 6:12, 9:24, 10:7, 17:22
**Pepper** [3] - 23:15, 23:20, 23:20
**PEPPER** [1] - 2:19
**percent** [10] - 13:6, 13:15, 13:19, 13:22, 14:22, 15:3, 15:7, 17:22, 17:23
**period** [4] - 7:3, 7:18, 8:3, 12:13
**person** [1] - 12:12
**phase** [1] - 11:25
**Phil** [4] - 12:1, 12:2, 12:12, 12:14
**PHILADELPHIA** [1] - 1:21
**phone** [4] - 9:24, 10:13, 11:14, 19:17
**physical** [1] - 20:25
**PHYSICAL** [1] - 3:22
**pick** [1] - 9:2
**piece** [1] - 16:1
**PLAINTIFF** [1] - 3:18
**plaintiff** [3] - 12:20, 20:5, 20:10
**plaintiffs** [5] - 5:17, 7:14, 8:6, 8:16, 19:13
**PLAINTIFFS'** [4] - 1:15, 3:11, 3:13
**plaintiffs'** [5] - 11:17, 11:18, 18:22, 19:1, 22:24
**PLC** [2] - 2:12, 6:1
**point** [7] - 7:16, 8:4, 12:18, 15:23, 18:2,

19:1
**portal** [1] - 18:7
**Porter** [2] - 19:25,
20:2
**PORTER** [1] - 3:17
**portions** [1] - 13:8
**potential** [1] - 19:18
**POYDRAS** [2] - 1:24,
2:20
**PRALE** [3] - 14:18,
14:21, 14:23
**pre** [1] - 14:17
**pre-remediation** [1] -
14:17
**PRELIMINARY** [1] -
3:23
**preliminary** [1] - 21:3
**prepared** [1] - 22:3
**PRESENT** [1] - 2:15
**presently** [1] - 6:16
**PRESERVATION** [1] -
3:22
**preservation** [1] - 21:1
**PRETRIAL** [2] - 3:5,
3:6
**pretrial** [3] - 9:11,
10:11, 10:15
**previously** [1] - 14:8
**Price** [1] - 23:2
**privileged** [1] - 20:17
**pro** [4] - 12:5, 13:8,
20:19, 20:21
**PRO** [1] - 3:21
**problem** [1] - 12:11
**proceed** [1] - 19:14
**proceeding** [1] - 21:10
**PROCEEDINGS** [3] -
1:11, 2:23, 5:1
**proceedings** [3] -
9:15, 23:11, 23:18
**process** [1] - 13:19
**processing** [1] - 13:5
**produce** [1] - 18:13
**PRODUCED** [1] - 2:24
**Products** [1] - 5:13
**PRODUCTS** [1] - 1:5
**professional** [1] - 9:13
**PROFILE** [2] - 3:18,
4:1
**profile** [8] - 12:20,
18:6, 18:21, 20:5,
20:7, 20:10, 20:12,
22:1
**program** [5] - 11:24,
12:7, 12:11, 13:3,
17:11
**PROGRAM....** [1] -
3:15
**progress** [1] - 13:18

**property** [2] - 13:11,
13:25
**proposed** [2] - 9:10,
22:22
**protocol** [1] - 17:12
**provide** [2] - 20:2,
20:4
**provided** [3] - 6:24,
16:1, 20:7
**PSC** [2] - 18:20, 21:20
**PTO** [2] - 16:5
**public** [1] - 9:18
**put** [1] - 22:12

## Q

**quality** [1] - 6:14
**quash** [1] - 23:2
**questions** [3] - 20:13,
20:21, 21:2
**QUESTIONS.............**
............ [1] - 3:19
**quickly** [1] - 21:21

## R

**rata** [1] - 13:8
**rate** [2] - 17:21, 17:22
**RE** [1] - 1:4
**real** [1] - 11:23
**Realtime** [2] - 23:15,
23:21
**REALTIME** [1] - 2:19
**reason** [3] - 10:6,
13:22, 21:7
**receive** [4] - 6:14,
16:3, 16:8, 17:9
**received** [3] - 13:25,
16:23, 17:2
**receiving** [1] - 20:12
**recently** [1] - 21:1
**recess** [1] - 23:9
**reconcile** [1] - 14:9
**reconciling** [1] - 14:1
**reconsider** [1] - 22:25
**record** [3] - 5:15,
10:23, 23:18
**RECORDED** [1] - 2:23
**recurrent** [1] - 12:16
**refer** [1] - 20:18
**referring** [1] - 20:22
**regarding** [1] - 21:2
**regards** [2] - 21:24,
22:1
**Registered** [1] - 23:15
**registered** [1] - 23:21
**related** [1] - 19:18
**RELATES** [1] - 1:8

