In re: Chinese-Manufactured Drywall Products Liability Litigation



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 133483-0023

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Hampton Affiliates, through its registered agent, Steven J. Zika

Court Case No. MDL 2047

HERMAN, HERMAN, ET AL
M Lillian Flemming
820 O'Keefe Ave.
New Orleans, LA  70113-1116

State of: **Oregon** ) ss.
County of: **Clackamas** )

Name of Server: **Ryan Waters**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **20** day of **April**, 20 **15**, at **2:45** o'clock **P** M

Place of Service: at **9600 SW Barnes Road, Ste. 200**, in **Portland, OR 97225**

Documents Served: the undersigned served the documents described as:
**Subpoena to Testify at a Deposition in a Civil Action; Witness Fee**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Hampton Affiliates, through its registered agent, Steven J. Zika**
By delivering them into the hands of an officer or managing agent whose name and title is: **Vicki Corporate Secretary**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F** ; Skin Color **White** ; Hair Color **Brown** ; Facial Hair _____
Approx. Age **40's** ; Approx. Height **5'9** ; Approx. Weight **med.**

X To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **23** day of **April**, 20 **15**

_[signature]_
Signature of Server

_[signature]_ **2017**
Notary Public        (Commission Expires)

APS International, Ltd.



OFFICIAL SEAL
CHRISTINE M FREITER
NOTARY PUBLIC-OREGON
COMMISSION NO. 476353
MY COMMISSION EXPIRES APRIL 08, 2017

In re: Chinese-Manufactured Drywall Products Liability Litigation



**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 133483-0023

## AFFIDAVIT OF DUE AND DILIGENT ATTEMPT

Service of Process on: --Steven J. Zika
Court Case No. MDL 2047

HERMAN, HERMAN, ET AL
M Lillian Flemming
820 O'Keefe Ave.
New Orleans, LA 70113-1116

Customer File:

State of: **Oregon** ) ss.
County of: **Clackamas** )

Name of Server: **Ryan Waters**, undersigned, being duly sworn, deposes and says that at all times mentioned herein, s/he was of legal age and was not a party to this action;

**Documents Served:** the undersigned attempted to serve the documents described as:
Subpoena to Testify at a Deposition in a Civil Action; Witness Fee

**Service of Process on:** The undersigned attempted to serve the documents on
Steven J. Zika

and after due and diligent efforts, was unable to effect service.

**Attempts:** The following is a list of the attempts made to effect service:

Dates/Time/Address Attempted: 9600 SW Barnes Road, Ste. 200, Portland, OR 97225  **4-20-15 at 2:45pm**
Reason for Non-Service: **Receptionist hesistant to give any information Steven not available.**

Dates/Time/Address Attempted: ___
Reason for Non-Service: ___

Dates/Time/Address Attempted: ___
Reason for Non-Service: ___

☐ Based upon the above stated facts, Affiant believes the defendant is avoiding service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **23** day of **April**, 20**15**

Signature of Server

Notary Public     (Commission Expires) **2017**

APS International, Ltd.

OFFICIAL SEAL
CHRISTINE M FREITER
NOTARY PUBLIC-OREGON
COMMISSION NO. 476353
MY COMMISSION EXPIRES APRIL 08, 2017