UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2:09-md-2047 |
| | SECTION L |
| **THIS DOCUMENT RELATES TO:** | JUDGE ELDON E. FALLON |
| *ALL CASES* | MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

**JOINT STATEMENT ON DISCOVERY**

China National Building Materials Group Corporation, China National Building Materials Company Limited, China National Building Materials & Equipment Import & Export Corporation, China National Building Materials (USA), China National Building Materials Forest Products (Canada), and United Suntech (the "Companies") submit this joint statement in response to the Court's directive at the April 24, 2015 telephonic status conference.

The Companies have worked continuously to respond to the Plaintiffs' Steering Committee's ("PSC") initial March 19, 2015 deposition notice.  The Companies and their counsel immediately undertook to interview witnesses, identify document custodians, and assist deposition witnesses in obtaining U.S. visas.  As the following list of efforts demonstrates, the Companies are working in good faith to meet the Court-ordered discovery and provide documents and witnesses to the Plaintiffs' Steering Committee ("PSC") in an expedited fashion:

- Conducted approximately 40 interviews in China of Company personnel, deposition witnesses, and document custodians;

- Provided Defendant Profile Forms identifying subsidiaries who have done business in the United States;

- Conferred with U.S. State Department regarding obtaining expedited visas for deposition witnesses and provided letter for U.S. Embassy in Beijing to expedite visa process;

- Obtained passports for all nine Company deponents; applied for U.S. entry visas for these deponents, with some apparently having been issued today; and, where necessary, working to obtain permission to travel outside of China for 30(b)(6) and individual deponents;

- Retained vendor with experience from prior MDL document collection to collect and process documents;

- Provided document custodian computers, servers, and hard copy documents for vendor collection;

- Retained Chinese law firm to review all potentially responsive documents for compliance with Chinese State Secrets Act; and

- Retained bilingual attorney review team to conduct substantive review of potentially-privileged documents to create production sets responsive to PSC deposition notices.

As counsel for the Companies explained during the April 24, 2015 status conference, the Companies have been working with vendors to collect, process, and screen documents for compliance with the Chinese State Secrets Act. Once these steps are completed, the data is consolidated on a hard drive and is flown to the United States for processing and loading into a review platform. Unfortunately, the initial data set flown to the United States on April 17, 2015

was corrupted and could not be loaded.[1]  The vendor has represented that the data corruption issues have been resolved, and has recently loaded the initial data set into a review platform. Although additional issues have been encountered with this data set, too, counsel has worked to address them and documents from the current set today have been made available for review. This data, along with additional data collected from custodians with potentially relevant documents, will be reviewed as rapidly as possible, and responsive, non-privileged documents will be produced to the PSC as quickly as possible.  The Companies will also inform the PSC as soon as all the 30(b)(6) and the individually-noticed deponents have obtained U.S. entry visas so that the Companies and the PSC can schedule depositions in New Orleans at a mutually agreeable date and time.  We continue to target mid- to late May for the depositions, although this timing may change somewhat in light of requests to first depose 30(b)(6) witnesses and to fit this discovery with the depositions and discovery regarding the damages experts.

Respectfully submitted,

/s/ L. Christopher Vejnoska

L. Christopher Vejnoska (CA Bar No. 96082)
Ian Johnson (CA Bar No. 208713)
Andrew Davidson (CA Bar No. 266506)
Jason Wu (CA Bar No. 279118)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105
Tel.:  415-773-5700
Fax:  415-773-5759

Ewell E. Eagan, Jr. (La. Bar No. 5239)
Donna Phillips Currault (La. Bar No. 19533)
Nina Wessel English (La. Bar No. 29176)
Alex B. Rothenberg (La. Bar No. 34740)
GORDON, ARATA, MCCOLLAM,
DUPLANTIS & EAGAN, LLC
201 St. Charles Avenue, 40th Floor
New Orleans, LA 70170-4000
Tel: (504) 582-1111

---

[1] Rather than repeat them here, the Companies adopt the general discussions provided by Taishan and BNBM regarding some of the other difficulties encountered in the document collection and processing stages.

E-mail:cvejnoska@orrick.com
ijohnson@orrick.com
adavidson@orrick.com
jmwu@orrick.com

E-mail: eeagan@gordonarata.com
dcurrault@gordonarata.com
nenglish@gordonarata.com
arothenberg@gordonarata.com

James L. Stengel (NY Bar No. 1800556)
Xiang Wang (NY Bar No. 4311114)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY, 10019
Tel:   212-506-5000
Fax:  212-506-5151
Email: jstengel@orrick.com
xiangwang@orrick.com

Eric A. Shumsky (D.C. Bar No. 477926)
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street NW
Washington, D.C. 20005
Tel: 202-339-8400
Fax: 202-339-8500
Email: eshumsky@orrick.com

*Attorneys for CNBM Group, CNBM Company, China National Building Materials & Equipment Import & Export, CNBM Forest Products (Canada), CNBM (USA), and United Suntech*

Dated**:** April 28, 2015

- 5 -

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Joint Statement on Discovery has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail and upon all parties by electronically uploading the same to File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 28th day of April, 2015.

/s/ L. Christopher Vejnoska
L. Christopher Vejnoska (CA Bar No. 96082)