IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

## STIPULATED AND AGREED SCHEDULING ORDER FOR JUNE 9, 2015 CLASS DAMAGES HEARING

WHEREAS the Plaintiffs' Steering Committee ("PSC"), on behalf of the plaintiff class certified by the Court on September 26, 2014 (FOFCOL, Rec. Doc. 18028), and defendants Taishan Gypsum Company Limited, Tai'an Taishan Plasterboard Company Limited, Beijing New Building Materials Public Limited Company, Beijing New Building Material (Group) Company Limited, China National Building Materials Company Limited, and China National Building Materials Group Corporation [hereafter, collectively, "Defendants"], have met and conferred regarding the scheduling of, and deadlines for, activities in preparation for the class damages hearing scheduled on June 9, 2015; and

WHEREAS the parties also have received direction from the Court regarding certain of these deadlines, and now have incorporated same in jointly agreeing to the schedule which follows,

IT IS ORDERED by the Court, as stipulated and agreed by the parties, that the following schedule shall apply to the class damages hearing on June 9, 2015:

1. No later than **April 27, 2015**, the PSC shall provide to counsel for the Defendants an amended expert report from George Inglis, P.E., together with the data and non-privileged material in Mr. Inglis' file upon which he has relied in rendering the report.

2. No later than **May 8, 2015**, counsel for the Defendants shall:

   a. Provide to the PSC the rebuttal expert report(s) from defendants' expert(s) who may testify at the June 9, 2015 hearing, together with the data and non-privileged material in the expert's file upon which he or she relied in rendering the report;

   b. File and serve on the PSC any and all opposition briefs or memoranda in response to both the PSC motion to assess and quantify class-wide damages and the PSC memorandum on the effects of default and issue preclusion; and

   c. File and serve on the PSC the defendants' proposed hearing plan for June 9, 2015.

3. No later than **May 15, 2015**, the PSC shall file and serve on counsel for the Defendants the plaintiffs' brief or memorandum in reply.

4. No later than **May 18, 2015**, the PSC and counsel for Defendants shall list any and all expert and fact witnesses who will be called at the June 9, 2015 hearing.

5. No later than **May 19, 2015**, counsel for the Defendants shall be given the opportunity to depose plaintiffs' expert, with the understanding that any expert submitting an expert report in connection with the June 9, 2015 hearing must be made available for deposition within this agreed-upon schedule or else will not be allowed to testify at the hearing.

6. No later than **May 22, 2015**, the PSC shall be given the opportunity to depose defendants' rebuttal expert(s), with the understanding that any expert submitting an expert report in connection with the June 9, 2015 hearing must be made available for deposition within this agreed-upon schedule or else will not be allowed to testify at the hearing.

7. No later than **May 22, 2015**, the PSC and counsel for the Defendants shall list and exchange all proposed exhibits to be used at the June 9, 2015 hearing.

8. No later than **May 26, 2015**, the PSC and counsel for the Defendants shall be given the opportunity to depose any and all fact witnesses to be called at the June 9, 2015 hearing.

9. No later than **May 29, 2015**, any and all Motions *in Limine* and/or *Daubert* motions shall be filed, with supporting memoranda.

10. No later than **June 3, 2015**, all briefs or memoranda in opposition to Motions *in Limine* and/or *Daubert* motions shall be filed.

IT IS FURTHER ORDERED that nothing in this proposed, agreed-upon schedule shall be deemed a waiver by any party of any objections to the relevancy or admissibility of any testimony or offered exhibits at the June 9, 2015 hearing.

THIS DONE the ____ day of _____, 2015, New Orleans, Louisiana.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

Dated: April 28, 2015    Respectfully submitted,

BY: /s/ Russ M. Herman
Russ M. Herman (LA Bar No. 6819)
Leonard A. Davis (LA Bar No. 14190)
Stephen J. Herman (LA Bar No. 23129)
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin
Fred S. Longer
Sandra L. Duggan
Matthew Gaughan
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

/s/ Christina Hull Eikhoff
Bernard Taylor, Esq.
Georgia Bar No. 669625
Michael P. Kenny, Esq.
Georgia Bar No. 415064
Christina Hull Eikhoff
Georgia Bar No. 242539
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
michael.kenny@alston.com
bernard.taylor@alston.com
christy.eikhoff@alston.com
*Counsel for Taishan Gypsum Co., Ltd. and*
*Tai'an Taishan Plasterboard Co., Ltd.*

Alan Dean Weinberger
LA Bar No. 13331
HANGARTNER, RYDBERG & TERRELL, LLC
One Shell Square
701 Poydras St., Suite 310
New Orleans, Louisiana 70179
Phone: (504) 434-6815
Fax: (504) 522-5689
aweinberger@hanrylaw.com
*Local Counsel for Taishan Gypsum Co., Ltd.*
*and*
*Tai'an Taishan Plasterboard Co., Ltd.*

DENTONS US LLP

/s/ Michael H. Barr
Michael H. Barr
New York Bar No. 1744242
Justin N. Kattan
New York Bar No. 3983905
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
michael.barr@dentons.com
justin.kattan@dentons.com

- and -

Richard L. Fenton
Illinois Bar No. 3121699
Leah R. Bruno
Illinois Bar No. 6269469
233 South Wacker Drive
Suite 7800
Chicago, IL 60606-6306
Telephone: (312) 876-8000
Facsimile: (312) 876-7934
richard.fenton@dentons.com
leah.bruno@dentons.com

- and -

C. Michael Moore
Texas Bar No. 14323600
Gene R. Besen
Texas Bar No. 24045491
2000 McKinney Ave, Suite 1900
Dallas, TX 75201
Telephone: (214) 259-0900
Facsimile: (214) 259-0910
mike.moore@dentons.com
gene.besen@dentons.com

- and -

PHELPS DUNBAR LLP

Harry Rosenberg
Louisiana Bar No. 11465
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Facsimile: (504) 568-9130
harry.rosenberg@phelps.com

*Attorneys for Beijing New Building Material (Group) Co., Ltd. and Beijing New Building Materials Public Limited Company*

/s/ L. Christopher Vejnoska
L. Christopher Vejnoska (CA Bar No. 96082)
Ian Johnson (CA Bar No. 208713)
Andrew Davidson (CA Bar No. 266506)
Jason Wu (CA Bar No. 279118)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Tel.: 415-773-5700
Fax.: 415-773-5759
E-mail:   cvejnoska@orrick.com
          ijohnson@orrick.com
          adavidson@orrick.com
          jmwu@orrick.com

James L. Stengel (NY Bar No. 1800556)
Xiang Wang (NY Bar No. 4311114)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY, 10019
Tel: 212-506-5000
Fax: 212-506-5151
Email:   jstengel@orrick.com
         xiangwang@orrick.com

Eric A. Shumsky (D.C. Bar No. 477926)
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street NW
Washington, D.C. 20005
Tel: 202-339-8400
Fax: 202-339-8500
Email: eshumsky@orrick.com

Ewell E. Eagan, Jr. (La. Bar No. 5239)
Donna Phillips Currault (La. Bar No. 19533)
Nina Wessel English (La. Bar No. 29176)
Alex B. Rothenberg (La. Bar No. 34740)
201 St. Charles Avenue, 40th Floor
New Orleans, LA 70170-4000
Telephone: (504) 582-1111
Email: eeagn@gordonarata.com
Email: dcurrault@gordonarata.com
Email: nenglish@gordonarata.com
Email: arothenberg@gordonarata.com

*Attorneys for China National Building Materials Group Corporation and China National Building Materials Company Limited*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 28th day of April, 2015.

/s/ Leonard A. Davis
Leonard A. Davis