**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

**THE PLAINTIFFS' STEERING COMMITTEE'S STATUS REPORT
REGARDING DISCOVERY RELATED TO THE TAISHAN AFFILAITES
AND SUBSIDIARIES AND THEIR VIOLATIONS OF THE COURT'S INJUNCTION**

Beginning on February 10, 2015, the Plaintiffs' Steering Committee ("PSC") began exhaustive efforts to complete discovery for purposes of collections activities on the *Germano* judgment and for purposes of establishing that Taishan and/or the Taishan Affiliates have violated this Court's Contempt Order dated July 17, 2014. Specifically, on February 10, 2015, the PSC noticed the following depositions and served discovery requests on the following third parties for purposes of locating any assets held by Taishan and its affiliates in the United States:

1. JP Morgan Chase & Co.;

2. Morgan Stanley;

3. The AES Corporation;

4. T. Rowe Price Group, Inc.;

5. The Bank of New York Mellon Corporation;

6. Citigroup, Inc.;

7. State Street Corporation;

8. General Growth Properties, Inc.;

9. Northern Trust Corporation; and

10. Plum Creek Timber Company, Inc..

Following the issuance of the above deposition notices and document requests, the PSC noticed the below depositions on February 18, 2015, primarily for the purpose of uncovering any violations of the Court's Contempt Order, *i.e.*, whether the Taishan Defendants were doing business in the United States after July 17, 2014, as well as shipments of materials to and from the United States by the Taishan Defendants and/or the Taishan Affilaites:

1. Lowe's Companies, Inc.;

2. Costco Wholesale Corporation;

3. Wal-Mart Stores, Inc.;

4. Amazon.com;

5. The Home Depot; and

6. Target Corporation.

Thereafter, beginning on February 23, 2015, the PSC started issuing deposition notices and document requests to third parties, after uncovering specific evidence that the Taishan Affiliates had violated this Court's Contempt Order. More specifically, the PSC noticed the deposition of CTIEC-TECO American Technology, Inc. on February 23, 2015, after learning it is a Taishan Affiliate and that it has engaged in business activities in the United States in violation of this Court's Contempt Order.

Following the Court's March 17, 2015 status conference, the PSC determined it was appropriate to stay certain preexisting discovery efforts and to re-issue expedited discovery in

order to streamline its discovery efforts consistent with the Court's directives at the March 17, 2015 status conference and the Court's Minute Entry and Orders [Rec.Doc.18493]. Thereafter, the PSC filed expedited discovery with respect to the below entities[1]:

1. CTIEC-TECO American Technology, Inc.;

2. Wal-Mart Stores, Inc.;

3. New Jersey Institute of Technology;

4. Sunpin Solar Development, LLC a/k/a Sunpin Solar LLC;

5. Westerlund Log Handlers, LLC;

6. Murphy Overseas USA Astoria Forest Products, LLC.; and

7. International Business Machines Corporation ("IBM").

In addition, on April 1, 2015, the PSC filed a motion requesting that the Court stay certain discovery so that the PSC could proceed with its expedited discovery and complete such discovery before the damages hearing scheduled for April 28, 2015 (since reset for June 9, 2015). *See* Rec.Doc.No. 18578. The Court granted the motion with respect to all depositions noticed

---

[1]The Court has granted six motions requesting expedited return of discovery requests and shortening of time to notice depositions with respect to various third-parties on the topics addressed during the March 17, 2015 hearing and in the Court's related Minute Entry and Orders. *See* Rec.Doc.Nos. 18523 (New Jersey Institute of Technology and CTIEC-TECO American Technology, Inc.); 18535 (Sunpin Solar Development a/k/a Sunpin Solar LLC, Tommy Li, Wal-Mart Stores, Inc., Westerlund Log Handlers LLC and Murphy Overseas USA Astoria Forest Products LLC); and 18756 (Hampton Affiliates, Steven J. Zika, Hampton Investment Company, Baillie Lumber Co., Hull Forest Products, Inc., Western Wood, LLC, and W.H. International, Inc.). Presently pending before the Court is a motion requesting expedited return of discovery requests and shortening of time to notice depositions with respect to BNK International, LLC, and Jeffery J. Chang.

prior to March 17, 2015, with the exception of Plum Creek Timber Company, Inc.. *See* Rec.Doc.No. 18640.

Since the granting of the above motion staying the majority of the pre-March 17, 2015 discovery, the PSC has uncovered additional evidence of the Taishan Affiliates violating this Court's Contempt Order. Therefore, the PSC has noticed the following additional depositions:

1. Steven J. Zika;
2. Hampton Affiliates;
3. Hampton Investment Company;
4. Hull Forest Products, Inc.;
5. Baillie Lumber Co.;
6. WH International, Inc.;
7. Western Wood Lumber Co.;
8. BNK International LLC; and
9. Jeffrey J. Chang.

