# EXHIBIT A

## Monica Lord

| | |
|---|---|
| **From:** | Monica Lord |
| **Sent:** | Tuesday, April 14, 2015 11:49 AM |
| **To:** | 'Matthew Gaughan'; 'Monica Lord'; 'bernard.taylor@alston.com'; 'Christy.Eikhoff@alston.com'; 'michael.barr@dentons.com'; 'mike.moore@dentons.com'; 'cvejnoska@orrick.com'; 'jstengel@orrick.com' |
| **Cc:** | 'RHERMAN@hhklawfirm.com'; 'Sandy Duggan'; 'Arnold Levin'; 'Lenny Davis'; 'Fred Longer'; 'cseeger@seegerweiss.com'; 'gmeunier@gainsben.com'; 'Anthony Irpino (airpino@irpinolaw.com)'; "Pearl Robertson' (probertson@irpinolaw.com)'; 'Rachel Sternlieb (RSternlieb@gainsben.com)'; 'George, Scott (sgeorge@seegerweiss.com)' |
| **Subject:** | RE: RE: Chinese Drywall Litigation - Production of Documents from Third Parties |

FROM ARNOLD LEVIN:

    Dear Counsel –

    Please be advised that we have updated the below drop box with additional documents that have just been produced to us. We have added two folders for these additional productions (NJIT production and Sunpin). Please also be advised that we intend to go forward with the deposition of Sunpin Solar Development LLC that is presently scheduled for April 17, 2015.

    Arnold Levin

---

**From:** Monica Lord
**Sent:** Monday, April 13, 2015 10:01 AM
**To:** bernard.taylor@alston.com; 'Christy.Eikhoff@alston.com'; michael.barr@dentons.com; mike.moore@dentons.com; cvejnoska@orrick.com; jstengel@orrick.com
**Cc:** RHERMAN@hhklawfirm.com; gmeunier@gainsben.com; Lenny Davis; Fred Longer; Matthew Gaughan; Sandy Duggan; Arnold Levin
**Subject:** Chinese Drywall Litigation - Production of Documents from Third Parties

FROM ARNOLD LEVIN:

    Dear Counsel –

    Please find a drop box link for documents that have been produced by third parties in response to our subpoenas and other discovery to date. We will continue to forward additional documents as they are produced to us.

| | |
|---|---|
| Link: | https://www.dropbox.com/sh/4tddsa5tk0fywdc/AAChzk7dzk3C_lOJ2rwbYwWAa?dl=0 |
| Password: | fAN~98aNUHj%b5d |

    Arnold Levin

Monica Lord

Levin, Fishbein, Sedran & Berman
Counsellors at Law and Proctors in Admiralty
510 Walnut Street - Suite 500
Philadelphia, PA 19106-3697
Tele: 215-592-1500 - Fax: 215-592-4663
www.lfsblaw.com

CONFIDENTIALITY NOTE: This e-mail message contains information belonging to the law firm of Levin, Fishbein, Sedran & Berman and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.

Levin, Fishbein, Sedran & Berman
Counsellors at Law and Proctors in Admiralty

## Monica Lord

| | |
|---|---|
| **From:** | Monica Lord |
| **Sent:** | Tuesday, April 14, 2015 3:24 PM |
| **To:** | 'Matthew Gaughan'; 'Monica Lord'; 'bernard.taylor@alston.com'; 'Christy.Eikhoff@alston.com'; 'michael.barr@dentons.com'; 'mike.moore@dentons.com'; 'cvejnoska@orrick.com'; 'jstengel@orrick.com' |
| **Cc:** | 'RHERMAN@hhklawfirm.com'; 'Sandy Duggan'; 'Arnold Levin'; 'Lenny Davis'; 'Fred Longer'; 'cseeger@seegerweiss.com'; 'gmeunier@gainsben.com'; 'Anthony Irpino (airpino@irpinolaw.com)'; "Pearl Robertson' (probertson@irpinolaw.com)'; 'Rachel Sternlieb (RSternlieb@gainsben.com)'; 'George, Scott (sgeorge@seegerweiss.com)' |
| **Subject:** | RE: RE: Chinese Drywall Litigation - Production of Documents from Third Parties |

FROM ARNOLD LEVIN:

 Please be advised that we heard from the firm hosting the Sunpin deposition on Friday and they have requested a head count since they have limited space available for the deposition. Let me know who will be attending the deposition so that I will know the number of people attending.

