UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON MAG. JUDGE WILKINSON |

**THIRD UPDATED STATUS REPORT OF THE PLAINTIFFS' STEERING COMMITTEE REGARDING DISCOVERY TO TAISHAN DEFENDANTS RELATED TO VIOLATIONS OF THE INJUNCTION PRONG OF THE COURT'S JULY 17, 2014 CONTEMPT ORDER AND ALTER EGO RELATIONSHIPS**

## I.     INTRODUCTION

The Court made clear at the status conference on April 17, 2015, that in conformance with the Court's Minute Entry and Orders dated March 17, 2015,[1] the Taishan Defendants (*i.e.*, Taishan, TTP, and the BNBM and CNBM entities) must participate in and fully comply with expedited discovery requests related to (i) the identities of the affiliates and subsidiaries of Taishan Gypsum Co., Ltd. ("Taishan") and (ii) whether any of these Taishan affiliates violated the injunction prong of the Court's July 17, 2014 ("Contempt Order").[2]  The Court set a deadline of June 9, 2015, for the completion of this discovery.

---

[1] Rec. Doc. No. 18493.

[2] Rec. Doc. No. 17869; *see also* Transcript of Proceedings, 7/17/2014, at p. 30 [Rec. Doc. No. 18302-3].

1

This Third Updated Status Report[3] outlines the lack of discovery from the Taishan Defendants to date.

## II.   STATUS REPORT OF DISCOVERY REGARDING TAISHAN DEFENDANTS' VIOLATIONS OF CONTEMPT ORDER AND ALTER EGO RELATIONSHIPS

To date, no witness deposition dates have been set and no privilege logs have been provided by the Taishan Defendants. The following outlines the status of Defendants' document discovery as of today:

| Defendant | Number of Documents Produced | Language of Production | Witnesses Identified | Date of Witness Availability |
|---|---|---|---|---|
| CNBM Group | None. | n/a | **30(b)(6) witness:** Guoping Zhou | No Date Given |
| CNBM | 34 Total Documents | English Only | **30(b)(6) witness:** CNBM Co. Zhangli Chang<br><br>CNBM Import and Export Lihe Wang<br><br>CNBM USA Shaojun Zhang CNBM Forest Products (Canada) Jianjun Deng<br><br>**Independent Witnesses:** Peng Shou Cao Jianlin Zhangli Chang Jin Yu Hu Cui Xingtai | No Dates Given |
| BNBM Group | 151 Total Documents | English and Chinese | **30(b)(6) witness:** Yanming Zhao | No Date Given |

[3] This Third Updated Status Report provides additional information since the filing of the Revised Second Updated Status Report filed on April 24, 2015 [Rec. Doc. No. 18751] and Revised Errata to Revised Second Updated Status Report filed on April 27, 2015 [Rec. Doc. 18763].

| BNBM | 353 Total Documents | English and Chinese | **30(b)(6) witness:** Yu Chen | No Date Given |
| Taishan and TTP | 118 Total Documents[4] | Chinese with *"working [English] translation for reference only" | **30(b)(6) witness:** Che Gang | No Date Given |

## III.  CONCLUSION

Independent of discovery from the Taishan Defendants, the PSC has uncovered substantial evidence that the Taishan Affiliates have done business, and are continuing to do business in the United States in direct violation of the Court's injunction.  Unfortunately, the paltry document productions from the Taishan Defendants themselves have not assisted the PSC in its efforts to conduct alter ego and contempt discovery.  Moreover, the lack of documents from the Taishan Defendants will render it very difficult to take the Taishan Defendants' depositions if and when the witnesses are made available.

---

[4] Taishan makes reference in its status report to the Court to "previously produced documents" by Taishan [Rec. Doc. No. 18765 at page 2, footnote 2].  However, the PSC has not requested these documents from Taishan.  Rather, the PSC has limited its expedited discovery requests to documents and information regarding Taishan's affiliates and violations of the Court's injunction, in conformance with the Court's directives and Minute Entry and Orders.  The 118 documents that have been produced are all in Chinese, substantially no documents in English. Furthermore, as to documents produced in English by Taishan's prior counsel, Hogan Lovells, the PSC produced Taishan documents to Taishan's current counsel of all *Germano* exhibits and transcripts several weeks ago.  Taishan's current counsel appeared in this Court on February 17, 2015 [Rec. Doc. 18352].  "The PSC is being played" and no meaningful discovery in English has come forth from Taishan since Alston & Byrd appeared in this Court 70 days ago.

3

Dated: April 28, 2015           Respectfully Submitted,

BY:     /s/ Russ M. Herman
        Russ M. Herman (LA Bar No. 6819)
        Leonard A. Davis (LA Bar No. 14190)
        Stephen J. Herman (LA Bar No. 23129)
        Herman, Herman & Katz, LLC
        820 O'Keefe Avenue
        New Orleans, LA 70113
        Phone: (504) 581-4892
        Fax: (504) 561-6024
        ldavis@hhklawfirm.com
        *Plaintiffs' Liaison Counsel*
        *MDL 2047*

        Arnold Levin
        Fred S. Longer
        Sandra L. Duggan
        Matthew Gaughan
        Levin, Fishbein, Sedran & Berman
        510 Walnut Street, Suite 500
        Philadelphia, PA 19106
        Phone: (215) 592-1500
        Fax: (215) 592-4663
        alevin@lfsblaw.com
        *Plaintiffs' Lead Counsel*
        *MDL 2047*

        Gerald E. Meunier (LA Bar No. 9471)
        Rachel A. Sternlieb (LA Bar No. 35338)
        Gainsburgh, Benjamin, David,
         Meunier & Warshauer, LLC
        2800 Energy Centre
        1100 Poydras Street
        New Orleans, LA 70163-2800
        Phone:  (504) 522-2304
        Fax:  (504) 528-9973
        gmeunier@gainsben.com
        *Co-Counsel for Plaintiffs and PSC Member*

**PLAINTIFFS' STEERING COMMITTEE**

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm, LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Peter Prieto
Podhurst Orseck, PA
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Bruce William Steckler
Steckler LLP
12720 Hillcrest Road, Suite 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-4041
bruce@stecklerlaw.com

Ervin A. Gonzalez
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, PA
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Jerrold Seth Parker
Parker Waichman, LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Myers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@attorneys4people.com

Christopher Seeger
Scott Alan George
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Richard J. Serpe
Law Offices of Richard J. Serpe
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Victor M. Diaz, Jr.
V.M. Diaz and Partners, LLC
119 Washington Ave., Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W., Suite  650
Washington, DC 20006
Phone: (202) 540-7200
Fax:  (202) 540-7201
rlewis@hausfeldllp.com

Anthony D. Irpino
Pearl Robertson
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 28th day of April, 2015.

Respectfully Submitted,

BY: /s/ Leonard A. Davis
Leonard A. Davis
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com

*Plaintiffs' Liaison Counsel*
*MDL 2047*