**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047** **SECTION: L** **JUDGE FALLON** **MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:** *All Cases* | |

## ORDER

Before the Court is Beijing New Building Materials Public Limited Company's ("BNBM PLC") Motion For Leave to Exceed Page Limitation.  The Court is of the opinion that the Motion should be GRANTED.

Beijing New Building Materials Public Limited Company's Motion to Dismiss the Complaints Pursuant to Rules 12(b)(2) and 12(b)(5) is hereby filed to the record.

**SO ORDERED.**

New Orleans, Louisiana, this ___ day of _____ , 2015.

_____
ELDON E. FALLON
United States District Court Judge