UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>*All Cases* | |

## LOCAL RULE 78.1 REQUEST FOR ORAL ARGUMENT

NOW INTO COURT, through undersigned counsel, come defendant Beijing New Building Materials Public Limited Company respectfully requests oral argument on its motion to dismiss currently scheduled for submission on May 27, 2015 at 9:00 am CST. Oral argument will aid the Court's consideration of the motion.

Dated: April 29, 2015

    Respectfully submitted,

**DENTONS US LLP**

By: */s/ Michael H. Barr*
Michael H. Barr
New York Bar No. 1744242
Justin N. Kattan
New York Bar No. 3983905
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
michael.barr@dentons.com
justin.kattan@dentons.com

- and -

Richard L. Fenton  
Illinois Bar No. 3121699  
Leah R. Bruno  
Illinois Bar No. 6269469  
233 South Wacker Drive  
Suite 7800  
Chicago, IL  60606-6306  
Telephone:  (312) 876-8000  
Facsimile:  (312) 876-7934  
richard.fenton@dentons.com  
leah.bruno@dentons.com  

- and -

C. Michael Moore  
Texas Bar No. 14323600  
Gene R. Besen  
Texas Bar No. 24045491  
2000 McKinney Ave, Suite 1900  
Dallas, TX  75201  
Telephone:  (214) 259-0900  
Facsimile:  (214) 259-0910  
mike.moore@dentons.com  
gene.besen@dentons.com  

- and -

**PHELPS DUNBAR LLP**

Harry Rosenberg  
Louisiana Bar No. 11465  
365 Canal Street, Suite 2000  
New Orleans, Louisiana 70130-6534  
Telephone:  (504) 566-1311  
Facsimile:  (504) 568-9130  
harry.rosenberg@phelps.com  

*Attorneys for Beijing New Building Material (Group) Co., Ltd. and Beijing New Building Materials Public Limited Company*