**Stock abbreviation: BNBMPLC; stock code: 000786;**

**announcement number: 2006-026**

**Beijing New Building Materials Public Limited Company**

**Announcement of Final Decision of the 19th （Temporary）**

**Meeting of the Third Session of Board of Directors**

> **All members of Board of Directors guarantee that report is faithful, accurate and complete, without false representation, misleading statement or major omission.**

BNBMPLC distributed the notice about holding the 19th Interim Meeting of the Third Board of Directors on Aug.25, 2006 by email, and the vote was performed by fax (include direct service) on Aug.28, 2006 on the premise that the members of the Board of Directors have a strong understanding of the events to be resolved. Nine directors voted, in accordance with the relevant provisions of Company Law and the Articles of Association. It was resolved that

I. Proposal of purchasing 100% equity of Taian Donglian Investment & Trade Co., Ltd.

The company has signed equity transfer agreement of Taian Donglian Investment & Trade Co., Ltd. with the existing stockholders Liu Huan and Jiao Wenbo of Taian Donglian Investment & Trade Co., Ltd. in Beijing on Aug.28, 2006. In accordance with the equity transfer agreement, the company purchased 100% equity of Taian Donglian Investment & Trade Co., Ltd. from Liu Huan and Jiao Wenbo with cash of 114.54 million Yuan. More details see Equity purchase announcement

Three independent directors made independent opinions of agreeing

with this case.

It was resolved with nine concurring votes, zero dissenting vote and zero abstention.

II. Proposal of submitting related transaction of the company proposing to offer held 9.9% equity of China United Cement Co. Ltd. to general meeting of stockholders for resolving.

The China National Building Material Company Limited is the dominant stockholder of the company, so this transaction made up related transaction according to relevant provisions of Rules on Listing of Shenzhen Stock Exchange. Five related directors Cao Jianglin, Cui Lijun, Lu Jinshan, Zhang Nailing and Guang Zhaoyu avoided the voting for this proposal, and the quantity of the rest directors did not meet the specified quantity of the Board of Directors, so this \proposal will be directly submitted to the 2006s third extraordinary general meeting for resolving in accordance with relevant provisions of Rules on Listing of Shenzhen Stock Exchange, and related directors will give up the right of voting for this proposal in the extraordinary general meeting. More details see Announcement for related transaction of equity offering.

Three independent directors published prior approval letters for this case and made the independent opinions of agreeing with the related transaction.

It was resolved with nine concurring votes, zero dissenting vote and zero abstention.

It is hereby announced.

Beijing New Building Materials
Public Limited Company

BNBMPLC0004446

Board of Directors

Aug. 28, 2013

BNBMPLC0004447