1       UNITED STATES DISTRICT COURT
        EASTERN DISTRICT OF LOUISIANA

2

3       _____        § MDL NO. 2047
        IN RE:                     §
4       CHINESE-                   § SECTION: L
        MANUFACTURED               §
5       DRYWALL PRODUCTS           § JUDGE FALLON
        LIABILITY                  §
6       LITIGATION                 § MAGISTRATE
        _____        § JUDGE WILKINSON

7                       -   -   -

8        CROSS NOTICED IN VARIOUS OTHER ACTIONS

9                       -   -   -

10                   April 4, 2011

11                      -   -   -

12
         CONFIDENTIAL - SUBJECT TO FURTHER
13            CONFIDENTIALITY REVIEW
14                      -   -   -
15          Videotaped deposition of TONGCHUN
        JIA, held at 3 Pedder Street, Central,
16      Hong Kong, China, commencing at 9:05
        a.m., on the above date, before Linda L.
17      Golkow, Certified Court Reporter,
        Registered Diplomate Reporter, Certified
18      Realtime Reporter and Notary Public.
19
20                      -   -   -
21
22          GOLKOW TECHNOLOGIES, INC.
        ph 877.370.3377 | fax 917.591.5672
23            deps@golkow.com

EXHIBIT 7

24

Confidential - Subject to Further Confidentiality Review

```
 1    APPEARANCES:
 2
 3
      SEEGER WEISS LLP
 4    BY:  CHRISTOPHER A. SEEGER, ESQUIRE
      BY:  JEFFREY S. GRAND, ESQUIRE
 5    One William Street
      New York, New York 10004
 6    (212) 584-0700
      cseeger@seegerweiss.com
 7    jgrand@seegerweiss.com
      Representing the Plaintiffs' Steering
 8    Committee
 9
10    COLSON HICKS EIDSON
      BY:  PATRICK S. MONTOYA, ESQUIRE
11    255 Alhambra Circle
      Penthouse
12    Coral Gables, Florida 33134
      (305) 476-7400
13    patrick@colson.com
      Representing Plaintiffs' Steering
14    Committee in the Federal and State
      Coordinated Actions
15
16
      LAW OFFICES OF RICHARD SERPE, P.C.
17    BY:  RICHARD J. SERPE, ESQUIRE
      580 East  Main Street
18    Suite 310
      Norfolk, Virginia 23510
19    (757) 233-0009
      rserpe@serpefirm.com
20    Representing the MDL Plaintiffs and
      the Germano Plaintiffs
21
22
23
                    -   -   -
24
```

Confidential - Subject to Further Confidentiality Review

```
 1   APPEARANCES (CONTINUED):
 2
 3       HOGAN LOVELLS US LLP
         BY:  JOE CYR, ESQUIRE
 4       BY:  FRANK T. SPANO, ESQUIRE
         BY:  ERIC D. STATMAN, ESQUIRE
 5       BY:  RENEE GARCIA, ESQUIRE
         875 Third Avenue
 6       New York, New York 10022
         (212) 918-3000
 7       joe.cyr@hoganlovells.com
         frank.spano@hoganlovells.com
 8       renee.garcia@hoganlovells.com
         eric.statman@hoganlovells.com
 9       Representing Taishan Gypsum Co.
         Ltd. and Tai'an Taishan
10       Plasterboard Company Ltd. and the
         Witness, Tongchun Jia
11
12
         HOGAN LOVELLS INTERNATIONAL LLP
13       BY:  EUGENE CHEN, ESQUIRE
         18th Floor, Park Place
14       1601 Nanjing Road West
         Shanghai, China 200040
15       (86 21) 6122 3800
         eugene.chen@hoganlovells.com
16       Representing Taishan Gypsum Co.
         Ltd. and Tai'an Taishan
17       Plasterboard Company Ltd. and the
         Witness, Tongchun Jia
18
19
         JIGTIAN & GONGCHENG
20       BY:  CHUNGANG DONG, ESQUIRE
         34/F, Tower 3, China Central Place
21       77 Jianguo Road - Chaoyang District
         Beijing, China  200040
22       (86 10) 5809 1016
         Representing Taishan Gypsum Company
23       Limited and Tai'an Taishan
         Plasterboard Company
24
```

Confidential - Subject to Further Confidentiality Review

```
 1    APPEARANCES (CONTINUED):
 2
 3
        GREENBERG TRAURIG, LLP
 4      BY:  HILARIE BASS, ESQUIRE
        1221 Brickell Avenue
 5      Miami, Florida 33131
        (305) 579-0745
 6      bassh@gtlaw.com
        Representing the Home Builders
 7      Steering Committee
 8
 9      GALLOWAY JOHNSON TOMPKINS BURR and
        SMITH
10      BY:  CARLINA C. EISELEN, ESQUIRE
        One Shell Square
11      701 Poydras Street, 40th Floor
        New Orleans, Louisiana 70139
12      (504) 525-6802
        ceiselen@gjtbs.com
13      Representing Interior/Exterior
        Building Supply
14
15
        PERKINS COIE LLP
16      BY:  DAVID L. BLACK, ESQUIRE
        1899 Wynkoop Street - Suite 700
17      Denver, Colorado 80202
        (303) 291-2300
18      DBlack@perkinscoie.com
        Representing the State of Louisiana
19
20
21
22
23
24
```

Confidential - Subject to Further Confidentiality Review

```
 1    APPEARANCES (CONTINUED):
 2
 3        WEINBERG, WHEELER, HUDGINS, GUNN &
          DIAL, LLC
 4        BY:  NICHOLAS P. PANAYOTOPOULOS, ESQ.
          3344 Peachtree Road, NE
 5        Suite 2400
          Atlanta, Georgia 30326
 6        (404) 876-2700
          npanayo@wwhgd.com
 7        Representing Various Banner
          Defendants
 8
 9
          BRENNER, EVANS & MILLMAN, P.C.
10        BY:  THEODORE I. BRENNER, ESQUIRE
          411 East Franklin Street
11        Suite 200
          Richmond, Virginia 23218
12        (804) 644-1300
          Representing Tobin Trading Company
13
14
          McKENRY, DANCIGERS, DAWSON &
15        LAKE, P.C.
          BY:  J. BRIAN SLAUGHTER, ESQUIRE
16        192 Ballard Court
          Suite 400
17        Virginia Beach, Virginia 23462
          (757) 461-2500
18        Jbslaughter@va-law.org
          Representing Atlantic Homes LLC and
19        Multiple Other Virginia-Based
          Defendants
20
21
22
23
24
```

Confidential - Subject to Further Confidentiality Review

```
 1    APPEARANCES (CONTINUED):

 2

 3        SHER GARNER CAHILL RICHTER KLEIN &
          HILBERT, L.L.C.
 4        BY:  MATTHEW C. CLARK, ESQUIRE
          909 Poydras Street
 5        Suite 2800
          New Orleans, Louisiana 70112
 6        (504) 299-2100
          mclark@shergarner.com
 7        Representing the Southern Home
          Defendants
 8

 9
          SINNOTT, NUCKOLS & LOGAN, PC
10        BY:  KENNETH F. HARDT, ESQUIRE
          13811 Village Mill Drive
11        Midlothian, Virginia 23114
          (804) 378-7600
12        khardt@snllaw.com
          Representing Venture Supply, Inc. and
13        Porter-Blaine Corp.

14

15

16

17

18

19

20

21

22

23

24
```

Confidential - Subject to Further Confidentiality Review

```
 1    APPEARANCES VIA TELEPHONE:
 2
 3        KUCHLER POLK SCHELL WEINER &
          RICHESON LLC
 4        BY:  FRANCIS X. deBLANC, III,
          1615 Poydras Street
 5        Suite 1300
          New Orleans, Louisiana 70112
 6        (504) 592-0691
          slauricella@kuchlerpolk.com
 7        Representing Creola Ace Hardware and
          Thomas Gould Inc. in the MDL
 8
 9
          HUNTON & WILLIAMS LLP
10        BY:  A. TODD BROWN, ESQUIRE
          Bank of America Plaza
11        101 South Tryon Street
          Suite 3500
12        Charlotte, North Carolina  28280
          (704) 378-4700
13        Representing Stock Building Supply,
          LLC
14
15
          JONES, WALKER, WAECHTER, POITEVENT,
16        CARRERE & DENEGRE LLP
          BY:  MEGAN E. DONOHUE, ESQUIRE
17        600 Jefferson Street, Suite 1600
          Lafayette, Louisiana 70501
18        (337) 262-9062
          mdonohue@joneswalker.com
19        Representing Fireman's Fund Insurance
          Company
20
21
22
23
24
```

