

# Beijing New Building Materials Public Limited Company

# Annual Report 2008



**Board of Directors**

**Beijing New Building Materials Public Limited Company**

**March 17, 2009**

**EXHIBIT 12**

BNBMPLC0000961

# Section VI Corporate Governance Structure

**I. Corporate governance**

Since its listing, the Company, in strict accordance with the Company Law, the Securities Law and relevant regulations of the China Securities Regulatory Commission, has been constantly improving its corporate governance structure by establishing an internal control system, making improvements thereto and increasing the transparency of the Company's operations to improve its corporate governance across the board both in form and substance. At present, its actual performance in terms of corporate governance complies with the requirements set forth in relevant documents of the China Securities Regulatory Commission.

**(I) Implementation of Special Corporate Governance Activities 2008**

During the reporting period, the Board of Directors and management paid high attention to, carefully planned and diligently organized and implemented special activities to prevent the funds appropriation and further promote the special affairs regarding corporate governance in accordance with the Announcement of China Securities Regulatory Commission on Special Activities regarding Corporate Governance ([2008] No.27), the Circular of Beijing Securities Regulatory Bureau on Implementing Special Activities to Prevent Funds Appropriation and Further Promote Special Affairs regarding Corporate Governance (J. Z. G. S. F. [2008] No.85) and other documents and subject to the unified deployment of Beijing Securities Regulatory Bureau .

**1. To Implement Special Activities to Prevent Funds Appropriation**

By the end of June 2008, the relevant principals such as Board Chairman and General Manager attended the Debt Settlement Conference of Listed Companies within the jurisdiction of Beijing and carefully learned about the directions of such Conference. In order to effectively carry out such special activities, a detail work schedule was development by the Company under all-sided deployment.

In July, the Company forwarded the Notice of Beijing Securities Regulatory Bureau on the Circular on Implementing Special Activities to Prevent Funds Appropriation and Further Promote Special Affairs regarding Corporate Governance to the controlling shareholders and subordinated wholly-owned controlling subsidiaries and organized all directors, supervisors and senior executives to learn about relevant documents and developed a written report in connection therewith. Thereafter, a self-audit was conducted over the embezzlement of non-business funds of accounting entity falling within the scope of consolidated financial statements, compliance with the Articles of Association as well as soundness and effectiveness of relevant internal control system. Self-audit Report on Implementing the Activities to Prevent Funds Appropriation was then developed and submitted to Beijing Securities Regulatory Bureau on time, for which Review Opinions had been given by the Supervisory Committee.

**2. To Further Promote Special Affairs regarding Corporate Governance**

During the reporting period, the Company continued to further promote the special affairs regarding corporate governance based on the rectification matters listed in the Rectification Report on Corporate Governance 2007, mainly including the following aspects.

**(1) The work of special committees under the Board of Directors was further strengthened.**

Working Procedures for Annual Report of Audit Committee under the Board of Directors was formulated by the Company which clearly defines the working procedures of Audit Committee under the Board of Directors during the preparation and disclosure of annual report to ensure the monitoring over the preparation of annual financial report by the Board of Directors and effective supervision over the annual audit affairs by Audit Committee. The System was adopted on the 33rd interim meeting of the 3rd board meeting of the Company held on March 21, 2008 and announced to the public. During the preparation of Annual Reports 2007 and 2008, the Audit Committee under the Board of Directors diligently performed the duties and carried out various work with due care in

accordance with the aforesaid procedures. In the meantime, the Strategy Committee Investment Review Team under the Board of Directors, Audit Committee Audit Work Team under the Board of Directors as well as Remuneration and Assessment Committee Remuneration Assessment Work Team under the Board of Directors were established and staffed with relevant personnel by the Company.

**(2) The internal audit system of the Company was further improved.**

Establishment Program of Internal Audit Department was proposed and Internal Audit System was formulated by the Company, adopted on the 37th interim meeting of the 3rd Board of Directors held on June 27, 2008 and announced to the public. The Audit Department shall be liable to the Board of Directors and solely liable to supervise and inspect the compliance with the internal control system and evaluate the efficacy of internal control and propose suggestions to improve the internal control and rectify the error and fraud, etc.

