

# Beijing New Building Materials Public Limited Company

# Annual Report 2011



**Board of Directors**

**Beijing New Building Materials Public Limited Company**

**March 16, 2012**

EXHIBIT 15

1. Taishan Gypsum Co., Ltd.

The Company holds its 65% interests. It is mainly engaged in research and development, production and sales of gypsum plasterboard. At the end of the reporting period, its total assets stood at RMB4,419.8484mn and its net assets stood at RMB1,833.76mn; during the period, it earned an operating income of RMB3,878.5971mn and a net profit of RMB545.3257mn.

2. BNBM Taicang Building Materials Co., Ltd.

The Company holds its 100% interests. It is mainly engaged in research and development, production and sales of gypsum plasterboard. At the end of the reporting period, its total assets stood at RMB287.9796mn and its net assets stood at RMB85.3042mn; during the period, it earned an operating income of RMB218.2511mn and a net profit of RMB16.4349mn.

3. BNBM Ningbo Building Materials Co., Ltd.

The Company holds its 100% interests. It is mainly engaged in research and development, production and sales of gypsum plasterboard. At the end of the reporting period, its total assets stood at RMB150.1327mn and its net assets stood at RMB55.2416mn; during the period, it earned an operating income of RMB163.4762mn and a net profit of RMB31.4057mn.

4. BNBM Homes Co., Ltd.

The Company holds its 82.50% interests. It is mainly engaged in research and development, production and sales of new houses. At the end of the reporting period, its total assets stood at RMB199.5722mn and its net assets stood at RMB158.7304mn; during the period, it earned an operating income of RMB317.1411mn and a net profit of RMB35.665mn.

## II. The Company's development plan and outlook in the future

(I) Development trend of the industry and market competition pattern

There are sufficient government policies supporting development of the Company's main products gypsum board, such as renovation of walls, energy saving and emission reduction and Integrated Resource Utilization of Industrial by-product gypsum. So its development heads in the direction advocated and supported by the State. Usage of gypsum board per capita in China is far lower than the developed countries. So the low base and great space implies vast prospect for development. While urbanization will continuously expand the base of demand and promote the prosperous development of gypsum board industry.

According to the different product positioning, the gypsum board enterprises in China are divided into three main categories. The first category of enterprises are those producing high grade gypsum board products, having great brand advantage and occupying a market share of about 15%; the second category of enterprises are medium enterprises producing middle-grade gypsum board products with high cost-performance ratio and occupying a market share of about 40%; and the third category of enterprises are scattered primary enterprises producing low-end gypsum board products, having neither production capacity advantage nor brand advantage and occupying a total market share of about 45%.

(II) Prospect for the Company's development in the future and operation planning in 2012

1. With the "Five Enhancements" as principle, to actively carry out "Year of Management Enhancement" activities, and strive to achieve effectiveness in the standardized management, lean management, information management, and financial management and risk management. To thoroughly carry out cost-saving plan and establish an internal control system that focused on comprehensive benchmark management and performance

2. To strengthen marketing capability and improve production capacity utilization and continuously increase the sales of main products through entering new fields of application, systematic industry cooperation and perfecting the construction of channels.

3. Accelerate the process of project construction, improve project construction management Speed up the national industrial layout planning and site selection for 2 billion square meter plasterboard and ensure the Company to realize its strategic objective.

4. To continue its efforts in brand building so as to further uplift corporate image and brand value of BNBMPLC, thus to foster the social influence of the Company's brand.

BNBMPLC0001888