LexisNexis

| 企业会计准则第 33 号－－合并财务报表 | Accounting Standards for Business Enterprises No. 33 - Consolidated Financial Statements |
|---|---|
| 发文日期： 2006-02-15 | Promulgation date: 2006-02-15 |
| 地域： 全国 | Effective region: NATIONAL |
| 颁布机关： 财政部 | Promulgator: Ministry of Finance |
| 时效性： 失效 | Effectiveness: Expired |
| 生效日期： 2006-02-15 | Effective date: 2006-02-15 |
| 所属分类： 其他（公司法->其他），财务（财务会计法->财务），会计（财务会计法->会计） | Category: Miscellaneous ( Company Law->Miscellaneous ），Finance ( Finance & Accounting Law->Finance ），Accounting ( Finance & Accounting Law->Accounting ) |
| 企业会计准则第 33 号--合并财务报表 | Accounting Standards for Business Enterprises No. 33 - Consolidated Financial Statements |
| 2006 年 2 月 15 日 | February 15,2006 |
| 　第一章 总则 | Chapter I General Provisions |
| 　第一条 为了规范合并财务报表的编制和列报，根据《企业会计准则--基本准则》，制定本准则。 | Article 1 With a view to regulating the preparation of financial statements and the reporting of relevant information, the standard is formulated in accordance with the Accounting Standards for Enterprises - Basic Standard. |
| 　第二条 合并财务报表，是指反映母公司和其全部子公司形成的企业集团整体财务状况、经营成果和现金流量的财务报表。<br>　母公司，是指有一个或一个以上子公司的企业（或主体，下同）。<br>　子公司，是指被母公司控制的企业。 | Article 2 Consolidated financial statements refer to the financial statements showing the overall financial status, business results and cash flows of an enterprise group consisting of the parent company and all its subsidiaries. A parent company refers to an enterprise (or subject, same below) consisting of one or more subsidiaries. Subsidiaries refer to the enterprises under the control of a parent company. |
| 　第三条 合并财务报表至少应当包括下列组成部分：<br>　（一）合并资产负债表； | Article 3 A consolidated financial statement shall at least include parts as follows:<br>1. A consolidated balance sheet;<br>2. A consolidated income statement;<br>3. A consolidated cash flow statement<br>4. A consolidated statement in changes of owner's equity |

EXHIBIT 22

| | |
|---|---|
| （二）合并利润表； <br> （三）合并现金流量表； <br> （四）合并所有者权益（或股东权益，下同）变动表； <br> （五）附注。 | (or shareholder's equity, same below); <br> 5. Note. |
| 第四条 母公司应当编制合并财务报表。 | Article 4 A parent company shall prepare consolidated financial statements. |
| 第五条 外币财务报表折算，适用《企业会计准则第19 号--外币折算》和《企业会计准则第31 号--现金流量表》。 | Article 5 The Enterprises Accounting Standards No. 19 - Foreign Currency Translation and the Enterprises Accounting Standards No. 19 - Foreign Currency Translation are applicable to the translation of foreign currency financial statements. |
| 第二章 合并范围 | Chapter II Consolidation Scope |
| 第六条 合并财务报表的合并范围应当以控制为基础予以确定。 <br> 控制，是指一个企业能够决定另一个企业的财务和经营政策，并能据以从另一个企业的经营活动中获取利益的权力。 | Article 6 The consolidation scope of consolidated financial statements shall be determined on the basis of control. Control refers to the authority of an enterprise to decide on the financial and business policies of another enterprise and benefit from its business activities in accordance with the policies. |
| 第七条 母公司直接或通过子公司间接拥有被投资单位半数以上的表决权，表明母公司能够控制被投资单位，应当将该被投资单位认定为子公司，纳入合并财务报表的合并范围。但是，有证据表明母公司不能控制被投资单位的除外。 | Article 7 A parent company owns more than half of the voting rights of the invested unit directly and indirectly through subsidiaries, showing the parent company may control the invested unit, shall recognize the unit as a subsidiary and shall incorporate the unit into the consolidation scope of consolidated financial statements except that evidences show that the parent company may not control the invested unit. |
| 第八条 母公司拥有被投资单位半数或以下的表决权，满足下列条件之一的，视为母公司能够控制被投资单位，应当将该被投资单位认定为子公司，纳入合并财 | Article 8 Where a parent company owns half or less than half of the voting rights of the invested unit but meets any of the following requirements, the parent company may control the invested unit, shall recognize the unit as a subsidiary and shall incorporate the unit into the consolidation scope of consolidated financial statements |

