UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*All Cases* | |

# EXHIBIT 7

## TO TRANSMITTAL DECLARATION OF GENE BESEN IN SUPPORT OF BEIJING NEW BUILDING MATERIAL (GROUP) CO., LTD.'S MOTION TO DISMISS COMPLAINTS PURSUANT TO RULE 12(B)(2) AND 12(B)(5), FILED PURSUANT TO PRETRIAL ORDER NO. 16

# FILED UNDER SEAL