**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br>*All Cases* | |

**ORDER**

Considering the foregoing Motion of Beijing New Building Material (Group) Co., Ltd. for Leave to File Certain Exhibits Under Seal;

**IT IS ORDERED** that the motion is **GRANTED**; and the attached exhibits are filed into the record **UNDER SEAL**.

New Orleans, Louisiana, this ___ day of _____, 2015.

                                                    Honorable Eldon E. Fallon
                                                  U.S. District Court Judge