UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>*All Cases* | |

### LOCAL RULE 78.1 REQUEST FOR ORAL ARGUMENT

NOW INTO COURT, through undersigned counsel, come defendant Beijing New Building Materials (Group) Co., Ltd. to respectfully request oral argument on its Motion to dismiss currently scheduled for submission on May 27, 2015 at 9:00 a.m. Oral argument would aid the Court's consideration of this motion.

Dated: April 29, 2015

                                                Respectfully submitted,

                                                **DENTONS US LLP**

                                                By: */s/ Michael H. Barr*
                                                Michael H. Barr
                                                New York Bar No. 1744242
                                                Justin N. Kattan
                                                New York Bar No. 3983905
                                                1221 Avenue of the Americas
                                                New York, NY 10020-1089
                                                Telephone: (212) 768-6700
                                                Facsimile: (212) 768-6800
                                                michael.barr@dentons.com
                                                justin.kattan@dentons.com

                                                        - and -

1

Richard L. Fenton
Illinois Bar No. 3121699
Leah R. Bruno
Illinois Bar No. 6269469
233 South Wacker Drive
Suite 7800
Chicago, IL  60606-6306
Telephone:  (312) 876-8000
Facsimile:  (312) 876-7934
richard.fenton@dentons.com
leah.bruno@dentons.com

- and -

C. Michael Moore
Texas Bar No. 14323600
Gene R. Besen
Texas Bar No. 24045491
2000 McKinney Ave, Suite 1900
Dallas, TX  75201
Telephone:  (214) 259-0900
Facsimile:  (214) 259-0910
mike.moore@dentons.com
gene.besen@dentons.com

- and -

**PHELPS DUNBAR LLP**

Harry Rosenberg
Louisiana Bar No. 11465
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone:  (504) 566-1311
Facsimile:  (504) 568-9130
harry.rosenberg@phelps.com

*Attorneys for Beijing New Building Material (Group) Co., Ltd. and Beijing New Building Materials Public Limited Company*

2