UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*All Cases* | |

**TRANSMITTAL DECLARATION OF GENE R. BESEN IN SUPPORT OF BEIJING NEW BUILDING MATERIAL (GROUP) CO. LTD.'S MOTION TO DISMISS COMPLAINTS PURSUANT TO RULES 12(B)(2) AND 12(B)(5)**

I, Gene R. Besen, declare, under penalty of perjury, that the following statements are true and correct:

1. I am a partner at the firm Dentons US LLP, counsel for Beijing New Building Material (Group) Co., Ltd. ("BNBM Group"). I respectfully submit this declaration in support of BNBM Group's Motion to Dismiss Complaints Pursuant to Rules 12(b)(2) and 12(b)(5) to transmit certain evidence to the Court.

2. Attached hereto as Exhibit 1 is the declaration of Yanming Zhao, dated April 20, 2015.

3. Attached hereto as Exhibit 2 is the declaration of Xianfeng Yu, dated April 20, 2015.

4. Attached hereto as Exhibit 3 is the declaration of Kai Cai, dated April 17, 2015.

5. Attached hereto as Exhibit 4 is the declaration of Yanjung Yang, dated April 16, 2015.

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from BNBM PLC's Annual Report for 2014, which was produced in full to the Plaintiffs' Steering Committee ("PSC") as BNBMPLC0003164 - BNBMPLC0003336.

7. Attached hereto as Exhibit 6, which has been filed under seal, is a true and correct copy of excerpts from BNBM Group's Annual Financial Statements for 2014, which was produced to the PSC as a confidential document subject to the protective order and bates-numbered BNBM(Group)0001342 - BNBM(Group)0001345.

8. Attached hereto as Exhibit 7, which has been filed under seal, is a true and correct copy of excerpts from BNBM Group's Annual Financial Statement for 2013, which was produced in full to the PSC as a confidential document subject to the protective order and bates-numbered BNBM(Group)0001266 - BNBM(Group)0001337.

Dallas, Texas
Dated: April 28, 2015

_____
Gene R. Besen

84124678