UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Amorin et al. v. Taishan Gypsum Co. Ltd. et al.,* Case No. 2:11-cv-01673<br><br>*Wiltz et al. v. Beijing New Building Materials Public Limited Company et al.,* Case No. 2:10-cv-00361<br><br>*Gross et al. v. Knauf Gips KG et al.,* Case No. 2:09-cv-06690 | |

### TRANSMITTAL DECLARATION OF GENE R. BESEN IN SUPPORT OF BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY AND BEIJING NEW BUILDING MATERIAL (GROUP), CO. LTD.'S MOTION TO VACATE ENTRIES OF PRELIMINARY DEFAULT

I, Gene R. Besen, declare, under penalty of perjury, that the following statements are true and correct:

1. I am a Partner at Dentons US LLP and counsel of record for Beijing New Building Materials Public Limited Company ("BNBM PLC") and Beijing New Building Material (Group) Co., Ltd. ("BNBM Group," together "BNBM Entities"). I respectfully submit this declaration in support of BNBM PLC and BNBM Group's Motion to Vacate Entries of Preliminary Default to transmit certain evidence and authority to the Court. The letters and emails referenced in this declaration are business records of Dentons US LLP, which are kept in the ordinary course of business.

2. Attached hereto as Exhibit 1 is the declaration of Kai Cai, dated April 17, 2015.

3. Attached hereto as Exhibit 2 is the declaration of Xianfeng Yu, dated April 20, 2015.

4. Attached hereto as Exhibit 3 is the Memorandum from Joanna Matheson, Ph.D., Toxicologist, Directorate for Health Sciences, dated January 3, 2011, which is available on the Consumer Product Safety Commission ("CPSC") website at http://www.cpsc.gov/PageFiles/99196/lblreport.pdf.

5. Attached hereto as Exhibit 4 is a copy of Draft Emission Factor Results from Lawrence Berkely National Laboratories Chamber Testing, dated May 27, 2010, which is available on the CPSC website at http://www.cpsc.gov//PageFiles/114656/LBNLsulfur.pdf.

6. Attached hereto as Exhibit 5 is a copy of CPSC Release No. 10-243, titled CPSC Identifies Manufacturers of Problem Drywall Made in China and dated May 25, 2010, which is available on the CPSC website at http://www.cpsc.gov/en/Newsroom/News-Releases/2010/CPSC-Identifies-Manufacturers-of-Problem-Drywall-Made-in-China/.

7. Attached hereto as Exhibit 6 is a copy of CPSC News Release, titled CPSC Completes Final Studies to Help Affected Homeowners Remediate Problem Drywall and dated September 15, 2011, which is available on the CPSC website at http://www.cpsc.gov/en/Newsroom/News-Releases/2011/CPSC-Completes-Final-Studies-to-Help/.

8. Attached hereto as Exhibit 7 is a copy of the United States Department of Housing and Urban Development's report to Congress, titled Study of the Possible Effect of Problem Drywall Presence on Foreclosures and dated July 17, 2012, which is available on the CPSC website at

http://cpsc.gov/PageFiles/161357/StudyofthePossibleEffectsofProblemDrywallPresenceonForeclosures.pdf.

9. Attached hereto as Exhibit 8 is the declaration of Yanjun Yang, dated April 16, 2015.

10. Attached hereto as Exhibit 9 is the declaration of Yu Chen, dated April 16, 2015.

11. Attached hereto as Exhibit 10 is a true and correct copy of BNBM PLC's Board Resolution, dated or about April 22, 2005, which was produced to the Plaintiffs' Steering Committee ("PSC") as BNBMPLC0004402 - BNBMPLC0004403.

12. Attached hereto as Exhibit 11 is a true and correct copy of BNBM PLC's Board Resolution, dated August 28, 2006, which was produced to the PSC as BNBMPLC0004445 - BNBMPLC0004447.

13. Attached hereto as Exhibit 12 is a true and correct copy of BNBM PLC's Equity Purchase Announcement, dated August 28, 2006, which was produced to the PSC as BNBMPLC0006218 - BNBMPLC0006220.

14. Attached hereto as Exhibit 13 is a true and correct copy of the transcript excerpts of the deposition of Jia Tongchun, which took place on April 4 and 5, 2011 and January 9 and 10, 2012 in the above-referenced multidistrict litigation.

15. Attached hereto as Exhibit 14 is a true and correct copy of excerpts from BNBM PLC's Annual Report for 2014, which was produced in full to the PSC as BNBMPLC0003164 - BNBMPLC0003336.

