# BNBMPLC: Announcement for Decision of 12th Interim Meeting of the Third Board of Directors and Announcement for development of Investments Abroad

2005-04-23 06:39

Stock abbreviation: BNBMPLC; stock code: 000786; announcement number: 2005-013

Beijing New Building Materials Public Limited Company
Announcement of Final Decision of the 12th （Temporary） Meeting of the Third Session of Board of Directors

All members of Board of Directors guarantee that report is faithful, accurate and complete, without false representation, misleading statement or major omission.

BNBMPLC distributed the notice about holding the 12th Interim Meeting of the Third Board of Directors on Apr.19, 2005 by email, and the vote was performed by fax (include direct service) on Apr.22, 2005 on the premise that the members of the Board of Directors have a strong understanding of the events to be resolved. Nine directors voted, in accordance with relevant provisions of Company Law and the Articles of Association.

Proposal of Purchasing 42% of stocks of Shandong Taihe Dongxin Co., Ltd. Nine concurring votes, zero dissenting vote and zero abstention The main content of the meeting was:

The company has signed Shandong Taihe Dongxin Co., Ltd. Stock Purchase Agreement with Shandong Taihe Dongxin Co., Ltd. and the existing stockholders in Taian City, Shandong Province on Mar.19, 2005, more details see the Prompted Announcement of BNBMPLC about Investments Aboard published in China Guarantees Journal, Shanghai Guarantees News and Guarantees Times on Mar.22, 2005.

Jia Tongchun is the legal representative of Shandong Taihe Dongxin Co., Ltd., and Shandong Taihe Dongxin Co., Ltd. is registered with address in Dawenkou, Daiyue District, Taian City, Shandong Province, and 83 million stocks are totally increased at this time. The company also develops, manufactures, and sells quartz products.

Beijing Zhongzheng Appraisal Co., Ltd. qualified for guarantees appraised Shandong Taihe Dongxin Co., Ltd. and issued ZZA Bao Zi [2005] No.010 Assets Appraisal Report to show that the appraised net assets of Shandong Taihe Dongxin Co., Ltd. is 14,687.65 Yuan in the appraisal base date of Mar.31, 2005, and the net asset per stock is

**EXHIBIT 10**

BNBMPLC0004402

1.77 Yuan.

All parties reached an agreement on the basis of the appraisal result above, and purchased new stocks of Shandong Taihe Dongxin Co., Ltd. with price of 1.8 Yuan per stock. The company purposed 65.3625 million stocks from Shandong Taihe Dongxin Co., Ltd. with 117.6525 million Yuan. After the purchase of the new stocks, the total equity capital of Shandong Taihe Dongxin Co., Ltd. reached 155.625 million stocks, the company has become the first majority stockholders with 42% stocks.

Taian Donglian Investment & Trade Co., Ltd. held 21% stocks, Taian National Asset Operation Co., Ltd. held 16%, Taian Anxin Investment & Trade Co., Ltd. held 16%, and natural persons held 5%. According to the revised Articles of Association of Shandong Taihe Dongxin Co., Ltd., the company can combine the accounting statement of Shandong Taihe Dongxin Co., Ltd. since Apr.1, 2005.

Purchase the new stocks of Shandong Taihe Dongxin Co., Ltd. will benefit the company. The output of the main products, plasterboard will reach 350 million square meters, and ranked in the first in China and second in Asia according to the statistics materials of Industry Association. The product structure will be completed, the market share will be quickly increased, and the top enterprise will be become in the plasterboard industry domestic with the trademark, quality, technology and scale, the value of the whole company can be further increased, and the level of the company in novel building material industry will be reinforced and developed.

Market leadership:

It is hereby announced.

Beijing New Building Materials Public Limited Company

FORMCHECKBOX   Boards
APR 22 2005

BNBMPLC0004403