

Transcript of the Testimony of:  **Tongchun Jia**

01/09/2012

Chinese Drywall

EXHIBIT 13

Confidential - Subject to Further Confidentiality Review

```
 1          UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF LOUISIANA
 2

    _____
 3                              §  MDL NO. 2047
    IN RE:                      §
 4  CHINESE-                    §  SECTION: L
    MANUFACTURED                §
 5  DRYWALL PRODUCTS            §  JUDGE FALLON
    LIABILITY                   §
 6  LITIGATION                  §  MAGISTRATE
    _____      §  JUDGE WILKINSON
 7
                       -  -  -
 8
       CROSS NOTICED IN VARIOUS OTHER ACTIONS
 9
                       -  -  -
10
                 January 9, 2012
11
                       -  -  -
12
       CONFIDENTIAL - SUBJECT TO FURTHER
13           CONFIDENTIALITY REVIEW
14                     -  -  -
15        Continued videotaped deposition of
    TONGCHUN JIA, held at the Executive
16  Centre, Level 3, Three Pacific Place, One
    Queen's Road East, Hong Kong, China,
17  commencing at 8:52 a.m., on the above
    date, before Linda L. Golkow, Certified
18  Court Reporter, Registered Diplomate
    Reporter, Certified Realtime Reporter and
19  Notary Public.
                       -  -  -
20
21
22
23        GOLKOW TECHNOLOGIES, INC.
     877.370.3377 ph | 917.591.5672 fax
24            deps@golkow.com
```

Confidential - Subject to Further Confidentiality Review

```
 1   BEFORE:
 2          HONORABLE ELDON E. FALLON
            UNITED STATES FEDERAL COURT -
 3          EASTERN DISTRICT OF LOUISIANA
 4
 5   APPEARANCES:
 6
 7       SEEGER WEISS LLP
         BY:  CHRISTOPHER A. SEEGER, ESQUIRE
 8       BY:  SCOTT A. GEORGE, ESQUIRE
         One William Street
 9       New York, New York 10004
         (212) 584-0700
10       cseeger@seegerweiss.com
         Sgeorge@seegerweiss.com
11       Representing the Plaintiffs'
         Steering Committee
12
13       HERMAN HERMAN KATZ & COTLAR, LLP
         BY:  LEONARD A. DAVIS, ESQUIRE
14       820 O'Keefe Avenue
         New Orleans, Louisiana 70113
15       (504) 581-4892
         Ldavis@hhkc.com
16       Representing the Plaintiffs'
         Steering Committee
17
18       COLSON HICKS EIDSON
         BY:  ERVIN GONZALEZ, ESQUIRE
19       BY:  PATRICK S. MONTOYA, ESQUIRE
         255 Alhambra Circle
20       Penthouse
         Coral Gables, Florida 33134
21       (305) 476-7400
         Ervin@colson.com
22       Patrick@colson.com
         Representing Plaintiffs' Steering
23       Committee in the Federal and State
         Coordinated Actions
24
```

