# BNBM 北新建材

# Beijing New Building Materials Public Limited Company

# Annual Report 2014

**March 2015**

EXHIBIT 14

1
BNBMPLC0003164

| | |
|---|---|
| replacements of the investment projects of raised funds | The 8th temporary meeting of the 5th Board of Directors of the Company deliberated and passed the resolution "Replace Self-Raised Funds Already Invested into Investment Projects of Raised Funds with Raised Funds" on November 11, 2014, agreeing to replace self-raised funds already invested into investment projects of raised funds with raised funds, and the total replaced amount is RMB65,974,897.51. Baker Tilley China (special ordinary partnership) audited the actual amount of the Company's self-raise funds already invested into the investment projects of raised funds and issued the Tianzhiyezi [2014] No. 11777 "Verification Report on Self-Raised Funds Already Invested into Investment Projects of Raised Funds". The recommendation agency Morgan Stanley Huaxin Securities issued the "Verification Opinions of Morgan Stanley Huaxin Securities on Beijing New Building Material (Group) Co., Ltd. Replacing Self-Raised Funds Already Invested into Investment Projects with Raised Funds from Non-Public Offered Shares". Please see the Company's "Bulletin of Replacing Self-Raised Funds Already Invested into Investment Projects of Raised Funds with Raised Funds" dated November 18, 2014. |
| Condition of supplementing floating funds temporarily with idle raised funds | Not applicable |
| Amount and reason for surplus of raised funds when the projects are implemented | Not applicable |
| Purpose and whereabouts of unused raised funds | Unused raised funds will still be used for committed investment projects and are deposited in the Company's special account and managed as current deposits now. |
| Problems or other conditions existing in use and disclosure of raised funds | None |

**(3) Changes in the projects of raised funds**

□ Applicable √ Not applicable

No projects of raised funds are changed in the Company's reporting period.

**4. Analysis of principal subsidiaries and equity participation companies**

√ Applicable □ Not applicable

About principal subsidiaries and equity participation companies

Unit: RMB yuan

| Company name | Company type | Industry | Major products or services | Registered capital | Total Assets | Net assets | Operating income | Operating profit | Net profit |
|---|---|---|---|---|---|---|---|---|---|
| Taishan Gypsum Co., Ltd. | Subsidiary | Light new building material industry | Gypsum plaster boards, gypsum products, stone materials, lightgage steel joist, etc. | 155,625,000.00 | 7,113,648,103.68 | 3,522,757,505.08 | 5,821,104,263.96 | 1,118,606,048.47 | 1,020,505,440.45 |
| Beijing New Materials Incubator Co., Ltd. | Subsidiary | Technology intermediary service industry | Incubation of high-tech enterprises, technological development, technological transfer, technical services, information consulting (excluding intermediary services), sale of products developed by the Company, etc. | 5,000,000.00 | 3,833,033.66 | 3,831,409.87 | 0.00 | -9,888.20 | -9,888.20 |

Description of principal subsidiaries and equity participation companies

None

Acquisition and disposal of subsidiaries during the reporting period

√ Applicable □ Not applicable

| Company name | The purpose of acquisition and disposal of subsidiaries during the reporting period | The manner of acquisition and disposal of subsidiaries during the reporting period | Impact on the overall production and performance |
|---|---|---|---|
| Taishan Gypsum (Guangxi) Co., Ltd. | Promoting the gypsum board layout according to the | Enterprises established and invested in the | No significant impact on the overall performance of the Company, and |