

# Beijing New Building Materials Public Limited Company

# Annual Report 2007



Board of Directors

Beijing New Building Materials Public Limited Company

March 24, 2008

EXHIBIT 17

BNBMPLC0000722

The increase in administrative expenses is mainly due to an increase in labor and social security costs caused by the expansion of the Company's operations; the increase in financial expenses is mainly due to the expansion of the Company's operations and a corresponding increase in borrowings; the increase in gains from changes in fair value is mainly due to an increase in the market value of shares held by the Company's subsidiaries during the current period; the increase in income tax is mainly due to an increase in the Company's total profit and the expiration of income tax relief for some products.

**(VII) Composition of cash flow generated by operating activities, investment activities and fundraising activities of the company during reporting period**

Unit: RMB yuan

| Item | 2007 | 2006 | Increase/decrease rate |
|---|---|---|---|
| Net cash flows from operating activities | 142,895,785.55 | 266,010,367.28 | -46.28% |
| Net cash flows from investing activities | -428,337,987.44 | -116,818,848.82 | -266.67% |
| Net cash flows from financing activities | 160,821,044.06 | -3,332,755.95 | 4925.47% |

The main reason for the decrease in the net cash flow from operating activities: an increase in the Company's payment of taxes and fees and spending on the purchase of means of production; the main reason for the decrease in the net cash flow from investing activities: one the one hand, there has been an increase in investment over the same period last year; on the other hand, the parent company received income from the sale of non-current assets during the same period last year, while there has been no such income this year; the main reason for the decrease in the net cash flow from financing activities: there has been an increase in projects under construction this year, leading to a corresponding increase in borrowings.

**(VIII) Business condition and performance analysis of major holding companies of the company**

The operating conditions and results of the main subsidiaries of the Company at the end of the reporting period are as follows:

**1. Taishan Gypsum Co., Ltd.**

The company's registered capital was RMB155.625mn. The company holds 65% of the shares, mainly engaged in research and development, production and sale of plasterboard. At the end of the reporting period, its total assets stood at RMB 1.3671186 billion and its net assets stood at RMB 473.3431 million; during the period, it earned an operating income of RMB 1.1168873 billion and a net profit of RMB 130.6093 million.

**2. CNBM Investment Company Limited**

The Company has a registered capital of RMB 215.6781 million and has 80% of its shares held by the Company. It is principally engaged in industrial investment, logistics and e-commerce services. At the end of the reporting period, its total assets stood at RMB 1.1979342 billion and its net assets stood at RMB 275.3982 million; during the period, it earned an operating income of RMB 827.4472 million and a net profit of RMB 57.6028 million.

**3. Suzhou BNBM Co., Ltd.**

The Company has a registered capital of RMB 80 million and has 100% of its shares held by the Company. It is principally engaged in the production and sale of GRC exterior wall insulation decorative boards, acoustic mineral wool slabs, light gage steel joists and fiber-reinforced cement tiles and related after-sales service. At the end of the reporting period, its total assets stood at RMB 197.0359 million and its net assets stood at RMB 82.7197 million; during the period, it earned an operating income of RMB 40.1817 million and a net profit of RMB 2.7197 million.

**II. Prospect on company's future development**

**(I) Development trend of company's industry and market competition pattern faced by the company**

**1. Analysis of development trend of the industry**

BNBMPLC0000749