

# Beijing New Building Materials Public Limited Company

# Annual Report 2008



**Board of Directors**

**Beijing New Building Materials Public Limited Company**

**March 17, 2009**

EXHIBIT 18

BNBMPLC0000961

**fundraising activities of the company during reporting period**

Unit: RMB yuan

| Item | 2008 | 2007 | Increase/decrease rate |
|---|---|---|---|
| Net cash flows from operating activities | 304,524,283.36 | 142,895,785.55 | 113.11% |
| Net cash flows from investing activities | -426,794,760.54 | -428,337,987.44 | 0.36% |
| Net cash flows from financing activities | 29,148,718.77 | 160,821,044.06 | -81.88% |

The cash flows generated from operating activities witnessed an increase. The main reasons lied in that the operation revenue was increased and the payment collection situation was sound. The cash flows generated from financial activities witnessed a decrease. The main reason lied in that the parent company paid various amounts for its subsidiary companies.

### (VIII) Business Situation and Performance Analysis of Principal Wholly-owned Subsidiaries of the Company

At the end of reporting period, the business condition and performance of major wholly-owned, holding companies of the company are as follows:

#### 1. Taishan Gypsum Co., Ltd.

The company's registered capital was RMB155.625mn. The company holds 65% of the shares, mainly engaged in research and development, production and sale of plasterboard. At the end of the reporting period, its total assets stood at RMB1,841.9103mn and its net assets stood at RMB620.5716mn; during the period, it earned an operating income of RMB1,365.7591mn and a net profit of RMB160.1454mn.

#### 2. Suzhou BNBM Co., Ltd.

The Company has a registered capital of RMB80mn and has 100% of its shares held by the Company. It is principally engaged in the production and sale of GRC exterior wall insulation decorative boards, light gage steel joists and fiber-reinforced cement tiles and related after-sales service. At the end of the reporting period, its total assets stood at RMB209.2933mn and its net assets stood at RMB87.1014mn; during the period, it earned an operating income of RMB45.9794mn and a net profit of RMB4.3817mn.

### (IX) Items recognized based on the fair value

Unit: RMB yuan

| Item | Amount at early period | Variable loss and profit of the fair value in the current period | Changes of cumulative fair value calculated into the rights and interests | Impairment counted and drawn in the current period | Amount at period end |
|---|---|---|---|---|---|
| Financial assets: | | | | | |
| Including:<br>1. Financial assets under fair value model whose changes are recorded in gains and losses for the current period | 97,239,550.95 | | -97,239,550.95 | | 0 |
| Including: derivative financial assets | | | | | |
| 2. Financial assets available for sale | | | | | |
| Subtotal of financial assets | 97,239,550.95 | | -97,239,550.95 | | 0 |
| Financial liabilities | | | | | |
| Investment property | 272,844,430.47 | | -272,844,430.47 | | 0 |
| Productive living assets | | | | | |
| Others | | | | | |
| Total | 370,083,981.42 | | -370,083,981.42 | | 0 |

### II. Prospect on company's future development

BNBMPLC0000992