

# Beijing New Building Materials Public Limited Company (BNBMPLC)

# Annual Report 2009



**Board of Directors**

**Beijing New Building Materials Public Limited Company**

**March 23, 2010**

**EXHIBIT 19**

BNBMPLC0001229

| | | | | | in total assets |
|---|---|---|---|---|---|
| Financial assets held for trading | 0.00 | 0.00% | 0.00 | 0.00% | 0.00% |
| Receivables | 303,878,913.01 | 5.07% | 324,244,824.60 | 6.48% | -1.41% |
| Inventories | 681,343,251.09 | 11.37% | 524,948,381.68 | 10.49% | 0.88% |
| Long-term equity investment | 211,840,861.51 | 3.53% | 250,489,106.48 | 5.00% | -1.47% |
| Fixed assets | 2,768,163,875.98 | 46.18% | 2,283,247,602.99 | 45.61% | 0.57% |
| Construction in progress | 529,623,446.42 | 8.84% | 577,385,155.25 | 11.53% | -2.69% |
| Short-term borrowings | 1,383,860,000.00 | 23.09% | 1,385,160,000.00 | 27.67% | -4.58% |
| Long-term borrowings | 358,320,000.00 | 5.98% | 390,960,000.00 | 7.81% | -1.83% |
| Gross value of assets | 5,993,660,962.46 | 100.00% | 5,006,307,558.46 | 100.00% | 0.00% |

(VI) The changes of company's financial data such as sales expenses, administration expenses, financial costs and income tax

Unit: RMB yuan

| Item | 2009 | 2008 | Increase/decrease rate |
|---|---|---|---|
| Selling expenses | 191,298,796.37 | 155,120,826.79 | 23.32% |
| Management expenses | 193,277,995.24 | 160,346,759.15 | 20.54% |
| Financial expenses | 71,552,860.83 | 66,963,240.04 | 6.85% |
| Gains from changes in fair value | 0.00 | 0.00 | 0.00% |
| Income tax | 79,758,858.81 | 30,445,464.04 | 161.97% |

Main reasons for growth of income tax expenses of the Company incurred in the current period compared with the previous period: as the business scale of the Company's current principle products (gypsum board) was expanded, with profitability improved, the Company's current corporate income tax payable increased.

(VII) Composition of cash flow generated by operating activities, investment activities and fundraising activities of the company during reporting period

Unit: RMB yuan

| Item | 2009 | 2008 | Increase/decrease rate |
|---|---|---|---|
| Net cash flows from operating activities | 785,377,422.17 | 304,524,283.36 | 157.90% |
| Net cash flows from investing activities | -724,196,569.69 | -426,794,760.54 | -69.68% |
| Net cash flows from financing activities | 129,569,552.32 | 29,148,718.77 | 344.51% |

Main reasons for the growth of the net cash flow from operating activities: the Company expanded its sales volume, increased revenue from principal operations resulted in the substantial increase of cash received from the sale of goods; at the same time, the proportion of cash payments when buying goods decreased because the Company has increased payments with bankers' acceptance bill during the procurement chain.

Main reasons for decline of net cash flow from investment activities: first, the cash Company paid this year for purchasing fixed assets, intangible assets and other long-term assets increased compared with the previous year; and second, the cash received from the investment activities in the same period of last year included the cash flow incurred from selling 80% equity interest in its controlling subsidiary, CNBM Investment Company Limited.

Main reasons for increase of net cash flow from financing activities: the company expanded its business scale so the capital demands increased, resulting in increase of the Company's borrowings; at the same time, the capital from the minority shareholders' investment increased.

(VIII) Business Situation and Performance Analysis of Principal Wholly-owned Subsidiaries of the Company

At the end of reporting period, the business condition and performance of major wholly-owned, holding companies of the company are as follows:

1. Taishan Gypsum Co., Ltd.

The company's registered capital was RMB155.625mn. The company holds 65% of the shares, mainly engaged in research and development, production and sale of plasterboard. At the end of the reporting period, its total assets stood at RMB2,518.5041mn and its net assets stood at

BNBMPLC0001255

RMB1,001.2511mn; during the period, it earned an operating income of RMB2,105.8137mn and a net profit of RMB363.846mn.

2. BNBM Taicang Building Materials Co., Ltd.

The Company holds 100% interests in its registered capital of RMB60mn. It is mainly engaged in production, processing and sales of gypsum plasterboard. At the end of the reporting period, its total assets stood at RMB206.7814mn and its net assets stood at RMB70.2733mn; during the period, it earned an operating income of RMB56.9028mn and a net profit of RMB11.1696mn.

3. BNBM Ningbo Building Materials Co., Ltd.

The Company holds 100% interests in its registered capital of RMB15mn. It is mainly engaged in production, processing and sales of gypsum plasterboard. At the end of the reporting period, its total assets stood at RMB155.5179mn and its net assets stood at RMB30.4313mn; during the period, it earned an operating income of RMB30.4313mn and a net profit of RMB15.6076mn.

4. Suzhou BNBM Co., Ltd.

The Company has a registered capital of RMB80mn and has 100% of its shares held by the Company. It is principally engaged in the production and sale of GRC exterior wall insulation decorative boards, light gage steel joists and fiber-reinforced cement tiles and related after-sales service. At the end of the reporting period, its total assets stood at RMB200.138mn and its net assets stood at RMB88.4484mn; during the period, it earned an operating income of RMB55.5148mn and a net profit of RMB1.347mn.

**II. Prospect on company's future development**

(I) Development trend of company's industry and market competition pattern faced by the company

1. Analysis of development trend of the industry

(1) Energy saving, emission reduction and a low-carbon economy underpin the future development of the building materials industry.

The close of the Copenhagen conference marks the beginning of the era where carbon emission is under strict control. Upon arrival of a low- carbon economy, the building materials industry will also enter a low- carbon era. Energy saving by means of building materials serves as an effective means to saving energy and reducing emission. China's energy consumption for construction accounts for 25% to 30% of that of the entire society, implying that China consumes much energy in this area. Besides, the low energy saving standards for constructions in China and the inadequate enforcement in this regard indicate that there is huge potential in energy conservation in the future. Energy consumption in the process of the use of constructions is the major source of energy consumption for constructions, while it is the wall materials that primarily define the energy consumption during the application process. When compared with developed countries, the proportion of the use of new-model wall materials in China is currently at an extremely low level, resulting in the great deviation in construction energy consumption between China and developed countries. Nevertheless, China introduced key emission reduction targets within 24 hours after the US announced its emission reduction targets for 2020. This implies that the development of the building materials industry will focus on saving energy and reducing emission in 2010. During its future development, the industry will head towards the production of low-carbon building materials.

(2) The introduction of building materials to rural areas will bolster the rapid development of the building materials industry

As proposed in the central government's "No.1 document" for 2010, the State will "tap the rapid growth of the construction of rural buildings and the abundant supply of building materials for the time being, so as to support the construction of rural buildings and take this as an important measure to boost domestic consumption; adopt effective measures to promote the introduction of building materials to rural areas; encourage qualified areas to provide various forms of support to the construction of self-occupied residences in rural areas in compliance with relevant laws and regulations; and enhance the planning of villages and towns by urging farmers to construct safe, energy-saving and environmentally friendly residences that feature local colors, ethnic characteristics and traditional styles." The proposed introduction of building materials to rural areas will help building materials enterprises to better understand and therefore explore the rural market. This will in turn boost the rapid development of the building materials industry.

BNBMPLC0001256