# Dyer, Meagan E.

| | |
|---|---|
| **From:** | Dyer, Meagan E. |
| **Sent:** | Monday, April 06, 2015 4:08 PM |
| **To:** | 'ldavis@hhklawfirm.com'; 'drywall@hhkc.com'; 'rherman@hhklawfirm.com'; 'kjmiller@bakerdonelson.com'; 'alevin@lfsblaw.com' |
| **Cc:** | 'harry.rosenberg@phelps.com'; Barr, Michael H.; Kattan, Justin N.; Fenton, Richard L.; Bruno, Leah R.; Moore, C. Michael; Besen, Gene R.; Taylor, Carolyn F. |
| **Subject:** | In re Chinese Drywall - BNBM Group's & BNBMPLC's Profile Forms |
| **Attachments:** | BNBMPLC Profile Form.pdf; BNBM Group Profile Form.pdf |

Counsel,

Attached please find profile forms for Beijing New Building Materials Public Limited Company and Beijing New Building Material (Group) Co., Ltd.

Respectfully,
Meagan Dyer

**DENTONS**   Meagan E. Dyer

D +1 214 259 1862   |   US Internal 51862
meagan.dyer@dentons.com
Bio   |   Website

Dentons US LLP
2000 McKinney Avenue, Suite 1900, Dallas, TX 75201-1858

SNR Denton is proud to join Salans and FMC as a founding member of Dentons.

Dentons is an international legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.

**EXHIBIT 24**

1