UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*All Cases* | |

### DISCOVERY STATUS REPORT OF BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY AND BEIJING NEW BUILDING MATERIAL (GROUP) CO. LTD.

**I.   INTRODUCTION**

In an effort to keep the Court apprised of the efforts and progress being made in producing documents and making witnesses available for depositions in response to the discovery requests served by the Plaintiff Steering Committee ("PSC"), Beijing New Building Materials Public Limited Company ("BNBM PLC") and Beijing New Building Material (Group) Co. Ltd. ("BNBM Group," together "BNBM") provide this status report.

On March 17, 2015, the PSC represented to the Court that it required limited discovery including an "*abbreviated list of documents*" on whether BNBM (or the other defendants) are the "alter-ego" of Taishan Gypsum Company. In response, the Court ordered BNBM to participate in such discovery and further ordered that witnesses noticed for deposition by the PSC travel to New Orleans and that all documents produced in response to the discovery requests be provided with English translations. On March 19th the PSC served document requests on BNBM and the other defendants that were far broader than the "abbreviated" discovery the PSC had represented it required or that had been ordered by the Court. The PSC also served an even broader set of amended discovery requests on April 9th. While BNBM served objections to certain of the

1

**EXHIBIT 27**

discovery and sought a protective order on the amended discovery requests, both companies have, nevertheless, expeditiously searched for, collected, translated and produced documents responsive to the PSC's requests. In addition, both BNBM PLC and BNBM Group are arranging for senior executives to travel to New Orleans within the next month for the depositions noticed by the PSC.

## II.    STATUS ON DOCUMENT PRODUCTION

As counsel for the PSC acknowledged during the telephonic hearing on April 24, 2015, the BNBM entities have, to date, produced 10,591 pages of documents (BNBM PLC has produced 7366 pages and BNBM Group has produced 3225 pages).[1] Identifying and producing responsive documents has entailed significant efforts by both BNBM's outside counsel—who have had attorneys from both the United States and China at BNBM's offices in Beijing on an almost daily basis since the Court's order—and the companies themselves who have made complying with the Court's order a paramount priority. Recognizing that systematic collection and processing of documents electronically would entail significant time to implement, wherever possible, BNBM identified and gathered responsive documents on a targeted basis for more immediate production. Almost all of the documents that have been produced had to be manually translated from Mandarin into English prior to production. In order to expedite the time it would take to get translated documents to the PSC, BNBM hired two translation companies which both worked in shifts 24 hours a day to translate the documents. In addition, prior to production, as a matter of Chinese law, all of the documents had to be individually screened by an authorized Chinese representative for state secret purposes.[2] BNBM has had the documents state secret

---

[1] The page counts are inclusive of the Mandarin originals and the translated English version of the documents.
[2] To date, while all responsive documents have been screened in accordance with the laws of the People's Republic of China, none of the documents thus far have been deemed to contain state secrets and BNBM has not withheld any document on that basis.

screened on a rolling basis to ensure that documents are available for production as quickly as possible. Despite the significant obstacles inherent in such a production, BNBM made rolling productions to the PSC on April 10, April 14 (2 productions), April 15 (2 productions), April 16, April 21, April 22, and April 23. Those productions included core documents responsive to the PSC's requests including: 14 years of financial reports, corporate Articles of Association, Board of Director and Board of Supervisor resolutions and meeting minutes, shareholder resolutions and meeting minutes, audited financial statements, tax returns, organizational charts, financial transaction documents and contracts. As of today, BNBM has produced virtually all of the documents identified in the targeted collection of responsive documents. BNBM PLC and BNBM Group are also in the process of reviewing a significant volume of electronic discovery that may potentially be responsive to the discovery requests and will be producing any such responsive documents on a rolling basis.

### III.   STATUS REPORT ON DEPOSITION WITNESSES

Finally, BNBM has been taking all of the necessary steps to make its witnesses available for depositions in New Orleans. The PSC noticed 30(b)(6) depositions of BNBM PLC and BNBM Group and the individual deposition of Bing Wang, BNBM PLC's former General Manager and current Chairman of the Board of Directors. Earlier this month, BNBM notified the PSC that BNBM PLC's corporate representative will be the company's General Manager, Yu Chen, and BNBM Group's corporate representative will be its current Deputy General Manager, Yanming Zhao. As the Court is aware, for Chinese nationals to travel to the United States they must obtain passports and travel visas requiring approvals from both the People's Republic of China and the United States. In response to the PSC's discovery and this Court's order, Mr. Wang, Mr. Chen, and Mr. Zhao have all applied for and obtained passports. They have also all

3

applied for travel visas and are scheduled for their exit visa interviews on Monday April 27, 2015. It is expected that after those interviews, each of them will be provided with exit visas and that by the end of this week BNBM will be able to provide the PSC with firm dates in May for their depositions in New Orleans.

## IV. CONCLUSION

BNBM and their counsel recognize that the Court expects them to do everything within their power to comply with the Court's deadlines, and they believe that the considerable progress made to date is reflective of their commitment to comply with the Court's orders. BNBM has regularly updated the PSC on their progress regarding producing documents and arranging for witnesses to travel to the United States. To the extent that circumstances beyond their control have delayed or hindered the ability to produce documents or witnesses, BNBM has communicated those circumstances to the PSC and described the steps being taken to address them. BNBM will continue to keep the PSC and the Court apprised of their progress in responding to the PSC's discovery.

4

Dated:  April 27, 2015

                    Respectfully submitted,

                    **DENTONS US LLP**

                    By: */s/ Michael H. Barr*
Michael H. Barr
New York Bar No. 1744242
Justin N. Kattan
New York Bar No. 3983905
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone:  (212) 768-6700
Facsimile:  (212) 768-6800
michael.barr@dentons.com
justin.kattan@dentons.com

         - and -

Richard L. Fenton
Illinois Bar No. 3121699
Leah R. Bruno
Illinois Bar No. 6269469
233 South Wacker Drive
Suite 7800
Chicago, IL  60606-6306
Telephone:  (312) 876-8000
Facsimile:  (312) 876-7934
richard.fenton@dentons.com
leah.bruno@dentons.com

         - and -

C. Michael Moore
Texas Bar No. 14323600
Gene R. Besen
Texas Bar No. 24045491
2000 McKinney Ave, Suite 1900
Dallas, TX  75201
Telephone:  (214) 259-0900
Facsimile:  (214) 259-0910
mike.moore@dentons.com
gene.besen@dentons.com

5

- and -

**PHELPS DUNBAR LLP**

Harry Rosenberg
Louisiana Bar No. 11465
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Facsimile: (504) 568-9130
harry.rosenberg@phelps.com

*Attorneys for Beijing New Building Material (Group) Co., Ltd. and Beijing New Building Materials Public Limited Company*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Discovery Status Report** has been served on Plaintiffs' Liaison Counsel, Leonard Davis, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pretrial Order No. 6, and that the foregoing was also electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this April 27, 2015.

                                                          /s/      Michael H. Barr

84121850