

**Meagan Dyer**
Managing Associate

meagan.dyer@dentons.com
D  +1 214 259 1862

**Salans FMC SNR Denton**
dentons.com

Dentons US LLP
2000 McKinney Avenue
Suite 1900
Dallas, TX 75201-1858 USA

T  +1 214 259 0900
F  +1 214 259 0910

April 16, 2015

**<u>VIA EMAIL</u>**
Russ M. Herman
Leonard A. Davis
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhklawfirm.com
drywall@hhkc.com
ldavis@hhklawfirm.com

Arnold Levin
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
PH: (215) 592-1500
FAX: (215) 592-4663
alevin@lfsblaw.com

Re:   *In re: Chinese Manufactured Drywall Products Liability Litigation* (MDL 2047)
       BNBMPLC Production Volume 4

Dear Counsel:

Enclosed please find Beijing New Building Materials Public Limited Co.'s production volume 4,
BNBMPLC0005370 - BNBMPLC0005784.  Note that an English translation of the document immediately
follows the Chinese version.  These documents are available for download from our FTP site through a
link that will be sent to your email.

Please let me know if you have any questions.

Sincerely,

Meagan Dyer
Dentons US, LLP

<div style="border:1px solid black; display:inline-block; padding:4px;">

**EXHIBIT 31**

</div>