

| | | |
|---|---|---|
| **Meagan Dyer**<br>Managing Associate | meagan.dyer@dentons.com<br>D  +1 214 259 1862<br><br>Dentons US LLP<br>2000 McKinney Avenue<br>Suite 1900<br>Dallas, TX 75201-1858 USA<br><br>T  +1 214 259 0900<br>F  +1 214 259 0910 | **Salans FMC SNR Denton**<br>dentons.com |

April 14, 2015

**VIA EMAIL**
Russ M. Herman
Leonard A. Davis
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhklawfirm.com
drywall@hhkc.com
ldavis@hhklawfirm.com


Arnold Levin
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
PH: (215) 592-1500
FAX: (215) 592-4663
Alevin@lfsblaw.com


Dear Counsel:

Enclosed please find Beijing New Building Material (Group) Co., Ltd.'s production volume 1, BNBM(Group)0000001 - BNBM(Group)0002600.  Note that an English translation of the document immediately follows the Chinese version.  This production also contains documents designated "Confidential-Subject to Protective Order."  Please treat them accordingly.

These documents are available for download from our FTP site through a link that will be sent to your email.

Please let me know if you have any questions.

Sincerely,

*/s/ Meagan Dyer*
Meagan Dyer
Dentons US, LLP

**EXHIBIT 34**