| | |
|---|---|
| **From:** | Moore, C. Michael |
| **Sent:** | Saturday, April 04, 2015 11:16 AM |
| **To:** | Debbie Murphy; Russ Herman |
| **Subject:** | Re: Update |

Update correction:

I was just advised that while e-discovery vendor is retained, we still are in process of finalizing final arrangements for a vendor to do Chinese state secrecy review. However, as I advised you on Thursday, I am told that the first wave of production will not implicate those issues. I will keep you advised.

Thanks.

Mike

Sent from my iPhone

> On Apr 4, 2015, at 11:08 AM, Moore, C. Michael <c.michael.moore@dentons.com> wrote:
>
>
> Arnold and Russ:
>
> During our status conference on Thursday you asked me to keep you posted on our progress. Our clients have retained an e-discovery and secrecy review vendor and we are moving on that front as quickly as possible. Our first wave of hard copy document production is being translated and I am expecting to be able to start rolling production next week. In that regard, I again request that you let me know what public documents you already have translated because it would allow us to speed up the process and avoid spending our time duplicating translation of documents you already have, particularly public documents of BNBM PLC. We have preliminarily identified possible 30b6 witnesses and the head of our trial team, Michael Barr, will be in China over the next few days to move that ahead as quickly and as best we can. We hope to have more specific information next week , but of course we continue to face real challenges concerning unavoidable logistical problems that are outside of our control like exit visas etc. Even though this is a holiday weekend, our efforts are continuous and on-going. I am happy to discuss this with you further anytime this weekend including Easter Sunday tomorrow. My cell is 214 802 4398.
>
> Thanks.
>
> Mike
>
> Sent from my iPhone

1

**EXHIBIT 38**