| | |
|---|---|
| **From:** | Besen, Gene R. |
| **Sent:** | Tuesday, April 14, 2015 1:23 PM |
| **To:** | 'Monica Lord'; Arnold Levin |
| **Cc:** | Sandy Duggan; 'Lenny Davis'; Fred Longer; Matthew Gaughan; 'gmeunier@gainsben.com'; 'RHERMAN@hhklawfirm.com'; Harry Rosenberg (1219) (Harry.Rosenberg@phelps.com); Barr, Michael H.; Moore, C. Michael; Fenton, Richard L.; Marrocco, Drew W. |
| **Subject:** | RE: Chinese Drywall Litigation |

Dear Mr. Levin:

This email will confirm our discussion this morning regarding the Amended Deposition Notices that the PSC served on BNBM PLC and BNBM Group. We met and conferred about the scope of the Amended Notices, but we were unable to reach any resolution. You believed that it would be more productive to discuss these matters with Judge Fallon in-chambers prior to the Status Conference Hearing scheduled for April 17th.

During our call I also informed you that efforts to produce documents and witnesses continues to move forward as efficiently as possible. Dentons has had a team of lawyers on the ground with our clients since March 21. Lawyers from China and United States have been working around the clock to ensure that BNBM PLC and BNBM Group are doing everything possible to provide documents and witnesses as expeditiously as possible. To date, we have collected more than 4,000 pages of hard copy documents which are being reviewed for compliance with the People's Republic of China's ("PRC") state secrecy laws, and will then be translated. Last Friday, April 10th, we produced over 1,000 pages of documents, and another 1800 pages has been translated and is being prepared for production today.

Moreover, the electronic discovery process is also underway. After collection, the Electronically Stored Information must also be screened for compliance with the PRC's state secrecy laws, before being reviewed for responsiveness, and finally, translated.

In addition, we have previously advised you that Mr. Yanming Zhao will be the 30(b)(6) witness for BNBM Group, and Mr. Yu Chen will be the 30(b)(6) witness for BNBM PLC. I can further report that Mr. Wang, the Chairman of BNBM PLC will also be traveling to the United States for his deposition. Each of these gentlemen is currently working on obtaining the necessary visa from the PRC before applying to the U.S. State Department for a Visa to travel to the United States. We will keep you updated on the progress of their visa application process.

It is worth repeating that Dentons, on behalf of BNBM Group and BNBM PLC, are working around the clock as diligently as possible to provide the information requested by the PSC, subject to BNBM Group's and BNBM PLC's objections to the same.

Best regards,

-grb

**DENTONS**   Gene R. Besen

D +1 214 259 0956   |   US Internal 50956
gene.besen@dentons.com
Bio   |   Website

Dentons US LLP

1

**EXHIBIT 40**

SNR Denton is proud to join Salans and FMC as a founding member of Dentons.

Dentons is an international legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.