In re: Chinese-Manufactured Drywall Products Liability Litigation



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 134029-0013

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Wal-Mart Stores, Inc., through Karen Roberts, Executive Vice President and General Counsel
Court Case No. MDL 2047

HERMAN, HERMAN, ET AL
Mr. Leonard A. Davis
820 O'Keefe Ave.
New Orleans, LA 70113-1116

State of: **Arkansas** ) ss.
County of: **Benton** )

Name of Server: **Roger White**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **14th** day of **April**, 20 **15**, at **6:45** o'clock **P** M

Place of Service: at **702 SW 8th Street**, in **Bentonville, AR 72716-8611**

Documents Served: the undersigned served the documents described as:
**Attached 20 (b)(6); Notice of Deposition (with exhibits); Witness Fee Check**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Wal-Mart Stores, Inc., through Karen Roberts, Executive Vice President and General Counsel**
By delivering them into the hands of an officer or managing agent whose name and title is: **Kris Isham**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M** ; Skin Color **W** ; Hair Color **Br/Bald** ; Facial Hair **N/A**
Approx. Age **35** ; Approx. Height **5'6"** ; Approx. Weight **140**
☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server **BPS2009-13**

Subscribed and sworn to before me this **15** day of **Apr.**, 20 **15**

Notary Public    **7-27-2022** (Commission Expires)

APS International, Ltd.

Official Seal
Jason R. Scott
Notary Public, Arkansas
Washington County
Commission No.12389027
Commission Exp. July 27, 2022