In re: Chinese-Manufactured Drywall Products Liability Litigation



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 133483-0024

# AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Jeffrey J. Chang
Court Case No. MDL 2047

HERMAN, HERMAN, ET AL
M Lillian Flemming
820 O'Keefe Ave.
New Orleans, LA 70113-1116

State of: TEXAS ) ss.
County of: TRAVIS )

**Name of Server:** GEORGE L CASTILLO, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 25th day of APRIL, 20 15, at 12:30 o'clock P M

**Place of Service:** at 9102 County Canyon CV, in Austin, TX 78759

**Documents Served:** the undersigned served the documents described as:
Subpoena to Testify at a Deposition in a Civil Action (with production request), with Attached 30(b)(6); Amended Notice of Deposition (with exhibits); Witness Fee

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Jeffrey J. Chang

**Person Served, and Method of Service:**
[✓] By personally delivering them into the hands of the person to be served.
[ ] By delivering them into the hands of _____, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with Jeffrey J. Chang at the place of service, and whose relationship to the person is: _____

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex Male; Skin Color White; Hair Color BROWN; Facial Hair None
Approx. Age 50 47; Approx. Height 5'11"; Approx. Weight 218
[✓] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this 27th day of APRIL, 2015

Notary Public        (Commission Expires)

DANA L. MCMICHAEL
Notary Public, State of Texas
My Commission Expires
April 23, 2016

In re: Chinese-Manufactured Drywall Products Liability Litigation



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 133483-0024

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--BNK International, LLC, through Jeffrey J. Chang
Court Case No. MDL 2047

HERMAN, HERMAN, ET AL
M Lillian Flemming
820 O'Keefe Ave.
New Orleans, LA 70113-1116

State of: **TEXAS** ) ss.
County of: **TRAVIS** )

**Name of Server:** **GEORGE L CASTILLO**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **25th** day of **APRIL**, 20 **15**, at **12:30** o'clock **P** M

**Place of Service:** at 9102 County Canyon CV, in Austin, TX 78759

**Documents Served:** the undersigned served the documents described as:
**Subpoena to Testify at a Deposition in a Civil Action (with production request), with Attached 30(b)(6); Amended Notice of Deposition (with exhibits); Witness Fee**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**BNK International, LLC, through Jeffrey J. Chang**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **REGISTERED AGENT**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **Male**; Skin Color **White**; Hair Color **Brown**; Facial Hair **None**
Approx. Age **47**; Approx. Height **5'11"**; Approx. Weight **218**
✓ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*George L Castillo*
Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this **27th** day of **APRIL**, 20 **15**

Notary Public       (Commission Expires)

DANA L. MCMICHAEL
Notary Public, State of Texas
My Commission Expires
April 23, 2016