UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047<br>SECTION:  L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : |  |

**THIS DOCUMENT RELATES TO ALL CASES**

**PRETRIAL ORDER NO. 8E**

In accordance with Pretrial Order No. 8, the Court re-appoints the following counsel to

the Committee for a one year term, to begin on the date of this Order:

Dawn M. Barrios
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313

Daniel E. Becnel, Jr.
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445

Daniel K. Bryson
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0431
Fax: (919) 981-0431

Ervin Amanda Gonzalez
255 Aragon Avenue
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444

Ben Gordon
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7090
Fax: (850) 436-6091

Robert C. Josefsberg
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382

Hugh P. Lambert
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931

Arnold Levin
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663

| | |
|---|---|
| Gerald E. Meunier<br>2800 Energy Centre<br>1100 Poydras Street<br>New Orleans, LA 70163<br>Phone: (504) 522-2304<br>Fax: (504) 528-9973 | Jerrold Seth Parker<br>3301 Bonita Beach Road<br>Bonita Springs, FL 34134<br>Phone: (239) 390-1000<br>Fax: (239) 390-0055 |
| James Robert Reeves<br>160 Main Street<br>Biloxi, MS 39530<br>Phone: (228) 374-5151<br>Fax: (228) 374-6630 | Christopher Seeger<br>1 William Street<br>New York, NY 10004<br>Phone: (212) 584-0700<br>Fax: (212) 584-0799 |
| Richard J. Serpe<br>580 East Main Street, Suite 310<br>Norfolk, VA 23510<br>Phone: (757) 233-0009<br>Fax: (757) 233-0455 | Bruce William Steckler<br>3102 Oak Lawn Avenue, Suite 1100<br>Dallas, TX 75219<br>Phone: (214) 523-6674<br>Fax: (214) 520-1181 |
| Scott Weinstein<br>12800 University Drive, Suite 600<br>Ft. Meyers, FL 33907<br>Phone: (239) 433-6880<br>Fax: (239) 433-6836 | Victor M. Diaz, Jr.<br>119 Washington Ave, Suite 402<br>Miami Beach, FL 33139<br>Phone: (305) 704-3200<br>Fax: (305) 538-4928 |

Additionally, the Court re-appoints Plaintiffs' Liaison Counsel, Russ Herman, as an ex-officio member of the Committee and Arnold Levin as lead counsel. All members of Committee are charged with the responsibilities outlined in Pretrial Order No. 8.

New Orleans, Louisiana, this 28th day of April, 2015.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE