# EXHIBIT "A"

# Lillian Flemming

**Subject:** FW: Chinese Drywall Litigation

---

**From:** Arnold Levin [mailto:ALevin@lfsblaw.com]
**Sent:** Thursday, April 23, 2015 11:35 AM
**To:** jstengel@orrick.com; mike.moore@dentons.com; richard.fenton@dentons.com; bernard.taylor@alston.com; mike.kenny@alston.com; cvejnoska@orrick.com; kjmiller@bakerdonelson.com; Eikhoff, Christy Hull; Alan Weinberger (aweinberger@hanrylaw.com); gene.besen@dentons.com; michael.barr@dentons.com; harry.rosenberg@phelps.com; 'arothenberg@gordonarata.com'
**Cc:** Russ Herman; Lenny Davis; Fred Longer; Sandy Duggan; Christopher Seeger; Gerald E. Meunier; Member GEM
**Subject:** Chinese Drywall Litigation

From Arnold Levin –

We are in the process of ordering translators for your witnesses' depositions. We assume they will be on at least two tracks. We believe you indicated your witnesses will be available commencing May 11, 2015. We are prepared to begin depositions on that date with the caveat that Taishan depositions not proceed until May 13, 2015. Should this schedule be aborted by your side, the cost of the translators will be your responsibility.


Debbie Murphy
Levin, Fishbein, Sedran & Berman
Counsellors at Law and Proctors in Admiralty
510 Walnut Street - Suite 500
Philadelphia, PA 19106-3697
Tele: 215-592-1500 - Fax: 215-592-4663
www.lfsblaw.com

CONFIDENTIALITY NOTE: This e-mail message contains information belonging to the law firm of Levin, Fishbein, Sedran & Berman and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.