# EXHIBIT "C"

**PLAINTIFFS' FRE 1006 SUMMARY OF EXHIBITS " "**

### BNBM's Payments Made for "Us Litigation on Use of Chinese Drywall"

| Reporting Year | Source | Amount - RMB | Amount - US |
|---|---|---|---|
| 2010 Issued 3/2011 | BNBM 2010 Annual Report at p. 38 | N/A (only US $ listed) | $447,709.15 |
| 2011 Issued 3/2012 | BNBM 2011 Annual Report at p. 39 | N/A (only US $ listed) | $1,397,799 |
| 2012 Issued 3/2013 | BNBM 2012 Annual Report at p. 36 | RMB 1,441,766.57 | $235,296.30* |
| 2013 Issued 3/2013 | BNBM 2013 Annual Report at p. 35 | RMB 952,023.85 | $155,370.29* |
| 2014 Issued 3/2015 | BNBM 2014 Annual Report at p. 37 | RMB 481,503.85 | $78,581.43* |
| **TOTAL US $** | | | **$2,314,756.17*** |

* Currency conversion of 4/15/2015 used to convert RMB to US $.  Specific rate is RMB 1 = $.1632.

### TG's Payments Made for "Us Litigation on Use of Chinese Drywall"

| Reporting Year | Source | Amount - RMB | Amount - US |
|---|---|---|---|
| 2010 | BNBM 2010 Annual Report at p. 38 | N/A (only US $ listed) | $3,936,986.12 |
| 2011 | BNBM 2011 Annual Report at p. 39 | N/A (only US $ listed) | $3,304,817.13 |
| 2012 | BNBM 2012 Annual Report at p. 36 | RMB 25,743,551.31 | $4,201,347.57* |
| 2013 | BNBM 2013 Annual Report at p. 35 | RMB 5,438,301.31 | $887,530.77* |
| 2014 | BNBM 2014 Annual Report at p. 37 | RMB 11,432,555.07 | $1,865,792.99* |
| **TOTAL US $** | | | **$14,196,474.58*** |

* Currency conversion of 4/15/2015 used to convert RMB to US $.  Specific rate is RMB 1 = $.1632.

**BNBM's & TG's Payments Made for "Us Litigation on Use of Chinese Drywall"**

| Reporting Year | Source | BNBM Amount RMB ----- U.S. $ | TG Amount RMB ----- U.S. $ | BNBM & TG RMB ----- U.S. $ |
|---|---|---|---|---|
| 2010 Issued 3/11 | BNBM 2010 Annual Report at pp. 38 & 150 | (only US $ listed) -------------------------- $447,709.15 | (only US $ listed) -------------------------- $3,936,986.12 | RMB 29,044,257.65 -------------------------- $4,384,695.27 |
| 2011 Issued 3/12 | BNBM 2011 Annual Report at pp. 39 & 108 | (only US $ listed) -------------------------- $1,397,799 | (only US $ listed) -------------------------- $3,304,817.13 | RMB 29,044,257.65 -------------------------- $4,702,616.13 |
| 2012 Issued 3/13 | BNBM 2012 Annual Report at pp. 36 & 237 | RMB 1,441,766.57 -------------------------- $235,296.30* | RMB 25,743,551.31 -------------------------- $4,201,347.57* | RMB 27,185,317.88 -------------------------- $4,436,643.87* |
| 2013 Issued 3/14 | BNBM 2013 Annual Report at p. 35 & 245-246 | RMB 952,023.85 -------------------------- $155,370.29* | RMB 5,438,301.31 -------------------------- $887,530.77* | RMB 6,390,325.16 -------------------------- $1,042,901.06 |
| 2014 Issued 3/15 | BNBM 2014 Annual Report at pp. 37 & 207 | RMB 481,503.85 -------------------------- $78,581.43* | RMB 11,432,555.07 -------------------------- $1,865,792.99* | RMB 11,914,058.92 -------------------------- $1,944,374.42* |
| **TOTAL U.S. $** | | **$2,314,756.17***  | **$14,196,474.58***  | **$16,511,230.75***  |

* Currency conversion of 4/15/2015 used to convert RMB to US $.  Specific rate is RMB 1 = $.1632.