UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

### EXHIBIT "E" TO THE PLAINTIFFS' STEERING COMMITTEE'S REQUEST IN LIGHT OF RECENT FILINGS TO ADDRESS THE SCOPE OF DISCOVERY FROM THE TAISHAN DEFENDANTS, BNBM DEFENDANTS, AND CNBM DEFENDANTS DURING THE TELEPHONE CONFERENCE WITH THE COURT ON APRIL 30, 2015 [REC. DOC. 18783]

# FILED UNDER SEAL

1