UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |

* * * * * * * * * * * * * * * * *

### EX PARTE/CONSENT MOTION TO SET THE HEARING ON BANNER SUPPLY CO.'S MOTION TO ENFORCE INJUNCTION REGARDING CLAIMS BROUGHT BY PLAINTIFFS DANIEL AND SHONNA BLONSKY

Defendant Banner Supply Co. ("Banner") files this Ex Parte/Consent Motion to Set the Hearing on Banner's Motion to Enforce Injunction Regarding Claims Brought by Plaintiffs Daniel and Shonna Blonsky.  Doc. No. 18495.  Plaintiffs consent to setting the hearing on Banner's Motion following the May 20, 2015 status conference before the Court.

On March 18, 2015, Banner filed its Motion to Enforce Injunction Regarding Claims Brought by Plaintiffs Daniel and Shonna Blonsky.  The Motion was set for hearing following the Court's April 17, 2015 status conference.  Doc. No. 18584.  Banner and Plaintiffs agreed to postpone the hearing, and on April 15, 2015, the Court issued an order postponing the hearing.  Doc. No. 18689.

Banner and Plaintiffs have conferred and mutually agreed to request that the Court set the Motion for hearing following the May 20, 2015 status conference before the Court.  Plaintiffs request that they may present argument at the hearing via teleconference.  Banner consents to Plaintiffs' request.

WHEREFORE, Banner respectfully requests that the Court set the hearing on Banner's Motion to Enforce Injunction Regarding Claims Brought by Plaintiffs Daniel and Shonna

Blonsky (Doc. No. 18495) following the May 20, 2015 status conference before the Court. Banner further respectfully requests that the Court allow Plaintiffs to present argument at the hearing via teleconference.

    Respectfully submitted,

    **BAKER, DONELSON, BEARMAN,**
    **CALDWELL & BERKOWITZ, PC**

    /s/ *Kerry J. Miller*
    **KERRY J. MILLER (#24562)**
    **JAMES R. PARISH (#34017)**
    201 St. Charles Avenue, Suite 3600
    New Orleans, LA 70170
    Telephone: 504.566.8646
    Facsimile: 504.585.6946
    Email: kjmiller@bakerdonelson.com

    *Counsel for Banner Supply Co.*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 30th day of April, 2015.

**I FURTHER CERTIFY** that this document is being served this day on Daniel F. Blonsky via email (dblonsky@coffeyburlington.com).

    /s/ *Kerry J. Miller*
    **KERRY J. MILLER**