UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED           DRYWALL PRODUCTS           LIABILITY LITIGATION | *<br>*<br>*<br>* | MDL 2047<br><br>SECTION L |
| This document relates to All Cases | *<br>*<br>* | JUDGE FALLON<br><br>MAGISTRATE JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * *

### INTERIOR/EXTERIOR BUILDING SUPPLY'S MOTION TO ENFORCE INJUNCTION REGARDING CLAIMS BROUGHT BY PLAINTIFFS WILLIAM AND LUCINDA DAVIS AND GREGORY AND JOAN SCOTT

Defendant Interior/Exterior Building Supply ("INEX") files this Motion to Enforce Injunction Regarding Claims Brought by Plaintiffs William and Lucinda Davis and Gregory and Joan Scott.

This Court has barred all class members who have not opted out of INEX's class action settlement agreement from prosecuting claims against INEX.  In violation of the Court's order, Plaintiffs, who are class members of the INEX class action settlement agreement, are prosecuting claims arising from, or otherwise related to, the presence of Chinese drywall against INEX in the Circuit Court of Jefferson County, Alabama in the cases captioned *Davis, et al. v. Interior/Exterior Building Supply, et al.*, Case No. CV-10-903185.00, and *Scott, et al. v. Interior/Exterior Building Supply, et al.*, Case No. CV-10-902555.00.

For these reasons, as more fully stated in the accompanying Memorandum, INEX moves the Court to enforce its injunction barring claims by Plaintiffs against INEX and further enjoin Plaintiffs from continuing to prosecute their claims against INEX.

Respectfully submitted,

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC**

/s/ *Kerry J. Miller*
**KERRY J. MILLER (#24562)**
**JAMES R. PARISH (#34017)**
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170
Telephone:    504.566.8646
Facsimile:    504.585.6946
Email:    kjmiller@bakerdonelson.com

**Counsel for Defendant,
Interior/Exterior Building Supply.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 30th day of April, 2015.

**I ALSO CERTIFY** that this document is being served this day on counsel for Plaintiffs, Booth Samuels, 2001 Park Place North, Suite 1100, Birmingham, AL 35203 (booths@pittmandutton.com), via email transmission.

/s/ *Kerry J. Miller*
KERRY J. MILLER

2