## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED | * | MDL 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to:    All Cases | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |

* * * * * * * * * * * * * * * * *

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that undersigned counsel will bring the foregoing Motion for hearing before the Honorable Eldon E. Fallon, Section L of the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130 on Wednesday, the 27th day of May, 2015, beginning at 9:00 a.m. or as soon thereafter as counsel can be heard.

Respectfully submitted,

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC**

/s/ *Kerry J. Miller*
**KERRY J. MILLER (#24562)**
**JAMES R. PARISH (#34017)**
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170
Telephone:    504.566.8646
Facsimile:    504.585.6946
Email:    kjmiller@bakerdonelson.com

**Counsel for Defendant,
Interior/Exterior Building Supply**

**CERTIFICATE OF SERVICE**

  **I HEREBY CERTIFY** that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 30th day of April, 2015.

  **I ALSO CERTIFY** that this document is being served this day on counsel for Plaintiffs, Booth Samuels, 2001 Park Place North Suite 1100, Birmingham, AL 35203 (booths@pittmandutton.com), via email transmission.

                            /s/ *Kerry J. Miller*
                            KERRY J. MILLER