# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:  ALL ACTIONS | |

### THE PSC'S SUR-REPLY BRIEF IN SUPPORT OF ITS MOTION TO STRIKE HOGAN LOVELLS' DESIGNATION OF DOCUMENTS AS HIGHLY CONFIDENTIAL

The Plaintiffs' Steering Committee submits this short sur-reply brief to address the misstatements presented by Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd. ("Taishan") in their Reply in response to the PSC's presentation binder entitled "Materials by Plaintiffs for Discussion at 4/17/15 Hearing" ("PSC Binder") and the PSC's oral argument at the April 17, 2015 Status Conference ( Rec. Doc. 18741).

Taishan contends that the PSC inappropriately advances stereotyped, scandalous, and irrelevant generalizations of Chinese companies, and that the documents presented during the oral argument are irrelevant to issue as to whether the Hogan Lovells' documents are deserving of any confidentiality.  Taishan Brf. at 1-3.  Since Taishan has no proprietary interest in committing a fraud on this tribunal, their arguments are dubious at best, and ring hollow.  Indeed, Taishan's interest in preserving their confidential communications with counsel regarding how to defraud this Court can not possibly outweigh "the presumption of public access and the public interest in product safety."  *See generally Grayson v. General Electric Co.*, Civ. No. 3:13cv1799

1

(WWE), Ruling on Motion for Reconsideration (D. Conn. April 23, 2015) (attached hereto as Exhibit "A").

As Mr. Herman made clear during the April 17, 2015 hearing on the PSC's motion, China has a proven track record for shipping defective products into the United States. This is a fact. China has produced about 50% or more of the product recalls recognized by the Consumer Product Safety Commission than any other country for the past 3 years:[1]

2013:    China was Country of Manufacture for 182/307 product recalls, or 59.28%

2014:    China was Country of Manufacture for 157/318 product recalls, or 49.37%

2015 (to date):  China was Country of Manufacture for 43/79 product recalls, or 54.43%

These are not scandalous representations, they are facts. Facts are stubborn things. These facts may disturb Taishan, but the facts stick for good reason. Taishan produced defective drywall. *See In re Chinese Manufactured Drywall Products Liab. Litig.,* 2014 WL 4809520, *4 & 15 n. 9 (E.D. La. Sept. 26, 2014) (judicial findings regarding the defective nature of Chinese-manufactured drywall). This, too, is a fact that was conceded by Taishan by its deliberate default and strategic decision not to participate in these proceedings despite having been properly served pursuant to the Hague Convention. Thus, Taishan can no longer deny the fact that it fits completely within the pattern of other Chinese companies that imported defective products into the United States for sale and distribution to consumers. Nor can Taishan deny it was without notice of the problems with its drywall. During the deposition of the designee of Guardian Building Products Distribution, Inc., the witness testified to his company's experience with

---

[1]Annual recall counts per country obtained from the Recalls section of the CPSC official website. *See* http://www.cpsc.gov/cgi-bin/epi/epicmfg.aspx

Taishan drywall emitting sulphur smells, being tested for same, providing notice to Taishan of same, and meeting with representatives of Taishan about the problems with Taishan's drywall. *See*, *e.g.*, Deposition of John Gunn as designated representative of Guardian Building Products Distribution, Inc., at 118-25 (July 22, 2011) (and Exhibits 18 & 21) (attached hereto in its entirety with exhibits as Exhibit "B") (filed under seal).

Given all the problems associated with Taishan's importation of defective Chinese-manufactured drywall, it was entirely appropriate for the PSC to highlight the pattern of problems associated with products imported from China. And, it is the height of hypocrisy for Taishan to now cry foul about the conduct of these proceedings when after six years of litigation, Taishan still has not produced a single document in English. This failure on Taishan's part appears to be deliberate, as it knows full-well that the class damage assessment hearing is only weeks away on June 9, 2015.

Tiashan's efforts to obfuscate and conceal its open and notorious efforts with its counsel to lie and deceive this Court (and the thousands of victims that had Taishan drywall installed in their homes) by intentionally plotting to avoid this Court's Judgment Debtor Examination is shameful. But that embarrassment is not one that this Court should protect. The public has a presumptive right to know what these Chinese companies were doing, and no protection should be afforded them.

The motion to strike confidential designations should be granted.

Respectfully submitted,

Dated: April 24, 2015

/s/ Russ M. Herman
Russ M. Herman (LA Bar No. 6819)
Leonard A. Davis (LA Bar No. 14190)
Stephen J. Herman (LA Bar No. 23129)
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin (on the brief)
Fred S. Longer (on the brief)
Sandra L. Duggan (on the brief)
Matthew C. Gaughan
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

**PLAINTIFFS' STEERING COMMITTEE**

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm, LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

4

Peter Prieto
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Bruce William Steckler
Steckler, LLP
12720 Hillcrest Road, Ste 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-4041
bruce@stecklerlaw.com


Ervin A. Gonzalez
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker Waichman, LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@attorneys4people.com

Christopher Seeger
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Richard J. Serpe
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Victor M. Diaz, Jr.
V.M. Diaz and Partners, LLC
119 Washington Ave, Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W
Suite  650
Washington, DC 20006
Phone: (202) 540-7200
Fax:  (202) 540-7201
rlewis@hausfeldllp.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Anthony D. Irpino
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

7

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 24th day of April, 2015.

/s/ Leonard A. Davis
Leonard A. Davis
HERMAN, HERMAN & KATZ, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com
Plaintiffs' Liaison Counsel
MDL 2047

*Co-counsel for Plaintiffs*

8