# EXHIBIT Z

| | | |
|---|---|---|
| *AMORIN, ET AL v. TAISHAN GYPSUM CO., LTD f/k/a*<br>*SHANDONG TAIHE DONGXIN CO. LTD., ET AL*<br>*11-1673*<br><br>*OMNIBUS XVII COMPLAINT (VIRGINIA)* | | |
| **DEFENDANT** | **ADDRESS FOR SERVICE** | **SERVICE WAS MADE** |
| Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd. | Joe Cyr, Esquire<br>HOGAN LOVELLS US LLP<br>875 Third Avenue<br>New York, NY 10022 | 7/9/14<br>Served on defense counsel via Federal Express pursuant to the Court's Order dated June 25, 2014 (Rec. Doc. No. 17790) |
| Taian Taishan Plasterboard Co., Ltd. | Joe Cyr, Esquire<br>HOGAN LOVELLS US LLP<br>875 Third Avenue<br>New York, NY 10022 | 7/9/14<br>Served on defense counsel via Federal Express pursuant to the Court's Order dated June 25, 2014 (Rec. Doc. No. 17790) |
| CNBM USA Corp | 17800 Castleton Street, Ste. 558<br>City of Industry, CA 91748 | 12/17/12 |
| BNBM of America Inc. | Donald H. Wilson, Jr.<br>245 South Central Ave.<br>Bartow, FL 33830 | 12/12/12 |
| BNBM USA | 245 South Central Ave.<br>Bartow, FL 33830 | 12/12/12 |
| United Suntech Craft, Inc. | 2555 Huntington Dr., Suite F, San Marino, CA  91108 | 12/11/12 |