UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT APPLIES TO ALL CASES | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**O R D E R**

Considering the Motion for Leave to File Omnibus Reply in Support of Emergency Motion of the Plaintiffs' Steering Committee for Expedited Return on Discovery Requests and Shortened Time to Notice Depositions filed by the Plaintiffs' Steering Committee;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the Omnibus Reply in Support of Emergency Motion of the Plaintiffs' Steering Committee for Expedited Return on Discovery Requests and Shortened Time to Notice Depositions be and is hereby filed into the record.

New Orleans, Louisiana, this _____ day of _____, 2015.

_____
Eldon E. Fallon
United States District Court Judge