UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT APPLIES TO ALL CASES | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**OMNIBUS REPLY IN SUPPORT OF EMERGENCY MOTION
OF THE PLAINTIFFS' STEERING COMMITTEE FOR
EXPEDITED RETURN ON DISCOVERY REQUESTS
AND SHORTENED TIME TO NOTICE DEPOSITIONS**

The Plaintiffs' Steering Committee ("PSC"), hereby responds to the objections of JP Morgan Chase & Co. ("JP Morgan") and Morgan Stanley to the PSC's emergency motion for expedited return on discovery requests and shortened time to notice depositions. *See* Rec.Doc.Nos. 18780 and 18787. While JP Morgan and Morgan Stanley both object to the PSC's efforts to seek expedited discovery with respect to the Taishan Defendants' violations of the Court's Contempt Order, the limited discovery must be completed within the short window contemplated by the PSC in light of this Court's directives and the rapidly approaching June 9, 2015 trial date.[1]

While the PSC is presently scheduled and/or attempting to schedule meet and confers with counsel for JP Morgan and Morgan Stanley, it is respectfully submitted that the Court should reject each of the arguments raised by these entities in opposition to the PSC's motion to expedite. First, as noted above, the expedited discovery is absolutely essential in light of the

---

[1] The PSC has amended the discovery requests and deposition notices to JP Morgan and Morgan Stanley and has provided courtesy copies of the same to counsel.

1

pending June 9, 2015 trial date.[2] Second, while both JP Morgan and Morgan Stanley contend that the PSC should request the materials from the Taishan Defendants, the Taishan Defendants have demonstrated a complete unwillingness to produce documents in a timely manner. In addition, the Taishan Defendants are also highly unlikely to produce materials to the extent the materials involve affiliated entities that are not parties to the instant litigation. Third, to the extent JP Morgan and Morgan Stanley contend the discovery requests are overly broad and unduly burdensome, such objections will be addressed during meet and confers and/or during later proceedings before this Court. It should also be noted that the discovery is primarily focused within a very narrow time frame following the issuance of the Court's July 17, 2014 Contempt Order.[3] Finally, so far as JP Morgan and Morgan Stanley contend the information being sought is confidential/proprietary, any confidential/proprietary documents can be produced under a highly-confidential designation consistent with PTO 16.

WHEREFORE, for the reasons set forth above, the PSC prays the that emergency motion for expedited return on discovery requests and shortened time to notice depositions be granted and that JP Morgan and Morgan Stanley be Ordered to produce to the PSC full and complete responses to the amended discovery, including all documents requested (in their original

---

[2] Perhaps for this reason the Court has granted seven similar motions requesting the same expedited return of discovery requests and shortening of time to notice depositions with respect to other third-parties on the topics addressed during the March 17, 2015 hearing and in the Court's related Minute Entry and Orders. *See* Rec.Doc.Nos. 18523 (New Jersey Institute of Technology and CTIEC-TECO American Technology, Inc.); 18535 (Sunpin Solar Development a/k/a Sunpin Solar LLC, Tommy Li, Wal-Mart Stores, Inc., Westerlund Log Handlers LLC and Murphy Overseas USA Astoria Forest Products LLC); 18756 (Hampton Affiliates, Steven J. Zika, Hampton Investment Company, Baillie Lumber Co., Hull Forest Products, Inc., Western Wood, LLC, and W.H. International, Inc.); and 18781 (BNK International, LLC, and Jeffery J. Chang).

[3] While the PSC has served JP Morgan and Morgan Stanley with broader discovery requests, *see* Rec.Doc.Nos. 18304 and 18305, these earlier discovery requests have been stayed by the Court while the PSC pursues the expedited discovery for purposes of the June 9, 2015 damages trial. *See* Order dated April 8, 2015, Rec.Doc.No. 18640.

language and, if the original documents are in any language other than English, with English translations), within ten (10) days of their respective receipt of the amended discovery, and further that time limitations for taking of depositions also be shortened and expedited.

                                            Respectfully submitted,

Dated:  May 1, 2015                  /s/ Russ M. Herman
                                            **Russ M. Herman** (Bar No. 6819)
                                            Leonard A. Davis (Bar No. 14190)
                                            Stephen J. Herman (Bar No. 23129)
                                            ***HERMAN, HERMAN & KATZ, LLC***
                                            820 O'Keefe Avenue
                                            New Orleans, LA  70113
                                            PH:  (504) 581-4892
                                            FAX:  (504) 561-6024
                                            ldavis@hhklawfirm.com
                                            ***Plaintiffs' Liaison Counsel***
                                            ***MDL 2047***

        Arnold Levin (on the brief)
        Fred S. Longer (on the brief)
        Sandra L. Duggan (on the brief)
        Matthew C. Gaughan (on the brief)
        Levin, Fishbein, Sedran & Berman
        510 Walnut Street, Suite 500
        Philadelphia, PA 19106
        PH:  (215) 592-1500
        FAX:  (215) 592-4663
        Alevin@lfsblaw.com
        *Plaintiffs' Lead Counsel*
        *MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm, LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Peter Prieto
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Jerrold Seth Parker
Parker Waichman, LLP
27300 Riverview Center Blvd.
Suite 103
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@attorneys4people.com

Bruce William Steckler
Steckler, LLP
12720 Hillcrest Road, Ste 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-404
bruce@stecklerlaw.com

Ervin A. Gonzalez
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Christopher Seeger
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Victor M. Diaz, Jr., Esquire
V.M. Diaz and Partners, LLC
119 Washington Ave, Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Anthony D. Irpino
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 1st day of May, 2015.

                              Respectfully Submitted,

                    BY:  /s/ Leonard A. Davis
                            Leonard A. Davis
                            Herman, Herman & Katz, LLC
                            820 O'Keefe Avenue
                            New Orleans, LA 70113
                            Phone: (504) 581-4892
                            Fax: (504) 561-6024
                            ldavis@hhklawfirm.com

                            *Plaintiffs' Liaison Counsel*
                            *MDL 2047*