UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs, Anita Sanderford, James Sanderford, Wes Sanderford, Marilyn Clark, Francis Parlow, Shea Ladner, Desiree Ladner, Brendon Ladner and Brooklynn Ladner hereby appeal to the United States Court of Appeals for the Fifth Circuit from the "Order and Reasons" [Docket No. 18586] entered in this action on April 2, 2015.

SO NOTICED, this the 1st day of May, 2015.

                                              PLAINTIFFS

                                              BY: /S/Wayne E. Ferrell, Jr.
                                                   WAYNE E. FERRELL, JR.

OF COUNSEL:

WAYNE E. FERRELL, JR.
Mississippi Bar No. 5182
Post Office Box 24448
Jackson, Mississippi 39225
(601) 969-4700
wferrell@airlawonline.com

CERTIFICATE OF SERVICE

      I, WAYNE E. FERRELL, JR., do hereby certify that I have this day electronically filed the foregoing document with the Clerk of the Court utilizing the ECF system which sent notification of such filing to all counsel of record.

      This the 1st day of May, 2015.

                                 By:    /s/ Wayne E. Ferrell, Jr.
                                               WAYNE E. FERRELL, JR.