UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>*ALL CASES* | MDL No. 2:09-md-2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

**CNBM ENTITIES' RESPONSES AND OBJECTIONS TO
PLAINTIFFS' STEERING COMMITTEE'S
SUPPLEMENTAL DEPOSITION NOTICES**

China National Building Materials Group Corporation ("CNBM Group"), China National Building Materials Company, Ltd.; China National Building Materials & Equipment Import & Export Corporation; CNBM (USA) Corp.; CNBM Forest Products (Canada) Ltd.; and United Suntech, Inc. (collectively, the "CNBM Entities"), submit these responses and objections to the Supplemental Notices Of Expedited Oral And Videotaped Deposition, issued by the Plaintiffs' Steering Committee ("PSC") in the *Chinese Manufactured Drywall Products Liability Litigation*, and dated April 30, 2015. [Rec. Doc. Nos. 18795-18800.]

On March 19, 2015, the PSC issued overbroad and burdensome deposition notices to each of the CNBM Entities, requesting documents spanning a 15 year period that relate not just to each of the CNBM Entities, but also to numerous subsidiaries, parents, and over 180 unrelated State-Owned Enterprises – none of whom have any connection with this litigation. Nonetheless, the CNBM Entities immediately undertook to identify witnesses and document custodians, engaged a document collection vendor, retained Chinese counsel with special expertise and licensing to review all collected materials for state secrets prohibited from production, and

worked continuously to produce documents and witnesses.  They also proffered specific Rule 30(b)(6) witnesses weeks ago, and have offered specific dates for those witnesses' depositions in New Orleans, Louisiana.

Three weeks later, and without notice to or consultation with the CNBM Entities, the PSC issued what it described as "streamlined" amended and supplemental notices on April 9, 2015.  Contrary to the PSC's misleading description, the new deposition notices multiplied the number and expanded the prior scope of document requests and deposition topics.  They also demanded a plethora of information relating to 66 entities and 110 newly-identified individuals, including requests for complete copies of hard drives and personnel files.  The CNBM Entities joined motions for protective orders filed by the BNBM defendants and Taishan defendants. [Rec. Doc. 18693.]  As the CNBM Entities explained then, the new notices were propounded at such a late date that compliance would have required the CNBM Entities to begin their collection and production efforts – which have been focused on responding to the originally-propounded notices – anew.

Despite numerous explanations at status conferences and in e-mails about the CNBM Entities' efforts to respond to the <u>original</u> March 19 notices, and about the difficulties of shifting course midway through their collection and production efforts, the PSC has now served these Supplemental Notices.  The PSC is on the one hand insisting on an immediate and expedited production in response to its original notices, and on the other hand distracting from the CNBM Entities' efforts to collect, review and produce thousands of documents in response to the original notices.  The 30(b)(6) deponents for each of the CNBM Entities already face difficult

tasks in preparing to testify.  For example, CNBM Group's deponent must collect extensive information from a Fortune Global 500 company in a matter of weeks.  The PSC's Supplemental Notices complicate and interfere with these efforts.

For the same reasons as stated in their Joinder of the motions for protective orders relating to the April 9, 2015 "Amended and Supplemental Notices," the CNBM Entities object to the entirety of these Supplemental Notices.  Furthermore, the topics identified in these Supplemental Notices are irrelevant to, and do not appear calculated to lead to the discovery of any admissible evidence regarding, the court-ordered discovery for the "contempt order track," or even the "damages" or jurisdictional defenses tracks.  At the last two status conferences, the Court specified that discovery taken by the PSC should be limited in the first instance to issues relating to the "contempt order" track: namely, which "affiliates" of Taishan "conduct[ed] business in the United States" and the quantification of such business – a limitation that the PSC itself has accepted and adopted.  (*See, e.g.,* Apr. 24, 2015 R.T. 23:20-24; Rec. Doc. 18806 at 1.) None of the new document requests or deposition topics contained in the Supplemental Notices bear any relevance to these matters.

Accordingly, the CNBM Entities will continue to make every effort to produce witnesses and documents responsive to the original March 19 notices, consistent with their responses and objections thereto served on the PSC on April 7, 2015.

                                                      Respectfully submitted,

                                                      /s/ L. Christopher Vejnoska

- 4 -

| | |
|---|---|
| L. Christopher Vejnoska (CA Bar No. 96082)<br>Ian Johnson (CA Bar No. 208713)<br>Andrew Davidson (CA Bar No. 266506)<br>Jason Wu (CA Bar No. 279118)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA  94105<br>Tel.:  415-773-5700<br>Fax:  415-773-5759<br>E-mail:cvejnoska@orrick.com<br>         ijohnson@orrick.com<br>         adavidson@orrick.com<br>         jmwu@orrick.com | Ewell E. Eagan, Jr. (La. Bar No. 5239)<br>Donna Phillips Currault (La. Bar No. 19533)<br>Nina Wessel English (La. Bar No. 29176)<br>Alex B. Rothenberg (La. Bar No. 34740)<br>GORDON, ARATA, MCCOLLAM,<br>DUPLANTIS & EAGAN, LLC<br>201 St. Charles Avenue, 40th Floor<br>New Orleans, LA 70170-4000<br>Tel: (504) 582-1111<br><br>E-mail: eeagan@gordonarata.com<br>         dcurrault@gordonarata.com<br>         nenglish@gordonarata.com<br>         arothenberg@gordonarata.com |

James L. Stengel (NY Bar No. 1800556)
Xiang Wang (NY Bar No. 4311114)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY, 10019
Tel:   212-506-5000
Fax:  212-506-5151
Email: jstengel@orrick.com
         xiangwang@orrick.com

Eric A. Shumsky (D.C. Bar No. 477926)
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street NW
Washington, D.C. 20005
Tel: 202-339-8400
Fax: 202-339-8500
Email: eshumsky@orrick.com

*Attorneys for CNBM Entities*

Dated**:** May 4, 2015

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Objections to the PSC's Supplemental Deposition Notices has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail and upon all parties by electronically uploading the same to File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 4th day of May, 2015.

/s/ L. Christopher Vejnoska
L. Christopher Vejnoska (CA Bar No. 96082)