**BNBM 北新建材**

# Beijing New Building Materials Public Limited Company

# Annual Report 2014

**March 2015**

EXHIBIT 5

# Section II Company Profile

## I. Company Information

| | |
|---|---|
| Stock abbreviation | Beijing New Building Materials |
| Stock code | 000786 |
| Stock Exchange | Shenzhen Stock Exchange |
| Company name in Chinese | Beijing New Building Materials Public Limited Company |
| Chinese abbreviation | Beijing New Building Materials |
| Foreign name (if any) | Beijing New Building Materials Public Limited Company |
| Foreign name abbreviation (if any) | BNBMPLC |
| Legal representative | Wang Bing |
| Registered address | A11, Sanheli Road, Haidian District, Beijing |
| ZIP code | 100037 |
| Office address | 15/F, Tower 2, Guohai Plaza, 17 Fuxing Road, Haidian District, Beijing |
| ZIP code | 100036 |
| Website | http://www.bnbm.com.cn |
| E-mail | bnbm@bnbm.com.cn |

## II. Contact information

| | Secretary of the Board | Securities Representative |
|---|---|---|
| Name | Shi Keping | Zhang Xiao (Securities Commissioner) |
| Contact address | 15/F, Tower 2, Guohai Plaza, 17 Fuxing Road, Haidian District, Beijing | 15/F, Tower 2, Guohai Plaza, 17 Fuxing Road, Haidian District, Beijing |
| Tel. | 010-68138786 | 010-68138786 |
| Fax | 010-68138822 | 010-68138822 |
| E-mail | skp@bnbm.com.cn | zhangxiao23@bnbm.com.cn |

## III. Information disclosure and preparation location

| | |
|---|---|
| The name of the information disclosure newspaper selected by Company | China Securities Journal, Securities Times, Shanghai Securities News, Securities Daily |
| URL of a website designated by China Securities Regulatory Commission for publication of the annual report | http://www.cninfo.com.cn |
| Annual Report preparation location | Security and Legal Department of the Company |

## IV. Registration changes

| | Registration date | Registration location | Business license registration number | Tax Registration Number | Organization code |
|---|---|---|---|---|---|
| First registration | May 30, 1997 | Huandao East Road South, Xisanqi, Haidian District, Beijing | 11510134 | 110108633797400 | 63379740-0 |
| Not registered during reporting period | Oct. 15, 2009 | A11, Sanlihe Road, Haidian District, Beijing | 110000005101342 | 110108633797400 | 63379740-0 |
| Change in main business of the Company since listing (if any) | No change | | | | |
| Changes in the previous controlling shareholders (if any) | No change | | | | |

## V. Other relevant information

Accounting firm engaged by company

| | |
|---|---|
| Name of accounting firm | Baker Tilly China Certified Public Accountants LP |
| Office address of accounting firm | Building #12, Foreign Languages Cultural & Creative Park, 19 West Chegongzhuang Road, Haidian District, Beijing |
| Name of signing accountant | Wen Wuxing, Mo Wei |

Sponsor institution hired by the Company for performing continuous supervision duties during the reporting period

√ Applicable □ Not applicable

| Name of the | Address of the | Name of the representative | Period of continuous |
|---|---|---|---|

6

# Section III Summary of Accounting Data and Financial Indicators

**I. Major accounting data and financial indicators**

Whether the Company makes retroactive adjustment or restatement of the accounting data for the previous year due to changes in accounting policies and accounting errors

□ Yes √ No

| | 2014 years | 2013 years | YoY change | 2012 years |
|---|---|---|---|---|
| Operating income (RMB) | 8,295,032,217.58 | 7,490,082,779.83 | 10.75% | 6,685,157,986.87 |
| Net profit attributable to shareholders of the listed company (RMB) | 1,105,451,605.15 | 905,509,806.10 | 22.08% | 676,772,240.72 |
| Net profit attributable to shareholders of the listed company after extraordinary items (RMB) | 969,898,547.76 | 818,034,178.62 | 18.56% | 635,629,054.67 |
| Net cash flows from operating activities (RMB) | 1,568,739,190.60 | 1,505,224,936.68 | 4.22% | 1,133,905,584.77 |
| Basic Earnings per Share (EPS) (Yuan/Share) | 1.818 | 1.574 | 15.50% | 1.177 |
| Diluted Earnings per Share (EPS) (Yuan/Share) | 1.818 | 1.574 | 15.50% | 1.177 |
| Weighted average ROE | 21.24% | 23.28% | -2.04% | 20.69% |
| | As of end-2014 | As of end-2013 | Increase/decrease over the end of last year | As of end-2012 |
| Total assets (RMB) | 13,372,563,052.72 | 10,588,926,913.42 | 26.29% | 9,418,313,823.73 |
| Net assets attributable to stockholders of the listed company | 7,208,238,641.78 | 4,250,240,717.95 | 69.60% | 3,527,456,066.85 |

**II. Non-recurring items and amounts**

√ Applicable □ Not applicable

Unit: RMB yuan

| Item | Amount in 2014 | Amount in 2013 | Amount in 2012 | Explanations |
|---|---|---|---|---|
| Gain or loss on disposal of non-current assets, including the write-off part for which the provision for assets impairment is made. | -3,817,652.29 | -10,414,020.53 | -20,560,717.91 | |
| Government grants (excluding the grants which are closely related to the Company's business and have the standard quota of amount or volume in accordance with the national standard) attributable to profits and losses for the period | 179,715,072.71 | 114,370,888.64 | 66,968,999.16 | |
| Gains/losses from fair value changes of trading financial assets and trading financial liabilities, and investment income from disposal of trading financial assets, trading financial liabilities and available-for-sale financial assets, except effective hedging activities related to the Company's normal operations | 11,786,243.41 | 1,043,671.24 | 1,777,724.11 | |
| Other non-operating income and expenses apart from those stated above | -2,271,348.13 | 309,765.75 | 3,479,281.74 | |
| Less: Influence amount of income tax | 31,342,532.21 | 6,887,256.02 | 7,539,906.00 | |
| Minority interest (after tax) | 18,516,726.10 | 10,947,421.60 | 2,982,195.05 | |
| Total | 135,553,057.39 | 87,475,627.48 | 41,143,186.05 | -- |

For the non-recurring items defined in Information Disclosure Interpretative Bulletin No. 1 of