n re: Chinese-Manufactured Drywall Products Liability



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 134539-0003

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Baillie Lumber Co.
Court Case No. MDL 2047

HERMAN, HERMAN, ET AL
Ms. Kate Robinson
820 O'Keefe Ave.
New Orleans, LA 70113-1116

ate of: __NEW YORK__ ) ss.
ounty of: __ERIE__ )
ame of Server: __CYNTHIA WADDELL__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

ate/Time of Service: that on the __29th__ day of __APRIL__, 20 __15__, at __11__ o'clock __A__ M

lace of Service: at 4002 Legion Drive, in Hamburg, NY 14075

ocuments Served: the undersigned served the documents described as:
Subpoena to Testify at a Deposition in a Civil Action (with production request) with Attached 30(b)(6) Amended Deposition Notice (with exhibits); Witness Fee

ervice of Process on: A true and correct copy of the aforesaid document(s) was served on:
Baillie Lumber Co.

erson Served, and lethod of Service: By delivering them into the hands of an officer or managing agent whose name and title is: __LEANAH BULLARD__

escription of erson Receiving ocuments:
The person receiving documents is described as follows:
Sex __F__; Skin Color __White__; Hair Color __brown__; Facial Hair __NO__
Approx. Age __30__; Approx. Height __5'3"__; Approx. Weight __120 lbs__

✓ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

ignature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Cynthia Waddell_
Signature of Server

Subscribed and sworn to before me this __1st__ day of __MAY__, 20 __15__

_Nicole S. Domster_
Notary Public        (Commission Expires)

**APS International, Ltd.**

Nicole S Domster
Notary Public, State of New York
Qualified in Erie County
Reg #:01D06104097
My Commission Expires April 29, 20 __16__