In re: Chinese-Manuf. Drywall Products Liab. Lit.



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 134612-0001

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
—Morgan Stanley, through its Registered Agent: The Corporation Trust Company
Court Case No. MDL 2047

HERMAN, HERMAN, ET AL
Ms. Kate Robinson
820 O'Keefe Ave.
New Orleans, LA 70113-1116

State of: __DELAWARE__ ) ss.
County of: __NEW CASTLE__ )

Name of Server: __ADAM GOLDEN__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __30__ day of __April__, 20 __15__, at __2:00__ o'clock __P__.M

Place of Service: at 1209 Orange Street, in Wilmington, DE 19801

Documents Served: the undersigned served the documents described as:
Subpoena to Testify at a Deposition in a Civil Action (with production request), with attached 30(b) Amended Notice of Deposition (with exhibits); Witness Fee

Service of Process on:
Person Served, and Method of Service:

A true and correct copy of the aforesaid document(s) was served on:
**Morgan Stanley, through its Registered Agent: The Corporation Trust Company**
By delivering them into the hands of an officer or managing agent whose name and title is: __AMY MCLAREN, AUTHORIZED TO ACCEPT__

Description of Person Receiving Documents:

The person receiving documents is described as follows:
Sex __F__ ; Skin Color __WHITE__ ; Hair Color __BROWN__ ; Facial Hair ____
Approx. Age __35__ ; Approx. Height __5'5"__ ; Approx. Weight __135__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_(signature)_
Signature of Server

Subscribed and sworn to before me this __30__ day of __April__, 20 __15__

_(signature)_ Anne M. Francia
Notary Public          (Commission Expires)

**APS International, Ltd.**

*[Notary seal: ANNE M. FRANCIA, MY COMMISSION EXPIRES Feb. 12, 2019, NOTARY PUBLIC, STATE OF DELAWARE]*

In re: Chinese-Manuf. Drywall Products Liab. Lit.



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 134612-0001

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--JP Morgan Chase & Co., through its Registered Agent:
The Corporation Trust Company
Court Case No. MDL 2047

HERMAN, HERMAN, ET AL
Ms. Kate Robinson
820 O'Keefe Ave.
New Orleans, LA 70113-1116

State of: __DELAWARE__ ) ss.
County of: __NEW CASTLE__ )

Name of Server: __ADAM GOLDEN__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __30__ day of __April__, __2015__, at __2:00__ o'clock __P.__ M

Place of Service: at __1209 Orange Street__, in __Wilmington, DE 19801__

Documents Served: the undersigned served the documents described as:
Subpoena to Testify at a Deposition in a Civil Action (with production request), with attached 30(b) Amended Notice of Deposition (with exhibits); Witness Fee

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
JP Morgan Chase & Co., through its Registered Agent: The Corporation Trust Company

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: __AMY MCLAREN, AUTHORIZED TO ACCEPT__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __F__ ; Skin Color __WHITE__ ; Hair Color __BROWN__ ; Facial Hair _____
Approx. Age __35__ ; Approx. Height __5'5"__ ; Approx. Weight __135__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_(signature)_
Signature of Server

Subscribed and sworn to before me this __30__ day of __April__, 20 __15__

_(signature)_
Notary Public          (Commission Expires)

APS International, Ltd.

_[Notary Seal: ANNE M. FRANCIA, COMMISSION EXPIRES Feb. 12, 2019, NOTARY PUBLIC, STATE OF DELAWARE]_