# EXHIBIT A

**From:** Black, David L. (Perkins Coie) [mailto:DBlack@perkinscoie.com]
**Sent:** Friday, May 01, 2015 5:36 PM
**To:** Taylor, Bernard
**Cc:** L. Christopher Vejnoska (cvejnoska@orrick.com); James L. Stengel (jstengel@orrick.com); Michael H. Barr (michael.barr@dentons.com); Eikhoff, Christy Hull; Gerald Meunier (gmeunier@gainsben.com); Alevin@lfsblaw.com; Lenny Davis (LDAVIS@hhklawfirm.com)
**Subject:** RE: Chinese Drywall--Copies of Documents
**Importance:** High

Everyone,

We have not received a response to our April 24 email below from any of the recipients of that email.  But we have received numerous "Supplemental" Cross Notices of upcoming depositions of Taishan, BNBM and CNBM entities to be held "at a mutually agreed-upon date, time and place in New Orleans…"  To participate in those depositions as the Notices would seem to require, we need copies of any documents produced and described below *as soon as possible so that we can prepare*.

If we have not received access to them by close of business on Monday, May 4,  we will seek Judge Fallon's immediate assistance in obtaining them.

Best regards,

David Black

**David Black | Perkins Coie LLP**
PARTNER
1900 Sixteenth Street Suite 1400
Denver, CO 80202-5255
D. +1.303.291.2309
F. +1.303.291.2400
E. DBlack@perkinscoie.com

---

**From:** Black, David L. (Perkins Coie)
**Sent:** Friday, April 24, 2015 3:46 PM
**To:** Bernard Taylor (bernard.taylor@alston.com)
**Cc:** L. Christopher Vejnoska (cvejnoska@orrick.com); James L. Stengel (jstengel@orrick.com); Michael H. Barr (michael.barr@dentons.com); Christina Hull Eikhoff (christy.eikhoff@alston.com); Gerald Meunier (gmeunier@gainsben.com); 'Alevin@lfsblaw.com'; Lenny Davis (LDAVIS@hhklawfirm.com)
**Subject:** Chinese Drywall--Copies of Documents
**Importance:** High

Bernard,

We represent the State of Louisiana in its Chinese Drywall suit (Case no. 2-10-cv-340) against a number of parties, including the Taishan, BNBM and CNBM defendants.  Notices for the various depositions filed in this case have been cross noticed in our case also.  As I discussed with you briefly at last Friday's monthly status conference, we intend to participate in the depositions of the defendants and request copies of any documents (and translations) that your clients, the BNBM entities and the CNBM entities provide in this case.  Please provide them to us as they are produced.  By copy of this email to counsel for the BNBM and CNBM entities, I request such documents from them.

I also request copies of the documents that are the subject of the pending PSC Motion to Strike Hogan Lovells' Designation of Documents as Highly Confidential.  As you argued last Friday and indicate at page 3 of your most recent Reply Brief (Rec. Doc. No. 18741), "The Hogan Lovell documents at issue are

already available to all counsel of record."  We do not have them.  Will you provide them to us at your earliest convenience so that we can prepare for the depositions?

Please let me know if you have questions.

Best regards,

David Black

**David Black** | **Perkins Coie LLP**
PARTNER
1900 Sixteenth Street Suite 1400
Denver, CO 80202-5255
D. +1.303.291.2309
F. +1.303.291.2400
E. DBlack@perkinscoie.com