UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT APPLIES TO ALL CASES | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**PROPOSED ORDER**

Considering the Motion of the Plaintiffs' Steering Committee ("PSC") to Compel Expedited Responses to Outstanding Discovery;

IT IS ORDERED BY THE COURT that:

1. The Taishan defendants and affiliates are hereby ordered to fully respond to all outstanding discovery requests, including all documents requested (in their original language and, if the original documents are in any language other than English, with English translations), on or before May 15, 2015;

2. On or before May 15, 2015, the Taishan defendants and affiliates must produce a chart identifying which documents are relevant to each specific document request of the PSC; and

3. The Taishan defendants and affiliates must produce privilege logs on or before May 15, 2015.

New Orleans, Louisiana, this ____ day of _____, 2015.

_____
Eldon E. Fallon
United States District court Judge

1