UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT APPLIES TO ALL CASES | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**O R D E R**

Considering the Plaintiffs' Steering Committee's Motion for Expedited Hearing on its Motion to Compel Expedited Responses to Outstanding Discovery;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the Motion to Compel Expedited Responses to Outstanding Discovery [Rec. Doc. 18818] is set for hearing on an expedited basis on the ____ day of _____, 2015, at ____ o'clock ___.

IT IS FURTHER ORDERED BY THE COURT that any responses to the Motion to Compel Expedited Responses to Outstanding Discovery [Rec. Doc. 18818] should be filed with the Court no later than _____, 2015.

New Orleans, Louisiana, this ____ day of _____, 2015.

_____
Eldon E. Fallon
United States District Court Judge