UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**FIFTH UPDATED STATUS REPORT OF THE PLAINTIFFS' STEERING COMMITTEE REGARDING DISCOVERY OF THE TAISHAN DEFENDANTS RELATED TO VIOLATIONS OF THE INJUNCTION PRONG OF THE COURT'S JULY 17, 2014 CONTEMPT ORDER AND ALTER EGO RELATIONSHIPS**

**I.   INTRODUCTION**

The Court made clear at the status conference on April 17, 2015, that in conformance with the Court's Minute Entry and Orders dated March 17, 2015,[1] the Taishan Defendants (*i.e.*, Taishan, TTP, and the BNBM and CNBM entities) must participate in and fully comply with expedited discovery requests related to (i) the identities of the affiliates and subsidiaries of Taishan Gypsum Co., Ltd. ("Taishan") and (ii) whether any of these Taishan affiliates violated the injunction prong of the Court's July 17, 2014 ("Contempt Order").[2]

This Fifth Updated Status Report[3] outlines the lack of discovery from the Taishan Defendants to date.

---

[1] Rec. Doc. No. 18493.

[2] Rec. Doc. No. 17869; *see also* Transcript of Proceedings, 7/17/2014, at p. 30 [Rec. Doc. No. 18302-3].

[3] This Fifth Updated Status Report provides additional information since the filing of the Corrected Fourth Updated Status Report filed on May 1, 2015 [Rec. Doc. No. 18806], the Third Updated Status Report filed on April 28, 2015 [Rec. Doc. No. 18773], the Revised Second

1

II. **STATUS REPORT OF DISCOVERY REGARDING TAISHAN DEFENDANTS' VIOLATIONS OF CONTEMPT ORDER AND ALTER EGO RELATIONSHIPS**

On Friday, May 1, 2015, CNBM Group and CNBM advised the PSC that a document production would arrive via Express Mail. Plaintiffs' Lead and Liaison Counsel received the document production, consisting of documents numbered CNBMGRP00000001-CNBMGRP00000938 and CNBMCO00000332-CNBMCO00000448 on May 4, 2015, and after review, the following serious deficiencies are noted:

All of the original documents, in TIF and Excel format, are in Chinese. The English translations are unintelligible, inadequate, and insufficient as produced. Most of the translations, produced in .txt format, are incomprehensible and cannot be used. For example, many e-mails that were produced originally in Chinese were only translated as to metadata, with the underlying message showing Chinese characters in the .txt file. Many others are simply a long string of text without any breaks or other discernable information as to how the document appeared to the reader in Chinese. As a result, it is impossible to discern where one document ends and the next begins. The Court ordered that documents be translated into English. We require the full English translations of all documents, together with each corresponding Chinese document, page by page.

In addition to CNBM Group's and CNBM's latest production, Taishan supplemented their previous offering with 49 documents in English. The English documents produced are offered as translations to previous productions; no new productions have been offered by Taishan.

---

Updated Status Report filed on April 24, 2015 [Rec. Doc. No. 18751] and Revised Errata to Revised Second Updated Status Report filed on April 27, 2015 [Rec. Doc. 18763].

The following outlines the status of Defendants' document productions and depositions offered as of today:

| Defendant | Number of Documents Produced | Language of Production | Witnesses Identified | Date of Witness Availability |
|---|---|---|---|---|
| CNBM Group | 298 Total Documents | English and Chinese *see above for deficiencies in translations | **30(b)(6) witness:** Guoping Zhou | May 21, 2015 |
| CNBM | 51 Total Documents | Chinese and English *see above for deficiencies in translations | **30(b)(6) witness:** CNBM Co. Zhangli Chang<br><br>CNBM Import and Export Lihe Wang<br><br>CNBM USA Shaojun Zhang<br><br>CNBM Forest Products (Canada) Jianjun Deng<br><br>**Independent Witnesses:** Peng Shou Zhangli Chang Cao Jianlin Zhangli Chang Jin Yu Hu Cui Xingtai | May 22, 2015<br><br>June 4, 2015<br><br>June 5, 2015<br><br>June 3, 2015<br><br>No Date Given May 22 or 23, 2015 No Date Given No Date Given No Date Given No Date Given |
| BNBM Group | 151 Total Documents | English and Chinese | **30(b)(6) witness:** Yanming Zhao | May 21, 2015 |
| BNBM | 366 Total Documents | English and Chinese | **30(b)(6) witness:** Yu Chen<br><br>**Independent witness:** Wang Bing | June 4, 2015<br><br>June 5, 2015 |
| Taishan and TTP | 118 Total Documents (Chinese)<br><br>49 Total Documents (English) | English and Chinese *English translations incomplete | **30(b)(6) witness:** Che Gang | No Date Given |

With respect to the 30(b)(6) witnesses and the independent witnesses identified by CNBM Group, CNBM, BNBM Group, and BNBM, the PSC has yet to receive custodial files for any identified witness. Additionally, Plaintiffs' Lead Counsel has advised CNBM Group, CNBM, BNBM Group, and BNBM that in no instance will the PSC agree to take the depositions of any witness simultaneous to that of another witness. Counsel for Taishan remains silent as to the potential dates for the one witness identified.

### III. CONCLUSION

Independent of discovery from the Taishan Defendants, the PSC has uncovered substantial evidence that the Taishan Affiliates have done business, and are continuing to do business in the United States in direct violation of the Court's injunction. Unfortunately, the inadequate and insufficient document productions from the Taishan Defendants themselves have not assisted the PSC in its efforts to conduct alter ego and contempt discovery. Moreover, the lack of documents from the Taishan Defendants will render it very difficult to take the Taishan Defendants' depositions if and when the witnesses are made available.

Dated: May 5, 2015

Respectfully Submitted,

BY:      /s/ Russ M. Herman
Russ M. Herman (LA Bar No. 6819)
Leonard A. Davis (LA Bar No. 14190)
Stephen J. Herman (LA Bar No. 23129)
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin
Fred S. Longer
Sandra L. Duggan
Matthew Gaughan
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

Gerald E. Meunier (LA Bar No. 9471)
Rachel A. Sternlieb (LA Bar No. 35338)
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com
*Co-Counsel for Plaintiffs and PSC Member*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm, LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Peter Prieto
Podhurst Orseck, PA
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Bruce William Steckler
Steckler LLP
12720 Hillcrest Road, Suite 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-4041
bruce@stecklerlaw.com

Ervin A. Gonzalez
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
Echsner & Proctor, PA
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Jerrold Seth Parker
Parker Waichman, LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Myers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@attorneys4people.com

Christopher Seeger
Scott Alan George
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Richard J. Serpe
Law Offices of Richard J. Serpe
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Victor M. Diaz, Jr.
V.M. Diaz and Partners, LLC
119 Washington Ave., Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W., Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Anthony D. Irpino
Pearl Robertson
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 5th day of May, 2015.

      Respectfully Submitted,

BY: /s/ *Russ M. Herman*
    Russ M. Herman (LA Bar No. 6819)
    Leonard A. Davis (LA Bar No. 14190)
    Stephen J. Herman (LA Bar No. 23129)
    Herman, Herman & Katz, LLC
    820 O'Keefe Avenue
    New Orleans, LA 70113
    Phone: (504) 581-4892
    Fax: (504) 561-6024
    ldavis@hhklawfirm.com

    *Plaintiffs' Liaison Counsel*
    *MDL 2047*