# LEVIN, FISHBEIN, SEDRAN & BERMAN
*Counsellors at Law and Proctors in Admiralty*

ARNOLD LEVIN
MICHAEL D. FISHBEIN
HOWARD J. SEDRAN
LAURENCE S. BERMAN
FRED S. LONGER *
DANIEL C. LEVIN
CHARLES E. SCHAFFER
AUSTIN B. COHEN *
MICHAEL M. WEINKOWITZ * †
MATTHEW C. GAUGHAN * †
KEITH J. VERRIER *
BRIAN F. FOX
LUKE T. PEPPER

510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106-3697
www.lfsblaw.com

TELEPHONE (215) 592-1500
FACSIMILE (215) 592-4663

OF COUNSEL:
SANDRA L. DUGGAN
STEWART M. WELTMAN **

\* also admitted in New Jersey
† also admitted in New York
\*\* admitted in Illinois only

May 5, 2015

**VIA ECF**

The Honorable Eldon E. Fallon
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C-456
New Orleans, LA 70130

Re:   *In re: Chinese Drywall Litigation – MDL No. 2047*

Dear Judge Fallon:

This letter is written in response to yesterday's letter of Taishan Gypsum Ltd., Co. and Tai'an Taishan Plasterboard Co., Ltd. ("Taishan"). Taishan purports to be following up on outstanding damages discovery issues related to the June 9, 2015 Assessment of Damages Hearing. Because the parties have in large measure been working cooperatively in this regard, the matters raised by Taishan are of no moment and easily addressed. Taishan discusses four discrete issues: 1) production of updated Plaintiff Profile Forms; 2) Knauf remediation program inspection reports in the possession of BrownGreer; 3) Knauf remediation and settlement information in the possession of BrownGreer; and 4) privileged draft expert reports withheld pursuant to Rule 26. Each of these issues will be addressed below.

First, the PSC has made every effort to seasonably provide to Taishan the updated Plaintiff Profile Forms that the PSC voluntarily requested class members through their private counsel to complete on an expedited basis. The updated Plaintiff Profile Form was distributed through ECF and email on April 7, 2015 to all known counsel of record and counsel were requested to voluntarily complete the form in one week, by April 15, 2015. To expedite the process and for the sake of administrative efficiency, the form was placed on the BrownGreer website, so that it could be filled in electronically and submitted. Some counsel completed the forms in hard copy, while many chose to submit the form electronically on the BrownGreer website.

**LEVIN, FISHBEIN, SEDRAN & BERMAN**

The Honorable Eldon E. Fallon
May 5, 2015
Page 2

      Aware that Taishan had requested the production of the updated Plaintiff Profile Forms in the guise of discovery requests upon Plaintiffs' expert, the PSC sought permission from all private counsel on April 29, 2015 to disclose the work-product embodied by the updated Plaintiff Profile Forms. On April 30, 2015, this Court held a discovery conference at which time the PSC was of the impression it could "probably" be in a position to produce the forms that day. But not all counsel had responded to the PSC's request for permission of April 29, and the production was delayed by one day. On May 1, the PSC produced the information contained in the updated Plaintiff Profile Forms that was received by BrownGreer in an Excel spreadsheet. That day, Taishan wrote to the PSC contending that the spreadsheet was insufficient and requested the immediate production of the updated Plaintiff Profile Forms. The PSC immediately responded by directing BrownGreer to produce the documents and also by producing forms received by Herman, Herman & Katz. The PSC's letter stated:

> In response to your letter of same date, I note that the PSC provided to your offices yesterday, consistent with my representation to the Court yesterday, the information provided in the updated Plaintiff Profile Forms. Many, if not most of these forms were completed online, electronically and, consequently, no physical form actually exists. Thus, the information provided to you is precisely the information you are requesting. This is the same type of production as the Knauf production that was made by BrownGreer which was acceptable to you.
>
> Nevertheless, the PSC has requested that Brown Greer provide to you the updated Plaintiff Profile Forms that it received in hard copy, which information was then transferred into the Excel spreadsheet you received yesterday. At your request, we could request that BrownGreer blow back the information on the Excel Spreadsheet so that it appears on individual updated Plaintiff Profile Forms, but the information that would be imparted in doing so is already in your possession. In addition, we are separately providing to you a link to the updated Plaintiff Profile Forms received by Herman, Herman & Katz, which information was incorporated into BrownGreer's Excel spreadsheet.

*See* May 1, 2015 Letter of Arnold Levin (attached hereto as Exhibit "A").

      Over the weekend, BrownGreer was preparing to produce the updated Plaintiff Profile Forms. Then, on Monday, May 5, 2015, Taishan issued its Notice of Videotaped Deposition of

LEVIN, FISHBEIN, SEDRAN & BERMAN

The Honorable Eldon E. Fallon
May 5, 2015
Page 3

Jake Woody and BrownGreer PLC. This notice requested that a plethora of documents be produced no later than Monday, May 12, including Request No. 6 ("All updated plaintiff profile forms or "Taishan Supplemental Evidence Forms," including documents and information as received by BrownGreer, as well as information regarding the timing, authorship and transmittal of same."). This duplicate request with an extended date added an unnecessary layer of complexity and delayed the production by BrownGreer of the updated Plaintiff Profile Forms. The PSC expects that this production will occur today.[1]

Second, Taishan reasserts its requests that Knauf agree to produce (or have BrownGreer produce) inspection reports paid by Knauf that relate to properties that include class members. Counsel for Knauf has responded to Taishan's requests and the matter is being presented to Mr. Miller's client for review. The PSC has no doubt that Mr. Miller will promptly advise of Knauf's position.

