# EXHIBIT A

# LEVIN, FISHBEIN, SEDRAN & BERMAN
*Counsellors at Law and Proctors in Admiralty*

ARNOLD LEVIN
MICHAEL D. FISHBEIN
HOWARD J. SEDRAN
LAURENCE S. BERMAN
FRED S. LONGER *
DANIEL C. LEVIN
CHARLES E. SCHAFFER
AUSTIN B. COHEN *
MICHAEL M. WEINKOWITZ * †
MATTHEW C. GAUGHAN * †
KEITH J. VERRIER *
BRIAN F. FOX
LUKE T. PEPPER

510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106-3697
www.lfsblaw.com

TELEPHONE (215) 592-1500
FACSIMILE (215) 592-4663

OF COUNSEL:
SANDRA L. DUGGAN
STEWART M. WELTMAN **

* also admitted in New Jersey
† also admitted in New York
** admitted in Illinois only

May 1, 2015

**VIA EMAIL**

Michael P. Kenny, Esquire
Alston & Bird, LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424

  Re: *In re: Chinese Drywall Litigation – MDL No. 2047*

Dear Mr. Kenny:

  In response to your letter of same date, I note that the PSC provided to your offices yesterday, consistent with my representation to the Court yesterday, the information provided in the updated Plaintiff Profile Forms. Many, if not most of these forms were completed online, electronically and, consequently, no physical form actually exists. Thus, the information provided to you is precisely the information you are requesting. This is the same type of production as the Knauf production that was made by BrownGreer which was acceptable to you.

  Nevertheless, the PSC has requested that Brown Greer provide to you the updated Plaintiff Profile Forms that it received in hard copy, which information was then transferred into the Excel spreadsheet you received yesterday. At your request, we could request that BrownGreer blow back the information on the Excel Spreadsheet so that it appears on individual updated Plaintiff Profile Forms, but the information that would be imparted in doing so is already in your possession. In addition, we are separately providing to you a link to the updated Plaintiff Profile Forms received by Herman, Herman & Katz, which information was incorporated into BrownGreer's Excel spreadsheet.

**LEVIN, FISHBEIN, SEDRAN & BERMAN**

Michael P. Kenny, Esquire
May 1, 2015
Page 2

      Should additional updated Plaintiff Profile Forms be made available to us, we will promptly provide them to your offices.

                                     Very truly yours,

                                       ARNOLD LEVIN

/mmh
cc: Bernard Taylor, Esquire
     Christina Hull Eikhoff, Esquire
     Alan Weinberger, Esquire
     Harry Rosenberg, Esquire
     Russ M. Herman, Esquire
     Chris Seeger, Esquire
     Gerald E. Meunier, Esquire
     Leonard A. Davis, Esquire
     Jake Woody, Esquire