# EXHIBIT B

## Fred Longer

| | |
|---|---|
| **From:** | Anna Galloway [agalloway@hausfeld.com] on behalf of Richard S. Lewis [rlewis@hausfeld.com] |
| **Sent:** | Friday, May 01, 2015 2:10 PM |
| **To:** | mike.kenny@alston.com; christy.eikhoff@alston.com |
| **Cc:** | gmeunier@gainsben.com; Fred Longer; Christopher Seeger; Richard S. Lewis |
| **Subject:** | Meet & Confer Follow-up and Supplemental Production |

Dear Counsel,

As discussed during Wednesday's meet and confer and yesterday via phone and email with Gerald Meunier, we have agreed to produce correspondence between Berman&Wright and BrownGreer and internal communications between Ronald Wright and George Inglis that are responsive to Defendants' document requests. A folder including this correspondence will be added to the dropbox folder that Defendants were given access to on Monday, April 27, 2015 in a separate folder labeled "Supplemental Production – May 1, 2015." The supplemental production will also include the items we agreed on Wednesday to produce – specifically, additional reports and field notes kept by Wright and Inglis and the square footage spreadsheets in Microsoft Excel format underlying both the October 2014 Wright Report and April 2015 Inglis Report.

Please note, some of the correspondence we are producing in supplemental production <u>does not include</u> attachments to the emails we have agreed to produce. Those attachments are draft versions of the expert report (specifically, Ex. 10 to the Inglis Affidavit and a draft version of Inglis' Affidavit) which are subject to Rule 26 (b)(4)(B) protection. Please call me if there are any questions.

Regards,
Richard Lewis


**Anna Galloway**
Legal Secretary
agalloway@hausfeld.com



1700 K Street, NW
Suite 650
Washington, DC 20006
Direct: 202-540-7162

Fax: 202-540-7201
www.hausfeld.com

This electronic mail transmission from Hausfeld LLP may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.