UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

## ORDER

Upon consideration of the Plaintiffs' Steering Committee's Motion to Set Briefing Schedule, it is hereby Ordered that the PSC is excused from responding to motions of Beijing New Building Material (Group) Co., Ltd. and Beijing New Building Materials Public Limited Company to dismiss complaints pursuant to Rules 12(b)(2) and 12(b)(5) (Rec. Doc. Nos. 18777 & 18776), and the joint motion to vacate entries of Preliminary default (Rec.Doc. 18774), until after the conclusion of the proceedings contemplated for June 9, 2015.  At an appropriate time, the Court will set out a schedule for jurisdictional discovery and a briefing schedule.

NEW ORLEANS, LOUISIANA THIS _____ day of May, 2015.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE