UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAGISTRATE JUDGE |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. : | WILKINSON |

**THIS DOCUMENT RELATES TO:**  ALL CASES

## ORDER

Before the Court are motions to enforce the injunction from Defendants Banner Supply and INEX against Plaintiffs Lorenzo Alvarez, Fransisca Salas, Lucinda Davis, and Gregory and Joan Scott. (Rec. Docs. 18786, 18788).

**IT IS ORDERED** that these motion are set for hearing, with oral argument, immediately following the Monthly Status Conference on May 20, 2015.

**IT IS FURTHER ORDERED** that responsive briefing to this motion must be filed on or before May 12, 2015.

**IT IS FURTHER ORDERED** that Defendants' Liaison counsel shall notify counsel for these Plaintiffs of the hearing.

New Orleans, Louisiana, this 30th day of April, 2015.

_____

UNITED STATES DISTRICT JUDGE