# EXHIBIT "A"

Quamnet.com華富財經                                                                                                 Page 3 of 5

2015年5月6日 星期三 01:35

QUAMNET OUTSTANDING ENTERPRISE 2014
傑出榮譽受托人服務機構
員工股份激勵計劃2014

交通銀行信託有限公司
BANK OF COMMUNICATIONS TRUSTEE LIMITED
交通銀行信託有限公司

| 登入名稱 | 登入名稱 | 密碼 | | Quam工具 | English | 繁體 | 簡体 |

主頁 | 新聞 | 報價 | 市場 | 股票系列 | 窩輪牛熊證 | 名家經綸 | 地產專頁 | 外匯 | 產品訂購 | 刊登證司公告

**資訊中心**

**中國建材 (3323)**
(地產建築業 - 建築)
HSI: 27755.54 ▼368

**9.09**
▼ 0.32 (3.4%)
截至16:05 2015
年5月5日

開市價: 9.54　　成交量: 46.02M　市盈率: 6.63
最高: 9.55　　成交額: 423.13M　　周息率: 2.3%
最低: 9.07　　52週最高: 9.85　　市值: 27.09B
上日收市價: 9.41　　52週最低: 6.70　　每股淨值: 9.397
買入: 9.09　　賣出: 9.11　　每手股數: 2,000

CNBM

**市場最新消息**

| 香港 | 中國亞洲 | 全球 | 更多指數 |

恒指 5月5日 ⊙ 368

**27,756**

國企指數　14,078 ▲382
紅籌指數　5,495 ▼94
恆指波動指數　368

監視表
查看你的監視表和組合



上市公司搜尋
公司名稱 | 代號
行業分類
☑全部 　□文章 　□簡介
□報價 　□主席
全部 >

人物搜尋
人物名稱
☑全部 　□文章 　□董事局
□簡介 　□相關公司
全部 >

進階搜尋
日期由 | 全部
關鍵字
代號

**簡介**

**主要業務**

主要經營水泥、輕質建材、玻璃纖維及複合材料以及工程服務業務。

**最新業績**

截至2014年12月31日止12個月全年業績，公司擁有人應佔溢利為 59.6億元人民幣，同比增幅 3.5%。每股基本盈利 1.0964元人民幣。派末期股息每股 0.165元人民幣。期內，營業額上升 3.7% 至 1,220.1億元人民幣，毛利率增加 1.7% 至 27.3%。(公布日期: 2015年03月24日)

**業務回顧 - 截至2014年12月31日止年度**

**水泥分部**

2014年，全國經濟增長繼續放緩，房地產投資增速大幅下滑，固定資產投資增速降至近十年來最低點。受此影響，全國水泥總產量24.8億噸，同比增長2.3%，水泥行業進入需求平台期。全國水泥價格整體呈現前高後低，水泥產能利用率有所降低，水泥行業經濟效益基本穩定。

中央政府堅決落實化解水泥等行業產能嚴重過剩矛盾的決策部署，針對國發[2013]41號文，出台了相關過剩產能過剩政策的嚴格細則和配套措施，水泥限新增並取得實質性進展，這將有利於壓縮過剩產能、收緊供給。另一方面，政府愈加重視大氣污染治理，積極淘汰落後產能，推進北方地區水泥企業實施冬季錯峰生產，推動企業節能減排、減量發展。2014年全國水泥行業投資同比下降19.4%，新增熟料產能7,030萬噸，同比下降25%，淘汰落後水泥產能約4,100萬噸。同時，中央政府出台政策、稅收優惠政策鼓勵企業兼併重組，大企業繼續引領行業整合，集中度進一步提升，新型干法水泥熟料前十家企業市場集中度為52%。(資料來源: 國家統計局、工信部、>中國水泥協會)

2014年，本集團水泥板塊積極應對行業需求增速大幅下滑、供需矛盾加劇的局面，全面推進「整合優化、增效降價」，堅決落實「穩價、降本、收款」。一是深入市場優價格，緊盯KPI，不斷強化數字化管理和績效考核，針對下半年旺季不旺的嚴峻形勢，緊貫開展「百日經營計劃」，以措標樹立經營旗幟經驗，堅持「PCP」經營理念，全方位開展市場營銷，積極推進立體競合的精細經營，促進區域市場供需平衡。二是開展深度管理整合，全面實施成本費用的計劃，持續推進精益生產、精細管理和技術改造，深化「五集中」管理，有效降低生產成本: 推進「機構精簡、人員精幹」，優化股權設置、減少管理鏈條，推動區域公司和基層企業整合，減少機構和人員，提高勞動生產率和管理效率; 強化應收賬款管理和庫存管理，確保回款質量和比量; 三是創新合重組模式，強化資源整合，通過參股、合資、託管、租賃等方式，進一步交資核心利潤區。截至2014年底，水泥產能達4億噸，商品混凝土產能4.13億立方米。

**中聯水泥**

中聯水泥繼續堅持「PCP」經營理念，創新自律減排模式，促進市場供需平衡; 通過水泥和商品混凝土市場聯動機制，實現主產品量價穩中有升。

力，加強零售及家裝市場、維修市場和小微客戶拓展，實現龍牌和泰山牌石膏板的銷量和利潤穩步增長。

在聚焦區域、聚焦一線的基礎上，全面推進深度管理整合，實現業務轉型升級，推行市場化改革，經營理念轉為「以客戶為中心」；構建高效、精幹的管理體系，實現營銷團隊的全面融合，充分發揮渠道共享的優勢，提高運行效率和市場競爭力。加強技術創新，打造國際領先產品，持續提升品牌價值；通過投資效益對標管理，全面打造「六星企業」示範基地。

玻璃纖維及複合材料分部

複合材料業務

中國複材緊抓風電行業結構調整和市場回暖的有利時機，加強市場營銷，加快開發新的客戶群體，努力開拓國際市場，主產品銷量較大幅度增長；根據市場發展趨勢，加快調整風機葉片的產品結構，搶佔技術新高點，通過自主創新和技術升級，開發10個系列的40個葉型品種，有效拓寬市場範圍，自主研發的國內最長風電國際先進的75米6兆瓦風機葉片成功下線，為中國海上大功率風電機組國產化工作奠定了基礎。

推進深度管理整合，實現降本增效；強化收款、存貨和資金管理，提高資金使用效率。

玻璃纖維業務

中國巨石緊抓玻璃行業復蘇的有利時機，繼續推進產品結構、銷售結構和庫存結構調整，進一步提升高端產品比重，增加優質客戶比重，有效控制庫存總量；積極發揮總部資源整合優勢，實現「銷售、採購、財務、人事、技術」統一管理，有序推進機構整合，落實「三定」工作，提升勞動生產率；持續實施「增節降工作法」，生產成本進一步下降，實現量價齊升；加大產品創新力度，堅持高端化戰略，以產品的差別化生產取得更大效益。

不斷完善全球產業佈局，穩步推進「走出去」戰略，埃及年產8萬噸無城玻纖池窯拉絲生產線成功投產，產能利用率和產銷率均達100%，進一步提升企業競爭力和國際影響力。

工程服務分部

中國建材工程以核心技術為依託，緊抓市場經營和科技創新，保增長、促轉型，收入和利潤實現穩步上升。玻璃工程技術領域，大力實施「走出去」戰略，「做精、做細、做強」傳統浮法玻璃，圍繞特種玻璃、新型玻璃等高端玻璃開展研發；水泥工程技術領域，以精求強，不斷拓展海外市場，新能源工程技術領域，依靠EPC成功經驗及產業鏈協同，實現企業轉型升級；節能環保平台領域，緊抓行業產業升級和節能減排需求，持續推動綠色發展。

以向改革創新要活力、向結構調整要助力、向精細管理要效益為原則，全面推進深度管理整合。

業務展望 - 截至2014年12月31日止年度

2015年，中央政府將繼續堅持穩中求進工作總基調，保持宏觀政策連續性和穩定性，繼續實施積極的財政政策和穩健的貨幣政策，保持經濟運行在合理區間。我國仍有很大投資空間，特別是水利、棚戶區改造、鐵路與公路、城市管網等基礎設施方面，中央重點實施的「一帶一路」、京津冀協同發展、長江經濟帶三大支撐帶戰略組合將拉動新一批重點項目的啟動；同時，隨著貨幣政策進入降息降准的通道，將拉動對實體經濟的支持，房地產市場將逐步復蘇，行業將延續平台期趨勢，總體需求保持穩定。

另一方面，隨著新增產能逐進一步放緩，政府淘汰落後產能力度持續加大，取消低標號水泥政策和水泥工業污染物排放新標準的逐步實施，以及大企業以行業自律和市場整合壓對產能過剩問題進一步達成共識，產能過剩問題得到緩解。

2015年，本集團將繼續堅持「整合優化、增效降債」工作思路、「早、細、精、實」工作原則、「四抓四控、四增四減」工作重點、「穩價、降本、收款、壓庫」四條主線，紮實推進生產經營、深度管理整合、企業改革、轉型升級，確保全面完成2015年各項任務和目標。

一是強化「穩價、降本、收款、壓庫」。堅持「PCP」經營理念，積極開展立體

競合、精細競合，推行錯峰生產、自律減排，促進行業供需平衡；堅決落實成本費用節約計劃，通過組織優化、技術改造、資源整合等方式降低成本，堅持目標導向，落實責任，加強清收，嚴控應收賬款；降低原材料、產成品、備品備件等庫存。

二是持續推進深度管理整合。強化精益生產、精細管理和管理改進，深化「三五」管理，特別是「五集中」管理，堅持「機構精簡、人員精幹」原則，推進組織機構優化和「三定」工作，提高勞動生產率和管理效率。

三是控制負債水平。嚴格遵循資本開支原則，穩步推進資本運營，創新融資模式，優化債務結構，降低融資成本。

四是著力推進結構調整和轉型升級。推進水泥向「高標號化、特種化、商品混凝土化、製品化」方向轉型，促進水泥、商品混凝土等行業標準提升，加快發展「新型建材、新型房屋、新能源材料」領域產品的產業佈局；創新參股、租賃、託管等有利於鞏固市場份額的重組模式；加快製造業向製造服務業延伸。

