UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## ORDER

Considering the Motion for Leave to File Under Seal the Expedited Motion of the Plaintiffs' Steering Committee for an Order Requiring the CNBM, BNBM, and Taishan Defendants to Provide Complete and Accurate English Translations of Documents Produced in Response to Discovery Ordered by the Court and Exhibits A through F;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the attached Expedited Motion of the Plaintiffs' Steering Committee for an Order Requiring the CNBM, BNBM, and Taishan Defendants to Provide Complete and Accurate English Translations of Documents Produced in Response to Discovery Ordered by the Court and Exhibits A through F, be and is hereby filed UNDER SEAL.

New Orleans, Louisiana, this ____ day of _____, 2015.

_____
Eldon E. Fallon
United States District Court Judge

1