UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |

* * * * * * * * * * * * * * * * *

## ORDER

Considering Defendant Banner Supply Co.'s ("Banner") Ex Parte/Consent Motion to Set the Hearing on Banner's Motion to Enforce Injunction Regarding Claims Brought by Plaintiffs Daniel and Shonna Blonsky (Doc. No. 18495),

IT IS ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that Banner's Motion shall be heard following the May 20, 2015 status conference before the Court.

IT IS FURTHER ORDERED that Plaintiffs may present argument via teleconference.

NEW ORLEANS, LOUISIANA, this 30th day of April, 2015.

_____
UNITED STATES DISTRICT JUDGE