**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>*All Cases* | |

## ORDER

Before the Court is Beijing New Building Material (Group) Co., Ltd.'s Motion For Leave to Exceed Page Limitation.  The Motion for leave is GRANTED.

Beijing New Building Materials (Group) Co., Ltd.'s Motion to Dismiss the Complaints Pursuant to Rules 12(b)(2) and 12(b)(5) is hereby filed to the record.

**SO ORDERED.**

New Orleans, Louisiana, this 4th day of May , 2015.

_____
ELDON E. FALLON
United States District Court Judge