UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |
| ALL CASES | |

## ORDER

As the Court ruled at the April 17, 2015 Monthly Status Conference, in considering Lennar Corporation's Motion to Enforce Bar Order and to Enjoin Claims Brought by Arthur Siegwardt and Linda Siegwardt (the "Motion to Enforce") [Rec. Doc. 18496], which is unopposed;

It is **HEREBY ORDERED** that the Motion to Enforce is **GRANTED**.

New Orleans, Louisiana, this 1st day of May, 2015.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE