UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

Before the Court are several appeals from the decisions of the special master in the cases of Plaintiffs Marion Barker, Donna Martin, and Crescent City Property Redevelopment Association. (Rec. Doc. 18473, 18474, 18492).

**IT IS ORDERED** that the appeals are set for submission, without oral argument, on May 20, 2015.

**IT IS FURTHER ORDERED** that Brown Greer, and any party that wishes to do so, must file any response by May 15, 2015.

New Orleans, Louisiana, this 4th day of May, 2015.

_____
UNITED STATES DISTRICT JUDGE

1