MINUTE ENTRY
FALLON, J.
APRIL 30, 2015

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION "L" |

THIS DOCUMENT RELATES TO: ALL CASES

### MINUTE ENTRY

On this date, the Court held a telephone status conference regarding issues of discovery. The hearing was transcribed by Ms. Jodi Simcox, Official Court Reporter. Counsel may contact Ms. Simcox at (504) 589-7780 to request a copy of the transcript.

Russ Herman, Arnold Levin, Lenny Davis, Jerry Meunier, Fred Longer, Sandy Dugan, Madelyn O'Brien, and Chris Seeger participated on behalf of the Plaintiffs' Steering Committee. Bernard Taylor, Michael Kenny, and Christina Eikhoff participated on behalf of Taishan. Michael Moore, Harry Rosenberg, Michael Barr, and Richard Fenton participated on behalf of BNBM. Chris Vejnoska, James Stengel, and Donna Currault participated on behalf of CNBM. James Parish participated on behalf of Knauf. The parties discussed the status of discovery relating to contempt and damages.

The Court noted that in light of BNBM's recently filed motions, (Rec. Docs. 18774, 18776, and 18777), there is now a third track to these proceedings, at least for BNBM, in addition to the two previously explained by the Court, (*see* Rec. Doc. 18757). This third track

JS10(00:37)

broadens the scope of discovery as to BNBM, but will not delay the June 9, 2015 damages hearing, or the associated cut-off dates. The Court explained that the PSC and BNBM may now initiate discovery as to the third track. Alternatively, the Court explained that the parties may elect to conduct third-track discovery after the June 9, 2015, with the understanding that any individuals coming to the United States for depositions relating to tracks one and two must be available to return to the United States at a later date to complete their depositions as to track three.