UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

### ORDER

Before the Court is a motion to reconsider the late-filed claim of Plaintiffs Ramiro Torres-Barajas and Noel Torres. (Rec. Doc. 18737). Although the Court has already ruled on the issue of late-filed claims, the Court will nonetheless permit the parties the chance to respond.

**IT IS ORDERED** that the motion to reconsider is set for submission, without oral argument, on May 20, 2015.

**IT IS FURTHER ORDERED** that the PSC, Brown Greer, and Defendants' Liaison Counsel must file any response by May 15, 2015.

New Orleans, Louisiana, this 4th day of May, 2015.

_____
UNITED STATES DISTRICT JUDGE

1