UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*All Cases* | |

### ORDER

Before the Court are BNBM's Motions For Leave to Exceed Page Limitation, (Rec Docs. 18774, 18777). The Court is of the opinion that the Motions for Leave should be GRANTED.

BNBM's Motions are hereby filed to the record.

**SO ORDERED.**

New Orleans, Louisiana, this 30th day of April, 2015.

_____
ELDON E. FALLON
United States District Court Judge