UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*All Cases* | |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that undersigned counsel will bring the foregoing **Motion to Dismiss the Complaints Pursuant to Rule 12(b)(2) and Rule 12(b)(5)** for hearing before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130 at May 27, 2015 at 9:00 am CST, or as soon thereafter as counsel can be heard.

Dated:  April 29, 2015

                                        Respectfully submitted,

                                        **DENTONS US LLP**

                                        By: */s/ Michael H. Barr*
                                        Michael H. Barr
                                        New York Bar No. 1744242
                                        Justin N. Kattan
                                        New York Bar No. 3983905
                                        1221 Avenue of the Americas
                                        New York, NY 10020-1089
                                        Telephone:  (212) 768-6700
                                        Facsimile:  (212) 768-6800
                                        michael.barr@dentons.com
                                        justin.kattan@dentons.com

                                             - and -

Richard L. Fenton  
Illinois Bar No. 3121699  
Leah R. Bruno  
Illinois Bar No. 6269469  
233 South Wacker Drive  
Suite 7800  
Chicago, IL  60606-6306  
Telephone:  (312) 876-8000  
Facsimile:  (312) 876-7934  
richard.fenton@dentons.com  
leah.bruno@dentons.com  

- and -

C. Michael Moore  
Texas Bar No. 14323600  
Gene R. Besen  
Texas Bar No. 24045491  
2000 McKinney Ave, Suite 1900  
Dallas, TX  75201  
Telephone:  (214) 259-0900  
Facsimile:  (214) 259-0910  
mike.moore@dentons.com  
gene.besen@dentons.com  

- and -

**PHELPS DUNBAR LLP**

Harry Rosenberg  
Louisiana Bar No. 11465  
365 Canal Street, Suite 2000  
New Orleans, Louisiana 70130-6534  
Telephone:  (504) 566-1311  
Facsimile:  (504) 568-9130  
harry.rosenberg@phelps.com  

*Attorneys for Beijing New Building Material (Group) Co., Ltd. and Beijing New Building Materials Public Limited Company*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing **Notice of Submission of Motion to Dismiss the Complaints Pursuant to Rules 12(b)(2) and 12(b)(5)** has been served on Plaintiffs' Liaison Counsel, Leonard Davis, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pretrial Order No. 6, and that the foregoing was also electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this April 29, 2015.

/s/     Michael H. Barr