UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*All Cases* | |

### TRANSMITTAL DECLARATION OF GENE R. BESEN IN SUPPORT OF BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY'S MOTION TO DISMISS COMPLAINTS PURSUANT TO RULES 12(B)(2) AND 12(B)(5)

I, Gene R. Besen, declare, under penalty of perjury, that the following statements are true and correct:

1. I am a partner at the firm Dentons US LLP, counsel for Beijing New Building Materials Public Limited Company ("BNBM PLC"). I respectfully submit this declaration in support of BNBM PLC's Motion to Dismiss Complaints Pursuant to Rules 12(b)(2) and 12(b)(5) to transmit certain evidence to the Court.

2. Attached hereto as Exhibit 1 is the declaration of Kai Cai, dated April 17, 2015.

3. Attached hereto as Exhibit 2 is the declaration of Yanjung Yang, dated April 16, 2015.

4. Attached hereto as Exhibit 3 is the declaration of Yu Chen, dated April 16, 2015.

5. Attached hereto as Exhibit 4 is a true and correct copy of BNBM PLC's Board Resolution, dated April 22, 2005, which was produced to the Plaintiffs' Steering Committee ("PSC") as BNBMPLC0004402 - BNBMPLC0004403.

6. Attached hereto as Exhibit 5 is a true and correct copy of BNBM PLC's Board Resolution, dated August 28, 2006, which was produced to the PSC as BNBMPLC0004445 - BNBMPLC0004447.

7. Attached here to as Exhibit 6 is a true and correct copy of BNBM PLC's Equity Purchase Announcement, dated August 28, 2006, which was produced to the PSC as BNBMPLC0006218 - BNBMPLC0006220.

8. Attached hereto as Exhibit 7 is a true and correct copy of the transcript excerpts of the deposition of Jia Tongchun, which took place on April 4 and 5, 2011 and January 9 and 10, 2012 in this multidistrict litigation.

9. Attached hereto as Exhibit 8 is a true and correct copy of excerpts from BNBM PLC's Annual Report for 2014, which was produced in full to the PSC as BNBMPLC0003164 - BNBMPLC0003336.

10. Attached hereto as Exhibit 9 is a true and correct copy of excerpts from BNBM PLC's Annual Report for 2013, which was produced in full to the PSC as BNBMPLC0002743 - BNBMPLC0002944.

11. Attached hereto as Exhibit 10 is a true and correct copy of excerpts from BNBM PLC's Annual Report for 2006, which was produced in full to the PSC as BNBMPLC0000489 - BNBMPLC0000605.

12. Attached hereto as Exhibit 11 is a true and correct copy of excerpts from BNBM PLC's Annual Report for 2007, which was produced in full to the PSC as BNBMPLC0000722 - BNBMPLC0000841.

13. Attached hereto as Exhibit 12 is a true and correct copy of excerpts from BNBM PLC's Annual Report for 2008, which was produced in full to the PSC as BNBMPLC0000961 - BNBMPLC0001080.

14. Attached hereto as Exhibit 13 is a true and correct copy of excerpts from BNBM PLC's Annual Report for 2009, which was produced in full to the PSC as BNBMPLC0001229 - BNBMPLC0001378.

15. Attached hereto as Exhibit 14 is a true and correct copy of excerpts from BNBM PLC's Annual Report for 2010, which was produced in full to the PSC as BNBMPLC0001542 - BNBMPLC0001695.

16. Attached hereto as Exhibit 15 is a true and correct copy of excerpts from BNBM PLC's Annual Report for 2011, which was produced in full to the PSC as BNBMPLC0001862 - BNBMPLC0002018.

17. Attached hereto as Exhibit 16 is a true and correct copy of excerpts from BNBM PLC's Annual Report for 2012, which was produced in full to the PSC as BNBMPLC0002273 - BNBMPLC0002480.

18. Attached hereto as Exhibit 17 is the declaration of Yanming Zhao's declaration, dated March 16, 2015.

19. Attached hereto as Exhibit 18 is a copy of the Memorandum from Joanna Matheson, Ph.D., Toxicologist, Directorate for Health Sciences, dated January 3, 2011, which can be found at http://www.cpsc.gov/PageFiles/99196/lblreport.pdf.

20. Attached hereto as Exhibit 19 is a copy of the Draft Emission Factor Results from Lawrence Berkeley National Laboratories Chamber Testing, dated May 27, 2010, which can be found at http://www.cpsc.gov//PageFiles/114656/LBNLsulfur.pdf.

21.     Attached hereto as Exhibit 20 is a copy of CPSC Release No. 10-243, titled CPSC Identifies Manufacturers of Problem Drywall Made in China and dated May 25, 2010, which can be found at http://www.cpsc.gov/en/Newsroom/News-Releases/2010/CPSC-Identifies-Manufacturers-of-Problem-Drywall-Made-in-China/.

22.     Attached hereto as Exhibit 21 is a copy of the United States Department of Housing and Urban Development's report to Congress, titled Study of the Possible Effect of Problem Drywall Presence on Foreclosures and dated July 17, 2012, which can be found at http://cpsc.gov/PageFiles/161357/StudyofthePossibleEffectsofProblemDrywallPresenceonForeclosures.pdf.

23.     Attached hereto as Exhibit 22 is a copy of Accounting Standards for Business Enterprises No. 33 - Consolidated Financial Statements, promulgated by the Ministry of Finance of the People's Republic of China, dated February 15, 2006, which can be found at http://www.cbize.com/upload/lawregulation/ats%20no%2033%20consolidated%20financial%20statements.pdf.

24.     Attached hereto as Exhibit 23 is a copy of Overseas Regulatory Announcement, Summary of the 2008 Annual Report of BNBM PLC, which can be found at http://cnbm.wsfg.hk/preview/?docid=4877.

25.     Attached hereto as Exhibit 24 is a true and correct copy of Plaintiffs' Objections and Responses to BNBM PLC and BNBM Group's First Request For Production From Plaintiffs.

Dallas, Texas
Dated: April 28, 2015

_____
Gene R. Besen