

# Beijing New Building Materials Public Limited Company

# Annual Report 2006



Board of Directros

Beijing New Building Materials Public Limited Company

April 9, 2007

EXHIBIT 10

BNBMPLC0000489

**(VI) The changes of company's financial data such as operating expenses, administration expenses, financial costs and income tax**

Unit: RMB yuan

| Item | 2006 | 2005 | Increase/decrease rate |
|---|---:|---:|---:|
| Operating expenses | 147,347,670.75 | 111,370,885.44 | 32.30% |
| Management expenses | 197,877,623.53 | 104,473,114.59 | 89.41% |
| Financial expenses | 71,008,219.06 | 55,028,153.67 | 29.04% |
| Income tax | 21,656,015.47 | 13,389,610.57 | 61.74% |

Main reasons for growth of operating expenses, management expenses, finance charges and income tax in this year: reasons for the growth of the three expenses are as follows: firstly, the operation scale of the Company was expanded; secondly, main reasons for the growth of operating expenses are increased sales result in the growth of the operating costs including the transportation costs, packaging fees, etc., at the same time, to expand market share, the product promotion was strengthened and advertising expenses were increased; main reasons for the growth of the management expenses are setting of the company's new branches, allocation policy changes of the provision for bad debts and losses from the subsidiaries' handling of bad debts; main reasons for the growth of financial expenses are the fund demands and borrowings are increased for expansion of production scale; main reasons for the growth of income tax are the Company realized growth of total profit and income tax deduction or exemption period to some products period expired.

**(VII) Composition of cash flow generated by operating activities, investment activities and fundraising activities of the company during reporting period**

Unit: RMB yuan

| Item | 2006 | 2005 | Increase/decrease rate |
|---|---:|---:|---:|
| Net cash flows from operating activities | 266,010,367.28 | 108,244,590.90 | 145.75% |
| Net cash flows from investing activities | -116,818,848.82 | -369,642,553.91 | 68.40% |
| Net cash flows from financing activities | -3,332,755.95 | 366,557,589.57 | -100.91% |

Main reasons for the growth of the net cash flow from operating activities: the Company strengthen its management on receivables, and increased the reflow of payment for goods within the year; Main reasons for the growth of net cash flow from investment activities: the Company's investment amount on the projects under construction this year decreased compared with a year earlier; Main reasons for the decrease of net cash flow from financing activities: the investment amount on the projects under construction decreased, reflow of operating capital increased, resulting in a decrease compared to the borrowings.

**(VIII) Business condition and performance analysis of major holding companies of the company**

At the end of reporting period, the business condition and performance of major holding companies of the company are as follows:

**1. Beijing New Logistics Co., Ltd.**

The company's registered capital is RMB215.678mn. The current company contributes RMB172.5424mn, accounting for 80.00% of its registered capital, mainly engaged in trade and logistical delivery of building materials. At the end of reporting period, the total asset was RMB1,202.0552mn; during the reporting period, the income from main operations was RMB967.405mn, the income from main operation was RMB111.8971mn and the net profit was RMB 30.0208mn.

**2. Shandong Taihe Dongxin Co., Ltd.**

The company's registered capital was RMB155.625mn. The company holds 65% of the shares, mainly engaged in research and development, production and sale of plasterboard. At the end of reporting period, the total asset was RMB1,121.521mn; during the reporting period, the income

BNBMPLC0000516

from main operations was RMB774.2433mn, the income from main operation was RMB198.7965mn and the net profit was RMB 99.7545mn.

### 3. Suzhou Tianfeng New Building Material Co. Ltd.

The company's registered capital is RMB20mn. The current company holds 100% of the shares, mainly engaged in production and sale of mineral wool and mineral wool board. At the end of reporting period, the total asset was RMB50.4092mn; during the reporting period, the net profit was RMB1,130,900.

## II. Prospect on company's future development

### (I) Development trend of company's industry and market competition pattern faced by the company

#### 1. Analysis of development trend of the industry

Currently China is under a new stage of developing from basic realization of well-off society to full building of well-off society. In this stage, consumption structure keeps upgrading, process of urbanization is further accelerated, and infrastructure construction, real estate development and large-scale economic construction will continue to drive rapid growth of building material industry. For a period in the future, building material industry will still be an industry full of development potential. Details include:

(1) Demands on building materials will keep its uptrend while environment friendly materials with multi-functions will maintain its rapid growth momentum.

(2) The enterprise's strategic restructure will accelerate while the industrial structure will be further optimized with overall production growing steadily and advanced productivity remaining its development.

(3) The price of major products will rise moderately while the profitability of the industry will grow steadily. New building materials like rising sun in the building materials industry. Currently China implements industrial development policy of "energy saving and consumption reduction". The "11th 5-year plan" also emphasized on building a saving society. Environment friendly, energy saving and consumption reducing new-type building materials are consistent with industrial policy of China, will receive policy support and encouragement from government and is development direction of building materials, with a promising market prospect.

#### 2. Market competition pattern faced by the company

Market competition pattern of new-type building industry is generally divided into three types. First type is large corporations engaged in production of high-end products and with international level in production equipment, technical research and development and product quality; second type is enterprises engaged in production of medium-rank products; third type is enterprises engaged in production of low-end products. Our company belongs to the first type, and our major rivals are foreign building material giants.

### (II) Opportunities and challenges and development strategy for company's development in the future

#### 1. Opportunities and challenges for company's development in the future

Analyzing opportunities for company's development in the future, they are mainly reflected in the following aspects,

Firstly, during the "11th 5-year plan", China will focus on developing circular economy, build a resource-saving and environment friendly society and realize sustainable development; greatly promote energy-saving, water-saving, space-saving and material-saving products, forcefully discard processes and products with a high consumption, a heavy pollution and backward technologies; encourage production and use energy-saving and water-saving products and develop energy-saving and space-saving buildings; limit the use of clay bricks; strengthen prevention and treatment of industrial pollution, accelerate SO2 treatment of coal-fired power plant and solidify

BNBMPLC0000517