

# Beijing New Building Materials Public Limited Company (BNBMPLC)

# Annual Report 2010



Board of Directors

Beijing New Building Materials Public Limited Company

March 17, 2011

**EXHIBIT 14**

BNBMPLC0001542

has been increased.

The net cash flow arisen from fund-raising activities has risen by 161.23% over the previous term. The main reason for the reduction is: first, the Company's net borrowing of the current year has reduced year on year; second, the distributed dividend of the current year has increased over the last year.

(VII) Business Situation and Performance Analysis of Principal Wholly-owned Subsidiaries of the Company

At the end of reporting period, the business condition and performance of major wholly-owned, holding companies of the company are as follows:

1. Taishan Gypsum Co., Ltd.

The company's registered capital was RMB155.625mn. The company holds 65% of the shares, mainly engaged in research and development, production and sale of plasterboard. At the end of the reporting period, its total assets stood at RMB3,229.6303mn and its net assets stood at RMB1,398.523mn; during the period, it earned an operating income of RMB2,900.4664mn and a net profit of RMB493.746mn.

2. BNBM Taicang Building Materials Co., Ltd.

The Company holds 100% interests in its registered capital of RMB60mn. It is mainly engaged in production, processing and sales of gypsum plasterboard. At the end of the reporting period, its total assets stood at RMB267.5209mn and its net assets stood at RMB88.8693mn; during the period, it earned an operating income of RMB141.6517mn and a net profit of RMB25.596mn.

3. BNBM Ningbo Building Materials Co., Ltd.

The Company holds 100% interests in its registered capital of RMB15mn. It is mainly engaged in production, processing and sales of gypsum plasterboard. At the end of the reporting period, its total assets stood at RMB152.5361mn and its net assets stood at RMB42.8359mn; during the period, it earned an operating income of RMB143.7918mn and a net profit of RMB23.4046 mn.

**II. The Company's development plan and outlook in the future**

(I) Development trend of the industry and market competition pattern

Plasterboard has been developed for more than 100 years in foreign countries and is widely applied in inner partition, wall cover plate (substitute of wall plaster), ceiling plate, sound-absorbing plate, floor base plate, various decorative plates used for different buildings such as dwellings, office buildings, stores, hotels and industrial factory buildings etc. It is characterized by fire proofing, sound insulation, thermal insulation, light weight, high intensity and low shrinkage. Due to its good stability, ageing-proof and moth-proof natures, it can be applied by nailing, sawing, planing, sticking and other methods for construction and is proven to be a trustworthy environment-friendly building material.

In 1979, BNBM imported the first 20 million $m^2$/a large-scale modernize plasterboard production line domestically, making the first step for plasterboard's application in China. From then on, the plasterboard was popularized and widely applied as a new type energy-saving environment-friendly building material in China. China is a country with a severe shortage of energy. The energy consumption accounts for 25%-30% of total energy consumption in the country. New type energy-saving building materials are advocated and encouraged by national policies to substitute conventional high-energy consuming building materials.

To look into the future, along with acceleration of Chinese industrialization and urbanization process as well as full swing of new countryside and affordable house construction, in the years to come, the domestic market will see a brisk demand to new type building materials including plasterboard and enjoy a huge market space. Judging from the competition pattern in the industry, though the Company owns advanced technologies and occupies the first place in domestic market share, there still exist a lot of production lines with backward technologies, high energy consumption and low quality, so there still is the room for improvement of market concentration.

(II) Prospect for the Company's development in the future and operation planning in 2011

1. Implement the requirements of "5 aspects + KPI" management pattern extensively, push ahead

BNBMPLC0001569