

# Beijing New Building Materials Public Limited Company

# Annual Report 2012

**March 2013**

**EXHIBIT 16**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Tai'an Branch | | | | | | | | | | | |
| Bank of China Tai'an Branch | 10,000 | March 09, 2012 | March 30, 2012 | Guaranteed return | 10,000 | 14.96 | 14.96 | Yes | | No | |
| Bank of China Tai'an Branch | 3,500 | June 1, 2012 | June 25, 2012 | Guaranteed return | 3,500 | 5.06 | 5.06 | Yes | | No | |
| Bank of China Tai'an Branch | 2,000 | Aug. 08, 2012 | Aug. 22, 2012 | Guaranteed return | 2,000 | 1.84 | 1.84 | Yes | | No | |
| Agricultural Bank of Tai'an, Longze Branch | 1,500 | Jan. 21, 2012 | Jan. 31, 2012 | Non-guaranteed floating-income | 1,500 | 0.95 | 0.95 | Yes | | No | |
| Agricultural Bank of Tai'an, Longze Branch | 3,000 | Feb. 7, 2012 | March 16, 2012 | Capital preservation guaranteed return | 3,000 | 12.44 | 12.44 | Yes | | No | |
| Agricultural Bank of Tai'an, Longze Branch | 2,500 | Feb. 21, 2012 | Feb. 29, 2012 | Non-guaranteed floating-income | 2,500 | 1.26 | 1.26 | Yes | | No | |
| Agricultural Bank of Tai'an, Longze Branch | 4,000 | March 2, 2012 | March 12, 2012 | Non-guaranteed floating-income | 4,000 | 2.52 | 2.52 | Yes | | No | |
| Agricultural Bank of Tai'an, Longze Branch | 3,000 | April 1, 2012 | May 11, 2012 | Guaranteed floating-income | 3,000 | 15.09 | 15.09 | Yes | | No | |
| ICBC, Ningyang Branch | 2,000 | Feb. 06, 2012 | March 22, 2012 | Non-guaranteed floating-income | 2,000 | 11.31 | 11.31 | Yes | | No | |
| Tai'an Commercial Bank, Feicheng Branch | 4,000 | Feb. 27, 2012 | May 28, 2012 | Guaranteed floating-income | 4,000 | 51.86 | 51.86 | Yes | | No | |
| Tai'an Commercial Bank, Feicheng Branch | 2,500 | Aug. 21, 2012 | Sept. 24, 2012 | Guaranteed floating-income | 2,500 | 10.25 | 10.25 | Yes | | No | |
| China Construction Bank, Qingnianlu Branch | 3,000 | Feb. 17, 2012 | March 27, 2012 | Non-guaranteed floating-income | 3,000 | 12.58 | 12.58 | Yes | | No | |
| Total | 61,000 | -- | -- | -- | 61,000 | 177.77 | 177.77 | -- | 0 | -- | -- |
| The cumulative amount of past-due principal and earnings | | | | | | | | | | | 0 |
| Litigation (if applicable) | | | | | | | | | | | Not applicable |
| Note to trust management | | | | Above are the finanical matters occurring to the controlling subsidiary of the Company Taishan Gypsum Co., Ltd. All the financial funds of the controlling subsidiary of the Company Taishan Gypsum Co., Ltd. come from its own funds. | | | | | | | |

Explanations

3. Analysis of principal subsidiaries and equity participation companies

About principal subsidiaries and equity participation companies

| Company name | Company type | Industry | Major products or services | Registered capital | Total assets (RMB) | Net assets (RMB) | Operating income (RMB) | Operating profit (RMB) | Net profit (RMB) |
|---|---|---|---|---|---|---|---|---|---|
| Taishan | Subsidiary | Light | Gypsum | 155,625,000. | 5,072,328,64 | 2,323,257,44 | 4,561,651,12 | 784,667,00 | 689,375,695.9 |

| Name | Type | Industry | Business | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Gypsum Co., Ltd. | | manufacturing building materials | plaster boards, gypsum products, stone materials, lightgage steel joist, etc. | 00 | 8.63 | 2.13 | 7.08 | 3.67 | 3 |
| Beijing Donglian Investment Co., Ltd. | Subsidiary | Investment and asset management industry | Business banned by laws, administrative regulations and the State Council cannot be conducted; that permitted by laws, administrative regulations and the State Council can be conducted after being approved by examining and approving organization and registered by industrial and commercial administration; that not permitted by laws, administrative regulations and the State Council, can be chosen and conducted independently. | 35,793,750.00 | 547,837,049.98 | 547,837,049.98 | | 157,704,246.94 | 157,704,246.94 |
| Beijing New Materials Incubator Co., Ltd. | Subsidiary | Technology intermediary service industry | Incubation of high-tech enterprises, technological development, technological transfer, technical services, information consulting (excluding intermediary services), sale of products developed by the Company, etc. | 5,000,000.00 | 4,303,470.14 | 4,301,846.35 | | -138,409.16 | -78,303.88 |
| Beijing BNBM Chenlong Decoration Engineering Co., Ltd. | Subsidiary | Building decoration industry | Building decoration, retailing of building materials, building materials, etc. | 7,000,000.00 | 11,026,947.92 | 7,975,468.93 | 4,876,905.65 | 241,279.87 | 159,207.69 |
| China National Building | Subsidiary | Promotion service of new | Technological development | 50,000,000. | 81,385,818.00 | 50,032,150. | | 472,227.8 | 354,170.91 |

19