*Hong Kong Exchanges and Clearing Limited and The Stock Exchange of Hong Kong Limited take no responsibility for the contents of this announcement, make no representation as to its accuracy or completeness and expressly disclaim any liability whatsoever for any loss howsoever arising from or in reliance upon the whole or any part of the contents of this announcement.*



# China National Building Material Company Limited[*]
## 中 國 建 材 股 份 有 限 公 司

*(a joint stock limited company incorporated in the People's Republic of China with limited liability)*

(Stock Code: 3323)

## Overseas Regulatory Announcement

This is not the announcement of the audited financial results of China National Building Material Company Limited ("CNBM") for the year ended 31 December 2009. This announcement is made pursuant to Rule 13.09(2) of the Rules Governing the Listing of Securities on The Stock Exchange of Hong Kong Limited.

This announcement is the summary of the 2009 Annual Report of Beijing New Building Material Company Limited (the "Company" or "BNBM"). The annual report of BNBM and related information in Chinese were disclosed to the public of the People's Republic of China (the "PRC") on 24 March 2010 in accordance with the Rules Governing the Listing on Shenzhen Stock Exchange, the English translation of which is prepared by CNBM for information only.

**EXHIBIT 23**

Q000155

3. Industry position

As the dominant player in domestic new building materials industry, BNBM takes a leading position in the industry in terms of brand, quality, technology, scale and profitability.

(1) Brand. The Company is the only company that has been granted the title of "Double Green Stars" in the building materials industry. The "Dragon" branded products won awards and titles such as National Quality Award (the only one in the building materials industry), National Reputed Trademark, and National Leading Brand. The Company's "Dragon" branded gypsum board and Taishan Gypsum's "Taishan" branded gypsum board were recognized as "China Renowned Products" in 2006. The "Dragon" branded gypsum board was awarded as China Number One Brand of the Most Influential Gypsum Boards. The "Dragon" branded lightweight metal frames was recognized as "Renowned Products in Beijing". In 2007, the Company's "Dragon" branded mineral wool acoustical ceiling panels were recognized as "China Renowned Products". In 2008, the Company's "Dragon" branded gypsum board was awarded as China Well-known Trademark by State Administration of Industry and Commerce, being the industry's only "Double-Certificated" China well-known brand which passed national certification and judicial accreditation. In 2009, the Company won the award of "Global Gypsum Company of the Year 2009" at the ninth session of the Global Gypsum Conference held in Brazil, making it the first Asian company to have won the award. Besides, the Company was ranked the 95th in the 2009 "China's 500 Most Valuable Brands" of the World Brand Lab, with its brand value amounting to RMB7.633 billion, while ranking the 1st in the new building materials industry.

(2) Quality. Under stringent quality management system, the Company was recognized as national and Beijing "Model Enterprise for Both Quality and Efficiency" and was given the special awards. Meanwhile, the Company was selected as Grade AAA Enterprise in Quality Reputation during the spot check of quality organized by National and Beijing Municipal Bureau of Quality and Technical Supervision respectively.

Q000181