

# Beijing New Building Materials Public Limited Company

# Annual Report 2013

**March 2014**

EXHIBIT 15

BNBMPLC0002743

BNBMPLC Annual Report 2013

## 3. Analysis of major subsidiaries and equity participation companies

About major subsidiaries and equity participation companies

Unit: RMB yuan

| Company name | Company type | Industry | Major products or services | Registered capital | Total Assets | Net assets | Operating income | Operating profit | Net profit |
|---|---|---|---|---|---|---|---|---|---|
| Taishan Gypsum Co., Ltd. | Subsidiary | Light manufacturing building materials | Gypsum plaster boards, gypsum products, stone materials, lightgage steel joist, etc. | 155,625,000.00 | 5,994,762,689.53 | 3,001,826,711.91 | 5,188,409,821.23 | 1,105,092,032.95 | 978,569,269.78 |
| Beijing New Materials Incubator Co., Ltd. | Subsidiary | Technology intermediary service industry | Incubation of high-tech enterprises, technological development, technological transfer, technical services, information consulting (excluding intermediary services), sale of products developed by the Company, etc. | 5,000,000.00 | 3,842,921.86 | 3,841,298.07 | 0 | -124,524.43 | -460,548.28 |

Description of major subsidiaries and equity participation companies

None

Acquisition and disposal of subsidiaries during the reporting period

√ Applicable □ Not applicable

| Company name | The purpose of acquisition and disposal of subsidiaries during the reporting period | The manner of acquisition and disposal of subsidiaries during the reporting period | Impact on the overall production and performance |
|---|---|---|---|
| BNBM (Kunming) Co., Ltd. | Promoting the gypsum board layout according to the construction plan of national bypsum board industrial base | Enterprises established and invested in the current period | No significant impact on the overall performance of the Company, and production scale of the Company to be expanded in future |
| BNBM (Jiaxing) Co., Ltd. | Promoting the gypsum board layout according to the construction plan of national bypsum board industrial base | Enterprises established and invested in the current period | No significant impact on the overall performance of the Company, and production scale of the Company to be expanded in future |
| BNBM Light Steel Homes (Beijing) Co., Ltd. | Increase the scale of housing construction | Enterprises established and invested in the current period | No obvious effect on the overall performance of the Company |
| Beijing Tiandi Renju Cultural Development Co., Ltd. | Enhance the publicity of building materials industry | Acquired in current period | No obvious effect on the overall performance of the Company |
| BNBM (Shanghai) Co., Ltd. | Develop the size of lightgage steel joist business | Acquired in current period | No obvious effect on the overall performance of the Company |
| Taishan Gypsum (Suqian) Co., Ltd. | Promoting the gypsum board layout according to the construction plan of national bypsum board industrial base | Enterprises established and invested in the current period | No significant impact on the overall performance of the Company, and production scale of the Company to be expanded in future |
| Taishan Gypsum (Jiyuan) | Promoting the gypsum board | Enterprises established and | No significant impact on the |

20