美国地区法院

路易斯安娜州东部区

| | |
|---|---|
| 关于:中国制造的石膏板产品责任诉讼 | ：跨地区诉讼第 2047 号 |
| | ：L 部分 |
| 本文件相关案件 | ：FALLON 法官 |
| 所有案件 | ：WILKINSON 司法官 |

### 被告关联方/子公司/母公司制造商资料表

CNBM/BNBM/TG 必须填写并呈递本被告关联方/子公司/母公司制造商资料表[1]。CNBM/BNBM/TG 必须填写并签署一份被告关联方/子公司/母公司制造商资料表，列明从 2001 年至今在美国的所有活动。如在完成本资料表后得知其他信息，则必须加以补充。如回答任何问题或填写答复的空间不够，可另加附页。此外，如在回复任何问题时需提供任何附件或文件，请指明本资料表中与该具体附件或文件相关的具体问题。

本资料表中的问题均为不可被异议的问题，并应被回答而无异议。填写本资料表，并不表示您放弃律师工作成果和/或律师-委托人守密特权。同样，通过披露顾问的身份，此等顾问可以保持为非作证专家，且受到法律提供的所有保护。请以英文清楚书写或键入您的答复。

I.  **填写本资料表的被告制造商的联系信息**

   A.  石膏板制造商的关联方、子公司或母公司的名称：<u>北新集团建材股份有限公司（"北新建材"）</u>[2]

   B.  地址：<u>中国北京市海淀区复兴路 17 号国海广场 2 号楼 15 层</u>

   C.  电话号码：<u>+86 400-898-5566</u>

   D.  电邮地址：<u>bnbm@bnbm.com.cn</u>

   E.  网址：<u>www.bnbm.com.cn</u>

   F.  总裁或首席执行官：<u>陈雨 （总经理）</u>

   G.  总部（如位于国外）：<u>中国北京市海淀区复兴路 17 号国海广场 2 号楼 15 层</u>

   H.  美国总部地址：<u>无</u>

   I.  境外和/或美国总部主管姓名：<u>无</u>

   J.  美国主要营业地点：<u>无</u>

---

[1] 关联方应指与母公司（或类母公司）实体存在经济关系，与子公司（或类子公司）实体存在纵向关系，以及与具有相同母公司（或类母公司）的实体之间存在横向关系。

[2] 北新建材在跨地区诉讼中呈递本被告关联方/子公司/母公司制造商资料表并不表示北新建材在跨地区诉讼或任何其他诉讼中放弃反对下述事项的任何其权利：(i)反对本表或其附件中披露的任何信息的相关性或证明力；(ii)反对对北新建材发送或送达传票的充分性；(iii)反对本法院或任何其他法院对北新建材的管辖权；和/或(iv)以任何理由反对针对北新建材进行的任何证据开示，包括但不限于，该等证据开示违反《关于从外国调取民事或商事证据的海牙公约》。

**EXHIBIT 25**

K. 于2001年起至今的任何时间，该实体在美国经营所在的所有办事处或地点的列表：无___

L. 于2001年起至今的任何时间，已与在美国的个人或公司进行过交易或从事过业务的所有管理人员、代理或代表的列表：蔡凯（2005年至2007年任国际业务部总经理助理）（前雇员）；卢凯龙（2005年至2006年任国际业务部总经理助理）（前雇员）（见附注2）

M. 上文第H、I和/或J项中指明的每个办事处或地点的经理姓名：无___

（如果您在上文第I(A)项中列明多于一个实体，请就每个实体分部回答第I(B)-I(M)项。）

II. **被告制造商的律师信息**

  A. 姓名：Michael Barr; Michael Moore; Richard Fenton___

  B. 地址：Dentons US LLP
     1221 Avenue of the Americas
     New York, NY 10020-1089 USA

  C. 电话号码：+1 212 768 6700___

  D. 传真号码：+1 212 768 6800___

  E. 电邮：Michael.barr@dentons.com; Michael.moore@dentons.com; Richard.fenton@dentons.com

III. **关联方及子公司信息**

  A. 在美国或在其管辖权内从事业务的每一个子公司或关联方的名称[3]：见附表A___

  B. 上述A项中所述的每一实体的地址：见附表A___

  C. 上述A项中所述业务的类型：见附表A___

  D. 上述A项中所述的每一实体的电话号码：见附表A___

  E. 上述A项中所述从事业务的每一实体的最初注册设立州及地址：见附表A___

  F. 列明上述A项中所述的每一实体的所有商标、专利及服务标记：见附表A___

  G. 上述A项中所述的每一实体在从事业务时的全称（包括任何商号或其他名称）：见附表A

  H. 请说明上述A项中所述的每一实体就进口中国石膏板到美国与任何中国石膏板的制造商、出口商、进口商、运货人或经销商签订的所有协议：见附表A___

---

[3]根据2015年3月26日聆讯的法庭指令，附表A列明了尽北新建材目前所知的所有与该问题有关的第一层直属子公司/关联方。北新建材对此问题的回复并不代表北新建材承认附表A中列明的任何子公司系属于法庭于2014年7月17日签发的藐视法庭令[Doc.No. 17869]或任何其他诉请中所称的"关联方"。

