**DENTONS**

| **Meagan Dyer** | meagan.dyer@dentons.com | Salans FMC SNR Denton |
| Managing Associate | D  +1 214 259 1862 | dentons.com |

Dentons US LLP
2000 McKinney Avenue
Suite 1900
Dallas, TX 75201-1858 USA

T  +1 214 259 0900
F  +1 214 259 0910

April 14, 2015

**<u>VIA EMAIL</u>**
Russ M. Herman
Leonard A. Davis
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
<u>rherman@hhklawfirm.com</u>
<u>drywall@hhkc.com</u>
<u>ldavis@hhklawfirm.com</u>

Arnold Levin
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
PH: (215) 592-1500
FAX: (215) 592-4663
<u>Alevin@lfsblaw.com</u>

Dear Counsel:

Enclosed please find Beijing New Building Material (Group) Co., Ltd.'s production volume 1,
BNBM(Group)0000001 - BNBM(Group)0002600.  Note that an English translation of the document
immediately follows the Chinese version.  This production also contains documents designated
"Confidential-Subject to Protective Order."  Please treat them accordingly.

These documents are available for download from our FTP site through a link that will be sent to your
email.

Please let me know if you have any questions.

Sincerely,

Meagan Dyer
Dentons US, LLP

**EXHIBIT 34**