| | |
|---|---|
| **From:** | Moore, C. Michael |
| **Sent:** | Thursday, April 02, 2015 10:40 AM |
| **To:** | Debbie Murphy |
| **Cc:** | Barr, Michael H.; Russ Herman; Lenny Davis; Fred Longer |
| **Subject:** | Re: Chinese Drywall Litigation |

Thanks.  Will call in at that time.

Mike

Sent from my iPhone

> On Apr 2, 2015, at 10:20 AM, Debbie Murphy <DMurphy@lfsblaw.com> wrote:
>
> From Arnold Levin -
>
> Russ and I are available to speak at 1:00 p.m. (Central (2:00 p.m. Eastern)) today.
>
> The dial-in number is 1-866-479-6576 and the access code is 20071447#
>
>
>
> Debbie Murphy
> Levin, Fishbein, Sedran & Berman
> Counsellors at Law and Proctors in Admiralty
> 510 Walnut Street - Suite 500
> Philadelphia, PA 19106-3697
> Tele: 215-592-1500 - Fax: 215-592-4663 www.lfsblaw.com
>
> CONFIDENTIALITY NOTE: This e-mail message contains information belonging to the law firm of Levin, Fishbein, Sedran & Berman and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.
>
>
> -----Original Message-----
> From: Moore, C. Michael [mailto:c.michael.moore@dentons.com]
> Sent: Thursday, April 02, 2015 10:53 AM
> To: Debbie Murphy
> Cc: Barr, Michael H.
> Subject: Fwd: Chinese Drywall Litigation
>
> Arnold:
>
> I am available today to speak with you about our efforts and status  with respect to  discovery.  I am available for a call  today between 1:00 and 2:00Central , or anytime after 4:30 Central.
>

1

**EXHIBIT 37**

> Thanks.
>
> Mike
>
> C. Michael Moore
> Dallas Managing Partner
>
> D +1 214 259 0902<tel:+1%20214%20259%200902> | US Internal 50902
> c.michael.moore@dentons.com<mailto:c.michael.moore@dentons.com>
> **Error! Hyperlink reference not valid.>**
>
> Dentons US LLP
>
> SNR Denton is proud to join Salans and FMC as a founding member of Dentons.
>
> Dentons is an international legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com<http://dentons.com/> for Legal Notices, including IRS Circular 230.
>
>
>
> [http://logo.us.dentons.com/logo.png]
>
>
>
>
>
>
>
>
>
>
>
>
>
> From: Debbie Murphy [mailto:DMurphy@lfsblaw.com]
> Sent: Thursday, April 02, 2015 8:55 AM
> To: 'Vejnoska, Christopher'; 'Stengel, James L.'; Barr, Michael H.
> Cc: 'RHERMAN@hhklawfirm.com<mailto:RHERMAN@hhklawfirm.com>';
> 'gmeunier@gainsben.com<mailto:gmeunier@gainsben.com>'; Fred Longer;
> Sandy Duggan; 'Lenny Davis'; 'Chris Seeger'; Matthew Gaughan
> Subject: RE: Chinese Drywall Litigation
>
> From Arnold Levin -
>
> Gentlemen -
>
> We have heard absolutely nothing from each of you with regard to our outstanding discovery.
>
> Kindly explain this silence.
>
> We are available today to discuss the same.

2

\>
\>
\>
\>
\>
> Debbie Murphy
> Levin, Fishbein, Sedran & Berman
> Counsellors at Law and Proctors in Admiralty
> 510 Walnut Street - Suite 500
> Philadelphia, PA 19106-3697
> Tele: 215-592-1500 - Fax: 215-592-4663
> **Error! Hyperlink reference not valid.>**
\>
> CONFIDENTIALITY NOTE: This e-mail message contains information belonging to the law firm of Levin, Fishbein, Sedran & Berman and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.
\>
\>
\>