**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047** **SECTION: L** **JUDGE FALLON** **MAG. JUDGE WILKINSON** |

**THIS DOCUMENT RELATES TO:**

*Amorin et al. v. Taishan Gypsum Co. Ltd. et al.*, **Case No. 2:11-cv-01673**

*Wiltz et al. v. Beijing New Building Materials Public Limited Company et al.*, **Case No. 2:10-cv-00361**

*Gross et al. v. Knauf Gips KG et al.*, **Case No. 2:09-cv-06690**

**ORDER**

       Before the Court is Beijing New Building Materials Public Limited Company and Beijing New Building Material (Group) Co., Ltd.'s Motion to Vacate Entries of Preliminary Default. The Court is of the opinion that the Motion should be GRANTED.

       IT IS HEREBY ORDERED that the preliminary defaults entered in the above numbered and captioned actions (Rec. Docs. 15687 and 17793) are VACATED.

       **SO ORDERED.**

       New Orleans, Louisiana, this _____ day of _____, 2015.

_____
ELDON E. FALLON
United States District Court Judge

84043095