UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

**O R D E R**

Considering the Plaintiffs' Steering Committee's Motion to Seal Exhibit;

IT IS ORDERED BY THE COURT that the motion is GRANTED and Exhibit "E" attached to the Plaintiffs' Steering Committee's Request in Light of Recent Filing to Address the Scope of Discovery from the Taishan Defendants, BNBM Defendants, and CNBM Defendants During the Telephone Conference With the Court on April 30, 2015 [Rec. Doc. 18783] be and is hereby filed UNDER SEAL.

New Orleans, Louisiana, this 30th day of April, 2015.

_____
Eldon E. Fallon
United States District Court Judge