UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*All Cases* | |

### ORDER

Considering the foregoing Motion of Beijing New Building Material (Group) Co., Ltd. for Leave to File Certain Exhibits Under Seal;

**IT IS ORDERED** that the motion is **GRANTED**; and the attached exhibits are filed into the record **UNDER SEAL**.

New Orleans, Louisiana, this 30th day of April, 2015.

_____
Honorable Eldon E. Fallon
U.S. District Court Judge