# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | |

### NOTICE OF VIDEOTAPED DEPOSITION OF JAKE WOODY AND BROWNGREER PLC

To:  BrownGreer PLC
     250 Rocketts Way
     Richmond, Virginia 23231

PLEASE TAKE NOTICE that, pursuant to Rule 26 and 30(b)(6) of the Federal Rules of Civil Procedure, Defendants Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd., by and through their attorneys, will take the videotaped deposition of Jake Woody and BrownGreer PLC on May 26, 2015 in New Orleans, Louisiana at a mutually agreeable location. The deposition will begin at 1:00 PM Central, and will continue that day and, if necessary, from day-to-day, excluding Sundays and court-recognized holidays, until the examination is completed. Pursuant to Federal Rule of Civil Procedure30(b)(6), BrownGreer PLC shall designate and produce a designated representative or representatives, as may be required, to testify on behalf of BrownGreer PLC concerning the topics identified in Exhibit A, attached hereto. Further, the deponent is requested to produce the documents identified in the attached Exhibit A to which deposition questions will be asked.

**If you are an attorney of record, please email cdw@golkow.com 48 hours prior to the deposition should you desire to participate by stream to view video/text so you may**

**receive a username and password.**

| | |
|---|---|
| Primary Examiners: | Counsel for Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd. |
| Videotaped Deposition: | Yes |
| Call-in Number: | TO BE PROVIDED |

This videotaped deposition shall be taken before a person authorized by law to administer oaths and will be taken for the purposes of cross examination, discovery, and for all other purposes permitted under the Federal Rules of Civil Procedure.

Pursuant to directives provided at the status conference on May 27, 2010, a brief explanation of the subject matter expected at this deposition is as follows: The deposition will be conducted in furtherance of discovery related to class damages. This brief explanation is with full reservation of rights by the noticing parties and is not intended to limit in any way the scope of the deposition noticed herein. Counsel should be aware that all matters may be discovered in the deposition and that the above explanation is made solely in accordance with the directives provided at the status conference.

Respectfully submitted,

Dated: May 4th, 2015

/s Michael P. Kenny
Bernard Taylor, Esq.
Georgia Bar No. 669625
Michael P. Kenny, Esq.
Georgia Bar No. 415064
Christina Hull Eikhoff, Esq.
Georgia Bar No. 242539
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
michael.kenny@alston.com
bernard.taylor@alston.com
christy.eikhoff@alston.com

*Counsel for Taishan Gypsum Co., Ltd. and
Tai'an Taishan Plasterboard Co., Ltd.*

Alan Dean Weinberger
LA Bar No. 13331
HANGARTNER, RYDBERG &
TERRELL, LLC
One Shell Square
701 Poydras St., Suite 310
New Orleans, Louisiana 70179
Phone: (504) 434-6815
Fax: (504) 522-5689
aweinberger@hanrylaw.com
*Local Counsel for Taishan Gypsum Co., Ltd.
and Tai'an Taishan Plasterboard Co., Ltd*

## EXHIBIT A

## INSTRUCTIONS

1. Each request extends to all documents in your possession, custody, or control or in the possession, custody, or control of anyone acting on your behalf. A document is to be deemed in your possession, custody, or control of it is in your physical custody, or if it is in the physical custody of any person and you (a) own such document in whole or in part; (b) have a right, by contract, statute, or otherwise to use, inspect, examine, or copy such document on any terms; (c) have an understanding, express or implied, that you may use, inspect, examine, or copy such document on any terms; or (d) have, as a practical matter, been able to use, inspect, examine, or copy such document when you sought to do so.

2. If you know the location of any requested document and do not produce the document on the ground that the document is not in your possession, custody, or control, you shall identify the document and identify the person who you believe does have possession, custody, or control of the document.

3. The original of each document requested herein shall be produced together with any drafts, revisions, or copies of the same that bear any mark or notation not present in the original or that otherwise differ from the original.

4. These requests call for the production of each requested document in its entirety.

5. If you intend to withhold documents or information otherwise discoverable by claiming that the document or information is privileged or subject to protection, you must expressly make the claim and describe the nature of the documents, communications, or tangible things not produced or disclosed—and do so in a manner that, without revealing information itself privileged or protected, will enable other parties to assess the claim.

6. You should resolve any doubts about whether a document is responsive to this notice in favor of production.

## DEFINITIONS

1. "Document" has the broadest meaning permitted under the Federal Rules of Civil Procedure and means all electronic and non-electronic originals, drafts, and non-identical copies (whether different from the original because of notations, underlining, or otherwise) of written materials of any kind, including but not limited to notes, reports, outlines, letters, correspondence, emails, publications, memoranda, spreadsheets, computer data, bulletins and fact sheets, records, contracts, agreements, advertising, packaging, and promotional materials, pamphlets, manuals, statements, invoices, bills and billing sheets, as well as blog posts and social media updates, messages, tweets, posts, photographs, etc.

2. The terms "referring to" and "relating to" shall be construed to bring within the scope of the request all documents that comprise, evidence, constitute, describe, explicitly or implicitly refer to, were reviewed in conjunction with or were generated as a result of the subject matter of the request, including but not limited to all information that reflects, records, memorializes, discusses, shows, deals with, responds to, comments on, involves, pertains to, evaluates, considers, reviews, or reports the subject matter of the request.

3. The definitions, instructions, and requests contained herein are meant to be understood broadly and inclusively. Accordingly, the words "and" or "or" are conjunctive and disjunctive, the singular of any word includes the plural and vice versa, the past tense of any verb includes the present and future tense, the masculine of any word includes the feminine and neuter, the words "all" or "any" mean "any and all," and the word "including" means "including without limitation."

## DOCUMENTS REQUESTED

Please produce the following materials by email by 5:00 PM Central on Tuesday, May 12, 2015.

1. All of your correspondence with and all documents exchanged with Ronald Wright, P.E.

2. All of your correspondence with and all documents exchanged with George Inglis.

3. All of your correspondence with and all documents exchanged with Tracy Randazzo.

4. All of your correspondence with and documents exchanged with the Plaintiffs' Steering Committee.

5. All documents, data and information in your custody regarding the Virginia settlements.

6. All updated plaintiff profile forms or "Taishan Supplemental Evidence Forms," including documents and information as received by BrownGreer, as well as information regarding the timing, authorship, and transmittal of same.

7. All documents, data, and information in your custody regarding the putative Taishan class claimants.

8. With respect to all claimants in the MDL (regardless of whether they are putative Taishan class members), the following information:

    - Overall average remediation cost on a per-square-foot basis
    - Overall average remediation cost on a per-property basis
    - Total number of properties
    - Average remediation cost by ZIP code on a per-square-foot basis

- Median remediation cost by ZIP code on a per-square-foot basis
- Highest remediation cost by ZIP code on a per-square-foot basis
- Lowest remediation cost by ZIP code on a per-square-foot basis
- Average remediation cost by ZIP code on a per-property basis
- Median remediation cost by ZIP code on a per-property basis
- Highest remediation cost by ZIP code on a per-property basis
- Lowest remediation cost by ZIP code on a per-property basis
- Number of properties per ZIP code
- Overall average remediation duration on a per-property basis
- Median remediation duration on a per-property basis
- Shortest remediation duration on a per-property basis
- Longest remediation duration on a per-property basis

9. All Plaintiff Profile Forms in your custody.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **NOTICE OF VIDEOTAPED DEPOSITION OF JAKE WOODY AND BROWNGREER PLC** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 4th day of May, 2015.

/s Michael P. Kenny