IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

## ORDER

Upon consideration of the Plaintiff's Steering Committee's Emergency Motion for a Protective Order Regarding the Depositions of BrownGreer PLC and Jake Woody the Court find good cause for granting same. The Court hereby orders that the Notice of Deposition of BrownGreer PLC is hereby stricken. The Court further orders that the deposition of Jake Woody may take place on May 26, 2015, however, the request for documents imposed upon Mr. Woody are restricted and limited solely to matters specifically related to the class damage assessment hearing of June 9, 2015. It is further ordered that Mr. Woody shall not produce draft reports of Mr. Inglis in its possession. See Fed.R.Civ.P. 26(b)(4)(B).

NEW ORLEANS, LOUISIANA this ____ day of May, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE

1