MINUTE ENTRY
FALLON, J.
APRIL 29, 2015

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION "L" |

**THIS DOCUMENT RELATES TO: ALL CASES**

Pursuant to the Court's April 17, 2015 order, (Rec. Doc. 18733), on this date the Clerk of Court served the State-Owned Assets Supervision and Administration Commission of the State Council for the People's Republic of China ("SASAC") with the attached documents by registered mail. Under subsections (a)(3) and (b)(3)(B) of 28 U.S.C. § 1608, service was sent to:

Wang Yi, Foreign Minister
Ministry of Foreign Affairs, the People's Republic of China
No. 2, Chaoyangmen Nandajie
Chaoyang District
Beijing
China 100701

The State-Owned Assets Supervision and Administration Commission of the State Council
No. 26, Xidajie, Xuanwumen
Xicheng District
Beijing
China 100053