```
==================================
        LAFAYETTE SQUARE
        NEW ORLEANS, Louisiana
              701309998
           2165690030-0098
04/29/2015 (800)275-8777 10:23:26 AM
==================================
========= Sales Receipt =========
Product         Sale Unit      Final
Description     Qty  Price     Price
==================================
China - FCMI Large Envelope     $7.91
  6.50 oz.
    Return Receipt              $3.75
 ~~ Registered                 $13.65
    Insured Value:    $0.00
    Article Value:    $0.00
    Label #:
    RB648881985US
  Customer Postage            -$25.31
  Subtotal:                     $0.00
China - FCMI Large Envelope    $10.72
  9.90 oz.
    Return Receipt              $3.75
 ~~ Registered                 $13.65
    Insured Value:    $0.00
    Article Value:    $0.00
    Label #:
    RB648881994US
  Customer Postage            -$28.12
  Subtotal:                     $0.00
                            ==========
Total:                          $0.00

Paid by:

~~ Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
usps.com/ship/file-international-claim
s.htm.

Order stamps at usps.com/shop or
call 1-800-Stamp24. Go to
usps.com/clicknship to print
shipping labels with postage. For
other information call
1-800-ASK-USPS.
************************************
************************************
Get your mail when and where you
want it with a secure Post Office
```



