AO 440 (06 年 12 月修订)民事诉讼传票

# 美国路易斯安那州东区
# 联邦地区法院

|  |  |
|---|---|
| <u>　　　　Amorin 等　　　　</u> ) |  |
| 　　　原告　　　　　　) |  |
| ) |  |
| ) |  |
| ) |  |
| 　　　起诉　　　　　　) | 民事案件编号 14-1727 第 L 节 MDL2047 |
| ) |  |
| ) |  |
| ) |  |
| <u>国务院国有资产监督管理委员会等</u>) |  |
| 　　　被告　　　　　　) |  |
| ) |  |

## 民事诉讼传票

收件人：（被告的名称和地址） 国务院国有资产监督管理委员会
　　　　　　　　　　　　　　　中国人民共和国北京市西城区
　　　　　　　　　　　　　　　宣武门西大街 26 号 100053

有人向你提出了诉讼。

在 60 天内，你必须根据《联邦民事诉讼规则》第 12 条的规定就所随附的起诉书向原告送达答辩书或者动议。答辩书或者动议必须送达给原告或者原告的律师，其姓名和地址如下：

　　　　　　　　Russ M. Herman, Esquire
　　　　　　　　Leonard A. Davis, Esquire
　　　　　　　　Herman, Herman & Katz, LLP
　　　　　　　　820 O'Keefe Avenue
　　　　　　　　New Orleans, LA 70113

如果你没有回复，法院将做出要求你承担起诉书所要求的救济措施的缺席判决。你同时必须把你的答辩书或动议提呈给本法院。

　　　　　　　　　　　　　　　　　　<u>William W. Blevins</u>
　　　　　　　　　　　　　　　　　　法院书记官
　　　　　　　　　　　　　　　　　　［法院公章］
日期：　<u>2015 年 4 月 23 日</u>　　　　　［已签名］
　　　　　　　　　　　　　　　　　　副书记官签名

AO 440 (06 年 12 月修订) 民事诉讼传票（第二页）

民事案件编号 14-1727 第 L 节 MDL2047

## 送达证书
**（除非《联邦民事诉讼规则》第 4（1）款要求，否则本部分不要提呈给法院）**

本传票发给（个人姓名和头衔，如果有）＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿，本人于（日期）＿＿＿＿＿＿＿＿＿＿＿＿＿＿ 收到。

［ ］本人于（日期）＿＿＿＿＿＿＿＿＿＿＿＿＿＿ 在（地址）＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿亲自把传票送达给了该个人；或

［ ］本人于（日期）＿＿＿＿＿＿＿＿＿＿＿＿＿＿将传票留在了该个人的住址或者通常居住地点，留给了（姓名）＿＿＿＿＿＿＿＿＿＿＿＿＿＿ ，该人住在该地址、且年龄合适、行事谨慎，并且把一份邮寄给了该个人的最后知道的地址；或

［ ］本人于（ 日期）＿＿＿＿＿＿＿＿＿＿＿＿＿＿ 将传票送达给了（个人姓名）＿＿＿＿＿＿＿＿＿＿＿＿＿＿ ，该人士是法律指定代表（机构名称）＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿接受送达的人士；或

［ ］我退回了未执行的传票，因为 ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿；或

［ ］其他（具体说明）：


我的收费为差旅费＿＿＿＿＿＿＿美元，服务费＿＿＿＿＿＿＿美元，共计＿＿＿＿＿＿＿美元。

根据作伪证受处罚的规定，本人声明以上信息属实。


日期：＿＿＿＿＿＿＿                              ＿＿＿＿＿＿＿＿＿＿＿＿＿＿
                                                    送达人的签名

                                                    ＿＿＿＿＿＿＿＿＿＿＿＿＿＿
                                                    工整书写姓名和头衔

                                                    ＿＿＿＿＿＿＿＿＿＿＿＿＿＿
                                                    送达人的地址


关于试图送达等的额外信息等：