**Notice of Suit**
(22 C.F.R. § 93.2)

1. <u>Title of Suit</u>:  Eduardo and Carmen Amorin, et al. v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al.

   <u>Name of Court</u>:  United States District Court for the Eastern District of Louisiana.

   <u>Docket Number</u>:  2:14-cv-1727, transferred to MDL 2047

2. <u>Name of foreign state (or political subdivision) concerned</u>:  The State-Owned Assets Supervision and Administration Commission of the State Council for the People's Republic of China ("SASAC").

3. <u>Identity of the other Parties</u>:  The Plaintiffs are Eduardo and Carmen Amorin, individually, and on behalf of all others similarly situated.  The other Defendants are Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd. ("Taishan"); Tai'an Taishan Plasterboard Co., Ltd. ("TTP"); Beijing New Building Materials Public Limited Co. ("BNBM"); China National Building Material Co., Ltd. ("CNBM"); Beijing New Building Materials (Group) Co., Ltd. ("BNBM Group"); and China National Building Materials Group Corporation ("CNBM Group").

4. <u>Nature of documents served</u>:  Summons and Complaint.

5. <u>Nature and purpose of the proceedings</u>: Plaintiffs Eduardo and Carmen Amorin are seeking in excess of $1,500,000,000 in monetary damages on behalf of themselves and a class of approximately 3,700 owners and residents of real property containing problematic Chinese-manufactured drywall.  This drywall was designed, manufactured, imported, distributed, delivered, supplied, marketed, inspected, or sold by the Defendants or their affiliates.  Plaintiffs allege that SASAC supervises and has a controlling interest in the State-owned assets of enterprises engaged in drywall production, including Taishan.  SASAC, in concert with the other Defendants, placed this drywall within the stream of commerce with the expectation that it would be purchased by consumers in the United States, in Louisiana, Alabama, Florida, Mississippi, Texas, North Carolina, Virginia, and elsewhere.

   To the extent SASAC or any of the other Defendants are deemed to be a foreign sovereign, Plaintiffs bring their claims against these entities pursuant to 28 U.S.C. § 1605(a)(2), the commercial activity exception to the Foreign Sovereign Immunities Act, or alternatively under § 1605(a)(5), the tortious act exception.  Plaintiffs allege that their claims for negligence per se, strict liability, breach of express and/or implied warranties, redhibition, Louisiana Products Liability Act, private nuisance, unjust enrichment, violation of consumer protection acts, and equitable and injunctive relief against SASAC and the other foreign Defendants are based upon commercial activities carried on in the United States, along with entities such as CNBM USA Corp, BNBM America, and United Suntech, and/or upon an act outside the United States in connection with a commercial activity of SASAC or its affiliates elsewhere which caused a direct effect in the United States.  Plaintiffs also seek damages to

their property in the United States caused by the tortious acts or omissions of SASAC or its affiliates, or of any official or employee of SASAC state while acting within the scope of his office or employment.

6.  A response to a "Summons" and "Complaint" is required to be submitted to the court, not later than 60 days after these documents are received. The response may present jurisdictional defenses (including defenses relating to state immunity).

7.  The failure to submit a timely response with the court can result in a Default Judgment and a request for execution to satisfy the judgment. If a default judgment has been entered, a procedure may be available to vacate or open that judgment.

8.  Questions relating to state immunities and to the jurisdiction of United States courts over foreign states are governed by the Foreign Sovereign Immunities Act of 1976, which appears in sections 1330, 1391(f), 1441(d), and 1602 through 1611, of Title 28, United States Code (Pub.L. 94–583; 90 Stat. 2891) (attached hereto).