# 诉讼通知书
(美国《联邦规章典籍》第 22 编第 93.2 条）

1. <u>诉讼名称</u>： Eduardo 和 Carmen Amorin 等起诉国务院国有资产监督管理委员会等。

<u>法院名称</u>：美国路易斯安那州东区联邦地区法院

<u>案件编号</u>：民事案件编号 2:14-1727，移送为 MDL2047

2. <u>相关外国（或政治分机构）的名称</u>：中华人民共和国国务院国有资产监督管理委员会 ("国资委")。

3. <u>其他当事人的身份</u>：原告是 Eduardo 和 Carmen Amorin 个人和代表类似情形的所有其他人。其他被告是泰山石膏股份有限公司，原名山东泰和东新股份有限公司（"泰山"）；泰安市泰山纸面石膏板有限公司（"TTP"）；北新集团建材股份有限公司（"BNBM"）；中国建材股份有限公司（"CNBM"）；北新（集团）建材股份有限公司（"BNBM 集团"）；中国建筑材料集团公司（"CNBM 集团"）。

4. <u>送达文件的属性</u>：传票和起诉书。

5. <u>诉讼程序的属性和目的</u>：原告 Eduardo 和 Carmen Amorin 是代表他们自己和大约 3700 个房屋业主和居民的集体成员，声称在他们的房屋里有中国制造的有质量问题的石膏板，要求超过 15 亿美元的赔偿金。这些石膏板是由被告或他们的相关公司设计、制造、进口、经销、交付、供应、营销、检验或出售的。原告声称：国资委监督并控制包括泰山在内的石膏板生产企业的国有资产。国资委连同其他被告把这些石膏板投入商业流通中，预期这些石膏板会被美国各州的消费者购买，这些州包括路易斯安那州、阿拉巴马州、佛罗里达州、密西西比州、得克萨斯州、北卡罗来纳州和弗吉尼亚州，等等。

在国资委或其他任何被告被视为外国主权实体的情况下，原告根据美国法典第 28 编第 1605（a）（2）款《外国主权豁免法》的商业活动例外或第 1605（a）（5）款的侵权行为例外的规定针对这些实体提出了他们的索赔。原告声称：针对国资委和其他外国被告的索赔是基于下列规则：本身过失、严格责任、违反明示及（或）默示保证责任、买卖无效、路易斯安那州产品责任法、私人滋扰、不当得利、违反消费者保护法、公平和禁令救济；同时这些索赔是基于国资委和其他外国被告在美国从事的商业活动，基本 CNBM USA Corp，BNBM American 和 United Suntech 等实体在美国从事的商业活动，同时／或者基于国资委和其他外国被告在美国以外进行的、但在美国引起了直接影响的商业活动相关的行为而提出的。原告还寻求在美国发生的财产损害赔偿，这类损害是由国资委或者其相关公司、或者国资委的官员或雇员在行使职权时的侵权行为或不作为所造成的。

6.在这些文件收到后 60 日内,你必须向法院提交针对"传票"和"起诉书"的答复。此答复可提出管辖权抗辩(包括和国家豁免有关的抗辩)。

7.如未能及时给法院提呈答复,法院会做出缺席判决和为履行判决的执行要求。如果法院做出缺席判决,你可以请求撤销判决或请求判决待定程序。

8. 和国家豁免权以及美国法院对外国的管辖权有关的问题是由美国 1976 年《外国主权豁免法》规定的,相关规定见美国法典第 28 编第 1330 条,第 1391(f)条,第 1441(d)条,第 1602 条至第 1611 条,(公法 94-583;引用为:90 Stat. 2891)(见附件)。