# EXHIBIT A

| Row | Document Type | # of Documents |
|:---:|---|:---:|
| 1 | Affected Property Information Affidavit | 532 |
| 2 | Affidavit of Remediation | 22 |
| 3 | All-Clear Lien Certificate | 1 |
| 4 | Alternative Living Expenses | 202 |
| 5 | ANSI Sketch | 379 |
| 6 | Appraisal | 199 |
| 7 | ARH Release | 3 |
| 8 | Asbestos Survey (Florida) | 3 |
| 9 | Assignment of Claims from Owner | 273 |
| 10 | Attempts to Sell or Rent Property | 140 |
| 11 | Binding Contract | 15 |
| 12 | Binding Contract with Contractor (Option 2) | 41 |
| 13 | Bodily Injury Claim Form | 108 |
| 14 | Building Contract Agreement | 11 |
| 15 | Certificate of Occupancy | 193 |
| 16 | Certification of Records from Healthcare Provider | 5 |
| 17 | Certification of Records from Pharmacy | 2 |
| 18 | Change Order | 1 |
| 19 | Check | 2,059 |
| 20 | Chinese Drywall Questionnaire | 299 |
| 21 | Chinese Drywall Remediated Home Questionnaire | 4 |
| 22 | City or County Tax Records | 16 |
| 23 | Claimant Affidavit | 409 |
| 24 | Claimant Correspondence | 35 |
| 25 | Claimant Request for Change in Representation Status | 2 |
| 26 | Closing Documents | 43 |
| 27 | Commencement Notice - Vacant Residence | 4 |
| 28 | Communication with Third Parties Regarding Use/Lease/Sale of Property | 44 |
| 29 | Complete Final Release | 5 |
| 30 | Completion Certification (Option 2) | 33 |
| 31 | Condo Association Release Agreement | 1 |
| 32 | Confirmation of Inspection Report / Exhibit A | 1 |
| 33 | Construction Duration Estimate | 424 |
| 34 | Contractor Certificate of Insurance | 34 |
| 35 | Contractor Certification | 139 |
| 36 | Contractor License | 34 |
| 37 | Contractor W-9 | 33 |
| 38 | Contractor Wire Instruction | 39 |
| 39 | Correspondence | 165 |
| 40 | Correspondence - Already Remediated Homes | 6 |
| 41 | Court Order/Motion | 16 |
| 42 | Crawford Inspection Report | 225 |
| 43 | Deceased Claimant Representative Certification | 7 |
| 44 | Denial Notice | 219 |

| 45 | Dismissal | 436 |
|----|-----------|-----|
| 46 | Drywall Demo / KPT Documentation | 1 |
| 47 | Drywall Disposal Certification | 85 |
| 48 | Drywall Installation Certification | 29 |
| 49 | Eligibility Notice | 2,493 |
| 50 | Eligible Home Identified | 2 |
| 51 | Email Correspondence | 128 |
| 52 | Environmental Certificate | 304 |
| 53 | Environmental Inspector Certification | 274 |
| 54 | Evidence of Chinese Drywall | 1,105 |
| 55 | Evidence of Insurance | 4 |
| 56 | Evidence of KPT Chinese Drywall & Non-KPT Chinese Drywall Prior to Rem | 79 |
| 57 | Exhibits or Attachments | 102 |
| 58 | Expert Report | 327 |
| 59 | Expert Reports | 44 |
| 60 | Final Cost Estimate | 493 |
| 61 | Final Release of Liens | 390 |
| 62 | Firm Correspondence | 123 |
| 63 | Floor Plan | 344 |
| 64 | Floor Plan or Other Document demonstrating Square Footage | 2,630 |
| 65 | Follow-Up Incompleteness Notice | 1,069 |
| 66 | Foreclosure and Short Sale Claim Form | 248 |
| 67 | Foreclosure Documents | 150 |
| 68 | Full Xactimate | 216 |
| 69 | Fully Executed Work Authorization | 8 |
| 70 | Global, Banner, InEx Repair and Relocation Expenses Claim Form | 2,521 |
| 71 | History of Property | 339 |
| 72 | Homeowner Affirmations | 308 |
| 73 | Homeowner List of Damages | 10 |
| 74 | Homeowner Subsequent Purchaser Agreement (Option 3) | 30 |
| 75 | Homeowner Wire Instruction | 348 |
| 76 | Identification of Eligible Home | 2 |
| 77 | Incompetent Claimant Representative Certification | 1 |
| 78 | Incompleteness Denial Notice | 768 |
| 79 | Incompleteness Notice | 2,147 |
| 80 | Inspection Certificate w/ Certificate of Occupancy (Option 2) | 2 |
| 81 | Inspection Report | 1,978 |
| 82 | Insurance Declarations | 32 |
| 83 | Insurance Documents | 8 |
| 84 | Insurance Invoice | 12 |
| 85 | Interior Photos (Pre & Post Remediation) | 103 |
| 86 | Itemized Invoice | 204 |
| 87 | Knauf Remediation Claim Form | 105 |
| 88 | Lease | 30 |
| 89 | Lease Payment Documents | 30 |

