# EXHIBIT B

## MEMORANDUM

<u>TO:</u>          **FILE**

<u>FROM:</u>       **Jake Woody**

<u>DATE:</u>       **May 5, 2015**

<u>RE:</u>          **Chinese Drywall Square Footage project**

In October 2014 I was asked by the Plaintiff Steering Committee ("PSC") in MDL 2047 to compile square footage information for properties that were the subject of claims made by named Plaintiffs from the Complaints in Amorin, Germano, Gross, and/or Wiltz for claims arising from Taishan Chinese Drywall (hereinafter "Taishan claims").

I received from the PSC a spreadsheet ("the Taishan Class List") that contained plaintiff names and street addresses for properties owned by Taishan class members.  The list contained 3,709 property addresses.  We cross referenced the list of properties on the Taishan Class List against the list of properties for which we had previously verified square footage for during our review of Global, Banner, InEx ("GBI") claims submitted to the Chinese Drywall Settlement Program. We were able to verify square footage information for 2,343 properties of the 3,709 properties on the Taishan Class List.  We verified "Under Air Square Footage", which is the livable area of the property.  Under Air Square Footage does not include unfinished parts of a house, such as garages, attics, and basements.

During our review of GBI claims, we verified square footage through a number of methods. Most commonly, claimants submitted a floor plan with measurements of the property, a tax record, or other document that included a measurement of the under air square footage in the property (or allowed us to calculate the same). In some cases, when those documents were not available, we verified square footage by accessing property information on local city or county property appraisal websites.

Since October 2014, I have added square footage data for an additional 899 Taishan claims, which brings the total number of properties with Under Air Square Footage information to 3,242. I obtained square footage data for the 899 additional properties from three sources:

      1) Under Air Square Footage Data collected during our GBI review process (we continued to review Global Banner InEx claims after October 2014 and in some cases added additional square footage information for properties on the Taishan Class list;

      2) Under Air Square Footage data from local property appraisal websites outside of a GBI review; and

      3) Square Footage data from Plaintiff Profile Forms submitted for properties on the Taishan Class list.

I added new square footage information for the 899 to a revised version of the Taishan Class List. The final number of properties on the revised list was 3,739; the number of properties on the list changed because we removed several duplicates, and also because we separated multi-unit properties so that they displayed as separate properties. This added to the total number of properties on the list. I have provided the square footage information I added to the Taishan Class List both in October 2014 and continuing through today to Ron Wright and George Inglis's office.

We also endeavored to determine the total number of properties on the Taishan Class List for which we had verified the presence of Taishan drywall. We considered Taishan drywall to be:

1)   Drywall with markings consistent with Items 3 (Taihe drywall), 4 (Taishan drywall), 5 (Venture Supply drywall), and 6 (Beijing New Building Materials Co. Ltd. ("BNBM")), of the Indicia guide contained in the Knauf Settlement Agreement (attached); or

2)   Drywall with markings consistent to those identified by Taishan in a Defendant Profile Form(s).

The Taishan Defendants include Taishan Gypsum Co. Ltd., BNBM, and China New Building Materials ("CNBM").

We were able to verify that 1,285 of the properties on the Taishan Class List had submitted proof that the property contained drywall related to a Taishan Defendant. To make this determination, we reviewed the data regarding drywall manufacturer collected during Global, Banner, InEx reviews. We were able to determine drywall manufacturer by reviewing photographs of drywall markings submitted in support of a Global, Banner, InEx claim. Drywall manufacturer was a key component of our GBI reviews because claimants were required to submit proof of the presence of Chinese Drywall in order to receive compensation from the Global, Banner, or InEx settlement funds.

We reviewed the Plaintiff Profile form data available for properties on the Taishan Class List where we did not have proof of Taishan drywall available through our GBI reviews. We were able to determine that 2,449 of these properties had alleged on a Plaintiff Profile Form that the drywall in the property had been manufactured by a Taishan defendant. Of the remaining 5 properties, we verified that 4 were plaintiffs in an Omnibus complaint that named one of the Taishan Defendants. The remaining plaintiff appears to be a plaintiff in Omnibus Complaint I.

