In re: Chinese-Manufactured Drywall Products Liability



APS International, Ltd
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 134539-0001

## AFFIDAVIT OF SERVICE -- Corporat

Service of Process on:
--Hampton Affiliates, through its Counsel of Record: I
Jeffrey Courser, Es
Court Case No. MDL 20-

HERMAN, HERMAN, ET AL
Ms. Kate Robinson
820 O'Keefe Ave.
New Orleans, LA 70113-1116

State of: **Oregon**
County of: **Clackamas**

Name of Server: **Jeff Elchadi**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **30** day of **April**, 20**15**, at **1:38** o'clock **P** M

Place of Service: at **900 SW Fifth Ave., Ste. 2600**, in **Portland, OR 97204**

Documents Served: the undersigned served the documents described as:
Subpoena to Testify at a Deposition in a Civil Action (with production request) with Attached 30(b)(6) Amended Deposition Notice (with exhibits); Witness Fee

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Hampton Affiliates, through its Counsel of Record: D. Jeffrey Courser, Esq.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Cherie Clock, Practice Assistant**

Description of Person Receiving Documents:
Sex **F**; Skin Color **White**; Hair Color **Blonde**; Facial Hair **N**
Approx. Age **40's**; Approx. Height **5'**; Approx. Weight **Slender**

X To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **4** day of **May**, 20**15**

Notary Public    (Commission Expires)

APS International, Ltd.



OFFICIAL SEAL
CHRISTINE M FREITER
NOTARY PUBLIC-OREGON
COMMISSION NO. 476353
MY COMMISSION EXPIRES APRIL 08, 2017

In re: Chinese-Manufactured Drywall Products Liability



Service of Process by
APS International, Ltd.
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 134539-0001

# AFFIDAVIT OF SERVICE -- Corpo

Service of Process on:
--Hampton Investment Company, through its Coun
Record: D. Jeffrey Courser
Court Case No. MDL

HERMAN, HERMAN, ET AL.
Ms. Kate Robinson
820 O'Keefe Ave.
New Orleans, LA 70113-1116

State of: **Oregon** ) ss.
County of: **Clackamas** )

Name of Server: **Jeff Ejtehadi**, undersigned, being duly sworn, deposes and s:
that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **22** day of **April**, 20 **15**, at **1:28** o'clock **P** M

Place of Service: at 900 SW Fifth Ave., Ste. 2600, in Portland, OR 97204

Documents Served: the undersigned served the documents described as:
Subpoena to Testify at a Deposition in a Civil Action (with production request) with Attached
30(b)(6) Amended Deposition Notice (with exhibits); Witness Fee

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Hampton Investment Company, through its Counsel of Record: D. Jeffrey Courser,

Person Served, and
Method of Service: By delivering them into the hands of an officer or managing agent whose name and
title is: **Cherie Clark, Practice Assistant**

Description of
Person Receiving
Documents: The person receiving documents is described as follows:
Sex **F**; Skin Color **White**; Hair Color **Blonde**; Facial Hair **N**
Approx. Age **40's**; Approx. Height **5'**; Approx. Weight **Small**

☒ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury   Subscribed and sworn to before me this
that the foregoing is true and correct.                                **4** day of **May**, 20 1

_Signature of Server_                                                    _Christine M Freiter_
                                                                         Notary Public    (Commission Expir

APS International, Ltd.

OFFICIAL SEAL
CHRISTINE M FREITER
NOTARY PUBLIC-OREGON
COMMISSION NO. 476353
MY COMMISSION EXPIRES APRIL 08, 2017

In re: Chinese-Manufactured Drywall Products Liability



**APS International, Ltd**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 134539-0001

# AFFIDAVIT OF SERVICE -- Corporat

Service of Process on:
--Steven J. Zika, Hampton Affiliates, through its Counsel
Record: D. Jeffrey Courser, Es
Court Case No. MDL 20

HERMAN, HERMAN, ET AL
Ms. Kate Robinson
820 O'Keefe Ave.
New Orleans, LA 70113-1116

State of: Oregon ) ss.
County of: Clackamas )

Name of Server: Jeff Estrada, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 30 day of April, 2015, at 1:28 o'clock P M

Place of Service: at 900 SW Fifth Ave., Ste. 2600, in Portland, OR 97204

Documents Served: the undersigned served the documents described as:
Subpoena to Testify at a Deposition in a Civil Action (with production request) with Attached 30(b)(6) Amended Deposition Notice (with exhibits); Witness Fee

Service of Process on:
Person Served, and
Method of Service:

A true and correct copy of the aforesaid document(s) was served on:
Steven J. Zika, Hampton Affiliates, through its Counsel of Record: D. Jeffrey Courser, Esq.
By delivering them into the hands of an officer or managing agent whose name and title is: Cherie Clark - Practice Assistant

Description of
Person Receiving
Documents:

The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Blonde ; Facial Hair N
Approx. Age 40's ; Approx. Height 5' ; Approx. Weight Slender

X To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:

Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this 4 day of May, 2015

Notary Public     (Commission Expires)

OFFICIAL SEAL
CHRISTINE M FREITER
NOTARY PUBLIC-OREGON
COMMISSION NO. 476353
MY COMMISSION EXPIRES APRIL 08, 2017