In re: Chinese-Manufactured Drywall Products Liability Litigation

Service of Process by



**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   134029-0012

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Sunpin Solar Development LLC, aka Sunpin Solar, LLC
through Steve H Kim
Court Case No. MDL 2047

HERMAN, HERMAN, ET AL
Mr. Leonard A. Davis
820 O'Keefe Ave.
New Orleans, LA 70113-1116

State of: ___Illinois___ ) ss.
County of: ___Cook___ )

**Name of Server:** ___Brae Grobarek___, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __14th__ day of __April__, 20 __15__, at __2:31__ o'clock __P__ M

**Place of Service:** at _1 North LaSalle St., Ste. 1515_, in   Chicago, IL  60602

**Documents Served:** the undersigned served the documents described as:
Attached 20 (b)(6); Notice of Deposition (with exhibits); Witness Fee Check

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Sunpin Solar Development LLC, aka Sunpin Solar, LLC through Steve H Kim**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Michael Jimenez, Attorney__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_ ; Skin Color _Hispanic_ ; Hair Color _Brown_ ; Facial Hair ____
Approx. Age _33_ ; Approx. Height _518_ ; Approx. Weight _170_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this _15_ day of __April__, 20 _15_

_____
Notary Public     (Commission Expires)

**APS International, Ltd.**

OFFICIAL SEAL
MICHAEL J AUGLE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES·10/15/18

15 - 05994