UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT APPLIES TO ALL CASES | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**MEMORANDUM OF LAW IN SUPPORT OF THE PLAINTIFFS' STEERING COMMITTEE'S EMERGENCY MOTION TO COMPEL DISCOVERY AGAINST WAL-MART STORES, INC. AND SUNPIN SOLAR DEVELOPMENT, LLC**

**I.      INTRODUCTION**

The Plaintiff's Steering Committee ("PSC"), on behalf of all plaintiffs in MDL 2047, has moved on an emergent basis to compel discovery from Wal-Mart Stores, Inc. ("Wal-Mart") and Sunpin Solar Development, LLC ("Sunpin"). For the reasons set forth below, the motion should be granted.

**II.     RELEVANT FACTS AND PROCEDURAL HISTORY**

**A.      Discovery Upon Wal-Mart**

On March 25, 2014, the PSC served Walmart with an expedited deposition notice and discovery requests with respect to a roof power plant project involving Sunpin and China Triumph International Engineering Group Co., Ltd. ("CTIEC").[1] *See* Rec.Doc.No. 18511. The deposition notice and discovery also requests all information regarding Wal-

---

[1] On February 23, 2015, the PSC served Wal-Mart with a deposition notice and discovery requests seeking information regarding its knowledge of any business dealing and commercial activities involving the Taishan defendants and affiliates (this discovery also sought information regarding any assets these entities hold in the United States and information regarding any violations of the Court's Contempt Order). *See* Rec.Doc.No. 18363. This discovery has been stayed, by order of this Court dated April 8, 2015, pending completion of the other expedited discovery. *See* Rec.Doc.No. 18640.

1

Mart's knowledge of the Taishan defendants' and affiliates' violations of the Court's July 17, 2015 Contempt Order. On motion by the PSC, the Court granted a motion to expedite the deposition and document requests to Wal-Mart. *See* Rec.Doc.No. 18535. The deposition notice was subsequently amended, *see* Rec.Doc.No. 18658, and later postponed after a meet and confer between the PSC and Wal-Mart. *See* Rec.Doc.No. 18701.

During the course of the negotiations between the PSC and Wal-Mart, Wal-Mart agreed to produce its contractual agreements with Sunpin. While these materials were produced by Wal-Mart, the pricing terms have been redacted from the contracts. The PSC has objected to these redactions and is in the process of negotiating the matter with Wal-Mart. While the PSC is actively negotiating the redactions with Wal-Mart, the PSC is filing the instant motion to compel, in an abundance of caution, in light of the limited time remaining before the Court's June 9, 2015 damages hearing. In addition, during the negotiations with Wal-Mart, Wal-Mart has agreed to perform an ESI search for any emails relevant to the roof power plant project. The instant motion to compel implicates this additional discovery so far as Wal-Mart may elect to produce additional materials with similar redactions.

### B. Discovery on Sunpin

On March 23, 2015, the PSC served Sunpin with an expedited deposition notice and discovery requests with respect to the roof power plant project involving Wal-Mart and CTIEC. *See* Rec.Doc.No. 18510. Like the discovery to Wal-Mart, this discovery also requests all information regarding Wal-Mart's knowledge of the Taishan defendants' and affiliates' violations of the Court's July 17, 2015 Contempt Order. On motion by the

PSC, the Court granted a motion to expedite the deposition and document requests to Sunpin. *See* Rec.Doc.No. 18535. The deposition notice was subsequently amended, *see* Rec.Doc.No. 18656, and the deposition of Steven Kim, the 30(b)(6) witness produced by Sunpin, was conducted on April 17, 2014. While Sunpin did produce various documents prior to the deposition, during the deposition it was revealed that Sunpin had exchanged various email correspondences with CTIEC. *See* Transcript of Steven Kim Deposition at Pgs. 21-22, exhibit "A" hereto. Sunpin is refusing to produce these email correspondences. In addition, while various wire transfers between Sunpin and CTIEC were produced ahead of the deposition, Mr. Kim testified there was an additional wire transfer of approximately $80,0000 that has not been produced. *See* Transcript of Steven Kim Deposition at Pgs. 117-118. While counsel for Sunpin has agreed to produce this additional wire transfer, it has not been produced to date.

