UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT APPLIES TO ALL CASES | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**PROPOSED ORDER**

Considering the Plaintiffs' Steering Committee's ("PSC") Emergency Motion to Compel Discovery Against Wal-Mart Stores, Inc. and Sunpin Solar Development, LLC;

IT IS ORDERED BY THE COURT that:

1. Wal-Mart Stores, Inc. is hereby ordered to produce un-redacted copies of all contracts that it produced to the PSC in response to the Notice of Expedited Oral and Videotaped Deposition, *see* Rec.Doc.Nos. 18511 and 18658, on or before May 15, 2015;

2. Wal-Mart Stores, Inc. is further ordered to produce all other documents responsive to the Notice of Expedited Oral and Videotaped Deposition, *see* Rec.Doc.Nos. 18511 and 18658, without redaction, on or before May 15, 2015; and

3. Sunpin Solar Development, LLC is hereby ordered to produce all wire transfers and email communications involving the Taishan defendants and affiliates on or before May 15, 2015.

New Orleans, Louisiana, this ____ day of _____, 2015.

_____
Eldon E. Fallon
United States District court Judge

1