# EXHIBIT "A"

| | |
|---|---|
| **From:** | Block, Aaron <Aaron.Block@alston.com> |
| **Sent:** | Wednesday, May 06, 2015 2:16 PM |
| **To:** | Jake Woody |
| **Subject:** | RE: BrownGreer letter |

We were able to download the ZIP folder, but I'm not sure if everything was in it, so please go ahead and send the CD just to be sure. Thanks.

_____
Aaron Karl Block / Alston & Bird
www.alston.com/professionals/aaron-k-block/

-----Original Message-----
From: Jake Woody [mailto:jswoody@browngreer.com]
Sent: Wednesday, May 06, 2015 12:20 PM
To: Block, Aaron
Subject: RE: BrownGreer letter

Aaron - the zip file has been copied over.  Can you see if you can download it?

-----Original Message-----
From: Block, Aaron [mailto:Aaron.Block@alston.com]
Sent: Wednesday, May 06, 2015 10:20 AM
To: Jake Woody
Subject: RE: BrownGreer letter

Jake - I forgot to mention, can you also please burn a copy and send to:

Rick Fenton
Dentons US LLP
233 South Wacker Drive
Chicago, IL 60606-6404

Thanks.

_____
Aaron Karl Block / Alston & Bird LLP
aaron.block@alston.com
http://www.alston.com/professionals/aaron-k-block/

_____
From: Block, Aaron
Sent: Wednesday, May 06, 2015 10:16 AM
To: Jake Woody; Eikhoff, Christy Hull
Cc: kjmiller@bakerdonelson.com; alevin@lfsblaw.com; RHERMAN@hhklawfirm.com; LDAVIS@hhklawfirm.com; Taylor, Bernard; Kenny, Mike; FLonger@lfsblaw.com; 'Meunier E. Gerald (gmeunier@gainsben.com)' (gmeunier@gainsben.com)
Subject: RE: BrownGreer letter

Jake,

I think we'll need you to burn the files to a DVD and overnight them to me. We were finally able to access the FTP site, but individual documents refuse to download, and the entire system freezes from time to time. So, at this point, the FTP option isn't realistic for accessing everything. Appreciate you trying, though.

Can you overnight the DVD to me for receipt tomorrow morning? Thanks.

Aaron

_____
Aaron Karl Block / Alston & Bird LLP
aaron.block@alston.com
http://www.alston.com/professionals/aaron-k-block/
_____
From: Jake Woody [jswoody@browngreer.com]
Sent: Wednesday, May 06, 2015 9:04 AM
To: Block, Aaron; Eikhoff, Christy Hull
Cc: kjmiller@bakerdonelson.com; alevin@lfsblaw.com; RHERMAN@hhklawfirm.com; LDAVIS@hhklawfirm.com; Taylor, Bernard; Kenny, Mike; FLonger@lfsblaw.com; 'Meunier E. Gerald (gmeunier@gainsben.com)' (gmeunier@gainsben.com)
Subject: RE: BrownGreer letter

Aaron, please let me know if you are still unable to access the FTP site.  Everything appears to be working on our end.

From: Block, Aaron [mailto:Aaron.Block@alston.com]
Sent: Tuesday, May 05, 2015 6:47 PM
To: Jake Woody; Eikhoff, Christy Hull
Cc: kjmiller@bakerdonelson.com; alevin@lfsblaw.com; RHERMAN@hhklawfirm.com; LDAVIS@hhklawfirm.com; Taylor, Bernard; Kenny, Mike; FLonger@lfsblaw.com; 'Meunier E. Gerald (gmeunier@gainsben.com)' (gmeunier@gainsben.com)
Subject: RE: BrownGreer letter

Jake,

Thanks for your email. As I just explained, we are unfortunately not able to access the FTP site and download the "Taishan Supplemental Evidence forms."

I understand that our IT department has reached out to yours, and they are trying to resolve the issue, but it may be several hours or even tomorrow before we have access to these documents. We may need you to burn them to a DVD or find another means of producing the information if the FTP site won't work.

We are going to continue working on resolving the technical issues so that we can access the documents. I will touch base with you first thing in the morning if not sooner so that we can figure out alternative production logistics, if necessary. Thanks.

Aaron

_____
Aaron Karl Block / Alston & Bird
www.alston.com/professionals/aaron-k-block/<http://www.alston.com/professionals/aaron-k-block/>

2

From: Jake Woody [mailto:jswoody@browngreer.com]
Sent: Tuesday, May 05, 2015 5:18 PM
To: Eikhoff, Christy Hull
Cc: kjmiller@bakerdonelson.com<mailto:kjmiller@bakerdonelson.com>; alevin@lfsblaw.com<mailto:alevin@lfsblaw.com>; RHERMAN@hhklawfirm.com<mailto:RHERMAN@hhklawfirm.com>; LDAVIS@hhklawfirm.com<mailto:LDAVIS@hhklawfirm.com>; Taylor, Bernard; Kenny, Mike; Block, Aaron; FLonger@lfsblaw.com<mailto:FLonger@lfsblaw.com>; 'Meunier E. Gerald (gmeunier@gainsben.com<mailto:gmeunier@gainsben.com>)' (gmeunier@gainsben.com<mailto:gmeunier@gainsben.com>)
Subject: RE: BrownGreer letter

This will confirm that we created an FTP site and moved all of the Taishan Supplemental Evidence forms from our database to that site.  The FTP site also contains inspection reports submitted along with the Forms.  We granted Aaron Block from Alston & Bird and his paralegal access to the FTP site.  Please let me know if anyone else needs access.

We are also prepared to produce an additional 63,000+ documents that are responsive to item 3 of the April 23, 2015 letter.  I have attached a spreadsheet that lists the document type as well as a count of each document type.  Can you please review and let us know if there are any objections to the production of these documents?

Jake Woody
BROWNGREER PLC
250 Rocketts Way
Richmond, VA 23231
Telephone:  (804) 521-7234
Facsimile:  (804) 521-7299
www.browngreer.com<http://www.browngreer.com/>

This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.



From: Eikhoff, Christy Hull [mailto:Christy.Eikhoff@alston.com]
Sent: Thursday, April 23, 2015 9:55 AM
To: Jake Woody
Cc: kjmiller@bakerdonelson.com<mailto:kjmiller@bakerdonelson.com>; alevin@lfsblaw.com<mailto:alevin@lfsblaw.com>; RHERMAN@hhklawfirm.com<mailto:RHERMAN@hhklawfirm.com>; LDAVIS@hhklawfirm.com<mailto:LDAVIS@hhklawfirm.com>; Taylor, Bernard; Kenny, Mike; Block, Aaron
Subject: BrownGreer letter

Jake:

Please see the attached correspondence.  Note that this letter has been reviewed and approved by Kerry Miller on behalf of his client Knauf.  Once you have reviewed the letter, please call Aaron Block to discuss logistics of transmittal of the requested data.

Thank you.

Christy Hull Eikhoff
Alston & Bird, LLP

3

404-881-4496 direct
404-881-7000 main
Christy.eikhoff@alston.com<mailto:Christy.eikhoff@alston.com>

_____
NOTICE: This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you are hereby notified that you may not read, copy, distribute or otherwise use this message or its attachments. If you have received this message in error, please notify the sender by email and delete all copies of the message immediately.