# EXHIBIT "B"

| | |
|---|---|
| **From:** | Lillian Flemming |
| **Sent:** | Monday, May 04, 2015 5:18 PM |
| **To:** | C. Michael Moore (mike.moore@dentons.com); Bernard Taylor (bernard.taylor@alston.com); cvejnoska@orrick.com; James L. Stengel (jstengel@orrick.com); Richard Fenton (richard.fenton@dentons.com); Michael Kenny (mike.kenny@alston.com); Kerry Miller (kjmiller@bakerdonelson.com); Alan Dean Weinberger (aweinberger@hanrylaw.com); 'christy.Eikhoff@alston.com'; 'gene.besen@dentons.com'; Michael Barr (michael.barr@dentons.com); Harry Rosenberg (harry.rosenberg@phelps.com); Alex Rothenberg (arothenberg@gordonarata.com) |
| **Cc:** | Russ Herman; Arnold Levin; Fred Longer (FLonger@lfsblaw.com); Sandy Duggan; 'Christopher A. Seeger'; 'gmeunier@gainsben.com'; Lenny Davis; Kate Robinson |
| **Subject:** | Chinese Drywall MDL 2047 re Depositions and Document Production |

From: Russ M. Herman (Plaintiffs' Liaison Counsel) and Arnold Levin (Plaintiffs' Lead Counsel)

We received an email from Christopher Vejnoska on April 29, 2015 proposing the following dates for depositions on behalf of the CNBM entities, "subject to final confirmation of witness availability, including visa status":

| | |
|---|---|
| CNBM Group (Guoping Zhou): | Thursday, May 21 |
| CNBM Company (Zhangli Chang) | Friday, May 22 |
| CNBM Forest Products Canada (Jianjun Deng) | Wednesday, June 3 |
| CNBM Import Export (Lihe Wang) | Thursday, June 4 |
| CNBM USA (Shaojun Zhang) | Friday, June 5 |

Also, it was proposed that Mr. Chang's deposition, individually, be taken on Friday, May 22, 2015; or, alternatively, continue it until May 23, 2015.

Even though on April 10, 2015, CNBM identified and offered the following individuals for deposition, to date CNBM has not provided any dates for these witnesses: Peng Shou; Cao Jianlin; Jin Yu Hu; and Cui Xingtai.

In addition to the foregoing, earlier today Michael Moore sent us an email allegedly "confirming" certain dates for depositions of BNBMG and BNBMPLC. We did not consent to these dates and do not know why he claims this is to "confirm." However, BNBMG and BNBMPLC suggest the following deposition dates:

| | |
|---|---|
| BNBM Group (Yanming Zhao) | Thursday, May 21 |
| BNBM PLC (Yu Chen) | Thursday, June 4 |
| Mr. Wang, BNBM Chairman (individual) | Friday, June 5 |

To date, we have not received from Bernard Taylor a proposed date in writing for the deposition of Taishan's representative Che Gang.

We reiterate our position that unless and until we receive all responsive documents, including translations, and have a sufficient amount of time to review the productions, we cannot take meaningful depositions in accordance with Judge Fallon's instructions.

1

All of the depositions are to take place in New Orleans, Louisiana. If this round of depositions is not completed in accordance with the directives and limitations as set forth by Judge Fallon, the witness(es) shall remain in New Orleans or return to New Orleans at the Defendants' expense to complete the depositions. The PSC intends on completing discovery of all Defendant entities and third parties in a timely fashion. Nothing prevents the PSC from taking additional depositions of the Defendants in New Orleans, and of third parties, after complete and full document productions are made by all of the Defendant entities and relevant third parties are discovered. Our concern is primarily guided by the lack of document production received by the PSC.

To date, we have only received a small number of documents from CNBM. CNBM Group and CNBM have not yet produced the custodial files for 30(b)(6) witnesses identified. Late Friday, May 1, 2015, after the close of business, CNBM Group and CNBM Co. noticed that a production was being made, yet none of the documents were accessible until today when they were actually received. Upon review, it appears that all of the useable production is in Chinese. "Text translations" of the documents accompanied the production. However, the "text translations" are unintelligible and do not provide meaningful interpretations of full documents. By way of example only, see the attached. It is impossible to discern from the productions where one document ends and another begins. Again, we request that we receive complete translations of all responsive documents, which can be matched to original documents that are not in English.

The PSC has advised BNBM and BNBM Group that there are inadequacies with their production, including a lack of custodial files.

Taishan has produced some translations of documents in English, but the PSC is still awaiting a full production from Taishan of the requested documents, including custodial files.

The PSC continues to provide the Court with reports of the status of document production on a regular and routine continuing basis.

The PSC has previously advised that it has not received documents for any individual deponents. No emails with full translations have been provided by any defendant. In fact, it appears that CNBM Co. and CNBM Group provided only a few emails, all of which are in Chinese. These emails are not translated in full and the "text translations" provide no benefit or any substantive information. No privilege logs have been served on the PSC. We will be hampered in taking the depositions of the corporations and individuals until and unless we have an opportunity to review a complete production of the individual's custodial file, including documents and emails.

The PSC previously advised that it would agree to multi-tracks of the depositions. The PSC remains committed to multi-tracking CNBM and CNBM Group depositions. We are also committed to multi-tracking BNBM and BNBM Group depositions. However, the PSC does not agree to double track depositions of CNBM and BNBM on the same date(s). Accordingly, if the CNBM depositions that were originally proposed on May 21, 2015, June 4, 2015 and June 5, 2015 proceed, the PSC will not agree to the scheduling of the BNBM depositions on those same dates. We also do not agree to double track Taishan depositions with CNBM or BNBM. Again, in accord with Judge Fallon's comments, the PSC desires to take meaningful depositions.

Again, we remind you that translators and court reporters need to be scheduled and arranged.


Lillian M. Flemming
Legal Assistant to
Leonard A. Davis and Danielle Treadaway Hufft
***Herman, Herman & Katz, L.L.C.***
***Herman Gerel, LLP***

820 O'Keefe Avenue
New Orleans, Louisiana  70113
(504) 581-4892
(504) 561-6024 (fax)
Email:  lflemming@hhklawfirm.com
www.hhklawfirm.com

## CONFIDENTIAL ATTORNEY WORK PRODUCT

This e-mail message contains confidential, privileged information intended solely for the addressee.  Please do not read, copy, or disseminate it unless you are the addressee.  If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender.  Also, we would appreciate your forwarding the message back to us and deleting it from your system.  Thank you.