UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL 2047 SECTION L |
| This document relates to All Cases | * * * * | JUDGE FALLON MAGISTRATE JUDGE WILKINSON |

* * * * * * * * * * * * * * * * *

### EX PARTE/CONSENT MOTION TO RESET THE HEARING ON INTERIOR/EXTERIOR'S MOTION TO ENFORCE INJUNCTION REGARDING CLAIMS BROUGHT BY PLAINTIFFS WILLIAM AND LUCINDA DAVIS AND GREGORY AND JOAN SCOTT

Defendant Interior/Exterior Building Supply ("INEX") files this Ex Parte/Consent Motion to Reset the Hearing on INEX's Motion to Enforce Injunction Regarding Claims Brought by Plaintiffs William and Lucinda Davis and Gregory and Joan Scott.  Doc. No. 18788.

On April 30, 2015, INEX filed its Motion to Enforce Injunction Regarding Claims Brought by Plaintiffs William and Lucinda Davis and Gregory and Joan Scott.  The Motion was set for hearing following the Court's May 20, 2015 status conference.  Doc. No. 18832.

INEX and Plaintiffs conferred and mutually agreed to request that the Court reset the Motion to the June 23, 2015 status conference before the Court.

WHEREFORE, INEX respectfully requests that the Court reset INEX's Motion to Enforce Injunction Regarding Claims Brought by Plaintiffs William and Lucinda Davis and Gregory and Joan Scott (Doc. No. 18788) to the June 23, 2015 status conference before the Court.

Respectfully submitted,

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC**

/s/ *Kerry J. Miller*
**KERRY J. MILLER (#24562)**
**JAMES R. PARISH (#34017)**
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170
Telephone:	504.566.8646
Facsimile:	504.585.6946
Email:		kjmiller@bakerdonelson.com

*Counsel for Defendant,
Interior/Exterior Building Supply*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 7th day of May, 2015.

**I FURTHER CERTIFY** that this document is being served this day on counsel for Plaintiffs via email (booths@pittmandutton.com).

/s/ *Kerry J. Miller*
KERRY J. MILLER