UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED<br>DRYWALL PRODUCTS<br>LIABILITY LITIGATION | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | MDL 2047 <br><br> SECTION L <br><br> JUDGE FALLON <br><br> MAGISTRATE JUDGE WILKINSON |
| This document relates to All Cases | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering Defendant Interior/Exterior Building Supply's ("INEX") Ex Parte/Consent Motion to Reset the Hearing on INEX's Motion to Enforce Injunction Regarding Claims Brought by Plaintiffs William and Lucinda Davis and Gregory and Joan Scott;

IT IS ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that INEX's Motion shall be heard following the June 23, 2015 status conference before the Court.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2015.

_____
UNITED STATES DISTRICT JUDGE