In re: Chinese-Manufactured Drywall Products Liability



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 134539-0005

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Hull Forest Products, Inc.
Court Case No. MDL 2047

HERMAN, HERMAN, ET AL
Ms. Kate Robinson
820 O'Keefe Ave.
New Orleans, LA 70113-1116

State of: __Connecticut__ ) ss.
County of: __Hartford__ )

**Name of Server:** __Terrance Perry__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __28th__ day of __April__, 20 __15__, at __11:45__ o'clock __A__ M

**Place of Service:** at 101 Hampton Road, in Pomfret Center, CT 06259

**Documents Served:** the undersigned served the documents described as:
Subpoena to Testify at a Deposition in a Civil Action (with production request) with Attached 30(b)(6) Amended Deposition Notice (with exhibits); Witness Fee

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Hull Forest Products, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Jeffrey M. Durst, President__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __M__ ; Skin Color __White__ ; Hair Color __Brown__ ; Facial Hair __N/A__
Approx. Age __50__ ; Approx. Height __6'2"__ ; Approx. Weight __180__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this 1st day of May, 20 15

Notary Public            (Commission Expires)
                         08/31/2019