UNITED STATES DISTRICT COURT
EASTERN DISTRICT FOR LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| IN RE:   LORENZO ALVAREZ<br>          Claimant ID #: 104856 | |

## RESPONSE TO ORDER SETTING BRIEFING & HEARING AND RESPONSE TO MOTION TO ENFORCE INJUNCTION

COMES NOW Lorenzo Alvarez and Fransisca Salas and files this Response to Order Setting Briefing and Hearing and Response to Motion to Enforce Injunction. As grounds therefore it is alleged:

1. On May 7, 2015 the undersigned received that certain order dated April 30, 2015 which required briefing on or before May 12, 2015 and attendance at a hearing on May 20, 2015.

2. The undersigned suffers blindness and residual from traumatic injury ten years ago to the head but under active care.

3. The undersigned has experienced an unusual heavy work load with two back to back jury trials disrupting productivity. There was only one effective working day before the second jury trial and after receipt of this Court's order, i.e. May 8, 2015. The undersigned is scheduled for a four day jury trial commencing May 11, 2015 before Acting Circuit Judge Ptomey in Monroe County, Florida in Riggs v. Ramirez, GEICO, Case Number: 12 CA 217 P .

4. It is virtually impossible to brief these motions and responses thereto on May 8 when preparing for trial on Monday May 11, 2015.

5. This current controversy involves the homeowners post claim closure alternate rental living expenses. Lorenzo Alvarez filed with this Court his Motion To File Late Claim to Allow Post Claim Closure Living Expenses.

6. When the Motion to File Late Claim for Post Claim Rental Living Expenses was filed, the undersigned called the law clerk for this Honorable Court. The undersigned was advised that no further action was necessary and that this was on the Court's "radar screen." To date, the undersigned has not received any order or notice regarding their Motion to Allow Filing of Late Claim. The undersigned took no further action with understanding that further action was discouraged.

7. The undersigned engages to do his diligent best for the beleaguered claimant.

8. The undersigned perceives that a failure to timely file a claim for State Circuit court relief would prejudice the Alvarez claim in such event the MDL Fund claim was denied. The undersigned filed for relief in State Circuit Court in an abundance of caution in such event that this Court disallowed the applicant Lorenzo Alvarez's Fund claim and recommended it be filed in State Circuit Court.

9. The undersigned is counsel of record in John Carrera v. El San Juan hotel in Case No.14-1347 (JAF), In United States District Court for the territory of Puerto Rico.

10. The undersigned is scheduled to appear both now in Puerto Rico on May 20, 2015 for Pre-trial Conference before US District Judge Jose Antonio Fuste and also before this Court at the close of the monthly status conference May 20, 2015. This Pretrial

Conference has been scheduled since September 22, 2014.

11. The undersigned has and/or is making an effort to speak with both Pro se Curator, Robert M. Johnston, Esq. and counsel for Defendant Banner Supply Co., Kerry J. Miller, Esq. to resolve differences and has attempted to discuss this with Mr. Alvarez on May 8, 2015.

12. Attached hereto as Exhibit A is the Clerk's Index for Miami-Dade County, Florida, Case Number: 12-35021-CA-01. The undersigned has no intent to prosecute that action and agrees to be restrained from prosecuting that action unless this Court in evaluating Lorenzo Alvarez's Motion for Leave to File Late Claim is denied and the Court grants permission to prosecute that action.

13. Undersigned agrees to entry of an Order which stays or abates the Miami-Dade County action. Inasmuch as undersigned counsel believed this Court had suggested untimely claims could be litigated in State Court, the undersigned did no more and to attempt to protect the existence of the Miami-Dade County Circuit Court action, pending ruling by this Court on the Motion to File Late Claim.

Wherefore the undersigned prays for an additional thirty (30) days to resolve this conflict.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via e-mail this 8th day of May, 2015, to all parties electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic

filing in accordance with the procedures established in MDL 2047.

                                SUTTON LAW GROUP, PA
                                Attorney for Claimant Lorenzo Alvarez
                                7721 S.W. 62nd Ave., Ste. 101
                                South Miami, Florida  33143
                                Tele:  (305) 667-4481
                                Fax: (305) 666-21118
                                info@suttonlawgroup.com

                                By:_____/s/_____
                                          JOHN R. SUTTON, ESQ.
                                          Fla. Bar No. 49411



0 Item(s) in Basket     Home     Online Services     About us     Contact us

# Civil, Family and Probate Court Online System - Docket Information

BACK TO SEARCH RESULTS | ALL PARTIES | HEARINGS | BEGIN A NEW SEARCH

**ALVAREZ, LORENZO VS MANDYS DRYWALL & STUCCO CORP**
* Click on BOOK/PAGE of a particular docket to see the image if it is available *

