```
                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF LOUISIANA


IN RE:   CHINESE-MANUFACTURED    *    MDL No. 2047
         DRYWALL PRODUCTS        *
         LIABILITY LITIGATION    *    Section L
                                 *
                                 *    New Orleans, Louisiana
                                 *
Relates to:  All Actions         *    March 17, 2015
* * * * * * * * * * * * * * * *  *


                    ORAL ARGUMENT BEFORE
               THE HONORABLE ELDON E. FALLON
                 UNITED STATES DISTRICT JUDGE


Appearances:


For the Plaintiffs:       Herman Herman & Katz, LLC
                          BY:  RUSS M. HERMAN, ESQ.
                          820 O'Keefe Avenue
                          New Orleans, Louisiana 70113


For the Plaintiffs:       Levin Fishbein Sedran & Berman
                          BY:  ARNOLD LEVIN, ESQ.
                          510 Walnut Street, Suite 500
                          Philadelphia, Pennsylvania 19106


For Taishan:              Alston & Bird, LLP
                          BY:  BERNARD TAYLOR, ESQ.
                               MICHAEL P. KENNY, ESQ.
                               CHRISTINA HULL EIKHOFF, ESQ.
                          1201 West Peachtree Street
                          Atlanta, Georgia 30309
```


EXHIBIT A

| | | |
|---|---|---|
| 1 | For Taishan: | Hangartner Rydberg & Terrell, LLC |
| 2 | | BY:  ALAN D. WEINBERGER, ESQ. |
| | | 701 Poydras Street, Suite 310 |
| 3 | | New Orleans, Louisiana 70139 |
| 4 | For BNBM Group and | Dentons US, LLP |
| | BNBM, PLC: | BY:  MICHAEL H. BARR, ESQ. |
| 5 | | 1221 Avenue of the Americas |
| | | New York, New York 1000 |
| 6 | | |
| 7 | For BNBM Group and | Dentons, US, LLP |
| | BNBM, PLC: | BY:  C. MICHAEL MOORE, ESQ. |
| 8 | | 2000 McKinney Avenue, Suite 1900 |
| | | Dallas, Texas 75201 |
| 9 | | |
| 10 | For BNBM Group and | Dentons US, LLP |
| | BNBM, PLC: | BY:  RICHARD L. FENTON, ESQ. |
| 11 | | 233 South Wacker Drive, Suite 7800 |
| | | Chicago, Illinois 60606 |
| 12 | | |
| 13 | For BNBM Group and | Phelps Dunbar, LLP |
| | BNBM, PLC: | BY:  HARRY ROSENBERG, ESQ. |
| 14 | | 365 Canal Street, Suite 2000 |
| | | New Orleans, Louisiana 70130 |
| 15 | | |
| 16 | For CNBM Group and | Orrick Herrington & Sutcliffe, LLP |
| | CNBM Limited: | BY:  JAMES L. STENGEL, ESQ. |
| 17 | | 51 West 52nd Street |
| | | New York, New York 10019 |
| 18 | | |
| 19 | Official Court Reporter: | Toni Doyle Tusa, CCR, FCRR |
| | | 500 Poydras Street, HB-275 |
| 20 | | New Orleans, Louisiana 70130 |
| | | (504) 589-7778 |
| 21 | | |
| 22 | | |
| 23 | Proceedings recorded by mechanical stenography using computer-aided transcription software. | |
| 24 | | |
| 25 | | |

