# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |

* * * * * * * * * * * * * * * * * *

## EX PARTE/CONSENT MOTION TO RESET THE HEARING ON BANNER SUPPLY CO.'S MOTION TO ENFORCE INJUNCTION REGARDING CLAIMS BROUGHT BY PLAINTIFFS LORENZO ALVAREZ AND FRANSISCA SALAS

Defendant Banner Supply Co. ("Banner") files this Ex Parte/Consent Motion to Reset the Hearing on Banner's Motion to Enforce Injunction Regarding Claims Brought by Plaintiffs Lorenzo Alvarez and Fransisca Salas.  Doc. No. 18786.

On April 30, 2015, Banner filed its Motion to Enforce Injunction Regarding Claims Brought by Plaintiffs Lorenzo Alvarez and Fransisca Salas.  The Motion was set for hearing following the Court's May 20, 2015 status conference.  Doc. No. 18832.

Banner and Plaintiffs conferred and mutually agreed to request that the Court reset the Motion to the June 23, 2015 status conference before the Court.

WHEREFORE, Banner respectfully requests that the Court reset Banner's Motion to Enforce Injunction Regarding Claims Brought by Plaintiffs Lorenzo Alvarez and Fransisca Salas (Doc. No. 18786) to the June 23, 2015 status conference before the Court.

Respectfully submitted,

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC**

/s/ *Kerry J. Miller*
**KERRY J. MILLER (#24562)**
**JAMES R. PARISH (#34017)**
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170
Telephone:	504.566.8646
Facsimile:	504.585.6946
Email:	kjmiller@bakerdonelson.com

*Counsel for Defendant, Banner Supply Co.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 8th day of May, 2015.

**I FURTHER CERTIFY** that this document is being served this day on counsel for Plaintiffs via email (jrsuttonlaw@yahoo.com).

/s/ *Kerry J. Miller*
KERRY J. MILLER