## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL 2047  SECTION L |
| This document relates to All Cases | * * * | JUDGE FALLON  MAGISTRATE JUDGE WILKINSON |

## ORDER

Considering Defendant Banner's Ex Parte/Consent Motion to Reset the Hearing on Banner's Motion to Enforce Injunction Regarding Claims Brought by Plaintiffs Lorenzo Alvarez and Fransisca Salas;

IT IS ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that Banner's Motion shall be heard following the June 23, 2015 status conference before the Court.

NEW ORLEANS, LOUISIANA, this _____ day of May, 2015.

_____
UNITED STATES DISTRICT JUDGE