```
 1                    UNITED STATES DISTRICT COURT
 2                    EASTERN DISTRICT OF LOUISIANA
 3
 4
    IN RE:  CHINESE-MANUFACTURED    *      MDL No. 2047
 5          DRYWALL PRODUCTS        *
            LIABILITY LITIGATION    *      Section L
 6                                  *
                                    *      New Orleans, Louisiana
 7                                  *
    Relates to: All Actions         *      March 17, 2015
 8  * * * * * * * * * * * * * * *   *
 9
10                      ORAL ARGUMENT BEFORE
                   THE HONORABLE ELDON E. FALLON
11                 UNITED STATES DISTRICT JUDGE
12
    Appearances:
13
14  For the Plaintiffs:          Herman Herman & Katz, LLC
                                 BY:  RUSS M. HERMAN, ESQ.
15                               820 O'Keefe Avenue
                                 New Orleans, Louisiana 70113
16
17  For the Plaintiffs:          Levin Fishbein Sedran & Berman
                                 BY:  ARNOLD LEVIN, ESQ.
18                               510 Walnut Street, Suite 500
                                 Philadelphia, Pennsylvania 19106
19
20  For Taishan:                 Alston & Bird, LLP
                                 BY:  BERNARD TAYLOR, ESQ.
21                                    MICHAEL P. KENNY, ESQ.
                                      CHRISTINA HULL EIKHOFF, ESQ.
22                               1201 West Peachtree Street
                                 Atlanta, Georgia 30309
23
24
25
```



EXHIBIT A

```
 1   For Taishan:              Hangartner Rydberg & Terrell, LLC
                               BY:  ALAN D. WEINBERGER, ESQ.
 2                             701 Poydras Street, Suite 310
                               New Orleans, Louisiana 70139
 3

 4   For BNBM Group and        Dentons US, LLP
     BNBM, PLC:                BY:  MICHAEL H. BARR, ESQ.
 5                             1221 Avenue of the Americas
                               New York, New York 1000
 6

 7   For BNBM Group and        Dentons, US, LLP
     BNBM, PLC:                BY:  C. MICHAEL MOORE, ESQ.
 8                             2000 McKinney Avenue, Suite 1900
                               Dallas, Texas 75201
 9

10   For BNBM Group and        Dentons US, LLP
     BNBM, PLC:                BY:  RICHARD L. FENTON, ESQ.
11                             233 South Wacker Drive, Suite 7800
                               Chicago, Illinois 60606
12

13   For BNBM Group and        Phelps Dunbar, LLP
     BNBM, PLC:                BY:  HARRY ROSENBERG, ESQ.
14                             365 Canal Street, Suite 2000
                               New Orleans, Louisiana 70130
15

16   For CNBM Group and        Orrick Herrington & Sutcliffe, LLP
     CNBM Limited:             BY:  JAMES L. STENGEL, ESQ.
17                             51 West 52nd Street
                               New York, New York 10019
18

19   Official Court Reporter:  Toni Doyle Tusa, CCR, FCRR
                               500 Poydras Street, HB-275
20                             New Orleans, Louisiana 70130
                               (504) 589-7778
21

22

23   Proceedings recorded by mechanical stenography using
     computer-aided transcription software.
