```
 1                UNITED STATES DISTRICT COURT
 2                EASTERN DISTRICT OF LOUISIANA
 3
 4   IN RE:  CHINESE-MANUFACTURED   *   Docket 09-MD-2047
             DRYWALL PRODUCTS       *
 5           LIABILITY LITIGATION   *   Section L
                                    *
 6                                  *   New Orleans, Louisiana
                                    *
 7   Relates to:  All Cases         *   April 24, 2015
     * * * * * * * * * * * * * * * *
 8
 9
              TELEPHONE STATUS CONFERENCE BEFORE
10              THE HONORABLE ELDON E. FALLON
                 UNITED STATES DISTRICT JUDGE
11
12
     Appearances:
13
14   For the Plaintiffs:       Herman Herman & Katz, LLC
                               BY:  RUSS M. HERMAN, ESQ.
15                                  LEONARD A. DAVIS, ESQ
                                    MADELYN M. O'BRIEN, ESQ.
16                             820 O'Keefe Avenue
                               New Orleans, Louisiana 70113
17
18   For the Plaintiffs:       Levin Fishbein Sedran & Berman
                               BY:  ARNOLD LEVIN, ESQ.
19                                  FRED S. LONGER, ESQ.
                                    SANDRA L. DUGGAN, ESQ.
20                             510 Walnut Street, Suite 500
                               Philadelphia, Pennsylvania 19106
21
22   For the Plaintiffs:       Gainsburgh Benjamin David
                                 Meunier & Warshauer, LLC
23                             BY:  GERALD E. MEUNIER, ESQ.
                               1100 Poydras Street, Suite 2800
24                             New Orleans, Louisiana 70163
25
```



```
 1  Appearances:

 2
    For Knauf:              Baker Donelson Bearman
 3                            Caldwell & Berkowitz, PC
                            BY:  KERRY J. MILLER, ESQ.
 4                          201 St. Charles Avenue, Suite 3600
                            New Orleans, Louisiana 70170
 5

 6  For Taishan:            Alston & Bird, LLP
                            BY:  BERNARD TAYLOR SR., ESQ.
 7                               MICHAEL P. KENNY, ESQ.
                                 CHRISTINA HULL EIKHOFF, ESQ.
 8                          1201 West Peachtree Street
                            Atlanta, Georgia 30309
 9

10  For CNBM:               Orrick Herrington & Sutcliffe, LLP
                            BY:  CHRISTOPHER VEJNOSKA, ESQ.
11                               ERIC M. HAIRSTON, ESQ.
                                 ANDREW K. DAVIDSON, ESQ.
12                          405 Howard Street
                            San Francisco, California 94105
13

14  For CNBM:               Gordon Arata McCollam Duplantis
                              & Eagan, LLC
15                          BY:  DONNA PHILLIPS CURRAULT, ESQ.
                            201 St. Charles Avenue, 40th Floor
16                          New Orleans, Louisiana 70170

17
    For BNBM:               Dentons US, LLP
18                          BY:  RICHARD L. FENTON, ESQ.
                            233 South Wacker Drive, Suite 7800
19                          Chicago, Illinois 60606

20
    For BNBM:               Dentons US, LLP
21                          BY:  C. MICHAEL MOORE, ESQ.
                            2000 McKinney Avenue, Suite 1900
22                          Dallas, Texas 75201

23
    For BNBM:               Phelps Dunbar, LLP
24                          BY:  HARRY ROSENBERG, ESQ.
                            365 Canal Street, Suite 2000
25                          New Orleans, Louisiana 70130
```

```
1    Official Court Reporter:      Toni Doyle Tusa, CCR, FCRR
                                   500 Poydras Street, B-275
2                                  New Orleans, Louisiana 70130
                                   (504) 589-7778
3

4

5    Proceedings recorded by mechanical stenography using
     computer-aided transcription software.
