# EXHIBIT 1

Confidential - Subject to Further Confidentiality Review

Page 1

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____
                                § MDL NO. 2047
IN RE:                          §
CHINESE-MANUFACTURED            § SECTION: L
DRYWALL PRODUCTS                §
LIABILITY LITIGATION            § JUDGE FALLON
_____§ MAG. JUDGE WILKINSON


- - -

TUESDAY, FEBRUARY 9, 2010
- CONFIDENTIAL -
SUBJECT TO FURTHER CONFIDENTIALITY REVIEW

- - -

           Videotaped deposition of RONALD E. WRIGHT, P.E., held at the offices of Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC, 1100 Poydras Street, Suite 2800, New Orleans, Louisiana, commencing at 9:10 a.m. on the above date, before Susan Perry Miller, Certified Court Reporter, Registered Diplomate Reporter, Certified Realtime Reporter, Certified Broadcast Captioner, NCRA Realtime Systems Administrator.

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Confidential - Subject to Further Confidentiality Review

Page 234

```
 1     unfortunately the subtotal had occurred in
 2     the sub column.
 3           Q.      Oh.
 4           A.      The 62,981 should not have been
 5     there because it's actually over to the side.
 6     And the same happened for the next two
 7     items -- actually, the next three items.
 8           Q.      Garage door walls?
 9           A.      Yes, ceiling.
10           Q.      And garage drywall ceiling and
11     garage drywall paint?
12           A.      That's correct.
13           Q.      Okay.  Those should have been
14     brought over --
15           A.      Only in the far right column on
16     the original and none in that column there.
17           Q.      Okay.  Thank you.
18                   Why did you take it out to only
19     two contractors for bid?
20           A.      I think as much as anything was
21     just with the timing aspect and trying to
22     work with them on a fairly expedited time
23     period.
24           Q.      What's your normal custom and
```

Case 2:09-md-02047-EEF-MBN Document 18877-1 Filed 05/08/15 Page 4 of 4
Confidential - Subject to Further Confidentiality Review

Page 235

```
 1     practice?  How many contractors would you
 2     take out to bid for a job like this?
 3          A.     I would say on a true bid, it
 4     would be three generally would be about the
 5     number of contractors to at least get.
 6          Q.     Okay.  Have you been asked to
 7     do any additional information with regard to
 8     getting additional bids?
 9          A.     No, I have not.
10          Q.     Do you know if the bid -- if
11     there would be any difference in the bids
12     that you would receive for this type of work
13     in different parts of the country?
14          A.     I believe there would be a
15     possibility of that.  It would be dependent
16     upon the local area.  I'm not sure there
17     would be a significant difference if it's in
18     fairly metropolitan areas.
19          Q.     In a metropolitan area, would
20     it be higher or lower, generally?
21          A.     It would be -- generally, you'd
22     have somewhat a little lower.  It depends on
23     the metropolitan area.  You could have a
24     higher labor rate for where it may be located
```