# EXHIBIT 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| *Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.*, Case No. 09-6687 (E.D.La.);<br><br>*Gross, et al. v. Knauf Gips, KG, et al.*, Case No. 09-6690 (E.D.La.);<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*, Case No 10-361 (E.D.La.);<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Civ. Action No. 11-1672 (E.D.La.);<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Civ. Action No. 11-1395 (E.D.La.);<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Civ. Action No. 11-1673 (E.D.La.) | |

**AFFIDAVIT OF GEORGE J. INGLIS, P.E.**

I, George J. Inglis, being first duly sworn, depose and say:

    1.    I graduated with a Bachelor of Science in Civil Engineering degree from the Bradley University of Peoria, Illinois, and a Masters of Business Administration degree from the University of Chicago.  I am a Licensed Professional Engineer in the states of Illinois and Ohio, and have expertise in property damage and remediation

1

consulting. I have been involved in construction, remediation, and implementation of projects for over 40 years. I am currently employed by Berman & Wright Architecture, Engineering & Planning LLC, where I have performed forensic investigations and provided opinions regarding construction issues and building problems that included developing the scope of necessary repair, and establishing the cost via quotes and estimates to make the repairs. I have formed opinions regarding these construction issues by employing standard techniques based on my technical education and training, hands-on field experience including investigations of hundreds of buildings, and the subsequent remediation needed to address the building problems and storm damage. I have also conducted significant research of publications and studies done by other forensic investigators and trade associations, and I have reviewed the national standards and industry guidelines. I have been retained in numerous matters to provide expert opinions regarding building repair. My curriculum vitae is attached as Compendium of Exhibits as "Comp. Ex. 1" and it includes a listing of those depositions and hearings in which I have provided expert testimony. My hourly rate for services rendered on this matter is $195/hour (expert testimony during deposition and trial at 1.5 times rate). All opinions expressed herein are expressed to a reasonable degree of certainty within my fields of expertise.

2. I have been asked to determine the remediation and alternative living damages for a class of 3,739 buildings in 18 states, but primarily in the Gulf and Southeastern U.S. states. The square footage data for the 3,739 buildings is presented in Comp. Ex. 10. The square footage data was presented to Berman & Wright Architecture, Engineering & Planning, LLC ("Berman & Wright") by BrownGreer PLC. BrownGreer

PLC provided verified square footage data for 3,242 buildings. For the 497 buildings that did not have verified square footage, Berman & Wright performed an averaging calculation. In those instances (unverified square footage), the average square footage of verified properties in that state was used to calculate the areas of properties with unverified square footage. For properties in states for which there were no square footages available to average, a cumulative average of the state averages was used. This occurred in California, Michigan, and New Jersey. The estimated cumulative total for all buildings is 7,641,635 square feet (Comp. Ex. 2) (summary page provided), and a full listing of the buildings, addresses, and square footage information is attached as Comp. Ex. 10.

  3. In a prior legal proceeding in the *Germano* case – the February 19-22, 2010 remediation trial for the Plaintiff Intervenors (hereinafter the "*Germano* Remediation Proceeding*") whose residences contained Taishan Drywall—I participated in the development of a scope of work to remediate these residential units to return them to their pre-damaged condition. This scope of work, which ultimately was set forth by the Court in the *Germano* FOFCOL (Doc. 2380 (04/08/2010)), is very similar to that utilized by Florida builders who did Chinese Drywall home remediation, such as Beazer Homes. It is also similar to the scope of work recommended by the Consumer Product Safety Commission ("CPSC"). This scope of work included (1) removal and replacement of all drywall in living space and garages (where there are garages), (2) removal and replacement of electrical systems including wiring, low voltage devices, fixtures, controls, and sensors, (3) removal and replacement of HVAC air handler units, compressor units, and ductwork, (4) removal and replacement of appliances, (5) removal

