# EXHIBIT 7

Confidential - Subject to Further Confidentiality Review

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____

§   MDL NO. 2047
IN RE:                          §
CHINESE-MANUFACTURED            §   SECTION: L
DRYWALL PRODUCTS LIABILITY      §
LITIGATION                      §
_____ §   JUDGE FALLON
                                §
THIS DOCUMENT RELATES TO        §
ALL ACTIONS                     §   MAG. JUDGE
                                §    WILKINSON
_____ §


MONDAY, MAY 16, 2011

- CONFIDENTIAL -

SUBJECT TO FURTHER CONFIDENTIALITY REVIEW


        Videotaped deposition of RONALD E.

WRIGHT, PE, held at the offices of HERMAN HERMAN

KATZ & COTLAR, 820 O'Keefe Avenue, New Orleans,

Louisiana, commencing at 9:03 a.m., on the above

date, before Lori Cobb, Certified Court Reporter

(LA), Registered Professional Reporter, Certified

LiveNote Reporter.

- - -

GOLKOW TECHNOLOGIES, INC.

ph 877.370.3377 | fax 917.591.5672

deps@golkow.com

Confidential - Subject to Further Confidentiality Review

1          Q     That was your estimate?

2          A     Yes.

3          Q     Have you been able to identify with any

4     greater specificity than more than a thousand

5     eligible class members?

6          A     No, I have not.

7          Q     Do you think you will based on the

8     documents you have available to you ever be able

9     to come up with greater specificity than more than

10    a thousand?

11         A     I believe so, yes.

12         Q     How?

13         A     With the actual shipping records that

14    were shown to an installer or a site that you

15    would be able to at least get a count of how many

16    that would be.

17         Q     Okay.

18               In the 8 months since you prepared this

19    initial declaration, you haven't undertaken to

20    achieve that greater level of specificity?

21         A     No, I have not.

22         Q     Let's return for a moment to what we

23    have marked as Exhibit #2, paragraph 7, which is

24    your summary paragraph.  You state:  Relying on

Confidential - Subject to Further Confidentiality Review

```
 1    the data and methodologies reviewed above, I will

 2    be able to estimate damages for members of the

 3    proposed class for remediation, post-remediation

 4    inspection and certification, alternative living

 5    cost, loss of use and enjoyment and personal

 6    property losses.  Period, unquote.

 7           That's your opinion?

 8    A    Yes.

 9    Q    You've retracted today the ability to

10    determine on a class basis the loss of enjoyment;

11    correct?

12    MR. LEWIS:

13           Object to legal characterization.

14           Please answer to the best of your

15    ability.

16    THE WITNESS:

17    A    That is one that would be dependent upon

18    each person, so it would not been a classwide

19    cost.  It would be able to be pinpointed towards

20    the individual person, but I believe it's

21    something that you, again, could, through

22    statistical analysis come up with what the average

23    cost would be anticipated for that.

24
```