# EXHIBIT 10

# Charlotte County Property Appraiser
## Paul L. Polk, CFA

## Real Property Record

[Show 2015] [Show 2014] [Show 2013] [Show 2012]
[Show 2011]

**If a discrepancy is discovered in your property's records, or those of another, please bring it to our attention immediately.**

## General Parcel Information for 412307752052 for the 2015 Tax Roll

| Parcel ID: | 412307752052 | Property Address: | 240 WEST END DR -BLDG 7-UNIT 721 |
|---|---|---|---|
| Old Parcel ID Number: | 4000MGC0040000 | Property Zip Code: | 33950 |
| Business Name: | | Section-Township-Range: | 07-41-23 |
| Map Number: | 5B07S | Zoning Code: | GM-15 |
| Current Use: | RESIDENTIAL CONDOMINIUM | Roads: | PAVED |
| Future Land Use (Comp. Plan): | CITY | Taxing District: | 150 |
| Utilities: This data is no longer available. Please contact your utilities provider. | | Market Area/Neighborhood/Subneighborhood: | 03/33/00 |
| Waterfront: | NO | SOH Base Year: | |

## FEMA Flood Zone (Effective 5/5/2003)

| Firm Panel | Floodway | SFHA | Flood Zone | FIPS | COBRA | Community | Base Flood Elevation (ft.) | Letter of Map Revision (LOMR) |
|---|---|---|---|---|---|---|---|---|
| 0241F | OUT | IN | 9AE | 12015C | COBRA OUT | 120062 | 9 | |

*If parcel has more than 1 flood zone, refer to the flood maps available on the GIS web site by clicking on View Map below. Click here for definitions.
For more information, please contact Building Construction Services at 941-743-1201.

## Ownership Information

MAGDALENA GARDENS 721 LLC
2820 SW 100TH AVE
MIAMI , FL 33165

Ownership current through: 4/27/2015

## Sales Information

| Date | Book/Page | Sales Codes | Qualification/ Disqualification Code | Selling Price |
|---|---|---|---|---|
| 9/14/2006 | 3042/1294 | VACANT | 00 | $255,000 |
| 5/26/2009 | 3393/1596 | IMPROVED | 11 | $100 |

Click on the book/page to view transaction document images on the Clerk of the Circuit Court's web site.
Click on Qualification/Disqualification Code for description of code.
Codes are not available prior to 2003.

**2015 Preliminary tax roll values are not yet available.
Preliminary values are typically available mid-August.
For the most up to date values, see the 2014 tax year.**

**Tax Information**

## Land Information

| Line | Description | Land Use | Zoning | Unit Type | Unit Rate | Units | Depth | Table/Factor | Acreage |
|---|---|---|---|---|---|---|---|---|---|
| 0 | MGC 001 0007 0721 | 0400 | GM-15 | | | | | | 0 |

Land Value may be adjusted due to scrub jay habitat. **To determine if this parcel is within scrub jay habitat click here.**

**View Building Sketch**

## Building Information

| Building Number | Description | Quality | Building Use | Year Built | Year Cond | Floors | Rooms | Bedrooms | Plumbing Fixtures | Living Area | A/C Area | Total Area |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Residential Condominium | 3 | 0400 | 2006 | 2006 | 0 | 0 | 2 | 0 | 1586 | 1586 | 1586 |

## Legal Description

| Short Legal | Legal Description |
|---|---|
| MGC 001 0007 0721 | MAGDALENA GARDENS CONDOMINIUM PH 1 BLDG 7 UN 721 3042/1294&GS721 & PS721 3393/1596&GS721&PS721 |

Data Last Updated: 5/6/2015 - Printed On: 5/6/2015.

**View Map**

**New Search**    **Help**

Home ● Send Us Email

Copyright � 1997-2014 Charlotte County Property Appraiser. All rights reserved.

CHARLOTTE COUNTY CLERK OF THE CIRCUIT COURT OR BOOK 3393, PGS 1596-1597 2
pg(s) INSTR # 1856948 DOC TYPE: D Recorded 06/17/2009 at 09:19 AM Deed Doc:
$0.70   Rec. Fee: $18.50 Cashier By: GAILG

Case 2:09-mc-02047-EEF-MBN Document 18877-10 Filed 05/08/15 Page 4 of 5

US
704

**INSTRUMENT PREPARED BY:**
MARLENE LEON-RUBIDO, ESQUIRE
6780 Coral Way
Miami, Florida 33155

**FOLIO NO.:** 0095263-000200-0

## QUIT CLAIM DEED

THIS QUIT CLAIM DEED, executed this 26 day of May, A.D., 2009, by **EDUARDO A. AMORIN AND CARMEN LOSADA AMORIN, HIS WIFE,** 2820 SW 100 Avenue, Miami, Florida 33165, First Party, and

**MAGDALENA GARDENS #721, LLC,** A limited liability company, 2820 SW 100 Avenue, Miami, Florida 33165, Second Party.

(Wherever used herein, the terms "first party" and "second party" shall include singular and plural, heirs, legal representatives, and assigns of corporations, wherever the context so admits or requires.)

WITNESSETH, That the first party, for and in consideration of the sum of $10.00, in hand paid by the second party, the receipt whereof is hereby acknowledged, does hereby remise, release, and quit-claim unto the second party forever, all the right, title and interest, claim and demand which the first party has in and to the following described lot, piece or parcel of land, situate, lying and being in the County of CHARLOTTE COUNTY, State of FLORIDA, to wit:

> Unit 721, of Building 7, MAGDALENA GARDENS, a Condominium according to the Declaration thereof as recorded in O.R. Book 3037, page 1668, et.seq. and the Condominium Plat as recorded in Condominium Book 15, pages 18A thru 18I, all of the Public Records of Charlotte County, Florida, together with an undivided 1/90th share in the common elements appurtenant to said unit and together with the right to use Garage Space 721, and Parking Space 721, as limited common elements appurtenant thereto.

TO HAVE AND TO HOLD the same together with all and singular appurtenances thereunto belonging or in any way appertaining, and all the estate, right, title, interest, lien, equity and claim whatsoever of the first party, either in law or equity, to the only proper use, benefit and behoof of the second party forever.

IN WITNESS WHEREOF, the first party has signed and sealed these presents the day and year first above written.

2

Quit-Claim Deed
Page 2

Signed, sealed and delivered in the presence of:

_____          _____
WITNESS SIGNATURE                         EDUARDO A. AMORIN
Gloria Gross
Printed Name

_____          _____
WITNESS SIGNATURE                         CARMEN LOSADA AMORIN
Marlene Leon-Rubido
Printed Name

STATE OF FLORIDA
COUNTY OF DADE

    I HEREBY CERTIFY that on this day, before me, an officer duly authorized in the Country/State aforesaid and in the County aforesaid to take acknowledgments, personally appeared EDUARDO A. AMORIN AND CARMEN LOSADA AMORIN, HIS WIFE, personally known, or who did present to me identification _____ __ to be the persons described in and who executed the foregoing Quit Claim Deed and he/she acknowledged before me that he/she executed the same.

    WITNESS my hand and official seal in the Country and State last aforesaid this 26 day of May, A.D., 2009.

My commission expires:

NAME: Marlene Leon-Rubido
SEAL                                      NOTARY PUBLIC

MARLENE LEON-RUBIDO
MY COMMISSION # DD760793
EXPIRES: March 22, 2012
Fl Notary Discount Assoc. Co.
1-800-3-NOTARY