# EXHIBIT 14

The following Plaintiff Profile Form relates to the claimant who appears in Inglis Exh. 10 at ALv-103.

Plaintiff Profile Form - Residential Properties

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

| For Internal Use Only |
|---|
| File Number |
| Date Received |

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address.  In completing this Profile Form you are under oath and must provide information that is true and correct to the best of your knowledge.  If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known.  You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form.  If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary.   All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

**Section I. Property Information**

| | |
|---|---|
| Name Property Owner | Olivia Ridley |
| Address of Affected Property | 3461 Acton Road |
| | Moody, AL  35004 |

Is this Property:* (Residential)   Commercial   Governmental

| | |
|---|---|
| Name of Person Completing this Form | Olivia Ridley |

Is above your primary residence?   (Yes)  No

| | |
|---|---|
| Mailing Address (if different) | |
| | |
| Phone: | ( 205 )  640 - 3147 |

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one:   (Owner-Occupant)   Owner Only   Renter-Occupant

| | |
|---|---|
| Represented By: | James V. Doyle, Jr. |
| Address: | DOYLE LAW FIRM, PC |
| | P.O. Box 36445 |
| | Birmingham, AL 35236 |
| Phone: | (205 ) 533 - 9500 |
| Case No./Docket Info: | Payton v. Knauf GIPS KG 2:09-cv-07628 |

**Section II. Insurance Information**

| | |
|---|---|
| Homeowner/ Renter Insurer: | Liberty Mutual Fire Insurance Company |
| Policy #: | H32-258-169373-407-4 |
| Agent: | |
| Address: | 1713 Montgomery Highway, Suite 141 |
| | Birmingham, AL  35244 |
| Phone: | ( 205 )  733 - 1291 |

**+ Attach Copy of Insurance Declaration Page**

**Section III. Claimant Information**

| Name of Claimant | Dates Occupied | | Gender | Date of Birth | Are you claiming personal injuries?* | | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|---|
| | Move-in | Leave | | | Circle One | | |
| Olivia Ridley | 4/5 /07 | / / | M /(F) | 5 /25/ 43 | (Yes) | No | Owner - Occupant |
| Carla Franklin | 4/5 /07 | / / | M /(F) | 2 /28/ 69 | (Yes) | No | Occupant |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |

* Personal injuries include claims for mental anguish and medical monitoring.

Plaintiff Profile Form - Residential Properties

### Section IV. Inspection Information

**1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?**  (Yes)  No

1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?   James V. Doyle, Jr.

1.2. When did the inspection take place?   7 / 6 / 10

**2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?**  (Yes)  No

2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?   James V. Doyle, Jr.

2.2. When was this determination made?   7 / 6 / 10

### Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauf | Knauf Tianjin China | Ceiling & Walls |
| | | |
| | | |
| | | |

### Section VI. Home Information

| | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 3,310 | | | |
| Estimated Sq. Ft. of Drywall | 11,000 | Occupied | X | |
| Height of interior Walls | 9'-15' | Year-round | X | |
| Number of Bedrooms: | 4 | Summer | | X |
| Number of Bathrooms: | 3 | Winter | X | |

#### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | X | | |
| Copper Piping | X | | |
| Copper Fixtures | X | | |
| Other Fixtures | X | | |
| Were repairs made to the plumbing system? | | X | |
| Dates: | | | |

#### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | X | | |
| Switches | X | | |
| Main Panel | X | | |
| 2nd Panel | | | X |
| Exposed Copper Wires | X | | |
| Were repairs made to the electrical system? | | X | |
| Dates: | | | |

**+ Attach Copy of Floor Plan on 8 1/2" X 11" paper**

### Section VII. Construction/Renovation Information

**Date Range for New Home Construction: (Month/Day/Year)**

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | 4 / 5 / 07 | Date Acquired Home | 4 / 5 / 07 |

**Date Range for Renovations: (Month/Day/Year)**

| Start Date: | | Completion Date | / / |
|---|---|---|---|
| Move In Date: | / / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | X |
| First Floor: Full Wall of drywall replaced | | | X |
| Second Floor: Any drywall replaced | | | X |

### Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:

Probuild South, LLC

Address:

Phone:  (       )      -

**+ Attach Copy of Construction/Renovation Contract**

**+ Attach Copy of New Home Warranty Declaration**

### Section IX. Drywall Installer

Drywall Installer's Name:

Address:

Phone:  (       )      -

### Section X. Drywall Supplier

Drywall Supplier's Name:

Interior/Exterior Bldg. Supply

Address:  P.O. Box 4002

New Orleans, LA  70178

Phone:  ( 504 )  488 - 1998

Plaintiff Profile Form - Residential Properties

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| | | | |
|---|---|---|---|
| _Olivia Ridley_ | 7/6/10 | _____ | _____ |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| _____ | _____ | _____ | _____ |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| _____ | _____ | _____ | _____ |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

NEV

### LIBERTYGUARD DELUXE HOMEOWNERS POLICY DECLARATIONS
### LIBERTY MUTUAL FIRE INSURANCE COMPANY
### BOSTON, MASSACHUSETTS

**POLICY NUMBER**
H32-258-169373-407 4   THESE DECLARATIONS EFFECTIVE 04/02/07   CLIENT# 000000000001552

**NAMED INSURED AND MAILING ADDRESS**
OLIVIA F RIDLEY
3461 ACTON RD
MOODY AL 35004

**RESIDENCE PREMISES INSURED:**
SAME AS MAIL ADDRESS

**POLICY PERIOD:** 04/02/07 TO 04/02/08
12:01AM STANDARD TIME AT THE
RESIDENCE PREMISES

FOR SERVICE CALL OR WRITE:
1713 MONTGOMERY HWY SUITE 141
HOOVER AL 35244

SERVICE: 205-733-1291
CLAIMS:  800-225-2467

SECTION I AND II: COVERAGES AND LIMITS UNDER YOUR LIBERTYGUARD HOMEOWNERS POLICY

| | | |
|---|---|---:|
| I: | COVERAGE A - YOUR DWELLING WITH EXPANDED REPLACEMENT COST | $210,000 |
| | COVERAGE B - OTHER STRUCTURES ON RESIDENCE PREMISES | $21,000 |
| | COVERAGE C - PERSONAL PROPERTY WITH REPLACEMENT COST | $157,500 |
| | COVERAGE D - LOSS OF USE OF YOUR RESIDENCE PREMISES | ACTUAL LOSS SUSTAINED |
| II: | COVERAGE E - PERSONAL LIABILITY (EACH OCCURRENCE) | $300,000 |
| | COVERAGE F - MEDICAL PAYMENTS TO OTHERS (EACH PERSON) | $1,000 |

DEDUCTIBLE: LOSSES COVERED UNDER SECTION I ARE SUBJECT TO A DEDUCTIBLE OF $1000

PREMIUM SUMMARY:    FORMS AND ENDORSEMENTS SHOWN ARE MADE PART OF YOUR POLICY

| | | | |
|---|---|---:|---:|
| HO 00 03 04 91 | BASE COST FOR THE COVERAGES AND LIMITS SHOWN ABOVE | | $ 1177 |
| HO 04 53 04 91 | CREDIT CARD, FUND TRANSFER CARD, | | |
| | FORGERY AND COUNTERFEIT MONEY | $1,000 | $ 0 |
| FMHO-1183 | HOMEPROTECTOR PLUS | | $ 106 |

SECTION II COVERAGES EXTENDED:

| | | |
|---|---|---:|
| COVERAGE E INCREASED LIMIT | | $ 10 |
| PREFERRED RISK RATING PLAN DISCOUNTS:   36.0% | | |
| 6.0% INSURANCE TO VALUE CREDIT | | -$ 71 |
| 3.0% INFLATION PROTECTION CREDIT | | -$ 35 |
| 27.0% NEW OR RENOVATED HOME CREDIT | | -$ 318 |
| PROTECTIVE DEVICE CREDITS:   5.0% | | -$ 59 |
| SMOKE DETECTOR | FIRE EXTINGUISHERS & DEAD BOLT | |
| SAFE HOMEOWNER PROGRAM | | -$ 177 |

NET PREMIUM                                                      $  633

(INCLUDES GROUP SAVINGS PLUS® DISCOUNT)

FMHO 775 R3

COUNTERSIGNED 03/30/07

_Dexter R. Legg_
**SECRETARY**

_Edward F Kelly_
**PRESIDENT**

_G. A. McKinley_
**AUTHORIZED REPRESENTATIVE**

LIBERTYGUARD DELUXE HOMEOWNERS POLICY DECLARATIONS
LIBERTY MUTUAL FIRE INSURANCE COMPANY                    PAGE
BOSTON, MASSACHUSETTS

**POLICY NUMBER**
H32-258-169373-407  4   THESE DECLARATIONS EFFECTIVE  04/02/07   CLIENT#  000000000001552

**NAMED INSURED AND MAILING ADDRESS**                **RESIDENCE PREMISES INSURED:**
OLIVIA F RIDLEY                                       SAME AS MAIL ADDRESS
3461 ACTON RD
MOODY AL  35004

