# Exhibit 1

Confidential - Subject to Further Confidentiality Review

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| _____ | § | MDL NO. 2047 |
| IN RE: | § | |
| CHINESE-MANUFACTURED | § | SECTION: L |
| DRYWALL PRODUCTS LIABILITY | § | |
| LITIGATION | § | |
| | § | JUDGE FALLON |
| _____ | § | |
| | § | |
| THIS DOCUMENT RELATES TO | § | |
| ALL ACTIONS | § | MAG. JUDGE |
| | § | WILKINSON |
| _____ | § | |

MONDAY, MAY 16, 2011

- CONFIDENTIAL -

SUBJECT TO FURTHER CONFIDENTIALITY REVIEW

Videotaped deposition of RONALD E. WRIGHT, PE, held at the offices of HERMAN HERMAN KATZ & COTLAR, 820 O'Keefe Avenue, New Orleans, Louisiana, commencing at 9:03 a.m., on the above date, before Lori Cobb, Certified Court Reporter (LA), Registered Professional Reporter, Certified LiveNote Reporter.

- - -

GOLKOW TECHNOLOGIES, INC.

ph 877.370.3377 | fax 917.591.5672

deps@golkow.com

```
 1        Q     That was your estimate?
 2        A     Yes.
 3        Q     Have you been able to identify with any
 4   greater specificity than more than a thousand
 5   eligible class members?
 6        A     No, I have not.
 7        Q     Do you think you will based on the
 8   documents you have available to you ever be able
 9   to come up with greater specificity than more than
10   a thousand?
11        A     I believe so, yes.
12        Q     How?
13        A     With the actual shipping records that
14   were shown to an installer or a site that you
15   would be able to at least get a count of how many
16   that would be.
17        Q     Okay.
18              In the 8 months since you prepared this
19   initial declaration, you haven't undertaken to
20   achieve that greater level of specificity?
21        A     No, I have not.
22        Q     Let's return for a moment to what we
23   have marked as Exhibit #2, paragraph 7, which is
24   your summary paragraph.  You state:  Relying on
```

Confidential - Subject to Further Confidentiality Review

 1   the data and methodologies reviewed above, I will
 2   be able to estimate damages for members of the
 3   proposed class for remediation, post-remediation
 4   inspection and certification, alternative living
 5   cost, loss of use and enjoyment and personal
 6   property losses.  Period, unquote.
 7           That's your opinion?
 8       A   Yes.
 9       Q   You've retracted today the ability to
10   determine on a class basis the loss of enjoyment;
11   correct?
12       MR. LEWIS:
13           Object to legal characterization.
14           Please answer to the best of your
15       ability.
16       THE WITNESS:
17       A   That is one that would be dependent upon
18   each person, so it would not been a classwide
19   cost.  It would be able to be pinpointed towards
20   the individual person, but I believe it's
21   something that you, again, could, through
22   statistical analysis come up with what the average
23   cost would be anticipated for that.
24