UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Germano v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 09-6687 (E.D. La.);<br><br>*Gross v. Knauf Gips, KG*, Case No. 09-6690 (E.D. La.);<br><br>*Wiltz v. Beijing New Building Materials Public Limited Co.,* Case No. 10-361 (E.D. La.);<br><br>*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 11-1672 (E.D. La.);<br><br>*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 11-1395 (E.D. La.); and<br><br>*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 11-1673 (E.D. La.). | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**TAISHAN'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO EXCLUDE AFFIDAVIT OF PLAINTIFFS' WITHDRAWN DESIGNATED EXPERT RONALD E. WRIGHT, P.E.**

## ARGUMENT

Plaintiffs have withdrawn the previously designated expert upon whose affidavit they based their Motion for Assessment of Class Damages, Ronald E. Wright. [Dkt. No. 18086; 18086-3]. They now have designated a different expert, George Inglis, to offer different testimony. April 15, 2015 Meunier Email to the Court and Counsel, attached as **Exhibit 1**. Plaintiffs will not produce Mr. Wright for deposition, and are no longer relying on his opinions.

The Court warned the parties that witnesses who "aren't made available for depositions . . . can't testify." Transcript of April 24, 2015 Telephone Status Conference at 6:6-7, attached as **Exhibit 2**. Exclusion is proper when defendants are "unable to depose [a witness] before trial." *Positive Black Talk, Inc. v. Cash Money Records, Inc.*, 394 F.3d 357, 378 (5th Cir. 2004), *copyright holding abrogated by Reed Elsevier, Inc. v. Muchik*, 559 U.S. 154 (2010).

Mr. Wright is out of this case and Taishan has no means to explore and cross-examine the basis for his Affidavit. Accordingly, the Court should strike it and preclude the Plaintiffs from relying on it in any way.

## CONCLUSION

For the reasons set forth above, Taishan respectfully requests that the Court strike the Affidavit of Ronald E. Wright, P.E.

Dated: May 8, 2015

Respectfully submitted,

/s Michael P. Kenny
Bernard Taylor, Esq.
  Georgia Bar No. 669625
Michael P. Kenny, Esq.
  Georgia Bar No. 415064
Christy Hull Eikhoff, Esq.

  Georgia Bar No. 242539
David Venderbush, Esq.
  New York Bar No. 2920817
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
mike.kenny@alston.com
bernard.taylor@alston.com
christy.eikhoff@alston.com
david.venderbush@alston.com
*Counsel for Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd.*

Alan Dean Weinberger
  LA Bar No. 13331
HANGARTNER, RYDBERG & TERRELL, LLC
One Shell Square
701 Poydras St., Suite 310
New Orleans, Louisiana  70179
Phone:  (504) 434-6815
Fax: (504) 522-5689
aweinberger@hanrylaw.com
*Local Counsel for Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **MEMORANDUM OF LAW IN SUPPORT OF THE MOTION TO EXCLUDE AFFIDAVIT OF PLAINTIFFS' DESIGNATED EXPERT RONALD E. WRIGHT, P.E.** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 8th day of May, 2015.

 /s Michael P. Kenny
Michael P. Kenny, Esq.
Georgia Bar No. 415064
ALSTON & BIRD LLP
1201 West Peachtree Street NW
Atlanta, Georgia 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
mike.kenny@alston.com
*Counsel for Taishan*