# EXHIBIT 1

**From:** "Gerald E. Meunier" <gmeunier@gainsben.com>
**Date:** April 15, 2015 at 4:30:59 PM EDT
**To:** "Duncan_Fulton@laed.uscourts.gov" <Duncan_Fulton@laed.uscourts.gov>
**Cc:** Lenny Davis <LDAVIS@hhklawfirm.com>, Russ Herman <RHERMAN@hhklawfirm.com>, Christopher Seeger <cseeger@seegerweiss.com>, Fred Longer <FLonger@lfsblaw.com>, Arnold Levin <ALevin@lfsblaw.com>, Sandy Duggan <sduggan@lfsblaw.com>, Matthew Gaughan <MGaughan@lfsblaw.com>, "'bernard.taylor@alston.com'" <'bernard.taylor@alston.com'>, "'michael.kenny@alston.com'" <'michael.kenny@alston.com'>, "'mike.moore@dentons.com'" <'mike.moore@dentons.com'>, "'michael.barr@dentons.com'" <'michael.barr@dentons.com'>, "Vejnoska, Christopher" <cvejnoska@orrick.com>, "'Christy.Eikhoff@alston.com'" <Christy.Eikhoff@alston.com>, "'Stengel, James L.'" <jstengel@orrick.com>, "Venderbush, David" <David.Venderbush@alston.com>, Anthony Irpino <airpino@irpinolaw.com>, Pearl Robertson <probertson@irpinolaw.com>, "Rachel Sternlieb" <RSternlieb@gainsben.com>, "lflemming@hhklawfirm.com" <lflemming@hhklawfirm.com>, Kate Robinson <krobinson@hhklawfirm.com>
**Subject: Chinese Drywall - Ron Wright**

Duncan,

The PSC expert for the April 28 class damages trial, Ron Wright, has just advised that he cannot continue serving due to a serious development involving his wife's health.  Please see below Mr. Wright's e-mail from last evening.

The PSC proposes to substitute for Mr. Wright another licensed professional engineer in his firm, George Inglis, who has worked closely with Mr. Wright in this matter.  Mr. Inglis has confirmed that he is prepared to render a revised expert report by this Friday, April 17 (which Mr. Wright had agreed to do), and also is available to be deposed next Tuesday, April 21 (when the defendants had agreed that they would depose Mr. Wright).  Mr. Inglis' CV is attached.

Counsel of record for defendants are copied on this e-mail, and we understand that the Court probably will wish to discuss this matter with the parties.  We are prepared to do so at the earliest convenient time.

Sincerely,
Jerry Meunier