# EXHIBIT 2

```
1                    UNITED STATES DISTRICT COURT

2                    EASTERN DISTRICT OF LOUISIANA

3

4    IN RE:  CHINESE-MANUFACTURED   *      Docket 09-MD-2047
             DRYWALL PRODUCTS        *
5            LIABILITY LITIGATION    *      Section L
                                     *
6                                    *      New Orleans, Louisiana
                                     *
7    Relates to:  All Cases          *      April 24, 2015
     * * * * * * * * * * * * * * * *

8

9
                    TELEPHONE STATUS CONFERENCE BEFORE
10                    THE HONORABLE ELDON E. FALLON
                      UNITED STATES DISTRICT JUDGE
11

12

13   Appearances:

14   For the Plaintiffs:        Herman Herman & Katz, LLC
                                BY:  RUSS M. HERMAN, ESQ.
15                                   LEONARD A. DAVIS, ESQ
                                     MADELYN M. O'BRIEN, ESQ.
16                              820 O'Keefe Avenue
                                New Orleans, Louisiana 70113
17

18   For the Plaintiffs:        Levin Fishbein Sedran & Berman
                                BY:  ARNOLD LEVIN, ESQ.
19                                   FRED S. LONGER, ESQ.
                                     SANDRA L. DUGGAN, ESQ.
20                              510 Walnut Street, Suite 500
                                Philadelphia, Pennsylvania 19106
21

22   For the Plaintiffs:        Gainsburgh Benjamin David
                                  Meunier & Warshauer, LLC
23                              BY:  GERALD E. MEUNIER, ESQ.
                                1100 Poydras Street, Suite 2800
24                              New Orleans, Louisiana 70163

25
```

1    Appearances:

2

3    For Knauf:                    Baker Donelson Bearman
                                      Caldwell & Berkowitz, PC
                                   BY:  KERRY J. MILLER, ESQ.
4                                  201 St. Charles Avenue, Suite 3600
                                   New Orleans, Louisiana 70170
5

6    For Taishan:                  Alston & Bird, LLP
                                   BY:  BERNARD TAYLOR SR., ESQ.
7                                        MICHAEL P. KENNY, ESQ.
                                         CHRISTINA HULL EIKHOFF, ESQ.
8                                  1201 West Peachtree Street
                                   Atlanta, Georgia 30309
9

10   For CNBM:                     Orrick Herrington & Sutcliffe, LLP
                                   BY:  CHRISTOPHER VEJNOSKA, ESQ.
11                                       ERIC M. HAIRSTON, ESQ.
                                         ANDREW K. DAVIDSON, ESQ.
12                                 405 Howard Street
                                   San Francisco, California 94105
13

14   For CNBM:                     Gordon Arata McCollam Duplantis
                                      & Eagan, LLC
15                                 BY:  DONNA PHILLIPS CURRAULT, ESQ.
                                   201 St. Charles Avenue, 40th Floor
16                                 New Orleans, Louisiana 70170

17

18   For BNBM:                     Dentons US, LLP
                                   BY:  RICHARD L. FENTON, ESQ.
                                   233 South Wacker Drive, Suite 7800
19                                 Chicago, Illinois 60606

20

21   For BNBM:                     Dentons US, LLP
                                   BY:  C. MICHAEL MOORE, ESQ.
                                   2000 McKinney Avenue, Suite 1900
22                                 Dallas, Texas 75201

23

24   For BNBM:                     Phelps Dunbar, LLP
                                   BY:  HARRY ROSENBERG, ESQ.
                                   365 Canal Street, Suite 2000
25                                 New Orleans, Louisiana 70130

```
 1   Official Court Reporter:        Toni Doyle Tusa, CCR, FCRR
                                     500 Poydras Street, B-275
 2                                   New Orleans, Louisiana 70130
                                     (504) 589-7778
 3

 4

 5   Proceedings recorded by mechanical stenography using
     computer-aided transcription software.
 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

<u>**PROCEEDINGS**</u>

**(April 24, 2015)**

**THE COURT:**  Hello.  This is Judge Fallon.  Who is on the line for the plaintiffs?

**MR. LEVIN:**  Good morning, Your Honor.  It's Arnold Levin.  Russ is on the line.  Lenny is on the line.  Madelyn O'Brien is on the line from Russ' office.  Sandy Duggan and Fred Longer are on the line from my office, sir.

**MR. MEUNIER:**  Jerry Meunier as well.

**THE COURT:**  How about Knauf?  Anyone for Knauf?

**MR. MILLER:**  Judge Fallon, good morning.  It's Kerry Miller for Knauf.

**THE COURT:**  For Taishan?

**MR. TAYLOR:**  For Taishan, Your Honor, good morning, and it's Bernard Taylor, Mike Kenny, and Christy Eikhoff.

**THE COURT:**  For CNBM?

**MR. VEJNOSKA:**  Good morning, Your Honor. Chris Vejnoska with Eric Hairston and Andrew Davidson.

**MS. CURRAULT:**  And Donna Currault.

**THE COURT:**  For BNBM?

**MR. FENTON:**  Good morning, Judge.  It's Rick Fenton. My partner, Mike Moore, is on the line and Harry Rosenberg is on the line.

**MR. ROSENBERG:**  Good morning, Judge.

**THE COURT:**  Good morning.  Anybody for Orient

09:31  1    International?  Okay.  Is that it?  Everybody on?
09:31  2            Folks, the reason for the call is that I wanted
09:31  3    to find out what's happening with the discovery.  As I
09:32  4    mentioned the last time we were together at the hearing, I see
09:32  5    that there's really two tracks that I would like to go on at
09:32  6    the same time.  One track is the contempt track and the other
09:32  7    track is the damage track.
09:32  8            With the contempt track, as we know, I held
09:32  9    Taishan and its affiliates in contempt on July 17, 2014.  With
09:32  10   the contempt order, I provided among other things that they and
09:32  11   their affiliates were to forfeit 25 percent of their earnings
09:32  12   during the time they were in contempt.
09:32  13           Taishan has now paid the judgment.  They have
09:32  14   paid the attorney's fees.  They have paid the court costs.  So
09:32  15   the contempt part, that part, they have satisfied.  The part
09:33  16   that has not been satisfied is whether or not either they or
09:33  17   their associates have done business in the United States from
09:33  18   July 17 to the time that the judgments were paid.
09:33  19           I don't know who the associates are, who the
09:33  20   affiliates are, and I don't know whether or not they have done
09:33  21   business.  The plaintiffs apparently don't know that.  So there
09:33  22   ought to be some discovery on that area, who the affiliates
09:33  23   are, whether or not they have done business in the
09:33  24   United States.
09:33  25           At the same time, we have a damage hearing set

09:33   1   for June 9.  Some discovery probably needs to be done at that
09:33   2   time.  With regard to the June 9 part, any witness either party
09:34   3   plans to call at the damage hearing must be made available for
09:34   4   depositions.  All the depositions, from any witness that
09:34   5   anybody plans to put on, must be taken no later than 14 days
09:34   6   prior to the hearing.  That's May 26.  If they aren't made
09:34   7   available for depositions, then they can't testify at the
09:34   8   hearing.

09:34   9               Any document to be used at the hearing must be
09:34   10  exchanged no later than 18 days before the hearing.  If that's
09:34   11  not done, then clearly they are not going to be used.  The list
09:34   12  of witnesses to be used and documents to be used at the hearing
09:34   13  must be produced 21 days before the hearing or at least May 19.

09:34   14              Now, because it's going so fast, I suggest that
09:34   15  you all don't wait till the last moment to give everybody the
09:35   16  documents.  Get them on a rolling basis, which brings me to
09:35   17  today's hearing.  Apparently it's been slowed down particularly
09:35   18  from the standpoint of the contempt area.  I received yesterday
09:35   19  and even today some motions from the plaintiffs indicating that
09:35   20  they met and conferred and that the documents are not
09:35   21  forthcoming.

09:35   22              Bernard, let me hear from you on that.
09:35   23          MR. TAYLOR:  Yes.  Thank you, Your Honor.  We
09:35   24  appreciate the opportunity to discuss this matter because, you
09:35   25  know, it's our view that we really do want to make sure the

discovery gets to the plaintiffs to deal with the issue of the contempt and the potential affiliates and whether or not they were doing business in the US between July 17, 2014, to the date when the judgment was paid, which we think was March 8 or 9.

In trying to do that, Your Honor, it's become a moving target.  We have received requests that have been really overly broad, requests like all communications and documents that relate to various categories of requests, requests of lab testing by the company which obviously has nothing to do with this particular issue, a date range of documents going back to 2001, requests for the entire hard drives of multiple witnesses.

We have received, in effect, four different sets of requests, and various of us have spoken with the PSC and tried to get an agreement that, well, let's limit this stuff to this July 17 to March 8 period of time, or March 8 or 9, at least whenever the check was paid.  If that's it, then we can work on focusing upon that and move forward.  And others from the defense side can address this issue, but the response we have received is that, "Well, yeah, that's what we want right now, but we want all the rest of it also," and that makes things kind of difficult.

We have produced a considerable amount of documents.  We have produced those documents for Taishan in

English.  We have spoken with the PSC.  In trying to avoid
duplication of documents and that kind of thing, we have
requested that we would provide them with summaries of the
documents in Chinese and then they could tell us which ones of
those documents they want to have us fully translate.  We are
still working through that process, to be frank, for those that
are hard-copy documents.

                Then we get to the e-discovery that we have been
working on.  Your Honor, you may recall that there was a young
man by the name of Skip Westfall who was involved in helping
with the collection of the Knauf documents.  Actually,
Mr. Westfall came to the Court and explained the protocol for
obtaining those documents.  We knew that Mr. Westfall had been
involved in this activity early on.  He has moved to another
company, Grant Thornton, so we collectively hired Mr. Westfall
to help us with the e-discovery.

                We are making a good bit of progress.  There
were some technical difficulties that we are dealing with.  As
a result of those technical difficulties, documents that were
sent over here were corrupted and there needed to be a
recomputerization of those documents and documents sent back to
us.  So the documents are coming to us now, and it's our goal
either this weekend -- let me back up.

                The documents, we think, will get to us either
over the weekend or early next week.  Then we will be able to

1   review the documents, analyze the documents, and begin making a

2   rolling production of the e-discovery to the PSC.

3          **THE COURT:**  Let me hear from the PSC.

4          **MR. LEVIN:**  Your Honor, this is Arnold Levin.  Russ

5   will speak to the greater requests.

6          On Monday of last week, with regard to the

7   affiliates doing business, maybe I wouldn't characterize it as

8   feeling Bernie's pain, but I filed a statement regarding

9   outstanding expedited discovery requests; not to the exclusion

10   of everything that we have done before, which we think is

11   relevant, but just to focus in and hone in on the affiliates

12   that are doing business during the period of contempt.

13          So far the first document production that we got

14   that listed affiliates doing business were four companies that

15   BNBM did business with.  We got them about a week ago and we

16   filed our discovery request against them yesterday.

17          Everything that we have done with regard to this

18   we have done on our own.  Aside from BNBM, who gave us four

19   transactions, we have nothing from any defendant.  My four-page

20   request would have given us what we need to apprise the Court

21   of what we perceive to be the violations of the contempt order.

22          We seem to know more about what their affiliates

23   are doing than they know if they are not giving us what we

24   want.  Last Monday, I thought I spelled out very clearly in a

25   very abbreviated form with bullet points, maybe five or six or

1   seven bullet points, what we need for each affiliate.  This is

2   the type of information that we need on an expedited basis.

3           With regard to the alter ego situation and any

4   of the other situations with regard to document production,

5   I'll let Russ handle that, sir.

6           **THE COURT:**  All right.

7           **MR. HERMAN:**  Your Honor, may it please the Court and

8   gentlemen, I have a substantial disagreement of understanding

9   of the Taishan position.

10          We served a second set of discovery some time

11  ago and documents and narrowed it.  As Your Honor will recall,

12  Mr. Peng disappeared from Taishan.  We don't know where he is.

13  They haven't provided this information.  Mr. Jia, the chairman,

14  has a heart problem, which we understand, and they said they

15  would produce Mr. Gang -- I'll pronounce it Englishly,

16  Che Gang, G-A-N-G -- as their corporate 30(b)(6)

17  representative.

18          We do not have a single document in English, not

19  one, or Chinese from Mr. Gang's custodian file.  We do not have

20  and they have not forwarded Mr. Peng's documents.  We don't

21  have a single document based upon the search they have made

22  since Alston & Bird entered this case and said that they were

23  getting documents.  We do not have Chairman Jia's documents,

24  not one.  They are principals in the entire issue as to notice,

25  damages, relationship to affiliates, etc.  There is no excuse

1    for the nonproduction of these documents.

2             We have received in Chinese only the following

3    documents from Taishan, 115 documents between 2010 and 2015:

4    annual reports, financial statements of wholly owned

5    subsidiaries, multiple loan agreements from various banks, loan

6    agreement lists, shareholder meeting resolutions, AIC

7    registration information, and a 2014 reproduced annual report.

8    Our Chinese lawyer/interpreter is the one that's been faced

9    with interpreting these documents because they were only sent

10    in Chinese.

