UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2:09-md-2047 |
| | SECTION L |
| **THIS DOCUMENT RELATES TO:** | JUDGE ELDON E. FALLON |
| *Germano v. Taishan Gypsum, 09-cv-6687* | |
| *Gross v. Knauf Gips KG, 09-cv-6690* | MAGISTRATE JUDGE |
| *Wiltz v. BNBM, 10-cv-361* | JOSEPH C. WILKINSON, JR. |
| *Amorin v. Taishan Gypsum, 11-cv-1672* | |
| *Amorin v. Taishan Gypsum, 11-cv-1395* | |
| *Amorin v. Taishan Gypsum, 11-cv-1673* | |

## JOINDER OF CNBM DEFENDANTS IN TAISHAN'S PROPOSED HEARING PLAN AND RESPONSE TO THE PSC'S SECOND REVISED TRIAL PLAN FOR THE ASSESSMENT OF CLASS DAMAGES

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

China National Building Materials Group Corporation, China National Building Materials Co., Ltd. ("CNBM Company"), CNBM (USA) Corp., and United Suntech, Inc. (collectively, "CNBM Defendants") hereby join in the procedural aspects of Taishan's Proposed Hearing Plan and Response to the PSC's Second Revised Trial Plan for the Assessment of Class Damages (Rec. Doc. 18881), and incorporate by reference the procedural positions and legal authorities set forth therein.

CNBM Defendants file this joinder subject to and reserving all defenses, including but not limited to service of process, venue, personal jurisdiction, subject matter jurisdiction, sovereign immunity, incorrect party identification, and failure to state a claim upon which relief can be granted.  CNBM Defendants have previously notified the Court and all parties, and hereby reaffirm, that they intend to assert jurisdictional defenses, both subject matter and personal, and in no way intend to or do waive or otherwise limit their ability to raise those

defenses, whether by this joinder or any other act, filing, appearance, or contention, either before or after the filing of this pleading, in this or any other litigation.

Respectfully submitted,

/s/ L. Christopher Vejnoska

L. Christopher Vejnoska (CA Bar No. 96082)
Ian Johnson (CA Bar No. 208713)
Andrew Davidson (CA Bar No. 266506)
Jason Wu (CA Bar No. 279118)
Jason Cabot (CA Bar No. 288877)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
San Francisco, CA  94105
Tel.:  415-773-5700
E-mail: cvejnoska@orrick.com
      ijohnson@orrick.com
      adavidson@orrick.com
      jmwu@orrick.com
      jcabot@orrick.com

Ewell E. Eagan, Jr. (LA Bar No. 5239)
Donna Phillips Currault (LA Bar No. 19533)
Nina Wessel English (LA Bar No. 29176)
Alex B. Rothenberg (LA Bar No. 34740)
GORDON, ARATA, MCCOLLAM, DUPLANTIS & EAGAN, LLC
201 St. Charles Avenue, 40th Floor
New Orleans, LA 70170-4000
Tel: (504) 582-1111
E-mail: eeagan@gordonarata.com
      dcurrault@gordonarata.com
      nenglish@gordonarata.com
      arothenberg@gordonarata.com

James L. Stengel (NY Bar No. 1800556)
Xiang Wang (NY Bar No. 4311114)
Kelly Daley (NY Bar No. 4970117)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY, 10019
Tel:  212-506-5000
Email: jstengel@orrick.com
      xiangwang@orrick.com
      kdaley@orrick.com

Jonathan Riddell (LA Bar No. 27053)
ORRICK, HERRINGTON & SUTCLIFFE, LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814
Tel: 916-447-9200
Email: jriddell@orrick.com

Eric A. Shumsky (D.C. Bar No. 477926)
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street NW
Washington, D.C. 20005
Tel: 202-339-8400
Email: eshumsky@orrick.com

*Attorneys for CNBM Defendants*

Dated: May 8, 2015

OHSUSA:762096747.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **JOINDER OF CNBM DEFENDANTS IN TAISHAN'S PROPOSED HEARING PLAN AND RESPONSE TO THE PSC'S SECOND REVISED TRIAL PLAN FOR THE ASSESSMENT OF CLASS DAMAGES** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail and upon all parties by electronically uploading the same to File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 8th day of May, 2015.

/s/ L. Christopher Vejnoska

L. Christopher Vejnoska (CA Bar No. 96082)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105
Tel.:  415-773-5700
Fax.: 415-773-5759
E-mail:cvejnoska@orrick.com
*Counsel for CNBM Defendants*

OHSUSA:762096747.1