# EXHIBIT B

| | |
|---|---|
| **From:** | Tracy Randazzo |
| **Sent:** | Monday, April 20, 2015 11:57 AM |
| **To:** | Jake Woody |
| **Subject:** | Taishan repaired spreadsheet |
| **Attachments:** | 2015-04-20 Taishan sf Repaired.xlsx |

Hey, Jake. I figured out where the numbers were off – it was in my calculation of the number of units with verified sf – it was throwing off the average. Anyway…now that I've fixed my error, here's the spreadsheet back. This now doesn't have the new sf that you got (sorry).
If you can add those back in and at the same time, figure out which of the properties with multiple units should be multiplied out and which should not, we'll be back in business. Thanks for your help and let me know if you have any questions.

**Tracy L. Randazzo, AIA, PMP, CDT**
Project Consultant



8226 Village Harbor Drive
Cornelius, NC 28031
(704) 625-1618
trandazzo@bwaep.com
www.BermanWright.com

The information transmitted by this e-mail is intended only for the addressee and may contain confidential and/or privileged material. Interception, review, retransmission, dissemination, or other use of, or action upon this information by persons or entities other than the intended recipient is prohibited by law and may be subject to criminal and/or civil liability.If you received this communication in error, contact us immediately at (844) 332-3854, and delete the communication from computers or networks. Although this e-mail and attachments are believed to be free of viruses or other defects that might affect any computer system into which it is received, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Berman & Wright for any loss or damage arising in any manner in the event that such a virus or defect exists.

**From:** Tracy Randazzo
**Sent:** Monday, April 20, 2015 4:45 PM
**To:** Jake Woody
**Subject:** spreadsheet

I'll send you a new version to put your additional data in; I've been working in the file while on the call.

**Tracy L. Randazzo, AIA, PMP, CDT**
Project Consultant



8226 Village Harbor Drive
Cornelius, NC 28031
(704) 625-1618
trandazzo@bwaep.com
www.BermanWright.com

The information transmitted by this e-mail is intended only for the addressee and may contain confidential and/or privileged material. Interception, review, retransmission, dissemination, or other use of, or action upon this information by persons or entities other than the intended recipient is prohibited by law and may be subject to criminal and/or civil liability.If you received this communication in error, contact us immediately at (844) 332-3854, and delete the communication from computers or networks. Although this e-mail and attachments are believed to be free of viruses or other defects that might affect any computer system into which it is received, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Berman & Wright for any loss or damage arising in any manner in the event that such a virus or defect exists.

| | |
|---|---|
| **From:** | Jake Woody <jswoody@browngreer.com> |
| **Sent:** | Wednesday, April 22, 2015 5:56 PM |
| **To:** | Tracy Randazzo |
| **Cc:** | Richard Lewis (rlewis@hausfeld.com); 'Meunier E. Gerald (gmeunier@gainsben.com)' (gmeunier@gainsben.com); Dawn Barrios |
| **Subject:** | CDW sq footage project |

Tracy – I am on the phone with Rich and others on this email. We are going to push the production of our revised spreadsheet back 24 hours, and it also sounds like you have until Monday to produce your work.

**Jake Woody**
BROWNGREER PLC
250 Rocketts Way
Richmond, VA 23231
Telephone: (804) 521-7234
Facsimile: (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*