# EXHIBIT C

| | |
|---|---|
| **From:** | Jake Woody <jswoody@browngreer.com> |
| **Sent:** | Wednesday, April 08, 2015 11:45 AM |
| **To:** | Tracy Randazzo |
| **Cc:** | Ronald E. Wright |
| **Subject:** | RE: Taishan CDW class action residence spreadsheet |

Hi Tracy. Can we talk at 3 pm today?

**From:** Tracy Randazzo [mailto:trandazzo@bwaep.com]
**Sent:** Wednesday, April 08, 2015 9:50 AM
**To:** Jake Woody
**Cc:** Ronald E. Wright
**Subject:** Taishan CDW class action residence spreadsheet

Good morning, Jake. Please find attached the edited spreadsheet with residences for the Taishan Chinese drywall class action. We'd like to call you to discuss the changes in this file from the raw data provided. Please let us know if you have an opening this afternoon to talk.
Thank you!

**Tracy L. Randazzo, AIA, PMP, CDT**
Project Consultant



8226 Village Harbor Drive
Cornelius, NC 28031
(704) 625-1618
trandazzo@bwaep.com
www.BermanWright.com

The information transmitted by this e-mail is intended only for the addressee and may contain confidential and/or privileged material. Interception, review, retransmission, dissemination, or other use of, or action upon this information by persons or entities other than the intended recipient is prohibited by law and may be subject to criminal and/or civil liability.If you received this communication in error, contact us immediately at (844) 332-3854, and delete the communication from computers or networks. Although this e-mail and attachments are believed to be free of viruses or other defects that might affect any computer system into which it is received, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Berman & Wright for any loss or damage arising in any manner in the event that such a virus or defect exists.