UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>*Amorin et al. v. Taishan Gypsum Co. Ltd. et al.,* **Case No. 2:11-cv-01673**<br><br>*Amorin et al. v. Taishan Gypsum Co. Ltd. et al.,* **Case No. 2:11-cv-01395**<br><br>*Amorin et al. v. Taishan Gypsum Co. Ltd. et al.,* **Case No. 2:11-cv-01672**<br><br>*Wiltz et al. v. Beijing New Building Material Public Limited Company et al.,* **Case No. 2:10-cv-00361**<br><br>*Gross et al. v. Knauf Gips KG et al.,* **Case No. 2:09-cv-06690**<br><br>*Germano et al. v. Taishan Gypsum Co. Ltd. et al.,* **Case No. 2:09-cv-06687** | |

## MOTION FOR LEAVE TO EXCEED PAGE LIMITATION

Beijing New Building Materials Public Limited Company ("BNBM PLC") and Beijing New Building Material (Group) Co., Ltd. ("BNBM Group") respectfully submit that their Memorandum of Law in Opposition to Plaintiffs' Motion for Assessment of Class Damages exceeds the page limitation allowed by the Court and local rules. BNBM PLC and BNBM Group request leave to exceed such page limitation and file its Memorandum of Law and exhibits. A copy of the Memorandum of Law and exhibits is attached.

Dated:  May 8, 2015

        Respectfully submitted,

        **DENTONS US LLP**

        By: */s/ Michael H. Barr*
        Michael H. Barr
        New York Bar No. 1744242
        Justin N. Kattan
        New York Bar No. 3983905
        1221 Avenue of the Americas
        New York, NY 10020-1089
        Telephone:  (212) 768-6700
        Facsimile:  (212) 768-6800
        michael.barr@dentons.com
        justin.kattan@dentons.com

        - and -

        Richard L. Fenton
        Illinois Bar No. 3121699
        Leah R. Bruno
        Illinois Bar No. 6269469
        233 South Wacker Drive
        Suite 7800
        Chicago, IL  60606-6306
        Telephone:  (312) 876-8000
        Facsimile:  (312) 876-7934
        richard.fenton@dentons.com
        leah.bruno@dentons.com

        - and -

        C. Michael Moore
        Texas Bar No. 14323600
        Gene R. Besen
        Texas Bar No. 24045491
        2000 McKinney Ave, Suite 1900
        Dallas, TX  75201
        Telephone:  (214) 259-0900
        Facsimile:  (214) 259-0910
        mike.moore@dentons.com
        gene.besen@dentons.com

2

- and -

**PHELPS DUNBAR LLP**

Harry Rosenberg
Louisiana Bar No. 11465
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone:  (504) 566-1311
Facsimile:  (504) 568-9130
harry.rosenberg@phelps.com

*Attorneys for Beijing New Building Material (Group) Co., Ltd. and Beijing New Building Materials Public Limited Company*

3

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Motion For Leave to Exceed Page Limitation** has been served on Plaintiffs' Liaison Counsel, Leonard Davis, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this May 8, 2015.

                                                                         /s/      Michael H. Barr