# TABLE OF CONTENTS

PRELIMINARY STATEMENT .................................................................................................. 1

ADDITIONAL FACTUAL BACKGROUND WITH RESPECT TO BNBM PLC AND BNBM GROUP ........................................................................................................................................ 6

ARGUMENT .................................................................................................................................. 9

   I.   PLAINTIFFS' REQUEST THAT THE COURT EXTRAPOLATE AN AGGREGATE CLASS-WIDE DAMAGE AWARD OF $1.2 BILLION IS AN INVITATION TO ERROR. ............................................................................................................................ 9

      A.  Controlling Authority Rejects Plaintiffs' Attempt To Substitute Extrapolated Figures For Necessarily Individualized Damage Inquiries. ..................................... 11

   II.  *GERMANO* CANNOT SUBSTITUTE FOR INDIVIDUALIZED CONSIDERATIONS. ................................................................................................................................... 16

      A.  Neither Plaintiffs Nor Mr. Inglis Make Any Effort to Calculate Actual Damages. ........ 17

      B.  Mr. Inglis' Scope of Remediation Assumes, Without Support, Maximum Damage for Every Class Member. ................................................................................................ 19

      C.  Mr. Inglis' Remediation Cost Estimates are Based on Seven Virginia Residences That Have Not Been Shown to Be Reflective or Representative of the Class Members' Properties. ................................................................................................................ 20

      D.  Estimated Per Square Foot ALE Costs Have Not Been Shown to be Reflective of Class Members' Damage. ..................................................................................................... 21

      E.  The Court Did Not Certify a Loss of Use Damages Claim, Nor is There Any Support for a Finding That Every Class Member Has Suffered $100,000 in Loss of Use. ........ 23

   III.  METHODOLOGY ASIDE, AN AWARD OF CLASS WIDE DAMAGES AGAINST BNBM GROUP OR BNBM PLC WOULD BE IMPROPER. ........................................ 25

CONCLUSION ............................................................................................................................. 29

## TABLE OF AUTHORITIES

Page(s)

**Cases**

*Arnett v. Helvie,*
  267 N.E.2d 864 (Ind. App. 1971) ..................................................................................18

*Barile Excavating & Pipeline Co. v. Kendall Props., Inc.,*
  462 So.2d 1129 (Fla. Dist. Ct. App. 1984) ....................................................................18

*Becerra v. Asher,*
  921 F. Supp. 1538 (S.D. Tex. 1996), *aff'd,* 105 F.3d 1042 (5th Cir. 1997) ..............6, 25

*Bell Atl. Corp. v. AT&T Corp.,*
  339 F.3d 294 (5th Cir. 2003) .........................................................................................10

*Birmingham Coal & Coke Co. v. Johnson,*
  10 So. 3d 993 (Ala. 2008) .............................................................................................24

*Bowers v. Westvaco Corp.,*
  244 Va. 139 (1992) ........................................................................................................24

*In re Chevron U.S.A., Inc.,*
  109 F.3d 1016 (5th Cir. 1997) ...........................................................................13, 14, 16

*In re Chinese-Manufactured Drywall Prod. Liab. Litig.,*
  No. 09-6050, 2010 WL 1710434 (E.D. La. Apr. 27, 2010) ...............................6, 20, 24

*In re Chinese-Manufactured Drywall Products Liab. Litig.,*
  MDL No. 2047, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ....................................10

*Chriss v. Manchester Ins. & Indem. Co.,*
  308 So. 2d 803 (La. Ct. App. 1975) ..............................................................................24

*Cimino v. Raymark Indus., Inc.,*
  151 F.3d 297 (5th Cir. 1998) ....................................................................10, 12, 13, 14

*Comcast Corp. v. Behrend,*
  133 S. Ct. 1426 (2013) ..................................................................................................10

*In re Countrywide Fin. Corp. Mortgage-Backed Sec. Litig.,*
  984 F. Supp. 2d 1021 (C.D. Cal. 2013) ........................................................................15

*CSC Holdings, Inc. v. Redisi,*
  309 F.3d 988 (7th Cir. 2002) .........................................................................................18

*Daubert. Moore v. Ashland Chem. Co.*,
   151 F.3d 269 (5th Cir. 1998.) ............................................................................................... 2, 18

*In re Deepwater Horizon*,
   739 F.3d 790 (5th Cir. 2014) ..................................................................................................... 13

*Dooley v. Richland Mem. Hosp.*,
   322 S.E.2d 669 (S.C. 1984) ....................................................................................................... 24

*Earl Realty, Inc. v. Leonetti (In re Leonetti)*,
   28 B.R. 1003 (E.D. Pa. 1983) ...................................................................................................... 7

