UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Germano v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 09-6687 (E.D. La.);<br><br>*Gross v. Knauf Gips, KG,* Case No. 09-6690 (E.D. La.);<br><br>*Wiltz v. Beijing New Building Materials Public Limited Co.,* Case No. 10-361 (E.D. La.);<br><br>*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.,* Case No. 11-1672 (E.D. La.);<br><br>*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.,* Case No. 11-1395 (E.D. La.); and<br><br>*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.,* Case No. 11-1673 (E.D. La.). | |

### DECLARATION OF CAROLYN F. TAYLOR IN SUPPORT OF THE FEDERAL RULE OF EVIDENCE 1006 SUMMARY OF THE 65 PLAINTIFFS IDENTIFYING BNBM OR DRAGON BRAND DRYWALL IN THE 23,057 ORIGINAL PROFILE FORMS PRODUCED BY BROWNGREER PLC

This declaration is made in accordance with and pursuant to 28 U.S.C. § 1746.

I, Carolyn F. Taylor, declare, under penalty of perjury, that the following statements are true and correct:

1. I am a paralegal at the law firm Dentons US LLP, which represents Beijing New Building Materials Public Limited Company ("BNBM PLC") and Beijing New Building

1

Exhibit B

Material (Group) Co., Ltd. ("BNBM Group"). I respectfully submit this declaration in support of the Federal Rule of Evidence 1006 Summary of the 65 Plaintiffs Identifying BNBM or Dragon Brand Drywall in the 23,057 Original Profile Forms Produced By BrownGreer PLC (the "Summary Exhibit") attached as **Exhibit 1**. I have personal knowledge of the facts stated in this declaration.

2. On or around April 3, 2015, BrownGreer PLC produced 23,057 plaintiff profile forms (the "Original Profile Forms"), grouped in 8,856 folders.

3. A team of twenty-three associates, paralegals, and litigation support staff reviewed each of the Original Profile Forms. Team members were assigned a batch of folders and were instructed to inspect all documents contained in their assigned folders.

4. I helped manage the review team and also participated in the review of Original Profile Forms.

5. The team reviewed the Original Profile Forms to determine the number and identity of property owners who identified BNBM PLC or BNBM Group as a manufacturer of their drywall. Specifically, the team looked at the "Section V Drywall Information" of each Original Profile Form to determine if it contained any variation of the following terms: "BNBM," "Dragon," or "Beijing" (collectively, the "Key Terms"). If Section V of the Original Profile Forms was blank or said "see attached" or "see below," team members were instructed to inspect the original profile form for the Key Terms.

6. If a team member found an Original Profile Form containing any Key Term, the reviewer noted, among other things, the folder number where the profile form was found, the last five digits of the document's file name, the names of the property owners, and the city and state where the property was located.

7. Based upon the information the review team captured from the Original Profile Forms, we determined that 65 property owners included references to BNBM, Dragon, or Beijing in their profile forms.

8. For each of these 65 property owners, the Summary Exhibit lists the folder number where the profile form was found, the last five digits of the document's file name, the names of the property owners, and the city and state where the property was located. For ease of reference, duplicate, amended, or supplemental forms about these 65 property owners have been excluded from the summary.

9. I then compared the list of 65 property owners to (1) Exhibit C to the Affidavit of Ronald Wright, which was attached to Plaintiffs' Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) And Request For Approval of Supplemental Notice (Rec. Doc. 18086-14); and (2) Exhibit 10 to the Affidavit of George J. Inglis, P.E. As shown in the Summary Exhibit, the PSC has identified 63 of the 65 property owners as class members in the above-referenced actions.

10. On or around April 30, 2015, BrownGreer PLC served an excel spreadsheet containing a summary of supplemental profile form data for 3,736 plaintiffs. On May 1, 2015, the PSC served 496 supplemental profile forms in PDF format. I reviewed these supplemental productions and determined that no additional property owners referenced the Key Terms in these productions. Whether or not BNBM Group and BNBM PLC received supplemental profile data for any of the 65 property owners is noted in the final column of the attached Summary Exhibit.

