UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Amorin et al. v. Taishan Gypsum Co. Ltd. et al.*, Case No. 2:11-cv-01673<br><br>*Amorin et al. v. Taishan Gypsum Co. Ltd. et al.*, Case No. 2:11-cv-01395<br><br>*Amorin et al. v. Taishan Gypsum Co. Ltd. et al.*, Case No. 2:11-cv-01672<br><br>*Wiltz et al. v. Beijing New Building Material Public Limited Company et al.*, Case No. 2:10-cv-00361<br><br>*Gross et al. v. Knauf Gips KG et al.*, Case No. 2:09-cv-06690<br><br>*Germano et al. v. Taishan Gypsum Co. Ltd. et al.*, Case No. 2:09-cv-06687 | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## TRANSMITTAL DECLARATION OF MATTHEW NICKEL IN SUPPORT OF BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY AND BEIJING NEW BUILDING MATERIAL (GROUP), CO. LTD.'S OPPOSITION TO PLAINTIFFS' MOTION FOR ASSESSMENT OF CLASS DAMAGES

This declaration is made in accordance with and pursuant to 28 U.S.C. § 1746.

I, Matthew Nickel, declare, under penalty of perjury, that the following statements are true and correct:

1. I am a Partner at Dentons US LLP and counsel for Beijing New Building Materials Public Limited Company ("BNBM PLC") and Beijing New Building Material (Group) Co., Ltd. ("BNBM Group"). I respectfully submit this declaration in support of BNBM PLC and

**Exhibit C**

1

BNBM Group's Memorandum of Law in Opposition to Plaintiffs' Motion for Assessment of Class Damages to transmit certain evidence and authority to the Court. The letters and emails referenced in this declaration are business records of Dentons US LLP, which are kept in the ordinary course of business.

2. Attached as Exhibit 1 is a summary of remediation statistics of the Chinese Drywall Settlement Remediation Program produced to Defendants by Jake Woody of BrownGreer PLC on April 29, 2015.

3. Attached as Exhibit 2 is the Memorandum from Joanna Matheson, Ph.D., Toxicologist, Directorate for Health Sciences, dated January 3, 2011, which is available on the Consumer Product Safety Commission ("CPSC") website at http://www.cpsc.gov/PageFiles/99196/lblreport.pdf.

4. Attached as Exhibit 3 is a copy of Draft Emission Factor Results from Lawrence Berkeley National Laboratories Chamber Testing, dated May 27, 2010, which is available on the CPSC website at http://www.cpsc.gov//PageFiles/114656/LBNLsulfur.pdf.

5. Attached as Exhibit 4 is a copy of CPSC Release No. 10-243, titled CPSC Identifies Manufacturers of Problem Drywall Made in China and dated May 25, 2010, which is available on the CPSC website at http://www.cpsc.gov/en/Newsroom/News-Releases/2010/CPSC-Identifies-Manufacturers-of-Problem-Drywall-Made-in-China/.

6. Attached as Exhibit 5 is a copy of the United States Department of Housing and Urban Development's report to Congress, titled Study of the Possible Effect of Problem Drywall Presence on Foreclosures and dated July 17, 2012, which is available on the CPSC website at http://cpsc.gov/PageFiles/161357/StudyofthePossibleEffectofProblemDrywallPresenceonForeclosures.pdf.

7. Attached as Exhibit 6 are Plaintiffs' Objections and Responses to BNBM PLC's and BNBM Group's First Request For Production From Plaintiffs, served on April 27, 2015.

Dallas, Texas
Dated: May 8, 2015

*/s/ Matthew Nickel*
Matthew Nickel