

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT APPLIES TO:<br><br>Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al., Case No. 2:09-cv-6687 (E.D. La.)<br><br>The Mitchell Co., Inc. v. Knauf Gips KG, et al., Case No. 09-4115 (E.D. La.)<br><br>Wiltz v. Beijing New Building Materials Public Ltd. Co., et al., Case No. 10-361 (E.D. La.)<br><br>Gross v. Knauf Gips KG, et al., Case No. 2:09-cv-06690 (E.D. La.) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**PLAINTIFFS' RESPONSES TO BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY AND BEIJING NEW BUILDING MATERIAL (GROUP) CO., LTD.'S FIRST REQUEST FOR PRODUCTION FROM PLAINTIFFS**

Now comes the Plaintiffs' Steering Committee's ("PSC") who, on behalf of all Plaintiffs pursuant to Pre-Trial Order No. 8, responds to the First Set of Request for Production propounded to Plaintiffs by Defendants Beijing New Building Materials Public Limited Company and Beijing New Building Material (Group) Co., Ltd. ("Defendants"), as follows:

**GENERAL OBJECTIONS**

1. The PSC respectfully objects to Defendants' discovery requests to the extent that they call for the production of documents or information protected by the Attorney-Client Privilege and/or Work Product Doctrine.

2. The PSC respectfully objects to Defendants' discovery requests to the extent that they are

1

**Exhibit C-6**

vague or overbroad.

3. The PSC respectfully objects to Defendants' discovery requests to the extent that Defendants have equal or greater access to the documents or other information requested and much of the information is in the possession of Defendants or in the public domain.

4. The PSC respectfully objects to the production of information or documents that may be in the possession of someone else.

5. The PSC respectfully objects to the production of documents that are in the possession of BrownGreer to which Defendants has access to such information in accordance with agreements reached with the PSC, Knauf and BrownGreer.

6. The PSC respectfully objects to the production of any documents that pertain to liability issues as the trial of this matter is limited solely to damages, as a result of Defendants' failure to timely appear and defend itself in this matter, and the Default Judgment that was subsequently rendered.

Subject to and without waiving the above and foregoing objections, the PSC respectfully responds as follows:

## RESPONSES TO PRODUCTION REQUESTS

**REQUEST NO. 1:**

Produce all Documents or Communications relating to BNBM Drywall that You contend was found or existed in any Class Members' homes or properties.

**RESPONSE TO REQUEST NO. 1:**

This request is overbroad, vague, burdensome and in large measure unintelligible as written. Notwithstanding and subject to these objections, documents responsive to this request have been produced to Defendants by BrownGreer and are available from BrownGreer.

**REQUEST NO. 2:**

Produce all Documents or Communications relating to any Tests of BNBM Drywall, including Tests commissioned or conducted by You, any party to this case, any government agency, or any third-party.

**RESPONSE TO REQUEST NO. 2:**

Subject to the foregoing objections, this request seeks information in the public domain and in Court records, such as reports from the Consumer Product Safety Commission and expert opinions. Plaintiffs will produce their trial expert report in accordance with the agreed upon schedule between the parties.

**REQUEST NO. 3:**

Produce all Documents or Communications identified in response to the BNBM Entities' First Set of Interrogatories on Plaintiffs.

**RESPONSE TO REQUEST NO. 3:**

Plaintiffs object to this request as they were not yet served with the BNBM entities' First Set of Interrogatories on Plaintiffs.

**REQUEST NO. 4:**

Produce all expert reports that refer or relate to BNBM Drywall, including all exhibits or studies referred to therein or appended thereto.

**RESPONSE TO REQUEST NO. 4:**

Subject to the foregoing objections, Plaintiffs note that the documents are publically available to Defendants, including, but not limited to those documents on the Court's docket and records filed therein. *See also* Response to Request No. 2 above.

Respectfully submitted,

Dated:  April 27, 2015

/s/ Leonard A. Davis
**Russ M. Herman** (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
***HERMAN, HERMAN & KATZ, LLC***
820 O'Keefe Avenue
New Orleans, LA  70113
PH:  (504) 581-4892
FAX:  (504) 561-6024
ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin
Fred S. Longer
Sandra L. Duggan
Matthew C. Gaughan
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
PH:  (215) 592-1500
FAX:  (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

**PLAINTIFFS' STEERING COMMITTEE**

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm, LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Jerrold Seth Parker
Parker Waichman, LLP
27300 Riverview Center Blvd.
Suite 103
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

4

Peter Prieto
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Bruce William Steckler
Steckler, LLP
12720 Hillcrest Road, Ste 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-404
bruce@stecklerlaw.com

Ervin A. Gonzalez
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

James Robert Reeves
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@attorneys4people.com

Christopher Seeger
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Victor M. Diaz, Jr., Esquire
V.M. Diaz and Partners, LLC
119 Washington Ave, Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

## OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W Suite  650
Washington, DC 20006
Phone: (202) 540-7200
Fax:  (202) 540-7201
rlewis@hausfeldllp.com

Anthony D. Irpino
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, on this 27th day of April, 2015.

                            Respectfully Submitted,

BY:  */s/ Leonard A. Davis*
       Leonard A. Davis
       Herman, Herman & Katz, LLC
       820 O'Keefe Avenue
       New Orleans, LA 70113
       Phone: (504) 581-4892
       Fax: (504) 561-6024
       ldavis@hhklawfirm.com

       *Plaintiffs' Liaison Counsel*
       *MDL 2047*