UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Germano v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, **Case No. 09-6687 (E.D. La.)**;<br><br>*Gross v. Knauf Gips, KG*, **Case No. 09-6690 (E.D. La.)**;<br><br>*Wiltz v. Beijing New Building Materials Public Limited Co.*, **Case No. 10-361 (E.D. La.)**;<br><br>*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, **Case No. 11-1672 (E.D. La.)**;<br><br>*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, **Case No. 11-1395 (E.D. La.); and**<br><br>*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, **Case No. 11-1673 (E.D. La.).** | |

**LOCAL RULE 78.1 REQUEST FOR ORAL ARGUMENT**

NOW INTO COURT, through undersigned counsel, come defendants Beijing New Building Materials Public Limited Company and Beijing New Building Materials (Group) Co., Ltd., to respectfully request oral argument on their motion currently scheduled for submission on May 27, 2015 at 9:00am CST. Oral argument would aid the Court's consideration of the Motion.

1

Dated:  May 8, 2015

        Respectfully submitted,

        **DENTONS US LLP**

        By: <u>*/s/ Michael H. Barr*</u>
        Michael H. Barr
        New York Bar No. 1744242
        Justin N. Kattan
        New York Bar No. 3983905
        1221 Avenue of the Americas
        New York, NY 10020-1089
        Telephone:  (212) 768-6700
        Facsimile:  (212) 768-6800
        michael.barr@dentons.com
        justin.kattan@dentons.com

        - and -

        Richard L. Fenton
        Illinois Bar No. 3121699
        Leah R. Bruno
        Illinois Bar No. 6269469
        233 South Wacker Drive
        Suite 7800
        Chicago, IL  60606-6306
        Telephone:  (312) 876-8000
        Facsimile:  (312) 876-7934
        richard.fenton@dentons.com
        leah.bruno@dentons.com

        - and -

                    C. Michael Moore
Texas Bar No. 14323600
Gene R. Besen
Texas Bar No. 24045491
2000 McKinney Ave, Suite 1900
Dallas, TX  75201
Telephone:  (214) 259-0900
Facsimile:  (214) 259-0910
mike.moore@dentons.com
gene.besen@dentons.com

        - and -

**PHELPS DUNBAR LLP**

Harry Rosenberg
Louisiana Bar No. 11465
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone:  (504) 566-1311
Facsimile:  (504) 568-9130
harry.rosenberg@phelps.com

*Attorneys for Beijing New Building Material (Group) Co., Ltd. and Beijing New Building Materials Public Limited Company*