In re: Chinese-Manufactured Drywall Products Liability Litigation



**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 134732-0005

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Great Western Building Materials
Court Case No. MDL 2047

HERMAN, HERMAN, ET AL
Ms. Kate Robinson
820 O'Keefe Ave.
New Orleans, LA 70113-1116

State of: CALIFORNIA ) ss.
County of: VENTURA )

**Name of Server:** D. F. BROWN, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 8th day of MAY, 20 15, at 2:45 o'clock P. M

**Place of Service:** at 301 Lombard Street, in Oxnard, CA 93030-7296

**Documents Served:** the undersigned served the documents described as:
Subpoena to Testify at a Deposition in a Civil Action (with production request), with attached 30(b)(6) Expedited Notice of Deposition (with exhibits)

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Great Western Building Materials

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: STEVEN PADILLA - MANAGER

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color H ; Hair Color Brn ; Facial Hair --
Approx. Age 45 ; Approx. Height 6'2" ; Approx. Weight 170

XX To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server D.F. BROWN
RPS #622
APS International, Ltd.

Subscribed and sworn to before me this ____ day of _____, 20__

Notary Public (Commission Expires)

# Jurat

State of California

County of _____VENTURA_____

Subscribed and sworn to (or affirmed) before me on this __9th__ day of __MAY__, 20__15__ by _____D. F. BROWN_____,

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____          (Notary seal)
Signature

> JOANN G. VALANTINE
> Commission # 1951513
> Notary Public - California
> Ventura County
> My Comm. Expires Sep 10, 2015

## OPTIONAL INFORMATION

### DESCRIPTION OF THE ATTACHED DOCUMENT

_____
(Title or description of attached document)

_____
(Title or description of attached document continued)

Number of Pages _____ Document Date _____

_____
(Additional information)

### INSTRUCTIONS FOR COMPLETING THIS FORM

*The wording of all Jurats completed in California after January 1, 2008 must be in the form as set forth within this Jurat. There are no exceptions. If a Jurat to be completed does not follow this form, the notary must correct the verbiage by using a jurat stamp containing the correct wording or attaching a separate jurat form such as this one which does contain proper wording. In addition, the notary must require an oath or affirmation from the document signer regarding the truthfulness of the contents of the document. The document must be signed AFTER the oath or affirmation. If the document was previously signed, it must be re-signed in front of the notary public during the jurat process.*

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the jurat process is completed.
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Signature of the notary public must match the signature on file with the office of the county clerk.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different jurat form.
  ❖ Additional information is not required but could help to ensure this jurat is not misused or attached to a different document.
  ❖ Indicate title or type of attached document, number of pages and date.
- Securely attach this document to the signed document

2008 Version CAPA v1.9.07  800-873-9865  www.NotaryClasses.com