In re: Chinese-Manufactured Drywall Products Liability Litigation



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 134669-0001

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Morgan Stanley, through it Registered Agent: The Corporation Trust Company
Court Case No. MDL 2047

HERMAN, HERMAN, ET AL
Ms. Kate Robinson
820 O'Keefe Ave.
New Orleans, LA 70113-1116

State of: __DELAWARE__ ) ss.
County of: __NEW CASTLE__ )

**Name of Server:** __ADAM BOLDEN__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __5th__ day of __May__, 20 __15__, at __11:45__ o'clock __A__ M

**Place of Service:** at 1209 Orange Street, in Wilmington, DE 19801

**Documents Served:** the undersigned served the documents described as:
Subpoena to Testify at a Deposition in a Civil Action (with production request) with attached 30(b)(6); Amended Notice of Deposition (with exhibits); Witness Fee

**Service of Process on:**
A true and correct copy of the aforesaid document(s) was served on:
Morgan Stanley, through it Registered Agent: The Corporation Trust Company

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __AMY MCLAREN, AUTHORIZED TO ACCEPT__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __F__; Skin Color __WHITE__; Hair Color __BROWN__; Facial Hair ____
Approx. Age __35__; Approx. Height __5'5"__; Approx. Weight __135__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this __5__ day of __May__, 20 __15__

Anne M. Francen
Notary Public      (Commission Expires)

APS International, Ltd.

In re: Chinese-Manufactured Drywall Products Liability Litigation



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 134669-0001

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
—JP Morgan Chase & Co., through it Registered Agent:
The Corporation Trust Company
Court Case No. MDL 2047

HERMAN, HERMAN, ET AL
Ms. Kate Robinson
820 O'Keefe Ave.
New Orleans, LA 70113-1116

State of: __DELAWARE__ ) ss.
County of: __NEW CASTLE__ )

**Name of Server:** __ADAM GOLDEN__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __5th__ day of __May__, 20__15__, at __11:45__ o'clock __A__ M

**Place of Service:** at __1209 Orange Street__, in __Wilmington, DE 19801__

**Documents Served:** the undersigned served the documents described as:
Subpoena to Testify at a Deposition in a Civil Action (with production request) with attached 30(b)(6); Amended Notice of Deposition (with exhibits); Witness Fee

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
JP Morgan Chase & Co., through it Registered Agent: The Corporation Trust Company

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __AMY MCLAREN, AUTHORIZED TO ACCEPT__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __F__ ; Skin Color __WHITE__ ; Hair Color __BROWN__ ; Facial Hair _____
Approx. Age __35__ ; Approx. Height __5'5"__ ; Approx. Weight __135__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this __5__ day of __May__, 20 __15__

Notary Public   (Commission Expires)

ANNE M. FRANCIA
MY COMMISSION EXPIRES
Feb. 12, 2019
NOTARY PUBLIC
STATE OF DELAWARE

**APS International, Ltd.**