UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Amorin et al. v. Taishan Gypsum Co. Ltd. et al.,* Case No. 2:11-cv-01673<br><br>*Amorin et al. v. Taishan Gypsum Co. Ltd. et al.,* Case No. 2:11-cv-01395<br><br>*Amorin et al. v. Taishan Gypsum Co. Ltd. et al.,* Case No. 2:11-cv-01672<br><br>*Wiltz et al. v. Beijing New Building Material Public Limited Company et al.,* Case No. 2:10-cv-00361<br><br>*Gross et al. v. Knauf Gips KG et al.,* Case No. 2:09-cv-06690<br><br>*Germano et al. v. Taishan Gypsum Co. Ltd. et al.,* Case No. 2:09-cv-06687 | |

**ORDER**

Before the Court is Beijing New Building Materials Public Limited Company's and Beijing New Building Material (Group) Co., Ltd.'s Motion For Leave to Exceed Page Limitation. The Court is of the opinion that the Motion for leave should be **GRANTED**.

Beijing New Building Materials Public Limited Company's and Beijing New Building Materials (Group) Co., Ltd.'s Memorandum of Law in Opposition to Plaintiffs' Motion for Assessment of Class Damages and accompanying exhibits are hereby filed to the record.

**SO ORDERED.**

New Orleans, Louisiana, this 11th day of May, 2015.

_____
ELDON E. FALLON
United States District Court Judge