## TABLE OF CONTENTS

PRELIMINARY STATEMENT ........ 1

ADDITIONAL FACTUAL BACKGROUND WITH RESPECT TO BNBM PLC AND BNBM GROUP ........ 6

ARGUMENT ........ 9

I. PLAINTIFFS' REQUEST THAT THE COURT EXTRAPOLATE AN AGGREGATE CLASS-WIDE DAMAGE AWARD OF $1.2 BILLION IS AN INVITATION TO ERROR. ........ 9

A. Controlling Authority Rejects Plaintiffs' Attempt To Substitute Extrapolated Figures For Necessarily Individualized Damage Inquiries. ........ 11

II. *GERMANO* CANNOT SUBSTITUTE FOR INDIVIDUALIZED CONSIDERATIONS. ........ 16

A. Neither Plaintiffs Nor Mr. Inglis Make Any Effort to Calculate Actual Damages. ........ 17

B. Mr. Inglis' Scope of Remediation Assumes, Without Support, Maximum Damage for Every Class Member. ........ 19

C. Mr. Inglis' Remediation Cost Estimates are Based on Seven Virginia Residences That Have Not Been Shown to Be Reflective or Representative of the Class Members' Properties. ........ 20

D. Estimated Per Square Foot ALE Costs Have Not Been Shown to be Reflective of Class Members' Damage. ........ 21

E. The Court Did Not Certify a Loss of Use Damages Claim, Nor is There Any Support for a Finding That Every Class Member Has Suffered $100,000 in Loss of Use. ........ 23

III. METHODOLOGY ASIDE, AN AWARD OF CLASS WIDE DAMAGES AGAINST BNBM GROUP OR BNBM PLC WOULD BE IMPROPER. ........ 25

CONCLUSION ........ 29

# TABLE OF AUTHORITIES

Page(s)

**Cases**

*Arnett v. Helvie*,
267 N.E.2d 864 (Ind. App. 1971) ....................18

*Barile Excavating & Pipeline Co. v. Kendall Props., Inc.*,
462 So.2d 1129 (Fla. Dist. Ct. App. 1984) ....................18

*Becerra v. Asher*,
921 F. Supp. 1538 (S.D. Tex. 1996), *aff'd,* 105 F.3d 1042 (5th Cir. 1997) ....................6, 25

*Bell Atl. Corp. v. AT&T Corp.*,
339 F.3d 294 (5th Cir. 2003) ....................10

*Birmingham Coal & Coke Co. v. Johnson*,
10 So. 3d 993 (Ala. 2008) ....................24

*Bowers v. Westvaco Corp.*,
244 Va. 139 (1992) ....................24

*In re Chevron U.S.A., Inc.*,
109 F.3d 1016 (5th Cir. 1997) ....................13, 14, 16

*In re Chinese-Manufactured Drywall Prod. Liab. Litig.*,
No. 09-6050, 2010 WL 1710434 (E.D. La. Apr. 27, 2010) ....................6, 20, 24

*In re Chinese-Manufactured Drywall Products Liab. Litig.*,
MDL No. 2047, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ....................10

*Chriss v. Manchester Ins. & Indem. Co.*,
308 So. 2d 803 (La. Ct. App. 1975) ....................24

*Cimino v. Raymark Indus., Inc.*,
151 F.3d 297 (5th Cir. 1998) ....................10, 12, 13, 14

*Comcast Corp. v. Behrend*,
133 S. Ct. 1426 (2013) ....................10

*In re Countrywide Fin. Corp. Mortgage-Backed Sec. Litig.*,
984 F. Supp. 2d 1021 (C.D. Cal. 2013) ....................15

*CSC Holdings, Inc. v. Redisi*,
309 F.3d 988 (7th Cir. 2002) ....................18

*Daubert. Moore v. Ashland Chem. Co.*,
151 F.3d 269 (5th Cir. 1998.) ....................2, 18

*In re Deepwater Horizon*,
739 F.3d 790 (5th Cir. 2014) ....................13

*Dooley v. Richland Mem. Hosp.*,
322 S.E.2d 669 (S.C. 1984) ....................24

*Earl Realty, Inc. v. Leonetti (In re Leonetti)*,
28 B.R. 1003 (E.D. Pa. 1983) ....................7

