BG1

**CONFIDENTIAL**

| Table 1. Overall Remediation Statistics (As of 4/29/15) | | |
|---|---|---|
| **Row** | **Category** | **#** |
| 1 | Total Number of Properties | 2,917 |
| 2 | Overall Remediation Cost / Square Foot | $72.96 |
| 3 | Overall Remediation Cost / Property | $149,623.75 |
| 4 | Overall Average Remediation Duration / Property | 3.49 Months |
| 5 | Median Remediation Duration / Property | 3.00 Months |
| 6 | Shortest Remediation Duration / Property | 3 Months |
| 7 | Longest Remediation Duration / Property | 14 Months |

4/29/2015 3:53 PM

**Exhibit C-1**