UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION : SECTION L
: JUDGE FALLON
: MAGISTRATE JUDGE WILKINSON

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

Before the Court are a number of motions to leave to file various submissions under seal, (Rec. Docs. 18696, 18726, 18835, 18864).

**IT IS ORDERED** that the motions for leave to file under seal are **GRANTED**.

**IT IS FURTHER ORDERED** that the various submissions shall be filed under seal.

New Orleans, Louisiana, this 7th day of May, 2015.

_____
UNITED STATES DISTRICT JUDGE

1