UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED<br>DRYWALL PRODUCTS<br>LIABILITY LITIGATION | *<br>*<br>*<br>* | MDL 2047<br><br>SECTION L<br> |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE WILKINSON |

## ORDER

Considering Defendant Interior/Exterior Building Supply's ("INEX") Ex Parte/Consent Motion to Reset the Hearing on INEX's Motion to Enforce Injunction Regarding Claims Brought by Plaintiffs William and Lucinda Davis and Gregory and Joan Scott;

IT IS ORDERED that the Motion to Reset is GRANTED.

IT IS FURTHER ORDERED that INEX's Motion shall be heard following the June 23, 2015 status conference before the Court.

IT IS FURTHER ORDERED that any response to the motion be filed by June 15, 2015.

NEW ORLEANS, LOUISIANA, this 8th day of May, 2015.

_____
UNITED STATES DISTRICT JUDGE