UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED | * | MDL 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |

* * * * * * * * * * * * * * * * * *

## BAILEY LUMBER & SUPPLY CO.'S MOTION TO ENFORCE INJUNCTION REGARDING CLAIMS BROUGHT BY PLAINTIFFS KYLE AND DENISE NEWMAN

Bailey Lumber & Supply Company ("Bailey"), as a downstream supplier of Interior/Exterior Building Supply ("InEx") and a Downstream InEx Releasee under the InEx Settlement Agreement approved by this Court, files this Motion to Enforce Injunction Regarding Claims Brought by Plaintiffs Kyle and Denise Newman.

This Court has barred all class members who have not opted out of the InEx entities' class action settlement agreement from prosecuting claims against InEx and the Downstream InEx Releasees. In violation of the Court's order, Plaintiffs, who are class members of the InEx entities' class action settlement agreement, are prosecuting claims arising from, or otherwise related to, the presence of Chinese drywall against Bailey (and InEx) in the Circuit Court of the First Judicial District of Harrison County, Mississippi in two cases, captioned *Kyle and Denise Newman v. Knauf GIPS et al.*, Case No. A2401-2010-00419 and *Kyle and Denise Newman v. USG Corp. et al.*, Case No. A2401-2012-244.

For these reasons, as more fully stated in the accompanying Memorandum, Bailey moves the Court to enforce its injunction barring claims by Plaintiffs against Bailey and further enjoin Plaintiffs, and their attorneys, from continuing to prosecute their claims against Bailey.

Respectfully submitted,

BAILEY LUMBER & SUPPLY COMPANY

_/s/ Robert L. Redfearn, Jr._
Robert L. Redfearn, Jr. (# 17106)

**OF COUNSEL:**

**SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.**
1100 Poydras Street, 30th Floor
New Orleans, Louisiana 70163-3000
Phone: (504) 569-2030
Fax: (504) 569-2999
E-mail: redfearnjr@spsr-law.com

R. Ryan Daugherty (MB #102275)
Sirote & Permutt, P.C.
2311 Highland Avenue South
Birmingham, Alabama 35205
Telephone: (205) 930-5279
Facsimile: (205) 212-3816

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 12th day of May, 2015.

**I ALSO CERTIFY** that this document is being served this day on counsel for Plaintiffs, Wayne E. Ferrell, Jr., 405 Tombigee St., Jackson, Mississippi 39201 (Wayne Ferrell (WFerrell@airlawonline.com), via email transmission.

_/s/ Robert L. Redfearn, Jr._