UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL 2047<br><br>SECTION L |
| This document relates to All Cases | * * * * | JUDGE FALLON<br><br>MAGISTRATE JUDGE WILKINSON |

* * * * * * * * * * * * * * * * *

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that undersigned counsel will bring the foregoing Motion to Enforce Injunction Against State Court Claims of Kyle and Denise Newman for hearing before the Honorable Eldon E. Fallon, Section L of the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130 on June, 23, 2015, beginning at 9:00 a.m. or as soon thereafter as counsel can be heard.

Respectfully submitted,

BAILEY LUMBER & SUPPLY COMPANY

/s/ Robert L. Redfearn, Jr.
Robert L. Redfearn, Jr. (# 17106)

OF COUNSEL:

SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.
1100 Poydras Street, 30th Floor
New Orleans, Louisiana 70163-3000
Phone: (504) 569-2030
Fax: (504) 569-2999
E-mail: redfearnjr@spsr-law.com

R. Ryan Daugherty (MB #102275)
Sirote & Permutt, P.C.
2311 Highland Avenue South
Birmingham, Alabama 35205
Telephone: (205) 930-5279
Facsimile: (205) 212-3816

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 12th day of May, 2015.

**I ALSO CERTIFY** that this document is being served this day on counsel for Plaintiffs, Wayne E. Ferrell, Jr., 405 Tombigee St., Jackson, Mississippi 39201 (Wayne Ferrell (WFerrell@airlawonline.com), via email transmission.

                                                              */s/ Robert L. Redfearn, Jr.*