UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL 2047  SECTION L |
| This document relates to All Cases | * * * * | JUDGE FALLON  MAGISTRATE JUDGE WILKINSON |

* * * * * * * * * * * * * * * * *

## ORDER

Having considered the Motion to Enforce Injunction Regarding Claims Brought by Plaintiffs Kyle and Denise Newman filed by Bailey Lumber & Supply Company ("Bailey"), as a downstream supplier of Interior/Exterior Building Supply ("InEx") and a Downstream InEx Releasee under the InEx Settlement Agreement approved by this Court, it is hereby

**ORDERED THAT** Plaintiffs, and their attorneys, are enjoined from continuing to prosecute their claims relating to Chinese Drywall against Bailey, including, but not limited to, the actions in the Circuit Court of the First Judicial District of Harrison County, Mississippi captioned *Kyle and Denise Newman v. Knauf GIPS et al.*, Case No. A2401-2010-00419 and *Kyle and Denise Newman v. USG Corp. et al.*, Case No. A2401-2012-244.

SIGNED, this ____ day of June 2015 at New Orleans, Louisiana.

_____
JUDGE