UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  **CHINESE-MANUFACTURED** | \* | **MDL 2047** |
| **DRYWALL PRODUCTS** | \* | |
| **LIABILITY LITIGATION** | \* | **SECTION L** |
| | \* | |
| | \* | **JUDGE FALLON** |
| **This document relates to All Cases** | \* | |
| | \* | **MAGISTRATE JUDGE WILKINSON** |
| | \* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1 and 78.1, Bailey Lumber & Supply Company requests oral argument on its Motion to Enforce Injunction Against State Court Claims of Kyle and Denise Newman currently set for submission on June 23, 2015.

Respectfully submitted,

**BAILEY LUMBER & SUPPLY COMPANY**

_/s/  Robert L. Redfearn, Jr._
Robert L. Redfearn, Jr. (# 17106)

OF COUNSEL:

**SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.**
1100 Poydras Street, 30th Floor
New Orleans, Louisiana 70163-3000
Phone: (504) 569-2030
Fax: (504) 569-2999
E-mail: redfearnjr@spsr-law.com

R. Ryan Daugherty (MB #102275)
Sirote & Permutt, P.C.
2311 Highland Avenue South
Birmingham, Alabama 35205
Telephone: (205) 930-5279
Facsimile: (205) 212-3816

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 12th day of May, 2015.

I **ALSO CERTIFY** that this document is being served this day on counsel for Plaintiffs, Wayne E. Ferrell, Jr., 405 Tombigee St., Jackson, Mississippi 39201 (Wayne Ferrell (WFerrell@airlawonline.com), via email transmission.

*/s/ Robert L. Redfearn, Jr.*