In re: Chinese-Manufactured Drywall Products Liability Litigation



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 134732-0003

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Davis Construction Supply, LLC, through its registered
agent, Stefan M. Davis
Court Case No. MDL 2047

HERMAN, HERMAN, ET AL

Ms. Kate Robinson
820 O'Keefe Ave.
New Orleans, LA 70113-1116

State of: _Florida_ ) ss.
County of: _Alachua_ )

Name of Server: _Steve Lehr_ , undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _8th_ day of _May_ , 20 _15_ , at _3:50_ o'clock _P_ M

Place of Service: at 20725 SW 46th Avenue , in Newberry, FL 32669

Documents Served: the undersigned served the documents described as:
**Subpoena to Testify at a Deposition in a Civil Action (with production request),**
**with attached 30(b)(6) Expedited Notice of Deposition (with exhibits)**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Davis Construction Supply, LLC, through its registered agent, Stefan M. Davis**

Person Served, and
Method of Service: By delivering them into the hands of an officer or managing agent whose name and
title is: _Deb. Herringer Office Manager_

Description of
Person Receiving
Documents:
The person receiving documents is described as follows:
Sex _F_ ; Skin Color _White_ ; Hair Color _Brown_ ; Facial Hair _—_
Approx. Age _35-45_ ; Approx. Height _5'7"-5'10"_ ; Approx. Weight _150-170 lbs._
✓ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury
that the foregoing is true and correct.

_____
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this
_11th_ day of _May_ , 20 _15_

_____
Notary Public (Commission Expires)

ROBERT SHAWN MAZZERLE
NOTARY PUBLIC
STATE OF FLORIDA
Comm# FF166778
Expires 10/7/2018