UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|   |   |   |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## SCHEDULING ORDER

As the Court has explained in prior minute entries, there are presently three tracks to these proceedings: (1) the damages track; (2) the contempt track; and (3) the jurisdictional track, at least as to BNBM. The parties have filed various motions, trial plans, and discovery requests involving these three tracks. In order to maximize judicial efficiency and fairness to the parties, the Court issues this scheduling order.

At this time, the Court will prioritize the damages track, as the June 9, 2015 damages hearing is rapidly approaching. The Court has given cut-off dates for the damages hearing, (Rec. Doc. 18757), dates which the Court will enforce:

- Deposition deadline: fourteen days prior, that is **May 26, 2015**. However, the Court will permit depositions to be taken past this deadline for deponents coming to the United States from China and who cannot be scheduled to meet the May 26, 2015 deadline. All such depositions must taken by June 5, 2015.

- Document production deadline: eighteen days prior, that is **May 22, 2015**.

- Witness list deadline: twenty-one days prior, that is **May 19, 2015**.

**By June 16, 2015**, the parties shall submit to the Court proposed Findings of Fact and Conclusions of Law as to class damages.

1

After the damages hearing, the Court will set deadlines, briefing schedules, and hearing dates for any remaining substantive motions involving the damages track. Those dates will permit the Court to resolve any pending, and future filed, substantive motions involving the damages track, including but not limited to Defendant's motions to decertify / vacate portions of the class certification order (Rec. Docs. 18876, 18879).

Also after the damages hearing, the Court will set deadlines, briefing schedules, and hearing dates for the contempt track and the jurisdictional track. Those dates will afford resolution of any pending, and future filed, substantive motions involving those two tracks, including but not limited to BNBM's motions to dismiss and vacate, (Rec. Docs. 18841, 18849, 18851). The parties need not respond to the motions in the latter two tracks until the Court sets dates, after the damages hearing.

New Orleans, Louisiana, this 12th day of May, 2015.

_____
UNITED STATES DISTRICT JUDGE