UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

## ORDER

Upon consideration of the Plaintiffs' Steering Committee's Motion for Leave to File Reply Brief Following Discovery, it is hereby Ordered that the PSC may file a reply to Beijing New Building Materials Public Limited Company and Beijing New Building Material (Group) Co., Ltd.'s Memorandum of Law in Opposition to Motion of Plaintiff Intervenors and the Plaintiffs' Steering Committee for an Expedited Hearing to Enforce the Court's July 17, 2014 Contempt Order and Injunction [Rec.Doc. 18872], after the conclusion of discovery to be conducted after June 9, 2015.

NEW ORLEANS, LOUISIANA THIS <u>12th</u>  day of May, 2015.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE