UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION : SECTION L
: JUDGE FALLON
: MAGISTRATE JUDGE WILKINSON

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

Considering Defendant Banner Supply Company's Ex Parte/Consent Motion to Reset the Hearing on Banner's Motion to Enforce Injunction Regarding Claims Broughtby Plaintiffs Lorenzo Alvarez and Fransisca Salas;

IT IS ORDERED that the Motion to Reset is GRANTED.

IT IS FURTHER ORDERED that Banner's Motion shall be heard following the June 23, 2015 status conference before the Court.

IT IS FURTHER ORDERED that any response to the motion be filed by June 15, 2015.

New Orleans, Louisiana, this 12th day of May, 2015.

_____
UNITED STATES DISTRICT JUDGE