UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

Before the Court is the Plaintiffs' Steering Committee's ("PSC") motion for a protective order regarding the deposition of Brown Greer and Jake Woody. (Rec. Doc. 18856). Upon consideration of the motion, **IT IS ORDERED** that the deposition may go forward. The noticed deposition seeks information pertinent to the damages track. Even so, the PSC's arguments of ovebreadth are persuasive. As explained by the PSC, Requests 1, 2, 3, 4, 5, and 7 are overbroad. Therefore, **IT IS FURTHER ORDERED** that Requests 1, 2, 3, 4, 5, and 7 are stricken. The Court reserves the Defendants' right to submit an amended document request, that is narrower in scope, for the notice of deposition. **IT IS FURTHER ORDERED** that the May 12, 2015 deadline for document production related to the deposition is **EXTENDED** until May 16, 2015, that is ten days before the deposition.

Accordingly, the PSC's motion for a protective order is **GRANTED IN PART AND DENIED IN PART**, as set forth herein.

New Orleans, Louisiana, this 12th day of May, 2015.

_____
UNITED STATES DISTRICT JUDGE

1