UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2047

SECTION L |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. : | : : : | JUDGE FALLON
MAGISTRATE JUDGE
WILKINSON |

**THIS DOCUMENT RELATES TO:**  ALL CASES

<u>ORDER</u>

Before the Court is the Plaintiffs' Steering Committee's ("PSC") Emergency Motion to Compel Discovery Against Wal-Mart Stores, Inc. and Sunpin Solar Development, LLC. (Rec. Doc. 18863). This motion to compel involves the contempt track. The PSC has demonstrated good cause for the documents it seeks, <u>provided that the documents were created after the July 17, 2014 contempt ruling</u>. To the extent that the motion seeks documents created before the contempt ruling, Wal-Mart and Sunpin need not produce any documents created before that date. Accordingly,

**IT IS ORDERED** that the motion is **GRANTED IN PART AND DENIED IN PART.**

**IT IS FURTHER ORDERED** that the related motion to expedite, (Rec. Doc. 18865), is **DENIED AS MOOT**.

New Orleans, Louisiana, this 12th day of May, 2015.

_____
UNITED STATES DISTRICT JUDGE