In re: Chinese-Manufactured Drywall Products Liability Litigation



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 134732-0004

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--EAC & Son's Corporation, Edgar A. Chaparro (President)

Court Case No. MDL 2047

HERMAN, HERMAN, ET AL
Ms. Kate Robinson
820 O'Keefe Ave.
New Orleans, LA 70113-1116

State of: Florida ) ss.
County of: Osceola )

**Name of Server:** Laurence Black, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 8 day of May, 2015, at 11:10 o'clock A M

**Place of Service:** at 1142 E. Donegan Ave., in Kissimmee, FL 34744

**Documents Served:** the undersigned served the documents described as:
**Subpoena to Testify at a Deposition in a Civil Action (with production request),**
**with attached 30(b)(6) Expedited Notice of Deposition (with exhibits)**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**EAC & Son's Corporation, Edgar A. Chaparro (President)**
By delivering them into the hands of an officer or managing agent whose name and title is: Stephanie Paret, Secretary

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F ; Skin Color Hispanic; Hair Color Black ; Facial Hair N/A
Approx. Age 25-30 ; Approx. Height 5'6" ; Approx. Weight 160

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server Laurence Black

Subscribed and sworn to before me this 11 day of May, 2015

Notary Public  (Commission Expires)

APS International, Ltd. #0176

KAREN S. HERNANDEZ
MY COMMISSION # FF 006746
EXPIRES: May 22, 2017
Bonded Thru Budget Notary Services