# EXHIBIT A

| | |
|---|---|
| **From:** | Jake Woody <jswoody@browngreer.com> |
| **Sent:** | Friday, April 17, 2015 5:46 PM |
| **To:** | Dawn Barrios |
| **Cc:** | Denise Martin; Gerald E. Meunier; George J. Inglis; Russ Herman; ALevin@lfsblaw.com; Lenny Davis; Fred Longer; Sandy Duggan; Christopher Seeger; Anthony Irpino; Pearl Robertson; Richard S. Lewis; Katie Sanderson; Ashley Dwyre |
| **Subject:** | Re: Updating of Square Footage Information - Taishan/CDW |

Yes, although that may take a little longer to compile.  Would it be ok to send the list without that tonight and then update once we have that information?

Jake Woody

> On Apr 17, 2015, at 5:41 PM, Dawn Barrios <barrios@bkc-law.com> wrote:
>
> Thanks, Jake.  Can you indicate if you have proof of Taishan, because we can ask for that too?
>
> 701 Poydras Street | Suite 3650 | New Orleans, LA 70139
> P: 504.524.3300 | F: 504.524.3313 | www.bkc-law.com
>
> -----Original Message-----
> From: Jake Woody [mailto:jswoody@browngreer.com]
> Sent: Friday, April 17, 2015 4:40 PM
> To: Denise Martin
> Cc: Dawn Barrios; Gerald E. Meunier; George J. Inglis; Russ Herman; ALevin@lfsblaw.com; Lenny Davis; Fred Longer; Sandy Duggan; cseeger@seegerweiss.com; Anthony Irpino; Pearl Robertson; Richard S. Lewis; Katie Sanderson; Ashley Dwyre
> Subject: Re: Updating of Square Footage Information - Taishan/CDW
>
> We will send two lists:
>
> 1) a list of properties where we have law firm information but not square footage.  We will send this list tonight.
>
> 2) a list of properties that are on the taishan list but we do not have law firm information (because the owner never filed a claim or completed a Fact Sheet).  We need to do some data analysis to formulate this list but will send as soon as we can.
>
> I have copied my colleagues Katie Sanderson and Ashley Dwyre who are working to compile these lists right now.
>
> Jake Woody
>
> On Apr 17, 2015, at 5:20 PM, Denise Martin <dmartin@gainsben.com<mailto:dmartin@gainsben.com>> wrote:
>
> Yes, you and Jake.
> Jerry
>

1

> From: Dawn Barrios [mailto:barrios@bkc-law.com]
> Sent: Friday, April 17, 2015 4:18 PM
> To: Gerald E. Meunier; Jacob S. Woody; George J. Inglis
> Cc: Russ Herman; ALevin@lfsblaw.com<mailto:ALevin@lfsblaw.com>; Lenny Davis; Fred Longer; Sandy Duggan; Christopher Seeger; Anthony Irpino; Pearl Robertson; Richard S. Lewis
> Subject: RE: Updating of Square Footage Information - Taishan/CDW
>
> Jerry,
> Will do.
> Can I suggest that we not rely on the attorney to get the info to Jake?  If we make them send it to us (my office and yours), we can keep track of what comes in and follow up.  Maybe we tell them to send it to us and Jake?
>
> d
>
>
>
<image002.png><http://cp.mcafee.com/d/FZsS86Qm4PhOPtZwsUrKrhLtAQsCzB5cQsI6QrTpd79EVhp78CQrTpd79EVhjd7bVJ6ZSjhOqekm7Qjp5nSUi-8a8Xa527MVsShSka4fxOVJBVUsyO-_R-p7eceecZuVtd55zxPRPhOep7sJt6OaaJQkul3PWApmU6CQjqpKVKVI04gaSbDWoVsSgScplE2y1mNs_j7bCS7CnC3ob6Azh04RAdDa14Qgltd40MbdX7Ph0bRHfifCy0dwXmaKPBm1EwbCy04Xaxfoo91M2CTT3q92X>
>
> 701 Poydras Street, Suite 3650
> New Orleans, LA 70139
> 504.524.3300 (phone)
> 504.524.3313 (fax)
> P Please consider the environment before printing this e-mail
>
> From: Denise Martin [mailto:dmartin@gainsben.com] On Behalf Of Gerald E. Meunier
> Sent: Friday, April 17, 2015 3:42 PM
> To: Dawn Barrios; Jacob S. Woody; George J. Inglis
> Cc: Russ Herman; ALevin@lfsblaw.com<mailto:ALevin@lfsblaw.com>; Lenny Davis; Fred Longer; Sandy Duggan; Christopher Seeger; Anthony Irpino; Pearl Robertson; Richard S. Lewis
> Subject: Updating of Square Footage Information - Taishan/CDW
>
> Dawn, George & Jake,
> Our expert George Inglis says he can prepare his revised report by next Friday, April 24, provided he gets the further update of square footage amounts for the plaintiff Taishan properties no later than Thursday, April 23.  However, to avoid possible unexpected glitches, I suggest we give plaintiffs' counsel until close of business on next Wednesday, April 22, 2015 by which to provide the updated information.  They should provide it directly to Jake Woody at Brown Greer.
> I'm asking Jake to immediately forward to you, Russ, Lenny, Arnold, Chris and me a list by firm and attorney of all of the properties for which square footage remains lacking.  As soon as you receive it, you can proceed to organize your telephone outreach, mindful of the Wednesday, April 22 deadline.
> Thanks,
> Jerry
>
>
<image003.jpg><http://cp.mcafee.com/d/1jWVIqdEI9CzBCXX0VMTsSzuX9EVd7aapEVodETKOqejhOyOehdETKOqejhOyCqenPqdXICzAQsEIfECOaLJMBYgkhSka4fxOVIzIEk8v3BPrbPMV5BZ_HYOesosspWZOWqab73DHCzAsOeVqWdAklrEEYG7DR8OJMddFCQPtPtPo08zIEk8dN8AO7M4tlB3BYdAdz6lq0EwlInfQNO

VJxVBVwS2NF8Qg1dp3pOwhd45njh0c2PuNYQg2ZqPQzVEw3oeRyHIVlwq82VEw1eOEjS62gs0FJZMTZf9zdje>
>