# EXHIBIT B

| | |
|---|---|
| **From:** | Jake Woody <jswoody@browngreer.com> |
| **Sent:** | Thursday, April 23, 2015 3:56 PM |
| **To:** | Tracy Randazzo |
| **Cc:** | Richard Lewis (rlewis@hausfeld.com); 'Meunier E. Gerald (gmeunier@gainsben.com)' (gmeunier@gainsben.com); Dawn Barrios |
| **Subject:** | Updated Taishan Data |
| **Attachments:** | Taishan SQF.xlsx |

Tracy, please take a look at the attached and give me a call.

**Jake Woody**
**BROWNGREER PLC**
250 Rocketts Way
Richmond, VA 23231
Telephone: (804) 521-7234
Facsimile: (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*