# EXHIBIT C

**From:** George J. Inglis
**Sent:** Wednesday, October 15, 2014 11:22 PM
**To:** Ronald E. Wright
**Subject:** FW: CDW mail file

FYI. Woody says "our square footage does not include garages"? Under air footage? Living space or conditioned space is a more common term.

Good night!

George

---

**From:** Richard S. Lewis [mailto:rlewis@hausfeld.com]
**Sent:** Wednesday, October 15, 2014 11:00 PM
**To:** George J. Inglis
**Subject:** Fwd: CDW mail file

The data base I sent you does not include garages see below

Sent from my iPhone

Begin forwarded message:

> **From:** "Jacob S. Woody" <jswoody@browngreer.com>
> **Date:** October 15, 2014 at 8:41:12 PM EDT
> **To:** Matthew Gaughan <MGaughan@lfsblaw.com>
> **Cc:** "Richard S. Lewis" <rlewis@hausfeld.com>
> **Subject: Re: CDW mail file**
>
> Our square footage number does not include garages.
>
> It includes Under Air Square Footage, which is generally the parts of the property that is heated and cooled and suitable for year round living.
>
> Jake Woody
>
> On Oct 15, 2014, at 7:13 PM, "Matthew Gaughan" <MGaughan@lfsblaw.com<mailto:MGaughan@lfsblaw.com>> wrote:
>
> Jake - please advise
>
> Sent from my iPhone
>
> On Oct 15, 2014, at 7:07 PM, Richard S. Lewis <rlewis@hausfeld.com<mailto:rlewis@hausfeld.com>> wrote:
>
>
> Pleae confirm the sq footage here does NOT include garages .

1

Richard S. Lewis
Partner
rlewis@hausfeld.com <mailto:%7BEmail%20Address%7D>

<image945791.jpg@91f3240d.500a4c1f>

1700 K Street, NW
Suite 650
Washington, DC 20006
202-540-7151 direct
202-540-7200 main
202-540-7201 fax
www.hausfeld.com<http://www.hausfeld.com/>

<imagea9b9c8.jpg@94d82d24.03ec419c>

This electronic mail transmission from Hausfeld LLP may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.

From: Matthew Gaughan [mailto:MGaughan@lfsblaw.com]
Sent: Tuesday, October 14, 2014 6:12 PM
To: Richard S. Lewis
Subject: FW: CDW mail file

Rich – I'm forwarding you what I have in response to your earlier email. This does not include reference to the garage space but I think we should just go with what we have. I also believe we should use average square footage for the properties where we do not know the square footage. See below.

The KPT settlement awarded $8.50 per square foot for alternative living, move-in and move-out, utilities and other property expenses. I will double check to make sure this is correct in terms of the expenses covered by the $8.50. The $8.50 definitely covers alternative living.

We reached out to Kerry Miller yesterday to see if he could get us any figures on personal property. I'll let you know what we hear. Thanks, Matt.

From: Jacob S. Woody [mailto:jswoody@browngreer.com]
Sent: Tuesday, October 14, 2014 5:53 PM
To: Matthew Gaughan
Cc: Fred Longer
Subject: RE: CDW mail file

Matt, I have attached a spreadsheet detailing our results for this project. The first tab is a summary tab that gives a high level overview of our findings. The second tab lists every property from your original list along with the square footage information we have for each property.

We were able to confirm the square footage for 2,346 properties. The total square footage for those properties is 5,078,645 square feet. The average square footage is 2,165 square feet per property. We do not have square footage information for 1,219 properties, but if you assume they have the average square footage of 2,165, the total square footage for those properties is 2,638,904 square feet. This gives you a total of 7,717,549 square feet for the entire class.

We can calculate the per square foot cost for the remediation of KPT homes if you would like. That might give you an idea of how much it would cost to remediate the entire Taishan class.

Let me know if you have any questions. I am available to discuss at your convenience.


Jake Woody
BROWNGREER PLC
250 Rocketts Way
Richmond, VA 23231
Telephone: (804) 521-7234
Facsimile: (804) 521-7299
www.browngreer.com<http://www.browngreer.com/>

This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.


From: Matthew Gaughan [mailto:MGaughan@lfsblaw.com]
Sent: Wednesday, October 08, 2014 10:52 AM
To: Jacob S. Woody
Cc: Fred Longer
Subject: FW: CDW mail file
Importance: High

Jake – we have another major project related to the class proceedings that we were hoping you could help us with. Please see the attached document with the list of property addresses for each of the class members. I believe Tom Shrack sent you a spreadsheet of the same when you were asked to assist with the mailing list. Anyway, we would like you to send us a spreadsheet with the square footage of each of the properties on the attached. Please flag instances where you do not have the square footage as we may need to use an average square footage figure for such properties. Also, it would be great if you could program the spreadsheet to total the square footage of all properties since we intend to calculate class damages based on the total number of square feet. Please advise on when you will be able to complete this project. We would like to get it back as soon as possible as we need it for a brief that we are submitting at the end of the month. Thank you. Matt.

Matthew Gaughan, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106