UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047  SECTION L  JUDGE FALLON MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER AND REASONS

Before the Court is Taishan's motion to compel outstanding discovery relied on by Plaintiffs' damages expert George Inglas. (Rec. Doc. 18889). The parties have further explained the background relevant to the dispute, and their respective positions, in prior status conference letters to the Court. (Rec. Docs. 18821, 18858).

The Court will deny the motion to compel. The remaining documents Taishan seeks from Mr. Inglas are protected under Rule 26(b)(3)(B) and Rule 26(b)(4)(B), which, in pertinent part, protect drafts of any report or disclosure which contain the "metal impressions, conclusions, opinions, or legal theories of a party's attorney or other representative concerning the litigation." This protection applies here. As Taishan itself implicitly acknowledges in its motion, Mr. Inglas and his office did more than merely use the information in the email attachments as a basis for Mr. Inglas's expert opinion. Rather, Mr. Inglas's role in helping create the information invokes the work product protection under Rule 26(b)(4)(B). Although Taishan argues that the PSC waived any protection when it sent the information to Brown Greer, this argument is unavailing in light of Mr. Inglas's role in creating the documents sought. This is particularly so considering that Brown Greer is not a "third party" in the sense discussed by Taishan, but rather Brown Greer, the settlement administrator in this litigation, works on behalf of the litigation in the

1

interest of all settling parties. The work product sent between Mr. Inglas and Brown Greer thus fall within the ambit of protection under Rule 26(b)(3)(B). The act of sending the documents in question to Brown Greer does not waive the protection. Accordingly,

**IT IS ORDERED** that Taishan's motion to compel, (Rec. Doc. 18889), is **DENIED**.

New Orleans, Louisiana, this 14th day of May, 2015.

_____
UNITED STATES DISTRICT JUDGE