UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|   |   |   |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047<br>SECTION L<br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

### ORDER AND REASONS

Before the Court is Taishan's motion to exclude and strike the affidavit of Plaintiffs' withdrawn expert Ronald Wright, (Rec. Doc. 18882). Taishan has also moved for leave to reply. (Rec. Doc. 18914).

The Court will deny the motion to exclude and strike. The Court has permitted Mr. Inglas to serve as a substitute expert for Mr. Wright, who was forced to withdraw as an expert for personal reasons not related to this litigation. The PSC reports that Mr. Inglas worked closely with Mr. Wright, and may well rely on portions of Mr. Wright's affidavit. Under Federal Rule of Evidence 703, "an expert may base an opinion on facts or data in the case that the expert has been made aware of or personally observed." As Mr. Wright's affidavit appears to contain facts or data that Mr. Inglas has been made aware of, by nature of his work with Mr. Wright, under Rule 703 and all other applicable law there is no proper basis for the sweeping request to exclude and strike Mr. Wright's affidavit from the record.

**IT IS ORDERED** that Taishan's motion for leave to file a reply, (Rec. Doc. 18914), is **GRANTED**.

**IT IS FURTHER ORDERED** that Taishan's motion to exclude and strike, (Rec. Doc. 18882), is **DENIED**.

1

New Orleans, Louisiana, this 14th day of May, 2015.

_____
UNITED STATES DISTRICT JUDGE