In re: Chinese-Manufactured Drywall Products Liability



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  134539-0001

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Steven J. Zika, Hampton Affiliates, through its Counsel of Record: D. Jeffrey Courser, Esq.
Court Case No. MDL 2047

HERMAN, HERMAN, ET AL
Ms. Kate Robinson
820 O'Keefe Ave.
New Orleans, LA 70113-1116

State of: Oregon ) ss.
County of: Clackamas )
Name of Server: Jeff Estrada , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 28 day of April , 20 15 , at 1:28 o'clock P M

Place of Service: at 900 SW Fifth Ave., Ste. 2600 , in Portland, OR 97204

Documents Served: the undersigned served the documents described as:
**Subpoena to Testify at a Deposition in a Civil Action (with production request) with Attached 30(b)(6) Amended Deposition Notice (with exhibits); Witness Fee**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
Steven J. Zika, Hampton Affiliates, through its Counsel of Record: D. Jeffrey Courser, Esq.
By delivering them into the hands of an officer or managing agent whose name and title is: Cherie Clark, Practice Assistant

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Blonde ; Facial Hair N
Approx. Age 40s ; Approx. Height 5' ; Approx. Weight Slender

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this 4 day of May , 2015

Notary Public  (Commission Expires) 2017

OFFICIAL SEAL
CHRISTINE M FREITER
NOTARY PUBLIC-OREGON
COMMISSION NO. 476353
MY COMMISSION EXPIRES APRIL 08, 2017