In re: Chinese-Manufactured Drywall Products Liability



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 134539-0001

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Hampton Investment Company, through its Counsel of Record: D. Jeffrey Courser, Esq.
Court Case No. MDL 2047

HERMAN, HERMAN, ET AL
Ms. Kate Robinson
820 O'Keefe Ave.
New Orleans, LA 70113-1116

State of: Oregon ) ss.
County of: Clackamas )

Name of Server: __Jeff Estehadi__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __28__ day of __April__, 20 __15__, at __1:28__ o'clock __P__ M

Place of Service: at 900 SW Fifth Ave., Ste. 2600, in Portland, OR 97204

Documents Served: the undersigned served the documents described as:
**Subpoena to Testify at a Deposition in a Civil Action (with production request) with Attached 30(b)(6) Amended Deposition Notice (with exhibits); Witness Fee**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Hampton Investment Company, through its Counsel of Record: D. Jeffrey Courser, Esq.**
By delivering them into the hands of an officer or managing agent whose name and title is: __Cherie Clark, Practice Assistant__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __F__; Skin Color __White__; Hair Color __Blonde__; Facial Hair __N__
Approx. Age __40s__; Approx. Height __5'__; Approx. Weight __Slender__

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this __4__ day of __May__, 20 __15__

Notary Public    (Commission Expires) __2017__

APS International, Ltd.

OFFICIAL SEAL
CHRISTINE M FREITER
NOTARY PUBLIC-OREGON
COMMISSION NO. 476353
MY COMMISSION EXPIRES APRIL 08, 2017