UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047 SECTION L JUDGE FALLON MAGISTRATE JUDGE |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. : | | WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## <u>ORDER</u>

Considering Defendant Bailey Lumber's Motion to Enforce Injunction Regarding Claims Brought by Plaintiffs Kyle and Denise Newman, (Rec. Doc. 18913);

IT IS ORDERED that Bailey Lumber's Motion shall be heard with oral argument, along with several other motions to enforce, (Rec. Docs. 18788, 18832), following the June 23, 2015 status conference.

IT IS FURTHER ORDERED that any response to the motion be filed by June 15, 2015.

New Orleans, Louisiana, this 14th day of May, 2015.

_____
UNITED STATES DISTRICT JUDGE

1