UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| | : | MDL NO. 2047 |
| IN RE: CHINESE MANUFACTURED DRYWALL | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAGISTRATE JUDGE |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. : | WILKINSON |

**THIS DOCUMENT RELATES TO:**  ALL CASES

## ORDER AND REASONS

Before the Court is Taishan's motion for leave to file a reply for its motion to compel,

(Rec. Doc. 18931). The Court has already ruled on the underlying motion to compel, for the

reasons explained therein, in accordance with the Court's three-day discovery motion submission

timeline explained on May 7, 2015, (*see* Rec. Doc. 18911). Accordingly,

**IT IS ORDERED** that Taishan's motion for leave is **DENIED AS MOOT**.

New Orleans, Louisiana, this 15th day of May, 2015.

_____
UNITED STATES DISTRICT JUDGE

1