UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:**<br><br>*Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.*, Case No. 09-6687 (E.D.La.);<br><br>*Gross, et al. v. Knauf Gips, KG, et al.*, Case No. 09-6690 (E.D.La.);<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*, Case No 10-361 (E.D.La.);<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Civ. Action No. 11-1672 (E.D.La.);<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Civ. Action No. 11-1395 (E.D.La.);<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Civ. Action No. 11-1673 (E.D.La.)) | |

**O R D E R**

Considering the Plaintiffs' Steering Committee's Motion for Leave to File Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) and to File Entirety of the Reply Brief (Including Exhibits) Under Seal;

1

IT IS ORDERED BY THE COURT THAT the motion is GRANTED, and:

1. The PSC is granted leave to file the attached Plaintiffs' Reply Brief in Support of its Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B); and

2. The Plaintiffs' Reply Brief in Support of its Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) be and is hereby to be FILED UNDER SEAL in its entirety.

New Orleans, Louisiana, this 18th day of May, 2015.

*/s/ Eldon E. Fallon*
Eldon E. Fallon
United States District Court Judge