UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * *

**PROPOSED AGENDA**
**FOR MAY 20, 2015 STATUS CONFERENCE**

I.      PRE-TRIAL ORDERS

II.     STATE COURT TRIAL SETTINGS

III.    STATE/FEDERAL COORDINATION

IV.    OMNIBUS CLASS ACTION COMPLAINTS

V.     CLASS ACTION COMPLAINT

VI.    PLAINTIFFS' MOTIONS TO ESTABLISH A PLAINTIFFS'
        LITIGATION FEE AND EXPENSE FUND

VII.   REMEDIATION PROGRAM

VIII.  INEX, BANNER, KNAUF, L&W and GLOBAL SETTLEMENTS

IX.    SHARED COSTS FUND

X.     TAISHAN DEFENDANTS

X1.    VENTURE SUPPLY & PORTER BLAINE DEFENDANTS

XII.   PLAINTIFF AND DEFENDANT PROFILE FORMS

XIII.   FREQUENTLY ASKED QUESTIONS

XIV.   MATTERS SET FOR HEARING FOLLOWING THE CURRENT STATUS CONFERENCE

XV.   *PRO SE* CLAIMANTS

XVI.   PHYSICAL EVIDENCE PRESERVATION ORDER

XVII.   ENTRY OF PRELIMINARY DEFAULT

XVIII.  ALREADY REMEDIATED HOMES

XIX.   LOUISIANA ATTORNEY GENERAL

XX.   NEXT STATUS CONFERENCE