## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |

* * * * * * * * * * * * * * * * * *

## BANNER'S EX PARTE/CONSENT MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFFS' DANIEL AND SHONNA BLONSKY'S LETTER RESPONSE TO BANNER'S MOTION TO ENFORCE INJUNCTION REGARDING CLAIMS BROUGHT BY PLAINTIFFS DANIEL AND SHONNA BLONSKY

Defendant Banner Supply Co. ("Banner") files this Ex Parte/Consent Motion for Leave to File Reply to Plaintiffs' Daniel and Shonna Blonsky's Letter Response (Doc. No. 18734-1) to Banner's Motion to Enforce Injunction Regarding Claims Brought by Plaintiffs Daniel and Shonna Blonsky (Doc. No. 18495).

On March 18, 2015, Banner filed its Motion to Enforce Injunction Regarding Claims Brought by Plaintiffs Daniel and Shonna Blonsky.  Doc. No. 18495.  The Motion is set to be heard following the May 20, 2015 status conference.  Plaintiffs have filed a Letter Response to the Motion, which the Court has entered into the record.  Doc. No. 18734.  Banner has attempted, but has been unable to determine whether Plaintiffs consent to or oppose this Motion for Leave.

Banner has reviewed Plaintiffs' Letter Response and respectfully requests leave to file the attached Reply in support of its Motion.

Respectfully submitted,

**BAKER, DONELSON, BEARMAN,**
**CALDWELL & BERKOWITZ, PC**

/s/ *Kerry J. Miller*
**KERRY J. MILLER (#24562)**
**JAMES R. PARISH (#34017)**
201 St. Charles Avenue, Suite 3600
New Orleans, LA  70170
Telephone:     504.566.8646
Facsimile:      504.585.6946
Email:             kjmiller@bakerdonelson.com

*Counsel for Defendant, Banner Supply Co.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 18th day of May, 2015.

**I FURTHER CERTIFY** that this document is being served this day on Daniel F. Blonsky via email (dblonsky@coffeyburlington.com).

/s/ *Kerry J. Miller*
KERRY J. MILLER