# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |

* * * * * * * * * * * * * * * * * *

## ORDER

Considering Defendant Banner Supply Co.'s ("Banner") Ex Parte/Consent Motion for Leave to File Reply to Plaintiffs Daniel and Shonna Blonsky's Letter Response (Doc. No. 18734-1) to Banner's Motion to Enforce Injunction Regarding Claims Brought by Plaintiffs Daniel and Shonna Blonsky (Doc. No. 18495),

IT IS ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that Banner's Reply is filed into the record.

NEW ORLEANS, LOUISIANA, this _____ day of May, 2015.

_____
UNITED STATES DISTRICT JUDGE