# EXHIBIT A

# ALSTON & BIRD LLP

One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424

404-881-7000
Fax: 404-253-8579
www.alston.com

Christina Hull Eikhoff      Direct Dial: 404-881-4496      Email: christy.eikhoff@alston.com

April 23, 2015

VIA EMAIL

Jacob S. Woody
BrownGreer
250 Rocketts Way
Richmond, Virginia 23231
jswoody@browngreer.com

    Re:    Knauf Settlement Data and Other Taishan Claimant Data

Dear Jake:

I write to request the following data and information from BrownGreer, as Judge Fallon addressed on April 17, 2015. I have discussed the following with Kerry Miller, counsel for Knauf. We are in agreement that the documents and information listed below may be produced to Taishan's counsel without objection from Knauf.

Please produce the following, and note that you should designate the materials "Confidential" pursuant to PTO 16 at Knauf's request.

1. All documents, data and information in BrownGreer's custody regarding the "Virginia settlements." My understanding is that, although the Garretson Group administers those settlements, the underlying materials are in BrownGreer's custody.

2. All updated plaintiff profile forms or "Taishan Supplemental Evidence Forms," including information regarding the timing, authorship, and transmittal of same.

3. With respect to the putative 3,852 Taishan class claimants, all data and supporting documentation in BrownGreer's custody, including specific remediation and settlement amounts. For your reference, I have enclosed a spreadsheet copy of Record Document 18086-14, which the PSC previously filed as a list of Taishan class claimants. There is one exception to this request: do not produce any inspection reports conducted by MZA or Benchmark and paid for by Knauf. Knauf objects to the production of those, which will need to be addressed later. In the meantime, it will help Taishan and Knauf work through that issue if you

April 23, 2015
Page 2

      can determine how much Knauf paid to conduct those particular inspections for those particular claimants.

4. With respect to all claimants in the MDL (regardless of whether they are putative Taishan class members), the following information:

   - Overall average remediation cost on a per-square-foot basis
   - Overall average remediation cost on a per-property basis
   - Total number of properties
   - Average remediation cost by ZIP code on a per-square-foot basis
   - Median remediation cost by ZIP code on a per-square-foot basis
   - Highest remediation cost by ZIP code on a per-square-foot basis
   - Lowest remediation cost by ZIP code on a per-square-foot basis
   - Average remediation cost by ZIP code on a per-property basis
   - Median remediation cost by ZIP code on a per-property basis
   - Highest remediation cost by ZIP code on a per-property basis
   - Lowest remediation cost by ZIP code on a per-property basis
   - Number of properties per ZIP code
   - Overall average remediation duration on a per-property basis
   - Median remediation duration on a per-property basis
   - Shortest remediation duration on a per-property basis
   - Longest remediation duration on a per-property basis

We will, of course, pay BrownGreer's reasonable and necessary expenses for compiling, copying and producing this data.

Taishan and Knauf continue to disagree about whether certain other data in BrownGreer's custody should be produced; we will address that later, if necessary.

April 23, 2015
Page 3

Please feel free to contact me if you have any questions. I or my colleague Aaron Block will follow up by telephone to make logistical arrangements for production.

                                                     Sincerely,

                                                     Christina Hull Eikhoff

cc:  Kerry Miller, Esq.
      Arnold Levin, Esq.
      Russ Herman, Esq.
      Lenny Davis, Esq.