UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Germano v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 09-6687 (E.D. Va.);<br><br>*Gross v. Knauf Gips, KG*, Case No. 09-6690 (E.D. La.);<br><br>*Wiltz v. Beijing New Building Materials Public Limited Co.*, Case No. 10-361 (E.D. La.);<br><br>*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 11-1672 (S.D. Fl.);<br><br>*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 11-1395 (E.D. La.); and<br><br>*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 11-1673 (E.D. Va.) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## THE PLAINTIFFS' STEERING COMMITTEE RESPONSE IN OPPOSITION TO TAISHAN'S EMERGENCY MOTION TO COMPEL

More than enough is enough! After reprising its unfounded arguments to further delay and postpone the June 9th hearing, Taishan Gypsum Co., Ltd. ("Taishan") in its Motion to Modify Scheduling Order (Rec.Doc. 18957),[1] Taishan has filed a companion motion to compel a document production from BrownGreer (Rec.Doc. 18962), the premise of which has already

---

[1] The PSC has already separately responded to this motion. (Rec.Doc. 18963).

1

been ruled upon by this Court, and *denied*. *See* Order of May 13, 2015 (Rec.Doc. 18924). Taishan nevertheless maintains that it is entitled to the production of basically every document maintained by BrownGreer regarding Knauf Settlement claimants in its database, approximately 64,000 documents in all, irrespective of this Court's Order striking their request for these documents, irrespective of the absence of any request for these documents in its amended subpoena to BrownGreer, and irrespective of the lack of relevance that documents of claimants with purely KPT Chinese Drywall in their homes (as opposed to a mixed home) have to the Taishan class damages assessment hearing set for June 9.

Desperate to find any toe-hold for postponing the June 9 assessment of damages hearing, Taishan seeks to make a scapegoat of BrownGreer's proper refusal to produce documents that are not even a proper subject of discovery. The facts do no support Taishan's efforts. To begin with, the approximately 64,000 documents that Taishan is seeking consist of virtually every piece of paper ever sent to Brown Greer in connection with claims administration of the Knauf Settlement. Just a casual perusal of the index of Brown Greer's documents (Exhibit A to Taishan's May 6, 2015 Letter to the Court, Rec.Doc. 18858-1) confirms the irrelevance of whole swaths of documents that Taishan pretends are essential to its defense of the June 9 hearing. By way of example, a smattering of document types demanded by Taishan include: Bodily Injury Claim forms, Certification Records from Pharmacy, Checks, Contractor Certificates of Insurance, Contractor W-9s, Court Order/Notices, Lease Payments, Proof of Inability to Use, Rent or Sell Property, Proof that Punch List is Resolved, Tax Returns, Utility Bills, etc. *Id*.

Not surprisingly, when Taishan served its initial Notice of Deposition of BrownGreer and Jake Woody, which contained Request No. 7 ("All documents, data and information in your custody regarding the putative Taishan class claimants"), the PSC moved for a protective order

2

to prohibit such rampant abuse of BrownGreer's limited time and resources. This was especially the case since many of the documents requested addressed property owners with solely Knauf's Chinese Drywall. This Court agreed, and by Order dated May 12, 2015 (entered May 13, 2015), it granted the PSC's motion for a protective order. The Court ruled, among other things, that Request No. 7 was "overbroad" and ordered it "stricken." The Order permitted the Defendants the right "to submit an amended document request that is narrower in scope." Rec.Doc. 18924.

On Thursday, May 14, 2015, Taishan served a subpoena on Brown Greer, which modified Request No. 7, to state:

> All documents, data, and information in your custody that you reviewed or relied upon in preparing, reviewing or revising any list, chart, spreadsheet, or other document at the request of the Plaintiffs' Steering Committee, George Inglis, Ronald Wright, or Tracy Randazzo since September 1, 2014.

The subpoena demanded that this new document request be complied with by Saturday, May 16, 2015. Rightfully, BrownGreer objected to this 1 business day response time. *See* May 16, 2015 Email of Jake Woody (attached hereto as Exhibit "A"). Mr. Woody noted, "There was no request for the "64,000 documents" in your Amended Subpoena[.]"). *Id.* Mr. Woody also related that the information sought by Taishan was *already in Taishan's possession*. *Id.* ("In addition, you have the information we collected from these documents.").

It is abundantly plain that BrownGreer has already produced to all the Defendants all Plaintiff Profile Forms and all Taishan Supplemental Evidence Forms in its possession, as well as a spreadsheet that contains every answer provided in the electronic version of the Taishan Supplemental Evidence Form on Brown Greer's Chinese Drywall Portal. Taishan has more than enough information to determine the information it needs regarding the Taishan class members. Its requests for irrelevant information from BrownGreer are nothing other than an effort to

confect another excuse to postpone the June 9 hearing.[2] Taishan's instant motion should be seen as nothing more than the ruse that it is.

WHEREFORE, Taishan's Emergency Motion to Compel should be DENIED.

Dated: May 19, 2015                                Respectfully Submitted,

BY:   /s/ Russ M. Herman
    Russ M. Herman (LA Bar No. 6819)
    Leonard A. Davis (LA Bar No. 14190)
    Stephen J. Herman (LA Bar No. 23129)
    Herman, Herman & Katz, LLC
    820 O'Keefe Avenue
    New Orleans, LA 70113
    Phone: (504) 581-4892
    Fax: (504) 561-6024
    ldavis@hhklawfirm.com
    *Plaintiffs' Liaison Counsel*
    *MDL 2047*

    Arnold Levin (on the brief)
    Fred S. Longer (on the brief)
    Sandra L. Duggan (on the brief)
    Matthew Gaughan
    Levin, Fishbein, Sedran & Berman
    510 Walnut Street, Suite 500
    Philadelphia, PA 19106
    Phone: (215) 592-1500
    Fax: (215) 592-4663
    alevin@lfsblaw.com
    *Plaintiffs' Lead Counsel*
    *MDL 2047*

---

[2] Meanwhile, the Defendants have not provided Plaintiffs with important documents they need to take the deposition of Defendants' expert David A. Pogorilich on Friday, May 22, 2015 (*see* Email from Gerald E. Meunier dated 5/19/2015, attached hereto as Exhibit "B").

**PLAINTIFFS' STEERING COMMITTEE**

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm, LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Peter Prieto
Podhurst Orseck, PA
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Bruce William Steckler
Steckler LLP
12720 Hillcrest Road, Suite 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-4041
bruce@stecklerlaw.com

Ervin A. Gonzalez
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, PA
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Jerrold Seth Parker
Parker Waichman, LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Myers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@attorneys4people.com

Gerald E. Meunier
Gainsburgh, Benjamin, David,
  Meunier & Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800
Phone:  (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Christopher Seeger
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Richard J. Serpe
Law Offices of Richard J. Serpe
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Victor M. Diaz, Jr.
V.M. Diaz and Partners, LLC
119 Washington Ave., Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W., Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Anthony D. Irpino
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 19th day of May, 2015.

     Respectfully Submitted,

BY: */s/ Leonard A. Davis*
     Leonard A. Davis
     Herman, Herman & Katz, LLC
     820 O'Keefe Avenue
     New Orleans, LA 70113
     Phone: (504) 581-4892
     Fax: (504) 561-6024
     ldavis@hhklawfirm.com

     *Plaintiffs' Liaison Counsel*
     *MDL 2047*