# EXHIBIT "A"

From: Jake Woody [mailto:jswoody@browngreer.com]
Sent: Saturday, May 16, 2015 1:17 PM
To: Campbell, Steven; gmeunier@gainsben.com<mailto:gmeunier@gainsben.com>; rlewis@hausfeld.com<mailto:rlewis@hausfeld.com>; Kenny, Mike; Venderbush, David; Block, Aaron; FLonger@lfsblaw.com<mailto:FLonger@lfsblaw.com>; Arnold Levin (alevin@lfsblaw.com<mailto:alevin@lfsblaw.com>); Russ Herman (RHERMAN@hhklawfirm.com<mailto:RHERMAN@hhklawfirm.com>)
Cc: Orran Brown
Subject: BrownGreer Response to Amended Subpoena

Dear Steven:

We received the Amended Subpoena that you issued on Thursday.  As you correctly point out, we have already responded to items 6, 8 and 9.

We do not have any documents responsive to item 5, which we understand to be limited to information related to payments for the "Jake Woody Memo."

Items 1, 2, 3, and 7 appear to have been narrowed only by adding the phrase "since September 1, 2014" to the end of each request.  The addition of this phrase does not narrow these requests in any meaningful way because our response would be the same regardless of this new addition and accordingly, these requests are identical to those in the original Deposition Notice, which the Court has ruled were overbroad.  As a result, we have to note an objection to those requests.

We have several emails that are responsive to item 4, but these appear to be covered by the Court's Order issued yesterday at 10:54 am (Rec. Doc. # 18934).  However, we will produce them if the members of the PSC copied on this correspondence confirm that they do not object to us producing these emails.

Jake Woody
BROWNGREER PLC
250 Rocketts Way
Richmond, VA 23231
Telephone:  (804) 521-7234
Facsimile:  (804) 521-7299
www.browngreer.com<http://www.browngreer.com/>

This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.