# EXHIBIT "B"

**From:** Denise Martin [dmartin@gainsben.com] On Behalf Of Gerald E. Meunier [gmeunier@gainsben.com]
**Sent:** Tuesday, May 19, 2015 11:21 AM
**To:** Campbell, Steven; Michael P. Kenny (mike.kenny@alston.com); Bernard Taylor; Christy Eikhoff; aweinberger@hanrylaw.com
**Cc:** Russ Herman; Lenny Davis; Arnold Levin; Fred Longer; Sandy Duggan; Richard S. Lewis (rlewis@hausfeld.com); Chris Seeger; Scott George
**Subject:** CDW - Pogorilich Production

Counsel,

We received your clients' Responses and Objections to Plaintiffs' Steering Committee's Request for Production of Documents relating to David A. Pogorilich and the production yesterday. After an initial review, there appear to be two deficiencies in the production:

First, the PSC requested "All publications including, but not limited to, scientific articles, trade publications, newsletters, cost projections, and budgets you have authored, co-authored or contributed to on remediation damage or property damage associated with Chinese drywall." Request No. 3; *see also* Request Nos. 5 and 7. The response was to "refer Plaintiffs to the publication listed in Exhibit 1 of the Declaration of David A. Pogorilich." However, Exhibit 1 does not list any publications, states that Mr. Pogorilich has had articles published n "Cost Engineering Magazine" and "New Jersey Building Contractor", but neither lists each of these publications nor produces copies of these publications.

Second, Mr. Pogorilich states in his declaration that that he has "been involved as an expert,….inspected multiple single family residences containing Chinese drywall in the Florida market," and completed many tasks, including making "ultimate determination of the proper and reasonable remediation costs . . . ." Declaration of David A. Pogorilich (Rec. Doc. 18877-3) at ¶ 1. However, no reports or other documents reflecting or related to this work have been produced. *See* Requests Nos. 2, 4 and 6.

Please provide a complete list of the requested publications, copies of the publications, and all documents related to Mr. Pogorilich's work on Chinese drywall remediation without further delay, and no later than Wednesday, May 20, 2015.

 Sincerely,

Jerry Meunier



Gerald E. Meunier
gmeunier@gainsben.com

Gainsburgh Benjamin
David, Meunier & Warshauer L.L.C.

2800 Energy Centre, 1100 Poydras St., New Orleans, LA 70163
T: 504.522.2304   |   F: 504.528.9973   |   www.gainsben.com