AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. MDL 2047

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Western Wood Lumber Co.
on *(date)* May 5, 2015.

☒ I served the subpoena by delivering a copy to the named individual as follows:
JOHN TORTORELLI — OWNER       (See attached business card)
on *(date)* MAY 5, 2015; or ∞ 2:25 p.m.

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of
$ _____

My fees are $ 95.00 for travel and $ _____ for services, for a total of $ 95.00

I declare under penalty of perjury that this information is true.

Date: May 5, 2015

*Server's signature*

William J. Farmin          Registered Process Server # 9912
*Printed name and title*
(253) 845-9729
A A PROCESS SERVERS
4227 S. MERIDIAN STE. C-516
PUYALLUP, WA 98373
*Server's address*

Additional information regarding attempted service, etc.:

#144135

 **WESTERN WOOD, LLC** 

853 Watson St. N. # 2A
Enumclaw, WA 98022
Log Yards
White River
Cle Elum

*John J. Tortorelli*
Member

(360) 825-1342 — Office
(360) 825-1496 — Fax

E-Mail: wwlc1@msn.com
Mobile: (206) 310-2599