UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>*Amorin et al. v. Taishan Gypsum Co. Ltd. et al.,* **Case No. 2:11-cv-01673**<br><br>*Amorin et al. v. Taishan Gypsum Co. Ltd. et al.,* **Case No. 2:11-cv-01395**<br><br>*Amorin et al. v. Taishan Gypsum Co. Ltd. et al.,* **Case No. 2:11-cv-01672**<br><br>*Wiltz et al. v. Beijing New Building Material Public Limited Company et al.,* **Case No. 2:10-cv-00361**<br><br>*Gross et al. v. Knauf Gips KG et al.,* **Case No. 2:09-cv-06690**<br><br>*Germano et al. v. Taishan Gypsum Co. Ltd. et al.,* **Case No. 2:09-cv-06687** | |

**BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY'S AND BEIJING NEW BUILDING MATERIAL (GROUP) CO., LTD.'S NOTICE OF JOINDER IN TAISHAN GYPSUM LTD., CO. AND TAI'AN TAISHAN PLASTERBOARD CO., LTD.'S MOTION TO MODIFY SCHEDULING ORDER**

Subject to and without waiver of their motions to dismiss for lack of jurisdiction and failure of service, Defendants Beijing New Building Materials Public Limited Company's ("BNBM PLC") and Beijing New Building Material (Group) Co., Ltd.'s ("BNBM Group") hereby join in and adopt the concerns and positions set forth in Taishan Gypsum Ltd., Co. and Tai'an Taishan Plasterboard Co., Ltd.'s Motion to Modify Scheduling Order. (Rec. Doc. 18957, "Taishan's Motion"). As discussed in Taishan's Motion, the Court should modify its existing scheduling order because Plaintiffs have abandoned the plan they originally presented in their

1

Case 2:09-md-02047-EEF-MBN   Document 18968   Filed 05/19/15   Page 2 of 4

damages motion approximately seven months ago.  As a result, additional time is necessary for Plaintiffs to serve a new class notice and to permit BNBM Group and BNBM PLC a fair opportunity to assess Plaintiffs' new damages plan.  Moreover, additional time is also required because BrownGreer has incorrectly withheld 64,000 property-specific documents that directly relate to Plaintiffs' damages request.  As a result, the Court should grant Taishan's Motion and modify its May 13 Scheduling Order to put off the evidentiary hearing and reserve June 9 for oral argument on the substantial threshold legal problems with Plaintiffs' current class damages scheme.

## CONCLUSION

WHEREFORE, for all the reasons set forth in Taishan's Motion, BNBM PLC and BNBM Group respectfully request that the Court grant Taishan Gypsum Ltd., Co. and Tai'an Taishan Plasterboard Co., Ltd.'s Motion to Modify Scheduling Order.

Dated:  May 19, 2015                                           Respectfully submitted,

                                                               **DENTONS US LLP**

                                                               By: */s/ Michael H. Barr*
                                                               Michael H. Barr
                                                               New York Bar No. 1744242
                                                               Justin N. Kattan
                                                               New York Bar No. 3983905
                                                               1221 Avenue of the Americas
                                                               New York, NY 10020-1089
                                                               Telephone:  (212) 768-6700
                                                               Facsimile:  (212) 768-6800
                                                               michael.barr@dentons.com
                                                               justin.kattan@dentons.com

                                                               - AND -

2

damages motion approximately seven months ago.  As a result, additional time is necessary for Plaintiffs to serve a new class notice and to permit BNBM Group and BNBM PLC a fair opportunity to assess Plaintiffs' new damages plan.  Moreover, additional time is also required because BrownGreer has incorrectly withheld 64,000 property-specific documents that directly relate to Plaintiffs' damages request.  As a result, the Court should grant Taishan's Motion and modify its May 13 Scheduling Order to put off the evidentiary hearing and reserve June 9 for oral argument on the substantial threshold legal problems with Plaintiffs' current class damages scheme.

## CONCLUSION

WHEREFORE, for all the reasons set forth in Taishan's Motion, BNBM PLC and BNBM Group respectfully request that the Court grant Taishan Gypsum Ltd., Co. and Tai'an Taishan Plasterboard Co., Ltd.'s Motion to Modify Scheduling Order.

Dated:  May 19, 2015                                           Respectfully submitted,

                                                               **DENTONS US LLP**

                                                               By: */s/ Michael H. Barr*
                                                               Michael H. Barr
                                                               New York Bar No. 1744242
                                                               Justin N. Kattan
                                                               New York Bar No. 3983905
                                                               1221 Avenue of the Americas
                                                               New York, NY 10020-1089
                                                               Telephone:  (212) 768-6700
                                                               Facsimile:  (212) 768-6800
                                                               michael.barr@dentons.com
                                                               justin.kattan@dentons.com

                                                               - AND -

Richard L. Fenton
Illinois Bar No. 3121699
Leah R. Bruno
Illinois Bar No. 6269469
233 South Wacker Drive
Suite 5900
Chicago, IL  60606-6306
Telephone:  (312) 876-8000
Facsimile:  (312) 876-7934
richard.fenton@dentons.com
leah.bruno@dentons.com

- AND -

C. Michael Moore
Texas Bar No. 14323600
Gene R. Besen
Texas Bar No. 24045491
2000 McKinney Ave, Suite 1900
Dallas, TX  75201
Telephone:  (214) 259-0900
Facsimile:  (214) 259-0910
mike.moore@dentons.com
gene.besen@dentons.com

**- AND -**

**PHELPS DUNBAR LLP**

Harry Rosenberg
Louisiana Bar No. 11465
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone:  (504) 566-1311
Facsimile:  (504) 568-9130
harry.rosenberg@phelps.com

*Attorneys for Beijing New Building Material (Group) Co., Ltd. and Beijing New Building Materials Public Limited Company*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Beijing New Building Materials Public Limited Company's and Beijing New Building Material (Group) Co., Ltd.'s Notice of Joinder in Taishan Gypsum Ltd., Co. and Tai'an Taishan Plasterboard Co., Ltd.'s Motion to Modify Scheduling Order has been served on Plaintiffs' Liaison Counsel, Leonard Davis, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of May, 2015.

/s/     Michael H. Barr