## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL 2047 SECTION L |
| This document relates to All Cases | * * * * | JUDGE FALLON MAGISTRATE JUDGE WILKINSON |

* * * * * * * * * * * * * * * * *

## KNAUF DEFENDANTS' OPPOSITION TO TAISHAN'S EMERGENCY MOTION TO COMPEL BROWNGREER PLC'S PRODUCTION OF DOCUMENTS IN COMPLIANCE WITH COURT ORDER

Defendants Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu) Co., Ltd., Guangdong Knauf New Building Material Products Co., Ltd., Knauf Gips KG, Gebr. Knauf Verwaltungsgesellschaft KG, Knauf International GmbH, Knauf Insulation GmbH, Knauf UK GmbH, Knauf AMF GmbH & Co. KG, Knauf do Brasil Ltda., and PT Knauf Gypsum Indonesia (collectively the "Knauf Defendants") file this Opposition to Taishan's Emergency Motion to Compel BrownGreer PLC's Production of Documents in Compliance with Court Order (Doc. No. 18962).

The Knauf Defendants maintain their opposition to Taishan's Motion (like its prior BrownGreer-related motions), which amounts to a request for BrownGreer to transfer thousands of documents produced and paid for by the Knauf Defendants.[1] Taishan is seeking virtually every document uploaded to BrownGreer, based on document types as named and organized by BrownGreer, yet documents are frequently uploaded to BrownGreer's portal under incorrect

---

[1] It should be noted that the Knauf Defendants have paid $3,000,000+ to BrownGreer, the Settlement Administrator, in part to house these documents, which can be used to determine settlement amounts that are confidential between the Knauf Defendants and the various claimants.

document types. Therefore there is no way to control the production of documents that Taishan seeks, short of a review of each of the "63,000+ documents" to determine whether each conforms to the document type allowed for production. Taishan here seeks to benefit from the Knauf Defendants' work-product and good faith settlement efforts. For that reason, the Knauf Defendants have offered to provide certain documents to Taishan upon reimbursement of costs to the Knauf Defendants. Otherwise, this information can be ascertained by Taishan by hiring its own experts, conducting its own inspections, hiring its own consultants, and remediating its claimants' homes. Allowing BrownGreer to produce the documents Taishan seeks would only reward Taishan for its past refusal to participate in this litigation and punish the Knauf Defendants, who incurred the expense of creating those documents.

The "63,000+ documents" referenced by Taishan include ANSI Sketches, Construction Duration Estimates, Owner Change Orders, Full Xactimates, Xactimate Summary Pricing Pages, and various other document types created by Moss Construction at the expense of the Knauf Defendants. The "63,000+ documents" include Crawford Inspection Reports and Remediation Program Inspection Reports that were created at the expense of the Knauf Defendants.[2] The "63,000+ documents" include Expert Reports, some of which may have been produced and paid for the Knauf Defendants, though it is unknown what has been uploaded to the BrownGreer portal under this heading. The "63,000+ documents" include Option 2 Releases, which are confidential between the Knauf Defendants and the various claimants who executed Option 2 Releases. The "63,000+ documents" include Fully Executed Work Authorizations and Remediation Work Authorizations that were developed and executed at the expense of the Knauf

---

[2] Though Taishan asserts it does not seek Benchmark and MZA reports, these are in fact included in the "63,000+ documents" that Taishan seeks, listed as Remediation Program Inspection Reports. These reports were produced for the Knauf Defendants at a cost of $600 - $900 each.

Defendants and pertain to Option 1 properties. These pertain to 100% KPT homes. The "63,000+ documents" include Correspondence uploaded to BrownGreer's portal, which sometimes includes privileged communications that were uploaded in error. The "63,000+ documents" include Litigation Documents, a heading so vague that the benefits to Taishan are unknown. The list goes on.

Allowing production of documents based on the document types or headings created by BrownGreer is completely unreliable because documents are often uploaded by all sides under incorrect document types. There is no way of knowing what would be produced in addition to information proprietary to the Knauf Defendants. The Knauf Defendants and counsel for claimants have counted on the fact that information uploaded to the BrownGreer portal under one claim would never be available to counsel for another claim, and vice versa. Further, the creation of much of the documentation sought by Taishan was paid for by the Knauf Defendants, though Taishan would have shared those costs had it come into the litigation when the Knauf Defendants did. These documents are all either irrelevant to Taishan or can be created independently by Taishan, the same way the Knauf Defendants created them. Lastly, because of Taishan's extended absence, most of the documents uploaded to the BrownGreer portal are associated with 100% KPT homes, are irrelevant to Taishan, and are confidential.

WHEREFORE, Taishan's Emergency Motion to Compel should be denied.

Respectfully submitted,

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC**

/s/ *Kerry J. Miller*
**KERRY J. MILLER (#24562)**
**JAMES R. PARISH (#34017)**
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170
Telephone: 504.566.8646
Facsimile: 504.585.6946
Email: kjmiller@bakerdonelson.com

*Counsel for the Knauf Defendants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 19th day of May, 2015.

**I FURTHER CERTIFY** that this document is being served this day on counsel for Defendants, Taishan Gypsum Co., Ltd. And Tai'an Taishan Plasterboard Co., Ltd., via email Bernard Taylor (bernard.taylor@alston.com) and Christina Hull Eikhoff (christy.eikhoff@alston.com).

/s/ *Kerry J. Miller*
KERRY J. MILLER