MINUTE ENTRY
FALLON, J.
MAY 20, 2015

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED           MDL NO. 2047
       DRYWALL PRODUCTS
       LIABILITY LITIGATION            SECTION: L

THIS DOCUMENT RELATES TO:              JUDGE FALLON
ALL CASES                              MAGISTRATE WILKINSON

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Toni Tusa

Appearances:   Michael Kenny, Esq. and Christina Eikhoff for Defendants Taishan and TTP
               Richard Fenton, Esq. for Defendant BNBM
               Arnold Levin, Esq., Chris Seeger, Esq., Jerry Meunier, Esq. for The Plaintiffs' Steering Committee
               Kerry Miller, Esq. for Knauf Defendants and on behalf of Banner Supply Co.
               Michael Peterson, Esq. for Defendant Banner Supply Co.
               Daniel Blonsky. Esq. for Plaintiffs Shonna and Daniel Blonsky

1. Defendant Banner Supply Co.'s Motion to Enforce Injunction regarding Claims brought by Plaintiffs Daniel and Shonna Blonsky   (18495)

After argument - TAKEN UNDER ADVISEMENT

2. Defendants Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co., Ltd.'s Motion to Modify Scheduling Order   (18957)

After argument - TAKEN UNDER ADVISEMENT

3. Defendants Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co., Ltd.'s Motion to Compel BrownGreer PLC's Production of Documents in Compliance with Court Order (18962)

After argument - The Court granted Taishan's motion to compel Brown Greer to comply with the amended request.  IT IS ORDERED that Brown Greer produce - as soon as possible before Jake Woody's deposition - the documents addressed in amended request 7 -  ("reviewed or relied upon . . .").


JS10:  :59