# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>ALL CASES AND<br><br>*Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.*, Case No. 09-6687 (E.D.La.);<br><br>*Gross, et al. v. Knauf Gips, KG, et al.*, Case No. 09-6690 (E.D.La.);<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*, Case No 10-361 (E.D.La.);<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Civ. Action No. 11-1672 (E.D.La.);<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Civ. Action No. 11-1395 (E.D.La.);<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Civ. Action No. 11-1673 (E.D.La.) | |

### DECLARATION OF RUSS M. HERMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR ASSESSMENT OF CLASS DAMAGES PURSUANT TO RULE 55(b)(2)(B)

I, Russ M. Herman, declare as follows:

1. I am an attorney admitted to practice before the bar of the Supreme Court of the United States, the Supreme Court of Louisiana and in the Eastern District of Louisiana as Plaintiffs' Liaison Counsel in *In re: Chinese-Manufactured Drywall Products Liability Litigation*, MDL 2047 (E.D. La.).

2. I make this declaration in my capacity as the Court-appointed Plaintiffs' Liaison Counsel. This Declaration is in support of Plaintiffs' Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B)(Rec.Doc. 18086).

3. The following documents are presented to form the record before the Court for purposes of plaintiffs' motion:

  (a) Affidavit of George J. Inglis, P.E. (attached as Exhibit 51 to Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015)[Rec.Doc. 18958-50] (attached as Exhibit "1").

  (b) Declaration of George J. Inglis, P.E. (attached as Exhibit 52 to Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015)[Rec.Doc. 18958-51] (attached as Exhibit "2").

  (c) Summary listing of the property addresses of each impacted property including the square footage of these properties. This document was Exhibit 10 to the Declaration of George Inglis, P.E., which Declaration was attached as Exhibit 52 to Plaintiffs' Reply Brief in Support of Motion for Assessment

of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015)[Rec. Doc. 18958-51 at page 78] (attached as Exhibit "3").

(d) *In re: Chinese-Manufactured Drywall Products Liability Litigation* MDL 2047 (E.D.La.), *Germano* Findings of Fact & Conclusions of Law (Apr. 8, 2010)(Rec.Doc. 2380) (attached as Exhibit "4"). *See In re Chinese Manufactured Drywall Products Liab. Litig.*, 706 F. Supp. 2d 655 (E.D. La. 2010).

(e) *In re: Chinese-Manufactured Drywall Products Liability Litigation* MDL 2047 (E.D.La.), Transcript of Proceedings and Exhibits of the *Germano* trial (transcript attached as Exhibit "5" and a flash drive containing transcript and all exhibits of the *Germano* trial is being filed UNDER SEAL).

(f) *In re: Chinese-Manufactured Drywall Products Liability Litigation* MDL 2047 (E.D. La.), *Hernandez* Findings of Fact & Conclusions of Law (Apr. 27, 2010)(Rec. Doc. 2713) (attached as Exhibit "6").

(g) *In re: Chinese-Manufactured Drywall Products Liability Litigation* MDL 2047 (E.D. La.), Transcript of Proceedings and Exhibits of the *Hernandez* trial (transcript attached as Exhibit "7" and a flash drive containing transcript and all exhibits of the *Hernandez* trial is being filed UNDER SEAL).

(h) *In re: Chinese-Manufactured Drywall Products Liability Litigation* MDL 2047 (E.D. La.), Findings of Fact and Conclusions of Law with respect to Plaintiffs' Omnibus Motion for Class Certification Pursuant to Rules 23(a)(1)-(4) and 23(b)(3)) (E.D. La. September 26, 2014) (Rec. Doc. 18028)

(attached as Exhibit "8"). *See In re Chinese Manufactured Drywall Products Liability Litig.*, 2014 WL 4809520 (E.D.La. September 26, 2014)["*Class FOFCOL*"].

(i) Notice of Filing of Affidavit of Tim Walters dated October 3, 2014 (Rec. Doc. 18035) (attached as Exhibit "9").

