# EXHIBIT "14"

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2010 MAR 15 PM 12: 23

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

**KENNETH AND BARBARA WILTZ,**
**individually, and on behalf of all others**
**similarly situated, [ADDITIONAL**
**PLAINTIFFS LISTED ON SCHEDULE OF**
**PLAINTIFFS, ATTACHED HERETO AS**
**EXHIBIT "A"],**

        **Plaintiffs,**

v.

**BEIJING NEW BUILDING MATERIALS**
**PUBLIC LIMITED CO., [ADDITIONAL**
**DEFENDANTS LISTED ON SCHEDULE OF**
**DEFENDANTS, ATTACHED HERETO AS**
**EXHIBIT "B"],**

        **Defendants.**

**CASE NO.: 10-361**
**SECT. L MAG 2**

**AMENDED CLASS ACTION**
**COMPLAINT**

**JURY TRIAL DEMAND**

_____/

## PLAINTIFFS' AMENDED OMNIBUS CLASS ACTION COMPLAINT (II)

Pursuant to Fed. R. Civ. P. 23, the class representatives in this action bring suit on behalf of themselves and all other similarly situated owners and residents of real property containing defective Chinese manufactured drywall that was designed, manufactured, imported, distributed, delivered, supplied, marketed, inspected, installed, or sold by the Defendants. In order to accomplish an effective class structure, each of the class representatives is pursuing a nationwide class action against the manufacturer of the drywall located in plaintiffs' homes (Classes 1-12). Subordinate to these national class actions, the identified class representatives are participating in subclasses asserting claims against each of their distributors, suppliers, importers, exporters, and brokers (Subclasses 13 - 41); each of their builders and developers (Subclasses 42 - 195); and

1

Fee
Process
X Dktd
CtRmDep
Doc. No.

each of their contractors and installers (Subclasses 196 - 231) for whom they have standing (class and subclass members shall be collectively referred to herein as "Class Members"). Each of the Defendants in this action are liable for damages incurred by Plaintiffs due to their role in the design, manufacture, importing, distributing, delivery, supply, marketing, inspecting, installing, or sale of the defective drywall at issue in this litigation.

## JURISDICTION, PARTIES, AND VENUE

1.  Original jurisdiction of this Court exists by virtue of 28 U.S.C. §1332(d)(2) and the Class Action Fairness Act ("CAFA"). *See* 28 U.S.C. § 1711, *et. seq.* The Plaintiffs and certain of the Defendants in these actions are citizens of different states and the amounts in controversy in these actions exceed five million dollars ($5,000,000.00), exclusive of interest and costs.

2.  For each subclass, the Court has original jurisdiction under CAFA and/or supplemental jurisdiction under 28 U.S.C. § 1367.

3.  Venue in this district satisfies the requirements of 28 U.S.C. §1391(b)(1)-(2) and (c) because Plaintiffs and a significant number of the absent class members reside in this jurisdiction and a substantial amount of the events and occurrences giving rise to these claims occurred in this District, or a substantial part of the property that is the subject of this action is situated in this district. Venue is otherwise appropriate in this district consistent with 28 U.S.C. § 1407 and the June 15, 2009 Transfer Order of the Judicial Panel on Multidistrict Litigation ("JPML"). *See In re: Chinese-Manufactured Drywall Products Liability Litigation*, 626 F.Supp.2d 1346 (J.P.M.L. Jun. 15, 2009).

## PLAINTIFFS

4. For purposes of clarity, the Plaintiffs are asserting claims on behalf of all owners and residents of the subject properties, including but not limited to, minors and other residents of the properties who do not appear herein as named plaintiffs.

5. Unless specifically stated to the contrary, all Plaintiffs are citizens of the state where they reside and all entities are citizens of the state where they are organized. For those entities, where the state of organization is not listed, it is asserted upon information and belief that the entity is incorporated and/or organized in the state of its principal place of business.

6. Plaintiffs, Kenneth and Barbara Wiltz are citizens of Louisiana and together own real property located at 5337 Cameron Blvd., New Orleans, Louisiana 70112. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

7. Plaintiff, St. Martin Lion's Club c/o Don Richardson owns real property located at 15900 La Moyne Blvd., Biloxi, Mississippi 39532. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

8. Plaintiffs, David Deeg and Deborah Hooker are citizens of Florida and together own real property located at 516 Southwest Akron Avenue, Stuart, Florida 34994. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

9. Plaintiffs, David Lefton and Michelle Garcia are citizens of Florida and together own real property located at 106 Southwest Milburn Circle, Port St. Lucie, Florida 34953. Plaintiffs

3

are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

10. Plaintiff, Gloria Arnold is a citizen of Louisiana and owns real property located at 4385 Genoa Road, New Orleans, Louisiana 70129. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

11. Plaintiffs, Marquesa and Shantez Bean are citizens of Louisiana and together own real property located at 10200 Flossmoor Drive, New Orleans, Louisiana 70127. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

12. Plaintiff, Jamie Lynn Evans is a citizen of Louisiana and owns real property located at 7505 Mercury Drive, Violet, Louisiana 70092. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

13. Plaintiff, Hazel Mae Gundorf is a citizen of Louisiana and owns real property located at 4316 Toulouse Street, New Orleans, Louisiana 70119. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

14. Plaintiffs, Torrey and Vondria Lewis are citizens of Louisiana and together own real property located at 2812 Oak Drive, Violet, Louisiana 70092. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

4

15. Plaintiff, Donald J. Ludwig, Sr., is a citizen of Louisiana and owns real property located at 2521 Lawrence Drive, Meraux, Louisiana 70075. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

16. Plaintiffs, Shawn and Jill Moran are citizens of Louisiana and together own real property located at 735 Angela Avenue, Arabi, Louisiana 70032. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

17. Plaintiff, Kenneth M. Sigur is a citizen of Louisiana and owns real property located at 3608-3610 Pakenham Drive, Chalmette, Louisiana 70043. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

18. Plaintiff, Thomas Vucinovich is a citizen of Louisiana and owns real property located at 4330 Genoa Road, New Orleans, Louisiana 70129. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

19. Plaintiff, Richard Ankiel is a citizen of Florida and owns real property located at 138 Ocean Bay Drive, Jensen Beach, Florida 34957. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

20. Plaintiffs, John and Laura Arguello are citizens of Florida and together own real property located at 12430 SW 50th Street, Unit 107, Miramar, Florida 33027. Plaintiffs are

participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

21. Plaintiffs, Dan and Frances Auker are citizens of Florida and together own real property located at 10820 Tiberio Drive, Fort Myers, Florida 33913. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

22. Plaintiff, Keith Baker is a citizen of Florida and owns real property located at 12077 Honeysuckle Road, Fort Myers, Florida 33977. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

23. Plaintiff, Dirar Bdaiwi is a citizen of Florida and owns real property located at 12421 SW 50 CT Unit 335, Miramar, Florida 33027. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

24. Plaintiffs, Ed and Ashli Belfour are citizens of Florida and together own real property located at 7260 Wisteria Avenue, Parkland, Florida 33076. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

25. Plaintiff, Marlene Bennett is a citizen of Florida and owns real property located at 8770 Cobblestone Point Circle, Boynton Beach, Florida 33472. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

6

26. Plaintiff, Blue Water Condominium Association owns real property located at 14360 So. Tamiami Trail, Unit B, Fort Myers, Florida 33912. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

27. Plaintiff, Blue Water of Cape Coral owns real property located at 221 Shadroe Cove Circle, Unit 1004, Cape Coral, Florida 33991. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

28. Plaintiffs, Sheryl and Jarrod Brookman are citizens of Florida and together own real property located at 9821 Cobblestone Creek, Boynton Beach, Florida 33472. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

29. Plaintiff, Beni Brik is a citizen of Florida and owns real property located at 240 West End Drive, Unit 1311, Punta Gorda, Florida 33950 and 240 West End Drive, Unit 1312, Punta Gorda, Florida 33950. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

30. Plaintiff, Edward Cardenas is a citizens of Florida and owns real property located at 5030 SW 126 Avenue, Miramar, Florida 33027. Plaintiff is participating as class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

31. Plaintiff, Robert Cardoza is a citizen of Florida and owns real property located at

7

1615 91st Court, Vero Beach, Florida 32966 and 1617 91st Court, Vero Beach, Florida 32966.
Plaintiff is participating as a class representative in the class and subclasses as set forth in the
schedules accompanying this amended complaint which are incorporated herein by reference.

