# EXHIBIT "14(a)"

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **KENNETH AND BARBARA WILTZ, et al.** | |
| **Plaintiffs,** | **CASE NO.: 10-361** |
| **v.** | |
| **BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED CO., et al.** | |

**PLAINTIFFS', KENNETH AND CYNTHIA BURKE, *et. al.*,**
**OMNIBUS CLASS ACTION COMPLAINT IN INTERVENTION (II(A))**

Pursuant to Fed. R. Civ. P. 23, the Intervening Plaintiffs in this action bring suit on behalf of themselves and all other similarly situated owners and residents of real properties containing defective Chinese manufactured drywall that was manufactured, imported, exported, brokered, distributed, delivered, supplied, marketed, inspected, installed, or sold by the Defendants.

Intervening Plaintiffs have intervened in *Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et. al.*, Case No. 2:10-cv-00361 (E.D.La.), since they are absent class members in that action. As absent class members, Intervening Plaintiffs are similarly situated to the *Wiltz* plaintiffs and the defendants named in the *Wiltz* complaint are liable to the Intervening Plaintiffs. Intervening Plaintiffs incorporate and adopt the substantive allegations of the *Wiltz* complaint ¶¶ 1-5, and 505-912 herein by reference.

The Intervening Plaintiffs seek to be class representatives for the classes identified in *Wiltz*. Additionally, Intervening Plaintiffs are also seeking to be class representatives for certain of the subclasses identified in the *Wiltz* complaint. The *Wiltz* Defendants who are aligned with Intervening Plaintiffs are liable to Intervening Plaintiffs for their role in the design, manufacture, importing, distributing, delivery, supply, marketing, inspecting, installing, or sale of the defective drywall at issue in this litigation.

Each of the Intervening Plaintiffs are identified in the chart below. This chart provides all pertinent information regarding the Intervening Plaintiffs (*i.e.*, their names, the addresses of the subject properties, the citizenship of the Intervening Plaintiffs, and the subclasses (if any) in which the Intervening Plaintiffs are seeking to participate as class representatives):

| INTERVENING PLAINTIFFS | | | | | |
|---|---|---|---|---|---|
| PLAINTIFF(S) | | ADDRESS OF SUBJECT PROPERTY | CITIZEN-SHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 1. | Burke, Kenneth and Cynthia | 7709 Tangle Rush Drive Gibsonton, FL 33534 | FL | Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd. f/k/a Shandong Chenxiang Building Materials Co., Ltd. | 7 |
| 2. | Herrera, Francisco and Hernandez, Marisela | 6034 NW 116 Drive Coral Springs, FL 33076 | FL | Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd. f/k/a Shandong Chenxiang Building Materials Co., Ltd. | 7 |
| 3. | Tupper, Douglas and Loreen | 7937 Camden Woods Drive Tampa, FL 33619 | LA | Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd. f/k/a Shandong Chenxiang Building Materials Co., Ltd. | 7 |
| 4. | Vigar, Sana and Bashir, Naveed | 17803 SW 147 Street Miramar, FL 33029 | FL | Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd. f/k/a Shandong Chenxiang Building Materials Co., Ltd. | 7 |
| 5. | Abraham, Thomas and Mariamma | 8866 Cobblestone Point Circle Boynton Beach, FL 33472 | FL | Beijing New Building Materials Public Limited Co. | 1 |
| 6. | Abraham, Kondoor and Mary | 109-111 Pine Lane Lehigh Acres, FL 33971 | FL | Pro Wall  Groff Construction, Inc. | 8 |

2

| INTERVENING PLAINTIFFS | | | | | |
|---|---|---|---|---|---|
| **PLAINTIFF(S)** | | **ADDRESS OF SUBJECT PROPERTY** | **CITIZEN-SHIP OF PLAINTIFF(S)** | **CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 7. | Banner, Luke and Debora | 1766 SE North Buttonwood Drive Port St. Lucie, FL 34952 | FL | Taishan | 94 |
| 8. | Benoit, Richard and Carol | 262 Broken Oak Trail Jensen Beach, FL 34957 | IN | | |
| 9. | Birkholz, Berlyn and Elaine | 12644 20th Street Parrish, FL 34129 | FL | Taishan | 11 |
| 10. | Blue Water Condominium Association | 201 Shadroe Cove Circle Cape Coral, FL 33991 | FL | Taishan<br><br>Banner Supply Co. | 11 |
| 11. | Brewster, Stephen and Layla | 8339 NW 125th Lane Parkland, FL 33076 | FL | Beijing New Building Materials Public Limited Co. | 1 |
| 12. | Brown, Cortland | 240 W. End Drive Unit 1512 Punta Gorda, FL 33950 | FL | IMT | 4 |
| 13. | Cocquerelle, Nicolas | 4351 Bellaria Way #443 Ft. Myers, FL 33915 | CA | Pro Wall | 8 |
| 14. | Cueva, Elia and Romero, Christian | 11103 NW 83rd St. Apt. 205, Bldg. 2 Doral, FL 33178 | FL | Beijing New Building Materials Public Limited Co. | 1 |
| 15. | Del Greco, Gary and Corrine | 9379 Cobblestone Brook Court Boynton Beach, FL 33472 | FL | Beijing New Building Materials Public Limited Co. | 1 |
| 16. | Feger, Gary | 240 West End Drive Unit 1422 Punta Gorda, FL 33950 | FL | Taishan | 11 |
| 17. | Finn, Dale and Evelyn, Glenn | 8848 Cobblestone Pointe Circle Boynton Beach, FL 33472 | FL | Beijing New Building Materials Public Limited Co. | 1 |

3

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZEN-SHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 18. Graziano, Michael and Francis | 8079 W. 36th Avenue #1 Hialeah, FL 33018 | NJ | IMT | 4 |
| 19. Hernandez, John and Bertha | 3416 N. Perry Avenue Tampa, FL 33603 | FL | Taishan | 11 |
| 20. King Properties, Ltd. c/o Pam Duncan | 240 West End Drive Unit 1511 Punta Gorda, FL 33950 | FL | Taishan | 11 |
| 21. Kowalik, Gregory and Jolanta | 3382 Lago De Talavera Wellington, FL 33467 | FL | Beijing New Building Materials Public Limited Co. | 1 |
| 22. Lamm, James and Patricia | 1009 NE 5th Avenue Cape Coral, FL 33909 | CA | IMT<br><br>Barony Homes | 4<br><br>56 |
| 23. Lloyd, Maxwell and Joete | 8248 N.W. 125 Lane Parkland, FL 33076 | FL | Beijing New Building Materials Public Limited Co. | 1 |
| 24. Manserra, Agostino and Teresa | 4275 Tyler Circle Street Petersburg Beach, FL 33709 | CA | Taishan | 11 |
| 25. Monge, Erika | 8171 W 36th Avenue #3 Hialeah, FL 33018 | FL | IMT | 4 |
| 26. Musa, Massimo and Karrie | 2208 SoHo Bay Court Tampa, FL 33606 | FL | Taishan | 11 |
| 27. Ortiz, Daysi and Rafael | 8199 West 36th Ave. Unit 10 Hialeah, FL 33126 | FL | IMT | 4 |
| 28. Pigna, Francisco and Ewa | 8836 Cobblestone Pt. Circle Boynton Beach, FL 33472 | FL | Beijing New Building Materials Public Limited Co. | 1 |
| 29. Promendade 9-101, LLC | 11102 NW 83rd Street Unit #9-101 Doral, FL 33178 | FL | Beijing New Building Materials Public Limited Co. | 1 |

