# EXHIBIT "14(C)"

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

KENNETH AND BARBARA WILTZ, et al.

          **Plaintiffs,**

    v.

**BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED CO., et al.**

**CASE NO.: 10-361**

### PLAINTIFFS', CLIFFORD ABROMATTS AND JANICE WOROBEC, *et. al.*,
### OMNIBUS CLASS ACTION COMPLAINT IN INTERVENTION (II(C))

Pursuant to Fed. R. Civ. P. 23, the Intervening Plaintiffs in this action bring suit on behalf of themselves and all other similarly situated owners and residents of real properties containing defective Chinese manufactured drywall that was manufactured, imported, exported, brokered, distributed, delivered, supplied, marketed, inspected, installed, or sold by the Defendants.

Intervening Plaintiffs have intervened in *Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et. al.*, Case No. 2:10-cv-00361 (E.D.La.), since they are absent class members in that action. As absent class members, Intervening Plaintiffs are similarly situated to the *Wiltz* plaintiffs and the defendants named in the *Wiltz* complaint are liable to the Intervening Plaintiffs. Intervening Plaintiffs incorporate and adopt the substantive allegations of the *Wiltz* complaint ¶¶ 1-5, and 505-912 herein by reference.

The Intervening Plaintiffs seek to be class representatives for the classes identified in *Wiltz*. Additionally, Intervening Plaintiffs are also seeking to be class representatives for certain of the subclasses identified in the *Wiltz* complaint. The *Wiltz* Defendants who are aligned with Intervening Plaintiffs are liable to Intervening Plaintiffs for their role in the design, manufacture, importing, distributing, delivery, supply, marketing, inspecting, installing, or sale of the defective drywall at issue in this litigation.

Each of the Intervening Plaintiffs are identified in the chart below. This chart provides all pertinent information regarding the Intervening Plaintiffs (*i.e.*, their names, the addresses of the subject properties, the citizenship of the Intervening Plaintiffs, and the subclasses (if any) in which the Intervening Plaintiffs are seeking to participate as class representatives):

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 1. Abromatts, Clifford and Worobec, Janice | 3437 Lago de Talavera Wellington, FL 33467 | FL | Beijing New Building Materials Public Limited Co. <br><br> Banner Supply Company Pompano, LLC <br><br> J.W. Hodges Drywall, Inc. | 1 <br><br> 18 <br> 212 |
| 2. Adamson, Andre | 5650 NW 54th Avenue Tamarac, FL 33319 | FL | Taishan <br><br> Banner Supply Co. | 11 <br><br> 17 |
| 3. Andersen, Michael | 2105 SW 39th Terrace Cape Coral, FL 33914 | FL | Taishan <br><br> Baywood Construction, Inc. <br><br> Banner Supply Company Fort Myers, LLC | 11 <br><br> 59 <br><br> 16 |
| 4. Arriola, Ruben and Martha | 17181 Morris Bridge Road Thonotossa, FL 33592 | FL | Taishan | 11 |
| 5. Astrin, Terri and Scott | 8600 Athena Court Lehigh Acres, FL 33971 | FL | Taishan | 11 |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |

| | PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
|---|---|---|---|---|---|
| 6. | Back, Charles and Mary | 1215 Magnolia Alley Mandeville, LA | LA | Taishan | 11 |
| | | | | Interior/Exterior Building Supply, LP | 30 |
| | | | | Interior/Exterior Enterprises, LLC | 31 |
| | | | | Southern Star Construction Company, Inc. | 164 |
| 7. | Barreto, Adolfo | 8111 W 36th Avenue, Unit 3 Hialeah, FL 33018 | FL | Taishan | 11 |
| 8. | Barrios, Ana | 11584 Hammocks Glade Drive Riverview, FL 33569 | FL | Taishan | 11 |
| | | | | Rivercrest, LLC/The St. Joe Company | 154 |
| 9. | Barry, Crystal and Roy | 8063 Bi County Road Norfolk, VA 23518 | VA | Taishan | 11 |
| | | | | The Porter-Blaine Corporation | 38 |
| | | | | Tobin Trading, Inc. | 39 |
| | | | | Venture Supply, Inc. | 40 |
| 10. | Benish, Fran | 11353 SW Mountain Ash Circle Port St. Lucie, FL 34987 | FL | Taishan | 11 |
| 11. | Benzo, Ramon and Candida | 2576 Sea Wind Way Clearwater, FL 33763 | FL | Taishan | 11 |
| | | | | KB Home Tampa, LLC | 114 |

3

| INTERVENING PLAINTIFFS | | | | | |
|---|---|---|---|---|---|
| **PLAINTIFF(S)** | | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 12. | Binetti, Michael | 2929 Riddick Lane Virginia Beach, VA 23456 | VA | Taishan | 11 |
| | | | | The Porter-Blaine Corporation | 38 |
| | | | | Tobin Trading, Inc. | 39 |
| | | | | Venture Supply, Inc. | 40 |
| 13. | Blackburn, Benton and Amy | 2076 Mohican Drive Waverly, AL 36879 | AL | Taishan | 11 |
| 14. | Blue, John and Rachelle | 422 28th Street New Orleans, LA 70124 | LA | Taishan | 11 |
| | | | | Interior/Exterior Building Supply, LP | 30 |
| | | | | Interior/Exterior Enterprises, LLC | 31 |
| 15. | Blue Water Condominium Association | 178 Shadroe Cove Circle Units 901 Cape Coral, FL 33991<br><br>210 Shadroe Cove Circle, Unit 201 Cape Coral, FL 33991 | FL | Taishan | 11 |
| | | | | Banner Supply Company Fort Myers, LLC | 16 |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 16. | Blue Water of Cape Coral | 202 Shadroe Cove Circle, Unit 401 and 403 Cape Coral, FL 33991 <br><br> 174 Shadroe Cove Circle, Unit 1004 Cape Coral, FL 33991 <br><br> 194 Shadroe Cove Circle, Unit 604 Cape Coral, FL 33991 <br><br> 198 Shadroe Cove Circle, Unit 902 Cape Coral, FL 33991 | FL | Taishan <br><br> Banner Supply Company Fort Myers, LLC | 11 <br><br> 16 |
| 17. | Bollenberg, Craig | 100 Patricks Court Carrollton, VA 23314 | VA | Taishan <br><br> The Porter-Blaine Corporation <br><br> Tobin Trading, Inc. <br><br> Venture Supply, Inc. | 11 <br><br> 38 <br><br> 39 <br><br> 40 |
| 18. | Borges, Virgilio and Janaina | 5660 Kensington Loop Ft. Myers, FL 33912 | FL | Taishan | 11 |
| 19. | Borklund, Stephen | 917 Alford Avenue Hoover, AL 35226 | AL | Taishan | 11 |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 20. Borne, Barry and Mary | 1217 Magnolia Avenue Mandeville, LA 70124 | LA | Taishan<br><br>Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, LLC<br><br>Southern Star Construction Company, Inc. | 11<br><br>30<br><br>31<br><br>164 |
| 21. Bowers, Roger and Gail | 2805 West Shelton Avenue Tampa, FL 33611 | FL | Taishan | 11 |
| 22. Bradshaw, Steven | 1128 Barclay Wood Drive Ruskin, FL 33570 | FL | Taishan<br><br>Suarez Housing Corporation | 11<br><br>168 |
| 23. Braga, Henry and Deborah | 1325 NW 1st Avenue Cape Coral, FL 33993 | FL | Taishan | 11 |
| 24. Braselman, Holly | 1206 Magnolia Alley Mandeville, LA 70471 | LA | Taishan<br><br>Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, LLC<br><br>Southern Star Construction Company, Inc. | 11<br><br>30<br><br>31<br><br>164 |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| **PLAINTIFF(S)** | | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |

