# EXHIBIT "15"

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

DAVID GROSS, et al.

        **Plaintiffs,**

    v.

KNAUF GIPS KG, et al.

**CASE NO.: 09-6690**

### PLAINTIFF, MARY ANNE BENES' SUBSTITUTED AND AMENDED OMNIBUS CLASS ACTION COMPLAINT IN INTERVENTION (III)[1]

Pursuant to Fed. R. Civ. P. 23, the intervening Plaintiffs in this action bring suit on behalf of themselves and all other similarly situated owners and residents of real properties containing defective Chinese manufactured drywall that was imported, exported, brokered, distributed, delivered, supplied, marketed, inspected, installed, or sold by the Defendants.

Intervening Plaintiffs have intervened in *Gross, et al. v. Knauf GIPS KG, et al.*, Case No. 09-6690 (E.D.La.). Intervening Plaintiffs are absent class members in the *Gross* action. As absent class members, intervening Plaintiffs are similarly situated to the *Gross* plaintiffs and all of the defendants named in the *Gross* complaint are liable to the intervening Plaintiffs. Like the representative plaintiffs in *Gross*, the intervening Plaintiffs are unable to identify the manufacturer(s) of the drywall in their homes since the Defendants have marketed their products in a manner designed to conceal their identity. Intervening Plaintiffs incorporate and adopt the allegations of the *Gross* complaint herein by reference.

The intervening Plaintiffs, however, have been successful in identifying certain of the defendants in the chain of distribution of the defective drywall in their homes. Accordingly, this

---

[1] Additional plaintiffs are attached hereto as Exhibit "A."

1

_Fee _____
_Process _____
X_ Dktd _____
_CtRmDep _____
_Doc. No._____

complaint asserts class claims against the indeterminate defendants previously identified in *Gross*, as well as those identifiable parties in the chain of distribution of the defective drywall in intervening Plaintiffs' homes. The intervening Plaintiffs seek to be class representatives for the class identified in *Gross* and the new subclasses identified herein in which intervening Plaintiffs will participate against those specific defendants who had a role in the distribution, delivery, supply, sale, marketing, inspection, and/or installation of the defective drywall in their homes.

To accomplish an effective class structure, each of the class representatives is pursuing nationwide class actions asserting claims against each of their distributors, suppliers, importers, exporters, and brokers (Subclasses 1 - 52); each of their builders and developers (Subclasses 53 - 269); and each of their contractors and installers (Subclasses 270 -356) for whom they have standing (class and subclass members shall be collectively referred to herein as "Class Members").[2] Intervening Plaintiffs are also pursuing a nationwide class action against the defendants named in the *Gross* complaint. Each of the Defendants in this action are liable for damages incurred by intervening Plaintiffs due to their role in the design, manufacture, importing, distributing, delivery, supply, marketing, inspecting, installing, or sale of the defective drywall at issue in this litigation.

## JURISDICTION, PARTIES, AND VENUE

1. Original jurisdiction of this Court exists by virtue of 28 U.S.C. §1332(d)(2) and the Class Action Fairness Act ("CAFA"). *See* 28 U.S.C. § 1711, *et. seq.* The Plaintiffs and certain of the Defendants in these actions are citizens of different states and the amounts in controversy in these actions exceed five million dollars ($5,000,000.00), exclusive of interest and costs.

---

[2] The schedule of defendants are attached hereto as Exhibit "B."

2

2. For each subclass, the Court has original jurisdiction under CAFA and/or supplemental jurisdiction under 28 U.S.C. § 1367.

3. Venue in this district satisfies the requirements of 28 U.S.C. §1391(b)(1)-(2) and (c) because Plaintiffs and a significant number of the absent class members reside in this jurisdiction and a substantial amount of the events and occurrences giving rise to these claims occurred in this District, or a substantial part of the property that is the subject of this action is situated in this district. Venue is otherwise appropriate in this district consistent with 28 U.S.C. § 1407 and the June 15, 2009 Transfer Order of the Judicial Panel on Multidistrict Litigation ("JPML"). *See In re: Chinese-Manufactured Drywall Products Liability Litigation*, 626 F.Supp.2d 1346 (J.P.M.L. Jun. 15, 2009).

## PLAINTIFFS

4. For purposes of clarity, the intervening Plaintiffs are asserting claims on behalf of all owners and residents of the subject properties, including but not limited to, minors and other residents of the properties who do not appear herein as named plaintiffs.

5. While the Intervening Plaintiffs have been successful in identifying some of the parties responsible for the injuries they have suffered by virtue of the defective Chinese manufactured drywall in their homes, each of the intervening Plaintiffs is unable to identify the manufacturer(s) of such drywall. These manufacturing defendants, who are parties to the *Gross* complaint, have fraudulently concealed their identities from Plaintiffs.

6. Unless specifically stated to the contrary, all Plaintiffs are citizens of the state where they reside and all entities are citizens of the state where they are organized. Alternatively, all entities are citizens of the state of their principal place of business and/or of the state where the

3

subject property is located.

7. Plaintiff - Intervenor, Mary Anne Benes is a citizen of Florida and owns real property located at 174 SE 2nd Street, Deerfield Beach, Florida 33441. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

8. Plaintiffs - Intervenors, Edward and Jacqueline Mayo are citizens of Louisiana and together own real property located at 5803 Winchester Park Drive, New Orleans, Louisiana 70126. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

9. Plaintiffs - Intervenors, William and Betty Branning are citizens of Alabama and together own real property located at 4066 McFarland Road, Mobile, AL 36695. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

10. Plaintiffs - Intervenors, Alan and Linda Lakind are citizens of Florida and together own real property located at 2781 Eagle Road Circle, Unit 307, West Palm Beach, Florida 33411. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

11. Plaintiffs - Intervenors, J. Wesley Brandon and Jessica Harris are citizens of Alabama and together own real property located at 881 Thomason Road, Albertville, Alabama 35951. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

12. Plaintiffs - Intervenors, Matthew and Krista Diffley are citizens of Alabama and

4

together own real property located at 7484 Dickey Springs Road, Bessemer, Alabama 35022.
Plaintiffs are participating as class representatives in the class and subclasses as set forth in the
schedules accompanying this complaint which are incorporated herein by reference.

13.  Plaintiffs - Intervenors, Jason and Tara Austin are citizens of Alabama and together
own real property located at 403 Dearmanville Drive, Anniston, Alabama 36207.  Plaintiffs are
participating as class representatives in the class and subclasses as set forth in the schedules
accompanying this complaint which are incorporated herein by reference.

14.  Plaintiffs - Intervenors, Victor and Falana Bryant are citizens of Alabama and
together own real property located at 1910 Randall Drive, Demopolis, Alabama 36732.  Plaintiffs
are participating as class representatives in the class and subclasses as set forth in the schedules
accompanying this complaint which are incorporated herein by reference.

15.  Plaintiff - Intervenor, Ivan Antoun is a citizen of Louisiana and owns real property
located at 3604-3606 Pakenham Drive, Chalmette, Louisiana 70043.  Plaintiff is participating as
a class representative in the class and subclasses as set forth in the schedules accompanying this
complaint which are incorporated herein by reference.

16.  Plaintiffs - Intervenors, Shawn and Justine Boudreaux are citizens of Louisiana and
together own real property located at 3005 Blanchard Drive, Chalmette, Louisiana 70043.
Plaintiffs are participating as class representatives in the class and subclasses as set forth in the
schedules accompanying this complaint which are incorporated herein by reference.

17.  Plaintiff - Intervenor, Roy Breaux, Jr. is a citizen of Louisiana and owns real property
located at 2517 Volpe Drive, Chalmette, Louisiana 70043.  Plaintiff is participating as a class
representative in the class and subclasses as set forth in the schedules accompanying this

5

complaint which are incorporated herein by reference.

18. Plaintiffs - Intervenors, Rose and Tebault Burton are citizens of Louisiana and together own real property located at 3711 Golden Drive, Apartments 1, 2 and 3, Chalmette, Louisiana 70043 and 3713 Golden Drive, Apartments 1, 2 3, and 4 and Chalmette, Louisiana 70043. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

19. Plaintiffs - Intervenors, Patrick G. and Kasie F. Couture are citizens of Louisiana and together own real property located at 5728 4th Street, Violet, Louisiana 70092. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

20. Plaintiffs - Intervenors, Jose and Maria Dasilva are citizens of Louisiana and together own real property located at 4465 San Marco Road, New Orleans, Louisiana 70129. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

21. Plaintiff - Intervenor, Huey P. Gonzales, Jr. is a citizen of Louisiana and owns real property located at 3009 Acorn Drive, Violet, Louisiana 70092. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

22. Plaintiff - Intervenor, Felton Lewis is a citizen of Louisiana and owns real property located at 2808 Oak Drive, Violet, Louisiana 70092. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

6

23. Plaintiff - Intervenor, Dorothy Hunter is a citizen of Louisiana and owns real property located at 2512 Reunion Drive, Violet, Louisiana 70092. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

24. Plaintiff - Intervenor, Ronald Johnson is a citizen of Louisiana and owns real property located at 4505 Lamarque Drive, Meraux, Louisiana 70075. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

25. Plaintiffs - Intervenors, Barbara W. and Lucien Manuel are citizens of Louisiana and together own real property located at 2016 Allo Mumphrey Drive, Violet, Louisiana 70092. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

26. Plaintiffs - Intervenors, Evelyn B. and Matthew R. Mowers are citizens of Louisiana and together own real property located at 321 Perrin Drive, Arabi, Louisiana 70032. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

27. Plaintiff - Intervenor, Mary Nelton is a citizen of Louisiana and owns real property located at 2701 Palmetto Street, Chalmette, Louisiana 70043. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

28. Plaintiffs - Intervenors, Martin and Sharon Nicolosa are citizens of Louisiana and together own real property located at 2117 W. Christie Park, St. Bernard, Louisiana 70085.

Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

29. Plaintiff - Intervenor, Steven O'Sullivan is a citizen of Louisiana and owns real property located at 2612 Creely Drive, Chalmette, Louisiana 70043. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

30. Plaintiffs - Intervenors, Henry and Tina Picado are citizens of Louisiana and together own real property located at 208 Bear Drive, Arabi, Louisiana 70032. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

31. Plaintiff - Intervenor, Karen Reynolds is a citizen of Louisiana and owns real property located at 3509-3511 Sinclar Street, Chalmette, Louisiana 70043. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

32. Plaintiffs - Intervenors, Patricia E. and Ronald Scallan are citizens of Louisiana and together own real property located at 3912 Charles Drive, Chalmette, Louisiana 70043. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

33. Plaintiffs - Intervenors, Robert and Ashley Westerfield are citizens of Louisiana and together own real property located at 3209 Decomine Drive, Chalmette, Louisiana 70043. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

34. Plaintiffs - Intervenors, Jerry P. and Celeste E. White are citizens of Louisiana and together own real property located at 2604 Creely Drive, Chalmette, Louisiana 70043. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

35. Plaintiffs - Intervenors, Carl D. and Adele Abbott are citizens of Florida and together own real property located at 10320 SW Stephanie Way, Unit 7-206; Port St. Lucie, Florida 34987. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

36. Plaintiffs - Intervenors, Robert Adams and Marni Klein-Adams are citizens of Florida and together own real property located at 9861 Lago Drive, Boynton Beach, Florida 33472. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

37. Plaintiffs - Intervenors, Eduardo and Carmen Amorin are citizens of Florida and together own real property located at 240 West End Drive, #721, Punta Gorda, Florida 33950. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

38. Plaintiffs - Intervenors, James Anderson and Patricia Stager are citizens of Canada and together own real property located at 240 West End Drive, #622, Punta Gorda, Florida 33950. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

39. Plaintiff - Intervenor, Samuel Anderson is a citizen of Florida and owns real property located at 240 W. End Drive, #911, Punta Gorda, Florida 33950. Plaintiff is participating as a

class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

40. Plaintiff - Intervenor, Kenneth Attard is a citizen of Florida and owns real property located at 194 SE 2nd Avenue, Deerfield Beach, Florida 33441. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

41. Plaintiff - Intervenor, Steve Attard is a citizen of Florida and owns real property located at 13369 Little Gem Circle, Ft. Myers, Florida 33913. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

42. Plaintiff - Intervenor, Oladele Ayanbadejo is a citizen of Florida and owns real property located at 1360 Bayview Drive, Fort Lauderdale, Florida 33304. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

43. Plaintiff - Intervenor, Kevin Batsch is a citizen of Florida and owns real property located at 186 S.E. 2nd Street, Unit 186, Deerfield Beach, Florida 33441. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

44. Plaintiff - Intervenor, Mario Bautista is a citizen of Florida and owns real property located at 184 SE 2nd Street, Deerfield Beach, Florida 33441. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

10

45. Plaintiffs - Intervenors, Richard and Carol Benoit are citizens of Indiana and together own real property located at 262 Broken Oak Trial, Jensen Beach, Florida 34957. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

46. Plaintiff - Intervenor, Amy Bloom is a citizen of Florida and owns real property located at 9719 Porta Leona Lane, Boynton Beach, Floridea 33437. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

47. Plaintiff - Intervenor, Blue Water Condominium Association owns real property located at 14360 So. Tamiami Trail, Unit B, Fort Myers, Florida 33912. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

48. Plaintiff - Intervenor, Blue Water Condominium Association owns real property located at 14360 So. Tamiami Trail, Units 206-1, 202-1, 202-3, 214-2, 198-1, 198-4, 182-4, 178-1, 178-2, 178-3, 174-1, 174-2, 174-4, 202-4, 194-1, 194-2, 194-3, 194-4, 190-1, 190-2 and 190-4, Fort Myers, Florida 33912. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

49. Plaintiff - Intervenor, Blue Water of Cape Coral, Inc. owns real property located at 221 Shadroe Cove Circle, Units 902, 903, 401, 403, 504, 604, 704 and 804, Cape Coral, Florida 33991. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

50. Plaintiff - Intervenor, Unia Bosch is a citizen of Florida and owns real property located at 8049 West 36 Avenue, #2, Hialeah, Florida 33018. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

51. Plaintiffs - Intervenors, David and Christina Bosse are citizens of Florida and together own real property located at 1916 Bright Water Drive, Gulf Breeze, Florida 32563. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

52. Plaintiffs - Intervenors, Clatues and Frances Brewer are citizens of Florida and together own real property located at 13542 Little Gem Circle, Fort Myers, Florida 33913. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

53. Plaintiffs - Intervenors, Alganan and Regina Brown are citizens of Florida and together own real property located at 4297 S.W. McClellan Street, Port St. Lucie, Florida 34953. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

54. Plaintiffs - Intervenors, Morton and Ruth Brown are citizens of Florida and together own real property located at 10360 S.W. Stephanie Way, Unit 6-105, Port St. Lucie, Florida 34953. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

55. Plaintiff - Intervenor, Robert Burns is a citizen of Florida and owns real property located at 3237 NW 21st Terrace, Cape Coral, Florida 33993. Plaintiff is participating as a class

12

representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

56. Plaintiffs - Intervenors, Karen and Donald Candiani are citizens of Florida and together own real property located at 240 West End Drive, #313, Punta Gorda, Florida 33950. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

57. Plaintiff - Intervenor, Phyllis Cattano is a citizen of Florida and owns real property located at 2107 N.E. Juniata Place, Cape Coral, Florida 33909. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

58. Plaintiff - Intervenor, Ariel Cohen is a citizen of Florida and owns real property located at 240 West End Drive, #1521, Punta Gorda, Florida 33950. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

59. Plaintiff - Intervenor, Steve Corvaia is a citizen of Florida and owns real property located at 900 E. Marion Avenue, #1401, Punta Gorda, Florida 33950. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

60. Plaintiffs - Intervenors, Marisela and Adolfo Cotilla are citizens of Florida and together own real property located at 7120 Long Leaf Drive, Parkland, Florida 33076. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

61.  Plaintiffs - Intervenors, Marisela and Adolfo Cotilla are citizens of Florida and together own real property located at 7120 Long Leaf Drive, Parkland, Florida 33076.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

62.  Plaintiffs - Intervenors, Shawn and Lisa Cox are citizens of Michigan and together own real property located at 9404 Scarborough Court, Port St. Lucie, Florida 34986.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

63.  Plaintiff - Intervenor, Elliott Crespo is a citizen of Florida and owns real property located at 8161 NW 122 Lane, Parkland, Florida 33076.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

64.  Plaintiff - Intervenor, Gaetano D'Anna is a citizen of Florida and owns real property located at 466 SW Port St. Lucie Blvd., Port St. Lucie, Florida 34953.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

65.  Plaintiff - Intervenor, John Dearborn is a citizen of Florida and owns real property located at 1703 NW 44th Avenue, Cape Coral, Florida 33993.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

66.  Plaintiffs - Intervenors, Ellen DeCarlo and Jerald Nelson are citizens of Florida and together own real property located at 9651 Lago Drive, Boynton Beach, Florida 33472.  Plaintiffs

14

are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

67. Plaintiff - Intervenor, Jenni DeGlopper is a citizen of Florida and owns real property located at 900 E. Marion Avenue, #1302, Punta Gorda, Florida 33950. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

68. Plaintiff - Intervenor, Craig DeMange is a citizen of Florida and owns real property located at 7553 Bristol Circle, Naples, Florida 34120. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

69. Plaintiff - Intervenor, Robert Dineen is a citizen of Florida and owns real property located at 20394 Larino Loop, Estero, Florida 33928. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

70. Plaintiffs - Intervenors, Walter F. and Vickie L. Dinneen are citizens of Florida and together own real property located at 10360 S.W. Stephanie Way, Unit 6-203, Port St. Lucie, Florida 34987. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

71. Plaintiffs - Intervenors, Michael and Iben Divanno are citizens of Florida and together own real property located at 240 West End Drive, 913, Punta Gorda, Florida 33950. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the

15

schedules accompanying this complaint which are incorporated herein by reference.

72. Plaintiff - Intervenor, Jared Dow is a citizen of Florida and owns real property located at 172 SE 2nd Street, Deerfield Beach, Florida 33441. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

73. Plaintiffs - Intervenors, Kenneth and Maria Downing are citizens of Florida and together own real property located at 10540 E. Park Avenue, Port St. Lucie, Florida 34987. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

74. Plaintiff - Intervenor, Howard Dunn is a citizen of Florida and owns real property located at 13568 Little Gem Circle, Fort Myers, Florida 33913. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

75. Plaintiff - Intervenor, Howard Ehrsam is a citizen of Florida and owns real property located at 10320 SW Stephanie Way, Unit 209, Port St. Lucie, Florida 34987. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

76. Plaintiffs - Intervenors, Paul and Patricia Engasser are citizens of Florida and together own real property located at 1451 NW 39th Avenue, Cape Coral, Florida 33993. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

77. Plaintiffs - Intervenors, Thomas and Karen Englert are citizens of Florida and

16

together own real property located at 1657 SW Mackey Avenue, Port. St. Lucie, Florida 33973. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

78. Plaintiffs - Intervenors, James and Jordany Estimond are citizens of Florida and together own real property located at 4541 SW 27th Street, Lehigh Acres, Florida 33973 and 4543 SW 27th Street, Lehigh Acres, Florida 33973. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

79. Plaintiffs - Intervenors, James and Fran Fermoile are citizens of Florida and together own real property located at 178 Shadroe Cove Circle, 901, Cape Coral, Florida 33991. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

80. Plaintiffs - Intervenors, Peter and Christian Ferroni are citizens of Florida and together own real property located at 188 SE 2nd Street, Deerfield Beach, Florida 33441. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

81. Plaintiffs - Intervenors, Joseph Flint and Danielle Sloan are citizens of Florida and together own real property located at 1192 SW Kickaboo Road, Port St. Lucie, Florida 34953. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

82. Plaintiff - Intervenor, Susan Francipane is a citizen of Florida and owns real property located at 4005 SW 23 Avenue, Cape Coral, Florida 33914. Plaintiff is participating as a class

representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

83. Plaintiffs - Intervenors, Tom and Jane Francisco are citizens of Indiana and together own real property located at 1728 Bobcat Trial, North Port, Florida 34288. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

84. Plaintiffs - Intervenors, Timothy and Julie Gaines are citizens of Florida and together own real property located at 5302 SW 27th Place, Cape Coral, Florida 33914. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

85. Plaintiffs - Intervenors, Luis and Beatriz Galvis are citizens of Florida and together own real property located at 9669 Cobblestone Creek Drive, Boynton Beach, Florida 33472. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

86. Plaintiffs - Intervenors, Luis and Mercedes Gamboa are citizens of Venezuela and together own real property located at 240 W. End Drive Unit 723, Punta Gorda, Florida 33950. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

87. Plaintiffs - Intervenors, Peter and Kelly Gaylord are citizens of Florida and together own real property located at 240 West End Drive, Units 321 and 322, Punta Gorda, Florida 33950. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

18

88. Plaintiff - Intervenor, Madhav Ghanta is a citizen of Florida and owns real property located at 11458 Water Oak Place, Davie Florida 33330. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

89. Plaintiff - Intervenor, Frank Gitto is a citizen of Florida and owns real property located at 10360 S.W. Stephanie Way, Apt. 202, Port St. Lucie, Florida 34987. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

90. Plaintiff - Intervenor, Ira Goldstein is a citizen of Florida and owns real property located at 15443 Fiorenza Circle, Delray Beach, Florida 33446. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

91. Plaintiffs - Intervenors, Steven and Karen Golin are citizens of Florida and together own real property located at 240 West End Drive, #513, Punta Gorda, Florida 33950. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

92. Plaintiffs - Intervenors, Sergei and Natalia Golovkine are citizens of Florida and together own real property located at 17763 Lake Azure Way, Boca Raton, Florida 33496. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

93. Plaintiff - Intervenor, Peter Gorton is a citizen of Florida and owns real property located at 915 Regal Manor Way, Sun City Center, Florida 33573. Plaintiff is participating as a

19

class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

94. Plaintiff - Intervenor, Benjamin Greenberg is a citizen of Florida and owns real property located at 9717 Lago Drive, Boynton Beach, Florida 33472. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

95. Plaintiffs - Intervenors, Maria Guerro and Roberto Blanco are citizens of Florida and together own real property located at 12978 SW 133 Terrace, Miami, Florida 33186. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

96. Plaintiff - Intervenor, Dennis Helper is a citizen of Florida and owns real property located at 10560 Stephanie Way, #105, Port St. Lucie, Florida 34987. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

97. Plaintiff - Intervenor, Paul Hendricksen is a citizen of Florida and owns real property located at 10000 Cobblestone Creek Drive, Boynton Beach, Florida 33472. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

98. Plaintiff - Intervenor, James Herston is a citizen of Florida and owns real property located at 240 West End, #421, Punta Gorda, Florida 33950. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

99. Plaintiffs - Intervenors, Jerry and Sharon Hill are citizens of Florida and together own real property located at 194 Shadroe Cove Circle, Unit 601, Cape Coral, Florida 33991. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

100. Plaintiff - Intervenor, Thomas Humphreys is a citizen of Florida and owns real property located at 240 West End, Unit 1321 and Unit 1323, Punta Gorda, Florida 33950 and 241 West End Drive, Unit 1323, Punta Gorda, Florida 33950. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

101. Plaintiff - Intervenor, Steve Huszar is a citizen of Florida and owns real property located at 10838 S.W. Meeting Street, Port St. Lucie, Florida 34987. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

102. Plaintiff - Intervenor, Ana Maria Tascon, on behalf of ITSM Corp. is a citizen of Florida and owns real property located at 240 West End, Unit 711, Punta Gorda, Florida 33950. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

103. Plaintiff - Intervenor, Michael Jackson is a citizen of Florida and owns real property located at 707 SE 16th Court, Ft. Lauderdale, Florida 33316. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

104. Plaintiffs - Intervenors, Aisha and Geoffrey Johnson are citizens of Florida and

21

together own real property located at 190 SE 2nd Street, Deerfield Beach, Florida 33441. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

105. Plaintiff - Intervenor, Carlos Jorda is a citizen of Florida and owns real property located at 240 West End Drive, Unit 912, Punta Gorda, Florida 33950. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

106. Plaintiffs - Intervenors, Lillian and Herbert Karp are citizens of Florida and together own real property located at 1600 Renaissance Commons, Unit 2419, Boynton Beach, Florida 33437. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

107. Plaintiffs - Intervenors, John and Carol Katarsky are citizens of Florida and together own real property located at 240 West End Drive, #323, Punta Gorda, Florida 33950. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

108. Plaintiff - Intervenor, Peter Lampheele on behalf of LABO, LLC is a citizen of Florida and owns real property located at 900 E. Marion Avenue, #1303, Punta Gorda, Florida 33950. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

109. Plaintiff - Intervenor, Danielle Marie Lang is a citizen of Florida and owns real property located at 1339 Lyonshire Drive, Wesley Chapel, Florida 33543. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules

accompanying this complaint which are incorporated herein by reference.

110. Plaintiff - Intervenor, Lauderdale One Condo Association, Inc. owns real property located at 2401 NE 65th Street, Units 2-604; 2-606; 2-607; 2-608; 2-611; 2-612; 2-614; 2-616 and 2-617, Fort Lauderdale, Florida 33308. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

111. Plaintiffs - Intervenors, Mark and Wendy Lee are citizens of Florida and together own real property located at 240 West End Drive, #512, Punta Gorda, Florida 33950. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

112. Plaintiff - Intervenor, John Legendre is a citizen of Florida and owns real property located at 282 NW Broken Oak Trail, Jensen Beach, Florida 34957. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

113. Plaintiff - Intervenor, Horst Lehmann is a citizen of California and owns real property located at 10512 SW Sarah Way, Port St. Lucie, Florida 34981. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

114. Plaintiff - Intervenor, Aldo Leon is a citizen of Florida and owns real property located at 2655 Juniper Lane, Davie Florida, 33330. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

115. Plaintiffs - Intervenors, Maxwell and Joete Lloyd are citizens of Florida and together own real property located at 8248 N.W. 125 Lane, Parkland, Florida 33076. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

116. Plaintiff - Intervenor, Magdalena Gardens Condo Association owns real property located at 240 West End Avenue, Units 111; 211; 212; 221; 222; 311; 313; 321; 322; 323; 411; 412; 413; 511; 512; 513; 523; 622; 711; 712; 713; 721; 722; 723; 811; 812; 813; 822; 823; 911; 912; 913; 923; 1011; 1012; 1013; 1122; 1123; 1212; 1213; 1311; 1312; 1321; 1323; 1411; 1412; 1421; 1422; 1511; 1512 and 1522, Punta Gorda, Florida 33950. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

117. Plaintiff - Intervenor, Margaret Mariana is a citizen of Florida and owns real property located at 10560 SW Stephanie Way, 210 Port St. Lucie, Florida 34987. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

118. Plaintiffs - Intervenors, Richard and Judith Martin are citizens of Florida and together own real property located at 272 NW Broken Oak Trail, Jensen Beach, Florida 34957. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

119. Plaintiffs - Intervenors, Rachel Mas and Fred Bonilla are citizens of Florida and together own real property located at 304 Chaucer Avenue, Lehigh Acres, Florida 33936. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the

24

schedules accompanying this complaint which are incorporated herein by reference.

120. Plaintiff - Intervenor, Mario Massaro is a citizen of Florida and owns real property located at 240 West End Drive, #823, Punta Gorda, Florida 33950. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

121. Plaintiff - Intervenor, Argerie Matute is a citizen of Florida and owns real property located at 8884 SW 229 Street, Miami, Florida 33190. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

122. Plaintiffs - Intervenors, Ali and Ilka McKinney are citizens of Florida and together own real property located at 10806 SW Meeting Street, Port St. Lucie, Florida 34987. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

123. Plaintiffs - Intervenors, James and Fran McNealy are citizens of Florida and together own real property located at 8882 SW 229 Street, Cutler Bay, Florida 33190. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

124. Plaintiff - Intervenor, Pedro Medina is a citizen of Florida and owns real property located at 10440 SW Stephanie Way, Port St. Lucie, Florida 34987. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

125. Plaintiffs - Intervenors, George and Amy Metcalfe are citizens of Florida and

25

together own real property located at 106 NW Willow Grove Avenue, Port St. Lucie, Florida 34986. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

126. Plaintiffs - Intervenors, Jose and Adela Miranda are citizens of Florida and together own real property located at 8890 SW 229 Street, Miami, Florida 33190. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

127. Plaintiff - Intervenor, Robert Morton is a citizen of Florida and owns real property located at 900 E. Marion Avenue, #1301, Punta Gorda, Florida 33950. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

128. Plaintiff - Intervenor, Gene Mottolo is a citizen of Florida and owns real property located at 3608 101st Avenue E., Parrish, Florida 34219. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

129. Plaintiff - Intervenor, Odette Myers is a citizen of Florida and owns real property located at 17829 SW 54th Street, Miramar, Florida 33029. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

130. Plaintiffs - Intervenors, Jan Erik and Anette Nilsson are citizens of Florida and together own real property located at 2806 St. Barts Square, Vero Beach, Florida 32962. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the

26

schedules accompanying this complaint which are incorporated herein by reference.

131. Plaintiff - Intervenor, John C. Nowicki is a citizen of Florida and owns real property located at 2713 S.W. 18th Avenue, Cape Coral, Florida 33914. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

132. Plaintiff - Intervenor, Sieward Osicki is a citizen of Florida and owns real property located at 240 West End Drive, 523, Punta Gorda, Florida 33950. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

133. Plaintiffs - Intervenors, Steve and Angela Oyer are citizens of Florida and together own real property located at 900 E. Marion Avenue, #1402, Punta Gorda, Florida 33950. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

134. Plaintiff - Intervenor, Michelle Palazzalo is a citizen of Florida and owns real property located at 11528 Water Oak Place, Davie, Florida 33330. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

135. Plaintiffs - Intervenors, Trevor and Karen Patching are citizens of Florida and together own real property located at 8751 Thornbrook Terrace Point, Boynton Beach, Florida 33473. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

136. Plaintiff - Intervenor, Peace Harbor Condo Association owns real property located

at 900 E. Marion Avenue, Units 1201; 1203; 1301; 1302; 1303; 1401 and 1402, Punta Gorda, Florida 33950. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

137.  Plaintiff - Intervenor, Gustavo Perez is a citizen of Florida and owns real property located at 240 West End Drive, 1421, Punta Gorda, Florida 33950. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

138.  Plaintiff - Intervenor, Elaine Petrella is a citizen of Florida and owns real property located at 7534 Bristol Circle, Naples, Florida 34120. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

139.  Plaintiffs - Intervenors, Nelly Quezada and Gines Flaque are citizens of Florida and together own real property located at 11404 Laurel Brook Ct., Riverview, Florida 33569. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

140.  Plaintiff - Intervenor, Robert Redway is a citizen of Florida and owns real property located at 2521 Whitesand Lane, Clearwater, Florida 33763. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

141.  Plaintiff - Intervenor, Tamara Reels is a citizen of Florida and owns real property located at 3650 Oak Brook Lane, Eustis, Florida 32763. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

142. Plaintiffs - Intervenors, Brian and Linda Rezny are citizens of Florida and together own real property located at 214 Shadroe Cove Circle, #102, Cape Coral, Florida 33991. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

143. Plaintiffs - Intervenors, Kim and Bryson Royal are citizens of Florida and together own real property located at 13312 Little Gem Circle, Fort Myers, Florida 33913. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

144. Plaintiff - Intervenor, Paul Sanden is a citizen of Florida and owns real property located at 824 Boca Ciega Isle Drive, St. Petersburg Beach, Florida 33706. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

145. Plaintiff - Intervenor, Joseph Sanders is a citizen of Florida and owns real property located at 174 Shadroe Cove Circle, #1001, Cape Coral, Florida 33991. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

146. Plaintiffs - Intervenors, Thomas and Anne Santelle are citizens of Florida and together own real property located at 194 Shadroe Cove Circle, Unit 603, Cape Coral, Florida 33991. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

147. Plaintiffs - Intervenors, Robert and Phyllis Schoenfelder are citizens of Florida and

29

together own real property located at 2228 Sifield Greens Way, Sun City Center, Florida 33573. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

148. Plaintiffs - Intervenors, James and Karen Scott are citizens of Florida and together own real property located at 525 SW Akron Avenue, Stuart, Florida 34994. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

149. Plaintiffs - Intervenors, Irene Serrano and Kenneth Pouncey are citizens of Florida and together own real property located at 10360 Stephanie Way, #210, Port St. Lucie, Florida 34987. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

150. Plaintiffs - Intervenors, Ed St. Fort and Regine Barosy are citizens of Florida and together own real property located at 3006 Juniper Lane, Davie, Florida 33330. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

151. Plaintiff - Intervenor, Marjorie Tinney is a citizen of Florida and owns real property located at 171 S.E. 2nd Court, Deerfield Beach, Florida 33441. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

152. Plaintiff - Intervenor, Raquel Trillo is a citizen of Florida and owns real property located at 12421 SW 50 CT, Unit 303, Miramar, Florida 33027. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

153. Plaintiff - Intervenor, Lissett Trujillo is a citizen of Florida and owns real property located at 8049 W. 36 Avenue, #3, Hialeah, Florida 33018. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

154. Plaintiff - Intervenor, Johana Usaga is a citizen of Florida and owns real property located at 12986 S.W. 135 Street, Miami, Florida 33186. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

155. Plaintiff - Intervenor, Amada Vaca is a citizen of Florida and owns real property located at 1152 SW Kickaboo Road, Port St. Lucie, FL 34953. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

156. Plaintiffs - Intervenors, Connie and Dennis Vanasdale are citizens of Florida and together own real property located at 2373 S.W. Almansa Avenue, Port St. Lucie, Florida 34953. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

157. Plaintiffs - Intervenors, Robert and Karen Vancio are citizens of Florida and together own real property located at 4517 N.W. 34th Street, Cape Coral, Florida 33993. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

158. Plaintiffs - Intervenors, Melissa and William Walker are citizens of Florida and

31

together own real property located at 1536 Abyss Drive, Odessa, Florida 33556. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

159. Plaintiffs - Intervenors, Wanda and Rebecca Wegweiser are citizens of Florida and together own real property located at 1690 Renaissance Commons Apt. 1312, Boynton Beach, Florida 33426. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

160. Plaintiffs - Intervenors, Marshall and Cynthia White are citizens of Indiana and together own real property located at 190 Shadroe Cove, Unit 701, Cape Coral, Florida 33991. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

161. Plaintiff - Intervenor, Richard Whittington is a citizen of Florida and owns real property located at 900 E. Marion Avenue, #1203, Punta Gorda, Florida 33950. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

162. Plaintiffs - Intervenors, Robert H. and Juan Z Wiesman are citizens of Florida and together own real property located at 3508 41st Street SW, Lebigh Acres, Florida 33976. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

163. Plaintiff - Intervenor, Michael Wilson is a citizen of Florida and owns real property located at 513 SE 17th Place, Cape Coral, Florida 33990. Plaintiff is participating as a class

representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

164. Plaintiffs - Intervenors, George and Adria Worthington are citizens of Florida and together own real property located at 169 SE 2nd Court, Deerfield Beach, Florida 33441. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

165. Plaintiffs - Intervenors, Jorge and Cristinia Lozano are citizens of Florida and together own real property located at 81 N.W. 114 Passage, Doral, Florida 33178. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

166. Plaintiffs - Intervenors, Michael and Aimee Franklin are citizens of Florida and together own real property located at 315 Hummingbird Pt., Jupiter, Florida 33458. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

167. Plaintiffs - Intervenors, James and Debra Greenwald are citizens of Florida and together own real property located at 7120 Montauk Pt. Crossing, Bradenton, Florida 34212. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

168. Plaintiffs - Intervenors, Daniel and Janet Tibbetts are citizens of Florida and together own real property located at 7111 Montauk Pt. Crossing, Bradenton, Florida 34212. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

169. Plaintiff - Intervenor, Patricia Fontana is a citizen of Louisiana and owns real property located at 2509 Mumphrey Road, Chalmette, Louisiana 70043. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

170. Plaintiffs - Intervenors, Donna Malkki and Daniel Clough are citizens of Florida and together own real property located at 10400 SW Stephanie Way, Building 5, Unit 208, Port St. Lucie, Florida 34986. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

171. Plaintiff - Intervenor, Christy Moritz is a citizen of Louisiana and owns real property located at 3704 Gallo Drive, Chalmette, Louisiana 70043. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

172. Plaintiffs - Intervenors, Eddie and Rose Adams are citizens of Louisiana and together own real property located at 900 Union Avenue, Bogalusa, Louisiana 70427. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

173. Plaintiffs - Intervenors, Henry and Penny Alexander are citizens of Louisiana and together own real property located at 4968 Pauline Drive, New Orleans, Louisiana 70126. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

174. Plaintiffs - Intervenors, Terrell and Lionel Arroyo are citizens of Louisiana and

together own real property located at 73274 Penn Mill Road, Covington, Louisiana 70435.
Plaintiffs are participating as class representatives in the class and subclasses as set forth in the
schedules accompanying this complaint which are incorporated herein by reference.

175. Plaintiffs - Intervenors, Frank and Gralina Batiste are citizens of Louisiana and
together own real property located at 5632 6th Street, Violet, Louisiana 70092. Plaintiffs are
participating as class representatives in the class and subclasses as set forth in the schedules
accompanying this complaint which are incorporated herein by reference.

176. Plaintiffs - Intervenors, Scott and Jennifer Belsom are citizens of Louisiana and
together own real property located at 2912 Bradbury Drive, Meraux, Louisiana 70075. Plaintiffs
are participating as class representatives in the class and subclasses as set forth in the schedules
accompanying this complaint which are incorporated herein by reference.

177. Plaintiff - Intervenor, Terrence Ben is a citizen of Louisiana and owns real property
located at 5632 6th Street, Violet, Louisiana 70092. Plaintiff is participating as a class
representative in the class and subclasses as set forth in the schedules accompanying this
complaint which are incorporated herein by reference.

178. Plaintiff - Intervenor, Junius Bourg is a citizen of Louisiana and owns real property
located at 2031 Benjamin Street, Arabi, Louisiana 70032. Plaintiff is participating as a class
representative in the class and subclasses as set forth in the schedules accompanying this
complaint which are incorporated herein by reference.

179. Plaintiff - Intervenor, Gloria Boutte is a citizen of Louisiana and owns real property
located at 3537 Republic Street, New Orleans, Louisiana 70122. Plaintiff is participating as a
class representative in the class and subclasses as set forth in the schedules accompanying this

35

complaint which are incorporated herein by reference.

180. Plaintiff - Intervenor, Kim Dakin is a citizen of Louisiana and owns real property located at 3521 Lyndell, Chalmette, Louisiana 70043. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

181. Plaintiff - Intervenor, Vernon Davis is a citizen of Louisiana and owns real property located at 9719 West Rockton Circle, New Orleans, Louisiana 70127. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

182. Plaintiffs - Intervenors, Kelly and Christopher Deharde are citizens of Louisiana and together own real property located at 64211 Virginia Drive, Pearl River, Louisiana 70452. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

183. Plaintiff - Intervenor, Brent Desselle is a citizen of Louisiana and owns real property located at 2917 Monica Lane, Marrero, Louisiana 70072. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

184. Plaintiffs - Intervenors, Ronnie and Linda Dillard are citizens of Georgia and together own real property located at 2159 White Road, Canton, Georgia 30114. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

185. Plaintiffs - Intervenors, Craig and Lesa Domingue are citizens of Louisiana and

36

together own real property located at 205 Thistledown Court, Pearl River, Louisiana 70452. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

186.  Plaintiffs - Intervenors, Jill Donaldson and Jared Oertling are citizens of Louisiana and together own real property located at 18 Log Cabin Lane, Pearl River, Louisiana 70452. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

187.  Plaintiffs - Intervenors, Jay and Vanessa Dunlap are citizens of Louisiana and together own real property located at 12407 Fawnwood, Walker, Louisiana 70785. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

188.  Plaintiff - Intervenor, Ronald Evans is a citizen of Louisiana and owns real property located at 9235 Olive Street, New Orleans, Louisiana 70118. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

189.  Plaintiffs - Intervenors, Gregg and Beunker Glasper are citizens of Louisiana and together own real property located at 7514 Dominique Place, New Orleans, Louisiana 70129. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

190.  Plaintiff - Intervenor, Mary Green is a citizen of Louisiana and owns real property located at 1632 Pauline Street, New Orleans, Louisiana 70117. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

191. Plaintiff - Intervenor, Thomas Griffin is a citizen of Louisiana and owns real property located at 14042 Mark Street, Gonzales, Louisiana 70737. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

192. Plaintiffs - Intervenors, David and Cheryl Gross are citizens of Louisiana and together own real property located at 400 Hay Place, New Orleans, Louisiana 70124. Plaintiffs are class representatives in the *Gross* complaint and are intervening by way of this pleading in order to assert claims against the non-manufacturing defendants in the chain of distribution for the defective drywall installed in their home. Plaintiffs are participating as class representatives in the intervention complaint for the subclasses set forth in the schedules accompanying this complaint which are incorporated herein by reference.

193. Plaintiff - Intervenor, Mary Haindel is a citizen of Louisiana and owns real property located at 1224 Magnolia Alley, Mandeville, Louisiana 70471. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

194. Plaintiffs - Intervenors, Nathaniel and Darlene Hall are citizens of Louisiana and together own real property located at 421 Kennedy Street, Ama, Louisiana 70031. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

195. Plaintiff - Intervenor, Rhett Hamilton is a citizen of Louisiana and owns real property located at 6960 Virgilian Street, New Orleans, Louisiana 70126. Plaintiff is

participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

196. Plaintiff - Intervenor, Gloria Hayes is a citizen of Louisiana and owns real property located at 7022 Bundy Road, New Orleans, Louisiana 70127. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

197. Plaintiffs - Intervenors, Raymond and Elizabeth Hickey are citizens of Louisiana and together own real property located at 243 Carriage Pines Lane, Covington, Louisiana 70435. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

198. Plaintiff - Intervenor, Leon Indovina is a citizen of Louisiana and owns real property located at 8721 Livington Avenue, Chalmette, Louisiana 70043. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

199. Plaintiff - Intervenor, Long Mai is a citizen of Louisiana and owns real property located at 4900 Wright Road, New Orleans, Louisiana 70128. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

200. Plaintiffs - Intervenors, Kim Mai and David Nguyen are citizens of Louisiana and together own real property located at 4921 Friar Tuck Drive, New Orleans, Louisiana 70128. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

39

201. Plaintiffs - Intervenors, Bobby and Gina Mays are citizens of Louisiana and together own real property located at 540 South Kennar Avenue, Waggaman, Louisiana 70094. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

202. Plaintiffs - Intervenors, Kionne and Terral McKinnies are citizens of Louisiana and together own real property located at 2612 Sand Bar lane, Marrero, Louisiana 70072. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

203. Plaintiff - Intervenor, Jo Ann Miller is a citizen of Louisiana and owns real property located at 1707 New Orleans Street, New Orleans, Louisiana 70116. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

204. Plaintiffs - Intervenors, James and Kelsey Mitchell are citizens of Louisiana and together own real property located at 1214 Magnolia Alley, Mandeville, Louisiana 70471. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

205. Plaintiff - Intervenor, Leon Moore is a citizen of Louisiana and owns real property located at 6945 Virgilian Street, New Orleans, Louisiana 70126. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

206. Plaintiff - Intervenor, Rudolph Morel is a citizen of Louisiana and owns real property located at 1236 Alvar Street, New Orleans, Louisiana 70124. Plaintiff is participating

40

as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

207.  Plaintiff - Intervenor, Gwendolyn Pasos is a citizen of Louisiana and owns real property located at 5 Rutgers Place, Kenner, Louisiana 70065.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

208.  Plaintiffs - Intervenors, Brenda and Ignatius Riggio are citizens of Louisiana and together own real property located at 636 Huseman Lane, Covington, Louisiana 70435.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

209.  Plaintiffs - Intervenors, Jerome and Ellen Robinson are citizens of Louisiana and together own real property located at 2609 Sand Bar Lane, Marrero, Louisiana 70072.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

210.  Plaintiff - Intervenor, Linda Roland is a citizen of Louisiana and owns real property located at 4308 Jeanne Marie Place, New Orleans, Louisiana 70122.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

211.  Plaintiff - Intervenor, Shirley Rushing is a citizen of Louisiana and owns real property located at 4727 Eunice Drive, New Orleans, Louisiana 70127.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

212. Plaintiffs - Intervenors, Felician and John Saunders are citizens of Louisiana and together own real property located at 4701 Page Drive, Metairie, Louisiana 70003. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

213. Plaintiffs - Intervenors, Sandra and James Simmons are citizens of Louisiana and together own real property located at 240 Latigue Road, Waggaman, Louisiana 70094. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

214. Plaintiffs - Intervenors, Melinda and Andre Simmons are citizens of Louisiana and together own real property located at 2700 Holiday Drive, New Orleans, Louisiana 70131. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

215. Plaintiffs - Intervenors, Dana and Marcus Staub are citizens of Louisiana and together own real property located at 1208 Magnolia Alley, Mandeville, Louisiana 70471. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

216. Plaintiff - Intervenor, Urseleen Stephens is a citizen of Louisiana and owns real property located at 5161 Salinger Drive, Darrow, Louisiana 70725. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

217. Plaintiffs - Intervenors, Thomas and Lauren Stone are citizens of Louisiana and together own real property located at 2316 Gallant, Chalmette, Louisiana 70043. Plaintiffs are

42

participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

218. Plaintiffs - Intervenors, Michael and Kristina Stout are citizens of Louisiana and together own real property located at 2308 Legend Drive, Meraux, Louisiana 70075. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

219. Plaintiffs - Intervenors, Martin and Doris Tatum are citizens of Louisiana and together own real property located at 3808 Alexander Lane, Marrero, Louisiana 70072. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

220. Plaintiffs - Intervenors, Jessie Vu and Kristy Mai are citizens of Louisiana and together own real property located at 11342 Pressburg Street, New Orleans, Louisiana 70128. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

221. Plaintiff - Intervenor, Kate Williams is a citizen of Louisiana and owns real property located at 4548 Ray Avenue, New Orleans, Louisiana 70126. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

222. Plaintiffs - Intervenors, Shelby and Arnelle Williams are citizens of Louisiana and together own real property located at 3844 Alexander Lane, Marrero, Louisiana 70072. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

223. Plaintiff - Intervenor, Robert Wischler is a citizen of Louisiana and owns real property located at 3387 Desaix Boulevard, New Orleans, Louisiana 70119. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

224. Plaintiff - Intervenor, Irvin Young is a citizen of Louisiana and owns real property located at 2224 Delary Street, New Orleans, Louisiana 70117. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

225. Plaintiff - Intervenor, Melissa Young is a citizen of Louisiana and owns real property located at 2909 Monica Lane, Marrero, LA 70072. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

226. Plaintiffs - Intervenors, Anna Bertholette and Leslie Lund are citizens of Louisiana and together own real property located at 4412 Olive Drive, Meraux, Louisiana 70075. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

227. Plaintiffs - Intervenors, Susan and Glenn Triche are citizens of Louisiana and together own real property located at 3605 Decomine Drive, Chalmette, Louisiana 70043. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

228. Plaintiff - Intervenor, Harrison Baptiste is a citizen of Louisiana and owns real property located at 10831 Harrow Road, New Orleans, Louisiana 70127. Plaintiff is participating

as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

229. Plaintiff - Intervenor, Alean Lampton is a citizen of Mississippi and owns real property located at 1518 Martin Luther King Drive, Tylertown, Mississippi 39667. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

230. Plaintiff - Intervenor, Wanda Lewis is a citizen of Louisiana and owns real property located at 4221 Van Avenue, New Orleans, Louisiana 70122. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

231. Plaintiff - Intervenor, Celeste Thomas is a citizen of Louisiana and owns real property located at 5018 Frenchman Street, New Orleans, Louisiana 70122. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

232. Plaintiff - Intervenor, Sheila Guidry is a citizen of Louisiana and owns real property located at 11111 S. Idlewood Ct., New Orleans, Louisiana 70128. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

233. Plaintiff - Intervenor, Rosalie Ambrose is a citizen of Louisiana and owns real property located at 7631 Scottwood, New Orleans, Louisiana 70128. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

45

234. Plaintiff - Intervenor, Peggy Tromatore is a citizen of Louisiana and owns real property located at 1221 Bayou Road, Violet, Louisiana 70092. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

235. Plaintiff - Intervenor, Charlene Marrero is a citizen of Louisiana and owns real property located at 11252 King Richard Drive, New Orleans, Louisiana 70128. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

236. Plaintiffs - Intervenors, Regine and John Barlow are citizens of Louisiana and together own real property located at 2644 Pelican Bay Blvd., Marrero, Louisiana 70072. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

237. Plaintiffs - Intervenors, James and Rosalie Webster, are citizens of Florida and together own real property located at 1100 Driftwood Drive, Vero Beach, Florida 32967. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

238. Plaintiff - Intervenor, Billy Biglane is a citizen of Mississippi and owns real property located at 151 Aimee Road, Ferriday, Louisiana 71334. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

239. Plaintiff - Intervenor, Brian Bishop is a citizen of Mississippi and owns real property located at 60 Oak Lane, Waynesboro, Mississippi 39367. Plaintiff is participating as a

class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

240. Plaintiff - Intervenor, Betty Gregory is a citizen of Mississippi and owns real property located at 269 Kelly Street, Pontotoc, Mississippi 38863. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

241. Plaintiff - Intervenor, Gabriel Hatten is a citizen of Mississippi and owns real property located at 1663 Monroe Road, Hattiesburg, Mississippi 39401. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

242. Plaintiff - Intervenor, Adam Hudson is a citizen of Mississippi and owns real property located at 1818 Perdido Blvd., Gautier, Mississippi 39553. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

243. Plaintiff - Intervenor, Christie Lopez is a citizen of Mississippi and owns real property located at 92 Oak Lane, Waynesboro, Mississippi 39367. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

244. Plaintiff - Intervenor, Don Noldge is a citizen of Oregon and owns real property located at 2046 Beach Blvd., Biloxi, Mississippi 39531. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

245. Plaintiff - Intervenor, Virgil Reese is a citizen of Mississippi and owns real property located at 4419 Walter Street, Moss Point, Mississippi 39563. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

246. Plaintiff - Intervenor, Robert Somerhalder is a citizen of Mississippi and owns real property located at 218 Surf Street, Waveland, Mississippi 39576. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

247. Plaintiffs - Intervenors, Ron and Hazel Tracy are citizens of Mississippi and together own real property located at 402 Waveland Avenue, Waveland, Mississippi 39576. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

248. Plaintiffs - Intervenors, Don Boutte and Michael Robinson are citizens of Louisiana and together own real property located at 11051 Shoreline Drive, Baton Rouge, Louisiana 70809. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

249. Plaintiffs - Intervenors, William and Thadius Billy are citizens of Louisiana and together own real property located at 9900 Grant Street, New Orleans, Louisiana 70127. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

250. Plaintiff - Intervenor, Mary Ann Catalanotto is a citizen of Louisiana and owns real property located at 743 Louque Street, New Orleans, Louisiana 70124. Plaintiff is participating

as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

251.  Plaintiffs - Intervenors, Frances, Joseph, and George Barisich and Ann Marie Barisich Sever are citizens of Louisiana and together own real property located at 408 Livingston Avenue, Arabi, Louisiana 70032. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

252.  Plaintiff - Intervenor, Zelda Gillan is a citizen of Louisiana and owns real property located at 528 ½ 9th Street, Gretna Louisiana 70053. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

253.  Plaintiffs - Intervenors, Allie and Jeanie Jones are citizens of Louisiana and together own real property located at 212 16th Street, New Orleans, Louisiana 70124. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

254.  Plaintiffs - Intervenors, Daniel (III) and Elizabeth Lund are citizens of Louisiana and together own real property located at 5829 Silvia Drive, New Orleans, Louisiana 70124. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

255.  Plaintiff - Intervenor, Kim Martinez is a citizen of Louisiana and owns real property located at 4843 Evangeline Drive, New Orleans, Louisiana 70127. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

49

complaint which are incorporated herein by reference.

    256. Plaintiff - Intervenor, Cathy Mai Thi Nguyen is a citizen of Louisiana and owns real property located at 3009 Acorn Drive, Violet, Louisiana 70092. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

    257. Plaintiffs - Intervenors, Eric and Tracey Romain are citizens of Louisiana and together own real property located at 2350 Lyndel Drive, Chalmette, Louisiana 70043. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

    258. Plaintiff - Intervenor, Debra Peoples is a citizen of Georgia and owns real property located at 1350 Park Brooke Circle, Marietta, Georgia 30008. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

    259. Plaintiff - Intervenor, Rickey Ryckman is a citizen of Louisiana and owns real property located at 4820 Janice Avenue, Kenner, Louisiana 70065. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

    260. Plaintiff - Intervenor, Louis Valez is a citizen of Louisiana and owns real property located at 5427 Paris Avenue, New Orleans, Louisiana 70122. Plaintiff is a class representatives in the *Gross* complaint and is intervening by way of this pleading in order to assert claims against the non-manufacturing defendants in the chain of distribution for the defective drywall installed in his home. Plaintiff is participating as a class representative in the intervention complaint for

the subclasses set forth in the schedules accompanying this complaint which are incorporated herein by reference.

261.  Plaintiff - Intervenor, Tydell Nealy Whitfield is a citizen of Louisiana and owns real property located at 5848 Louis Prima Drive, West, New Orleans, Louisiana 70128.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

262.  Plaintiff - Intervenor, Michelle Rogers is a citizen of Louisiana and owns real property located at 8313 Creole Drive, Chalmette, Louisiana 70043.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

263.  Plaintiff - Intervenor, Carla Pritchett is a citizen of Washington and owns real property located at 5814 Willow Street, New Orleans, Louisiana 70115.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

264.  Plaintiffs - Intervenors, Bertoule and Joan Cheramie are citizens of Louisiana and together own real property located at 266 Carriage Pines, Covington, Louisiana 70435.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

265.  Plaintiffs - Intervenors, Gloria and George Anderton are citizens of Florida  and together own real property located at 6227 SW 152 Street, Palmetto Bay, Florida 33157.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

51

266. Plaintiff - Intervenor, Arlene Brennan is a citizen of Florida and owns real property located at 7 NW 13 Place, Cape Coral, Florida 33993. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

267. Plaintiffs - Intervenors, Clarence and Sheri Busbee, Jr. are citizens of Florida and together own real property located at 3031 Lake Manatee Court, Cape Coral, Florida 33909. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

268. Plaintiff - Intervenor, Megan Connolly is a citizen of Florida and owns real property located at 1976 NW 79 Terrace, Pembroke Pines, Florida 33024. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

269. Plaintiff - Intervenor, Evelyn Dubocq de Vicente is a citizen of Florida and owns real property located at 8049 NW 108 Pl., Doral, Florida 33178. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

270. Plaintiff - Intervenor, Nancy A. Farley is a citizen of Florida and owns real property located at 551 NE 61 Terrace, Ocala, Florida 33470. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

271. Plaintiff - Intervenor, Haydee Ferrer is a citizen of Florida and owns real property located at 10845 NW 79 Street, Miami, Florida 33178. Plaintiff is participating as a class

representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

272. Plaintiff - Intervenor, Gina Gaita is a citizen of New Jersey and owns real property located at 10480 SW Stephanie Way, Unit #3-202, Port St. Lucie, Florida 34986. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

273. Plaintiffs - Intervenors, Nerio and Hedy M. Garcia and Clara Mazzarri are citizens of Florida and together own real property located at 10591 SW Sara Way, Port St. Lucie, Florida 34987. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

274. Plaintiffs - Intervenors, Nicholas Gimpel and Cathy O'Brien are citizens of Florida and together own real property located at 12561 Oak Bend Drive, Ft. Myers, Florida 33905. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

275. Plaintiffs - Intervenors, Franklin and Veronica Godwin are citizens of Michigan and together own real property located at 10440 Stephanie Way, #205, Port St. Lucie, Florida 34987. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

276. Plaintiff - Intervenor, Susan Grueninger is a citizen of Florida and owns real property located at 606 San Antonio Avenue, Coral Gables, Florida 33146. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

277. Plaintiff - Intervenor, Howard Monika is a citizen of Georgia and owns real property located at 4109 Brynwood Drive, Naples, Florida 34119. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

278. Plaintiff - Intervenor, Deborah A. Hueston is a citizen of Rhode Island and owns real property located at 10320 SW Stephanie Way, Unit #211, Bldg. 7, Port St. Lucie, Florida 34987. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

279. Plaintiff - Intervenor, Andrea Jensen is a citizen of Florida and owns real property located at 24713 Laurel Ridge Drive, Lutz, Florida 33559. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

280. Plaintiff - Intervenor, Barry Labell is a citizen of Florida and owns real property located at 10560 SW Stephanie Way, Unit 206, Port St. Lucie, Florida 34987. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

281. Plaintiff - Intervenor, Noe A. Machado Bohorques is a citizen of Florida and owns real property located at 10837 NW 79 Street, Miami, Florida 33185. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

282. Plaintiff - Intervenor, Samuel Montalvo, Jr. is a citizen of Florida and owns real property located at 1133 Nelson Road North, Cape Coral, Florida 33993. Plaintiff is

participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

283.  Plaintiff - Intervenor, Alvaro Nunez is a citizen of Florida and owns real property located at 10833 NW 79 St., Doral, Florida 33178.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

284.  Plaintiff - Intervenor, Doug Nuss is a citizen of Florida and owns real property located at 20044 Larino Loop, Estero, Florida 33928.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

285.  Plaintiff - Intervenor, Anna R. Pelligra is a citizen of Florida and owns real property located at 1922 SW 22 Ct., Homestead, Florida 33035.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

286.  Plaintiff - Intervenor, Jose J. Pereira Dos Ramos is a citizen of Florida and owns real property located at 10841 NW 79 Street, Doral, Florida 33178.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

287.  Plaintiff - Intervenor, Mike Perez is a citizen of Florida and owns real property located at 10829 NW 79 Street, Doral, Florida 33178.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

288. Plaintiff - Intervenor, Promenade at Tradition Community Association, Inc. owns real property located at 10560 SW Stephanie Way, Units 101; 102; 104; 105; 106; 201; 202; 203; 204; 205; 206; 207; 208; 209 210; 211 and 212, Port St. Lucie, Florida 34987; 10520 SW Stephanie Way, Unit 212, Port St. Lucie, Florida 34987; 10480 SW Stephanie Way, Units 101; 102; 103; 104; 201; 202; 203; 204; 205; 206; 207 and 208, Port St. Lucie, Florida 34987; 10440 SW Stephanie Way, Units 101; 102; 103; 104; 105; 106; 201; 202; 203; 204; 205; 206; 207; 208; 209; 210; 211 and 212, Port St. Lucie, Florida 34987 and 10360 SW Stephanie Way, Units 101; 102; 103; 104; 105; 201; 202; 204; 206; 207; 208; 209; 210; 211 and 212, Port St. Lucie, Florida 34987. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

289. Plaintiff - Intervenor, Peter Rodriguez is a citizen of Florida and owns real property located at 12301 SW 221 St., Homestead, Florida 33170. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

290. Plaintiff - Intervenor, Real Property Resolutions Group, LLC owns real property located at 10560 SW Stephanie Way, Units, 1-102; 1-106; 1-201; 1-211 and 1-212, Port St. Lucie, Florida 34987; 10440 SW Stephanie Way, Units 4-104 and 4-204, Port St. Lucie, Florida 34987 and 10360 Unit 6-208, Port St. Lucie, Florida 34987. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

291. Plaintiff - Intervenor, The Schaper Family Trust owns real property located at 8314 Sumner Avenue, Fort Myers, Florida 33908. Plaintiff is participating as a class representative in

the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

292. Plaintiffs - Intervenors, Jore and Juana Valdez are citizens of Florida and together own real property located at 1962 SE 22 Ct. Homestead, Florida 30035. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

293. Plaintiffs - Intervenors, Angel and Maria de Villalobos are citizens of Florida and together own real property located at 10849 NW 79 Street, Doral, Florida 33178. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

294. Plaintiff - Intervenor, Christine Von dem Bach is a citizen of Florida and owns real property located at 6302 Shield Drive, Cresview, Florida 32539. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

295. Plaintiffs - Intervenors, Marc and Jennifer Wites are citizens of Florida and together own real property located at 17625 Middlebrook Way, Boca Raton, Florida 33496. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

296. Plaintiff - Intervenor, Carroll Lamarque, Jr. is a citizen of Louisiana and owns real property located at 708 Magistrate Street, Chalmette, Louisiana 70043. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

297. Plaintiff - Intervenor, Lana Alonzo is a citizen of Louisiana and owns real property located at 3205 Maureen Lane, Meraux, Louisiana 70075. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

298. Plaintiffs - Intervenors, Judy and Barry Desmore are citizens of Louisiana and together own real property located at 115 Celestine, Chalmette, Louisiana 70043. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

299. Plaintiff - Intervenor, Elliott Everard is a citizen of Louisiana and owns real property located at 3000 N. Palm Drive, Slidell, Louisiana 70458. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

300. Plaintiff - Intervenor, Lorena Hartenstein is a citizen of Louisiana and owns real property located at 2519 Tournefort Street, Chalmette, Louisiana 70043. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

301. Plaintiffs - Intervenors, Robert and Denise Martin are citizens of Louisiana and together own real property located at 8906 Fox Gate Drive, Baton Rouge, Louisiana 70816. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

302. Plaintiff - Intervenor, Scott Prescott is a citizen of Florida and owns real property located at 7816 104 Court, Vero Beach, Florida 32967. Plaintiff is participating as a class

representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

303. Plaintiff - Intervenor, Sudheer Shirali is a citizen of Ohio and owns real property located at 6878 Long Leaf, Parkland, Florida 33076. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

304. Plaintiff - Intervenor, Dean Barnett on behalf of Wilbar Investments, LLC owns real property located at 9420 Eden Manor, Parkland Florida 33076. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

305. Plaintiffs - Intervenors, Leonard and Cheryla Caruso are citizens of Florida and together own real property located at 334 Mestre Place, N. Venice, Florida 34275. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

306. Plaintiffs - Intervenors, Kennety and Lynn Levy are citizens of Florida and together own real property located at 7390 Wisteria Avenue, Parkland, Florida 33076. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

307. Plaintiffs - Intervenors, Michael and Enny Cannestro are citizens of Florida and together own real property located at 17893 71st Lane North, Loxahatche, Florida 33470. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

308. Plaintiffs - Intervenors, Roger and Joanne Hogan are citizens of Florida and together own real property located at 2756 E. Marcia Street, Inverness, Florida 34453. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

309. Plaintiffs - Intervenors, Gerald and Karen Lahn are citizens of Florida and together own real property located at 233 Mestre Place, North Venice, Florida 34275. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

310. Plaintiff - Intervenor, Adi Maya is a citizen of Florida and owns real property located at 12337 NW 69 Court, Parkland, Florida 33076. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

311. Plaintiff - Intervenor, Charles Greenblott is a citizen of Florida and owns real property located at 2021 Sifield Greens Way, Sun City Center, Florida 33573. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

312. Plaintiff - Intervenor, Thomas Gillespie is a citizen of Florida and owns real property located at 1035 Fish Hook Cove, Bradenton, Florida 34212. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

313. Plaintiff - Intervenor, Lilia Villarama is a citizen of Florida and owns real property located at 202 Medici Terrace, North Venice, Florida 36367. Plaintiff is participating as a class

representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

314. Plaintiff - Intervenor, Chris Rutherford is a citizen of Florida and owns real property located at 213 Martellago Avenue, North Venice, Florida 36367. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

315. Plaintiff - Intervenor, Susan Auger is a citizen of Florida and owns real property located at 507 Rimini Vista Way, Sun City Center, Florida 33573. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

316. Plaintiff - Intervenor, Alan Miller is a citizen of Florida and owns real property located at 983 Fish Hook Cove, Bradenton, Florida 34212. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

317. Plaintiff - Intervenor, James Norton is a citizen of Florida and owns real property located at 9451 Portside Terrace, Bradenton, Florida 34212. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

318. Plaintiffs - Intervenors, Robert and Suzanne Sisk are citizens of Florida and together own real property located at 521 Rimini Vista Way, Sun City Center, Florida 33573. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

319. Plaintiff - Intervenor, Angelo DePompa is a citizen of Florida and owns real property located at 608 SW 147 Avenue, Pembroke Pines, Florida 33027. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

320. Plaintiff - Intervenor, John King is a citizen of Florida and owns real property located at 14848 97th Road North, West Palm Beach, Florida 33412. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

321. Plaintiffs - Intervenors, Allen and Anissa Fordham are citizens of Florida and together own real property located at 925 SW 146 Terrace, Pembroke Pines, Florida 33025. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

322. Plaintiffs - Intervenors, Martin and Nancy Goodstein are citizens of Florida and together own real property located at 2049 Sifield Greens Way, Sun City Center, Florida 33573. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

323. Plaintiffs - Intervenors, Richard and Marion James are citizens of Florida and together own real property located at 804 King Leon Way, Sun City, Florida 33573. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

324. Plaintiff - Intervenor, Amparo Acosta is a citizen of Florida and owns real property located at 9596 Cobblestone Creek Drive, Boynton Beach, Florida 33472. Plaintiff is

62

participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

325. Plaintiffs - Intervenors, Lee and Maureen Arnold are citizens of Florida and together own real property located at 1045 Fish Hook Cove, Bradenton, Florida 34212. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

326. Plaintiffs - Intervenors, Robert and Anne Bailey are citizens of Florida and together own real property located at 1433 Emerald Dunes Drive, Sun City Center, Florida 33573. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

327. Plaintiff - Intervenor, Hopeton Briscoe is a citizen of Florida and owns real property located at 8186 Emerald Place, Parkland, Florida 33076. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

328. Plaintiff - Intervenor, Jack Carter, Jr. is a citizen of Florida and owns real property located at 318 Ciprani Way, North Venice, Florida 34275. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

329. Plaintiffs - Intervenors, Ray Chladny and Debbie Stafford are citizens of Florida and together own real property located at 691 SW Estate Avenue, Port St. Lucie, Florida 34952. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

330. Plaintiff - Intervenor, Jerry Cianfrini is a citizen of Florida and owns real property located at 9608 Kenley Court, Parkland, Florida 33076. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

331. Plaintiff - Intervenor, Pamela Delpapa is a citizen of Florida and owns real property located at 98 Stoney Drive, Palm Beach Gardens, Florida 33410. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

332. Plaintiff - Intervenor, Fifteen B's LC, a Florida Corporation owns real property located at 9584 Ginger Court, Parkland, Florida 33076. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

333. Plaintiffs - Intervenors, Domenic and Darlene Gesualdo are citizens of Florida and together own real property located at 3232 N.E. 4th Street, Pompano Beach, Florida 33062. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

334. Plaintiffs - Intervenors, Douglas Gottung and Dolores Florio are citizens of Florida and together own real property located at 10360 SW Stephanie Way, Unit #204, Port St. Lucie, Florida 34987. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

335. Plaintiff - Intervenor, Beatriz Grajales is a citizen of Florida and owns real property

located at 17894 Monte Vista Drive, Boca Raton, Florida 33497. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

336. Plaintiffs - Intervenors, Paul and Melody Ksal are citizens of Florida and together own real property located at 828 King Leon Way, Sun City Center, Florida 33573. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

337. Plaintiffs - Intervenors, Terrance and Sandra McCarty are citizens of Florida and together own real property located at 531 Rimini Vista Way, Sun City Center, Florida 33573. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

338. Plaintiff - Intervenor, Dave Neste is a citizen of Florida and owns real property located at 6474 NW Volucia Drive, Port St. Lucie, Florida 34986. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

339. Plaintiff - Intervenor, Paul Onori is a citizen of Florida and owns real property located at 1561 SW Chari Avenue, Port St. Lucie, Florida 34953. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

340. Plaintiff - Intervenor, Sonia Orjuela is a citizen of Florida and owns real property located at 14726 SW 6 Street Building 41, Unit 4101, Pembroke Pines, Florida 33027. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules

accompanying this complaint which are incorporated herein by reference.

341. Plaintiffs - Intervenors, Gary and Nicole Patterson are citizens of Florida and together own real property located at 3096 Juniper Lane, Davie, Florida 33330. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

342. Plaintiffs - Intervenors, Calman and Charleen Pruscha Living Trust are citizens of Florida and together own real property located at 1419 Emerald Dunes Drive, Sun City Center, Florida, 33573. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

343. Plaintiff - Intervenor, Joseph Raio is a citizen of Florida and owns real property located at 3216 NE 4th Street, Pompano Beach, Florida 33062. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

344. Plaintiff - Intervenor, Carlos Ravelo is a citizen of Florida and owns real property located at 705 SW 147 Avenue, Pembroke Pines, Florida 33027. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

345. Plaintiff - Intervenor, Michael Rose is a citizen of Florida and owns real property located at 185 Medici Terrace, North Venice, Florida 34275. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

66

346. Plaintiff - Intervenor, Portsmith Condo Association owns real property located at 2020 Clubhouse Drive, Sun City Center, Florida 33573. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

347. Plaintiff - Intervenor, Russell Foti, on behalf of Acadia II Condo, owns real property located at 1906 Clubhouse Drive, Sun City Center, Florida 33573. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

348. Plaintiff - Intervenor, James Enyart, on behalf of Toscana II at Renaissance, Inc. owns real property located at 409 E. College Avenue, Ruskin, Florida 33570. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

349. Plaintiffs - Intervenors, Edgar and Rita Alford are citizens of Florida and together own real property located at 2104 Sifield Greens Way, Sun City Center, Florida 33573. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

350. Plaintiff - Intervenor, William Anderson is a citizen of Florida and owns real property located at 353 Treeline Trace, Port St. Lucie, Florida 34983. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

351. Plaintiff - Intervenor, Leo Battista is a citizen of Florida and owns real property located at 9001 Sunrise Lakes Blvd. 311, Sunrise, Florida 33322. Plaintiff is participating as a

class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

352. Plaintiff - Intervenor, Paul Benesch is a citizen of Florida and owns real property located at 1927 Sifield Greens Way, Sun City Center, Florida 33573. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

353. Plaintiffs - Intervenors, Douglas and Elizabeth Black are citizens of Florida and together own real property located at 833 King Leon Way, Sun City Center, Florida 33573. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

354. Plaintiff - Intervenor, Theresa Bo is a citizen of Florida and owns real property located at 1209 Peterborough Circle, Sun City Center, Florida 33573. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

355. Plaintiffs - Intervenors, Praksah R. and Rupa Bontu are citizens of Florida and together own real property located at 809 King Leon Way, Sun City Center, Florida 33573. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

356. Plaintiffs - Intervenors, James and Janie Burt are citizens of Florida and together own real property located at 2035 Sifield Greens Way, Sun City Center, Florida 33573. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

357. Plaintiff - Intervenor, Theodore Cintula is a citizen of Florida and owns real property located at 2212 Sifield Greens Way, Sun City Center, Florida 33573. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

358. Plaintiffs - Intervenors, John and Pamela D'Ambrosio are citizens of Florida and together own real property located at 338 Mestre Place, North Venice, Florida 34275. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

359. Plaintiff - Intervenor, Shabbir Dharamsey is a citizen of Florida and owns real property located at 6840 Long Leaf Drive, Parkland, Florida 33067 and 6830 Long Leaf Drive, Parkland, Florida 33076. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

360. Plaintiff - Intervenor, Cecile Edwards is a citizen of Florida and owns real property located at 1006 Bristol Greens Court, Sun City Center, Florida 33573. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

361. Plaintiffs - Intervenors, David and Catherine Frank are citizens of Florida and together own real property located at 826 King Leon Way, Sun City Center, Florida 33573. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

362. Plaintiffs - Intervenors, Peter and Tracy Gaynor are citizens of Florida and together

own real property located at 6860 Long Leaf Drive, Parkland, Florida 33076. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

363. Plaintiff - Intervenor, Peter V. Gobos is a citizen of Florida and owns real property located at 9607 Exbury Court, Parkland, Florida 33076. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

364. Plaintiff - Intervenor, Wilbar Investments, LLC, a Florida Corporation owns real property located at 9420 Eden Manor, Parkland, Florida 33076. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

365. Plaintiffs - Intervenors, John Goldblum and Asmita Shirali are citizens of Florida and together own real property located at 9707 Cinnamon Court, Parkland, Florida 33076. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

366. Plaintiffs - Intervenors, James and Barbara Heller are citizens of Florida and together own real property located at 839 King Leon Way, Sun City Center, Florida 33573. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

367. Plaintiffs - Intervenors, Ken Herbert and Margo Foglia are citizens of Florida and together own real property located at 822 King Leon Way, Sun City Center, Florida 33573. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the

70

schedules accompanying this complaint which are incorporated herein by reference.

368. Plaintiffs - Intervenors, Ronald and Florence Iannazzi are citizens of Florida and together own real property located at 813 King Leon Way, Sun City Center, Florida 33573. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

369. Plaintiffs - Intervenors, Roosevelt Jones and Barbara Green are citizens of Florida and together own real property located at 1420 Emerald Dunes Drive, Sun City Center, Florida. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

370. Plaintiffs - Intervenors, Julio and Carmen LaSalle are citizens of Florida and together own real property located at 14704 SW 5 Street, Pembroke Pines, Florida 33027. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

371. Plaintiff - Intervenor, Eloise Lewis is a citizen of Florida and owns real property located at 817 King Leon Way, Sun City Center, Florida 33573. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

372. Plaintiff - Intervenor, Mauricio Reyes Henao, on behalf of Lumare Properties, owns real property located at 3301 NE 183rd Street, Unit 2005, Aventura, Florida 33160. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

373. Plaintiffs - Intervenors, Robert and Lorraine Mancuso are citizens of Florida and

71

together own real property located at 812 King Leon Way, Sun City Center, Florida 33573. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

374. Plaintiff - Intervenor, Katherine Marcario is a citizen of Florida and owns real property located at 1008 Bristol Greens Court, Sun City Center, Florida 33573. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

375. Plaintiffs - Intervenors, Balraj and Pushpa Nijhawan c/o Pradeep Nijhawan, POA, are citizens of Florida and together own real property located at 825 King Leon Way, Sun City Center, Florida 33573. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

376. Plaintiffs - Intervenors, Gerald O'Neil and Jacqueline Brasch are citizens of Florida and together own real property located at 818 King Leon Way, Sun City Center, Florida 33573. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

377. Plaintiffs - Intervenors, Amelia and Mark Ortiz are citizens of Florida and together own real property located at 9701 Cobblestone Creek Drive, Boynton Beach, Florida 33472. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

378. Plaintiff - Intervenor, Samuel Perone is a citizen of Florida and owns real property located at 7261 Lemon Grass Drive, Parkland, Florida 33076. Plaintiff is participating as a class

72

representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

379. Plaintiffs - Intervenors, Robert and Edith Price are citizens of Florida and together own real property located at 510 Rimini Vista Way, Sun City Center, Florida 33573. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

380. Plaintiffs - Intervenors, John and Patricia Richards are citizens of Florida and together own real property located at 811 King Leon Way, Sun City Center, Florida 33573. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

381. Plaintiffs - Intervenors, Frank and Christina Rizzo are citizens of Florida and together own real property located at 8020 NW 126 Terrace, Parkland, Florida 33076. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

382. Plaintiffs - Intervenors, Robert and Natalie Ross are citizens of Florida and together own real property located at 1418 Emerald Dunes Drive, Sun City Center, Florida 33573. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

383. Plaintiffs - Intervenors, Clyde and Pauline Schafer are citizens of Florida and together own real property located at 814 King Leon Way, Sun City Center, Florida 33573. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

384. Plaintiffs - Intervenors, Gustavo and Maria Sosa are citizens of Florida and together own real property located at 14728 SW 5th Street, Pembroke Pines, Florida 33027. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

385. Plaintiffs - Intervenors, Eric Tobin and Beth Sorenson are citizens of Florida and together own real property located at 8102 NW 125 Terrace, Parkland, Florida 33076. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

386. Plaintiffs - Intervenors, Rodney and Shelia Troutman are citizens of Florida and together own real property located at 336 Siena Vista Place, Sun City Center, Florida 33573. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

387. Plaintiff - Intervenor, Darryl Weiner is a citizen of Florida and owns real property located at 6890 Long Leaf Drive, Parkland, Florida 33076. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

388. Plaintiff - Intervenor, Slidell Property Management, LLC owns real property located at 1013 Clairise Court, Slidell, Louisiana 70461; 1021 Clairise Court, Slidell, Louisiana 70461; 1033 Clairise Court, Slidell, Louisiana 70461; 1080 Clairise Court, Slidell, Louisiana 70461; 1029 Clairise Court, Slidell, Louisiana 70461; 1096 Clairise Court, Slidell, Louisiana 70461; 1036 Clairise Court, Slidell, Louisiana 70461; and 1072 Clairise Court, Slidell, Louisiana 70461. Plaintiff is participating as a class representative in the class and subclasses as set forth in the

74

schedules accompanying this complaint which are incorporated herein by reference.

389. Plaintiffs - Intervenors, Charles and Mary Back are citizens of Florida and together own real property located at 1215 Magnolia Alley, Mandeville, Louisiana 70471. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

390. Plaintiffs - Intervenors, John and Rachelle Blue are citizens of Louisiana and together own real property located at 422 28th Street, New Orleans, Louisiana 70124. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

391. Plaintiffs - Intervenors, Barry and Mary Borne are citizens of Louisiana and together own real property located at 1217 Magnolia Alley, Mandeville, Louisiana 70471. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

392. Plaintiff - Intervenor, Holly Braselman is a citizen of Louisiana and owns real property located at 1206 Magnolia Alley, Mandeville, Louisiana 70471. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

393. Plaintiff - Intervenor, Rosanne Wilfer is a citizen of Louisiana and owns real property located at 1202 Magnolia Alley, Mandeville, Louisiana 70471. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

394. Plaintiffs - Intervenors, Nicola and Connie Fineschi are citizens of Louisiana and

75

together own real property located at 1200 Magnolia Alley, Mandeville, Louisiana 70471.
Plaintiffs are participating as class representatives in the class and subclasses as set forth in the
schedules accompanying this complaint which are incorporated herein by reference.

395. Plaintiff - Intervenor, Molly Kehoe is a citizen of Louisiana and owns real property
located at 1204 Magnolia Alley, Mandeville, Louisiana 70471. Plaintiff is participating as a
class representative in the class and subclasses as set forth in the schedules accompanying this
complaint which are incorporated herein by reference.

396. Plaintiffs - Intervenors, Kirk and Lori Meyer are citizens of Louisiana and together
own real property located at 101 White Heron Drive, Mandeville, Louisiana 70471. Plaintiffs are
participating as class representatives in the class and subclasses as set forth in the schedules
accompanying this complaint which are incorporated herein by reference.

397. Plaintiff - Intervenor, Alton Pierce is a citizen of Louisiana and owns real property
located at 7452 Briarheath Drive, New Orleans, Louisiana 70128. Plaintiff is participating as a
class representative in the class and subclasses as set forth in the schedules accompanying this
complaint which are incorporated herein by reference.

398. Plaintiffs - Intervenors, Marcus and Jevon Grant are citizens of Louisiana and
together own real property located at 4559 Knight Drive, New Orleans, Louisiana 70127.
Plaintiffs are participating as class representatives in the class and subclasses as set forth in the
schedules accompanying this complaint which are incorporated herein by reference.

399. Plaintiff - Intervenor, Tammy Banner is a citizen of Louisiana and owns real
property located at 1206 Aycort Street, Arabi, Louisiana 70032. Plaintiff is participating as a
class representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

400. Plaintiffs - Intervenors, Ryan and Julie Chalmers are citizens of Louisiana and together own real property located at 6359 Marshall Foch, New Orleans, Louisiana 70124. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

401. Plaintiff - Intervenor, Gregory Shuss is a citizen of New Jersey and owns real property located at 10858 Tiberio Drive, Ft. Myers, Florida 33913. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

402. Plaintiffs - Intervenors, Steven and Dana LeBlanc are citizens of Louisiana and together own real property located at 572 Huseman Lane, Covington, Louisiana 70435. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

403. Plaintiff - Intervenor, Patrick Michael Farley is a citizen of Louisiana and owns real property located at 9013 Amour Drive, Chalmette, Louisiana 77043. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

404. Plaintiff - Intervenor, Margaret Scoggins is a citizen of Mississippi and owns real property located at 4317 Orchard Road, Pascagoula, Mississippi 39581. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

405. Plaintiffs - Intervenors, Wilson and Terry Trent are citizens of Texas and together

own real property located at 20307 Evening Primrose Lane, Tomball, Texas 77375. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

406. Plaintiffs - Intervenors, Rodney and Geraldine Dinette are citizens of Louisiana and together own real property located at 573 Huseman Lane, Covington, Louisiana 70435. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

407. Plaintiff - Intervenor, Dan Craven is a citizen of Louisiana and owns real property located at 133 38th Street, Lakeview, Louisiana 70214 and 6700 Avenue A, Lakewood, Louisiana 70214. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

408. Plaintiffs - Intervenors, James and Sandra Kelly are citizens of Tennessee and together own real property located at 191 E. Hightower Road, Soddy-Daisy, Tennessee 37379. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

409. Plaintiffs - Intervenors, John and Monica Burk are citizens of Alabama and together own real property located at 31920 Bux Bee Road, Spanish Fort, Alabama 36527. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

410. Plaintiffs - Intervenors, Eric Galvan and Lavenda Marsh are citizens of Texas and together own real property located at 18434 Inwood Elm Circle, Humble, Texas 77346. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the

schedules accompanying this complaint which are incorporated herein by reference.

411. Plaintiff - Intervenor, Bridget Leonard is a citizen of Texas and owns real property located at 12818 Covey Lane, Houston, Texas 77099. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

412. Plaintiff - Intervenor, Frank Molden is a citizen of Mississippi and owns real property located at 4401 Julia Street, Moss Point, Mississippi 39563 and 4407 Julia Street, Moss Point, Mississippi 39563. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

413. Plaintiff - Intervenor, William Nelms, Jr. is a citizen of Florida and owns real property located at 214 Stevensville Street, Port Charlotte, Florida 33954. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

414. Plaintiff - Intervenor, Lynne Lussier is a citizen of Florida and owns real property located at 5914 Bilek Drive, Pensacola, Florida 32526. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

415. Plaintiffs - Intervenors, Mark and Beverly Ann Risko are citizens of Florida and together own real property located at 5910 Bilek Drive, Pensacola, Florida 32526. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

416. Plaintiffs - Intervenors, William and Gena Lundy are citizens of Florida and together own real property located at 8820 Hwy. 89, Milton, Florida 32560. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

417. Plaintiffs - Intervenors, Rosetta and Lucious Jones are citizens of Florida and together own real property located at 494 Genevive Court, Pensacola, Florida 32526. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

418. Plaintiff - Intervenor, James Gillman c/o Carolyn Houck is a citizen of Florida and owns real property located at 6435 Dallas Avenue, Pensacola, Florida 32526. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

419. Plaintiffs - Intervenors, Timothy and Tosha Knowles are citizens of Florida and together own real property located at 7636 Killiam Road, Century, Florida 32535. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

420. Plaintiffs - Intervenors, Todd and Melissa Reber are citizens of Florida and together own real property located at 5385 Schaag Road, Molino, Florida 32577. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

421. Plaintiffs - Intervenors, Ronald and Lisa Miller, Sr. are citizens of Alabama and together own real property located at 9660 Harbour Drive, Alberta, Alabama 36530. Plaintiffs

are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

422. Plaintiff - Intervenor, Jeremy Pate is a citizen of Florida and owns real property located at 6311 Ard Road, Pensacola, Florida 32526. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

423. Plaintiffs - Intervenors, Christiana Swan and Michael Harwick are citizens of Florida and together own real property located at 14125 Stowbridge Avenue, Tampa, Florida 33626. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

424. Plaintiff - Intervenor, Sherrie Kelson is a citizen of Florida and owns real property located at 5951 Annette Street, Pensacola, Florida 32506. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

425. Plaintiffs - Intervenors, Daniel and Danielle Kapalin are citizens of Florida and together own real property located at 14115 Stowbridge Avenue, Tampa, Florida 33626. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

426. Plaintiffs - Intervenors, Ryan and Danielle Willey are citizens of Florida and together own real property located at 1722 Graduate Way, Pensacola, Florida 32514. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

427. Plaintiff - Intervenor, Amanda Hughes is a citizen of Florida and owns real property located at 5938 Bilek Drive, Pensacola, Florida 32526. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

428. Plaintiff - Intervenor, William Parker, Jr. is a citizen of Florida and owns real property located at 2322 Anthens Avenue, Pensacola, Florida 32507. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

429. Plaintiffs - Intervenors, Kenneth and Cindy Salter are citizens of Florida and together own real property located at 5484 Inwood Drive, Pace, Florida 32571. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

430. Plaintiffs - Intervenors, Herschel and Karen Holt are citizens of Florida and together own real property located at 200 Camp Harberson Lane, Baker, Florida 32531. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

431. Plaintiff - Intervenor, Robert Morris is a citizen of Florida and owns real property located at 14123 Stilton Street, Tampa, Florida 33626. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

432. Plaintiffs - Intervenors, Lonnette Bentley and Kenneth Lowery are citizens of Florida and together own real property located at 4458 Preacher Lane, Jay, Florida 32565.

Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

433. Plaintiffs - Intervenors, I.D. and Sonia Brewton, III are citizens of Florida and together own real property located at 8804 Jernigan Road, Pensacola, Florida 32514. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

434. Plaintiffs - Intervenors, Samantha and John L. Burkhead are citizens of Florida and together own real property located at 4457 Marvin Reaves Road, Jay, Florida 32565. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

435. Plaintiffs - Intervenors, Frederic (Kent) and Amanda Calloway are citizens of Florida and together own real property located at 2333 Hwy. 168, Century, Florida 32535. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

436. Plaintiff - Intervenor, Lula Daniels is a citizen of Florida and owns real property located at 5918 Bilek Drive, Pensacola, Florida 32526. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

437. Plaintiff - Intervenor, Chris Davis is a citizen of Florida and owns real property located at 300 East Bogia Road, McDavid, Florida 32568. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

438. Plaintiffs - Intervenors, Carson and Charlene Fluharty are citizens of Florida and together own real property located at 1706 Graduate Way, Pensacola, Florida 32514. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

439. Plaintiffs - Intervenors, Ronald and Brandy Harvey, Jr. are citizens of Florida and together own real property located at 5919 Bilek Drive, Pensacola, Florida 32526. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

440. Plaintiffs - Intervenors, Michael and Angel Nowling are citizens of Florida and together own real property located at 3323 Farrish Road, Jay, Florida 32565. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

441. Plaintiff - Intervenor, William Parker, Sr. is a citizen of Florida and owns real property located at 2318 Athens Avenue, Pensacola, Florida 32507. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

442. Plaintiff - Intervenor, Susan Posey is a citizen of Florida and owns real property located at 5934 Bilek Drive, Pensacola, Florida 32526. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

443. Plaintiffs - Intervenors, George and Anna Taylor are citizens of Florida and together own real property located at 9345 Bell Ridge Drive, Pensacola, Florida 32526. Plaintiffs are

participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

444.  Plaintiffs - Intervenors, William and Charlotte Weekley are citizens of Florida and together own real property located at 6227 Clear Creek Road, Milton, Florida 32570.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

445.  Plaintiff - Intervenor, Fred Sims is a citizen of Florida and owns real property located at 1206 North 'V' Street, Pensacola, Florida 32505.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

446.  Plaintiff - Intervenor, Willie Sims is a citizen of Florida and owns real property located at 3220 West Moreno Street, Pensacola, Florida 32505.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

447.  Plaintiff - Intervenor, Tim Allison is a citizen of Alabama and owns real property located at 704 Cahaba Manor Drive, Birmingham, Alabama 35124.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

448.  Plaintiffs - Intervenors, Mohammed I. Arif and Aamara Shazia are citizens of Alabama and together own real property located at 2352 Arbor Glen, Birmingham, Alabama 35244.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

449. Plaintiff - Intervenor, Delores Aultman is a citizen of Alabama and owns real property located at 1404 Rabbittown Road, Gadsden, Alabama 35903. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

450. Plaintiff - Intervenor, Catherine Avant is a citizen of Mississippi and owns real property located at 2902 Blanchard, Pascagoula, Mississippi 39567. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

451. Plaintiffs - Intervenors, Arthur and Barbara Balassone are citizens of New Jersey and together own real property located at 1660 Renaissance Commons Blvd., Unit 2404, Boynton Beach, Florida 33426. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

452. Plaintiff - Intervenor, Allen Baron is a citizen of Florida and owns real property located at 1660 Renaissance Commons Blvd., Unit 2407, Boynton Beach, Florida 33426. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

453. Plaintiff - Intervenor, Robert Belcher is a citizen of Alabama and owns real property located at 4406 Boulder Lake Circle, Vestavia Hills, Alabama 35242. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

454. Plaintiff - Intervenor, Marvaleen Bell is a citizen of Alabama and owns real

86

property located at 4720 Terrace Street, Birmingham, Alabama 35208. Plaintiff is participating

as a class representative in the class and subclasses as set forth in the schedules accompanying

this complaint which are incorporated herein by reference.

455. Plaintiff - Intervenor, Thomes E. Bell is a citizen of Alabama and owns real

property located at 180 Tessa Circle, Albertville, Alabama 35950. Plaintiff is participating as a

class representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

456. Plaintiff - Intervenor, Regina Boglin is a citizen of Alabama and owns real property

located at 2028 Pratt Highway, Birmingham, Alabama 35214. Plaintiff is participating as a class

representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

457. Plaintiff - Intervenor, Jenise Burton is a citizen of Alabama and owns real property

located at 4005 Wescott Circle, Moody, Alabama 35004. Plaintiff is participating as a class

representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

458. Plaintiff - Intervenor, Bernice Butler is a citizen of Georgia and owns real property

located at 2999 Silver Hill Drive, Douglasville, Georgia 30135. Plaintiff is participating as a

class representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

459. Plaintiffs - Intervenors, Louis and Michele Cammarata are citizens of New Jersey

and together own real property located at 1660 Renaissance Commons Blvd., Unit 2503,

Boynton Beach, Florida 33426. Plaintiffs are participating as class representatives in the class

and subclasses as set forth in the schedules accompanying this complaint which are incorporated
herein by reference.

460. Plaintiff - Intervenor, Lewis Harland Caruthers is a citizen of Mississippi and owns
real property located at 299 Twin Creek Road, Lucedale, Mississippi 39452. Plaintiff is
participating as a class representative in the class and subclasses as set forth in the schedules
accompanying this complaint which are incorporated herein by reference.

461. Plaintiff - Intervenor, William Cashion is a citizen of Alabama and owns real
property located at 12621 Tannehill Parkway, McCalla, Alabama 35111. Plaintiff is
participating as a class representative in the class and subclasses as set forth in the schedules
accompanying this complaint which are incorporated herein by reference.

462. Plaintiffs - Intervenors, Larry and Michelle Chauppetta are citizens of Mississippi
and together own real property located at 6 Navajo Drive, Picayune, Mississippi 39466.
Plaintiffs are participating as class representatives in the class and subclasses as set forth in the
schedules accompanying this complaint which are incorporated herein by reference.

463. Plaintiff - Intervenor, Misty Coleman is a citizen of Alabama and owns real
property located at 13091 Concord Drive W, Lillian Alabama 36549. Plaintiff is participating as
a class representative in the class and subclasses as set forth in the schedules accompanying this
complaint which are incorporated herein by reference.

464. Plaintiffs - Intervenors, Victor and Pamela Copello are citizens of New Jersey and
together own real property located at 1660 Renaissance Commons Blvd., Unit 2204, Boynton
Beach, Florida 33426. Plaintiffs are participating as class representatives in the class and
subclasses as set forth in the schedules accompanying this complaint which are incorporated

herein by reference.

465. Plaintiff - Intervenor, Jeffrey Cox is a citizen of Alabama and owns real property located at 2126 Chelsea Ridge Drive, Columbiana, Alabama 35051. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

466. Plaintiffs - Intervenors, Angelo and Deborah D'Ambrosio are citizens of New York and together own real property located at 1660 Renaissance Commons Blvd., Unit 2305, Boynton Beach, Florida 33426. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

467. Plaintiff - Intervenor, Smith Delk is a citizen of Mississippi and owns real property located at 2427 35th Avenue, Meridian, Mississippi 39301. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

468. Plaintiffs - Intervenors, Scott D. and Kristin Donmeyer are citizens of Louisiana and together own real property located at 4436 Park Shore Drive, Marrero, Louisiana 70072. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

469. Plaintiffs - Intervenors, Gregory and Elizabeth Eleuterius are citizens of Mississippi and together own real property located at 6401 Seawinds Blvd., Biloxi, Mississippi 39532. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

470. Plaintiffs - Intervenors, Jefferey and Ella Engel are citizens of Mississippi and together own real property located at 1028 Spruce Street, Ocean Springs, Mississippi 39564. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

471. Plaintiff - Intervenor, Mark Englander is a citizen of New York and owns real property located at 1690 Renaissance Commons Blvd., Unit 1508, Boynton Beach, Florida 33426. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

472. Plaintiff - Intervenor, Michael Everett is a citizen of Mississippi and owns real property located at 202 Allison Circle, Gulfport, Mississippi 39503. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

473. Plaintiffs - Intervenors, Jamison and Lauren Falls are citizens of Alabama and together own real property located at 852 Barkley Drive, Alabaster, Alabama 35007. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

474. Plaintiff - Intervenor, Sean Flaherty is a citizen of New Jersey and owns real property located at 1660 Renaissance Commons Blvd., Unit 2514, Boynton Beach, Florida 33426. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

475. Plaintiff - Intervenor, Van Foster is a citizen of Alabama and owns real property located at 1514 11th Street N, Birmingham, Alabama 35204. Plaintiff is participating as a class

90

representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

476. Plaintiff - Intervenor, Allison Franklin is a citizen of Alabama and owns real property located at 3049 Hall Drive, Southside, Alabama 35907. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

477. Plaintiffs - Intervenors, Jacques and Rose Gani are citizens of New York and together own real property located at 1660 Renaissance Commons Blvd., Unit 2525, Boynton Beach, Florida 33426. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

478. Plaintiffs - Intervenors, Thomas and Carly Garvey are citizens of Alabama and together own real property located at 844 Barkley Drive, Alabaster, Alabama 35007. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

479. Plaintiffs - Intervenors, Gerald and Terry Graham are citizens of Alabama and together own real property located at 414 Ruben Avenue, Saraland, Alabama 36571. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

480. Plaintiff - Intervenor, Mary Nell Green is a citizen of Mississippi and owns real property located at 3806 2nd Street, Moss Point, Mississippi 39563. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

Case 2:09-md-02047-EEF-MBW Document 18786-18 Filed 03/28/15 Page 93 of 345

complaint which are incorporated herein by reference.

481. Plaintiff - Intervenor, Letitia Hahn is a citizen of Florida and owns real property located at 1690 Renaissance Commons Blvd., Unit 1221, Boynton Beach, Florida 33426. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

482. Plaintiff - Intervenor, Lisa Hales is a citizen of Mississippi and owns real property located at 10085 Bayou View Drive W, Bay St. Louis, Mississippi 39520. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

483. Plaintiff - Intervenor, Allen Hammer is a citizen of Alabama and owns real property located at 3777 Snowshill Drive, Birmingham, Alabama 35242. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

484. Plaintiffs - Intervenors, Lee and Barbara Hankins are citizens of Mississippi and together own real property located at 14369 Autumn Chase, Gulfport, Mississippi 39503. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

485. Plaintiff - Intervenor, Alfred Harkley is a citizen of Alabama and owns real property located at 1288 Sierra Court, Gardendale, Alabama 35071. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

486. Plaintiff - Intervenor, James Harris is a citizen of Alabama and owns real property

located at 5401 7th Avenue N, Bessemer, Alabama 35020. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

487. Plaintiff - Intervenor, Cecil Hatcher is a citizen of Alabama and owns real property located at 3010 Washington Circle, Moody, Alabama 35004. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

488. Plaintiffs - Intervenors, Joseph and Selena Hayes are citizens of Alabama and together own real property located at 3930 Walter Moore Road, Chunchula, Alabama 36521. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

489. Plaintiffs - Intervenors, Danny and Cathy Headley are citizens of Alabama and together own real property located at 5313 County Road 24, Verbena, Alabama 36091. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

490. Plaintiffs - Intervenors, David and Vickie Hickman are citizens of Alabama and together own real property located at 10 Foxchase Drive, Gadsden, Alabama 35903. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

491. Plaintiffs - Intervenors, Victor and Loumertistene Howell are citizens of Georgia and together own real property located at 5275 Sandbar Cove, Winston, Georgia 30187. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the

schedules accompanying this complaint which are incorporated herein by reference.

492.  Plaintiff - Intervenor, Charles Hummer is a citizen of Florida and owns real property located at 2617 Jaylene Road, North Port, Florida 34288.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

493.  Plaintiff - Intervenor, Fred Johnson is a citizen of Alabama and owns real property located at 3200 Heathrow Downs, Birmingham, Alabama 35226.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

494.  Plaintiffs - Intervenors, Juan Carlos and Martha Julia are citizens of Florida and together own real property located at 1690 Renaissance Commons Blvd., Unit 1521, Boynton Beach, Florida 33426.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

495.  Plaintiff - Intervenor, Marita Kallfelz is a citizen of Florida and owns real property located at 1690 Renaissance Commons Blvd., Unit 1315, Boynton Beach, Florida 33426. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

496.  Plaintiff - Intervenor, Leslie Kaufman is a citizen of Florida and owns real property located at 1690 Renaissance Commons Blvd., Unit 1307, Boynton Beach, Florida 33426. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

94

497. Plaintiff - Intervenor, Stacey R. Keyt is a citizen of Mississippi and owns real property located at 806 Villere Street, Waveland, Mississippi 39576. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

498. Plaintiffs - Intervenors, Arthur and Martha Kovens are citizens of Maryland and together own real property located at 1660 Renaissance Commons Blvd., Unit 2527, Boynton Beach, Florida 33426. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

499. Plaintiffs - Intervenors, Ronald and Anita Kramer are citizens of Florida and together own real property located at 1660 Renaissance Commons Blvd., Unit 2310, Boynton Beach, Florida 33426. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

500. Plaintiff - Intervenor, Howard Krause as Trustee of the Naomi Krause Revocable Trust is a citizen of Florida and owns real property located at 1690 Renaissance Commons Blvd, Unit 1109, Boynton Beach, Florida 33426. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

501. Plaintiff - Intervenor, L&L South Florida Realty, LLC is a citizen of New Jersey and owns real property located at 1660 Renaissance Commons Blvd., Unit 2512, Boynton Beach, Florida 33426. Plaintiff is participating as a class representative in the class and subclasses as set

forth in the schedules accompanying this complaint which are incorporated herein by reference.

502. Plaintiff - Intervenor, Samuel Ledford is a citizen of Alabama and owns real property located at 10308 Renfroe Road, Alpine, Alabama 35014. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated berein by reference.

503. Plaintiffs - Intervenors, Richard and Shannon Lescarini are citizens of Alabama and together own real property located at 860 Barkley Drive, Alabaster, Alabama 35007. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

504. Plaintiff - Intervenor, Leonard Lewis is a citizen of Alabama and owns real property located at 6201 Eastern Valley Road, McCalla, Alabama 35111. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

505. Plaintiff - Intervenor, Lesley Lewis is a citizen of Florida and owns real property located at 1690 Renaissance Commons Blvd, Unit 1223, Boynton Beach, Florida 33426. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

506. Plaintiffs - Intervenors, George and Adrienne Luntz are citizens of Florida and together own real property located at 1660 Renaissance Commons Blvd., Unit 2501 and Unit 2516, Boynton Beach, Florida 33426. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

507. Plaintiff - Intervenor, Murphy Madigan is a citizen of Florida and owns real property located at 1660 Renaissance Commons Blvd, Unit 2119, Boynton Beach, Florida 33426. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

508. Plaintiff - Intervenor, Shawn Maesel is a citizen of Florida and owns real property located at 1660 Renaissance Commons Blvd, Unit 2417, Boynton Beach, Florida 33426. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

509. Plaintiff - Intervenor, Kimberly Marable is a citizen of Alabama and owns real property located at 2021 Hampton Place, Birmingham, Alabama 35215. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

510. Plaintiff - Intervenor, Teresa Marino is a citizen of Alabama and owns real property located at 113 Emily Circle, Birmingham, Alabama 35242. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

511. Plaintiff - Intervenor, Edward Marks is a citizen of Florida and owns real property located at 1660 Renaissance Commons Blvd, Unit 2118, Boynton Beach, Florida 33426. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

512. Plaintiff - Intervenor, Michael McCool is a citizen of Alabama and owns real property located at 203 Bedford Lane, Calera, Alabama 35040. Plaintiff is participating as a

97

class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

513. Plaintiff - Intervenor, Maria McKee is a citizen of Alabama and owns real property located at 117 Emily Circle, Birmingham, Alabama 35242. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

514. Plaintiff - Intervenor, Martha McKenzie is a citizen of Mississippi and owns real property located at 175 Old Mound Bayou Road, Mound Bayou, Mississippi 38763. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

515. Plaintiff - Intervenor, Jacob McKinley is a citizen of Mississippi and owns real property located at 23 Hammock Road, Carriere, Mississippi 39426. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

516. Plaintiffs - Intervenors, William R. and Setsuke McMahon are citizens of Mississippi and together own real property located at 104 Muirfield Court, Ocean Springs, Mississippi 39564. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

517. Plaintiff - Intervenor, Nancy Meinholz is a citizen of Florida and owns real property located at 1660 Renaissance Commons Blvd, Unit 2211, Boynton Beach, Florida 33426. Plaintiff is participating as a class representative in the class and subclasses as set forth in the

schedules accompanying this complaint which are incorporated herein by reference.

518. Plaintiffs - Intervenors, Carolyn Melton and Ivory Jackson are citizens of Alabama and together own real property located at 3408 13th Avenue North, Birmingham, Alabama 35234. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

519. Plaintiff - Intervenor, Robert Miller is a citizen of Florida and owns real property located at 1660 Renaissance Commons Blvd, Unit 2205, Boynton Beach, Florida 33426. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

520. Plaintiffs - Intervenors, William and Teresa Miller are citizens of Pennsylvania and together own real property located at 1660 Renaissance Commons Blvd, Unit 2608, Boynton Beach, Florida 33426. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

521. Plaintiff - Intervenor, Brandon Mize is a citizen of Alabama and owns real property located at 2152 Parsons Drive, Moody, Alabama 35004. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

522. Plaintiffs - Intervenors, Daniel and Marva Moon are citizens of Alabama and together own real property located at 2012 Grove Park Way, Birmingham, Alabama 35242. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

523. Plaintiffs - Intervenors, Jerry and Rhonda Moore are citizens of Alabama and together own real property located at 20001 US Hwy 411, Springville, Alabama 35146. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

524. Plaintiff - Intervenor, Roxzana Moore is a citizen of Mississippi and owns real property located at 9008 Yazoo Street, Bay St. Louis, Mississippi 39520. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

525. Plaintiffs - Intervenors, Brenda and Bryant Moses are citizens of Louisiana and together own real property located at 1312-14 Coffin Avenue, New Orleans, Louisiana 70117. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

526. Plaintiff - Intervenor, James Lamar Murphree is a citizen of Alabama and owns real property located at 973 Lake Crest Parkway, Hoover, Alabama 35226. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

527. Plaintiffs - Intervenors, Paul and Lois Murray are citizens of New York and together own real property located at 1660 Renaissance Commons Blvd, Unit 2415, Boynton Beach, Florida 33426. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

528. Plaintiff - Intervenor, Richmond Pearson is a citizen of Alabama and owns real

property located at 3928 Butler Way, Hoover, Alabama 35226. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

529. Plaintiffs - Intervenors, Mike and Phyllis Pesseackey are citizens of Alabama and together own real property located at 3011 Kelly Creek Avenue, Moody, Alabama 35004. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

530. Plaintiff - Intervenor, Sharon Pitman is a citizen of Alabama and owns real property located at 5354 Meadow Brook Road, Birmingham, Alabama 35242. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

531. Plaintiffs - Intervenors, George and Nathalie Polychronopoulos are citizens of Florida and together own real property located at 1660 Renaissance Commons Blvd, Unit 2210, Boynton Beach, Florida 33426. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

532. Plaintiffs - Intervenors, Maurice and Hanna Poplausky are citizens of New York and together own real property located at 1690 Renaissance Commons Blvd., Unit 1529, Boynton Beach, Florida 33426. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

533. Plaintiffs - Intervenors, Jeffrey and Lana Pray are citizens of Mississippi and

together own real property located at 3824 Acadian Village Drive, Ocean Springs, Mississippi 39564. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

534. Plaintiffs - Intervenors, Donald and Sherron Presnall are citizens of Alabama and together own real property located at 7175 Smithtown Road, Eight Mile, Alabama 36613. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

535. Plaintiffs - Intervenors, Mike and Tara Rattler are citizens of Alabama and together own real property located at 1000 Mason Circle, Odenville, Alabama 35120. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

536. Plaintiff - Intervenor, Randy Reed is a citizen of Alabama and owns real property located at 494 Cedar Creek Road, Odenville, Alabama 35120. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

537. Plaintiff - Intervenor, Carrie Reeves is a citizen of Alabama and owns real property located at 4926 Paradise Lake Circle, Birmingham, Alabama 35244. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

538. Plaintiff - Intervenor, Martin Riback, as Trustee of the martin Riback Revocable Trust Agreement is a citizen of Florida and owns real property located at 1690 Renaissance Commons Blvd., Unit 1212, Boynton Beach, Florida 33426. Plaintiff is participating as a class

102

representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

539.  Plaintiff - Intervenor, Tammy Richardson is a citizen of Alabama and owns real property located at 213 Savannah Lane, Calera, Alabama 35040. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

540.  Plaintiff - Intervenor, RMM Investments, LLC owns real property located at 1660 Renaissance Commons Blvd, Unit 2112, Boynton Beach, Florida 33426. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

541.  Plaintiffs - Intervenors, Donald and Natalie Robohm are citizens of New York and together own real property located at Unit #46 Gulf Oaks Townhouse, 527 Front Beach, Ocean Springs, Mississippi 39564. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

542.  Plaintiff - Intervenor, Doug Seratt is a citizen of Alabama and owns real property located at 213 Shore Front Lane, Wilsonville, Alabama 35186. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

543.  Plaintiff - Intervenor, Austin Sheppard is a citizen of Alabama and owns real property located at 14215 Brook Hollow Road, Summerdale, Alabama 36580. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules

accompanying this complaint which are incorporated herein by reference.

544. Plaintiff - Intervenor, Michael Shirley is a citizen of Alabama and owns real property located at 1287 Sierra Court, Gardendale, Alabama 35071. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

545. Plaintiff - Intervenor, Carol Shiyou is a citizen of Mississippi and owns real property located at 19231 Papoose, Saucier, Mississippi 39574. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

546. Plaintiff - Intervenor, Joseph Somma is a citizen of Alabama and owns real property located at 4739 Quarter Staff Road, Birmingham, Alabama 35223. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

547. Plaintiff - Intervenor, Reginald Stamps is a citizen of Alabama and owns real property located at 200 Kymulga Road, Childersburg, Alabama 35044. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

548. Plaintiffs - Intervenors, Glenn and Kristina Stewart are citizens of Mississippi and together own real property located at 1207 ½ 7th Street, Long Beach, Mississippi 39560. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

549. Plaintiffs - Intervenors, Amir and Bella Stock are citizens of New York and together

own real property located at 1660 Renaissance Commons Blvd., Unit 2130, Boynton Beach, Florida 33426. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

550. Plaintiff - Intervenor, Cynthia R. Tarver is a citizen of Alabama and together own real property located at 1016 Woodbrook Road, Birmingham, Alabama 35215. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

551. Plaintiffs - Intervenors, Lloyd Taylor and Scott Hoxter are citizens of Florida and together own real property located at 1660 Renaissance Commons Blvd., Unit 2603, Boynton Beach, Florida 33426. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

552. Plaintiffs - Intervenors, Harvey and Lisa Tempel are citizens of California and together own real property located at 1660 Renaissance Commons Blvd., Unit 2312, Boynton Beach, Florida 33426. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

553. Plaintiffs - Intervenors, Stanley and April Thornton are citizens of Alabama and together own real property located at 336 County Road 703, Jemison, Alabama 35085. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

554. Plaintiff - Intervenor, Chris Thrower is a citizen of Alabama and owns real property located at 541 Ledbetter Road, Munford, Alabama 35268. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

555. Plaintiffs - Intervenors, Harold and Shavona Tillman are citizens of Mississippi and together own real property located at 5208 Bay Street, Pascagoula, Mississippi 39567. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

556. Plaintiffs - Intervenors, Stacey Ann Tilmann and Kimberly Noah are citizens of Florida and together own real property located at 1660 Renaissance Commons Blvd., Unit 2502, Boynton Beach, Florida 33426. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

557. Plaintiffs - Intervenors, Purvis and Patricia Toles are citizens of Mississippi and together own real property located at 1713-44th Avenue, Gulfport Mississippi 39501. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

558. Plaintiff - Intervenor, Debbie Tombrello is a citizen of Alabama and owns real property located at 753 Valleyview Road, Pelham, Alabama 35124. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

559. Plaintiff - Intervenor, Twin Crest Associates, LLC owns real property located at

106

1660 Renaissance Commons Blvd., Unit 2212, Boynton Beach, Florida 33426. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

560. Plaintiffs - Intervenors, David and Mary Veal are citizens of Alabama and together own real property located at 2284 Bellevue Court, Hoover, Alabama 35226. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

561. Plaintiffs - Intervenors, Charles and Diane Vessel are citizens of Mississippi and together own real property located at 344 Funches Road, Vicksburg, Mississippi 39180. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

562. Plaintiff - Intervenor, Shashanda Waites is a citizen of Alabama and owns real property located at 2208 Rushton Lane, Moody, Alabama 35004. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

563. Plaintiff - Intervenor, Alonza Wallace is a citizen of Georgia and owns real property located at 108 Old Folkston Road, Kingsland, Georgia 31548. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

564. Plaintiff - Intervenor, Thad Wiley is a citizen of California and owns real property located at 1660 Renaissance Commons Blvd., Unit 2111 and Unit 2218, Boynton Beach, Florida 33426. Plaintiff is participating as a class representative in the class and subclasses as set forth in

the schedules accompanying this complaint which are incorporated herein by reference.

565. Plaintiffs - Intervenors, John and Beatrice Wood are citizens of New Hampshire and together own real property located at 1660 Renaissance Commons Blvd., Unit 2214, Boynton Beach, Florida 33426. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

566. Plaintiffs - Intervenors, Joseph and Barbara Yasinski are citizens of Florida and together own real property located at 1660 Renaissance Commons Blvd., Unit 2302, Boynton Beach, Florida 33426. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

567. Plaintiff - Intervenor, Beth Yoder is a citizen of Alabama and owns real property located at 1221 Greystone Park Drive, Birmingham, Alabama 35242. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

568. Plaintiffs - Intervenors, Zhongmin Zhou and Qinxi Huang are citizens of Florida and together own real property located at 1660 Renaissance Commons Blvd., Unit 2416, Boynton Beach, Florida 33426. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

569. Plaintiff - Intervenor, Aurorina Commander is a citizen of Mississippi and owns real property located at 211 Fernwood Drive, Pass Christian, Mississippi 39571 and 528 E. Royal

Oak, Pass Christian, Mississippi 39571. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

570. Plaintiff - Intervenor, Brittany Sinclair is a citizen of Mississippi and owns real property located at 6808 Oak Hurst Drive, Ocean Springs, Mississippi 39564. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

571. Plaintiff - Intervenor, Roberto Garrison is a citizen of Mississippi and owns real property located at 136 Sea Oaks Blvd., Long Beach, Mississippi 39560. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

572. Plaintiffs - Intervenors, Clarence and Constance Anderson are citizens of Louisiana and together own real property located at 7510 Dalewood, New Orleans, Louisiana 70126 and 4113-4115 Willow Street, New Orleans, Louisiana 70115. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

573. Plaintiffs - Intervenors, Ive and Loraine Badon are citizens of Louisiana and together own real property located at 418 S. Salcedo Street, New Orleans, Louisiana 70119. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

574. Plaintiffs - Intervenors, Colin Berthaut and Dayne Gelpi are citizens of Louisiana and together own real property located at 1218 Magnolia Alley, Lot 42, Mandeville, Louisiana

70471. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

575. Plaintiffs - Intervenors, Angeles Blalock are citizens of Louisiana and together own real property located at 3400 Napoleon Avenue, New Orleans, Louisiana 70125. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

576. Plaintiffs - Intervenors, Gary and Michelle Callais are citizens of Louisiana and together own real property located at 14 Callais Lane, St. Bernard, Louisiana 70085. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

577. Plaintiffs - Intervenors, James and Louella Cruchfield are citizens of Louisiana and together own real property located at 5915 N. Claiborne Avenue, New Orleans, Louisiana 70117. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

578. Plaintiffs - Intervenors, Ray and Selestin Dillon are citizens of Louisiana and together own real property located at 30147 Ola Magee Road, Angie, Louisiana 70426. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

579. Plaintiffs - Intervenors, Matthew and Kristin Harding are citizens of Louisiana and together own real property located at 4444 Park Shore Drive, Marrero, Louisiana 70072. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

110

580. Plaintiff - Intervenor, Christopher Hotard is a citizen of Louisiana and owns real property located at 2602 Chalona Drive, Chalmette, Louisiana 70043. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

581. Plaintiff - Intervenor, Shawn Macomber is a citizen of Louisiana and owns real property located at 221 West Camellia Drive, Slidell, Louisiana 70458. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

582. Plaintiffs - Intervenors, Peter and Frankie Maggiore are citizens of Louisiana and together own real property located at 3852 Alexander Lane, Marrero, Louisiana 70072. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

583. Plaintiffs - Intervenors, John and Tamara Melton are citizens of Louisiana and together own real property located at 3102 Lookout Place, Slidell, Louisiana 70458. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

584. Plaintiffs - Intervenors, Edwin and Debbie Mullet are citizens of Louisiana and together own real property located at 2008 Sylvia Blvd., St. Bernard, Louisiana 70085. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

585. Plaintiff - Intervenor, Deneen Samples is a citizen of Louisiana and owns real property located at 2711 Bristol Place, New Orleans, Louisiana 70131. Plaintiff is participating

111

as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

586. Plaintiffs - Intervenors, Alex and Beth Schubert are citizens of Louisiana and together own real property located at 2301 Livaccari Drive, Violet, Louisiana 70092. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

587. Plaintiffs - Intervenors, Avery and Tjaynell Theard are citizens of Louisiana and together own real property located at 6271 Eastover Drive, New Orleans, Louisiana 70128. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

588. Plaintiff - Intervenor, Burnistine Knotts is a citizen of Mississippi and owns real property located at 5521 Wellington Drive, Gautier, Mississippi 39553. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

589. Plaintiff - Intervenor, Velma Kimble is a citizen of Mississippi and owns real property located at 5024 Meridian Street, Moss Point, Mississippi 39563. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

590. Plaintiff - Intervenor, Carol Johnson is a citizen of Alabama and owns real property located at 11990 Mose Lane, Grand Bay, Alabama 36541. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

591. Plaintiff - Intervenor, Stephen R. Hoover is a citizen of Alabama and owns real property located at 2615 Pecan Pointe Drive, Semmes, Alabama 36575. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

592. Plaintiff - Intervenor, Dainne Malone is a citizen of Alabama and owns real property located at 2062 Tucker Street, Mobile, Alabama 36617. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

593. Plaintiff - Intervenor, Monica Malone is a citizen of Alabama and owns real property located at 10610 Two Mile Road, Grand Bay, Alabama 36541. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

594. Plaintiff - Intervenor, Regina Marcum is a citizen of Mississippi and owns real property located at 11368 Creel Circle, Gulfport, Mississippi 39530. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

595. Plaintiffs - Intervenors, Flavor and Lucille Loper are citizens of Mississippi and together own real property located at 4719 Gen Ike Street, Moss Point, Mississippi 39563. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

596. Plaintiff - Intervenor, Timothy McMillian is a citizen of Mississippi and owns real property located at 3232 RiverBend Drive, Moss Point, Mississippi 39562. Plaintiff is

113

participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

597. Plaintiff - Intervenor, Darius Allen is a citizen of Alabama and owns real property located at 10740 Victor Drive, Grand Bay, Alabama 36541. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

598. Plaintiff - Intervenor, Brodrick J. Anderson is a citizen of Alabama and owns real property located at 231 Sinclair Avenue, Prichard, Alabama 36610. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

599. Plaintiff - Intervenor, Shirley Anderson is a citizen of Alabama and owns real property located at 813 Chin Street, Mobile, Alabama 36610. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

600. Plaintiff - Intervenor, Quaintrell, T. Anderson is a citizen of Alabama and owns real property located at 1475 Cedar Crescent, Mobile, Alabama 36605. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

601. Plaintiff - Intervenor, Rosa Arnold is a citizen of Alabama and owns real property located at 22725 Wedgewood Drive, Foley, Alabama 36535. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

114

602. Plaintiff - Intervenor, Juanita V. Aquart is a citizen of Mississippi and owns real property located at 3912 Hearndon Street, Moss Point, Mississippi 39563. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

603. Plaintiff - Intervenor, Earline H. Barbarin is a citizen of Louisiana and owns real property located at 2430 Clauda Lane, Violet, Louisiana 70092. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

604. Plaintiff - Intervenor, Rubie Black a citizen of Alabama and owns real property located at 139 Odom Road, Forkland, Alabama 36740. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

605. Plaintiffs - Intervenors, Ervin Blaise and Elizabeth Feltbus are citizens of Louisiana and together own real property located at 1414 Reynes Street, New Orleans, Louisiana 70117. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

606. Plaintiff - Intervenor, Glenda Boxton is a citizen of Texas and owns real property located at 2506 Magnolia Street, Texarkana, Texas 75503. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

607. Plaintiff - Intervenor, Erica Bowden is a citizen of Alabama and owns real property located at 1155 Ramsey Blvd., Grand Bay, Alabama 36541. Plaintiff is participating as a class

representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

608. Plaintiff - Intervenor, Tia Bowen is a citizen of Alabama and owns real property located at 1104 Arlington Street, Mobile, Alabama 36617. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

609. Plaintiff - Intervenor, Orlesa W. Brackett is a citizen of Alabama and owns real property located at 217 E. Petain Street, Prichard, Alabama 36610. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

610. Plaintiff - Intervenor, Mariyn D. Brand is a citizen of Mississippi and owns real property located at 2304 Canty Street, Pascagoula, Mississippi 39567. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

611. Plaintiff - Intervenor, Joan E. Brown is a citizen of Georgia and owns real property located at 192 Rosetta Street, Biloxi, Mississippi 39530. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

612. Plaintiff - Intervenor, Robin Brown is a citizen of Alabama and owns real property located at 10045 Fernland Rd., Grand Bay, Alabama 36541. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

613. Plaintiff - Intervenor, Laddy J. Butler is a citizen of Louisiana and owns real property located at 132 Sorrel Ln. 2, Jeanerette, Louisiana 70544. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

614. Plaintiffs - Intervenors, Mitchell and Patricia Cager are citizens of Louisiana and together own real property located at 2917 Couerra Drive, Violet, Louisiana 70092. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

615. Plaintiff - Intervenor, Alice Carter is a citizen of Alabama and owns real property located at 9915 Fernland Road, Grand Bay, Alabama 36541. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

616. Plaintiff - Intervenor, Antione C. Carter is a citizen of Louisiana and owns real property located at 3290 Effie Street, Slidell, Louisiana 70458. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

617. Plaintiff - Intervenor, Lisa Clark is a citizen of Mississippi and owns real property located at 2407 West Park Drive, Gautier, Mississippi 39553. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

618. Plaintiff - Intervenor, Eddie C. Cole is a citizen of Alabama and owns real property located at 10026 Waxton Road, Grand Bay, Alabama 36541. Plaintiff is participating as a class

117

representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

619. Plaintiff - Intervenor, Ronnie Comick is a citizen of Louisiana and owns real property located at 231 E. Wyandotte Street, Shreveport, Louisiana 71101. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

620. Plaintiff - Intervenor, Mildred Copeland is a citizen of Mississippi and owns real property located at 817 Frasier Drive, Gautier, Mississippi 39553. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

621. Plaintiff - Intervenor, Peggy Cuenea is a citizen of Texas and owns real property located at 12219 Scarlet River Drive, Houston, Texas 77044. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

622. Plaintiff - Intervenor, Pam Damond is a citizen of Louisiana and owns real property located at 2313 Kenneth Drive, Violet, Louisiana 70092. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

623. Plaintiff - Intervenor, Anita Daniels is a citizen of Mississippi and owns real property located at 3612 Marion Pl., Moss Point, Mississippi 39563. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

624. Plaintiff - Intervenor, Veronica Davis is a citizen of Mississippi and owns real property located at 324 Elmer Street, Biloxi, Mississippi 39530. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

625. Plaintiffs - Intervenors, Raymond and Willie M. Eager are citizens of Alabama and together own real property located at 10535 Tom Waller Road, Grand Bay, Alabama 36541. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

626. Plaintiff - Intervenor, Mary Enclarde is a citizen of Louisiana and owns real property located at 2514 Clauda, Violet, Louisiana 70092. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

627. Plaintiff - Intervenor, Frances E. McRae is a citizen of Mississippi and owns real property located at 1018 Oliver Street, Pascagoula, Mississippi 39567. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

628. Plaintiff - Intervenor, Thomas Mack, Jr. is a citizen of Louisiana and owns real property located at 2117 Colonial Blvd., Violet, Louisiana 70092. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

629. Plaintiff - Intervenor, Evelyn Moore is a citizen of Mississippi and owns real property located at 1028 Nancy Place, Gulfport, Mississippi 39507. Plaintiff is participating as a

119

class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

630. Plaintiff - Intervenor, Kareem J. Mulkey is a citizen of Alabama and owns real property located at 2204 Homewood Street, Mobile, Alabama 36606. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

631. Plaintiffs - Intervenors, Michael and Faris Newell are citizens of Mississippi and together own real property located at 211 Williams Street, Crystal Springs, Mississippi 39059. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

632. Plaintiff - Intervenor, Kevin Oliver is a citizen of Mississippi and owns real property located at 3217 Moreland Street, Pascagoula, Mississippi 39567. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

633. Plaintiff - Intervenor, Audrey B. Paul is a citizen of Alabama and owns real property located at 762 Stanton Street, Mobile, Alabama 36617. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

634. Plaintiffs - Intervenors, Andrew and Rachel Penny are citizens of Florida and together own real property located at 1814 NW 22nd Place, Cape Coral, Florida 33993. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

635. Plaintiff - Intervenor, Susan Pettway is a citizen of Alabama and owns real property located at 2400 Boone Street, Montgomery, Alabama 36108. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

636. Plaintiff - Intervenor, Evelyn Peyton is a citizen of Alabama and owns real property located at 10451 Tom Waller Road, Grand Bay, Alabama 36541. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

637. Plaintiff - Intervenor, Janette Pigott is a citizen of Mississippi and owns real property located at 60 Ten Mile Creek Road, Tylertown, Mississippi 39667. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

638. Plaintiff - Intervenor, Vanessa Porter is a citizen of Alabama and owns real property located at 10242 Williamson Road, Chunchula, Alabama 36521. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

639. Plaintiff - Intervenor, Charlotte D. Preyear is a citizen of Mississippi and owns real property located at 4419 Katie Street, Moss Point, Mississippi 39563. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

640. Plaintiff - Intervenor, David Richard is a citizen of Louisiana and owns real property located at 2229 Kenneth Drive, Violet, Louisiana 70092. Plaintiff is participating as a

class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

641. Plaintiffs - Intervenors, Terry and Frances O. Richardson are citizens of Mississippi and together own real property located at 4131 Carroll Street, Moss Point, Mississippi 39563. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

642. Plaintiff - Intervenor, Martha Roberson is a citizen of Alabama and owns real property located at 10535 Tom Waller Road, Grand Bay, Alabama 36541. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

643. Plaintiff - Intervenor, Nadine Roberson is a citizen of Mississippi and owns real property located at 5774 Eastwood Drive, Moss Point, Mississippi 39563. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

644. Plaintiff - Intervenor, Ashley J. Rogers is a citizen of Alabama and owns real property located at 10501 Smith Road, Grand Bay, Alabama 36541. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

645. Plaintiff - Intervenor, Brenda Rogers is a citizen of Alabama and owns real property located at 10500 Tom Waller Road, Grand Bay, Alabama 36541. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

122

646. Plaintiff - Intervenor, Gretta Rogers is a citizen of Alabama and owns real property located at 10471 Tom Waller Road, Grand Bay, Alabama 36541. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

647. Plaintiff - Intervenor, Joyce Rogers is a citizen of Alabama and owns real property located at 9862 Waxton Road, Lot 4, Grand Bay, Alabama 36541. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

648. Plaintiffs - Intervenors, Leslie and Lucille Rogers are citizens of Alabama and together own real property located at 10535-A Tom Waller Road, Grand Bay, Alabama 36541. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

649. Plaintiff - Intervenor, Marcella Rogers is a citizen of Alabama and owns real property located at 9862 A. Waxton Road, Grand Bay, Alabama 36541. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

650. Plaintiff - Intervenor, Susan Shaw is a citizen of Louisiana and owns real property located at 5916 Quail Ridge Drive, Shreveport, Louisiana 71129. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

651. Plaintiff - Intervenor, Michell Taylor is a citizen of Louisiana and owns real property located at 3000 Guerra Drive, Violet, Louisiana 70092. Plaintiff is participating as a

123

class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

652. Plaintiff - Intervenor, Linda Todd is a citizen of Alabama and owns real property located at 615 East Oak Street, Atmore, Alabama 36502. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

653. Plaintiff - Intervenor, Bui A. Tuyet is a citizen of Louisiana and owns real property located at 5050 Charmes Ct., New Orleans, Louisiana 70129. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

654. Plaintiff - Intervenor, Annie M. Wilkerson is a citizen of Mississippi and owns real property located at 4924 Landwood Drive, Moss Point, Mississippi 39563. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

655. Plaintiff - Intervenor, Deborah M. Williams is a citizen of Louisiana and owns real property located at 2101 Caluda Lane, Violet, Louisiana 70092. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

656. Plaintiff - Intervenor, Houston Williams is a citizen of North Carolina and owns real property located at 2523 Wonderland Trail, Lenoir, North Carolina 28645. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

657. Plaintiffs - Intervenors, Michael and Alice Williams are citizens of Louisiana and together own real property located at 6521 4th Street, Violet, Louisiana 70092. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

658. Plaintiff - Intervenor, Susie Williams is a citizen of Mississippi and owns real property located at 525 King Ranch Road, Canton, Mississippi 39046. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

659. Plaintiff - Intervenor, Mattie L. Woods is a citizen of Mississippi and owns real property located at 4413 Katie Street, Moss Point, Mississippi 39563. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

660. Plaintiff - Intervenor, Margaret Zeleny is a citizen of Louisiana and owns real property located at 36164 Bud Polk, Pearl River, Louisiana 70452. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

661. Plaintiff - Intervenor, Donald E. Tuecke is a citizen of Iowa and owns real property located at 65 S. Hill Street, Dabuque, Iowa 52003. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

662. Plaintiff - Intervenor, Louis Robinson is a citizen of Florida and owns real property located at 2809 37th St. S.W., Leigh Acres, Florida 33976. Plaintiff is participating as a class

125

representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

663. Plaintiff - Intervenor, Penny Simmons is a citizen of Alabama and owns real property located at 1112 State Street, Mobile, Alabama 36603. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

664. Plaintiff - Intervenor, Edward Overton is a citizen of Florida and owns real property located at 1783 Biscayne Bay Circle, Jacksonville, Florida 32218. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

665. Plaintiff - Intervenor, Marshall Parsley is a citizen of Ohio and owns real property located at 16554 Middlefork Road, Laurelville, Ohio 43135. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

666. Plaintiffs - Intervenors, Frank and Eva Ann Montoya are citizens of New Mexico and together own real property located at Private Drive, 1055, #45, Alcalde, Mississippi 87511. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

667. Plaintiff - Intervenor, Jessie Sylvester is a citizen of Mississippi and owns real property located at 314 Sylvester Road, McLain, Mississippi 39456. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

668. Plaintiff - Intervenor, Arnold Martinez, Sr. is a citizen of Arizona and owns real property located at 43211 W. Palman Drive, Maricopa, Arizona 85238. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

669. Plaintiff - Intervenor, Thomas Nack is a citizen of Wisconson and owns real property located at 1117 N. 49th Street, Sheboygan, Wisconsin 53081. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

670. Plaintiffs - Intervenors, John D. and Becky Grissom are citizens of Louisiana and together own real property located at 118 S. Willow Bend Road, Monroe, Louisiana 71203. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

671. Plaintiffs - Intervenors, Emily and Gregg Harris are citizens of Alabama and together own real property located at 4506 Kingsway Drive, Mobile, Alabama 36608. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

672. Plaintiff - Intervenor, Mattie B. Carroll is a citizen of Alabama and owns real property located at 1307 W. Gulf Field Drive, Mobile, Alabama 36605. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

673. Plaintiff - Intervenor, David A. Walter is a citizen of Alabama and owns real property located at 7208 Fairmont Drive, Foley, Alabama 36535. Plaintiff is participating as a

class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

674. Plaintiff - Intervenor, John Schamber is a citizen of Alabama and owns real property located at 7183 Bridge Mill Drive, Mobile, Alabama 36619. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

675. Plaintiff - Intervenor, Lenox Gambler, Jr. is a citizen of Alabama and owns real property located at 10451 Tom Waller Road, Grand Bay, Alabama 36541. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

676. Plaintiff - Intervenor, Claretha McMillan is a citizen of Mississippi and owns real property located at 3000 Bonita Road, Gautier, Mississippi 39553. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

677. Plaintiff - Intervenor, Shirely Ann McBride is a citizen of Alabama and owns real property located at 221 E. Petain Street, Prichard, Alabama 36610. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

678. Plaintiffs - Intervenors, Stokes and Angela Ludgood are citizens of Missisippi and together own real property located at 325 Railroad Avenue, Lucedale, Mississippi 39452 Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

128

679. Plaintiff - Intervenor, Janretta C. Odoms-Lewis is a citizen of Mississippi and owns real property located at 221 E. Petain Street, Prichard, Alabama 36610. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

680. Plaintiffs - Intervenors, Gilletto and Donna Leverette are citizens of Mississippi and together own real property located at 4301 Charles Street, Moss Point, Mississippi 39563. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

681. Plaintiff - Intervenor, Tijuana Leigh Kimble is a citizen of Mississippi and owns real property located at 3408 Chicago Avenue, Pascagoula, Mississippi 39581. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

682. Plaintiffs - Intervenors, Antonio and Saunja Johnson are citizens of Alabama and together own real property located at 2015 Diggs Avenue, Mobile, Alabama 36617. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

683. Plaintiffs - Intervenors, Augustus P. and Annice P. Gomez are citizens of Alabama and together own real property located at 1156 New St. Francis Street, Mobile, Alabama 36604. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

684. Plaintiff - Intervenor, Helen Hampton is a citizen of Louisiana and owns real property located at 2013 Caluda Lane, Violet, Louisiana 70092. Plaintiff is participating as a

class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

685. Plaintiff - Intervenor, Evelyn Foster is a citizen of Mississippi and owns real property located at 3512 Campbell Street, Moss Point, Mississippi 39563. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

686. Plaintiff - Intervenor, George Hale is a citizen of Mississippi and owns real property located at 1887 McFarland Road, Raymond, Mississippi 39154. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

687. Plaintiff - Intervenor, Homer Herring is a citizen of Mississippi and owns real property located at 29 Stamp Circle, Prentiss, Mississippi 39414. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

688. Plaintiff - Intervenor, Katheryn Haggerty is a citizen of Texas and owns real property located at 2207 College Drive, Texarkana, Texas 75503. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

689. Plaintiffs - Intervenors, Anthony and Sherrie Foreston are citizens of Mississippi and together own real property located at 3221 Moreland Street, Pascagoula, Mississippi 39567. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

690. Plaintiff - Intervenor, Michael Fardella is a citizen of Pennsylvania and owns real property located at 12310 SW Elsinore Drive, Port St. Lucie, Florida 34587. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

691. Plaintiff - Intervenor, Jeffrey A. Fairley is a citizen of Mississippi and owns real property located at 415 Fairly Oneal Road, McLain, Mississippi 39456. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

692. Plaintiff - Intervenor, Daphne Leslie is a citizen of Alabama and owns real property located at 7316 Red Arrow Ct., Mobile, Alabama 36695. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

693. Plaintiffs - Intervenors, Cory and Kristy Mayeux are citizens of Louisiana and together own real property located at 21503 Longleaf Road, Kaplan, Louisiana 70548. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

694. Plaintiff - Intervenor, Jacqueline Mayes is a citizen of Mississippi and owns real property located at 406 Ebenezer Road, Richland, Mississippi 39218. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

695. Plaintiff - Intervenor, Dorothy Lee is a citizen of North Carolina and owns real property located at 4828 Ben Dail Road, La Grange, North Carolina 28551. Plaintiff is

participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

696. Plaintiff - Intervenor, Irene Jackson is a citizen of Alabama and owns real property located at 2456 Boyette Street, Mobile, Alabama 36617. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

697. Plaintiffs - Intervenors, Steven and Jennifer LaFontaine are citizens of Mississippi and together own real property located at 801 Sycamore Street, Waveland, Mississippi 39576. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

698. Plaintiff - Intervenor, Emma Hall is a citizen of Alabama and owns real property located at 10500 Tom Waller Road, Grand Bay, Alabama 36541. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

699. Plaintiffs - Intervenors, Royce Coopier and Cynthia Cuff are citizens of Louisiana and together own real property located at 3000 Tara Drive, Violet, Louisiana 70092. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

700. Plaintiffs - Intervenors, Farrel and Kimberly Anderson are citizens of Louisiana and together own real property located at 2116 Highland, Violet, Louisiana 70092. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

132

701. Plaintiff - Intervenor, Dorothy Mae Banks is a citizen of Louisiana and owns real property located at 2512 Walkers Lane, Meraux, Louisiana 70075. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

702. Plaintiff - Intervenor, Latonya Bell is a citizen of Louisiana and owns real property located at 3400 Lakewood Drive, Violet, Louisiana 70092. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

703. Plaintiff - Intervenor, Candy Brister is a citizen of Mississippi and owns real property located at 210 Turner Street, Bay Saint Louis, Mississippi 39520. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

704. Plaintiff - Intervenor, Joshana Brown is a citizen of Louisiana and owns real property located at 3012 Guerra Drive, Violet, Louisiana 70092. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

705. Plaintiffs - Intervenors, Charles and Susianna Duchane are citizens of Louisiana and together own real property located at 2119 Caluda Lane, Violet, Louisiana 70092. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

706. Plaintiff - Intervenor, Lee Ester Davis is a citizen of Louisiana and owns real property located at 2324 Centanni Drive, Saint Bernard, Louisiana 70085. Plaintiff is

participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

707. Plaintiff - Intervenor, Georgiana Duplesis is a citizen of Louisiana and owns real property located at 2117 Guerra Drive, Violet, Louisiana 70092. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

708. Plaintiffs - Intervenors, Michael and Kim England are citizens of Louisiana and together own real property located at 3009 Guerra Drive, Violet, Louisiana 70092. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

709. Plaintiffs - Intervenors, Samuel and Shavonne Hampton are citizens of Louisiana and together own real property located at 3313 Daniel Street, Violet, Louisiana 70092. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

710. Plaintiff - Intervenor, Geraldin Hill is a citizen of Louisiana and owns real property located at 1913 Blacherd, Violet, Louisiana 70092. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

711. Plaintiff - Intervenor, Isa Hunter is a citizen of Louisiana and owns real property located at 4651 Cardenas, New Orleans, Louisiana 70127. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

712.  Plaintiff - Intervenor, Regina Johnson is a citizen of Louisiana and owns real property located at 2012 Guerra Drive, Violet, Louisiana 70092.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

713.  Plaintiff - Intervenor, Marlone J. LaFrance is a citizen of Louisiana and owns real property located at 2809 Guerra Drive, Violet, Louisiana 70092.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

714.  Plaintiff - Intervenor, Sylvia Morgan is a citizen of Louisiana and owns real property located at 3008 Shannon, Violet, Louisiana 70092.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

715.  Plaintiff - Intervenor, Caffie Soloman is a citizen of Louisiana and owns real property located at 1917 Beachhead Lane, Violet, Louisiana 70092.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

716.  Plaintiff - Intervenor, Doris Taylor is a citizen of Louisiana and owns real property located at 2108 Goodvile Drive, Violet, Louisiana 70092.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

717.  Plaintiffs - Intervenors, Gordon and Nancy Boucher are citizens of Minnesota and together own real property located at 11001 A-208 Gulf Reflections Drive, Fort Myers, Florida

135

33908. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

718. Plaintiffs - Intervenors, Carol and Russell R. Brumbaugh, Jr. are citizens of Florida and together own real property located at 232 SE 15th Terrace, Cape Coral, Florida 33990. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

719. Plaintiff - Intervenor, Shannon Cambric is a citizen of Florida and owns real property located at 8585 Athena Court, Lehigh Acres, Florida 33971. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

720. Plaintiffs - Intervenors, Rolland and Charlene Cummins are citizens of Florida and together own real property located at 11001 Gulf Reflections Drive, 108A, Ft. Myers, Florida 33907. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

721. Plaintiffs - Intervenors, David Fores and Monica Vasquez are citizens of Florida and together own real property located at 8936 SW 228th Lane, Miami, Florida 33190. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

722. Plaintiff - Intervenor, Tamarra Grunsted is a citizen of Florida and owns real property located at 10410 Ruden Road, N., Ft. Myers, Florida 33917. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

723. Plaintiffs - Intervenors, Eric and Svetlana Grassel are citizens of Florida and together own real property located at 3033 Lake Manatee Court, Cape Coral, Florida 33909. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

724. Plaintiff - Intervenor, Gary Hanzel on behalf of Security Source, Inc. is a citizen of Illinois and owns real property located at 16122 Via Solera Circle, Unit 105, Ft. Myers, Florida 33908. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

725. Plaintiffs - Intervenors, Timothy and Maria Helmick are citizens of Florida and together own real property located at 8931 SW 228th Lane, Cutler Bay, Florida 33190. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

726. Plaintiff - Intervenor, Brian Herbert is a citizen of Florida and owns real property located at 11001 Gulf Reflections Drive, 201, Ft. Myers, Florida 33907. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

727. Plaintiffs - Intervenors, Barry and Rebecca Katz are citizens of Florida and together own real property located at 11011 Gulf Reflections Drive, 403A and 406A, Ft. Myers, Florida 33907. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

728. Plaintiff - Intervenor, Robert Kirby is a citizen of Florida and owns real property located at 11001 Gulf Reflections Drive, A407, Ft. Myers, Florida 33907. Plaintiff is

participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

729. Plaintiffs - Intervenors, Helene and Christina Kranz are citizens of New York and together own real property located at 8644 Athena Court, Lehigh Acres, Florida 33971. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

730. Plaintiff - Intervenor, Jo Ellen Mantuo is a citizen of Florida and owns real property located at 11001 Gulf Reflections Drive, A308, Ft. Myers, Florida 33907. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

731. Plaintiff - Intervenor, Ronald Murphy is a citizen of Florida and owns real property located at 11001 Gulf Reflections Drive, A107, Ft. Myers, Florida 33907. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

732. Plaintiffs - Intervenors, Suki and Michael Packard are citizens of Florida and together own real property located at 3028 Lake Manatee Court, Cape Coral, Florida 33909. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

733. Plaintiffs - Intervenors, Reed and Victoria Reilly are citizens of Illinois and together own real property located at 8648 Athena Court, Lehigh Acres, Florida 33971. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

734. Plaintiffs - Intervenors, Michael and Verena Schneider-Christians are citizens of Florida and together own real property located at 2549 Deerfield Lake Court, Cape Coral, Florida 33909. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

735. Plaintiffs - Intervenors, Mohammad and Ruth Serajuddowla are citizens of Florida and together own real property located at 8710 Pegasus Drive, Lehigh Acres, Florida 33971. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

736. Plaintiffs - Intervenors, Jose and Diana Serrano are citizens of Florida and together own real property located at 2654 Amber Lake Drive, Cape Coral, Florida 33909. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

737. Plaintiffs - Intervenors, Hassan and Frauke Siddiqui are citizens of Florida and together own real property located at 11429 Laurel Brook Court, Riverview, Florida 33569. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

738. Plaintiffs - Intervenors, Santos and Martha Sierra are citizens of Florida and together own real property located at 8719 Pegasus Drive, Lehigh Acres, Florida 33916. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

739. Plaintiffs - Intervenors, Michele and Tom Talerico are citizens of New York and together own real property located at 240 SE 29th Street, Cape Coral, Florida 33904. Plaintiffs

are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

740.  Plaintiffs - Intervenors, Larry and Terri Torpy are citizens of Nebraska and together own real property located at 2569 Deerfield Lake, Court, Cape Coral, Florida 33909. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

741.  Plaintiffs - Intervenors, Jill and Vincent White are citizens of California and together own real property located at 11001 Gulf Reflections Drive, A304, Ft. Myers, Florida 33907. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

742.  Plaintiffs - Intervenors, Laura Ann and Lindeerth Powell are citizens of Florida and together own real property located at 8870 SW 229th Street, Cutler Bay, Florida 33190. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

743.  Plaintiffs - Intervenors, Derrick and Robin Peterson are citizens of Florida and together own real property located at 518 SW California Avenue, Stuart, Florida 34994. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

744.  Plaintiff - Intervenor, Vinod Batra is a citizen of North Carolina and owns real property located at 2565 Deerfield Lake Court, Cape Coral, Florida 33909. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

745. Plaintiffs - Intervenors, John and Star Cole are citizens of Florida and together own real property located at 2766 Blue Cypress Lake Court, Cape Coral, Florida 33909. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

746. Plaintiff - Intervenor, Faroh Edgar, on behalf of Marazul, LLC is a citizen of Florida and owns real property located at 8155 NW 108 Avenue, Doral, Florida 33178. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

747. Plaintiffs - Intervenors, Paul and Patricia Gauthier are citizens of Florida and together own real property located at 2583 Keystone Lake Drive, Coral Lakes, Florida 33909. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

748. Plaintiffs - Intervenors, Scott and Donna Lee are citizens of Florida and together own real property located at 3036 Lake Butler Court, Cape Coral, Florida 33909. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

749. Plaintiff - Intervenor, Parveem Masih is a citizen of New York and owns real property located at 2533 Deerfield Lake Court, Cape Coral, Florida 33909. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

750. Plaintiffs - Intervenors, Jetson and Lee Morgan are citizens of Florida and together own real property located at 2561 52nd Avenue, N.E. Naples, Florida 34120. Plaintiffs are

141

participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

751. Plaintiff - Intervenor, Stephen M. Muenchen, Jr. is a citizen of Ohio and owns real property located at 2537 Deerfield Lake Court, Cape Coral, Florida 33909. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

752. Plaintiff - Intervenor, David Parker is a citizen of Florida and owns real property located at 2559 Sawgrass Lake Court, Cape Coral, Florida 33909. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

753. Plaintiff - Intervenor, Anthony J. Patti is a citizen of New Hampshire and owns real property located at 8716 Pegasus Drive, Lehigh Acres, Florida 33971. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

754. Plaintiffs - Intervenors, Jason Jerry and Linda Prokopetz are citizens of Florida and together own real property located at 2548 Deerfield Lake Court, Cape Coral, Florida 33909. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

755. Plaintiffs - Intervenors, Thomas E. Simonian and Barbara R. Petty are citizens of Virginia and together own real property located at 8582 Athena Court, Bldg. 4, Unit #210, Lehigh Acres, Florida 33971. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated.

142

herein by reference.

756. Plaintiff - Intervenor, Max Steed is a citizen of Florida and owns real property located at 2580 Keystone Lake Drive, Cape Coral, Florida 33909. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

757. Plaintiff - Intervenor, Humberto Suarez is a citizen of Florida and owns real property located at 208 SE 6th Street, Cape Coral, Florida 33909 Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

758. Plaintiff - Intervenor, Michael Zamora is a citizen of Florida and owns real property located at 3044 Lake Manatee Drive, Cape Coral, Florida 33909. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

759. Plaintiffs - Intervenors, Gary and Jennifer Kallio are citizens of Florida and together own real property located at 360 Cape Harbour Loop, Unit 104, Bradenton, Florida 34212. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

760. Plaintiffs - Intervenors, Berlyn and Elaine Birkholz are citizens of Florida and together own real property located at 12644 28th Street East, Parrish, Florida 34219. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

761. Plaintiff - Intervenor, Ingrid Veras is a citizen of Florida and owns real property

located at 1932 SE 21 Ct., Homestead, Florida 33035. Plaintiff is participating as a class

representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

762. Plaintiff - Intervenor, Rebekah Lopez is a citizen of Florida and owns real property

located at 1940 SE 23 Avenue, Homestead, Florida 33035. Plaintiff is participating as a class

representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

763. Plaintiff - Intervenor, Andrew Williams is a citizen of Florida and owns real

property located at 4565 SW Athena Drive, Port St. Lucie, Florida 34953. Plaintiff is

participating as a class representative in the class and subclasses as set forth in the schedules

accompanying this complaint which are incorporated herein by reference.

764. Plaintiff - Intervenor, Stanley Broesder is a citizen of North Carolina and owns real

property located at 3012 Charles Drive, Chalmette, Louisiana 70043. Plaintiff is participating as

a class representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

765. Plaintiff - Intervenor, Wanda E. Steele is a citizen of Louisiana and owns real

property located at 7821 Mullet Street, New Orleans, Louisiana 70126. Plaintiff is participating

as a class representative in the class and subclasses as set forth in the schedules accompanying

this complaint which are incorporated herein by reference.

766. Plaintiff - Intervenor, Frances Palmer is a citizen of Louisiana and owns real

property located at 4601 Lafon Drive, New Orleans, Louisiana 70126. Plaintiff is participating

as a class representative in the class and subclasses as set forth in the schedules accompanying

144

this complaint which are incorporated herein by reference.

767. Plaintiff - Intervenor, Harry E. Meyer, Jr. is a citizen of Florida and owns real property located at 3014 Spruce Street, Zolfo Springs, Florida 33890. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

768. Plaintiffs - Intervenors, John and Pamela Aubert are citizens of Louisiana and together own real property located at 7400 Mayo Blvd., New Orleans, Louisiana 70126. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

769. Plaintiffs - Intervenors, Eugene and Cynthia Bart are citizens of Louisiana and together own real property located at 5531 Rickert Drive, New Orleans, Louisiana 70126. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

770. Plaintiff - Intervenor, Ora Brock is a citizen of Louisiana and owns real property located at 2026 Clouet Street, New Orleans, Louisiana 70117. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

771. Plaintiffs - Intervenors, Thomas and Patty Chestnut are citizens of Louisiana and together own real property located at 5700 Lena Drive, Chalmette, Louisiana 70043. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

772. Plaintiffs - Intervenors, Stephen and Tiffany Galmiche are citizens of Louisiana and

together own real property located at 3516 Jacob Drive, Chalmette, Louisiana 70043. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

773. Plaintiffs - Intervenors, Edward and Pamela Rankins are citizens of Louisiana and together own real property located at 4841 Francisco Vervett Drive, New Orleans, Louisiana 70126. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

774. Plaintiff - Intervenor, Marcia Haughton is a citizen of Florida and owns real property located at 1212 Santa Catalina Lane, North Lauderdale, Florida 33068. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

775. Plaintiff - Intervenor, Jason Urtubey is a citizen of Florida and owns real property located at 2617 69th Street W, Lehigh Acres, Florida 33971. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

776. Plaintiff - Intervenor, Thuong Trinh is a citizen of Mississippi and owns real property located at 1617 Cherokee Street, Pascagoula, Mississippi 39581. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

777. Plaintiff - Intervenor, Anh Van Lee is a citizen of Mississippi and owns real property located at 3503 Springwood Lane, Ocean Springs, Mississippi 39564. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules

146

accompanying this complaint which are incorporated herein by reference.

778. Plaintiff - Intervenor, Sheral Ann Laergne is a citizen of Louisiana and owns real property located at 701 Sally May Street, Lake Charles, Louisiana 70601. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

779. Plaintiff - Intervenor, Angela Crandle is a citizen of Louisiana and owns real property located at 2232/34 Joliet Street, New Orleans, Louisiana 70118. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

780. Plaintiffs - Intervenors, Garnet and William Carney are citizens of Illinois and together own real property located at 11001 Gulf Reflections Drive, Units 302 and 306, Fort Myers, Florida 33908. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

781. Plaintiff - Intervenor, Donna Polk is a citizen of Mississippi and owns real property located at 330 Lang Avenue, Pass Christian, Mississippi 39571. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

782. Plaintiff - Intervenor, Shirley Cunningham is a citizen of Alabama and owns real property located at 686 Cook Road, Pine Hill, Alabama 36769. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

147

783. Plaintiff - Intervenor, Jeremy Macon is a citizen of Alabama and owns real property located at 346 Korreckt Avenue, Lincoln, Alabama, 35096. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

784. Plaintiff - Intervenor, Mary Butler is a citizen of Louisiana and owns real property located at 2100 Constantine Drive, Marrero, Louisiana 70072. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

785. Plaintiffs - Intervenors, Billy C. and Kathryn Gainey are citizens of South Carolina and together own real property located at 1831 Carriage Oak Court, Hartsville, South Carolina 29550. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

786. Plaintiff - Intervenor, Mary M. Niswonger is a citizen of Louisiana and owns real property located at 77451 N. Fitzmorris Road Ext., Covington, Louisiana 70435. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

787. Plaintiffs - Intervenors, Shawnree and John Anderson are citizens of Louisiana and together own real property located at 601 Autumn Wind Lane, Mandeville, Louisiana 70471. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

788. Plaintiff - Intervenor, Cuc Dao is a citizen of Florida and owns real property located at 857 SW 17th Street, Cape Coral, Florida 33991. Plaintiff is participating as a class

representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

789. Plaintiffs - Intervenors, Rachael and David Dorsey are citizens of Florida and together own real property located at 102 NW 24th Avenue, Cape Coral, Florida 33993. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

790. Plaintiffs - Intervenors, Kevin and Christine Shedd are citizens of Florida and together own real property located at 229 NW 25th Avenue, Cape Coral, Florida 33993. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

791. Plaintiff - Intervenor, Michael Bishop is a citizen of Florida and owns real property located at 2310 SW 19th Street, Cape Coral, Florida 33991. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

792. Plaintiff - Intervenor, Crystal Mullet is a citizen of Louisiana and owns real property located at 2008 E. Sylvia Blvd., St. Bernard, Louisiana 70085. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

793. Plaintiff - Intervenor, Brad Chaeffer is a citizen of Louisiana and owns real property located at 204 W. Judge Perez Drive, Chalmette, Louisiana 70043 and 3604 Marietta Street, Chalmette, Louisiana 70043. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated

149

herein by reference.

794. Plaintiffs - Intervenors, Carl and Kimberly Cricco are citizens of Florida and together own real property located at 844 SW 17th Street, Cape Coral, Florida 33991. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

795. Plaintiffs - Intervenors, Victor and Geraldine Martin are citizens of Florida and together own real property located at 11819 Bayport Lane, Unit 402, Ft. Myers, Florida 33908. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

796. Plaintiff - Intervenor, Susan M. Davis is a citizen of Florida and owns real property located at 117 Marina Lane, Satsuma, Florida 32189. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

797. Plaintiffs - Intervenors, Robert and Adele Love are citizens of Massachusetts and together own real property located at 10480 SW Stephanie Way, Unit 208, Port St. Lucie, Florida 34987. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

798. Plaintiffs - Intervenors, Paul and Danielle Murphy are citizens of Ohio and together own real property located at 21573 Baccarat Lane, Building #16, Unit #202, Estero, Florida 33928. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

799. Plaintiff - Intervenor, Bart Scocco is a citizen of Florida and owns real property

located at 3330 NW 33rd Lane, Cape Coral, Florida 33993. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

800. Plaintiffs - Intervenors, Stephanie and Harry Azor are citizens of Florida and together own real property located at 12430 SW 50th Street, #105, Miramar, Florida 33027. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

801. Plaintiff - Intervenor, Liset Gutierezz is a citizen of Florida and owns real property located at 2100 Della Drive, Naples, Florida 34117. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

802. Plaintiffs - Intervenors, Jose and Sonia Mendez are citizens of New York and together own real property located at 1421 North East 12th Avenue, Cape Coral, Florida 33909. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

803. Plaintiff - Intervenor, Adolfo Barreto is a citizen of Florida and owns real property located at 8111 West 36th Avenue, Unit 3, Hialeah, Florida 33018. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

804. Plaintiffs - Intervenors, Edward and Tonya Demirgian are citizens of Arizona and together own real property located at 24504 Sunrise Drive, Port Charlotte, Florida 33980. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the

151

schedules accompanying this complaint which are incorporated herein by reference.

805. Plaintiffs - Intervenors, Donald and Barbara Evans are citizens of Florida and together own real property located at 13944 Clubhouse Drive, Tampa, Florida 33618. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

806. Plaintiff - Intervenor, Richard Mancini is a citizen of Florida and owns real property located at 11813 Bayport Lane, #304, Fort Myers, Florida 33908. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

807. Plaintiffs - Intervenors, Thomas and Darlene Nuccio are citizens of Florida and together own real property located at 2628 NW 4th Place, Cape Coral, Florida 33993. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

808. Plaintiff - Intervenor, Raymond Reiprecht is a citizen of Florida and owns real property located at 10560 SW Stephanie Way, Unit 202, Port St. Lucie, Florida 34987. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

809. Plaintiffs - Intervenors, David and Diane Meister are citizens of Ohio and together own real property located at 6060 Jonathan's Bay Circle, #302, Ft. Myers, Florida 33908. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

810. Plaintiffs - Intervenors, Robert and Joan Seddon are citizens of New Jersey and

together own real property located at 13946 Clubhouse Drive, Tampa, Florida 33618. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

811. Plaintiff - Intervenor, Richard Smith is a citizen of Florida and owns real property located at 8001 Sherwood Circle, LaBelle, Florida 33935. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

812. Plaintiffs - Intervenors, William and Sheila Sullivan are citizens of Florida and together own real property located at 12623 20th Street East, Parrisha, Florida 34219. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

813. Plaintiffs - Intervenors, Mai Kim and Tom Bui are citizens of Florida and together own real property located at 8561 Pegasus Drive, Lehigh Acres, Florida 33971. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

814. Plaintiffs - Intervenors, Antonio and Jenny Aguilar are citizens of Florida and together own real property located at 208 NW 1st Terrace, Cape Coral, Florida 33993. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

815. Plaintiffs - Intervenors, Michael Anderson and Karla Campos are citizens of Florida and together own real property located at 2105 SW 39th Terrace, Cape Coral, Florida 33914. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the

153

schedules accompanying this complaint which are incorporated herein by reference.

816. Plaintiffs - Intervenors, Scott and Terri Astrin are citizens of New Jersey and together own real property located at 8600 Athena Court, Lehigh Acres, Florida 33971. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

817. Plaintiffs - Intervenors, Ramon and Candida Benzo are citizens of Florida and together own real property located at 2576 Sea Wind Way, Clearwater, Florida 33763. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

818. Plaintiffs - Intervenors, Virgilio and Janaina Borges are citizens of Florida and together own real property located at 5660 Kensington Loop, Fort Myers, Florida 33912. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

819. Plaintiff - Intervenor, Nelson Brito is a citizen of New Jersey and owns real property located at 2574 Sea Wind Way, Clearwater, Florida 33763. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

820. Plaintiff - Intervenor, Chris Bradley is a citizen of Canada and owns real property located at 4420 SW 9th Place, Cape Coral, Florida 33914. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

821. Plaintiffs - Intervenors, Henry and Deborah Braga are citizens of Massachusetts and

154

together own real property located at 1325 North West 1ˢᵗ Avenue, Cape Coral, Florida 33993. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

822. Plaintiffs - Intervenors, Raymond and Vinita Chinoy are citizens of Florida and together own real property located at 11525 Hammocks Glade Drive, Riverview, Florida 33569. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

823. Plaintiffs - Intervenors, Frank and Gayle Cardiello are citizens of Florida and together own real property located at 1006 North West 38ᵗʰ Place, Cape Coral, Florida 33993. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

824. Plaintiffs - Intervenors, Phyllis and Lee Dekeyser are citizens of Wisconsin and together own real property located at 6051 Jonathan's Bay Unit 401, Ft. Myers, Florida 33908. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

825. Plaintiff - Intervenor, William Dickinson is a citizen of Florida and owns real property located at 11825 Bayport Lane, Ft. Myers, Florida 33908. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

826. Plaintiffs - Intervenors, Keith and Krystal Dunn are citizens of Florida and together own real property located at 11547 Hammocks Glade Drive, Riverview, Florida 33569. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the

155

schedules accompanying this complaint which are incorporated herein by reference.

827. Plaintiffs - Intervenors, Thomas and Christina Ewald are citizens of Michigan and together own real property located at 6050 Jonathan's Bay Circle, #401, Ft. Myers, Florida 33908. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

828. Plaintiffs - Intervenors, Stephen and Karen Garvey are citizens of Virginia and together own real property located at 11813 Bayport Lane, Unit 3, Ft. Myers, Florida 33908. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

829. Plaintiffs - Intervenors, Ted and Pamela Gill are citizens of Michigan and together own real property located at 13464 Little Gem Circle, Ft. Myers, Florida 33913. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

830. Plaintiffs - Intervenors, Harry and Olga Harter are citizens of Nevada and together own real property located at 2040 North West 1st Street, Cape Coral, Florida 33993. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

831. Plaintiffs - Intervenors, Hannelore Hoffman and Donna Lengel are citizens of Nevada and together own real property located at 13964 Clubhouse Drive, Tampa, Florida 33618. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

832. Plaintiff - Intervenor, Kim Mastrogiacomo is a citizen of Florida and owns real

156

property located at 6071 Jonathans Bay Circle, Unit 401, Ft. Myers, Florida 33908. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

833. Plaintiff - Intervenor, Madelyn Morillo is a citizen of New York and owns real property located at 11337 Bridge Pine Drive, Riverview, Florida 33569. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

834. Plaintiff - Intervenor, Tamie Pietrantonio is a citizen of Michigan and owns real property located at 6050 Jonathan's Bay Circle, Unit 102, Ft. Myers, Florida 33908. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

835. Plaintiff - Intervenor, Joseph Ondrovic is a citizen of Florida and owns real property located at 14122 Kensington Lane, Ft. Myers, Florida 33912. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

836. Plaintiff - Intervenor, Kellie Patterson is a citizen of Florida and owns real property located at 622 SW 147 Terrace, Pembroke Pines, Florida 33027. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

837. Plaintiffs - Intervenors, Donna and Ronald Teitelbaum are citizens of New Jersey and together own real property located at 11825 Bayport Lane, #502, Ft. Myers, Florida 33908. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the

schedules accompanying this complaint which are incorporated herein by reference.

838. Plaintiff - Intervenor, Stephen Roth is a citizen of Florida and owns real property located at 6050 Jonathan's Bay Circle, Unit 402, Ft. Myers, Florida 33908. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

839. Plaintiffs - Intervenors, Cesar Santiago and Eileen Crespo are citizens of Florida and together own real property located at 12978 Turtle Cove Trail, North Ft. Myers, Florida 33903. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

840. Plaintiffs - Intervenors, Sylvia and Christopher Swartz are citizens of Florida and together own real property located at 4030 South West 9th Place, Cape Coral, Florida 33914. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

841. Plaintiffs - Intervenors, Diane and Richard Wilson are citizens of Ohio and together own real property located at 11812 Bayport Lane, #4, Ft. Myers, Florida 33908. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

842. Plaintiffs - Intervenors, Danny and Patrick Wienstoer are citizens of Florida and together own real property located at 11509 Hammocks Glen Drive, Riverview, Florida 33569. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

843. Plaintiff - Intervenor, Lisa Carciato is a citizen of Florida and owns real property

located at 13471 Little Gem Circle, Ft. Myers, Florida 33913.  Plaintiff is participating as a class

representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

844.  Plaintiffs - Intervenors, Daniel and My-duyen Carter are citizens of Florida and

together own real property located at 522 North West 36th Place, Cape Coral, Florida 33993 and

508 North West 36th Place, Cape Coral, Florida 33993.  Plaintiffs are participating as class

representatives in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

845.  Plaintiffs - Intervenors, John and Pamela D'Ambroiso are citizens of Florida and

together own real property located at 338 Mestre Place, North Venice, Florida 34275.  Plaintiffs

are participating as class representatives in the class and subclasses as set forth in the schedules

accompanying this complaint which are incorporated herein by reference.

846.  Plaintiffs - Intervenors, John and Maryalyn Delisser are citizens of New York and

together own real property located at 1120 South West Gardena Avenue, Port St. Lucie, Florida

34953.  Plaintiffs are participating as class representatives in the class and subclasses as set forth

in the schedules accompanying this complaint which are incorporated herein by reference.

847.  Plaintiffs - Intervenors, Albert and Joan Dudreck are citizens of Pennsylvania and

together own real property located at 10622 Camarelle Circle, Ft. Myers, Florida 33913.

Plaintiffs are participating as class representatives in the class and subclasses as set forth in the

schedules accompanying this complaint which are incorporated herein by reference.

848.  Plaintiffs - Intervenors, Lenni and Justin Fugazy are citizens of Florida and together

own real property located at 157 South East 16th Terrace, Cape Coral, Florida 33990.  Plaintiffs

are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

849. Plaintiffs - Intervenors, Donald and Michelle Gangl are citizens of Minnesota and together own real property located at 11812 Bayport Lane, Unit 3, Ft. Myers, Florida 33908. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

850. Plaintiff - Intervenor, Dominic Giannini is a citizen of Illinois and owns real property located at 622 SW 31st Street, Cape Coral, Florida 33914. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

851. Plaintiff - Intervenor, Nikolaos Giannoussidis is a citizen of Florida and owns real property located at 11819 Bayport Lane, #404, Ft. Myers, Florida 33908. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

852. Plaintiffs - Intervenors, John and Kristin Goede are citizens of Florida and together own real property located at 7527 Bristol Circle, Naples, Florida 34119. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

853. Plaintiff - Intervenor, Jennifer Hattemer is a citizen of Florida and owns real property located at 2202 SW 13th Avenue, Cape Coral, Florida 33991. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

160

854. Plaintiffs - Intervenors, Ronald and Linda Hornbeck are citizens of Illinois and together own real property located at 174 Shadroe Cove Circle, Unit 1003, Cape Coral, Florida 33991. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

855. Plaintiff - Intervenor, Michelle Hudson is a citizen of Florida and owns real property located at 9794 Casa Mar Circle, Ft. Myers, Florida 33919. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

856. Plaintiffs - Intervenors, Paul and Renee Lowande are citizens of Florida and together own real property located at 2308 North East Juanita Place, Cape Coral, Florida 33909. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

857. Plaintiff - Intervenor, Ashok Malhoe is a citizen of Florida and owns real property located at 1617 South East 21st Street, Cape Coral, Florida 33990. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

858. Plaintiffs - Intervenors, Frank and Grace Maniscalco are citizens of New Jersey and together own real property located at 11853 Bayport Lane, #4, Ft. Myers, Florida 33908. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

859. Plaintiff - Intervenor, James Marion is a citizen of Florida and owns real property located at 1172 South West Kickaboo Road, Port St. Lucie, Florida 34953. Plaintiff is

participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

860. Plaintiffs - Intervenors, Robert and Bonnie Mitchell are citizens of Florida and together own real property located at 1442 El Dorado Parkway West, Cape Coral, Florida 33914. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

861. Plaintiffs - Intervenors, Robin and Marva Murray are citizens of Florida and together own real property located at 535 Davidson Street, South East, Unit 50, Palm Bay, Florida 32909. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

862. Plaintiffs - Intervenors, Michael and Rikke Page are citizens of New Jersey and together own real property located at 20092 Larino Loop, Estero, Florida 33928. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

863. Plaintiffs - Intervenors, Scott and Emilia Owen are citizens of New Jersey and together own real property located at 2032 NW 1st Place, Cape Coral, Florida 33993. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

864. Plaintiff - Intervenor, Richard Rand is a citizen of Maine and owns real property located at 8607 Athena Court, Lehigh Acres, Florida 33971. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

162

complaint which are incorporated herein by reference.

866. Plaintiff - Intervenor, Eugene W. Reaves, IV, is a citizen of Florida and owns real property located at 202 Shadroe Cove Circle, Unit 402, Cape Coral, Florida 33991. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

866. Plaintiff - Intervenor, Estela Riley is a citizen of Florida and owns real property located at 419 SW 19th Terrace, Cape Coral, Florida 33914. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

867. Plaintiffs - Intervenors, Mary Rose and James Donnelly are citizens of Florida and together own real property located at 11837 Bayport Lane, #704, Ft. Myers, Florida 33908. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

868. Plaintiffs - Intervenors, Alberto and Laura Sakalauskas are citizens of Florida and together own real property located at 3142 SW Main Street, Port St. Lucie, Florida 34988. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

869. Plaintiffs - Intervenors, Angel and Yvette Santiago are citizens of Florida and together own real property located at 4018 NW 12th Street, Cape Coral, Florida 33993. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

870. Plaintiff - Intervenor, Michael Sheehan is a citizen of Florida and owns real

property located at 3531 SW 15th Place, Cape Coral, Florida 33914. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

871. Plaintiffs - Intervenors, Gloria and Robert Smith are citizens of Florida and together own real property located at 11837 Bayport Lane, #1, Ft. Myers, Florida 33908. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

872. Plaintiffs - Intervenors, Calvin and Allison Toler are citizens of Florida and together own real property located at 10440 SW Stephanie Way, Unit 210, Port St. Lucie, Florida 34987. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

873. Plaintiffs - Intervenors, Darrell and Darlene Wilson are citizens of Florida and together own real property located at 24226 Santa Inez Road, Punta Gorda, Florida 33955. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

874. Plaintiffs - Intervenors, Leslie Younger and Brian Cummings are citizens of Florida and together own real property located at 221 SE 24th Street, Cape Coral, Florida 33990. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

875. Plaintiff - Intervenor, Janelle Caple is a citizen of Florida and owns real property located at 946 South West 6th Court, Cape Coral, Florida 33991. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

876. Plaintiff - Intervenor, Daimarys Leon is a citizen of Florida and owns real property located at 8111 West 36 Avenue, Apartment 106, Hialeah, Florida 33018. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

877. Plaintiff - Intervenor, Roger Bowers is a citizen of Florida and owns real property located at 2805 West Shelton Avenue, Apt. 106, Hialeah, Florida 33018. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

878. Plaintiffs - Intervenors, James and Jill Browne are citizens of Florida and together own real property located at 2507 Tylers River Run, Lutz, Florida 33559. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

879. Plaintiff - Intervenor, Larry Heath Duckett is a citizen of Alabama and owns real property located at 322 Granite Circle, Albertville, Alabama 35950. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

880. Plaintiffs - Intervenors, Barry and Denise Durrance are citizens of Florida and together own real property located at 18030 Driftwood Lane, Lutz, Florida 33558. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

881. Plaintiff - Intervenor, Kevin Freel is a citizen of Florida and owns real property

165

located at 2236 Soho Bay Ct., Tampa, Florida 33606. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

882. Plaintiffs - Intervenors, Charles and Janet Hartley are citizens of Florida and together own real property located at 11106 Kiskadee Circle, New Port Richey, Florida 34654. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

883. Plaintiffs - Intervenors, Craig and Jane Hasselschwert are citizens of Ohio and together own real property located at 8499 Chase Preserve Drive, Naples, Florida 34113. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

884. Plaintiffs - Intervenors, Michelle and Curtis Hubbard are citizens of Florida and together own real property located at 3617 East Renellie Circle, Tampa, Florida 33629. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

885. Plaintiffs - Intervenors, Jonathan and April Hurley are citizens of Florida and together own real property located at 3745 Rockwood Drive, Pace, Florida 32571. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

886. Plaintiff - Intervenor, Hans Joachim Kehl is a citizen of Germany and owns real property located at 4832 SE 24th Place, Cape Coral, Florida 33914. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

166

complaint which are incorporated herein by reference.

887. Plaintiffs - Intervenors, Joseph and Charlotte Kostelecky are citizens of Alabama and together own real property located at 19139 Blueberry Lane, Silverhill, Alabama 36579. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

888. Plaintiff - Intervenor, Jennifer Loader is a citizen of Florida and owns real property located at 3918 West Bay Court Avenue, Tampa, Florida 33611. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

889. Plaintiff - Intervenor, Valerie Lopez is a citizen of Alabama and owns real property located at 309 Granite Circle, Albertville, Alabama 35950. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

890. Plaintiff - Intervenor, Nakisha Love is a citizen of Florida and owns real property located at 2540 Middleton Grove Drive, Brandon, Florida 33511. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

891. Plaintiff - Intervenor, Fazeel Murdali is a citizen of Rhode Island and owns real property located at 5030 SW 126th Avenue, #221, Miramar, Florida 33027. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

892. Plaintiff - Intervenor, Maria Organista is a citizen of Florida and owns real property

167

located at 2902 Nadine Lane, Lehigh Acres, Florida 33971. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

893. Plaintiffs - Intervenors, Isaac and Shanon Peltier are citizens of Florida and together own real property located at 2902 Nadine Lane, Lehigh Acres, Florida 33971. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

894. Plaintiff - Intervenor, Marion Pfeiffer is a citizen of Florida and owns real property located at 1117 Cassin Avenue, Lehigh Acres, Florida 33971. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

895. Plaintiff - Intervenor, Kelly Pham is a citizen of Florida and owns real property located at 8696 Pegasus Drive, Lehigh Acres, Florida 33971. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

896. Plaintiff - Intervenor, Amparo Robles is a citizen of Florida and owns real property located at 12430 SW 50th Street, Unit 147, Miramar, Florida 33027. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

897. Plaintiff - Intervenor, Joel Santos is a citizen of Florida and owns real property located at 3223 31st St. W., Lehigh Acres, Florida 33971. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

168

complaint which are incorporated herein by reference.

898. Plaintiff - Intervenor, Terry Sellman is a citizen of Florida and owns real property located at 10710 Miracle Lane, New Port Richey, Florida 34654. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

899. Plaintiffs - Intervenors, Richard and Linda White are citizens of Georgia and together own real property located at 198 Hidden Meadows Rd., Cleveland, Georgia 30528. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

900. Plaintiffs - Intervenors, William and Pamela Casey are citizens of Massachusetts and together own real property located at 713 SE 16th Court, Ft. Lauderdale, Florida 33316. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

901. Plaintiff - Intervenor, Donald Lau is a citizen of Florida and owns real property located at 13936 Clubhouse Drive, Tampa, Florida 33618. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

902. Plaintiffs - Intervenors, Semyon and Darina Lumar are citizens of Florida and together own real property located at 11825 Bayport Lane, Unit #4, Ft. Myers, Florida 33908. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

903. Plaintiffs - Intervenors, Robert and Frances Nemes are citizens of Florida and

169

together own real property located at 6050 Jonathan's Bay Circle, Unit 202, Ft. Myers, Florida 33908. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

904. Plaintiffs - Intervenors, Dane and Patricia Robinson are citizens of Alaska and together own real property located at 630 SW 147 Terrace, Pembroke Pines, Florida 33027. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

905. Plaintiff - Intervenor, Aprile L. Douglas is a citizen of Florida and owns real property located at 5461 River Rock Road, #5, Lakeland, Florida 33809. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

906. Plaintiff - Intervenor, Gregg Foster is a citizen of Florida and owns real property located at 615-617 Memorial Drive, Sebring Florida 33870. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

907. Plaintiffs - Intervenors, Dale and Carolyn Gainey are citizens of Florida and together own real property located at 1640 Golden Gate Blvd., Naples, Florida 34120. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

908. Plaintiffs - Intervenors, William and Carmen Mercedes are citizens of Florida and together own real property located at 845 SW 17th Street, Cape Coral, Florida 33991. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules

170

accompanying this complaint which are incorporated herein by reference.

909. Plaintiff - Intervenor, John Nord is a citizen of Florida and owns real property located at 13960 Clubhouse Drive, Tampa, Florida 33618. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

910. Plaintiffs - Intervenors, Paul and Michele Pelak are citizens of Florida and together own real property located at 4561 1st Avenue SW, Naples, Florida 34119. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

911. Plaintiffs - Intervenors, Jose and Yasuany Santiago are citizens of Florida and together own real property located at 1424 North East 14th Street, Cape Coral, Florida 33909. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

912. Plaintiff - Intervenor, Janet Vaiden is a citizen of Florida and owns real property located at 1442 Hillview Lane, Tarpon Springs, Florida 34689. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

913. Plaintiffs - Intervenors, Lawrence and Jamie Mueller are citizens of Florida and together own real property located at 939 Golden Pond Court, Cape Coral, Florida 33909. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

914. Plaintiffs - Intervenors, Craig and Linda Foxwell are citizens of Florida and together

171

own real property located at 1705 Palm View Road, Sarasota, Florida 34240. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

915. Plaintiff - Intervenor, Kepler, LLC owns real property located at 6701 Jonathan's Bay Circle, Unit 501, Fort Myers, Florida 33908. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

916. Plaintiffs - Intervenors, Marcos and Carmen Santiago are citizens of Florida and together own real property located at 7446 Palmer Glen Circle, Sarasota, Florida 34240. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

917. Plaintiffs - Intervenors, Francis and Christine Uttaro are citizens of Florida and together own real property located at 5217 Athens Way, Venice, Florida 34293. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

918. Plaintiff - Intervenor, Brigid Soldavini-Clapper is a citizen of Florida and owns real property located at 40 3rd Avenue South, Naples, Florida 34102. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

919. Plaintiffs - Intervenors, Kelvin and Laura St. John are citizens of Florida and together own real property located at 8717 Pegasus Drive, Lehigh Acres, Florida 33971. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the

172

schedules accompanying this complaint which are incorporated herein by reference.

920. Plaintiffs - Intervenors, Christopher and Jessica Kelly are citizens of Florida and together own real property located at 2836 NW 25th Terrace, Cape Coral, Florida 33993. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

921. Plaintiffs - Intervenors, Lou and Sara Appelman are citizens of Florida and together own real property located at 1157 SW 39th Terrace, Cape Coral, Florida 33914. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

922. Plaintiff - Intervenor, Ashley Ball is a citizen of Florida and owns real property located at 19420 La Serena Drive, Ft. Myers, Florida 33967. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

923. Plaintiff - Intervenor, Pollux, LLC owns real property located at 1220 Ederle Street, Lehigh Acres, Florida 33913 and 721 Ashley Road, Lehigh Acres, Flordia 33974. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

924. Plaintiffs - Intervenors, Tonya and Carmine DiSapio are citizens of Florida and together own real property located at 3730 SW 11th Avenue, Cape Coral, Florida 33914. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

925. Plaintiffs - Intervenors, Matthew and Stephanie Distel are citizens of Florida and

173

together own real property located at 1145 NW 28th Avenue, Cape Coral, Florida 33993. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

926. Plaintiffs - Intervenors, Frank and Elizabeth Vollmar are citizens of Florida and together own real property located at 1810 SW 47th Terrace, Cape Coral, Florida 33914. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

927. Plaintiff - Intervenor, Dailyn Martinez is a citizen of Florida and owns real property located at 1624 NW 37th Avenue, Cape Coral, Florida 33993. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

928. Plaintiffs - Intervenors, Christopher Moss and Crystal Cox are citizens of Florida and together own real property located at 8627 Pegasus Drive, Lehigh Acres, Florida 33971. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

929. Plaintiffs - Intervenors, Jean and Carmelle Martel are citizens of Florida and together own real property located at 10852 Tiberio Drive, Ft. Myers, Florida 33913. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

930. Plaintiff - Intervenor, Mike Young is a citizen of California and owns real property located at 740 Alabama Road South, Lehigh Acres, Florida 33936; 742 Alabama Road South, Lehigh Acres, Florida 33936 and 743 Alabama Road South, Lehigh Acres, Florida 33936.

174

Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

931. Plaintiffs - Intervenors, Paul and Gloria Callan are citizens of Pennsylvania and together own real property located at 8650 Athena Court, Lehigh Acres, Florida 33971. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

932. Plaintiffs - Intervenors, Michael and Bridgett Adcock are citizens of Florida and together own real property located at 922 NE 15th Terrace, Cape Coral, Florida 33909. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

933. Plaintiffs - Intervenors, Gary and Nancy Aumack are citizens of Florida and together own real property located at 1195 SE Westminster Place, Stuart, Florida 34997. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

934. Plaintiffs - Intervenors, Steven and Rhonda Benson are citizens of Florida and together own real property located at 445 NE 355 Avenue, Old Town, Florida 32660. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

935. Plaintiffs - Intervenors, Richard and Rebecca Burke are citizens of Florida and together own real property located at 4551 Mapletree Loop, Wesley Chapel, Florida 33544. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

175

936. Plaintiffs - Intervenors, Thomas and Kelli Campell are citizens of Florida and together own real property located at 25504 Antler Street, Christmas, Florida 32709. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

937. Plaintiff - Intervenor, Rose Cribb is a citizen of Florida and owns real property located at 8865 Garden Street, Jacksonville, Florida 32219. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

938. Plaintiffs - Intervenors, Norbert Dillinger and Rita Svetty are citizens of Florida and together own real property located at 3531 NW 14th Street, Cape Coral, Florida 33993. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

939. Plaintiff - Intervenor, Mary Elliott is a citizen of Florida and owns real property located at 2996 Centerwood Drive, Jacksonville, Florida 32218. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

940. Plaintiffs - Intervenors, Wilson Fajardo and Esther Gonzalez are citizens of Florida and together own real property located at 1730 NE 7th Avenue, Cape Coral, Florida 33909. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

941. Plaintiff - Intervenor, Donna Feltner is a citizen of Florida and owns real property located at 4139 Constantine Loop, Wesley Chapel, Florida 33543. Plaintiff is participating as a

176

class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

942. Plaintiffs - Intervenors, William and Vicki Foster are citizens of Florida and together own real property located at 10814 Fortina Drive, Ft. Myers, Florida 33913. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

943. Plaintiff - Intervenor, Nora Gaston is a citizen of Florida and owns real property located at 195 SheShe Road, Hawthorne, Florida 32640. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

944. Plaintiffs - Intervenors, Anthoney and Candace Gody are citizens of Florida and together own real property located at 10842 Tiberio Drive, Ft. Myers, Florida 33913. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

945. Plaintiffs - Intervenors, Ricardo and Maria Gomez are citizens of Florida and together own real property located at 1329 SW 6th Avenue, Cape Coral, Florida 33991. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

946. Plaintiffs - Intervenors, Adam and Keely Grover are citizens of Florida and together own real property located at 3371 Horace Avenue, North Port, Florida 34286. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

177

947. Plaintiff - Intervenor, Sherri Hatcher is a citizen of Florida and owns real property located at 20002 NW 266th Street, Okeechobee, Florida 34972. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

948. Plaintiffs - Intervenors, Clifford and Crispina Henry are citizens of Florida and together own real property located at 4970 N. Pine Avenue, Winter Park, Florida 32792. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

949. Plaintiffs - Intervenors, Robert and Colleen Jablonski are citizens of Florida and together own real property located at 8000 Allamanda Court, Lehigh Acres, Florida 33872. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

950. Plaintiff - Intervenor, Abraham Johnson is a citizen of Maryland and owns real property located at 11316 Bridge Pine Drive, Riverview, Florida 33569. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

951. Plaintiff - Intervenor, Christopher Kelso is a citizen of Florida and owns real property located at 4234 Tyler Circle N, #102B, St. Petersburg, Florida 33709. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

952. Plaintiff - Intervenor, Dominick Lauria is a citizen of Florida and owns real property located at 9096 Villa Palma Lane, Palm Beach Garden, Florida 33418. Plaintiff is participating

178

as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

953. Plaintiff - Intervenor, Kevin Lee is a citizen of Florida and owns real property located at 13712 Trinity Leaf Place, Riverview, Florida 33579. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

954. Plaintiffs - Intervenors, John and Jacine Lester and Larry Schiller are citizens of Florida and together own real property located at 921 NW 8th Place, Cape Coral, Florida 33993 and 13861 Fern Train, North Ft. Myers, Florida 33903. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

955. Plaintiff - Intervenor, Eddie Licon is a citizen of Florida and owns real property located at 100715 Rockledge View Drive, Riverview, Florida 33579. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

956. Plaintiff - Intervenor, Dread Mattox is a citizen of Florida and owns real property located at 6551 Woodlawn Road, Macclenny, Florida 32063. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

957. Plaintiffs - Intervenors, Carmine and Emmanie Maurice are citizens of Florida and together own real property located at 149 Pennfield, Lehigh Acres, Florida 33873; and 151 Pennfield, Lehigh Acres, Florida 33873. Plaintiffs are participating as class representatives in the

179

class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

958. Plaintiff - Intervenor, Erika Maysonet is a citizen of Florida and owns real property located at 4201 28th St. SW, Lehigh Acres, Florida 33876. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

959. Plaintiff - Intervenor, Larry McEldowney is a citizen of Florida and owns real property located at 916 Fitch Avenue, Lehigh Acres, Florida 33872. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

960. Plaintiffs - Intervenors, Brett and Sara McKee are citizens of Florida and together own real property located at 1341 Lyonshire Drive, Wesley Chapel, Florida 33543. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

961. Plaintiffs - Intervenors, Brian and Stephanie McLendon are citizens of Florida and together own real property located at 11317 Bridge Pine Drive, Riverview, Florida 33569. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

962. Plaintiff - Intervenor, Shevon McNeal is a citizen of Florida and owns real property located at 879 SE 35th Street, Melrose, Florida 32666. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

963. Plaintiff - Intervenor, Julie Nutting is a citizen of Florida and owns real property located at 3245 Reef Road Se, Palm Bay, Florida 32909. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

964. Plaintiffs - Intervenors, Sean and Candace Pequigney are citizens of Florida and together own real property located at 2882 43rd Avenue NE, Naples, Florida 34120. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

965. Plaintiffs - Intervenors, John Pitcher and Gina Brust are citizens of Florida and together own real property located at 11191 Laurel Walk Road, Wellington, Florida 33449. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

966. Plaintiffs - Intervenors, Harold and Tricia Potter are citizens of Florida and together own real property located at 4819 Portmarnock Way, Wesley Chapel, Florida 33543. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

967. Plaintiff - Intervenor, Veronica Purcell is a citizen of Florida and owns real property located at 6845 Mitchell Street, Jupiter, Florida 33458. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

968. Plaintiffs - Intervenors, Steven and Dorothy Raucci are citizens of Florida and together own real property located at 10856 Tiberio Drive, Ft. Myers, Florida 33913. Plaintiffs

181

are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

969. Plaintiffs - Intervenors, Manuel and Jessica Reinoso are citizens of Florida and together own real property located at 16117 East Aintreet Drive, Loxahatchee, Florida 33470. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

970. Plaintiffs - Intervenors, Alexander and Irina Rekheis are citizens of New York and together own real property located at 1344 SW Sultan Drive, Port St. Lucie, Florida 34953. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

971. Plaintiff - Intervenor, Kathryn Roberts is a citizen of Florida and owns real property located at 3096 Hibiscus Circle, West Palm Beach, Florida 33409. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

972. Plaintiffs - Intervenors, Enock and Marie Sanon are citizens of Florida and together own real property located at 4303 17th Street, Lehigh Acres, Florida 33976. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

973. Plaintiffs - Intervenors, Jose and Yvette Santacruz are citizens of Florida and together own real property located at 4806 Portmarnock Way, Wesley Chapel, Florida 33543. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

974. Plaintiffs - Intervenors, Manuel and Judith Santos are citizens of Florida and together own real property located at 3175 Tucker Avenue, St. Cloud, Florida 34772. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

975. Plaintiffs - Intervenors, Hugh and Lorraine Savoury are citizens of Florida and together own real property located at 4401 SW Jaunt Road, Port St. Lucie, Florida 34953. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

976. Plaintiffs - Intervenors, Jeffrey and Monica Segnelio are citizens of Florida and together own real property located at 393 NW Sheffield Circle, Port St. Lucie, Florida 34983. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

977. Plaintiff - Intervenor, Edna Spencer is a citizen of Florida and owns real property located at 3806 N. 24th Street, Tampa, Florida 33610. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

978. Plaintiff - Intervenor, Edith Thompson is a citizen of Canada and owns real property located at 2437 NW 9th Street, Cape Coral, Florida 33993. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

979. Plaintiff - Intervenor, Theotis Ward is a citizen of Florida and owns real property located at 11507 Summer Bird Court, Jacksonville, Florida 32221. Plaintiff is participating as a

183

class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

980. Plaintiffs - Intervenors, John and Robin Whealan are citizens of Florida and together own real property located at 6588 Canton Street, Fort Myers, Florida 33966. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

981. Plaintiffs - Intervenors, Scott and Lucille Whitlock are citizens of Florida and together own real property located at 1124 NE 15th Street, Cape Coral, Florida 33909. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

982. Plaintiffs - Intervenors, Richard and Judith Yost are citizens of Florida and together own real property located at 10838 Tiberio Drive, Fort Myers, Florida 33913. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

983. Plaintiff - Intervenor, Shirley Abels is a citizen of Mississippi and owns real property located at 690 Waters View Drive, Biloxi, Mississippi 39532. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

984. Plaintiff - Intervenor, Janice Alfred is a citizen of Mississippi and owns real property located at 2314 10th Street, Pascagoula, Mississippi 39567. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

184

985. Plaintiff - Intervenor, Judith Anderson is a citizen of Mississippi and owns real property located at 5508 Center Street, Ocean Springs, Mississippi 39564. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

986. Plaintiff - Intervenor, Judy Baptiste is a citizen of Louisiana and owns real property located at 6131 Craigie Road, New Orleans, Louisiana 70126. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

987. Plaintiff - Intervenor, Larry Bennett is a citizen of Mississippi and owns real property located at 1618 Lewis, Gulfport, Mississippi 39501. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

988. Plaintiff - Intervenor, Wayne G. Clarke is a citizen of Mississippi and owns real property located at 1205 Magnolia Street, Ocean Springs, Mississippi 39564. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

989. Plaintiff - Intervenor, Charles Coleman is a citizen of Mississippi and owns real property located at 1600 Sunset Street, Pascagoula, Mississippi 39567. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

990. Plaintiffs - Intervenors, Perry and Deborah Dixon are citizens of Mississippi and together own real property located at 3201 Westlane, Gautier, Mississippi 39553. Plaintiffs are

185

participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

991. Plaintiffs - Intervenors, Leo and Jacqueline Fairley are citizens of Mississippi and together own real property located at 2308 Seneca Avenue, Pascagoula, Mississippi 39567. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

992. Plaintiffs - Intervenors, Gregory and Diane Fletcher are citizens of Mississippi and together own real property located at 1308 Oak Street, Ocean Springs, Mississippi 39564. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

993. Plaintiffs - Intervenors, Rose and Raymond Frazier are citizens of Mississippi and together own real property located at 12409 Moreton Place, Ocean Springs, Mississippi 39564. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

994. Plaintiffs - Intervenors, Joseph and Debbie Galle are citizens of Mississippi and together own real property located at 1900 Beachview Drive, Ocean Springs, Mississippi 39564. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

995. Plaintiffs - Intervenors, Joey and Amanda Galle are citizens of Mississippi and together own real property located at 1905 Beachview Drive, Ocean Springs, Mississippi 39564. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

996. Plaintiff - Intervenor, Geraldine Galloway is a citizen of Mississippi and owns real property located at 5712 Gregory Street, Moss Point, Mississippi 39563. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

997. Plaintiff - Intervenor, Patricia Stevens Green is a citizen of Mississippi and owns real property located at 2712 Martin Street, Pascagoula, Mississippi 39567. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

998. Plaintiff - Intervenor, Raymond Hester is a citizen of Mississippi and owns real property located at 1202 Williams Street, Pascagoula, Mississippi 39567. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

999. Plaintiff - Intervenor, Patricia Howell is a citizen of Mississippi and owns real property located at 2126 South 7th Street, Ocean Springs, Mississippi 39564. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1000. Plaintiffs - Intervenors, Jeffrey and Lauren King are citizens of Mississippi and together own real property located at 4703 Seminole Drive, Pascagoula, Mississippi 39567. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1001. Plaintiff - Intervenor, Jacques LeCarpentier is a citizen of Florida and owns real property located at 15907 Crestline Road, Fountain, Florida 32438. Plaintiff is participating as a

class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1002. Plaintiffs - Intervenors, Joseph and Sherry Loper are citizens of Mississippi and together own real property located at 190 Buddy Finch Road, Lucedale, Mississippi 39452. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1003. Plaintiffs - Intervenors, Terri Maranoci and Terri Lee are citizens of Mississippi and together own real property located at 3907 Sculpin Street, Pascagoula, Mississippi 39567. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1004. Plaintiff - Intervenor, Gregory Marshall is a citizen of Mississippi and owns real property located at 1912 12th Street, Pascagoula, Mississippi 39567. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1005. Plaintiff - Intervenor, Wilda E. Marshall is a citizen of Mississippi and owns real property located at 2005 C.W. Webb Road, Gautier, Mississippi 39553. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1006. Plaintiffs - Intervenors, David and Betty Martin are citizens of Mississippi and together own real property located at 1716 Seacliffe Drive, Gautier, Mississippi 39553. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1007. Plaintiffs - Intervenors, Osizy and Margie McCrory are citizens of Mississippi and together own real property located at 4024 Rose Drive, Moss Point, Mississippi 39563. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1008. Plaintiffs - Intervenors, Bobby and Celia McTigue are citizens of Mississippi and together own real property located at 1921 Roosevelt Street, Pascagoula, Mississippi 39567. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1009. Plaintiffs - Intervenors, James and Patricia Mingto are citizens of Mississippi and together own real property located at 6225 Grierson Street, Moss Point, Mississippi 39563. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1010. Plaintiffs - Intervenors, Virgil and Rosetta Mitchell are citizens of Mississippi and together own real property located at 686 North Haven Drive, Biloxi, Mississippi 39532. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1011. Plaintiffs - Intervenors, William and Earlene Moore are citizens of Mississippi and together own real property located at 2 Mossy Oaks Drive, Long Beach, Mississippi 39560. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1012. Plaintiff - Intervenor, Linda Morgan is a citizen of Mississippi and owns real property located at 928 Courthouse Road, Unit 39, Gulfport, Mississippi 39507. Plaintiff is

participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1013. Plaintiffs - Intervenors, Robert and Sandra Morrison are citizens of Mississippi and together own real property located at 223 Boggs Circle, Long Beach, Mississippi 39560. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1014. Plaintiffs - Intervenors, Thomas C. Randle and Ann Randle Poche are citizens of Hawaii and together own real property located at 502 Hancock Street, Bay St. Louis, Mississippi 39520; and 504 Hancock Street, Bay St. Louis, Mississippi 39520. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1015. Plaintiff - Intervenor, Krondenser Means Ratliff is a citizen of Mississippi and owns real property located at 2320 Westgate Parkway, Gautier, Mississippi 39553. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1016. Plaintiff - Intervenor, Willie James Riley is a citizen of Mississippi and owns real property located at 3531 Sherlawn Drive, Moss Point, Mississippi 39563. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1017. Plaintiff - Intervenor, Robert Roberts is a citizen of Mississippi and owns real property located at 2604 Tampica Road, Gautier, Mississippi 39553. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this

190

complaint which are incorporated herein by reference.

1018. Plaintiff - Intervenor, Pearl Scott is a citizen of Mississippi and owns real property located at 4466 Robinhood Drive, Moss Point, Mississippi 39563. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1019. Plaintiff - Intervenor, Valerie Sherrod is a citizen of Mississippi and owns real property located at 4300 Wisteria Drive, Moss Point, Mississippi 39562. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1020. Plaintiffs - Intervenors, George and Deborah Stewart are citizens of Mississippi and together own real property located at 3304 Martin Street, Pascagoula, Mississippi 39581. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1021. Plaintiffs - Intervenors, John and Grace Steubben are citizens of Mississippi and together own real property located at 8426 Kaleki Way, Diamondhead, Mississippi 39525. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1022. Plaintiffs - Intervenors, Robert and Sandra Taylor are citizens of Mississippi and together own real property located at 2223 Clevleand Avenue, Pascagoula, Mississippi 39567. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1023. Plaintiffs - Intervenors, Freddie and Glenda Thiroux are citizens of Mississippi and

191

together own real property located at 270 Laurel Court, Biloxi, Mississippi 39530. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1024. Plaintiffs - Intervenors, John and Claire Tuepker are citizens of Mississippi and together own real property located at 103 Driftwood Drive, Long Beach, Mississippi 39560. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1025. Plaintiff - Intervenor, David Varnado is a citizen of Mississippi and owns real property located at 6804 Tunica Road, Biloxi, Mississippi 39532. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1026. Plaintiff - Intervenor, John Volland is a citizen of California and owns real property located at 4009 Ash Street, Ocean Springs, Mississippi 39564. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1027. Plaintiffs - Intervenors, Curtis and Monsue Walley are citizens of Mississippi and together own real property located at 4401 Jamestown Road, Moss Point, Mississippi 39563. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1028. Plaintiffs - Intervenors, Eugene and Yvonne Washington are citizens of Mississippi and together own real property located at 4819 King James Drive, Pascagoula, Mississippi 39581. Plaintiffs are participating as class representatives in the class and subclasses

192

as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1029. Plaintiff - Intervenor, Samuel L. Webster is a citizen of Mississippi and owns real property located at 4306 Webb Street, Moss Point, Mississippi 39562. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1030. Plaintiffs - Intervenors, William and Joan Wiley are citizens of Mississippi and together own real property located at 182 Hannibal Court, Biloxi, Mississippi 39530. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1031. Plaintiffs - Intervenors, Lawrence and Rebecca Ruse are citizens of Florida and together own real property located at 5731 Oak Bend Avenue, Sebring, Florida 33876. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1032. Plaintiff - Intervenor, Lou Marschhauser is a citizen of Florida and owns real property located at 8039 NW 108 Place, Miami, Florida 33178. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1033. Plaintiffs - Intervenors, Richard and Judy Casburn are citizens of Florida and together own real property located at 2120 Della Drive, Naples, Florida 34117. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

193

1034. Plaintiff - Intervenor, Melissa Guillette is a citizen of Florida and owns real property located at 2525 White Sand Lane, Clearwater, Florida 33763. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1035. Plaintiff - Intervenor, Timothy Hesbeens is a citizen of Florida and owns real property located at 506 Wheaton Trent Place, Tampa, Florida 33619. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1036. Plaintiff - Intervenor, Charles Beale is a citizen of Florida and owns real property located at 505 Vincinda Crest Way, Tampa, Florida 33619. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1037. Plaintiff - Intervenor, Joseph Martillo is a citizen of Florida and owns real property located at 507 Vincinda Crest Way, Tampa, Florida 33619. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1038. Plaintiffs - Intervenors, Joseph and Christina McKinnon are citizens of Florida and together own real property located at 528 Wheaton Trent Place, Tampa, Florida 33619. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1039. Plaintiff - Intervenor, Anika Beasley is a citizen of Louisiana and owns real property located at 7071 Whitmore Place, New Orleans, Louisiana 70128. Plaintiff is

194

participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1040. Plaintiff - Intervenor, Joseph Serio is a citizen of Louisiana and owns real property located at 5 Hunter Place, Metairie, Louisana 70001. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1041. Plaintiffs - Intervenors, Lester and Catherine Arnaud are citizens of Louisiana and together own real property located at 17504 Rosemont Drive, Prairieville, Louisiana 70769. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1042. Plaintiffs - Intervenors, Don and Agnes Wheeler are citizens of Louisiana and together own real property located at 41311 Tulip Hill Ave., Praireville, Louisiana 70769. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1043. Plaintiffs - Intervenors, Aldo and Ghady Matus are citizens of Louisiana and together own real property located at 41299 Tulip Hill Ave., Prairieville, Louisiana 70769. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1044. Plaintiffs - Intervenors, Jimmy and Louise Bradley are citizens of Louisiana and together own real property located at 19405 Kelly Wood Court, Baton Rouge, Louisiana 70809. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1045. Plaintiffs - Intervenors, Wilton and Rita Brian are citizens of Louisiana and together own real property located at 18523 Bellingrath Lakes, Greenwell Springs, Louisiana 70739. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1046. Plaintiff - Intervenor, Diane Dunn is a citizen of Louisiana and owns real property located at 1733 Davenport Avenue, Bogalusa, Louisiana 70427. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1047. Plaintiffs - Intervenors, Darren and Kim Dowell are citizens of Louisiana and together own real property located at 421 Lavoisier Street, Gretna, Louisiana 70053. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1048. Plaintiff - Intervenor, Ralph Morlas is a citizen of Louisiana and owns real property located at 4091 Brown Thraser Loop, Madisonville, Louisiana 70447. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1049. Plaintiff - Intervenor, Debra Bryant is a citizen of Louisiana and owns real property located at 27 South Oak Ridge Court, New Orleans, Louisiana 70128. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1050. Plaintiff - Intervenor, Andrea Carter is a citizen of Louisiana and owns real property located at 10201 Deerfield Drive, New Orleans, Louisiana 70128. Plaintiff is

participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1051. Plaintiffs - Intervenors, Jesse and Gelone Conrad are citizens of Louisiana and together own real property located at 2318 Piety Street, New Orleans, Louisiana 70117. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1052. Plaintiffs - Intervenors, Gary E. and Chris Boyce are citizens of Alabama and together own real property located at 4049 Greenan Way, Gulf Shores, Alabama 36542. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1053. Plaintiffs - Intervenors, J. Richmond Pearson and Julene R. Pearson are citizens of Alabama and together own real property located at 3928 Butler Springs Way, Hoover, Alabama 35226. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1054. Plaintiff - Intervenor, Yossef Cohen is a citizen of Florida and owns real property located at 23 SE 3 Avenue, Hallandale Beach, Florida 33009. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1055. Plaintiff- Intervenor, Charles England, is a citizen of Louisiana and owns real property located at 2516 Reunion Drive, Violet, Louisiana 70092. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1056. Plaintiffs - Intervenors, Robert and Tasha Lambert are citizens of Alabama and together own real property located at 541 Lynn Hurst Court, Montgomery, Alabama 36117. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1057. Plaintiff-Intervenor, Brenda Owens, is a citizen of Alabama and owns real property located at 2105 Lane Avenue, Birmingham, Alabama 35217. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1058. Plaintiffs-Intervenors, Daniel and Nicole Smith are citizens of Alabama and together own real property located at 766 Tabernacle Road, Monroeville, Alabama 36460. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1059. Plaintiff-Intervenor, Travis Taylor is a citizen of Alabama and owns real property located at 11090 Douglas Road, Grand Bay, Alabama 36541. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1060. Plaintiff-Intervenor, Chester Bilbo is a citizen of Mississippi and owns real property located at 403 Seventh Street, Bay St. Louis, Mississippi 39520. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1061. Plaintiff-Intervenor, Crystal Farve is a citizen of Mississippi and owns real property located at 5032 Sixth Street, Bay St. Louis, Mississippi 39520. Plaintiff is participating

as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

1062. Plaintiff-Intervenor, Margie Foxworth is a citizen of Mississippi and owns real property located at 360 Church Avenue, Pass Christian, Mississippi 39571. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

## DEFENDANTS

1063. Unless specifically stated to the contrary, all individual defendants are citizens of the state where they do business and all entities are citizens of the state where they are organized. For those entities, where the state of organization is not listed, it is asserted upon information and belief that the entity is incorporated and/or organized in the state of its principal place of business.

### A.   Allegations Regarding the *Gross* Defendants

1064. The amended class action complaint in *Gross* asserts class action claims against the following defendants: Knauf Gips KG ("Knauf Gips"); Knauf Plasterboard (Tianjin) Co., Ltd. ("Knauf Tianjin"); Knauf Plasterboard (Wuhu) Co., Ltd.; Knauf Plasterboard (Dongguan) Co., Ltd.; Taishan Gypsum Co., Ltd. F/k/a as Shandong Taihe Dongxin Co., Ltd. ("Taishan"); Pingyi Baier Building Materials Co., Ltd.; Changzhou Yinhe Wood Industry Co., Ltd.; King Shing Steel Enterprises Co., Ltd.; Nanhai Silk Imp. & Exp. Corporation; Jinan Run & Fly New Materials Co., Ltd.; Shandong Yifang Gypsum Industry Co., Ltd.; Siic Shanghai International Trade (Group) Co., Ltd.; Tianjin Tianbao Century Development Co., Ltd.; Wide Strategy Limited; Shandong Oriental International Trading Co., Ltd.; Shanghai East Best Arts & Crafts

Co., Ltd.; Qingdao Yilie International Trade Co., Ltd.; Tai'an Kangyijia Building Materials Co., Ltd.; USG Corporation ("USG"); Beijing New Building Materials Public Limited Co. ("BNBM"); China National Building Materials Co. Ltd.; Beijing New Building Materials (Group) Co. Ltd.; China National Building Material Group Corporation ("CNBM Group"); Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd. f/k/a Shandong Chenxiang Building Materials Co., Ltd. ("Chenxiang"); Sinkiang Tianshan Building Material And Gypsum Product Co, Ltd.; Taishan Gypsum Co., Ltd. Lucheng Branch; Yunan Taishan Gypsum And Building Material Co. Ltd.; Tai'an Jindun Building Material Co., Ltd.; Taishan Gypsum (Xiangtan) Co. Ltd.; Taishan Gypsum (Pingsban) Co., Ltd.; Taishan Gypsum (Hengshui) Co., Ltd.; Taishan Gypsum (Henan) Co., Ltd.; Hubei Taishan Building Material Co., Ltd.; Taishan Gypsum (Tongling) Co., Ltd.; Weifang Aotai Gypsum Co., Ltd.; Taishan Gypsum (Pizhou) Co., Ltd.; Fuxin Taishan Gypsum And Building Material Co., Ltd.; Taishan Gypsum (Wenzhou) Co., Ltd.; Taishan Gypsum (Chongqing) Co., Ltd.; Taishan Gypsum (Jiangyin) Co., Ltd.; Qinhuangdao Taishan Building Material Co., Ltd.; Tai'an Taishan Gypsum Board Co., Ltd.; Taishan Gypsum (Baotou) Co., Ltd.; Shaanxi Taishan Gypsum Co., Ltd; Rothchilt International, Ltd. ("Rothchilt"); L&W Supply Corporation d/b/a Seacoast Supply Company ("Seacoast"); Banner Supply Co. ("Banner"); La Suprema Trading, Inc. ("La Suprema Trading"); La Suprema Enterprise, Inc. ("La Suprema Enterprise"); Black Bear Gypsum Supply, Inc. ("Black Bear"); Smokey Mountain Materials, Inc.; Emerald Coast Building Materials; Interior/Exterior Building Supply, LP; Interior/Exterior Enterprises LLC; Rightway Drywall Inc.; Independent Builders Supply Association, Inc. ("IBSA"); Tobin Trading Inc. ("Tobin"); Venture Supply Inc. ("Venture"); Knauf Insulation GMBH a/k/a Knauf USA ("Knauf USA"); CNBM USA Corp.;

Sunrise Building Materials Ltd.; Devon International; Triorient Trading, Inc.; Great Western Building Materials; All Interior Supply, Inc.; A&R Hardware Supply, Inc.; Davis Construction Supply, LLC; Elite Supply Corporation; International Materials Trading, Incorporated; Marathon Construction Materials Inc.; Steeler, Inc.; Maurice Pincoffs Company, Inc.; Metro Resources Corp.; North Pacific Lumber Co.; Oriental Merchandise Company, Inc. f/k/a Oriental Trading Company, Inc.; Stock Building Supply, LLC; .; Oriental Merchandise Company, Inc. f/k/a Oriental Trading Company, Inc.; Stock Building Supply, LLC; Stock Building Supply, Inc.; Bedrock Building Materials, LLC; The China Corporation, Ltd.; Tov Trading Inc.; Builders Gypsum Supply, L.L.P.; Builders Gypsum Supply Co., Inc.; J.W. Allen & Company Incorporated; Phoenix Imports Co., Ltd.; TMO Global Logistics, LLC; Quite Solutions Inc.; Mazer's Discount Home Centers, Inc.; Knauf Gypsum Indonesia; Guangdong Knauf New Building Product Co., Ltd.; Knauf Amf GmbH & Co. Kg; Knauf Do Brasil Ltd.; Taian Taishan Plasterboard Co., Ltd.; Shanghai Yu Yuan Imp & Exp Co., Ltd.; and John Doe defendants 1-20 (hereafter the "*Gross* Defendants"). Service of the *Gross* Complaint will effectuate service for the plaintiffs herein and the other absent class members in *Gross*.

1065. Plaintiffs incorporate herein the factual allegations concerning the *Gross* Defendants from the *Gross* Complaint. *See Gross* Complaint ¶¶ 15-146 (as presently pled and as subsequently amended).

1066. Plaintiffs incorporate herein the allegations from the *Gross* complaint that are pled in support of the request for industry-wide alternative liability. *See Gross* Complaint ¶¶ 147-152 (as presently pled and as subsequently amended).

1067. The *Gross* Defendants are liable to Plaintiffs for the reasons alleged in the *Gross*

complaint (as presently pled and as subsequently amended).

### B. Allegations Regarding Identifiable Defendants

### The Distributor/Supplier/Importer/Exporter/Broker Defendants

1068. Defendant USG Corporation is a Delaware corporation with a principal place of business in Chicago, Illinois. USG, together with its various affiliates, including its subsidiary, L&W Supply Corporation and Seacoast Supply, is the nation's largest distributor of drywall and related building products. USG, through its subsidiary L&W Supply Corporation, sold, distributed, supplied, marketed, inspected, imported, exported, or delivered the drywall at issue in this litigation. USG is responsible for the actions of its subsidiary through control person and other management activities.

1069. Defendant, L&W Supply Corporation d/b/a Seacoast Supply Company is an entity or individual with a principal place of business at 550 W. Adams Street, Dept. 174, Chicago, Illinois 60661. Defendant is organized under the laws of Delaware. L&W Supply Corporation is a subsidiary of USG. Defendant is a importer, exporter, distributor or supplier of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

1070. Defendant, Ace Home Center, Inc. is an entity or individual with a principal place of business at 21090 Highway 59 South, Robertsdale, Alabama 36567. Defendant is organized under the laws of Alabama. Defendant is an importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

1071. Defendant, Bailey Lumber & Supply Co. is an entity or individual with a service

address at c/o John Howard Shows, 2950 Layfair Drive, Suite 101, Flowood, Mississippi 39232. Defendant is organized under the laws of Mississippi. Defendant is an importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

1072. Defendant, Bailey Lumber & Supply Company of Biloxi is an entity or individual with a service address at Sherwood R. Bailey, Bailey Building, Washington Avenue, Gulfport, Mississippi 39507. Defendant is organized under the laws of Mississippi. Defendant is an importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

1073. Defendant, Banner Supply Co. is an entity or individual with a principal place of business at 7195 NW 30th Street, Miami, Florida 33122. Defendant is organized under the laws of Florida. Defendant is an importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

1074. Defendant, Banner Supply Co. Fort Myers, LLC is an entity or individual with a principal place of business at 2910 Cargo Street, Fort Myers, Florida 33916. Defendant is organized under the laws of Florida. Defendant is an importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

1075. Defendant, Banner Supply Co. Pompano, LLC is an entity or individual with a principal place of business at 1660 SW 13th Court, Pompano Beach, Florida 33069. Defendant is organized under the laws of Florida. Defendant is an importer, exporter, distributor, supplier or

203

broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

1076. Defendant, Baron Construction Co. is an entity or individual with a principal place of business at 749 Huckleberry Lane, Terrytown, Louisiana 70056. Defendant is organized under the laws of Louisiana. Defendant is an importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

1077. Defendant, Bayou Building Products, LLC is an entity or individual with a principal place of business at 200 Wright Avenue C, Gretna, Louisiana 70056. Defendant is organized under the laws of Louisiana. Defendant is an importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

1078. Defendant, Black Bear Gypsum Supply, Inc. is an entity or individual with a principal place of business at 2050 Tall Pines Drive, Suite B, Largo, Florida 33771. Defendant is organized under the laws of Florida. Defendant is an importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

1079. Defendant, Boyle Lumber Company is an entity or individual with a service address at Danny J. Barfield, P.O. Box 1208, Cleveland, Mississippi 38732. Defendant is organized under the laws of Mississippi, Defendant is an importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

1080. Defendant, Bradford Lumber & Supply, Inc. is an entity or individual with a principal place of business at 4215 Highway 165 North, Monroe, Louisiana 71203. Defendant is organized under the laws of Louisiana. Defendant is an importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

1081. Defendant, Brent Garrod Drywall, Inc. is an entity or individual with a principal place of business at 4271 James Street, Port Charlotte, Florida 33980. Defendant is organized under the laws of Florida. Defendant is an importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

1082. Defendant, Building Supply House, LLC is an entity or individual with a principal place of business at 15 Jacqueline Court, Mandeville, Louisiana 70471. Defendant is organized under the laws of Louisiana. Defendant is an importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

1083. Defendant, C&L Roofing and Remodeling is an entity or individual with a service address at 5606 Jennifer Lane, Boosier, City, Louisiana 71112. Defendant is organized under the laws of Louisiana. Defendant is an importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

1084. Defendant, Cajun Construction & Design, Inc. is an entity or individual with a service address at Clint Nunez, 2310 Perdido Street, New Orleans, Louisiana 70119. Defendant

is organized under the laws of Louisiana. Defendant is an importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

1085. Defendant, HLP/GAC International, Inc. is an entity or individual with a service address at George Thomas Anding, 1718 Trinity Valley Drive, Carrollton, Texas 75006. Defendant is organized under the laws of Texas. Defendant is an importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

1086. Defendant, Capitol Materials, Incorporated is an entity or individual with a principal place of business at 464 Bishop Street, N.W., Atlanta, Georgia 30318. Defendant is organized under the laws of Georgia. Defendant is an importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

1087. Defendant, Delta Lumber Co. Building Supply is an entity or individual with a principal place of business at 210 E. Georgetown Street, Suite C, Crystal Springs, Mississippi 39059. Defendant is organized under the laws of Mississippi. Defendant is an importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

1088. Defendant, Everglades Lumber and Building Supplies, LLC is an entity or individual with a principal place of business at 6991 SW 8th Street, Miami, Florida. Defendant is organized under the laws of Florida. Defendant is an importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has

resulted in harm and damages to Subclass Members.

1089. Defendant, Gator Gypsum, Inc. is an entity or individual with a principal place of business at 3904 East Adamo Drive, Tampa, Florida 33605. Defendant is organized under the laws of Florida. Defendant is an importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

1090. Defendant, Global Trading of Louisiana, LLC is an entity or individual with a principal place of business at 8217 W. St. Bernard Highway, Chalmette, Louisiana 70043. Defendant is organized under the laws of Louisiana. Defendant is an importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

1091. Defendant, Gulf Coast Drywall Building Products, LLC is an entity or individual with a principal place of business at 13087 Highway 190 West, Hammond, Alabama 70403. Defendant is organized under the laws of Alabama. Defendant is an importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

1092. Defendant, Gulf Coast Shelter, Inc. is an entity or individual with a service address at James B. Newman, 150 Government Street, Suite 2000, Mobile, Alabama 36602. Defendant is organized under the laws of Alabama. Defendant is an importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

1093. Defendant, Hartsville Lumber & Barns, Inc. is an entity or individual with a

207

service address at Timothy S. Kirkley, 1113 North 5th Street, Hartsville, South Carolina 29550. Defendant is organized under the laws of South Carolina. Defendant is an importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

1094. Defendant, Gulf Coast Supply, Inc. is an entity or individual with a principal place of business at 6016 Highway 63, Moss Point, Mississippi 39563. Defendant is organized under the laws of Mississippi. Defendant is an importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

1095. Defendant, Holmes Building Materials, LLC is an entity or individual with a principal place of business at 6190 Greenwell Springs Road, Baton Rouge, Louisiana 70806. Defendant is organized under the laws of Louisiana. Defendant is an importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

1096. Defendant, Home Depot USA, Inc. is an entity or individual with a service address at Corporation Service Company, 2711 Centerville Road, Suite 400, Wilmington, Delaware 19808. Defendant is organized under the laws of Delaware. Defendant is an importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

1097. Defendant, All County Drywall Services, Inc. is an entity or individual with a principal place of business at 514 Sugar Creek Drive, Plant City, Florida 33563. Defendant is organized under the laws of Florida. Defendant is an importer, exporter, distributor, supplier or

broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

1098. Defendant, Lowe's Home Centers, Inc. is an entity or individual with a principal place of business at 1605 Curtis Bridge Road, Wilkesboro, North Carolina 28697. Defendant is organized under the laws of North Carolina. Defendant is an importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

1099. Defendant, 84 Lumber Company, LP is an entity or individual with a principal place of business at 4121 Washington Rod, McMurray, Pennsylvania 15317. Defendant is organized under the laws of Pennsylvania. Defendant is an importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

1100. Defendant, Interior Exterior Enterprises, LLC is an entity or individual with a principal place of business at 727 South Cortez Street, New Orleans, Louisiana 70119. Defendant is organized under the laws of Louisiana. Defendant is an importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

1101. Defendant, Interior Exterior Building Supply, LLC is an entity or individual with a principal place of business at 727 South Cortez Street, New Orleans, Louisiana 70119. Defendant is organized under the laws of Louisiana. Defendant is an importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

209

1102. Defendant, Ocean Springs Lumber Company, LLC is an entity or individual with a service address at Alfred R. Moran, Jr., 1001 Bowen Avenue, P.O. Box 1647, Ocean Springs, Mississippi 39566. Defendant is organized under the laws of Mississippi. Defendant is an importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

1103. Defendant, Marvins Building Materials and Home Centers is an entity or individual with a service address at 2015 Highway 19 North, Meridian, Mississippi 39307. Defendant is an importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

1104. Defendant, Mazer's Discount Home Centers, Inc. is an entity or individual with a principal place of business at 1112 King Street, Wilmington, Delaware. Defendant is organized under the laws of Delaware. Defendant is an importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

1105. Defendant, Devon International Group, Inc. is an entity or individual with a service address at James A. Bennett, 1100 First Avenue, Suite 100, King of Prussia, Pennsylvania 19406. Defendant is organized under the laws of Pennsylvania. Defendant is an importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

1106. Defendant, North Pacific Group is an entity or individual with a principal place of business at 10200 SW Greenburg Road, Portland, Oregon 97223. Defendant is organized under

the laws of Oregon. Defendant is an importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

1107. Defendant, Oakwood Mobile Homes, Inc. is an entity or individual with a principal place of business at 2225 South Holden Road, Greensboro, North Carolina 27417. Defendant is organized under the laws of North Carolina. Defendant is an importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

1108. Defendant, Pate Stevedore Company of Pensacola is an entity or individual with a service address at W.H. Pate, Jr., 612 South 1st Street, #20, Pensacola, Florida 32507. Defendant is organized under the laws of Florida. Defendant is an importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

1109. Defendant, PFS Corporation is an entity or individual with a principal place of business at 2402 Daniels Street, Madison, Wisconsin 53718. Defendant is organized under the laws of Wisconsin. Defendant is an importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

1110. Defendant, Picayune Discount Building Supply is an entity or individual with a principal place of business at 1919 Palestine Road, Picayune, Mississippi 39466. Defendant is an importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

211

1111. Defendant, Port of Pensacola Users Association, Inc. is an entity or individual with a principal place of business at 720-A South Barracks Street, Pensacola, Florida 32502. Defendant is organized under the laws of Florida. Defendant is an importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

1112. Defendant, R & H Masonry Contractors, Inc. is an entity or individual with a principal place of business at 3909 Andrew Jackson Circle, Pace, Florida 32571. Defendant is organized under the laws of Florida. Defendant is an importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

1113. Defendant, Renfrow Insulation and Supply is an entity or individual with a principal place of business at 5650 Terry Road, Jackson, Mississippi 39272. Defendant is organized under the laws of Misissippi. Defendant is an importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

1114. Defendant, Renfrow Insulation I is an entity or individual with a principal place of business at 400 Byram Drive, Byram, Mississippi 39272. Defendant is organized under the laws of Mississippi. Defendant is an importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

1115. Defendant, Shelter Products, Inc. is an entity or individual with a service address at CT Corporation Systems, 1200 South Pine Island Road, Plantation, Florida 33324. Defendant is

organized under the laws of Oregon. Defendant is an importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

1116. Defendant, Smoky Mountain Materials, Inc. is an entity or individual with a principal place of business at 5218 S. National Drive, Knoxville, Tennessee 37914. Defendant is organized under the laws of Florida. Defendant is an importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

1117. Defendant, Speights Cash & Carry is an entity or individual with a principal place of business at 1805 Dale Street, Prentiss, Mississippi 39474. Defendant is organized under the laws of Mississippi. Defendant is an importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

1118. Defendant, Garraway's Stores, Inc. is an entity or individual with a principal place of business at 2127 Columbus Avenue, Prentiss, Mississippi 39474. Defendant is organized under the laws of Mississippi. Defendant is an importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

1119. Defendant, Stine Lumber, LLC is an entity or individual with a service address at Cheri Dunn, 199 US Highway 61 South, Natchez, Mississippi 39120. Defendant is organized under the laws of Louisiana. Defendant is an importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm

213

and damages to Subclass Members.

1120.  Defendant, W.B. Howland Co., L.L.C. is an entity or individual with a principal place of business at 610 11th Street, Live Oak, Florida 32064.  Defendant is organized under the laws of Florida.  Defendant is an importer, exporter, distributor, supplier or broker of drywall and related building products that engaged in these practices, which has resulted in harm and damages to Subclass Members.

### The Developer/Builder Defendants

1121.  Defendant, A & C Development, LLC is an entity or individual with a principal place of business at 4439 Park Blvd., Pinellas Park, Florida 33781. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1122.  Defendant, Aarco, LLC is an entity or individual with a principal place of business at 57 Doubloon Drive, Slidell, Louisiana 70461. Defendant is organized under the laws of Louisiana. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1123. Defendant, Aburton Homes, Inc. is an entity or individual with a principal place of business at 590 North West Bayshore Boulevard, Port St. Lucie, Florida 34983. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1124.  Defendant, Adams Homes, Realty, Inc. is an entity or individual with a principal place of business at 5508 N. "W" Street #B, Pensacola, Florida 32505. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1125.  Defendant, Adam's Homes of Northwest Florida, Inc. is an entity or individual

215

with a principal place of business at 3000 Gulf Breeze Parkway, Gulf Breeze, Florida 32563. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1126. Defendant, Advantage Builders of America, Inc. a/ka/ Advantage Builders of SWFL, Inc. is an entity or individual with a principal place of business at 11796 C Metro Parkway, Ft. Myers, Florida 33966. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1127. Defendant, Albanese-Popkin The Oaks Development Group, L.P. is an entity or individual with a principal place of business at 1200 S. Rogers Circle, Suite #11, Boca Raton, Florida 33487. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1128. Defendant, Albert Howard, Jr. is an entity or individual with a principal place of business at 2685 Columbus Highway, Box Springs, Georgia 31801. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1129. Defendant, American Gallery Development Group, LLC is an entity or individual with a principal place of business in Cape Coral, Florida during all periods relevant to the instant cause of action who no longer does business in Florida and pursuant to F.S. Chapter 48 has

authorized service to be made upon the Secretary of State of the State of Florida, P.O. Box 6327, Tallahassee, Florida 32314. Defendant is organized under the laws of Delaware. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1130. Defendant, Amerisouth, Inc. is an entity or individual with a principal place of business at 11495 Ranchette Road, Ft. Myers, Florida 33966. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1131. Defendant, Andre Rogers, Carpenter is an entity or individual with a principal place of business at 218 St. Charles, Street, Hazlehurst, Mississippi 39083. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1132. Defendant, Angel Developments, LLC is an entity or individual with a principal place of business at 216 South West Maclay Way, Port St. Lucie, Florida 34986. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1133. Defendant, Aranda Homes, Inc. is an entity or individual with a principal place of business at 1310 SW 4th Terrace, Cape Coral, Florida 33991. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to

217

Subclass members as described herein.

1134.  Defendant, Atchafalaya Homes is an entity or individual with a principal place of business at 4478 N.E. Evangeline Trwy., Carenero, Louisiana 70520.  Defendant is organized under the laws of Louisiana.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1135.  Defendant, Aubuchon Homes, Inc. is an entity or individual with a principal place of business at 4704 SE 9th Place, Cape Coral, Florida 33904.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1136.  Defendant, Avalon Building Corporation of Tampa Bay is an entity or individual with a principal place of business at 905 Martin Luther King Dr., Ste. 250, Tarpon Springs, Florida 34689.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1137.  Defendant, Avalon Preserve Developers, L.L.C. is an entity or individual with a principal place of business at 11854 Bayport Lane, Unit #3, Ft. Myers, Florida 33908.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1138.  Defendant, Banner Homes of Florida, Inc. is an entity or individual with a

218

principal place of business at 1049 W. Busch Blvd., Tampa, Florida 33612. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1139. Defendant, Bass Homes, Inc. is an entity or individual with a principal place of business at P.O. Box 344, Stapleton, Alabama 36578. Defendant is organized under the laws of Alabama. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1140. Defendant, Bay Colony-Gateway, Inc. has a service address at 24301 Walden Center Dr., Ste. 300, Bonita Springs, Florida 34134. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1141. Defendant, Baywood Construction, Inc. is an entity or individual with a principal place of business at 3515 Del Prado Blvd., #107, Cape Coral, Florida 33990. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1142. Defendant, BBL - Florida, LLC is an entity or individual with a principal place of business at 22 Century Hill Drive, Ste. 201B, Latham, New York 12110. Defendant is organized under the laws of New York. Defendant built certain Subclass Members' homes and, directly or

through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1143.   Defendant, Beazer Homes, Corp. is an entity or individual with a principal place of business at 1000 Abernathy Road, Ste. 1200, Atlanta, Georgia 30328. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1144.   Defendant, Belfor USA Group, Inc. has a service address at 645 Lakeland East Drive, Suite 101, Flowood, Mississippi 39232. Defendant is organized under the laws of Colorado. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1145. Defendant, Bell Construction has a service address at PO Box 322, Hermanville, Mississippi 39086. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1146.   Defendant, BJ&K Construction, Inc. is an entity or individual with a principal place of business at 970 West McNab Rd., Suite 210, Ft. Lauderdale, Florida 33309. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1147.   Defendant, Blanchard Homes, Inc. is an entity or individual with a principal place

220

of business at 10276 Devonshire Lake Drive, Tampa, Florida 33647. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1148. Defendant, Brothers Properties, LA, LLC is an entity or individual with a principal place of business at 3440 East St. Bernard Hwy., Meraux, Louisiana 70075. Defendant is organized under the laws of Louisiana. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1149. Defendant, Buras Construction, LLC has a service address at 102 Leighton Street, Gretna, Louisiana 70053. Defendant is organized under the laws of Louisiana. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1150. Defendant, C & N Construction Co., LLC is an entity or individual with a principal place of business at 2739 Acron Avenue, Kenner, Louisiana 70062. Defendant is organized under the laws of Louisiana. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1151. Defendant, Carter Custom Homes, Inc. is an entity or individual with a principal place of business at 3090 East Gause, Ste. 401, Slidell, Louisiana 70461. Defendant is organized under the laws of Louisiana. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and

221

damages to Subclass members as described herein.

1152. Defendant, Centerline Homes at Tradition, LLC is an entity or individual with a principal place of business at 825 Coral Ridge Drive, Coral Springs, Florida 33071. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1153. Defendant, Centerline Homes Construction, Inc. is an entity or individual with a principal place of business at 825 Coral Ridge Drive, Coral Springs, Florida 33071. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1154. Defendant, Centerline Homes, Inc. is an entity or individual with a principal place of business at 825 Coral Ridge Drive, Coral Springs, Florida 33071. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1155. Defendant, Completed Communities II, LLC is an entity or individual with a principal place of business at 825 Coral Ridge Drive, Coral Springs, Florida 33071. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1156. Defendant, Centerra Homes, LLC is an entity or individual with a principal place of business at 1050 Eagles Landing Parkway, Ste. 200, Stockbridge, Georgia 30281. Defendant is organized under the laws of Georgia. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1157. Defendant, Chase Construction, Inc. is an entity or individual with a principal place of business at 4237 South West 23rd Avenue, Cape Coral, Florida 33914. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1158. Defendant, Chateau Bourbon, LLC is an entity or individual with a principal place of business at 317 Magazine Street, New Orleans, Louisiana 70130. Defendant is organized under the laws of Louisiana. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1159. Defendant, Chateau Development, LLC has a service address at 61 Highpointe Drive, Hattiesburg, Mississippi 39402. Defendant is organized under the laws of Mississippi. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1160. Defendant, Cloutier Brothers, Inc. is an entity or individual with a principal place of business at 14248 Equestrian Way, West Palm Beach, Florida 33414. Defendant is organized

under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or

through agents, installed defective drywall in these homes, which has resulted in harm and

damages to Subclass members as described herein.

1161. Defendant, Comfort Home Builders, Inc. is an entity or individual with a principal

place of business at 514 North East 16th Place - Unit #4, Cape Coral, Florida 33909. Defendant

is organized under the laws of Florida. Defendant built certain Subclass Members' homes and,

directly or through agents, installed defective drywall in these homes, which has resulted in harm

and damages to Subclass members as described herein.

1162. Defendant, Conti Construction Company, Inc. is an entity or individual with a

principal place of business at 6660 Pine Forest Road, Pensacola, Florida 32526. Defendant is

organized under the laws of Florida. Defendant built certain Subclass Members' homes and,

directly or through agents, installed defective drywall in these homes, which has resulted in harm

and damages to Subclass members as described herein.

1163. Defendant, Core Construction, LLC is an entity or individual with a principal place

of business at 555 NE 15th Street, 30-H, Miami, Florida 33132. Defendant is organized under the

laws of Florida. Defendant built certain Subclass Members' homes and, directly or through

agents, installed defective drywall in these homes, which has resulted in harm and damages to

Subclass members as described herein.

1164. Defendant, Cornerstone Builders, LLC is an entity or individual with a principal

place of business at 1725 East Gause Boulevard, Ste. B, Slidell, Louisiana 70461. Defendant is

organized under the laws of Louisiana. Defendant built certain Subclass Members' homes and,

directly or through agents, installed defective drywall in these homes, which has resulted in harm

224

and damages to Subclass members as described herein.

1165. Defendant, Curtis Lee Wimberly General Contractor Incorporated is an entity or individual with a principal place of business at 12921 Brynwood Way, Naples, Florida 34105. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1166. Defendant, Custom Homes by Kaye, Inc. is an entity or individual with a principal place of business at 5979 Pine Ridge Road, Naples, Florida 34119. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1167. Defendant, Cypress Builders, Inc. is an entity or individual with a principal place of business at 18028 Via Rio Road, Jupiter, Florida 33458. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1168. Defendant, D.R. Horton, Inc. is an entity or individual with a principal place of business at 301 Commerce Street, Ste. 500, Fort Worth, Texas 76102. Defendant is organized under the laws of Delaware. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1169. Defendant, D.R. Horton, Texas, Ltd. is an entity or individual with a principal

225

place of business at 301 Commerce Street, #500, Fort Worth, Texas 76102. Defendant is organized under the laws of Texas. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1170. Defendant, Daniel Dae Loughy Homes, Inc. d/b/a Tropical Homes is an entity or individual with a principal place of business at 612 SW Port St. Lucie Blvd., Port St. Lucie, Florida 34952. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1171. Defendant, Dave Walker Construction, Inc. is an entity or individual with a principal place of business at 6161 Hidden Oaks Lane, Naples, Florida 34119. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1172. Defendant, David W. Stewart, Inc. is an entity or individual with a principal place of business at 53089 Highway 433, Slidell, Louisiana 70461. Defendant is organized under the laws of Louisiana. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1173. Defendant, Diamond Court Construction Co. is an entity or individual with a principal place of business at 2112 SE Bersell Road, Port St. Lucie, Florida 34952. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and,

directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1174. Defendant, Dupont Builders, Inc. is an entity or individual with a principal place of business at 6442 Commerce Park Drive, Ste. 1, Ft. Myers, Florida 33966. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1175. Defendant, Dupree Construction Co., LLC is an entity or individual with a principal place of business at 10626 Timberlake Avenue, Baton Rouge, Louisiana 70810. Defendant is organized under the laws of Louisiana. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1176. Defendant, CB Dupree Construction, LLC is an entity or individual with a principal place of business at 10626 Timberlake Ave., Baton Rouge, Louisiana 70810. Defendant is organized under the laws of Louisiana. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1177. Defendant, Horton Homes, Inc. is an entity or individual with a principal place of business at 101 Industrial Blvd., Eatonton, Georgia 31024. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1178. Defendant, E. Jacob Construction, Inc. has a service address at 15735 Florida Boulevard, Baton Rouge, Louisiana 70819. Defendant is organized under the laws of Louisiana. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1179. Defendant, Eagle Builders, Inc. has a service address at 7009 Chinquapin Court, Picayune, Mississippi 39466. Defendant is organized under the laws of Mississippi. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1180. Defendant, Edwards Construction Company has a service address at 1860 Whippoorwill Road, Hartsville, South Carolina 29550. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1181. Defendant, Eric Bolden is an entity or individual with a principal place of business at Carlton Avenue, Mobile, Alabama 36607. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1182. Defendant, Federal Construction Specialist, Inc. has a service address at 5252 Norfolk, Shreveport, Louisiana 71107. Defendant is organized under the laws of Louisiana. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members

228

as described herein.

1183. Defendant, First Choice Homes of S.W. Florida, Inc. is an entity or individual with a principal place of business at 2610 Cape Coral Parkway West, Cape Coral, Florida 33914. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1184. Defendant, First Home Builders of Florida I, LLC is an entity or individual with a principal place of business at 12730 New Brittany Blvd., Ste. 407, Ft. Myers, Florida 33907. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1185. Defendant, First Home Builders, Inc. is an entity or individual with a principal place of business at 120 Colonial Blvd., Ste. 101, Ft. Myers, Florida 33907. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1186. Defendant, Fleetwood Homes of GA, Inc. is an entity or individual with a principal place of business at 147 Connector 206 NW, Douglas, GA 31543. Defendant is organized under the laws of Georgia. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1187. Defendant, Fleetwood Homes of Florida, Inc. is an entity or individual with a

229

principal place of business at 3125 Myers Street, Riverside, California 92503. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1188. Defendant, G & F Drywall is an entity or individual with a principal place of business at 2101 Standard Place, Chalmette, Louisiana 70043. Defendant is organized under the laws of Louisiana. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1189. Defendant, Gabourel's Construction, L.L.C. is an entity or individual with a principal place of business at 5024 Hastings, Metairie, Louisiana 70006. Defendant is organized under the laws of Louisiana. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1190. Defendant, Gant & Shivers is an entity or individual with a principal place of business at 1231 28th Street, Gulfport, Mississippi 39501. Defendant is organized under the laws of Mississippi. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1191. Defendant, Gatco Construction, Inc. is an entity or individual with a principal place of business at 5100 S. Cleveland Avenue, 318-347, Ft. Myers, Florida 33907. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and,

directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1192. Defendant, Grogan Construction and Real Estate, Inc. is an entity or individual with a principal place of business at 4992 Sagemeadow Cir. Hickory, North Carolina 28601-9120. Defendant is organized under the laws of North Carolina. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1193. Defendant, Groza Builders, Inc. is an entity or individual with a principal place of business at 511 SW Port St. Lucie Road, Port St. Lucie, Florida 34953. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1194. Defendant, Hanover Homes, Inc. is an entity or individual with a principal place of business at 2407 SW Monterrey Lane, Port St. Lucie, Florida 34953. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1195. Defendant, Hansen Homes of South Florida, Inc. is an entity or individual with a principal place of business at 1436 South East 16th Place, Cape Coral, Florida 33990. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

231

1196. Defendant, Heights Properties, L.L.C. is an entity or individual with a principal place of business at 8695 College Parkway, Ste. 255, Cape Coral, Florida 33904. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1197. Defendant, Heritage Homes, Inc. is an entity or individual with a principal place of business at 10127 Holsberry Road, Pensacola, Florida 32534. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1198. Defendant, Hilliard Butler Construction Company, Inc. is an entity or individual with a principal place of business at 5026 Par Four Drive, New Orleans, Louisiana 70128. Defendant is organized under the laws of Louisiana. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1199. Defendant, Holiday Builders, Inc. is an entity or individual with a principal place of business at 1801 Penn Street, Ste. 1A, Melbourne, Florida 32901. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1200. Defendant, Homes of Merit, Inc. is an entity or individual with a principal place of business at Bldg. 121 Bartow AFB, Bartown, Florida 33830. Defendant is organized under the

232

laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1201. Defendant, Hulsey-Nezlo Construction, L.L.C. is an entity or individual with a principal place of business at 346 Railroad Avenue, Albertville, Alabama 35950. Defendant is organized under the laws of Alabama. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1202. Defendant, Infinity Homes, Inc. is an entity or individual with a principal place of business at 5208 Hwy 90 West, Mobile, Alabama 36693. Defendant is organized under the laws of Alabama. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1203. Defendant, Inman Construction Services, Inc. has a service address at 618 Central Avenue, Jefferson, Louisiana 70121. Defendant is organized under the laws of Louisiana. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1204. Defendant, Ironwood Properties, Inc. is an entity or individual with a principal place of business at 202 SE 5th Avenue, Delray Beach, Florida 33483. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and

233

damages to Subclass members as described herein.

1205. Defendant, Jade Organization General Contractor, LLC is an entity or individual with a principal place of business at 2101 North Commerce Way, Weston, Florida 33326. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1206. Defendant, James Kayser is an entity or individual with a principal place of business at 2414 Welly Street, Prichard, Alabama 36610. Defendant is organized under the laws of Alabama. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1207. Defendant, Jim Korn Builders, LLC has a service address at 15094 Lorraine Road, Biloxi, Mississippi 39532. Defendant is organized under the laws of Mississippi. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1208. Defendant, Jim Walter Homes, Inc. has a service address at 2000 Interstate Drive, Ste. 204, Montgomery, Alabama 36109. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1209. Defendant, Jim Walter Homes, LLC is an entity or individual with a principal

234

place of business at 4211 West Boy Scout Blvd., Ste, 1000, Tampa, Florida 33607. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1210. Defendant, John P. Gregg is an entity or individual with a principal place of business at 336 Driftwood Circle, Slidell, Louisiana 70458. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1211. Defendant, Johnson & Johnson Home Repairs, L.L.C. is an entity or individual with a principal place of business at 2712 Clover Street, New Orleans, Louisiana 70122. Defendant is organized under the laws of Louisiana. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1212. Defendant, JP Renovations, Inc. is an entity or individual with a principal place of business at 930 Gulf Drive, Gretna, Louisiana 70053. Defendant is organized under the laws of Louisiana. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1213. Defendant, K. Hovnanian First Homes, LLC is an entity or individual with a principal place of business at 110 West Front Street, Red Bank, New Jersey 07701. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm

and damages to Subclass members as described herein.

1214. Defendant, K&B Homes, Inc. is an entity or individual with a principal place of business at 1121 Lumsden Trace Circle, Valrico, Florida 33594. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1215. Defendant, Kaye Homes, Inc. is an entity or individual with a principal place of business at 5979 Pine Ridge Road, Naples, Florida 34119. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1216. Defendant, KB Home Florida, LLC is an entity or individual with a principal place of business at 10475 Fortune Pkwy, #100, Jacksonville, Florida 32256. Defendant is organized under the laws of Delaware. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1217. Defendant, KB Home Jacksonville, LLC is an entity or individual with a principal place of business at 10990 Wilshire Blvd., 7th Floor, Los Angeles, California 90024. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1218. Defendant, KB Home Tampa, LLC is an entity or individual with a principal place

of business at 3450 Buschwood Park Drive, #250, Tampa, Florida 33618. Defendant is organized under the laws of California. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1219. Defendant, KB Home Orlando, LLC is an entity or individual with a principal place of business at 9102 South Park Center Loop, Suite 140, Orlando, Florida 32819. Defendant is organized under the laws of Delaware. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1220. Defendant, KB Home/Shaw Louisiana, L.L.C. is an entity or individual with a principal place of business at 2711 Centerville Road, Ste. 400, Wilmington, Delaware 19808. Defendant is organized under the laws of Delaware. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1221. Defendant, KB Homes Fort Myers, LLC has a service address at 1201 Hays Street, Tallahassee, Florida 32301. Defendant is organized under the laws of Delaware. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1222. Defendant, KC2 Investments, LLC is an entity or individual with a principal place of business at 1625 North Commerce Parkway, Ste. No. 320, Weston, Florida 33326. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm

and damages to Subclass members as described herein.

1223.  Defendant, Kenneth B. Speights Construction Co. is an entity or individual with a principal place of business at 187 Walthall Avenue, Carson, Mississippi 39427.  Defendant is organized under the laws of Mississippi.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1224.  Defendant, Kenwood Homes, Inc. is an entity or individual with a principal place of business at 5610 Division Drive, Ft. Myers, Florida 33905.  Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1225.  Defendant, Kimball Hill Homes Florida, Inc. is an entity or individual with a principal place of business at 5999 New Wilke Rd., Ste. 504, Rolling Meadow, Illinois 60008. Defendant is organized under the laws of Florida.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1226.  Defendant, L.A. Homes, Inc. has a service address at 2604 Seagull Drive, Marrero, Louisiana 70072.  Defendant is organized under the laws of Louisiana.  Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1227.  Defendant, L'Oasis Builders Incorporated is an entity or individual with a principal place of business at 4754 130th Avenue N, Royal Palm Beach, Florida 33411.

238

Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1228. Defendant, L & J Builders, Inc. is an entity or individual with a principal place of business at 6 Intracoastal Way, Lake Worth, Florida 33460. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1229. Defendant, La Homes and Properties, Inc. is an entity or individual with a principal place of business at 2922 Oakland Road, Lakeland, Louisiana 70752. Defendant is organized under the laws of Louisiana. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1230. Defendant, Lakeridge Builders, Inc. is an entity or individual with a principal place of business at 1150 Lakeway Drive, Ste. 101, Lakeway, Texas 78734. Defendant is organized under the laws of Texas. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1231. Defendant, Laporte Family Properties, LLC is an entity or individual with a principal place of business at 950 West Causeway Approach, Mandeville, Louisiana 70471. Defendant is organized under the laws of Louisiana. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has

resulted in harm and damages to Subclass members as described herein.

1232. Defendant, Lavish Holding Corp. is an entity or individual with a principal place of business at 2070 N. Ocean Blvd., #3, Boca Raton, Florida 33431. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1233. Defendant, Lee Roy Jenkins Builder, Inc. is an entity or individual with a principal place of business at 37 Spruce, Covington, Louisiana 70433. Defendant is organized under the laws of Louisiana. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1234. Defendant, Legend Custom Builders, Inc. is an entity or individual with a principal place of business at 1429 Colonial Blvd., Ste. 201, Ft. Myers, Florida 33907. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1235. Defendant, Lennar Corporation is an entity or individual with a principal place of business at 700 NW 107 Avenue, Ste. 400, Miami, Florida 33172. Defendant is organized under the laws of Delaware. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1236. Defendant, Lennar Homes, LLC is an entity or individual with a principal place of

240

business at 700 NW 107th Avenue, Ste. 400, Miami, Florida 33172. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1237. Defendant, LPR Builders, Inc. is an entity or individual with a principal place of business at 1150 NW 72 Avenue, Ste. 501, Miami, Florida 33126. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1238. Defendant, LTL Construction, Inc. is an entity or individual with a principal place of business at 2601 East 4th Avenue, Tampa, Florida 33605 Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1239. Defendant, Lucas Construction Corporation has a service address at 5472 Louis Prima Drive West, New Orleans, Louisiana 70128. Defendant is organized under the laws of Louisiana. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1240. Defendant, M/I Homes, Inc. is an entity or individual with a principal place of business at 3 Easton Oval, Suite 500, Columbus, Ohio 43219 Defendant is organized under the laws of Ohio. Defendant built certain Subclass Members' homes and, directly or through agents,

241

installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1241. Defendant, MacGlen Builders, Inc. is an entity or individual with a principal place of business at 5985 South River Circle, Macclenny, Florida 32063. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1242. Defendant, Magnum Development, LLC is an entity or individual with a principal place of business at 6704 Kenwood Drive, North Port, Florida 34287. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1243. Defendant, Majestic Homes of Port St. Lucie, Inc. is an entity or individual with a principal place of business at 4061 Royal Palm Beach Boulevard, Royal Palm Beach, Florida 33411. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1244. Defendant, Maronda Homes, Inc. of Florida is an entity or individual with a principal place of business at 1383 St. Route 30, Clinton, Pennsylvania 15026. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1245. Defendant, Master Builders of South Florida, Inc. is an entity or individual with a principal place of business at 1400 E. Oakland Park Boulevard, Suite 210, Oakland Park, Florida 33334. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1246. Defendant, Mat D Construction is an entity or individual with a principal place of business at 732 Carricox Street, Gretna, Louisiana 70053. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1247. Defendant, McCar Homes - Tampa, LLC is an entity or individual with a principal place of business at 4125 Old Milton Parkway, Alpharetta, Georgia 30005. Defendant is organized under the laws of Georgia. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1248. Defendant, Meadows of Estero - Bonita Springs Ltd. P'ship, d/b/a Shelby Homes has a service address at NRAI Services, Inc., 2731 Executive Park Drive, Suite 4, Weston, Florida 33331. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1249. Defendant, Medallion Homes, LLC is an entity or individual with a principal place of business at 6470 Briarcliff Road, Ft. Myers, Florida 33912 Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through

agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1250. Defendant, Medallion Homes Gulf Coast, Inc. is an entity or individual with a principal place of business at 2212 58th Avenue E, Brandenton, Florida 34203. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1251. Defendant, Meritage Homes of Florida, Inc. is an entity or individual with a principal place of business at 17851 North 85th Street, #300, Scottsdale, Arizona 85255. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1252. Defendant, MGB Construction is an entity or individual with a principal place of business at 945 Sebastian Boulevard, Suite 4, Sebastian, Florida 32958. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1253. Defendant, Mike Jones Construction, Inc. has a service address at 1054 Michael Road, Monroe, Georgia 30656. Defendant is organized under the laws of Georgia. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1254. Defendant, Miller Construction Company is an entity or individual with a principal place of business at 518 South 15th Street, Vincennes, Indiana 47591. Defendant is organized under the laws of Indiana. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1255. Defendant, Mitchell Homes, Inc. is an entity or individual with a principal place of business at 41 W. Interstate 65, Service Road N., Mobile, Alabama 36608. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1256. Defendant, Modern Construction Group, Inc. is an entity or individual with a principal place of business at 6530 Nina Rosa Drive, Orlando, Florida 32819. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1257. Defendant, Monzelle Diles is an entity or individual with a principal place of business at 1925 Aubry Street, New Orleans, Louisiana 70116. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1258. Defendant, MW Johnson Construction of Florida, Inc. is an entity or individual with a principal place of business at 17645 Juniper Path, Suite 100, Lakeville, Minnesota 55044. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members'

homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1259. Defendant, Negotiable Remodeling is an entity or individual with a principal place of business at 17 Kerry Street, Carriere, Mississippi 39426. Defendant is organized under the laws of Mississippi. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1260. Defendant, Oyster Bay Homes, Inc. is an entity or individual with a principal place of business at 4207 Lee Boulevard, Lehigh Acres, Florida 33971. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1261. Defendant, Palm Isles Holdings, LLC is an entity or individual with a principal place of business at 888 Kingman Road, Homestead, Florida 33035. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1262. Defendant, South Kendall Construction Corp. is an entity or individual with a principal place of business at 888 Kingman Road, Homestead, Florida 33035. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1263. Defendant, Paramount Quality Homes Corp. is an entity or individual with a principal place of business at 1597 South East Port Saint Lucie Boulevard, Port Saint Lucie, Florida 34952. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1264. Defendant, Parkview Homes Realty, Inc. is an entity or individual with a principal place of business at 12610 Race Track Road, Tampa, Florida 33626. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1265. Defendant, Parr-Self, Inc. is an entity or individual with a principal place of business at 2525 SE 20th Place, Cape Coral, Florida, 33904. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1266. Defendant, Patter Construction Services is an entity or individual with a principal place of business at 226 Basin School Road, Lucedale, Mississippi. Defendant is organized under the laws of Mississippi. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1267. Defendant, Pine Ridge Development, Inc. is an entity or individual with a principal place of business at 2209 Murphy Court, North Port, Florida 34289. Defendant is organized

under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1268. Defendant, Pine Ridge Real Estate Enterprises, LLC is an entity or individual with a principal place of business at 1311 Newport Center Drive West, Suite C, Deerfield Beach, Florida 33442. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1269. Defendant, Pod Homes, LLC is an entity or individual with a principal place of business at 1783 Four Mile Cove Parkway, Unit 246, Cape Coral, Florida 33990. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1270. Defendant, Premier Design Homes, Inc. is an entity or individual with a principal place of business at 11030 N. Kendall Drive, Suite 100, Miami, Florida 33176. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1271. Defendant, Pride Homes-of Lakes by the Bay - Parcel H, LLC is an entity or individual with a principal place of business at 12448 S.W. 127th Avenue, Miami, Florida 33186. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has

248

resulted in harm and damages to Subclass members as described herein.

1272. Defendant, Princeton Homes, Inc. is an entity or individual with a principal place of business at 500 Australian Avenue South, Suite 120, West Plam Beach, Florida 33401. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1273. Defendant, Pulte Home Corporation is an entity or individual with a principal place of business at 100 Bloomfield Hills Parkway, Suite 300, Bloomfield Hills, Michigan 48304. Defendant is organized under the laws of Michigan. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1274. Defendant, Pyramid Construction Corporation has a service address at 5501 Edenboro Road, New Orleans, Louisiana 70127. Defendant is organized under the laws of Louisiana. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1275. Defendant, Richard Jones Construction Company, Inc. is an entity or individual with a principal place of business at 190 Congress Park Drive, Suite 180, Delray Beach, Florida 33445. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1276. Defendant, Rivercrest, LLC/The St. Joe Company is an entity or individual with a

249

principal place of business at 245 Riverside Avenue, Suite 500, Jacksonville, Florida 32202. Defendant is organized under the laws of Delaware. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1277. Defendant, RNB Construction has a service address at 14023 Denver West Parkway, Building 64, Suite 200, Golden, Colorado 80401. Defendant is organized under the laws of Colorado. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1278. Defendant, Rocky Ruckman is an entity or individual with a principal place of business at 11367 Creel Circle, Gulport, Mississippi. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1279. Defendant, Ross Home Builders, Inc. has a service address at Thomas C. Fry, Jr., 621 Cape Coral Pkwy., #2, Cape Coral, Florida, 33904. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1280. Defendant, Russ Mills has a service address at 10160 I-10 Service Road, New Orleans, Louisiana 70127. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

250

1281. Defendant, Rylex Homes, Inc. is an entity or individual with a principal place of business at 5214 Hammock Circle, Saint Cloud, Florida 34771. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1282. Defendant, S. Petersen Homes, Inc. is an entity or individual with a principal place of business at 1217 East Cape coral Parkway, Cape Coral, Florida 33904 Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1283. Defendant, S&D Specialists, Inc. is an entity or individual with a principal place of business at 12835 SW 46th Trail, Lake Butler, Florida 32054. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1284. Defendant, SC Builders, LLC is an entity or individual with a principal place of business at 605 Codifer Boulevard, Metairie, Louisiana 70005. Defendant is organized under the laws of Louisiana. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1285. Defendant, Seaside Development, LLC has a service address at James Romains, 821 Hardy Avenue, Apt. E, Gulfport, Mississippi 39501. Defendant is organized under the laws

251

of Mississippi. Defendant built certain Subclass Members' homes and, directly or through

agents, installed defective drywall in these homes, which has resulted in harm and damages to

Subclass members as described herein.

1286. Defendant, Sedgwick Developers, Inc. is an entity or individual with a principal

place of business at 11030 N. Kendall Drive, Suite 100, Miami, Florida 33126. Defendant is

organized under the laws of Florida. Defendant built certain Subclass Members' homes and,

directly or through agents, installed defective drywall in these homes, which has resulted in harm

and damages to Subclass members as described herein.

1287. Defendant, Shelby Homes, Inc. is an entity or individual with a principal place of

business at 2750 North East 185th Street, 2NF, Aventura, Florida 33180. Defendant is organized

under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or

through agents, installed defective drywall in these homes, which has resulted in harm and

damages to Subclass members as described herein.

1288. Defendant, Shoma Homes, Inc. is an entity or individual with a principal place of

business at 5835 Blue Lagoon Drive, 4th Floor, Miami, Florida 33126. Defendant is organized

under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or

through agents, installed defective drywall in these homes, which has resulted in harm and

damages to Subclass members as described herein.

1289. Defendant, Shoma Homes Splendido, Inc. is an entity or individual with a

principal place of business at 5835 Blue Lagoon Drive, 4th Floor, Miami, Florida 33126.

Defendant is organized under the laws of Florida. Defendant built certain Subclass Members'

homes and, directly or through agents, installed defective drywall in these homes, which has

resulted in harm and damages to Subclass members as described herein.

1290. Defendant, Signature Series Homes, Inc. is an entity or individual with a principal place of business at 4344 Chiquita Boulevard South, Cape Coral, Florida 33914. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1291. Defendant, Smith Family Homes Corporation is an entity or individual with a principal place of business at 5110 Eisenhower Boulevard, Suite 160, Tampa, Florida 33634. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1292. Defendant, Southern Homes, LLC is an entity or individual with a principal place of business at 1209 Orange Street, Wilmington, Delaware 19801. Defendant is organized under the laws of Delaware. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1293. Defendant, Springhill, LLC is an entity or individual with a principal place of business at 59101 Amber Street, Slidell, Louisiana 70461. Defendant is organized under the laws of Louisiana. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1294. Defendant, Adrian Kornman is an entity or individual with a principal place of

business at 2053 E. Gause Boulevard, Suite 200, Slidell, Louisiana 70461. Defendant built

certain Subclass Members' homes and, directly or through agents, installed defective drywall in

these homes, which has resulted in harm and damages to Subclass members as described herein.

1295. Defendant, Southern Homes of Broward XI, Inc. is an entity or individual with a

principal place of business at 12895 Southwest 132nd Street, Suite 200, Miami, Florida 33186.

Defendant is organized under the laws of Florida. Defendant built certain Subclass Members'

homes and, directly or through agents, installed defective drywall in these homes, which has

resulted in harm and damages to Subclass members as described herein.

1296. Defendant, Southern Star Construction Company, Inc. is an entity or individual

with a principal place of business at 950 West Causeway Approach, Mandeville, Louisiana

70471. Defendant is organized under the laws of Louisiana. Defendant built certain Subclass

Members' homes and, directly or through agents, installed defective drywall in these homes,

which has resulted in harm and damages to Subclass members as described herein.

1297. Defendant, Leroy Laporte, Jr. is an entity or individual with a principal place of

business at 950 West Causeway Approach, Mandeville, Louisiana 70471. Defendant built

certain Subclass Members' homes and, directly or through agents, installed defective drywall in

these homes, which has resulted in harm and damages to Subclass members as described herein.

1298. Defendant, Standard Pacific of South Florida GP, Inc. is an entity or individual

with a principal place of business at 9900 South West 107th Avenue, Miami, Florida 33176.

Defendant is organized under the laws of Delaware. Defendant built certain Subclass Members'

homes and, directly or through agents, installed defective drywall in these homes, which has

resulted in harm and damages to Subclass members as described herein.

1299. Defendant, Standard Pacific of Southwest Florida GP, Inc. is an entity or individual with a principal place of business at 5100 West Lemon Street, Suite 312, Tampa, Florida 33609. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1300. Defendant, Statewide Associates, Inc. is an entity or individual with a principal place of business at 5115 16th Avenue South, Tampa, Florida 33619. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1301. Defendant, Steve Harrington Homes, Inc. is an entity or individual with a principal place of business at 2746 Greenridge Lane, Jay, Florida 32565. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1302. Defendant, Steven R. Carter, Inc. is an entity or individual with a principal place of business at 3808 West San Nicholas Street, Tampa, Florida 33629. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1303. Defendant, Stock Development, LLC is an entity or individual with a principal place of business at 2647 Professional Circle, Suite 1201, Naples, Florida 34119. Defendant is

255

organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1304. Defendant, Suarez Housing Corporation is an entity or individual with a principal place of business at 9950 Princess Palm Avenue, #212, Tampa, Florida 33619. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1305. Defendant, Summit Homes, LLC n/k/a PHL Construction, LLC is an entity or individual with a principal place of business at 7525 Picardy Avenue, Suite 220, Baton Rouge, Louisiana 70808. Defendant is organized under the laws of Louisiana. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1306. Defendant, Sun Construction, LLC is an entity or individual with a principal place of business at 62250 West End Boulevard, Slidell, Louisiana 70461. Defendant is organized under the laws of Louisiana. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1307. Defendant, Sunrise Construction and Development, LLC is an entity or individual with a principal place of business at 62250 West End Boulevard, Slidell, Louisiana 70461. Defendant is organized under the laws of Louisiana. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has

resulted in harm and damages to Subclass members as described herein.

1308. Defendant, Sunrise Homes is an entity or individual with a principal place of business at 62250 West End Boulevard, Slidell, Louisiana 70461. Defendant is organized under the laws of Louisiana. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1309. Defendant, Taylor Morrison, Inc. is an entity or individual with a principal place of business at 4900 N. Scottsdale Road, Suite 2000, Scottsdale, Arizona 85251. Defendant is organized under the laws of Delaware. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1310. Defendant, Taylor Morrison Services, Inc. is an entity or individual with a principal place of business at 4900 N. Scottsdale Road, Suite 2000, Scottsdale, Arizona 85251. Defendant is organized under the laws of Delaware. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1311. Defendant, The Haskell Company is an entity or individual with a principal place of business at 111 Riverside Avenue, Jacksonville, Florida 32202. Defendant is organized under the laws of Delaware. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1312. Defendant, The Jade Organization, Inc. is an entity or individual with a principal

257

place of business at 2102 North Commerce Parkway, Weston, Florida 33326. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1313. Defendant, The Ryland Group, Inc. is an entity or individual with a principal place of business at 24025 Park Sorrento, Suite 400, Calabasas, California 91302. Defendant is organized under the laws of California. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1314. Defendant, Thomas R. Gould, Inc. is an entity or individual with a principal place of business at 19 Teak Way Drive, Ocala, Florida 34472. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1315. Defendant, Curington Contracting, Inc. is an entity or individual with a principal place of business at 2652 NE 24th Street, Ocala, Florida 34470. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1316. Defendant, Thompson Wood Products, Inc. is an entity or individual with a service address at Charles Wayne Thompson and Barbara J. Thompson, 78290 Highway 1083, Bush, Louisiana 70431. Defendant is organized under the laws of Louisiana. Defendant built certain

Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1317. Defendant, Tillman Construction, Inc. is an entity or individual with a service address at Jerry Tillman, 570 Bradford Drive, Brandon, Mississippi 39047. Defendant is organized under the laws of Mississippi. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1318. Defendant, Timberline Homes is an entity or individual with a principal place of business at 1251 South Boulevard, Brewton, Alabama 36426. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1319. Defendant, Timberline Builders, Inc. is an entity or individual with a principal place of business at 3618 Del Prado Boulevard, Cape Coral, Florida 33904. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1320. Defendant, Toll Estero Ltd. Partnership d/b/a Toll Brothers is an entity or individual with a service address at CT Corporation System, 1200 S. Pine Island Road, Plantation, Florida 33324. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

259

1321. Defendant, Treasure Coast Communities, Inc. is an entity or individual with a principal place of business at 1798 Degroodt Road, Palm Bay, Florida 32910. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1322. Defendant, Trust America Homes, Inc. is an entity or individual with a principal place of business at 5007 LaFrance Avenue, North Port, Florida 34291. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1323. Defendant, United Home Builders, Inc. is an entity or individual with a service address at Joseph L. Sealey, 231 Del Prado Boulevard, Suite #11, Cape Coral, Florida 33990. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1324. Defendant, United Homes, Inc. is an entity or individual with a principal place of business at 7975 NW 154th Street, Suite 400, Miami Lakes, Florida 33016. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1325. Defendant, US Home Corporation, a Delaware Corporation is an entity or individual with a principal place of business at 700 NW 107th Avenue, Suite 400, Miami, Florida

260

33172. Defendant is organized under the laws of Delaware. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1326. Defendant, Veal Enterprises, Inc. is an entity or individual with a principal place of business at 117 South Rampart Street, New Orleans, Louisiana 70112. Defendant is organized under the laws of Louisiana. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1327. Defendant, Venture Homes is an entity or individual with a service address at Robert C. White, 1580 Terrell Mill Road, SE, Marietta, Georgia 30067. Defendant is organized under the laws of Louisiana. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1328. Defendant, Venus Street, LLC is an entity or individual with a principal place of business at 19080 NE 29th Avenue, Aventura, Florida 33180. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1329. Defendant, Waterways Joint Venture IV is an entity or individual with a principal place of business at 15122 Summit Place Circle, Naples, Florida 34119. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and

damages to Subclass members as described herein.

1330. Defendant, Waterways Joint Venture IV, LLC is an entity or individual with a principal place of business at 15013 Summit Place Circle, Naples, Florida 34119. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1331. Defendant, WB Construction Company, Inc. is an entity or individual with a principal place of business at 18465 Tulip Road, Fort Myers, Florida 33967. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1332. Defendant, Wellington Shores-Wellington Limited Partnership is an entity or individual with a principal place of business at 1401 Broward Boulevard, Suite 302, Ft. Lauderdale, Florida 33301. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1333. Defendant, Westerheim Properties, Inc. is an entity or individual with a principal place of business at 3108 Brittany Court, Pensacola, Florida 32504. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1334. Defendant, William P. Joseph, Jr. Construction, Inc. is an entity or individual with

262

a principal place of business at 860 N. Street, Jackson, Mississippi 39209. Defendant is organized under the laws of Mississippi. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

1335. Defendant, Woodland Enterprises, Inc. is an entity or individual with a principal place of business at 15592 Jupiter Farms Road, Jupiter, Florida 33478. Defendant is organized under the laws of Florida. Defendant built certain Subclass Members' homes and, directly or through agents, installed defective drywall in these homes, which has resulted in harm and damages to Subclass members as described herein.

### The Contractor/Installer Defendants

1336. Defendant, Aced Interior Drywall, Inc. is an entity or individual with a principal place of business at 2204 North East 25th Terrace, Cape Coral, Florida 33909. Defendant is organized under the laws of Florida. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

1337. Defendant, Aggies First Call Contractors is an entity or individual with a principal place of business at 4056 Monterey Drive, Montgomery, Alabama. Defendant is organized under the laws of Alabama. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

1338. Defendant, B&B Stucco, Inc. is an entity or individual with a principal place of business at 12244 Treeline Avenue #10, Fort Myers, Florida 33913. Defendant is organized

under the laws of Florida. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

1339. Defendant, Baron Construction Co. is an entity or individual with a principal place of business at 749 Huckleberry Lane, Terrytown, Louisiana 70056. Defendant is organized under the laws of Louisiana. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

1340. Defendant, Beta Drywall, LLC is an entity or individual with a principal place of business at 6586 Hypoluxo Road, #306, Lake Worth, Florida 33467. Defendant is organized under the laws of Florida. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

1341. Defendant, Billy Wayne Goekler is an entity or individual with a principal place of business at 18391 Amanda Lane, Saucier, Mississippi 39574. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

1342. Defendant, Brandon Gremillion is an entity or individual with a principal place of business at 2209 Aramis Drive, Meaux, Louisiana 70043. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

1343. Defendant, Brent Garrod Drywall, Inc. is an entity or individual with a principal

place of business at 4271 James Street, Port Charlotte, Florida 33980. Defendant is organized under the laws of Florida. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

1344. Defendant, Brian Saltamachia is an entity or individual with a principal place of business at 3721 East Louisiana Street, Kenner, Louisiana 70065. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

1345. Defendant, Burmon Properties, LLC is an entity or individual with a principal place of business at 1096 Forrest Ridge Loop, Pearl River, Louisiana 70452. Defendant is organized under the laws of Louisiana. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

1346. Defendant, By George, Inc. is an entity or individual with a principal place of business at 7606 North West 18 Place, Margate, Florida 33063. Defendant is organized under the laws of Florida. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

1347. Defendant, C.A. Steelman, Inc. is an entity or individual with a principal place of business at 2271 Bruner Lane, Suite 5, Fort Myers, Florida 33912. Defendant is organized under the laws of Florida. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to

Subclass Members.

1348.  Defendant, C.L. Paul Plastering, Inc. is an entity or individual with a principal place of business at 17490 East Street, Unit 3, North Fort Myers, Florida 33917.  Defendant is organized under the laws of Florida.  Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

1349.  Defendant, Capital Construction is an entity or individual with a principal place of business at 336 Coosada Ferry Road, Montgomery, Alabama 36110.  Defendant is organized under the laws of Alabama.  Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

1350.  Defendant, Cemex, Inc. (Formerly CRS Rinker) is an entity or individual with a principal place of business at 840 Gessner Street, Suite 1400, Houston, Texas 77024.  Defendant is organized under the laws of Louisiana.  Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

1351.  Defendant, Chavez is an entity or individual with a principal place of business at 214 Cotton Street, Metairie, Louisiana 70005. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

1352.  Defendant, CMH Manufacturing, Inc. is an entity or individual with a principal place of business at Waco 2, 7001 Imperial Drive, Waco, Texas 76712.  Defendant is organized

266

under the laws of Texas. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

1353. Defendant, Colvin Homes, Inc. is an entity or individual with a principal place of business at 2533 Windward Drive, Gautier, Mississippi 39553. Defendant is organized under the laws of Mississippi. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

1354. Defendant, Continental Classic Construction, Inc. is an entity or individual with a principal place of business at 2386 Chapel Hill Drive, Mobile, Alabama 36695. Defendant is organized under the laws of Alabama. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

1355. Defendant, Coral Plastering & Wall Systems, Inc. is an entity or individual with a principal place of business at 1820 South West 46th Terrace, Cape Coral, Florida 33914. Defendant is organized under the laws of Florida. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

1356. Defendant, Dave's Drywall is an entity or individual with a principal place of business at 190 Pine Street, Monroeville, Alabama 36560. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

1357. Defendant, DeLaCruz Drywall, Plastering & Stucco, Inc. is an entity or individual with a principal place of business at 322 Gunnery Road, Suite C, Lehigh Acres, Florida 33971. Defendant is organized under the laws of Florida. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

1358. Defendant, Deloach Corporation is an entity or individual with a principal place of business at 18911 Santa Maria Drive, Baton Rouge, Louisiana 70809. Defendant is organized under the laws of Louisiana. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

1359. Defendant, Done-Rite Construction is an entity or individual with a principal place of business at 155 Jean Street, Montgomery, Alabama 36107. Defendant is organized under the laws of Alabama. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

1360. Defendant, Drywall Done Right is an entity or individual with a principal place of business at P. O. Box 374, Holden, Alabama 70744. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

1361. Defendant, Dwayne Williams is an entity or individual with a principal place of business at 2405 Linwood Drive, Gautier, Mississippi 39553. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members,

268

which has resulted in harm and damages to Subclass Members.

1362. Defendant, Dynamic Contractors is an entity or individual with a service address of 425 Heart D. Farm Road. Youngsville, Louisiana 70592. Defendant is organized under the laws of Louisiana. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

1363. Defendant, Ed's Drywall & Construction is an entity or individual with a principal place of business at 3109 Feliciana Street, New Orleans, Louisiana 70126. Defendant is organized under the laws of Louisiana. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

1364. Defendant, First Choice Drywall Services, Inc. is an entity or individual with a principal place of business at 17580 Cypress Point Road, Fort Myers, Florida 33912. Defendant is organized under the laws of Florida. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

1365. Defendant, Florida Style Services, Inc. is an entity or individual with a principal place of business at 26475 Eagle Boulevard, Punta Gorda, Florida 33950. Defendant is organized under the laws of Florida. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

1366. Defendant, G. Drywalls Corporation is an entity or individual with a principal

269

place of business at 12951 South West 124th Street, Miami, Florida 33186. Defendant is organized under the laws of Florida. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

1367. Defendant, United Drywall & Stucco, Inc. is an entity or individual with a principal place of business at 4040 16th Avenue East, Naples, Florida 34117. Defendant is organized under the laws of Florida. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

1368. Defendant, George Meza is an entity or individual with a principal place of business at 4824 Belle Drive, Metairie, Louisiana 70006. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

1369. Defendant, Gulf South Drywall is an entity or individual with a principal place of business at 9551 Lancaster Road, Theodore, Alabama 36582. Defendant is organized under the laws of Alabama. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

1370. Defendant, HC Seals Drywall Partners is an entity or individual with a principal place of business at 125 George Mitchell Road, Carriere, Mississippi 39426. Defendant is organized under the laws of Mississippi. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm

270

and damages to Subclass Members.

1371. Defendant, Hendrickson Contracting is an entity or individual with a principal place of business at 981 Gum Pond Beall Road, Lumberton, Mississippi 39455. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

1372. Defendant, Interior-Exterior is an entity or individual with a principal place of business at 7350 E. Industrial, Baton Rouge, Louisiana 70805. Defendant is organized under the laws of Louisiana. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

1373. Defendant, J&S Drywall is an entity or individual with a principal place of business at 68491 Martha Drive, Pearl River, Louisiana 70452. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

1374. Defendant, J.B. Homes, Inc. is an entity or individual with a principal place of business at 2319 E. 15th Street, Cedar Grove, Florida 32401. Defendant is organized under the laws of Florida. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

1375. Defendant, Jacob Chapman is an entity or individual with a principal place of business at 62 Ormond Place, Destrehan, Louisiana 70047. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members,

which has resulted in harm and damages to Subclass Members.

1376. Defendant, James Walker is an entity or individual with a principal place of business at 1110 State Street, Mobile, Alabama 36603. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

1377. Defendant, Jay 37 Construction, LLC is an entity or individual with a principal place of business at 3443 Howze Street, Moss Point, Mississippi 39563. Defendant is organized under the laws of Mississippi. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

1378. Defendant, Jeff Laporte is an entity or individual with a principal place of business at 2157 Third Street, Suite E, Manderville, Louisiana 70471. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

1379. Defendant, M&M Construction is an entity or individual with a principal place of business at P. O. Box 5294, Vancleave, Mississippi 39565. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

1380. Defendant, John Kidd is an entity or individual with a principal place of business at Camcal Street, Mobile, Alabama 36610. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

1381. Defendant, Johnny Weary is an entity or individual with a principal place of business at 616 Linceme Street, Bogalusa, Louisiana 70427. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

1382. Defendant, Karr Drywall, Inc. is an entity or individual with a principal place of business at 3550 Work Drive, Suite B-9, Ft. Myers, Florida 33916. Defendant is organized under the laws of Florida. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

1383. Defendant, Kelley Drywall, Inc. is an entity or individual with a principal place of business at 13755 115 Street, Fellsmere, Florida 32948. Defendant is organized under the laws of Florida. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

1384. Defendant, Kenneth Campo is an entity or individual with a principal place of business at 1301 Yslockey Highway, Saint Bernard, Louisiana 70085. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

1385. Defendant, Lawrence McCorvey is an entity or individual with a principal place of business at 1825 Claussel Road, Monroeville, Alabama 36460. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

1386. Defendant, Leon Ramsey is an entity or individual with a principal place of business at 192 Music Road, Monroe, Louisiana 71203. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

1387. Defendant, Magnolia State Construction, Inc. is an entity or individual with a principal place of business at 8103 Fairway Villa Drive, Gautier, Mississippi 39553. Defendant is organized under the laws of Mississippi. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

1388. Defendant, Maguel Torez is an entity or individual with a principal place of business at 1629 Choctaw Street, New Orleans, Louisiana 70017. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

1389. Defendant, Mario Salvana is an entity or individual with a principal place of business at 3120 St. Phillip Street, New Orleans, Louisiana 70119. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

1390. Defendant, Martinez Drywall & Painting, LLC is an entity or individual with a service address of 112 Reedy River Way, Greenville, South Carolina 29606 . Defendant is organized under the laws of South Carolina. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

1391. Defendant, MATSA Construction is an entity or individual with a principal place of business at 14167 SW 143 Court, Miami, Florida 33186. Defendant is organized under the laws of Florida. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

1392. Defendant, McLean Drywall is an entity or individual with a principal place of business at 508 Bear Park Trail, Blue Ridge, Georgia 30513. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

1393. Defendant, Meeks Drywall & Stucco, Inc. is an entity or individual with a service address of 1017 SW 12 Avenue, Unit F, Cape Coral, Florida 33990 Defendant is organized under the laws of Florida. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

1394. Defendant, Banner Supply Company Ft. Myers, LLC is an entity or individual with a principal place of business at 2910 Cargo Street, Fort Myers, Florida 33916. Defendant is organized under the laws of Florida. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

1395. Defendant, Michael Hownrd is an entity or individual with a service address of Route 1, Box 169, Escatawpa, Mississippi 39552. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has

resulted in harm and damages to Subclass Members.

1396. Defendant, Norman Gannon is an entity or individual with a principal place of business at 52 Napoleon Circle, Brandon, Mississippi 39047. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

1397. Defendant, NuWay Drywall, LLC is an entity or individual with a service address of c/o Alex Rivera, 384 Snapdragon Loop, Brandenton, Florida 34212. Defendant is organized under the laws of Florida. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

1398. Defendant, O.C.D. of S. Florida, Inc. is an entity or individual with a principal place of business at 3431 SW 11 St., #11, Deerfield Beach, Florida 33442. Defendant is organized under the laws of Florida. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

1399. Defendant, Mesa Construction Group, Inc. is an entity or individual with a principal place of business at 7300 SW 8 Court, N. Lauderdale, Florida 33068. Defendant is organized under the laws of Florida. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

1400. Defendant, Paul England Construction is an entity or individual with a principal place of business at 4503 Chippewa Avenue, Pascagoula, Mississippi 39581. Upon information

and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

1401. Defendant, P.D.C. Drywall Contractors, Inc. is an entity or individual with a principal place of business at 3458 SE Gran Parkway, Stuart, Florida 34997. Defendant is organized under the laws of Florida. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

1402. Defendant, Precision Drywall, Inc. is an entity or individual with a principal place of business at 352 Tall Pines Road, West Palm Beach, Florida 33414. Defendant is organized under the laws of Florida. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

1403. Defendant, R&B Housing, LLC is an entity or individual with a principal place of business at 401 Oakwood Street, Boissier City, Louisiana 71111. Defendant is organized under the laws of Louisiana. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

1404. Defendant, Ray Horvath Drywall, Inc. is an entity or individual with a principal place of business at 10155 NE 101st Street, Okeechobee, Florida 34972. Defendant is organized under the laws of Florida. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

1405. Defendant, Redman Homes, Inc. is an entity or individual with a principal place of business at 2550 Walnut Hill Lane, Suite 200, Dallas, Texas 75229. Defendant is organized under the laws of Delaware. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

1406. Defendant, Residential Drywall, Inc. is an entity or individual with a principal place of business at 9237 Lazy Lane, Tampa, Florida 33614. Defendant is organized under the laws of Florida. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

1407. Defendant, RJL Drywall, Inc. is an entity or individual with a principal place of business at 8181 Bayshore Road, Fort Myers, Florida 33917. Defendant is organized under the laws of Florida. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

1408. Defendant, Roman Gonzalez is an entity or individual with a principal place of business at 3232 Sugar Mill Road, Kenner, Louisiana 70065. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

1409. Defendant, Sands Construction Group, LLC is an entity or individual with a principal place of business at 6230 SW 58th Street, Miami, Florida 33143. Defendant is organized under the laws of Florida. Upon information and belief, Defendant constructed or

278

installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

1410. Defendant, Sorrento Lumber Co., Inc. is an entity or individual with a principal place of business at 9563 Airline Highway, Sorrento, Louisiana 70778. Defendant is organized under the laws of Louisiana. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

1411. Defendant, Space Coast Truss, LLC is an entity or individual with a principal place of business at 6905 North Wickman Road, Suite 501, Melbourne, Florida 32940. Defendant is organized under the laws of Florida. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

1412. Defendant, Speedy Drywall is an entity or individual with a service address of 600 Justice Court, Marrero, Louisiana 70072. Defendant is organized under the laws of Louisiana. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

1413. Defendant, Steve Suchmel is an entity or individual with a principal place of business at 14181 Joe Blatt Road, Biloxi, Mississippi 39565. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

1414. Defendant, Stewart's Remodeling & Electrical is an entity or individual with a principal place of business at 4201 Iola Street, Metairie, Louisiana 70001. Upon information and

279

belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

1415. Defendant, Swedberg Enterprises, Inc. is an entity or individual with a principal place of business at 8811 State Road, Suite 26, Hudson, Florida 34667. Defendant is organized under the laws of Florida. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

1416. Defendant, Titan Demolition & Construction, LLC is an entity or individual with a principal place of business at 32 Adin Drive, Mandeville, Louisiana 70471. Defendant is organized under the laws of Louisiana. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

1417. Defendant, Total Community Action is an entity or individual with a principal place of business at 1420 S. Jefferson Davis Parkway, New Orleans, Louisiana 70125. Defendant is organized under the laws of Louisiana. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

1418. Defendant, Victor Bustillos is an entity or individual with a principal place of business at 4868 Orleans Way, Lot 47, Marrero, Louisiana 70072. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

1419. Defendant, VP Construction Services, Inc. is an entity or individual with a service

address of 9101 S. Urbana, Unit 2F, Tulsa, Oklahoma 74137. Defendant is organized under the laws of Oklahoma. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

1420. Defendant, Walter Ferri is an entity or individual with a principal place of business at P. O. Box 981, Saucier, Mississippi 39540. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

1421. Defendant, William Hurst is an entity or individual with a principal place of business at 1950 Magazine Road, Mobile, Alabama 36610. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

1422. Defendant, Willie Kelly Construction Co. is an entity or individual with a principal place of business at 1020 Nancy Place, Gulfport, Mississippi 39503. Defendant is organized under the laws of Mississippi. Upon information and belief, Defendant constructed or installed defective drywall in the homes of certain Subclass Members, which has resulted in harm and damages to Subclass Members.

## FACTS REGARDING PRODUCT DEFECT

1423. Upon information and belief, Defendants' drywall contains gypsum.

1424. In "defective drywall" (such as that designed, manufactured, exported, imported, distributed, delivered, supplied, inspected, installed, marketed, and/or sold by Defendants herein), the gypsum and other components of the product break down and release sulfides and

other noxious gases that are then emitted (or "off-gassed") from the drywall.

1425.  Sulfides and other noxious gases, such as those emitted from Defendants' drywall, cause corrosion and damage to personal property (such as air conditioning and refrigerator coils, faucets, utensils, electrical wiring, copper, electronic appliances and other metal surfaces and property).

1426.  Exposure to sulfide and other noxious gases, such as those emitted from Defendants' drywall, causes personal injury resulting in eye irritation, sore throat and cough, nausea, fatigue, shortness of breath, fluid in the lungs, and/or neurological harm.

1427.  As a direct and proximate result of Defendants' actions and omissions, Plaintiffs' and the Class Members' structures, personal property, and bodies have been exposed to Defendants' defective and unfit drywall and the corrosive and harmful effects of the sulfide and other noxious gases being released from Defendants' defective drywall.

1428.  Defendants tortiously manufactured, exported, imported, distributed, delivered, supplied, inspected, installed, marketed and/or sold the defective drywall, which was unfit for its intended purpose and unreasonably dangerous in its normal use in that the drywall caused corrosion and damage to personal property in Plaintiffs' and Class Members' homes, residences or structures and/or caused personal injury resulting in eye irritation, a sore throat and cough, nausea, fatigue, shortness of breath, fluid in the lungs, and/or neurological harm.

1429.  Defendants recklessly, wantonly, and/or negligently manufactured, exported, imported, distributed, delivered, supplied, inspected, installed, marketed and/or sold the defective drywall at issue in this litigation.

1430.  Defendants recklessly, wantonly and/or negligently implement faulty, procedures

for purposes of formulating, preparing, testing, and otherwise ensuring the quality and/or character of the defective drywall at issue in this litigation.

1431. As a direct and proximate result of Defendants' defective and unfit drywall and the corrosive and harmful effects of the sulfide and other noxious gases being released from these products, Plaintiffs and Class Members have suffered, and continue to suffer economic harm and/or personal injury.

1432. As a direct and proximate result of Defendants' defective and unfit drywall and the corrosive and harmful effects of the sulfide and other noxious gases being released from these products, the Plaintiffs and the Class Members have suffered, and continue to suffer damages. These damages include, but are not limited to, costs of inspection; costs and expenses necessary to remedy, replace and remove the defective drywall and other property that has been impacted; lost value or devaluation of their homes, residences or structures and property as a direct result of damage caused to the property and indirect damage resulting from perceived defects to the property, including stigma damages; loss of use and enjoyment of their home and property; and/or damages associated with personal injuries.

1433. As a direct and proximate result of Defendants' defective and unfit drywall and the corrosive and harmful effects of the sulfide and other noxious gases being released from these products, Plaintiffs and the Class Members have been exposed to toxic gases, suffered personal injury, have been placed at an increased risk of disease, and have need for injunctive relief in the form of repair and remediation of their home, recision of their home purchase contracts, the ordering of emergency/corrective notice, the ordering of environmental testing and monitoring, and/or the ordering of medical monitoring.

283

## DEFENDANTS HAVE FRAUDULENTLY CONCEALED THEIR IDENTITIES

1434. The defective Chinese drywall that is installed in Plaintiffs' homes was designed, manufactured, exported, imported, distributed, delivered, supplied, inspected, marketed, and/or sold by certain unknown defendants.

1435. Plaintiffs have been unable to identify the manufacturer and/or certain other parties in the chain of distribution of the defective drywall in their homes since the Defendants have marketed their products in a manner designed to conceal their identity. That is, there are no markings on the drywall that can be used to identify the manufacturer.

1436. Notwithstanding the lack of any information that can be used to track the defective drywall to a particular manufacturer, there are other factors that demonstrate that Plaintiffs have defective Chinese manufactured drywall in their homes. For instance, Plaintiffs have detected bad odors, witnessed instances of corrosion, observed markings such as "made in China", and have experienced headaches and other personal injuries that are commonly associated with the defective Chinese manufactured drywall at issue in this litigation.

1437. Plaintiffs, and Plaintiffs alone, have engaged in a genuine and diligent effort to identify the manufacturers and other parties connected to the distribution of the defective drywall in this litigation with limited success due to the inherent inability to identify the manufacturer of the product that caused them harm. This inability to identify the product manufacturer results from the Defendants' deliberate distribution of the defective Chinese drywall in a manner that makes it difficult and/or impossible for consumers to determine the source of the drywall.

1438. For instance, Defendants concealed the origin of the defective Chinese drywall by distributing it without any packaging and/or markings that can be used to track the product to a

specific manufacturer, supplier, distributor, etc. By way of example, certain manufacturers have deliberately engaged in subterfuge by marking their drywall as "made in China" without any corresponding markings identifying that defendant as the manufacturer of the drywall in question. The Plaintiffs Steering Committee ("PSC") has identified several such unidentifiable markings that have been made of record in accordance with PTO 10.

1439. Defendants engaged in a course of conduct, individually and/or collectively, that caused the Plaintiffs' and Class Members' exposure to the defective drywall at issue in this litigation by virtue of their interdependent conscious parallel conduct in the manufacture, exporting, importing, distribution, delivery, supply, inspection, marketing, and/or sale of the defective drywall at issue in this litigation. Defendants' parallel conduct suggests their common behavior was not the result of idiosyncratic decision making.

1440. By information and belief, certain of the foreign defendants have positioned themselves in a manner designed to avoid or evade liability for their role in causing the manufacture, exporting, importing, distribution, delivery, supply, marketing, and/or sale of the defective drywall at issue in this litigation by making it difficult for injured consumers (located in the United States) to accomplish service on them. Such foreign defendants are seemingly attempting to avoid responsibility for their tortious conduct.

**CLASS ACTION ALLEGATIONS**

1441. Because Plaintiffs have been able to identify some, but not all, or the non-manufacturing defendants in the chain of distribution of the defective drywall in their homes, Plaintiffs are asserting class claims against the *Gross* defendants. To the extent Plaintiffs have identified parties responsible for the sale, distribution, supply, marketing, inspecting, importing,

exporting, brokering, or delivery of the defective drywall in their homes, Plaintiffs are

participating in subclasses against these parties.

1442. For those Intervening plaintiffs that have been unable to identify any of the non-

manufacturing defendants in the chain of distribution of the defective drywall in their homes,

these Plaintiffs are not participating in any subclass at this time.

### The *Gross* Class

1443. All Plaintiffs bring this suit as a class action pursuant to Rules 23(a), (b)(1), (b)(2),

(b)(3) and/or 23(c)(4) of the Federal Rules of Civil Procedure, on behalf of themselves and the

following Class comprised of:

> All owners and residents (past or present) of real property located
> in the United States containing defective Chinese drywall
> manufactured, sold, distributed, supplied, marketed, inspected,
> imported, exported, brokered, or delivered by the *Gross*
> Defendants.

### The Distributor/Supplier/Importer/Exporter/Broker Subclasses (Subclasses 1-52)

1444. The representative Plaintiffs with claims against their distributors/suppliers, set

forth in the attached Schedule "1" (the alignment of Plaintiffs and Defendants is depicted in

Schedule 1 for each subclass), assert subclasses pursuant to Rules 23(a), (b)(1), (b)(2), (b)(3)

and/or 23(c)(4) of the Federal Rules of Civil Procedure, on behalf of themselves and those

similarly situated, against the distributors/suppliers for whom they have standing. The

designated Plaintiffs in Schedule 1 define their subclasses to be as follows:

> All owners and residents (past or present) of real property located
> in the United States containing defective Chinese drywall that was
> sold, distributed, supplied, marketed, inspected, imported,
> exported, brokered, or delivered by each defendant identified in
> Schedule 1.

1445. The Distributor/Supplier/Importer/Exporter/Broker subclasses identified in Schedule 1 are comprised as follows:

Subclass #1:      84 Lumber Company, LP

Subclass #2:      Ace Home Center, Inc.

Subclass #3:      All County Drywall Services, Inc.

Subclass #4:      Bailey Lumber & Supply Co.

Subclass #5:      Bailey Lumber & Supply Company of Biloxi

Subclass #6:      Banner Supply Co.

Subclass #7:      Banner Supply Company Fort Myers, LLC

Subclass #8:      Banner Supply Company Pompano, LLC

Subclass #9:      Baron Construction Co.

Subclass #10:     Bayou Building Products, LLC

Subclass #11:     Black Bear Gypsum Supply, Inc.

Subclass #12:     Boyle Lumber Company

Subclass #13:     Bradford Lumber & Supply , Inc.

Subclass #14:     Brent Garrod Drywall, Inc.

Subclass #15:     Building Supply House, LLC

Subclass #16:     C&L Roofing and Remodeling

Subclass #17:     Cajun Construction & Design, Inc.

Subclass #18:     Capitol Materials, Incorporated

Subclass #19:     Delta Lumber Co. Building Supply

Subclass #20:     Devon International Group, Inc.

| | |
|---|---|
| Subclass #21: | Everglades Lumber and Building Supplies, LLC |
| Subclass #22: | Garraway's Stores, Inc. |
| Subclass #23: | Gator Gypsum, Inc. |
| Subclass #24: | Global Trading of Louisiana, LLC |
| Subclass #25: | Gulf Coast Drywall Building Products, LLC |
| Subclass #26: | Gulf Coast Shelter, Inc. |
| Subclass #27: | Gulf Coast Supply, Inc. |
| Subclass #28: | Hartsville Lumber & Barns, Inc. |
| Subclass #29: | HLP/GAC International, Inc. |
| Subclass #30: | Holmes Building Materials, LLC |
| Subclass #31: | Home Depot USA, Inc. |
| Subclass #32: | Interior Exterior Building Supply, LP |
| Subclass #33: | Interior Exterior Enterprises, LLC |
| Subclass #34: | L&W Supply Corporation d/b/a Seacoast Supply Company |
| Subclass #35: | Lowe's Home Centers, Inc. |
| Subclass #36: | Marvins Building Materials and Home Centers |
| Subclass #37: | Mazer's Discount Home Centers, Inc. |
| Subclass #38: | North Pacific Group |
| Subclass #39: | Oakwood Mobile Homes, Inc. |
| Subclass #40: | Ocean Springs Lumber Company, L.L.C. |
| Subclass #41: | Pate Stevedore Company of Pensacola |
| Subclass #42: | PFS Corporation |

Subclass #43:        Picayune Discount Building Supply

Subclass #44:        Port of Pensacola Users Association, Inc.

Subclass #45:        R. & H Masonry Contractors, Inc.

Subclass #46:        Renfrow Insulation & Supply

Subclass #47:        Renfrow Insulation 1

Subclass #48:        Shelter Products, Inc.

Subclass #49:        Smoky Mountain Materials, Inc.

Subclass #50:        Speights Cash & Carry

Subclass #51:        Stine Lumber, LLC

Subclass #52:        W.B. Howland Co., L.L.C.

**The Builder/Developer Subclasses (Subclasses 53-269)**

1446. The representative Plaintiffs with claims against their builders/developers, set forth in the attached Schedule "2" (the alignment of Plaintiffs and Defendants is depicted in Schedule 2 for each subclass), assert subclasses pursuant to Rules 23(a), (b)(1), (b)(2), (b)(3) and/or 23(c)(4) of the Federal Rules of Civil Procedure, on behalf of themselves and those similarly situated, against the builders/developers for whom they have standing. The designated Plaintiffs in Schedule 2 define their subclasses to be as follows:

> All owners and residents (past or present) of real property located in the United States containing defective Chinese drywall where each of the defendants identified in Schedule 2 was the builder or developer of the property.

1447. The builder/developer subclasses identified in Schedule 2 are comprised as follows:

Subclass #53:       A & C Development, LLC

Subclass #54:       Aarco, LLC

Subclass #55:       Aburton Homes, Inc.

Subclass #56:       Adam Homes Realty, Inc.

Subclass #57:       Adams Homes of Northwest Florida, Inc.

Subclass #58:       Adams Homes Realty, Inc.

Subclass #59:       Adrian Komman

Subclass #60:       Advantage Builders of America, Inc. a/k/a Advantage Builders of

                    SWFL, Inc.

Subclass #61:       Albanese-Popkin The Oaks Development Group, L.P.

Subclass #62:       Albert Howard, Jr.

Subclass #63:       American Gallery Development Group, LLC

Subclass #64:       Amerisouth, Inc.

Subclass #65:       Andre Rodgers, Carpenter

Subclass #66:       Angel Developments, LLC

Subclass #67:       Aranda Homes, Inc.

Subclass #68:       Atchafalaya Homes

Subclass #69:       Aubuchon Homes, Inc.

Subclass #70:       Avalon Building Corporation of Tampa Bay

Subclass #71:       Avalon Preserve Developers, L.L.C.

Subclass #72:       Banner Homes of Florida, Inc.

Subclass #73:       Bass Homes, Inc.

| | |
|---|---|
| Subclass #74: | Bay Colony-Gateway, Inc. |
| Subclass #75: | Baywood Construction, Inc. |
| Subclass #76: | BBL - Florida, LLC |
| Subclass #77: | Beazer Homes Corp. |
| Subclass #78: | Belfor USA Group, Inc. |
| Subclass #79: | Bell Construction |
| Subclass #80: | BJ&K Construction, Inc. |
| Subclass #81: | Blanchard Homes, Inc. |
| Subclass #82: | Brothers Properties, LA, LLC |
| Subclass #83: | Buras Construction LLC, |
| Subclass #84: | C & N Construction Co. LLC |
| Subclass #85: | Carter Custom Homes, Inc. |
| Subclass #86: | CB Dupree Construction, LLC |
| Subclass #87: | Centerline Homes at Tradition, LLC |
| Subclass #88: | Centerline Homes Construction, Inc. |
| Subclass #89: | Centerline Homes, Inc. |
| Subclass #90: | Centerra Homes, LLC |
| Subclass #91: | Chase Construction, Inc. |
| Subclass #92: | Chateau Bourbon, LLC |
| Subclass #93: | Chateau Development LLC |
| Subclass #94: | Cloutier Brothers, Inc. |
| Subclass #95: | Comfort Home Builders, Inc. |

| | |
|---|---|
| Subclass #96: | Completed Communities II, LLC |
| Subclass #97: | Conti Construction Company, Inc. |
| Subclass #98: | Core Construction, LLC |
| Subclass #99: | Cornerstone Builders, LLC |
| Subclass #100: | Curington Contracting, Inc. |
| Subclass #101: | Curtis Lee Wimberly General Contractor Incorporated |
| Subclass #102: | Custom Homes by Kaye, Inc. |
| Subclass #103: | Cypress Builders, Inc |
| Subclass #104: | D. R. Horton, Inc. |
| Subclass #105: | D.R. Horton, Texas, Ltd. |
| Subclass #106: | Daniel Dæ Loughy Homes, Inc. d/b/a Tropical Homes |
| Subclass #107: | Dave Walker Construction, Inc. |
| Subclass #108: | David W. Stewart, Inc. |
| Subclass #109: | Diamond Court Construction Co. |
| Subclass #110: | Dupont Builders, Inc. |
| Subclass #111: | Dupree Construction Co. , LLC |
| Subclass #112: | E. Jacob Construction, Inc. |
| Subclass #113: | Eagle Builders, Inc. |
| Subclass #114: | Edwards Construction Company |
| Subclass #115: | Eric Bolden |
| Subclass #116: | Federal Construction Specialist, Inc. |
| Subclass #117: | First Choice Homes of S.W. Florida, Inc. |

| | |
|---|---|
| Subclass #118: | First Home Builders of Florida I, Inc. |
| Subclass #119: | First Home Builders, Inc. |
| Subclass #120: | Fleetwood Homes of Florida, Inc. |
| Subclass #121: | Fleetwood Homes of GA, Inc. |
| Subclass #122: | G & F Drywall |
| Subclass #123: | Gabourel's Construction, L.L.C. |
| Subclass #124: | Gant & Shivers |
| Subclass #125: | Gatco Construction, Inc. |
| Subclass #126: | Grogan Construction and Real Estate, Inc. |
| Subclass #127: | Groza Builders, Inc. |
| Subclass #128: | Hanover Homes, Inc. |
| Subclass #129: | Hansen Homes of South Florida, Inc. |
| Subclass #130: | Heights Properties, L.L.C. |
| Subclass #131: | Heritage Homes, Inc. |
| Subclass #132: | Hilliard Butler Construction Company, Inc. |
| Subclass #133: | Holiday Builders, Inc. |
| Subclass #134: | Homes of Merit, Inc. |
| Subclass #135: | Horton Homes, Inc. |
| Subclass #136: | Hulsey-Nezlo Construction, LLC |
| Subclass #137: | Infinity Homes, Inc |
| Subclass #138: | Inman Construction Services, Inc. |
| Subclass #139: | Ironwood Properties, Inc. |

| | |
|---|---|
| Subclass #140: | Jade Organization General Contractor, LLC |
| Subclass #141: | James Kayser |
| Subclass #142: | Jim Korn Builders, LLC |
| Subclass #143: | Jim Walter Homes, Inc. |
| Subclass #144: | Jim Walter Homes, L.L.C. |
| Subclass #145: | John P. Gregg |
| Subclass #146: | Johnson & Johnson Home Repairs, L.L.C. |
| Subclass #147: | JP Renovations, Inc. |
| Subclass #148: | K. Hovnanian First Homes, LLC |
| Subclass #149: | K&B Homes, Inc. |
| Subclass #150: | Kaye Homes, Inc. |
| Subclass #151: | KB Home Florida, LLC |
| Subclass #152: | KB Home Jacksonville, LLC |
| Subclass #153: | KB Home Orlando, LLC |
| Subclass #154: | KB Home/Shaw Louisiana, L.L.C. |
| Subclass #155: | KB Home Tampa, LLC |
| Subclass #156: | KB Homes Fort Myers, LLC |
| Subclass #157: | KC2 Investments, LLC |
| Subclass #158: | Kenneth B. Speights Construction Co. |
| Subclass #159: | Kenwood Homes, Inc. |
| Subclass #160: | Kimball Hill Homes Florida, Inc. |
| Subclass #161: | L.A. Homes, Inc. |

| | |
|---|---|
| Subclass #162: | L'Oasis Builders Incorporated |
| Subclass #163: | L&J Builders, Inc. |
| Subclass #164: | La Homes and Properties Inc. |
| Subclass #165: | Lakeridge Builders, Inc. |
| Subclass #166: | Laporte Family Properties, LLC |
| Subclass #167: | Lavish Holding Corp. |
| Subclass #168: | Lee Roy Jenkins Builder, Inc. |
| Subclass #169: | Legend Custom Builders, Inc. |
| Subclass #170: | Lennar Corporation |
| Subclass #171: | Lennar Homes, LLC |
| Subclass #172: | Leroy Laporte, Jr. |
| Subclass #173: | LPR Builders, Inc. |
| Subclass #174: | LTL Construction, Inc. |
| Subclass #175: | Lucas Construction Corporation |
| Subclass #176: | M/I Homes, Inc. |
| Subclass #177: | MacGlen Builders, Inc. |
| Subclass #178: | Magnum Development, LLC |
| Subclass #179: | Majestic Homes of Port St. Lucie, Inc. |
| Subclass #180: | Maronda Homes, Inc. of Florida |
| Subclass #181: | Master Builders of South Florida, Inc. |
| Subclass #182: | Mat D Construction |
| Subclass #183: | McCar Homes-Tampa, LLC |

Subclass #184:   Meadows of Estero-Bonita Springs Ltd. P'ship d/b/a Shelby Homes

Subclass #185:   Medallion Homes Gulf Coast, Inc.

Subclass #186:   Medallion Homes, LLC

Subclass #187:   Meritage Homes of Florida, Inc.

Subclass #188:   MGB Construction

Subclass #189:   Mike Jones Construction, Inc.

Subclass #190:   Miller Construction Company

Subclass #191:   Mitchell Homes, Inc.

Subclass #192:   Modern Construction Group, Inc.

Subclass #193:   Monzelle Diles

Subclass #194:   MW Johnson Construction of Florida, Inc.

Subclass #195:   Negotiable Remodeling

Subclass #196:   Oyster Bay Homes, Inc.

Subclass #197:   Palm Isles Holdings, LLC

Subclass #198:   Paramount Quality Homes Corp.

Subclass #199:   Parkview Homes Realty, Inc.

Subclass #200:   Parr-Self, Inc.

Subclass #201:   Patter Construction Services

Subclass #202:   Pine Ridge Development, Inc.

Subclass #203:   Pine Ridge Real Estate Enterprises, L.L.C.

Subclass #204:   Pod Homes, LLC

Subclass #205:   Premiere Design Homes, Inc.

| | |
|---|---|
| Subclass #206: | Pride Homes of Lakes by the Bay - Parcel H, LLC |
| Subclass #207: | Princeton Homes, Inc. |
| Subclass #208: | Pulte Home Corporation |
| Subclass #209: | Pyramid Construction Corporation |
| Subclass #210: | Residential Drywall, Inc. |
| Subclass #211: | Richard Jones Construction Company, Inc. |
| Subclass #212: | Rivercrest LLC/St. Joe & Company |
| Subclass #213: | RNB Construction |
| Subclass #214: | Rocky Ruckman |
| Subclass #215: | Ross Home Builders, Inc. |
| Subclass #216: | Russ Mills |
| Subclass #217: | Rylex Homes, Inc. |
| Subclass #218: | S. Petersen Homes, Inc. |
| Subclass #219: | S&D Specialists, Inc. |
| Subclass #220: | SC Builders, L.L.C. |
| Subclass #221: | Seaside Development, LLC |
| Subclass #222: | Sedgwick Developers, Inc. |
| Subclass #223: | Shelby Homes, Inc. |
| Subclass #224: | Shoma Homes, Inc. |
| Subclass #225: | Shoma Homes Splendido, Inc. |
| Subclass #226: | Signature Series Homes, Inc. |
| Subclass #227: | Smith Family Homes Corporation |

| | |
|---|---|
| Subclass #228: | South Kendall Construction Corp. |
| Subclass #229: | Southern Homes, LLC |
| Subclass #230: | Southern Homes of Broward XI, Inc. |
| Subclass #231: | Southern Star Construction Company, Inc. |
| Subclass #232: | Springhill, LLC |
| Subclass #233: | Standard Pacific Homes of South Florida, GP, Inc. |
| Subclass #234: | Standard Pacific of Southwest Florida GP, Inc. |
| Subclass #235: | Statewide Associates, Inc. |
| Subclass #236: | Steve Harrington Homes, Inc. |
| Subclass #237: | Steven R. Carter, Inc. |
| Subclass #238: | Stock Development, LLC |
| Subclass #239: | Suarez Housing Corporation |
| Subclass #240: | Summit Homes, LLC n/k/a PHL Construction, LLC |
| Subclass #241: | Sun Construction, LLC |
| Subclass #242: | Sunrise Construction and Development, LLC |
| Subclass #243: | Sunrise Homes |
| Subclass #244: | Taylor Morrison, Inc. |
| Subclass #245: | Taylor Morrison Services, Inc. |
| Subclass #246: | The Haskell Company |
| Subclass #247: | The Jade Organization, Inc. |
| Subclass #258: | The Ryland Group, Inc. |
| Subclass #259: | Thomas R. Gould, Inc. |

Subclass #250:     Thompson Wood Products, Inc.

Subclass #251:     Tillman Construction, Inc.

Subclass #252:     Timberline Builders, Inc.

Subclass #253:     Timberline Homes

Subclass #254:     Toll Estero Ltd. Partnership, d/b/a Toll Brothers

Subclass #255:     Treasure Coast Communities, Inc.

Subclass #256:     Trust America Homes, Inc.

Subclass #257:     United Home Builders, Inc.

Subclass #258:     United Homes, Inc.

Subclass #259:     US Home Corporation, a Delaware Corporation

Subclass #260:     Veal Enterprises, Inc.

Subclass #261:     Venture Homes

Subclass #262:     Venus Street, LLC

Subclass #263:     Waterways Joint Venture IV

Subclass #264:     Waterways Joint Venture IV, LLC

Subclass #265:     WB Construction Company, Inc.

Subclass #266:     Wellington Shores-Wellington Limited Partnership

Subclass #267:     Westerheim Properties, Inc.

Subclass #268:     William P. Joseph Jr. Construction, Inc.

Subclass #269:     Woodland Enterprises, Inc.

**The Contractor/Installer Subclasses (Subclasses 270-356)**

1448. The representative Plaintiffs with claims against their contractors/installers, set

forth in the attached Schedule "3" (the alignment of Plaintiffs and Defendants is depicted in Schedule 3 for each subclass), assert subclasses pursuant to Rules 23(a), (b)(1), (b)(2), (b)(3) and/or 23(c)(4) of the Federal Rules of Civil Procedure, on behalf of themselves and those similarly situated, against the contractors/installers for whom they have standing. The designated Plaintiffs in Schedule 3 define their subclasses to be as follows:

> All owners and residents (past or present) of real property located in the United States containing defective Chinese drywall where each of the defendants identified in Schedule 3 was the contractor or installer of the drywall for the property.

1449. The contractor/installer subclasses identified in Schedule 3 are comprised as follows:

| | |
|---|---|
| Subclass #270: | Aced Interior Drywall, Inc. |
| Subclass #271: | Aggies First Call Contractors |
| Subclass #272: | B &B Stucco, Inc. |
| Subclass #273: | Banner Supply Company Fort Myers, LLC |
| Subclass #274: | Baron Construction Co. |
| Subclass #275: | Beta Drywall, LLC |
| Subclass #276: | Billy Wayne Goekler |
| Subclass #277: | Brandon Gremillion |
| Subclass #278: | Brent Garrod Drywall, Inc. |
| Subclass #279: | Brian Saltalmachia |
| Subclass #280: | Burmon Properties, LLC |
| Subclass #281: | By George, Inc. |

Subclass #282:     C.A. Steelman, Inc.

Subclass #283:     C.L. Paul Plastering, Inc.

Subclass #284:     Capital Construction

Subclass #285:     Cemex, Inc. (formerly CSR Rinker)

Subclass #286:     Chavez

Subclass #287:     CMH Manufacturing, Inc.

Subclass #288:     Colvin Homes , Inc.

Subclass #289:     Continental Classic Construction, Inc.

Subclass #290:     Coral Plastering & Wall Systems, Inc.

Subclass #291:     Dave's Drywall

Subclass #292:     DeLaCruz Drywall Plastering & Stucco, Inc.

Subclass #293:     Deloach Corporation

Subclass #294:     Done-Rite Construction

Subclass #295:     Drywall Done Right

Subclass #296:     Dwayne Williams

Subclass #297:     Dynamic Contractors

Subclass #398:     Ed's Drywall & Construction

Subclass #399:     First Choice Drywall Services, Inc.

Subclass #300:     Florida Style Services, Inc.

Subclass #301:     G. Drywalls Corp.

Subclass #302:     George Meza

Subclass #303:     Gulf South Drywall

| | |
|---|---|
| Subclass #304: | HC Seals Drywall Partners |
| Subclass #305: | Hendrickson Contracting |
| Subclass #306: | Interior-Exterior |
| Subclass #307: | J & S Drywall |
| Subclass #308: | J. B. Homes, Inc. |
| Subclass #309: | Jacob Chapman |
| Subclass #310: | James Walker |
| Subclass #311: | Jay 37 Construction, LLC |
| Subclass #312: | Jeff Laporte |
| Subclass #313: | John Kidd |
| Subclass #314: | Johnny Weary |
| Subclass #315: | Karr Drywall, Inc. |
| Subclass #316: | Kelley Drywall, Inc. |
| Subclass #317: | Kenneth Campo |
| Subclass #318: | Lawrence McCorvey |
| Subclass #319: | Leon Ramsey |
| Subclass #320: | M & M Construction |
| Subclass #321: | Magnolia State Construction, Inc. |
| Subclass #322: | Maguel Torez |
| Subclass #323: | Mario Salvana |
| Subclass #324: | Martinez Drywall & Painting, LLC |
| Subclass #325: | MATSA Construction |

Subclass #326:     McLean Drywall

Subclass #327:     Meeks Drywall & Stucco, Inc.

Subclass #328:     Mesa Construction Group, Inc.

Subclass #329:     Michael Hownrd

Subclass #330:     Norman Gannon

Subclass #331:     NuWay Drywall, LLC

Subclass #332:     O.C.D. of S. Florida, Inc.

Subclass #333:     P.D.C. Drywall Contractors, Inc.

Subclass #334:     Paul England Construction

Subclass #335:     Precision Drywall, Inc.

Subclass #336:     R & B Housing, LLC

Subclass #337:     Ray Horvath Drywall, Inc.

Subclass #338:     Redman Homes, Inc.

Subclass #339:     Residential Drywall, Inc.

Subclass #340:     RJL Drywall, Inc.

Subclass #341:     Roman Gonzalez

Subclass #342:     Sands Construction Group, LLC

Subclass #343:     Sorrento Lumber Co., Inc.

Subclass #344:     Space Coast Truss, LLC

Subclass #345:     Speedy Drywall

Subclass #346:     Steve Suchmel

Subclass #347:     Stewart's Remodeling & Electrical

Subclass #348:      Swedberg Enterprises, Inc.

Subclass #349:      Titan Demolition and Construction, LLC

Subclass #350:      Total Community Action

Subclass #351:      United Drywall & Stucco, Inc.

Subclass #352:      Victor Bustillos

Subclass #353:      VP Construction Services, Inc.

Subclass #354:      Walter Ferri

Subclass #355:      William Hurst

Subclass #356:      Willie Kelly Construction Co.

### General Class Allegations and Exclusions from the Class Definitions

1450.  The following Persons shall be excluded from the Class and Subclasses: (1) Defendants and their subsidiaries, affiliates, officers and employees; (2) all Persons who make a timely election to be excluded from the proposed Class; (3) governmental entities; and (4) the judge(s) to whom this case is assigned and any immediate family members thereof.

1451.  Upon information and belief, the defective and unfit drywall in Plaintiffs' homes or other structures was installed in at least hundreds of homes, residences, or other structures owned by Plaintiffs and Class Members.  Therefore, the Classes and Subclasses are sufficiently numerous such that the joinder of all members of the Classes and Subclasses in a single action is impracticable.

1452.  There are numerous common questions of law and fact that predominate over any questions affecting only individual members of the Classes and/or Subclasses.  Among these common questions of law and fact are the following:

304

a.   whether Defendants' drywall products that release sulfide and other noxious gases are defective and/or unfit for their intended purpose;

b.   whether Defendants tortiously manufactured, exported, imported, distributed, delivered, supplied, inspected, installed, marketed, and/or sold defective drywall products;

c.   whether Plaintiffs are entitled to recover compensatory, exemplary, incidental, consequential, and/or other damages as a result of Defendants' unlawful and tortious conduct; and

d.   whether Plaintiffs are entitled to recover injunctive and/or equitable relief as a result of Defendants' unlawful and tortious conduct.

1453.  The legal claims of named Plaintiffs are typical of the legal claims of other Class and Subclass Members. Additionally, for each of the subclasses that named Plaintiffs seek to participate in, the legal claims of the named Plaintiffs are typical of the legal claims of other Subclass Members. Named Plaintiffs have the same legal interests and need for legal remedies as other Class and/or Subclass Members.

1454.  Named Plaintiffs are adequate representatives of the Class and Subclasses in which they participate, together with their legal counsel, each will fairly and adequately protect the interests of Class and Subclass Members. Named Plaintiffs have no known conflict with the Class or Subclasses and are committed to the vigorous prosecution of this action.

1455.  The undersigned counsel are competent counsel experienced in class action litigation, mass torts, and complex litigation involving defective and harmful products. Counsel will fairly and adequately protect the interests of the Classes and/or Subclasses.

305

1456. The various claims asserted in this action are certifiable under the provisions of Federal Rules of Civil Procedure 23(b)(1) because prosecuting separate actions by or against individual Class and/or Subclass members would create a risk of inconsistent or varying adjudications with respect to individual Class and Subclass members that would establish incompatible standards of conduct for the party opposing the Class and Subclass; or adjudications with respect to individual Class and Subclass members that, as a practical matter, would be dispositive of the interests of the other Class and Subclass members not parties to the individual adjudications or would substantially impair or impede their ability to protect their interests.

1457. The claims for injunctive relief in this case are certifiable under Fed. R. Civ. P. 23(b)(2). Defendants have acted or refused to act on grounds that apply generally to the Class and/or Subclass, so that final injunctive relief is appropriate respecting the Class and/or Subclass as a whole.

1458. A class action is superior in this case to other methods of dispute resolution. The Class and Subclass members have an interest in class adjudication rather than individual adjudication because of their overlapping rights. It is highly desirable to concentrate the resolution of these claims in this single forum because it would be difficult and highly unlikely that the affected Class and Subclass Members would protect their rights on their own without this class action case. Management of the class will be efficient and far superior to the management of individual lawsuits. Accordingly, Plaintiffs' legal claims are properly certified pursuant to Rule 23(b)(3).

1459. The issues particularly common to the Class and Subclass members' claims, some

of which are identified above, are alternatively certifiable pursuant to Fed. R. Civ. P. 23(c)(4), as

resolution of these issues would materially advance the litigation, and class resolution of these

issues is superior to repeated litigation of these issues in separate trials.

## COUNT I
## NEGLIGENCE
### (Against All Defendants)

1460. Plaintiffs adopt and restate the preceding paragraphs as if fully set forth herein.

1461. Defendants owed a duty to Plaintiffs and Class Members to exercise reasonable

care in a) designing, b) manufacturing, c) exporting, d) importing, e) distributing, f) delivering, g)

supplying, h) inspecting, i) installing, j) marketing, and/or k) selling this drywall, including a

duty to adequately warn of their failure to do the same.

1462. Defendants knew or should have known that their wrongful acts and omissions would

result in harm and damages in the manner set forth herein.

1463. Defendants breached their duty to exercise reasonable care in the designing,

manufacturing, exporting, importing, distributing, delivering, supplying, inspecting, marketing, and/or

selling this drywall.

1464. Defendants likewise breached their duties to Plaintiffs and Class Members by failing to

warn about the defective nature of the drywall. Defendants, through the exercise of reasonable care,

knew or should have known the nature of the defective drywall and the adverse effects that it could

have on the property and bodies of Plaintiffs and Class Members.

1465. Defendants breached their duty to exercise reasonable care to timely remove and/or

recall from the market and/or otherwise prevent the continued contact of Plaintiffs and Class

Members with the drywall, upon leaning it had been sold in an unreasonably dangerous condition.

1466. Given the defect in the Defendants' drywall, Defendants knew or should have known that their product could, and would, cause harm, damages and/or personal injuries to Plaintiffs and Class Members.

1467. As a direct and proximate cause of Defendants' acts and omissions, Plaintiffs and Class Members were harmed and have incurred damages and/or personal injuries as described herein.

**COUNT II**
**NEGLIGENCE PER SE**
**(Against All Defendants)**

1468. Plaintiffs adopt and restate the preceding paragraphs as if fully set forth herein.

1469. Defendants owed statutory duties to Plaintiffs and Class Members to exercise reasonable care in a) designing, b) manufacturing, c) exporting, d) importing, e) distributing, f) delivering, g) supplying, h) inspecting, I) marketing, and/or j) selling this drywall.

1470. Defendants breached their statutory duties to the Plaintiffs and Class Members by failing to exercise reasonable care in a) designing, b) manufacturing, c) exporting, d) importing, e) distributing, f) delivering, g) supplying, h) inspecting, I) marketing, and/or j) selling this drywall.

1471. Defendants likewise breached their statutory duties, including but not limited to those imposed under the International Building Code ("IBC") and other State and local Building Codes, to Plaintiffs and Class Members by failing to warn about the defective nature of the drywall. For instance, it is specifically alleged that Defendants furnished the drywall in violation of ASTMC C 1396/C 1396M-069, and its predecessor(s). Defendants, through the exercise of reasonable care, knew or should have known the nature of the defective drywall and the adverse effects that it could have on the property and bodies of Plaintiffs and Class Members.

1472. Defendants, through the exercise of reasonable care, knew or should have known the

308

nature of the defective drywall and the adverse effects that it could have on the property and bodies of

Plaintiffs and Class Members.

1473. Given the defect in the Defendants' drywall, Defendants knew or should have known

that their product could, and would, cause harm, damages and/or personal injuries to Plaintiffs and

Class Members.

1474. As a direct and proximate cause of Defendants' acts and omissions, Plaintiffs and

Class Members were harmed and have incurred damages and/or personal injuries as described herein.

**COUNT III**
**STRICT LIABILITY**
**(All Defendants)**

1475. Plaintiffs adopt and restate the preceding paragraphs as if fully set forth herein.

1476. At all times relevant hereto, Defendants were in the business of distributing,

delivering, supplying, inspecting, marketing, and/or selling drywall for sale to the general public.

1477. The drywall, including that installed in the homes of Class Members was placed by

Defendants in the stream of commerce.

1478. Defendants knew that the subject drywall would be used without inspection for defects

by consumers.

1479. Defendants intended that the drywall reach the ultimate consumers, such as Class

Members, and it indeed reached Class Members when it was installed in their homes.

1480. When installed in Class Members' homes, the drywall was in substantially the same

condition as it was in when Defendants manufactured, sold, and/or delivered it.

1481. At all times relevant hereto the subject drywall was used in a manner consistent with

the uses intended by, or known to Defendants, and in accordance with the Defendants' directions and

309

instructions.

1482. The subject drywall was not misused or altered by any third parties.

1483. The Defendants' drywall was defectively manufactured, designed, inspected, tested, marketed, distributed, and sold.

1484. The design defect was in designing drywall that allowed high levels of sulfur and/or other chemicals to emit through off-gassing.

1485. The manufacturing defect was in improperly selecting, testing, inspecting, mining, making, assembling, and using, gypsum for drywall with levels of sulfur that were too high and emitted various sulfide gases and/or other chemicals through off-gassing.

1486. The drywall was also defective because it was improperly exported, imported, distributed, delivered, supplied, inspected, marketed, and/or sold in a defective condition, as described above.

1487. The Defendants' defective manufacturing, designing, inspecting, testing, marketing, distributing, and selling of the drywall rendered it unsafe and unreasonably dangerous for its intended use and to Class Members.

1488. The drywall is also defective and unreasonably dangerous because Defendants failed to adequately warn and instruct Class Members of the defective design, inspection, testing, manufacturing, marketing, and selling of the drywall.

1489. Class Members were unaware of the unreasonably dangerous propensities and defective condition of the drywall, nor could Class Members, acting as reasonably prudent people discovery that Defendants' drywall was defective, as set forth herein, or perceive its danger.

1490. Defendants' defective drywall was much more dangerous and harmful than expected

310

by the average consumer and by Class Members.

1491. Defendants' defective drywall benefit to Class Members, if any, was greatly outweighed by the risk of harm and danger to them.

1492. The defects in the drywall, as well as Defendants' failure to adequately warn Class Members of the defects rendered the drywall unreasonably dangerous and was the direct and proximate cause of damages and/or personal injuries to Class Members.

**COUNT IV**
**BREACH OF EXPRESS AND/OR IMPLIED WARRANTIES**
**(All Defendants)**

1493. Plaintiffs adopt and restate the preceding paragraphs as if fully set forth herein.

1494. Defendants and/or their agents were in privity with Plaintiffs and Class Members and/or Plaintiffs and Class Members were foreseeable third party beneficiaries of any warranty.

1495. At the times Defendants utilized, supplied, inspected, and/or sold this drywall for use in structures owned by Plaintiffs and Class Members, Defendants knew, or it was reasonably foreseeable, that the drywall would be installed in structures owned by Plaintiffs and Class Members for use as a building material, and expressly or impliedly warranted the product to be fit for that use.

1496. Defendants placed their drywall products into the stream of commerce in a defective condition and these products were expected to, and did, reach users, handlers, and persons coming into contact with said products without substantial change in the condition in which they were sold.

1497. The drywall was defective and not merchantable because it was unfit for the uses intended or reasonably foreseeable by Defendants; to wit, the installation of the drywall in structures owned by Plaintiffs and Class Members for use as a building material, because it contained defects as set forth herein.

311

1498. The Defendants breached their warranty because the drywall was not fit and safe for

the particular purposes for which the goods were required (to be installed in structures owned by

Plaintiffs and Class Members as a building material) due to the defects set forth herein.

1499. Defendants had reasonable and adequate notice of the Plaintiffs' and the Class

Members' claims for breach of warranty and failed to cure.

1500. As a direct and proximate cause of Defendants' breach of warranties, Plaintiffs and

Class Members have incurred harm and damages and/or personal injuries as described herein.

**COUNT V**
**BREACH OF THE IMPLIED WARRANTY OF FITNESS AND MERCHANTABILITY**
**PURSUANT TO FLORIDA STATUTES SECTION 718.203**
**(On Behalf of Plaintiffs Who Own Condominiums in the State of Florida)**
**(Against Builders Only)**

1501. Plaintiffs adopt and restate the preceding paragraphs as if fully set forth herein.

1502. Subclass Members who own condominiums in Florida, are owners of condominiums

as that term is defined by Florida Statutes section 718.503.

1503. Such Subclass Members, as owners, are entitled to the benefit of the statutory

warranties of fitness and merchantability pursuant to Florida Statutes section 718.203.

1504. Each of the builders who are subject to this claim are developers, as defined by Florida

Statutes section 718.203(16), as they created condominiums or offered condominiums for sale in the

ordinary course of business.

1505. Pursuant to Florida Statutes section 718.203(1)(a-e), each of the builders who are

subject to this claim is deemed to have granted Subclass Members, who own condominiums in

Florida, an implied warranty of fitness and merchantability for the purposes or uses as follows:

312

a. As to each unit, a warranty for 3 years commencing with the completion of the building containing the unit.

b. As to the personal property that is transferred with, or appurtenant to, each unit, a warranty which is for the same period as that provided by the manufacturer of the personal property, commencing with the date of closing of the purchase or the date of possession of the unit, whichever is earlier.

c. As to all other improvements for the use of unit owners, a 3 year warranty commencing with the date of completion of the improvements.

d. As to all other personal property for the use of unit owners, a warranty which shall be the same as that provided by the manufacturer of the personal property.

e. As to the roof and structural components of a building or other improvements and as to mechanical, electrical, and plumbing elements serving improvements or a building, except mechanical elements serving only one unit, a warranty for a period beginning with the completion of construction of each building or improvement and continuing for 3 years thereafter or 1 year after owners other than the developer obtain control of the association, whichever occurs last, but in no event more than 5 years.

1506. At all times relevant hereto, routine maintenance was performed by Subclass Members and/or the builders who are subject to this claim or by an association controlled by such builders.

1507. At the times the builders who are subject to this claim installed, utilized, supplied, inspected, and/or sold drywall for use in the Subclass Members' homes, the builders knew, or it was reasonably foreseeable, that the drywall would be installed in the Subclass Members' homes for use as a building material, and warrantied the product be fit and merchantable for that use.

1508.  Defendants' drywall product was placed into the stream of commerce by the builders who are subject to this claim in a defective condition and was expected to, and did, reach users, handlers, and persons coming into contact with said product without substantial change in the condition in which it was sold.

1509.  The drywall was defective because it was not fit for the uses intended or reasonably foreseeable by the builders; to wit, the installation of the drywall in Subclass Members' homes for use as a building material, because it contained defects as set forth herein.

1510.  The builders who are subject to this claim breached the implied warranty of merchantability and fitness because the drywall was not fit to be installed in Subclass Members' homes as a building material due to the defects set forth herein.

1511.  The builders who are subject to this claim had reasonable and adequate notice of the Subclass Members' claims for breach of implied warranty of fitness and merchantability and failed to cure.

1512.  As a direct and proximate cause of the builders' breach of the warranties under Florida Statutes section 718.203, Subclass Members have incurred harm and damages and/or personal injuries as described herein.

**COUNT VI**
**BREACH OF THE IMPLIED WARRANTY OF HABITABILITY**
**(Against Builders Only)**

1513.  Plaintiffs adopt and restate the preceding paragraphs as if fully set forth herein.

1514.  The Builder Defendants were in direct contractual privity with their Subclass Members.

314

1515. The drywall that the Builder Defendants installed in the homes of Subclass Members was placed into the stream of commerce by the Builder Defendants in a defective condition and was expected to, and did, reach users, handlers, and persons coming into contact with said drywall product without substantial change in the condition in which it was sold.

1516. Certain Subclass Members bought their homes containing defective drywall based upon the judgment of the Builder Defendants.

1517. The Builder Defendants breached the implied warranty of habitability because the defective drywall causes Subclass Members homes not be meet ordinary, normal standards reasonably to be expected of living quarters of comparable kind and quality due to the defects set forth herein.

1518. The Builder Defendants had reasonable and adequate notice of the claims of the Subclass Members for breach of implied warranty of habitability and failed to cure.

1519. As a direct and proximate cause of the Builder Defendants' breach of the implied warranty of habitability, Plaintiffs and Subclass Members have incurred harm and damages and/or personal injuries as described herein.

## COUNT VII
## BREACH OF CONTRACT
### (Against Builders Only)

1520. Plaintiffs adopt and restate the preceding paragraphs as if fully set forth herein.

1521. As part of the agreements to purchase real properties from the Builder Defendants, for which Subclass Members paid valuable consideration, the Builder Defendants contracted with Subclass Members to construct homes that would be free of defects.

1522. The Builder Defendants materially breached their contracts by providing Subclass Members with defective homes; to wit, the homes contained drywall that is inherently defective because it emits various sulfide and other noxious gases through off-gassing that causes harm and damage as described herein.

1523. As a direct and proximate cause of the Builder Defendants' breach of contract, Plaintiffs and Subclass Members have incurred harm and damages as described herein.

## COUNT VIII
## VIOLATION OF THE LOUISIANA NEW HOME WARRANTY ACT
### (on Behalf of Plaintiffs Who Own Homes in the State of Louisiana)
### (Against Louisiana Builders Only)

1524. Plaintiffs adopt and restate the preceding paragraphs as if fully set forth herein.

1525. The Louisiana New Home Warranty Act provides protection to owners of homes against builders in connection with the construction of the homes.

1526. For each applicable subclass, every subclass plaintiff is an "owner," as that term is defined by LSA-R.S. 9:3143(3), who is asserting a claim under the New Home Warranty Act against their "builder," as that term is defined by LSA-R.S. 9:3143(1).

1527.  Implicit in every Builder Defendant's building contract is the requirement that the work to be completed be performed in a workmanlike manner that is free from defects in material and workmanship.

1528.  Each of the Builders who are subject to this claim violated their duty to use materials that are free from defects.  The drywall used by these Builders is defective for the reasons set forth above.

1529.  Given the defect in the drywall, the Builders knew or should have known that their product could, and would, cause harm, damages and/or personal injuries to Plaintiffs and Class Members.

1530.  As a direct and proximate cause of the Builders' acts and omissions, Plaintiffs and Class Members were harmed and have incurred damages and/or personal injuries as described herein.

## COUNT IX
## REDHIBITION
### (By Louisiana Plaintiffs Against All Defendants)

1531.  Plaintiffs adopt and restate the preceding paragraphs as if fully set forth herein.

1532.  The drywall manufactured, distributed and/or sold by Defendants was not reasonably fit for its ordinary and intended purpose.

1533.  Defendants are therefore liable to Louisiana Plaintiffs for all damages reasonable in the premises, in accordance with La. Civ. Code art. 2524.

1534.  In addition, or in the alternative, the drywall manufactured, distributed and/or sold by Defendants contained redhibitory defects, in that, at the time of delivery, the propensity to emit or off-gas Sulfer compounds and/or other potentially harmful, irritating and/or corrosive substances renders the drywall so useless and/or inconvenient that it must be presumed that Plaintiffs would not have

317

purchased the drywall had they known of the defect or defects.

1535. In the alternative, the defects are redhibitory in that, while not rendering the drywall totally useless, diminish the drywall's use and/or value to such an extent that it must be presumed that the buyer would have bought it, but for a lesser price.

1536. The Manufacturing Defendants are conclusively presumed to know of the defects in the drywall manufactured by them.

1537. In addition, it is believed and alleged that All Defendants knew of the defects in the drywall at the time the drywall was delivered and/or sold.

1538. Defendants have had numerous opportunities to repair and/or replace the drywall and associated fixtures and/or building components and have failed to do so; in addition, and/or in the alternative, such requests have been, would have been and/or would be futile; Manufacturing Defendants and/or Distributor Defendants are, moreover, deemed to be placed on notice when notice is provided to Builder Defendants (and/or Distributor Defendants); and All Defendants, in addition, or alternatively, had actual knowledge of the problems in the drywall and the need for replacement, remediation and/or repair.

1539. All Defendants are therefore liable to all Louisiana Plaintiffs for a return of the purchase price, (with interest from the time it was paid), reimbursement of the reasonable expenses occasioned by the sale and those incurred for the preservation of the drywall and associated items, for damages, and for reasonable attorneys' fees, in accordance with La. Civ. Code art. 2545.

1540. In the alternative, to the extent that any Distributor Defendant and/or Builder Defendant did not know of the defects in the drywall at the time of delivery and/or sale, those defendants are liable to Louisiana Plaintiffs to repair, remedy or correct the defect; and/or, if unable to

do so, for a return of the purchase price, (with interest from the time it was paid), reimbursement of the reasonable expenses occasioned by the sale, and those expenses incurred for the preservation of the drywall and associated items, in accordance with La. Civ. Code art. 2531.

## COUNT X
## LOUISIANA PRODUCTS LIABILITY ACT
### (Manufacturing Defendants)
### (Pleaded in the Alternative Against Distributor Defendants)

1541. Plaintiffs adopt and restate the preceding paragraphs as if fully set forth herein.

1542. In addition to any and all damages, attorneys fees and other remedies made available to Louisiana Plaintiffs under the warranty of fitness and/or warranty against redhibitory defects, the Manufacturing Defendants are liable to Louisiana Plaintiffs under the Louisiana Products Liability Act, ("LPLA"), La. R.S. 9:2800.51, *et seq.*

1543. The LPLA is also pleaded in the alternative with respect to any Distributor Defendant who might be considered a "manufacturer" under La. R.S. 9:2800.53(1)(a) (labels or otherwise holds the drywall out as his own), 9:2800.53(1)(b) (exercises control over or influences a characteristic of the drywall causing damage), 9:2800.53(1)(c) (the manufacturer of a product which contains the drywall as a component part), and/or 9:2800.53(1)(d) (a seller of a product of an alien manufacturer where the seller is in the business of importing or distributing the drywall for resale and is the *alter ego* of the alien manufacturer).

1544. The Manufacturing Defendants, upon information and belief, expressly warranted that "the gypsumboards manufactured and sold ... are guaranteed to be free from defects in materials and workmanship."

1545. The Manufacturing Defendants expressly warranted that "the gypsumboards were

manufactured in accordance to ASTM C36."

1546. The drywall at issue is, in all cases, unreasonably dangerous by virtue of the unreasonable off-gassing and/or emission of Sulfer compounds and/or other corrosives, toxins and/or irritants, which do not in any way contribute to or enhance the utility of the drywall, yet pose a risk to the wiring, plumbing, appliances, personal property, overall economic value of the property and financial security of the owner, and/or the health of the residents of the property.

1547. At all times pertinent and material hereto, there existed alternative feasible manufacturing processes and/or designs of drywall which perform all of the functions and utility of traditional drywall, without emitting unreasonable levels of Sulfer and/or other toxic and/or corrosive compounds.

1548. At all times pertinent and material hereto, Manufacturing Defendants (and/or Distributer Defendants who may be considered "manufacturers" under the LPLA) knew that their drywall was unreasonably dangerous and/or defective as set forth herein.

1549. In the alternative, Manufacturing Defendants (and/or Distributer Defendants who may be considered "manufacturers" under the LPLA) should have, at all times pertinent and material hereto, known of the unreasonably dangerous and/or defective characteristics and/or conditions, had they reasonably employed then-existing scientific and/or technical knowledge, reasonable testing, and/or other reasonable and then-accepted methods of quality assurance and/or quality control.

1550. Defendants' drywall is unreasonably dangerous in composition or construction in that, at the time it left Defendant's control, it deviated in a material way from Defendant's own specifications or performance standards.

1551. In addition, and in the alternative, Defendants' drywall is unreasonably dangerous in

design, in that, at the time the drywall left Defendant's control, there existed an alternative design for the product that was capable of preventing Plaintiffs' damage, and the likelihood of causing the plaintiffs' damage and the gravity of that harm outweighed the burden (if any) on the Defendant in adopting such alternative design and the adverse effect (if any) on the utility of the drywall.

1552. In addition, and in the alternative, Defendants' drywall is unreasonably dangerous in that it fails to conform to an express warranty about the product which induced the use of the product and caused damage to Plaintiffs to the extent that the warranty was untrue.

1553. In addition, and in the alternative, Defendants' drywall is unreasonably dangerous due to an inadequate warning, in that, at the time the drywall left Defendant's control, the drywall possessed a characteristic that might cause damage and yet Defendant failed to use reasonable care to provide an adequate warning of such characteristics and/or dangers to users and/or handlers of the drywall.

1554. Defendants are therefore liable to Louisiana Plaintiffs for all damages reasonable in the premises.

## COUNT XI
## PRIVATE NUISANCE
### (All Defendants)

1555. Plaintiffs adopt and restate the preceding paragraphs as if fully set forth herein.

1556. The Defendants' tortious or wrongful acts or omissions have caused sulfide gas and/or other chemical leaching into structures owned by Plaintiffs and Class Members which has unreasonably interfered, and continues to interfere, with the Plaintiffs' and Class Members' use and enjoyment of their properties and caused them harm and damage as discussed herein.

1557. Defendants' interference has impaired the rights of Plaintiffs' and Class Members' health, comfort, safety, free use of their property, and/or peaceful enjoyment of their property.

1558. Defendants' invasions were intentional and unreasonable, and/or unintentional but otherwise negligent or reckless.

1559. The interference with Plaintiffs' and Class Members' use of their property caused by Defendants is substantial and is ongoing.

1560. Defendants' private nuisance was the direct, proximate, and foreseeable cause of Plaintiffs' and Class Members' damages, injuries, harm, loss, and increased risk of harm, which they suffered and will continue to suffer.

1561. As a direct and proximate cause of Defendants' creation of a private nuisance, Plaintiffs and Class Members have incurred harm and damages and/or personal injuries as described herein.

**COUNT XII**
**NEGLIGENT DISCHARGE OF A CORROSIVE SUBSTANCE**
**(All Defendants)**

1562. Plaintiffs adopt and restate the preceding paragraphs as if fully set forth herein.

1563. Defendants had actual or constructive knowledge of the extremely corrosive and dangerous propensities of the drywall at issue in this litigation.

1564. Notwithstanding their actual or constructive knowledge of the corrosive and dangerous propensities of the drywall, Defendants nevertheless designed, manufactured, imported, distributed, delivered, supplied, marketed, inspected, installed, or sold the drywall for use in the homes or other structures owned by Plaintiffs and class members.

1565. By causing the sale, distribution, delivery, and/or supply of the drywall under these

322

circumstances, Defendants breached their duty to exercise reasonable care and created a foreseeable zone of risk of injury to Plaintiffs and class members.

1566. Defendants likewise breached their duties to Plaintiffs and Class Members by failing to warn about the corrosive and dangerous propensities of the drywall. Defendants, through the exercise of reasonable care, knew or should have known the nature of the defective drywall and the adverse effects that it could have on the property and bodies of Plaintiffs and Class Members.

1567. Plaintiffs and class members have suffered injuries by virtue of their exposure to the defective drywall at issue in this litigation. Given the defect in the Defendants' drywall, Defendants knew or should have known that their product could, and would, cause harm, damages and/or personal injuries to Plaintiffs and Class Members.

1568. As a direct and proximate result of Defendants' acts and omissions, Plaintiffs and Class Members were harmed and have incurred damages and/or personal injuries as described herein. The injuries sustained by Plaintiffs and Class Members are within the foreseeable zone of risk created by Defendants.

## COUNT XIII
## UNJUST ENRICHMENT
### (All Defendants)

1569. Plaintiffs adopt and restate the preceding paragraphs as if fully set forth herein.

1570. Defendants received money as a result of Plaintiffs' and Class Members' purchases of Defendants' defective drywall, or purchases of structures containing this drywall, either directly or through an agent, and Defendants wrongfully accepted and retained these benefits to the detriment of Plaintiffs and Class Members.

1571. Defendants' acceptance and retention of these benefits under the circumstances make it

inequitable and unjust for Defendants to retain the benefit without payment of the value to the Plaintiffs and the Class Members.

1572.  Defendants, by the deliberate and tortious conduct complained of herein, have been unjustly enriched in a manner which warrants restitution.

## COUNT XIV
## VIOLATION OF CONSUMER PROTECTION ACTS
### (All Defendants)

1573.  Plaintiffs adopt and restate the preceding paragraphs as if fully set forth herein.

1574.  This is an action for relief under the various Consumer Protection Acts of the jurisdictions in which affected properties are present, including but not limited to, L.SA-R.S. 51:1401, *et seq.* (Louisiana Unfair Trade Practices and Consumer Protection Law); Ala. Code 1975 § 8-19-1, *et seq.* (Alabama Deceptive Trade Practices Act); G.S. § 75-1.1, *et seq.* (North Carolina Consumer Protection Act); F.S. § 501.201, *et seq.* (Florida Deceptive and Unfair Trade Practices Act); Va. Code. Ann. § 59.1-196, *et seq.* (Virginia Consumer Protection Act); Tex. Bus. Com. Code Ann. § 17.41, *et seq.* (Texas Deceptive Trade Practices-Consumer Protection Act); Miss. Code Ann. § 75-24-1, *et seq.* (Mississippi Consumer Protection Act).

1575.  The Defendants' acts and omissions as well as their failure to use reasonable care in this matter as alleged in this complaint, including but not limited to, the knowing misrepresentation or failure to disclose the source, affiliation, origin, characteristics, ingredients, standards and quality of defective drywall constitute violation of the provisions of the Consumer Protection Acts of the Relevant States.

1576.  Plaintiffs and Class Members have suffered actual damages as a result of Defendants' violation of these Consumer Protection Acts and are entitled to relief.

1577.  As a direct and proximate cause of Defendants' violations of the Consumer Protection Acts of the Relevant States, Plaintiffs and Class Members have incurred harm and damages as described herein.

**COUNT XV**
**EQUITABLE AND INJUNCTIVE RELIEF AND MEDICAL MONITORING**
**(All Defendants)**

1578.  Plaintiffs adopt and restate the preceding paragraphs as if fully set forth herein.

1579.  Plaintiffs and the Class Members are without adequate remedy at law, rendering injunctive and other equitable relief appropriate.

1580.  Plaintiffs and the Class Members will suffer irreparable harm if the Court does not render the injunctive relief and medical monitoring relief set forth herein, and if defendants are not ordered to recall, buy back, rescind, and/or repair the structures owned by Plaintiffs and Class Members.

1581.  Plaintiffs, on behalf of themselves and all others similarly situated, demand injunctive and equitable relief and further, that defendants be ordered to: (1)  to buy back or rescind the contracts for Plaintiffs' and Class Members' homes or other structures, or  in the alternative, remediate, repair and/or replace the drywall in such structures upon proof by the defendants of the feasibility of such remedy or repair; (2) cease and desist from misrepresenting to the Class and the general public that there is no defect in, or danger associated with, the drywall; (3) institute, at their own cost, a public awareness campaign to alert the Class and general public of the defect and dangers associated with the drywall; and (4) create, fund, and support a medical monitoring program.

325

1582. Until Defendants' defective drywall has been removed and remediated, Defendants must provide continued environmental and air monitoring in the structures owned by Plaintiffs and Class Members.

1583. Plaintiffs and Class Members have been exposed to greater than normal background levels of sulfides and other hazardous chemicals as a result of exposures to Defendants' defective and unfit drywall and have suffered personal injuries as a result.

1584. The sulfides and other noxious gases which have been released from Defendants drywall and to which Plaintiffs and Class Members have been exposed are proven hazardous, dangerous, or toxic substances.

1585. Plaintiffs' and Class Members' exposures were caused by the Defendant's negligent or otherwise tortious conduct.

1586. Plaintiffs' and Class Members' exposure may lead to serious health problems, diseases, and medical conditions that may be prevented by timely medical diagnosis and treatment.

1587. The method and means for diagnosing the Plaintiffs' and Class Members' potential medical problems are well accepted in the medical and scientific community and will be of great benefit to the Plaintiffs and Class Members by preventing or minimizing health problems that they may encounter as a result of the defective and unfit drywall.

1588. As a proximate result of their exposure to sulfide and other noxious gases from Defendants' defective and unfit drywall, Plaintiffs and Class Members have developed a significantly increased risk of contracting a serious latent disease.

1589. Monitoring procedures exist that make the early detection of any latent disease possible that are different from those normally recommended in the absence of the exposure.

1590. The prescribed monitoring regime is reasonably necessary according to contemporary scientific principles.

## DEMAND FOR JURY TRIAL

Plaintiffs, individually and on behalf of the Class and Subclass Members, hereby demand a trial by jury as to all issues so triable as a matter of right.

## PRAYER FOR RELIEF

WHEREFORE Plaintiffs, on behalf of themselves and all others similarly situated demand upon Defendants jointly and severally for:

a.    an order certifying the case as a class action;

b.    an order certifying the Class and each of the Subclasses;

c.    an order appointing Plaintiffs as the Class Representatives of the Class;

d.    an order appointing undersigned counsel and their firms as counsel for the Class;

e.    compensatory and statutory damages;

f.    punitive damages as allowed by law;

g.    pre and post-judgment interest as allowed by law;

h.    injunctive relief;

I.    an award of attorneys' fees as allowed by law;

j.    an award of taxable costs; and

k.    any and all such further relief as this Court deems just and proper.

Respectfully submitted,

Dated: 3/18/10

By: _____

Russ M. Herman
Leonard A. Davis
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com
*Plaintiffs' Liaison Counsel MDL 2047*

**PLAINTIFFS' STEERING COMMITTEE**

Arnold Levin
Fred S. Longer
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

328

Victor Manuel Diaz
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
vdiaz@podhurst.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Aragon Avenue, 2nd Floor
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
  Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seith Parker
Parker, Waichman, Alonso LLP
27399 Riverview Center Blvd.
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

330

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W.
Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Daniel K. Bryson
Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0191
Fax: (919) 981-0431
dkb@lewis-roberts.com

Jeremy W. Alters
Alters, Boldt, Brown, Rash & Culmo, P.A.
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@abbrclaw.com

Richard Serpe
Law Offices of Richard J. Serpe
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

331

## COUNSEL FOR INDIVIDUAL PLAINTIFFS[3]

### Alters, Boldt, Brown, Rash & Culmo
*Counsel on Behalf of the Following Individual Plaintiffs:*

Abbott, Carl D. & Adele
Bosse, David & Christina
Gitto, Frank

### Alters, Boldt, Brown, Rash & Culmo and
### Shapiro, Blasi, Wasserman & Gora, P.A.
*Counsel on Behalf of the Following Individual Plaintiffs:*

| | | |
|---|---|---|
| Adams, Robert & Klein- Adams, Marni | Dow, Jared | Lang, Danielle Marie |
| Antorin, Eduardo & Carmen | Downing, Kenneth & Maria | Lauderdale One Condo Association, Inc. |
| Anderson, James & Stager, Patricia | Dunn, Howard | Lee, Mark & Wendy |
| Anderson, Samuel | Ehrsam, Howard | Legendre, Joan |
| Attard, Kenneth | Engasser, Paul & Patricia | Lehmann, Horst |
| Attard, Steve | Englert, Thomas & Karen | Leon, Aldo |
| Ayanbadejo, Oladele | Estimond, James & Jordany | Lloyd, Maxwell & Joete |
| Batsch, Kevin | Fermoile, James & Frau | Magdalena Gardens Condo |
| Bautista, Mario | Ferroni, Peter & Christian | Association |
| Benes, Mary Anne | Flint, Joseph & Sloan, Danielle | Mariana, Margaret |
| Benoit, Richard & Carol | Francipane, Susan | Martin, Richard & Judith |
| Bloom, Amy | Francisco, Tom & Jane | Mas, Rachel & Bonilla, Fred |
| Blue Water Condominium | Gaines, Timothy & Julie | Massaro, Mario |
| Association | Galvis, Luis & Beatriz | Matute, Argerie |
| Blue Water of Cape Coral, Inc. | Gamboa, Luis & Mercedes | McKinney, Ali & Ilka |
| Bosch, Unia | Gaylord, Peter & Kelly | McNealy, James & Fran |
| Brewer, Clatues & Frances | Ghanta, Madhav | Medina, Pedro |
| Brown, Alganan & Regina | Goldstein, Ira | Metcalfe, George & Amy |
| Brown, Morton & Ruth | Golin, Steven & Karen | Miranda, Jose & Adela |
| Burns, Robert | Golovkine, Sergei & Natalia | Morton, Robert |
| Candiani, Karen & Donald | Gorton, Peter | Mottolo, Gene |
| Cattano, Phyllis | Greenberg, Benjamin | Myers, Odette |
| Cohen, Ariel | Guerrero, Maria, Blanco, Roberto | Nilsson, Jan Erik & Anette |
| Corvaia, Steve | Helger, Dennis | Nowicki, John C. |
| Cotilla, Marisela & Adolfo | Hendricksen, Paul | Osicki, Sieward |
| Cox, Shawn & Lisa | Herston, James | Oyer, Steve & Angela |
| Crespo, Elliott | Hill, Jerry & Sharon | Palazzalo, Michelle |
| D'Anna, Gaetano | Humphreys, Thomas | Patching, Trevor & Karen |
| Dearborn, John | Huszar, Steve | Peace Harbor Condo Association |
| DeCarlo, Ellen & Nelson, Jerald | ITSM Corp. c/o Ana Maria Tascon | Perez, Gustavo |
| DeGlopper, Jenni | Jackson, Michael | Petrella, Elaine |
| DeMange, Craig | Johnson, Aisha & Geoffrey | Quezada, Nelly & Flaque, Gines |
| Dineen, Robert | Jorda, Carlos | Redway, Robert |
| Dinneen, Walter F. & Vickie L. | Karp, Lillian & Herbert | Reels, Tamara |
| Divanno, Michael & Iben | Katarsky, John & Carol | Rezny, Brian & Linda |
| | LABO, LLC. c/o Peter Lampheele | |

---

[3]Attached hereto as Exhibit "C" is the contact information for each plaintiff's counsel and pro se plaintiff.

332

Royal, Kim & Bryson
Ruse, Lawrence & Rebecca
Sanden, Paul
Sanders, Joseph
Santelle, Thomas & Anne
Schoenfelder, Robert & Phyllis
Scott, James & Karen
Serrano, Irene & Pouncey, Kenneth
St. Fort, Ed & Barosy, Regine

Tinney, Marjorie
Trillo, Raquel
Trujillo, Lisset
Usaga, Johana
Vaca, Amada
Vanasdale, Connie & Dennis
Vancio, Robert & Karen
Walker, Melissa & William

Wegweiser, Wanda & Rebecca
White, Marshall & Cynthia
Whittington, Richard
Wiesman, Robert H. & Juan Z.
Wilson, Michael
Worthington, George & Adria

### Aronfeld Trial Lawyers, *Counsel on Behalf of the Following Individual Plaintiffs*

Franklin, Michael & Aimee
Greenwald, James & Debra
Lozano, Jorge & Cristinia
Tibbetts, Daniel & Janet

### Baron & Budd, *Counsel on Behalf of the Following Individual Plaintiffs*:

Beasley, Anika
Burk, Johns & Monica
Craven, Dan
Dinette, Rodney & Geraldine
Farley, Patrick Michael
Galvan, Eric, Marsh, Lavenda
Kelly, James & Sandra
LeBlanc, Steven & Dana
Leonard, Bridget
Molden, Frank
Scoggins, Margaret
Shoss, Gregory
Trent, Wilson & Terry

### Barrios, Kingsdorf & Casteix, *Counsel on Behalf of the Following Individual Plaintiffs*:

Moritz, Christy
Fontana, Patricia
Malkki, Donna, Clough, Daniel

### Becnel Law Firm, LLC, *Counsel on Behalf of the Following Individual Plaintiffs*:

Alexander, Henry & Penny
Arroyo, Terreli & Lionel
Batiste, Frank & Gralina
Belsom, Scott & Jennifer
Dakin, Kim
Davis, Vernon
Deharde, Kelly & Christopher
Desselle, Brent
Dillard, Ronnie & Linda
Domingue, Craig & Lesa
Donaldson, Jill & Oertling, Jared
Dunlap, Jay & Vanessa

Griffin, Thomas
Haindel, Mary
Hall, Nathaniel & Darlene
Hickey, Raymond & Elizabeth
Indovina, Leon
Mays, Bobby & Gina
McKinnies, Kionne & Terral
Miller, Jo Ann
Mitchell, James & Kelsey
Riggio, Brenda & Ignatius
Robinson, Jerome & Ellen
Roland, Linda

Rushing, Shirley
Staub, Dana & Marcus
Stone, Thomas & Lauren
Tatum, Martin & Doris
Williams, Kate

Wischler, Robert
Young, Melissa

### Bencomo & Associates, *Counsel on Behalf of the Following Individual Plaintiffs*

Bertholette, Anna & Leslie Lund

### Berrigan, Litchfield, *Counsel on Behalf of the Following Individual*

Triche, Susan & Glenn

### Gould Cooksey Fennell, P.C., *Counsel on Behalf of the Following Individual Plaintiffs:*

Webster, James & Rosalie

### C.S. Chiepalich, P.C., *Counsel on Behalf of the Following Individual Plaintiffs:*

Branning, William & Betty

### Cunco, Gilbert & LaDuca, LLC, *Counsel on Behalf of the Following Individual Plaintiffs*

Marrero, Charlene

### deGravelles, Palmintier, Holthaus & Furge, LLC
*Counsel on Behalf of the Following Individual Plaintiffs:*

Arnaud, Lester & Catherine
Bradley, Jimmy & Louise
Brian, Wilton & Rita
Matus, Aldo & Ghady
Wheeler, Don & Agnes

### Diliberto & Kirin, *Counsel on Behalf of the Following Individual Plaintiffs*

Serio, Joseph

### Don, Barrett, P.A. and Lovelace Law Firm, P.A.,
*Counsel on Behalf of the Following Individual Plaintiffs*

| | | |
|---|---|---|
| Abels, Shirley | Coleman, Charles | Galle, Joseph & Debbie |
| Alfred, Janice | Dixon, Perry & Deborah | Galloway, Geraldine |
| Anderson, Judith | Fairley, Leo & Jacqueline | Green, Patricia Stevens |
| Baptiste, Judy | Fletcher, Gregory & Diane | Hester, Raymond |
| Bennett, Larry | Frazier, Rose & Raymond | Howell, Patricia |
| Clarke, Wayne G. | Galle, Joey & Amanda | King, Jeffrey & Lauren |

| | | |
|---|---|---|
| LeCarpentier, Jacques | Morgan, Linda | Thiroux, Freddie & Glenda |
| Loper, Joseph & Sherry | Morrison, Robert & Sandra | Tuepker, John & Claire |
| Maranoci, Terri, Lee, Terri | Randle, Thomas C. , Poche, Ann | Varnado, David |
| Marshall, Gregory | Randle Poche | Volland, John |
| Marshall, Wilda E. | Ratliff, Krondenser Means | Walley, Curtis & Monsue |
| Martin, David & Betty | Riley, Willie James | Washington, Eugene & Yvonne |
| McCrory, Osizy & Margie | Roberts, Robert | Webster, Samuel L. |
| McTigue, Bobby & Celia | Sherrod, Valerie | Wiley, William & Joan |
| Mingto, James & Patricia | Steubben, John & Grace | Scott, Pearl |
| Mitchell, Virgil & Rosetta | Stewart, George & Deborah | |
| Moore, William & Earlene | Taylor, Robert & Sandra | |

### Dysart & Tabary, LLP, *Counsel on Behalf of the Following Individual Plaintiffs*:

Lamarque, Carroll, Jr.

### Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC,
*Counsel on Behalf of the Following Individual Plaintiffs*:

Alonzo, Lana
Desmore, Judy & Barry
Everard, Elliott
Hartenstein, Lorena
Martin, Robert & Denise
Morlas, Ralph

### Galante & Bivalacqua, LLC,
*Counsel on Behalf of the Following Individual Plaintiffs*

Barlow, Regine & John

### Gentle, Turner & Sexton,
*Counsel on Behalf of the Following Individual Plaintiffs*

Boyce, Gary E. and Chris
Pearson, J. Richmond & Julene R. Pearson

## Hawkins, Stracener & Gibson, PLLC,
*Counsel on Behalf of the Following Individual Plaintiffs:*

Biglane, Billy
Bishop, Brian
Gregory, Betty
Hatten, Gabriel
Hudson, Adam
Lopez, Christie
Noldge, Don
Reese, Virgil
Somerhalder, Robert
Tracy, Ron & Hazel

## Herman, Herman, Katz & Colar, LLP,
*Counsel on Behalf of the Following Individual Plaintiffs:*

Barisich, Frances & Joseph Barisich, & George Barisich,
   & Ann Marie Barisich Sever
Billy, William & Thadius
Boutte, Don & Michael Robinson
Catalanotto, Mary Ann
Cheramie, Bertoule & Joan
Gillan, Zelda
Jones, Allie & Jeanie
Lund, Daniel (III) & Elizabeth

Martinez, Kim
Nguyen, Cathy Mai Thi
Peoples, Debra
Pritchett, Carla
Rogers, Michelle
Romain, Eric & Tracey
Ryckman, Rickey
Velez, Louis
Whitfield, Tydell Nealy

## James, Hoyer, Newcomer & Smiljanich, P.A. and
## Norton, Hammersley, Lopez & Skokos, P.A.,
*Counsel on Behalf of the Following Individual Plaintiffs:*

Birkholz, Berlyn & Elaine
Kaltio, Gary & Jennifer

## Krupnick, Campbell, Malone, *Counsel on Behalf of the Following Individual Plaintiffs:*

Acadia II Condo d/o
   Russell Foti,
Acosta, Amparo
Alford, Edgar & Rita
Anderson, William
Arnold, Lee & Maureen
Auger, Susan
Bailey, Robert & Anne
Battista, Leo
Benesch, Paul
Black, Douglas & Elizabeth
Bo, Theresa
Bontu, Praksah R. & Rupa
Briscoe, Hopeton
Burt, James & Janie

Cannestro, Michael & Enny
Carter, Jack, Jr.
Caruso, Leonard & Cheryl
Chladny, Ray & Stafford, Debbie
Ciaufrini, Jerry
Cintula, Theodore
Cohen, Yossef
D'Ambrosio, John & Pamela
Delpapa, Pamela
DePompa, Angelo
Dharamsey, Shabbir
Edwards, Cecile
Fifteen B's, LC, a Florida
Corporation
Fordham, Allen & Anissa

Frank, David & Catherine
Gaynor, Peter & Tracy
Gesualdo, Domenic & Darlene
Gillespie, Thomas
Gobos, Peter V.
Goldblum, John, Shirali, Asmita
Goodstein, Martin & Nancy
Gottaing, Douglas & Dolores Florio
Grajales, Beatriz
Greenblott, Charles
Heller, James & Barbara
Herbert, Ken & Margot Foglia
Hogan, Roger & Joanne
Iannazzi, Ronald & Florence
James, Richard & Marion

Jones, Roosevelt, Green, Barbara
King, John
Ksal, Paul & Melody
Lahn, Gerald & Karen
LaSalle, Julio & Carmen
Levy, Kenneth & Lynn
Lewis, Eloise
Lumarc Properties c/o Mauricio
Reyes Henao
Mancuso, Robert & Lorraine
Marcario, Katherine
Maya, Adi
McCarty, Terrance & Sandra
Miller, Alun
Neste, Dave
Nijhawan, Balraj & Pushpa
Norton, James

O'neil, Gerald & Brasch, Jacqueline
Onori, Paul
Orjuela, Sonia
Ortiz, Amelia & Mark
Patterson, Gary & Nicole
Perone, Samuel
Portsmith Condo Association
Prescott, Scott
Price, Robert & Edith
Pruscha, Calman & Charleen Living
    Trust
Raio, Joseph
Ruvelo, Carlos
Richards, John & Patricia
Rizzo, Frank & Christina
Rose, Michael

Ross, Robert & Natalie
Rutherford, Chris
Schafer, Clyde & Pauline
Shirali, Sudheer
Sisk, Robert & Suzanne
Sosa, Gustavo & Maria
Tobin, Eric & Beth Sorenson
Toscana II at Renaissance, Inc. c/o
    James Enyart, President
Troutman, Rodney & Sheila
Villarama, Lilia
Weiner, Darryl
Wilbar Investments LLC c/o a
Florida Corporation

## Lambert & Nelson, PLC, *Counsel on Behalf of the Following Individual Plaintiffs*:

Back, Charles & Mary
Banner, Tammy
Blue, John & Rachelle
Borne, Barry & Mary
Braselman, Holly
Chalmers, Ryan & Julie
Fineschi, Nicola & Connie
Grant, Marcus & Jevon

Kehoe, Molly
Meyer, Kirk & Lori
Pierce, Alton
Slidell Property Management LLC
Wilfer, Rosanne

## Law Office of Joseph M. Bruno, APLC,
*Counsel on Behalf of the Following Individual Plaintiffs*:

Ambrose, Rosalie
Baptiste, Harrison
Guidry, Sheila
Lampton, Alean
Lewis, Wanda
Thomas, Celeste
Tronatore, Peggy

## Law Offices of Sidney D. Torres, III,
*Counsel on Behalf of the Following Individual Plaintiffs*:

Antoun, Ivan
Boudreaux, Shawn & Justine
Breaux, Roy Jr.
Burton, Rose & Tebault
Couture, Patrick G. & Kasie F.
Dasilva, Jose & Maria
Gonzales, Huey P. Jr.
Hunter, Dorothy
Johnson, Ronald
Lewis, Felton
Manuel, Barbara W. & Lucien

Mowers, Evelyn B. & Matthew R.
Nelton, Mary
Nicolosa, Martin & Sharon
O'Sullivan, Steven
Picado, Henry & Tina
Reynolds, Karen
Scallan, Patricia E. & Ronald
Westerfield, Robert & Ashley
White, Jerry P. & Celeste E.

**Leopold-Kuvin, PA**, *Counsel on Behalf of the Following Individual Plaintiffs*:

Lakind, Alan & Linda

## Levin, Fishbein, Sedran & Berman
## Colson, Hicks, Eidson, Colson, Matthews,
## Martinez, Gonzales, Kalbac & Kane;
## Hausfeld, LLP, and Law Offices of Richard J. Serpe
*Counsel on Behalf of the Following Individual Plaintiffs*:

Brennan, Arlene
Busbee, Jr., Clarence & Sheri
Dubocq de Vicente, Evelyn
Farley, Nancy A.
Ferrer, Haydee
Gaita, Gina
Garcia, Nerio, Hedy M., Mazzarri, Clara
Gimpel, Nicholas & Cathy O'Brien
Godwin, Franklin & Veronica
Groeninger, Susan
Howard, Monika
Hueston, Deborah A.
Jensen, Andrea
Labell, Barry
Machado Bohorques, Noe A.
Marschhauser, Lou

Montalvo, Samuel, Jr.
Nunez, Alvaro
Nuss, Doug
Peltigra, Anna R.
Pereira Dos Ramos, Jose J.
Perez, Mike
Promenade at Tradition Community Association, Inc.
Real Property Resolutions Group, LLC
Rodriguez, Peter
The Schaper Family Trust
Valdez, Jore & Juana
Villalobos, Angel & Maria de
Von dem Bach, Christine
Wites, Marc & Jennifer

## Levin, Papantonio, Thomas, Mitchell, Echsner & Protor. P.A..
*Counsel on Behalf of the Following Individual Plaintiffs*:

Bentley, Lonnette & Lowery, Kenneth
Brewton, III, I.D. & Sonia
Burkhead, Samantha & John L.
Calloway, Frederic (Kent) & Amanda
Daniels, Lula
Davis, Chris
Fluharty, Carson & Charlene
Gillman, James c/o Houck, Carolyn
Harvey, Jr., Ronald & Brnady
Holt, Herschel & Karen
Hughes, Amanda
Jones, Rosetta & Lucious
Kapalin, Daniel & Danielle
Kelson, Sherrie
Knowles, Timothy & Tosha
Lundy, William & Gena
Lussier, Lynne
Miller, Sr., Ronald & Lisa

Morris, Robert
Nelms, Jr., William
Nowling, Michael & Angel
Parker, Jr., William
Parker, Sr., William
Pate, Jeremy
Posey, Susan
Reber, Todd & Melissa
Risko, Mark & Beverly Ann
Salter, Kenneth & Cindy
Sims, Fred
Sims, Willie
Swan, Christina & Harwick, Michael
Taylor, George & Anna
Weekley, William & Charlotte
Willey, Ryan & Danielle

### Lewis & Roberts, PLLC, *Counsel on Behalf of the Following Individual Plaintiffs*

Allison, Tim
Arif, Mohammed I. & Aamara Shazia
Aultman, Delores
Avant, Catherine
Balassone, Arthur & Barbara
Baron, Allen
Belcher, Robert
Belt, Marvaleen
Belt, Thomas E.
Boglin, Regina
Burton, Jenise
Butler, Bernice
Cammarata, Louis & Michele
Caruthers, Lewis Harland
Cashion, William
Chauppetta, Larry & Michelle
Coleman, Misty
Copello, Victor & Pamela
Cox, Jeffrey
D'Ambrosio, Angelo & Deborah
Delk, Smith
Donmeyer, Scott D. & Kristin
Eleuterius, Gregory & Elizabeth
Engel, Jefferey & Elta
Englander, Mark
Everett, Michael
Falls, Jamison & Lauren
Flaherty, Sean
Foster, Van
Franklin, Allison
Gani, Jacques & Rose
Garvey, Thomas & Carly
Graham, Gerald & Terry
Green, Mary Nell
Hahn, Letitia
Hales, Lisa
Hammer, Allen
Hankins, Lee & Barbara
Harkley, Alfred
Harris, James
Hatcher, Cecil
Hayes, Joseph & Selena
Headley, Danny & Cathy

Hickman, David & Vickie
Howard Krause as Trustee of the Naomi Krause Revocable Trust
Howell, Victor & Leonertistene
Hummer, Charles
Johnson, Fred
Julia, Juan Carlos & Martha
Kallfelz, Marica
Kaufman, Leslie
Keyt, Stacey R.
Kovens, Arthur & Martha
Kramer, Ronald & Anita
L&L South Florida Realty, LLC
Ledford, Samuel
Lescurini, Richard & Shannon
Lewis, Leonard
Lewis, Lesley
Lontz, George & Adrienne
Madigan, Murphy
Maesel, Shawn
Marable, Kimberly
Marino, Teresa
Marks, Edward
Martin Riback, as Trustee of the Martin Riback Revocable Trust Agreement
McCool, Michael
McKee, Maria
McKenzie, Martha
McKinley, Jacob
McMahon, William R. & Satsuke
Meinholz, Nancy
Melton, Carolyn & Jackson, Ivory
Miller, Robert
Miller, William & Teresa
Mize, Brandon
Moon, Daniel & Marva
Moore, Jerry & Rhonda
Moore, Roxzana
Moses, Brenda & Bryant Moses
Murphree, James Lamar
Murray, Paul & Lois
Pearson, Richmond

Pesseackey, Mike & Phyllis
Pitman, Sharon
Polychronopoulos, George & Nathalie
Poplausky, Maurice & Hanna
Pray, Jeffrey & Lana
Presnall, Donald & Sherron
Rattler, Mike & Tara
Reed, Randy
Reeves, Carrie
Richardson, Tammy
RMM Investments, LLC
Robohm, Donald & Natalie
Seratt, Doug
Sheppard, Austin
Shirley, Michael
Shiyou, Carol
Somma, Joseph
Stamps, Reginald
Stewart, Glenn & Kristina
Stock, Amir & Bella
Tarver, Cynthia R.
Taylor, Lloyd & Hoxter, Scott
Tempel, Harvey & Lisa
Thornton, Stanley & April
Thrower, Chris
Tillman, Harold & Shavona
Tilmann, Stacey Ann & Kimberly Noah
Toles, Purvis & Patricia
Tombrello, Debbie
Twin Crest Associates, LLC
Veal, David & Mary
Vessel, Charles & Diane
Waites, Shashanda
Wallace, Alonza
Wiley, Thad
Wood, John & Beatrice
Yasinski, Joseph & Barbara
Yoder, Beth
Zhou, Zhongmin & Huang, Qinxi

### Lumpkin & Reeves, PLLC, *Counsel on Behalf of the Following Individual Plaintiffs*:

Bilbo, Chester
Commander, Aurorina
Farve, Crystal
Foxworth, Margie
Garrison, Roberto
Sinclair, Brittany
Smith, Daniel & Nicole
Taylor, Travis

**Martzell & Bickford.** *Counsel on Behalf of the Following Individual Plaintiffs:*

Anderson, Clarence & Constance
Badon, Ive & Loraine
Berthaut, Colin & Dayne Gelpi
Blalock, Angeles
Callais, Gary & Michelle
Cruchfield, James & Louella
Dillon, Ray & Selestin
Dowell, Darren & Kim
Dunn, Diane
Harding, Matthew & Kristin

Hotard, Christopher
Macomber, Shawn
Maggiore, Peter & Frankie
Melton, John & Tamara
Mullet, Edwin & Debbie
Samples, Deneen
Schubert, Alex & Beth
Theard, Avery & Tjaynell

**Matthews & Associates**, *Counsel on Behalf of the Following Individual Plaintiffs:*

Allen, Darius
Anderson, Brodrick J.
Anderson, Farrel & Kimberly
Anderson, Quaintrell T.
Anderson, Shirley
Aquart, Juanita V.
Arnold, Rosa
Banks, Dorothy Mae
Barbarin, Earline H.
Bell, Latonya
Black, Rubie
Blaise, Ervin & Felthus Elizabeth
Bowden, Erica
Bowen, Tia
Boxton, Glenda
Brackett, Orlesa W.
Brand, Mariyn D.
Brister, Candy
Brown, Joan E.
Brown, Joshua
Brown, Robin
Butler, Laddy J.
Cager, Mitchell & Patricia
Carroll, Mattie B.
Carter, Alice
Carter, Antione C.
Clark, Lisa
Cole, Eddie C.
Comick, Ronnie
Coopier, Royce, Cuff, Cynthia
Copeland, Mildred
Cuenea, Peggy
Damond, Pam
Daniels, Anita
Davis, Lee Ester
Davis, Veronica
Duchane, Charles & Susianna
Duplesis, Georgiana
Eager, Raymond & Willie M.
Enclarde, Mary
England, Charles
England, Michael & Kim

Fairley, Jeffery A.
Fardella, Michael
Foreston, Anthony & Sherrie
Foster, Evelyn
Gambier, Lenox Jr.
Gomez, Augustus P. & Annice P.
Grissom, John D. & Becky
Haggerty, Katheryn
Hale, George
Hall, Emma
Hampton, Helen
Hampton, Samuel & Shavonne
Harris, Emily & Gregg
Herring, Homer
Hill, Geraldin
Hoover, Stephen R.
Hunter, Isa
Jackson, Irene
Johnson, Antonio & Saunja
Johnson, Carol
Johnson, Regina
Kimble, Tijuana Leigh
Kimble, Velma
Knotts, Burnistine
LaFontaine, Steven & Jennifer
LaFrance, Marlone J.
Lambert, Robert & Tasha
Lee, Dorothy
Leslie, Daphne
Leverette, Gilletto & Donna
Loper, Flavor & Lucille
Ludgood, Stokes & Angela
Mack, Thomas Jr.
Malone, Dianne
Malone, Monica
Marcum, Regina
Martinez, Arnold Sr.
Mayes, Jacqueline
Mayeus, Cory & Kristy
McBride, Shirley Ann
McMillan, Claretha
McMillian, Timothy

McRae, Frances E.
Montoya, Frank & Eva Ann
Moore, Evelyn
Morgan, Sylvia
Mulkey, Kareem J.
Nack, Thomas
Newell, Michael & Faris
Odoms-Lewis, Janretta C.
Oliver, Kevin
Overton, Edward
Owens, Brenda
Parsley, Marshall
Paul, Audrey B.
Pettway, Susan
Peyton, Evelyn
Pigott, Janette
Porter, Vanessa
Preyear, Charlotte D.
Richard, David
Richardson, Terry & Frances O.
Roberson, Martha
Roberson, Nadine
Robinson, Louis
Rogers, Ashley J.
Rogers, Brenda
Rogers, Gretta
Rogers, Joyce
Rogers, Leslie & Lucille
Rogers, Marcella
Schamber, John
Shaw, Susan
Simmons, Penny
Soloman, Caffie
Sylvester, Jessie
Taylor, Doris
Taylor, Michell
Todd, Linda
Tuscke, Donald E.
Tuyet, Bui A.
Walter, David A.
Wilkerson, Annie M.
Williams, Deborah M.

340

Williams, Houston                 Williams, Susie              Zeleny, Margaret
Williams, Michael & Alice         Woods, Mattie L.

## McCallum, Hoaglund, Cook & Irby, LLP,
*Counsel on Behalf of the Following Individual Plaintiffs*:

Austin, Jason & Tara
Bryant, Victor & Faiana
Diffley, Matthew & Krista
Harris, J. Wesley Branden & Jessica

## Milstein, Adelman & Kreger, LLP and Roberts & Durkee,
*Counsel on Behalf of the Following Individual Plaintiffs*:

Batra, Vinod                      Jerry, Jason, Prokopetz, Linda     Schneider-Christians, Michael &
Boucher, Gordon & Nancy           Katz, Barry & Rebecca                Verena
Brumbaugh, Russell R. Jr. & Carol Kirby, Robert                      Serajuddowla, Mohammad & Ruth
Cambric, Shannon                  Kranz, Helene & Christina          Serrano, Jose & Diana
Cole, John & Star                 Lee, Scott & Donna                 Siddiqui, Hassan & Frauke
Cummins, Rolland & Charlene       Mantuo, Jo Ellen                   Sierra, Santos & Martha
Edgar, Faroh on behalf of Marazul Masih, Parveem                     Simonian, Thomas E. & Barbara R.
  LLC                             Morgan, Jetson & Lee                 Petty
Fores, David, Vasquez, Monica     Muenchen, Stephen M. Jr.           Steed, Max
Gauthier, Paul & Patricia         Murphy, Ronald                     Talerico, Michele & Tom
Grassel, Eric & Svetlana          Packard, Suki & Michael            Torpy, Larry & Terri
Grensted, Tamarra                 Parker, David                      White, Jill & Vincent
Hanzel, Gary on behalf of Security Patti, Anthony J.                 Zamora, Michael
  Source, Inc.                    Peterson, Derrick & Robin
Helmick, Timothy & Maria          Powell, Laura Ann & Linderrin
Herbert, Brian                    Reilly, Reed & Victoria

## Morgan & Morgan, *Counsel on Behalf of the Following Individual Plaintiffs*:

Adcock, Michael & Bridgitte       Johnson, Abraham                   Pitcher, John, Brost, Gina
Aumack, Gary & Nancy              Kelso, Christopher                 Potter, Harold & Tricia
Beale, Charles                    Lauria, Dominick                   Purcell, Veronica
Benson, Steven & Rhonda           Lee, Kevin                         Raucci, Steven & Dorothy
Burke, Richard & Rebecca          Lester, John & Jacine, Schiller,   Reinoso, Manuel & Jessica
Campell, Thomas & Kelli             Larry                            Rekhels, Alexander & Irina
Cribb, Rose                       Licon, Eddie                       Roberts, Kathryn
Dillinger, Norbert & Svetty. Rita Martillo, Joseph                  Sanon, Enock & Marie
Elliott, Mary                     Matlox, Dread                      Santacruz, Jose & Yvette
Fajardo, Wilson, Gonzalez, Esther Maurice, Cermine & Emmanie        Santos, Manue & /Judith
Feltner, Donna                    Maysonet, Erika                    Savoury, Hugh & Lorraine
Foster, William & Vicki           McEldowney, Larry                  Segnello, Jeffrey & Monica
Gaston, Nora                      McKee, Brett & Sara                Spencer, Edna
Gody, Anthoney & Candace          McKimon, Joseph/Christina          Thompson, Edith
Gomez, Ricardo & Maria            McLendon, Brian & Stephanie        Ward, Theotis
Grover, Adam & Keely              McNeal, Shevon                     Whealan, John & Robin
Hatcher, Sherri                   Nutting, Julie                     Whitlock, Scott & Lucille
Henry, Clifford & Crispina        Penny, Andrew & Rachel             Yost, Richard & Judith
Jablonski, Robert & Colleen       Pequigney, Sean & Candace

**Morris Bart LLC,** *Counsel on Behalf of the Following Individual Plaintiffs:*

Adams, Eddie & Rose
Bourg, Junius
Boutte, Gloria
Bryant, Debra
Carter, Andrea
Conrad, Jesse & Gelone
Evans, Ronald
Glasper, Gregg & Beuuker
Green, Mary
Gross, Cheryl & David
Hamilton, Rhett
Hayes, Gloria
Mai, Kim & Nguyen, David
Mai, Long

Moore, Leon
Morel, Rudolph
Pasos, Gwendolyn
Saunders, Felician & John
Simmons, Melinda & Andre
Simmons, Sandra & James
Stephens, Urseleen
Stout, Michael & Kristina
Vu, Jessie & Mai, Kristy
Williams, Shelby & Arnelle
Young, Irvin

**Parker, Waichman, Alonson, LLP,** *Counsel on Behalf of the Following Individual Plaintiffs:*

Aguilar, Antonio & Jenny
Andersen, Michael Campos, Karla
Astrin, Scott & Terri
Azor, Stephanie & Harry
Barreto, Adolfo
Benzo, Ramon & Candida
Borges, Virgilio & Jamaina
Bowers, Roger
Bradley, Chris
Braga, Henry & Deborah
Brito, Nelson
Browne, James & Jill
Caple, Janelle
Carciato, Lisa
Cardiello, Frank & Gayle
Carter, Daniel & My-duyen
Casburn, Richard & Judy
Casey, William & Pamela
Chinoy, Raymond & Vinita
Cricco, Carl & Kimberly
D'Ambroiso, John & Pamela
Davis, Susan M.
Dekeyser, Phyllis & Lee
Delisser, John & Maryalyn
Demirgian, Edward & Tonya
Dickinson, William
Donnelly, Mary Rose & James
Douglas, Aprile L.
Duckett, Larry Heath
Dudreck, Albert & Jaon
Dunn, Keith & Krystal
Durrance, Barry & Denise
Evans, Donald & Barbara
Ewald, Thomas & Christina
Foster, Gregg
Foxwell, Craig & Linda
Freel, Kevin
Fugazy, Lenni & Justin

Gainey, Dale & Carolyn
Gangl, Donald & Michelle
Garvey, Stephen & Karen
Giannini, Dominic
Giannoussidis, Nikolaos
Gill, Ted & Pamela
Goede, John & Kristin
Guillette, Melissa
Gutierezz, Liset
Hurter, Harry & Olga
Hartley, Charles & Janet
Hasselschwerl, Craig & Jane
Hattemer, Jennifer
Hoffman, Hannelor, Lengel, Donna
Hornbeck, Ronald & Linda
Hubbard, Michelle & Curtis
Hudson, Michelle
Hurley, Jonathan & April
Kehl, Hans Joachim
Kepler, LLC
Kim, Mai, Bui, Tom
Kostelecky, Joseph & Charlotte
Lau, Donald
Leon, Daimarys
Loader, Jennifer
Lopez, Valerie
Love, Nakisha
Love, Robert & Adele
Lowande, Paul & Renee
Lumar, Semyon & Darina
Malhoe, Ashok
Mancini, Richard
Maniscalco, Frank & Grace
Marion, James
Martin, Victor & Geraldine
Mastrogiacomo, Kim
Meister, David & Diane
Mendez, Jose & Sonia

Mercedes, William & Carmen
Mitchell, Robert & Bonnie
Morillo, Madelyn
Mueller, Lawrence & Jamie
Murdali, Fazeel
Murphy, Paul & Danielle
Murray, Robin & Marva
Nemes, Robert & Frances
Nord, John
Nuccio, Thomas & Darlene
Ondrovic, Joseph
Organista, Maria
Owen, Scott & Emilia
Page, Michael & Rikke
Patterson, Kellie
Pelak, Paul & Michele
Peltier, Isaac & Shanon
Pfeiffer, Marion
Pham, Kelly
Pietrantonio, Tamie
Rand, Ricahrd
Reaves, Eugene W. IV
Reiprecht, Raymond
Riley, Estela
Robinson, Dane & Patricia
Robles, Amparo
Roth, Stephen
Sakalauskas, Alberto & Laura
Santiago, Angel & Yvette
Santiago, Cesar, Crespo, Eileen
Santiago, Jose & Yasuany
Santiago, Marcos & Carmen
Santos, Joel
Scocco, Bart
Seddon, Robert & Joan
Sellman, Terry
Sheehan, Michael
Smith, Gloria & Robert

Smith, Richard
Sullivan, William & Sheila
Swartz, Sylvia & Christopher
Teitelbaum, Donna & Ronald
Timothy Hesbeens

Toler, Calvin & Allison
Uttaro, Francis & Christine
Vaiden, Janet
White, Richard & Linda

Wienstoer, Danny & Patrick
Wilson, Darrell & Darlene
Wilson, Diane & Richard
Younger, Leslie, Cummings, Brian

### Podhurst Orseck, PA, *Counsel on Behalf of the Following Individual Plaintiffs*:

Anderton, Gloria and George
Lopez, Rebekah
Veras, Ingrid
Williams, Andrew

### Reich & Binstock, LLP, *Counsel on Behalf of the Following Individual Plaintiffs*:

Aubert, John & Pamela
Bart, Eugene & Cynthia
Brock, Ora
Broesder, Stanley
Chestnut, Thomas & Patty
Crandle, Angela
Galmiche, Stephen & Tiffany
Haughton, Marcia
Laergne, Sheral Ann
Lee, Anh Van
Meyer, Harry E. Jr.
Palmer, Frances
Rankins, Edward & Pamela
Steele, Wanda E.
Trinh, Thuong
Urtubey, Jason

### Seeger Weiss, LP, *Counsel on Behalf of the Following Individual Plaintiffs*:

Butler, Mary
Carney, Garnet & William
Cunningham, Shirley
Macon, Jeremy
Polk, Donna

### Strom Law Firm, LLC, *Counsel on Behalf of the Following Individual Plaintiffs*:

Gainey, Billy C & Kathryn

### The Thornhill Law Firm, APLC,
### *Counsel on Behalf of the Following Individual Plaintiffs*

Anderson, Shawnree & John
Niswonger, Mary M.

**Viles and Beckman, LLC**, *Counsel on Behalf of the Following Individual Plaintiffs*:

Bishop, Michael
Dao, Cuc
Dorsey, Rachel & David
Shedd, Kevin & Christine

**Webb & Scarmozzino, PA**, *Counsel on Behalf of the Following Individual Plaintiffs*:

Appelman, Lou & Sara
Ball, Ashley
Calian, Paul & Gloria
DiSapio, Tonya & Carmine
Distel, Matthew & Stephanie
Kelly, Christopher & Jesica
Martel, Jean & Carmelle
Martinez, Dailyn

Moss, Christopher & Cox, Crystal
Pollux, LLC
Soldavini-Clapper, Brigid
St. John, Kelvin & Laura
Vollmar, Frank & Elizabeth
Young, Mike

**Willis & Buckley, APC**, *Counsel on Behalf of the Following Individual Plaintiffs*:

Chaeffer, Brad
Mullet, Crystal

**Pro Se Plaintiffs**

Mayo, Edward & Jacqueline

344