**relating** [1] - 8:19
**release** [1] - 16:24
**relocation** [1] - 13:7
**remain** [2] - 16:13,
22:7
**remainder** [1] - 19:22
**remaining** [1] - 14:10
**remediated** [1] - 17:10
**remediation** [12] -
11:20, 11:23, 12:6,
12:7, 12:11, 14:17,
16:23, 17:2, 17:5,
17:8, 17:10, 21:25
**REMEDIATION** [1] -
3:25
**REMEDIATION..........**
..............................
[1] - 3:14
**rent** [3] - 14:16, 14:21,
14:22
**repair** [2] - 13:7, 15:20
**report** [7] - 10:18,
10:21, 11:4, 11:13,
12:20, 13:2, 19:16
**REPORT** [1] - 3:15
**reported** [2] - 11:24,
20:11
**Reporter** [7] - 23:15,
23:16, 23:16, 23:21,
23:21, 23:22
**REPORTER** [4] - 2:19,
2:19, 2:20, 9:23
**REPORTER'S** [1] -
23:14
**reports** [3] - 9:18,
10:14
**representative** [1] -
12:9
**request** [2] - 16:9,
16:14
**requested** [1] - 17:23
**required** [1] - 13:23
**reserves** [2] - 16:25,
17:1
**Resolution** [1] - 11:3
**resolve** [1] - 19:8
**resolved** [1] - 11:10
**resolving** [1] - 12:17
**respect** [8] - 10:10,
11:15, 11:17, 11:20,
18:25, 19:12, 20:1,
21:3
**respond** [2] - 16:14,
16:18
**review** [3] - 15:14,
16:10, 17:24
**reviewed** [1] - 15:16
**reviewing** [2] - 13:5,
15:13
**reviews** [1] - 15:17

**RICHARD** [1] - 2:12
**Richmond** [1] - 13:1
**Rick** [1] - 5:25
**rise** [2] - 5:7, 23:8
**RMR** [2] - 2:19, 23:20
**Roman** [2] - 11:5,
11:13
**ROOM** [1] - 2:20
**roughly** [1] - 15:16
**row** [1] - 15:15
**Rowe** [1] - 23:2
**rule** [1] - 8:7
**run** [1] - 16:18
**RUSS** [1] - 1:16
**Russ** [2] - 5:17, 5:18

## S

**s/Cathy** [1] - 23:20
**sales** [2] - 14:16,
14:23
**SANDRA** [1] - 1:20
**schedule** [1] - 10:10
**scheduling** [1] - 6:9
**se** [3] - 12:5, 20:19,
20:21
**SE** [1] - 3:21
**seated** [1] - 5:8
**second** [1] - 6:17
**section** [1] - 19:22
**SEDRAN** [1] - 1:19
**see** [1] - 6:15
**seizure** [1] - 8:8
**sense** [1] - 9:7
**separate** [4] - 8:20,
13:8, 14:1, 14:15
**served** [1] - 9:17
**service** [1] - 23:1
**set** [1] - 20:15
**SET** [1] - 3:20
**settings** [2] - 10:16,
10:22
**SETTINGS.................**
.............. [1] - 3:7
**SETTLEMENT** [2] -
3:15, 4:7
**settlement** [5] - 11:4,
13:2, 13:9, 16:22,
22:20
**settlements** [1] -
17:15
**several** [2] - 14:12,
22:24
**shared** [1] - 18:20
**SHARED** [1] - 3:16
**short** [1] - 14:16
**shortly** [1] - 7:7
**shows** [2] - 14:3, 15:8
**sides** [1] - 6:11

**sign** [1] - 16:24
**slide** [3] - 14:3, 15:8,
15:10
**smallest** [1] - 15:5
**soon** [2] - 18:14, 19:7
**sorry** [2] - 9:8, 21:19
**SOUTH** [1] - 2:13
**SPEAKER** [1] - 21:13
**speaking** [1] - 10:6
**SPECIAL** [1] - 2:15
**Special** [3] - 16:10,
16:15, 17:24
**square** [3] - 13:10,
18:10, 18:12
**SR** [1] - 2:8
**ST** [1] - 2:4
**stand** [1] - 23:9
**standpoint** [1] - 8:13
**state** [3] - 10:16,
10:23, 11:8
**STATE** [1] - 3:7
**State** [1] - 23:16
**state/federal** [1] -
10:18
**STATE/FEDERAL** [2] -
1:23, 3:8
**States** [8] - 7:3, 7:11,
7:18, 7:24, 8:1,
19:19, 23:16, 23:22
**STATES** [2] - 1:1, 1:12
**status** [10] - 10:14,
11:4, 11:13, 12:2,
13:2, 16:19, 19:16,
22:12, 23:10
**STATUS** [2] - 1:11,
3:15
**Steering** [1] - 5:20
**STENGEL** [3] - 2:16,
9:21, 9:25
**Stengel** [2] - 9:21,
9:25
**STENOGRAPHY** [1] -
2:23
**step** [2] - 9:15, 9:20
**still** [4] - 15:13, 16:13,
16:17, 17:6
**stragglers** [1] - 16:17
**STREET** [4] - 1:21,
1:24, 2:9, 2:20
**strike** [1] - 22:25
**submit** [1] - 14:8
**submitted** [2] - 13:23,
15:24
**subsidiaries** [2] - 7:2,
7:11
**SUITE** [4] - 1:21, 1:24,
2:4, 2:13
**supplemental** [2] -
18:6, 18:8
**supplements** [1] -