The PSC is currently scheduled to conduct depositions on the following dates:

| Date | Deponent |
|---|---|
| May 6, 2015 | Hull Forest Products, Inc. |
| May 7, 2015 | Baillie Lumbar Co. |
| May 13, 2015 | WH International, Inc. |
| May 13, 2015 | Western Wood Lumber Co. |
| May 15, 2015 | BNK International LLC |
| May 15, 2015 | Jeffrey J. Chang |
| May 18, 2015 | Steven J. Zika |
| May 18, 2015 | Hampton Affiliates |

| | |
|---|---|
| May 18, 2015 | Hampton Investment Company |
| May 18, 2015 | Morgan Stanley |
| May 19, 2015 | JP Morgan Chase & Co. |

Based on the PSC's independent investigation and discovery to date, and with no assistance from the Defendants, the PSC has obtained documents from several third parties including CTIEC-TECO American Technology, Inc.; Murphy Overseas Astoria Forest Products LLC; New Jersey Institute of Technology; Plum Creek Timber Company, Inc.; Sunpin Solar Development LLC; and Walmart Stores, Inc.. These documents were promptly shared with counsel for the defendants through a Dropbox website.  *See* Correspondences advising defendants of these document productions, attached hereto as Exhibit "A".  In addition, the PSC has conducted depositions involving Plum Creek Timber Company, Inc. on April 16, 2015; Sunpin Solar Development LLC on April 17, 2015; New Jersey Institute of Technology on April 22, 2015; and CTIEC-TECO American Technology, Inc. on April 24, 2015.

While the PSC has independently obtained discovery from various third parties concerning the Taishan Affiliates' violations of this Court's Contempt Order, the PSC has only obtained limited discovery from BNBM and no discovery from Taishan or CNBM with respect to their violations of the Contempt Order.  In order to streamline and focus the affiliate and contempt violation discovery and make clear to the Taishan Defendants that he PSC is interested in finding out on an expedited basis who the Taishan Affilaites are and whether they violated the Court's Contempt Order, the PSC filed a Statement The Plaintiffs' Steering Committee's Statement Regarding Outstanding Expedited Discovery Requests on April 20, 2015 [Rec.Doc. 18724], which pointedly asked the defendants to identity:

5

* any commercial activities engaged in the United States, setting forth the nature of the business and any persons or legal entities with which they are engaged in these activities,[2]

* the name of the persons or legal entities with whom you engaged in commercial activity;

* the state of incorporation for each person or legal entity with whom you engaged in commercial activity;

* the address of each person or legal entity with whom you engaged in commercial activity;

* the identity of persons most knowledgeable of these activities,

* the fixed and variable costs of this commercial activity,

* the profits derived from this activity (by quarter and calendar year), and the profits of the subjects of the PSC's expedited discovery (by quarter and calendar year),

* documents related to these activities, and

* the names of the persons who provided the answer to their submission.

In response, only BNBM has produced any documents with respect to its violation of the Court's Contempt Order.[3] The PSC has yet to receive any evidence from taishan or CNBM

---

[2] For example, CNBM Trading and CNBM Forest (Canada) would, at a minimum, disclose relevant information for their business activity with Westerlund Log Handlers, LLC and Murphy Overseas USA Astoria Forest Products, LLC, as described in the Updated Status Report of the Plaintiffs' Steering Committee Regarding Discovery Related to Violations of the Injunction Prong of the Court's July 17, 2014 Contempt Order and Alter Ego Relationships (Rec.Doc. 18684), as supplemented from time to time. This discovery is ongoing and counsel are reminded of their duty to supplement pursuant to Fed.R.Civ.P. 26(e).

[3] Based on BNBM's production, the PSC has noticed the depositions of Hull Forest Products, Inc. on May 6, 2015; Baillie Lumber Co. on May 7, 2015, WH International, Inc. on

(continued...)

regarding whether any of Taishan's affilaites did business in the United States after July 17, 2014. It appears that the PSC knows more than defense counsel as to whether their clients violated the Court's injunction prohibiting Taishan and its affilaites and subsidiaries from doing business in the United States unless or until Taishan participates in these proceedings.

The PSC will be periodically submitting additional reports to update the Court on the status of discovery efforts involving the Taishan Affiliates.

Dated: April 28, 2015

Respectfully submitted,

/s/ Russ M. Herman
Russ M. Herman (LA Bar No. 6819)
Leonard A. Davis (LA Bar No. 14190)
Stephen J. Herman (LA Bar No. 23129)
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin (on the brief)
Fred S. Longer (on the brief)
Sandra L. Duggan
Matthew C. Gaughan
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*

---

[3](...continued)
May 13, 2015 and Western Wood Lumber Co. on May 13, 2015.

**PLAINTIFFS' STEERING COMMITTEE**

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm, LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Peter Prieto
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Bruce William Steckler
Steckler, LLP
12720 Hillcrest Road, Ste 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-4041
bruce@stecklerlaw.com

Ervin A. Gonzalez
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker Waichman, LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@attorneys4people.com

Christopher Seeger
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Victor M. Diaz, Jr.
V.M. Diaz and Partners, LLC
119 Washington Ave, Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Richard J. Serpe
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W
Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Anthony D. Irpino
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

**CERTIFICATE OF SERVICE**

       I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 28th day of April, 2015.

/s/ Leonard A. Davis
Leonard A. Davis
HERMAN, HERMAN & KATZ, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com
Plaintiffs' Liaison Counsel
MDL 2047

*Co-counsel for Plaintiffs*