---

**From:** Monica Lord
**Sent:** Tuesday, April 14, 2015 11:49 AM
**To:** 'Matthew Gaughan'; 'Monica Lord'; 'bernard.taylor@alston.com'; 'Christy.Eikhoff@alston.com'; 'michael.barr@dentons.com'; 'mike.moore@dentons.com'; 'cvejnoska@orrick.com'; 'jstengel@orrick.com'
**Cc:** 'RHERMAN@hhklawfirm.com'; 'Sandy Duggan'; 'Arnold Levin'; 'Lenny Davis'; 'Fred Longer'; 'cseeger@seegerweiss.com'; 'gmeunier@gainsben.com'; 'Anthony Irpino (airpino@irpinolaw.com)'; "Pearl Robertson' (probertson@irpinolaw.com)'; 'Rachel Sternlieb (RSternlieb@gainsben.com)'; 'George, Scott (sgeorge@seegerweiss.com)'
**Subject:** RE: RE: Chinese Drywall Litigation - Production of Documents from Third Parties

FROM ARNOLD LEVIN:

 Dear Counsel –

 Please be advised that we have updated the below drop box with additional documents that have just been produced to us. We have added two folders for these additional productions (NJIT production and Sunpin). Please also be advised that we intend to go forward with the deposition of Sunpin Solar Development LLC that is presently scheduled for April 17, 2015.

 Arnold Levin

---

**From:** Monica Lord
**Sent:** Monday, April 13, 2015 10:01 AM
**To:** bernard.taylor@alston.com; 'Christy.Eikhoff@alston.com'; michael.barr@dentons.com; mike.moore@dentons.com; cvejnoska@orrick.com; jstengel@orrick.com
**Cc:** RHERMAN@hhklawfirm.com; gmeunier@gainsben.com; Lenny Davis; Fred Longer; Matthew Gaughan; Sandy Duggan; Arnold Levin
**Subject:** Chinese Drywall Litigation - Production of Documents from Third Parties

FROM ARNOLD LEVIN:

 Dear Counsel –

   Please find a drop box link for documents that have been produced by third parties in response to our subpoenas and other discovery to date. We will continue to forward additional documents as they are produced to us.

Link:  https://www.dropbox.com/sh/4tddsa5tk0fywdc/AAChzk7dzk3C_lOJ2rwbYwWAa?dl=0

Password: fAN~98aNUHj%b5d

  Arnold Levin

Monica Lord
Levin, Fishbein, Sedran & Berman
Counsellors at Law and Proctors in Admiralty
510 Walnut Street - Suite 500
Philadelphia, PA 19106-3697
Tele: 215-592-1500 - Fax: 215-592-4663
www.lfsblaw.com

CONFIDENTIALITY NOTE: This e-mail message contains information belonging to the law firm of Levin, Fishbein, Sedran & Berman and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.

## Monica Lord

| | |
|---|---|
| **From:** | Monica Lord |
| **Sent:** | Tuesday, April 14, 2015 3:51 PM |
| **To:** | 'Matthew Gaughan'; 'Monica Lord'; 'bernard.taylor@alston.com'; 'Christy.Eikhoff@alston.com'; 'michael.barr@dentons.com'; 'mike.moore@dentons.com'; 'cvejnoska@orrick.com'; 'jstengel@orrick.com' |
| **Cc:** | 'RHERMAN@hhklawfirm.com'; 'Sandy Duggan'; 'Arnold Levin'; 'Lenny Davis'; 'Fred Longer'; 'cseeger@seegerweiss.com'; 'gmeunier@gainsben.com'; 'Anthony Irpino (airpino@irpinolaw.com)'; "Pearl Robertson' (probertson@irpinolaw.com)'; 'Rachel Sternlieb (RSternlieb@gainsben.com)'; 'George, Scott (sgeorge@seegerweiss.com)' |
| **Subject:** | RE: RE: Chinese Drywall Litigation - Production of Documents from Third Parties |

FROM ARNOLD:

   Please also be advised the April 16, 2015 deposition of Plum Creek is going forward as scheduled.