Confidential - Subject to Further Confidentiality Review

```
 1    APPEARANCES VIA TELEPHONE (CONTINUED):
 2
 3        DUPLASS ZWAIN BOURGEOIS PFISTER &
          WEINSTOCK
 4        BY:  PHILIP WATSON, ESQUIRE
          3838 N. Causeway Boulevard
 5        Suite 2900
          Metairie, Louisiana 70002
 6        (504) 832-3700
          pwatson@duplass.com
 7        Representing R&H Masonry, Inc., and
          Swedberg Enterprises, Inc.
 8
 9
          RUMBERGER, KIRK & CALDWELL, P.A.
10        BY:  ABIGAIL ROBERTS, ESQUIRE
          Brickell Bayview Centre, Suite 3000
11        80 Southwest 8th Street
          Miami, Florida 33130
12        (305) 358-5577
          aroberts@rumberger.com
13        Representing Defendants' Liaison
          Counsel for  Installers
14
15
          HAYNSWORTH SINKLER BOYD, P.A.
16        BY:  CHRISTOPHER B. MAJOR, ESQUIRE
          75 Beattie Place - 11th Floor
17        Greenville, South Carolina 29601
          (864) 240-3200
18        cmajor@hsblawfirm.com
          Representing USG Corporation and L&W
19        Supply Corporation
20
          PHELPS DUNBAR LLP
21        BY:  MITCHELL P. HASENKAMPF, ESQUIRE
          Canal Place
22        365 Canal Street, Suite 2000
          New Orleans, Louisiana 70130-6534
23        (504) 584-9249
          mitchell.hasenkampf@phelps.com
24        Representing State Farm
```

Confidential - Subject to Further Confidentiality Review

```
 1    APPEARANCES VIA TELEPHONE (CONTINUED):
 2
 3        FULMER LEROY ALBEE BAUMANN
          BY:  CANDACE MOSS, ESQUIRE
 4        2866 East Oakland Park Boulevard
          Ft. Lauderdale, Florida 33306
 5        (954) 707-4430
          mosscandace@fulmerleroy.com
 6        Representing Independent Builders
          Supply Association (IBSA)
 7
 8
          THOMPSON COE COUSINS & IRONS, L.L.P.
 9        BY:  SUZANNE M. PATRICK, ESQUIRE
          One Riverway, Suite 1600
10        Houston, Texas 77056
          (713) 403-8210
11        spatrick@thompsoncoe.com
          Representing The North River
12        Insurance Company
13
14        BERNARD, CASSISA, ELLIOTT & DAVIS,
          APLC
15        BY:  CAROLINE E. ELLIOTT, ESQUIRE
          1615 Metairie Road
16        Metairie, Louisiana 70005
          (504) 834-2612
17        elliottc@bernard-cassisa.com
          Representing  Phillips Abita Lumber
18        Company, Inc.
19
20
21
22
23
24
```

Confidential - Subject to Further Confidentiality Review

```
 1   APPEARANCES VIA STREAM:
 2
 3       BECNEL LAW FIRM, L.L.C.
         BY:  ROBERT BECNEL, ESQUIRE
 4       106 W. 7th Street
         Reserve, Louisiana 70084
 5       (985) 536-1186
         robbecnel@aol.com
 6       Representing the Plaintiffs'
         Steering Committee
 7
 8
         QUINN EMANUEL URQUHART & SULLIVAN,
 9       LLP
         BY: CLINTON DOCKERY
10       51 Madison Avenue, 22nd Floor
         New York, New York 10010
11       (212) 849-7000
         clintondockery@quinnemanuel.com
12       Representing Chartis Select Insurance
         Company and Related Chartis Insurers
13
14
         JONES, WALKER, WAECHTER, POITEVENT,
15       CARRERE & DENEGRE LLP
         BY:  MEGAN E. DONOHUE, ESQUIRE
16       600 Jefferson Street, Suite 1600
         Lafayette, Louisiana 70501
17       (337) 262-9062
         mdonohue@joneswalker.com
18       Representing Fireman's Fund Insurance
         Company
19
20
21
22
23
24
```

Confidential - Subject to Further Confidentiality Review

```
 1    APPEARANCES VIA STREAM (CONTINUED):
 2
 3         WOODLEY WILLIAMS LAW FIRM
           BY:  DONALD C. BROWN, ESQUIRE
 4         1 Lakeshore Drive
           Suite 1750
 5         Lake Charles, Louisiana 70629
           (337) 433-6328
 6         dcbrown@woodleywilliams.com
           Representing Devon International,
 7         Inc. Formerly, Devon International
           Trading, Inc.
 8
 9
           DEUTSCH, KERRIGAN & STILES
10         BY:  MELISSA M. SWABACKER, ESQUIRE
           755 Magazine St.
11         New Orleans, Louisiana  70130
           (504) 581-5141
12         mswabacker@dkslaw.com
           Representing Landmark American
13         Insurance Company
14
15         KUCHLER POLK SCHELL WEINER &
           RICHESON LLC
16         BY:  SOPHIA L. LAURICELLA, ESQUIRE
           1615 Poydras Street
17         Suite 1300
           New Orleans, Louisiana 70112
18         (504) 592-0691
           slauricella@kuchlerpolk.com
19         Representing Creola Ace Hardware and
           Thomas Gould Inc. in the MDL
20
21
22
23
24
```

Confidential - Subject to Further Confidentiality Review

```
 1    APPEARANCES VIA STREAM (CONTINUED):

 2

 3         TAYLOR WALKER, P.C.
           BY:  CHRISTOPHER J. WIEMKEN, ESQUIRE
 4         555 E. Main Street
           Suite 1300
 5         Norfolk, Virginia 23510
           (757) 625-7300
 6         Cwiemken@taylorwalkerlaw.com

 7

 8    ALSO PRESENT:

 9

10    Stephanie Chin, Official Interpreter
      (Interpreter 1)

11

12    Una Wong, Check Interpreter
      (Interpreter 2)

13                   -    -    -

14

15

16

17

18

19

20

21

22

23

24
```

Confidential - Subject to Further Confidentiality Review

1          I'm only getting these documents,

2          obviously, now, and it appears to

3          me to be, I don't know, 40

4          pages --

5              MR. SPANO:  No, no.  It is

6          four to five pages.  What you are

7          looking at here is 15 sets.

8              MR. SEEGER:  So, a handful

9          of pages.  Until we get them

10         translated, I obviously can't ask

11         questions about them.

12             MR. SPANO:  Would you care

13         to pass them around.

14             (Handing over documents.)

15             MR. CYR:  This is Joe Cyr

16         from Hogan Lovells representing

17         the witness today.

18             Is there anyone on the line

19         who is not a counsel for one of

20         the parties in the litigation?

21             (No response.)

22             MR. CYR:  Thank you.

23             THE VIDEOTAPE TECHNICIAN:

24         We are now going on the record.

Confidential - Subject to Further Confidentiality Review

```
 1          The date today is April 4, 2011.

 2          The time now is approximately 9:07

 3          a.m.

 4              This is the 30(b)(6)

 5          deposition of Tai'an Taishan

 6          Plasterboard taken through its

 7          representative Tongchun Jia taken

 8          in reference to the Chinese

 9          Manufactured Drywall Products

10          Liability Litigation.

11              The deposition today is

12          being held in Hong Kong.

13              My name is Melissa Bardwell,

14          videographer representing Golkow

15          Technologies, and the court

16          reporter today is Linda Golkow.

17              Would counsel and all

18          present please introduce

19          themselves and state their

20          affiliations for the record.

21              MR. CYR:  My name is Joe

22          Cyr.  I'm from Hogan Lovells, and

23          I represent -- we represent

24          Taishan Gypsum as well as, I will
```

Confidential - Subject to Further Confidentiality Review

```
 1          refer to the plasterboard company

 2          as TTP.

 3               And if it's okay with

 4          counsel for the plaintiffs, I

 5          would like to respectfully correct

 6          the videographer in that Mr. Jia

 7          is here in a 30(b)(6) deposition

 8          on behalf of Taishan Gypsum for

 9          several designated areas, and he's

10          here on behalf of TTP only with

11          respect to three designated areas.

12          I'll defer to plaintiffS' counsel

13          for the identification of those

14          areas if you would like to do that

15          in the interest of time.

16               Thank you.

17               MR. SEEGER:  Thanks.  We'll

18          get back to the introductions now.

19               Chris Seeger representing

20          the Plaintiffs' Steering Committee

21          in the Chinese Drywall Litigation

22          MDL.

23               MR. GRAND: Jeff Grand from

24          Seeger Weiss on behalf of the MDL.
```