**(3) The system regarding corporate governance was further improved.**

The Management System for Shares held by the Directors, Supervisors and Senior Executives and their Changes and the Annual Report Work System of Independent Directors were enacted by the Company, adopted on the 33rd interim meeting of the 3rd Board of Directors held on March 21, 2008 and announced to the public. The Working Rules of General Manager and the Management System of Information Disclosure Affairs were amended by the Company to further define the office procedures of General Manager and duties and authorities thereof, etc. as well as add the liability claim mechanism for information disclosure, etc., adopted on the 1st meeting of the 4th Board of Directors held on July 21, 2008. In the meantime, the Measures for Administration of Monetary Funds, the Implementation Rules for Administration of Invoices, the Measures for Administration of Loan and Guarantee and the Accounting Manual and other financial management systems were amended and perfected by the Company.

Based on the aforesaid work and subject to the requirements of Beijing Securities Regulatory Bureau, the Description on Rectification of Corporate Governance was developed by the Company, adopted on the 1st meeting of the 4th Board of Directors and then announced to the public.

**(II) General Overview on Special Activities regarding Corporate Governance since 2007**

In accordance with the Announcement of China Securities Regulatory Commission on Relevant Issues regarding Strengthening Special Activities concerning Corporate Governance of Listed Companies (Z. J. G. S. Z. [2007] No.28), the Circular of Beijing Securities Regulatory Bureau on Implementing Special Activities to Prevent Funds Appropriation and Further Promote Special Affairs regarding Corporate Governance (J. Z. G. S. F. [2008] No.85) and other requirements, the Company conducted special activities in respect of corporate governance in an on-going, in-depth and all-sided manner, which mainly made the following achievements.

**1. Company's internal control system has been further improved.**

In accordance with the Company Law, the Securities Law, the Measures of China Securities Regulatory Commission for Administration of Information Disclosure of Listed Companies, the Guidelines on Internal Control of Companies listed on Shenzhen Stock Exchange, the Guidelines on Fair Information Disclosure of Listed Companies and other applicable new laws and regulations, the Management System for Information Disclosure Affairs, the System for Internal Reporting of Material Information, the Management System for Investor Relations, the Working Rules of General Manager and other systems were amended and the Internal Control System, the Reception and Promotion System, the Management System for Shares held by the Directors, Supervisors and Senior Executives and their Changes, the Working Procedures for Annual Report of Audit Committee under the Board of Directors, the Annual Report Work System of Independent Directors, the Internal Audit System, etc. were enacted and carried out in a strict manner.

**2. The functioning of "Three Committees" was further standardized.**

Firstly, the Strategy Committee Investment Review Team under the Board of Directors, Audit Committee Audit Work Team under the Board of Directors as well as Remuneration and Assessment Committee Remuneration Assessment Work Team under the Board of Directors were

established and staffed with relevant personnel by the Company to fully exert the role of special committees under the Board of Directors; secondly, the Board of Director did its best to hold a site meeting to consider major issues, which facilitated the full discussion over matters among the directors, supervisors and senior executives, provided convenience for listening to the reporting and opinions from the managers and the supervisors' participation of meeting; thirdly, the members of the 4th Board of Directors and Supervisory Committee were elected by the Company subject to Cumulative Voting System and the re-election upon expiry of term of office of Board of Directors and professional committees under the Board of Directors as well as Supervisory Committee was held successfully.

**3. Investor relations management has been further strengthened.**

On the basis of continuing doing a good job in answering calls from investors, receiving visitors and researchers and other investor relations management-related work, the Company further diversified its approach to investor relations management. Especially it strengthened the construction Company's website and online communication platform. Due to its excellent performance in investor relations management, in August 2007, the Company was awarded the title of "one of the top 100 A-share listed companies in China in Investor Relations of 2006".

In sum, the Company, taking the special activities regarding corporate governance of listed companies as an opportunity, re-sorted the various aspects of corporate governance, supplemented and improved a series of fundamental management systems relating to corporate governance, further standardized the functioning of "Three Committees", strengthened the management of investor relations and internal control, enhanced the awareness of due diligence of directors, supervisors and senior executives, ensured the timely, true, accurate and complete information disclosure and effectively promoted the scientific and standardized functioning of the Company via regulatory authority, investors and the public, etc., which has fully improved the corporate governance level, since 2007.