| | |
|---|---|
| 务报表的合并范围。但是，有证据表明母公司不能控制被投资单位的除外：<br>　（一）通过与被投资单位其他投资者之间的协议，拥有被投资单位半数以上的表决权。<br>　（二）根据公司章程或协议，有权决定被投资单位的财务和经营政策。<br>　（三）有权任免被投资单位的董事会或类似机构的多数成员。<br>　（四）在被投资单位的董事会或类似机构占多数表决权。 | except that evidences show that the parent company may not control the invested unit:<br>1. Owning more than half of the voting rights of the invested unit through agreements with the other investors of the invested unit.<br>2. Being entitled to decide on the financial and business policies of the invested unit in accordance with the articles or agreements of incorporation.<br>3. Being entitled to appoint and dismiss most of the members of the board of directors or a similar organization of the invested unit.<br>4. Owning a majority of voting rights in the board of directors or a similar organization of the invested unit. |
| 　第九条　在确定能否控制被投资单位时，应当考虑企业和其他企业持有的被投资单位的当期可转换的可转换公司债券、当期可执行的认股权证等潜在表决权因素。 | Article 9 A parent company shall take into consideration potential factors of voting rights such as the currently convertible bonds and executable stock warrants of the invested unit held by an enterprise and others in determining whether it may control the invested unit. |
| 　第十条　母公司应当将其全部子公司纳入合并财务报表的合并范围。 | Article 10 A parent company shall incorporate all its subsidiaries into the consolidation scope of consolidated financial statements. |
| 　第三章　合并程序 | Chapter III Consolidation Procedures |
| 　第十一条　合并财务报表应当以母公司和其子公司的财务报表为基础，根据其他有关资料，按照权益法调整对子公司的长期股权投资后，由母公司编制。 | Article 11 Consolidated financial statements shall be prepared by a parent company on the basis of the financial statements of the parent company and its subsidiaries and in accordance with other relevant data after the long-term equity investments of the subsidiaries are adjusted in accordance with the equity method. |
| 　第十二条　母公司应当统一子公司所采用的会计政策，使子公司采用的会计政策与母公司保持一致。<br>　子公司所采用的会计政 | Article 12 A parent company shall unify the accounting polices used by its subsidiaries to make them consistent with the accounting policy used by it.<br>Where the accounting policy used by a subsidiary is inconsistent with that used by the parent company, a necessary adjustment shall be made to the financial |

| | |
|---|---|
| 策与母公司不一致的，应当按照母公司的会计政策对子公司财务报表进行必要的调整；或者要求子公司按照母公司的会计政策另行编报财务报表。 | statements of the subsidiary in accordance with the accounting policy of the parent company; or the subsidiary is required to prepare financial statements separately in accordance with the accounting policy of the parent company. |
| 　　第十三条　母公司应当统一子公司的会计期间，使子公司的会计期间与母公司保持一致。<br>　　子公司的会计期间与母公司不一致的，应当按照母公司的会计期间对子公司财务报表进行调整；或者要求子公司按照母公司的会计期间另行编报财务报表。 | Article 13 A parent company shall unify the accounting periods of subsidiaries to make them consistent with its accounting period.<br>Where the accounting period of a subsidiary is inconsistent with that of the parent company, a necessary adjustment shall be made to the financial statements of the subsidiary in accordance with the accounting period of the parent company; or the subsidiary is required to prepare financial statements separately in accordance with the accounting period of the parent company. |
| 　　第十四条　在编制合并财务报表时，子公司除了应当向母公司提供财务报表外，还应当向母公司提供下列有关资料：<br>　　（一）采用的与母公司不一致的会计政策及其影响金额；<br>　　（二）与母公司不一致的会计期间的说明；<br>　　（三）与母公司、其他子公司之间发生的所有内部交易的相关资料；<br>　　（四）所有者权益变动的有关资料；<br>　　（五）编制合并财务报表所需要的其他资料。 | Article 14 A subsidiary shall provide the parent company with relevant data as follows besides financial statements when preparing consolidated financial statements:<br>1. The accounting policy inconsistent with that used by the parent company and the amount influenced by the inconsistency;<br>2. Description of the accounting period inconsistent with that of the parent company;<br>3. Relevant data of all internal transactions between the subsidiary and the parent company as well as other subsidiaries;<br>4. Relevant data of changes in owner's equity;<br>5. Other data required for the preparation of consolidated financial statements. |
| 　　第一节　合并资产负债表 | Section 1 Consolidated Balance Sheet |
| 　　第十五条　合并资产负债表应当以母公司和子公司的资产负债表为基础，在抵销母公司与子公司、子公司 | Article 15 Consolidated balance sheets shall be prepared by a parent company on the basis of the balance sheets of the parent company and its subsidiaries after offsetting the influence of the internal transactions between the |