16. Attached hereto as Exhibit 15 is a true and correct copy of excerpts from BNBM PLC's Annual Report for 2013, which was produced in full to the PSC as BNBMPLC0002743 - BNBMPLC0002944.

17. Attached hereto as Exhibit 16 is a true and correct copy of excerpts from BNBM PLC's Annual Report for 2006, which was produced in full to the PSC as BNBMPLC0000489 - BNBMPLC0000605.

18. Attached hereto as Exhibit 17 is a true and correct copy of excerpts from BNBM PLC's Annual Report for 2007, which was produced in full to the PSC as BNBMPLC0000722 - BNBMPLC0000841.

19. Attached hereto as Exhibit 18 is a true and correct copy of excerpts from BNBM PLC's Annual Report for 2008, which was produced in full to the PSC as BNBMPLC0000961 - BNBMPLC0001080.

20. Attached hereto as Exhibit 19 is a true and correct copy of excerpts from BNBM PLC's Annual Report for 2009, which was produced in full to the PSC as BNBMPLC0001229 - BNBMPLC0001378.

21. Attached hereto as Exhibit 20 is a true and correct copy of excerpts from BNBM PLC's Annual Report for 2010, which was produced in full to the PSC as BNBMPLC0001542 - BNBMPLC0001695.

22. Attached hereto as Exhibit 21 is a true and correct copy of excerpts from BNBM PLC's Annual Report for 2011, which was produced in full to the PSC as BNBMPLC0001862 - BNBMPLC0002018.

23. Attached hereto as Exhibit 22 is a true and correct copy of excerpts from BNBM PLC's Annual Report for 2012, which was produced in full to the PSC as BNBMPLC0002273 - BNBMPLC0002480.

24. Attached hereto as Exhibit 23 is the declaration of Yanming Zhao, dated March 16, 2015.

25. Attached hereto as Exhibit 24 is a true and correct copy of an email, dated April 6, 2015, in which the BNBM Entities served their profile forms on the PSC.

26. Attached hereto as Exhibit 25 is a true and correct copy of BNBM PLC's profile form, served on the PSC on April 6, 2015.

27. Attached hereto as Exhibit 26 is a true and correct copy of BNBM Group's profile form, served on the PSC on April 6, 2015.

28. Attached hereto as Exhibit 27 is a true and correct copy of BNBM Group and BNBM PLC's Discovery Status Update [Rec. Doc. 18755], filed in the above-referenced cases on April 27, 2015.

29. Attached hereto as Exhibit 28 is a true and correct copy of an April 10, 2015 letter to the PSC, serving BNBM PLC's production volume 1.

30. Attached hereto as Exhibit 29 is a true and correct copy of an April 14, 2015 letter to the PSC, serving BNBM PLC's production volume 2.

31. Attached hereto as Exhibit 30 is a true and correct copy of an April 15, 2015 letter to the PSC, serving BNBM PLC's production volume 3.

32. Attached hereto as Exhibit 31 is a true and correct copy of an April 16, 2015 letter to the PSC, serving BNBM PLC's production volume 4.

33. Attached hereto as Exhibit 32 is a true and correct copy of an April 22, 2015 letter to the PSC, serving BNBM PLC's production volume 5.

34. Attached hereto as Exhibit 33 is a true and correct copy of an April 23, 2015 letter to the PSC, serving BNBM PLC's production volume 6.

35. Attached hereto as Exhibit 34 is a true and correct copy of an April 14, 2015 letter to the PSC, serving BNBM Group's production volume 1.

36. Attached hereto as Exhibit 35 is a true and correct copy of an April 15, 2015 letter to the PSC, serving BNBM Group's production volume 2.

37. Attached hereto as Exhibit 36 is a true and correct copy of an April 21, 2015 letter to the PSC, serving BNBM Group's production volume 3.

38. Attached hereto as Exhibit 37 is a true and correct copy of an April 2, 2015 email to the PSC, conferencing regarding discovery.

39. Attached hereto as Exhibit 38 is a true and correct copy of an April 4, 2015 email to the PSC, conferencing regarding discovery.

40. Attached hereto as Exhibit 39 is a true and correct copy of an April 9, 2015 email to the PSC, conferencing regarding discovery.

41. Attached hereto as Exhibit 40 is a true and correct copy of an April 14, 2015 email to the PSC, conferencing regarding discovery.

42. Attached hereto as Exhibit 41 is a true and correct copy of Plaintiffs' Objections and Responses to BNBM PLC and BNBM Group's First Request For Production From Plaintiffs.

Dallas, Texas
Dated: April 28, 2015

_____
Gene R. Besen

84124722