Confidential - Subject to Further Confidentiality Review

```
 1   APPEARANCES (CONTINUED):
 2
         LEVIN, FISHBEIN, SEDRAN & BERMAN
 3       BY:  ARNOLD LEVIN, ESQUIRE
         510 Walnut Street
 4       Suite 500
         Philadelphia, Pennsylvania 19106
 5       (215) 592-1500
         Alevin@lfsblaw.com
 6       Representing the Plaintiffs'
         Steering Committee
 7
 8       GAINSBURGH, BENJAMIN, DAVID, MEUNIER
         & WARSHAUER, L.L.C.
 9       BY:  GERALD E. MEUNIER, ESQUIRE
         2800 Energy Centre
10       1100 Poydras Street
         New Orleans, Louisiana 70163
11       (504) 522-2304
         gmeunier@gainsben.com
12       Representing the Plaintiffs'
         Steering Committee
13
14       HOGAN LOVELLS US LLP
         BY:  JOE CYR, ESQUIRE
15       BY:  FRANK T. SPANO, ESQUIRE
         875 Third Avenue
16       New York, New York 10022
         (212) 918-3000
17       joe.cyr@hoganlovells.com
         frank.spano@hoganlovells.com
18       Representing Taishan Gypsum Co.
         Ltd. and Taian Taishan
19       Plasterboard Company Ltd. and the
         Witness, Tongchun Jia
20
21
22
23
24
```

```
 1    APPEARANCES (CONTINUED):
 2
 3        HOGAN LOVELLS
          BY:  ALLAN LEUNG, ESQUIRE
 4        11th Floor, One Pacific Place
          88 Queensway
 5        Hong Kong
          (852) 2219 0888
 6        allan.leung@hoganlovells.com
          Representing Taishan Gypsum Co.
 7        Ltd. and Taian Taishan
          Plasterboard Company Ltd. and the
 8        Witness, Tongchun Jia
 9
          HOGAN LOVELLS INTERNATIONAL LLP
10        BY:  EUGENE CHEN, ESQUIRE
          BY:  JIENI JI, ESQUIRE
11        18th Floor, Park Place
          1601 Nanjing Road West
12        Shanghai, China 200040
          (86 21) 6122 3800
13        eugene.chen@hoganlovells.com
          Representing Taishan Gypsum Co.
14        Ltd. and Taian Taishan
          Plasterboard Company Ltd. and the
15        Witness, Tongchun Jia
16
          GREENBERG TRAURIG, LLP
17        BY:  HILARIE BASS, ESQUIRE
          1221 Brickell Avenue
18        Miami, Florida 33131
          (305) 579-0745
19        bassh@gtlaw.com
          Representing the Home Builders
20        Steering Committee
21        PERKINS COIE LLP
          BY:  DAVID L. BLACK, ESQUIRE
22        1899 Wynkoop Street - Suite 700
          Denver, Colorado 80202
23        (303) 291-2300
          DBlack@perkinscoie.com
24        Representing the State of Louisiana
```

```
 1    APPEARANCES (CONTINUED):
 2
      BRENNER, EVANS & MILLMAN, P.C.
 3    BY:  THEODORE I. BRENNER, ESQUIRE
      411 East Franklin Street
 4    Suite 200
      Richmond, Virginia 23218
 5    Tbrenner@beylaw.com
      (804) 644-1300
 6    Representing Tobin Trading Company
 7
 8    McKENRY, DANCIGERS, DAWSON & LAKE, P.C.
      BY:  J. BRIAN SLAUGHTER, ESQUIRE
 9    192 Ballard Court
      Suite 400
10    Virginia Beach, Virginia 23462
      (757) 461-2500
11    Jbslaughter@va-law.org
      Representing Atlantic Homes LLC and
12    Multiple Other Virginia-Based
      Defendants
13
14    QUINN EMANUEL URQUHART & SULLIVAN,LLP
      BY:  JANE M. BYRNE, ESQUIRE
15    BY:  JULIA BESKIN, ESQUIRE
      51 Madison Avenue, 22nd Floor
16    New York, New York 10010
      (212) 849-7000
17    Janeburne@quinnemanuel.com
      Juliabeskin@Quinnemanuel.Com
18    Representing Chartis Select Insurance
      Company and Related Chartis Insurers
19
20    WEINBERG, WHEELER, HUDGINS, GUNN &
      DIAL, LLC
21    BY:  MICHAEL SEXTON, ESQUIRE
      3344 Peachtree Road, NE
22    Suite 2400
      Atlanta, Georgia 30326
23    (404) 876-2700
      msexton@wwhgd.com
24    Representing Various Banner Defendants
```

Confidential - Subject to Further Confidentiality Review

```
 1
     APPEARANCES (CONTINUED):
 2

 3
         SINNOTT, NUCKOLS & LOGAN, PC
 4       BY:  KENNETH F. HARDT, ESQUIRE
         13811 Village Mill Drive
 5       Midlothian, Virginia 23114
         (804) 378-7600
 6       khardt@snllaw.com
         Representing Venture Supply, Inc. and
 7       Porter-Blaine Corp.

 8

 9   ALSO PRESENT:
10       SUNNY WANG, INTERPRETER
11

12
                         -   -   -
13

14

15

16

17

18

19

20

21

22

23

24
```