Third, like the inspection reports created by Knauf, Taishan seeks proprietary data of Knauf that relates to remediation and settlement information of class members. Knauf and BrownGreer have reached an accommodation to produce this information to Taishan only with respect to Taishan class members. This matter is known to BrownGreer and the PSC has no doubt that BrownGreer is promptly acting upon the request.

Fourth, during the April 30, 2015 discovery conference, the parties advised the Court of certain discovery disputes involving privileged communications between its experts Mr. Wright

---

[1] Taishan's renewed request to preclude class members from recovering damages from the Taishan defendants for failure to voluntarily complete the updated Plaintiff Profile Form is not grounds for dismissal or preclusion. All plaintiffs on the Omni Complaints have a right of recovery as a result of the Taishan Defendants' deliberate and strategic decisions to allow default judgments to be entered against them. Even those plaintiffs named on Omni Complaints who are not class members have unimpaired rights to pursue their claims even though they are only capable of individual calculation (as opposed to being capable of aggregate calculation), and should not be prejudiced from recovering in default proceedings simply because their updated profile form is incomplete.

Relying upon *Carrera v. Bayer Corp.*, 727 F.3d 300, 307 (3d Cir. 2013), Taishan similarly exaggerates its due process right to challenge proofs used by Plaintiffs. The Third Circuit has recently criticized the principles espoused in *Carrera*, limited that case's holding ("*Carrera* does not suggest that *no* level of inquiry as to the identity of class members can ever be undertaken"), and permitted simple identifying information, like the updated Plaintiff Profile Forms, to be used as a surrogate for class membership. *See Byrd v. Aaron's Inc.*, 2015 WL 1727613, *11 (3d Cir. April 16, 2015).

**LEVIN, FISHBEIN, SEDRAN & BERMAN**

The Honorable Eldon E. Fallon
May 5, 2015
Page 4

and Mr. Inglis. Following the hearing, the PSC revisited its position and agreed to avoid the need to withhold documents on such grounds and produce a privilege log. Instead, the PSC produced all such communications, subject to one caveat: attachments of draft expert reports subject to Rule 26(b)(4)(B) would not be produced. *See* May 1, 2015 Email of Richard Lewis (attached hereto as Exhibit "B"). The PSC submits that by Rule such documents "regardless of the form in which the draft is recorded" are not subject to production. *See also* Rule 26(b)(4)(B) 2010 Amendment Notes ("The addition of Rule 26(b)(4)(B) is designed to protect counsel's work product and ensure that lawyers may interact with retained experts without fear of exposing those communications to searching discovery.").

In conclusion, the matters raised by Taishan primarily address disputes between Taishan and Knauf. The issue of production of updated Plaintiff Profile Forms is resolved, and Taishan's request for draft expert reports is baseless as being prohibited by Rule.

The PSC will be prepared to discuss these and all other matters at the next scheduled discovery Conference set for May 7, 2015.

Respectfully,

**ARNOLD LEVIN**
**RUSS M. HERMAN**

/mmh

Enc.

cc: Russ M. Herman, Esquire (via ECF)
Gerald E. Meunier, Esquire (via ECF)
Christopher Seeger, Esquire (via ECF)
Richard Lewis, Esquire (via ECF)
Kerry Miller, Esquire (via ECF)
Alan Weinberger, Esquire (via ECF)
Harry Rosenberg, Esquire (via ECF)
C. Michael Moore, Esquire (via ECF)
Gene R. Besen, Esquire (via ECF)
Richard L. Fenton, Esquire (via ECF)
Leah R. Bruno, Esquire (via ECF)
Michael H. Barr, Esquire (via ECF)

**LEVIN, FISHBEIN, SEDRAN & BERMAN**

The Honorable Eldon E. Fallon
May 5, 2015
Page 5 _____

      Justin N. Kattan, Esquire (via ECF)
      L. Christopher Vejnoska, Esquire (via ECF)
      Ian Johnson, Esquire (via ECF)
      Andrew Davidson, Esquire (via ECF)
      Jason Wu, Esquire (via ECF)
      James L. Stengel, Esquire (via ECF)
      Xiang Wang, Esquire (via ECF)
      Eric A. Shumsky, Esquire (via ECF)
      Bernard Taylor, Esquire (via ECF)
      Michael Kenny, Esquire (via ECF)
      Christy Eikhoff, Esquire (via ECF)
      Ewell E. Eagan, Jr., Esquire (via ECF)
      Donna Phillips Currault, Esquire (via ECF)
      Nina Wessel English, Esquire (via ECF)
      Alex B. Rothenberg, Esquire (via ECF)