**資料來源: 中國建材 (03323) 全年業績公告**

相關文章

中國建材(3323)附屬北新建材首季純利減少10.18%至8056萬人民幣 15年4月24日
QuamAlpha 突破: 14/4/2015 14:47 中國建材(3323)穿浮灘止跌 15年4月14日
QuamAlpha 突破: 14/4/2015 09:45 中國建材(3323)浮灘止跌已更新 15年4月14日
QuamAlpha 突破: 14/4/2015 09:30 中國建材(3323)啟動假假突破, 浮灘止蟀等待更新 15年4月14日
QuamAlpha 突破: 13/4/2015 13:55 中國建材(3323)升穿首目標 15年4月13日

管理層

宋志平 主席
曹江林 副席
彭壽 副總俠
宋志平 執行董事
曹江林 執行董事
吳殿生 獨立非執行董事
李德成 獨立非執行董事
崔星太 執行董事
方勳 獨立非執行董事
郭朝民 非執行董事
常張利 執行董事
馬忠壁 獨立非執行董事
崔麗君 非執行董事
黃鵬德 獨立非執行董事
黃安中 非執行董事
彭壽 執行董事

華富財經：　　　　　　　　　　　　　　　　　　　　　　　　　　　　創辦成員：

常見問題｜網頁指南｜關於我們｜聯絡我們｜刊登廣告｜職位空缺｜免責聲明｜私隱政策　　繁體中文 ▽

Global Alliance PARTNERS
Bridging the gap in the world market

華富集團：

Quam 華富國際　　Quam 華富嘉洛企業融資　　Quam 華富嘉洛證券期貨　　Quam Private Wealth 華富嘉洛私人財富管理　　QuamIR 投資者關係　　Quam 華富嘉洛資產管理

**免責聲明：**

有關此上報價服務（「報價服務」）的數據中，股票現價、成交及走勢部份由由香港聯合交易所有限公司（「聯交所」）及/或 HKEx Information Services Limited（「聯交所資訊服務」）所提供。以上數據的任何新資料來源即時由聯訊財經（香港）有限公司執行（「策訊財經）提供數據」）。

聯交所及策訊財經（香港）有限公司可對有關報價數據及策訊財經提供數據準確及可靠，但不保證該等數據的準確性及可能性，亦不會對任何損壞賠不確定損壞而引致之損失或損害承擔任何責任（不論是侵權或合約、合約訂定或其他責任）。

以上資料由本公司的投資顧問所撰寫資料僅供投資者參考用途，惟並無偏見任何個人之需資投資建議，投資涉及風險，閣下參考上，本公司及資料提供者針對以上資訊的準確性或可靠性概不作出不會作任何明確或暗示之認可或擔保以及對錯誤或遺漏將承當職等責任。

此文件所載資料均由匯聚顯資料供不之，前述資料若引自外部提供內容須行自行作出的獨立、獨立驗核及交易判斷干不作任何保證。關係連約前 圖證。關訊與投資風險相關係上負任何投資決定須加作參商。 但不保證任何投資判斷諸資不具資訊。日匯聚等未能數訊的均性者是聚可得收與資產的明示。 暗示、隱不所提供的數據所顯的均受是聚可得收本資產的明示、暗示、隱示。因本文件所載聲的任何明確以至暗示的資訊任何保證，以及接送任商之資料做資。 前之關注閣所關相關連文件的數據連接或交接資計的任何做資料前做投資風險投資決斷。

© 1998-2015 Quamnet.com Quam(H.K.)Limited。版權所有，不得翻載Quamnet.com、Quam(H.K.)Limited、及其網存和高風供應商，均為提供準則可能的資料，迅力提供準確可靠的資料。資料如有遺漏之處而產生之閣下損失。本公司概不負。

策訊由：策訊財經(香港)有限公司。地址：香港中環皇后大道中29號華懋17樓18樓。

**MyQuamnet華富財經免費會員服務可享：**
【免費即時股票報價】【股票圖表分析】【圖表】【港股圖表】【行業比較】【港股資料】【認股證】【窩輪】【牛熊證】【預托證券】【即時財經新聞】
【財經新聞】【股市新聞】【港股新聞】【美股新聞】【港交所新聞】【新股】【港股分析】【股票監視表】【投資組合】【財經講座】【投資講座】【外匯】【匯率】

**Quamnet華富財經資訊範圍：**
【港股】【股票報價】【買入價】【賣出價】【現價】【開市價】【昨日收市價】【每手股數】【市值】【市盈率】【市賬率】【市帳率】【即時報價】【過往股價】
【最高價】【最低價】【52週高位】【52週低位】【買方動力】【賣方動力】【股價升跌幅】【成交量】【成交額】【認股證報價】【窩輪報價】
【牛熊證報價】【財經】【金融新聞】【大手成交】【圖表分析】【技術分析】【上市公司資料】【港股股評】【港股報價】【招股】
【新股上市消息】【異動股】【恒生指數】【創業板】【國企指數】【紅籌指數】【深圳AB股指數】【上海AB股指數】【恒生中國企業指數】
【香港AH股溢價指數】【外匯】【環球商品期貨】【公告】【股評】【財經專欄】【大行報告】【深圳股市】【上海股市】【香港伊斯蘭指數】
【股市策略】【監察器】【工商界】【金融】【投資】【電訊】【媒體】【科技】【醫療保健】【運輸】【能源】【地產】【公用】【資產管理】
【證券買賣】【個人財經建議方案】【美股】【商品交易所買賣基金】【ETFs】【期指】【日圓】【美元】【歐元】【英鎊】【澳元】【紐元】【加元】【期貨商品】

**訂閱服務：**
【華富股評系列】【華富股評】【問與答】【名家縱論】【華富財智】【華富股評升級版互動投資顧問】【異動訊號】【窩輪監察器】【投資工具】【股票監察器】【股票報價器】
【警告資料庫】【期指監察服務】【穩定增長組合】【進取增長組合】【基金分析】【財富管理】【市場分析】【投資基準】【紅籌股】【國企股】【債券】【中、短線股票投資建議】
【交易贏場】【林志江】【力哥】【中短線投資者】【決戰正回報組合】【研究部贏家組合】【文易廣場龍輪組合】【股市透視】【股海尋金】【即市消息股】【最新買賣訊號】
【大戶動向】【新股半新股追擊】【英明智富】【英明智富實除家版】【美國氛】【開市前瞻】【渦系縱股】【渦家期】【每週大市評論】【中、長線股票投資建議】【艾疇日誌】
【艾疇】【東尼投資縱橫】【價值透視】【林少陽】【價值透視升級版】【每日股票】【宏觀視野】【捕捉先機】【陳志尚】【經濟前瞻】【見微知勢】【陳寶良】【紅變】【投資監察名單】【市市解密】【何保】【匯市評論】【龐如灼見】【龐寶林】【環球大市分析】【每週市場分析】【模擬股票組合】【模擬基金組合】【策略更新】【股指兵法】【張士佳】



**CNBM (3323)**

HSI: 27755.54 ☑ 368

**9.09**
☑ 0.32 (3.4%)
As of 16:05 05 May
2015

Quotes are delayed by at least 15 minutes.

| | | | |
|---|---|---|---|
| Open: | 9.54 | Volume: | 46.02M |
| Day High: | 9.55 | Turnover: | 423.13M |
| Day Low: | 9.07 | 52Wk High: | 9.85 |
| Prev. Close: | 9.41 | 52Wk Low: | 6.70 |
| Bid: | 9.09 | Ask: | 9.11 |

P/E: 6.63
Yield: 2.3%
Mkt Cap: 27.09B
NAV: 9.397
Board Lot: 2,000

**Profile**

**Principal Activities**

Mainly engaged in the cement, lightweight building materials, glass fiber, composite materials and engineering services businesses.

**Latest Results**

The Group's profit attributable to shareholders for the year ended 31-12-2014 amounted to RMB 5.96 billion, an increase of 3.5% compared with previous corresponding period. Basic earnings per share was RMB 1.0964. A final dividend of RMB 0.165 per share was declared. Turnover amounted to RMB 122.01 billion, an increase of 3.7% over the same period last year, gross profit margin up 1.7% to 27.3%. (Announcement Date: 24 Mar 2015)

**Business Review - For the year ended December 31, 2014**

**Cement Segment**

In 2014, the national economic growth continued to slow down, along with a significant decline in investment in the real estate industry, which led to the lowest record of the growth rate of investment in fixed assets in the recent decade. As a result, national cement production increased by 2.3% year on year to 2.48 billion tonnes, which indicated that the demand of the cement industry has entered to a static stage. The national cement price generally started high but ended low in the year, and cement capacity utilization rate also decreased. Overall, the profit of the cement industry maintained stable. The central government of the PRC has firmly carried out the decision on resolving the issue of severe overcapacity in the cement and other industries. It launched relevant implementation rules and measures on the prevention of overcapacity on top of the document Guo Fa [2013] No. 41 (國發[2013]41號文件), with real progress in upgrading the cement standard, which could facilitate overcapacity reduction and supply control. Besides, the state was placing more emphasis on the control of air pollution, progressively cutting down obsolete production capacity, promoting paced production of cement enterprises in the northern region in the winter and encouraging enterprises to achieve energy saving, emissions reduction and development with reduced capacity. In 2014, the investment in the cement industry of China decreased by 19.4% over the last year. The newly-added production capacity of clinkers was 70.3 million tonnes, representing a year-on-year decrease of 25%, with a total phased out obsolete cement production capacity of approximately 81 million tonnes. Meanwhile, the central government of the PRC encouraged the merger and restructuring of enterprises by launching financing and tax preferential policies. Major enterprises continued to lead industrial consolidation which further increased industry concentration, while the total market shares of top ten cement companies reached 52% in term of NSP clinker production capacity. (source of information: NBS, MIIT and China Cement Association)

In 2014, the cement segment of the Group actively dealt with significant decline in demand and widened gap between supply and demand. It comprehensively implemented the principle of "integration and optimization, profit raising and debt reduction" and firmly executed the three main lines of "price stabilization, cost reduction and receivables collection". Firstly, it stabilized price, closely monitored KPI, continuously strengthened digitalization in management, benchmark management and commenced the "100-Day Operation Plan", which made use of indicators to monitor operating performance, with an aim to respond to the severe operating environment of slow demand during peak season. It also insisted on the business ideology of "PCP" by launching marketing campaigns on all aspects and progressively cultivated high-level and meticulous co-opetition, which promoted the balance between supply and demand in regional markets. Secondly, deep management integration was carried forward by fully implementing the cost and expense control plan, continuously developing lean production, delicacy management and upgraded technology, and strengthening "Five C" management in an order to effectively reduce production cost. Besides, it promoted the principle of "simplified organization and capable personnel" by optimizing shareholding structure, reducing management hierarchy levels, encouraging integration of regional companies and grassroots enterprises, cutting down organizations and staff to improve labor productivity and management efficiency. Furthermore, it strengthened receivables management and inventory management in order to ensure the quality and the quantity of collected receivables. Thirdly, it reformed

consolidation and restructuring model and put emphasis on resources integration to solidify the core profit-generating regions by way of equity participation, joint venture, entrustment and lease. As at the end of 2014, the production capacity of cement reached 400 million tonnes, whilst that of commercial concrete reached 413 million m3.