IV. <u>保险</u>

    A. 请列明与索赔有关的所有保单，包括所有一般商业综合责任保险、产品责任险、建造险、董监事及高级管理人员责任险和超额保险保单。.

        1. 请就每份保单提供以下信息：

        承保人：<u>无</u>

        保单生效日期：

        ___/___/_____ (月 / 日 / 年) 至 ___/___/_____ (月 / 日 /年)

        保单编号：_____

        保单类型：_____

        保险代理：_____

        保险代理在美国的代理地址：_____

        保单承保范围限制：_____

        请提供保险的声明页、例外情况和保单副本。

    B. 请说明您就本案对任何保单提起的全部索赔。

        1. 请就每项索赔提供以下信息：

        日期：___/___/_____ (月/ 日 / 年)

        承保人：_____

        索赔说明：_____

        承保人对索赔的回应：_____

        若在诉讼中：

        案件标题：_____

        所涉律师姓名和地址：_____

        所涉保险公司：_____

<u>声明</u>

  本人根据《美国法典》第 28 编第 1746 节声明，就本人所知，提供于本被告制造商资料表的全部信息均为真实且准确。并且本人已提供本声明中所要求的所有由本人拥有、照管或控制的文件，否则愿受美利坚合众国法律项下的伪证罪刑罚。

| _(signature)_ | 陈雨 | 03/04/2015 |
|---|---|---|
| 签名 | 正楷姓名 | 日期 |

附表 A
关联方及子公司信息

| | 泰山石膏股份有限公司 | 北新建材集团有限公司 |
|---|---|---|
| III. A.在美国或在其管辖权内从事业务的每一个子公司或关联方的名称： | 相关披露请见泰山石膏股份有限公司的资料表 | 相关披露请见北新建材集团有限公司的资料表。 |
| B.上述 A 项中所述的每一实体的地址： | | |
| C.上述 A 项中所述业务的类型： | 石膏板销售 | 石膏板出口代理商 |
| D.上述 A 项中所述的每一实体的电话号码： | | |
| E.上述 A 项中所述从事业务的每一实体的最初注册设立州及地址： | | |
| F.列明上述 A 项中所述的每一实体的所有商标、专利及服务标记： | 泰山牌 | |
| G.上述 A 项中所述的每一实体在从事业务时的全称（包括任何商号或其他名称）： | 泰山石膏股份有限公司 | 北新建材集团有限公司 |
| H.请说明上述 A 项中所述的每一实体就进口中国石膏板到美国与任何中国石膏板的制造商、出口商、进口商、运货人或经销商签订的所有协议： | | 见附表 B |

| 附表 B | |
|---|---|
| 北新集团就北新建材销售石膏板提供出口代理服务 | |
| 2005 年 11 月 | 向 EAC & Son's Corp 出口石膏板 |
| 2005 年 11 月 | 向 Great Western Building Materials/Boan International Investment Co., Ltd. 出口石膏板 |
| 2005 年 11 月 | 向 Wood Nation, Inc. 出口石膏板 |

附表 C

北新建材的石膏板销售（北新集团未担任其出口代理商）

| | |
|---|---|
| 2006 年 2 月 | 向 Great Western Building Materials/Boan International Investment Co., Ltd.销售石膏板 |
| 2006 年 3 月和 4 月 | 向 Triorient Trading Co. 销售石膏板 |
| 2006 年 3 月 | 向 Davis Construction Supply Co.销售石膏板 |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL<br>PRODUCTS LIABILITY LITIGATION | : MDL No. 2047<br>: Section L<br>: |
| This Document Relates to<br>ALL CASES | : JUDGE FALLON<br>: MAG. JUDGE WILKINSON |

### DEFENDANT AFFILIATE/SUBSIDIARY/PARENT MANUFACTURERS' PROFILE FORM

CNBM/BNBM/TG must complete and submit this Defendant Affiliate/Subsidiary/Parent Manufacturers' Profile Form[1]. CNBM/BNBM/TG must complete and sign a Defendant Affiliate/Subsidiary/Parent Manufacturers' Profile Form for all activity in the US from 2001 through present. If additional knowledge becomes known after completion, this Form must be supplemented. If additional space is needed to answer any questions or complete your responses, additional pages may be attached. In addition, if any attachments or documents are provided in response to any question, please identify the specific question within this Form that relates to the specific attachment or document.