| 90 | Litigation Document | 19 |
|---|---|---|
| 91 | Loan Documents | 126 |
| 92 | Lost Rent, Use, or Sales Claim Form | 248 |
| 93 | Lump Sum Payment Eligibility Form | 200 |
| 94 | Manifestation Affirmations | 14 |
| 95 | Medical Records | 152 |
| 96 | Miscellaneous - Already Remediated Homes | 19 |
| 97 | Miscellaneous Claim Form | 943 |
| 98 | Mortgage Documents (Option 3) | 44 |
| 99 | Mortgage Payment Documents | 231 |
| 100 | Move-Out Checklist | 13 |
| 101 | Notice of Commencement (Florida) | 175 |
| 102 | Notice of Errata | 2 |
| 103 | Title Not Provided | 2,292 |
| 104 | Occupancy Arrangement with Tenant / Lease | 3 |
| 105 | Option 2 Release | 4 |
| 106 | Order:  Counsel Withdrawal | 35 |
| 107 | Other | 792 |
| 108 | Other Loss Eligibility Notice | 601 |
| 109 | Owner Change Order | 314 |
| 110 | Owner Change Order – Insurance | 29 |
| 111 | Owner Disclosure Affidavit (Exhibit A-1) | 54 |
| 112 | Permit | 200 |
| 113 | Personal Injury Documentation | 60 |
| 114 | Pharmacy Records | 16 |
| 115 | Photographs | 2,511 |
| 116 | Photographs of Drywall Removed During Remediation | 165 |
| 117 | Photographs verifying drywall installation is complete | 219 |
| 118 | Plaintiff Profile Form | 10,297 |
| 119 | Plaintiff Profile Form with Indicia | 1,919 |
| 120 | Post Appeal Eligibility Notice | 429 |
| 121 | Pre-Remediation Alternative Living Expenses Claim Form | 152 |
| 122 | Profit & Loss Statements | 114 |
| 123 | Proof Banner Supplied Drywall | 345 |
| 124 | Proof InEx Supplied Drywall | 40 |
| 125 | Proof of Corrosion / Reactive KPT Chinese Drywall | 138 |
| 126 | Proof of Corrosive, Reactive Chinese Drywall | 1,223 |
| 127 | Proof of Inability to Use, Rent or Sell Property | 32 |
| 128 | Proof of KPT Chinese Drywall | 69 |
| 129 | Proof of Lawsuit | 1 |
| 130 | Proof of Moving Expenses | 6 |
| 131 | Proof of Non-Owner Remediation | 1 |
| 132 | Proof of Ownership (Mortgage Documents) | 416 |
| 133 | Proof of Ownership (Title/Deed) | 1,291 |
| 134 | Proof of Ownership of Damaged Items | 4 |

| 135 | Proof of Participating Builder | 933 |
|---|---|---|
| 136 | Proof of Participating Installer | 420 |
| 137 | Proof of Participating Insurer | 14 |
| 138 | Proof of Participating Supplier | 569 |
| 139 | Proof of Payment | 219 |
| 140 | Proof of Payment for Alternative Living Expenses | 74 |
| 141 | Proof of Purchase | 166 |
| 142 | Proof of Purchase Price and Appraised Value at Purchase | 157 |
| 143 | Proof of Residence | 21 |
| 144 | Proof of Sale Price, Appraised Value, and Tax Assessed Value at Sale of Prop | 144 |
| 145 | Proof that Drywall existence has been recorded (Option 3) | 166 |
| 146 | Proof that Punch List is Resolved | 158 |
| 147 | Property Owner Affidavit Regarding Liens on the Property (Option 3) | 12 |
| 148 | Property Owner Release of Contractor | 162 |
| 149 | Purchase Agreement | 82 |
| 150 | Receipts | 724 |
| 151 | Registration Form | 1,817 |
| 152 | Release by Mortgagee/Lien-holder (Option 3) | 4 |
| 153 | Release Signed by Homeowner | 13 |
| 154 | Remediation Budget | 71 |
| 155 | Remediation Contract | 46 |
| 156 | Remediation Program Inspection Report | 465 |
| 157 | Remediation: Correspondence | 81 |
| 158 | Remediation: Move Out Notice | 214 |
| 159 | Remediation: Release | 719 |
| 160 | Remediation: W-9 | 10 |
| 161 | Remediation: Wire Instruction | 51 |
| 162 | Remediation: Work Authorization | 197 |
| 163 | Rental Agreement/Lease | 196 |
| 164 | Rental Property Statements | 44 |
| 165 | Representative Documentation | 7 |
| 166 | Request for Special Master Award | 10 |
| 167 | Rider (Option 2) | 49 |
| 168 | Second Inspection Form | 14 |
| 169 | Self Remediation Documents | 117 |
| 170 | Settlement Statement | 36 |
| 171 | Short Sale Documents | 4 |
| 172 | Special Master Final Determination Denial Notice | 66 |
| 173 | Special Master Final Determination Notice | 73 |
| 174 | Taishan Evidence Form | 179 |
| 175 | Tax Returns | 251 |
| 176 | Tenant Loss Claim Form | 2 |
| 177 | Tenant Release | 2 |
| 178 | Tenant Wire Instructions | 2 |
| 179 | Title/Deed | 160 |

| 180 | Utility Bills | 3 |
|-----|---------------|---|
| 181 | Verification of Claims | 635 |
| 182 | Video | 5 |
| 183 | W-9 Form | 665 |
| 184 | W-9 Form – Law Firm | 1 |
| 185 | Warranty Deed | 323 |
| 186 | Xactimate Summary Pricing Page | 225 |
| **187** | **Total** | **63,224** |