# Drywall

# Indicia

# Guide

### KPT CHINESE Drywall

   # 1     Knauf Plasterboard (Tianjin) Ltd.            page  3 - 4

## NON-KPT CHINESE DRYWALL

   # 2     Crescent City            page  5

   # 3     Taihe            page  6

   # 4     Taishan            page  7 - 8

   # 5     Venture Supply            page  9

   # 6     BNBM            page  10

   # 7     C&K            page  11

   # 8     Dragon Brand            page  12

   # 9     IMG            page  13

   # 10     Bedrock Gypsum            page  14

   # 11     IMT            page  15

   # 12     ProWall Inc.            page  16

   # 13     KNAUF MADE IN GERMANY – Counterfeit Board            page  17

   # 14     LAFARGE MADE IN GERMANY – Counterfeit Board            page  18

   # 15     Unknown Chinese Manufacturer 1            page  19

   # 16     Unknown Chinese Manufacturer 2            page  20

   # 17     Unknown Chinese Manufacturer 3            page  21

## NON-REACTIVE DRYWALL

   # 18     National Gypsum            page  22

   # 19     American Gypsum            page  23 - 25

   # 20     CertainTeed/ProRoc            page  26 - 27

   # 21     Georgia Pacific            page  28 - 29

   # 22     Lafarge            page  30 - 31

   # 23     NORGIPS USA Inc.            page  32

   # 24     Panel Rey            page  33

   # 25     USG            page  34 - 35

   # 26     PT Knauf Gypsum Indonesia Ltd.            page  36

   # 27     Guangdong Knauf New Building Material Products Co. Ltd.            page  37

   # 28     Knauf Plasterboard (Wuhu) Co. Ltd.            page  38

   # 29     Knauf do Brasil Ltd.            page  39

   # 30     Knauf Gips KG            page  40

   # 31     James Hardie            page  41

   # 32     Federal Gypsum Company            page  42

   # 33     Temple Inland            page  43

   # 34     Flintcote Company            page  44

**KPT CHINESE DRYWALL**

# 1   Knauf Plasterboard (Tianjin) Ltd.

## Reactive KPT Chinese Drywall

**M1:**

Label:



| | |
|---|---|
| Marking: | **KNAUF – TIANJIN CHINA – ASTM C36** |
| Printing Type: | BLUE – DOUBLE – DOT |

Requirements:   Indicia photos must clearly indicate the presence of KPT drywall by displaying the full marking or distinctive parts such as "KNAUF-" and/or "TIANJIN CHINA" in blue-double-dot printing.

Please note that photos only displaying "KNAUF", "ASTM C36" or parts of it are not a unique indicia for KPT and therefore insufficient.

## Non - reactive KPT Chinese Drywall (subject to Section 4.9 of the Settlement  Agreement)

**M 2:**

Label:



| | |
|---|---|
| Marking: | **KNAUF – TianJin, China – ASTM C36 -  [DATE]  [TIME]** |
| Printing Type: | BLUE – DOUBLE – DOT |

Requirements:   Photo must allow unique identification of KPT drywall by displaying the full marking or distinctive parts such as "KNAUF-" and/or "TianJin, CHINA" in blue-double-dot printing.

Please note that photos only displaying "KNAUF", "ASTM C36" or parts of it are not a unique indicia for KPT and therefore insufficient.