### III.    ARGUMENT

While the PSC is mindful of the burdens the contempt track discovery has imposed on third parties, these burdens are outweighed by the importance of preserving the decorum of this Court. The Taishan defendants and affiliates must be called to task for their flagrant violations of this Court's Contempt Order. For this reason, the discovery being sought from Wal-Mart and Sunpin is absolutely critical. Indeed, this Court has repeatedly stressed the importance of the contempt track discovery.[2]

---

[2] *See* Transcript of April 17, 2015 Proceedings at Pg. 7 ("But the third aspect was not dealt with, namely, whether or not they were doing business, either they, their subsidiaries or affiliates, in the United States, and, if so, how much did they earn. So it seemed to me that, with that aspect of the contempt order, it was fair to allow the plaintiffs to discover that. I'm not interested in whether Taishan has any money -- they've paid their money at this point, their judgment – but I'm interested in knowing whether either they or their affiliates did business in the United States during that period of time,

With respect to Wal-Mart, the instant motion to compel imposes a limited burden as Wal-Mart has previously produced the contractual agreements at issue and has further agreed to conduct an ESI search for any other responsive documents. While Wal-Mart has produced the contracts subject to redaction, the redactions to the contracts are improper and should be removed. To the extent Wal-Mart can demonstrate that the information being redacted is confidential and/or constitutes a trade secret, the contracts can be produced under a highly-confidential designation consistent with PTO 16. The same is true with respect to any other confidential materials that are uncovered during Wal-Mart's ESI search.

Unlike Wal-Mart, Sunpin is seemingly unwilling to produce the email correspondences being requested by the PSC. This refusal is especially glaring in light of Mr. Kim's definitive testimony that emails were exchanged between Sunpin and CTIEC. Because there is no sound basis for Sunpin's refusal to produce the emails with CTIEC (or with any other Taishan defendants and affiliates for that matter), Sunpin should be compelled to produce all relevant emails and other ESI data on or before May 15, 2015. In addition, although Sunpin has generally agreed to produce the wire transfer in question, the PSC respectfully requests that the Court order Sunpin to produce the wire transfer on or before May 15, 2015.

While Wal-Mart and Sunpin may contend that ordering them to produce all responsive materials by May 15, 2015 is unduly burdensome, it should be noted that the June 9, 2015 damages hearing is rapidly approaching. The urgent need for these productions is further highlighted by this Court's directive during the April 24, 2015

---

namely between July 17, 2014, and at least March 9th. So that's the focus and needs to be the focus of the discovery on the contempt order.").

telephonic hearing that all documents to be relied upon at the damages hearing must be exchanged no later than eighteen (18) days before the June 9, 2015 hearing date.[3]  In light of the Court's comments during the April 30, 2015 telephone status conference and the minute entry following that status conference, *see* Rec.Doc.No. 18884, the PSC is operating under the assumption that the contempt track discovery is proceedings inline with the damages track.  Accordingly, any increased burden on Wal-Mart and Sunpin is justified in light of the compressed time period for the completion of discovery.

### IV.    CONCLUSION

WHEREFORE, the PSC prays that this motion be granted and that Wal-Mart and Sunpin be Ordered to produce the materials in question, on or before May 15, 2015.