Case Num (LOCAL): 2012-035021-CA-01
Dockets Retrieved: 37
Filing Date: 09/05/2012
Case Num (STATE):
Judicial Section: CA42

| Date | Book/Page | Docket Entry | Comments |
|---|---|---|---|
| 02/26/2015 | | TEXT | CASE CONVERTED FROM MAINFRAME: SIVA |
| 01/08/2015 | | NOTICE OF FILING: | NOTI OF DETERMINATION |
| 12/09/2014 | | CANCELLATION NOTICE | 01/07/2015 09:15 AM |
| 12/09/2014 | | ORDER OF REASSIGNMENT | SECTION:42 FM:20 JUDGE ID:00216 |
| 12/04/2014 | | NOTICE HAS WRONG DATE | 12/09/2014 09:15 AM |
| 12/04/2014 | | REQUEST FOR HEARING | |
| 12/03/2014 | | RESPONSE: | EFILED |
| 12/03/2014 | | MOTION TO TRANSFER | |
| 12/01/2014 | | REQUEST FOR HEARING | |
| 12/01/2014 | | TEXT | CALENDAR CANCELED PER JUDGE 01/07/2015 |
| 12/01/2014 | | TEXT | CALENDAR CANCELED PER JUDGE 01/07/2015 |
| 11/25/2014 | | MOTION: | TO RE-OPEN ABATED CLAIMS AGAINST BANNER SUPPLY' |
| 04/22/2014 | | ORDER OF DISMISSAL | B: 29122 P: 3570 |
| 04/22/2014 | 29122 / 3570 (1 DOC) | ORDER OF DISMISSAL | B: 29122 P: 3570 **PARTIES:** MANDYS DRYWALL & STUCCO CORP |
| 04/11/2014 | | STIPULATION | |
| 02/12/2014 | | NOTICE OF UNAVAILABILITY/ABSENCE | |

Exh. A

| | 12/04/2013 | | 5 MINUTE MOTION CALENDAR | |
|---|---|---|---|---|
| | 12/04/2013 | | NOTICE OF UNAVAILABILITY/ABSENCE | |
| | 11/08/2013 | | REQUEST FOR HEARING | |
| | 11/08/2013 | | NOTICE OF HEARING SET- | MOTIONS 12/04/2013 09:15AM LS:01/20 |
| | 06/13/2013 | | NOTICE: | OF DISPOSAL OF EVIDENCE |
| | 06/06/2013 | | MOTION TO DISMISS | |
| | 05/23/2013 | | ORDER FOR SUBSTITUTION OF COUNSEL | **PARTIES:** BANNER SUPPLY CO |
| | 05/17/2013 | | NOTICE OF UNAVAILABILITY/ABSENCE | |
| | 05/09/2013 | | ORDER FOR SUBSTITUTION OF COUNSEL | **PARTIES:** BANNER SUPPLY CO |
| | 04/09/2013 | | STIPULATION | FOR SUBSTITUTION OF COUNSEL OF DEFT BANNER SUPPLY CO. |
| | 10/22/2012 | | NOTICE OF COMPLIANCE | |
| | 10/16/2012 | | NOTICE OF APPEARANCE | ATTORNEY:00911471 **PARTIES:** MANDYS DRYWALL & STUCCO CORP |
| | 10/01/2012 | | NOTICE OF APPEARANCE | ATTORNEY:00131520 **PARTIES:** BANNER SUPPLY CO |
| | 10/01/2012 | | NOTICE OF FILING: | ORD ENTERED IN CASE RE: CHINESE DRYWALL CASE(NOT ATTACH) |
| | 09/17/2012 | | SERVICE RETURNED | BADGE # 1874 P 09/12/2012 **PARTIES:** MANDYS DRYWALL & STUCCO CORP |
| | 09/10/2012 | | SERVICE RETURNED | BADGE # 26 P 09/05/2012 **PARTIES:** BANNER SUPPLY CO |
| | 09/05/2012 | | RECEIPT AT FILING | RECEIPT #3150003 - P |
| | 09/05/2012 | | MOTION: | FOR QUALIFICATION AS MDL CLAIM & CONFIRM STANDING ETC |
| | 09/05/2012 | | SUMMONS ISSUED | **PARTIES:** MANDYS DRYWALL & STUCCO CORP; BANNER SUPPLY CO |

| | 09/05/2012 | | COMPLAINT | |
| | 09/05/2012 | | CIVIL COVER | |

BACK TO SEARCH RESULTS      ALL PARTIES      HEARINGS      BEGIN A NEW SEARCH

Online Case Home | Civil Court Information | Family Court Information | Probate Court Information | Email | Login Home | Privacy Statement | Disclaimer | Contact Us | About Us

2008 Clerk of the Court. All Rights reserved.

MIAMI-DADE COUNTY

S0142976