|          |    |                                                                    |
|----------|----|--------------------------------------------------------------------|
| 08:52:37 | 1  | **PROCEEDINGS**                                                    |
| 08:52:36 | 2  | (March 17, 2015)                                                   |
| 08:58:07 | 3  | **THE COURT:**  Be seated, please.  Good morning, ladies           |
| 08:58:09 | 4  | and gentlemen.                                                     |
| 08:58:09 | 5  | Call the case, please.                                             |
| 08:58:11 | 6  | **THE DEPUTY CLERK:**  MDL No. 2047, In Re:                        |
| 08:58:12 | 7  | Chinese-Manufactured Drywall Products Liability Litigation.        |
| 08:58:16 | 8  | **THE COURT:**  Counsel, make your appearance for the              |
| 08:58:18 | 9  | record, please.                                                    |
| 08:58:21 | 10 | **MR. HERMAN:**  Good morning, Judge Fallon.  Russ Herman          |
| 08:58:22 | 11 | of Herman Herman & Katz, New Orleans, on behalf of plaintiffs      |
| 08:58:29 | 12 | and the PSC.                                                       |
| 08:58:33 | 13 | **MR. TAYLOR:**  Good morning, Your Honor.  Bernard                |
| 08:58:34 | 14 | Taylor from Atlanta, and I'm honored to be here in your            |
| 08:58:38 | 15 | courtroom and to be in New Orleans.  We are here to represent      |
| 08:58:41 | 16 | Taishan with my colleagues, Mike Kenny and --                      |
| 08:58:46 | 17 | **MR. KENNY:**  Good morning, Your Honor.                          |
| 08:58:50 | 18 | **THE COURT:**  Good morning.                                      |
| 08:58:53 | 19 | **MR. WEINBERGER:**  Good morning, Your Honor.  I'm                |
| 08:58:54 | 20 | Alan Weinberger for Taishan as well, Your Honor.  Thank you.       |
| 08:58:57 | 21 | **MR. BARR:**  Your Honor, Michael Barr from Dentons on            |
| 08:59:00 | 22 | behalf of BNBM Group and BNBM, PLC.  I'm also here with my         |
| 08:59:05 | 23 | partners, Michael Moore and Richard Fenton, and Harry              |
| 08:59:08 | 24 | Rosenberg, who I'm sure the Court knows.                           |
| 08:59:11 | 25 | **MR. ROSENBERG:**  Good morning, Your Honor.                      |

```
10:04:59   1   willingly participate in the discovery of this matter.  If they
10:05:05   2   don't participate in the discovery, I'm going to strike their
10:05:11   3   defenses and rule accordingly.
10:05:15   4               The second issue, as I see it, is a relationship
10:05:17   5   between CNBM and BNBM on the one hand and TG and TTP on the
10:05:26   6   other.  I think the relationship is important to determine
10:05:29   7   whether they are affiliates or whether they are alter egos of
10:05:34   8   TG and TTP.
10:05:37   9               There may be some factual dispute here.  It may
10:05:42  10   be necessary for the plaintiffs to take depositions.  If they
10:05:47  11   look at their material and they find that the material is not
10:05:53  12   necessarily admissible or that they need to go further, they
10:05:56  13   ought to be able to take depositions of the BNBM people and the
10:06:03  14   CNBM people.
10:06:06  15               I'm going to look to BNBM and CNBM to willingly
10:06:12  16   participate in that discovery.  If they don't, that to me means
10:06:18  17   that they should not participate in this litigation and I will
10:06:23  18   act accordingly.  This relationship, whether it exists or not,
10:06:30  19   will determine the applicability of res judicata and/or
10:06:33  20   collateral estoppel.  It will also determine the scope of the
10:06:42  21   contempt order.
10:06:45  22               If they have a relationship, the scope of the
10:06:59  23   hearing will to some extent be connected to that, but the
10:07:12  24   hearing that I'm looking to have is really the hearing on
10:07:19  25   damages.  That's what is before the Court, damages.  I think
```

```
10:18:48   1    with us to voluntarily present witnesses in the case.  We may
10:18:52   2    need a Court order.
10:18:54   3             THE COURT:  I'll give you a Court order.  If you
10:18:57   4    don't participate, I'm just going to strike your pleadings.
10:19:01   5    You have to participate in discovery.  If not, then I have a
10:19:06   6    duty and responsibility just to strike it.  You can't
10:19:09   7    participate and not participate.  Reserve whatever you want to
10:19:14   8    reserve, that's one thing.  I will give you a Court order if
10:19:22   9    that's necessary.
10:19:24  10             MR. STENGEL:  Understood, Your Honor.  Thank you.
10:19:26  11             THE COURT:  Folks, thank you very much.
10:19:29  12             THE DEPUTY CLERK:  All rise.
10:19:31  13             (Proceedings adjourned.)
10:19:30  14                              * * *
          15                            CERTIFICATE
          16             I, Toni Doyle Tusa, CCR, FCRR, Official Court
          17    Reporter for the United States District Court, Eastern District
          18    of Louisiana, certify that the foregoing is a true and correct
          19    transcript, to the best of my ability and understanding, from
          20    the record of proceedings in the above-entitled matter.
          21
          22
          23                              s/ Toni Doyle Tusa
                                          Toni Doyle Tusa, CCR, FCRR
          24                              Official Court Reporter
          25
```