24

25
```

| | | |
|---|---|---|
| 08:52:37 | 1 | **PROCEEDINGS** |
| 08:52:36 | 2 | (March 17, 2015) |
| 08:58:07 | 3 | **THE COURT:**  Be seated, please.  Good morning, ladies |
| 08:58:09 | 4 | and gentlemen. |
| 08:58:09 | 5 | Call the case, please. |
| 08:58:11 | 6 | **THE DEPUTY CLERK:**  MDL No. 2047, In Re: |
| 08:58:12 | 7 | Chinese-Manufactured Drywall Products Liability Litigation. |
| 08:58:16 | 8 | **THE COURT:**  Counsel, make your appearance for the |
| 08:58:18 | 9 | record, please. |
| 08:58:21 | 10 | **MR. HERMAN:**  Good morning, Judge Fallon.  Russ Herman |
| 08:58:22 | 11 | of Herman Herman & Katz, New Orleans, on behalf of plaintiffs |
| 08:58:29 | 12 | and the PSC. |
| 08:58:33 | 13 | **MR. TAYLOR:**  Good morning, Your Honor.  Bernard |
| 08:58:34 | 14 | Taylor from Atlanta, and I'm honored to be here in your |
| 08:58:38 | 15 | courtroom and to be in New Orleans.  We are here to represent |
| 08:58:41 | 16 | Taishan with my colleagues, Mike Kenny and -- |
| 08:58:46 | 17 | **MR. KENNY:**  Good morning, Your Honor. |
| 08:58:50 | 18 | **THE COURT:**  Good morning. |
| 08:58:53 | 19 | **MR. WEINBERGER:**  Good morning, Your Honor.  I'm |
| 08:58:54 | 20 | Alan Weinberger for Taishan as well, Your Honor.  Thank you. |
| 08:58:57 | 21 | **MR. BARR:**  Your Honor, Michael Barr from Dentons on |
| 08:59:00 | 22 | behalf of BNBM Group and BNBM, PLC.  I'm also here with my |
| 08:59:05 | 23 | partners, Michael Moore and Richard Fenton, and Harry |
| 08:59:08 | 24 | Rosenberg, who I'm sure the Court knows. |
| 08:59:11 | 25 | **MR. ROSENBERG:**  Good morning, Your Honor. |

```
10:04:59   1   willingly participate in the discovery of this matter.  If they
10:05:05   2   don't participate in the discovery, I'm going to strike their
10:05:11   3   defenses and rule accordingly.
10:05:15   4             The second issue, as I see it, is a relationship
10:05:17   5   between CNBM and BNBM on the one hand and TG and TTP on the
10:05:26   6   other.  I think the relationship is important to determine
10:05:29   7   whether they are affiliates or whether they are alter egos of
10:05:34   8   TG and TTP.
10:05:37   9             There may be some factual dispute here.  It may
10:05:42  10   be necessary for the plaintiffs to take depositions.  If they
10:05:47  11   look at their material and they find that the material is not
10:05:53  12   necessarily admissible or that they need to go further, they
10:05:56  13   ought to be able to take depositions of the BNBM people and the
10:06:03  14   CNBM people.
10:06:06  15             I'm going to look to BNBM and CNBM to willingly
10:06:12  16   participate in that discovery.  If they don't, that to me means
10:06:18  17   that they should not participate in this litigation and I will
10:06:23  18   act accordingly.  This relationship, whether it exists or not,
10:06:30  19   will determine the applicability of res judicata and/or
10:06:33  20   collateral estoppel.  It will also determine the scope of the
10:06:42  21   contempt order.
10:06:45  22             If they have a relationship, the scope of the
10:06:59  23   hearing will to some extent be connected to that, but the
10:07:12  24   hearing that I'm looking to have is really the hearing on
10:07:19  25   damages.  That's what is before the Court, damages.  I think
```

```
10:18:48   1   with us to voluntarily present witnesses in the case.  We may
10:18:52   2   need a Court order.
10:18:54   3              THE COURT:  I'll give you a Court order.  If you
10:18:57   4   don't participate, I'm just going to strike your pleadings.
10:19:01   5   You have to participate in discovery.  If not, then I have a
10:19:06   6   duty and responsibility just to strike it.  You can't
10:19:09   7   participate and not participate.  Reserve whatever you want to
10:19:14   8   reserve, that's one thing.  I will give you a Court order if
10:19:22   9   that's necessary.
10:19:24  10              MR. STENGEL:  Understood, Your Honor.  Thank you.
10:19:26  11              THE COURT:  Folks, thank you very much.
10:19:29  12              THE DEPUTY CLERK:  All rise.
10:19:31  13              (Proceedings adjourned.)
10:19:30  14                                * * *
          15                             CERTIFICATE
          16         I, Toni Doyle Tusa, CCR, FCRR, Official Court
          17   Reporter for the United States District Court, Eastern District
          18   of Louisiana, certify that the foregoing is a true and correct
          19   transcript, to the best of my ability and understanding, from
          20   the record of proceedings in the above-entitled matter.
          21
          22
          23                              s/ Toni Doyle Tusa
                                          Toni Doyle Tusa, CCR, FCRR
          24                              Official Court Reporter
          25
```