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

| | | |
|---|---|---|
| 09:16 | 1 | **PROCEEDINGS** |
| 09:16 | 2 | (April 24, 2015) |
| 09:30 | 3 | THE COURT: Hello. This is Judge Fallon. Who is on |
| 09:30 | 4 | the line for the plaintiffs? |
| 09:30 | 5 | MR. LEVIN: Good morning, Your Honor. It's Arnold |
| 09:30 | 6 | Levin. Russ is on the line. Lenny is on the line. Madelyn |
| 09:30 | 7 | O'Brien is on the line from Russ' office. Sandy Duggan and |
| 09:30 | 8 | Fred Longer are on the line from my office, sir. |
| 09:31 | 9 | MR. MEUNIER: Jerry Meunier as well. |
| 09:31 | 10 | THE COURT: How about Knauf? Anyone for Knauf? |
| 09:31 | 11 | MR. MILLER: Judge Fallon, good morning. It's |
| 09:31 | 12 | Kerry Miller for Knauf. |
| 09:31 | 13 | THE COURT: For Taishan? |
| 09:31 | 14 | MR. TAYLOR: For Taishan, Your Honor, good morning, |
| 09:31 | 15 | and it's Bernard Taylor, Mike Kenny, and Christy Eikhoff. |
| 09:31 | 16 | THE COURT: For CNBM? |
| 09:31 | 17 | MR. VEJNOSKA: Good morning, Your Honor. |
| 09:31 | 18 | Chris Vejnoska with Eric Hairston and Andrew Davidson. |
| 09:31 | 19 | MS. CURRAULT: And Donna Currault. |
| 09:31 | 20 | THE COURT: For BNBM? |
| 09:31 | 21 | MR. FENTON: Good morning, Judge. It's Rick Fenton. |
| 09:31 | 22 | My partner, Mike Moore, is on the line and Harry Rosenberg is |
| 09:31 | 23 | on the line. |
| 09:31 | 24 | MR. ROSENBERG: Good morning, Judge. |
| 09:31 | 25 | THE COURT: Good morning. Anybody for Orient |

|       |    |                                                                              |
|-------|----|------------------------------------------------------------------------------|
| 10:19 | 1  | they may seek to set aside the very thing that was a predicate               |
| 10:19 | 2  | for the damages trial?                                                       |
| 10:19 | 3  | **MR. HERMAN:** Your Honor, this is Russ. I want to                          |
| 10:19 | 4  | apologize for my rhetoric, but when I was told after the                     |
| 10:19 | 5  | April 17 conference that BNBM was determined to set aside the                |
| 10:19 | 6  | default and ego, it changed the context of the discovery that I              |
| 10:19 | 7  | needed against Taishan to show that BNBM and CNBM have slept on              |
| 10:19 | 8  | their rights, and the only way to do that is by making a case                |
| 10:20 | 9  | of notice. The only way I know to make a case of notice is                   |
| 10:20 | 10 | through their correspondence and e-mails back and forth                      |
| 10:20 | 11 | regarding this lawsuit and their failures to appear even though              |
| 10:20 | 12 | they were paying attorneys to monitor it.                                    |
| 10:20 | 13 | Now, with all due respect to Mr. Fenton -- and I                             |
| 10:20 | 14 | may be completely wrong in this situation and I say that in                  |
| 10:20 | 15 | advance. I'm often in error, but I'm not in doubt. I just                    |
| 10:20 | 16 | don't understand how I can deal with alter ego issues and                    |
| 10:20 | 17 | setting aside default unless I get discovery. That really is                 |
| 10:20 | 18 | the position I have taken with regard to the Taishan --                      |
| 10:20 | 19 | **THE COURT:** I understand the issue. File what you                         |
| 10:21 | 20 | need to file, Rick. I will rule on it. The trial at this                     |
| 10:21 | 21 | point is focused on the damage aspect of the case. If after my               |
| 10:21 | 22 | judgment is rendered there is an issue of whether or not you're              |
| 10:21 | 23 | bound by it, I guess that may or may not be an issue at that                 |
| 10:21 | 24 | point. I have to think about, if you are taking the position                 |
| 10:21 | 25 | that you shouldn't be in this case, whether you should                       |

10:21  1  participate in this case or not.  You're at the point where you
10:21  2  say, "I want to play.  But if it comes out wrong, then I want
10:21  3  to object to my playing."
10:21  4          In any event, I don't have a motion before me,
10:21  5  so I don't want to speculate or anything.  Just file what you
10:22  6  need to file.  I will talk with you all about it probably next
10:22  7  week on Thursday.
10:22  8          MR. LEVIN:  Your Honor, this is Levin again.  If any
10:22  9  of the defendants have information on the affiliates and they
10:22  10 send the documents to us, we could then look at those documents
10:22  11 and maybe cancel some of the depositions that we have scheduled
10:22  12 against third parties.  Right now the only documents we are
10:22  13 getting is by scheduling depositions against third parties and
10:22  14 traveling around the country and getting those documents.
10:22  15 These defendants have all those documents.  They can save
10:22  16 themselves the trip of flying to Seattle, flying to Buffalo, if
10:22  17 they just produce the documents on an expedited basis.
10:22  18          THE COURT:  Who do you need documents from, which
10:22  19 defendants?
10:22  20          MR. LEVIN:  All of them with regard to the contempt,
10:22  21 the type of information that we have been obtaining through
10:22  22 third-party discovery.  I would be willing to speak with any of
10:22  23 them.  Russ and I will speak with any of them with regard to
10:23  24 any of these issues to help them along.
10:23  25          THE COURT:  Look, let's leave it in this way.  As I

```
10:24   1   can take that into consideration in regards to our preparation.
10:24   2           THE COURT:  That's fine.  Write me, with a copy to
10:24   3   the defendants, to all of the plaintiffs, telling me what the
10:24   4   situation is.  Meanwhile, I will talk to you all again on
10:25   5   Thursday at 9:00.
10:25   6           (Proceedings adjourned.)
10:25   7                           * * *
10:25   8
        9                        CERTIFICATE
       10           I, Toni Doyle Tusa, CCR, FCRR, Official Court
       11   Reporter for the United States District Court, Eastern District
       12   of Louisiana, certify that the foregoing is a true and correct
       13   transcript, to the best of my ability and understanding, from
       14   the record of proceedings in the above-entitled matter.
       15
       16
       17                              s/ Toni Doyle Tusa
                                       Toni Doyle Tusa, CCR, FCRR
       18                              Official Court Reporter
```