3

and replacement of copper plumbing lines, fittings, and fixtures (6) removal and replacement of carpeting, hardwood and vinyl flooring, and protection/possible replacement of hard tile flooring, (7) removal and replacement of all doors, cabinets, countertops, trim, crown molding, and baseboard, and (8) replacement of all ceiling and wall insulation. This scope of work for the Taishan Drywall residential units was subjected to two independent construction bids from Virginia general contractors. Evaluating these bids across the cross-section of residential units, the average cost of remediation for these type of residential units was $86/square foot. In reaching this determination, I also considered standard RS Means data, a standard reference in construction repair which provides estimates for the cost of materials and the costs of labor on a local, regional, and national basis. I also evaluated the need for a professional environmental inspection throughout and at conclusion of the remediation to certify the remediation successfully returned the residential units to their pre-damage condition. I determined the cost of such an inspection and certification to be an additional 6% per residential unit remediation cost, which was not included in my estimate of $86/square foot. This scope of work was approved by the Court in the *Germano* FOFCOL. Doc. 2380. Furthermore, I evaluated the occurrence of premature failures of HVAC equipment and appliances in this cross-section of homes. In addition, I have performed scope of work and damages estimates in other Chinese Drywall remediation scope and costs projects in Louisiana, Florida, Virginia, and New Jersey. In those projects, I employed RS Means data and determined that the scope of work and costs were generally consistent with the determinations made in *Germano*. I rely on all this prior work in evaluating the data available for the buildings identified in Comp. Ex. 10 to make

4

damages determinations.

4. I have reviewed the FRE 1006 (Summary of Screening Data for Virginia Taishan Homes), (Comp. Ex. 3); Venture Supply Distribution Records (Comp. Ex. 4); the Venture Supply Profile Form (10/6/09) (Comp. Ex. 5); the Taishan Gypsum Ltd. Manufacturer Profile Form (10/13/10) (Comp. Ex. 6); the RS Means data on local, regional, and national pricing for materials and labor, Chinese Drywall property remediation costs from Louisiana, Florida, Virginia, North Carolina, and New Jersey; a square footage database of the 3,739 buildings in the Taishan Chinese Drywall class; and the Plaintiff Profile Forms (including inspection reports and photographs) for the class representatives: Eduardo and Carmen Amorin of 240 West End Drive #721, Punta Gorda, FL 33950; Albert and Betsy Butzer of 9519 26th Bay Street, Norfolk, VA 23518; Thomas and Virginia Spencer of 2481 Lakewood Manor Drive, Athens, GA 30606; and Elliot and Angelina Everard of 3000 N. Palm Drive, Slidell, LA 70458; and John and Anna McGinn of 4301 Blackthorne Court, Virginia Beach, VA 23455. This data documents widespread distribution of Taishan Chinese Drywall in the Gulf and Southeastern U.S. states, as well as limited distribution in other states. In reviewing the RS Means data for the cost of materials and the costs of labor from the 18 states where class members' properties are located, and in reviewing our own Chinese Drywall remediation cost data from other states, it is clear that the remediation estimate of $86 per square foot and the 6% inspection and certification fee (updated to $118.89 in 2015 dollars on a nationwide basis) is a valid estimate for the expected costs of remediation in the 18 covered states. The $86 per square foot determination was made in 2010 and must be adjusted to account for the subsequent increase in the costs of materials and the costs of labor in the 18

affected states. To do this, I relied on RS Means data, and adjusted the $86 estimate to $112.16/square foot for the national average in 2015 dollars. The conversion of these remediation costs and the addition of the inspection and certification fees result in a total square footage average cost in 2015 dollars of $118.89. Calculations for this conversion are provided in Comp. Ex. 7. However, as stated in paragraph 2, the national average cost was adjusted by a local factor in the calculation of damages for the 3,739 properties. Localized cost factors were applied to the national average (national average cost factor is 1.0) cost for each property, which resulted in a reduction of damages in the overwhelming majority of cases due to the location of the majority of properties in the Gulf and Southeastern U.S. states.