                                                FOR SERVICE CALL OR WRITE:
**POLICY PERIOD:** 04/02/07 TO 04/02/08             1713 MONTGOMERY HWY SUITE 141
12:01AM STANDARD TIME AT THE                    HOOVER AL 35244
RESIDENCE PREMISES

                                                **SERVICE:**  205-733-1291
                                                **CLAIMS:**   800-225-2467

(CONTINUED FROM PREVIOUS PAGE)
OTHER ENDORSEMENTS MADE PART OF YOUR POLICY:
HO 01 01 05 97 SPECIAL PROVISIONS        HO 04 16 04 91 PROTECTIVE DEVICES
HO 04 96 04 91 NO SECII/LIMIT I-DAYCARE  FMHO-976 05/92 LEAD POISONING EXCLUSION
2344           LMHC MEMBERSHIP           FMHO-2199      AMENDATORY MOLD END
FMHO-2357      EDUCATION COVERAGE ENDOR  FMHO-2493 5/03 AMENDATORY ENDORSEMENT
FMHO-1097 1/97 UNDERGROUND FUEL STORAGE  FMHO-2934 7/04 AMENDMT POL DEFINITIONS
FMHO-2835      INFLATION PROTECTION

MORTGAGEE 1:
ARK LA TEX FINANCIAL SERVICES LLC
ITS SUCCESSORS AND OR ASSIGNS
16000 DALLAS PKWY STE 800
DALLAS TX 75248

HANDLING REQUIREMENTS:  DECLARATION TO MORTGAGEE
BILL TO MORTGAGEE     FUTURE BILLS TO MORTGAGEE

FMHO 775 R3                                    COUNTERSIGNED 03/30/07

SECRETARY          PRESIDENT

AUTHORIZED REPRESENTATIVE



TAYLOR'S COVE
MOODY, ALABAMA

FRONT ELEVATION

A - 3

12' X 16' DECK

BREAKFAST

BEDROOM

GREAT ROOM

BATH

KITCHEN

BEDROOM

MASTER BEDROOM

FOYER

UTILITY

DINING ROOM

SITTING ROOM

TO FLOORS

STEPS TO GRADE

FLOOR PLAN

FIRST FLOOR AREA = 1654 SQFT (APPROX.)

The following Plaintiff Profile Form
relates to the claimant who appears
in Inglis Exh. 10 at FLv-1322.

Plaintiff Profile Form - Residential Properties

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | For Internal Use Only |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | MDL NO. 2047 | |
| PRODUCTS LIABILITY LITIGATION | SECTION: L | File Number |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON | |
| | MAG. JUDGE WILKINSON | Date Received |

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

**Section I. Property Information**

| | |
|---|---|
| Name Property Owner | JOSE CANALES |
| Address of Affected Property | 5933 NW DOWELL COURT |
| | PORT ST. LUCIE, FL 34986 |
| Is this Property:* [X] Residential [ ] Commercial [ ] Governmental | |
| Name of Person Completing this Form | JOSE CANALES |
| Is above your primary residence? ( ) Yes No (●) | |
| Mailing Address (if different) | 236 SW MARATHON AVENUE |
| | PORT ST. LUCIE, FL 34953 |
| Phone: ( ) - | |

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

| | |
|---|---|
| Circle one: [X] Owner-Occupant [ ] Owner Only [ ] Renter-Occupant | |
| Represented By: | Seeger Weiss LLP |
| Address: | 550 Broad Street |
| | Newark, NJ 07102 |
| Phone: | (973) 639 - 9100 |
| Case No. /Docket Info: | |

**Section II. Insurance Information**

| | |
|---|---|
| Homeowner/ Renter Insurer: | CYPRESS PROPERTY & CASUAL |
| Policy #: | FYN-8029091-00 |
| Agent: | TAJWATTIE PREM |
| Address: | 787 SE PORT ST. LUCIE BOULEVARD |
| | PORT ST. LUCIE, FL 34984-5211 |
| Phone: | (772) 398 - 2333 |

+ Attach Copy of Insurance Declaration Page

**Section III. Claimant Information**

| Name of Claimant | Dates Occupied | | Gender | Date of Birth | Are you claiming personal injuries?* Circle One | | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|---|
| | Move-In | Leave | | | | | |
| JOSE CANALES | / / | / / | (M) / F | 6 / 18 / 61 | (●) Yes | No (○) | Owner-Occupant |
| | / / | / / | M / F | / / | ( ) Yes | No (○) | |
| | / / | / / | M / F | / / | ( ) Yes | No (○) | |
| | / / | / / | M / F | / / | ( ) Yes | No (○) | |
| | / / | / / | M / F | / / | ( ) Yes | No (○) | |
| | / / | / / | M / F | / / | ( ) Yes | No (○) | |
| | / / | / / | M / F | / / | ( ) Yes | No (○) | |
| | / / | / / | M / F | / / | ( ) Yes | No (○) | |
| | / / | / / | M / F | / / | ( ) Yes | No (○) | |
| | / / | / / | M / F | / / | ( ) Yes | No (○) | |

* Personal injuries include claims for mental anguish and medical monitoring.

Plaintiff Profile Form - Residential Properties

## Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an Inspection into whether Chinese-manufactured drywall Is present In your home?  ● Yes   No ○

    1.1, If "Yes" to Question 1.0 Section IV. Who conducted the Inspection?    ERIC BORBE, CIH

    1.2. When did the inspection take place?    02  15 / 11

2.0. Has a determination been made that Chinese-manufactured drywall Is present In your home?  ● Yes  No ○

    2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?    ERIC BORBE, CIH

    2.2. When was this determination made?    11  08 / 11

## Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location In Home |
|---|---|---|
| KNAUF | MADE IN CHINA | Throughout the home |
| KNAUF | KNAUF TIANJIN ASTM | Throughout the home |
|  |  |  |
|  |  |  |

## Section VI. Home Information

| | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 2700 | | | |
| Estimated Sq. Ft. of Drywall | | Occupied | ☐ | ☒ |
| Height of Interior Walls | | Year-round | ☐ | ☐ |
| Number of Bedrooms: | 3 | Summer | ☐ | ☐ |
| Number of Bathrooms: | 3 | Winter | ☐ | ☐ |

### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | ☐ | ☐ | ☐ |
| Copper Piping | ☒ | ☐ | ☐ |
| Copper Fixtures | ☐ | ☐ | ☐ |
| Other Fixtures | ☐ | ☐ | ☐ |
| Were repairs made to the plumbing system? | | | |
| Dates: | | | |

### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | ☒ | ☐ | ☐ |
| Switches | ☐ | ☐ | ☐ |
| Main Panel | ☐ | ☐ | ☐ |
| 2nd Panel | ☐ | ☐ | ☐ |
| Exposed Copper Wires | ☒ | ☐ | ☐ |
| Were repairs made to the electrical system? | | | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

## Section VII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | 2 / / 09 | Date Acquired Home | 10 / / 10 |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | / / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | ☐ | ☐ | ☒ |
| First Floor: Full Wall of drywall replaced | ☐ | ☐ | ☒ |
| Second Floor: Any drywall replaced | ☐ | ☐ | ☒ |

## Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:

    DIAMOND COURT HOMES, INC.

Address:    1655 SW LA GORCE AVENUE

    PORT ST. LUCIE, FL 34953-2568

Phone:    ( 772 ) 263 - 3335

+ Attach Copy of Construction/Renovation Contract

+ Attach Copy of New Home Warranty Declaration

## Section IX. Drywall Installer

Drywall Installer's Name:

    DIAMOND COURT HOMES, INC.

Address:    1655 SW LA GORCE AVENUE

    PORT ST. LUCIE, FL 34953-2568

Phone:    ( 772 ) 263 - 3335

## Section X. Drywall Supplier

Drywall Supplier's Name:

Address:

Phone:    ( ) -

Plaintiff Profile Form - Residential Properties

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
|---|---|---|---|
| Jose M Canales | 11/14/11 | | |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| | | | |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |



The following Plaintiff Profile Form
relates to the claimant who appears
in Inglis Exh. 10 at LAv-703.

Print Form

Plaintiff Profile Form - Residential Properties

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE MANUFACTURED DRYWALL | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

For Internal Use Only

File Number

Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

**Section I. Property Information**

Name Property Owner: Dianne C. Dunn

Address of Affected Property: 1733 Davenport Avenue
Bogalusa, LA 70427

Is this Property: ☒ Residential ☐ Commercial ☐ Governmental

Name of Person Completing this Form: Dianne C. Dunn

Is above your primary residence? ☒ Yes   No ☐

Mailing Address (if different):

Phone: (985 ) 735 - 3009

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one: ☒ Owner-Occupant ☐ Owner Only ☐ Renter-Occupant

Represented By: Scott R. Bickford

Address: Martzell & Bickford
338 Lafayette Street
New Orleans, LA 70130

Phone: (504 ) 581 - 9065

Case No. /Docket Info: 09-4345

**Section II. Insurance Information**

Homeowner/ Renter Insurer:

American Security Insurance Co.