11             The only documents we received in English came

12    as summary documents for us to look at and that was on

13    April 16.  I looked at them the night of April 16, the morning

14    of April 17, and immediately replied that we could not deal

15    with their summary documents, which essentially were financial

16    reports that did not disclose the information that we were

17    looking for.

18             Now, the critical information -- and I have done

19    this twice -- is, number one, where is Peng's file?  That's why

20    I requested a hard drive because evidently they have not been

21    able to download it or haven't.  I requested Mr. Jia's files.

22    They have not downloaded it; or if they have, we have not

23    received it.  I have requested Mr. Gang, their corporate

24    representative's files.  They have not produced it.  We don't

25    know if they have downloaded it.  That's why I requested hard

drives.  And because there were a host of other individuals which they did not identify but which we identified from documents, I requested that they send us the materials.  I limited the request.  We want to know from 2005 to date all of the transmissions, the BNBM and CNBM and back, to Taishan regarding drywall.  Now, we don't have those.  That's the critical information.  It not only shows affiliates, but it also shows the evidentiary attack that's going to be made on alter ego.

Now, BNBM Group -- and I thank them -- have produced from 2001 to 2015 so far more than 151 documents in both Chinese and in English and continue to produce on a regular basis.  BNBM has produced 274 documents and continue to produce from 2001 to 2015 in English and Chinese.

CNBM Group has produced absolutely nothing.  CNBM has produced 34 documents between July 17, 2014, to present.  Most of these are in Chinese.

Now, I don't understand how BNBM can produce all the documents they have been producing in Chinese and in English -- and we thank them -- but for Taishan, that's been in this case really now for more than six years and we are faced with what we are faced with, to just tell the Court they have been producing documents or somehow it's our fault that they are not producing documents to me is absurd.

I know, Your Honor, at least from an advocate's

1   point of view, when I'm being played.  Most respectfully, I
2   generally get along pretty well with defense counsel.  It's not
3   that they have been unprofessional or it's not that they have
4   been discourteous, and I don't think it's them.  I think it's a
5   contemptuous Taishan which is not cooperating with the lawyers
6   they have chosen to represent them.  That's the only conclusion
7   I can draw because I think Bernard and I know Bernard's group
8   are professional.  I have no reason, absolutely none, to
9   challenge their professionalism, but I will tell you Taishan
10   ought to be held in contempt again.

11          I'm just tired of our group of more than 11
12   firms, outnumbered by thousands of other lawyers in China and
13   the USA, working around the clock to meet deadlines and Taishan
14   still hasn't produced.  To say, "Well, it's too broad," I just
15   narrowed it.  I just narrowed it.  You produce from 2006 to
16   2015 your annual reports in English, your communications to and
17   from the CNBM defendants, the BNBM defendants, and the
18   information back that relates to Taishan Chinese drywall and
19   the other relationships and we can move on.

20          That's not what we are getting.  We are not
21   getting cooperation from Taishan.  I'm tired of being told,
22   "Well, there are a bunch of Chinese interpreters in China that
23   have to review everything."  Well, we have the same problem
24   here.  We have been able to handle it.  I'm tired of being told
25   that Mr. Peng isn't available, he left, they can't find him,

09:49    1    "We don't have his documents."  Mr. Jia, I really do empathize
09:49    2    with his health problems.  He is not involved, but his computer
09:49    3    and his hard drive and his documents are.  Mr. Gang, if you
09:49    4    have chosen him more than two weeks ago to be your 30(b)(6)
09:50    5    representative, where are his documents?
09:50    6            **THE COURT:**  All right.  Okay.
09:50    7            **MR. HERMAN:**  That's what I have to say.
09:50    8            **THE COURT:**  We have to tone down some of the
09:50    9    rhetoric.  I understand everybody is frustrated and it's the
09:50   10    beginning of Jazz Fest and that's tension enough in this
09:50   11    community, but let's focus on the issues.
09:50   12            With regard to the 30(b)(6) depositions, I
09:50   13    understand that dates haven't been picked yet.  What's the
09:50   14    situation there, Bernard?
09:50   15            **MR. TAYLOR:**  Your Honor, we have communicated to the
09:50   16    PSC that our Mr. Che will be available for deposition during
09:50   17    the week of May 18, and we are working on making sure that
09:50   18    happens.  He already has his passport, which he didn't have
09:50   19    before the last time we reported to the Court.
09:50   20            He is working on getting his visa.  We are
09:51   21    hoping that we will have that very quickly so that he can be
09:51   22    here and can be deposed during that week.  It's our
09:51   23    understanding -- and I will let others report, but I understand
09:51   24    that other witnesses from other of the defendants, they are
09:51   25    shooting to have their witnesses here between May 11 through, I

think, May 20.

        THE COURT:  Who else is coming?

        MR. TAYLOR:  I don't know if you wanted me to respond
to counsel's comments about whether or not he narrowed his
request.  We addressed that in our motion for protective order.
We may not want to go over that again.

        THE COURT:  Let's talk, first of all, about the
names.  The dates, as I understand, for the contempt aspect of
the case, the affiliates, and whether or not they have done
business and things of that sort, will take place between
May 11 and May 20.  Is that right?

        MR. VEJNOSKA:  Good morning, Your Honor.  This is
Chris Vejnoska on behalf of CNBM.  That is the plan for our
witnesses.  We are bringing nine witnesses to provide testimony
in 10 depositions.

        THE COURT:  How about the documents, Chris, that they
are going to be using?

        MR. VEJNOSKA:  Well, Your Honor, we are in the same
situation that Mr. Taylor describes.  One short way of saying
this is that we had tens of thousands of documents that were
shipped on a hard drive to the United States last week, at the
end of last week.  They proved to be corrupted.

        We have been told now that for the CNBM
companies that a hard drive should arrive later today in the
United States that contains 12,000 documents on behalf of

CNBM Group -- I'm talking documents, not pages -- 20,000 on behalf of CNBM Company.  They will need to be uploaded and tested to see if these are at this time not corrupted.

We have a team of bilingual lawyers who have been standing by for well over a week now at our expense to review these and to produce these.  I personally have been to China five times since February.  Our teams have been there constantly as well as my firm has offices in China.

We have interviewed dozens of people to find out where documents are.  We have identified dozens if not scores of custodians that we are collecting from and continue to collect from.  We are trying to expedite this as quickly as possible.  We do realize that this is going more slowly than any of us wished.  The plaintiffs want the documents.  We understand that.  You want us to give the documents to the plaintiffs.  Frankly, we don't enjoy having to respond to the questions about where the documents are.

I can only tell you that this is a complicated process.  You need to find lots of people.  You need to find corporate hard drives, their hard drives.  You need to look at their personal e-mails.  Every one of those documents, before we can even touch them, even send them out of China, needs to be reviewed.  We have hired a specialist law firm in China to review all of these documents, every single page, page by page, for state secrets.  I'm gratified to tell Your Honor that very,

1    very few, as it's reported to us, have even triggered that.   I
2    mean, we are talking about literally a handful of documents so
3    far.
4              Now we are trying to get them here to the US,
5    and we will get them reviewed and produced as quickly as
6    possible.   We will continue to do that as we are gathering more
7    documents from other custodians, but at this point we are
8    somewhat at the mercy of computers and things called metadata,
9    which others understand far better than I will confess that I
10   do.   When we get these here and they are in electronic form and
11   then somebody says, "We cannot upload these.   These are not the
12   documents that we collected," the only thing worse, we think,
13   than having to take the grief of not producing something would
14   be having to explain later why it is that documents that were
15   produced now somehow differ from originals or don't contain the
16   information that they should.
17             So we are working as fast as we can, Your Honor,
18   and we are doing everything humanly possible with teams and
19   teams of people constantly in China and here waiting to review
20   documents.   I understand everyone's frustration, but we truly
21   are doing our best.
22             **THE COURT:**   How about CNBM?   What about CNBM?
23             **MR. FENTON:**   I think that was CNBM.
24             **THE COURT:**   What about BNBM?
25             **MR. FENTON:**   Your Honor, as Mr. Herman indicated, we

1   have already made some substantial production of documents,

2   well over 10,000 pages.

3        **THE COURT:**  Who is this?

4        **MR. FENTON:**  This is Rick Fenton.  I'm sorry.

5        **THE COURT:**  Go ahead.

6        **MR. FENTON:**  We are continuing with the production.

7   Our production of the paper files at this point is

8   substantially complete.  There may be a few more documents

9   trickling in, but for the most part we have accomplished that.

10       Unfortunately we are in sort of the same boat

11  with respect to the electronically stored information and did

12  run into the same glitch -- because we are using the same

13  vendor as Taishan and CNBM -- with respect to the corruption of

14  data.

15       I've been advised that that problem has been

16  addressed and we, like the other companies, have people

17  standing by, once these documents are pulled, to review them

18  and get them out the door as soon as possible, but it is a

19  lengthy process.  We are dealing with a substantial number of

20  e-mails and other electronically stored documents.

21       With respect to depositions, Judge, we have

22  identified three witnesses, one from BNBM, PLC, one from

23  BNBM Group, and they are very separate companies, Your Honor.

24  There is no overlapping with the BNBM Group and BNBM, PLC.  We

25  have also identified the chairman of BNBM, PLC we will be

bringing over.

They have all gotten their passports.  We understand that they are set for exit visa interviews on Monday, at which time we will have a better idea of the timetable.  I had advised counsel for the PSC last week that I thought we would have them available mid to late May, and that still looks like a reasonable timetable, although it may be more toward the latter than the former.

**THE COURT:**  The thing that I'm concerned about with the documents is that the plaintiffs have to have documents that they have requested in order to interrogate or question the witnesses.  Without those documents the witnesses are going to have to come back, and I'm trying to avoid that.  So that's why it's important to get the documents in a usable form so that each of you can examine and cross-examine, if necessary, the witnesses.  It just makes sense to me.

This is a 30(b)(6) deposition, so you have got a list of the areas that they want covered and the documents relating to that list so that they can ask questions on it.  That's the whole purpose of it.

**MR. HERMAN:**  Your Honor, I have a record clarification and a *mea~culpa*.  This is Russ Herman.

Mr. Fenton -- and I appreciate the cooperation that BNBM has given us documentwise -- at pages 31 to 33 of the transcript of the last status conference raised an issue about

some business cards of BNBM.  We have now provided under seal
and to defense counsel the Guardian deposition that was taken
in Florida at which those cards were produced during the
deposition of an exclusive agent, Guardian, of Taishan, in
which Taishan was questioned about the sulfur smell in 2006
before they shipped a lot of drywall to the US, and the two
BNBM representatives which they met with in China, that is,
that Guardian did.

          I reread the deposition.  I do not believe at
this point that there was a connection between Taishan's
knowledge of 2006 of defective drywall and BNBM.  The
deposition does not show that, and I wanted to clarify the
record and make that statement.  Mr. Fenton's observation, as
to the cards themselves being related to the document, is
accurate, but for all of the defendants' edification, we have
produced the Guardian deposition and all of the exhibits
attached to it.  They went out attached to our steering
committee's motion for leave to file a surreply brief in
support of a motion to strike Hogan Lovells' designation of
documents.  I did want to correct that.

          THE COURT:  Talk to me about Taishan.  What's the
document situation there, Bernard?  Where are we?

          MR. TAYLOR:  Yes, Your Honor.  Mr. Herman stated his
respect for us, and we have a similar respect for him, so I'm
certain he would want to correct the record and explain to the

1    10:02    Court that Taishan has produced documents in English.

2    10:02             As the Court knows, in regards to Taishan, this

3    10:02    matter has gone on for a period of time, and there were a large

4    10:02    number of documents produced earlier by Hogan Lovells.  Many of

5    10:02    those documents were responsive to the categories of

6    10:02    information requested by the PSC in regards to the requests

7    10:03    that they served at that time.  Like BNBM, they went back to --

8    10:03    I think it went back to 2005 or whatever.  We have produced a

9    10:03    large number of those documents in English.  I'm certain

10   10:03    counsel, if he had thought about that, would have corrected it.

11   10:03    What we did, Your Honor, was identified the Bates numbers of

12   10:03    those documents because we understood counsel already had them.

13   10:03             In regards to the status of our documents,

14   10:03    Your Honor, we have additionally, as the Court knows, produced

15   10:03    the other documents that we are having translated into Chinese,

16   10:03    the ones that the PSC has identified they want us to have.  We

17   10:03    have imaged the hard drives of several of the individuals that

18   10:03    Mr. Herman identified, Chairman Jia, Mr. Che, and several

19   10:03    others.  I think it was about five of six individuals that they

20   10:04    have identified that we have imaged their hard drives.

21   10:04             That's the information that came over and was

22   10:04    corrupted and is being re-sent to us now.  We intend to,

23   10:04    obviously, as soon as we get that information, evaluate it and

24   10:04    produce it for relevancy as quickly as possible.

25   10:04             **THE COURT:**  How about the depositions, Bernard?  Who

1   are you producing?

2          MR. TAYLOR:  Oh, Mr. Che.  Mr. Che.  He will be here

3   and be ready to go.

4              I think one of my counsel is trying to give me a

5   little advice here.  Let me be sure I get that.