*Eleven Line, Inc. v. N. Tex. State Soccer Ass'n, Inc.*,
   213 F.3d 198 (5th Cir. 2000) ..................................................................................................... 10

*Espenscheid v. DirectSat USA, LLC*,
   705 F.3d 770 (7th Cir. 2013) ............................................................................................... 15, 16

*In re Fibreboard Corp.*,
   893 F.2d 706 (5th Cir. 1990) ............................................................................................... 12, 13

*Germano et al. v. Taishan Gypsum Co., et al.*
   (09-6687) ................................................................................................................................... 28

*Germano v. Taishan Gypsum Co. Ltd.*,
   No. 2:09-cv-06687 .............................................................................................................. passim

*Hickory Sec. Ltd., v. Republic of Argentina*,
   493 F. App'x 156 (2d Cir. 2012) ................................................................................................ 12

*Jimenez v. Allstate Ins. Co.*,
   765 F.3d 1161 (9th Cir. 2014) ................................................................................................... 11

*Kemp v. Metabolife Int'l, Inc.*,
   No. 00–cv–13, 2002 WL 113894 (E.D. La. Jan. 25, 2002) ....................................................... 13

*Lacroix v. State Farm Fire & Cas. Co.*,
   No. 09–cv–0609, 2010 WL 2265577 (E.D. La. June 2, 2010) .................................................. 17

*Lambert v. Allstate Ins. Co.*,
   195 So.2d 698 (La. App. 1st Cir. 1967) ..................................................................................... 17

*Lightell v. State Farm Fire & Cas. Co.*,
   Nos. 08–cv–4393, 09-1696, 2009 WL 5217087 (E.D. La. Dec. 31, 2009) ............................... 19

*Lombardo v. State Farm Fire & Cas. Ins. Co.*,
   No. 09–cv–512, 2010 WL 2399350 (E.D. La. June 8, 2010) .................................................... 19

*McLaughlin v. Am. Tobacco Co.*,
   522 F.3d 215 (2d Cir. 2008)..........................................................................................12

*MP Vista, Inc. v. Motiva Enterps., LLC*,
   286 F.R.D. 299 (E.D. La. 2012).....................................................................................12

*In re NASDAQ Mkt-Makers Antitrust Litig.*,
   169 F.R.D. 493 (S.D.N.Y. 1996) ...................................................................................10

*O'Sullivan v. Countrywide Home Loans, Inc.*,
   319 F.3d 732,744-45 (5th Cir. 2003) ............................................................................10

*Riberglass, Inc. v. Techni-Glass Indus., Inc.*,
   811 F.2d 565 (11th Cir. 1987) ...................................................................................6, 25

*Sterling v. Velsicol Chem. Corp.*,
   855 F.2d 1188 (6th Cir. 1988) ..........................................................................10, 11, 12

*Sutherlin Sales Co. v. United Most Worshipful St. John's Grand Lodge of Ancient Free & Accepted Masons*,
   127 So.2d 253 (La. App. 4th Cir. 1961) .......................................................................18

*Talucci v. Matthews*,
   960 So. 2d 9 (Fla. 4th DCA 2007).................................................................................25

*Tardo v. State Farm Fire & Cas. Co.*,
   No. 08–cv–1165, 2009 WL 1804766 (E.D. La. June 22, 2009) ...................................19

*In re Terazosin Hydrochloride Antitrust Litig.*,
   220 F.R.D. 672 (S.D. Fla. 2004)....................................................................................10

*Trujillo v. State Farm Fire & Cas. Ins. Co.*,
   No. 09–cv–8, 2011 WL 162883 (E.D. La. Jan. 19, 2011) ............................................18

*Turner v. Murphy Oil USA, Inc.*,
   234 F.R.D.597 (E.D. La. 2006).......................................................................................9

*Volkswagen of Am., Inc. v. Robertson*,
   713 F.2d 1151 (5th Cir. 1983) .................................................................................17, 18

*Wal-Mart Stores, Inc. v. Dukes*,
   131 S. Ct. 2541 (2011).............................................................................................11, 14

*Wooten v. McDonald Transit Associates, Inc.*
   775 F.3d 689 (5th Cir. 2015) .........................................................................................25

**Statutes**

28 U.S.C. § 2072(b) .................................................................................................................11

**Other Authorities**

Fed. R. Civ. P. 12(b)(2) and 12(b)(5) .................................................................................................1

Fed. R. Civ. P. 23 ..............................................................................................................10, 11, 12, 23

Fed. R. Civ. P. 23(a)(1)-(4) and 23(b)(3) ........................................................................................2, 5

Fed. R. Civ. P. 36 ..................................................................................................................................6, 7

Federal Rule of Evidence 702 ...........................................................................................................18