11. This declaration and Summary Exhibit reflects all plaintiff profile information produced as of May 4, 2015.

Dallas, Texas

Dated: May 8, 2015

                                                               */s/ Carolyn Fay Taylor*
                                                               Carolyn F. Taylor

**Federal Rule of Evidence 1006 Summary of the 65 Property Owners Identifying BNBM or Dragon Brand Drywall in the 23,057 Original Profile Forms Produced By Brown Greer PLC**

**Class Members Identified**

|  | Folder No. | Last 5 Digits of File Name | Property Owner Listed | City | State | Updated Profile Data Provided (Y/N) |
|---|---|---|---|---|---|---|
| 1. | 103490 | 13179 | Abraham, Dr. Thomas; Thomas, Dr. Mariamma | Boynton Beach | FL | Y |
| 2. | 107492 | 23360 | Abromats, G. Clifford and Worobec, J. | Wellington | FL | N |
| 3. | 105155 | 91873 | Acadia II Condominium Assn. | Sun City Center | FL | N |
| 4. | 105785 | 16097 | Alvarez, Barbara | Homestead | FL | N |
| 5. | 107471 | 24744 | Anderson, Michael & Renee | Loxahatchee | FL | Y |
| 6. | 105807 | 16157 | Bennett, Marlene | Boynton Beach | FL | Y |
| 7. | 104498 | 14467 | Brahmbhatt, Jatin | Parkland | FL | Y |
| 8. | 104573 | 14552 | Brewster, Stephen | Parkland | FL | Y |
| 9. | 101217 | 91961 | Cahill, Thomas | Punta Gorda, | FL | N |
| 10. | 105191 | 16272 | Carr, David L. | Wesley Chapel | FL | Y |
| 11. | 105882 | 16279 | Catalfamo, Edmondo | Boynton Beach | FL | Y |
| 12. | 105883 | 16281 | Cherba, Alexander | Boynton Beach | FL | N |
| 13. | 107468 | 35160 | Ciancimino, Gianpaulo & Danielle | Boynton Beach | FL | Y |
| 14. | 107420 | 23733 | Coombs, Thomas & Sheri | Wellington | FL | N |
| 15. | 108190 | 35446 | Crowell, Barry | Calera | AL | N |
| 16. | 103681 | 24313 | Cueva, Elia | Doral | FL | Y |
| 17. | 103673 | 13746 | Del Greco, Gary | Boynton Beach | FL | N |
| 18. | 105155 | 35356 | Edwards, Cecile | Sun City Center | FL | Y |
| 19. | 105464 | 15642 | Forte, Louise M. | Boynton Beach | FL | N |

1


EXHIBIT 1

Federal Rule of Evidence 1006 Summary of the 65 Property Owners Identifying BNBM or Dragon Brand Drywall in the 23,057 Original Profile Forms Produced By Brown Greer PLC

|  | Folder No. | Last 5 Digits of File Name | Property Owner Listed | City | State | Updated Profile Data Provided (Y/N) |
|---|---|---|---|---|---|---|
| 20. | 105460 | 15638 | Gallacher, Michael | Boynton Beach | FL | Y |
| 21. | 105455 | 15632 | Gallardo, Arledys | Homestead | FL | N |
| 22. | 105446 | 15623 | Gianetti, Dominic | Boynton Beach | FL | N |
| 23. | 100407 | 87363 | Gobos, Peter | Parkland | FL | Y |
| 24. | 107472 | 34345 | Goldman, Clivens | Wellington | FL | Y |
| 25. | 105416 | 15589 | Guerriero, Michael | Alva | FL | N |
| 26. | 105388 | 15557 | Harrysperad, Roy | Boynton Beach | FL | N |
| 27. | 105541 | 15741 | Jackson, Leonard | Parkland | FL | Y |
| 28. | 104959 | 14984 | Jimenez, Daphini | Homestead | FL | N |
| 29. | 104619 | 14601 | Kelly, Bryce | Avon Park | FL | N |
| 30. | 104821 | 14831 | Kowalik, Gregory | Wellington | FL | Y |
| 31. | 105658 | 15882 | Lamour, Guy | Boynton Beach | FL | Y |
| 32. | 107421 | 91791 | Lefton, David and Garcia, Michelle | Port St. Lucie | FL | N |
| 33. | 102375 | 10780 | Leung, Jim | Parkland | FL | Y |
| 34. | 103588 | 13237 | Lloyd, Maxwell | Parkland | FL | N |
| 35. | 102919 | 13313 | Madero, Fernando | Sunrise | FL | N |
| 36. | 105965 | 25999 | Manzur, Mohammed | Boynton Beach | FL | Y |
| 37. | 105966 | 16564 | Marchese, Troy | Boynton Beach | FL | N |
| 38. | 105979 | 28358 | Mitchell, Paul | Doral | FL | N |
| 39. | 105754 | 16016 | Morakis, Nick | Boynton Beach | FL | N |
| 40. | 108207 | 35522 | Morris, Larry | Birmingham | AL | N |