*Eleven Line, Inc. v. N. Tex. State Soccer Ass'n, Inc.*,
213 F.3d 198 (5th Cir. 2000) ....................10

*Espenscheid v. DirectSat USA, LLC*,
705 F.3d 770 (7th Cir. 2013) ....................15, 16

*In re Fibreboard Corp.*,
893 F.2d 706 (5th Cir. 1990) ....................12, 13

*Germano et al. v. Taishan Gypsum Co., et al.*
(09-6687)....................28

*Germano v. Taishan Gypsum Co. Ltd.*,
No. 2:09-cv-06687 .................... *passim*

*Hickory Sec. Ltd., v. Republic of Argentina*,
493 F. App'x 156 (2d Cir. 2012) ....................12

*Jimenez v. Allstate Ins. Co.*,
765 F.3d 1161 (9th Cir. 2014) ....................11

*Kemp v. Metabolife Int'l, Inc.*,
No. 00–cv–13, 2002 WL 113894 (E.D. La. Jan. 25, 2002) ....................13

*Lacroix v. State Farm Fire & Cas. Co.*,
No. 09–cv–0609, 2010 WL 2265577 (E.D. La. June 2, 2010) ....................17

*Lambert v. Allstate Ins. Co.*,
195 So.2d 698 (La. App. 1st Cir. 1967) ....................17

*Lightell v. State Farm Fire & Cas. Co.*,
Nos. 08–cv–4393, 09-1696, 2009 WL 5217087 (E.D. La. Dec. 31, 2009) ....................19

*Lombardo v. State Farm Fire & Cas. Ins. Co.*,
No. 09–cv–512, 2010 WL 2399350 (E.D. La. June 8, 2010) ....................19

*McLaughlin v. Am. Tobacco Co.*, 522 F.3d 215 (2d Cir. 2008)....12

*MP Vista, Inc. v. Motiva Enterps., LLC*, 286 F.R.D. 299 (E.D. La. 2012)....12

*In re NASDAQ Mkt-Makers Antitrust Litig.*, 169 F.R.D. 493 (S.D.N.Y. 1996)....10

*O'Sullivan v. Countrywide Home Loans, Inc.*, 319 F.3d 732,744-45 (5th Cir. 2003)....10

*Riberglass, Inc. v. Techni-Glass Indus., Inc.*, 811 F.2d 565 (11th Cir. 1987)....6, 25

*Sterling v. Velsicol Chem. Corp.*, 855 F.2d 1188 (6th Cir. 1988)....10, 11, 12

*Sutherlin Sales Co. v. United Most Worshipful St. John's Grand Lodge of Ancient Free & Accepted Masons*, 127 So.2d 253 (La. App. 4th Cir. 1961)....18

*Talucci v. Matthews*, 960 So. 2d 9 (Fla. 4th DCA 2007)....25

*Tardo v. State Farm Fire & Cas. Co.*, No. 08–cv–1165, 2009 WL 1804766 (E.D. La. June 22, 2009)....19

*In re Terazosin Hydrochloride Antitrust Litig.*, 220 F.R.D. 672 (S.D. Fla. 2004)....10

*Trujillo v. State Farm Fire & Cas. Ins. Co.*, No. 09–cv–8, 2011 WL 162883 (E.D. La. Jan. 19, 2011)....18

*Turner v. Murphy Oil USA, Inc.*, 234 F.R.D.597 (E.D. La. 2006)....9

*Volkswagen of Am., Inc. v. Robertson*, 713 F.2d 1151 (5th Cir. 1983)....17, 18

*Wal-Mart Stores, Inc. v. Dukes*, 131 S. Ct. 2541 (2011)....11, 14

*Wooten v. McDonald Transit Associates, Inc.* 775 F.3d 689 (5th Cir. 2015)....25

**Statutes**

28 U.S.C. § 2072(b)....11

**Other Authorities**

Fed. R. Civ. P. 12(b)(2) and 12(b)(5) ........................................................................................1

Fed. R. Civ. P. 23 ........................................................................................10, 11, 12, 23

Fed. R. Civ. P. 23(a)(1)-(4) and 23(b)(3)........................................................................2, 5

Fed. R. Civ. P. 36 ..........................................................................................................6, 7

Federal Rule of Evidence 702 ...........................................................................................18