(j) Notice of Filing of Affidavit of Tim Walters dated December 30, 2014 (Rec. Doc. 18238) (attached as Exhibit "10").

(k) Notice of Filing of Exclusions dated November 21, 2014 (Rec. Doc. 18152) (attached as Exhibit "11").

(l) Notice of Filing of Opt Outs dated February 3, 2015 (Rec. Doc. 18289) (attached as Exhibit "12").

(m) The following complaints filed in *Germano v. Taishan Gypsum Co., Ltd.*, Civil Action No. 09-6687 (E.D. Va.): Class Action Complaint (Rec. Doc. 1-2), First Amended Class Action Complaint Civil Action No. 09-6687 (E.D. Va.) (Rec. Doc. 1-1); and Second Amended Complaint (Rec. Doc. No. 366) (attached as Exhibit "13").

(n) Plaintiffs' Amended Omnibus Class Action Complaint (II) in *Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*, Civ. Action No. 10-361 (Rec. Doc. 1747) (attached as Exhibit "14").

  (i) Plaintiffs' Kenneth and Cynthia Burke, *et al.,* Omnibus Class Action Complaint in Intervention (II)(A) (Rec. Doc. 5576) (attached as Exhibit "14(a)").

      (ii)      Plaintiffs', Kenneth and Carmen Amorin, *et al.,* Omnibus Class Action Complaint in Intervention (II(B)) (Rec. Doc. 6567) (attached as Exhibit "14(b)").

      (iii)      Plaintiffs', Clifford Abromatts and Janice Worobec, *et al.*, Omnibus Class Action Complaint in Intervention (II(c)) (Rec. Doc. 7182) (attached as Exhibit "14(c)").

(o)      Plaintiff, Mary Anne Benes', Substituted and Amended Omnibus Class Action Complaint in Intervention (III) in *Gross et al. v. Knauf Gips, KG, et al.*, Civ. Action No. 09-6690 (Rec. Doc. 2187) (attached as Exhibit "15").

      (i)      Plaintiffs' Ruben Jaen, *et al.*, Omnibus Class Action Complaint in Intervention (III(A)) (Rec. Doc. No. 5580) (attached as Exhibit "15(a)").

(p)      Plaintiffs' Class Action Complaint in *Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* Civ. Action No. 11-377 (E.D. Va.) (Rec. Doc. 1) (attached as Exhibit "16").

      (i)      Plaintiffs', Robert and Anne Bailey, *et al.* Omnibus Complaint in Intervention (XVII) in *Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* Civ. Action No. 11-1673 (E.D. La.) (Rec. Doc. 16228) (attached as Exhibit "16(a)").

(q)      Plaintiffs' Class Action Complaint in *Amorin , et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* Civ. Action No. 11-1395 (E.D. La.) (Rec. Doc. 1) (attached hereto as Exhibit "17").

   (i) Plaintiffs', Doug and Joyce Bacon, et al. Omnibus Complaint in Intervention (XVI) in *Amorin , et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* Civ. Action No. 11-1395 (Rec. Doc. 16227) (attached as Exhibit "17(a)").

(r) Plaintiffs' Class Action Complaint in *Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* Civ. Action No. 11-1673 (S.D. Fla.) (Rec. Doc. 1) (attached hereto as Exhibit "18").

   (i) Plaintiffs', Charles and Mary Black, *et al*, Omnibus Complaint in Intervention (XV) in *Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* Civ. Action No. 11-1672 (Rec. Doc. 16225)(attached as Exhibit "18(a)").

(s) Service of Pleadings on BNBM, BNBM Group, CNBM, and CNBM Group by the Plaintiffs' Steering Committee (attached as Exhibit 6 to Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-5) (attached as Exhibit "19").

(t) Proofs of Service of complaints in which Defendants, Taishan Gypsum, TTP, CNBM, CNBM Group, BNBM PLC, and BNBM Group, have been held in default (Rec. Docs. 52, 2553, 3183, 7032, 14044, 12970, 15237, 15240, 17121, 17142, 17201 (Taishan Gypsum Proofs of Service); Rec. Docs.