32. Plaintiff, Edmondo Catalfamo is a citizen of Florida and owns real property located
at 8791 Cobblestone Point Circle, Boynton Beach, Florida 33472. Plaintiff is participating as a
class representative in the class and subclasses as set forth in the schedules accompanying this
amended complaint which are incorporated herein by reference.

33. Plaintiff, Alexander Cherba is a citizen of Florida and owns real property located at
9492 Cobblestone Creek Drive, Boynton Beach, Florida 33472. Plaintiff is participating as a
class representative in the class and subclasses as set forth in the schedules accompanying this
amended complaint which are incorporated herein by reference.

34. Plaintiff, Lawrence Cohen is a citizen of Florida and owns real property located at
1690 Renaissance Commons, Apartment 1496, Boynton Beach, Florida 33426. Plaintiff is
participating as a class representative in the class and subclasses as set forth in the schedules
accompanying this amended complaint which are incorporated herein by reference.

35. Plaintiff, Joyce Defrancesco is a citizen of Florida and owns real property located at
2218 SW Embers Terrace, Cape Coral, Florida 33991. Plaintiff is participating as a class
representative in the class and subclasses as set forth in the schedules accompanying this
amended complaint which are incorporated herein by reference.

36. Plaintiffs, Pedro and Margarita Delgado are citizens of Florida and together own real
property located at 2023 SW 30th Terrace, Cape Coral, Florida 33914. Plaintiffs are participating
as class representatives in the class and subclasses as set forth in the schedules accompanying

8

this amended complaint which are incorporated herein by reference.

37.  Plaintiffs, Jarred and Rochelle Fenalson are citizens of Florida and together own real property located at 10440 SW Stephanie Way, Unit 212, Port St. Lucie, Florida 34987.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

38.  Plaintiffs, Thomas Filardo and Thomas Filardo, Jr. are citizens of New York and together own real property located at 182 SE 2nd Street, Deerfield Beach, Florida 33441. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

39.  Plaintiff, Louise M. Forte is a citizen of Florida and owns real property located at 9477 Cobblestone Creek Drive, Boynton Beach, Florida 33472.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

40.  Plaintiffs, Roy and Mary Frankhouse are citizens of Florida and together own real property located at 9853 Whipporwill Trail, Jupiter, Florida 33478.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

41.  Plaintiffs, Michael Gallacher and Randall Baker are citizens of Florida and together own real property located at 8911 Cobblestone Point Circle, Boynton Beach, Florida 33472. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

42.  Plaintiff, Armando Garcia is a citizen of Florida and owns real property located at

12421 SW 50 Court, Unit 305, Miramar, Florida 33027. Plaintiff is participating as a class

representative in the class and subclasses as set forth in the schedules accompanying this

amended complaint which are incorporated herein by reference.

43. Plaintiffs, Dominic and Lauren Gianetti are citizens of Florida and together own real

property located at 8881 Cobblestone Point Circle, Boynton Beach, Florida 33472. Plaintiffs are

participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this amended complaint which are incorporated herein by reference.

44. Plaintiff, Franklin Gil is a citizen of Florida and owns real property located at 5030

SW 126th Avenue, Unit 205, Miramar, Florida 33027. Plaintiff is participating as a class

representative in the class and subclasses as set forth in the schedules accompanying this

amended complaint which are incorporated herein by reference.

45. Plaintiff, Barbara Gonzalez is a citizen of Florida and owns real property located at

7512 Brideview Drive, Westley Chapel, Florida 33545. Plaintiff is participating as a class

representative in the class and subclasses as set forth in the schedules accompanying this

amended complaint which are incorporated herein by reference.

46. Plaintiff, Roy Harrysperad is a citizen of Florida and owns real property located at

8697 Cobblestone Point Circle, Boynton Beach, Florida 33462. Plaintiff is participating as a

class representative in the class and subclasses as set forth in the schedules accompanying this

amended complaint which are incorporated herein by reference.

47. Plaintiffs, Bernard and Barbara Heinemann are citizens of Florida and together own

real property located at 5202 SW 28th Place, Cape Coral, Florida 33901. Plaintiffs are

participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this amended complaint which are incorporated herein by reference.

48. Plaintiffs, Sylvia and Louis Holloway are citizens of Florida and together own real property located at 174 Shadroe Cove Circle, Unit 1002, Cape Coral, Florida 33991. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

49. Plaintiff, Jan Jacko is a citizen of Florida and owns real property located at 519 SE 25 Lane, Cape Coral, Florida 33909. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

50. Plaintiff, Leonard Jackson is a citizen of Florida and owns real property located at 9593 Ginger Court, Parkland, Florida 33076. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

51. Plaintiffs, Steve and Kim Jamison are citizens of New Jersey and together own real property located at 10560 SW Stephanie Way, Unit 1-209; Port St. Lucie, Florida 34987. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

52. Plaintiffs, Katherine and Andrew Kessler are citizens of Florida and together own real property located at 3056 Juniper Lane, Davie, Florida 33330. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

53. Plaintiffs, Angelo and Anna LaGambina are citizens of Florida and together own real

11

property located at 1142 SW Kickaboo Road, Port St. Lucie, Florida 34953. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

54. Plaintiffs, Gul and Deborah Lalwani are citizens of New Jersey and together own real property located at 4590 Kodiak Drive, Vero Beach, Florida 32967. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

55. Plaintiff, Guy Lamour is a citizen of Florida and owns real property located at 8860 Cobblestone Point Circle, Boynton Beach, Florida 33472. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

56. Plaintiffs, Robert and Colette Lynch are citizens of Florida and together own real property located at 5012 SE Mariner Garden Circle, Stuart, Florida 34997. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

57. Plaintiff, Magdalen Gardens Condo Association owns real property located at 240 West End Avenue, Units 412, 413, 812, 911, 912, 913, 923, 1011, 1013, 1311, 1313, 1312, 1321, 1323, 1511 and 1512, Punta Gorda, Florida 33950. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

58. Plaintiffs, Mohammed A. and Kamrun N. Manzur are citizens of Florida and together own real property located at 8686 Cobblestone Point Circle, Boynton Beach, Florida 33472.

12

Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

59. Plaintiffs, Troy and Dina Marchese are citizens of Florida and together own real property located at 8830 Cobblestone Point Circle, Boynton Beach, Florida 33472. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

60. Plaintiff, Cassandra Marin is a citizen of Florida and owns real property located at 3865 SW Wycoff Street, Port St. Lucie, Florida 34953. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

61. Plaintiff, Claire Marston is a citizen of Florida and owns real property located at 240 W. End Drive, Unit 1412, Punta Gorda, Florida 33950 and 241 W. End Drive, Unit 923, Punta Gorda, Florida 33950. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

62. Plaintiff, Paul Marzulff is a citizen of Florida and owns real property located at 240 West End Drive #412, Punta Gorda, Florida 33950. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

63. Plaintiff, Jose Miranda is a citizen of Florida and owns real property located at 8890 SW 229th Street, Miami, Florida 33190. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which

are incorporated herein by reference.

64. Plaintiffs, Giraldo and Kelly Monge are citizens of Florida and together own real property located at 177 SE 2nd Court, Deerfield Beach, Florida 33411. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

65. Plaintiffs, Nick and Karen Morakis are citizens of Florida and together own real property located at 8859 Cobblestone Point Circle, Boynton Beach, Florida 33472. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

66. Plaintiffs, Jose and Dawn Morales are citizens of Florida and together own real property located at 215 NW 29 Terrace, Cape Coral, Florida 33993. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

67. Plaintiffs, Thai and Lieu Nguyen are citizens of Florida and together own real property located at 26 NW 6th Street, Cape Coral, Florida 33993. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

68. Plaintiffs, Krzysztof Olschewiski and Chad Prandi are citizens of Florida and together own real property located at 8680 Cobblestone Pointe Circle, Boynton Beach, Florida 33472. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

14

69.  Plaintiff, Steward Osicki is a citizen of Florida and owns real property located at 240 West End Drive, 413, Punta Gorda, Florida 33950.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

70.  Plaintiff, Judy Parra is a citizen of Florida and owns real property located at 12430 SW 50th Street, #109, Miramar, Florida 33027.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

71.  Plaintiff, Adela Perez is a citizen of Florida and owns real property located at 12430 SW 50th Street, Unit 113, Miramar, Florida 33027.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