4

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZEN-SHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS No. |
| 30. Schoenberg, Ken and Kathleen | 3801 Sabal Lakes Road Delray Beach, Fl 33445 | FL | Beijing New Building Materials Public Limited Co. | 1 |
| 31. Shaw, Scott and Jackie | 3125 SW 22nd Avenue Cape Coral, FL 33914 | FL | Pro Wall Hansen Homes of South FL, Inc. | 8 96 |
| 32. Touriz, Christopher and Denise | 8079 W. 36 Avenue #2 Hialeah, FL 33018 | FL | IMT | 4 |
| 33. Voskressensky, Andre and Goldstein, Janet | 8627 Cobblestone Point Circle Boynton Beach, FL 33427 | FL | Beijing New Building Materials Public Limited Co. | 1 |
| 34. Winder, Diedre and Merle Dean | 10846 Tiberio Drive Fort Myers, FL 33913 | FL | Taishan | 11 |
| 35. Atianzar, Pedro and Sandra | 3004 Nancy Street Meraux, LA 70075 | LA | Taishan Interior/Exterior Building Supply, LP | 11 30 |
| 36. WCI Chinese Drywall Property Damage and Personal Injury Settlement Trust (hereafter, the "WCI Trust") | | | Taishan Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd. f/k/a Shandong Chenxiang Building Materials Co., Ltd. Beijing New Building Materials Public Limited Co. | 11 7 1 |
| 37. Nunez, Allen | 2108 Edgar Drive Violet, LA 70092 2104 Edgar Drive Violet, LA 70092 | LA | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. Interior/Exterior Building Supply, LP | 9 30 |

| | | INTERVENING PLAINTIFFS | | | |
|---|---|---|---|---|---|
| **PLAINTIFF(S)** | | **ADDRESS OF SUBJECT PROPERTY** | **CITIZEN-SHIP OF PLAINTIFF(S)** | **CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 38. | Gilmore, John and Connie | 1917 Russell Place St. Bernard, LA 70085 | LA | Taishan<br><br>Interior/Exterior Building Supply, LP | 11<br><br>30 |
| 39. | Voltolina, Michael and Roxann | 2005 MD Avenue Kenner, LA 70062 | LA | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| 40. | Treadaway, Danny and Kathy | 2009 Kingbird Blvd. St. Bernard, LA 70085 | LA | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| 41. | Mora, August, Jr. | 335/337 West Robert E. Lee Blvd. New Orleans, LA 70124 | LA | Taishan<br><br>Interior/Exterior Building Supply, LP | 11<br><br>30 |
| 42. | Robinson, Allison | 5613 North Villere Street New Orleans, LA 70117 | | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| 43. | Sterling, Elvin, Jr. | 9921 Cane Bayou Road Port Allen, LA 70767 | LA | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| 44. | Mickens, Gail | 7735 Lafourche Street New Orleans, LA 70127 | LA | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| 45. | Mickens, Gail | 7732 Lady Gray New Orleans, LA 70127 | LA | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| 46. | Hampton, Vernon | 5641 St. Matthews Circle Violet, LA 70092 | LA | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZEN-SHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 47. LeBlanc, Gertrude | 1738 Tennessee Street New Orleans, LA 70117 | LA | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| 48. Hampton, Konrad | 2514 Kenneth Drive Violet, LA 70092 | LA | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| 49. Price, Lear | 7681 Branch Drive New Orleans, LA 70128 | LA | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| 50. Rey, Angel | 1332 Riviera Avenue New Orleans, LA 70122 | LA | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| 51. Lambert, Cecily | 6432 Lafaye Street New Orleans, LA 70122 | TX | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| 52. Forsythe, Blaise and Patsy | 2733 South Lake Blvd. Violet, LA 70092 | LA | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| 53. Livers, Alvin J. | 930 Caffin Avenue New Orleans, LA 70117 | LA | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| 54. Bourgeois, Marc P. and Julie A. Fielden | 4315 Annunciation Street New Orleans, LA 70163 | LA | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| 55. Roberts, Alice | 11825 Bayport Lane Fort Myers, FL 33908 | FL | Taishan | 11 |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZEN- SHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 56. Pernell, Staci | 2082 Sundown Drive Clearwater, FL 33763 | FL | Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd. f/k/a Shandong Chenxiang Building Materials Co., Ltd. KB Home Tampa, LLC | 7 |
| 57. Jimenez, Daphin L. | 4217 NE 16 Street Homestead, FL 33033 | FL | Beijing New Building Materials Public Limited Co. BDG Waterson, LLC | 1 60 |
| 58. Matos, Mary | 12508 Twin Branch Acres Tampa, FL 33626 | FL | Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd. f/k/a Shandong Chenxiang Building Materials Co., Ltd. | 7 |
| 59. Elly, Ernest and Portia | 4516 Desire Drive New Orleans, LA 70126 | LA | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| 60. Seelig, Samuel | 152 Elaine Avenue Harahan, LA 70123 | LA | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| 61. Palmer, Francis C. | 4601 Lafon Drive New Orleans, LA 70126 | LA | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| 62. Finger, Simon and Rebecca | 1844 State Street New Orleans, LA 70115 | LA | Taishan | 11 |
| 63. Hatheway, Billie Jean | 3511 Jackson Blvd. Chalmette, LA 70043 | LA | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |

| INTERVENING PLAINTIFFS | | | | | |
|---|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZEN-SHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 64. | Koffler, Paul | 3208 Riverland Drive Chalmette, LA 70043 | LA | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| 65. | Lewis, Frank A. and Donna T. | 2915 Delille Street Chalmette, LA 70043 | LA | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| 66. | Prestenback, Maerose | 2041 Livaccari Drive Violet, LA 70092 | LA | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| 67. | Davis, Alicia and Anthony | 467 Monroe Tyler Road Monticello, GA 31064 | GA | Taishan  Venture Supply, Inc.  Tobin Trading, Inc. | 11  40  39 |
| 68. | Coleman, Tim and Misty | 13091 Concord Drive West Lillian, AL 36549 | AL | Taihsan | 11 |
| 69. | Abner, Hosey, Jr. and Cohelle D. | 1528 Mims Street, NW Birmingham, AL 35211 | AL | Taishan | 11 |
| 70. | Aguilar, Delsa | 1690 Renaissance Commons Blvd. Unit 1209 Boynton Beach, FL 33426 | FL | Taishan | 11 |
| 71. | Boothe, Nell | 483 Tranquil Drive Winder, GA 30680 | GA | Taishan | 11 |
| 72. | Boyce, Gary E. and Chris | 17230 Oyster Bay Road Gulf Shores, AL 36542 | AL | Taishan | 11 |
| 73. | Hamlin, Wayne | 2005 Riverlake Drive Hoover, AL 35244 | AL | Taishan | 11 |

9

| | | INTERVENING PLAINTIFFS | | | |
|---|---|---|---|---|---|
| PLAINTIFF(S) | | ADDRESS OF SUBJECT PROPERTY | CITIZEN-SHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 74. | Hampton, Helen and L.C. Bingham | 2013 Clauda Lane Violet, LA 70092 | LA | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| 75. | Haywood, Manisha Adwani | 1690 Renaissance Commons Blvd. Unit 1127 Boynton Beach, FL 33426 | FL | Taishan | 11 |
| 76. | Medley, Walter V. and Leeaudis C. | 6316 Pt. Porteaux Road Ocean Springs, MS 39564 | MS | Shamrock Gold | 10 |
| 77. | Robinson, Louis | 2809 37th Street SW Lehigh Acres, FL 33976 | FL | Taishan | 11 |
| 78. | Smith Enterprises, Inc. | 2503 A&B 2507 A&B N. Melody Lane Corinth, MS 38834 | MS | Taishan | 11 |
| 79. | Walker, Demetra | 485 Tranquil Drive Winder, GA 30680 | GA | Taishan | 11 |
| 80. | Williams, Deborah | 2101 Caluda Lane Violet, LA 70092 | LA | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| 81. | Kelly, Bryce and Stacey | 1441 Lake Lotela Drive Avon Park, FL 33825 | FL | Rosen Building Supplies, Inc. | 36 |
| 82. | Flot, Denise | 2501-2503 Elder Street New Orleans, LA 70122 | LA | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| 83. | Ciancimino, Gianpaolo and Danielle | 8914 Cobblestone Point Circle Boynton Beach, FL 33472 | FL | Beijing New Building Materials Public Limited Co. | 1 |

| | | | | INTERVENING PLAINTIFFS | | |
|---|---|---|---|---|---|---|
| | PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZEN-SHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | | SUBCLASS NO. |
| 84. | St. Julien, Lynda | 10360 SW Stephanie Way Unit 205 Port St. Lucie, FL 34987 | FL | Taishan | | 11 |
| 85. | Anderson, Michael and Renee | 17101 83rd Place North Loxahatchee, FL 33470 | FL | Beijing New Building Materials Public Limited Co. Suntree Homes, Inc. J.W. Hodges Drywall, Inc. | | 1 179 212 |
| 86. | Goldman, Clivens and Andrea | 3277 Lago De Talavera Wellington, FL 33467 | FL | Beijing New Building Materials Public Limited Co. J.W. Hodges Drywall, Inc. | | 1 212 |
| 87. | Williams, Raymond and Dedre | 3325 Lago De Talavera Loxahatchee, FL 33467 | FL | Beijing New Building Materials Public Limited Co. J.W. Hodges Drywall, Inc. | | 1 212 |
| 88. | Quackenbush, Ronald and Lorraine | 10560 SW Stephanie Way Unit 205 Port St. Lucie, FL 34987 | FL | Taishan | | 11 |
| 89. | Mueller, Shirley | 10560 SW Stephanie Way Unit 207 Port St. Lucie, FL 34987 | FL | Taishan | | 11 |
| 90. | Roberts, Kenneth and Audrey | 3477 Lago De Talavera Wellington, FL 33467 | FL | Beijing New Building Materials Public Limited Co. J.W. Hodges Drywall, Inc. | | 1 212 |