| | **PLAINTIFF(S)** | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
|---|---|---|---|---|---|
| 25. | Burke, Amanda and Kevin | 8150 North View Blvd. Norfolk, VA 23518 | VA | Taishan | 11 |
| | | | | The Porter-Blaine Corporation | 38 |
| | | | | Tobin Trading, Inc. | 39 |
| | | | | Venture Supply, Inc. | 40 |
| | | | | Harbor Walk Development, LLC | 97 |
| | | | | Genesis Group, Inc. | 89 |
| | | | | Wermers Development, Inc. | 192 |
| | | | | Clark-Whitehall Enterprises, Inc. | 70 |
| 26. | Caple, Janelle | 946 SW 6th Court Cape Coral, FL 33991 | FL | Taishan | 11 |
| | | | | Hansen Homes of South Florida, Inc. | 96 |
| 27. | Carbone, Vincent and Kathleen | 20271 Chapel Trace Estero, FL 33928 | FL | Pro Wall | 8 |
| 28. | Carbonell, Wayne and Kimberly | 1718 NE 27th Terrace Cape Coral, FL 33909 | FL | Taishan | 11 |
| | | | | Hansen Homes of South Florida, Inc. | 96 |
| 29. | Cardiello, Frank and Gayle | 1006 NW 38th Place Cape Coral, FL 33993 | FL | Taishan | 11 |
| | | | | Aranda Homes, Inc. | 52 |
| 30. | Caricato, Lisa | 13471 Little Gem Circle Fort Myers, FL 33913 | FL | Taishan | 11 |
| | | | | Beazer Homes Corp. | 61 |
| | | | | Banner Supply Company Fort Myers, LLC | 16 |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 31. | Carroll, Cynthia | 1220 Magnolia Alley Mandeville, LA 70124 | LA | Taishan | 11 |
| | | | | Interior/Exterior Building Supply, LP | 30 |
| | | | | Interior/Exterior Enterprises, LLC | 31 |
| | | | | Southern Star Construction Company, Inc. | 164 |
| 32. | Carter, Daniel and My-Duyen | 522 NW 36th Place Cape Coral, FL 33993 | FL | Taishan | 11 |
| | | | | Aranda Homes, Inc. | 52 |
| | | 508 NW 38th Avenue Cape Coral, FL 34134 | | Banner Supply Company Fort Myers, LLC | 198 |
| 33. | Castro, Lidice | 1147 NW 19 Avenue Cape Coral, FL 33993 | FL | Taishan | 11 |
| 34. | Chinoy, Vinita and Raymond | 11525 Hammocks Glade Drive Riverview, FL 33569 | FL | Taishan | 11 |
| | | | | Rivercrest, LLC/The St. Joe Company | 154 |
| 35. | Collins, James and Laura | 22866 Country Ridge Parkway McCalla, AL 35111 | AL | Taishan | 11 |
| 36. | Correa, Edgar and Gilmore, Elsie | 12600 SW 50th Court 407 Miramar, FL 33027 | FL | Taishan | 11 |
| | | | | Southern Homes of Broward XI, Inc. | 163 |
| 37. | Cummings, Byron and Younger-Cummings, Leslie | 221 SE 24th Street Cape Coral, FL 33990 | FL | Taishan | 11 |

| | INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|---|
| | **PLAINTIFF(S)** | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 38. | Cushen, Mark | 1309 Little Alafia Drive Plant City, FL 33567 | FL | Taishan Millennium Homes & Development, Inc. Hinkle Drywall, Inc. | 11 132 210 |
| 39. | D'Ambrosio, John and Pamela | 338 Mestre Place North Venice, FL 34275 | FL | Taishan | 11 |
| 40. | Daniels, Anatoly | 1907 SE 21st Court Homestead, FL 33035 | FL | Taishan Banner Supply Company Fort Myers, LLC | 11 16 |
| 41. | Davesnport, Janelle and DuShane | 4045 Bradshaw Road Williamsburg, VA 23188 | VA | Taishan The Porter-Blaine Corporation Tobin Trading, Inc. Venture Supply, Inc. | 11 38 39 40 |
| 42. | Dawkins, Benny | 13103 Linden Drive Spring Hill, FL 34609 | FL | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. Taishan | 9 11 |
| 43. | DeKeyser, Lee and Phyllis | 6051 Jonathan's Bay, Unit 401 Ft. Myers, FL 33908 | WI | Taishan | 11 |
| 44. | Delisser, John and Marvalyn | 1120 SW Gardena Avenue Port Saint Lucie, FL 34953 | NY | Taishan | 11 |
| 45. | Demirgian, Edward and Tonya | 24504 Sunrise Drive Port Charlotte, FL 33980 | FL | Taishan | 11 |

| | INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|---|
| | **PLAINTIFF(S)** | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 46. | Diazviana, Jose | 1503 Canton Avenue Cape Coral, FL 33972 | FL | Pro Wall<br><br>MW Johnson Construction of Florida, Inc. | 8<br><br>134 |
| 47. | Dickinson, William | 11825 Bayport Lane Fort Myers, FL 33908 | FL | Taishan | 11 |
| 48. | Dimitrov, Nokolay and Ilyana | 1925 Maxey Manor Court Virginia Beach, VA 23454 | VA | Taishan<br><br>The Porter-Blaine Corporation<br><br>Tobin Trading, Inc.<br><br>Venture Supply, Inc. | 11<br><br>38<br><br>39<br><br>40 |
| 49. | Donnelly, James and Rose, Mary | 11837 Bayport Lane Unit 4 Fort Myers, FL 33908 | FL | Taishan | 11 |
| 50. | Downing, Kenneth and Maria | 10540 E. Park Avenue Port St. Lucie, FL 34987 | FL | Taishan | 11 |
| 51. | Dryman, Lauren f/k/a Bove, Lauren | 10211 Avelar Ridge Drive Riverview, FL 33578 | FL | Taishan<br><br>Taylor Morrison of Florida, Inc. | 11<br><br>175 |
| 52. | Dudreck, Albert and Thomas | 10622 Camarelle Circle Fort Myers, FL 33913 | IL | Taishan | 11 |
| 53. | Duke, Barry and Marlene | 20241 Chapel Trace Estero, FL 33928 | FL | Pro Wall | 8 |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 54. | Dunn, Keith and Crystal | 11547 Hammocks Glade Drive Riverview, FL 33569 | FL | Taishan | 11 |
| 55. | Durrance, Barry | 18030 Driftwood Lane Lutz, FL 33558 | FL | Taishan | 11 |
| | | | | Avalon Building Co. of Tampa | 21 |
| 56. | Engasser, Paul | 1451 NW 39th Avenue Cape Coral, FL 33993 | FL | Taishan | 11 |
| 57. | England, Charles P., Sr. **previously included in Omni II(B)** | 2516 Reunion Drive Violet, LA 70092 | LA | Home Depot U.S.A., Inc. | 29 |
| 58. | Entrust IRA SW Florida, LLC for Edward Adams (IRA 56926) | 11843 Bayport Lane 801 Fort Myers, FL 33908 | NJ | Taishan | 11 |
| 59. | Evans, Donald and Barbara | 13944 Clubhouse Drive Tampa, FL 33618 | FL | Taishan | 11 |
| | | | | LTL Construction, Inc. | 123 |
| 60. | Ewald, Thomas and Kristina | 6050 Jonathan's Bay Circle 401 Fort Myers, FL 33908 | MI | Taishan | 11 |
| 61. | Ewell, Timothy and Abby | 1638 Cicero Court Chesapeake, VA 23322 | VA | Taishan | 11 |
| | | | | The Porter-Blaine Corporation | 38 |
| | | | | Tobin Trading, Inc. | 39 |
| | | | | Venture Supply, Inc. | 40 |
| 62. | Frasiolas, Steve and Harriet | 11436 Mountain Ash Circle Port Saint Lucie, FL 34987 | NJ | Taishan | 11 |

11

| | INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|---|
| | PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 63. | Freel, Kevin | 2236 Soho Bay Court Tampa, FL 33606 | FL | Taishan | 11 |
| 64. | Fugazy, Lenni and Justin | 157 SE 16th Terrace Cape Coral, FL 33990 | FL | Taishan | 11 |
| | | | | Hansen Homes of South Florida, Inc. | 96 |
| | | | | Banner Supply Company Fort Myers, LLC | 16 |
| 65. | Gale, Thomas and Dawn | 614 Plum Street Cape Charles, VA 19428 | PA | Taishan | 11 |
| | | | | The Porter-Blaine Corporation | 38 |
| | | | | Tobin Trading, Inc. | 39 |
| | | | | Venture Supply, Inc. | 40 |
| 66. | Gammage, Dr. Daniel | 1210 Magnolia Alley Mandeville, LA 70471 | LA | Taishan | 11 |
| | | | | Interior/Exterior Building Supply, LP | 30 |
| | | | | Interior/Exterior Enterprises, LLC | 31 |
| | | | | Southern Star Construction Company, Inc. | 164 |
| 67. | Gangle, Donald and Michelle | 11812 Bayport Lane Unit 3 Fort Myers, FL 33908 | FL | Taishan | 11 |
| 68. | Garcia, Jorge | 13820 BJ Boulevard Bokeelia, FL 33922 | FL | Enchanted Homes, Inc. | 85 |
| | | | | Shamrock Gold | 10 |