20:9
**SUPPLY** [1] - 3:17
**Supply** [2] - 19:25, 20:2

# T

**TAISHAN** [1] - 2:7
**Taishan** [12] - 5:24, 6:20, 7:1, 7:5, 7:15, 7:23, 8:23, 9:18, 18:8, 19:10, 20:1, 20:12
**TAYLOR** [4] - 2:8, 5:23, 21:19, 21:24
**Taylor** [1] - 5:23
**terms** [1] - 20:10
**THAT** [1] - 4:6
**THAT.........................
.............** [1] - 4:8
**THE** [38] - 1:11, 1:15, 1:23, 2:3, 3:15, 3:20, 4:2, 4:5, 4:7, 5:7, 5:8, 5:11, 5:12, 5:14, 5:21, 6:2, 9:23, 10:4, 10:19, 10:25, 11:7, 12:8, 12:22, 12:25, 16:21, 17:8, 17:17, 18:17, 19:6, 21:11, 21:14, 21:23, 22:5, 22:10, 22:14, 23:6, 23:8, 23:9
**themselves** [1] - 9:16
**thereabouts** [2] - 7:9, 17:18
**thereafter** [1] - 7:7
**they've** [1] - 7:16
**third** [2] - 7:9, 19:19
**THIS** [1] - 1:8
**three** [3] - 6:24, 13:8, 14:21
**throughout** [1] - 12:13
**TO** [5] - 1:8, 3:11, 4:5, 4:7, 5:4
**today** [8] - 9:15, 10:1, 10:11, 18:14, 18:15, 20:6, 20:16, 21:2
**TODAY..** [1] - 3:20
**together** [2] - 6:9, 9:7
**total** [7] - 13:15, 13:22, 14:4, 15:4, 15:7, 17:17, 18:12
**track** [4] - 6:17, 6:18
**tracks** [1] - 6:16
**TRANSCRIPT** [2] - 1:11, 2:23
**transcript** [1] - 23:17
**transcripts** [1] - 10:14
**transitioned** [1] - 13:4

**trial** [6] - 8:12, 8:13, 8:18, 10:22, 21:10, 22:9
**TRIAL.........................
** [1] - 4:2
**tried** [1] - 17:12
**true** [1] - 23:17
**trying** [1] - 6:21
**TV's** [1] - 15:20
**two** [5] - 6:16, 7:7, 9:6, 14:1, 15:3
**type** [4] - 13:11, 15:5, 15:9, 15:25
**types** [2] - 16:16, 16:20

# U

**under** [2] - 12:3, 21:10
**unhappy** [1] - 16:9
**UNIDENTIFIED** [1] - 21:13
**UNITED** [2] - 1:1, 1:12
**United** [8] - 7:3, 7:11, 7:18, 7:24, 8:1, 19:19, 23:16, 23:22
**unopposed** [3] - 22:17, 22:18, 22:23
**up** [6] - 9:15, 9:20, 11:2, 11:14, 12:7, 13:12
**updated** [2] - 12:20, 20:12
**US** [1] - 2:12
**usual** [2] - 12:20, 18:23

# V

**vantage** [1] - 19:1
**variety** [2] - 13:14, 18:9
**various** [4] - 10:13, 17:11, 19:23, 21:20
**VEJNOSKA** [1] - 2:16
**Vejnoska** [1] - 10:1
**VENTURE** [1] - 3:17
**Venture** [2] - 19:25, 20:2
**venue** [1] - 20:22
**verification** [1] - 13:24
**view** [1] - 19:1
**VII** [2] - 11:20, 11:23
**Virginia** [2] - 10:23, 13:2
**VOICES** [1] - 5:10
**voluntarily** [2] - 8:24

# W

**W-9** [1] - 13:24
**WACKER** [1] - 2:13
**WALNUT** [1] - 1:21
**website** [3] - 10:13, 18:2, 19:17
**week** [3] - 7:7, 15:17, 18:7
**weeks** [2] - 12:16, 14:13
**Welcome** [1] - 6:2
**welcome** [1] - 10:4
**WEST** [1] - 2:9
**WHEREUPON** [1] - 23:10
**wind** [1] - 11:25
**wind-down** [1] - 11:25
**wish** [1] - 19:17
**Woody** [3] - 12:19, 12:24, 20:10
**WOODY** [5] - 12:23, 13:1, 16:23, 17:16, 17:19
**works** [1] - 8:9
**wrap** [1] - 12:7
**www3.BrownGreer.
com/drywall** [1] - 18:2

# X

**XI** [1] - 11:5
**XII** [2] - 20:5, 22:1
**XIII** [1] - 20:14
**XVII** [1] - 21:4

# Y

**year** [2] - 11:24, 16:5
**yesterday** [1] - 12:3