---

**From:** Monica Lord
**Sent:** Tuesday, April 14, 2015 3:24 PM
**To:** 'Matthew Gaughan'; 'Monica Lord'; 'bernard.taylor@alston.com'; 'Christy.Eikhoff@alston.com'; 'michael.barr@dentons.com'; 'mike.moore@dentons.com'; 'cvejnoska@orrick.com'; 'jstengel@orrick.com'
**Cc:** 'RHERMAN@hhklawfirm.com'; 'Sandy Duggan'; 'Arnold Levin'; 'Lenny Davis'; 'Fred Longer'; 'cseeger@seegerweiss.com'; 'gmeunier@gainsben.com'; 'Anthony Irpino (airpino@irpinolaw.com)'; "Pearl Robertson' (probertson@irpinolaw.com)'; 'Rachel Sternlieb (RSternlieb@gainsben.com)'; 'George, Scott (sgeorge@seegerweiss.com)'
**Subject:** RE: RE: Chinese Drywall Litigation - Production of Documents from Third Parties

FROM ARNOLD LEVIN:

   Please be advised that we heard from the firm hosting the Sunpin deposition on Friday and they have requested a head count since they have limited space available for the deposition. Let me know who will be attending the deposition so that I will know the number of people attending.

---

**From:** Monica Lord
**Sent:** Tuesday, April 14, 2015 11:49 AM
**To:** 'Matthew Gaughan'; 'Monica Lord'; 'bernard.taylor@alston.com'; 'Christy.Eikhoff@alston.com'; 'michael.barr@dentons.com'; 'mike.moore@dentons.com'; 'cvejnoska@orrick.com'; 'jstengel@orrick.com'
**Cc:** 'RHERMAN@hhklawfirm.com'; 'Sandy Duggan'; 'Arnold Levin'; 'Lenny Davis'; 'Fred Longer'; 'cseeger@seegerweiss.com'; 'gmeunier@gainsben.com'; 'Anthony Irpino (airpino@irpinolaw.com)'; "Pearl Robertson' (probertson@irpinolaw.com)'; 'Rachel Sternlieb (RSternlieb@gainsben.com)'; 'George, Scott (sgeorge@seegerweiss.com)'
**Subject:** RE: RE: Chinese Drywall Litigation - Production of Documents from Third Parties

FROM ARNOLD LEVIN:

   Dear Counsel –

   Please be advised that we have updated the below drop box with additional documents that have just been produced to us. We have added two folders for these additional productions (NJIT production and Sunpin). Please also be advised that we intend to go forward with the deposition of Sunpin Solar Development LLC that is presently scheduled for April 17, 2015.

Arnold Levin

---

**From:** Monica Lord
**Sent:** Monday, April 13, 2015 10:01 AM
**To:** bernard.taylor@alston.com; 'Christy.Eikhoff@alston.com'; michael.barr@dentons.com; mike.moore@dentons.com; cvejnoska@orrick.com; jstengel@orrick.com
**Cc:** RHERMAN@hhklawfirm.com; gmeunier@gainsben.com; Lenny Davis; Fred Longer; Matthew Gaughan; Sandy Duggan; Arnold Levin
**Subject:** Chinese Drywall Litigation - Production of Documents from Third Parties

FROM ARNOLD LEVIN:

    Dear Counsel –

    Please find a drop box link for documents that have been produced by third parties in response to our subpoenas and other discovery to date. We will continue to forward additional documents as they are produced to us.

Link:    https://www.dropbox.com/sh/4tddsa5tk0fywdc/AAChzk7dzk3C_lOJ2rwbYwWAa?dl=0

Password:    fAN~98aNUHj%b5d


    Arnold Levin


Monica Lord
Levin, Fishbein, Sedran & Berman
Counsellors at Law and Proctors in Admiralty
510 Walnut Street - Suite 500
Philadelphia, PA 19106-3697
Tele: 215-592-1500 - Fax: 215-592-4663
www.lfsblaw.com

CONFIDENTIALITY NOTE: This e-mail message contains information belonging to the law firm of Levin, Fishbein, Sedran & Berman and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.