Confidential - Subject to Further Confidentiality Review

```
 1              MR. MONTOYA:  Patrick

 2         Montoya on behalf of the PSC in

 3         the Federal and State coordinated

 4         litigation.

 5              MS. BASS: Hilarie Bass from

 6         Greenberg Traurig on behalf of the

 7         Home Builders Steering Committee.

 8              MR. SLAUGHTER: Brian

 9         Slaughter.  I represent multiple

10         Virginia builders, developers and

11         installers.  I'm here appearing

12         subject to our jurisdictional

13         defenses and motions that we have

14         previously filed, and we've also

15         filed a third-party claim against

16         Taishan in the Allen litigation in

17         Virginia.

18              MR. HARDT: My name is

19         Kenneth Hardt.  I represent

20         Venture Supply, Inc. and the

21         Porter-Blaine Corporation, making

22         a special appearance in the

23         Germano class action in which we

24         have cross-noticed these
```

Confidential - Subject to Further Confidentiality Review

```
 1              depositions as well.
 2                   MR. BRENNER: I'm Ted
 3              Brenner.  I'm here for Tobin
 4              Trading Company, making a special
 5              appearance  in the Germano case as
 6              well.
 7                   MR. CLARK:  Matthew Clarke
 8              representing Southern Homes.
 9                   MS. EISELEN: Carlina Eiselen
10              for Interior/Exterior.
11                   MR. BLACK:  David Black for
12              the State of Louisiana.  We
13              reserve our rights as set forth in
14              the remand motion that's pending.
15                   MR. PANAYOTOPOULOS: Nick
16              Panayotopoulos on behalf of
17              certain Banner entities, and we
18              obviously reserve our objections
19              as we have in the past.
20                   MR. SERPE: Richard Serpe for
21              the Germano plaintiffs.
22                   MR. CHEN: Eugene Chen of
23              Hogan Lovells on behalf of Taishan
24              Gypsum and TTP.
```

Confidential - Subject to Further Confidentiality Review

```
 1              MS. WONG:  Una Wong, check
 2         interpreter.
 3              MS. GARCIA: Renee Garcia of
 4         Hogan Lovells for TG and TTP.
 5              MR. DONG:  Jingtian &
 6         Gongchen, Chungang Dong.
 7              MR. STATMAN: Eric Statman
 8         for Hogan Lovells on behalf of
 9         Taishan Gypsum and TTP.
10              MR. SPANO: Frank Spano.  You
11         already have my appearance.
12                   -   -   -
13              (STEPHANIE CHIN, OFFICIAL
14         INTERPRETER, INTERPRETER 1, was
15         duly sworn to interpret Chinese
16         into English and English into
17         Chinese.)
18                   -   -   -
19              TONGCHUN JIA, after having
20         been duly sworn through the
21         interpreter, was examined and
22         testified as follows:
23                   -   -   -
24              (UNA WONG, CHECK
```

Confidential - Subject to Further Confidentiality Review

1           INTERPRETER, INTERPRETER 2,  was

2           duly sworn to interpret Chinese

3           into English and English into

4           Chinese.)

5                    -   -   -

6           MR. CYR:  Mr. Seeger, the

7           only other thing that I had was

8           that we preserve our right to

9           review and correct the transcript.

10          Thank you.

11                   -   -   -

12                   EXAMINATION

13                   -   -   -

14   BY MR. SEEGER:

15          Q.    Good morning, Mr. Jia.

16          MR. SEEGER:  You can

17          translate that if you want.

18   BY MR. SEEGER:

19          Q.    Have you ever been deposed

20   before?

21          A.    No.

22          Q.    So, you understand that the

23   court reporter asked you to take an oath.

24   Is there any reason why you could not

Confidential - Subject to Further Confidentiality Review

```
 1              Q.      Are there any employees,
 2    shareholders, officers or directors of
 3    TTP that are paid or compensated in any
 4    way by TG?
 5              A.      Please repeat it.
 6                      (The interpreter repeats the
 7    question.)
 8                      No.
 9              Q.      All right.
10                      Do BNBM and TG share any
11    plants, factories or production lines?
12              A.      No.
13              Q.      Do BNBM and TG share any
14    operations together at all?
15              A.      Can you give me the
16    definition of the word "operation"?
17              Q.      Factory operations for the
18    production of plasterboard, let's say.
19              A.      No.
20              Q.      Do they share --
21                      Does BNBM and TG share any
22    mining operations or mines from which
23    gypsum is mined?
24              A.      What mine?
```

# 公　证　书

**中华人民共和国山东省泰安市岱岳公证处**

– – – – – – –

# E R R A T A

## DEPOSITION OF TONGCHUN JIA

### 错误更正表

### 贾同春庭外供述

– – – – – – –

| PAGE<br>页 | LINE(S)<br>行 | CHANGE<br>更正 |
|---|---|---|
| 25 | 2 | "managing director" to "general manager" |
| | REASON:<br>理由 | 证人供称："总经理"。<br>Translation error<br>翻译错误。 |
| 27 | 3 | Add "At counsel's advice" before "I go through . . ." |
| | REASON:<br>理由 | 添加"在律师的指导下做了"。<br>Translation error<br>翻译错误。 |
| 33 | 1 | "particularly" to "consciously" |
| | REASON:<br>理由 | 证人供称："有意识"。<br>Translation error<br>翻译错误。 |

| PAGE<br>页 | LINE(S)<br>行 | CHANGE<br>更正 |
|---|---|---|
| 35 | 22 | "companies" to "company" |

证人供称："公司"。

REASON:　Translation error

理由

翻译错误。

| 35 | 23 | "us, we won't" to "TG, I would not" |

证人供称："TG, 我就不会"。

REASON:　Translation error and clarification

理由

翻译错误与澄清。

| 36 | 19-22 | Replace "If they are not – if there's not much relevance to me, I won't pay attention – his – two companies" with "Documents from BNBM were not relevant to TG." |

证人供称："北新的就是 BNBM 的有关资料和泰山石膏股份公司没有相关性的东西"。

REASON:　Translation error

理由

翻译错误。

| 50 | 16-17 | "my lawyer did receive my e-mails" to "my lawyers once searched my email box so they might have recorded it." |

证人供称："律师曾经搜过我的邮箱，他可能记起来这个地址了"

REASON:　Translation error

理由

翻译错误。

| 54 | 20-21 | "something concrete as a" to "a specific" |

证人供称："具体的"。

REASON:　Translation error

2

| PAGE | LINE(S) | CHANGE |
|---|---|---|
| 页 | 行 | 更正 |

理由 | | 翻译错误。

| 79 | 8 | "Director of the Board" to "Chairman of the Board" |

REASON: | | 证人供称："董事长"。

理由 | | Translation error

翻译错误。

| 121 | 14-16 | "management people and also for the organization" to "I'm leading TG.  TTP has its own board of directors and management." |

REASON: | | 证人供称："我领导整个 TG 的工作。TTP 有自己的董事会 和管理人员"

理由 | | Translation error

翻译错误。

| 133 | 18 | "products" to "production" |

REASON: | | 证人供称："生产"。

理由 | | Translation error

翻译错误。

| 204 | 9-10 | "became a joint venture" to "it is like a joint venture" |

REASON: | | 证人供称："我们就和 BNBM 合资了"。

理由 | | Translation error.

翻译错误

| 248 | 18 | "He has been" to "It was" |

REASON: | | 证人供称："它是"。

Translation error.

| **PAGE**<br>页 | **LINE(S)**<br>行 | **CHANGE**<br>更正 |
|---|---|---|
| | 理由 | 翻译错误。 |

| 259 | 11 | "from --" to "from Richwell" |

**REASON:**     证人供称："从裕和"。

理由     Transcript omission.

笔录上省略

| 296 | 4 | "sell to the United States" to "plan to market in the U.S." |

**REASON:**     证人供称："在美国推销的计划"。

理由     Translation error

翻译错误。

| 317 | 8 | "applied" to "claimed" |

**REASON**     Translation error

理由:     翻译错误。

| 313 | 11 | "Yes" to "True" |

**REASON**     证人供称："是的"。

理由     Language translation difficulty

中英文翻译困难。

| 317 | 10 | "but how, what is the result or where are they being shipped to, I don't know" to "but whether the drywall was actually shipped to the US or where in the US exactly the drywalls was shipped to, I don't know." |

证人供称："但是真正运到美国去,还是运到美国什么地方去,我不知道。"

4

| PAGE<br>页 | LINE(S)<br>行 | CHANGE<br>更正 |
|---|---|---|

|  | REASON:<br>理由 | Translation Error<br>翻译错误。 |
| 392 | 1 | Add "key" before "subsidiary"<br><br>证人供称："下面的生产石膏板的主要公司"。 |
|  | REASON:<br>理由 | Translation error<br>翻译错误。 |
| 405 | 10 | Add "Group" after first "CNBM"<br><br>证人供称："中国建材集团"。 |
|  | REASON:<br>理由 | Translation error<br>翻译错误。 |
| 409 | 18 | "is" to "was"<br><br>证人供称："是"。 |
|  | REASON:<br>理由 | Translation Difficulty<br>中英文翻译困难。 |
| 419 | 4 | "always" to "often"<br><br>证人供称："常常"。 |
|  | REASON:<br>理由 | Translation error<br>翻译错误。 |
| 419 | 5 | "necessarily" to "always"<br><br>证人供称："全部"。 |
|  | REASON:<br>理由 | Translation error |