**II. Duty performance by independent directors**

(I) Independent directors to attend board meetings

| Names of independent directors | Number of board meetings that should be attended this year | Attend in person (times) | Attend by delegate (times) | Absence (times) |
|---|---|---|---|---|
| Xu Jingchang | 6 | 6 | 0 | 0 |
| Qin Qinghua | 6 | 6 | 0 | 0 |
| Zheng Jiayun | 15 | 15 | 0 | 0 |

(II) During the reporting period, the independent directors have not raised objections on the motions discussed in previous board meetings and related matters.

(III) The Company now has three independent directors who account for one third of the Company's total number of directors. They are the members of the following committees: strategic, auditing, nomination, salary and assessment. They are the majorities in the auditing, nomination, salary and assessment committees and serve as the chairman of the committee. During the reporting period, the three independent directors has earnestly fulfilled their responsibilities according to the Independent Directors System developed by the company, voted in terms of the resolutions of the board of directors of the company within 2008, reviewed related transactions, financial data adjustment, employment of executive officers, issued the opinions of the independent directors, expressed independent suggestions on external security situation and other issues, and safeguarded the legitimate rights and interests of minority shareholders.

**III. Separation of the Company and the controlling shareholder in operations, personnel, assets, organization and finance**

1. Operational independence. The Company is an independent and complete business entity in its own right and is capable of operating independently. The controlling shareholder and any subordinate entity thereof are not engaged in business activities that are the same as or similar to those of the Company.

**fundraising activities of the company during reporting period**

Unit: RMB yuan

| Item | 2008 | 2007 | Increase/decrease rate |
|---|---|---|---|
| Net cash flows from operating activities | 304,524,283.36 | 142,895,785.55 | 113.11% |
| Net cash flows from investing activities | -426,794,760.54 | -428,337,987.44 | 0.36% |
| Net cash flows from financing activities | 29,148,718.77 | 160,821,044.06 | -81.88% |

The cash flows generated from operating activities witnessed an increase. The main reasons lied in that the operation revenue was increased and the payment collection situation was sound. The cash flows generated from financial activities witnessed a decrease. The main reason lied in that the parent company paid various amounts for its subsidiary companies.

### (VIII) Business Situation and Performance Analysis of Principal Wholly-owned Subsidiaries of the Company

At the end of reporting period, the business condition and performance of major wholly-owned, holding companies of the company are as follows:

#### 1. Taishan Gypsum Co., Ltd.

The company's registered capital was RMB155.625mn. The company holds 65% of the shares, mainly engaged in research and development, production and sale of plasterboard. At the end of the reporting period, its total assets stood at RMB1,841.9103mn and its net assets stood at RMB620.5716mn; during the period, it earned an operating income of RMB1,365.7591mn and a net profit of RMB160.1454mn.

#### 2. Suzhou BNBM Co., Ltd.

The Company has a registered capital of RMB80mn and has 100% of its shares held by the Company. It is principally engaged in the production and sale of GRC exterior wall insulation decorative boards, light gage steel joists and fiber-reinforced cement tiles and related after-sales service. At the end of the reporting period, its total assets stood at RMB209.2933mn and its net assets stood at RMB87.1014mn; during the period, it earned an operating income of RMB45.9794mn and a net profit of RMB4.3817mn.

### (IX) Items recognized based on the fair value

Unit: RMB yuan

| Item | Amount at early period | Variable loss and profit of the fair value in the current period | Changes of cumulative fair value calculated into the rights and interests | Impairment counted and drawn in the current period | Amount at period end |
|---|---|---|---|---|---|
| Financial assets: | | | | | |
| Including: 1. Financial assets under fair value model whose changes are recorded in gains and losses for the current period | 97,239,550.95 | | -97,239,550.95 | | 0 |
| Including: derivative financial assets | | | | | |
| 2. Financial assets available for sale | | | | | |
| Subtotal of financial assets | 97,239,550.95 | | -97,239,550.95 | | 0 |
| Financial liabilities | | | | | |
| Investment property | 272,844,430.47 | | -272,844,430.47 | | 0 |
| Productive living assets | | | | | |
| Others | | | | | |
| Total | 370,083,981.42 | | -370,083,981.42 | | 0 |

### II. Prospect on company's future development

BNBMPLC0000992