| | |
|---|---|
| 相互之间发生的内部交易对合并资产负债表的影响后，由母公司合并编制。<br>　（一）母公司对子公司的长期股权投资与母公司在子公司所有者权益中所享有的份额应当相互抵销，同时抵销相应的长期股权投资减值准备。<br>　在购买日，母公司对子公司的长期股权投资与母公司在子公司所有者权益中所享有的份额的差额，应当在商誉项目列示。商誉发生减值的，应当按照经减值测试后的金额列示。<br>　各子公司之间的长期股权投资以及子公司对母公司的长期股权投资，应当比照上述规定，将长期股权投资与其对应的子公司或母公司所有者权益中所享有的份额相互抵销。<br>　（二）母公司与子公司、子公司相互之间的债权与债务项目应当相互抵销，同时抵销应收款项的坏账准备和债券投资的减值准备。<br>　母公司与子公司、子公司相互之间的债券投资与应付债券相互抵销后，产生的差额应当计入投资收益项目。<br>　（三）母公司与子公司、子公司相互之间销售商品（或提供劳务，下同）或其他方式形成的存货、固定资产、工程物资、在建工程、无形资产等所包含的未实现内部销售损益应当抵销。 | parent company and subsidiaries and between its subsidiaries on consolidated balance sheets.<br>1. The long-term equity investments of a parent company in its subsidiaries shall offset the share of the owner's equity of subsidiaries enjoyed by the parent company, and the corresponding depreciation reserves of long-term equity investments shall be offset.<br>On the date of purchase, the difference between the long-term equity investments of a parent company in its subsidiaries and the share of the owner's equity of the subsidiaries enjoyed by the parent company shall be listed as a goodwill item. In case of goodwill depreciation, the amount after depreciation test shall be listed.<br>The long-term equity investments between subsidiaries and the long-term equity investments of subsidiaries in the parent company shall offset the share of the owner's equity of the corresponding subsidiary or the parent company enjoyed by a subsidiary in accordance with the above-mentioned provisions.<br>2. The credit and debt items between a parent company and subsidiaries and between subsidiaries shall mutually offset, and allowance for doubtful accounts receivable and depreciation reserves of bond investments shall be offset. The difference incurred from the offsetting of the bond investments and bond payable between the parent company and subsidiaries and between subsidiaries shall be accounted for as investment income.<br>3. The unrealized profits and losses from internal sales included in inventories, fixed assets, engineering materials, construction in progress and intangible assets incurred from sale of commodities (or provision of services, same below) or in other ways between a parent company and subsidiaries and between subsidiaries shall offset.<br>The falling price reserves or depreciation reserves accrued from inventories, fixed assets, engineering materials, construction in progress and intangible assets shall offset the part related to the unrealized profits and losses from internal sales.<br>4. The influence of other internal transactions between a parent company and subsidiaries and between subsidiaries on consolidated balance sheets shall offset. |