Confidential - Subject to Further Confidentiality Review

```
 1    APPEARANCES VIA TELEPHONE:
 2
 3        GALLOWAY JOHNSON TOMPKINS BURR and SMITH
          BY:  CARLINA C. EISELEN, ESQUIRE
 4        One Shell Square
          701 Poydras Street, 40th Floor
 5        New Orleans, Louisiana 70139
          (504) 525-6802
 6        ceiselen@gjtbs.com
          Representing Interior/Exterior
 7        Building Supply
 8
          HUNTON & WILLIAMS LLP
 9        BY:  A. TODD BROWN, ESQUIRE
          Bank of America Plaza
10        101 South Tryon Street
          Suite 3500
11        Charlotte, North Carolina  28280
          (704) 378-4700
12        Representing Stock Building Supply, LLC
13
14        JONES, WALKER, WAECHTER, POITEVENT,
          CARRERE & DENEGRE LLP
15        BY:  MEGAN E. DONOHUE, ESQUIRE
          600 Jefferson Street, Suite 1600
16        Lafayette, Louisiana 70501
          (337) 262-9062
17        mdonohue@joneswalker.com
          Representing Fireman's Fund Insurance
18        Company
19
          DUPLASS ZWAIN BOURGEOIS PFISTER &
20        WEINSTOCK
          BY:  PHILIP WATSON, ESQUIRE
21        3838 N. Causeway Boulevard
          Suite 2900
22        Metairie, Louisiana 70002
          (504) 832-3700
23        pwatson@duplass.com
          Representing R&H Masonry, Inc., and
24        Swedberg Enterprises, Inc.
```

```
 1    APPEARANCES VIA TELEPHONE (CONTINUED):
 2
      FULMER LEROY ALBEE BAUMANN
 3    BY:  CANDACE MOSS, ESQUIRE
      BY:  MICHAEL P. McCAHILL, ESQUIRE
 4    2866 East Oakland Park Boulevard
      Ft. Lauderdale, Florida 33306
 5    (954) 707-4430
      mosscandace@fulmerleroy.com
 6    mmccahill@fulmerleroy.com
      Representing Independent Builders
 7    Supply Association (IBSA)
 8
      WEINBERG, WHEELER, HUDGINS, GUNN &
 9    DIAL, LLC
      BY:  P. SHANE O'NEILL, ESQUIRE
10    3344 Peachtree Road, NE
      Suite 2400
11    Atlanta, Georgia 30326
      (404) 876-2700
12    soneill@wwhgd.com
      Representing Various Banner
13    Defendants
14
      WRIGHT, FULFORD, MOORHEAD & BROWN,
15    P.A.
      BY:  DORYK B. GRAF, JR., ESQUIRE
16    145 N. Magnolia Ave.
      Orlando, Florida 32801
17    (407) 425-0234
      dgraf@wfmblaw.com
18    Representing West Construction, Inc.
19
20    QUINN EMANUEL URQUHART & SULLIVAN, LLP
      BY: CLINTON DOCKERY, ESQUIRE
21    51 Madison Avenue, 22nd Floor
      New York, New York 10010
22    (212) 849-7000
      clintondockery@quinnemanuel.com
23    Representing Chartis Select Insurance
      Company and Related Chartis Insurers
24
```

```
 1    APPEARANCES VIA TELEPHONE (CONTINUED):
 2
          BUCHANAN INGERSOLL & ROONEY P.C.
 3        BY:  C. ROBERT ZAPPALA, ESQUIRE
          One Oxford Centre
 4        301 Grant Street, 20th Floor
          Pittsburgh, Pennsylvania 15219
 5        (412) 562-1041
          bobby.zappala@bipc.com
 6        Representing 84 Lumber Company, LP
 7
          MEIROSE & FRISCIA, P.A.
 8        BY: JASON A. LUBLINER, ESQUIRE
          5550 W. Executive Drive
 9        Suite 250
          Tampa, Florida 33609
10        (813) 289-8800
          groot@meirosefriscia.com
11        Representing Central Florida
          Finishers and LTL Construction, Inc.
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Confidential - Subject to Further Confidentiality Review

```
 1    APPEARANCES VIA STREAM:
 2
      BECNEL LAW FIRM, L.L.C.
 3    BY:  ROBERT BECNEL, ESQUIRE
      106 W. 7th Street
 4    Reserve, Louisiana 70084
      (985) 536-1186
 5    robbecnel@aol.com
      Representing the Plaintiffs'
 6    Steering Committee
 7
      PARKER WAICHMAN ALONSO LLP
 8    BY:  JORDAN L. CHAIKIN, ESQUIRE
      3301 Bonita Beach Road
 9    Bonita Springs, Florida 34134
      (239) 390-1000
10    Jchaikin@yourlaywer.com
      Representing Plaintiffs' Steering
11    Committee
12
      MORGAN & MORGAN
13    BY:  PETE V. ALBANIS, ESQUIRE
      12800 University Drive
14    Suite 600
      Fort Myers, Florida 33907
15    (877) 667-4265
      Representing the Plaintiffs
16
17    IRPINO LAW FIRM
      BY:  ANTHONY IRPINO, ESQUIRE
18    2216 Magazine Street
      New Orleans, Louisiana 70130
19    Airpino@irpinolaw.com
      (504) 525-1500
20    Representing the Plaintiffs
21
22
23
24
```

Confidential - Subject to Further Confidentiality Review