### China United

China United adhered to the "PCP" business ideology, innovated self-discipline emission reduction model and promoted the balance of supply and demand in the market. Benefited from the synergy between cement and commercial concrete business, there was a stable improvement in the sales volume and price of major products.

China United fully promoted management integration and established a segmental management system based on the core profit-generating regions according to the principle of "simplified organization and capable personnel" and fully implemented the works on "Three Formulations" so as to enhance management efficiency and labor productivity. Through benchmark management and the counselor system, it progressively initiated the new technology on energy conservation and emission reduction and increased the consolidated utilization level of waste, which further optimized the energy consumption index and achieved energy saving and consumption reduction. It also leveraged the economic scale of cement and commercial concrete operation to realize procurement centralization for cost reduction. Besides, it also strengthened its management on receivables and inventory, optimized the system of collection and settlement, lowered the opportunity of fund misappropriation, which effectively controlled the receivables proportion.

Through the innovative consolidation and restructuring model, project construction, stock assets optimization, the bargaining power of China United gradually improved. As at the end of 2014, the production capacity of cement reached 101 million tonnes, whilst that of commercial concrete reached 183 million m3.

### South Cement

South Cement adhered to the business ideology of "PCP" with marketing as the priority while strengthening self-discipline and market integration by promoting co-opetition at all directions and all levels. It mitigated the degree of reduction in cement price through inventory control in low season and grasped the chance to raise price during peak season. It carried out the segmentation of market and customer base so as to increase the rate of winning bids for key projects and consolidate market share.



South Cement continuously promoted comprehensive management integration and fully implemented the plan on cost and expense control. Based on the principle of "simplified organization and capable personnel", it encouraged combined management of enterprises and optimized organizational structure and promoted regional integration of commercial concrete business, which effectively enhanced labor productivity. It also promoted lean production, deepened benchmark management and counselor system and upgraded technology with an aim to reduce consumption and cost. In addition, based on the strategic cooperation with major suppliers, it made full use of its economic scale to broaden procurement channels and control inventory on raw materials so as to significantly reduce procurement cost. More emphasis was put on the centralized management of capital to achieve integration of finance and business in order to increase efficiency of funds utilization. Furthermore, it strengthened management on receivables and closely monitored the settlement system and assessment on specialized items to effectively prevent risks of receivables.

South Cement steadily promoted consolidation and restructuring, further extended the industry chain and put more efforts in the integration of resources and logistics to enhance sustainable competitiveness. As at the end of 2014, the production capacity of cement reached 148 million tonnes, whilst that of commercial concrete reached 199 million m3.

### North Cement

North Cement overcame the unfavorable condition of the slowdown in market demand and insisted on the "PCP" business ideology, strengthened marketing management, continuously optimized the marketing model, which increased rate of winning bids for key projects. Besides, it actively promoted and implemented paced production, which promoted the balance between supply and demand in the market and the sustainable development of the industry.

North Cement proactively promoted deep management integration and strengthened "Five C" management. Through the accountability system for each management area, it optimized the main elements of internal control management to achieve centralized management of staff, funds, procurement, production and sales and reduce costs on procurement, production and logistics, which enhanced the management efficiency on staff and funds. Based on the principle of "simplified organization and capable personnel", it integrated and optimized the regional market, implemented the works on "Three Formulations" to enhance operating efficiency with a gradually improved competitive edge. In addition, it fully executed the plan on cost saving and achieved energy saving and consumption reduction through technology upgrade and optimization of energy consumption indicators. It also strengthened the management on receivables collection, which effectively reduced receivables proportion.

North Cement innovated the consolidation and restructuring model to achieve capital integration among major enterprises through holding shares in major enterprises in the region. It increased its market shares by leasing and entrusting grinding stations, etc., which played an important role to consolidate the core profit-generating regions. As at the end of 2014, the production capacity of cement reached 33 million tonnes, whilst that of commercial concrete reached 16 million m3.

### Southwest Cement

Southwest Cement adhered to the business ideology of "PCP" to further encourage market co-opetition and self-discipline in the industry, which promoted national regression of cement price. It chose channel operation as its core strategy and secured "major clients, large projects and substantial orders", which increased its market shares in key projects.

Southwest Cement promoted deep management integration, implemented the "Five C" management and strengthened centralized procurement by improving the strategic cooperation with major suppliers and increasing proportion of direct supply with an aim to reduce procurement price. Delicacy management was strengthened to optimize energy consumption indicators. It further implemented the principle of "simplified organization and capable personnel" by proceeding with the "three-to-two" integration, which involved the combination of the original north and south Sichuan operation centers into Sichuan Southwest Cement and redistricting management of certain enterprises from the original north Sichuan operation center to Chongqing Southwest Cement. Additionally, it advanced work on the "Three Formulations" to significantly reduce the number of management personnel and continuously increase labor productivity and management efficiency. Besides, it strengthened its management on inventory and receivables by implementing the accountability system on receivables, which achieved outstanding results of control over receivables percentage and improvement in the utilization of capital.

Southwest Cement steadily promoted consolidation and restructuring and projects construction, and accelerated mines construction to enhance the sustainable development of the enterprise. As at the end of 2014, the production capacity of cement reached 117 million tonnes, whilst that of commercial concrete reached 8 million m3.

### Lightweight Building Materials Segment

BNBM insisted on the strategy of seizing the prominent position. Following Shanghai International Convention Center, it cooperated with APEC again to undertake the project of International Metropolis. All used in the project was Dragon anti-formaldehyde gypsum board and light steel framed wall and ceiling system. It also comprehensively proceeded with a transformation of its primary business (including gypsum board business) and explored the wall structure market for residential properties. In addition, it put more efforts in market control through strengthening direct sales, further expanding into the retail and household installation market, repairing market and minor client base. All these helped to achieve a stable growth in the sales and profit of Dragon gypsum boards and Taishan gypsum boards.

On top of the strategy of "focusing on regions, focusing on first-tier cities", it fully promoted deep management integration for transformation and upgrading of business through market-oriented reformation and the switching of business ideology to "customer first". It also established a highly efficient and elite management system to realize a complete integration of the sale teams, and fully developed the management, channel sharing to increase operational efficiency and market competitiveness. It also worked hard on innovative technology and making international leading products and enhanced brand value. Through investment efficiency and benchmark management, it established "Six-star Enterprise".

### Glass Fiber and Composite Materials Segments

#### Composite materials business

China Composites seized the structural adjustment and favourable recovery in the wind power industry, strengthened marketing, accelerated the development of new customer groups and put more emphasis on exploring international markets, which achieved a relatively significant growth in the sales of major products. Based on the market development trend, it sped up adjusting product structure of rotor blades, seized the prominent position and, developed a total of 10 series and 40 types of rotor blade through independent innovation and technology upgrade, which further broadened its market coverage. The independent research and development product of 6MW rotor blade of 75m, the longest type in the domestic market that reached the international standard, was successfully launched, which laid a solid foundation for the domestication of high-power wind power generators.

China Composites promoted deep management integration and achieved cost control and efficiency enhancement. It also strengthened the management on collection of receivables, inventory and funds, which increased the efficiency of capital utilization.

#### Glass fiber business

China Jushi seized the favourable recovery in the glass fiber industry and continued to adjust product structure, sales structure and inventory structure, which further increased the percentage of high-end products and number of quality customer and effectively controlled total inventories. It also proactively developed the advantage of resource integration at the headquarter, implemented a unified management on "sales, procurement, finance, personnel and technology", orderly promoted organizational integration, finalized the works on "Three Formulations", which increased labor productivity. It also continued to execute the "methods of increasing, saving and reducing", which helped further reducing production costs and achieved both increase in sales volume and price. It also enhanced efforts on innovation by insisting on the high-end strategy to gain better benefits from production of differentiated products.

China Jushi kept on optimizing its global industrial layout and steadily implemented the "going out" strategy. The alkali-free glass fibre pool kiln wiredrawing production line with an annual capacity of 80,000 tonnes in Egypt successfully commenced operation with both the utilization rate and sales-output ratio reaching 100%, which further enhanced the competitiveness and international influence of the enterprise.

### Engineering Services Segment

Leveraging on core technology, China Triumph seized the opportunity for market operation and technology innovation. By maintaining growth and promoting transformation, it recorded a stable growth in revenue and profit. Regarding technology on glass manufacturing, it pushed forward the "going out" strategy and achieved "sophistication, precision and power" on traditional float glass and conducted R&D on high-end glass, including special glass and new-type glass. Regarding technology on cement projects, it sought to strengthen business by streamlining strategies and expanding overseas markets. Regarding technology on new energy projects, it achieved transformation and upgrading by leveraging on the successful example on EPC and industry chains collaboration. Regarding energy conservation and environmental protection, it captured the demand for industrial upgrade and energy conservation and emission reduction in order to further promote green development.

Following the direction of reformation with vigor, structural adjustment for support and delicacy management for efficiency, China Triumph fully promoted deep management integration.

Business Outlook - For the year ended December 31, 2014

In 2015, the central government of the PRC will continue to adopt the general tone of making progress while maintaining stability, ensure the continuity and stability of macroeconomic policy, and implement proactive fiscal policy and prudent monetary policy to ensure the rational operation of the economy. There are still potentials for investment in China, especially in infrastructure like water conservation, shanty town renewal, railways and highways and urban pipe network. The strategic mix of three supporting zones highlighted by the central government of the PRC including "One Belt and One Road", Beijing-Tianjin-Hebei synergetic development and Hebei and the Yangtze River Economic Belt will kick start a number of key projects. Meanwhile, as the monetary policy of China enters into the cycle of interest rate cut and reserve rate cut, real economy will receive more support and the real estate market will recover gradually. Consequently, the industry will maintain the plateau to see a stable demand generally. On the other hand, the problem of overcapacity will be eased gradually, as the growth in new capacity further slows down, the government continues to put more efforts on elimination of obsolete capacity and further implements the policy of abolishing low grade cement and new standard on pollutant emissions of the cement industry, and major enterprises further agrees unanimously to cope with the problem of overcapacity by maintaining industry discipline and conducting market consolidation.