The questions contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law. Please print legibly or type your responses in English.

I. **CONTACT INFORMATION OF DEFENDANT MANUFACTURER COMPLETING THIS PROFILE FORM**

    A. Name of Affiliate, Subsidiary or Parent of Drywall Manufacturer: <u>Beijing New Building Materials Public Limited Company ("BNBMPLC")</u>[2]

    B. Address: <u>15F, Building 2, Guohai Plaza, No. 17 Fuxing Road, Haidian District, Beijing, China</u>

    C. Phone number: <u>+86 400-898-5566</u>

    D. Email address: <u>bnbm@bnbm.com.cn</u>

    E. Web site: <u>www.bnbm.com.cn</u>

    F. President or CEO: <u>Yu CHEN (General Manager)</u>

    G. Headquarters if Foreign: <u>15F, Building 2, Guohai Plaza, No. 17 Fuxing Road, Haidian District, Beijing, China</u>

    H. Address of USA Headquarters: <u>None</u>

---

[1] Affiliate shall mean a financial relationship with a parent (or parent-like) entity, a vertical relationship with a subsidiary (or subsidiary-like) entity, and a horizontal relationship between entities that share a common parent (or parent-like) entity.

[2] BNBMPLC is submitting this Defendant Affiliate/Subsidiary/Parent Manufacturers' Profile Form in these multidistrict proceedings without waiving any of its rights to object, in these or in any other proceedings, to: (i) the relevance or admissibility of any information disclosed on this form or its attachments; (ii) the sufficiency of process or the service of process upon it; (iii) the jurisdiction of this or any other court over it; and/or (iv) any discovery that may be served upon it on any grounds including, without limitation, that such discovery violates the Hague Convention to the Taking of Evidence Abroad in Civil or Commercial Matters.

I. Name of supervisor at Foreign and/or USA Headquarters: <u>None</u>

J. Principal Place of Business in USA: <u>None</u>

K. List of all offices or locations in USA where entity has done business at any time in 2001 through present: <u>None</u>

L. List of all officers, agents or representatives who have transacted or done business with individuals or companies in the USA at any time from 2001 through present: <u>Kai Cai (Assistant to the Manager of International Business Department from 2005-2007) (former employee); Kailong Lu (Assistant to the Manager of International Business Department from 2005-2006) (former employee) (See fn. 2)</u>

M. Name of Manager at each office or location identified in H, I and/or J above: <u>None</u>

(If you have identified more than one entity in I(A) above separately answer I(B)-I(M) for each entity.)

II. **COUNSEL INFORMATION OF DEFENDANT MANUFACTURER**

A. Name: <u>Michael Barr; Michael Moore; Richard Fenton</u>

B. Address: <u>Dentons US LLP, 1221 Avenue of the Americas New York, NY 10020-1089 USA</u>

C. Phone Number: <u>+1 212 768 6700</u>

D. Fax Number: <u>+1 212 768 6800</u>

E. E-Mail: <u>Michael.barr@dentons.com;Michael.moore@dentons.com; Richard.fenton@dentons.com</u>

III. **AFFILIATE AND SUBSIDIARY INFORMATION**

A. Name of every subsidiary or affiliate that transacts business in the United States or within its jurisdiction[3]: <u>See Table A</u>

B. Address of each entity identified in A above: <u>See Table A</u>

C. Identification of the type of business identified in A above: <u>See Table A</u>

D. Phone number of each entity identified in A above: <u>See Table A</u>

E. Initial state of incorporation and location where each entity transacts business identified in A above: <u>See Table A</u>

F. Listing of all trademarks, patents and service marks for each entity identified in A above: <u>See Table A</u>

G. The full name including any trade names or other names which the entity identified in A above transacts business: <u>See Table A</u>

H. Describe all agreements existing between the entity identified in A above and between any manufacturer, exporter, importer, shipper or distributor of Chinese drywall for the importation to the United States: <u>See Table A</u>

---

[3] Consistent with the Court's instructions at the March 26, 2015 conference, Table A lists all direct subsidiaries/affiliates responsive to this request to the best of BNBMPLC's current knowledge. BNBMPLC's response is not an admission that any listed subsidiary is an "affiliate," as used in the Court's July 17, 2014 Contempt Order [Doc. No. 17869] or any other pleading.