**KPT CHINESE DRYWALL**

**# 1    Knauf Plasterboard (Tianjin) Ltd.**                    2 of 2

## Insufficient Indicia for KPT

| | |
|---|---|
| Edge Tape: | Blue – Yellow |
| Label: | |



| | |
|---|---|
| Marking: | " KNAUF    CERTIFIED TO ISO 9001    KNAUF    STANDARD BOARD " |
| Note: | The blue-yellow edge tape is also used by other Knauf companies, see Guangdong Knauf New Building Material Products Co. Ltd (# 27, p. 36), and therefore an insufficient indicia for KPT. Please provide a photo either of the marking M1 or M2 as stated above. |

| | |
|---|---|
| Front marking: | " K " |
| Label: | |



| | |
|---|---|
| Note: | The label "K" on the front side of the drywall sheet is used by most Knauf companies and therefore insufficient indicia for KPT. Please provide a photo either of the marking M1 or M2 of the back side of the board as stated above. |

**NON – KPT CHINESE DRYWALL**

### # 2    Crescent City

**Marking:**

Label:



Marking:    **Made in China Crescent City Gypsum**

Printing Type:  black letters

**NON – KPT CHINESE DRYWALL**

# 3   Taihe

**Marking:**

Label:





Marking:        **MADE IN CHINA, MEETS OR EXCEEDS ASTM C1396 04 STANDARD**

Printing Type:  black letters

Edge Tape:      White – Blue – Green

Label





Marking:        " Taihe "   +   white triangle in red circle   +   [chinese symbols]



**NON – KPT CHINESE DRYWALL**

**# 4   Taishan**

1 of 2

**M 1:**

Label:



Marking:   **4feetX12feetX1/2inch        DrYwall      [DATE] [TIME]**

Printing Type:   black letters

**M 2:**

Label:



Marking:   **TAIAN  TAISHAN**

Printing Type:   black letters

**M 3:        Drywall  4feetx12feetx1/2inch**

Label:



Marking:   **Drywall  4feetx12feetx1/2inch**

Printing Type:   black letters

**NON – KPT CHINESE DRYWALL**

# 4     Taishan

**M 4:**

Label:



Marking:        **DRYWALL  4feet*12feet*1/2inch**

Printing Type:  black letters

Edge Tape:    White – Glossy  (<u>Material:</u> plastic)

Label:



Marking:        no marking on edge tape

**NON – KPT CHINESE DRYWALL**

# # 5    Venture Supply

**M 1:**

Label:



Marking:     **VENTURE SUPPLY INC.**   MFG TAJHE CHINA

Printing Type:    black letters

**M 2:**

Label:



Marking:     **VENTURE SUPPLY INC.**   MFG TAIHE CHINA

Printing Type:    black letters

**NON – KPT CHINESE DRYWALL**

### # 6   BNBM

---

**M 1:**

Label:



Marking:   **BEIJING NEW BUILDING MATERIALS CO LTD.**

Printing Type:   Blue letters,  framed

---

**M 2:**

Label:



Marking:   **BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY Beijing, China ASTM 1396-04  [DATE]  [TIME]**

Printing Type:   black letters

**NON – KPT CHINESE DRYWALL**

## # 7   C & K

**Marking:**

Label



Marking:          **C&K GYPSUM BOARD ASTM C 1396 MADE IN CHINA**

Printing Type:  black letters

Edge Tape:      Blue – Grey – White

Label:





Marking:          " C&K"   +   [Chinese symbol]

NON – KPT CHINESE DRYWALL

# # 8   Dragon Brand

**Marking:**

Label:

DRAGON BRAND DRYWALL PER 1/2" 4'X12' A
MADE IN CHINA     23:49     23/03/06

Marking:   **DRAGON BRAND DRYWALL PER ½" 4`X12`ASTM C 1396  MADE IN CHINA    [TIME] [DATE]**

Printing Type:   black letters

Edge Tape:   Light – Dark Blue – White

Label:





Marking:   " DRYWALL "

**NON – KPT CHINESE DRYWALL**

### # 9   IMG

---

**Marking:**

Label:



Marking:          **IMG ASTM C 1396**  Made in CHINA [DATE]

Printing Type:   black letters

---

Edge Tape:       Blue – White

Label:



Marking:          n/a

**# 10   Bedrock Gypsum**

| | |
|---|---|
| Edge Tape: | Yellow – Black – White |
| Label: |  |
| Marking: | Bedrock Gypsum$^{TM}$ Manufactured to ASTM C 1396 388 Market Street 4th Floor, San Francisco CA 94111 Made in China |

**NON – KPT CHINESE DRYWALL**

**NON – KPT CHINESE DRYWALL**

# 11   IMT

**Marking:**

Label:



Marking:   **MADE IN CHINA IMTGYPSUM.COM ASTM C 1396**

Printing Type:   black letters

**NON – KPT CHINESE DRYWALL**

**# 12  Pro Wall Inc.**

Marking:

Label:



Marking: **MADE IN CHINA MEETS ASTM C36/C1396 STANDARD**

Printing Type: black letters

Edge Tape: White – Blue – Yellow

Label:



Marking: " ½" x 12`TE    ProWall "

**NON – KPT CHINESE DRYWALL**

### # 13   KNAUF MADE IN GERMANY

**COUNTERFEIT BOARD**

**M 1:**

Label:



Marking: GYPSUM WALLBOARD [DATE] [TIME] -96- MADE IN GERMANY BY   MADE TO ASTM C36          ½" THICK          FDG GYPSUM   **KNAUF**

Printing Type:   blue – single – dot   **and**   blue – double – dot

Note:   This marking is apparently a counterfeit board and has not been produced by any Knauf company

" FDG " is the wrong shortcut of flue gas desulflurization

**Correct:  FGD**

**M 2:**

Label:



Marking:   **[DATE]    MADE IN GERMANY**

Printing Type:   black letters

Note:   Printing " MADE IN GERMANY "  **and**  [DATE] (Month/Day/Year) is no typical marking for any German company

p. 17

## NON – KPT CHINESE DRYWALL

## # 14   LAFARGE MADE IN GERMANY

**Marking:**

Label:



| Marking: | **LAFARGE   [DATE]  [TIME]** | **GER 1    ASTM C36** |
|---|---|---|
| | **MADE IN GERMANY** | |

Printing Type:   black letters

Note:   This is assumingly a counterfeit board produced in China

Printing " MADE IN GERMANY "  **and**  [DATE] (Month/Day/Year) is no typical marking for any German company

**NON – KPT CHINESE DRYWALL**

## # 15  Unknown Chinese Manufacturer 1

**Marking:**

Label:



Marking:        **[DATE]  J  [TIME]  1   MEETS ASTM C36**

Printing Type:   black letters

Note:            Unknown Chinese Manufacturer

**NON – KPT CHINESE DRYWALL**

# # 16   Unknown Chinese Manufacturer 2

**Marking:**

Label:





Marking:   **Manufactured to Conform to ASTM Standard C36**

**4 x 12 x 1/2          MADE IN CHINA**

Printing Type:   black letters

Note:          Unknown Chinese Manufacturer

**NON – KPT CHINESE DRYWALL**

# # 17   Unknown Chinese Manufacturer 3

**Marking:**

Label:



Marking:        **MADE IN CHINA ASTM C 1396**

Printing Type:   black letters

Note:              Unknown Chinese Manufacturer

NON
REACTIVE
DRYWALL

# # 18   National Gypsum

**M 1:**

Label:



Marking:          **National Gypsum company**

Printing Type:   black letters

---

**M 2:**

Label:



Marking:          **GridMarX ™ Patent Product**
**National Gypsum Properties**
**PRODUCT  INFO  @  www.gridmarx.com**

Printing Type:   black letters

---

Edge Tape:       White – Black – Yellow

Label:



Marking:          (12,7 x 3658mm)       National Gypsum Company  Charlotte, NC 28211

**M 1:**

Label:



Marking:        **ARMENDARTZ  [TIME]**

Printing Type:  black letters

**M 2:**

Label:



Marking:        **UNDERWRITER LABORATORIES INC.  [DATE]**
**[NAME, eg. C. Stone]**

Printing Type:  black letters

Note:           There are different varieties of the marking behind [DATE]