Respectfully submitted,

Dated:  May 6, 2015

/s/ Russ M. Herman_____
**Russ M. Herman** (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
**HERMAN, HERMAN & KATZ, LLC**
820 O'Keefe Avenue
New Orleans, LA  70113
PH:  (504) 581-4892
FAX:  (504) 561-6024
ldavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

---

[3] Given the short window for the completion of discovery before the June 9, 2015 damages hearing, it should come as no surprise that the Court has granted seven motions requesting expedited return of discovery requests and shortening of time to notice depositions with respect to various third-party witnesses, including Wal-Mart and Sunpin. *See* Rec.Doc.Nos. 18523 (New Jersey Institute of Technology and CTIEC-TECO American Technology, Inc.); 18535 (Sunpin Solar Development a/k/a Sunpin Solar LLC, Tommy Li, Wal-Mart Stores, Inc., Westerlund Log Handlers LLC and Murphy Overseas USA Astoria Forest Products LLC); 18756 (Hampton Affiliates, Steven J. Zika, Hampton Investment Company, Baillie Lumber Co., Hull Forest Products, Inc., Western Wood, LLC, and W.H. International, Inc.), and 18781  (BNK International, LLC, and Jeffery J. Chang).

        Arnold Levin (on the brief)
        Fred S. Longer (on the brief)
        Sandra L. Duggan (on the brief)
        Matthew C. Gaughan (on the brief)
        Levin, Fishbein, Sedran & Berman
        510 Walnut Street, Suite 500
        Philadelphia, PA 19106
        PH:  (215) 592-1500
        FAX:  (215) 592-4663
        Alevin@lfsblaw.com
        *Plaintiffs' Lead Counsel*
        *MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

| | |
|---|---|
| Dawn M. Barrios | Jerrold Seth Parker |
| Barrios, Kingsdorf & Casteix, LLP | Parker Waichman, LLP |
| 701 Poydras Street, Suite 3650 | 27300 Riverview Center Blvd. |
| New Orleans, LA 70139 | Suite 103 |
| Phone: (504) 524-3300 | Bonita Springs, FL 34134 |
| Fax: (504) 524-3313 | Phone: (239) 390-1000 |
| Barrios@bkc-law.com | Fax: (239) 390-0055 |
| | Jerry@yourlawyer.com |
| Daniel E. Becnel, Jr. | Scott Wm. Weinstein |
| Becnel Law Firm, LLC | Morgan & Morgan |
| 425 W. Airline Highway, Suite B | 12800 University Drive, Suite 600 |
| Laplace, LA 70068 | Ft. Meyers, FL 33907 |
| Phone: (985) 536-1186 | Phone: (239) 433-6880 |
| Fax: (985) 536-6445 | Fax: (239) 433-6836 |
| dbecnel@becnellaw.com | sweinstein@forthepeople.com |
| Peter Prieto | James Robert Reeves |
| Podhurst Orseck, P.A. | Reeves & Mestayer, PLLC |
| 25 Flagler Street, 8th Floor | 160 Main Street |
| Miami, FL 33130 | Biloxi, MS 39530 |
| Phone: (305) 358-2800 | Phone: (228) 374-5151 |
| Fax: (305) 358-2382 | Fax: (228) 374-6630 |
| pprieto@podhurst.com | jrr@attorneys4people.com |
| | Christopher Seeger |
| | Seeger Weiss, LLP |
| | 77 Water Street |
| | New York, NY 10005 |
| | Phone: (212) 584-0700 |
| | Fax: (212) 584-0799 |
| | cseeger@seegerweiss.com |

Bruce William Steckler
Steckler, LLP
12720 Hillcrest Road, Ste 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-404
bruce@stecklerlaw.com

Ervin A. Gonzalez
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
ervin@colson.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Victor M. Diaz, Jr., Esquire
V.M. Diaz and Partners, LLC
119 Washington Ave, Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Anthony D. Irpino
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 6th day of May, 2015.

                              Respectfully Submitted,

                              BY:   */s/ Leonard A. Davis*
                                      Leonard A. Davis
                                      Herman, Herman & Katz, LLC
                                      820 O'Keefe Avenue
                                      New Orleans, LA 70113
                                      Phone: (504) 581-4892
                                      Fax: (504) 561-6024
                                      ldavis@hhklawfirm.com

                                      *Plaintiffs' Liaison Counsel*
                                      *MDL 2047*