5. The residential units of the class representatives are of a similar type of construction, similar size, and similar time period of construction as the cross-section of residential units studied in the *Germano* Remediation Proceeding and in my work in other states. The class representatives' residential units have experienced corrosion damage similar to the *Germano* Plaintiff Intervenor residential units, as well as the other Chinese Drywall residential units I have inspected in various states, and require the same remediation as that recommended for the *Germano* Plaintiff Intervenors and accepted by the court.

6. Based on this documentation, it is clear that for each of the class representatives' residential units there is evidence of defective Chinese Drywall corrosion and product identification criteria as suggested by the Consumer Product Safety Commission ("CPSC") Interim Guidance (Comp. Ex. 8) and the Florida Department of Health. (Comp. Ex. 9)

7. It is estimated, based on the past experience reviewed above, that the homeowner will need to vacate the residential unit for a period of four to six months during the remediation. Average alternative living costs (which include alternative housing, moving, and storage) from our projects in Louisiana, Florida, Virginia, North Carolina, and New Jersey, is calculated based on cost data available from the court findings regarding the *Germano* Plaintiff Intervenors for Virginia, from the court findings for *Hernandez* for Louisiana, (*Hernandez* FOFCOL, Doc. 2713 (04/27/2010)) and from Berman & Wright data for Villa Lago for Florida. Available cost data for Virginia, Louisiana, and Florida (2010 costs escalated to 2015) were averaged as three data points of alternative living costs for an average cost of $11.86 per square foot (Comp. Ex. 11). This cost of $11.86 per square foot is consistent with the alternative living costs as determined by the court for the property owners in *Germano* (Virginia residents) at an average of $11.79 per square foot (escalated to 2015 costs), and *Hernandez* (Louisiana resident) at an average of $13.97 per square foot (escalated to 2015 costs). The majority of buildings in Comp. Ex. 10 are located in Florida, Louisiana, and Virginia. *See* Comp. Ex. 11 for calculation of average alternative living costs based on Florida, Louisiana and Virginia.

8. Relying on the data reviewed above, I have calculated damages for the buildings in Comp. Ex. 10 (including remediation, post-remediation inspection and certification) and *alternative living costs* (including housing, moving, and storage).

9. The class damages calculation and formula is set out below.

Class damages amount = *remediation and inspection and clearance* cost of buildings [cost per square foot – i.e. $118.89 figure (national average before adjustment by the

7

applicable localized cost factor) x total square feet of buildings] + *alternative living costs* [cost per square foot – i.e. $11.86 per square foot x total square feet of buildings]. Thus, the formula establishes total property damages, costs, and fees at a national average of $130.75 per square foot. This data is further refined by applying zip code specific RS Means cost data to the available square footage data before addition of *alternative living costs*, as *alternative living costs*, were already based on information available from Virginia, Louisiana, and Florida. We have made this refinement as is demonstrated in the database in Comp. Ex. 10. In sum, property damages to the class of 3,739 buildings in Comp. Ex. 10 are $879,261,476.

Exhibits:

1. Curriculum Vitae and Testimony Listing to 2015
2. Square Footage and Damages Summary
3. FRE 1006 (Virginia Screening Data)
4. Venture Supply Distribution Records
5. Venture Supply Profile Form
6. Taishan Gypsum Ltd. Manufacturer Profile Form
7. Remediation costs, inspection and clearance fees to 2015
8. CPSC Interim Guidance (1/28/10)
9. Florida Dept. of Health (12/8/09)
10. Data Base containing square footage information and Construction costs by specific geographic locale as of 2015
11. Average Alternative Living Costs to 2015

Further, the affiant sayeth not.

2015-4-27
Date

_George J. Inglis_
George J. Inglis, P.E.

Sworn to and subscribed before me this 27TH day of April, 2015

_Robert W Hoover_
NOTARY PUBLIC

My Commission Expires: NOV. 6th 2017

ROBERT W. HOOVER
NOTARY PUBLIC
STATE OF OHIO
Recorded in
Cuyahoga County
My Comm. Exp. 11/6/17