Policy #: 17HOB17862491

Agent:

Address: P.O. Box 50355
Atlanta, GA 30302

Phone: (800 ) 310 - 4287

+ Attach Copy of Insurance Declaration Page

**Section III. Claimant Information**

| Name of Claimant | Dates Occupied | | Gender | Date of Birth | Are you claiming personal injuries? Circle One | | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
| | Move-in | Leave | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Dianne Dunn | 05 / 93 | / / | M /☒ | 12 /11/57 | ⊙Yes | No ○ | Owner-Occupant |
| Rayshonda Dunn | 05 / 93 | / / | M /☒ | 09 08/88 | ⊙Yes | No ○ | Occupant or Renter Only |
| Willie Dunn | 05 / 93 | / / | ☒ / F | 08 09/90 | ⊙Yes | No ○ | Occupant or Renter Only |
| Kenneth Dunn | 05 / 93 | / / | ☒ / F | 12 08/91 | ⊙Yes | No ○ | Occupant or Renter Only |
| | / / | / / | M / F | / / | ○Yes | No ○ | |
| | / / | / / | M / F | / / | ○Yes | No ○ | |
| | / / | / / | M / F | / / | ○Yes | No ○ | |
| | / / | / / | M / F | / / | ○Yes | No ○ | |
| | / / | / / | M / F | / / | ○Yes | No ○ | |

* Personal injuries include claims for mental anguish and medical monitoring.

Plaintiff Profile Form - Residential Properties

## Section IV. Inspection Information

**1.0.** Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?  ⊙ Yes   No ○

**1.1.** If "Yes" to Question 1.0 Section IV. Who conducted the inspection?  Willie Brown / Johnny Weary

**1.2.** When did the inspection take place?  `02 / /09`

**2.0.** Has a determination been made that Chinese-manufactured drywall is present in your home?  ⊙ Yes   No ○

**2.1.** If "Yes" to Question 2.0. Section IV. Who made this determination?  both contractors

**2.2.** When was this determination made?  `02 / /09`

## Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauf | Knauf | kitchen, bedrooms, den and hallways |
|  |  |  |
|  |  |  |

## Section VI. Home Information

| Approx. Sq. Ft. of House: | 2453 | | Yes | No |
|---|---|---|---|---|
| Estimated Sq. Ft. of Drywall | unknown | Occupied | ☒ |  |
| Height of Interior Walls | 8 | Year-round | ☒ |  |
| Number of Bedrooms: | 4 | Summer |  |  |
| Number of Bathrooms: | 3 | Winter |  |  |

### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping |  | ☒ |  |
| Copper Piping | ☒ |  |  |
| Copper Fixtures | ☒ |  |  |
| Other Fixtures |  |  | ☒ |
| Were repairs made to the plumbing system? | yes | | |
| Dates: 02/2009 | | | |

### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | ☒ |  |  |
| Switches | ☒ |  |  |
| Main Panel | ☒ |  |  |
| 2nd Panel | ☒ |  |  |
| Exposed Copper Wires |  |  | ☒ |
| Were repairs made to the electrical system? | ☒ | | |
| Dates: 11/2008 | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

## Section VII. Construction/Renovation Information

| Date Range for New Home Construction: (Month/Day/Year) | | | | |
|---|---|---|---|---|
| Start Date: | / / | Completion Date | / / |
| Move In Date: | / / | Date Acquired Home | / / |

| Date Range for Renovations: (Month/Day/Year) | | | | |
|---|---|---|---|---|
| Start Date: | 07 / /07 | Completion Date | 09/ /08 |
| Move In Date: | / / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced |  |  | ☒ |
| First Floor: Full Wall of drywall replaced | ☒ |  |  |
| Second Floor: Any drywall replaced |  |  | ☒ |

## Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:
Joel Salvador

Address: Texas

Phone: ( ) -

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

## Section IX. Drywall Installer

Drywall Installer's Name:
Johnny Weary

Address: 616 Lincerne Street
Bogalusa, LA 70427

Phone: 985 ) 735 - 3006

## Section X. Drywall Supplier

Drywall Supplier's Name:
The Home Depot

Address: 40 Park Drive, Covington, LA
62 Westbank Expressway, Gretna, LA

Phone: ( ) -

Plaintiff Profile Form - Residential Properties

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| _____ | _____ | _____ | _____ |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| 10/12/09 | | Kenneth Dunn | 10/12/09 |

| _____ | _____ | _____ | _____ |
| Raphonda Dunn | 10-12-09 | | |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

| _____ | _____ | _____ | _____ |
| Willie Dunn | 10/12/09 | | |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |



The following Plaintiff Profile Form
relates to the claimant who appears
in Inglis Exh. 10 at MSv-120.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

For Internal Use Only

File Number

Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law. To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

**Section I. Property Information**

| | |
|---|---|
| Name Property Owner | Larry R. and Michelle H. Chauppetta |
| Address of Affected Property | 6 Navajo Drive |
| City: Picayune | State: MS Zip: 39466 |

Is this Property:* Residential [✓] Commercial [ ] Governmental [ ]

Name of Person Completing this Form: Michelle Chauppetta

Is above your primary residence? Yes [✓] No [ ]

Mailing Address (if different): _____

City: _____ State: _____ Zip: _____

Phone: 601-889-0303

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Check one: Owner-Occupant [✓] Owner Only [ ] Renter-Occupant [ ]

| | |
|---|---|
| Represented By: | Daniel K. Bryson * |
| Address: | Lewis & Roberts, PLLC |
| | PO Box 17529 |
| | Raleigh, NC 27619 |
| Phone: | 919-719-8563 |
| Case No. /Docket Info: | 09-6690 |

**Section II. Insurance Information**

Homeowner/ Renter Insurer:

Nationwide Property & Casualty Co.

Policy #: 6323 HO 352492

Agent: Brian Arthur Thigpen

Address: 108 Hwy 11 South

City: Picayune State: MS Zip: 39466

Phone: 601-749-5383

**+ Attach Copy of Insurance Declaration Page**

**Section III. Claimant Information**

| Name of Claimant | Dates Occupied | | Gender | Date of Birth | Are you claiming personal injuries?* | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| | Move-in | Leave | | | Circle One | |
| Larry R. Chauppetta, Jr. | 10-00-2006 | | M [✓] F [ ] | 04-13-1979 | Yes [✓] No [ ] | Owner-Occupant |
| Michelle H. Chauppetta | 10-00-2006 | | M [ ] F [✓] | 03-19-1976 | Yes [✓] No [ ] | Owner-Occupant |
| Kaleb Chauppetta | 10-00-2000 | | M [✓] F [ ] | 00-14-2000 | Yes [ ] No [✓] | Occupant |
| Joshua Chauppetta | 10-00-2006 | | M [✓] F [ ] | 04-25-2005 | Yes [ ] No [✓] | Occupant |
| Noah Chauppetta | 08-00-2008 | | M [✓] F [ ] | 08-01-2008 | Yes [ ] No [✓] | Occupant |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |

* Personal injuries include claims for mental anguish and medical monitoring.

ChauppettaL&M00001

**Section IV. Inspection Information**

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?  Yes ☐ No ☑

    1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection? _____

        1.2. When did the inspection take place? _____

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?  Yes ☑ No ☐

    2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?  Lori Streit with Unified Engineering

        2.2. When was this determination made?  09-08-2009

---

**Section V. Drywall Information**

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauf | Knauf-Tianjin China | Drywall is throughout house |
| | | |
| | | |

1.0. Have you, or has anyone on your behalf, sent written notice to your homebuilder, drywall contractor, drywall supplier/ distributor, drywall manufacturer or any other person or entity of your claim that your home contains Chinese-manufactured drywall?  Yes ☑ No ☐

    1.1. If "Yes" to question 1.0 Section V. to whom has any such notice been sent?  Eagle Builders, Inc.

        1.2. When was notice sent?  11-05-2009

        + Attach copy of notice Sent

2.0. Have you, or has anyone on your behalf, made a request to anyone that your home be repaired as a result of the presence of Chinese-manufactured drywall in your home?  Yes ☐ No ☑

    2.1. If "Yes" to Question 2.0. Section V. to whom has the request been made? _____

        2.2. When was the request made? _____

        + Attach copy of written request

3.0. Has your home been repaired in any way as a result of the presence of Chinese-manufactured drywall?  Yes ☐ No ☑

    3.1. If "No" to Question 3.0. Section V. Have any such repairs to your home been offered?  Yes ☐ No ☑

        3.1.a. If "Yes" to question 3.1. Section V. When was the offer made? _____

        3.1.b. Who made the offer?

    3.2. If "Yes" to Question 3.0. Section V. Have any such repairs to your home been initiated?  Yes ☐ No ☑

        3.2.a. Have any such repairs to your home been completed?  Yes ☐ No ☑

        3.2.b. Who paid or is paying for the repairs?