6          THE COURT:  Let's make sure the documents that they

7   have requested regarding Mr. Che's deposition are available

8   because that's the whole purpose of the 30(b)(6) deposition is

9   to get some information regarding certain documents and

10  information that he knows or the company knows.  So I don't

11  want to have him have to come back again.

12         MR. TAYLOR:  Exactly.

13         THE COURT:  Let's make sure they have all the

14  material.

15         MR. TAYLOR:  Yes, sir.  It's our understanding,

16  Your Honor, that the testimony the witness will be given will

17  be narrowed in scope to the testimony regarding our affiliates

18  and whether or not we were doing business in the US between

19  July 17, 2014, and the time when we paid the judgment.  That's

20  what we are preparing the witness on.

21         MR. HERMAN:  That is not my understanding of the

22  deposition.  That's a very, very narrow area.  My understanding

23  is that the alter ego situation that BNBM raised and the

24  sovereign immunity that CNBM raised, that those issues relate

25  to the defenses of the June 9 damage hearing and the inquiries

we have as to when they had notice of the litigation and what communications there were among these entities.  None of that material has ever been produced to us.  None of Chairman Jia or Mr. Peng or Mr. Gang's e-mails and correspondence and documents have ever been produced.

I think I'm quite sure that there have been, in the areas of documents that I have listed, no documents received by us in English.  The blanket statement that Taishan in prior litigation produced some documents that we had interpreted in English -- that we had interpreted in English -- is correct, but those are not the documents that we are seeking now.

To limit as you have, Bernard, that's just not my understanding.  I would like to know, and I think we should know on the record, whether BNBM and its group are going to persist in attempting to set aside the default and assert that there is no alter ego and that CNBM and its group is relying on the defense of sovereign immunity in connection with the June 9 hearing.

THE COURT:  I have got two tracks that I told you all about.  The first track, Bernard, you are right, the only thing I want this guy to be talking about is who the affiliates are, whether the affiliates did business in the United States between those particular dates.  That's what it is.

Now, at the same time, we have also a hearing

set in the damage aspect of the case.  My understanding of that hearing, at least at this time, is that that's what we will be dealing with, the damage aspect of the case.

Now, if other issues are raised during that particular time, then I'm going to have to reevaluate the discovery aspect of those matters.  Right now all I'm hearing is the damage aspect of the case.  If you want to find out what the plaintiffs' expert is going to say about the damage aspect of the case, take his deposition.  If you have an expert regarding the damage aspect of the case, they can take the deposition of your expert.  If you are going to raise issues that are outside the damage aspect of the case, that may open a whole new area of discovery for everybody.

I'm not dealing with that at this time.  If it is going to be an issue, then depositions have to be taken regarding what position you're taking and why you're taking it and that the plaintiffs have an opportunity to examine and cross-examine the witnesses who will support that particular position.  Just your saying it is not going to do anything. You are going to have to prove it.  In order to prove it, you have to show documents, you have to show witnesses or produce witnesses, and they have a right to examine the witnesses.

Presently, I'm not at that part.  What I'm at now is the trial of the damage aspect of the case.  Now, when that's packaged and it's issued, you can take another position

1  as to whether or not to appeal whatever -- I don't know how you
2  can appeal certification of the class because it's too late to
3  do that.  The deadline has passed.  You can appeal the damage
4  aspect of the case.  That, I guess, is appealable.  I'm not at
5  this stage where we are opening the whole proceeding up again.

6          I tried my best to get Taishan and BNBM and CNBM
7  involved in the case long before this.  It's been about five or
8  six years.  Almost every time I have done my best to keep them
9  advised of it.  When they walk away from me, I even after that
10 tried to keep them advised of it through their counsel.  They
11 fire their counsel; I don't let their counsel go.  I tell their
12 counsel, "Stay in the case because I want you to continue to
13 advise Taishan, BNBM, CNBM about the information."

14          So notwithstanding that, they let the dates go
15 for appeal, they let the dates go, and then at the last moment,
16 the last minute of the hearing, somebody shows up out of breath
17 saying they have just entered the case and need some additional
18 time.

19          I understand the problem, but somewhere along
20 the line Taishan and CNBM and BNBM have to understand that they
21 have created this problem.  I'm trying to deal with what we
22 have before us.  That's what I see before us.  I see the damage
23 aspect of the case proceeding on June 9.

24          **MR. MEUNIER:**  This is Jerry Meunier.  Just to follow
25 up, Judge, to be clear that the PSC likewise is presupposing

that June 9 is a Rule 55(b) damages hearing for the purpose of entering a monetized judgment in favor of a certified plaintiff class against all defendants which are in default.  We in good faith are proceeding on the assumption that all parties agree that's what June 9 is, it's a Rule 55(b) damages hearing and that the issues are limited accordingly to what Rule 55(b) contemplates, which is damages.

We do have a schedule, Judge, which we have been in discussion with defendants' counsel about, and I think we are in good shape.  We have to tweak it a little bit in light of what you said earlier in this call about some dates by which we have to accomplish things, but I think we will be fine and we will get it all done, again under the good faith assumption that all parties participating agree that this is a Rule 55(b) damages hearing that we are getting ready for and conducting discovery.

MR. LEVIN:  Your Honor, towards that end, with the damage trial, this morning we filed a revised trial plan with the Court so the defendants as well as the Court would know how we intend to proceed, what damages we intend to prove on a class basis, and what damages are individual on the tail later on because they are still part of the MDL.

We are willing to speak with the defendants about that, refine, revise if it makes sense, but so far we are the only ones speaking.  We thought we would get that out.

10:14  1  That was filed early this morning.

10:14  2  　　　　THE COURT:  Yes, I just got it.  Take a look at it,

10:14  3  Bernard and Chris.  Give them some input on it.  It seems to me

10:14  4  that Phase 1 is damage.  The Phase 2, 3, 4, and 5 that they

10:14  5  have deal with a little bit more of what goes into the damage

10:14  6  and whether or not credit is to be given, things of that sort.

10:14  7  　　　　MR. TAYLOR:  Your Honor, thank you.  I'm sorry,

10:14  8  Your Honor.  This is Bernard.  We have a couple of thoughts

10:14  9  about that we would like to raise with the Court now, my

10:14  10  partner, Mike.

10:15  11  　　　　MR. KENNY:  Good morning, Your Honor.  Michael Kenny.

10:15  12  We just received the trial plan this morning.  Based on a

10:15  13  schedule that Jerry and I have been working on -- and we are

10:15  14  close to getting it finalized -- I agree with Jerry that we are

10:15  15  going to have to tweak it some more in light of Your Honor's

10:15  16  deadlines that you ordered about 30 minutes ago.  By May 8 we

10:15  17  will respond to the motion for class damages.  We will also

10:15  18  respond to the trial plan.  To the extent we have any other

10:15  19  papers, we will submit those then.

10:15  20  　　　　THE COURT:  All right.  Okay.  That sounds good.

10:15  21  　　　　I want to keep on top of this.  I would like to

10:15  22  meet again next Thursday at 9:00 Central Standard Time so you

10:15  23  can keep me up to date.  I don't know whether all of you want

10:15  24  to participate or not.  I'll leave it up to you.  I will invite

10:15  25  everybody who wants to participate.  This will be a follow-up.

1   10:16   I want to know what's been happening since the last call, which

2   10:16   is today.

3   10:16       **MR. FENTON:**  Your Honor, this is Rick Fenton for

4   10:16   BNBM.  I would like to just address one of the issues that the

5   10:16   Court raised.

6   10:16       We do intend -- and I have advised plaintiffs'

7   10:16   counsel -- probably within the next week to file on behalf of

8   10:16   both BNBM companies motions to dismiss for lack of personal

9   10:16   jurisdiction as well as a motion to vacate the default.  I

10   10:16   don't think those motions interfere with the two tracks that

11   10:16   Your Honor has identified, namely the contempt or the hearing

12   10:16   on the amount of damages pursuant to the Taishan judgment.

13   10:16       They obviously are going to raise issues about

14   10:16   whether the alter ego findings in the class order are

15   10:16   sustainable and whether there was jurisdiction over BNBM and

16   10:17   BNBM Group to begin with, and I think there are certain facts

17   10:17   that Your Honor may not be aware of that will come out in those

18   10:17   motions.  I did want the Court to be aware those were coming,

19   10:17   but again I don't think those interfere with the two tracks

20   10:17   that we are on right now.

21   10:17       **MR. MEUNIER:**  Judge, this is Jerry.  With all due

22   10:17   respect to Rick, I don't see how BNBM can be a participant in a

23   10:17   series of deadlines and activities predicated on June 9 being a

24   10:17   Rule 55(b) damages trial and at the same time take the position

25   10:17   that there can't be a Rule 55(b) damages trial as to BNBM

10:17 1    because they are entitled to set the default aside.  That's why
10:17 2    you hear Russ saying in some of this discovery do we or do we
10:17 3    not have to get into issues that would otherwise be precluded
10:17 4    if BNBM remained in default.  So I think there is a little bit
10:18 5    of at least a tension and confusion created in the schedule of
10:18 6    events if a participant in a Rule 55(b) damages trial schedule
10:18 7    is saying, "Well, we may not agree that you really can have a
10:18 8    Rule 55(b) damages trial."

10:18 9              MR. FENTON:  Well, as I'm reading Rule 55,
10:18 10   Your Honor, and specifically Rule 55(c), it makes a provision
10:18 11   for the setting aside not only of an entry of default but an
10:18 12   entry of a default judgment.  So even if BNBM, based on the
10:18 13   Court's alter ego findings in the class certification order, is
10:18 14   the subject of a judgment at the damages hearing, the Court can
10:18 15   still make a determination as to whether those findings were
10:18 16   warranted or appropriate.  So I don't see that one is
10:18 17   necessarily interfering with the other, but maybe I'm missing
10:18 18   something.

10:19 19             MR. HERMAN:  I don't understand --
10:19 20             MR. MEUNIER:  We don't read Rule 55 that way.
10:19 21   Rule 55(a), the entry of the default establishes certain
10:19 22   matters which are taken to be established for purposes of a
10:19 23   trial.  If BNBM takes the position those matters are not
10:19 24   established, when do we unpack those matters?  Do we do a
10:19 25   damages trial and say it's binding on BNBM even though later

they may seek to set aside the very thing that was a predicate for the damages trial?

**MR. HERMAN:**  Your Honor, this is Russ.  I want to apologize for my rhetoric, but when I was told after the April 17 conference that BNBM was determined to set aside the default and ego, it changed the context of the discovery that I needed against Taishan to show that BNBM and CNBM have slept on their rights, and the only way to do that is by making a case of notice.  The only way I know to make a case of notice is through their correspondence and e-mails back and forth regarding this lawsuit and their failures to appear even though they were paying attorneys to monitor it.

Now, with all due respect to Mr. Fenton -- and I may be completely wrong in this situation and I say that in advance.  I'm often in error, but I'm not in doubt.  I just don't understand how I can deal with alter ego issues and setting aside default unless I get discovery.  That really is the position I have taken with regard to the Taishan --

**THE COURT:**  I understand the issue.  File what you need to file, Rick.  I will rule on it.  The trial at this point is focused on the damage aspect of the case.  If after my judgment is rendered there is an issue of whether or not you're bound by it, I guess that may or may not be an issue at that point.  I have to think about, if you are taking the position that you shouldn't be in this case, whether you should

10:21   1   participate in this case or not.  You're at the point where you

10:21   2   say, "I want to play.  But if it comes out wrong, then I want

10:21   3   to object to my playing."

10:21   4              In any event, I don't have a motion before me,

10:21   5   so I don't want to speculate or anything.  Just file what you

10:22   6   need to file.  I will talk with you all about it probably next

10:22   7   week on Thursday.

10:22   8              MR. LEVIN:  Your Honor, this is Levin again.  If any

10:22   9   of the defendants have information on the affiliates and they

10:22  10   send the documents to us, we could then look at those documents

10:22  11   and maybe cancel some of the depositions that we have scheduled

10:22  12   against third parties.  Right now the only documents we are

10:22  13   getting is by scheduling depositions against third parties and

10:22  14   traveling around the country and getting those documents.

10:22  15   These defendants have all those documents.  They can save

10:22  16   themselves the trip of flying to Seattle, flying to Buffalo, if

10:22  17   they just produce the documents on an expedited basis.

10:22  18              THE COURT:  Who do you need documents from, which

10:22  19   defendants?

10:22  20              MR. LEVIN:  All of them with regard to the contempt,

10:22  21   the type of information that we have been obtaining through

10:22  22   third-party discovery.  I would be willing to speak with any of

10:22  23   them.  Russ and I will speak with any of them with regard to

10:23  24   any of these issues to help them along.

10:23  25              THE COURT:  Look, let's leave it in this way.  As I

10:23  1    understand, Bernard, you and Mike and Rick are getting together
10:23  2    the documents on a rolling basis.  You expect to get them
10:23  3    tomorrow or the next day or something of that sort.  I don't
10:23  4    have any problem with you all meeting in the event that
10:23  5    short-circuits it, fine, but by next week I expect all of the
10:23  6    documents to have been given so that we can focus on the
10:23  7    depositions at that point.