2

Federal Rule of Evidence 1006 Summary of the 65 Property Owners Identifying BNBM or Dragon Brand Drywall in the 23,057 Original Profile Forms Produced By Brown Greer PLC

|  | Folder No. | Last 5 Digits of File Name | Property Owner Listed | City | State | Updated Profile Data Provided (Y/N) |
|---|---|---|---|---|---|---|
| 41. | 105698 | 15925 | Perez, Jorge | Miami | FL | N |
| 42. | 103562 | 34947 | Pigna, Francisco | Boynton Beach | FL | Y |
| 43. | 105696 | 15923 | Popov, Susan | Boynton Beach | FL | Y |
| 44. | 105401 | 15933 | Prandi, Chad | Boynton Beach | FL | Y |
| 45. | 103572 | 35792 | Promenade 9-101, LLC | Doral | FL | Y |
| 46. | 105672 | 15897 | Raymond, Davidson | Boynton Beach | FL | Y |
| 47. | 105166 | 35546 | Rizzo, Frank | Parkland | FL | Y |
| 48. | 108165 | 34475 | Robbins, Michele | Wellington | FL | N |
| 49. | 107473 | 31634 | Roberts, Kenneth & Audrey | West Palm Beach | FL | N |
| 50. | 103614 | 16416 | Schoenberg, Kathleen | Delray Beach | FL | Y |
| 51. | 105618 | 15838 | Serbin, Bruce | Parkland | FL | Y |
| 52. | 105615 | 15835 | Siegel, Wayne | Boynton Beach | FL | Y |
| 53. | 104232 | 13463 | Steiner, Stephanie | Boynton Beach | FL | Y |
| 54. | 106512 | 34456 | Surles, Michael | Vero Beach | FL | Y |
| 55. | 105578 | 15796 | Teixeira, Pete | Port St. Lucie | FL | N |
| 56. | 103703 | 31365 | Voskressensky, Andre | Boynton Beach | FL | N |
| 57. | 108208 | 34402 | Vrchota, Roy | West Palm Beach | FL | N |
| 58. | 104488 | 32811 | Walsh, James | Delray Beach | FL | N |
| 59. | 102100 | 11230 | Walton, William | St. Augustine | FL | N |
| 60. | 104660 | 14660 | Wanadoo LLC | Vero Beach | FL | Y |
| 61. | 108184 | 35650 | Washington, Mary | Birmingham | AL | N |

3

**Federal Rule of Evidence 1006 Summary of the 65 Property Owners Identifying BNBM or Dragon Brand Drywall in the 23,057 Original Profile Forms Produced By Brown Greer PLC**

|  | Folder No. | Last 5 Digits of File Name | Property Owner Listed | City | State | Updated Profile Data Provided (Y/N) |
|---|---|---|---|---|---|---|
| 62. | 108152 | 35732 | Williams, Raymond | Wellington | FL | Y |
| 63. | 104536 | 14511 | Young, Elizabeth | Alva | FL | N |

**Non-Class Members Identified**

|  | Folder No. | Last 5 Digits of File Name | Property Owner Listed | City | State | Updated Profile Data Provided (Y/N) |
|---|---|---|---|---|---|---|
| 64. | 108843 | 37311 | Carlton Arms of Winter Haven, LLP | St. Petersburg | FL | N |
| 65. | 104601 | 14581 | Montalvo, Richard | Parkland | FL | Y |

4