17120, 17136, 17203 (TTP Proofs of Service); Rec. Docs. 9306, 13774, 17909, 17914, 17921 (BNBM Group Proofs of Service); Rec. Docs.4217, 7027, 13775, 17910, 17922 (BNBM Proofs of Service); Rec. Docs. 3256, 12942, 13776, 17911, 17916, 17923 (CNBM Group Proofs of Service); and Rec Docs. 3257, 12943, 13777, 16990, 17912, 17917 (CNBM Proofs of Service)) (attached as Exhibit "20").

(u) Intervenor, Knauf Plasterboard Tianjun Co., Ltd.'s, Pretrial Motions in *Germano et. al. v. Taishan Gypsum Co., Ltd.* et al., Case No. 09-6687, including Motions in Limine: (No. 1) to Exclude Testimony and Opinions that Electrical Equipment May Fail as a Result of Chinese Drywall (Rec. Doc. 1093); (No. 2) to Exclude Testimony that Emissions or Odors from Chinese Drywall are Harmful to, or Otherwise Impact Health are Toxic or Noxious (Rec. Doc. 1101); (No. 3) to Strike and Exclude Hearsay Opinions of Zdenek Jejzzlar (Rec. Doc. 1103); (No. 4) to Bar the PSC's Animation (Rec. Doc. 1106); and (No. 5) to Restrict the Evidentiary Hearing and the Court's FOFCOL to the Scope and Extent of Appropriate Remediation (Rec. Doc. 1109), as well as the Court's rulings on these motions (Rec. Docs. 1090, 1129, 1140, and 1141) (attached as Exhibit "21").

(v) Defendant, Knauf Plasterboard Tianjun Co., Ltd.'s, Pretrial Motions in *Hernandez v. Knauf Gips KG et al.*, Case No. 09-6050, including Motions in Limine: (No. 1) to Exclude Testimony that Chinese Drywall, Emissions or

Odors from Chinese Drywall are Harmful to, or Otherwise Impact Health, are Toxic or Noxious (Rec. Doc. 1654); (No. 2) to Exclude the Testimony and Reports of Dr. John Scully (Rec. Doc. 1655); (No. 3) to Bar David Maloney from Testifying About His Observations or Opinions with Respect to Purported Damage to Plaintiffs' Personal Property (Rec. Doc. 1658); (No. 4) to Exclude Dr. Lori Streit's Testimony (Rec. Doc. 1659); and Knauf's Daubert Motion to Exclude Testimony of Kenneth Acks (Rec. Doc. 1660), in addition to the Court's rulings on the Motions (Rec. Doc. 1729) (attached as Exhibit "22").

4. Declarant further requests that this Court take judicial notice of default proceedings, and other related proceedings involving the Taishan defendants. Id., Class FOFCOL, 2014 WL 4809520 at *1 (Paragraph No. 3.)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this    22nd day of May, 2015 in New Orleans, Louisiana.

>*/s/ Russ M. Herman*
>Russ M. Herman
>**Herman, Herman & Katz, LLC**
>820 O'Keefe Avenue
>New Orleans, LA 70113
>504-581-4892 (phone)
>504-561-6024 (fax)
>Rherman@hhklawfirm.com
>*Plaintiffs' Liaison Counsel*
>*MDL 2047*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Declaration of Russ M. Herman in Support of Plaintiffs' Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 22nd day of May, 2015.

      */s/ Leonard A. Davis*
      Leonard A. Davis, Esquire
      Herman, Herman & Katz, LLC
      820 O'Keefe Avenue
      New Orleans, Louisiana 70113
      Phone: (504) 581-4892
      Fax: (504) 561-6024
      Ldavis@hhklawfirm.com
      *Plaintiffs' Liaison Counsel*
      *MDL 2047*

      ***Co-counsel for Plaintiffs***