72.  Plaintiffs, Francisco and Ewa Pigna are citizens of Florida and together own real property located at 8836 Cobblestone Point Circle, Boynton Beach, Florida 33472.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

73.  Plaintiffs, James and Janice Poggio are citizens of Florida and together own real property located at 13409 Ainsworth Lane, Port Charlotte, Florida 33029.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

74.  Plaintiffs, Alexander and Susan Popov are citizens of Florida and together own real property located at 8842 Cobblestone Point Circle, Boynton Beach, Florida 33472.  Plaintiffs are

15

participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

75. Plaintiffs, Davidson Raymond and Jean Robert are citizens of Florida and together own real property located at 8797 Cobblestone Point Circle, Boynton Beach, Florida 33472. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

76. Plaintiffs, Ronald and Jacqueline Reckseit are citizens of Florida and together own real property located at 1690 Renaissance Commons Blvd., Units 1111 and 1225, Boynton Beach, Florida 33426. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

77. Plaintiffs, Michael and Kathryn Reeves are citizens of Florida and together own real property located at 2226 Soho Bay Court, Tampa, Florida 33606. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

78. Plaintiff, Tod Rismiller is a citizen of Ohio and owns real property located at 3619 Oasis Boulevard, Cape Coral, Florida 33914. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

79. Plaintiff, Sandy Roy is a citizen of Florida and owns real property located at 10560 SE Stephanie Way, #203, Port St. Lucie, Florida 34986. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

16

amended complaint which are incorporated herein by reference.

80.  Plaintiff, Robert Santimauro is a citizen of Florida and owns real property located at 22220 Red Laurel Lane, Estero, Florida 33928.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

81.  Plaintiffs, Hector Santos and Fenta Nigest are citizens of Florida and together own real property located at 7516 Brideview Drive, Wesley Chapel, Florida 33545.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

82.  Plaintiffs, Fay and Benjamin Scott are citizens of Florida and together own real property located at 5256 NW South Lovett Circle, Port St. Lucie, Florida 34986.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

83.  Plaintiffs, Bruce and Susan Serbin are citizens of Florida and together own real property located at 7990 NW 126 Terrace, Parkland, Florida 33076.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

84.  Plaintiffs, Wayne and Mandy Siegel are citizens of Florida and together own real property located at 9355 Cobblestone Brooke Court, Boynton Beach, Florida 33472.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

85.  Plaintiffs, Scott and Wendy Smith are citizens of Florida and together own real

property located at 3840 Sorrel Pine Drive, Wesley Chapel, Florida 33544. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

86. Plaintiff, Shakira Smith-Jacob is a citizen of Florida and owns real property located at 12421 SW 50 Court #337, Mirarmar, Florida 33027. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

87. Plaintiff, Santurnino Spiga is a citizen of Florida and owns real property located at 8617 Via Rapallo Drive #37-203, Estero, Florida 33928. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

88. Plaintiffs, David and Julia Sponsel are citizens of Florida and together own real property located at 3332 Grassglen Place, Wesley Chapel, Florida 33544. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

89. Plaintiff, Russ Spotts is a citizen of Florida and owns real property located at 194 Shadroe Cove Circle #602, Cape Coral, Florida 33993. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

90. Plaintiff, Stephanie Steiner is a citizen of Florida and owns real property located at 8665 Cobblestone Point Circle, Boynton Beach, Florida 33472. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

18

amended complaint which are incorporated herein by reference.

91. Plaintiffs, Peter and Janet Teixeira are citizens of Florida and together own real property located at 8809 Cobblestone Point Circle, Boynton Beach, Florida 33472. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

92. Plaintiff, Michael Valdes is a citizen of Florida and owns real property located at 8912 SW 229 Street, Miami, Florida 33190. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

93. Plaintiffs, Andrew and Cathy Walker are citizens of Florida and together own real property located at 7460 Bridgeview Drive; Wesley, Florida 33545. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

94. Plaintiff, Dorothy Lee is a citizen of Louisiana and owns real property located at 7514 Dwyer Road, New Orleans, Louisiana 70126. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

95. Plaintiffs, Mary Leftwich, Brian Leftwich, Owen Leftwich, Kerry Coleman and Erin LeBlanc are citizens of Louisiana and together own real property located at 6708 General Diaz Street, New Orleans, Louisiana 70124. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

96. Plaintiff, Christy Moritz is a citizen of Louisiana and owns real property located at 3704 Gallo Drive, Chalmette, Louisiana 70043. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

97. Plaintiffs, Doug and Lisa Salzer are citizens of Louisiana and together own real property located at 614 Carmenere Drive, Kenner, Louisiana 70065. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

98. Plaintiffs, Cindy and Nathaniel Bierria are citizens of Louisiana and together own real property located at 7631 Brevard Avenue, New Orleans, Louisiana 70127. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

99. Plaintiff, Mark Elias is a citizen of Louisiana and owns real property located at 3028 Ivy Place, Chalmette, Louisiana 70043. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

100. Plaintiffs, Mary and Lorne Hall are citizens of Louisiana and together own real property located at 5319 St. Anthony Avenue, Gentily, Louisiana 70122. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

101. Plaintiff, Tonya Hite is a citizen of Louisiana and owns real property located at 4404 Parise Avenue, New Orleans, Louisiana 70122. Plaintiff is participating as a class

20

representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

102.  Plaintiffs, Jan and Matthews Hughes are citizens of Louisiana and together own real property located at 3513 Van Cleve Drive, Meraux, Louisiana 70075.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

103.  Plaintiff, Jon Jackel is a citizen of Louisiana and owns real property located at 244 Springrose Drive, Belle Chasse, Louisiana 70037.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

104.  Plaintiffs, Barbara and Herbert Johnson are citizens of Louisiana and together own real property located at 2425 Independence Street, New Orleans, Louisiana 70117.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

105.  Plaintiff, Willie Taylor is a citizen of Louisiana and owns real property located at 1409 Deloney Street, New Orleans, Louisiana 70117.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

106.  Plaintiff, Eric Bienemy is a citizen of Louisiana and owns real property located at 2823 Daniel Drive, Violet, Louisiana 70092.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

21

107.  Plaintiff, Virgie Holloway is a citizen of Louisiana and owns real property located at 2522 Pauger Street, New Orleans, Louisiana 70116.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

108.  Plaintiff, Patricia Gordon is a citizen of Louisiana and owns real property located at 7409 Cornwall Place, New Orleans, Louisiana 70126.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

109.  Plaintiff, Beatrice LeBlanc is a citizen of Louisiana and owns real property located at 4510 Cerise Avenue, New Orleans, Louisiana 70127.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

110.  Plaintiff, Leonard Louis is a citizen of Louisiana and owns real property located at 2366 Odin Street, New Orleans, Louisiana 70122.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

111.  Plaintiff, Herman Thomas is a citizen of Louisiana and owns real property located at 2215 Joliet Street, New Orleans, Louisiana 70127.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

112.  Plaintiff, Frances Nelson is a citizen of Louisiana and owns real property located at 4619 Nighthart Street, New Orleans, Louisiana 70127.  Plaintiff is participating as a class

representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

113. Plaintiff, Daphne Jones is a citizen of Louisiana and owns real property located at 2531 Delery Street, New Orleans, Louisiana 70117. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

114. Plaintiff, Louise Joseph is a citizen of Louisiana and owns real property located at 1021 Leonidas Street, New Orleans, Louisiana 70118. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

115. Plaintiff, Gary Smith is a citizen of Louisiana and owns real property located at 4849-51 Lynhuber Drive, New Orleans, Louisiana 70126. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

116. Plaintiff, Tarika Smith is a citizen of Louisiana and owns real property located at 3005 Oak Drive, Violet, Louisiana 70092. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

117. Plaintiff, Linda Zubrowski is a citizen of Louisiana and owns real property located at 109 Indian Mound Lane, Slidell, Louisiana 70461. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

118.  Plaintiff, Delores Bailey is a citizen of Louisiana and owns real property located at 2213 Beachhead Lane, Violet, Louisiana 70092.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

119.  Plaintiff, Sandra Perez is a citizen of Louisiana and owns real property located at 1927 Abundance, New Orleans, Louisiana 70122.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

120.  Plaintiffs, Horace and Donna Lindsay are citizens of Florida and together own real property located at 2804 St. Bart's Square, Vero Beach, Florida 32967.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

121.  Plaintiffs, Keith and Shirley Morgan are citizens of Florida and together own real property located at 6545 Caicos Court, Vero Beach, Florida 32967.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