11

| | INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|---|
| **PLAINTIFF(S)** | | **ADDRESS OF SUBJECT PROPERTY** | **CITIZEN-SHIP OF PLAINTIFF(S)** | **CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 91. | Rocca, Frank and Kathleen | 2735 NW 42nd Avenue Cape Coral, FL 33993 | FL | Pro Wall<br><br>R. Fry Builders, Inc.<br><br>RJL Drywall | 8<br><br>151<br><br>223 |
| 92. | Eck, August and Tina | 3910 Embers Parkway Cape Coral, FL 33993 | FL | Pro Wall<br><br>R. Fry Builders, Inc. | 8<br><br>151 |
| 93. | Mark, Ray Rae, Pamela Burke and Oltz, Marcia | 11324 Bridge Pine Drive Riverview, FL 33569 | FL | Taishan<br><br>Rivercrest, LLC/The St. Joe Company | 11<br><br>154 |
| 94. | Chatmon, Lillian | 4151 Bismarck Palm Drive Tampa, FL 33610 | FL | IMT<br><br>Rottlund Homes of FL, Inc. | 4<br><br>156 |
| 95. | Williams, Jeffrey and Joan | 2025 McArthur Avenue Alva, FL 33920 | IA | IMT<br><br>Southern Community Homes, Inc. | 4<br><br>162 |
| 96. | O'Brien, Kelly and Lori | 3120 W. Wallcraft Avenue Tampa, FL 33611 | FL | Taishan<br><br>Black Bear Gypsum, LLC | 11<br><br>22 |
| 97. | Ball, Ashley | 19420 La Serena Drive Fort Myers, FL 33967 | FL | Taishan<br><br>Toll Estero Ltd. Partnership d/b/a Toll Brothers | 11<br><br>178 |
| 98. | Hernandez, Mario and Jessica | 2716 Blue Cypress Lake Court Cape Coral, FL 33909 | FL | Pro Wall | 8 |
| 99. | Callan, Paul and Gloria | 8650 Athena Court Lehigh Acres, FL 33971 | PA | Taishan | 11 |
| 100. | Capps, Wilburn and Joyce | 1402 SW 4th Lane Cape Coral, FL 33991 | FL | Taishan | 11 |

12

| | INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|---|
| **PLAINTIFF(S)** | | **ADDRESS OF SUBJECT PROPERTY** | **CITIZEN-SHIP OF PLAINTIFF(S)** | **CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 101. | Martinez, Dailyn | 1624 NW 37th Avenue Cape Coral, FL 33993 | FL | Taishan | 11 |
| 102. | Martel, Jean and Carmelle | 10852 Tiberio Drive Fort Myers, FL 33913 | Ontario Canada | Taishan | 11 |
| 103. | Soldavini-Clapper, Brigid | 3850 Lansing Loop #102 Estero, FL 33180 | FL | Taishan | 11 |
| 104. | Washington, Joseph and Brenda | 28833 Lindenhurst Drive Wesley Chapel, FL 33544 | FL | Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd. f/k/a Shandong Chenxiang Building Materials Co., Ltd. | 7 |
| 105. | Hansen, Matt and Tracie | 15009 Wind Whisper Drive Odessa, FL 33556 | FL | Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd. f/k/a Shandong Chenxiang Building Materials Co., Ltd. | 7 |
| 106. | Kelso, Christopher | 4234 Tyler Circle N. #102 B St. Petersburg, FL 33709 | FL | Pro Wall  Harrel's Drywall, Inc. | 8  208 |
| 107. | Figueroa, Ramon and Lillian | 4230 Tyler Circle St. Petersburg, Fl 33771 | FL | Taishan | 11 |
| 108. | Appelman, Louis and Sara | 1157 SW 39th Terrace Cape Coral, FL 33914 | FL | Taishan  Aranda Homes, Inc.  Banner Supply Company Fort Myers, LLC | 11  52  198 |
| 109. | Huard, Eric | 1101 NW 13th Terrace Cape Coral, FL 33993 | FL | Taishan  Barony Homes | 11  56 |

| | | | | | |
|---|---|---|---|---|---|
| **INTERVENING PLAINTIFFS** | | | | | |
| **PLAINTIFF(S)** | | **ADDRESS OF SUBJECT PROPERTY** | **CITIZEN-SHIP OF PLAINTIFF(S)** | **CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 110. | Vickers, Phillip and Sandra | 29234 Caddy Shack Lane San Antonio, FL 33576 | FL | Taishan | 11 |
| 111. | Podrebarac, Gary | 29235 Caddyshack Lane San Antonio, FL 33576 | Ontario Canada | Taishan | 11 |
| 112. | First CZ Real Estate, LLC | 1909 SW 25th Street Cape Coral, FL 33914 | FL | Taishan<br><br>Hansen Homes of South FL, Inc. | 11<br><br>96 |
| 113. | Zaman, Khayru and Najneen | 5109 3rd Street, W. Lehigh Acres, FL 33971 | FL | Taishan<br><br>Hansen Homes of South FL, Inc. | 11<br><br>96 |
| 114. | Distel, Matthew and Stephanie | 1145 NW 28th Avenue Cape Coral, FL 33993 | FL | IMT<br><br>Hansen Homes of South FL, Inc. | 4<br><br>96 |
| 115. | Vollmar, Frank and Elizabeth | 1820 SW 3rd Avenue Cape Coral, FL 33991 | FL | Taishan<br><br>Hansen Homes of South FL, Inc. | 11<br><br>96 |
| 116. | DiSapio, Tonya and Carmine | 24518 Wallaby Lane Punta Gorda, FL 33955 | FL | Taishan | 11 |
| 117. | Etienne, Frantz and Guirlaine | 5406 Hammock View Lane Apollo Beach, FL 33572 | FL | IMT<br><br>KB Home Tampa, LLC | 4<br><br>114 |
| 118. | Blackwell, Thomas | 7222 See Pod Loop Wesley Chapel, FL 33545 | FL | Taishan<br><br>KB Home Tampa, LLC | 11<br><br>114 |
| 119. | Saez, Roberto and Gonzalez-Saez, Victoria | 31540 Spoonflower Circle Wesley Chapel, FL 33545 | FL | Taishan<br><br>KB Home Tampa, LLC | 11<br><br>114 |

14

| | INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|---|
| | **PLAINTIFF(S)** | **ADDRESS OF SUBJECT PROPERTY** | **CITIZEN-SHIP OF PLAINTIFF(S)** | **CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 120. | Nguyen, Tracy and Mai, Tuyen | 103 SE 16th Place Cape Coral, FL 33990 | FL | Taishan | 11 |
| 121. | Walter, Katie | 4002 24th Street, SW Lehigh Acres, FL 33976 | FL | Pro Wall<br><br>MW Johnson Construction of FL, Inc. | 8<br><br>134 |
| 122. | Pineiro, Juan and Rodriguez, Veronica | 2611 75th Street, W Lehigh Acres, FL 33971 | FL | IMT | 4 |
| 123. | O'Key, Dennis Trustee of the Dennis A. O'Key Revocable Trust | 318 SE 14th Terrace Cape Coral, FL 33990 | FL | Pro Wall<br><br>AI Brothers, Inc. | 8<br><br>196 |
| 124. | Pinney, Nelson and Losi | 138 SE 29th Street Cape Coral, FL 33904 | FL | Taishan<br><br>Lopez Drywall, Icn.<br><br>Banner Supply Company Fort Myers, LLC | 11<br><br>216<br><br>16 |
| 125. | McIntosh, Chyrille | 1600 State Avenue Lehigh Acres, FL 33972 | FL | Pro Wall<br><br>Oyster Bay Homes, Inc.<br><br>AI Brothers | 8<br><br>139<br><br>196 |
| 126. | Martin, Linda J. | 161 Medici Terrace North Venice, FL 34275 | FL | Taishan | 11 |
| 127. | de Leon, James and Melinda | 3013 Bradbury Drive Meraux, LA 70075 | CA | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd.<br><br>Tapia Brothers Construction, Inc. | 9<br><br><br><br>173 |
| 128. | Gregory, Robert and Fern | 11420 South West Mountain Ash Circle Port Saint Lucie, FL 34987 | FL | IMT | 4 |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZEN-SHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 129. Portnoy, Sidney and Sandra | 6572 41st Court East Sarasota, FL 34134 | FL | IMT | 4 |
| 130. Evans, Wessels and Pauline | 5235 Skyline Blvd. Cape Coral, FL 33914 | NY | Pro Wall | 8 |
| 131. Chan, Yut Siong | 3702 Ralston Road Plant City, FL 33566 | Singapore | Taishan | 11 |
| 132. Sutton, Stuart | 2210 Soho Bay Court Tampa, FL 33606 | FL | Taishan | 11 |
| 133. Vaccaro, Chase and Robin | 14117 Stilton Street Tampa, FL 33626 | TN | Taishan<br><br>Beazer Homes Corp.<br><br>Harrell's Drywall, Inc. | 11<br><br>61<br><br>208 |
| 134. Vila, Desiree | 2204 Soho Bay Court Tampa, FL 33606 | FL | Taishan | 11 |
| 135. Zhang, Dong | 2234 Soho Bay Court Tampa, FL 33606 | FL | Taishan | 11 |
| 136. Altidor, Julie | 4757 Tuscan Loon Drive Tampa, FL 33619 | FL | Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd. f/k/a Shandong Chenxiang Building Materials Co., Ltd.<br><br>KB Home Tampa, LLC | 7<br><br><br><br>114 |
| 137. Carr, David Lee | 3602 Oakland Drive Wesley Chapel, FL 33543 | FL | Beijing New Building Materials Public Limited Co. | 1 |
| 138. Proto, Benjamin and Holly | 10 Bradford Point VA Beach, VA 23455 | VA | Taishan<br><br>Tobin Trading, Inc.<br><br>Venture Supply, Inc. | 11<br><br>39<br><br>40 |