12

| INTERVENING PLAINTIFFS | | | | | |
|---|---|---|---|---|---|
| | PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 69. | Gardette, Michael and Nicole | 268 Penn Mill Lakes Blvd. Covington, LA 70435 | LA | Gridmarx | 2 |
| | | | | Sunrise Construction, LLC | 169 |
| | | | | Sunrise Construction and Development, LLC | 170 |
| | | | | Sunrise Homes | 171 |
| 70. | Garrido, Carlos and Olga | 8111 W. 36 Avenue 4 Hialeah, FL 33018 | FL | Taishan | 11 |
| 71. | Garvey, Steven and Karen | 11813 Bayport Lane Unit 3 Fort Myers, FL 33908 | FL | Taishan | 11 |
| 72. | Gaylord, Kelly | 240 West End Drive #321 Punta Gorda, FL 33950 | FL | Taishan | 11 |
| 73. | Gelman, Aleksandr **\*previously included in Omni II** | 2849 St. Barts Square Vero Beach, FL 33483 | FL | P.D.C. Drywall Contractors, Inc. | 219 |
| 74. | Giannini Trust, Dominic | 622 SW 31st Street Cape Coral, FL 33914 | FL | Taishan | 11 |
| | | | | Aranda Homes, Inc. | 52 |
| | | | | Banner Supply Company Fort Myers, LLC | 16 |
| 75. | Giannoussidis, Nikolaos | 1189 Bayport Lane Unit 404 Fort Myers, FL 33908 | FL | Taishan | 11 |
| 76. | Gill, Ted and Pamela | 13464 Little Gem Circle Fort Myers, FL 33913 | MI | Taishan | 11 |
| | | | | Beazer Homes Corp. | 61 |

13

| | INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|---|
| | PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 77. | Goede, John and Kristin | 7527 Bristol Circle Naples, FL 34120 | FL | Taishan | 11 |
| 78. | Goldberg, Joan | 58 Sunny Meadows Drive Talladega, AL 35160 | AL | Taishan | 11 |
| 79. | Guerreiro, Michael and Nancy | 153636 Yellow Wood Drive Alva, FL 33920 | FL | Taishan<br><br>Pro Wall<br><br>MW Johnson Construction of Florida, Inc. | 11<br><br>8<br><br>134 |
| 80. | Guillette, Jason and Melissa | 2525 White Sand Lane Clearwater, FL 33763 | FL | Taishan<br><br>KB Home Orlando, LLC | 11<br><br>113 |
| 81. | Harris, James, Edward and Booker | 5401 7th Avenue North Bessemer, AL 35020 | AL | Taishan | 11 |
| 82. | Harrison, Barry and Hillary | 142 SE 20th Street Cape Coral, FL 33990 | FL | Taishan | 11 |
| 83. | Harter, Harry and Olga | 2040 NW 1st Street Cape Coral, FL 33993 | NV | Taishan | 11 |
| 84. | Harumph, LLC | 2841 St. Bart's Square Vero Beach, FL 32967 | FL | Taishan<br><br>Antilles Vero Beach, LLC<br><br>P.D.C. Drywall Contractors, Inc. | 11<br><br>51<br><br>219 |
| 85. | Hattemer, Greg and Jennifer | 2202 SW 13th Avenue Cape Coral, FL 33991 | FL | Taishan<br><br>Aranda Homes, Inc.<br><br>Banner Supply Company Fort Myers, LLC | 11<br><br>52<br><br>16 |

14

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 86. Heath, Jr., Howell and Kathleen | 213 NW 1st Street Cape Coral, Fl 33993 | FL | Pro Wall  R. Fry Builders, Inc. | 8  151 |
| 87. Hembree, Roger and Laura | 8558 Pegasus Drive Lehigh Acres, FL 33971 | FL | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd.  Taishan | 9  11 |
| 88. Hemphill, James and Gail | 4609 Town Creek Drive Williamsburg, VA 23188 | MD | Taishan  The Porter-Blaine Corporation  Tobin Trading, Inc.  Venture Supply, Inc.  Atlantic Homes, LLC  HHJV, LLC | 11  38  39  40  55  98 |
| 89. Hernandez, Humberto | 1204 NW 33 Place Cape Coral, FL 33993 | FL | Taishan | 11 |
| 90. Hesbeens, Timothy and Erin | 506 Wheaton Trent Place Tampa, FL 33619 | FL | Taishan  KB Home Orlando, LLC  American Building Materials, Inc. | 11  113  197 |
| 91. Hill, Jerry | 194 Shadroe Cove Circle, #601 Cape Coral, FL 33991 | FL | Taishan  Banner Supply Company Fort Myers, LLC | 11  16 |
| 92. Hirt, Frederick and Ellen | 7814 Classics Drive Naples, FL 34113 | PA | South Florida Custom Trim, Inc.  Stock Building Supply, LLC  Pro Wall | 226  37  8 |

| | | | | | |
|---|---|---|---|---|---|
| **INTERVENING PLAINTIFFS** | | | | | |
| **PLAINTIFF(S)** | | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 93. | Hoffman, Hannelore and Lengel, Donna | 13964 Clubhouse Drive Tampa, FL 33618 | NV | Taishan | 11 |
| 94. | Holloway, Sylvia | 174 Shadroe Cove Circle, 1002 Cape Coral, FL 33991 | FL | Taishan<br><br>Banner Supply Company Fort Myers, LLC | 11<br><br>16 |
| 95. | Hornbeck, Ronald and Linda | 174 Shadroe Cove Circle Unit 1003 Cape Coral, FL 33991 | FL | Taishan<br><br>Banner Supply Company Fort Myers, LLC | 11<br><br>16 |
| 96. | Hubbard, Curtis and Michelle | 3617 East Renellie Circle Tampa, FL 33629 | FL | Taishan | 11 |
| 97. | Hudson, Michelle | 9794 Casa Mar Circle Fort Myers, FL 33919 | FL | Taishan<br><br>Standard Pacific of South Florida, GP, Inc. | 11<br><br>165 |
| 98. | Ilich, Richard | 4023 Appaloosa Court Suffolk, VA 23434 | VA | Taishan<br><br>The Porter-Blaine Corporation<br><br>Tobin Trading, Inc.<br><br>Venture Supply, Inc. | 11<br><br>38<br><br>39<br><br>40 |
| 99. | Ingram, Ronald and Finch, Tiffany | 4025 Appaloosa Court Suffolk, VA 23434 | VA | Taishan<br><br>The Porter-Blaine Corporation<br><br>Tobin Trading, Inc.<br><br>Venture Supply, Inc. | 11<br><br>38<br><br>39<br><br>40 |
| 100. | Jackson, Edmund | 3227 Surfside Blvd. Cape Coral, FL 33914 | NJ | Taishan<br><br>AI Brothers, Inc. | 11<br><br>196 |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| **PLAINTIFF(S)** | | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 101. | Johnson, Christopher | 2024 NW 5th Street Cape Coral, FL 33991 | FL | Taishan<br><br>United Homes, Inc. | 11<br><br>183 |
| 102. | Johnson, Fred and Sylvia | 3200 Heathrow Downs Birmingham, AL 35228 | AL | Taishan | 11 |
| 103. | Johnson, Simartra | 2410 E. 31st Avenue Tampa, FL 33610 | FL | Taishan | 11 |
| 104. | Jones, Joyce | 4123 Walmsley Avenue New Orleans, LA 70125 | LA | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| 105. | Karaian, George and Bernadette | 11842 Bayport Lane 2102 Fort Myers, FL 33908 | NH | Taishan | 11 |
| 106. | Kayea, Charles | 5159 9th Street, NE Ruskin, FL 33570 | FL | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd.<br><br>Taishan<br><br>Suarez Housing Corporation | 9<br><br><br>11<br><br>168 |
| 107. | Kazakov, Sergey and Alexandra **previously included in Omni II(B)** | 1307 Glenn Avenue Lehigh Acres, FL 33972 | FL | MW Johnson Construction of Florida, Inc. | 134 |