# Monica Lord

| | |
|---|---|
| **From:** | Monica Lord |
| **Sent:** | Monday, April 13, 2015 10:01 AM |
| **To:** | 'bernard.taylor@alston.com'; 'Christy.Eikhoff@alston.com'; 'michael.barr@dentons.com'; 'mike.moore@dentons.com'; 'cvejnoska@orrick.com'; 'jstengel@orrick.com' |
| **Cc:** | 'RHERMAN@hhklawfirm.com'; 'gmeunier@gainsben.com'; Lenny Davis; Fred Longer; Matthew Gaughan; Sandy Duggan; Arnold Levin |
| **Subject:** | Chinese Drywall Litigation - Production of Documents from Third Parties |

FROM ARNOLD LEVIN:

    Dear Counsel –

    Please find a drop box link for documents that have been produced by third parties in response to our subpoenas and other discovery to date. We will continue to forward additional documents as they are produced to us.

Link:    https://www.dropbox.com/sh/4tddsa5tk0fywdc/AAChzk7dzk3C_IOJ2rwbYwWAa?dl=0

Password:    fAN~98aNUHj%b5d


    Arnold Levin


Monica Lord
Levin, Fishbein, Sedran & Berman
Counsellors at Law and Proctors in Admiralty
510 Walnut Street - Suite 500
Philadelphia, PA 19106-3697
Tele: 215-592-1500 - Fax: 215-592-4663
www.lfsblaw.com

CONFIDENTIALITY NOTE: This e-mail message contains information belonging to the law firm of Levin, Fishbein, Sedran & Berman and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.

# Monica Lord

| | |
|---|---|
| **From:** | Monica Lord |
| **Sent:** | Thursday, April 16, 2015 10:05 AM |
| **To:** | 'Matthew Gaughan'; 'bernard.taylor@alston.com'; 'Christy.Eikhoff@alston.com'; 'michael.barr@dentons.com'; 'mike.moore@dentons.com'; 'cvejnoska@orrick.com'; 'jstengel@orrick.com' |
| **Cc:** | 'RHERMAN@hhklawfirm.com'; 'Sandy Duggan'; 'Arnold Levin'; 'Lenny Davis'; 'Fred Longer'; 'cseeger@seegerweiss.com'; 'gmeunier@gainsben.com'; 'Anthony Irpino (airpino@irpinolaw.com)'; "Pearl Robertson' (probertson@irpinolaw.com)'; 'Rachel Sternlieb (RSternlieb@gainsben.com)'; 'George, Scott (sgeorge@seegerweiss.com)' |
| **Subject:** | RE: RE: Chinese Drywall Litigation - Production of Documents from Third Parties |

FROM ARNOLD LEVIN:

Dear Counsel:

    The below Dropbox has been updated with documents produced by Walmart.

Arnold Levin

---

**From:** Monica Lord
**Sent:** Monday, April 13, 2015 10:01 AM
**To:** bernard.taylor@alston.com; 'Christy.Eikhoff@alston.com'; michael.barr@dentons.com; mike.moore@dentons.com; cvejnoska@orrick.com; jstengel@orrick.com
**Cc:** RHERMAN@hhklawfirm.com; gmeunier@gainsben.com; Lenny Davis; Fred Longer; Matthew Gaughan; Sandy Duggan; Arnold Levin
**Subject:** Chinese Drywall Litigation - Production of Documents from Third Parties

FROM ARNOLD LEVIN:

    Dear Counsel –

    Please find a drop box link for documents that have been produced by third parties in response to our subpoenas and other discovery to date. We will continue to forward additional documents as they are produced to us.

| | |
|---|---|
| Link: | https://www.dropbox.com/sh/4tddsa5tk0fywdc/AAChzk7dzk3C_lOJ2rwbYwWAa?dl=0 |
| Password: | fAN~98aNUHj%b5d |

    Arnold Levin

Monica Lord
Levin, Fishbein, Sedran & Berman
Counsellors at Law and Proctors in Admiralty
510 Walnut Street - Suite 500
Philadelphia, PA 19106-3697
Tele: 215-592-1500 - Fax: 215-592-4663

1

www.lfsblaw.com

CONFIDENTIALITY NOTE: This e-mail message contains information belonging to the law firm of Levin, Fishbein, Sedran & Berman and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.