5

| PAGE<br>页 | LINE(S)<br>行 | CHANGE<br>更正 |
|---|---|---|
| | | 翻译错误。 |
| 425 | 1 | "16" to "12" |
| | | 证人供称： "十二"。<br>Translation error |
| REASON:<br>理由 | | 翻译错误。 |
| 435 | 19 | "plans" to "plants" |
| | | 证人供称： "厂"。<br>Translation error |
| REASON:<br>理由 | | 翻译错误。 |
| 461 | 11-13 | "my concept.  That is not the concept I am talking about" to "what I meant" |
| | | 证人供称： "我不是这个概念"。<br>Language translation difficulty |
| REASON:<br>理由 | | 中英文翻译困难。 |
| 463 | 2 | "TTG" to "TTP" |
| | | 证人供称： "TTP"。 |
| REASON:<br>理由 | | Translation error or typographical error.<br>中英文翻译困难。 |

证人宣誓书

我贾同春特此证实，我已经阅读过上述第 1 页至第 269 页；并且除开在"错误更正表"中关于的形式或实体上被更正的项目外，该第 1 页至第 269 页是我所被问及之各个问题之答复的正确笔录记载。

_____                    2011. 5. 26

贾同春                                       日期


兹于        年        月        日，
在本人前宣誓后作成本宣誓书
本人公证资格有效截止日期为        年        月        日


（公证人签名）

Confidential - Subject to Further Confidentiality Review

1

2                    ACKNOWLEDGMENT OF DEPONENT

3

                    I,_____, do

4    hereby certify that I have read the
     foregoing pages, 1 through 269 and that

5    the same is a correct transcription of
     the answers given by me to the questions

6    therein propounded, except for the
     corrections or changes in form or

7    substance, if any, noted in the attached
     Errata Sheet.

8

9    _____

     TONGCHUN JIA                    DATE

10

11

12

13

14

15

16   Subscribed and sworn
     to before me this

17   _____ day of _____, 20_____.

18   My commission expires:_____

19

     _____

20   Notary Public

21

22

23

24

# 公　证　书

（2011）泰岱岳证外字第 366 号

　　兹证明贾同春（男，一九六 0 年二月八日出生，身份证号：370902196002081514，现住山东省泰安市泰山区文化路欣欣家园 10 号楼 2 单元 302 室）于二 0 一一年五月二十六日在泰山石膏股份有限公司办公室，在我的面前，在前面的《证人宣誓书》上签名。

中华人民共和国山东省泰安市岱岳公证处

公证员 

二 0 一一年五月二十七日

# NOTARIAL    CERTIFICATE

### (2011)Tai Daiyue Zheng Wai Zi No.366

This is to certify that Jia Tongchun (male, born on February 8, 1960, ID card number:370902196002081514, now residing in Room 302, Unit 2, Building 10, Xinxinjiayuan, Wenhua Road, Taishan District, Taian City, Shandong Province) on Taishan Gypsum Co., Ltd. Office on May 26, 2011 and with the presence of the under-mentioned notary signed on the *ACKNOWLEDGMENT OF DEPONENT.*

Notary: Zhang Weibing

Daiyue Notary Public Office

Taian City, Shandong Province

The People's Republic of China

May 27, 2011

# 证　明　书

（2011）泰岱岳证外字第 367 号

　　兹证明前面的（2011）泰岱岳证外字第 366 号《公证书》的英文译本内容与该公证书中文原本相符。

中华人民共和国山东省泰安市岱岳公证处

公证员　张卫兵

二 0 一一年五月三十七日

# NOTARIAL    CERTIFICATE

(2011)Tai Daiyue Zheng Wai Zi No.367

This is to certify that the English translation contents of the (2011) Tai Daiyue Zheng Wai Zi No.366 *NOTARIAL CERTIFICATE* agree with the Chinese contents of that.

Notary: Zhang Weibing

Daiyue Notary Public Office

Taian City, Shandong Province

The People's Republic of China

May 27, 2011

证人宣誓书

我贾同春特此证实，我已经阅读过上述第 270 页至第 494 页；并且除开在"错误更正表"中关于的形式或实体上被更正的项目外，该第 270 页至第 494 页是我所被问及之各个问题之答复的正确笔录记载。

_____          2011.5.20

贾同春                              日期

兹于      年      月      日，
在本人前宣誓后作成本宣誓书
本人公证资格有效截止日期为        年        月        日

（公证人签名）

Confidential – Subject to Further Confidentiality Review

```
 1
 2              ACKNOWLEDGMENT OF DEPONENT
 3
                I,_____, do
 4    hereby certify that I have read the
      foregoing pages, 270 through 494 and that
 5    the same is a correct transcription of
      the answers given by me to the questions
 6    therein propounded, except for the
      corrections or changes in form or
 7    substance, if any, noted in the attached
      Errata Sheet.
 8
 9    _____

      TONGCHUN JIA                DATE
10
11
12
13
14
15
16    Subscribed and sworn
      to before me this
17    _____ day of _____, 20_____.
18    My commission expires:_____
19

      _____
20    Notary Public
21
22
23
24
```

# 公 证 书

（2011）泰岱岳证外字第 368 号

　　兹证明贾同春（男，一九六０年二月八日出生，身份证号：370902196002081514，现住山东省泰安市泰山区文化路欣欣家园 10 号楼 2 单元 302 室）于二０一一年五月二十六日在泰山石膏股份有限公司办公室，在我的面前，在前面的《证人宣誓书》上签名。

中华人民共和国山东省泰安市岱岳公证处

公证员

二０一一年五月二十七日

# NOTARIAL     CERTIFICATE

(2011)Tai Daiyue Zheng Wai Zi No.368

This is to certify that Jia Tongchun (male, born on February 8, 1960, ID card number:370902196002081514, now residing in Room 302, Unit 2, Building 10, Xinxinjiayuan, Wenhua Road, Taishan District, Taian City, Shandong Province) on Taishan Gypsum Co., Ltd. Office on May 26, 2011 and with the presence of the under-mentioned notary signed on the *ACKNOWLEDGMENT OF DEPONENT.*

Notary: Zhang Weibing

Daiyue Notary Public Office

Taian City, Shandong Province

The People's Republic of China

May 27, 2011

# 证　明　书

（2011）泰岱岳证外字第 369 号

　　兹证明前面的（2011）泰岱岳证外字第 368 号《公证书》的英文译本内容与该公证书中文原本相符。

中华人民共和国山东省泰安市岱岳公证处

公证员　

二〇一一年五月二十七日

# NOTARIAL    CERTIFICATE

(2011)Tai Daiyue Zheng Wai Zi No.369

This is to certify that the English translation contents of the (2011) Tai Daiyue Zheng Wai Zi No.368 *NOTARIAL CERTIFICATE* agree with the Chinese contents of that.

Notary: Zhang Weibing

Daiyue Notary Public Office

Taian City, Shandong Province

The People's Republic of China

May 27, 2011



Transcript of the Testimony of:  **Tongchun Jia**

01/09/2012

Chinese Drywall

Confidential - Subject to Further Confidentiality Review

```
 1            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
 2

 3    _____    § MDL NO. 2047
      IN RE:                 §
 4    CHINESE-               § SECTION: L
      MANUFACTURED           §
 5    DRYWALL PRODUCTS       § JUDGE FALLON
      LIABILITY              §
 6    LITIGATION             § MAGISTRATE
                             § JUDGE WILKINSON
 7    _____

                       -  -  -
 8
       CROSS NOTICED IN VARIOUS OTHER ACTIONS
 9
                       -  -  -
10
              January 9, 2012
11
                       -  -  -
12
         CONFIDENTIAL - SUBJECT TO FURTHER
13            CONFIDENTIALITY REVIEW
14                     -  -  -
15         Continued videotaped deposition of
      TONGCHUN JIA, held at the Executive
16    Centre, Level 3, Three Pacific Place, One
      Queen's Road East, Hong Kong, China,
17    commencing at 8:52 a.m., on the above
      date, before Linda L. Golkow, Certified
18    Court Reporter, Registered Diplomate
      Reporter, Certified Realtime Reporter and
19    Notary Public.
                       -  -  -
20
21
22
23         GOLKOW TECHNOLOGIES, INC.
      877.370.3377 ph | 917.591.5672 fax
24            deps@golkow.com
```