| | |
|---|---|
| 对存货、固定资产、工程物资、在建工程和无形资产等计提的跌价准备或减值准备与未实现内部销售损益相关的部分应当抵销。<br>（四）母公司与子公司、子公司相互之间发生的其他内部交易对合并资产负债表的影响应当抵销。 | |
| 第十六条  子公司所有者权益中不属于母公司的份额，应当作为少数股东权益，在合并资产负债表中所有者权益项目下以"少数股东权益"项目列示。 | Article 16 The share of the owner's equity of subsidiaries not enjoyed by the parent company shall be treated as minority equity and be listed as "minority equity" under the owner's equity item of a consolidated balance sheet. |
| 第十七条  母公司在报告期内因同一控制下企业合并增加的子公司，编制合并资产负债表时，应当调整合并资产负债表的期初数。<br>因非同一控制下企业合并增加的子公司，编制合并资产负债表时，不应当调整合并资产负债表的期初数。 | Article 17 Where a parent company prepares a consolidated balance sheet due to increase in subsidiaries caused by the merger of the enterprises under same control within the reporting period, it shall adjust the beginning amount of the consolidated balance sheet. Where a parent company prepares a consolidated balance sheet due to increase in subsidiaries caused by the merger of the enterprises not under same control, it shall not adjust the opening amount of the consolidated balance sheet. |
| 第十八条  母公司在报告期内处置子公司，编制合并资产负债表时，不应当调整合并资产负债表的期初数。 | Article 18 Where a parent company prepares a consolidated balance sheet due to the disposal of subsidiaries within the reporting period, it shall not adjust the opening amount of the consolidated balance sheet. |
| 第二节  合并利润表 | Section 2 Consolidated Income Statements |
| 第十九条  合并利润表应当以母公司和子公司的利润表为基础，在抵销母公司与子公司、子公司相互之间发生的内部交易对合并利润表的影响后，由母公司合并编制。<br>（一）母公司与子公 | Article 19 Consolidated income statements shall be prepared by a parent company on the basis of the income statements of the parent company and its subsidiaries after offsetting the influence of the internal transactions between the parent company and subsidiaries and between subsidiaries on consolidated income statements.<br>1. The operating income and operating cost incurred from sale of commodities between a parent company and subsidiaries and between subsidiaries shall offset. |

| | |
|---|---|
| 司、子公司相互之间销售商品所产生的营业收入和营业成本应当抵销。<br><br>　　母公司与子公司、子公司相互之间销售商品，期末全部实现对外销售的，应当将购买方的营业成本与销售方的营业收入相互抵销。<br><br>　　母公司与子公司、子公司相互之间销售商品，期末未实现对外销售而形成存货、固定资产、工程物资、在建工程、无形资产等资产的，在抵销销售商品的营业成本和营业收入的同时，应当将各项资产所包含的未实现内部销售损益予以抵销。<br>　　（二）在对母公司与子公司、子公司相互之间销售商品形成的固定资产或无形资产所包含的未实现内部销售损益进行抵销的同时，也应当对固定资产的折旧额或无形资产的摊销额与未实现内部销售损益相关的部分进行抵销。<br>　　（三）母公司与子公司、子公司相互之间持有对方债券所产生的投资收益，应当与其相对应的发行方利息费用相互抵销。<br>　　（四）母公司对子公司、子公司相互之间持有对方长期股权投资的投资收益应当抵销。<br>　　（五）母公司与子公司、子公司相互之间发生的其他内部交易对合并利润表的影响应当抵销。 | Where external sale of the commodities sold between a parent company and subsidiaries and between subsidiaries shall offset is fully realized at the end of the period, the operating cost of the purchaser and the operating income of the seller shall mutually offset. Where such assets as inventories, fixed assets, engineering materials, construction in progress and intangible assets are incurred from unrealized external sale of the commodities sold between a parent company and subsidiaries and between subsidiaries, the unrealized profits and losses from internal sales included in all assets shall offset while the operating cost and operating income for sale of commodities offset.<br>2. While the unrealized profits and losses from internal sales included in the fixed assets or intangible assets incurred from sale of commodities between a parent company and subsidiaries and between subsidiaries offset, the depreciation amount of fixed assts or the amortization amount of intangible assets and the part related to the unrealized profits and losses from internal sales shall offset.<br>3. Income from bond investments between a parent company and subsidiaries and between subsidiaries shall offset the interest expense of the corresponding bond issuer.<br>4. Income from long-term equity investments between a parent company and subsidiaries and between subsidiaries shall offset.<br>5. The influence of other internal transactions between a parent company and subsidiaries and between subsidiaries on consolidated income statements shall offset. |
| 　　第二十条　子公司当期 | Article 20 The share of the current profits and losses of |