```
 1    APPEARANCES VIA STREAM (CONTINUED):
 2
 3        GALLOWAY JOHNSON TOMPKINS BURR and SMITH
          BY:  CARLINA C. EISELEN, ESQUIRE
 4        One Shell Square
          701 Poydras Street, 40th Floor
 5        New Orleans, Louisiana 70139
          (504) 525-6802
 6        ceiselen@gjtbs.com
          Representing Interior/Exterior
 7        Building Supply
 8
          HEARD & MEDACK, P.C.
 9        BY:  JAMES DAVIS, ESQUIRE
          9494 Southwest Freeway, Suite 700
10        Houston, Texas 77074
          (713) 772-6400
11        jdavis@heardmedackpc.com
          Representing CastleRock Communities, L.P.
12
13
          HUNTON & WILLIAMS LLP
14        BY:  A. TODD BROWN, ESQUIRE
          Bank of America Plaza
15        101 South Tryon Street
          Suite 3500
16        Charlotte, North Carolina  28280
          (704) 378-4700
17        tbrown@hunton.com
          Representing Stock Building Supply, LLC
18
19
          SHER GARNER CAHILL RICHTER KLEIN &
20        HILBERT, L.L.C.
          BY:  MATTHEW C. CLARK, ESQUIRE
21        909 Poydras Street
          Suite 2800
22        New Orleans, Louisiana 70112
          (504) 299-2100
23        mclark@shergarner.com
          Representing the Southern Home
24        Defendants
```

Confidential - Subject to Further Confidentiality Review

```
 1    APPEARANCES VIA STREAM (CONTINUED):
 2
 3        QUINN EMANUEL URQUHART & SULLIVAN, LLP
          BY: CLINTON DOCKERY, ESQUIRE
 4        51 Madison Avenue, 22nd Floor
          New York, New York 10010
 5        (212) 849-7000
          clintondockery@quinnemanuel.com
 6        Representing Chartis Select Insurance
          Company and Related Chartis Insurers
 7
 8        JONES, WALKER, WAECHTER, POITEVENT,
          CARRERE & DENEGRE LLP
 9        BY:  MEGAN E. DONOHUE, ESQUIRE
          600 Jefferson Street, Suite 1600
10        Lafayette, Louisiana 70501
          (337) 262-9062
11        mdonohue@joneswalker.com
          Representing Fireman's Fund Insurance
12        Company
13
          DEUTSCH, KERRIGAN & STILES
14        BY:  MELISSA M. SWABACKER, ESQUIRE
          755 Magazine St.
15        New Orleans, Louisiana  70130
          (504) 581-5141
16        mswabacker@dkslaw.com
          Representing Landmark American
17        Insurance Company
18
19
20                    -  -  -
21
22
23
24
```

Confidential - Subject to Further Confidentiality Review

```
 1                    -  -  -
 2             THE VIDEOTAPE TECHNICIAN:
 3        We are now on the record.  My name
 4        is Dan Lawlor.  I'm the
 5        videographer for Golkow
 6        Technologies.
 7             Today's date is January 9,
 8        2012, and the time is 8:52 a.m.
 9             This video deposition is
10        being held in Hong Kong, China in
11        the matter of Chinese Drywall
12        Litigation, for the U.S. District
13        Court, Eastern District of
14        Louisiana, MDL Number 2047, and
15        cross-noticed in various other
16        actions.
17             Counsel, starting with Your
18        Honor, please identify yourselves
19        and all those present.
20             THE COURT:  Eldon Fallon,
21        United States District Judge for
22        the Eastern District of Louisiana.
23             MR. SEEGER:  Chris Seeger,
24        Seeger Weiss, on behalf of
```

```
 1          plaintiffs.  With me is Scott

 2          George from Seeger Weiss.

 3               MS. BASS:  Hilarie Bass from

 4          Greenberg Traurig on behalf of the

 5          Home Builders Steering Committee.

 6               MR. GONZALEZ:  Good morning.

 7          Ervin Gonzalez and Patrick Montoya

 8          on behalf of the PSC and the MDL

 9          State Liaison Group.

10               MR. HARDT:  Good morning.

11          Ken Hardt on behalf of Venture

12          Supply appearing in the Germano

13          action and in the Alexander state

14          court action in which this was

15          cross-noticed.

16               MR. BRENNER:  I'm Ted

17          Brenner for Tobin Trading Company

18          appearing in the Germano

19          litigation.

20               MR. SLAUGHTER:  Good

21          morning.  This is Brian Slaughter.