In 2015, the Group will continue to persist in the work thought of "integration and optimization, profit raising and gearing reduction", the principle of "preparation, meticulosity, refinement, solidity", the focus of "Four Execution & Four Control" and "Four Increase & Four Reduction", and the four main lines of "price stabilization, cost reduction, receivables collection and inventory control". Besides, it will firmly promote production and operation, deep management integration, corporate reformation and transformation and upgrading in order to comprehensively accomplish all missions and targets for 2015.

Firstly, it will strengthen the four main lines of "price stabilization, cost reduction, receivables collection and inventory reduction". It will adhere to the business ideology of "PCP", proactively promote high level and meticulous co-opetition, paced production and emissions reduction by self-discipline, which will facilitate the restoration of balance between supply and demand. Besides, it will firmly implement cost and expense control plan by organization optimization, technology upgrade and resource integration to reduce cost. In addition, it will remain goal-oriented, execute accountability system, strengthen settlement and collection and strictly control receivables. Moreover, it will reduce inventories of raw materials and finished products, spare parts, etc.

Secondly, it will continue to promote deep management integration. It will put more emphasis on lean production, delicacy management and management improvement and deepen "Three Five" management, especially "Five C" management. Also, it will continue to implement the principle of "simplified organization and capable personnel" and promote optimization of organization structure and the works on "Three Formulations", which will increase labor productivity and management efficiency.

Thirdly, it will control its gearing ratio. It will strictly follow the principles on capital expenditure, steadily promote capital operation and innovate financing model to optimize debt structure and reduce financing cost.

Fourthly, it will proceed with structural adjustment and transformation and upgrading. It will push the cement industry towards a "high-grade oriented, specialty oriented, ready-mixed concrete oriented and cement products oriented" direction, which will enhance the standards of relevant industries, including the cement and commercial concrete industries. On the other hand, it will speed up the development of the industrial layout of "new building materials, new homes and new energy materials". Besides, it will establish a new restructuring model of equity-participation, lease and entrustment that will consolidate its market shares. Furthermore, it will accelerate coverage extension to manufacture service industry from the manufacturing industry.

Source: China Building (03323) Annual Results Announcement

Related Content

CNBM (03323) posts a block trading for $23.55M 13 Apr 2015
CNBM (03323) '14 NP RMB5.9B, up 3%; div RMB0.165 25 Mar 2015
CNBM (03323) obtains claim on setting aside subscription 27 Jan 2015
Quammentary: Industry sectors that may benefit from the infrastructure boom 02 Jan 2015
*Citi upgrades CNBM (03323) to Neutral, target $7.7 02 Dec 2014

Directors

SONG Zhiping Chairman
CAO Jianglin President
PENG Shou Vice President
SONG Zhiping Executive Director
CAO Jianglin Executive Director
WU Liansheng Independent Non-Executive Director
LI Decheng Independent Non-Executive Director
CUI Xing Tai Executive Director
SHIN Fang Independent Non-Executive Director
GUO Chao Min Non-Executive Director
CHANG Zhang Li Executive Director
MA Zhong Zhi Independent Non-Executive Director
CUI Lijun Non-Executive Director
QIAO Long De Independent Non-Executive Director
HUANG Anzhong Non-Executive Director
PENG Shou Executive Director

**Quamnet:**

A founding member of :

Help | Sitemap | About Us | Contact Us | Advertise with Us | Job Opportunities | Disclaimers | Privacy   [English ▾]

Global Alliance
P A R T N E R S
Bridging the gap in the world market

**Quam Group:**

| Quam Limited | Quam Capital | Quam Securities | Quam Private Wealth | Quam IR | Quam Asset Management |

** Disclaimer

In relation to the stock quote service (the "Quote Service") information, the stock price, trade volume and turnover are provided by The Stock Exchange of Hong Kong Limited ("SEHK") and/or HKEx Information Services Limited ("Exchange-supplied information"), whilst modifications to and adaptations of the foregoing are made by Quam (H.K.) Limited ("Quam-supplied information"). For the Exchange-supplied information, you may refer to SEHK's website at http://www.hkex.com.hk/ and for Quam-supplied information, you may refer to http://www.quamnet.com/. There may be a delay between the Quote Service information and the Exchange-supplied information or the Quam-supplied information.

SEHK and Quam (H.K.) Limited endeavour to ensure the accuracy and reliability of the Exchange-supplied information and the Quam-supplied information respectively but do not guarantee their accuracy or reliability and accept no liability (whether in tort or contract or otherwise) for any loss or damage arising from any inaccuracies or omissions.

The above information is supplied by our data providers (SHK Financial Data, Xinhua Finance and Infocast among others) and is for reference purposes only. Neither the Group nor any of its data providers is liable or responsible for the accuracy and reliability of the above information. The Group is not responsible for any loss or damage which may be incurred as a result of any decisions made in reliance on the information contained herein or caused by informational errors or delays.

Data is being presented "As is", and user accepts full responsibility for its usefulness. Data may be inaccurate, incomplete or out of date, and neither Hong Kong Mercantile Exchange Limited nor any affiliate whose date is displayed hereon, or any of its officers, directors, members, employees, agents, consultants or licensors shall be liable for any loss or damage arising from or related to the use of data. NEITHER HKMEX NOR ANY HKMEX'S AFFILIATE OR LICENSOR MAKES ANY REPRESENTATIONS OR WARRANTIES REGARDING THE DATA, AND HEREBY DISCLAIM ALL OTHER REPRESENTATIONS AND WARRANTIES, EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION WITH RESPECT TO THE MERCHANTABILITY, QUALITY, FITNESS FOR A PARTICULAR PURPOSE, UNINTERRUPTED SERVICE, OR ERROR-FREE SERVICE, OR THE SEQUENCE, TIMELINESS, ACCURACY OR COMPLETENESS OF THE DATA.

© 1998- 2015 Quamnet.com, Quam (HK) Limited. All rights reserved. Quamnet.com, Quam (HK) Limited endeavour to ensure the accuracy and reliability of the information but do not guarantee its accuracy or reliability and accept no liability (whether in tort or contract or otherwise) for any loss or damage arising from any inaccuracies or omission

Printer: Quam (H.K.) Limited. Address: 18/F, China Building, 29 Queen's Road Central, Hong Kong.

**MyQuamnet members get:**
[Free Real Time Stock Quote] [Stock Charting Analysis] [Chart] [Hong Kong Stock Chart] [Industry Analysis] [Hong Kong Stocks Information] [Warrants] [CBBC] [Depositary Receipt] [Financial News] [Hong Kong Stock News] [US Stock News] [HKEx News] [New Stock] [Hong Kong Stocks Analysis] [Stocks Watch List] [Portfolio] [Finance Seminar] [Investment Seminar] [FOREX] [FX]

**Quamnet Financial Services:**
[Hong Kong Equity] [Hong Kong Stock] [Hong Kong Stock Quote] [Stock Quote] [Bid] [Ask] [Last Price] [Open] [Previous Close] [Board Lot] [Market Cap] [P/E] [P/B] [Real Time Price] [Past Prices] [Day High] [Day Low] [52 Week High] [52 Week Low] [Buy Ratio] [Sell Ratio] [Volume] [Turnover] [Warrants Quote] [CBBC Quote] [Finance] [Stocks] [Investment] [Block Trades] [Chart Analysis] [Technical Indicator]
[Hong Kong Listed Companies Information] [Hong Kong Stocks Analysis] [HK Stock Quote] [Prospectus] [IPOs News] [Market Move News] [GEM] [Hang Seng Index] [HKCEI] [Shenzhen A, B Index] [Shanghai A, B Index] [Hang Seng China AH Premium Index] [Forex] [Commodities Futures] [Gazette] [Commentary] [Financial Columnists] [Fund House Report] [Shenzhen Stock Market] [Shanghai Stock Market] [Hong Kong Islamic Index] [Stock Trading Strategy] [Stock Monitoring Tools] [Commerce & Industry] [Financial] [Telecom, Media & Technology] [Conglomerates] [Healthcare] [Transportation] [Energy] [Property] [Utilities] [Global Alliance Partners] [Asset Management] [Securities Brokerage] [Personal Financial Advisory Solutions] [Futures] [US Stock] [ETFs] [HSI Futures] [Options] [Japanese yen] [US dollar] [Euro] [Pound sterling] [Australian dollar] [New Zealand dollar] [Canadian dollar]

**Quamnet Subscription Services:**
[Quam Research Main][Ask Quam][Columnists][Quam Wise][Market Move Signal] [Warrant Monitor][Investment Tools] [Quam Stock Monitor] [Stock Quote Ticker] [Smart Database][Metastock][Quam Radar][Stable Growth Portfolio] [Aggressive Growth Portfolio][Fund Analysis][Wealth Management][Market Analysis] [Investment Base][Red Chip] [H Stock][Bond][Mid - Short Term Stocks Investment Recommendations][Traders Corner][Rico][Mid - Short Term Investors][Traders Corner Portfolio][Stock Perspective][Newest Signal][Leader Trend][New Stock Pursuit][Smart Investor] [Smart Investor Adventurer Version] [Alex Wong] [Market Forecast][Pedder St Investor][Thomas Ng][Weekly Market Comment][Mid - Long Term Stocks & Investment Recommendations][Isaacs Daily] [Isaac] [Tony's collection][Value Perspective][Vincent Lam][Value Perspective upgraded version] [The Daily Perspective] [The Macro Perspective] [Market Oracle] [Henry Chan] [Economic Review] [Intelligent Observer] [Red Monkey][KL][Investment Monitoring List][FX Action] [Victor Ho] [Trading Comments][Invest Pro] [Paul Pong] [Global Market Analysis][Weekly Market Analysis][Virtual Stock Portfolio][Virtual Fund Portfolio] [Strategy updating] [Investment Strategy] [Sky Cheung]