IV. **INSURANCE**

    A.     A.Identify all policies of insurance, including all CGL, Product Liability, Builder's Risk, D&O and Excess insurance policies relating to claims.

        1.     For each policy, identify the following:

Insurer: None _____

Dates policy in effect:

___/ ___/ _____ (Month / Day / Year) to ___/ ___/ _____ (Month / Day / Year)

Policy Number: _____

Type of Policy: _____

Insurance Agent _____

Address of Insurance _____

Agent in the United States _____

Policy Coverage Limits _____

Produce a copy of the Declaration page, exclusions and policy of insurance.

    B.     Identify all claims you have made on any insurance policies regarding this matter.

        1.     For each claim please provide the following:

Date: ___/ ___/ _____ (Month / Day / Year)

Insurer: _____

Description of claim: _____

Insurer's response to claim: _____

If in litigation:

Caption of Case: _____

Name and address of attorneys involved: _____

_____

Insurance carriers involved: _____

_____

## CERTIFICATION

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Defendant Manufacturers' Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration, to the extent that such documents are in my possession, custody or control.

| _____ | CHEN YU | 03/04/2015 |
|---|---|---|
| Signature | Print Name | Date |

# TABLE A

## SUBSIDIARY/AFFILIATE INFORMATION

III.

| | | |
|---|---|---|
| A. Name of every subsidiary or affiliate that transacts business in the United States or within its jurisdiction | Taishan Gypsum Co., Ltd.<br><br>For relevant disclosure, please see the Profile Form of Taishan Gypsum Co., Ltd. | Beijing New Building Material (Group) Co., Ltd.<br><br>For relevant disclosure, please see the Profile Form of Beijing New Building Material (Group) Co., Ltd |
| B. Address of each entity identified in A above : | | |
| C. Identification of the type of business identified in A above: | Drywall sales | Drywall export agency |
| D. Phone number of each entity identified in A above: | | |
| E. Initial state of incorporation and location where each entity transacts business identified in A above: | | |
| F. Listing of all trademarks, patents and service marks for each entity identified in A above: | Taishan | |

| | Taishan Gypsum Co., Ltd. | Beijing New Building Material (Group) Co., Ltd. |
|---|---|---|
| G. The full name including any trade names or other names which the entity identified in A above transacts business: | | |
| H. Describe all agreements existing between the entity identified in A above and between any manufacturer, exporter, importer, shipper or distributor of Chinese drywall for the importation to the United States: | | See Table B |

**TABLE B**

**BNBMPLC DRYWALL SALES FOR WHICH BNBM GROUP WAS EXPORT AGENT**

| | |
|---|---|
| November 2005 | Export of drywall to EAC & Son's Corp. |
| November 2005 | Export of drywall to Great Western Building Materials/Boan International Investment Co., Ltd. |
| November 2005 | Export of drywall to Wood Nation, Inc. |

## TABLE C
### BNBMPLC DRYWALL SALES FOR WHICH BNBM GROUP WAS NOT EXPORT AGENT

| | |
|---|---|
| February 2006 | Sale of drywall to Great Western Building Materials/Boan International Investment Co., Ltd. |
| March and April 2006 | Sale of drywall to Triorient Trading Co. |
| March 2006 | Sale of drywall to Davis Construction Supply Co. |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : MDL No. 2047<br>: Section L |
| This Document Relates to<br>ALL CASES | : JUDGE FALLON<br>: MAG. JUDGE WILKINSON |

PEOPLE'S REPUBLIC OF CHINA

CITY OF SHANGHAI

## DECLARATION OF JIA LISHUANG

This is a declaration being made in accordance with and pursuant to 28 U.S.C. § 1746.

I, Jia Lishuang (贾立双), declare under penalty of perjury under the laws of the United States of America that the following statements are true and correct:

1. I am over eighteen (18) years of age, am competent to testify to the matters contained herein, and have personal knowledge of these facts.

2. I am a senior translator with the Shanghai Transbridge Co., Ltd., and work in the office in Shanghai, China. Shanghai Transbridge Co., Ltd is a professional translation service provider in China.

3. I am fluent in the languages of Chinese and English.

4. I hereby certify that I translated Beijing New Building Materials Public Limited Company's ("BNBMPLC") Defendant Affiliate/Subsidiary/Parent Manufacturers' Profile Form ("BNBMPLC's Profile Form") between the English and Chinese languages. I further certify that the English version of the BNBMPLC's Profile Form is a true and accurate translation of the Chinese version of the BNBMPLC's Profile Form. I also certify that the English version of the BNBMPLC's Profile Form and the Chinese version of the BNBMPLC's Profile Form are accurate translations of one another.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 1, 2015

贾立双

Jia lishung