**NON REACTIVE DRYWALL**

**# 19   American Gypsum**

2 of 3

**M 3:**

Label:



Marking: **Gypsum Board F-3724 FIRE RESISTANCE CLASSIFICATION SEE UL FIRE RESISTANCE DIRECTORY R14169**

Printing Type:   blue – single – dot

Edge Tape:   Blue – White – Red

Label:



**M 1:**   AMERICAN GYPSUM, ALBUQUERQUE, NM

Label:



**M 2:**   MANUFACTURED TO MEET ASTM C1396 AND C36

# # 19  American Gypsum

| | |
|---|---|
| Edge Tape: | White – Purple |

Label:



**M 1:**  AMERICAN GYPSUM, INTERIOR CEILING BOARD  Panel de techo para interiors

Label:



**M 2:**  MANUFACTURED BY AMERICAN GYPSUM, DALLAS, TX

NON REACTIVE DRYWALL

**# 20   CertainTeed / ProRoc**

**Marking:**

Label:





Marking:   **GYPSUM BOARD ISSUE NO. F-3600 FIRE RESISTANCE CLASSIFICATION SEE UL PRODUCTS CERTIFIED FOR CANADA DIRECTORY AND FIRE RESISTANCE DIRECTORY R3660**

**MADE IN USA ASTM 1396 & C36  CAN/CSA**

Printing Type:   black letters

Edge Tape:   Black – Blue

Label:



Marking:   CertainTeed    ProRoc        REGULAR GYPSUM BOARD

**NON REACTIVE DRYWALL**

**# 20   CertainTeed / ProRoc**

| Edge Tape: | White with Red letters |
|---|---|
| Label: |  |
| Marking: | ProRoc    PANEL DE YESO TIPO X |

**NON REACTIVE DRYWALL**

**# 21  Georgia Pacific**

1 of 2

**M 1:**

Label:



Marking:  **GP DENSGLASS ULTRA**

Printing Type:  black letters

**M 2:**

Label:



Marking:  **[DATE]   IN1B   [TIME]   GP TR: CERTIFIED 96% RECYCLED**

Printing Type:  black letters

**M 3:**

Label:



Marking:  **DENS SHIELD TILE BACKER  [DATE]**

Printing Type:  black letters

NON REACTIVE DRYWALL

# # 21   Georgia Pacific

2 of 2

**M 4:**

Label:



Marking:        **[DATE] / TX1   08**

Printing Type:  black letters

---

Edge Tape:      Black – White – Red

Label:

Marking:        TOUGHROCK

NON
REACTIVE
DRYWALL

**# 22   Lafarge**

1 of 2

**M 1:**

Label:



Marking:      LABORATORIES INC. GYPSUM BOARD FIRE RESISTANCE
DIRECTORY IN WIDE TYPE LGC6A

Printing Type:   black letters

**M 2:**

Label:



Marking:      [DATE]      PALATKA, FL      [TIME]

Printing Type:   black letters

**NON REACTIVE DRYWALL**

**# 22   Lafarge**

**M 3:**

Label:



Marking:        [TIME]   [COLOUR]   TEAM

Printing Type:   black letters

Note:           [Colour] could be WHITE, YELLOW, BLUE or RED

Edge Tape:      white

Label:



Marking:        LAFARGE    Manufactured by Lafarge North America Inc.

                Fabricado por Lafarge North America Inc.

**NON REACTIVE DRYWALL**

### # 23   NORGIPS Inc.

**M 1:**

Label:





Marking:        NORGIPS USA INC. GYPSUM WALLBOARD THICKNESS ½"

Printing Type:  blue letters


**M 2:**

Label:



Marking:        MADE IN POLAND OPOLEN

Printing Type:  blue letters

**NON REACTIVE DRYWALL**

**# 24   Panel Rey**

**M 1:**

Label:



Marking:          PANEL REY 2

Printing Type:   black letters

**M 2:**

Label:





Marking:          ½"X12´ REG   [TIME]   [DATE]