        3.2.c. What was/is the total cost? _____

        3.2.d. Have samples of the Chinese-manufactured drywall been kept?  Yes ☑ No ☐

        3.2.e. Who possesses the samples?  Can get from house

---

**Section VI. Questions for Florida Residents Only***

1.0. Have you, or anyone on your behalf, sent any notices under Chapter 558 of the Florida Statutes regarding the presence of Chinese-manufactured drywall in your home?  Yes ☐ No ☑

    1.1. If "Yes" to Question 1.0., Section VI. To whom has any such notice been sent? _____

        1.2. When was notice sent? _____

        + Attach copy of notice

2.0. Have you received any responses to your notice under Chapter 558?  Yes ☐ No ☑

    2.1. If "Yes" to Question 2.0., Section VI. From whom did you receive such notice?

        2.2. When was it received? _____

3.0. Has anyone inspected your home in response to your notice under Chapter 558?  Yes ☐ No ☑

    3.1. If "Yes" to Question 3.0., Section VI. Who inspected your home?

4.0. Have you received a written offer to repair your home in response to your notice under Chapter 558?  Yes ☐ No ☑

    4.1. If "Yes" to Question 4.0., Section VI. From whom did you receive this written offer?

        4.2. When was it received? _____

5.0. Have any repairs been performed in your home in response to your notice under Chapter 558?  Yes ☐ No ☑

    5.1. If "Yes" to Question 5.0., Section VI. Who performed these repairs?

        5.2. What repairs were performed?

        5.3. When were the repairs performed? _____

*By completing this section, plaintiffs neither agree with the applicability of Chapter 558 of the Florida Statutes to this action or plaintiffs'claims, nor do plaintiffs waive any rights or agree that such notice is required.  Defendants contend that plaintiffs are not relieved of any obligations they may or may not have arising under Chapter 558 of the Florida Statutes, and defendants are not waiving any rights they may have under said statute.

ChauppettaL&M00002

Plaintiff Profile Form - Residential Properties

## Section VII. Home Information

| | | | | Yes | No |
|---|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 2,756 | | | | |
| Estimated Sq. Ft. of Drywall | unknown | Occupied | | ✓ | |
| Height of interior Walls | 9 ft | Year-round | | ✓ | |
| Number of Bedrooms: | 4 | Summer | | ✓ | |
| Number of Bathrooms: | 2 | Winter | | ✓ | |

### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | ✓ | |
| Copper Piping | | ✓ | |
| Copper Fixtures | ✓ | | |
| Other Fixtures | | ✓ | |
| Were repairs made to the plumbing system? | | ✓ | |

Dates: 07/2008-septic grinder was repaired

### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | ✓ | | |
| Switches | ✓ | | |
| Main Panel | ✓ | | |
| 2nd Panel | | | ✓ |
| Exposed Copper Wires | | | ✓ |
| Were repairs made to the electrical system? | ✓ | | |

Dates: HVAC Repairs on various dates

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

## Section VIII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)

| | | | |
|---|---|---|---|
| Start Date: | 03-00-2006 | Completion Date | 10-00-2006 |
| Move In Date: | 10-00-2006 | Date Acquired Home | 02-09-2006 |

Date Range for Renovations: (Month/Day/Year)

| | | | |
|---|---|---|---|
| Start Date: | | Completion Date | |
| Move In Date: | | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | ✓ |
| First Floor: Full Wall of drywall replaced | | | ✓ |
| Second Floor: Any drywall replaced | | | ✓ |

## Section IX. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:

Eagle Builders, Inc.

Address: c/o Glen Rayburn-Registered Agent

7009 Chinquapin Court

City: Picayune State: MS Zip: 39466

Phone: 601-799-0982

+ Attach Copy of Construction/Renovation Contract

+ Attach Copy of New Home Warranty Declaration

## Section X. Drywall Installer

Drywall Installer's Name:

unknown

Address: unknown

City: unknown State: MS Zip: 00000

Phone: 000-000-0000

## Section XI. Drywall Supplier

Drywall Supplier's Name:

unknown

Address: unknown

City: unknown State: MS Zip: 00000

Phone: 000-000-0000

## Section XII. Verification of Plaintiff Profile Form

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| | | | |
|---|---|---|---|
| *Larry Chauppetta* | 11-14-09 | | |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| *Michelle L. Chauppetta* | 11-14-09 | | |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| | | | |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

Page 3

ChauppettaL&M00003

*Section I. Property Information*

\*Represented By: (Additional Information)

**Lewis & Roberts, PLLC**
Daniel K. Bryson
Scott C. Harris
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Telephone: 919-981-0191

**Luckey & Mullins, PLLC**
Stephen W. Mullins
2016 Bienville Blvd
Ocean Springs, MS 39564
Telephone: 228-875-3175

**Lea, Rhine & Rosbrugh, PLLC**
Joel R. Rhine
314 Walnut Street
Wilmington, NC 28401
Telephone: 910-772-9960

**Pendley, Baudin & Coffin, LLP**
Christopher L. Coffin
Nicholas R. Rockforte
24110 Eden Street
Plaquemine, LA 70765
Telephone: 225-687-6396

**Mason LLP**
Gary E. Mason
Donna F. Solen
1625 Massachusetts Ave., Ste. 605
Washington, DC 20036
Telephone: 202-429-2290

**De Varona, Arango & Weinstein**
Mark L. Weinstein
4600 Sheridan Street
Hollywood, FL 33021
Telephone: 954-416-2563

**Linkhorst & Hockin, PA**
Adam C. Linkhorst
4495 Military Trail, Suite 106
Jupiter, FL 33458
Telephone: 561-626-8880

{00361287.DOC}

ChauppettaL&M00004

## SECTION II

| Liability Coverages | Limits Of Liability |
|---|---|
| COVERAGE–E–PERSONAL LIABILITY FOR EACH OCCURRENCE: PROPERTY DAMAGE AND BODILY INJURY | $    300,000 |
| COVERAGE–F–MEDICAL PAYMENTS TO OTHERS EACH PERSON | $    1,000 |

## OTHER COVERAGES/OPTIONS APPLICABLE

See Policy or Endorsements for details regarding the Other Coverages and Options that apply to your policy.

| Other Coverages | Limits of Liability |
|---|---|
| INFLATION PROTECTION | |
| BOECKH INDEX 0572.7 | APPLIES |
| BIOLOGICAL DETERIORATION/DAMAGE CLEAN UP | |
| FIRE DEPARTMENT SERVICE CHARGE | $    10,000 |
| CREDIT CARD - FORGERY | $    500 |
| | $    1,000 |

| Options Applicable | |
|---|---|
| OPTION–J–EXTENDED REPLACEMENT COST PERSONAL PROPERTY | APPLIES |
| OPTION–K–REPLACEMENT COST PLUS DWELLING | APPLIES |
| OPTION–L–PROTECTIVE DEVICE CREDIT FIRE EXTINGUISHERS | APPLIES |
| DEADBOLT LOCKS ON ALL EXTERIOR ENTRYWAYS | |
| ALERTING FIRE/BURGLARY ALARM SYSTEM | |
| OPTION P-LIMITED WATER BACKUP | |
| WATER BACKUP DEDUCTIBLE  S1000 | $    5,000 |

## PREMIUM SUMMARY

| Premium Based On | Premium Amount |
|---|---|
| POLICY PREMIUM | |
| WATER BACKUP | $    1,238.00 |
| **Annual Renewal Premium** | $    4.00 |
| | $    1,242.00 |

**Annual Renewal Premium Includes Discounts For:**

CLAIM FREE
HOME/CAR
HOME PROTECTIVE DEVICE
WINDSTORM PROTECTIVE DEVICE
NEW HOME

## FORMS and ENDORSEMENTS MADE PART OF POLICY

HO 23-B
H-6146                                    Homeowners Policy
                                          Amendatory Endorsement

## SECTION II

| Liability Coverages | Limits Of Liability |
|---|---|
| COVERAGE–E–PERSONAL LIABILITY FOR EACH OCCURRENCE: PROPERTY DAMAGE AND BODILY INJURY | $   300,000 |
| COVERAGE–F–MEDICAL PAYMENTS TO OTHERS EACH PERSON | $   1,000 |

## OTHER COVERAGES/OPTIONS APPLICABLE

See Policy or Endorsements for details regarding the Other Coverages and Options that apply to your policy.

| Other Coverages | | Limits of Liability |
|---|---|---|
| INFLATION PROTECTION BOECKH INDEX 0572.7 | | APPLIES |
| BIOLOGICAL DETERIORATION/DAMAGE CLEAN UP | $ | 10,000 |
| FIRE DEPARTMENT SERVICE CHARGE | $ | 500 |
| CREDIT CARD - FORGERY | $ | 1,000 |

| Options Applicable | | |
|---|---|---|
| OPTION–J–EXTENDED REPLACEMENT COST PERSONAL PROPERTY | | APPLIES |
| OPTION–K–REPLACEMENT COST PLUS DWELLING | | APPLIES |
| OPTION–L–PROTECTIVE DEVICE CREDIT FIRE EXTINGUISHERS | | APPLIES |
| DEADBOLT LOCKS ON ALL EXTERIOR ENTRYWAYS ALERTING FIRE/BURGLARY ALARM SYSTEM | | |
| OPTION P-LIMITED WATER BACKUP WATER BACKUP DEDUCTIBLE  $1000 | $ | 5,000 |