10:23  8            MR. TAYLOR:  Your Honor, this is Bernard, and I
10:23  9    understand the Court's statement there and, in effect, ruling.
10:23  10   We will continue to monitor the situation, but we want to be
10:23  11   sure that we are being straightforward with the Court and
10:23  12   making sure that we are being fully transparent in regards to
10:23  13   what's happening here.
10:24  14           We are waiting to hear from Grant Thornton what
10:24  15   documents they are able to produce from the hard drives that
10:24  16   are imaged, including Chairman Jia, Mr. Che, and others -- and
10:24  17   this is for Taishan, Your Honor -- and making sure that the
10:24  18   corruption problem doesn't happen again.  Then once we get
10:24  19   those documents, we will be able to determine the timeline on
10:24  20   how long it will take to review them, analyze them, and produce
10:24  21   them.
10:24  22           So if I can make a suggestion to the Court, we
10:24  23   should hear something from Grant Thornton by no later than
10:24  24   Monday.  Based upon what they tell us, we would like to
10:24  25   communicate back to the Court where we are so that the Court

10:24    1    can take that into consideration in regards to our preparation.

10:24    2            THE COURT:  That's fine.  Write me, with a copy to

10:24    3    the defendants, to all of the plaintiffs, telling me what the

10:24    4    situation is.  Meanwhile, I will talk to you all again on

10:25    5    Thursday at 9:00.

10:25    6            (Proceedings adjourned.)

10:25    7                           *  *  *

10:25    8

         9                        __CERTIFICATE__

        10            I, Toni Doyle Tusa, CCR, FCRR, Official Court

        11    Reporter for the United States District Court, Eastern District

        12    of Louisiana, certify that the foregoing is a true and correct

        13    transcript, to the best of my ability and understanding, from

        14    the record of proceedings in the above-entitled matter.

        15

        16

        17                              _s/ Toni Doyle Tusa_
                                        Toni Doyle Tusa, CCR, FCRR
        18                              Official Court Reporter

        19

        20

        21

        22

        23

        24

        25

**0**

09-MD-2047 [1] 1/4

**1**

10 [1] 15/15
10,000 [1] 18/2
11 [3] 13/11 14/25 15/11
1100 [1] 1/23
115 [1] 11/3
12,000 [1] 15/25
1201 [1] 2/8
14 [1] 6/5
151 [1] 12/11
16 [2] 11/13 11/13
17 [8] 5/9 5/18 7/3 7/17 11/14 12/16
 22/19 30/5
18 [2] 6/10 14/17
19 [1] 6/13
1900 [1] 2/21
19106 [1] 1/20

**2**

20 [2] 15/1 15/11
20,000 [1] 16/1
2000 [2] 2/21 2/24
2001 [3] 7/12 12/11 12/14
2005 [2] 12/4 21/8
2006 [3] 13/15 20/5 20/11
201 [2] 2/4 2/15
2010 [1] 11/3
2014 [5] 5/9 7/3 11/7 12/16 22/19
2015 [6] 1/7 4/2 11/3 12/11 12/14 13/16
2047 [1] 1/4
21 days [1] 6/13
233 [1] 2/18
24 [2] 1/7 4/2
25 percent [1] 5/11
26 [1] 6/6
274 [1] 12/13
275 [1] 3/1
2800 [1] 1/23

**3**

30 [5] 10/16 14/4 14/12 19/17 22/8
30 minutes [1] 27/16
30309 [1] 2/8
31 [1] 19/24
33 [1] 19/24
34 [1] 12/16
3600 [1] 2/4
365 [1] 2/24

**4**

405 [1] 2/12
40th [1] 2/15

**5**

500 [2] 1/20 3/1
504 [1] 3/2
510 [1] 1/20
55 [12] 26/1 26/5 26/6 26/14 28/24
 28/25 29/6 29/8 29/9 29/10 29/20 29/21
589-7778 [1] 3/2

**6**

60606 [1] 2/19

**7**

70113 [1] 1/16
70130 [2] 2/25 3/2
70163 [1] 1/24
70170 [2] 2/4 2/16
75201 [1] 2/22

7778 [1] 3/2
7800 [1] 2/18

**8**

820 [1] 1/16

**9**

94105 [1] 2/12
9:00 [1] 33/5
9:00 Central [1] 27/22

**A**

abbreviated [1] 9/25
ability [1] 33/13
able [5] 8/25 11/21 13/24 32/15 32/19
about [31] 4/10 9/15 9/22 15/4 15/7
 15/16 16/17 17/2 17/22 17/22 17/24
 19/9 19/25 20/5 20/21 21/10 21/19
 21/25 23/21 23/22 24/8 25/7 25/13 26/9
 26/11 26/24 27/9 27/16 28/13 30/24
 31/6
above [1] 33/14
above-entitled [1] 33/14
absolutely [2] 12/15 13/8
absurd [1] 12/24
accomplish [1] 26/12
accomplished [1] 18/9
accordingly [2] 26/6
accurate [1] 20/15
activities [1] 28/23
activity [1] 8/14
Actually [1] 8/11
additional [1] 25/17
additionally [1] 21/14
address [2] 6/20 28/4
addressed [2] 15/5 18/16
adjourned [1] 33/6
advance [1] 30/15
advice [1] 22/5
advise [1] 25/13
advised [5] 18/15 19/5 25/9 25/10 28/6
advocate's [1] 12/25
affiliate [1] 10/1
affiliates [16] 5/9 5/11 5/20 5/22 7/2 9/7
 9/11 9/14 9/22 10/25 12/7 15/9 22/17
 23/22 23/23 31/9
after [3] 25/9 30/4 30/21
again [6] 13/10 15/6 22/11 25/5 26/13
 27/22 28/19 31/8 32/18 33/4
against [5] 9/16 26/3 30/7 31/12 31/13
agent [1] 20/4
ago [4] 9/15 10/11 14/4 27/16
agree [4] 26/4 26/14 27/14 29/7
agreement [2] 7/16 11/6
agreements [1] 11/5
ahead [1] 18/5
AIC [1] 11/6
aided [1] 3/5
all [32] 1/7 6/4 6/15 7/8 7/22 10/6 12/4
 12/18 14/6 15/7 16/24 19/2 20/15 20/16
 22/13 23/20 24/6 26/3 26/4 26/13 26/14
 27/20 27/23 28/21 30/13 31/6 31/15
 31/20 32/4 32/5 33/3 33/4
Almost [1] 25/8
along [3] 13/2 25/19 31/24
already [3] 14/18 18/1 21/12
also [5] 7/22 12/8 18/25 23/25 27/17
Alston [2] 2/6 10/22
alter [7] 10/3 12/9 22/23 23/17 28/14
 29/13 30/16
although [1] 19/7
among [2] 5/10 23/2
amount [2] 7/24 28/12

analyze [2] 9/1 32/20
ANDREW [2] 2/14 4/5
annual [3] 11/4 11/7 13/16
another [2] 8/14 24/25
any [13] 6/2 6/4 6/9 9/19 10/3 16/14
 27/18 31/4 31/8 31/22 31/23 31/24 32/4
anybody [2] 4/25 6/5
Anyone [1] 4/10
anything [2] 24/19 31/5
apologize [1] 30/4
apparently [2] 5/21 6/17
appeal [4] 25/1 25/2 25/3 25/15
appealable [1] 25/4
appear [1] 30/11
Appearances [2] 1/12 2/1
appreciate [2] 6/24 19/23
apprise [1] 9/20
appropriate [1] 29/16
April [6] 1/7 4/2 11/13 11/13 11/14 30/5
April 16 [2] 11/13 11/13
April 17 [2] 11/14 30/5
Arata [1] 2/14
are [95]
area [4] 5/22 6/18 22/22 24/13
areas [2] 19/18 23/7
aren't [1] 6/6
ARNOLD [3] 1/18 4/5 9/4
around [2] 13/13 31/14
arrive [1] 15/24
as [42]
aside [5] 9/18 23/16 29/1 29/11 30/1
 30/5 30/17
ask [1] 19/19
aspect [12] 15/8 24/1 24/3 24/6 24/7
 24/8 24/10 24/12 24/24 25/4 25/23
 30/21
assert [1] 23/16
associates [2] 5/17 5/19
assumption [2] 26/4 26/13
at [44]
Atlanta [1] 2/8
attached [2] 20/17 20/17
attack [1] 12/8
attempting [1] 23/16
attorney's [1] 5/14
attorneys [1] 30/12
available [6] 6/3 6/7 13/25 14/16 19/6
 22/7
Avenue [4] 1/16 2/4 2/15 2/21
avoid [2] 8/1 19/13
aware [2] 28/17 28/18
away [1] 25/9

**B**

B-275 [1] 3/1
back [11] 7/11 8/21 8/23 12/5 13/18
 19/13 21/7 21/8 22/11 30/10 32/25
Baker [1] 2/2
banks [1] 11/5
based [4] 10/21 27/12 29/12 32/24
basis [6] 6/16 10/2 12/13 26/21 31/17
 32/2
Bates [1] 21/11
be [53]
Bearman [1] 2/2
because [13] 6/14 6/24 11/9 11/20 12/1
 13/7 18/12 21/12 22/8 25/2 25/12 26/22
 29/1
become [1] 7/6
been [29] 5/16 6/17 7/7 8/8 8/13 11/8
 11/20 12/19 12/20 12/23 13/3 13/4
 13/24 14/13 15/23 16/5 16/6 16/7 18/15
 18/15 23/3 23/5 23/6 25/7 26/8 27/13

## B

been... [3]  28/1 31/21 32/6
before [11]  1/9 6/10 6/13 9/10 14/19
  16/21 20/6 25/7 25/22 25/22 31/4
begin [2]  9/1 28/16
beginning [1]  14/10
behalf [4]  15/13 15/25 16/2 28/7
being [8]  13/1 13/21 13/24 20/14 21/22
  28/23 32/11 32/12
believe [1]  20/9
Benjamin [1]  1/22
Berkowitz [1]  2/3
Berman [1]  1/18
BERNARD [13]  2/6 4/15 6/22 13/7 14/14
  20/22 21/25 23/13 23/21 27/3 27/8 32/1
  32/8
Bernard's [1]  13/7
Bernie's [1]  9/8
best [4]  17/21 25/6 25/8 33/13
better [2]  17/9 19/4
between [8]  7/3 11/3 12/16 14/25 15/10
  20/10 22/18 23/24
bilingual [1]  16/4
binding [1]  29/25
Bird [2]  2/6 10/22
bit [4]  8/17 26/10 27/5 29/4
blanket [1]  23/8
BNBM [39]
BNBM Group [3]  18/23 18/24 28/16
boat [1]  18/10
both [2]  12/12 28/8
bound [1]  30/23
breath [1]  25/16
brief [1]  20/18
bringing [2]  15/14 19/1
brings [1]  6/16
broad [2]  7/8 13/14
Buffalo [1]  31/16
bullet [2]  9/25 10/1
bunch [1]  13/22
business [12]  5/17 5/21 5/23 7/3 9/7
  9/12 9/14 9/15 15/10 20/1 22/18 23/23
but [28]  7/20 7/22 9/8 9/11 12/2 12/7
  12/20 13/9 14/2 14/11 14/23 17/7 17/20
  18/9 18/18 20/15 23/11 25/19 26/12
  26/24 28/19 29/17 30/4 30/15
  31/2 32/5 32/10

## C

Caldwell [1]  2/3
California [1]  2/12
call [4]  5/2 6/3 26/11 28/1
called [1]  17/8
came [3]  8/12 11/1 21/21
can [25]  7/18 7/20 12/18 13/7 13/19
  14/21 14/22 16/18 16/22 17/17 17/15
  19/19 24/10 24/25 25/2 25/3 27/23
  28/22 29/7 29/14 30/16 31/15 32/6
  32/22 33/1
can't [3]  6/7 13/25 28/25
Canal [1]  2/24
cancel [1]  31/11
cannot [1]  7/18
cards [3]  20/1 20/3 20/14
case [20]  10/22 12/21 15/9 24/1 24/3
  24/7 24/9 24/10 24/12 24/24 25/4 25/7
  25/12 25/17 25/23 30/8 30/9 30/21
  30/25 31/1
Cases [1]  1/7
categories [2]  7/9 21/5