122.  Plaintiffs, John and Sydna Peterson are citizens of Louisiana and together own real property located at 6334 Canal Blvd., New Orleans, Louisiana 70124.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

123.  Plaintiff, Joseph Quartararo is a citizen of Louisiana and owns real property located at 5813 Ruth Street, Metairie, Louisiana 70003.  Plaintiff is participating as a class representative

24

in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

124. Plaintiff, Cathy Parker Vapy is a citizen of Louisiana and owns real property located at 9700 Andover Drive, New Orleans, Louisiana 70127. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

125. Plaintiff, Catherine Simon is a citizen of Louisiana and owns real property located at 3817 Napoleon Avenue, New Orleans, Louisiana 70125. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

126. Plaintiff, Barbara R. Alvarez is a citizen of Florida and owns real property located at 4225 NE 16 Street, Homestead, Florida 33033. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

127. Plaintiff, Marc Barriento is a citizen of Florida and owns real property located at 4057 SW Cheribon Street, Port St. Lucie, Florida 34953. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

128. Plaintiffs, Peter and Karen Bell are citizens of New York and together own real property located at 5140 SE Mariner Gardens Circle, Unit I-65, Stuart, Florida 34997. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

129. Plaintiffs, Thomas and Sheri Coombs are citizens of Florida and together own real property located at 3454 Lago de Talavera, Wellington, Florida 33467. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

130. Plaintiff, Luis D'Agostino is a citizen of Florida and owns real property located at 17555 Collins Avenue #308, Sunny Isles Beach, Florida 33160. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

131. Plaintiffs, William and Jennifer Delayo are citizens of Florida and together own real property located at 19848 Maddelena Circle, Fort Myers, Florida 33967. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

132. Plaintiffs, Randy Dwight and Mercedes Hutchinson are citizens of Florida and together own real property located at 12430 SW 50th Street #127, Miramar, Florida 33027. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

133. Plaintiffs, Peter and Robyn Ellington are citizens of Florida and together own real property located at 1213 NW 37 Place, Cape Coral, Florida 33993. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

134. Plaintiff, Charmaine Fong is a citizen of Florida and owns real property located at 9816 Cobblestone Lakes Court, Boynton Beach, Florida 33472. Plaintiff is participating as a

26

class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

135. Plaintiffs, Julianne and Joshua Frankze are citizens of Florida and together own real property located at 1201 NW 2 Street, Cape Coral, Florida 33993. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

136. Plaintiff, Arledys Gallardo is a citizen of Florida and owns real property located at 4179 NE 16 Street, Homestead, Florida 33033. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

137. Plaintiffs, Aleksandra and Roza Gelman are citizens of New Jersey and together own real property located at 2849 St. Barts Square, Vero Beach, Florida 33483. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

138. Plaintiffs, Yenny Hernandez and Jorge Perez are citizens of Florida and together own real property located at 3603 SW 20 Street, Lehigh Acres, Florida 33976. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

139. Plaintiff, Marjorie Johnson is a citizen of Florida and owns real property located at 704 SW 23rd Terrace, Cape Coral, Florida 33991. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

140. Plaintiff, Rick Kennard is a citizen of Florida and owns real property located at 11314 Bridge Pine Drive, River View, Florida 33569. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

141. Plaintiffs, Marcela and Rafael Lugo are citizens of Florida and together own real property located at 1951 SW 22 Drive, Homestead, Florida 33035. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

142. Plaintiffs, Lincoln and America Mendez are citizens of Florida and together own real property located at 4180 North Highway A1A, Unit 801B, Hutchinson Island, Florida 34949. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

143. Plaintiffs, Daniel CC and Mary Jo Necastro are citizens of Illinois and together own real property located at 8617 Via Rapallo Drive, Estero, Florida 33928. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

144. Plaintiff, Marie Octobre is a citizen of New York and owns real property located at 1609 SW 22 Lane, Cape Coral, Florida 33991. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

145. Plaintiffs, William and Stacy Peekare citizens of Florida and together own real property located at 11 Baffin Avenue, Tampa, Florida 33609. Plaintiffs are participating as class

28

representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

146. Plaintiff, Jorge Perez, on behalf of JP Real Estate Development owns real property located at 10169 and 10165 SW 171 Street, Miami, Florida 33157. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

147. Plaintiffs, Lee and Alyssa Quittner are citizens of Florida and together own real property located at 9830 Cobblestone Creek, Boynton Beach, Florida 33472. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

148. Plaintiffs, Duane and Beth Ratliff are citizens of Florida and together own real property located at 4205 Amelia Plantation Court, Vero Beach, Florida 32967. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

149. Plaintiffs, Jonathan S. and Diane Resnick are citizens of Florida and together own real property located at 17910 Monte Vista Drive, Boca Raton, Florida 33496. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

150. Plaintiff, Kevin Rosen is a citizen of Florida and owns real property located at 17830 Monte Vista Drive, Boca Raton, FL 33496. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

29

151. Plaintiff, Mitchell Rubin is a citizen of Florida and owns real property located at 9800 Cobblestone Lakes Court, Boynton Beach, Florida 33472. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

152. Plaintiff, Dawn Saliba is a citizen of Florida and owns real property located at 6102 Raintree Trail, Fort Pierce, Florida 34950. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

153. Plaintiff, Talavera, LLC owns real property located at 3261 Lago de Talvara, Lot 1, 3301 Lago de Talavera, Lot 6, 3533 Lago de Talavera, Lot 35, 3240 Lago de Talavera, Lot 48, 3462 Lago de Talavera, Lot 67, 3558 Lago de Talavera, Lot 75 and 3574 Lago de Talavera, Lot 77, Wellington, Palm Beach County, Florida 33467. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

154. Plaintiffs, Anna Tataris and Roy De Jesus are citizens of Florida and together own real property located at 4842 Tuscan Loon Drive, Tampa, Florida 33619. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

155. Plaintiff, Keith Willett is a citizen of Florida and owns real property located at 4418 West Vasconia, Tampa, Florida 33629. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

30

156.  Plaintiffs, Aaron and Wendy Wruble are citizens of Florida and together own real property located at 1294 Exotic Avenue, North Port, Florida 34288.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

157.  Plaintiffs, Gene and Que Raphael are citizens of Florida and together own real property located at 3018 Lake Butler Court, Cape Coral, Florida 33909.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

158.  Plaintiffs, Beresford and Theresa Bertram are citizens of Florida and together own real property located at 1707 SW 81 Way, North Lauderdale, Florida 33068.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

159.  Plaintiffs, Gerald and Betty Brynn are citizens of Florida and together own real property located at 511 Rimini Vista Way, Sun City Center, Florida 33575.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

160.  Plaintiffs, Sean and Katie Andrade are citizens of Florida and together own real property located at 1730 SW 81 Way, North Lauderdale, Florida 33068.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

161.  Plaintiffs, Maikel and Karen Anise are citizens of Florida and together own real property located at 9661 Cobblestone Creek, Boynton Beach, Florida 33472.  Plaintiffs are

participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

162.  Plaintiffs, Miguel and Jacqueline Areces are citizens of Florida and together own real property located at 5300 Seagrape Drive, Ft. Pierce, Florida 34982.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

163.  Plaintiffs, Richard Lizotte and Ronald Robichaux are citizens of Florida and together own real property located at 2124 Siefield Greens Way, Sun City Center, Florida 33573 and 2120 Siefield Greens Way, Sun City Center, Florida 33573.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

164.  Plaintiff, Michael Peloquin is a citizen of Florida and owns real property located at 12747 Kentwood Avenue, Ft. Myers, Florida 33913.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

165.  Plaintiffs, Mary and David Cheeran are citizens of Florida and together own real property located at 987 Fish Hook Cove, Bradenton, Florida 34212.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

166.  Plaintiff, Javie Cuellar is a citizen of Florida and owns real property located at 12735 Kentwood Avenue, Ft. Myers, Florida 33913.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

amended complaint which are incorporated herein by reference.