| INTERVENING PLAINTIFFS | | | | | |
|---|---|---|---|---|---|
| | PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZEN- SHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 139. | Frugard, Roy and Lori | 4646 Lake Drive VA Beach, VA 23455 | VA | Taishan | 11 |
| | | | | The Porter-Blaine Corporation | 38 |
| | | | | Venture Supply, Inc. | 40 |
| | | | | | 39 |
| | | | | Tobin Trading, Inc. | |
| 140. | Hartline, Carolyn | 3201 Rannock Moor Williamsburg, VA 23188 | VA | Taishan | 11 |
| | | | | Franciscus Homes, Inc. | 87 |
| | | | | Bush Construction Corp. | 66 |
| | | | | Plantation Group, LLC | 144 |
| | | | | Greensprings Plantation, Inc. | 93 |
| | | | | Greensprings Condominiums, LLC | 92 |
| | | | | The Porter-Blaine Corporation | 38 |
| | | | | Venture Supply, Inc. | 40 |
| | | | | | 39 |
| | | | | Tobin Trading, Inc. | |
| 141. | Frucht, Jeffrey | 5305 Center Street Williamsburg, VA 23188 | VA | Taishan | 11 |
| | | | | HHJV, LLC | 98 |
| | | | | Atlantic Homes, LLC | 55 |
| | | | | The Porter-Blaine Corporation | 38 |
| | | | | Venture Supply, Inc. | 40 |
| | | | | | 39 |
| | | | | Tobin Trading, Inc. | |

| INTERVENING PLAINTIFFS | | | | | |
|---|---|---|---|---|---|
| PLAINTIFF(S) | | ADDRESS OF SUBJECT PROPERTY | CITIZEN-SHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 142. | Crobett, Janie | 3203 Arran Thistle Williamsburg, VA 23188 | VA | Taishan | 11 |
| | | | | Franciscus Homes, Inc. | 87 |
| | | | | Bush Construction Corp. | 66 |
| | | | | Plantation Group, LLC | 144 |
| | | | | Greensprings Plantation, Inc. | 93 |
| | | | | Greensprings Condominiums, LLC | 92 |
| | | | | The Porter-Blaine Corporation | 38 |
| | | | | Venture Supply, Inc. | 40 |
| | | | | Tobin Trading, Inc. | 39 |
| 143. | Bailey, Dorothy | 3304 Rannock Moor Williamsburg, VA 23188 | VA | Taishan | 11 |
| | | | | Franciscus Homes, Inc. | 87 |
| | | | | Bush Construction Corp. | 66 |
| | | | | Plantation Group, LLC | 144 |
| | | | | Greensprings Plantation, Inc. | 93 |
| | | | | Greensprings Condominiums, LLC | 92 |
| | | | | The Porter-Blaine Corporation | 38 |
| | | | | Venture Supply, Inc. | 40 |
| | | | | Tobin Trading, Inc. | 39 |

18

| | | INTERVENING PLAINTIFFS | | | |
|---|---|---|---|---|---|
| **PLAINTIFF(S)** | | **ADDRESS OF SUBJECT PROPERTY** | **CITIZEN- SHIP OF PLAINTIFF(S)** | **CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 144. | Bright, David and Melonie | 187 Mulberry Lane Hertford, NC 27944 | NC | Taishan<br><br>The Porter-Blaine Corporation<br><br>Venture Supply, Inc.<br><br>Tobin Trading, Inc. | 11<br><br>38<br><br>40<br><br>39 |
| 145. | Ton, Phat and Le, Han | 5519 Brixton Road Williamsburg, VA 23188 | CT | Taishan<br><br>AHJV, LLC<br><br>Kensington Woods, LLC<br><br>The Porter-Blaine Corporation<br><br>Venture Supply, Inc.<br><br>Tobin Trading, Inc. | 11<br><br>44<br><br>115<br><br>38<br><br>40<br><br>39 |
| 146. | Lane, Penny | 2074 Tazewell Road VA Beach, VA 23455 | VA | Taishan<br><br>The Porter-Blaine Corporation<br><br>Venture Supply, Inc.<br><br>Tobin Trading, Inc. | 11<br><br>38<br><br>40<br><br>39 |
| 147. | Hooper, Harold and King, Jr., Robert | 5515 Brixton Road Williamsburg, VA 23185 | VA | Taishan<br><br>Atlantic Homes, LLC<br><br>AHJV, LLC<br><br>Kensington Woods, LLC<br><br>The Porter-Blaine Corporation<br><br>Venture Supply, Inc.<br><br>Tobin Trading, Inc. | 11<br><br>55<br><br>44<br><br>115<br><br>38<br><br>40<br><br>39 |

| INTERVENING PLAINTIFFS | | | | | |
|---|---|---|---|---|---|
| PLAINTIFF(S) | | ADDRESS OF SUBJECT PROPERTY | CITIZEN-SHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 148. | Combs, Larkin | 3305 Arran Thistle Williamsburg, VA 23188 | NJ | Taishan | 11 |
| | | | | Franciscus Homes, Inc. | 87 |
| | | | | Bush Construction Corp. | 66 |
| | | | | Plantation Group, LLC | 144 |
| | | | | Greensprings Plantation, Inc. | |
| | | | | | 93 |
| | | | | Greensprings Condominiums, LLC | |
| | | | | | 92 |
| | | | | The Porter-Blaine Corporation | |
| | | | | | 38 |
| | | | | Venture Supply, Inc. | 40 |
| | | | | Tobin Trading, Inc. | 39 |
| 149. | Ayodeji, Olayiwola and Kifayat | 1027 Hollymeade Circle Newport News, VA 23602 | VA | Taishan | 11 |
| | | | | Atlantic Homes, LLC | 55 |
| | | | | HHJV, LLC | 98 |
| | | | | The Porter-Blaine Corporation | 38 |
| | | | | Venture Supply, Inc. | 40 |
| | | | | Tobin Trading, Inc. | 39 |
| 150. | Park, Il Heui | 113 Estons Run Yorktown, VA 23693 | VA | Taishan | 11 |
| | | | | Overlook Point, LLC | 138 |
| | | | | Atlantic Homes, LLC | 55 |
| | | | | The Porter-Blaine Corporation | 38 |
| | | | | Venture Supply, Inc. | 40 |
| | | | | Tobin Trading, Inc. | 39 |