17

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 108. Kehoe, Molly | 1204 Magnolia Alley Mandeville, LA 70124 | LA | Taishan<br><br>Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, LLC<br><br>Southern Star Construction Company, Inc. | 11<br><br>30<br><br>31<br><br>164 |
| 109. Keller, Brad and Kerry | 9950 Via San Marco Loop Fort Myers, FL 33905 | FL | Taishan | 11 |
| 110. Kostelecky, Joseph and Charlotte | 19139 Blueberry Lane Silverhill, AL 36579 | AL | Taishan<br><br>Bass Homes, Inc. | 11<br><br>57 |
| 111. Kramer, Ronald and Anita | 1660 Renaissance Commons Blvd. Unit 2310 Boynton Beach, FL 33426 | FL | Taishan | 11 |
| 112. Lawlor, Bruce and Carol | 9513 7th Bay Street Norfolk, VA 23518 | VA | Taishan<br><br>The Porter-Blaine Corporation<br><br>Tobin Trading, Inc.<br><br>Venture Supply, Inc. | 11<br><br>38<br><br>39<br><br>40 |
| 113. Lazard, Lloyd | 3320 Delachaise Street New Orleans, LA 70125 | LA | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| 114. Leger, Marie | 3803 Machado Street Tampa, FL 33610 | FL | Taishan | 11 |

18

| INTERVENING PLAINTIFFS | | | | | |
|---|---|---|---|---|---|
| PLAINTIFF(S) | | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 115. | Leon, Daimarys and Rodriguez, Yalier | 811 West 36 Avenue Hialeah, FL 33018 | FL | Taishan | 11 |
| 116. | Lewis, Todd and Jayme | 6040 Jonathan's Bay Circle Unit 501 Fort Myers, FL 33908 | FL | Taishan<br><br>Banner Supply Company Fort Myers, LLC | 11<br><br>16 |
| 117. | Loader, Jennifer | 3918 West Bay Court Avenue Tampa, FL 33611 | FL | Taishan | 11 |
| 118. | Lonergan, John | 393 NW Stratford Lane Port St. Lucie, FL 34983 | MD | Taishan | 11 |
| 119. | Look, Peter | 2125 Santa Barbara Boulevard Cape Coral, FL 33990 | FL | Taishan | 11 |
| 120. | Lopez, Stephen | 622 Wilmington Parkway Cape Coral, FL 33993 | FL | Taishan | 11 |
| 121. | Love, Nakisha Rockliff Christie | 2540 Middleton Grove Drive Brandon, FL 33511 | FL | Lennar Corporation<br><br>Banner Supply Company Fort Myers, LLC<br><br>Pro Wall | 119<br><br>16<br><br>8 |
| 122. | Love, Robert and Adelle | 10480 SW Stephanie Way Unit 208 Port St. Lucie, FL 34987 | MA | Taishan<br><br>O.C.D. of S. Florida, Inc. | 11<br><br>218 |

19

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 123. | Lowande, Paul and Renee | 2308 NE Juanita Place Cape Coral, FL 33909 | FL | Taishan | 11 |
| | | | | Hansen Homes of South Florida, Inc. | 96 |
| | | | | Banner Supply Company Fort Myers, LLC | 16 |
| 124. | Luntz, George and Adrienne | 1660 Renaissance Commons Blvd. Unit 2501 Boynton Beach, FL 33426 | FL | Taishan | 11 |
| 125. | Magdalena Gardens Condominium Association | 240 West End Drive #221, 321, 1411, 1412 Punta Gorda, FL 33950 | FL | Taishan | 11 |
| | | | | Banner Supply Company Fort Myers, LLC | 16 |
| 126. | Magnolia Holiness Church | 426 3112 John-Johnson Road McIntosh, AL 36553 | AL | Taishan | 11 |
| 127. | Malhoe, Ashok | 1617 SE 2nd Street Cape Coral, FL 33990 | FL | Taishan | 11 |
| | | | | Baywood Construction, Inc. | 59 |
| | | | | Banner Supply Company Fort Myers, LLC | 16 |
| 128. | Mallin, Karen and Jonathan | 3008 West San Carlos Street Tampa, FL 33629 | FL | Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd. f/k/a Shandong Chenxiang Building Materials Co., Ltd. | 7 |
| 129. | Maloy, Jack and Louise | 1328 SW 4th Avenue Cape Coral, FL 33991 | FL | Taishan | 11 |
| | | | | Aranda Homes, Inc. | 52 |
| | | | | Banner Supply Company Fort Myers, LLC | 16 |

20

| | INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|---|
| | **PLAINTIFF(S)** | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 130. | Mancini, Richard | 11813 Bayport Lane 304 Ft. Myers, FL 33908 | FL | Taishan | 11 |
| 131. | Maniscalco, Frank and Grace | 11853 Bayport Lane Unit 4 Fort Myers, FL 33908 | FL | Taishan | 11 |
| 132. | Maradona, Michael and Arlen | 20516 Ardore Lane Estero, FL 33928 | FL | Taishan<br><br>Lennar Corporation | 11<br><br>119 |
| 133. | Marrero, Ingrid | 8105 West 36th Avenue #4 Hialeah, FL 33018 | FL | Taishan | 11 |
| 134. | Marston, Claire | 240 West End Drive #1412 Punta Gorda, FL 33950 | FL | Taishan<br><br>Banner Supply Company Fort Myers, LLC | 11<br><br>16 |
| 135. | Martin, Victor and Geraldine | 11819 Bayport Lane Unit 402 Ft. Myers, FL 33908 | FL | Taishan | 11 |
| 136. | Mastrogiacomo, Kim | 6071 Jonathans Bay Circle Unit 401 Ft. Myers, FL 33908 | FL | Taishan | 11 |
| 137. | McArthur, Robert and Meradee | 13401 Holly Lane Carrollton, VA 23314 | VA | Taishan<br><br>The Porter-Blaine Corporation<br><br>Tobin Trading, Inc.<br><br>Venture Supply, Inc. | 11<br><br>38<br><br>39<br><br>40 |

21

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 138. McEldowney, Larry | 916 Fitch Avenue Lehigh Acres, FL 33872 | FL | Pro Wall MW Johnson Construction of Florida, Inc. | 8 134 |
| 139. McKinley, Jacob | 23 Hammock Road Carriere, MS 39426 | MS | Taishan | 11 |
| 140. McNealy, James and Fran | 8882 SW 229 Street Cutler Bay, FL 33190 | FL | Taishan | 11 |
| 141. Meinholz, Nancy | 1660 Renaissance Commons Blvd. Unit 2211 Boynton Beach, FL 33426 | FL | Taishan | 11 |
| 142. Meister, David and Diane | 6060 Jonathan's Bay Circle 302 Ft. Myers, FL 33908 | OH | Taishan | 11 |
| 143. Melton, Carolyn and Jackson, Ivory | 340B 13th Avenue North Birmingham, AL 35234 | AL | Taishan | 11 |
| 144. Mike, Tamas and Blana, Eva | 6302 N. 17th Street Tampa, FL 33610 | FL | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. Taishan | 9 11 |
| 145. Mitchell, Robert and Bonnie | 1442 Eldorado Parkway Cape Coral, FL 33914 | FL | Taishan Chase Construction, Inc. RJL Drywall, Inc. | 11 69 223 |