# Monica Lord

| | |
|---|---|
| **From:** | Monica Lord |
| **Sent:** | Friday, April 17, 2015 9:31 AM |
| **To:** | 'Matthew Gaughan'; 'bernard.taylor@alston.com'; 'Christy.Eikhoff@alston.com'; 'michael.barr@dentons.com'; 'mike.moore@dentons.com'; 'cvejnoska@orrick.com'; 'jstengel@orrick.com' |
| **Cc:** | 'RHERMAN@hhklawfirm.com'; 'Sandy Duggan'; 'Arnold Levin'; 'Lenny Davis'; 'Fred Longer'; 'cseeger@seegerweiss.com'; 'gmeunier@gainsben.com'; 'Anthony Irpino (airpino@irpinolaw.com)'; '"Pearl Robertson' (probertson@irpinolaw.com)'; 'Rachel Sternlieb (RSternlieb@gainsben.com)'; 'George, Scott (sgeorge@seegerweiss.com)' |
| **Subject:** | RE: RE: Chinese Drywall Litigation - Production of Documents from Third Parties |

FROM ARNOLD LEVIN:

Dear Counsel:

   The below Dropbox has been updated with additional documents produced by Sunpin in advance of today's deposition.

Arnold Levin

---

**From:** Monica Lord
**Sent:** Monday, April 13, 2015 10:01 AM
**To:** bernard.taylor@alston.com; 'Christy.Eikhoff@alston.com'; michael.barr@dentons.com; mike.moore@dentons.com; cvejnoska@orrick.com; jstengel@orrick.com
**Cc:** RHERMAN@hhklawfirm.com; gmeunier@gainsben.com; Lenny Davis; Fred Longer; Matthew Gaughan; Sandy Duggan; Arnold Levin
**Subject:** Chinese Drywall Litigation - Production of Documents from Third Parties

FROM ARNOLD LEVIN:

   Dear Counsel –

   Please find a drop box link for documents that have been produced by third parties in response to our subpoenas and other discovery to date.  We will continue to forward additional documents as they are produced to us.

Link:       https://www.dropbox.com/sh/4tddsa5tk0fywdc/AAChzk7dzk3C_lOJ2rwbYwWAa?dl=0

Password:    fAN~98aNUHj%b5d

   Arnold Levin


Monica Lord
Levin, Fishbein, Sedran & Berman
Counsellors at Law and Proctors in Admiralty
510 Walnut Street - Suite 500

1

Philadelphia, PA 19106-3697
Tele: 215-592-1500 - Fax: 215-592-4663
www.lfsblaw.com

CONFIDENTIALITY NOTE: This e-mail message contains information belonging to the law firm of Levin, Fishbein, Sedran & Berman and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.

# Monica Lord

| | |
|---|---|
| **From:** | Monica Lord |
| **Sent:** | Monday, April 20, 2015 9:49 AM |
| **To:** | 'harry.rosenberg@phelps.com'; 'richard.fenton@dentons.com' |
| **Cc:** | Arnold Levin |
| **Subject:** | FW: RE: Chinese Drywall Litigation - Production of Documents from Third Parties |

Mr. Rosenberg:

    Attached is the Dropbox link, which contains all the documents that were e-mailed to everyone. I will add you and Mr. Fenton to all future e-mails.

Monica Lord

---

**From:** Monica Lord
**Sent:** Friday, April 17, 2015 9:31 AM
**To:** 'Matthew Gaughan'; 'bernard.taylor@alston.com'; 'Christy.Eikhoff@alston.com'; 'michael.barr@dentons.com'; 'mike.moore@dentons.com'; 'cvejnoska@orrick.com'; 'jstengel@orrick.com'
**Cc:** 'RHERMAN@hhklawfirm.com'; 'Sandy Duggan'; 'Arnold Levin'; 'Lenny Davis'; 'Fred Longer'; 'cseeger@seegerweiss.com'; 'gmeunier@gainsben.com'; 'Anthony Irpino (airpino@irpinolaw.com)'; "Pearl Robertson' (probertson@irpinolaw.com)'; 'Rachel Sternlieb (RSternlieb@gainsben.com)'; 'George, Scott (sgeorge@seegerweiss.com)'
**Subject:** RE: RE: Chinese Drywall Litigation - Production of Documents from Third Parties

FROM ARNOLD LEVIN:

Dear Counsel:

    The below Dropbox has been updated with additional documents produced by Sunpin in advance of today's deposition.