Confidential - Subject to Further Confidentiality Review

```
 1   BEFORE:
 2          HONORABLE ELDON E. FALLON
            UNITED STATES FEDERAL COURT -
 3          EASTERN DISTRICT OF LOUISIANA
 4
 5   APPEARANCES:
 6
 7        SEEGER WEISS LLP
          BY:  CHRISTOPHER A. SEEGER, ESQUIRE
 8        BY:  SCOTT A. GEORGE, ESQUIRE
          One William Street
 9        New York, New York 10004
          (212) 584-0700
10        cseeger@seegerweiss.com
          Sgeorge@seegerweiss.com
11        Representing the Plaintiffs'
          Steering Committee
12
13        HERMAN HERMAN KATZ & COTLAR, LLP
          BY:  LEONARD A. DAVIS, ESQUIRE
14        820 O'Keefe Avenue
          New Orleans, Louisiana 70113
15        (504) 581-4892
          Ldavis@hhkc.com
16        Representing the Plaintiffs'
          Steering Committee
17
18        COLSON HICKS EIDSON
          BY:  ERVIN GONZALEZ, ESQUIRE
19        BY:  PATRICK S. MONTOYA, ESQUIRE
          255 Alhambra Circle
20        Penthouse
          Coral Gables, Florida 33134
21        (305) 476-7400
          Ervin@colson.com
22        Patrick@colson.com
          Representing Plaintiffs' Steering
23        Committee in the Federal and State
          Coordinated Actions
24
```

Confidential - Subject to Further Confidentiality Review

```
 1    APPEARANCES (CONTINUED):
 2
         LEVIN, FISHBEIN, SEDRAN & BERMAN
 3       BY:  ARNOLD LEVIN, ESQUIRE
         510 Walnut Street
 4       Suite 500
         Philadelphia, Pennsylvania 19106
 5       (215) 592-1500
         Alevin@lfsblaw.com
 6       Representing the Plaintiffs'
         Steering Committee
 7
 8       GAINSBURGH, BENJAMIN, DAVID, MEUNIER
         & WARSHAUER, L.L.C.
 9       BY:  GERALD E. MEUNIER, ESQUIRE
         2800 Energy Centre
10       1100 Poydras Street
         New Orleans, Louisiana 70163
11       (504) 522-2304
         gmeunier@gainsben.com
12       Representing the Plaintiffs'
         Steering Committee
13
14       HOGAN LOVELLS US LLP
         BY:  JOE CYR, ESQUIRE
15       BY:  FRANK T. SPANO, ESQUIRE
         875 Third Avenue
16       New York, New York 10022
         (212) 918-3000
17       joe.cyr@hoganlovells.com
         frank.spano@hoganlovells.com
18       Representing Taishan Gypsum Co.
         Ltd. and Taian Taishan
19       Plasterboard Company Ltd. and the
         Witness, Tongchun Jia
20
21
22
23
24
```

Confidential - Subject to Further Confidentiality Review

```
 1   APPEARANCES (CONTINUED):
 2
 3       HOGAN LOVELLS
         BY:  ALLAN LEUNG, ESQUIRE
 4       11th Floor, One Pacific Place
         88 Queensway
 5       Hong Kong
         (852) 2219 0888
 6       allan.leung@hoganlovells.com
         Representing Taishan Gypsum Co.
 7       Ltd. and Taian Taishan
         Plasterboard Company Ltd. and the
 8       Witness, Tongchun Jia
 9
         HOGAN LOVELLS INTERNATIONAL LLP
10       BY:  EUGENE CHEN, ESQUIRE
         BY:  JIENI JI, ESQUIRE
11       18th Floor, Park Place
         1601 Nanjing Road West
12       Shanghai, China 200040
         (86 21) 6122 3800
13       eugene.chen@hoganlovells.com
         Representing Taishan Gypsum Co.
14       Ltd. and Taian Taishan
         Plasterboard Company Ltd. and the
15       Witness, Tongchun Jia
16
         GREENBERG TRAURIG, LLP
17       BY:  HILARIE BASS, ESQUIRE
         1221 Brickell Avenue
18       Miami, Florida 33131
         (305) 579-0745
19       bassh@gtlaw.com
         Representing the Home Builders
20       Steering Committee
21       PERKINS COIE LLP
         BY:  DAVID L. BLACK, ESQUIRE
22       1899 Wynkoop Street - Suite 700
         Denver, Colorado 80202
23       (303) 291-2300
         DBlack@perkinscoie.com
24       Representing the State of Louisiana
```

Confidential - Subject to Further Confidentiality Review

```
 1   APPEARANCES (CONTINUED):
 2
         BRENNER, EVANS & MILLMAN, P.C.
 3       BY:  THEODORE I. BRENNER, ESQUIRE
         411 East Franklin Street
 4       Suite 200
         Richmond, Virginia 23218
 5       Tbrenner@beylaw.com
         (804) 644-1300
 6       Representing Tobin Trading Company
 7
 8       McKENRY, DANCIGERS, DAWSON & LAKE, P.C.
         BY:  J. BRIAN SLAUGHTER, ESQUIRE
 9       192 Ballard Court
         Suite 400
10       Virginia Beach, Virginia 23462
         (757) 461-2500
11       Jbslaughter@va-law.org
         Representing Atlantic Homes LLC and
12       Multiple Other Virginia-Based
         Defendants
13
14       QUINN EMANUEL URQUHART & SULLIVAN,LLP
         BY:  JANE M. BYRNE, ESQUIRE
15       BY:  JULIA BESKIN, ESQUIRE
         51 Madison Avenue, 22nd Floor
16       New York, New York 10010
         (212) 849-7000
17       Janeburne@quinnemanuel.com
         Juliabeskin@Quinnemanuel.Com
18       Representing Chartis Select Insurance
         Company and Related Chartis Insurers
19
20       WEINBERG, WHEELER, HUDGINS, GUNN &
         DIAL, LLC
21       BY:  MICHAEL SEXTON, ESQUIRE
         3344 Peachtree Road, NE
22       Suite 2400
         Atlanta, Georgia 30326
23       (404) 876-2700
         msexton@wwhgd.com
24       Representing Various Banner Defendants
```

Confidential - Subject to Further Confidentiality Review

```
 1
     APPEARANCES (CONTINUED):
 2

 3

         SINNOTT, NUCKOLS & LOGAN, PC
 4       BY:  KENNETH F. HARDT, ESQUIRE
         13811 Village Mill Drive
 5       Midlothian, Virginia 23114
         (804) 378-7600
 6       khardt@snllaw.com
         Representing Venture Supply, Inc. and
 7       Porter-Blaine Corp.

 8

 9   ALSO PRESENT:
10       SUNNY WANG, INTERPRETER
11

12
                            -   -   -
13

14

15

16

17

18

19

20

21

22

23

24
```

Confidential - Subject to Further Confidentiality Review

```
 1    APPEARANCES VIA TELEPHONE:
 2
 3         GALLOWAY JOHNSON TOMPKINS BURR and SMITH
           BY:  CARLINA C. EISELEN, ESQUIRE
 4         One Shell Square
           701 Poydras Street, 40th Floor
 5         New Orleans, Louisiana 70139
           (504) 525-6802
 6         ceiselen@gjtbs.com
           Representing Interior/Exterior
 7         Building Supply
 8
           HUNTON & WILLIAMS LLP
 9         BY:  A. TODD BROWN, ESQUIRE
           Bank of America Plaza
10         101 South Tryon Street
           Suite 3500
11         Charlotte, North Carolina  28280
           (704) 378-4700
12         Representing Stock Building Supply, LLC
13
14         JONES, WALKER, WAECHTER, POITEVENT,
           CARRERE & DENEGRE LLP
15         BY:  MEGAN E. DONOHUE, ESQUIRE
           600 Jefferson Street, Suite 1600
16         Lafayette, Louisiana 70501
           (337) 262-9062
17         mdonohue@joneswalker.com
           Representing Fireman's Fund Insurance
18         Company
19
           DUPLASS ZWAIN BOURGEOIS PFISTER &
20         WEINSTOCK
           BY:  PHILIP WATSON, ESQUIRE
21         3838 N. Causeway Boulevard
           Suite 2900
22         Metairie, Louisiana 70002
           (504) 832-3700
23         pwatson@duplass.com
           Representing R&H Masonry, Inc., and
24         Swedberg Enterprises, Inc.
```