| | |
|---|---|
| 净损益中属于少数股东权益的份额，应当在合并利润表中净利润项目下以"少数股东损益"项目列示。 | subsidiaries belonging to minority equity shall be listed as "minority equity" under the net profit item of a consolidated income statement. |
| 　　第二十一条　子公司少数股东分担的当期亏损超过了少数股东在该子公司期初所有者权益中所享有的份额，其余额应当分别下列情况进行处理：<br>　　（一）公司章程或协议规定少数股东有义务承担，并且少数股东有能力予以弥补的，该项余额应当冲减少数股东权益；<br>　　（二）公司章程或协议未规定少数股东有义务承担的，该项余额应当冲减母公司的所有者权益。该子公司以后期间实现的利润，在弥补了由母公司所有者权益所承担的属于少数股东的损失之前，应当全部归属于母公司的所有者权益。 | Article 21 The difference between the current losses shared by the minority shareholders of a subsidiary and the share of the beginning owner's equity of the subsidiary enjoyed by minority shareholders shall be handled in accordance with the following circumstances:<br>1. Where articles or agreements of incorporation specify that minority shareholders are obliged to and able to bear and make up for losses, the balance shall offset the rights and interests of minority shareholders;<br>2. Where articles or agreements of incorporation do not specify that minority shareholders are obliged to bear losses, the balance shall offset the owner's equity of the parent company. The profits of the subsidiary realized in future periods shall fully belong to the owner's equity of the parent company before making up for the losses of minority shareholders borne by the owner's equity of the parent company. |
| 　　第二十二条　母公司在报告期内因同一控制下企业合并增加的子公司，应当将该子公司合并当期期初至报告期末的收入、费用、利润纳入合并利润表。<br>　　因非同一控制下企业合并增加的子公司，应当将该子公司购买日至报告期末的收入、费用、利润纳入合并利润表。 | Article 22 Where a parent company prepares a consolidated income statement due to increase in subsidiaries caused by the merger of the enterprises under same control within the reporting period, it shall incorporate the incomes, expenses and profits of the subsidiary incurred from the beginning of the period of merger to the end of the accounting period into the consolidated income statement.<br>Where a parent company prepares a consolidated income statement due to increase in subsidiaries caused by the merger of the enterprises not under same control, it shall incorporate the incomes, expenses and profits of the subsidiary incurred from the date of purchase to the end of the reporting period into the consolidated income statement. |
| 　　第二十三条　母公司在 | Article 23 Where a parent company disposes of a |