22          I represent Atlantic Homes, LLC in

23          the MDL and Virginia proceedings.

24               MR. MEUNIER:  Gerry Meunier
```

Confidential - Subject to Further Confidentiality Review

```
 1           appearing for the PSC in the MDL.

 2                MS. BESKIN:  Julia Beskin

 3           appearing for Chartis.

 4                MR. SEXTON:  Mike Sexton for

 5           various Banner Supply entities.

 6                MR. BLACK:  David Black for

 7           the State of Louisiana, reserving

 8           the positions set forth in our

 9           pending motion to remand.

10                MR. LEVIN:  Arnold Levin on

11           behalf of the Plaintiffs' Steering

12           Committee.

13                MR. DAVIS:  Leonard Davis on

14           behalf of Plaintiffs' Liaison

15           Counsel for the Plaintiffs'

16           Steering Committee.

17                MS. BYRNE:  Jane Byrne,

18           Quinn, Emanuel, Urquhart, Oliver &

19           Sullivan on behalf of the Chartis

20           Insurance Group.

21                MS. JI:  Jieni Ji on behalf

22           of Taishan Gypsum.

23                MR. SPANO:  Frank Spano,

24           Allan Leung, Eugene Chen, Joe Cyr,
```

Confidential - Subject to Further Confidentiality Review

```
 1          Hogan Lovells for defendants
 2          Taishan Gypsum and TTP.
 3                 INTERPRETER:  Sunny Wang,
 4          court certified Mandarin
 5          interpreter.
 6                 THE VIDEOTAPE TECHNICIAN:
 7          The deponent today is Tongchun
 8          Jia.
 9                 THE COURT:  Mr. Jia, would
10          you stand again, please, sir.
11                     -  -  -
12                 TONGCHUN JIA, after having
13          been duly sworn, was examined and
14          testified as follows:
15                     -  -  -
16                 THE WITNESS:  Yes, I do.
17                 THE COURT:  Be seated,
18          please, and give us your name.
19                 THE WITNESS:  Jia Tongchun,
20          J-I-A, last name Jia, first name,
21          Tongchun, T-O-N-G-C-H-U-N.
22                 THE COURT:  Ms. Interpreter,
23          you have had a chance to speak to
24          the witness in his native
```

```
 1        language?
 2              INTERPRETER:  Yes, Your
 3        Honor.
 4              THE COURT:  Do you
 5        understand him, and are you
 6        confident that he understands you?
 7              INTERPRETER:  Yes, I do.
 8              THE COURT:  Let's begin,
 9        please.  It is now three minutes
10        to 9:00 Hong Kong time.
11              MR. CYR:  May I begin, Your
12        Honor?
13              THE COURT:  Yes, please.
14                    -  -  -
15                 EXAMINATION
16                    -  -  -
17   BY MR. CYR:
18        Q.   Good morning, Mr. Jia.  Do
19   you hold a position with Taishan Gypsum?
20        A.   Can you repeat that?
21        Q.   Do you hold a position with
22   Taishan Gypsum?
23        A.   Yes.
24        Q.   What is that position?
```

```
 1    just ask you a very simple question.  Did
 2    there ever come a time when BNBM had the
 3    ability to vote two-thirds of the shares
 4    of Taian Dongxin -- Shandong Taihe
 5    Dongxin?
 6         A.    No.
 7         Q.    Could you describe why, if
 8    you know, why that is?
 9         A.    I don't understand.
10         Q.    Did you participate in the
11    discussions or deliberations about how
12    much of an interest BNBM would have,
13    either directly or indirectly, in
14    Shandong Taihe?
15         A.    I participated in the
16    discussion.
17         Q.    And could you describe, if
18    you know, why it is that they reached the
19    level of 65 percent direct and indirect
20    ownership but not 66?
21         A.    When the shareholders,
22    including myself, of Taihe Dongxin
23    Company, discussed about the shares that
24    BNBM should hold, we discussed not only
```

```
 1    about the price, even though we did have

 2    several rounds of discussions in

 3    consideration of different factors, and

 4    finally reached 3.2 RMB as the price of

 5    share to sell Donglian.  We have also

 6    discussed about management of Taihe

 7    Dongxin Company in the future and the

 8    protection of the small shareholders'

 9    right.

10              We diligently studied and

11    referred to the company law.  The company

12    law clearly stated if a shareholder has

13    more than two-third of the voting right

14    of the company, who would have the right

15    to make decisions on different affairs of

16    the company, while below two-third, the

17    shareholder would not have the right to

18    make decisions on important matters.