重要人: 華富財經有限公司 地址: 香港中環砵甸乍大廈中2號屋華人行18樓

**MyQuamnet華富財經免費會員服務可享:**
【免費即時股票報價】【股票圖表分析】【圖表】【港股圖表】【行業比較】【港股資料】【認股證】【窩輪】【牛熊證】【預托證券】【即時財經新聞】
【財經新聞】【股市新聞】【港股新聞】【美股新聞】【港交所新聞】【新股】【港股分析】【股票監視表】【投資組合】【財經網誌】【投資課程】【外匯】【匯率】

**Quamnet華富財經資訊範圍:**
【港股】【股票報價】【買入價】【買出價】【現價】【開市價】【昨日收市價】【每手股數】【市值】【市盈率】【市賬率】【市賬率】【即時報價】【過往股價】
【最高值】【最低值】【52週高位】【52週低位】【實力勢力】【實力勢力】【股票升跌幅】【成交量】【成交額】【認股證報價】【窩輪報價】
【牛熊證報價】【財經】【股市】【金融新聞】【大手成交】【圖表分析】【技術分析】【上市公司資料】【港股股評】【港股報價】【招股】
【新股上市消息】【異動股】【班生指數】【創業板】【紅籌指數】【深圳A股指數】【上海A股指數】【班生中國企業指數】
【香港AH股溢價指數】【外圍】【環球商品期貨】【公告】【股評】【財經專欄】【大行報告】【深圳股市】【上海股市】【管理伊斯蘭指數】
【股市策略】【飲食業】【工商界】【金融】【投資】【電訊】【感應】【科技】【醫療保健】【運輸】【能源】【地產】【公用】【資產管理】
【維券買賣】【個人財資建構方案】【美股】【商品交易所買賣基金】【ETFs】【期權】【日圓】【美元】【歐元】【英鎊】【澳元】【紐元】【加元】【期貨商品】

**訂閱服務:**
【華富股評系列】【華富股評】【問與答】【名家縱論】【華富財智】【華富股評升級版互動型投資顧問】【異動訊號】【窩輪智套賽器】【投資工具】【股票監察器】【股票報價器】
【智能資料庫】【期指較度服務】【穩定增長組合】【進取增長組合】【基金分析】【財富管理】【市場分析】【投資基準】【紅籌股】【國企股】【債券】【中、短線股票投資進階】【交易廣場】【林志江】【方舟】【中短線投資者】【次類定距規組合】【研究部環球組合】【文憑廣場報組合】【股市透視】【板塊淘金】【即市消息股】【最新買賣訊號】【大戶動向】【新股+新股追踪】【英明智富】【英明智富管家版】【黃國英】【開市前瞻】【焦點精選】【吳長勝股】【倉家睇】【每週大市評論】【中、長線股票投資進階】【又匯日誌】【又匯】【索尼斯投資商路】【價值遊捉】【林小揚】【價值捕捉提升級版】【每日個股】【密寶睇好】【搶先機】【提示先機】【焦逃鴻】【經濟前瞻】【見微知勢】【練建良】【紅妹】【投資監察名單】【匯市解密】【得榮】【逆市誹論】【富貴狐】【壞境視點】【趣味人生分析】【每週市場分析】【模擬股票組合】【俱戰盈金組合】【策略更新】【股海兵法】【張土佳】

Quamnet.com HK Stock Quotes and Hang Seng Index
Case 2:09-md-02047-EEF-MBN Document 18834-1 Filed 05/05/15 Page 13 of 23
Page 1 of 2



Wed May 06, 2015 01:53

Login [ Login name ]  Password [          ]  Forgot password?
Register myQuamnet >

Quam Tools [ ▼ ]   English | 繁體 | 简体

HOME | NEWS | QUOTES | MARKETS | QUAM RESEARCH | CBBC/WARRANTS | FUNDS/WEALTH | FOREX | SUBSCRIPTIONS | E-GAZETTE

| | | | | | | |
|---|---|---|---|---|---|---|
| **Real Time** | HSI | 27,755.54 | -368.28 | -1.3% | Turnover | 175.59B |
| **Index** | HSCEI | 14,077.62 | -381.53 | -2.6% | Turnover | 31.81B |

QUOTE & CHART   CBBC/WARRANTS   SECTOR   PAST PRICES   PROFILE   INSIDER

Symbol Lookup | Index

CNBM (3323)   CNBM

Properties & Construction -
Construction
7  2        35

REFRESH

As of 16:05 05 May 2015   15 mins delayed

| Last Price | Bid | Day High | Volume | Prev. Close | 52Wk High | Buy Ratio |
|---|---|---|---|---|---|---|
| **9.09** | 9.09 | 9.55 | 46.02M | 9.41 | 9.85 | 51% |
| △ 0.32 (3.4%) (HKD) | Ask 9.11 | Day Low 9.07 | Turnover 423.13M | Open 9.54 | 52Wk Low 6.70 | Sell Ratio 49% |

ADD TO MY PORTFOLIO   ADD TO MY WATCHLIST

**Search By**
[ Code ▼ ]   [ Trading Date ]   [ Insider Name ▼ ]

### Latest Insider Filings

| Code ▲▼ | Name ▲▼ | Insider Identity ▲▼ | Trading Date ▲▼ | Number of Share ▲▼ | Trade Price ▲▼ | Event Code ▲▼ | Percentage After ▲▼ | Insider Name ▲▼ |
|---|---|---|---|---|---|---|---|---|
| 3323 | CNBM | F2 | 27-06-13 | -6.91M | 6.98 | 117 | 11.0% | JPMorgan Chase &amp; Co. |
| 3323 | CNBM | F2 | 13-06-13 | -5.97M | 7.43 | 117 | 11.8% | JPMorgan Chase &amp; Co. |
| 3323 | CNBM | F2 | 28-05-13 | -14.80M | 8.60 | 103 | 12.9% | JPMorgan Chase &amp; Co. |
| 3323 | CNBM | F2 | 24-05-13 | -26.90M | 8.84 | 103 | 13.6% | JPMorgan Chase &amp; Co. |
| 3323 | CNBM | F2 | 08-05-13 | -3.10M | 9.16 | 103 | 14.9% | JPMorgan Chase &amp; Co. |
| 3323 | CNBM | F2 | 11-04-13 | -4.55M | 9.414 | 102 | 5.9% | Morgan Stanley |
| 3323 | CNBM | F2 | 08-04-13 | -3.03M | 8.881 | 103 | 5.9% | Deutsche Bank Aktiengesellschaft |
| 3323 | CNBM | F2 | 05-04-13 | 6.81M | 9.03 | 103 | 15.1% | JPMorgan Chase &amp; Co. |
| 3323 | CNBM | F2 | 02-04-13 | 1.49M | 10.001 | 103 | 6.1% | Deutsche Bank Aktiengesellschaft |
| 3323 | CNBM | F2 | 14-03-13 | -6.41M | 11.38 | 117 | 15.0% | JPMorgan Chase &amp; Co. |

Next >

Search Related Quamnet Research for:

Stock Code [ 3323 ]

**Company Summary**

**Principal Activities**

Mainly engaged in the cement, lightweight building materials, glass fiber, composite materials and engineering services businesses.

**Latest Resul...**

MORE >

"Insider Trading" means trading activities made by company directors, senior officers, individual substantial shareholders, and institutional shareholders. Insiders.hk does not represent, warrant, nor endorse the accuracy, reliability, completeness or timeliness of any of the information, content, views, opinions, or recommendations (collectively, the "Materials"). You hereby acknowledge that any reliance upon any Materials shall be at your sole risk. In particular, none of the Materials is provided on the Insiders.hk website with a view to inviting, inducing or encouraging any person to make any kind of investment decision. Securities or other investments referred to in the Materials may not be suitable for you and you should not make any kind of investment decision in relation to them without first obtaining independent investment advice from a person authorized to give it.

Quotes are delayed by at least 15 minutes.

Quamnet:                                                                A founding member of :

Help | Sitemap | About Us | Contact Us | Advertise with Us | Job Opportunities | Disclaimers | Privacy   [ English ▼ ]

**Global Alliance**
PARTNERS
Bridging the gap in the world market

Quam Group:

Quam Limited    Quam Capital    Quam Securities    Quam Private Wealth    Quam IR    Quam Asset Management

** Disclaimer

In relation to the stock quote service (the "Quote Service") Information, the stock price, trade volume and turnover are provided by The Stock Exchange of Hong Kong Limited ("SEHK") and/or HKEx Information Services Limited ("Exchange-supplied Information"), whilst modifications to and adaptations of the foregoing are made by Quam (H.K.) Limited ("Quam-supplied Information"). For the Exchange-supplied Information, you may refer to SEHK's website at http://www.hkex.com.hk/ and for Quam-supplied Information, you may refer to http://www.quamnet.com/. There may be a delay between the Quote Service Information and the Exchange-supplied Information or the Quam-supplied Information.

SEHK and Quam (H.K.) Limited endeavour to ensure the accuracy and reliability of the Exchange-supplied Information and the Quam-supplied Information respectively but do not guarantee their accuracy or reliability and accept no liability (whether in tort or contract or otherwise) for any loss or damage arising from any inaccuracies or omissions.

The above Information is supplied by our data providers (SHK Financial Data, Xinhua Finance and Infocast among others) and is for reference purposes only. Neither the Group nor any of its data providers is liable or responsible for the accuracy and reliability of the above Information. The Group is not responsible for any loss or damage which may be incurred as a result of any decisions made in reliance on the Information contained herein or caused by informational errors or delays.

Data is being presented "As is", and user accepts full responsibility for its usefulness. Data may be inaccurate, incomplete or out of date, and neither Hong Kong Mercantile Exchange Limited nor any affiliate whose date is displayed hereon, or any of its officers, directors, members, employees, agents, consultants or licensors shall be liable for any loss or damage arising from or related to the use of data. NEITHER HKMEX NOR ANY HKMEX's AFFILIATE OR LICENSOR MAKES ANY REPRESENTATIONS OR WARRANTIES REGARDING THE DATA, AND HEREBY DISCLAIM ALL OTHER REPRESENTATIONS AND WARRANTIES, EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION WITH RESPECT TO THE MERCHANTABILITY, QUALITY, FITNESS FOR A PARTICULAR PURPOSE, UNINTERRUPTED SERVICE, OR ERROR-FREE SERVICE, OR THE SEQUENCE, TIMELINESS, ACCURACY OR COMPLETENESS OF THE DATA.