Printing Type:   black letters

Edge Tape:       White - Blue

Label:



Marking:          Hecho en Mèxico por PANEL REY S.A., Hidalgo

**# 25   USG**

**M 1:**

Label:





Marking:        100 % RECYCLED PAPER SINCE 1967

Printing Type:   black letters

**M 2:**

Label:



Marking:         GYPSUM BOARD

Printing Type:   black letters,  framed

**NON REACTIVE DRYWALL**

**# 25  USG**                                    2 of 2

| | |
|---|---|
| Edge Tape: | White – Blue |
| Label: |  |

**M 1:**      USG SHEETROCK  Brand    Interior Ceiling Panel  Sag-Resistant

| | |
|---|---|
| Label: |  |

**M 2:**      United States Gypsum Company
125 South Franklin Street, Chicago, IL 60606
A Subsidiary of USG Corporation

| | |
|---|---|
| Edge Tape: | White – Yellow – Green |
| Label: |  |

**Marking:**   United States Gypsum Company
125 South Franklin Street, Chicago, IL 60606
A Subsidiary of USG Corporation

**NON REACTIVE DRYWALL**

## # 26   PT Knauf Gypsum Indonesia Ltd.

**M 1:**

Label:





Marking:       **KNAUF –**    PLASTERBOARD 48  STD  12,5x1220x3660 mm TE
NATURAL  GYPSUM     [DATE] ASTM C36

Printing Type:   blue letters

Note:        plant number:  48

Edge Tape:    Grey – Blue

Label:



Marking:     STANDARD BOARD       KNAUF

**NON REACTIVE DRYWALL**

## # 27  Guangdong Knauf New Building Material Products Co. Ltd.

**M 1:**

Label:



Marking:        Dongguan China ASTM C 36

Printing Type:  blue – single – dot

**M 2:**

Label:



Marking:        plant number:  38

Printing Type:  blue – single – dot

Edge Tape:      Blue – Yellow

Label:



Marking:        " KNAUF     CERTIFIED TO ISO 9001     KNAUF     STANDARD BOARD "

**NON REACTIVE DRYWALL**

## # 28   Knauf Plasterboard (Wuhu) Co. Ltd.

**M 1:**

Label:



 

Marking:        KNAUF – WuHu,   China – ASTM C36 – [DATE]  [TIME]

Printing Type:   blue letters

**M 2:**

Label:



Marking:        KNAUF  [Chinese symbols]  18  (plant number)

Printing Type:   blue letters

Edge Tape:       Blue – Yellow - White

Label:



Marking:         " KNAUF "

**NON REACTIVE DRYWALL**

## # 29  Knauf do Brasil Ltd.

**Marking:**

Label:







Marking:         KNAUF ST – 12,5mm – ARMAZENAR EM LOCAL SECO - OO

Printing Type:   blue – double – dot            blue – single – dot

Edge Tape:    Blue - Yellow

Label:



Marking:         " KNAUF "

## # 30  Knauf Gips KG

NON REACTIVE DRYWALL

**Marking:**

Label:





| Marking: | CE KNAUF | AUSBAUPLATTE |
|---|---|---|
| Printing Type: | blue – or – red – double dot | blue – single - dot |

**NON REACTIVE DRYWALL**

# # 31   James Hardie

**Marking:**

Label:



Marking:        HARDIEBACKER

**NON REACTIVE DRYWALL**

## # 32  Federal Gypsum Company

| | |
|---|---|
| Edge Tape: | White - Green |
| Label: |  |
| Marking: | Federal Gypsum Company |

**NON REACTIVE DRYWALL**

# # 33  Temple Inland

**Marking:**

Label:



Marking:        A071806 01144

Printing Type:  black letters

Edge Tape:      White – Blue – Pink

Label:







Marking:        Temple Inland    ½" X 12          54

**NON REACTIVE DRYWALL**

# # 34  Flintcote Company

**Marking:**

Label:



Marking:      THE FLINTCOTE COMPANY