## PREMIUM SUMMARY

| Premium Based On | Premium Amount |
|---|---|
| POLICY PREMIUM | $   1,238.00 |
| WATER BACKUP | $   4.00 |
| **Annual Renewal Premium** | $   1,242.00 |

**Annual Renewal Premium Includes Discounts For:**

CLAIM FREE
HOME/CAR
HOME PROTECTIVE DEVICE
WINDSTORM PROTECTIVE DEVICE
NEW HOME

## FORMS and ENDORSEMENTS MADE PART OF POLICY

HO 23-B
H-6146                          Homeowners Policy
                                Amendatory Endorsement

# LUCKEY & MULLINS, P.L.L.C.

**ALWYN H. LUCKEY**
**STEPHEN W. MULLINS***

*ALSO ADMITTED IN LOUISIANA AND ALABAMA

of Counsel: KEITH MILLER

**MARINA ARNEDO**
IMMIGRATION SPECIALIST

**MISSISSIPPI**
2016 BIENVILLE BLVD (39564)
POST OFFICE BOX 990
OCEAN SPRINGS, MISSISSIPPI 39566
OFFICE (228) 875-3175
FACSIMILE (228) 872-4719

**ALABAMA**
209 N. JOACHIM STREET
MOBILE, AL 36603
OFFICE (251) 300-3175
WWW.LUCKEYANDMULLINS.COM

November 5, 2009

Eagle Builders, Inc.
c/o Glen Rayburn
Registered Agent
7009 Chinquapin Court
Picayune, MS 39466

Re:   Larry R. and Michelle H. Chauppetta
        CHINESE DRYWALL

Dear Mr. Rayburn:

Please be advised that this firm has been retained to represent Larry and Michelle Chauppetta regarding the above referenced matter. On or about January 19, 2006, my clients agreed to purchase their home located at 6 Navajo Drive, Picayune, MS 39466 as indicated in the attached documents.

My clients discovered that the drywall used in the construction of their house has tested positive for Chinese drywall, and that their household appliances are corroded due to the installation of Chinese drywall in their home. The corrosive nature of this drywall is sufficient to be considered a structural defect as it will eventually decimate the plumbing system which will erode and destroy all load-bearing timber in the home.

Larry and Michelle Chauppetta are giving Eagle Builders, Inc., written notice of the defects so that the builder may have a reasonable opportunity to repair the defects.

Please contact me at your earliest convenience in order to discuss this matter.

Sincerely,

LUCKEY & MULLINS, PLLC

Stephen W. Mullins

{00359320.DOC}

ChauppettaL&M00007

## AGREEMENT TO PURCHASE OR SELL
## ROUND ROCK SUBDIVISION, PHASE I & II

Lot Purchase:

I/We _Larry & Michelle Chauppetta_ (hereinafter "PURCHASER") offer and agree to purchase Lot # _25_ in Phase # _1_ at Round Rock subdivision in Picayune, Mississippi, on grounds measuring as per title.

Property will be sold and purchased subject to title and zoning restrictions, servitudes of record, and laws or ordinances for the sum of _Thirty-two thousand_ _____ ($ _32,000.00_ ) Dollars.

Any improvements, liens and assessments of any king bearing against the property at time of Act of Sale are to be paid by SELLER.

Real estate taxes and rentals are to be prorated to date of Act of Sale. All costs and fees for necessary SELLER'S certificates and SELLER'S closing fees are to be paid by SELLER. Cost of survey and/or title insurance if required or requested, as well as any other closing fees, is to be paid by PURCHASER.

Time being of the essence, the Act of Sale, at expense of PURCHASER is to be passed before SELLER'S Notary Public on _12/17/2005_ or sooner if mutually agreeable. At closing, PURCHASER must provide "Good Funds" as required by Mississippi statute.

In the event curative work in connection with the title is required, the parties agree to and do extend the date for passing the Act of Sale to a date nor more than fifteen (15) days following the completion of curative work, but in no event shall such extension exceed sixty (60) days without the written consent of all parties.

Upon acceptance of this offer, SELLER and PURCHASER shall be bound by all of its terms and conditions and PURCHASER becomes obligated to deposit immediately with SELLER $ _1,000.00_ . Failure to do so shall be considered a breach of this agreement. This deposit is to be non-interest bearing.

SELLER shall deliver to PURCHASER a merchantable title; and SELLER'S inability to deliver such title, within the time stipulated herein, shall render this agreement null and void, reserving unto PURCHASER the right to demand the return of the deposit and to recover from SELLER actual costs incurred in processing of sale.

In the event the SELLER fails to comply with this agreement, for any reason other than to deliver merchantable title within the time specified, PURCHASER shall have the right to demand specific performance, or at PURCHASER'S option, PURCHASER shall have the right to demand the return of their deposit in full, plus any equal amount to be paid as penalty by SELLER. In either event, PURCHASER shall have the right to recover any

ChauppettaL&M00008

cost and/or fees, including expenses and reasonable attorney's fees, incurred as result of this agreement or breach thereof.

In the event the PURCHASER fails to comply with this agreement within the time specified, SELLER shall have the right to demand specific performance; or, at SELLER'S option, SELLER shall have the right to re-offer the property for sale and may declare the deposit, ipso facto, forfeited, without formality beyond lender of title to PURCHASER. In either event, SELLER shall have the right to recover any costs and/or fees, including expenses and reasonable attorney's fees incurred as a result of this agreement or breach thereof.

Construction Services:

**This sale is subject to the following terms:**
Lot is to be purchased as a pre-sold lot/home purchase. Construction services are to be provided by ___Eagle Builders_____. Interim construction loan to be coordinated through Stonehill Land Holdings, LLC (hereinafter "SELLER").

The Buyer agrees to construction price of $ _176,000.00_____ to construct the ___custom_____ plan on the aforementioned lot. Construction of home will begin upon approval of interim construction loan. The above construction price includes the additions/amenities and/or conditions stated on the accompanying Amenity Addendum (see attached).

Time is of the essence and all deadlines are final except where modifications, changes, or extensions are made in writing and signed by all parties.

This offer remains binding and irrevocable through _Jan. 19, 2006_____ _____ at _5:00____ am/(pm.)

We do business in accordance with federal fair housing law.

Date Offered: _1/19/06____

_Lary R. Chauppetta Jr._____
Purchaser's Signature                          _____
                                                Date/Time

_Michelle Chauppetta_____
Purchaser's Signature                          _____
                                                Date/Time

_James R Fati_____      _1/19/06_____
Seller's Signature  **Acceptance**              Date/Time  **Acceptance**

_____      _____
Seller's Signature  **Rejection**               Date/Time  **Rejection**

ChauppettaL&M00009

costs and/or fees, including expenses and reasonable attorney's fees incurred as a result of this agreement or breach thereof.

CONSTRUCTION SERVICES:

**This sale is subject to the following terms:**
- Construction services are to be provided by _Eagle Builders_
- The Buyer agrees to construction price of _One Hundred and Seventy Six thousand_ Dollars ($ _176,000_ ) to construct the _Custom_ _____ plan on the aforementioned lot.
- Construction funding will be dispersed by PURCHASER to _Eagle Builders_ _____ construction account as follows:

- **First Dispersal**
  15% of contract amount equaling _$ 26,400_
  to be dispersed upon mobilization.

- **Second Dispersal**
  25% of contract amount equaling _$ 44,000_
  to be dispersed upon completion of slab.
  Work to be accomplished:
  1. Lot cleared and filled
  2. Building pad in place
  3. Slab formed
  4. Plumbing rough-in complete
  5. Slab reinforcement in place
  6. Slab poured and finished

- **Third Dispersal**
  25% of contract amount equaling _finance_
  to be dispersed upon completion of framing.
  Work to be accomplished:
  1. Building framed/backed
  2. Cornice and roof decking
  3. Roof felted
  4. Windows installed
  5. Exterior Doors

- **Fourth Dispersal**
  25% of contract amount equaling _finance_
  to be dispersed upon completion of drywall.
  Work to be accomplished:
  1. Plumbing top-out
  2. Heat/AC rough-in
  3. Electrical rough-in
  4. Roof complete
  5. Insulation
  6. Fireplace (if applicable)
  7. Brick and siding complete
  8. Sheet rock hung and finished

- **Fifth Dispersal**
  10% of contract amount equaling _finance_
  to be dispersed upon completion of home.
  Work to be accomplished:
  1. Cabinets and vanities
  2. Appliances installed
  3. Flooring installed
  4. Trim carpentry
  5. Interior paint
  6. Plumbing trim
  7. Electrical trim
  8. Mirrors and hardware
  9. A/C compressor and trim
  10. Site grade and trash removed

Time is of the essence and all deadlines are final except where modifications, changes, or extensions are made in writing and signed by all parties.