CCR [3]  3/1 33/10 33/17
Central [1]  27/22

certain [5]  20/25 21/9 22/9 28/16 29/21
certainly [1]  31/23
certification [2]  25/2 29/13
certified [1]  26/2
certify [1]  33/12
chairman [6]  10/13 10/23 18/25 21/18
  23/3 32/16
challenge [1]  13/9
changed [1]  30/6
characterize [1]  9/7
Charles [2]  2/4 2/15
Che [6]  10/16 14/16 21/18 22/2 22/2
  32/16
Che Gang [1]  10/16
Che's [1]  22/7
check [1]  7/18
Chicago [1]  2/19
China [8]  13/12 13/22 16/7 16/8 16/22
  16/23 17/19 20/7
CHINESE [13]  1/4 8/4 10/19 11/2 11/8
  11/10 12/12 12/14 12/17 12/19 13/18
  13/22 21/15
CHINESE-MANUFACTURED [1]  1/4
chosen [2]  13/6 14/4
Chris [4]  4/18 15/13 15/16 27/3
Chris Vejnoska [1]  4/18
CHRISTINA [1]  2/7
CHRISTOPHER [1]  2/10
Christy [1]  4/15
circuits [1]  32/5
clarification [1]  19/22
clarify [1]  20/12
class [6]  25/2 26/3 26/21 27/17 28/14
  29/13
clear [1]  25/25
clearly [2]  6/11 9/24
clock [1]  13/13
close [1]  27/14
CNBM [21]  2/10 2/14 4/16 12/5 12/15
  12/16 13/17 15/13 15/23 16/1 16/2
  17/22 17/22 17/23 18/13 22/24 23/17
  25/6 25/13 25/20 30/7
CNBM Group [1]  16/1
collect [1]  16/12
collected [1]  17/12
collecting [1]  16/11
collection [1]  8/11
collectively [1]  8/15
come [3]  19/13 22/11 28/17
comes [1]  31/2
coming [3]  8/22 15/2 28/18
comments [1]  15/4
committee's [1]  20/18
communicate [1]  32/25
communicated [1]  14/15
communications [3]  7/8 13/16 23/2
community [1]  14/11
companies [5]  9/14 15/24 18/16 18/23
  28/8
company [4]  7/10 8/15 16/2 22/10
complete [1]  18/8
completely [1]  30/14
complicated [1]  16/18
computer [2]  3/5 14/2
computer-aided [1]  3/5
computers [1]  17/8
concerned [1]  19/9
conclusion [1]  13/6
conducting [1]  26/15
conference [3]  1/9 19/25 30/5
conferred [1]  6/20
confess [1]  17/9
confusion [1]  29/5

connection [2]  20/10 23/18
considerable [1]  7/24
consideration [1]  33/1
constantly [2]  16/8 17/19
contain [1]  17/15
contains [1]  15/25
contemplates [1]  26/7
contempt [14]  5/6 5/8 5/8 5/9 5/10 5/12 5/15
  6/18 7/2 9/12 9/21 13/10 15/8 28/11
  31/20
contemptuous [1]  13/5
context [1]  30/6
continue [6]  12/12 12/13 16/11 17/6
  25/12 32/10
continuing [1]  18/6
cooperating [1]  13/5
cooperation [2]  13/21 19/23
copy [2]  8/7 33/2
corporate [1]  16/8
correct [4]  20/20 20/25 23/11 33/12
corrected [1]  21/10
correspondence [2]  23/4 30/10
corrupted [4]  8/20 15/22 16/3 21/22
corruption [2]  18/13 32/18
costs [1]  5/14
could [3]  8/4 11/4 31/10
counsel [12]  13/2 19/5 20/2 21/10 21/12
  22/4 25/10 25/11 25/11 25/12 26/9 28/7
counsel's [1]  15/4
country [1]  31/14
couple [1]  27/8
court [24]  1/1 3/1 5/14 8/12 9/20 10/7
  12/22 14/19 21/1 21/2 21/14 24/16
  26/19 27/9 28/5 28/18 29/14 32/11
  32/22 32/25 32/25 33/10 33/11 33/18
Court's [2]  29/13 32/9
covered [1]  19/18
created [2]  25/21 29/5
credit [1]  27/6
critical [2]  11/18 12/7
cross [2]  19/15 24/18
cross-examine [2]  19/15 24/18
culpa [1]  19/22
CURRAULT [2]  2/15 4/19
custodian [1]  10/19
custodians [2]  16/11 17/7

## D

Dallas [1]  2/22
damage [17]  5/7 5/25 6/3 22/25 24/1
  24/3 24/7 24/8 24/10 24/12 24/24 25/3
  25/22 26/18 27/4 27/5 30/21
damages [16]  10/25 26/1 26/5 26/7
  26/15 26/20 26/21 27/17 28/12 28/24
  28/25 29/6 29/8 29/14 29/25 30/2
data [1]  18/14
date [4]  7/4 7/11 12/4 27/23
dates [6]  14/13 15/8 23/24 25/14 25/15
  26/11
David [1]  1/22
DAVIDSON [2]  2/11 4/18
DAVIS [1]  1/15
day [1]  32/3
days [3]  6/5 6/10 6/13
deadline [1]  25/3
deadlines [3]  13/13 27/16 28/23
deal [5]  7/1 11/14 25/21 27/5 30/16
dealing [4]  8/18 18/19 24/3 24/14
default [10]  23/16 26/3 28/9 29/1 29/4
  29/11 29/12 29/21 30/6 30/17
defective [1]  20/11
defendant [1]  9/19
defendants [10]  13/17 13/17 14/24 26/3

**D**

defendants... [6] 26/19 26/23 31/9 31/15 31/19 33/3
defendants' [2] 20/15 26/9
defense [4] 7/20 13/2 20/2 23/18
defenses [1] 22/25
Dentons [2] 2/17 2/20
deposed [1] 14/22
deposition [12] 14/16 19/17 20/2 20/4 20/9 20/12 20/16 22/7 22/8 22/22 24/9 24/11
depositions [11] 6/4 6/4 6/7 14/12 15/5 18/21 21/25 24/15 31/11 31/13 32/7
describes [1] 15/19
designation [1] 20/19
determination [1] 29/15
determine [1] 32/19
determined [1] 30/5
did [9] 9/15 11/16 12/2 18/11 20/8 20/20 21/11 23/23 28/18
didn't [1] 14/18
differ [1] 17/15
different [1] 7/14
difficult [1] 7/23
difficulties [2] 8/18 8/19
disagreement [1] 10/8
disappeared [1] 10/12
disclose [1] 11/16
discourteous [1] 13/4
discovery [17] 5/3 5/22 6/1 7/1 8/8 8/16 9/2 9/9 9/16 10/10 24/6 24/13 26/16 29/2 30/6 30/17 31/22
discuss [1] 6/24
discussion [1] 26/9
dismiss [1] 28/8
DISTRICT [5] 1/1 1/2 1/10 33/11 33/11
do [22] 6/25 7/6 7/10 10/18 10/19 10/23 14/1 16/13 17/6 17/10 20/9 24/19 25/3 26/8 28/6 29/2 29/2 29/24 29/24 29/24 30/8 31/18
Docket [1] 1/4
document [7] 6/9 9/13 10/4 10/18 10/21 20/14 20/22
documents [92]
documentwise [1] 19/24
does [1] 20/12
doesn't [1] 32/18
doing [8] 7/3 9/7 9/12 9/14 9/23 17/18 17/21 22/18
don't [28] 5/19 5/20 5/21 6/15 10/12 10/20 11/24 12/6 12/18 13/4 14/1 15/3 16/16 17/15 22/10 25/1 25/11 27/23 28/10 28/19 28/22 29/16 29/19 29/20 30/16 31/4 31/5 32/3
done [12] 5/17 5/20 5/23 6/1 6/11 9/10 9/17 9/18 11/18 15/9 25/8 26/13
Donelson [1] 2/2
DONNA [2] 2/15 4/19
door [1] 18/18
doubt [1] 30/15
down [2] 6/17 14/8
download [1] 11/21
downloaded [1] 11/22 11/25
Doyle [4] 3/1 33/10 33/17 33/17
dozens [2] 16/9 16/10
draw [1] 13/7
drive [3] 2/18 11/20 14/3 15/21 15/24
drives [7] 7/12 12/1 16/20 16/20 21/17 21/20 32/15
drywall [5] 1/4 12/6 13/18 20/6 20/11
due [2] 28/21 30/13
DUGGAN [2] 1/19 4/7
Dunbar [1] 2/23
duplicative [1] 8/2
duplication [1] 8/2
during [6] 5/12 9/12 14/16 14/22 20/3 24/4

**E**

e-discovery [3] 8/8 8/16 9/2
e-mails [4] 16/21 18/20 23/4 30/10
each [2] 10/1 19/15
Eagan [1] 2/14
earlier [2] 21/4 26/11
early [3] 8/14 8/25 27/1
earnings [1] 5/11
EASTERN [2] 1/2 33/11
edification [1] 20/15
effect [2] 7/14 32/9
ego [8] 10/3 12/9 22/23 23/17 28/14 29/13 30/6 30/16
EIKHOFF [2] 2/7 4/15
either [4] 5/16 6/2 8/23 8/24
ELDON [1] 1/10
electronic [1] 17/10
electronically [2] 18/11 18/20
else [1] 15/2
empathize [1] 14/1
end [2] 15/22 26/17
English [8] 8/1 10/18 11/11 12/12 12/14 12/20 13/16 21/1 21/9 23/8 23/10 23/10
Englishly [1] 10/15
enjoy [1] 16/16
enough [1] 14/10
entered [2] 10/22 25/17
entering [1] 26/2
entire [2] 7/12 10/24
entities [1] 23/2
entitled [2] 29/1 33/14
entry [3] 29/11 29/12 29/21
ERIC [2] 2/11 4/18
error [1] 30/15
ESQ [18] 1/14 1/15 1/15 1/18 1/19 1/19 1/23 2/3 2/6 2/7 2/7 2/10 2/11 2/11 2/15 2/18 2/21 2/24
essentially [1] 11/15
established [2] 29/22 29/24
establishes [1] 29/21
etc [1] 10/25
evaluate [1] 21/23
even [8] 6/19 16/22 16/22 17/1 25/9 29/12 29/25 30/11
event [2] 31/4 32/4
events [1] 29/6
ever [2] 23/3 23/5
every [3] 16/21 16/24 25/8
everybody [5] 5/1 6/15 14/9 24/13 27/25
everyone's [1] 17/17
everything [4] 9/10 9/17 13/23 17/18
evidentiary [1] 12/8
evidently [1] 11/20
Exactly [1] 22/12
examine [5] 19/15 19/15 24/17 24/18 24/22
exchanged [1] 6/10
exclusion [1] 9/9
exclusive [1] 20/4
excuse [1] 10/25
exhibits [1] 20/16
exit [1] 19/3
expect [2] 32/2 32/5
expedite [1] 16/12
expedited [3] 9/9 10/2 31/17
expense [1] 16/5
expert [2] 24/8 24/9 24/11
explain [1] 17/4
explained [1] 8/12
extent [1] 27/18

**F**

faced [3] 11/8 12/21 12/22
facts [1] 28/16
failures [1] 30/11
faith [2] 26/4 26/13
FALLON [3] 1/10 4/3 4/11
far [5] 9/13 12/11 17/3 17/9 26/24
fast [2] 6/14 17/17
fault [1] 12/23
favor [1] 26/2
FCRR [3] 3/1 33/10 33/17
February [1] 16/7
feeling [1] 9/8
fees [1] 5/4
FENTON [6] 2/18 4/21 18/4 19/23 28/3 30/13
Fenton's [1] 20/13
Fest [1] 14/10
few [2] 17/1 18/8
file [8] 10/19 11/19 20/18 28/7 30/19 30/20 31/5 31/6
filed [4] 9/8 9/16 26/18 27/1
files [3] 11/21 11/24 18/7
finalized [1] 27/14
financial [2] 11/4 11/15
find [6] 5/3 13/25 16/9 16/19 16/19 24/7
findings [3] 28/14 29/13 29/15
fine [3] 26/12 32/5 33/2
fire [1] 25/11
firm [2] 16/8 16/23
firms [1] 13/12
first [3] 9/13 15/7 23/21
Fishbein [1] 1/18
five [4] 9/25 16/7 21/19 25/7
Floor [1] 2/15
Florida [1] 20/3
flying [2] 31/16 31/16
focus [3] 9/11 14/11 32/6
focused [1] 30/21
focusing [1] 7/19
Folks [1] 5/2
follow [2] 25/24 27/25
follow-up [1] 27/25
following [1] 11/2
foregoing [1] 33/12
forfeit [1] 5/11
form [3] 9/25 17/10 19/14
former [1] 18/8
forth [1] 30/10
forthcoming [1] 6/21
forward [1] 7/19
forwarded [1] 10/20
four [4] 7/14 9/14 9/18 9/19
four-page [1] 9/19
Francisco [1] 2/12
frank [1] 8/6
Frankly [1] 16/16
FRED [2] 1/19 4/8
frustrated [1] 14/9
frustration [1] 17/20
fully [2] 8/5 32/12

**G**

G-A-N-G [1] 10/16
Gainsburgh [1] 1/22
Gang [4] 10/15 10/16 11/23 14/3
Gang's [2] 10/19 23/4