167. Plaintiff, Barry Estadt is a citizen of Florida and owns real property located at 529 Rimini Vista Way, Sun City Center, Florida 33571. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

168. Plaintiff, Charles Kim is a citizen of Florida and owns real property located at 991 Fish Hook Cove, Bradenton, Florida 34212. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

169. Plaintiffs, Earl and Gwynn Gall are citizens of Florida and together own real property located at 2122 Siefield Greens Way, Sun City Center, Florida 33573. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

170. Plaintiffs, Sundaram and Jeeva Harikrishnan are citizens of Florida and together own real property located at 542 Rimini Vista Way, Sun City Center, Florida 33753. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

171. Plaintiffs, Patricia Lippold and Janet Hibbs are citizens of Florida and together own real property located at 2214 Siefield Greens Way, Sun City Center, Florida 33573. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

172. Plaintiff, Samuel Perone is a citizen of Florida and owns real property located at

33

7063 Lost Garden Terrace, Parkland, Florida 33076. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

173. Plaintiffs, Charles and Josephine Russo are citizens of Florida and together own real property located at 2246 Siefield Greens Way, Sun City Center, Florida 33573. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

174. Plaintiffs, Patsy and Maureen Campola are citizens of Florida and together own real property located at 9607 Cinnamon Court, Parkland, Florida 33076. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

175. Plaintiff, Chester Stewart is a citizen of Florida and owns real property located at 6848 Long Leaf Drive, Parland, Florida 33076. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference

176. Plaintiffs, David Dion and Eunice Parks are citizens of Florida and together own real property located at 9781 Cobblestone Creek, Boynton Beach, Florida 33472. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

177. Plaintiffs, Roger and Allison Elliott are citizens of Florida and together own real property located at 2003 SW Laredo Street, Stuart, Florida 34994. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this

34

amended complaint which are incorporated herein by reference.

178. Plaintiffs, Leroy and Bernadette Floyd are citizens of Florida and together own real property located at 2602 Rhode Island Avenue, Ft. Pierce, Florida 34947. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

179. Plaintiff, Charles Gatto is a citizen of Florida and owns real property located at 273 Swan Lane, Jupiter, Florida 33458. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

180. Plaintiffs, William Bicelis Machado and Franyelina Lopez are citizens of Florida and together own real property located at 14721 SW 6 Street, Pembroke Pines, Florida 33027. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

181. Plaintiffs, Norberto and Belgica Pratts are citizens of Florida and together own real property located at 14701 SW 6 Street, Pembroke Pines, Florida 33027. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

182. Plaintiff, Doug Romain is a citizen of Florida and owns real property located at 10846 SW Meeting Street, Port St. Lucie, Florida 34987. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

183. Plaintiffs, David and Donna Valentine are citizens of Florida and together own real

property located at 3467 Mestre Place, North Venice, Florida 34275. Plaintiffs are participating

as class representatives in the class and subclasses as set forth in the schedules accompanying

this amended complaint which are incorporated herein by reference.

184. Plaintiff, Claudia Vasquez is a citizen of Florida and owns real property located at

702 SW 147 Avenue, Pembroke Pines, Florida 33027. Plaintiff is participating as a class

representative in the class and subclasses as set forth in the schedules accompanying this

amended complaint which are incorporated herein by reference.

185. Plaintiffs, Kenneth and Victoria Boersma are citizens of Florida and together own

real property located at 9664 Cobblestone Creek Drive, Boynton Beach, Florida 33472.

Plaintiffs are participating as class representatives in the class and subclasses as set forth in the

schedules accompanying this amended complaint which are incorporated herein by reference.

186. Plaintiffs, Peter and Annett Catalano are citizens of Florida and together own real

property located at 1458 SW Goodman Avenue, Port St. Lucie, Florida 34952. Plaintiffs are

participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this amended complaint which are incorporated herein by reference.

187. Plaintiffs, John and Andrea Adams are citizens of Florida and together own real

property located at 10642 SW Gingermill Drive, Port St. Lucie, Florida 34952. Plaintiffs are

participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this amended complaint which are incorporated herein by reference.

188. Plaintiff, Cindy Carrol is a citizen of Louisiana and owns real property located at

1220 Magnolia Alley, Mandeville, Louisiana 70471. Plaintiff is participating as a class

representative in the class and subclasses as set forth in the schedules accompanying this

36

amended complaint which are incorporated herein by reference.

189. Plaintiff, Dorothy Stanich is a citizen of Louisiana and owns real property located at 1912 Duels, New Orleans, Louisiana 70119. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

190. Plaintiffs, John and Beverly Utterback are citizens of Illinois and together own real property located at 1241 Kendari Terrace, Naples, Florida 34120. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

191. Plaintiff, Colleen Rondeno is a citizen of Louisiana and owns real property located at 3110 Law Street, New Orleans, Louisiana 70119. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

192. Plaintiffs, Gene Nudelman and Tatyana Levina are citizens of Florida and together own real property located at 7240 Wisteria Avenue, Parkland, Florida 33076. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

193. Plaintiffs, Marcelo and Cecilia Torres-Lutz are citizens of Florida and together own real property located at 334 Cipriani Way, Venice, Florida 34275. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

194. Plaintiff, Claudia Mendez is a citizen of Florida and owns real property located at

12960 Turtle Cove Trail, North Fort Myers, Florida 33903. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

195. Plaintiffs, Cynthia and Jonathan Scott are citizens of Florida and together own real property located at 1984 Gloria Circle, Palm Bay, Florida 32905. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

196. Plaintiffs, Eric and Karen Wilcox are citizens of Florida and together own real property located at 14117 Stowbridge Avenue, Tampa, Florida 33626. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

197. Plaintiff, Ximena Almeida is a citizen of Louisiana and owns real property located at 3513 Golden Avenue, Chalmette, Alabama 70043. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

198. Plaintiffs, Peter and Robin Bast are citizens of Florida and together own real property located at 1690 Renaissance Commons Blvd., Unit 1428, Boynton Beach, Florida 33426. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

199. Plaintiffs, Frank and Carolyn Bragoli are citizens of New York and together own real property located at 1690 Renaissance Commons Blvd., Unit 1314, Boynton Beach, Florida

38

33426. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

200. Plaintiff, Philip Brice is a citizen of Florida and owns real property located at 1690 Renaissance Commons Blvd., Unit 1227, Boynton Beach, Florida 33426. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

201. Plaintiffs, Roger Casalengo and Betty Ann Kramer are citizens of Florida and Virginia, respectively and together own real property located at 1690 Renaissance Commons Blvd., Unit 1324, Boynton Beach, Florida 33426. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

202. Plaintiffs, Jay and Shari Cohen are citizens of New Jersey and together own real property located at 1690 Renaissance Commons Blvd., Unit 1405, Boynton Beach, Florida 33426. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

203. Plaintiffs, Braxton and Kerrie Collins are citizens of Mississippi and together own real property located at 10720 Hwy 614, Moss Point, Mississippi 39562. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

204. Plaintiff, Patrick Conlin is a citizen of New York and owns real property located at

39

1690 Renaissance Commons Blvd., Unit 1218, Boynton Beach, Florida 33426. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

205. Plaintiffs, Arish Peter and Alpa Dalal are citizens of New York and together own real property located at 1690 Renaissance Commons Blvd., Unit 1401, Boynton Beach, Florida 33426. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

206. Plaintiffs, Angelo and Deborah D'Ambrosio are citizens of New York and together own real property located at 1660 Renaissance Commons Blvd., Unit 2305, Boynton Beach, Florida 33426. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

207. Plaintiff, Robert Dawson is a citizen of Virginia and owns real property located at 4326 Lydias Drive, Williamsburg, Virginia 23188. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

208. Plaintiff, Marta DeNaeva is a citizen of Florida and owns real property located at 1690 Renaissance Commons Blvd., Unit 1224, Boynton Beach, Florida 33426. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

209. Plaintiff, Martha Lisa DeNavea is a citizen of Florida and owns real property

located at 1690 Renaissance Commons Blvd., Unit 1429, Boynton Beach, Florida 33426.
Plaintiff is participating as a class representative in the class and subclasses as set forth in the
schedules accompanying this amended complaint which are incorporated herein by reference.

210.  Plaintiff, Jeremy Dickey is a citizen of Alabama and owns real property located at
60 Pinebark Court, Wetumpka, Alabama 36093.  Plaintiff is participating as a class
representative in the class and subclasses as set forth in the schedules accompanying this
amended complaint which are incorporated herein by reference.

211.  Plaintiff, Marlon Ditianquin is a citizen of Florida and owns real property located at
1690 Renaissance Commons Blvd., Unit 1309, Boynton Beach, Florida 33426.  Plaintiff is
participating as a class representative in the class and subclasses as set forth in the schedules
accompanying this amended complaint which are incorporated herein by reference.