20

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZEN-SHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 151. Fadl, Yahya and Nawal | 5301 Center Street Williamsburg, VA 23188 | VA | Taishan | 11 |
| | | | HHJV, LLC | 98 |
| | | | Atlantic Homes, LLC | 55 |
| | | | The Porter-Blaine Corporation | 38 |
| | | | Venture Supply, Inc. | 40 |
| | | | Tobin Trading, Inc. | 39 |
| 152. Spencer, Thomas and VA | 2841 Lakewood Manor Drive Athens, GA 30606 | GA | Taishan | 11 |
| | | | The Porter-Blaine Corporation | 38 |
| | | | Venture Supply, Inc. | 40 |
| | | | Tobin Trading, Inc. | 39 |
| 153. Brown, Monique | 219 Wildlife Trace Chesapeake, VA 23320 | FL | Taishan | 11 |
| | | | Wermers Development, Inc. | 209 |
| | | | Preserve Development, LLC | 162 |
| | | | The Porter-Blaine Corporation | 38 |
| | | | Venture Supply, Inc. | 40 |
| | | | Tobin Trading, Inc. | 39 |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZEN- SHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 154. Tompkins, Mark and Karen | 3306 Arran Thistle Williamsburg, VA 23188 | VA | Taishan | 11 |
| | | | Franciscus Homes, Inc. | 87 |
| | | | Bush Construction Corp. | 66 |
| | | | Plantation Group, LLC | 144 |
| | | | Greensprings Plantation, Inc. | 93 |
| | | | Greensprings Condominiums, LLC | 92 |
| | | | The Porter-Blaine Corporation | 38 |
| | | | | 40 |
| | | | Venture Supply, Inc. | |
| | | | | 39 |
| | | | Tobin Trading, Inc. | |
| 155. Scott, Sonya | 224 Clay Street Suffolk, VA 23434 | VA | Taishan | 11 |
| | | | The Porter-Blaine Corporation | 38 |
| | | | | 40 |
| | | | Venture Supply, Inc. | |
| | | | | 39 |
| | | | Tobin Trading, Inc. | |
| 156. Broadbent, Rogert, Tiffany and Donna | 4611 Town Creek Drive Williamsburg, VA 23188 | VA | Taishan | 11 |
| | | | HHJV, LLC | 98 |
| | | | Atlantic Homes, LLC | 55 |
| | | | The Porter-Blaine Corporation | 38 |
| | | | | 40 |
| | | | Venture Supply, Inc. | |
| | | | | 39 |
| | | | Tobin Trading, Inc. | |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZEN- SHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 157. Ryan, Patrick and Jennifer | 13019 Lighthouse Lane Carrollton, VA 23314 | VA | Taishan | 11 |
| | | | The Porter-Blaine Corporation | 38 |
| | | | Venture Supply, Inc. | 40 |
| | | | | 39 |
| | | | Tobin Trading, Inc. | |
| 158. Talbot, Cynthia | 2101 Governors Pointe Drive Suffolk, VA 23436 | VA | Taishan | 11 |
| | | | Wermers Development, Inc. | 209 |
| | | | The Porter-Blaine Corporation | 38 |
| | | | Venture Supply, Inc. | 40 |
| | | | | 39 |
| | | | Tobin Trading, Inc. | |
| 159. Miller, Elwood | 3308 Arran Thistle Williamsburg, VA 23188 | MD | Taishan | 11 |
| | | | Franciscus Homes, Inc. | 87 |
| | | | Bush Construction Corp. | 66 |
| | | | Plantation Group, LLC | 144 |
| | | | Greensprings Plantation, Inc. | 93 |
| | | | Greensprings Condominiums, LLC | 92 |
| | | | The Porter-Blaine Corporation | 38 |
| | | | Venture Supply, Inc. | 40 |
| | | | | 39 |
| | | | Tobin Trading, Inc. | |

23

| INTERVENING PLAINTIFFS | | | | | |
|---|---|---|---|---|---|
| PLAINTIFF(S) | | ADDRESS OF SUBJECT PROPERTY | CITIZEN-SHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 160. | Espinal, Jeffrey Byrne, Patricia | 4615 Town Creek Drive Williamsburg, VA 23188 | VA | Taishan | 11 |
| | | | | HHJV, LLC | 98 |
| | | | | Atlantic Homes, LLC | 55 |
| | | | | The Porter-Blaine Corporation | 38 |
| | | | | | 40 |
| | | | | Venture Supply, Inc. | 39 |
| | | | | Tobin Trading, Inc. | |
| 161. | Frelich, Kathy | 14059 Danpark Loop Ft. Myers, FL 33912 | FL | Pro Wall | 8 |
| | | | | MW Johnson Construction of FL, Inc. | 134 |
| 162. | Wanadoo, LLC | 9275 Marsh Island Drive Vero Beach, FL 32963 | FL | Beijing New Building Materials Public Limited Co. | 1 |
| | | | | Rosen Building Supplies, Inc. | 36 |

## DEMAND FOR JURY TRIAL

Intervening Plaintiffs, individually and on behalf of the Class and Subclass Members, hereby demand a trial by jury as to all issues so triable as a matter of right.

## PRAYER FOR RELIEF

WHEREFORE Intervening Plaintiffs, on behalf of themselves and all others similarly situated demand upon Defendants jointly and severally for:

      a.    an order certifying the case as a class action;

      b.    an order certifying the Class and each of the Subclasses;

      c.    an order appointing Plaintiffs as the Class Representatives of the Class;

d.    an order appointing undersigned counsel and their firms as counsel for the Class;

e.    compensatory and statutory damages;

f.    punitive damages as allowed by law;

g.    pre and post-judgment interest as allowed by law;

h.    injunctive relief;

I.    an award of attorneys' fees as allowed by law;

j.    an award of taxable costs; and

k.    any and all such further relief as this Court deems just and proper.

Respectfully submitted,

Dated: July 9, 2010

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel - MDL 2047*

**PLAINTIFFS' STEERING COMMITTEE**

Arnold Levin
Fred S. Longer
Matthew C. Gaughan
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*

25

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Victor Manuel Diaz
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
vdiaz@podhurst.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Aragon Avenue, 2nd Floor
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

26

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seith Parker
Parker, Waichman, Alonso LLP
27399 Riverview Center Blvd.
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

27

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com
**OF COUNSEL TO PLAINTIFFS' STEERING
COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W.
Suite  650
Washington, DC 20006
Phone:  (202) 540-7200
Fax:  (202) 540-7201
 rlewis@hausfeldllp.com

Daniel K. Bryson
Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0191
Fax: (919) 981-0431
dkb@lewis-roberts.com

Jeremy W. Alters
Alters, Boldt, Brown, Rash & Culmo, P.A.
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@abbrclaw.com

28

Richard Serpe
Law Offices of Richard J. Serpe
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

**COUNSEL FOR INDIVIDUAL PLAINTIFFS[1]**

---

[1]Attached hereto as Exhibit "A" is the contact information for each plaintiff's counsel and pro se plaintiff.

**Alters, Boldt, Brown, Rash & Culmo,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Abraham, Kondoor and Mary
Abraham, Thomas and Mariamma
Banner, Luke and Debora
Benoit, Richard and Carol
Birkholz, Berlyn and Elaine
Blue Water Condominium Association
Brewster, Stephen and Layla
Brown, Cortland
Burke, Kenneth and Cynthia
Cocquerelle, Nicolas
Cueva, Elia and Romero, Christian
Del Greco, Gary and Corrine
Feger, Gary
Finn, Dale and Evelyn, Glenn
Graziano, Michael and Francis
Hernandez, John and Bertha
Herrera, Francisco and Hernandez, Marisela
King Properties, Ltd.

Kowalik, Gregory and Jolanta
Lamm, James and Patricia
Lloyd, Maxwell and Joete
Manserra, Agostino and Teresa
Monge, Erika
Musa, Massimo and Karrie
Ortiz, Daysi and Rafael
Pigna, Francisco and Ewa
Promendade 9-101, LLC
Schoenberg, Ken and Kathleen
Shaw, Scott and Jackie
Touriz, Christopher and Denise
Tupper, Douglas and Loreen
Vigar, Sana and Bashir, Naveed
Voskressensky, Andre and Goldstein, Janet
Winder, Diedre and Merle Dean

**Baron & Budd,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Atianzar, Pedro and Sandra
Gilmore, John and Connie
Nunez, Allen
WCI Chinese Drywall Property Damage and Personal Injury Settlement Trust (hereafter, the "WCI Trust")

**Barrios, Kingsdorf & Casteix, LLP,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Voltolina, Michael and Roxann

**Becnel Law Firm, LLC,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Forsythe, Blaise and Patsy
Hampton, Konrad
Hampton, Vernon
Lambert, Cecily

LeBlanc, Gertrude
Mickens, Gail
Mickens, Gail
Mora, August, Jr.