| INTERVENING PLAINTIFFS | | | | | |
|---|---|---|---|---|---|
| PLAINTIFF(S) | | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 146. | Moore, Jerry and Rhonda | 20001 US Hwy. 411 Springville, AL 35146 | AL | Taishan | 11 |
| 147. | Morillo, Madelyn | 11337 Bridge Pine Drive Riverview, FL 33569 | NY | Taishan Rivercrest, LLC/The St. Joe Company | 11 154 |
| 148. | Morisset, Onel and Margareth | 2414 E. 31st Avenue Tampa, FL 33610 | FL | Taishan | 11 |
| 149. | Moses, Bryant and Brenda | 1312-14 Coffin Avenue New Orleans, LA 70117 | LA | Taishan | 11 |
| 150. | Mt. Joy Baptist Church | 5640 Smith Lake Damn Road Jasper, AL 35504 | AL | Taishan | 11 |
| 151. | Mueller, Lawrence and Jaime | 939 Golden Pond Court Cape Coral, FL 33909 | PA | Pro Wall | 8 |
| 152. | Mundt, Elaine | 11806 Bayport Lane Unit 1 Fort Myers, FL 33908 | FL | Taishan | 11 |
| 153. | Murray, Robin and Marva | 535 Davidson Street South East Unit 50 Palm Bay, FL 32909 | FL | Taishan | 11 |
| 154. | Neighbours, Sidney | 57 Riverview Avenue Portsmouth, VA 23704 | VA | Taishan The Porter-Blaine Corporation Tobin Trading, Inc. Venture Supply, Inc. | 11 38 39 40 |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 155. Nuccio, Darlene and Thomas | 2628 NW 4th Place Cape Coral, FL 33993 | FL | Taishan<br><br>Banner Supply Company of Fort Myers, LLC | 11<br><br>16 |
| 156. Nukho, Michael, George and Edward | 430 SE 21st Terrace Cape Coral, FL 33990 | NY | Taishan | 11 |
| 157. Nunes, Norberto | 7060 Venice Way Unit 301 Naples, FL 34119 | FL | Taishan | 11 |
| 158. Ondrovic, Joseph | 14122 Kensington Lane Fort Myers, FL 33912 | FL | Taishan | 11 |
| 159. Owen, Scott and Emilia | 2032 North West 1st Place Cape Coral, FL 33993 | FL | Taishan | 11 |
| 160. Page, Michael and Rikke | 20092 Larina Loop Estero, FL 33928 | FL | Taishan<br><br>Lennar Homes, LLC<br><br>L&W Supply Corporation d/b/a Seacoast Supply Company | 11<br><br>120<br><br>32 |
| 161. Parikh, Jayesh and Kirti | 7569 Bristol Circle Naples, FL 34120 | NJ | Taishan | 11 |
| 162. Parr, Patrick and Linda | 3145 NE 15th Avenue Cape Coral, FL 33909 | GA | Taishan<br><br>Hansen Homes of South Florida, Inc. | 11<br><br>96 |
| 163. Patchan, Catherine | 1345 Lyonshire Drive Wesley Chapel, FL 33543 | FL | Taishan | 11 |

| | INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|---|
| | **PLAINTIFF(S)** | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 164. | Patin, Jose and Ruth | 11305 Laurel Brook Ct. Riverview, FL 33569 | FL | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd.<br><br>Taishan<br><br>Rivercrest, LLC/The St. Joe Company | 9<br><br><br><br><br>11<br><br>154 |
| 165. | Patterson, Kelli | 622 SW 147th Terrace Pembroke Pines, FL 33027 | FL | Taishan<br><br>Standard Pacific Homes of South Florida, GP, Inc. | 11<br><br>165 |
| 166. | Perez, Carlos | 8129 W. 76th Street 3 Hialeah, FL 33018 | FL | Taishan | 11 |
| 167. | Pfeiffer, Marion | 1117 Cassin Avenue Lehigh Acres, FL 33971 | FL | MW Johnson Construction of Florida, Inc.<br><br>Pro Wall | 134<br><br><br>8 |
| 168. | Pham, Kelly and Amador, Dagoberto | 8696 Pegasus Drive Lehigh Acres, FL 33971 | FL | Pro Wall | 8 |
| 169. | Pierce, Alton | 7452 Briarheath Dr. New Orleans, LA 70128 | LA | Taishan | 11 |
| 170. | Pietrantonio, Robert and Tamie | 6050 Jonathan's Bay Circle Unit 102 Building 5 Fort Myers, FL 33908 | FL | Taishan<br><br>Banner Supply Company Fort Myers, LLC | 11<br><br>16 |
| 171. | Pittman, Earnest and Beverly | 1128 Craft Street, E. Lehigh Acres, FL 33974 | FL | Taishan | 11 |

25

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 172. Polychronopoulos, Nathalie and George | 1660 Renaissance Commons Blvd. Unit 2210 Boynton Beach, FL 33426 | FL | Taishan | 11 |
| 173. Powell, Claire and George | 5508 Holly Road Virginia Beach, VA 23451<br><br>5510 Holly Road Virginia Beach, VA 23451 | VA | Taishan<br><br>The Porter-Blaine Corporation<br><br>Tobin Trading, Inc.<br><br>Venture Supply, Inc. | 11<br><br>38<br><br>39<br><br>40 |
| 174. PSC Enterprises, LLC | 362 Eisenhower Blvd. Lehigh Acres, FL 33974 | FL | Taishan | 11 |
| 175. Purcell, Veronica | 6845 Mitchel Street Jupiter, FL 33458 | FL | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd.<br><br>Taishan | 9<br><br><br><br><br>11 |
| 176. Racius, Lubraine and Anese | 4013 24th Street SW Lehigh Acres, FL 33971 | FL | Taishan<br><br>A&D Homes, Inc. | 11<br><br>42 |
| 177. Rand, Richard | 8607 Athena Court Lehigh Acres, FL 33971 | FL | Taishan | 11 |
| 178. Raspall, Maria | 8105 W. 36th Avenue #3 Hialeah, FL 33018 | FL | Taishan | 11 |
| 179. Reaves, Eugenie and Lori | 202 Shadroe Cove Circle 402 Cape Coral, FL 33991 | FL | Taishan<br><br>Banner Supply Company Fort Myers, LLC | 11<br><br>16 |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 180. Reeves, Carrie H. | 4926 Paradise Lake Circle Birmingham, AL 35244 | AL | Taishan<br><br>Venture Supply, Inc. | 11<br><br>40 |
| 181. Reilly, Karen and Paul | 198 The Maine Williamsburg, VA 23185 | VA | Taishan<br><br>The Porter-Blaine Corporation<br><br>Tobin Trading, Inc.<br><br>Venture Supply, Inc. | 11<br><br>38<br><br>39<br><br>40 |
| 182. Reiprecht, Raymond | 10560 SW Stephanie Way Unit 202 Port St. Lucie, FL 34987 | FL | Taishan | 11 |
| 183. Richardson, Valerie | 8596 Athena Court Lehigh Acres, FL 33971 | CT | Taishan<br><br>Rosen Building Supplies, Inc. | 11<br><br>36 |
| 184. Riley, Estela | 419 SW 19th Terrace Cape Coral, FL 33991 | FL | Taishan<br><br>Aranda Homes, Inc.<br><br>Banner Supply Company Fort Myers, LLC | 11<br><br>52<br><br>198 |
| 185. RMM Investments, LLC | 1660 Renaissance Commons Blvd. Unit 2112 Boynton Beach, FL 33426 | FL | Taishan | 11 |
| 186. Roth, Stephen and Leslie | 6050 Jonathan's Bay Circle Unit 402 Fort Myers, FL 33908 | FL | Taishan<br><br>Banner Supply Company Fort Myers, LLC | 11<br><br>16 |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 187. Ryan, William and Shanna | 66 Scotland Road Hampton, VA 23663 | VA | Taishan | 11 |
| | | | The Porter-Blaine Corporation | 38 |
| | | | Tobin Trading, Inc. | 39 |
| | | | Venture Supply, Inc. | 40 |
| 188. Sakalauskas, Alberto and Laura | 3142 South West Martin Street Port Saint Lucie, FL 34953 | FL | Taishan | 11 |
| 189. Saliba, Dawn **\*previously included in Omni II** | 6102 Raintree Trail Fort Pierce, FL 34950 | FL | La Suprema Trading, Inc. | 46 |
| | | | La Suprema Enterprise, Inc. | 47 |
| | | | Banner Supply Co. | 6 |
| 190. Samos Holdings, LLC | 27021 Eden Road Ct. Bonita Springs, FL 34135 | FL | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| | | | Taishan | 11 |
| 191. Sanders, Joseph | 174 Shadroe Cove Circle #1001 Cape Coral, FL 33991 | FL | Taishan | 11 |
| | | | Banner Supply Company Fort Myers, LLC | 16 |
| 192. Santiago, Angel and Shawn | 4018 NW 12th Street Cape Coral, FL 33993 | FL | Taishan | 11 |
| | | | Baywood Construction, Inc. | 59 |
| | | | Banner Support Company Fort Myers, LLC | 16 |