Arnold Levin

---

**From:** Monica Lord
**Sent:** Monday, April 13, 2015 10:01 AM
**To:** bernard.taylor@alston.com; 'Christy.Eikhoff@alston.com'; michael.barr@dentons.com; mike.moore@dentons.com; cvejnoska@orrick.com; jstengel@orrick.com
**Cc:** RHERMAN@hhklawfirm.com; gmeunier@gainsben.com; Lenny Davis; Fred Longer; Matthew Gaughan; Sandy Duggan; Arnold Levin
**Subject:** Chinese Drywall Litigation - Production of Documents from Third Parties

FROM ARNOLD LEVIN:

    Dear Counsel –

    Please find a drop box link for documents that have been produced by third parties in response to our subpoenas and other discovery to date. We will continue to forward additional documents as they are produced to us.

Link:        https://www.dropbox.com/sh/4tddsa5tk0fywdc/AAChzk7dzk3C_lOJ2rwbYwWAa?dl=0

Password:    fAN~98aNUHj%5d

Arnold Levin


Monica Lord
Levin, Fishbein, Sedran & Berman
Counsellors at Law and Proctors in Admiralty
510 Walnut Street - Suite 500
Philadelphia, PA 19106-3697
Tele: 215-592-1500 - Fax: 215-592-4663
www.lfsblaw.com

CONFIDENTIALITY NOTE: This e-mail message contains information belonging to the law firm of Levin, Fishbein, Sedran & Berman and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.

# Monica Lord

| | |
|---|---|
| **From:** | Monica Lord |
| **Sent:** | Tuesday, April 21, 2015 10:22 AM |
| **To:** | 'Matthew Gaughan'; 'bernard.taylor@alston.com'; 'Christy.Eikhoff@alston.com'; 'michael.barr@dentons.com'; 'mike.moore@dentons.com'; 'cvejnoska@orrick.com'; 'jstengel@orrick.com'; 'harry.rosenberg@phelps.com'; 'richard.fenton@dentons.com' |
| **Cc:** | 'RHERMAN@hhklawfirm.com'; 'Sandy Duggan'; 'Arnold Levin'; 'Lenny Davis'; 'Fred Longer'; 'cseeger@seegerweiss.com'; 'gmeunier@gainsben.com'; 'Anthony Irpino (airpino@irpinolaw.com)'; ''Pearl Robertson' (probertson@irpinolaw.com)'; 'Rachel Sternlieb (RSternlieb@gainsben.com)'; 'George, Scott (sgeorge@seegerweiss.com)' |
| **Subject:** | RE: RE: Chinese Drywall Litigation - Production of Documents from Third Parties |

FROM ARNOLD LEVIN:

    Dear Counsel –

    Please be advised that we updated the below Dropbox to include a new folder (lime kiln work).

    Arnold Levin

---

**From:** Monica Lord
**Sent:** Monday, April 13, 2015 10:01 AM
**To:** bernard.taylor@alston.com; 'Christy.Eikhoff@alston.com'; michael.barr@dentons.com; mike.moore@dentons.com; cvejnoska@orrick.com; jstengel@orrick.com
**Cc:** RHERMAN@hhklawfirm.com; gmeunier@gainsben.com; Lenny Davis; Fred Longer; Matthew Gaughan; Sandy Duggan; Arnold Levin
**Subject:** Chinese Drywall Litigation - Production of Documents from Third Parties

FROM ARNOLD LEVIN:

    Dear Counsel –

    Please find a drop box link for documents that have been produced by third parties in response to our subpoenas and other discovery to date. We will continue to forward additional documents as they are produced to us.

Link:    https://www.dropbox.com/sh/4tddsa5tk0fywdc/AAChzk7dzk3C_IOJ2rwbYwWAa?dl=0

Password:    fAN~98aNUHj%b5d

    Arnold Levin

Monica Lord
Levin, Fishbein, Sedran & Berman
Counsellors at Law and Proctors in Admiralty
510 Walnut Street - Suite 500
Philadelphia, PA 19106-3697
Tele: 215-592-1500 - Fax: 215-592-4663

1

www.lfsblaw.com

CONFIDENTIALITY NOTE: This e-mail message contains information belonging to the law firm of Levin, Fishbein, Sedran & Berman and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.