Confidential - Subject to Further Confidentiality Review

```
 1    APPEARANCES VIA TELEPHONE (CONTINUED):
 2
      FULMER LEROY ALBEE BAUMANN
 3    BY:  CANDACE MOSS, ESQUIRE
      BY:  MICHAEL P. McCAHILL, ESQUIRE
 4    2866 East Oakland Park Boulevard
      Ft. Lauderdale, Florida 33306
 5    (954) 707-4430
      mosscandace@fulmerleroy.com
 6    mmccahill@fulmerleroy.com
      Representing Independent Builders
 7    Supply Association (IBSA)
 8
      WEINBERG, WHEELER, HUDGINS, GUNN &
 9    DIAL, LLC
      BY:  P. SHANE O'NEILL, ESQUIRE
10    3344 Peachtree Road, NE
      Suite 2400
11    Atlanta, Georgia 30326
      (404) 876-2700
12    soneill@wwhgd.com
      Representing Various Banner
13    Defendants
14
      WRIGHT, FULFORD, MOORHEAD & BROWN,
15    P.A.
      BY:  DORYK B. GRAF, JR., ESQUIRE
16    145 N. Magnolia Ave.
      Orlando, Florida 32801
17    (407) 425-0234
      dgraf@wfmblaw.com
18    Representing West Construction, Inc.
19
20    QUINN EMANUEL URQUHART & SULLIVAN, LLP
      BY: CLINTON DOCKERY, ESQUIRE
21    51 Madison Avenue, 22nd Floor
      New York, New York 10010
22    (212) 849-7000
      clintondockery@quinnemanuel.com
23    Representing Chartis Select Insurance
      Company and Related Chartis Insurers
24
```

Confidential - Subject to Further Confidentiality Review

```
 1    APPEARANCES VIA TELEPHONE (CONTINUED):
 2

      BUCHANAN INGERSOLL & ROONEY P.C.
 3    BY:  C. ROBERT ZAPPALA, ESQUIRE
      One Oxford Centre
 4    301 Grant Street, 20th Floor
      Pittsburgh, Pennsylvania 15219
 5    (412) 562-1041
      bobby.zappala@bipc.com
 6    Representing 84 Lumber Company, LP
 7

      MEIROSE & FRISCIA, P.A.
 8    BY: JASON A. LUBLINER, ESQUIRE
      5550 W. Executive Drive
 9    Suite 250
      Tampa, Florida 33609
10    (813) 289-8800
      groot@meirosefriscia.com
11    Representing Central Florida
      Finishers and LTL Construction, Inc.
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Confidential - Subject to Further Confidentiality Review

```
 1    APPEARANCES VIA STREAM:
 2
      BECNEL LAW FIRM, L.L.C.
 3    BY:  ROBERT BECNEL, ESQUIRE
      106 W. 7th Street
 4    Reserve, Louisiana 70084
      (985) 536-1186
 5    robbecnel@aol.com
      Representing the Plaintiffs'
 6    Steering Committee
 7
      PARKER WAICHMAN ALONSO LLP
 8    BY:  JORDAN L. CHAIKIN, ESQUIRE
      3301 Bonita Beach Road
 9    Bonita Springs, Florida 34134
      (239) 390-1000
10    Jchaikin@yourlaywer.com
      Representing Plaintiffs' Steering
11    Committee
12
      MORGAN & MORGAN
13    BY:  PETE V. ALBANIS, ESQUIRE
      12800 University Drive
14    Suite 600
      Fort Myers, Florida 33907
15    (877) 667-4265
      Representing the Plaintiffs
16
17    IRPINO LAW FIRM
      BY:  ANTHONY IRPINO, ESQUIRE
18    2216 Magazine Street
      New Orleans, Louisiana 70130
19    Airpino@irpinolaw.com
      (504) 525-1500
20    Representing the Plaintiffs
21
22
23
24
```

Confidential - Subject to Further Confidentiality Review

```
 1    APPEARANCES VIA STREAM (CONTINUED):
 2
 3         GALLOWAY JOHNSON TOMPKINS BURR and SMITH
           BY:  CARLINA C. EISELEN, ESQUIRE
 4         One Shell Square
           701 Poydras Street, 40th Floor
 5         New Orleans, Louisiana 70139
           (504) 525-6802
 6         ceiselen@gjtbs.com
           Representing Interior/Exterior
 7         Building Supply
 8
           HEARD & MEDACK, P.C.
 9         BY:  JAMES DAVIS, ESQUIRE
           9494 Southwest Freeway, Suite 700
10         Houston, Texas 77074
           (713) 772-6400
11         jdavis@heardmedackpc.com
           Representing CastleRock Communities, L.P.
12
13
           HUNTON & WILLIAMS LLP
14         BY:  A. TODD BROWN, ESQUIRE
           Bank of America Plaza
15         101 South Tryon Street
           Suite 3500
16         Charlotte, North Carolina  28280
           (704) 378-4700
17         tbrown@hunton.com
           Representing Stock Building Supply, LLC
18
19
           SHER GARNER CAHILL RICHTER KLEIN &
20         HILBERT, L.L.C.
           BY:  MATTHEW C. CLARK, ESQUIRE
21         909 Poydras Street
           Suite 2800
22         New Orleans, Louisiana 70112
           (504) 299-2100
23         mclark@shergarner.com
           Representing the Southern Home
24         Defendants
```

Confidential - Subject to Further Confidentiality Review

```
 1    APPEARANCES VIA STREAM (CONTINUED):
 2
 3         QUINN EMANUEL URQUHART & SULLIVAN, LLP
           BY: CLINTON DOCKERY, ESQUIRE
 4         51 Madison Avenue, 22nd Floor
           New York, New York 10010
 5         (212) 849-7000
           clintondockery@quinnemanuel.com
 6         Representing Chartis Select Insurance
           Company and Related Chartis Insurers
 7
 8         JONES, WALKER, WAECHTER, POITEVENT,
           CARRERE & DENEGRE LLP
 9         BY:  MEGAN E. DONOHUE, ESQUIRE
           600 Jefferson Street, Suite 1600
10         Lafayette, Louisiana 70501
           (337) 262-9062
11         mdonohue@joneswalker.com
           Representing Fireman's Fund Insurance
12         Company
13
           DEUTSCH, KERRIGAN & STILES
14         BY:  MELISSA M. SWABACKER, ESQUIRE
           755 Magazine St.
15         New Orleans, Louisiana  70130
           (504) 581-5141
16         mswabacker@dkslaw.com
           Representing Landmark American
17         Insurance Company
18
19
20                   -  -  -
21
22
23
24
```

Confidential - Subject to Further Confidentiality Review

1                     -   -   -

2                  THE VIDEOTAPE TECHNICIAN:

3          We are now on the record.  My name

4          is Dan Lawlor.  I'm the

5          videographer for Golkow

6          Technologies.

7                  Today's date is January 9,

8          2012, and the time is 8:52 a.m.

9                  This video deposition is

10         being held in Hong Kong, China in

11         the matter of Chinese Drywall

12         Litigation, for the U.S. District

13         Court, Eastern District of

14         Louisiana, MDL Number 2047, and

15         cross-noticed in various other

16         actions.

17                 Counsel, starting with Your

18         Honor, please identify yourselves

19         and all those present.

20             THE COURT:  Eldon Fallon,

21         United States District Judge for

22         the Eastern District of Louisiana.

23             MR. SEEGER:  Chris Seeger,

24         Seeger Weiss, on behalf of

Confidential - Subject to Further Confidentiality Review

```
 1          plaintiffs.  With me is Scott

 2          George from Seeger Weiss.

 3               MS. BASS:  Hilarie Bass from

 4          Greenberg Traurig on behalf of the

 5          Home Builders Steering Committee.

 6               MR. GONZALEZ:  Good morning.

 7          Ervin Gonzalez and Patrick Montoya

 8          on behalf of the PSC and the MDL

 9          State Liaison Group.

10               MR. HARDT:  Good morning.

11          Ken Hardt on behalf of Venture

12          Supply appearing in the Germano

13          action and in the Alexander state

14          court action in which this was

15          cross-noticed.

16               MR. BRENNER:  I'm Ted

17          Brenner for Tobin Trading Company

18          appearing in the Germano

19          litigation.

20               MR. SLAUGHTER:  Good

21          morning.  This is Brian Slaughter.

22          I represent Atlantic Homes, LLC in

23          the MDL and Virginia proceedings.

24               MR. MEUNIER:  Gerry Meunier
```

Confidential - Subject to Further Confidentiality Review

1       appearing for the PSC in the MDL.

2             MS. BESKIN:  Julia Beskin

3       appearing for Chartis.

4             MR. SEXTON:  Mike Sexton for

5       various Banner Supply entities.

6             MR. BLACK:  David Black for

7       the State of Louisiana, reserving

8       the positions set forth in our

9       pending motion to remand.

10            MR. LEVIN:  Arnold Levin on

11      behalf of the Plaintiffs' Steering

12      Committee.

13            MR. DAVIS:  Leonard Davis on

14      behalf of Plaintiffs' Liaison

15      Counsel for the Plaintiffs'

16      Steering Committee.

17            MS. BYRNE:  Jane Byrne,

18      Quinn, Emanuel, Urquhart, Oliver &

19      Sullivan on behalf of the Chartis

20      Insurance Group.

21            MS. JI:  Jieni Ji on behalf

22      of Taishan Gypsum.

23            MR. SPANO:  Frank Spano,

24      Allan Leung, Eugene Chen, Joe Cyr,

Confidential - Subject to Further Confidentiality Review

```
 1        Hogan Lovells for defendants

 2        Taishan Gypsum and TTP.

 3             INTERPRETER:  Sunny Wang,

 4        court certified Mandarin

 5        interpreter.