| | |
|---|---|
| 报告期内处置子公司，应当将该子公司期初至处置日的收入、费用、利润纳入合并利润表。 | subsidiary within the reporting period, it shall incorporate the incomes, expenses and profits of the subsidiary incurred from the beginning of the subsidiary to the date of disposal into the consolidated income statement. |
| 　　第三节 合并现金流量表 | Section 3 Consolidated Cash Flow Statement |
| 　　第二十四条 合并现金流量表应当以母公司和子公司的现金流量表为基础，在抵销母公司与子公司、子公司相互之间发生的内部交易对合并现金流量表的影响后，由母公司合并编制。<br>　　本准则提及"现金"时，除非同时提及现金等价物，均包括现金和现金等价物。 | Article 24 Consolidated cash flow statements shall be prepared by a parent company on the basis of the cash flow statements of the parent company and its subsidiaries after offsetting the influence of the internal transactions between the parent company and subsidiaries and between subsidiaries on consolidated cash flow statements.<br>The "cash" as mentioned in the standard includes cash and cash equivalents unless cash equivalents are also mentioned. |
| 　　第二十五条 编制合并现金流量表应当符合下列要求：<br>　　（一）母公司与子公司、子公司相互之间当期以现金投资或收购股权增加的投资所产生的现金流量应当抵销。<br>　　（二）母公司与子公司、子公司相互之间当期取得投资收益收到的现金，应当与分配股利、利润或偿付利息支付的现金相互抵销。<br>　　（三）母公司与子公司、子公司相互之间以现金结算债权与债务所产生的现金流量应当抵销。<br>　　（四）母公司与子公司、子公司相互之间当期销售商品所产生的现金流量应当抵销。<br>　　（五）母公司与子公 | Article 25 The preparation of cash flow statements shall be in accordance with requirements as follows:<br>1. The current cash flows incurred from cash investments or additional investments in acquisition of equity between a parent company and subsidiaries and between subsidiaries shall offset.<br>2. The current cash from investment income received between a parent company and subsidiaries and between subsidiaries shall offset the cash from distribution of dividend and profit or payment of interest.<br>3. The cash flows incurred from settlement of credits and debts in cash between a parent company and subsidiaries and between subsidiaries shall offset.<br>4. The current cash flows incurred from sale of commodities between a parent company and subsidiaries and between subsidiaries shall offset.<br>5. The net cash collected from disposal of fixed assets, intangible assets and other long-term assets between a parent company and subsidiaries and between subsidiaries shall offset the cash paid for purchase of fixed assets, intangible assets and other long-term assets.<br>6. The current cash flows incurred from other internal transactions between a parent company and subsidiaries and between subsidiaries shall offset. |

| | |
|---|---|
| 司、子公司相互之间处置固定资产、无形资产和其他长期资产收回的现金净额，应当与购建固定资产、无形资产和其他长期资产支付的现金相互抵销。<br>（六）母公司与子公司、子公司相互之间当期发生的其他内部交易所产生的现金流量应当抵销。 | |
| 第二十六条 合并现金流量表补充资料可以根据合并资产负债表和合并利润表进行编制。 | Article 26 The supplementary information of consolidated cash flow statements may be prepared in accordance with consolidated balance sheets and consolidated income statements. |
| 第二十七条 母公司在报告期内因同一控制下企业合并增加的子公司，应当将该子公司合并当期期初至报告期末的现金流量纳入合并现金流量表。<br>因非同一控制下企业合并增加的子公司，应当将该子公司购买日至报告期末的现金流量纳入合并现金流量表。 | Article 27 Where a parent company prepares a consolidated cash flow statement due to increase in subsidiaries caused by the merger of the enterprises under same control within the reporting period, it shall incorporate the cash flows of the subsidiary incurred from the beginning of the period of merger to the end of the accounting period into the consolidated cash flow statement.<br>Where a parent company prepares a consolidated cash flow statement due to increase in subsidiaries caused by the merger of the enterprises not under same control, it shall incorporate the cash flows of the subsidiary incurred from the date of purchase to the end of the reporting period into the consolidated income statement. |
| 第二十八条 母公司在报告期内处置子公司，应当将该子公司期初至处置日的现金流量纳入合并现金流量表。 | Article 28 Where a parent company disposes of a subsidiary within the reporting period, it shall incorporate the cash flows of the subsidiary incurred from the beginning of the subsidiary to the date of disposal into the consolidated cash flow statement. |
| 第四节 合并所有者权益变动表 | Section 4 Consolidated Statement in Changes of Owner's Equity |
| 第二十九条 合并所有者权益变动表应当以母公司和子公司的所有者权益变动表为基础，在抵销母公司与 | Article 29 Consolidated statements in changes of owner's equity shall be prepared by a parent company on the basis of the statements in changes of owner's equity of the parent company and its subsidiaries after offsetting the influence of the internal transactions between the |