19    Having 65 percent of the share would not

20    allow the company to get involved in

21    everything of the company.  According to

22    the law, there was the protection of

23    small shareholders' rights.  Therefore,

24    we believe owning 65 percent of Taihe
```

Confidential - Subject to Further Confidentiality Review

1    Dongxin Company's share would not make

2    BNBM the controlling shareholder of Taihe

3    Dongxin Company.

4                    In order to increase the

5    efficiency of the company, we made a

6    partial list of important issues of the

7    company and also made a partial list of

8    small matters of the company.  For the

9    small matters, can reach agreement

10   whenever there are half of the approval

11   of the shareholders were present.  For

12   principal and substantial matters,

13   two-third of all the shareholders had to

14   be approved, which guaranteed the

15   independent operation of Taihe Dongxin

16   Company.

17          Q.    Mr. Jia, did there come a

18   time when BNBM received a pledge of

19   Shandong Taihe Dongxin securities in

20   exchange for a loan?

21          A.    I'm aware of that, yes.

22          Q.    Could you describe what you

23   know to the judge and plaintiffs'

24   counsel?  And start off with your general

# 公　证　书

**中华人民共和国山东省泰安市岱岳公证处**

– – – – – – –

# E R R A T A

## DEPOSITION OF TONGCHUN JIA

错误更正表

贾同春庭外供述

– – – – – – –

| PAGE<br>页 | LINE(S)<br>行 | CHANGE<br>更正 |
|---|---|---|
| 25 | 2 | "managing director" to "general manager" |
| | REASON:<br>理由 | 证人供称："总经理"。<br>Translation error<br>翻译错误。 |
| 27 | 3 | Add "At counsel's advice" before "I go through . . ." |
| | REASON:<br>理由 | 添加"在律师的指导下做了"。<br>Translation error<br>翻译错误。 |
| 33 | 1 | "particularly" to "consciously" |
| | REASON:<br>理由 | 证人供称："有意识"。<br>Translation error<br>翻译错误 |

| PAGE<br>页 | LINE(S)<br>行 | CHANGE<br>更正 |
|---|---|---|

| 35 | 22 | "companies" to "company" |

| REASON:<br>理由 | 证人供称："公司"。<br>Translation error<br>翻译错误。 |
|---|---|

| 35 | 23 | "us, we won't" to "TG, I would not" |

| | 证人供称："TG，我就不会"。 |
|---|---|
| REASON:<br>理由 | Translation error and clarification<br>翻译错误与澄清。 |

| 36 | 19-22 | Replace "If they are not – if there's not much relevance to me, I won't pay attention – his – two companies" with "Documents from BNBM were not relevant to TG." |

| | 证人供称："北新的就是 BNBM 的有关资料和泰山石膏股份公司没有相关性的东西"。 |
|---|---|
| REASON:<br>理由 | Translation error<br>翻译错误。 |

| 50 | 16-17 | "my lawyer did receive my e-mails" to "my lawyers once searched my email box so they might have recorded it." |

| | 证人供称："律师曾经搜过我的邮箱，他可能记起来这个地址了" |
|---|---|
| REASON:<br>理由 | Translation error<br>翻译错误。 |

| 54 | 20-21 | "something concrete as a" to "a specific" |

| | 证人供称："具体的" 。 |
|---|---|
| REASON: | Translation error |

| PAGE<br>页 | LINE(S)<br>行 | CHANGE<br>更正 |
|---|---|---|

|  | 理由 | 翻译错误。 |
|---|---|---|
| 79 | 8 | "Director of the Board" to "Chairman of the Board" |
| REASON: |  | 证人供称："董事长"。<br>Translation error |
|  | 理由 | 翻译错误。 |
| 121 | 14-16 | "management people and also for the organization" to "I'm leading TG.  TTP has<br>its own board of directors and management." |
| REASON: |  | 证人供称："我领导整个TG的工作。TTP有自己的董事会 和管理人员"<br>Translation error |
|  | 理由 | 翻译错误。 |
| 133 | 18 | "products" to "production" |
| REASON: |  | 证人供称："生产"。<br>Translation error |
|  | 理由 | 翻译错误。 |
| 204 | 9-10 | "became a joint venture" to "it is like a joint venture" |
| REASON: |  | 证人供称："我们就和BNBM合资了"。<br>Translation error. |
|  | 理由 | 翻译错误 |
| 248 | 18 | "He has been" to "It was" |
| REASON: |  | 证人供称："它是"。<br>Translation error. |

3

| PAGE | LINE(S) | CHANGE |
|------|---------|--------|
| 页   | 行      | 更正   |

| | | |
|---|---|---|
| | 理由 | 翻译错误。 |
| 259 | 11 | "from --" to "from Richwell" |
| | | 证人供称："从裕和"。 |
| REASON: | | Transcript omission. |
| | 理由 | 笔录上省略 |
| 296 | 4 | "sell to the United States" to "plan to market in the U.S." |
| | | 证人供称："在美国推销的计划"。 |
| REASON: | | Translation error |
| | 理由 | 翻译错误。 |
| 317 | 8 | "applied" to "claimed" |
| REASON | | Translation error |
| | 理由: | 翻译错误。 |
| 313 | 11 | "Yes" to "True" |
| | | 证人供称："是的"。 |