© 1998- 2015 Quamnet.com. Quam (H.K.) Limited. All rights reserved. Quamnet.com, Quam (HK) Limited endeavour to ensure the accuracy and reliability of the information but do not guarantee its accuracy or reliability and accept no liability (whether in tort or contract or otherwise) for any loss or damage arising from any inaccuracies or omission

Printer: Quam (H.K.) Limited. Address: 18/F, China Building, 29 Queen's Road Central, Hong Kong.

**MyQuamnet members get:**
[Free Real Time Stock Quote] [Stock Charting Analysis] [Chart] [Hong Kong Stock Chart] [Industry Analysis] [Hong Kong Stocks Information] [Warrants] [CBBC] [Depositary Receipt] [Financial News] [Hong Kong Stock News] [US Stock News] [HKEx News] [New Stock] [Hong Kong Stocks Analysis] [Stocks Watch List] [Portfolio] [Finance Seminar] [Investment Seminar] [FOREX] [FX]

**Quamnet Financial Services:**
[Hong Kong Equity] [Hong Kong Stock] [Hong Kong Stock Quote] [Stock Quote] [Bid] [Ask] [Last Price] [Open] [Previous Close] [Board Lot] [Market Cap] [P/E] [P/B] [Real Time Price] [Past Prices] [Day High] [Day Low] [52 Week High] [52 Week Low] [Buy Ratio] [Sell Ratio] [Volume] [Turnover] [Warrants Quote] [CBBC Quote] [Finance] [Stocks] [Investment] [Block Trades] [Chart Analysis] [Technical Indicator]
[Hong Kong Listed Companies Information] [Hong Kong Stocks Analysis] [HK Stock Quote] [Prospectus] [IPOs News] [Market Move News] [GEM] [Hang Seng Index] [HKCEI] [Shenzhen A, B Index] [Shanghai A, B Index] [Hang Seng China AH Premium Index] [Forex] [Commodities Futures] [Gazette] [Commentary] [Financial Columnists] [Fund House Report] [Shenzhen Stock Market] [Shanghai Stock Market] [Hong Kong Islamic Index] [Stock Trading Strategy] [Stock Monitoring Tools] [Commerce & Industry] [Financial] [Telecom, Media & Technology] [Conglomerates] [Healthcare] [Transportation] [Energy] [Property] [Utilities] [Global Alliance Partners] [Asset Management] [Securities Brokerage] [Personal Financial Advisory Solutions] [Futures] [US Stock] [ETFs] [HSI Futures] [Options] [Japanese yen] [US dollar] [Euro] [Pound sterling] [Australian dollar] [New Zealand dollar] [Canadian dollar]

**Quamnet Subscription Services:**
[Quam Research Main] [Quam Research] [Ask Quam] [Columnists] [Quam Wise] [Market Move Signal] [Warrant Monitor] [Investment Tools] [Quam Stock Monitor] [Stock Quote Ticker] [Smart Database] [Metastock] [Quam Radar] [Stable Growth Portfolio] [Aggressive Growth Portfolio] [Fund Analysis] [Wealth Management] [Market Analysis] [Investment Base] [Red Chip] [H Stock] [Bond] [Mid - Short Term Stocks Investment Recommendations] [Traders Corner] [Rico] [Mid - Short Term Investors] [Traders Corner Portfolio] [Stock Perspective] [Newest Signal] [Leader Trend] [New Stock Pursuit] [Smart Investor] [Smart Investor Adventurer Version] [Alex Wong] [Market Forecast] [Pedder St Investor] [Thomas Ng] [Weekly Market Comment] [Mid - Long Term Stocks & Investment Recommendations] [IsaacsDaily] [Isaac] [Tony's collection] [Value Perspective] [Vincent Lam] [Value Perspective upgraded version] [The Daily Perspective] [The Macro Perspective] [Market Oracle] [Henry Chan] [Economic Review] [Intelligent Observer] [Red Monkey] [KL] [Investment Monitoring List] [FX Action] [Victor Ho] [Trading Comments] [Invest Pro] [Paul Pong] [Global Market Analysis] [Weekly Market Analysis] [Virtual Stock Portfolio] [Virtual Fund Portfolio] [Strategy updating] [Investment Strategy] [Sky Cheung]

Quamnet.com 華富財經

員工股份獎勵計劃受託人服務
讓過三年後不同的外間機構頒發獎項，服務備受市場肯定

2015年5月6日 星期三 01:34

認股證搜尋器

| 股號代號： | | 相關正股： | 請選擇 ∨ |
| 類別： | 請選擇 ∨ | 發行商： | 請選擇 ∨ |
| 到期日： | 由 | 至 | |
| 引伸波幅： | 由 | 至 | |
| 對沖值： | 由 | 至 | |
| 行使價： | 由 | 至 | |
| 收回價： | 由 | 至 | (只適用於牛熊證) |

Global Alliance
PARTNERS

股票
認股證
新股情報
熱門板塊

李京紅 最新登陸，名家縱論

分類資訊：
華富投資者關係
公告
投資基本功
華富通訊
資訊中心

QSL Plus

Quamnet.com 華富財經 | Page 3 of 3

**MyQuamnet華富財經免費會員服務可享：**
【免費即時股票報價】【股票圖表分析】【圖表】【港股圖表】【行業比較】【港股資料】【認股證】【窩輪】【牛熊證】【預托證券】【即時財經新聞】
【財經新聞】【股市新聞】【港股新聞】【美股新聞】【港交所新聞】【新股】【港股分析】【股票監視表】【投資組合】【財經講座】【投資講座】【外匯】【匯率】

**Quamnet華富財經資訊範圍：**
【港股】【股票報價】【買入價】【賣出價】【現價】【開市價】【昨日收市價】【每手股數】【市值】【市盈率】【市帳率】【即時報價】【過往股價】
【最高價】【最低價】【52週高位】【52週低位】【買方動力】【賣方動力】【股價升跌幅】【成交量】【成交額】【認股證報價】【窩輪報價】
【牛熊證報價】【財經】【股市】【金融新聞】【大手成交】【關表分析】【技術分析】【上市公司資料】【港股報評】【港股報價】【招股】
【新股上市消息】【異動股】【恆生指數】【創業板】【國企指數】【紅籌指數】【深圳AB股指數】【上海AB股指數】【恆生中國企業指數】
【香港A-H股溢價指數】【外匯】【環球商品期貨】【公告】【股評】【財經專欄】【大行報告】【深圳股市】【上海股市】【香港伊斯蘭指數】
【股市策略】【監察器】【工商業】【金融】【投資】【電訊】【綜輪】【科技】【醫療保健】【運輸】【能源】【地產】【公用】【資產管理】
【證券買賣】【個人財經建議方案】【美股】【商品交易所買賣基金】【ETFs】【期權】【日圓】【美元】【歐元】【英鎊】【澳元】【紐元】【加元】【期貨商品】

**訂閱服務：**
【華富股評系列】【華富股評】【問與答】【名家縱論】【華富財智】【華富股評升級版互動投資顧問】【異動訊號】【窩輪監察器】【投資工具】【股票監察器】【股票報價器】
【智能資料庫】【期指數據服務】【穩定增長組合】【進取增長組合】【基金分析】【財富管理】【市場分析】【投資基準】【紅籌股】【國企股】【債券】【中、短線股票投資建
議】【交易廣場】【林志江】【方寸】【中短線投資者】【決戰江湖鋤組合】【研究部環球組合】【交易廣場電輪組合】【股市透視】【極ième淘金】【即市消息股】【最新買賣訊號】
【大戶動向】【新股半新股追擊】【英明智富】【英明富富服務版】【美國英】【開市前瞻】【吳系縱論】【吳紫順】【每週大市評論】【中、長線股票投資建議】【又匯日誌】
【又匯】【東尼投資商絡】【價值透視】【林少陽】【價值透視升級版】【宏觀視野】【宏觀觀點】【見微知機】【陳志尚】【經濟前瞻】【陳建良】【紅娘】【投資監
察名單】【何傾】【匯市評論】【廢知灼見】【廢觀點】【環球大市分析】【每週市場分析】【模擬股票組合】【模擬基金組合】【策略更新】【股指兵法】【張士佳】

員工股份獎勵計劃受託人服務
鎖定三年獲不同的外間機構發獎項，服務倍受市場肯定

● 緊密結合管理層與股東利益
● 激勵公司核心人才
● 優化公司治理結構

www.bocomtrust.com.hk

BANK OF COMMUNICATIONS TRUSTEE LIMITED
(交通銀行信託有限公司)

Wed May 06, 2015 01:54

| Login | Login name | Password | | Forgot password? Register myQuamnet > | 查詢專線：2905 8701 / 2905 8741 | Quam Tools | English | 繁體 | 简体 |

HOME | NEWS | QUOTES | MARKETS | QUAM RESEARCH | CBBC/WARRANTS | FUNDS/WEALTH | FOREX | SUBSCRIPTIONS | E-GAZETTE

**Warrant Search**

QUOTE SEARCH
stock code
Symbol Lookup

WARRANT SEARCH
warrant/underlying
Advanced Search

**Global Alliance**
PARTNERS
Bridging the gap to the world market

Stocks
CBBC/Warrants
IPO
Hot Sectors

FEATURES:
QuamIR
Gazette
Learning
Newsletter
Info Center

QSL Plus

Quam
Stock Library Plus
The most comprehensive investment library

New functions include:

Market Calendar
IPO Lookup
Watch List
Bull & Bear Rally

Discover Companies with:

Tailor Made Interactive Poll and Narrowing Process
World Indices Commodities and Forex data and more

Charting System with:

Pip Bands
10 years or more of history
Stock vs Stock Comparison

And many more...

Quam 華富嘉洛 證券期貨

Quam 華富嘉洛 企業融資

Subscription

| Warrant Code: | | Underlying: | Please select |
| Type: | Please select | Issuer: | Please select |
| Maturity Date: | From | To | |
| Implied Vol: | From | To | |
| Delta: | From | To | |
| Strike / Exercise Price: | From | To | |
| Call Price: | From (only) | To | (For Bull/Bear Contracts |

SUBMIT | RESET



Quamnet:

Help | Sitemap | About Us | Contact Us | Advertise with Us | Job Opportunities | Disclaimers | Privacy    English

A founding member of :



Global Alliance
P A R T N E R S
Bridging the gap in the world market

**Quam Group:**

                

| Quam Limited | Quam Capital | Quam Securities | Quam Private Wealth | Quam IR | Quam Asset Management |

** Disclaimer

In relation to the stock quote service (the "Quote Service") information, the stock price, trade volume and turnover are provided by The Stock Exchange of Hong Kong Limited ("SEHK") and/or HKEx Information Services Limited ("Exchange-supplied information"), whilst modifications to and adaptations of the foregoing are made by Quam (H.K.) Limited ("Quam-supplied information"). For the Exchange-supplied information, you may refer to SEHK's website at http://www.hkex.com.hk/ and for Quam-supplied information, you may refer to http://www.quamnet.com/. There may be a delay between the Quote Service information and the Exchange-supplied information or the Quam-supplied information.