This offer remains binding and irrevocable through _February 9, 06_
_____ at _1:00_ _____ am/pm.

We do business in accordance with federal fair housing law.

_Larry R. Chauppette Jr._                    Date Offered: _____
Purchaser's Signature                              _2/9/06_
                                                   Date/Time

_Michelle X/Chauppetta_
Purchaser's Signature                              _2/9/06_
                                                   Date/Time

_Patty Norton_
Seller's Signature **Acceptance**                  _2/9/06_
                                                   Date/Time **Acceptance**

_____
Seller's Signature **Rejection**                   _____
                                                   Date/Time **Rejection**

ChauppettaL&M00011

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Eagle Builders, Inc.
c/o Glen Rayburn
Registered Agent
7009 Chinquapin Court
Picayune, MS 39466

2. Article Number
(Transfer from service label)

7007 3020 0001 2385 3603

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X                                    ☐ Agent
                                     ☐ Addressee

B. Received by ( Printed Name )     C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**Certified Mail**
- A mailing receipt
- A unique identifi...
- A record of deliv...

*Important Remind...*
- Certified Mail m...
- Certified Mail is...
- NO INSURANC... valuables, pleas...
- For an additiona... delivery. To obtai... Receipt (PS For... fee. Endorse ma... a duplicate retur... required.
- For an additiona... addressee's auth... endorsement "R...
- If a postmark on... cle at the post o... receipt is not nee...

**IMPORTANT: Save...**
PS Form 3800, August...

ChauppettaL&M00012

# AGREEMENT TO PURCHASE OR SELL
## ROUND ROCK SUBDIVISION, PHASE I & II

Lot Purchase:

I/We __Larry & Michelle Chauppetta__ (hereinafter "PURCHASER") offer and agree to purchase Lot # __25__ in Phase # __1__ at Round Rock subdivision in Picayune, Mississippi, on grounds measuring as per title.

Property will be sold and purchased subject to title and zoning restrictions, servitudes of record, and laws or ordinances for the sum of __Thirty-two thousand__ ($ __32,000.00__ ) Dollars.

Any improvements, liens and assessments of any king bearing against the property at time of Act of Sale are to be paid by SELLER.

Real estate taxes and rentals are to be prorated to date of Act of Sale. All costs and fees for necessary SELLER'S certificates and SELLER'S closing fees are to be paid by SELLER. Cost of survey and/or title insurance if required or requested, as well as any other closing fees, is to be paid by PURCHASER.

Time being of the essence, the Act of Sale, at expense of PURCHASER is to be passed before SELLER'S Notary Public on __12/17/2005__ or sooner if mutually agreeable. At closing, PURCHASER must provide "Good Funds" as required by Mississippi statute.

In the event curative work in connection with the title is required, the parties agree to and do extend the date for passing the Act of Sale to a date nor more than fifteen (15) days following the completion of curative work, but in no event shall such extension exceed sixty (60) days without the written consent of all parties.

Upon acceptance of this offer, SELLER and PURCHASER shall be bound by all of its terms and conditions and PURCHASER becomes obligated to deposit immediately with SELLER $ __1,000.00__ . Failure to do so shall be considered a breach of this agreement. This deposit is to be non-interest bearing.

SELLER shall deliver to PURCHASER a merchantable title; and SELLER'S inability to deliver such title, within the time stipulated herein, shall render this agreement null and void, reserving unto PURCHASER the right to demand the return of the deposit and to recover from SELLER actual costs incurred in processing of sale.

In the event the SELLER fails to comply with this agreement, for any reason other than to deliver merchantable title within the time specified, PURCHASER shall have the right to demand specific performance, or at PURCHASER'S option, PURCHASER shall have the right to demand the return of their deposit in full, plus any equal amount to be paid as penalty by SELLER. In either event, PURCHASER shall have the right to recover any

ChauppettaL&M00013

cost and/or fees, including expenses and reasonable attorney's fees, incurred as result of this agreement or breach thereof.

In the event the PURCHASER fails to comply with this agreement within the time specified, SELLER shall have the right to demand specific performance; or, at SELLER'S option, SELLER shall have the right to re-offer the property for sale and may declare the deposit, ipso facto, forfeited, without formality beyond lender of title to PURCHASER. In either event, SELLER shall have the right to recover any costs and/or fees, including expenses and reasonable attorney's fees incurred as a result of this agreement or breach thereof.

Construction Services:

**This sale is subject to the following terms:**
Lot is to be purchased as a pre-sold lot/home purchase. Construction services are to be provided by _Eagle Builders_. Interim construction loan to be coordinated through Stonehill Land Holdings, LLC (hereinafter "SELLER").

The Buyer agrees to construction price of $ _176,000.00_ to construct the _custom_ plan on the aforementioned lot. Construction of home will begin upon approval of interim construction loan. The above construction price includes the additions/amenities and/or conditions stated on the accompanying Amenity Addendum (see attached).

Time is of the essence and all deadlines are final except where modifications, changes, or extensions are made in writing and signed by all parties.

This offer remains binding and irrevocable through _Jan. 19, 2006_ _____ at _5:00_ am/pm.

We do business in accordance with federal fair housing law.

Date Offered: _1/19/06_

_Larry R. Chauppetta Jr._
Purchaser's Signature

_____
Date/Time

_Michelle Chauppetti_
Purchaser's Signature

_____
Date/Time

_James R Fatii_
Seller's Signature  **Acceptance**

_1/19/06_
Date/Time  **Acceptance**

_____
Seller's Signature  **Rejection**

_____
Date/Time  **Rejection**

costs and/or fees, including expenses and reasonable attorney's fees incurred as a result of this agreement or breach thereof.

CONSTRUCTION SERVICES:

**This sale is subject to the following terms:**
- Construction services are to be provided by _Eagle Builders_
- The Buyer agrees to construction price of _One Hundred and Seventy Six_ _thousand_ Dollars ($ _176,000_ ) to construct the _Custom_ _____ plan on the aforementioned lot.
- Construction funding will be dispersed by PURCHASER to _Eagle Builders_ _____ construction account as follows:

- **First Dispersal**
  15% of contract amount equaling _$ 26,400_
  to be dispersed upon mobilization.

- **Second Dispersal**
  25% of contract amount equaling _$ 44,000_
  to be dispersed upon completion of slab.
  Work to be accomplished:
  1. Lot cleared and filled
  2. Building pad in place
  3. Slab formed
  4. Plumbing rough-in complete
  5. Slab reinforcement in place
  6. Slab poured and finished

- **Third Dispersal**
  25% of contract amount equaling _finance_
  to be dispersed upon completion of framing.
  Work to be accomplished:
  1. Building framed/backed
  2. Cornice and roof decking
  3. Roof felted
  4. Windows installed
  5. Exterior Doors

- **Fourth Dispersal**
  25% of contract amount equaling _finance_
  to be dispersed upon completion of drywall.
  Work to be accomplished:
  1. Plumbing top-out
  2. Heat/AC rough-in
  3. Electrical rough-in
  4. Roof complete
  5. Insulation
  6. Fireplace (if applicable)
  7. Brick and siding complete
  8. Sheet rock hung and finished

ChauppettaL&M00015

— **Fifth Dispersal**
   10% of contract amount equaling _finance_
   to be dispersed upon completion of home.
   Work to be accomplished:
   1. Cabinets and vanities
   2. Appliances installed
   3. Flooring installed
   4. Trim carpentry
   5. Interior paint
   6. Plumbing trim
   7. Electrical trim
   8. Mirrors and hardware
   9. A/C compressor and trim
   10. Site grade and trash removed

Time is of the essence and all deadlines are final except where modifications, changes, or extensions are made in writing and signed by all parties.

This offer remains binding and irrevocable through _February 9, 06_
_____ at _1:00_ _____ am/pm.

We do business in accordance with federal fair housing law.

Date Offered: _____

_Larry R. Chauppette Jr._                    _2/9/06_
Purchaser's Signature                         Date/Time

_Michelle H Chauppetta_                       _2/9/06_
Purchaser's Signature                         Date/Time

_Patty Norton_                                _2/9/06_
Seller's Signature  **Acceptance**            Date/Time  **Acceptance**

_____                       _____
Seller's Signature  **Rejection**             Date/Time  **Rejection**

ChauppettaL&M00016



ChauppettaL&M00017



**First Environmental Laboratories, Inc.**

IL ELAP / NELAC Accreditation # 100292

1600 Shore Road • Naperville, Illinois 60563 • Phone (630) 778-1200 • Fax (630) 778-1233

## Analytical Report

| | | | |
|---|---|---|---|
| **Client:** | UNIFIED ENGINEERING, INC. | **Date Collected:** | |
| **Project ID:** | Mullins | **Time Collected:** | |
| **Sample ID:** | 4211 | **Date Received:** | 08/31/09 |
| **Sample No:** | 9-3647-006 | **Date Reported:** | 09/08/09 |

Results are reported on an "as received" basis.

| Analyte | Result | R.L. | Units | Flags |
|---|---|---|---|---|
| **Total Metals**       Method: **6020A** | | **Preparation Method 3050B** | | |
| Analysis Date: 09/02/09 | | Preparation Date: 09/02/09 | | |
| Strontium | 3,040 | 2.0 | mg/kg | N |

ChauppettaL&M00018

The following Plaintiff Profile Form
relates to the claimant who appears
in Inglis Exh. 10 at VA-114.