gathering [1] 17/6

**G**

gave [1] 9/18
generally [1] 13/2
gentlemen [1] 10/8
Georgia [1] 2/8
GERALD [1] 1/23
get [20] 6/16 7/16 8/8 8/24 13/2 17/4 17/5 17/10 18/18 19/14 21/23 22/5 22/9 25/6 26/13 26/25 29/3 30/17 32/2 32/18
gets [1] 7/1
getting [9] 10/23 13/20 13/21 14/20 26/15 27/14 31/13 31/14 32/1
give [4] 6/15 16/15 22/4 27/3
given [5] 9/20 19/24 22/16 27/6 32/6
giving [1] 9/23
glitch [1] 18/12
go [7] 5/5 15/6 18/5 22/3 25/11 25/14 25/15
goal [1] 8/22
goes [1] 27/5
going [16] 6/11 6/14 7/11 12/8 15/17 16/13 19/12 23/15 24/5 24/8 24/11 24/15 24/19 24/20 27/15 28/13
gone [1] 21/3
good [14] 4/5 4/11 4/14 4/17 4/21 4/24 4/25 8/17 15/12 26/3 26/10 26/13 27/11 27/20
Gordon [1] 2/14
got [5] 9/13 9/15 19/17 23/20 27/2
gotten [1] 19/2
Grant [3] 8/15 32/14 32/23
Grant Thornton [3] 8/15 32/14 32/23
gratified [1] 16/25
greater [1] 9/5
grief [1] 17/13
group [10] 12/10 12/15 13/7 13/11 16/1 18/23 18/24 23/15 23/17 28/16
Guardian [4] 20/2 20/4 20/8 20/16
guess [2] 25/4 30/23
guy [1] 23/22

**H**

had [8] 8/13 15/20 19/5 21/10 21/12 23/1 23/9 23/10
HAIRSTON [2] 2/11 4/18
handful [1] 17/2
handle [2] 10/5 13/24
happen [1] 32/18
happening [3] 5/3 28/1 32/13
happens [1] 14/18
hard [12] 7/12 8/7 11/20 11/25 14/3 15/21 15/24 16/20 16/20 21/17 21/20 32/15
hard-copy [1] 8/7
HARRY [2] 2/24 4/22
has [18] 5/13 5/16 7/10 8/14 10/14 12/13 12/15 12/16 14/18 16/8 18/15 19/24 21/11 21/16 23/3 25/3 28/11
hasn't [1] 13/14
have [138]
haven't [3] 10/13 11/21 14/13
having [4] 16/16 17/13 17/14 21/15
he [13] 8/14 10/12 13/25 14/2 14/18 14/18 14/20 14/21 15/4 20/25 21/10 22/2 22/10
health [1] 14/2
hear [5] 6/22 9/3 29/2 32/14 32/23
hearing [21] 5/4 5/25 6/3 6/6 6/8 6/9 6/10 6/12 6/13 6/17 22/25 23/19 23/25 24/2 24/6 25/16 26/1 26/5 26/15 28/11 29/14
heart [1] 10/14

held [2] 5/8 13/10
hello [1] 4/10
help [2] 8/16 31/24
helping [1] 8/10
here [10] 8/20 13/24 14/22 14/25 17/4 17/10 17/19 22/2 22/5 32/13
Herman [7] 1/14 1/14 1/14 17/25 19/22 20/23 21/18
Herrington [1] 2/10
him [4] 13/25 14/4 20/24 22/11
hired [2] 8/15 16/23
his [11] 14/1 14/2 14/2 14/3 14/3 14/5 14/18 14/20 15/4 20/23 24/9
Hogan [2] 20/19 21/4
Hogan Lovells [1] 21/4
hone [1] 9/11
Honor [34]
Honor's [1] 27/15
HONORABLE [1] 1/10
hoping [1] 14/21
host [1] 12/1
how [10] 4/10 12/18 15/16 17/22 21/25 25/1 26/19 28/22 30/16 32/20
Howard [1] 2/12
HULL [1] 2/7
humanly [1] 17/18

**I**

I'll [3] 10/5 10/15 27/24
I'm [24] 13/1 13/11 13/21 13/24 16/1 16/25 18/4 19/9 19/13 20/24 21/9 23/6 24/5 24/6 24/14 24/23 24/23 25/4 25/21 27/7 29/9 29/17 30/15 30/15
I've [1] 18/15
idea [1] 19/4
identified [9] 12/2 16/10 18/22 18/25 21/11 21/16 21/19 21/20 28/11
identify [1] 12/2
if [28] 6/6 6/10 7/18 9/23 11/22 11/25 14/3 15/3 16/3 16/10 19/15 21/10 24/4 24/7 24/9 24/11 24/14 26/24 29/4 29/6 29/12 29/23 30/21 30/24 31/2 31/8 31/16 32/22
Illinois [1] 2/19
imaged [3] 21/17 21/20 32/16
immediately [1] 11/14
immunity [2] 22/24 23/18
important [1] 19/14
in [98]
including [1] 32/16
indicated [1] 17/25
indicating [1] 6/19
individual [1] 26/21
individuals [3] 12/1 21/17 21/19
information [17] 10/2 10/13 11/7 11/16 11/18 12/7 13/18 17/16 18/11 21/6 21/21 21/23 22/9 22/10 25/13 31/9 31/21
input [1] 27/3
inquiries [1] 22/25
intend [4] 21/22 26/20 26/20 28/6
interfere [2] 28/10 28/19
interfering [1] 29/17
International [1] 5/1
interpreted [2] 23/10 23/10
interpreter [1] 11/8
interpreters [1] 13/22
interpreting [1] 11/9
interrogate [1] 19/11
interviewed [1] 16/9
interviews [1] 19/3
into [5] 18/12 21/15 27/5 29/3 33/1
invite [1] 27/24

involved [4] 8/10 8/14 14/2 25/7
isn't [1] 13/25
issue [9] 7/1 7/11 7/20 10/24 19/25 24/15 30/19 30/22 30/23
issued [1] 24/25
issues [10] 14/11 22/24 24/4 24/11 26/6 28/4 28/13 29/3 30/16 31/24
it [57]
it's [25] 4/5 4/11 4/15 4/21 6/14 6/17 6/25 7/6 8/22 12/23 13/2 13/3 13/4 13/4 13/14 14/9 14/21 15/1 19/14 22/15 24/25 25/2 25/7 26/5 29/25
its [3] 5/9 23/15 23/17

**J**

Jazz [1] 14/10
Jerry [5] 4/9 25/24 27/13 27/14 28/21
Jia [5] 10/13 14/1 21/18 23/3 32/16
Jia's [2] 10/23 11/21
JUDGE [9] 1/10 4/3 4/11 4/21 4/24 18/21 25/25 26/8 28/21
Judge Fallon [1] 4/3
judgment [8] 5/13 7/4 22/19 26/2 28/12 29/12 29/14 30/22
judgments [1] 5/18
July [6] 5/9 5/18 7/3 7/17 12/16 22/19
July 17 [6] 5/9 5/18 7/3 7/17 12/16 22/19
June [8] 6/1 6/2 22/25 23/18 25/23 26/1 26/5 28/23
June 9 [8] 6/1 6/2 22/25 23/18 25/23 26/1 26/5 28/23
jurisdiction [2] 28/9 28/15
just [16] 9/11 12/22 13/11 13/14 13/15 15/4 23/13 24/19 25/17 25/24 27/2 27/12 28/4 30/15 31/5 31/17

**K**

Katz [1] 1/14
keep [4] 25/8 25/10 27/21 27/23
KENNY [3] 2/7 4/15 27/11
KERRY [2] 2/3 4/12
Kerry Miller [1] 4/12
kind [7] 7/23 8/2
Knauf [5] 2/2 4/10 4/10 4/12 8/11
knew [1] 8/13
know [20] 5/8 5/19 5/20 5/21 6/25 9/22 9/23 10/12 11/25 12/4 12/25 13/7 15/3 23/14 23/15 25/1 26/19 27/23 28/1 30/9
knowledge [1] 20/11
knows [4] 21/2 21/14 22/10 22/10

**L**

lab [1] 7/9
lack [1] 28/8
large [2] 21/3 21/9
last [12] 5/4 6/15 9/6 9/24 14/19 15/21 15/22 19/5 19/25 25/15 25/16 28/1
late [2] 19/6 25/2
later [7] 6/5 6/10 15/24 17/14 26/21 29/25 32/23
latter [1] 19/8
law [1] 16/23
lawsuit [1] 30/11
lawyer [1] 11/8
lawyer/interpreter [1] 11/8
lawyers [3] 13/5 13/12 16/4
least [6] 6/13 7/18 12/25 24/2 29/5
leave [3] 20/18 27/24 31/25
left [1] 13/25
lengthy [1] 18/19
Lenny [1] 4/6
LEONARD [1] 1/15

**L**

let [9]  6/22 8/23 9/3 10/5 14/23 22/5
25/11 25/14 25/15
let's [6]  7/16 14/11 15/7 22/6 22/13
31/25
Levin [5]  1/18 1/18 4/6 9/4 31/8
LIABILITY [1]  1/5
light [2]  26/10 27/15
like [10]  5/5 7/8 18/16 19/7 21/7 23/14
27/9 27/21 28/4 32/24
likewise [1]  25/25
limit [2]  7/16 23/13
limited [2]  12/4 26/6
line [8]  4/4 4/6 4/6 4/7 4/8 4/22 4/23
25/20
list [3]  6/11 19/18 19/19
listed [2]  9/14 23/7
lists [1]  11/6
literally [1]  17/2
litigation [3]  1/5 23/1 23/9
little [4]  22/5 26/10 27/5 29/4
LLC [3]  1/14 1/22 2/14
LLP [5]  2/6 2/10 2/17 2/20 2/23
loan [2]  11/5 11/5
long [2]  25/7 32/20
LONGER [2]  1/19 4/8
look [5]  11/12 16/20 27/2 31/10 31/25
looked [1]  11/13
looking [1]  11/19
looks [1]  19/7
lot [1]  20/6
lots [1]  16/19
LOUISIANA [9]  1/2 1/6 1/16 1/24 2/4
2/16 2/25 3/2 33/12
Lovells [1]  21/4
Lovells' [1]  20/19

**M**

made [5]  6/3 6/6 10/21 12/8 18/1
MADELYN [2]  1/15 4/6
mails [4]  16/21 18/20 23/4 30/10
make [7]  6/25 20/13 22/6 22/13 29/15
30/9 32/22
makes [4]  7/22 19/16 26/24 29/10
making [6]  8/17 9/1 14/17 30/8 32/12
32/17
man [1]  8/10
MANUFACTURED [1]  1/4
Many [1]  21/4
March [3]  7/4 7/17 7/17
March 8 [3]  7/4 7/17 7/17
material [2]  22/14 23/3
materials [1]  12/3
matter [3]  6/24 21/3 33/14
matters [4]  24/6 29/22 29/23 29/24
may [21]  6/6 6/13 8/9 10/7 14/17 14/25
15/1 15/6 15/11 15/11 18/8 19/6 19/7
24/12 27/16 28/17 29/7 30/1 30/14
30/23 30/23
May 11 [2]  14/25 15/11
May 18 [1]  14/17
May 19 [1]  6/13
May 20 [2]  15/1 15/11
May 26 [1]  6/6
May 8 [1]  7/16
maybe [4]  9/7 9/25 29/17 31/11
McCollam [1]  2/14
McKinney [1]  2/21
MD [1]  1/4
MDL [1]  26/22
me [16]  6/16 6/22 8/23 9/3 12/24 15/3
19/16 20/21 22/4 22/5 25/9 27/3 27/23

31/4 33/2 33/3
meals [1] 23/23
mean [1]  17/2
Meanwhile [1]  33/4
mechanical [1]  3/5
meet [2]  13/13 27/22
meeting [1]  11/6 32/4
mentioned [1]  5/4
mercy [1]  17/8
met [2]  6/20 20/7
metadata [1]  17/8
Meunier [4]  1/22 1/23 4/9 25/24
MICHAEL [3]  2/7 2/21 27/11
mid [1]  19/6
Mike [4]  4/15 4/22 27/10 32/1
MILLER [2]  2/3 4/12
minute [1]  25/16
minutes [1]  27/16
missing [1]  29/17
moment [2]  6/15 25/15
Monday [4]  9/6 9/24 19/4 32/24
monetized [1]  26/2
monitor [2]  30/12 32/10
MOORE [2]  1/21 4/22
more [11]  9/22 12/11 12/21 13/11 14/4
16/13 17/6 18/8 19/8 27/5 27/15
morning [3]  4/5 4/11 4/14 4/17 4/21
4/24 4/25 11/13 15/12 26/18 27/1 27/11
27/12
most [3]  12/17 13/1 18/9
motion [6]  15/5 20/18 20/19 27/17 28/9
31/4
motions [4]  6/19 28/8 28/10 28/18
move [2]  7/19 13/19
moved [1]  8/14
moving [1]  7/7
Mr. [28]  8/12 8/13 8/15 10/12 10/13
10/15 10/19 10/20 11/21 11/23 13/25
14/1 14/3 14/6 14/15 17/25 19/23
20/13 20/23 21/18 21/18 22/2 22/2 22/7
23/4 23/4 30/13 32/16
Mr. Che [3]  14/16 21/18 22/2 22/2 32/16
Mr. Che's [1]  22/7
Mr. Fenton [2]  19/23 30/13
Mr. Fenton's [1]  20/13
Mr. Gang [3]  10/15 11/23 14/3
Mr. Gang's [2]  10/19 23/4
Mr. Herman [3]  17/25 20/23 21/18
Mr. Jia [2]  10/13 14/1
Mr. Jia's [1]  11/21
Mr. Peng [3]  10/12 13/25 23/4
Mr. Peng's [1]  10/20
Mr. Taylor [1]  15/19
Mr. Westfall [3]  8/12 8/13 8/15
multiple [2]  7/12 11/5
my [16]  4/8 4/22 9/19 16/8 22/4 22/21
22/22 23/14 24/1 25/6 25/8 27/9 30/4
30/21 31/3 33/13

**N**

name [1]  8/10
namely [1]  28/11
names [1]  15/8
narrow [1]  22/22