212.  Plaintiff, Vincent Ercolino is a citizen of Florida and owns real property located at
1690 Renaissance Commons Blvd., Unit 1206, Boynton Beach, Florida 33426.  Plaintiff is
participating as a class representative in the class and subclasses as set forth in the schedules
accompanying this amended complaint which are incorporated herein by reference.

213.  Plaintiffs, Joseph and Tracy Fatta are citizens of Louisiana and together own real
property located at 2622 College Street, Slidell, Louisiana 70458.  Plaintiffs are participating as
class representatives in the class and subclasses as set forth in the schedules accompanying this
amended complaint which are incorporated herein by reference.

214.  Plaintiff, Sean Flaherty is a citizen of New Jersey and owns real property located at
1690 Renaissance Commons Blvd., Unit 1402, Boynton Beach, Florida 33426.  Plaintiff is
participating as a class representative in the class and subclasses as set forth in the schedules

accompanying this amended complaint which are incorporated herein by reference.

215.  Plaintiff, Van Foster is a citizen of Alabama and owns real property located at 1610 13th Street N, Birmingham, Alabama 35204.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

216.  Plaintiffs, Jacques and Rose Gani are citizens of New York and together own real property located at 1660 Renaissance Commons Blvd., Unit 2525, Boynton Beach, Florida 33426.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

217.  Plaintiff, Vernon Hampton is a citizen of Louisiana and owns real property located at 5641 St. Matthew Circle, Violet, Louisiana 70092.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

218.  Plaintiffs, Jason and Cassie Herrington are citizens of Mississippi and together own real property located at 26975 Old Americus Road, Lucedale, Mississippi 39452.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

219.  Plaintiff, Wendy Lee Hobbie is a citizen of Florida and owns real property located at 1690 Renaissance Commons Blvd., Unit 1411, Boynton Beach, Florida 33426.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

42

220. Plaintiffs, Timothy and Karen Irvin are citizens of Virginia and together own real property located at 1690 Renaissance Commons Blvd., Unit 1216, Boynton Beach, Florida 33426. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

221. Plaintiffs, Perry and Alice Jioia are citizens of New York and together own real property located at 1690 Renaissance Commons Blvd., Unit 1327, Boynton Beach, Florida 33426. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

222. Plaintiffs, Alan and Ilana Kellner are citizens of Florida and together own real property located at 1690 Renaissance Commons Blvd., Unit 1310, Boynton Beach, Florida 33426. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

223. Plaintiffs, John and Susanna Kolich are citizens of Florida and together own real property located at 1690 Renaissance Commons Blvd., Unit 1519, Boynton Beach, Florida 33426. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

224. Plaintiffs, Arthur and Martha Kovens are citizens of Maryland and together own real property located at 1660 Renaissance Commons Blvd., Unit 2527, Boynton Beach, Florida

33426. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

225. Plaintiff, Leneva Jean Kropf is a citizen of Michigan and owns real property located at 1690 Renaissance Commons Blvd., Unit 1205, Boynton Beach, Florida 33426. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

226. Plaintiffs, Mark and Diana Lemberg are citizens of New York and together own real property located at 1690 Renaissance Commons Blvd., Unit 1328, Boynton Beach, Florida 33426. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

227. Plaintiff, Michael Leone is a citizen of Florida and owns real property located at 1690 Renaissance Commons Blvd., Unit 1202, Boynton Beach, Florida 33426. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

228. Plaintiffs, Barty Litwin and Mel Litwin (A/K/A Melvin Litwin) as Trustee of the Mel Litwin (A/K/A Melvin Litwin) Declaration Trust, u/a/d 02/28/06 are citizens of Florida and own real property located at 1690 Renaissance Commons Blvd., Unit 1409, Boynton Beach, Florida 33426. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

229.  Plaintiffs, George and Adrienne Luntz are citizens of Florida and together own real property located at 1660 Renaissance Commons Blvd., Unit 2516, Boynton Beach, Florida 33426.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

230.  Plaintiffs, Fernando and Bridget Madero are citizens of Florida and together own real property located at 17105 78th Road North, Loxahatchee, Florida 33470.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

231.  Plaintiff, Danielle Lee Maness is a citizen of Florida and owns real property located at 1690 Renaissance Commons Blvd., Unit 1128, Boynton Beach, Florida 33426.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

232.  Plaintiff, Jason Scott McMurray is a citizen of Mississippi and owns real property located at 47 Monarch Blvd., Hattiesburg, Mississippi 39441.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

233.  Plaintiffs, Carlos and Margarita Molina are citizens of Florida and together own real property located at 1690 Renaissance Commons Blvd., Unit 1308, Boynton Beach, Florida 33426.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

234.  Plaintiffs, Paul and Lois Murray are citizens of New York and together own real property located at 1660 Renaissance Commons Blvd., Unit 2415, Boynton Beach, Florida 33426.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

235.  Plaintiff, Melissa Norris is a citizen of Mississippi and owns real property located at 721 Hundred Acre Road, Neely, Mississippi 39461.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

236.  Plaintiffs, Rhoda and Aly Okaily are citizens of Pennsylvania and together own real property located at 1690 Renaissance Commons Blvd., Unit 1412, Boynton Beach, Florida 33426.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

237.  Plaintiff, Joel Perecca is a citizen of New York and owns real property located at 1690 Renaissance Commons Blvd., Unit 1211, Boynton Beach, Florida 33426.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

238.  Plaintiffs, Nicholas and Adrienne Renzetti are citizens of New York and together own real property located at 1690 Renaissance Commons Blvd., Unit 1321, Boynton Beach, Florida 33426.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein

46

by reference.

239. Plaintiff, Martin Riback, as Trustees of the Martin Riback Revocable Trust Agreement dated April 4, 1997 are citizens of Florida and together own real property located at 1690 Renaissance Commons Blvd., Unit 1212 and Unit 1410, Boynton Beach, Florida 33426. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

240. Plaintiffs, Steven and Marsha Richman are citizens of Florida and together own real property located at 1690 Renaissance Commons Blvd., Unit 1422, Boynton Beach, Florida 33426. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

241. Plaintiff, RMM Investments, LLC owns real property located at 1690 Renaissance Commons Blvd., Unit 1103, Boynton Beach, Florida 33426. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

242. Plaintiff, Keith Santillo is a citizen of Florida and owns real property located at 1690 Renaissance Commons Blvd., Unit 1323, Boynton Beach, Florida 33426. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

243. Plaintiffs, Stephen Schour and Susan Mitchell are citizens of Florida and Colorado, respectively and together own real property located at 1690 Renaissance Commons Blvd., Unit 1106, Boynton Beach, Florida 33426. Plaintiffs are participating as class representatives in the

class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

244. Plaintiff, Melvin Seymore is a citizen of Alabama and owns real property located at 920 County Road 946, Cullman, Alabama 35057. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

245. Plaintiff, Norman Shiyou is a citizen of Mississippi and owns real property located at 6030 Wanda Circle, Kiln, Mississippi 39556. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

246. Plaintiff, Sandra Siegel is a citizen of Florida and owns real property located at 1690 Renaissance Commons Blvd., Unit 1427, Boynton Beach, Florida 33426. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

247. Plaintiffs, Stacey Ann Tilmann and Kimberly Noah are citizens of Florida and together own real property located at 1660 Renaissance Commons Blvd., Unit 2502, Boynton Beach, Florida 33426. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

248. Plaintiff, Tuller Investments, LLC owns real property located at 1690 Renaissance Commons Blvd., Unit 1419, Boynton Beach, Florida 33426. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

amended complaint which are incorporated herein by reference.