Price, Lear                                     Sterling, Elvin, Jr.
Rey, Angel                                      Treadaway, Danny and Kathy (also a client
Robinson, Allison                               of Morris Bart, LLC)

**Berniard Law Firm, LLC,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Livers, Alvin J.

**Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Bourgeois, Marc P. and Julie A. Fielden

**Hawkins, Stracener & Gibson, PLLC,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Matos, Mary

**Herman, Herman, Katz & Cotlar, LLP,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Elly, Ernest and Portia
Seelig, Samuel

**The Law Office of Joseph M. Bruno,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Palmer, Francis C.

**Kanner & Whiteley, LLC,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Finger, Simon and Rebecca

**Law Offices of Sidney D. Torres, III,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Hatheway, Billie Jean
Koffler, Paul
Lewis, Frank A. and Donna T.
Prestenback, Maerose

**Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, PA,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Davis, Alicia and Anthony

**Lewis & Roberts, PLLC,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Abner, Hosey, Jr. and Cohelle D.
Aguilar, Delsa
Boothe, Nell
Boyce, Gary E. and Chris
Coleman, Tim and Misty
Hamlin, Wayne
Hampton, Helen and L.C. Bingham
Haywood, Manisha Adwani
Medley, Walter V. and Leeaudis C.
Robinson, Louis
Smith Enterprises, Inc.
Walker, Demetra
Williams, Deborah

**Lowndes, Drosdick, Doser, Kantor & Reed, PA,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Kelly, Bryce and Stacey

**Martzell & Bickford,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Flot, Denise

32

**McIntosh, Sawran, Peltz & Cartaya, PA,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Anderson, Michael and Renee
Ciancimino, Gianpaolo and Danielle
Goldman, Clivens and Andrea
Mueller, Shirley
Quackenbush, Ronald and Lorraine
Roberts, Kenneth and Audrey
St. Julien, Lynda
Williams, Raymond and Dedre

**Morgan & Morgan,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Appelman, Louis and Sara
Ball, Ashley
Blackwell, Thomas
Callan, Paul and Gloria
Capps, Wilburn and Joyce
Chatmon, Lillian
DiSapio, Tonya and Carmine
Distel, Matthew and Stephanie
Eck, August and Tina
Etienne, Frantz and Guirlaine
Figueroa, Ramon and Lillian
First CZ Real Estate, LLC
Hansen, Matt and Tracie
Hernandez, Mario and Jessica
Huard, Eric
Kelso, Christopher
Mark, Ray
Rae, Pamela Burke and
Oltz, Marcia
Martel, Jean and Carmelle

Martinez, Dailyn
McIntosh, Chyrille
Nguyen, Tracy and Mai, Tuyen
O'Brien, Kelly and Lori
O'Key, Dennis
Trustee of the Dennis A. O'Key Revocable
Trust
Pineiro, Juan and Rodriguez, Veronica
Pinney, Nelson and Losi
Podrebarac, Gary
Rocca, Frank and Kathleen
Saez, Roberto and Gonzalez-Saez, Victoria
Soldavini-Clapper, Brigid
Vickers, Phillip and Sandra
Vollmar, Frank and Elizabeth
Walter, Katie
Washington, Joseph and Brenda
Williams, Jeffrey and Joan
Zaman, Khayru and Najneen

**Norton, Hammersley, Lopez & Skokos, PA,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Martin, Linda J.

33

**Parker, Waichman, Alonso, LLP,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Altidor, Julie
Chan, Yut Siong
de Leon, James and Melinda
Evans, Wessels and Pauline
Gregory, Robert and Fern
Portnoy, Sidney and Sandra
Sutton, Stuart
Vaccaro, Chase and Robin
Vila, Desiree
Zhang, Dong


**Saunders & Walker**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Carr, David Lee


**Colson, Hicks, Eidson, Colson Matthews, Martinez,**
**Gonzales, Kalbac & Kane/Levin, Fishbein, Sedran & Berman/**
**Hausfeld, LLP and Law Offices of Richard J. Serpe,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

| | |
|---|---|
| Ayodeji, Olayiwola and Kifayat | Jimenez, Daphin L. |
| Bailey, Dorothy | Lane, Penny |
| Bright, David and Melonie | Miller, Elwood |
| Broadbent, Rogert, Tiffany and Donna | Park, Il Heui |
| Brown, Monique | Pernell, Staci |
| Combs, Larkin | Proto, Benjamin and Holly (also a client of |
| Crobett, Janie | Pender & Coward, PC) |
| Espinal, Jeffrey | Roberts, Alice |
| Byrne, Patricia | Ryan, Patrick and Jennifer |
| Fadl, Yahya and Nawal | Scott, Sonya |
| Frucht, Jeffrey | Spencer, Thomas and VA |
| Frugard, Roy and Lori | Talbot, Cynthia |
| Hartline, Carolyn | Tompkins, Mark and Karen |
| Hooper, Harold and King, Jr., Robert | Ton, Phat and Le, Han |

**Shapiro, Blasi, Waserman & Gora, PA,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Frelich, Kathy
Wanadoo, LLC

# EXHIBIT A

*Kenneth and Barbara Wiltz, et al. v. Beijing New Building*
*Materials Public Limited Co., et al.* **- Case No. 10-361**

**Exhibit "A"–Plaintiffs' Counsel Contact Information in**
**Plaintiffs', Kenneth and Cynthia Burke,** *et. al.,*
**Omnibus Class Action Complaint in Intervention (II(A))**

| PLAINTIFF'S COUNSEL |
| --- |
| Jeremy Alters<br>Alters Boldt Brown Rash & Culmo<br>4141 Northeast 2nd Avenue, Suite 201<br>Miami, FL 33137<br>Phone: (305) 571-8550<br>Fax: (305) 571-8558<br>jeremy@abbrclaw.com |
| Bruce Steckler<br>Baron & Budd<br>3102 Oak Lawn Avenue, Suite 1100<br>Dallas, TX  75219-4281<br>Phone: (214) 521-3605<br>Fax: (214) 520-1181<br>hflowers@baronbudd.com |
| Dawn M. Barrios<br>Barrios, Kingsdorf & Casteix, LLP<br>701 Poydras Street, Suite 3650<br>New Orleans, LA 70139<br>Phone: (504) 524-3300<br>Fax: (504) 524-3313<br>Barrios@bkc-law.com |

Daniel E. Becnel, Jr.
Matthew B. Moreland
Becnel Law Firm, LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
mmoreland@becnellaw.com

Jeffrey Berniard
Berniard Law Firm, LLC
643 Magazine Street, Suite 402
New Orleans, LA 70130
Phone: (504) 527-6225
Fax: (504) 617-6300
Jeffberniard@laclaim.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
 Matthews, Martinez, Gonzales,
 Kalbac & Kane
255 Aragon Avenue, 2nd Floor
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Edward Gibson
Hawkins, Stracener & Gibson, PLLC
544 Main Street
Bay St. Louis, MS 39520
Phone: (228) 469-0785
Fax: (228) 466-9233
Egibson@hsglawfirm.net

Michael D. Hausfeld
Richard S. Lewis
Hausfeld LLP
1700 K Street, N.W., Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Russ M. Herman
Leonard A. Davis
Stephen J. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave., Suite 100
New Orleans, LA 70113
Phone: (504) 581-4892
Fax. (504) 561-6024
rherman@hhkc.com

Joseph M. Bruno
The Law Office of Joseph M. Bruno
855 Baronne Street
New Orleans, LA 70113
Phone: (504) 561-6776
Fax: (504) 561-6775
stephaniep@jbrunolaw.com

Alan Kanner
Kanner & Whiteley, L.L.C.
701 Camp Street
New Orleans, LA 70130
Phone: (504) 524-5777
C.StAmant@kanner-law.com

Sidney D. Torres, III
Roberta L. Burns
Law Offices of Sidney D. Torres, III
Torres Park Plaza, Suite 303
8301 West Judge Perez Dr.
Chalmette, LA 70043
Phone: (504) 271-8421
Fax: (504) 271-1961
Pmichon@torres-law.com

Arnold Levin
Fred S. Longer
Matthew Gaughan
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
alevin@lfsblaw.com

Ben Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, P.A.
316 S. Baylen Street
Pensacola, FL 32501
Phone: (850) 435-7087
Fax: (850) 436-6087
bgordon@levinlaw.com

Daniel K. Bryson
Lewis & Roberts, PLLC
3700 Glenwood Avenue, Suite 410 (27612)
P.O. Box 17529
Raleigh, NC 27619
Phone (919) 981-0191
Fax: (919) 981-0199
akf@lewis-roberts.com

Jospeh Lane, Esquire
Lowndes, Drosdick, Doster, Kantor & Reed, PA
450 South Orange Avenue, Ste. 800
Orlando, FL 32801
Phone: (407) 843-4600
Fax: (407) 843-4444
cynthia.doucette@lowndes-law.com

| |
|---|
| Scott R. Bickford<br>Larry J. Centola<br>Martzell & Bickford<br>338 Lafayette Street<br>New Orleans, LA 70130<br>ljc@mbfirm.com |
| Douglas M. McIntosh<br>Manuel R. Comras<br>McIntosh, Sawran, Peltz & Cartaya, P.A.<br>1601 Forum Place, Suite 1110<br>West Palm Beach, FL 33401-4025<br>Phone: (561) 682-3202<br>Fax: (561) 682-3206<br>mcomras@mspcesq.com |
| Scott Wm. Weinstein<br>Morgan & Morgan<br>12800 University Drive, Suite 600<br>Ft. Meyers, FL 33907<br>Phone: (239) 433-6880<br>Fax: (239) 433-6836<br>sweinstein@forthepeople.com |
| Morris Bart<br>Morris Bart, LLC<br>909 Poydras St., 20th Floor<br>New Orleans, LA 70112<br>Phone: (504) 599-3224<br>morrisbart@morrisbart.com |
| Darren R. Inverso<br>Norton, Hammersley, Lopez & Skokos, P.A.<br>1819 Main Street, Suite 610<br>Sarasota, FL 34236<br>Phone: (941) 954-4691<br>Fax: (941) 954-2128<br>dinverso@nhlslaw.com |