28

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 193. Santiago, Cesar and Crespo, Ailene | 12978 Turtle Cove Trail North Fort Myers, FL 33903 | FL | Taishan | 11 |
| | | | Meritage Homes of Florida, Inc. | 130 |
| | | | Banner Supply Company Fort Myers, LLC | 16 |
| 194. Santos, Joel | 3223 31st Street West Lehigh Acres, FL 33971 | FL | MW Johnson Construction of Florida, Inc. | 134 |
| | | | Pro Wall | 8 |
| 195. Schultz, Kimberly | 2021 Kings Fork Road Suffolk, VA 23434 | VA | Taishan | 11 |
| | | | The Porter-Blaine Corporation | 38 |
| | | | Tobin Trading, Inc. | 39 |
| | | | Venture Supply, Inc. | 40 |
| 196. Scott, Steven and Berna | 1757 W. Queen Street Hampton, VA 23666 | VA | Taishan | 11 |
| | | | The Porter-Blaine Corporation | 38 |
| | | | Tobin Trading, Inc. | 39 |
| | | | Venture Supply, Inc. | 40 |
| 197. Seddon, Robert | 13946 Clubhouse Drive Tampa, FL 33945 | NJ | Taishan | 11 |
| | | | LTL Construction, Inc. | 123 |
| | | | Residential Drywall, Inc. | 222 |
| 198. Segnello, Jeffrey and Monica | 393 NW Sheffield Circle Port Saint Lucie, FL 34983 | FL | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| | | | Taishan | 11 |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 199. | Sellman, Terry and Donna | 10710 Miracle Lane New Port Richey, FL 34654 | FL | Taishan | 11 |
| 200. | Seratt, Douglas and Bernice | 213 Shore Front Lane Wilsonville, AL 35186 | AL | Taishan | 11 |
| 201. | Sheehan, Michael | 3351 South West 15th Place Cape Coral, FL 33914 | FL | Taishan<br><br>Banner Supply Company Fort Myers, LLC | 11<br><br>16 |
| 202. | Shelmandine, Gerald A. and Connie L. | 11106 Kiskadee Circle New Port Richey, FL 34654 | FL | Taishan | 11 |
| 203. | Sims, Ronald and Serbrenia | 4215 New Town Avenue Williamsburg, VA 23188 | VA | Taishan<br><br>The Porter-Blaine Corporation<br><br>Tobin Trading, Inc.<br><br>Venture Supply, Inc.<br><br>Atlantic Homes, LLC<br><br>HHJV, LLC | 11<br><br>38<br><br>39<br><br>40<br><br>55<br><br>98 |
| 204. | Singh, Govinhd | 8374 Sumner Avenue Fort Myers, FL 33908 | FL | Taishan | 11 |
| 205. | Sistrunk, Earl | 6615 Sable Ridge Lane Naples, FL 34109 | FL | Taishan<br><br>Banner Supply Company Fort Myers, LLC | 11<br><br>16 |

| | | | | |
|---|---|---|---|---|
| **INTERVENING PLAINTIFFS** | | | | |
| **PLAINTIFF(S)** | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 206. | Skinner, Andre' | 3703 Polk Street Portsmouth, VA 23703 | VA | Taishan | 11 |
| | | | | The Porter-Blaine Corporation | 38 |
| | | | | Tobin Trading, Inc. | 39 |
| | | | | Venture Supply, Inc. | 40 |
| 207. | Smith, Gloria and Robert | 11837 Bayport Lane Fort Myers, FL 33908

Unit 1 Building 7 Phase 2 | FL | Taishan | 11 |
| 208. | Smith, Richard | 8001 Sherwood Circle Labelle, FL 33935 | FL | Taishan | 11 |
| 209. | Somma, Joseph | 4739 Quarter Staff Road Birmingham, AL 35223 | AL | Taishan | 11 |
| 210. | Spencer, Edna | 3806 N. 24th Street Tampa, FL 33610 | FL | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| | | | | Taishan | 11 |
| 211. | Suarez, Eduardo and Mercedes | 14113 Stilton Street Tampa, FL 33626 | FL | Taishan | 11 |
| | | | | Beazer Home Corp. | 61 |
| | | | | Harrell's Drywall, Inc. | 208 |
| 212. | Sullivan, William and Sheila | 12623 20th Street East Parrish, FL 34219 | FL | Taishan | 11 |

31

| | INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|---|
| **PLAINTIFF(S)** | | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 213. | Summerall, Charles and Sharon | 2060 Deerwood Road Seffner, FL 33584 | FL | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd.  Taishan | 9  11 |
| 214. | Swartz, Christopher and Sylvia | 4030 South West 9th Place Cape Coral, FL 33914 | FL | Taishan | 11 |
| 215. | Taylor, Noel | 3110 Law Street New Orleans, LA 70117 | LA | Taishan  Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 11  9 |
| 216. | Teitelbaum, Ronald and Donna | 11825 Bayport Lane 502 Ft. Myers, FL 33908 | NJ | Taishan | 11 |
| 217. | Templeton, Sherry | 13934 Clubhouse Drive Tampa, FL 33618 | FL | Taishan  LTL Construction, Inc.  Residential Drywall, Inc. | 11  123  222 |
| 218. | Thompson, Benjamin and Deborah | 11527 Hammocks Glade Drive Riverview, FL 33569 | FL | Taishan  Rivercrest, LLC/The St. Joe Company, Inc. | 11  154 |
| 219. | Thompson, Lisa | 1412 NW 12th Place Cape Coral, FL 33993 | FL | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd.  Taishan | 9  11 |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 220. | Thornton, Stanley and April | 336 County Road 703 Jemison, AL 35085 | AL | Taishan | 11 |
| 221. | Tighe, Edward | 2820 St. Barts Square Vero Beach, FL 32967 | FL | Taishan<br><br>Ironwood Properties, Inc.<br><br>P.D.C. Drywall Contractors, Inc.<br><br>Banner Supply Co. | 11<br><br>104<br><br>129<br><br>17 |
| 222. | Toler, Calvin and Allison | 10440 SW Stephanie Way Unit 210 Port St. Lucie, FL 34987 | FL | Taishan | 11 |
| 223. | Tomac, Tom and Carrie | 11601 Hammocks Glade Drive Riverview, FL 33569 | FL | Taishan<br><br>Rivercrest, LLC/The St. Joe Company, Inc. | 11<br><br>154 |
| 224. | Troublefield, Elmer and Jefferies, Rorrier | 8 St. John Drive Hampton, VA 23666 | VA | Taishan<br><br>The Porter-Blaine Corporation<br><br>Tobin Trading, Inc.<br><br>Venture Supply, Inc. | 11<br><br>38<br><br>39<br><br>40 |
| 225. | Tyler, Albania | 6 St. Johns Drive Hampton, VA 23666 | VA | Taishan<br><br>The Porter-Blaine Corporation<br><br>Tobin Trading, Inc.<br><br>Venture Supply, Inc. | 11<br><br>38<br><br>39<br><br>40 |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 226. Vacationhit, LLC a/k/a Koch, Torsten and Diana | 2118 SW 25th Street Cape Coral, FL 33914 | FL | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. <br><br> Taishan | 9 <br><br><br><br><br> 11 |
| 227. Villalobos, Giliam | 8129 W 36 Avenue 4 Hialeah, FL 33018 | FL | Taishan | 11 |
| 228. Villasana, George | 170 SE 2nd Street Deerfield Beach, FL 33441 | FL | Taishan | 11 |
| 229. Wagner, Jonathon and Samantha | 11526 Hammocks Glade Drive Riverview, FL 33569 | FL | Taishan <br><br> Rivercrest, LLC/The St. Joe Company, Inc. | 11 <br><br> 154 |
| 230. Walker, Craig and Melissa | 1536 Abyss Drive Odessa, FL 33556 | FL | Taishan | 11 |
| 231. Way, Cedric and Michele | 14929 Man O War Drive Odessa, FL 33556 | FL | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. <br><br> Taishan | 9 <br><br><br><br><br> 11 |
| 232. Weinsberg, Edgar and Yvonne | 6568 41st Street East Sarasota, FL 34243 | FL | Taishan | 11 |
| 233. Wienstroer, Danny and Patrick | 11509 Hammocks Glade Drive Riverview, FL 33569 | FL | Taishan <br><br> Rivercrest, LLC/The St. Jose Company, Inc. | 11 <br><br> 154 |
| 234. Wilcox, Eric and Karen | 14117 Stowbridge Avenue Tampa, FL 33626 | FL | Taishan <br><br> Beazer Home Corp. <br><br> Harrell's Drywall, Inc. | 11 <br><br> 61 <br><br> 208 |

| | INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|---|
| | PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 235. | Wiley, Thad | 1660 Renaissance Commons Blvd. Unit 2111 Boynton Beach, FL 33426 | CA | Taishan | 11 |
| 236. | Wilson, Diane and Richard | 11812 Bayport Lane 4 Ft. Myers, FL 33908 | OH | Taishan | 11 |
| 237. | Winn, Brandon and Juliet | 12616 20th Street East Parrish, FL 34219 | FL | Residential Drywall, Inc. Taishan | 222 11 |
| 238. | Wiseman, Patrick | 117 Overlook Point Yorktown, VA 23693 | VA | Taishan The Porter-Blaine Corporation Tobin Trading, Inc. Venture Supply, Inc. Overlook Point, LLC Atlantic Homes, LLC | 11 38 39 40 138 55 |
| 239. | Wohleber, David and Marlene | 4095 Cherrybrook Loop Fort Myers, FL 33966 | PA | Taishan | 11 |
| 240. | Woods, Claudia | 3804 N. 24th Street Tampa, FL 33610 | FL | Taishan | 11 |
| 241. | Woods, Matthew and Vernestine | 2430 Ballentine Blvd. Norfolk, VA 23509 | VA | Taishan The Porter-Blaine Corporation Tobin Trading, Inc. Venture Supply, Inc. | 11 38 39 40 |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 242. Woods, Randy and Sherry | 3205 North West 76th Jennings, FL 32053 | FL | Taishan | 11 |
| 243. Yassa, Alain | 3402 NW 5th Terrace Cape Coral, FL 33993 | FL | Taishan | 11 |
| 244. Yelton, Charles | 23086 Madelyn Avenue Port Charlotte, FL 33954 | FL | Taishan | 11 |
| 245. Yeshman, Larry | 2534 NW 25th Place Cape Coral, FL 33993 | FL | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. Taishan | 9 11 |
| 246. Yokers, Stephanie DeAnn | 1322 Railroad Drive Hayden, AL 35079 | AL | Taishan | 11 |
| 247. Yusuf, Nejeh | 3732 SW 7th Place Unit 4 Cape Coral, FL 33914 | FL | Taishan | 11 |
| 248. Zavala, Carlos | 14119 Danpark Loop Fort Myers, FL 33912 | FL | Taishan | 11 |

## DEMAND FOR JURY TRIAL

Intervening Plaintiffs, individually and on behalf of the Class and Subclass Members, hereby demand a trial by jury as to all issues so triable as a matter of right.

## PRAYER FOR RELIEF

WHEREFORE Intervening Plaintiffs, on behalf of themselves and all others similarly situated demand upon Defendants jointly and severally for:

a.   an order certifying the case as a class action;

b.   an order certifying the Class and each of the Subclasses;

c.   an order appointing Plaintiffs as the Class Representatives of the Class;

d.   an order appointing undersigned counsel and their firms as counsel for the Class;

e.   compensatory and statutory damages;

f.   punitive damages as allowed by law;

g.   pre and post-judgment interest as allowed by law;

h.   injunctive relief;

I.   an award of attorneys' fees as allowed by law;

j.   an award of taxable costs; and

k.   any and all such further relief as this Court deems just and proper.

Respectfully submitted,

Dated: December 15, 2010

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin (On the Brief)
Fred S. Longer (On the Brief)
Matthew C. Gaughan (On the Brief)
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Victor Manuel Diaz
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
vdiaz@podhurst.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

## OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE [1]

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W
Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Jeremy W. Alters
Alters Law Firm, P.A.
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@abbrclaw.com

Daniel K. Bryson
Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0191
Fax: (919) 981-0431
dkb@lewis-roberts.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com

---

[1] Attached hereto as Exhibit "A" is the contact information for each plaintiff's counsel and pro se plaintiff.

**Baron & Budd; Alters Law Firm, P.A.; and
Shapiro, Blasi, Waserman & Gora, PA**
*Counsel on Behalf of the Following Individual Plaintiffs*:

| | |
|---|---|
| Blue Water of Cape Coral | Marrero, Ingrid |
| Blue Water Condominium Association | Marston, Claire |
| Downing, Kenneth and Maria | McNealy, James and Fran |
| Engasser, Paul | Morisset, Onel and Margareth |
| Gaylord, Kelly | Pittman, Earnest and Beverly |
| Hill, Jerry | Raspall, Maria |
| Holloway, Sylvia | Sanders, Joseph |
| Johnson, Simartra | Villasana, George |
| Leger, Marie | Walker, Craig and Melissa |
| Lonergan, John | Woods, Claudia |
| Magdalena Gardens Condominium Association | |

**Barrios, Kingsdorf & Casteix, LLP,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Jones, Joyce
Lazard, Lloyd

**Bruno & Bruno, L.L.P.,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Gardette, Michael and Nicole

**Colson, Hicks, Eidson, Colson Matthews, Martinez,
Gonzales, Kalbac & Kane/Levin, Fishbein, Sedran & Berman/
Hausfeld, LLP and Law Offices of Richard J. Serpe,** *Counsel on
Behalf of the Following Individual Plaintiffs*:

| | |
|---|---|
| Arriola, Ruben and Martha | Finch, Tiffany |
| Barry, Crystal and Roy | Gale, Thomas and Dawn |
| Binetti, Michael | Gelman, Aleksandr |
| Bollenberg, Craig | Harumph, LLC |
| Bradshaw, Steven | Hemphill, James and Gail |
| Burke, Amanda and Kevin | Ilich, Richard |
| Castro, Lidice | Ingram, Ronald and |
| Davesnport, Janelle and DuShane | Jefferies, Rorrier |
| Diazviana, Jose | Lawlor, Bruce and Carol |
| Dimitrov, Nokolay and Ilyana | McArthur, Robert and Meradee |
| Ewell, Timothy and Abby | Neighbours, Sidney |

41

Powell, Claire and George
Reilly, Karen and Paul
Ryan, William and Shanna
Saliba, Dawn
Schultz, Kimberly
Scott, Steven and Berna
Sims, Ronald and Serbrenia

Skinner, Andre'
Troublefield, Elmer and
Tyler, Albania
Wiseman, Patrick
Woods, Matthew and Vernestine
Worobec, Janice
Yelton, Charles

## Lambert & Nelson, PLC
*Counsel on Behalf of the Following Individual Plaintiffs*:

Back, Charles and Mary
Blue, John and Rachelle
Borne, Barry and Mary
Braselman, Holly
Carroll, Cynthia

Gammage, Dr. Daniel
Kehoe, Molly
Pierce, Alton
Taylor, Noel

## Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A.,
*Counsel on Behalf of the Following Individual Plaintiffs*:

Mallin, Karen and Jonathan
Suarez, Eduardo and Mercedes
Wilcox, Eric and Karen

## Lewis & Roberts, PLLC,
*Counsel on Behalf of the Following Individual Plaintiffs*:

Blackburn, Benton and Amy
Borklund, Stephen
Carbone, Vincent and Kathleen
Duke, Barry and Marlene
England, Charles P., Sr.
Goldberg, Joan
Harris, James, Edward and Booker
Johnson, Fred and Sylvia
Kazakov, Sergey and Alexandra
Kramer, Ronald and Anita
Luntz, George and Adrienne
Magnolia Holiness Church
McKinley, Jacob
Meinholz, Nancy

Melton, Carolyn and
Jackson, Ivory
Moore, Jerry and Rhonda
Moses, Bryant and Brenda
Mt. Joy Baptist Church
Polychronopoulos, Nathalie and George
Reeves, Carrie H.
RMM Investments, LLC
Seratt, Douglas and Bernice
Somma, Joseph
Thornton, Stanley and April
Wiley, Thad
Yokers, Stephanie DeAnn