 6             THE VIDEOTAPE TECHNICIAN:

 7        The deponent today is Tongchun

 8        Jia.

 9             THE COURT:  Mr. Jia, would

10        you stand again, please, sir.

11                  -  -  -

12             TONGCHUN JIA, after having

13        been duly sworn, was examined and

14        testified as follows:

15                  -  -  -

16             THE WITNESS:  Yes, I do.

17             THE COURT:  Be seated,

18        please, and give us your name.

19             THE WITNESS:  Jia Tongchun,

20        J-I-A, last name Jia, first name,

21        Tongchun, T-O-N-G-C-H-U-N.

22             THE COURT:  Ms. Interpreter,

23        you have had a chance to speak to

24        the witness in his native
```

Confidential - Subject to Further Confidentiality Review

1       language?

2              INTERPRETER:  Yes, Your

3       Honor.

4              THE COURT:  Do you

5       understand him, and are you

6       confident that he understands you?

7              INTERPRETER:  Yes, I do.

8              THE COURT:  Let's begin,

9       please.  It is now three minutes

10      to 9:00 Hong Kong time.

11             MR. CYR:  May I begin, Your

12      Honor?

13             THE COURT:  Yes, please.

14                   -  -  -

15                 EXAMINATION

16                   -  -  -

17   BY MR. CYR:

18         Q.    Good morning, Mr. Jia.  Do

19   you hold a position with Taishan Gypsum?

20         A.    Can you repeat that?

21         Q.    Do you hold a position with

22   Taishan Gypsum?

23         A.    Yes.

24         Q.    What is that position?

Confidential - Subject to Further Confidentiality Review

```
 1    just ask you a very simple question.  Did

 2    there ever come a time when BNBM had the

 3    ability to vote two-thirds of the shares

 4    of Taian Dongxin -- Shandong Taihe

 5    Dongxin?

 6          A.    No.

 7          Q.    Could you describe why, if

 8    you know, why that is?

 9          A.    I don't understand.

10          Q.    Did you participate in the

11    discussions or deliberations about how

12    much of an interest BNBM would have,

13    either directly or indirectly, in

14    Shandong Taihe?

15          A.    I participated in the

16    discussion.

17          Q.    And could you describe, if

18    you know, why it is that they reached the

19    level of 65 percent direct and indirect

20    ownership but not 66?

21          A.    When the shareholders,

22    including myself, of Taihe Dongxin

23    Company, discussed about the shares that

24    BNBM should hold, we discussed not only
```

Confidential - Subject to Further Confidentiality Review

1    about the price, even though we did have

2    several rounds of discussions in

3    consideration of different factors, and

4    finally reached 3.2 RMB as the price of

5    share to sell Donglian.  We have also

6    discussed about management of Taihe

7    Dongxin Company in the future and the

8    protection of the small shareholders'

9    right.

10                 We diligently studied and

11    referred to the company law.  The company

12    law clearly stated if a shareholder has

13    more than two-third of the voting right

14    of the company, who would have the right

15    to make decisions on different affairs of

16    the company, while below two-third, the

17    shareholder would not have the right to

18    make decisions on important matters.

19    Having 65 percent of the share would not

20    allow the company to get involved in

21    everything of the company.  According to

22    the law, there was the protection of

23    small shareholders' rights.  Therefore,

24    we believe owning 65 percent of Taihe

Confidential - Subject to Further Confidentiality Review

```
 1    Dongxin Company's share would not make

 2    BNBM the controlling shareholder of Taihe

 3    Dongxin Company.

 4              In order to increase the

 5    efficiency of the company, we made a

 6    partial list of important issues of the

 7    company and also made a partial list of

 8    small matters of the company.  For the

 9    small matters, can reach agreement

10    whenever there are half of the approval

11    of the shareholders were present.  For

12    principal and substantial matters,

13    two-third of all the shareholders had to

14    be approved, which guaranteed the

15    independent operation of Taihe Dongxin

16    Company.

17         Q.    Mr. Jia, did there come a

18    time when BNBM received a pledge of

19    Shandong Taihe Dongxin securities in

20    exchange for a loan?

21         A.    I'm aware of that, yes.

22         Q.    Could you describe what you

23    know to the judge and plaintiffs'

24    counsel?  And start off with your general
```

Confidential - Subject to Further Confidentiality Review

```
 1    BY MR. SEEGER:

 2            Q.    Let's say 2005 to 2007.

 3            A.    What do you mean by that?

 4            Q.    Well, BNBM and TG are

 5    actually joint venture partners in

 6    certain drywall production plants; isn't

 7    that true?

 8            A.    No.

 9            Q.    That's not true?

10            A.    No.

11            Q.    So, for your attorney, we're

12    going to look at -- oh, here it is.  The

13    English version is TG 0020682 through

14    685.