| | |
|---|---|
| 子公司、子公司相互之间发生的内部交易对合并所有者权益变动表的影响后，由母公司合并编制。<br>　　（一）母公司对子公司的长期股权投资应当与母公司在子公司所有者权益中所享有的份额相互抵销。<br>　　各子公司之间的长期股权投资以及子公司对母公司的长期股权投资，应当比照上述规定，将长期股权投资与其对应的子公司或母公司所有者权益中所享有的份额相互抵销。<br>　　（二）母公司对子公司、子公司相互之间持有对方长期股权投资的投资收益应当抵销。<br>　　（三）母公司与子公司、子公司相互之间发生的其他内部交易对所有者权益变动的影响应当抵销。<br>　　合并所有者权益变动表也可以根据合并资产负债表和合并利润表进行编制。 | parent company and subsidiaries and between subsidiaries on consolidated statements in changes of owner's equity.<br>1. The long-term equity investments of a parent company in its subsidiaries shall offset the share of the owner's equity of subsidiaries enjoyed by the parent company. The long-term equity investments between subsidiaries and the long-term equity investments of subsidiaries in the parent company shall offset the share of the owner's equity of the corresponding subsidiary or the parent company enjoyed by a subsidiary in accordance with the above-mentioned provisions.<br>2. Income from long-term equity investments between a parent company and subsidiaries and between subsidiaries shall offset.<br>3. The influence of other internal transactions between a parent company and subsidiaries and between subsidiaries on consolidated statements in changes of owner's equity shall offset.<br>Consolidated statements in changes of owner's equity may also be prepared in accordance with consolidated balance sheets and consolidated income statements |
| 　　第三十条　有少数股东的，应当在合并所有者权益变动表中增加"少数股东权益"栏目，反映少数股东权益变动的情况。 | Article 30 Where there are minority shareholders, the column of "minority shareholders" shall be added to consolidated statements in changes of owner's equity to show changes in the equity of minority shareholders. |
| 　　第四章　披露 | Chapter IV Disclosure |
| 　　第三十一条　企业应当在附注中披露下列信息：<br>　　（一）子公司的清单，包括企业名称、注册地、业务性质、母公司的持股比例和表决权比例。<br>　　（二）母公司直接或通 | Article 31 An enterprise shall disclose the following information in the note:<br>1. List of subsidiaries including names, places of registration and nature of business of the subsidiaries, and the proportion of shares and voting rights of the parent company.<br>2. The reason why a parent company owning less than half of the voting rights of the invested unit directly and |

| | |
|---|---|
| 过子公司间接拥有被投资单位表决权不足半数但能对其形成控制的原因。<br><br>（三）母公司直接或通过其他子公司间接拥有被投资单位半数以上的表决权但未能对其形成控制的原因。<br><br>（四）子公司所采用的与母公司不一致的会计政策，编制合并财务报表的处理方法及其影响。<br><br>（五）子公司与母公司不一致的会计期间，编制合并财务报表的处理方法及其影响。<br><br>（六）本期增加子公司，按照《企业会计准则第 20 号--企业合并》的规定进行披露。<br><br>（七）本期不再纳入合并范围的原子公司，说明原子公司的名称、注册地、业务性质、母公司的持股比例和表决权比例，本期不再成为子公司的原因，其在处置日和上一会计期间资产负债表日资产、负债和所有者权益的金额以及本期期初至处置日的收入、费用和利润的金额。<br><br>（八）子公司向母公司转移资金的能力受到严格限制的情况。<br><br>（九）需要在附注中说明的其他事项。 | indirectly through subsidiaries may control it.<br>3. The reason why a parent company owning more than half of the voting rights of the invested unit directly and indirectly through subsidiaries may not control it.<br>4. The handling method and influence of preparing consolidated financial statements when the accounting policy used by a subsidiary is inconsistent with that used by the parent company.<br>5. The handling method and influence of preparing consolidated financial statements when the accounting period of a subsidiary is inconsistent with that of the parent company.<br>6. Increasing subsidies in the current period shall be disclosed in accordance with the provision of the Enterprises Accounting Standards No. 20 - Business Combinations.<br>7. An enterprise shall disclose the names, places of registration and nature of business of the original subsidiaries not merged in the current period, and the proportion of shares and voting rights of the parent company, the reason for no longer being subsidiaries in the current period, the amount of the assets, liabilities and owner's equipment of the subsidiaries between the date of disposal and the date of balance sheet in the previous accounting period, and the amount of incomes, expenses and profits between the beginning of the current period and the date of disposal.<br>8. The information of strict restrictions on the capability of subsidiaries for transferring funds to the parent company.<br>9. Other matters that shall be specified in the note. |