| REASON: | | Language translation difficulty |
| | 理由 | 中英文翻译困难。 |
| 317 | 10 | "but how, what is the result or where are they being shipped to, I don't know" to "but whether the drywall was actually shipped to the US or where in the US exactly the drywalls was shipped to, I don't know." |
| | | 证人供称："但是真正运到美国去，还是运到美国什么地方去，我不知道。" |

4

| <u>PAGE</u> | <u>LINE(S)</u> | CHANGE |
|---|---|---|
| 页 | 行 | 更正 |

| | | |
|---|---|---|
| REASON: | | Translation Error |
| 理由 | | 翻译错误。 |
| 392 | 1 | Add "key" before "subsidiary" |
| | | 证人供称："下面的生产石膏板的主要公司"。 |
| REASON: | | Translation error |
| 理由 | | 翻译错误。 |
| 405 | 10 | Add "Group" after first "CNBM" |
| | | 证人供称："中国建材集团"。 |
| REASON: | | Translation error |
| 理由 | | 翻译错误。 |
| 409 | 18 | "is" to "was" |
| | | 证人供称："是"。 |
| REASON: | | Translation Difficulty |
| 理由 | | 中英文翻译困难。 |
| 419 | 4 | "always" to "often" |
| | | 证人供称："常常"。 |
| | | Translation error |
| REASON: | | 翻译错误。 |
| 理由 | | |
| 419 | 5 | "necessarily" to "always" |
| | | 证人供称："全部"。 |
| REASON: | | Translation error |
| 理由 | | |

| PAGE<br>页 | LINE(S)<br>行 | CHANGE<br>更正 |
|---|---|---|
| | | 翻译错误。 |

| 425 | 1 | "16" to "12" |
|---|---|---|

证人供称："十二"。
Translation error

REASON:
理由

翻译错误。

| 435 | 19 | "plans" to "plants" |
|---|---|---|

证人供称："厂"。
Translation error

REASON:
理由

翻译错误。

| 461 | 11-13 | "my concept.  That is not the concept I am talking about" to "what I meant" |
|---|---|---|

证人供称："我不是这个概念"。

REASON:
理由

Language translation difficulty

中英文翻译困难。

| 463 | 2 | "TTG" to "TTP" |
|---|---|---|

证人供称："TTP"。

REASON:
理由

Translation error or typographical error.

中英文翻译困难。

证人宣誓书

我贾同春特此证实，我已经阅读过上述第 1 页至第 269 页；并且除开在"错误更正表"中关于的形式或实体上被更正的项目外，该第 1 页至第 269 页是我所被问及之各个问题之答复的正确笔录记载。

2011. 5. 26

_____          _____
贾同春                                                    日期

兹于        年        月        日，
在本人前宣誓后作成本宣誓书
本人公证资格有效截止日期为            年            月            日

（公证人签名）

1
2                ACKNOWLEDGMENT OF DEPONENT
3

            I,_____, do
4   hereby certify that I have read the
    foregoing pages, 1 through 269 and that
5   the same is a correct transcription of
    the answers given by me to the questions
6   therein propounded, except for the
    corrections or changes in form or
7   substance, if any, noted in the attached
    Errata Sheet.

8
9   _____
    TONGCHUN JIA               DATE
10
11
12
13
14
15
16  Subscribed and sworn
    to before me this
17  _____ day of _____, 20____.
18  My commission expires:_____
19

    _____
20  Notary Public
21
22
23
24

# 公　证　书

（2011）泰岱岳证外字第 366 号

　　兹证明贾同春（男，一九六 0 年二月八日出生，身份证
号：370902196002081514，现住山东省泰安市泰山区文化路
欣欣家园 10 号楼 2 单元 302 室）于二 0 一一年五月二十六
日在泰山石膏股份有限公司办公室，在我的面前，在前面的
《证人宣誓书》上签名。

中华人民共和国山东省泰安市岱岳公证处

公证员　

二 0 一一年五月二十七日

# NOTARIAL   CERTIFICATE

(2011)Tai  Daiyue  Zheng  Wai  Zi  No.366

This is to certify that Jia Tongchun (male, born on February 8, 1960, ID card number:370902196002081514, now residing in Room 302, Unit 2, Building 10, Xinxinjiayuan, Wenhua Road, Taishan District, Taian City, Shandong Province) on Taishan Gypsum Co., Ltd. Office on May 26, 2011 and with the presence of the under-mentioned notary signed on the *ACKNOWLEDGMENT OF DEPONENT*.

Notary: Zhang Weibing

Daiyue Notary Public Office

Taian City, Shandong Province

The People's Republic of China

May 27, 2011

# 证 明 书

（2011）泰岱岳证外字第367号

兹证明前面的（2011）泰岱岳证外字第366号《公证书》
的英文译本内容与该公证书中文原本相符。

中华人民共和国山东省泰安市岱岳公证处

公证员 

二〇一一年五月二十七日

# NOTARIAL    CERTIFICATE

(2011)Tai  Daiyue  Zheng  Wai  Zi  No.367


This is to certify that the English translation contents of the (2011) Tai Daiyue Zheng Wai Zi No.366 *NOTARIAL CERTIFICATE* agree with the Chinese contents of that.



Notary: Zhang Weibing

Daiyue Notary Public Office

Taian City, Shandong Province

The People's Republic of China

May 27, 2011

证人宣誓书

我贾同春特此证实，我已经阅读过上述第 270 页至第 494 页；并且除开在"错误更正表"中关于的形式或实体上被更正的项目外，该第 270 页至第 494 页是我所被问及之各个问题之答复的正确笔录记载。

_____          _____

贾同春                                                     日期

兹于           年           月           日，
在本人前宣誓后作成本宣誓书
本人公证资格有效截止日期为           年           月           日

（公证人签名）

Confidential - Subject to Further Confidentiality Review