SEHK and Quam (H.K.) Limited endeavour to ensure the accuracy and reliability of the Exchange-supplied information and the Quam-supplied information respectively but do not guarantee their accuracy or reliability and accept no liability (whether in tort or contract or otherwise) for any loss or damage arising from any inaccuracies or omissions.

The above information is supplied by our data providers (SHK Financial Data, Xinhua Finance and Infocast among others) and is for reference purposes only. Neither the Group nor any of its data providers is liable or responsible for the accuracy and reliability of the above information. The Group is not responsible for any loss or damage which may be incurred as a result of any decisions made in reliance on the information contained herein or caused by informational errors or delays.

Data is being presented "As Is", and user accepts full responsibility for its usefulness. Data may be inaccurate, incomplete or out of date, and neither Hong Kong Mercantile Exchange Limited nor any affiliate whose data is displayed hereon, or any of its officers, directors, members, employees, agents, consultants or licensors shall be liable for any loss or damage arising from or related to the use of data. NEITHER HKMEX NOR ANY HKMEX'S AFFILIATE OR LICENSOR MAKES ANY REPRESENTATIONS OR WARRANTIES REGARDING THE DATA, AND HEREBY DISCLAIM ALL OTHER REPRESENTATIONS AND WARRANTIES, EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION WITH RESPECT TO THE MERCHANTABILITY, QUALITY, FITNESS FOR A PARTICULAR PURPOSE, UNINTERRUPTED SERVICE, OR ERROR-FREE SERVICE, OR THE SEQUENCE, TIMELINESS, ACCURACY OR COMPLETENESS OF THE DATA.

© 1998- 2015 Quamnet.com, Quam (HK) Limited. All rights reserved. Quamnet.com, Quam (HK) Limited endeavour to ensure the accuracy and reliability of the information but do not guarantee its accuracy or reliability and accept no liability (whether in tort or contract or otherwise) for any loss or damage arising from any inaccuracies or omission

Printer: Quam (H.K.) Limited. Address: 18/F, China Building, 29 Queen's Road Central, Hong Kong.

MyQuamnet members get:
[Free Real Time Stock Quote] [Stock Charting Analysis] [Chart] [Hong Kong Stock Chart] [Industry Analysis] [Hong Kong Stocks Information] [Warrants] [CBBC] [Depositary Receipt] [Financial News] [Hong Kong Stock News] [US Stock News] [HKEx News] [New Stock] [Hong Kong Stocks Analysis] [Stocks Watch List] [Portfolio] [Finance Seminar] [Investment Seminar] [FOREX] [FX]

Quamnet Financial Services:
[Hong Kong Equity] [Hong Kong Stock] [Hong Kong Stock Quote] [Stock Quote] [Bid] [Ask] [Last Price] [Open] [Previous Close] [Board Lot] [Market Cap] [P/E] [P/B] [Real Time Price]

[Past Prices] [Day High] [Day Low] [52 Week High] [52 Week Low] [Buy Ratio] [Sell Ratio] [Volume][Turnover] [Warrants Quote] [CBBC Quote] [Finance] [Stocks] [Investment] [Block Trades] [Chart Analysis] [Technical Indicator]

[Hong Kong Listed Companies Information] [Hong Kong Stocks Analysis] [HK Stock Quote] [Prospectus] [IPOs News] [Market Move News] [GEM] [Hang Seng Index] [HKCEI] [Shenzhen A, B Index] [Shanghai A, B Index] [Hang Seng China AH Premium Index] [Forex] [Commodities Futures] [Gazette] [Commentary][Financial Columnists] [Fund House Report] [Shenzhen Stock Market] [Shanghai Stock Market] [Hong Kong Islamic Index] [Stock Trading Strategy] [Stock Monitoring Tools] [Commerce & Industry] [Financial] [Telecom, Media & Technology] [Conglomerates] [Healthcare] [Transportation] [Energy] [Property] [Utilities] [Global Alliance Partners] [Asset Management] [Securities Brokerage] [Personal Financial Advisory Solutions] [Futures] [US Stock] [ETFs] [HSI Futures] [Options] [Japanese yen] [US dollar] [Euro] [Pound sterling] [Australian dollar] [New Zealand dollar] [Canadian dollar]

**Quamnet Subscription Services:**
[Quam Research Main][Quam Research][Ask Quam][Columnists][Quam Wise][Market Move Signal] [Warrant Monitor][Investment Tools] [Quam Stock Monitor] [Stock Quote Ticker] [Smart Database][Metastock][Quam Radar][Stable Growth Portfolio] [Aggressive Growth Portfolio][Fund Analysis][Wealth Management][Market Analysis] [Investment Base][Red Chip] [H Stock][Bond][Mid - Short Term Stocks Investment Recommendations][Traders Corner][Rico][Mid - Short Term Investors][Traders Corner Portfolio][Stock Perspective][Newest Signal][Leader Trend][New Stock Pursuit][Smart Investor][Smart Investor Adventurer Version] [Alex Wong] [Market Forecast][Pedder St Investor][Thomas Ng][Weekly Market Comment][Mid - Long Term Stocks & Investment Recommendations][IsaacsDaily] [Isaac] [Tony's collection][Value Perspective][Vincent Lam][Value Perspective upgraded version] [The Daily Perspective] [The Macro Perspective] [Market Oracle] [Henry Chan] [Economic Review] [Intelligent Observer] [Red Monkey][KL][Investment Monitoring List][FX Action] [Victor Ho] [Trading Comments][Invest Pro] [Paul Pong] [Global Market Analysis][Weekly Market Analysis][Virtual Stock Portfolio][Virtual Fund Portfolio] [Strategy updating] [Investment Strategy] [Sky Cheung]

Quannet.com 香港股票恆生指數報價及圖表

Page 1 of 2



© 1998-2015 Quamnet.com · Quam（H.K.)Limited · 版權所有 · 不得轉載Quamnet.com · QuamH.K.Limited 珠珠所有的資訊均屬參考，但盡力確保所提供的資料，但並不保證資料的準確性。資料如有更改，恕不另行通知。本公司概不負責。

Quamnet.com 香港股票恒生指數報價及圖表

本表為 華富財經有限公司 擁有；  香港中環皇后大道中28號華人行18樓.

**MyQuamnet華富財經免費會員服務可享：**
【免費即時股票報價】【股票圖表分析】【圖夜】【港股圖夜】【行業比較】【港股資料】【認股證】【窩輪】【牛熊證】【預托證券】【即時財經新聞】
【財經新聞】【股市新聞】【港股新聞】【美股新聞】【港交所新聞】【新股】【港股分析】【股票監視梳】【投資組合】【財經擂台】【投資講座】【外匯】【匯率】

**Quamnet華富財經資訊範圍：**
【港股】【股票報價】【買入價】【賣出價】【現價】【開市價】【昨日收市價】【每手股數】【市值】【市盈率】【市帳率】【市帳率】【即時報價】【過往股價】
【最高價】【最低價】【52週高位】【52週低位】【實方動力】【實方動力】【股價升跌幅】【成交盤】【成交額】【認股證報價】【窩輪報價】
【牛頭報價熊】【財經】【股市】【金融新聞】【大手成交文】【圖表分析】【技術分析】【上市公司資料】【港股報評】【港股報價】【招股】
【新股上市消息】【異動股】【恒生指數】【創業板】【國企指數】【紅籌指數】【深圳A股指數】【上海A股指數】【恒生中國企業指數】
【香港AH股溢價指數】【外匯】【環球商品期貨】【公告】【股評】【財經專欄】【大行報告】【深圳股市】【上海股市】【香港伊斯蘭指數】
【股市策略】【監察器】【工商業】【金融】【投資】【電訊】【傳媒】【科技】【醫療保健】【運輸】【能源】【地產】【公用】【資產管理】
【證券買賣】【個人財經通週方案】【美股】【商品交易所實貨基金】【ETFs】【附權】【日圓】【美元】【歐元】【英鎊】【澳元】【瑞元】【紐元】【期貨商品】

**訂閱服務：**
【華富股評系列】【華富股評】【問與答】【名家縱論】【華富財智】【華富股評升級版互動投資體驗】【異動頻訊】【窩輪詮釋器】【投資工具】【股票監察器】【股票報價器】
【智能資料庫】【期指數據服務】【穩定增長組合】【追取增長組合】【基金分析】【財富管理】【市場分析】【投資基金】【紅籌股】【藍企業】【傑華】【中、短線股票投資連環】【交易匯語】【林志江】【力青】【中短線投資者】【決戰正股組合】【黃國英】【開市前瞻】【黃永德】【吳家順】【每週大市評估】【中、各線股票投資連環】【又隻日誌】
【大戶動向】【新股半新股連繫】【英明智富】【英明智富智能股市】【黃國英】【開市前瞻】【黃永德】【吳家順】【每週大市評估】【中、各線股票投資連環】【又隻日誌】
【又隻】【某匠股資訊組】【價值透視】【林少鳴】【價值透視升級版】【每日觀點】【常被觀好】【明投先機】【聶宏為】【經濟周報】【見微知勢】【輝建先】【投資監察名單】【匯市解密】【何添】【匯市評論】【廖如約的見】【廖賀林】【環球大市分析】【每週市場分析】【棋擬股票組合】【棋擬基金組合】【策略更新】【股指兵法】【張士佳】



Wed May 06, 2015 01:56

Login   Login name   Password   _____   Forgot password?   Register myQuamnet >   Quam Tools   ▼   English | 繁體 | 简体

HOME | NEWS | QUOTES | MARKETS | QUAM RESEARCH | CBBC/WARRANTS | FUNDS/WEALTH | FOREX | SUBSCRIPTIONS | E-GAZETTE

| Real Time Index | HSI | 27,755.54 | -368.28 | -1.3% | Turnover | 175.59B |
|---|---|---|---|---|---|---|
| | HSCEI | 14,077.62 | -381.53 | -2.6% | Turnover | 31.81B |