Plaintiff Profile Form - Residential Properties

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

**For Internal Use Only**

File Number

Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

### Section I. Property Information

**Name Property Owner:** Patrick Bruce Wiseman
**Address of Affected Property:** 117 Overlook Point
Yorktown, VA 23693

**Is this Property:*** [X] Residential  [ ] Commercial  [ ] Governmental
**Name of Person Completing this Form:** Patrick Bruce Wiseman
**Is above your primary residence?** (•) Yes  No ( )
**Mailing Address (if different):**

**Phone:** (757) 350 - 0118
* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.
**Circle one:** [X] Owner-Occupant  [ ] Owner Only  [ ] Renter-Occupant
**Represented By:** Richard Serpe
**Address:** 580 E. Main St.
Suite 310
Norfolk, VA 23510
**Phone:** (757) 233 - 0009
**Case No. /Docket Info:** 2:10-cv-00361

### Section II. Insurance Information

**Homeowner/ Renter Insurer:**
Fidelity National Insurance Company
**Policy #:** NP6014557
**Agent:** Herbert Lee Insurance Agency, Inc.
**Address:** P.O. Box 569
Seaford, VA 23698

**Phone:** (757) 890 - 8001

**+ Attach Copy of Insurance Declaration Page**

### Section III. Claimant Information

| Name of Claimant | Dates Occupied | | Gender | Date of Birth | Are you claiming personal Injuries?* Circle One | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| | Move-in | Leave | | | | |
| Patrick Bruce Wiseman | 04 /9/ 06 | / / | [X] M / F | 11 /24/ 61 | (•) Yes  No ( ) | Owner-Occupant |
| | / / | / / | M / F | / / | ( ) Yes  No ( ) | |
| | / / | / / | M / F | / / | ( ) Yes  No ( ) | |
| | / / | / / | M / F | / / | ( ) Yes  No ( ) | |
| | / / | / / | M / F | / / | ( ) Yes  No ( ) | |
| | / / | / / | M / F | / / | ( ) Yes  No ( ) | |
| | / / | / / | M / F | / / | ( ) Yes  No ( ) | |
| | / / | / / | M / F | / / | ( ) Yes  No ( ) | |

* Personal injuries include claims for mental anguish and medical monitoring.

**Wiseman, Patrick 0001**

Plaintiff Profile Form - Residential Properties

## Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?  ⦿ Yes   No ◯

   1.1, If "Yes" to Question 1.0 Section IV. Who conducted the inspection?   Atlantic Homes, LLC

      1.2. When did the inspection take place?   /   /

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?   ⦿ Yes   No ◯

   2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?   Atlantic Homes, LLC

      2.2. When was this determination made?   /   /

## Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauf | Knauf | throughout home |
|  |  |  |
|  |  |  |
|  |  |  |

## Section VI. Home Information

| | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 2223 | | | |
| Estimated Sq. Ft. of Drywall | | Occupied | ☒ | ☐ |
| Height of Interior Walls | 9 ft | Year-round | ☒ | ☐ |
| Number of Bedrooms: | 3 | Summer | ☐ | ☐ |
| Number of Bathrooms: | 2 | Winter | ☐ | ☐ |

### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | ☐ | ☒ | ☐ |
| Copper Piping | ☒ | ☐ | ☐ |
| Copper Fixtures | ☐ | ☒ | ☐ |
| Other Fixtures | ☐ | ☒ | ☐ |
| Were repairs made to the plumbing system? | | | |
| Dates: | | | |

### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | ☐ | ☒ | ☐ |
| Switches | ☒ | ☐ | ☐ |
| Main Panel | ☐ | ☒ | ☐ |
| 2nd Panel | ☐ | ☒ | ☐ |
| Exposed Copper Wires | ☒ | ☐ | ☐ |
| Were repairs made to the electrical system? | ☒ | ☐ | ☐ |
| Dates: | several | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

## Section VII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | /   / | Completion Date | 04 /18 /06 |
|---|---|---|---|
| Move in Date: | 04 /19 /06 | Date Acquired Home | 04 /19 /06 |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | /   / | Completion Date | /   / |
|---|---|---|---|
| Move in Date: | /   / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | ☐ | ☐ | ☐ |
| First Floor: Full Wall of drywall replaced | ☐ | ☐ | ☐ |
| Second Floor: Any drywall replaced | ☐ | ☐ | ☐ |

## Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:
   Atlantic Homes, LLC

Address:
   10 San Jose Drive
   Suite 4C
   Newport News, VA 23606

Phone:   (757 ) 596  - 8800

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

## Section IX. Drywall Installer

Drywall Installer's Name:
   The Porter-Blaine Corp.

Address:

Phone:   (757 ) 857  - 0282

## Section X. Drywall Supplier

Drywall Supplier's Name:
   Venture Supply, Inc.

Address:

Phone:   (757 ) 855  - 5433

Wiseman, Patrick 0002

Plaintiff Profile Form - Residential Properties

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
|---|---|---|---|
|  | 4-4-2011 |  |  |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

Page 3

Wiseman, Patrick 0003


**FIDELITY**
NATIONAL INSURANCE COMPANY

PO BOX 45126
JACKSONVILLE FL 32232-5126
1-800-849-6140

POLICY NUMBER
NP6014557
HOMEOWNERS 3 SPECIAL FORM
Client ID   000000533133

**SUMMARY OF**
**RENEWAL COVERAGES OFFERED**

AMEND OFFER

THIS POLICY EXPIRES ON 04/27/2008
YOUR POLICY WILL LAPSE IF PAYMENT IS
NOT MADE BY 04/26/2008

INSURED

1043PAT WISEMAN
117 OVERLOOK POINT
YORKTOWN VA 23693

AGENT

HERBERT-LEE INSURANCE AGCY INC
PO BOX 569
SEAFORD VA  23696
(757) 890-8001

EFFECTIVE    04/27/2008  TO    04/27/2009
LOCATION OF RESIDENCE PREMISES    117 OVERLOOK POINT  YORKTOWN VA 23693
EFFECTIVE TIME IS 12:01 A.M. STANDARD TIME AT YOUR RESIDENCE

## SECTION I
## PROPERTY COVERAGES

| COVERAGE A DWELLING | COVERAGE B OTHER STRUCTURES | COVERAGE C PERSONAL PROPERTY | COVERAGE D LOSS OF USE | DEDUCTIBLE $ 500 |
|---|---|---|---|---|
| $ 400,000 | $ 40,000 | $ 300,000 | $ 160,000 | WIND/HAIL 2% |

### SECTION II LIABILITY COVERAGES

| COVERAGE E - PERSONAL LIABILITY EACH OCCURRENCE | COVERAGE F - MED PAY TO OTHERS EACH PERSON/$25,000 EACH OCCURRENCE |
|---|---|
| $ 100,000 | $ 1,000 |

| | LIMIT OR INCREASE LIMIT | PREMIUM/CREDIT |
|---|---|---|
| WINDSTORM/HAIL PERCENTAGE DED | | |
| ORDINANCE/LAW COV | | INCLUDED |
| COV A-50% EXTENDED REPLACEMENT | | |
| INSURANCE BUREAU SCORE | | $1013.00 |
| POLICY FEE | | $30.00 |

DISCOUNTS:
UTILITIES RATING PLAN 25%

LOSS SURCHARGE.....$    49.65-

TOTAL POLICY PREMIUM    $ 2264.00

MORTGAGEE(S):
HOMECOMINGS FINANCIAL

LOAN #
0304926330

**SEE REVERSE SIDE FOR POLICY FORMS AND ENDORSEMENTS**

| FAMILIES/ APARTMENTS | YEAR OF CONSTR | CONSTR | P/G O/G | TERR | FT HYDRANT | MILES F. DEPT | FIRE DISTRICT |
|---|---|---|---|---|---|---|---|
| 001 | 2006 | BRICK VENEER | 09 ** | 220 | 999 | 4 | |
| I1515H (08-03) | | AGENT | VA | 04/07/2008 | P37 008 IND6078 | | COPY 2  OF 2 |

10430000000000145570809 9    00000

**Wiseman, Patrick 0004**


**FIDELITY**
NATIONAL INSURANCE COMPANY

PO BOX 45126
JACKSONVILLE FL 32232-5126
1-800-849-6140

POLICY NUMBER
NP6014557
HOMEOWNERS 3 SPECIAL FORM
Client ID   000000533133

RENEWAL

**COVERAGE
DECLARATION**

EFFECTIVE DATE 04/27/2007
EXPIRATION DATE 04/27/2008

INSURED

805 PAT WISEMAN
117 OVERLOOK POINT
YORKTOWN VA 23693

AGENT

HERBERT-LEE INSURANCE AGCY INC
PO BOX 569
SEAFORD VA  23696
(757) 890-8001

LOCATION OF RESIDENCE PREMISES   117 OVERLOOK POINT  YORKTOWN VA 23693
EFFECTIVE TIME IS 12:01 A.M. STANDARD TIME AT YOUR RESIDENCE