narrowed [5]  10/11 13/15 13/15 15/4
22/17
necessarily [1]  29/17
necessary [1]  19/15
need [11]  9/20 10/1 10/2 16/2 16/19
16/19 16/20 25/17 30/20 31/6 31/18
needed [2]  8/20 30/7
needs [2]  6/1 16/22

new [8]  1/6 1/16 1/24 2/4 2/16 2/25 3/2
next [6]  8/25 27/22 28/7 31/6 32/3 32/5
night [1]  11/13
nine [1]  15/14
no [8]  6/5 6/10 10/25 13/8 18/24 23/7
23/17 32/23
none [3]  13/8 23/2 23/3
nonproduction [1]  11/1
not [61]
nothing [3]  7/10 9/19 12/15
notice [4]  10/24 23/1 30/9 30/9
notwithstanding [1]  25/14
now [25]  5/13 6/14 7/22 8/22 11/18 12/6
12/10 12/18 12/21 15/23 16/5 17/4
17/15 20/1 21/22 23/12 23/25 24/4 24/6
24/24 24/24 27/9 28/20 30/13 31/12
number [4]  11/19 18/19 21/4 21/9
numbers [1]  21/11

**O**

O'BRIEN [2]  1/15 4/7
O'Keefe [1]  1/16
object [1]  31/3
observation [1]  20/13
obtaining [2]  8/13 31/21
obviously [3]  7/10 21/23 28/13
office [2]  4/7 4/8
offices [1]  16/8
Official [3]  3/1 33/10 33/18
often [1]  30/15
Oh [1]  22/2
Okay [3]  5/1 14/6 27/20
on [63]
once [2]  18/17 32/18
one [12]  5/6 10/19 10/24 11/8 11/19
15/19 16/21 18/22 18/22 22/4 28/4
29/16
ones [3]  8/4 21/16 26/25
only [13]  11/2 11/9 11/11 12/7 13/6
16/18 17/12 23/21 26/25 29/11 30/8
30/9 31/12
open [1]  24/12
opening [1]  25/5
opportunity [2]  6/24 24/17
or [40]
order [5]  5/10 9/21 15/5 19/11 24/20
21/14 29/13
ordered [1]  27/16
Orient [1]  4/25
originals [1]  17/15
Orleans [7]  1/6 1/16 1/24 2/4 2/16 2/25
3/2
Orrick [1]  2/10
other [15]  5/6 5/10 10/4 12/1 13/12
13/19 14/24 14/24 17/7 18/16 18/20
21/15 24/4 27/18 29/17
others [5]  7/19 14/23 17/9 21/19 32/16
otherwise [1]  29/3
ought [2]  5/22 13/10
our [20]  6/25 8/22 9/16 9/18 11/8 12/23
13/11 14/16 14/22 15/5 15/13 16/5 16/7
17/21 18/7 20/17 21/13 22/15 22/17
33/1
out [11]  5/3 9/24 16/9 16/22 18/18 20/17
24/7 25/16 26/25 28/17 31/2
outnumbered [1]  13/12
outside [1]  24/12
outstanding [1]  9/9
over [8]  8/20 8/25 15/6 16/5 18/2 19/1
21/21 28/15
overlapping [1]  18/24
overly [1]  7/8

own [1]  9/18
owned [1]  11/4

**P**

packaged [1]  24/25
page [4]  9/19 16/24 16/24 16/24
pages [3]  16/1 18/2 19/24
paid [7]  5/13 5/14 5/14 5/18 7/4 7/18
 22/19
pain [1]  9/8
paper [1]  18/7
papers [1]  27/19
part [7]  5/15 5/15 5/15 6/2 18/9 24/23
 26/22
participant [2]  28/22 29/6
participate [3]  27/24 27/25 31/1
participating [1]  26/14
particular [4]  7/11 23/24 24/5 24/18
particularly [1]  6/17
parties [4]  26/4 26/14 31/12 31/13
partner [2]  4/22 27/10
party [2]  6/2 31/22
passed [1]  25/3
passport [1]  14/18
passports [1]  19/2
paying [1]  30/12
PC [1]  2/3
Peachtree [1]  2/8
Peng [3]  10/12 13/25 23/4
Peng's [2]  10/20 11/19
Pennsylvania [1]  1/20
people [4]  16/9 16/19 17/19 18/16
perceive [1]  9/21
percent [1]  5/11
period [3]  7/17 9/12 21/3
persist [1]  23/16
personal [2]  16/21 28/8
personally [1]  16/6
Phase [2]  27/4 27/4
Phelps [1]  2/23
Philadelphia [1]  1/20
PHILLIPS [1]  2/15
picked [1]  14/13
place [1]  15/10
plaintiff [1]  26/2
plaintiffs [12]  1/14 1/18 1/22 4/4 5/21
 6/19 7/1 16/14 16/16 19/10 24/17 33/3
plaintiffs' [2]  24/8 28/6
plan [4]  15/13 26/18 27/12 27/18
plans [2]  6/3 6/5
play [1]  31/2
played [1]  13/1
playing [1]  31/3
PLC [3]  18/22 18/24 18/25
please [1]  10/7
point [8]  13/1 17/7 18/7 20/10 30/21
 30/24 31/1 32/7
points [2]  9/25 10/1
position [8]  10/9 24/16 24/19 24/25
 28/24 29/23 30/18 30/24
possible [5]  16/13 17/6 17/18 18/18
 21/24
potential [1]  7/2
Poydras [2]  1/23 3/1
precluded [1]  29/3
predicate [1]  30/1
predicated [1]  28/23
preparation [1]  33/1
preparing [1]  22/20
present [1]  12/17
Presently [1]  24/23

presupposing [1]  25/25
pretty [2]  7/17 13/7
principals [1]  10/24
prior [2]  6/6 23/9
probably [3]  6/1 28/7 31/6
problem [7]  10/14 13/23 18/15 25/19
 25/21 32/4 32/18
problems [1]  14/2
proceed [1]  26/20
proceeding [3]  25/5 25/23 26/4
proceedings [4]  3/5 4/1 33/6 33/14
process [3]  8/6 16/19 18/19
produce [11]  10/15 12/12 12/14 12/18
 13/15 16/6 21/24 24/21 31/17 32/15
 32/20
produced [20]  6/13 7/24 7/25 11/24
 12/11 12/13 12/15 12/16 13/14 17/5
 17/15 20/3 20/16 21/1 21/4 21/8 21/14
 23/3 23/5 23/9
producing [5]  12/19 12/23 12/24 17/13
 22/1
production [6]  9/2 9/13 10/4 18/1 18/6
 18/7
PRODUCTS [1]  1/4
professional [1]  13/8
professionalism [1]  13/9
progress [1]  8/17
pronounce [1]  15/5
protective [1]  15/5
protocol [1]  8/12
prove [3]  24/20 24/20 26/20
proved [1]  15/22
provide [2]  8/15 15/14
provided [3]  5/10 10/13 20/1
provision [1]  29/10
PSC [9]  7/15 8/1 9/2 9/3 14/16 19/5 21/6
 21/16 25/25
pulled [1]  18/17
purpose [3]  19/20 22/8 26/1
purposes [1]  29/22
pursuant [1]  28/12
put [1]  6/5

**Q**

question [1]  19/11
questioned [1]  19/7
questions [2]  16/17 19/19
quickly [4]  14/21 16/12 17/5 21/24
quite [1]  23/6

**R**

raise [3]  24/11 27/9 28/13
raised [5]  19/25 22/23 22/24 24/4 28/5
range [1]  7/11
re [2]  1/4 21/22
re-sent [1]  21/22
read [1]  29/20
reading [1]  29/9
ready [2]  22/3 26/15
realize [1]  16/13
really [7]  5/5 6/25 7/7 12/21 14/1 29/7
 30/17
reason [2]  5/2 13/8
reasonable [1]  7/14
recall [2]  8/9 10/11
received [9]  6/18 7/7 7/14 7/21 11/2
 11/11 11/23 23/8 27/12
recomputerization [1]  8/21
record [3]  19/21 20/13 20/25 23/15
 33/14
recorded [1]  3/5
reevaluate [1]  24/5
refine [1]  26/24

regard [9]  6/2 9/6 9/17 10/3 10/4 14/12
 20/8 21/20 21/23
regarding [8]  9/8 12/6 22/7 22/9 22/17
 24/10 24/16 30/11
regards [5]  21/2 21/6 21/13 32/12 33/1
registration [1]  11/7
regular [1]  12/13
relate [2]  7/9 22/24
related [1]  20/14
relates [2]  1/7 13/18
relating [1]  19/19
relationship [1]  10/25
relationships [1]  13/19
relevancy [1]  21/24
relevant [1]  9/11
relying [1]  23/17
remained [1]  29/4
rendered [1]  30/22
replied [1]  11/14
report [2]  11/7 14/23
reported [2]  14/19 17/1
Reporter [3]  3/1 33/11 33/18
reports [3]  11/4 11/16 13/16
represent [1]  13/6
representative [2]  10/17 14/5
representative's [1]  11/24
representatives [1]  20/7
reproduced [1]  11/7
request [4]  9/16 9/20 12/4 15/5
requested [9]  8/3 11/20 11/21 11/23
 11/25 12/3 19/11 21/6 22/7
requests [9]  7/7 7/8 7/9 7/9 7/12 7/15
 9/5 9/9 21/6
reread [1]  20/9
resolutions [1]  11/6
respect [7]  18/11 18/13 18/21 20/24
 20/24 28/22 30/13
respectfully [1]  13/1
respond [4]  15/3 16/16 27/17 27/18
response [1]  7/20
responsive [1]  21/5
rest [1]  7/22
result [1]  8/19
review [7]  9/1 13/23 16/6 16/24 17/19
 18/17 32/20
reviewed [2]  16/23 17/5
revise [1]  26/24
revised [1]  26/18
rhetoric [2]  14/9 30/4
RICHARD [1]  2/18
Rick [6]  4/21 18/4 28/3 28/22 30/20 32/1
right [10]  7/21 10/6 14/6 15/11 23/21
 24/6 24/22 27/20 28/20 31/12
rights [1]  30/8
rolling [3]  6/16 9/2 32/2
ROSENBERG [2]  2/24 4/22
rule [13]  26/1 26/5 26/6 26/14 28/24
 28/25 29/6 29/8 29/9 29/10 29/20 29/21
 30/20
Rule 55 [8]  26/1 26/5 26/6 26/14 28/24
 28/25 29/6 29/21
ruling [1]  32/9
run [1]  18/12
RUSS [6]  1/14 4/6 9/4 10/5 19/22 29/2
 30/3 31/23
Russ' [1]  4/7

**S**

said [3]  10/14 10/22 26/11
same [9]  5/6 5/25 13/23 15/18 18/10
 18/12 18/12 23/25 28/24
San [1]  2/12
SANDRA [1]  1/19

**S**

Sandy [1]  4/7
satisfied [2]  5/15 5/16
save [1]  31/15
say [6]  13/14 14/7 24/8 29/25 30/14
31/2
saying [5]  15/19 24/19 25/17 29/2 29/7
says [1]  17/11
schedule [4]  26/8 27/13 29/5 29/6
scheduled [1]  31/11
scheduling [1]  31/13
scope [1]  22/17
scores [1]  16/10
seal [1]  20/1
search [1]  10/21
Seattle [1]  31/16
second [1]  10/10
secrets [1]  16/25
Section [1]  1/5
Sedran [1]  1/18
see [6]  5/4 16/3 25/22 25/22 28/22
29/16
seek [1]  30/1
seeking [1]  23/11
seem [1]  9/22
seems [1]  27/3
send [3]  12/3 16/22 31/10
sense [2]  19/16 26/24
sent [4]  8/20 8/21 11/9 21/22
separate [1]  18/23
series [1]  28/23
served [2]  10/10 21/7
set [8]  5/25 10/10 19/3 23/16 24/1 29/1
30/1 30/5
sets [1]  7/14
setting [2]  29/11 30/17
seven [1]  10/1
several [2]  21/17 21/18
shape [1]  26/10
shareholder [1]  11/6
shipped [2]  15/21 20/6
shooting [1]  14/25
short [2]  15/19 32/5
short-circuits [1]  32/5
should [5]  15/24 17/16 23/14 30/25
32/23
shouldn't [1]  30/20
show [4]  20/12 24/21 24/21 30/7
shows [3]  12/7 12/8 25/16
side [1]  7/20
similar [1]  20/24
since [1]  10/22 16/7 28/1
single [3]  10/18 10/21 16/24
sir [3]  4/8 10/5 22/15
situation [8]  10/3 14/14 15/19 20/22
22/23 30/14 32/10 33/4
situations [1]  10/4
six [4]  9/25 12/21 21/19 25/8
Skip [1]  8/10
slept [1]  30/7
slowed [1]  6/17
slowly [1]  16/13
smell [1]  20/5
so [27]  5/14 5/21 6/14 8/15 8/22 9/13
12/11 14/21 17/12 17/17 19/13 19/14
19/17 19/19 20/24 22/10 25/14 26/19
26/24 27/22 29/4 29/12 29/16 31/5 32/6
32/22 32/25
software [1]  3/5