249. Plaintiff, Odilio Vargas is a citizen of California and owns real property located at 1690 Renaissance Commons Blvd., Unit 1424, Boynton Beach, Florida 33426. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

250. Plaintiff, Frances Verderame is a citizen of Florida and owns real property located at 1690 Renaissance Commons Blvd., Unit 1219, Boynton Beach, Florida 33426. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

251. Plaintiffs, Greg and Sherry Wiggins are citizens of Alabama and together own real property located at 1047 Well Road, Brewton, Alabama 36426. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

252. Plaintiff, John Wiley is a citizen of Pennsylvania and owns real property located at 1541 Gerona Terrace, North Point, Florida 34286. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

253. Plaintiffs, Yefim Zagalsky and Yelena Alekseyeva are citizens of New Jersey and together own real property located at 1690 Renaissance Commons Blvd., Unit 1418, Boynton Beach, Florida 33426. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

49

254. Plaintiff, Sheldon Zitner is a citizen of Florida and owns real property located at 1690 Renaissance Commons Blvd., Unit 1311, Boynton Beach, Florida 33426. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

255. Plaintiffs, Donald and Nadja Fisher are citizens of Louisiana and together own real property located at 3140 N. Roman Avenue, New Orleans, Louisiana 70117. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

256. Plaintiff, Audrey Mae Johnson is a citizen of Louisiana and owns real property located at 3444 Toledano Street, New Orleans, Louisiana 70125. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

257. Plaintiff, Kenneth Long is a citizen of Louisiana and owns real property located at 4700 San Marco Road, New Orleans, Louisiana 70129. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

258. Plaintiffs, Raymond and Mary Lubrano are citizens of Louisiana and together own real property located at 3909 Jacob Drive, Chalmette, Louisiana 70043. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

259. Plaintiff, Jude Marullo is a citizen of Louisiana and owns real property located at 5870 Sylvia Drive, New Orleans, Louisiana 70124. Plaintiff is participating as a class

50

representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

260. Plaintiff, Dorothy Pennington is a citizen of Louisiana and owns real property located at 302 West Shannon Lane, Harahan, Louisiana 70123. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

261. Plaintiffs, Alphonso and Nora Walker are citizens of Louisiana and together own real property located at 11346 Catalina Avenue, Baton Rouge, Louisiana 70814. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

262. Plaintiffs, James and Joanne Haseltime are citizens of Florida and together own real property located at 12020 Creole Court, Parrish, Florida 34219. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

263. Plaintiffs, Travis C. and Kelly E. Johnson are citizens of Florida and together own real property located at 1924 SE 21 Court, Homestead, Florida 33035. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

264. Plaintiffs, Paul and Tellina are citizens of Florida and together own real property located at 10902 NW 83 Street Building 7, Unit 201, Doral, Florida 33178. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

265.  Plaintiff, Damien Querol is a citizen of Florida and owns real property located at 3301 NE 183 Street, Unit 1207, Aventura, Florida 33160.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

266.  Plaintiff, Debra Frazier is a citizen of Louisiana and owns real property located at 10231 Castlewood Drive, New Orleans, Louisiana 70127.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

267.  Plaintiffs, Elbert and Gloria Bland are citizens of Louisiana and together own real property located at 2315 and 2317 Industry Street, New Orleans, Louisiana 70122.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

268.  Plaintiffs, Larry and Rose Givins are citizens of Louisiana and together own real property located at 6007 Warfield Street, New Orleans, Louisiana 70126 and 6009 Warfield Street, New Orleans, Louisiana 70126.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

269.  Plaintiff, Symone McQueen Webley is a citizen of Florida and owns real property located at 12715 Saulston Place, Hudson, Florida 34669.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

270.  Plaintiffs, Don and Janice Marlinga are citizens of Michigan and together own real

property located at 11697 Bald Eagle Way, Naples, Florida 34119. Plaintiffs are participating as

class representatives in the class and subclasses as set forth in the schedules accompanying this

amended complaint which are incorporated herein by reference.

271. Plaintiff, Jon Scott McLain is a citizen of Louisiana and owns real property located

at 82401 Heintz Jenkins Road, Bush, Louisiana 70431. Plaintiff is participating as a class

representative in the class and subclasses as set forth in the schedules accompanying this

amended complaint which are incorporated herein by reference.

272. Plaintiff, Almeida Properties, L.L.C. owns real property located at 3325 Golden

Drive, Apt. A, B, C and D, Chalmette, Louisiana 70043. Plaintiff is participating as a class

representative in the class and subclasses as set forth in the schedules accompanying this

amended complaint which are incorporated herein by reference.

273. Plaintiff, Tiffany Braden, as Representative of the Estate of Jane Bienemey,

Deceased is a citizen of Louisiana and owns real property located at 2024 Guerra Drive, Violet,

Louisiana 70092. Plaintiff is participating as a class representative in the class and subclasses as

set forth in the schedules accompanying this amended complaint which are incorporated herein

by reference.

274. Plaintiff, Lucille Alveris is a citizen of Louisiana and owns real property located at

3220 Oaks Drive, Violet, Louisiana 70092. Plaintiff is participating as a class representative in

the class and subclasses as set forth in the schedules accompanying this amended complaint

which are incorporated herein by reference.

275. Plaintiff, Stephnea Hadley is a citizen of Louisiana and owns real property located

at 5524 Feliciana Drive, New Orleans, Louisiana 70126. Plaintiff is participating as a class

53

representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

276.  Plaintiff, Lona McCallum is a citizen of Louisiana and owns real property located at 2309 Riverbend Drive, Violet, Louisiana 70092.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

277.  Plaintiff, David Ghafari is a citizen of Massachusetts and owns real property located at 921 Acroft Avenue, Lehigh Acres, Florida 33971.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

278.  Plaintiffs, James and Barbara Walsh are citizens of Florida and together own real property located at 14781 Quay Lane, Delray Beach, Florida 33446.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

279.  Plaintiff, Gordon DeLeon is a citizen of California and owns real property located at 1209 East St. Avide, Chalmette, Louisiana 70043.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

280.  Plaintiff, Joseph Fluence is a citizen of California and owns real property located at 2716 Veronica Drive, Chalmette, Louisiana 70043.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

281.  Plaintiff, Lacy Brown is a citizen of Louisiana and owns real property located at 2446 Presburg Street, New Orleans, Louisiana 70122.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

282.  Plaintiff, Terry Mundy is a citizen of California and owns real property located at 2529 Paul Drive, Cypress Gardens, Louisiana 70075.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

283.  Plaintiffs, Michael and Nancy Guerriero are citizens of Florida and together own real property located at 15336 Yellow Wood Drive, Alva, Florida 33920.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

284.  Plaintiff, Elizabeth Young is a citizen of Florida and owns real property located at 2330 Summersweet Drive, Alva, Florida 33920.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

285.  Plaintiffs, Antonio and Isabel Amaral are citizens of Massachusetts and together own real property located at 5221 Athens Way, Venice, Florida 34293.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

286.  Plaintiff, Arlana Barnes is a citizen of Florida and owns real property located at 4745 and 4747 28th Street South West, Lehigh Acres, Florida 33973.  Plaintiff is participating as

55

a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

287. Plaintiffs, Eric and Anne Marie Bartschart are citizens of New Jersey and together own real property located at 7855 Hawthorne Terrace - Unit 1604, Naples, Florida 34113. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

288. Plaintiffs, Peter and Amanda Earley are citizens of Florida and together own real property located at 15828 Caloose Creek Circle, Fort Myers, Florida 33903. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

289. Plaintiff, Toni Mosley is a citizen of Florida and owns real property located at 6143 Laurelwood Drive, Fort Myers, Florida 33905. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

290. Plaintiffs, Scott Saltzman and Jordana Mondschein are citizens of Florida and together own real property located at 8485 Breezy Hill Drive, Boynton Beach, Florida 33473. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

291. Plaintiff, Denise Scott is a citizen of Florida and owns real property located at 14051 Danpark Loop, Fort Myers, Florida 33912. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

292.  Plaintiff, George Turckes is a citizen of Florida and owns real property located at 526 Wheaton Trent Place, Tampa, Florida 33619.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

293.  Plaintiffs, Robert and Sandra Cruz are citizens of Florida and together own real property located at 12444 Southbridge Terrace, Hudson, Florida 34669.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

294.  Plaintiff, William Murphy is a citizen of Florida and owns real property located at 4755 Tuscan Loon Drive, Tampa, Florida 33619.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

295.  Plaintiffs, Brett and Wendy Avner are citizens of Florida and together own real property located at 18020 Via Bellamare Lane, Miramar Lakes, Florida 33913.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

296.  Plaintiff, Frank Cardenas, III is a citizen of California and owns real property located at 4402 Ruth Avenue South, Lehigh Acres, Florida 33972.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

297.  Plaintiffs, John Karcher and Deborah Coaker are citizens of Florida and together own real property located at 1730 Old Burnt Store Road North, Cape Coral, Florida 33993.

Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

298. Plaintiffs, Donald and Bobby Krause are citizens of Florida and together own real property located at 11685 Bald Eagle Way, Naples, Florida 34120. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

299. Plaintiff, Derek Marinell is a citizen of Florida and owns real property located at 1045 Gladys Street, Lehigh Acres, Florida 33974. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

300. Plaintiffs, John and Maria Mattesich, Rosemary Johnson and Barbara Morin are citizens of Florida and together own real property located at 4338 Jacaranda Parkway, Cape Coral, Florida 33993. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

301. Plaintiff, Orlando Pena is a citizen of Florida and owns real property located at 824 SW 17th Street, Cape Coral, Florida 33991. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

302. Plaintiffs, Erasmo and Kathleen Rappa are citizens of Florida and together own real property located at 2128 South West 5th Avenue, Cape Coral, Florida 33991. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this amended complaint which are incorporated herein by reference.

303.  Plaintiff, Carlos Zavala is a citizen of Florida and owns real property located at 14119 Danpark Loop, Fort Myers, Florida 33912.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

304.  Plaintiff, Francisco Cardenas is a citizen of Florida and owns real property located at 6928 Marble Fawn Place, Riverview, Florida 33578.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

305.  Plaintiff, Dian Gittens is a citizen of Florida and owns real property located at 4130 Bismarck Palm Drive, Tampa, Florida 33610.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

306.  Plaintiff, Fernando Guzman is a citizen of Florida and owns real property located at 10830 Kensington Park Avenue, Riverview, Florida 33578.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

307.  Plaintiff, Danny Keeling is a citizen of Florida and owns real property located at 2550 Sea Wind Way, Clearwater, Florida 33763.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

308.  Plaintiffs, Michael and Mary Ellen Mattia are citizens of Florida and together own

real property located at 10834 Kensington Park Avenue, Riverview, Florida 33569. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

309. Plaintiffs, Richard and Rita Vayda are citizens of Florida and together own real property located at 366 Recker Highway, Auburndale, Florida 33823. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

310. Plaintiffs, Edgar Corea and Elsie Gilmore are citizens of Florida and together own real property located at 12600 South West 50th Court, #407, Miramar, Florida 33027. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

311. Plaintiffs, Patrick and Ann Hanlon are citizens of Florida and together own real property located at 3407 West Oakellar Avenue, Tampa, Florida 33611. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

312. Plaintiff, Shawn Henson is a citizen of Virginia and owns real property located at 1213 Avondale Lane, Newport News, Virginia 23602. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

313. Plaintiffs, Ashley and Gloria McKnight are citizens of Florida and together own real property located at 505 North West 3rd Place, Dania Beach, Florida 33004. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this amended complaint which are incorporated herein by reference.

314. Plaintiffs, Ross and Jacyln Paskow are citizens of Florida and together own real property located at 12430 SW 50th Street - Unit 129, Miramar, Florida 33027. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

315. Plaintiff, Benito Quaranta is a citizen of Florida and owns real property located at 4541 Rolling Greene Drive, Wesley Chapel, Florida 33543. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

316. Plaintiffs, Chris and Kate Quinn are citizens of Florida and together own real property located at 4210 West Kensington Avenue, Tampa, Florida 33629. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

317. Plaintiffs, Brian Jones and Kimberly Davis are citizens of Florida and together own real property located at 2015 Sea Ray Shore Drive, Clearwater, Florida 33763. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

318. Plaintiff, Jorge Junco is a citizen of Florida and owns real property located at 536 Vincinda Crest Way, Tampa, Florida 33619. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

319. Plaintiffs, Christopher and Rosemary Knight are citizens of Florida and together

61

own real property located at 21311 Morning Mist Way, Land O Lakes, Florida 34639. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

320. Plaintiffs, Perry and Cassandra Fontenot are citizens of Virginia and together own real property located at 1016 Hollymeade Circle, Newport News, Virginia 23602. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

321. Plaintiffs, Philip and Clarine Allen are citizens of Virginia and together own real property located at 907 Eastfield Lane, Newport News, Virginia 23602. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

322. Plaintiffs, Taddarreio and Mattea Atkins are citizens of Virginia and together own real property located at 955 Hollymeade Circle, Newport News, Virginia 23602. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

323. Plaintiff, Eric Bailey is a citizen of Virginia and owns real property located at 958 Hollymeade Circle, Newport News, Virginia 23602. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

324. Plaintiffs, Jerry and Inez Baldwin are citizens of Virginia and together own real property located at 4020 Dunbarton Circle, Williamsburg, Virginia 23188. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this amended complaint which are incorporated herein by reference.

325. Plaintiffs, Demitrous Blount and Brian Riera are citizens of Virginia and together own real property located at 963 Hollymeade Circle, Newport News, Virginia 23602. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

326. Plaintiffs, Craig and Angela Brown are citizens of Virginia and together own real property located at 1031 Hollymeade Circle, Newport News, Virginia 23602. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

327. Plaintiff, Demetria Burgohy is a citizen of Virginia and owns real property located at 950 Hollymeade Circle, Newport News, Virginia 23602. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

328. Plaintiffs, Byron and Maria Crist are citizens of Virginia and together own real property located at 2408 Caitlan Loch Lane, Virginia Beach, Virginia 23456. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

329. Plaintiffs, Dan and Maureen Day are citizens of Virginia and together own real property located at 1804 Mayberry Drive, Virginia Beach, Virginia 23456. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

330. Plaintiffs, Lisa and Jason Dunaway are citizens of Virginia and together own real

property located at 27206 Flaggy Run Road, Courtland, Virginia 23837. Plaintiffs are

participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this amended complaint which are incorporated herein by reference.

331. Plaintiff, Jeffrey Dunn is a citizen of Virginia and owns real property located at

8170 N. View Boulevard, Norfolk, Virginia 23518. Plaintiff is participating as a class

representative in the class and subclasses as set forth in the schedules accompanying this

amended complaint which are incorporated herein by reference.

332. Plaintiff, Rick Edmonds is a citizen of Virginia and owns real property located at

801 Holly Street, Richmond, Virginia 23220. Plaintiff is participating as a class representative in

the class and subclasses as set forth in the schedules accompanying this amended complaint

which are incorporated herein by reference.

333. Plaintiff, Amanda Fowle is a citizen of Virginia and owns real property located at

957 Hollymeade Circle, Newport News, Virginia 23602. Plaintiff is participating as a class

representative in the class and subclasses as set forth in the schedules accompanying this

amended complaint which are incorporated herein by reference.

334. Plaintiff, Carol Freeman is a citizen of Virginia and owns real property located at

951 Hollymeade Circle, Newport News, Virginia 23602. Plaintiff is participating as a class

representative in the class and subclasses as set forth in the schedules accompanying this

amended complaint which are incorporated herein by reference.

335. Plaintiffs, Barbara and Peter Galgano are citizens of Maryland and together own

real property located at 8105 Kirkcaldy Court, Williamsburg, Virginia 23188. Plaintiffs are

participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this amended complaint which are incorporated herein by reference.

336.  Plaintiff, Tappan Gandy is a citizen of Virginia and owns real property located at 1215 Avondale Lane, Newport News, Virginia 23602.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

337.  Plaintiff, Michelle Germano is a citizen of Virginia and owns real property located at 8171 N. View Boulevard, Norfolk, Virginia 23518.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

338.  Plaintiffs, Arvin and Clarissa Goboy are citizens of Virginia and together own real property located at 3972 Border Way, Virginia Beach, Virginia 23456.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

339.  Plaintiffs, Roy and Juanita Gulledge are citizens of Virginia and together own real property located at 1772 Carriage Drive, Hampton, Virginia 23664.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

340.  Plaintiff, John Harvilla is a citizen of Virginia and owns real property located at 967 Hollymeade Circle, Newport News, Virginia 23602.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

341.  Plaintiffs, Steve and Liz Heischober are citizens of Virginia and together own real

property located at 214A 80th Street, Virginia Beach, Virginia 23451.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

342.  Plaintiffs, Curtis and Lynn Hinkley and Stephanie Hinkley-Lopez are citizens of North Carolina and together own real property located at 156 Mulberry Lane, Hertford, North Carolina 27944.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

343.  Plaintiffs, Dennis and Sharon Jackson are citizens of Virginia and together own real property located at 8151 N. View Blvd., Norfolk Virginia 23518.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

344.  Plaintiff, Pryncess Johnson is a citizen of Virginia and owns real property located at 959 Hollymeade Circle, Newport News, Virginia 23602.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

345.  Plaintiffs, Richard and Delores Jones and Valerie Anderson are citizens of Virginia and together own real property located at 1010 Hollymeade Circle, Newport News, Virginia 23602.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this amended complaint which are incorporated herein by reference.

346.  Plaintiffs, Joe and Cathy Leach are citizens of Virginia and together own real