Jerrold Parker
Jordan L. Chaikin
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jchaikin@yourlawyer.com

Rick Kriseman
Saunders & Walker
3491 Gandy Blvd. North, Ste. 200
Pinellas Park, FL 33781
Phone: (727) 579-4500
Fax: (727) 577-9696
info@saunderslawyers.com

Richard Serpe
Law Offices of Richard J. Serpe
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Michael B. Shapiro
Allison Grant
Shapiro, Blasi, Wasserman & Gora, PA
Corporate Centre at Boca Raton
7777 Glades Road, Suite 400
Boca Raton, FL 33434
Phone: (561) 477-7800
Fax: (561) 477-7722
agrant@sbwlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2010, Plaintiffs' Motion to Intervene and Memorandum in Support thereof was served on the below parties via First Class Mail and by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6:

Kerry J. Miller, Esquire
Frilot LLC
Suite 3700
1100 Poydras Street
New Orleans LA 70130
*Defendants' Liaison Counsel*

Phillip Wittmann, Esquire
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, LA 70130
*Home Builders and Installers Liaison Counsel*

I further certify that all counsel of record have been served via the Court's electronic notification system. I further certify that service on all domestic defendants on the attached list was made via First Class Mail at their last known address, and upon all foreign defendants via Federal Express.

Dated: July 9, 2010

Arnold Levin, Esquire
Fred S. Longer, Esquire
Matthew C. Gaughan, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*

## OMNI II (WILTZ)

| DEFENDANT |
|---|
| A & D Homes, Inc.<br>2109 SE 16th Street<br>Lehigh Acres, FL 33990 |
| Aces Towing Enterprises, L.L.C.<br>205 W. St. Bernard Hwy.<br>Chalmette, LA 70043 |
| Ainslie Group, Inc.<br>4525 South Blvd. - Ste. 300<br>Virginia Beach, VA 23462 |
| All Florida Drywall Supplies, Inc.<br>504 Debuel Rd.<br>Lutz, FL 33549 |
| Alvian Homes, Inc.<br>3812 SW 3rd Terrace<br>Cape Coral, FL 33991 |
| American Building Materials, Inc<br>30427 Commerce Drive<br>San Antonio, FL 33576 |
| American Gallery Development Group, LLC<br>c/o Secretary of State<br>P.O. Box 6327<br>Tallahassee, FL 32314 |
| American Homes<br>25167 North Toledo Blade Blvd. Unit #2<br>North Port, FL 34289 |
| Arizen Homes, Inc.<br>2700 W. Cypress Creek Road - Ste. B-111<br>Fort Lauderdale, FL 33309 |
| Barony Homes, Inc.<br>2508 Del Prado Blvd S<br>Cape Coral, FL 33904 |
| Bass Homes, Inc.<br>34661 Highway 59 South<br>Stapleton, AL 36578 |
| Bay Colony – Gateway, Inc.<br>24301 Walden Center Dr., Ste. 300<br>Bonita Springs, FL 34134 |
| BDG Waterstone, LLC<br>1000 Brickell Avenue, Ste. 300<br>Miami, FL 33131 |
| BE Wholesale<br>81 Golden Property Road<br>Bremen, GA 30110 |

| OMNI II (WILTZ) |
| --- |
| **DEFENDANT** |
| Beijing New Building Materials Public Limited Co.<br>No. 16 West Road<br>Jiancaicheng Xisanqi<br>Haidian District<br>Beijing China<br>100096 |
| Bel-Tex Contracting, Inc.<br>330 Eden Isles<br>Slidell, LA 70458 |
| Beta Drywall, LLC<br>2525 Ponce De Leon Blvd. #400<br>Coral Gables, FL 33134 |
| BREAKWATER HOMES ASSOCIATION<br>1322 SE 17th Street; Fort Lauderdale, FL 33316 |
| Brighton Home Builders, Inc.<br>10300 NW 11th Street<br>Plantation, FL 33322 |
| BRISTOL CORNER, LLC<br>114 S. Fremont Avenue; Tampa, FL 33606 |
| Brothers Properties LA, LLC<br>3440 East St. Bernard Hwy.<br>Meraux, LA 70075 |
| Bush Construction Corp.<br>4029 Ironbound Road - Ste. 200<br>Williamsburg, VA 23185 |
| Cajun Construction & Design, Inc.<br>2310 Perdido Street<br>New Orleans, LA 70119 |
| Calvin P. Williams<br>1020 Red Barn Road<br>Breaux Bridge, LA 70517 |
| CB Creek, Inc.<br>405 SE 31st St.<br>Cape Coral, FL 33904 |
| Chase Construction, Inc.<br>1714 Cape Coral Pkwy East<br>Cape Coral, FL 33904 |
| City Salvage, Inc.<br>804 Lambert Street<br>Laurel, MS 39440 |
| Country Walk Sales, LLC<br>12610 Race Track Road<br>Tampa, FL 33626 |

Page 2 of 10

| OMNI II (WILTZ) |
| --- |
| **DEFENDANT** |
| Qinhuangdao Taishan Building Material Co. Ltd. a/k/a Qinhuang Dao Taishan Building Material Co., Ltd<br>Gangcheng Street<br>East No. 69<br>Haigang District<br>Qinhuangdao<br>066000<br>0335-5919280 (Phone) |
| Crossroad Homes, Inc.<br>2760 Southeast Eagle Drive<br>Port St. Lucie, FL 34984 |
| Curb Appeal Home Builders, Inc.<br>Emmanuel Vces<br>209 Business Park Drive<br>Virginia Beach, VA 23462 |
| Dalessio Drywall & Painting Corporation<br>39406 Rock Ford Avenue<br>Zephyrhills, FL 33542 |
| David Daniels, Individually<br>205 Trade Winds Drive<br>Indian Harbour Beach, FL 32937 |
| Deangelis Diamond Construction, Inc.<br>2375 Tamiami Trail N, Ste. 210<br>Naples, FL 34103 |
| Delgado's Painting<br>422 Terry Parkway<br>Gretna, LA 70056 |
| DELTA-EDEN, INC.<br>21 East Acre Drive, Plantation, FL 33317 |
| Development Co. of Boca, Inc. d/b/a Boca Developers<br>321 E. Hillsboro Blvd.<br>Deerfield Beach, FL 33441 |
| Drive Enterprises, Inc.<br>27 Christopher Court<br>New Orleans, LA 70128 |
| DRYWALL EXPERTS, INC.<br>1513 N. K Street<br>Lake Worth, FL 33460 |
| E.B. Developers, Inc.<br>701 West Cypress Creek Road<br>Third Floor<br>Ft. Lauderdale, FL 33309 |
| ENCHANTED HOMES, INC.<br>11915 King James Court<br>Cape Coral, FL 33991 |

## OMNI II (WILTZ)

| DEFENDANT |
|---|
| FHBF Partners, LLP, f/k/a First Home Builders of Florida<br>12806 Aston Oaks Drive<br>Ft. Myers, FL 33912 |
| Five Star Drywall, Inc.<br>6901 North Drive<br>Ft. Myers, FL 33905 |
| G. Drywalls Corporation<br>12951 SW 124 Street<br>Miami, FL 33186 |
| G&B Roofing & Construction, Inc.<br>503 Du Monde Drive<br>Westwego, Louisiana 70094 |
| Gryphon Corporation<br>540 Biltmore Way<br>Coral Gables, FL 33134 |
| Harrell's Drywall, Inc.<br>504 Debuel Rd.<br>Lutz, FL 33549 |
| Hinkle Drywall, Inc.<br>1460 Booth Drive<br>Valrico, FL 33594 |
| HLP/GAC International, Inc.<br>1718 Trinity Valley Drive<br>Carrollton, TX 75006 |
| Home DevCo LLC<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street, Wilmington, DE 19801 |
| Inman Construction Services, Inc.<br>618 Central Avenue<br>Jefferson, LA 70121 |
| Interior/Exterior Building Supply, LP<br>727 S. Cortez St.<br>New Orleans, LA 70119 |
| Interior/Exterior Enterprises, LLC<br>727 S. Cortez St.<br>New Orleans, LA 70119 |
| J. Galloway Construction, Inc.<br>1146 Highway 20<br>Interlachen, FL 32148 |
| J. Wade Payne, LLC<br>900 South Bengal Road<br>Metairie, LA 70003 |