42

**Morgan & Morgan, P.A.,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Dawkins, Benny
Heath, Jr., Howell and Kathleen
Hembree, Roger and Laura
Kayea, Charles
McEldowney, Larry
Mike, Tamas and
Blana, Eva
Patin, Jose and Ruth
Purcell, Veronica

Samos Holdings, LLC
Segnello, Jeffrey and Monica
Spencer, Edna
Summerall, Charles and Sharon
Thompson, Lisa
Vacationhit, LLC a/k/a Koch, Torsten and
Diana
Way, Cedric and Michele
Yeshman, Larry

**Parker Waichman Alonso, LLP,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Andersen, Michael
Astrin, Terri and Scott
Barreto, Adolfo
Barrios, Ana
Benish, Fran
Benzo, Ramon and Candida
Borges, Virgilio and Janaina
Bowers, Roger and Gail
Braga, Henry and Deborah
Caple, Janelle
Carbonell, Wayne and Kimberly
Cardiello, Frank and Gayle
Caricato, Lisa
Carter, Daniel and My-Duyen
Chinoy, Vinita and Raymond
Collins, James and Laura
Correa, Edgar and
Gilmore, Elsie
Cummings, Byron and
Younger-Cummings, Leslie
D'Ambrosio, John and Pamela
Daniels, Anatoly
DeKeyser, Lee and Phyllis
Delisser, John and Marvalyn
Demirgian, Edward and Tonya
Dickinson, William
Donnelly, James and
Rose, Mary
Dryman, Lauren f/k/a Bove, Lauren
Dudreck, Albert and Thomas

Dunn, Keith and Crystal
Durrance, Barry
Entrust IRA SW Florida, LLC for Edward
Adams (IRA 56926)
Evans, Donald and Barbara
Ewald, Thomas and Kristina
Frasiolas, Steve and Harriet
Freel, Kevin
Fugazy, Lenni and Justin
Gangle, Donald and Michelle
Garcia, Jorge
Garrido, Carlos and Olga
Garvey, Steven and Karen
Giannini Trust, Dominic
Giannoussidis, Nikolaos
Gill, Ted and Pamela
Goede, John and Kristin
Guerreiro, Michael and Nancy
Guillette, Jason and Melissa
Harrison, Barry and Hillary
Harter, Harry and Olga
Hattemer, Greg and Jennifer
Hernandez, Humberto
Hesbeens, Timothy and Erin
Hirt, Frederick and Ellen
Hoffman, Hannelore and
Lengel, Donna
Hornbeck, Ronald and Linda
Hubbard, Curtis and Michelle
Hudson, Michelle

43

Jackson, Edmund
Johnson, Christopher
Karaian, George and Bernadette
Keller, Brad and Kerry
Kostelecky, Joseph and Charlotte
Leon, Daimarys and
Rodriguez, Yalier
Lewis, Todd and Jayme
Loader, Jennifer
Look, Peter
Lopez, Stephen
Love, Nakisha
Rockliff Christie
Love, Robert and Adelle
Lowande, Paul and Renee
Malhoe, Ashok
Maloy, Jack and Louise
Mancini, Richard
Maniscalco, Frank and Grace
Maradona, Michael and Arlen
Martin, Victor and Geraldine
Mastrogiacomo, Kim
Meister, David and Diane
Mitchell, Robert and Bonnie
Morillo, Madelyn
Mueller, Lawrence and Jaime
Mundt, Elaine
Murray, Robin and Marva
Nuccio, Darlene and Thomas
Nukho, Michael, George and Edward
Nunes, Norberto
Ondrovic, Joseph
Owen, Scott and Emilia
Page, Michael and Rikke
Parikh, Jayesh and Kirti
Parr, Patrick and Linda
Patchan, Catherine
Patterson, Kelli
Perez, Carlos
Pfeiffer, Marion
Pham, Kelly and
Amador, Dagoberto

Pietrantonio, Robert and Tamie
PSC Enterprises, LLC
Racius, Lubraine and Anese
Rand, Richard
Reaves, Eugenje and Lori
Reiprecht, Raymond
Richardson, Valerie
Riley, Estela
Roth, Stephen and Leslie
Sakalauskas, Alberto and Laura
Santiago, Angel and Shawn
Santiago, Cesar and
Crespo, Ailene
Santos, Joel
Seddon, Robert
Sellman, Terry and Donna
Sheehan, Michael
Shelmandine, Gerald A. and Connie L.
Singh, Govinhd
Sistrunk, Earl
Smith, Gloria and Robert
Smith, Richard
Sullivan, William and Sheila
Swartz, Christopher and Sylvia
Teitelbaum, Ronald and Donna
Templeton, Sherry
Thompson, Benjamin and Deborah
Tighe, Edward
Toler, Calvin and Allison
Tomac, Tom and Carrie
Villalobos, Giliam
Wagner, Jonathon and Samantha
Weinsberg, Edgar and Yvonne
Wienstroer, Danny and Patrick
Wilson, Diane and Richard
Winn, Brandon and Juliet
Wohleber, David and Marlene
Woods, Randy and Sherry
Yassa, Alain
Yusuf, Nejeh
Zavala, Carlos

**Shapiro, Blasi, Wasserman & Gora, P.A.,**
*Counsel on Behalf of the Following Individual Plaintiffs:*

Adamson, Andre
Cushen, Mark

# EXHIBIT A

**Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al. - Case No. 10-361**

**Exhibit "A"–Plaintiffs' Counsel Contact Information in Plaintiffs', Clifford Abromatts and Janice Worobec, et. al., Omnibus Class Action Complaint in Intervention (II(C))**

| PLAINTIFF'S COUNSEL |
| --- |
| Jeremy W. Alters<br>Alters Law Firm, P.A.<br>4141 N.E. 2nd Avenue<br>Suite 201<br>Miami, FL 33137<br>Phone: (305) 571-8550<br>Fax: (305) 571-8559<br>jeremy@abbrclaw.com |
| Bruce Steckler<br>Baron & Budd<br>3102 Oak Lawn Avenue<br>Suite 1100<br>Dallas, TX 75219-4281<br>Phone: (214) 521-3605<br>Fax: (214) 520-1181<br>hflowers@baronbudd.com |
| Dawn M. Barrios<br>Barrios, Kingsdorf & Casteix, LLP<br>701 Poydras Street, Suite 3650<br>New Orleans, LA 70139<br>Phone: (504) 524-3300<br>Fax: (504) 524-3313<br>Barrios@bkc-law.com |
| Joseph M. Bruno<br>Bruno & Bruno<br>855 Baronne Street<br>New Orleans, LA 70113<br>Phone: (504) 525-1335<br>Fax: (504) 561-6775<br>www.brunobrunolaw.com |

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Aragon Avenue, 2nd Floor
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Michael D. Hausfeld
Richard S. Lewis
Hausfeld LLP
1700 K Street, N.W.
Suite  650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Hugh P. Lambert
Lambert & Nelson
701 Magazine Street
New Orleans, LA 70130-3629
Phone: (504) 581-1750
Fax: (504) 529-2931
amy@lambertandnelson.com

Richard Serpe
Law Offices of Richard J. Serpe
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Arnold Levin
Fred S. Longer
Matthew Gaughan
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
alevin@lfsblaw.com

Ben Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, P.A.
316 S. Baylen Street
Pensacola, FL 32501
Phone: (850) 435-7087
Fax: (850) 436-6087
bgordon@levinlaw.com

Daniel K. Bryson
Lewis & Roberts, PLLC
3700 Glenwood Avenue
Suite 410 (27612)
P.O. Box 17529
Raleigh, NC 27619
Phone (919) 981-0191
Fax: (919) 981-0199
akf@lewis-roberts.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

Jerrold Parker
Jordan L. Chaikin
April S. Goodwin
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jchaikin@yourlawyer.com

Michael B. Shapiro
Allison Grant
Shapiro, Blasi, Wasserman & Gora, PA
Corporate Centre at Boca Raton
7777 Glades Road, Suite 400
Boca Raton, FL 33434
Phone: (561) 477-7800
Fax: (561) 477-7722
agrant@sbwlawfirm.com