15                          -   -   -

16                    (Whereupon, Deposition

17            Exhibit Jia-22A, Document in

18            Chinese, Bates stamped TG 0020682

19            through TG 0020685, and Deposition

20            Exhibit Jia-22B, Resolution of the

21            4th Extraordinary General Meeting

22            of Shareholders for the Year of

23            2005 of Shandong Taihe Dongxin

24            Co., Ltd., Bates stamped TG
```

# 公　证　书

**中华人民共和国山东省泰安市岱岳公证处**

- - - - - - -

# E R R A T A

## DEPOSITION OF TONGCHUN JIA

错误更正表

贺同春庭外供述

- - - - - - -

| PAGE<br>页 | LINE(S)<br>行 | CHANGE<br>更正 |
|---|---|---|
| 25 | 2 | "managing director" to "general manager" |
| REASON:<br>理由 | | 证人供称："总经理"。<br>Translation error<br>翻译错误。 |
| 27 | 3 | Add "At counsel's advice" before "I go through . . ." |
| REASON:<br>理由 | | 添加"在律师的指导下做了"。<br>Translation error<br>翻译错误。 |
| 33 | 1 | "particularly" to "consciously" |
| REASON:<br>理由 | | 证人供称："有意识"。<br>Translation error<br>翻译错误。 |

| **PAGE**<br>页 | **LINE(S)**<br>行 | **CHANGE**<br>更正 |
|---|---|---|
| 35 | 22 | "companies" to "company" |
| | REASON:<br>理由 | 证人供称："公司"。<br>Translation error<br>翻译错误。 |
| 35 | 23 | "us, we won't" to "TG, I would not" |
| | REASON:<br>理由 | 证人供称："TG, 我就不会"。<br>Translation error and clarification<br>翻译错误与澄清。 |
| 36 | 19-22 | Replace "If they are not – if there's not much relevance to me, I won't pay attention – his – two companies" with "Documents from BNBM were not relevant to TG." |
| | | 证人供称："北新的就是 BNBM 的有关资料和泰山石膏股份公司没有相关性的东西"。 |
| | REASON:<br>理由 | Translation error<br>翻译错误。 |
| 50 | 16-17 | "my lawyer did receive my e-mails" to "my lawyers once searched my email box so they might have recorded it." |
| | | 证人供称："律师曾经搜过我的邮箱，他可能记起来这个地址了" |
| | REASON:<br>理由 | Translation error<br>翻译错误。 |
| 54 | 20-21 | "something concrete as a" to "a specific" |
| | | 证人供称："具体的"。 |
| | REASON: | Translation error |

| PAGE<br>页 | LINE(S)<br>行 | CHANGE<br>更正 |
|---|---|---|

理由　　　翻译错误。

| 79 | 8 | "Director of the Board" to "Chairman of the Board" |

证人供称："董事长"。

REASON:　　Translation error

理由　　　翻译错误。

| 121 | 14-16 | "management people and also for the organization" to "I'm leading TG.  TTP has its own board of directors and management." |

证人供称："我领导整个 TG 的工作。TTP 有自己的董事会 和管理人员"

REASON:　　Translation error

理由　　　翻译错误。

| 133 | 18 | "products" to "production" |

证人供称："生产"。

REASON:　　Translation error

理由　　　翻译错误。

| 204 | 9-10 | "became a joint venture" to "it is like a joint venture" |

证人供称："我们就和 BNBM 合资了"。

REASON:　　Translation error.

理由　　　翻译错误

| 248 | 18 | "He has been" to "It was" |

证人供称："它是"。

REASON:　　Translation error.

| PAGE 页 | LINE(S) 行 | CHANGE 更正 |
|---|---|---|

理由　　　翻译错误。

| 259 | 11 | "from --" to "from Richwell" |

证人供称：“从裕和”。

**REASON:**

Transcript omission.

理由

笔录上省略

| 296 | 4 | "sell to the United States" to "plan to market in the U.S." |

证人供称：“在美国推销的计划”。

**REASON:**

Translation error

理由

翻译错误。

| 317 | 8 | "applied" to "claimed" |

**REASON**

Translation error

理由:

翻译错误。

| 313 | 11 | "Yes" to "True" |

证人供称：“是的”。

**REASON**

Language translation difficulty

理由

中英文翻译困难。

| 317 | 10 | "but how, what is the result or where are they being shipped to, I don't know" to "but whether the drywall was actually shipped to the US or where in the US exactly the drywalls was shipped to, I don't know." |

证人供称："但是真正运到美国去,还是运到美国什么地方去,我不知道。"

4

| PAGE<br>页 | LINE(S)<br>行 | CHANGE<br>更正 |
|---|---|---|
| | REASON:<br>理由 | Translation Error<br>翻译错误。 |
| 392 | 1 | Add "key" before "subsidiary"<br>证人供称："下面的生产石膏板的主要公司"。 |
| | REASON:<br>理由 | Translation error<br>翻译错误。 |
| 405 | 10 | Add "Group" after first "CNBM"<br>证人供称："中国建材集团"。 |
| | REASON:<br>理由 | Translation error<br>翻译错误。 |
| 409 | 18 | "is" to "was"<br>证人供称："是"。 |
| | REASON:<br>理由 | Translation Difficulty<br>中英文翻译困难。 |
| 419 | 4 | "always" to "often"<br>证人供称："常常"。 |
| | REASON:<br>理由 | Translation error<br>翻译错误。 |
| 419 | 5 | "necessarily" to "always"<br>证人供称："全部"。 |
| | REASON:<br>理由 | Translation error |

5

| PAGE<br>页 | LINE(S)<br>行 | CHANGE<br>更正 |
|---|---|---|
| | | 翻译错误。 |

| 425 | 1 | "16" to "12" |
| | | 证人供称："十二"。 |
| | | Translation error |
| REASON:<br>理由 | | 翻译错误。 |

| 435 | 19 | "plans" to "plants" |
| | | 证人供称："厂"。 |
| | | Translation error |
| REASON:<br>理由 | | 翻译错误。 |

| 461 | 11-13 | "my concept.  That is not the concept I am talking about" to "what I meant" |
| | | 证人供称："我不是这个概念"。 |
| REASON:<br>理由 | | Language translation difficulty |
| | | 中英文翻译困难。 |

| 463 | 2 | "TTG" to "TTP" |
| | | 证人供称："TTP"。 |
| REASON:<br>理由 | | Translation error or typographical error. |
| | | 中英文翻译困难。 |

证人宣誓书

我贾同春特此证实，我已经阅读过上述第 1 页至第 269 页；并且除开在"错误更正表"中关于的形式或实体上被更正的项目外，该第 1 页至第 269 页是我所被问及之各个问题之答复的正确笔录记载。

_____                    2011．5．26
贾同春                                         日期

兹于        年        月        日，
在本人前宣誓后作成本宣誓书
本人公证资格有效截止日期为        年        月        日

（公证人签名）

Confidential - Subject to Further Confidentiality Review

1
2           ACKNOWLEDGMENT OF DEPONENT
3
            I,_____, do
4    hereby certify that I have read the
     foregoing pages, 1 through 269 and that
5    the same is a correct transcription of
     the answers given by me to the questions
6    therein propounded, except for the
     corrections or changes in form or
7    substance, if any, noted in the attached
     Errata Sheet.
8
9    _____
     TONGCHUN JIA              DATE
10
11
12
13
14
15
16   Subscribed and sworn
     to before me this
17   _____ day of _____, 20____.
18   My commission expires:_____
19
     _____
20   Notary Public
21
22
23
24

# 公 证 书

（2011）泰岱岳证外字第 366 号

　　兹证明贾同春（男，一九六０年二月八日出生，身份证号：370902196002081514，现住山东省泰安市泰山区文化路欣欣家园 10 号楼 2 单元 302 室）于二０一一年五月二十六日在泰山石膏股份有限公司办公室，在我的面前，在前面的《证人宣誓书》上签名。

中华人民共和国山东省泰安市岱岳公证处

公证员　

二０一一年五月二十七日

# NOTARIAL   CERTIFICATE

### (2011)Tai Daiyue Zheng Wai Zi No.366

This is to certify that Jia Tongchun (male, born on February 8, 1960, ID card number:370902196002081514, now residing in Room 302, Unit 2, Building 10, Xinxinjiayuan, Wenhua Road, Taishan District, Taian City, Shandong Province) on Taishan Gypsum Co., Ltd. Office on May 26, 2011 and with the presence of the under-mentioned notary signed on the *ACKNOWLEDGMENT OF DEPONENT.*

Notary: Zhang Weibing

Daiyue Notary Public Office

Taian City, Shandong Province

The People's Republic of China

May 27, 2011

# 证　明　书

（2011）泰岱岳证外字第 367 号

　　兹证明前面的（2011）泰岱岳证外字第 366 号《公证书》的英文译本内容与该公证书中文原本相符。

中华人民共和国山东省泰安市岱岳公证处

公证员 

二〇一一年五月二十七日

# NOTARIAL     CERTIFICATE

(2011)Tai Daiyue Zheng Wai Zi No.367

This is to certify that the English translation contents of the (2011) Tai Daiyue Zheng Wai Zi No.366 *NOTARIAL CERTIFICATE* agree with the Chinese contents of that.

Notary: Zhang Weibing

Daiyue Notary Public Office

Taian City, Shandong Province

The People's Republic of China

May 27, 2011

证人宣誓书

我贾同春特此证实，我已经阅读过上述第 270 页至第 494 页；并且除开在 "错误更正表" 中关于的形式或实体上被更正的项目外，该第 270 页至第 494 页是我所被问及之各个问题之答复的正确笔录记载。

2011.526

_____                              _____
贾同春                                                                                              日期


兹于        年        月        日，
在本人前宣誓后作成本宣誓书
本人公证资格有效截止日期为        年        月        日


（公证人签名）

Confidential - Subject to Further Confidentiality Review

1

2                    ACKNOWLEDGMENT OF DEPONENT

3

             I,_____, do

4    hereby certify that I have read the
     foregoing pages, 270 through 494 and that

5    the same is a correct transcription of
     the answers given by me to the questions

6    therein propounded, except for the
     corrections or changes in form or

7    substance, if any, noted in the attached
     Errata Sheet.

8

9    _____
     TONGCHUN JIA              DATE

10

11

12

13

14

15

16   Subscribed and sworn
     to before me this

17   _____ day of _____, 20_____.

18   My commission expires:_____

19

     _____

20   Notary Public

21

22

23

24

# 公　证　书

（2011）泰岱岳证外字第 368 号

　　兹证明贾同春（男，一九六０年二月八日出生，身份证号：370902196002081514，现住山东省泰安市泰山区文化路欣欣家园 10 号楼 2 单元 302 室）于二０一一年五月二十六日在泰山石膏股份有限公司办公室，在我的面前，在前面的《证人宣誓书》上签名。

中华人民共和国山东省泰安市岱岳公证处

公 证 员

二０一一年五月二十七日

# NOTARIAL      CERTIFICATE

(2011)Tai Daiyue Zheng Wai Zi No.368


This is to certify that Jia Tongchun (male, born on February 8, 1960, ID card number:370902196002081514, now residing in Room 302, Unit 2, Building 10, Xinxinjiayuan, Wenhua Road, Taishan District, Taian City, Shandong Province) on Taishan Gypsum Co., Ltd. Office on May 26, 2011 and with the presence of the under-mentioned notary signed on the *ACKNOWLEDGMENT OF DEPONENT*.



Notary: Zhang Weibing

Daiyue Notary Public Office

Taian City, Shandong Province

The People's Republic of China

May 27, 2011

# 证 明 书

（2011）泰岱岳证外字第 369 号

　　兹证明前面的（2011）泰岱岳证外字第 368 号《公证书》的英文译本内容与该公证书中文原本相符。

中华人民共和国山东省泰安市岱岳公证处

公证员 

二 0 一一年五月二十七日

# NOTARIAL    CERTIFICATE

(2011)Tai  Daiyue  Zheng  Wai  Zi  No.369

This is to certify that the English translation contents of the (2011) Tai Daiyue Zheng Wai Zi No.368 *NOTARIAL CERTIFICATE* agree with the Chinese contents of that.

Notary: Zhang Weibing

Daiyue Notary Public Office

Taian City, Shandong Province

The People's Republic of China

May 27, 2011