```
 1
 2            ACKNOWLEDGMENT OF DEPONENT
 3
               I,_____, do
 4    hereby certify that I have read the
      foregoing pages, 270 through 494 and that
 5    the same is a correct transcription of
      the answers given by me to the questions
 6    therein propounded, except for the
      corrections or changes in form or
 7    substance, if any, noted in the attached
      Errata Sheet.
 8
 9    _____
      TONGCHUN JIA                DATE
10
11
12
13
14
15
16    Subscribed and sworn
      to before me this
17    _____ day of _____, 20_____.
18    My commission expires:_____
19
      _____
20    Notary Public
21
22
23
24
```

# 公　证　书

### （2011）泰岱岳证外字第 368 号

　　兹证明贾同春（男，一九六０年二月八日出生，身份证号：370902196002081514，现住山东省泰安市泰山区文化路欣欣家园 10 号楼 2 单元 302 室）于二０一一年五月二十六日在泰山石膏股份有限公司办公室，在我的面前，在前面的《证人宣誓书》上签名。

中华人民共和国山东省泰安市岱岳公证处

公证员 

二０一一年五月二十七日

# NOTARIAL    CERTIFICATE

(2011)Tai Daiyue Zheng Wai Zi No.368

This is to certify that Jia Tongchun (male, born on February 8, 1960, ID card number:370902196002081514，now residing in Room 302, Unit 2, Building 10, Xinxinjiayuan, Wenhua Road, Taishan District, Taian City, Shandong Province) on Taishan Gypsum Co., Ltd. Office on May 26, 2011 and with the presence of the under-mentioned notary signed on the *ACKNOWLEDGMENT OF DEPONENT.*

Notary: Zhang Weibing

Daiyue Notary Public Office

Taian City, Shandong Province

The People's Republic of China

May 27, 2011

# 证　明　书

（2011）泰岱岳证外字第369号

　　兹证明前面的（2011）泰岱岳证外字第368号《公证书》
的英文译本内容与该公证书中文原本相符。

中华人民共和国山东省泰安市岱岳公证处

公证员　

二〇一一年五月二十七日

# NOTARIAL     CERTIFICATE

(2011)Tai  Daiyue  Zheng  Wai  Zi  No.369

This  is  to  certify  that  the  English  translation  contents  of  the (2011) Tai Daiyue Zheng Wai Zi No.368 *NOTARIAL CERTIFICATE* agree with the Chinese contents of that.

Notary: Zhang Weibing

Daiyue Notary Public Office

Taian City, Shandong Province

The People's Republic of China

May 27, 2011