QUOTE & CHART    CBBC/WARRANTS    SECTOR    PAST PRICES    PROFILE    INSIDER        Symbol Lookup | Index

CNBM (3323)    CNBM        Properties & Construction - Construction    7  2        35        REFRESH
As of 16:05 05 May 2015    15 mins delayed

| Last Price | Bid | Day High | Volume | Prev. Close | 52Wk High | Buy Ratio |
|---|---|---|---|---|---|---|
| **9.09** | 9.09 | 9.55 | 46.02M | 9.41 | 9.85 | 51% |
| ▲ 0.32 (3.4%) (HKD) | Ask 9.11 | Day Low 9.07 | Turnover 423.13M | Open 9.54 | 52Wk Low 6.70 | Sell Ratio 49% |

ADD TO MY PORTFOLIO    ADD TO MY WATCHLIST

Search By    Code ▼        Trading Date        Insider Name

### Latest Insider Filings

| Code | Name | Insider Identity | Trading Date | Number of Share | Trade Price | Event Code | Percentage After | Insider Name |
|---|---|---|---|---|---|---|---|---|
| 3323 | CNBM | F2 | 30-01-13 | 3.90M | 12.29 | 117 | 15.0% | JPMorgan Chase &amp; Co. |
| 3323 | CNBM | F2 | 07-01-13 | -2.39M | 12.44 | 117 | 15.0% | JPMorgan Chase &amp; Co. |
| 3323 | CNBM | F2 | 03-01-13 | 1.20M | 12.03 | 103 | 15.0% | JPMorgan Chase &amp; Co. |
| 3323 | CNBM | F2 | 31-12-12 | -3.64M | 11.32 | 103 | 15.0% | JPMorgan Chase &amp; Co. |
| 3323 | CNBM | F2 | 28-12-12 | -3.46M | 11.286 | 102 | 4.9% | Government of Singapore Investment Corporation Pte Ltd |
| 3323 | CNBM | F2 | 12-12-12 | 1.44M | 11.23 | 117 | 15.0% | JPMorgan Chase &amp; Co. |
| 3323 | CNBM | F2 | 29-11-12 | -3.08M | 9.86 | 117 | 14.9% | JPMorgan Chase &amp; Co. |
| 3323 | CNBM | F2 | 12-11-12 | -10.33M | 9.87 | 117 | 15.8% | JPMorgan Chase &amp; Co. |
| 3323 | CNBM | F2 | 24-10-12 | 1.91M | 9.63 | 117 | 16.0% | JPMorgan Chase &amp; Co. |
| 3323 | CNBM | F2 | 23-10-12 | 328.16K | 9.75 | 101 | 5.0% | BlackRock Inc. |

< Prev                                                                                       Next >

Search Related Quamnet Research for:
Stock Code   3323

### Company Summary

**Principal Activities**

Mainly engaged in the cement, lightweight building materials, glass fiber, composite materials and engineering services businesses.

**Latest Resul...**

MORE >

"Insider Trading" means trading activities made by company directors, senior officers, individual substantial shareholders, and institutional shareholders. Insiders.hk does not represent, warrant, nor endorse the accuracy, reliability, completeness or timeliness of any of the information, content, views, opinions, or recommendations (collectively, the "Materials"). You hereby acknowledge that any reliance upon any Materials shall be at your sole risk. In particular, none of the Materials is provided on the Insiders.hk website with a view to inviting, inducing or encouraging any person to make any kind of investment decision. Securities or other investments referred to in the Materials may not be suitable for you and you should not make any kind of investment decision in relation to them without first obtaining independent investment advice from a person authorized to give it.

Quotes are delayed by at least 15 minutes.

Quamnet:

Help | Sitemap | About Us | Contact Us | Advertise with Us | Job Opportunities | Disclaimers | Privacy    English ▼

A founding member of :
Global Alliance PARTNERS
Bridging the gap in the world market

Quam Group:

Quam Limited    Quam Capital    Quam Securities    Quam Private Wealth    Quam IR    Quam Asset Management

** Disclaimer

In relation to the stock quote service (the "Quote Service") information, the stock price, trade volume and turnover are provided by The Stock Exchange of Hong Kong Limited ("SEHK") and/or HKEx Information Services Limited ("Exchange-supplied information"), whilst modifications to and adaptations of the foregoing are made by Quam (H.K.) Limited ("Quam-supplied information"). For the Exchange-supplied information, you may refer to SEHK's website at http://www.hkex.com.hk/ and for Quam-supplied information, you may refer to http://www.quam.com/. There may be a delay between the Quote Service information and the Exchange-supplied information or the Quam-supplied information.

SEHK and Quam (H.K.) Limited endeavour to ensure the accuracy and reliability of the Exchange-supplied information and the Quam-supplied information respectively but do not guarantee their accuracy or reliability and accept no liability (whether in tort or contract or otherwise) for any loss or damage arising from any inaccuracies or omissions.

The above information is supplied by our data providers (SHK Financial Data, Xinhua Finance and Infocast among others) and is for reference purposes only. Neither the Group nor any of its data providers is liable or responsible for the accuracy and reliability of the above information. The Group is not responsible for any loss or damage which may be incurred as a result of any decisions made in reliance on the information contained herein or caused by informational errors or delays.

Data is being presented "As is", and user accepts full responsibility for its usefulness. Data may be inaccurate, incomplete or out of date, and neither Hong Kong Mercantile Exchange Limited nor any affiliate whose data is displayed hereon, or any of its officers, directors, members, employees, agents, consultants or licensors shall be liable for any loss or damage arising from or related to the use of data. NEITHER HKMEX NOR ANY HKMEX'S AFFILIATE OR LICENSOR MAKES ANY REPRESENTATIONS OR WARRANTIES REGARDING THE DATA, AND HEREBY DISCLAIM ALL OTHER REPRESENTATIONS AND WARRANTIES, EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION WITH RESPECT TO THE MERCHANTABILITY, QUALITY, FITNESS FOR A PARTICULAR PURPOSE, UNINTERRUPTED SERVICE, OR ERROR-FREE SERVICE, OR THE SEQUENCE, TIMELINESS, ACCURACY OR COMPLETENESS OF THE DATA.

© 1995- 2015 Quamnet.com, Quam (HK) Limited. All rights reserved. Quamnet.com, Quam (HK) Limited endeavour to ensure the accuracy and reliability of the information but do not guarantee its accuracy or reliability and accept no liability (whether in tort or contract or otherwise) for any loss or damage arising from any inaccuracies or omission

Printer: Quam (H.K.) Limited. Address: 18/F, China Building, 29 Queen's Road Central, Hong Kong.

**MyQuamnet members get:**
[Free Real Time Stock Quote] [Stock Charting Analysis] [Chart] [Hong Kong Stock Chart] [Industry Analysis] [Hong Kong Stocks Information] [Warrants] [CBBC] [Depositary Receipt] [Financial News] [Hong Kong Stock News] [US Stock News] [HKEx News] [New Stock] [Hong Kong Stocks Analysis] [Stocks Watch List] [Portfolio] [Finance Seminar] [Investment Seminar] [FOREX] [FX]

**Quamnet Financial Services:**
[Hong Kong Equity] [Hong Kong Stock] [Hong Kong Stock Quote] [Stock Quote] [Bid] [Ask] [Last Price] [Open] [Previous Close] [Board Lot] [Market Cap] [P/E] [P/B] [Real Time Price] [Past Prices] [Day High] [Day Low] [52 Week High] [52 Week Low] [Buy Ratio] [Sell Ratio] [Volume][Turnover] [Warrants Quote] [CBBC Quote] [Finance] [Stocks] [Investment] [Block Trades] [Chart Analysis] [Technical Indicator]
[Hong Kong Listed Companies Information] [Hong Kong Stocks Analysis] [HK Stock Quote] [Prospectus] [IPOs News] [Market Move News] [GEM] [Hang Seng Index] [HKCEI] [Shenzhen A, B Index] [Shanghai A, B Index] [Hang Seng China AH Premium Index] [Forex] [Commodities Futures] [Gazette] [Commentary][Financial Columnists] [Fund House Report] [Shenzhen Stock Market] [Shanghai Stock Market] [Hong Kong Islamic Index] [Stock Trading Strategy] [Stock Monitoring Tools] [Commerce & Industry] [Financial] [Telecom, Media & Technology] [Conglomerates] [Healthcare] [Transportation] [Energy] [Property] [Utilities] [Global Alliance Partners] [Asset Management] [Securities Brokerage] [Personal Financial Advisory Solutions] [Futures] [US Stock] [ETFs] [HSI Futures] [Options] [Japanese yen] [US dollar] [Euro] [Pound sterling] [Australian dollar] [New Zealand dollar] [Canadian dollar]

**Quamnet Subscription Services:**
[Quam Research Main][Quam Research][Ask Quam][Columnists][Quam Wise][Market Move Signal] [Warrant Monitor][Investment Tools] [Quam Stock Monitor] [Stock Quote Ticker] [Smart Database][Metastock][Quam Radar][Stable Growth Portfolio] [Aggressive Growth Portfolio][Fund Analysis][Wealth Management][Market Analysis] [Investment Base][Red Chip] [H Stock][Bond][Mid - Short Term Stocks Investment Recommendations][Traders Corner][Rico][Mid - Short Term Investors][Traders Corner Portfolio][Stock Perspective][Newest Signal][Leader Trend][New Stock Pursuit][Smart Investor] [Smart Investor Adventurer Version] [Alex Wong] [Market Forecast][Pedder St Investor][Thomas Ng][Weekly Market Comment][Mid - Long Term Stocks & Investment Recommendations][IsaacsDaily] [Isaac] [Tony's collection][Value Perspective][Vincent Lam][Value Perspective upgraded version] [The Daily Perspective] [The Macro Perspective] [Market Oracle] [Henry Chan] [Economic Review] [Intelligent Observer] [Red Monkey][KL][Investment Monitoring List][FX Action] [Victor Ho] [Trading Comments][Invest Pro] [Paul Pong] [Global Market Analysis][Weekly Market Analysis][Virtual Stock Portfolio][Virtual Fund Portfolio] [Strategy updating] [Investment Strategy] [Sky Cheung]