SECTION I
PROPERTY COVERAGES

| COVERAGE A DWELLING | COVERAGE B OTHER STRUCTURES | COVERAGE C PERSONAL PROPERTY | COVERAGE D LOSS OF USE | DEDUCTIBLE |
|---|---|---|---|---|
| $ 400,000 | $ 40,000 | $ 300,000 | $ 160,000 | $ 500 WIND/HAIL 2% |

SECTION II LIABILITY COVERAGES

| COVERAGE E - PERSONAL LIABILITY EACH OCCURRENCE | COVERAGE F - MED PAY TO OTHERS EACH PERSON/$25,000 EACH OCCURRENCE |
|---|---|
| $ 100,000 | $ 1,000 |

| | LIMIT OR INCREASE LIMIT | PREMIUM/CREDIT |
|---|---|---|
| COVERAGE A - DWELLING | $400,000 | $895.00 |
| COVERAGE B - OTHER STRUCTURES | $40,000 | |
| COVERAGE C - PERSONAL PROPERTY | $300,000 | |
| COVERAGE D - LOSS OF USE | $160,000 | |
| COV E - PERSONAL LIABILITY | $100,000 | |
| COV F - MED PAY TO OTHERS | $1,000 | |
| HOME ALERT PROTECTION | | $24.00- |
| LOSS SETTLEMENT-PERSONAL PROP | | $63.00 |
| BACKUP SEWERS/DRAINS-$250 DED | | $50.00 |
| DISCOUNTS: | | |
| UTILITIES RATING PLAN 25% | | |

LOSS SURCHARGE.....$      39.25-

TOTAL POLICY PREMIUM    $ 1358.00

MORTGAGEE(S):
HOMECOMINGS FINANCIAL

LOAN #
0304926330

SEE REVERSE SIDE FOR POLICY FORMS AND ENDORSEMENTS

| FAMILIES/ APARTMENTS | YEAR OF CONSTR | CONSTR | P/G O/G | TERR | FT HYDRANT | MILES F. DEPT | FIRE DISTRICT |
|---|---|---|---|---|---|---|---|
| 001 | 2006 | BRICK VENEER | 09 ** | 122 | 999 | 4 | |

I1515H (08-03)              AGENT              VA   04/10/2007   P37 008 IND6078          COPY 1 OF 2

080500000000001455707101          0000F

**Wiseman, Patrick 0005**



**FIDELITY**
NATIONAL INSURANCE COMPANY

PO BOX 45126
JACKSONVILLE FL 32232-5126
1-800-849-6140

SUMMARY OF
RENEWAL COVERAGES OFFERED

**AMEND OFFER**

POLICY NUMBER
NP6014557
HOMEOWNERS 3 SPECIAL FORM
Client ID    000000533133

THIS POLICY EXPIRES ON 04/27/2008
YOUR POLICY WILL LAPSE IF PAYMENT IS
NOT MADE BY 04/26/2008

**INSURED**

1043PAT WISEMAN
117 OVERLOOK POINT
YORKTOWN VA 23693

**AGENT**

HERBERT-LEE INSURANCE AGCY INC
PO BOX 569
SEAFORD VA 23696
(757) 890-8001

EFFECTIVE    04/27/2008  TO    04/27/2009
LOCATION OF RESIDENCE PREMISES       117 OVERLOOK POINT  YORKTOWN VA 23693
EFFECTIVE TIME IS 12:01 A.M. STANDARD TIME AT YOUR RESIDENCE

SECTION I
PROPERTY COVERAGES

| COVERAGE A DWELLING $ 400,000 | COVERAGE B OTHER STRUCTURES $ 40,000 | COVERAGE C PERSONAL PROPERTY $ 300,000 | COVERAGE D LOSS OF USE $ 160,000 | DEDUCTIBLE $ 500 WIND/HAIL 2% |
|---|---|---|---|---|

SECTION II LIABILITY COVERAGES

| COVERAGE E - PERSONAL LIABILITY $ 100,000     EACH OCCURRENCE | COVERAGE F - MED PAY TO OTHERS $ 1,000     EACH PERSON/$25,000 EACH OCCURRENCE |
|---|---|

| | LIMIT OR INCREASE LIMIT | PREMIUM/CREDIT |
|---|---|---|
| COVERAGE A - DWELLING | $400,000 | $1122.00 |
| COVERAGE B - OTHER STRUCTURES | $40,000 | |
| COVERAGE C - PERSONAL PROPERTY | $300,000 | |
| COVERAGE D - LOSS OF USE | $160,000 | |
| COV E - PERSONAL LIABILITY | $100,000 | |
| COV F - MED PAY TO OTHERS | $1,000 | |
| HOME ALERT PROTECTION | | $30.00- |
| LOSS SETTLEMENT-PERSONAL PROP | | $79.00 |
| BACKUP SEWERS/DRAINS-$250 DED | | $50.00 |
| DISCOUNTS: | | |
| UTILITIES RATING PLAN 25% | | |

LOSS SURCHARGE.....$    49.65-

| | TOTAL POLICY PREMIUM    $ 2264.00 |
|---|---|

MORTGAGEE(S):
HOMECOMINGS FINANCIAL

LOAN #
0304926330

SEE REVERSE SIDE FOR POLICY FORMS AND ENDORSEMENTS

| FAMILIES/ APARTMENTS 001 | YEAR OF CONSTR 2006 | CONSTR BRICK VENEER | P/G O/G ** 09 | TERR 220 | FT HYDRANT 999 | MILES F. DEPT 4 | FIRE DISTRICT |
|---|---|---|---|---|---|---|---|
| 11515H (08-03) | AGENT | | VA | 04/07/2008 | P37 008 IND6078 | | COPY 1 OF 2 |

10430000000000145570809 9                    00000

**Wiseman, Patrick 0006**



**FIDELITY**
NATIONAL INSURANCE COMPANY

PO BOX 45126
JACKSONVILLE FL 32232-5126
1-800-849-6140

POLICY NUMBER
NP6014537
HOMEOWNERS 3 SPECIAL FORM
Client ID   000000533133

RENEWAL

COVERAGE
DECLARATION

EFFECTIVE DATE 04/27/2007
EXPIRATION DATE 04/27/2008

INSURED

805 PAT WISEMAN
117 OVERLOOK POINT
YORKTOWN VA 23693

AGENT
HERBERT-LEE INSURANCE AGCY INC
PO BOX 569
SEAFORD VA 23696
(757) 890-8001

LOCATION OF RESIDENCE PREMISES   117 OVERLOOK POINT YORKTOWN VA 23693
EFFECTIVE TIME IS 12:01 A.M. STANDARD TIME AT YOUR RESIDENCE

SECTION I
PROPERTY COVERAGES

| COVERAGE A DWELLING | COVERAGE B OTHER STRUCTURES | COVERAGE C PERSONAL PROPERTY | COVERAGE D LOSS OF USE | DEDUCTIBLE |
|---|---|---|---|---|
| $ 400,000 | $ 40,000 | $ 300,000 | $ 160,000 | $ 500 WIND/HAIL 2% |

SECTION II LIABILITY COVERAGES

| COVERAGE E - PERSONAL LIABILITY EACH OCCURRENCE | COVERAGE F - MED PAY TO OTHERS EACH PERSON/$25,000 EACH OCCURRENCE |
|---|---|
| $ 100,000 | $ 1,000 |

| | LIMIT OR INCREASE LIMIT | PREMIUM/CREDIT |
|---|---|---|
| WINDSTORM/HAIL PERCENTAGE DED | | |
| ORDINANCE/LAW COV | | INCLUDED |
| COV A-50% EXTENDED REPLACEMENT | | |
| INSURANCE BUREAU SCORE | | $344.00 |
| POLICY FEE | | $30.00 |

DISCOUNTS:
UTILITIES RATING PLAN 25%

LOSS SURCHARGE.....$   39.25-

| | TOTAL POLICY PREMIUM | $ 1358.00 |
|---|---|---|

MORTGAGEE(S):
HOMECOMINGS FINANCIAL

LOAN #
0304926330

SEE REVERSE SIDE FOR POLICY FORMS AND ENDORSEMENTS

| FAMILIES/ APARTMENTS | YEAR OF CONSTR | CONSTR | P/G ** | O/G | TERR | FT HYDRANT | MILES F. DEPT | FIRE DISTRICT |
|---|---|---|---|---|---|---|---|---|
| 001 | 2006 | BRICK VENEER | 09 | | 122 | 999 | 4 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 11515H (08-03) | | AGENT | | VA | 04/10/2007 | P37 008 IND6078 | COPY 2 OF 2 | |

0805000000000001455707101      0000F

**Wiseman, Patrick 0007**





Wiseman, Patrick 0009