some [16]  5/22 6/1 6/19 8/18 10/10 14/8
18/1 20/1 22/9 23/9 25/17 26/11 27/3
27/15 29/2 31/11

somebody [2]  17/11 25/16
someone [2]  12/8 15/2
something [4]  17/13 29/18 32/3 32/23
somewhat [1]  17/8
somewhere [1]  25/19
soon [2]  18/18 21/23
sorry [2]  18/4 27/7
sort [4]  15/10 18/10 27/6 32/3
sounds [1]  27/20
South [1]  2/18
sovereign [2]  22/24 23/18
speak [4]  9/5 26/23 31/22 31/23
speaking [1]  26/25
specialist [1]  16/23
specifically [1]  29/10
speculate [1]  31/5
spelled [1]  9/24
spoken [2]  7/15 8/1
SR [1]  2/6
St [2]  2/4 2/15
stage [1]  25/5
Standard [1]  27/22
standing [2]  16/5 18/17
standpoint [1]  6/18
state [1]  16/25
stated [1]  20/23
statement [4]  9/8 20/13 23/8 32/9
statements [1]  11/4
STATES [8]  1/1 1/10 5/17 5/24 15/21
15/25 23/23 33/11
status [1]  1/9 19/25 21/13
Stay [1]  25/12
steering [1]  20/17
stenography [1]  3/5
still [5]  8/6 13/14 19/7 26/22 29/15
stored [2]  18/11 18/20
straightforward [1]  32/11
Street [6]  1/20 1/23 2/8 2/12 2/24 3/1
strike [1]  20/19
stuff [1]  7/16
subject [1]  29/14
submit [1]  27/19
subsidiaries [1]  11/5
substantial [3]  10/8 18/1 18/19
substantially [1]  18/8
suggest [1]  6/14
suggestion [1]  32/22
Suite [6]  1/20 1/23 2/4 2/18 2/21 2/24
sulfur [1]  20/5
summaries [1]  8/3
summary [2]  11/12 11/15
support [2]  20/19 24/18
sure [6]  6/25 14/17 22/5 22/6 22/13 23/6
32/11 32/12 32/17
surreply [1]  20/18
sustainable [1]  28/15
Sutcliffe [1]  2/10

**T**

tail [1]  26/21
Taishan [30]  2/6 4/13 4/14 5/9 5/13 7/25
10/9 10/12 11/3 12/5 12/20 13/5 13/9
13/13 13/18 13/21 18/13 20/4 20/5
20/21 21/1 21/2 23/8 25/6 25/13 25/20
28/12 30/7 30/18 32/17
Taishan's [1]  20/10
take [5]  15/10 17/13 24/9 24/10 24/25
27/2 28/24 32/20 33/1
taken [5]  6/5 20/2 24/15 29/22 30/18
takes [1]  29/23
taking [3]  24/16 24/16 30/24
talk [4]  15/7 20/21 31/6 33/4
talking [3]  16/1 17/2 23/22

target [1]  7/7
team [1]  16/4
teams [3]  16/7 17/18 17/19
technical [2]  8/18 8/19
TELEPHONE [1]  1/9
tell [7]  8/4 12/22 13/9 16/18 16/25 25/11
32/24
telling [1]  33/3
tens [1]  13/12
tension [2]  14/10 29/5
tested [1]  16/3
testify [1]  6/7
testimony [3]  15/14 22/16 22/17
testing [1]  7/10
Texas [1]  2/22
than [12]  6/5 6/10 9/23 12/11 12/21
13/11 14/4 16/13 17/9 17/13 19/8 32/23
thank [6]  6/23 12/10 12/20 27/7
that [204]
that's [28]  6/6 6/10 7/18 7/21 11/8 11/19
11/25 12/6 12/8 12/20 13/6 13/20 14/7
14/10 19/13 19/20 21/21 22/8 22/19
22/22 23/13 23/24 24/2 24/25 25/22
26/5 29/1 33/2
their [20]  5/11 5/11 5/17 9/22 10/16
11/15 11/23 13/9 14/25 16/20 16/21
19/2 21/20 25/10 25/11 25/11 25/11
30/8 30/10 30/11
them [28]  6/16 8/3 9/15 9/16 11/13
12/10 12/20 13/4 13/6 16/22 16/22 17/4
17/5 18/17 18/18 19/6 21/12 25/8 25/10
27/3 31/20 31/23 31/23 31/24 32/2
32/20 32/20 32/21
themselves [2]  20/14 31/16
then [14]  6/7 6/11 7/18 8/4 8/8 8/25
17/11 24/5 24/15 25/15 27/19 31/2
31/10 32/18
there [23]  5/21 8/9 8/17 8/20 10/25 12/1
13/22 14/14 16/7 18/8 18/24 20/10
20/22 21/3 23/2 23/6 23/17 28/15 28/16
28/25 29/4 30/22 32/9
there's [1]  5/5
these [34]  11/1 11/9 12/17 16/3 16/6
16/6 16/24 17/10 17/11 17/11 18/17
23/2 31/15 31/24
they [81]
thing [5]  8/2 17/12 19/9 23/21 30/1
things [6]  5/10 7/23 15/10 17/8 26/12
27/6
think [21]  7/4 8/24 9/10 13/4 13/4 13/7
15/1 17/12 17/23 21/8 21/19 22/4 23/6
23/14 26/9 26/12 28/10 28/16 28/19
29/4 30/24
third [3]  31/12 31/13 31/22
third-party [1]  31/22
this [58]
Thornton [3]  8/15 32/14 32/23
those [29]  7/25 8/5 8/6 8/13 8/19 8/21
12/6 16/21 19/12 20/3 21/5 21/9 21/12
22/24 23/11 23/24 24/6 27/19 28/10
28/17 28/18 28/19 29/15 29/23 29/24
31/10 31/14 31/15 32/19
though [2]  29/25 30/11
thought [4]  9/24 19/6 21/10 26/25
thoughts [1]  27/10
thousands [2]  13/12 15/20
three [1]  18/22
through [3]  8/6 14/25 25/10 30/10 31/21
Thursday [3]  27/22 31/7 33/5
till [6]  6/15
time [22]  5/4 5/6 5/12 5/18 5/25 6/2 7/17
10/10 14/19 16/3 19/4 21/3 21/7 22/19

**T**

time... [8]  23/25 24/2 24/5 24/14 25/8 25/18 27/22 28/24
timeline [1]  32/19
times [1]  16/7
timetable [2]  19/5 19/7
tired [3]  13/11 13/21 13/24
today [3]  6/19 15/24 28/2
today's [1]  6/17
together [2]  5/4 32/1
told [5]  13/21 13/24 15/23 23/20 30/4
tomorrow [1]  32/3
tone [1]  14/8
Toni [1]  3/1 33/10 33/17 33/17
too [2]  13/14 25/2
top [1]  27/21
touch [1]  16/22
toward [1]  19/8
towards [1]  26/17
track [6]  5/6 5/6 5/7 5/7 5/8 23/21
tracks [4]  5/5 23/20 28/10 28/19
transactions [1]  9/19
transcript [2]  19/25 33/13
transcription [1]  3/5
translate [1]  8/5
translated [1]  21/15
transmissions [1]  12/5
transparent [1]  32/12
traveling [1]  31/14
trial [13]  24/24 26/18 26/18 27/12 27/18 28/24 28/25 29/6 29/8 29/23 29/25 30/2 30/20
trickling [1]  18/9
tried [3]  7/16 25/6 25/10
triggered [1]  17/1
trip [1]  31/16
true [1]  33/12
truly [1]  17/20
trying [7]  7/6 8/1 16/12 17/4 19/13 22/4 25/21
Tusa [4]  3/1 33/10 33/17 33/17
tweak [2]  26/10 27/15
twice [1]  11/19
two [6]  5/5 14/4 20/6 23/20 28/10 28/19
type [2]  10/2 31/21

**U**

under [2]  20/1 26/13
understand [17]  10/14 12/18 14/9 14/13 14/23 15/8 16/15 17/9 17/20 19/3 25/19 25/20 29/19 30/16 30/19 32/1 32/9
understanding [8]  10/8 14/23 22/15 22/21 22/22 23/14 24/1 33/13
understood [1]  21/12
Unfortunately [1]  18/10
UNITED [8]  1/1 1/10 5/17 5/24 15/21 15/25 23/23 33/11
United States [5]  5/17 5/24 15/21 15/25 23/23
unless [1]  30/17
unpack [1]  29/24
unprofessional [1]  13/3
up [7]  8/23 23/5 25/16 26/25 27/23 27/24 27/25
upload [1]  17/11
uploaded [1]  16/2
upon [3]  7/19 10/21 32/24
us [31]  2/17 2/20 7/3 7/15 8/4 8/5 8/16 8/22 8/22 8/24 9/18 9/20 9/23 11/12 12/3 16/14 16/15 17/1 17/4 19/24 20/6 20/24 21/16 21/22 22/18 23/3 23/8 25/22 25/22 31/10 32/24

**USA** [1]  13/13
usually [1]  11/11
used [4]  6/9 6/11 6/12 6/12
using [3]  3/5 15/17 18/12

**V**

vacate [1]  28/9
various [3]  19/7 19/15 11/5
VEJNOSKA [3]  2/10 4/18 15/13
vendor [1]  18/13
very [9]  9/24 9/25 14/21 16/25 17/1 18/23 22/22 22/22 30/1
view [2]  6/25 13/1
violations [1]  9/21
visa [2]  14/20 19/3

**W**

Wacker [1]  2/18
wait [1]  6/15
waiting [2]  17/19 32/14
walk [1]  25/9
Walnut [1]  1/20
want [26]  6/25 7/21 7/22 8/5 9/24 12/4 15/6 16/14 16/15 19/18 20/20 20/25 21/16 22/11 23/22 24/7 25/12 27/21 27/23 28/1 28/18 30/3 31/2 31/2 31/5 32/10
wanted [3]  5/2 15/3 20/12
wants [1]  27/25
warranted [1]  29/16
Warshauer [1]  1/22
was [18]  7/4 7/4 7/18 8/9 8/10 11/12 17/23 20/2 20/5 20/10 21/11 21/19 21/21 27/1 28/15 30/1 30/4 30/5
way [5]  15/19 29/20 30/8 30/9 31/25
we [187]
week [12]  8/25 9/6 9/15 14/17 14/22 15/21 15/22 16/5 19/5 28/7 31/7 32/5
weekend [2]  8/23 8/25
weeks [1]  14/4
well [15]  4/9 7/16 7/21 13/2 13/14 13/22 13/23 15/18 16/5 16/8 18/2 26/19 28/9 29/7 29/9
went [3]  20/17 21/7 21/8
were [24]  5/4 5/11 5/12 5/18 7/3 8/18 8/19 8/20 9/14 10/22 11/9 11/15 11/16 12/1 15/20 17/14 20/3 21/3 21/5 22/18 23/4 28/18 29/15 30/12
West [1]  2/8
Westfall [4]  8/10 8/12 8/13 8/15
what [32]  7/21 9/20 9/21 9/22 9/23 10/1 12/22 13/20 14/7 17/22 17/24 21/11 22/20 23/1 23/24 24/2 24/7 24/16 24/23 25/21 25/22 26/5 26/6 26/11 26/20 26/21 27/5 30/19 31/5 32/14 32/24 33/3
what's [5]  5/3 14/13 20/21 28/1 32/13
whatever [2]  21/8 25/1
when [9]  7/4 13/1 17/10 22/19 23/1 24/24 25/9 29/24 30/4
whenever [1]  7/18
where [9]  10/12 11/19 14/5 16/10 16/17 20/22 25/5 31/1 32/25
whether [17]  5/16 5/20 5/23 7/2 15/4 15/9 22/18 23/15 23/23 25/1 27/6 27/23 28/14 28/15 29/15 30/22 30/25
which [23]  6/16 7/4 7/10 8/4 9/10 10/14 11/15 12/2 12/2 13/5 14/18 17/9 19/4 20/3 20/5 20/7 26/3 26/7 26/8 26/11 28/1 29/22 31/18
who [14]  4/3 5/19 5/19 5/22 8/10 9/18 15/2 16/4 18/3 21/25 23/22 24/18 27/25 31/18
whole [4]  19/20 22/8 24/13 25/5

wholly [1]  11/4
why [5]  11/19 11/25 17/14 24/16 29/1
will [35]
willing [2]  26/23 31/22
wished [1]  16/14
within [1]  28/7
Without [1]  19/12
witness [4]  6/2 6/4 22/16 22/20
witnesses [14]  6/12 7/13 14/24 14/25 15/14 15/14 18/22 19/12 19/12 19/16 24/18 24/21 24/22 24/22
work [1]  7/19
working [7]  8/6 8/9 13/13 14/17 14/20 17/17 27/13
worse [1]  17/12
would [17]  5/5 8/3 9/20 10/15 17/13 19/6 20/25 21/10 23/14 26/19 26/25 27/9 27/21 28/4 29/3 31/22 32/24
wouldn't [1]  9/7
Write [1]  33/2
wrong [2]  30/14 31/2

**Y**

yeah [1]  7/21
years [2]  12/21 25/8
Yes [4]  6/23 20/23 22/15 27/2
yesterday [2]  6/18 9/16
yet [1]  14/13
you [50]
you're [4]  24/16 24/16 30/22 31/1
young [1]  8/9
your [40]
Your Honor [29]  4/5 6/23 7/6 8/9 9/4 10/7 10/11 12/25 14/15 15/18 16/25 17/17 18/23 19/21 20/23 21/11 21/14 22/16 26/17 27/7 27/8 27/11 28/3 28/11 28/17 29/10 30/3 31/8 32/8
Your Honor's [1]  27/15