| OMNI II (WILTZ) |
|---|
| **DEFENDANT** |
| Jerome Henin, individually<br>228 Annie Street<br>Orlando, FL 32806 |
| Jim Morris & Sons, Inc.<br>561 Rainer Street NE<br>Palm Bay, FL 32907 |
| Jose Lopez<br>1311 Mandeville Street<br>New Orleans, LA 70126 |
| Joseph Jones<br>1838 St. Roch Ave.,<br>New Orleans, LA 70122 |
| Joseph Scott<br>4967 Brittany Court<br>New Orleans, LA 70124 |
| K&B HOMES, INC.<br>1121 Lumsden Trace Circle<br>Valrico, FL 33594 |
| Kensington Woods, LLC<br>701 Town Center Drive Suite 800<br>Newport News, VA 23606 |
| Kevin Burton<br>11120 S. Idlewood Court<br>New Orleans, LA 70128 |
| Lee Harbor Homes, Inc.<br>1708 Lincoln Avenue<br>Leigh Acres FL 33971 |
| Lopez Drywall, Inc.<br>1416 Kingsly Ave.<br>Orange Park, FL 32073 |
| LTL Construction, Inc.<br>4400 Helena St. NE<br>St. Petersburg, FL 33703 |
| MacGlen Builders, Inc.<br>5985 South River Circle<br>Macclenny, FL 32063 |
| MAJESTIC HOMES OF PORT ST. LUCIE, INC<br>4061 Royal Palm Beach Blvd<br>Royal Palm Beach, FL 33411 |
| Mariner Village Townhomes, Inc.<br>7975 NW 154TH Street,<br>Ste. 400<br>Miami Lakes, FL 33016 |

| OMNI II (WILTZ) |
|---|
| **DEFENDANT** |
| McCAR HOMES, INC.<br>CT Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324 |
| Merit Homes, Inc.<br>2436 Park Road<br>Lehigh Acres, FL 33971 |
| Mesa Construction Group, Inc.<br>6460 SW 5th Place<br>Margate, FL 33068 |
| Midwest Construction & Development, LLC<br>5984 Senegal Drive<br>Jupiter, FL 33458 |
| Millennium Builders, Inc.<br>310 Pinhurst Street, Suite 3<br>Lafayette, LA 70508 |
| Millennium Homes & Development, Inc.<br>1599 S.W. 21st Street<br>Boca Raton, FL 33486 |
| Monopoly Builders, Inc.<br>1924 SE 13th Street<br>Cape Coral, FL 33990 |
| MW Johnson Construction of Florida, Inc.<br>12801 Commonwealth Drive - Ste. 12<br>Fort Myers, FL 33913 |
| Northstar Holdings at B & A, LLC<br>171 El Pueblo Way<br>Palm Beach, FL 33480 |
| Oscar Jiles d.b.a. JJ Construction<br>108 Jiles Lane<br>Braithwaite, LA 70040 |
| Palm Isles Holdings, LLC<br>436 SW 8th Street<br>Miami, FL 33131 |
| Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd f/k/a<br>Shandong Chenxiang Building Materials Co., Ltd.<br>Dongyang Dianzi Cun (Village),<br> Pingyi Zhen (Town),<br>Pingyi Xian (County),<br>Shandong, China 273300<br>Contact: Mr. Wang,<br>Kaixue<br>Tel: 0539-4181801 |

| OMNI II (WILTZ) |
| --- |
| **DEFENDANT** |
| Preferred Homes, Inc.<br>P.O. Box 1107<br>Slidell, LA 70458 |
| Premier International Realty d/b/a Henin Realty<br>861 Bonita Drive<br>Winter Park, FL 32789 |
| Ray Turner Drywall, LLC<br>10736 Jacamar Drive<br>New Port Richey, FL 34654 |
| Residential Drywall, Inc.<br>1010 N. Florida Avenue<br>Tampa, FL 33602 |
| Rosen Building Supplies, Inc.<br>3045 Lake Point Place<br>Davie, FL 33328 |
| S. Petersen Homes, Inc.<br>1217 East Cape Coral Parkway<br>Cape Coral, FL 33904 |
| S3 Enterprises, Inc. d/b/a A1Brothers Metal Framing and Drywall<br>3323 SW 8th Street<br>Cape Coral, FL 33991 |
| Safeway Contractors, L.L.C.<br>705 Florida Street<br>River Ridge, LA 70123 |
| Santa Maria Builders, LLC<br>801 Laurel Oak Drive<br>Suite 705<br>Naples, FL 34109 |
| South Kendall Construction Corporation<br>436 SW 8th St.<br>Miami, FL 33130 |
| Southern Community Homes, Inc.<br>3624 Del Prado Blvd. S<br>Cape Coral, FL 33904 |
| Speedy Drywall<br>600 Justice Court<br>Marrero, LA 70072 |
| Stock Building Supply, LLC<br>CT Corporation System<br>123 East Marcy<br>Santa Fe, NM 87501 |

| OMNI II (WILTZ) |
|---|
| **DEFENDANT** |
| Stone Development, LLC<br>303 34th Street - Ste. 5<br>Virginia Beach, VA 23451 |
| Stuart South Group, LC<br>918 Southeast Lincoln Avenue<br>Stuart, FL 34994 |
| Suarez Housing Corporation<br>6522 Gunn Hwy.<br>Tampa, FL 33625 |
| Sunrise Construction, LLC<br>62250 West End Boulevard<br>Slidell, LA 70461 |
| Sunrise Homes<br>643 Magazine Street<br>Suite 300<br>New Orleans, LA 70130 |
| Suntree Homes, Inc.<br>2113 Greenview Cove Drive<br>West Palm Beach, FL 33414 |
| Taian Taishan Plasterboard Co., Ltd.<br>Beixiyao Village<br>Dawenkou<br>Taian<br>Shandong 271000<br>China |
| Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd.<br>Dawenkou Daiyue District<br>East of National Road 104, 25km South<br>Tai'an City<br>271000 Taian, Shandong, China |
| Tapia Brothers Construction, Inc.<br>4289 Lac St. Pierre #205<br>Harvey, LA 70058 |
| Taylor Morrison of Florida, Inc.<br>NRAI Services, Inc.<br>2731 Executive Park Drive Ste. 4<br>Weston, FL 33331 |
| Three J's Remodeling, Incorporated<br>134 Valencia Drive<br>Fort Walton Beach, FL 32548 |
| Timberline Builders, Inc.<br>3618 Del Prado Blvd.<br>Cape Coral, FL 33904 |

Page 8 of 10

| OMNI II (WILTZ) |
|---|
| **DEFENDANT** |
| Tobin Trading, Inc.<br>5008 Gatehouse Way<br>Virginia Beach, VA 23455 |
| Tony Helton Construction, LLC c/o Tony Helton, Sr.<br>Registered Agent<br>230 Black Fin Cove<br>Slidell, LA 70458 |
| Touchstone At Rapallo, Inc.<br>2390 Tamiami Trail N #204<br>Naples, FL 34103 |
| Traderscove Corporation d/b/a the Henin Group<br>228 Annie Street<br>Orlando, FL 32806 |
| TURN KEY HOME BUILDERS, INC.<br>169 Seaview Avenue<br>Palm Beach, FL 33480 |
| United Homes, Inc.<br>7975 NW 154th Street Suite 400<br>Miami Lakes, FL 33016 |
| United Homes International, Inc.<br>7975 NW 154 St.<br>Suite 400<br>Miami Lakes, FL 33016 |
| Upscale Properties, Inc.<br>401 Hooper Drive<br>Kenner, LA 70065 |
| Vasquez Construction Company, LLC<br>806 Young Street<br>Ypsilanti, MI 48198 |
| VENUS STREET, LLC<br>Sandor Genet, Esq.<br>Sandor F. Genet & Assoc, PA<br>99 NE 167th St.<br>North Miami Beach, FL 33162 |
| Vernon Construction Corporation 3<br>201 Bayou Sound<br>Longboat Key, FL 34228 |
| Vet Construction, Inc.<br>709 North Armada Road<br>Venice FL 34285 |
| Vizcaya Custom Homes, Inc.<br>3311 Oakellar Avenue<br>Tampa, FL 33611 |

| OMNI II (WILTZ) |
|---|
| **DEFENDANT** |
| Walker Homes, Inc.<br>141 W. Baffin Drive<br>Venice, FL 33595 |
| Wholesale Direct Lumber, LLC<br>2713 Bienville Street<br>New Orleans, LA 70119<br>504-822-4388 |
| Wolf & Bear Distributors<br>5124 Kirkwood Avenue<br>Spring Hill, FL 34608 |
| Woodside Homes of Southeast Florida, LLC<br>236 East 6 Avenue<br>Tallahassee, FL 32303 |