# EXHIBIT "20"

# Taishan Gypsum Co., Ltd.

**SHANDONG PROVINCE TAI AN CITY**
**INTERMEIDATE PEOPLE'S COURT**
**PROOF OF SERVICE**
[Seal:  Shandong Province Tai An City Intermediate People's Court]

*Law Association No. FX-09-660*
*Judicial Association No. SX-09-567*

（For cases of all categories）

| Cause No. | Process service assistance | Cause of Action | (2009) Shangdong Superior Court/Judicial Assistance No. 29 |
|---|---|---|---|
| Document Served and Number | U.S. District Court for the Northern District of Florida Summons, one copy; Complaint, one copy (47 pages in all) | | |
| Recipient (Unit) | TAISHAN GYPSUM CO., LTD. | | |
| Address for Service | This Court | | |
| Recipient Signature or Seal | Zhang, Wen Jun (staff of the Law Department of the company)  May 8, 2009 | | |
| Recipient in substitution and reason(s) | Date | | |
| Notes | | | |

Issuer:                                        Server:   Yi, Lei

Note:
    (1)  The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §57; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
    (2)  In case of receipt by substitution, the substitute recipient should sign, seal and note his/her relationship with the targeted receiver and the reason(s) for substitution.

Case Name: The Mitchell Company, Inc. v. Knauf Gips KG
Defendant: Taisan Gypsum Co., Ltd.
Court Case No.: 3:09-cv-00089-MCR-MD

### CERTIFICATE
### *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,

*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)   that the document has been served*
1.   *que la demande a été exécutée*
   - the (date)  8/5, 2009
   - *le (date)*
   - at (place, street, number)  Taian Intermediate People's Court, Shandong Province
   - *à (localité, rue numéro)*

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*

   [X] (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
       *a)    selon les formes légales (article 5, alinéa premier, lettre a).*
   [ ] (b)  in accordance with the following particular method*:
       *b)    selon la forme particulière suivante: _____*

   [ ] (c)  by delivery to the addressee, who accepted it voluntarily.*
       *c)    par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)  Zhang Wenjun
   - *(identité et qualité de la personne)*

   - relationship to the addressee (family, business or other):  Staff of the branch for law affairs.
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:*

2)   that the document has not been served, by reason of the following facts*:
2.   *que la demande n'a pas été exécutée, en raison des faits suivants:*

_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Complaint, Summons in a Civil Action, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____
_____
_____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____
_____

**Done at**  Beijing , the 9/6, 2009
*Fait à*     *, le*
**Signature and/or stamp.**
*Signature et/ou cachet.*

[Chinese seal: 中华人民共和国司法部 司法协助专用章]

\*   Delete if inappropriate.
   *Rayer les mentions inutiles.*

2

$5 \times 09 - 567$

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Florida

## REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*

*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

**Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.**

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant *Identité et adresse du requérant* | Address of receiving authority *Adresse de l'autorité destinataire* |
|---|---|
| **Josh R. Cobb** **APS INTERNATIONAL, LTD** **APS International Plaza** **7800 Glenroy Road** **Minneapolis, Minnesota 55439-3122** **U.S.A.** **Tel. 952.831.7776     Fax: 952.831.8150** **Email: JCobb@CivilActionGroup.com** | **DIVISION OF JUDICIAL ASSISTANCE** **Ministry of Justice** **No.10, Chaoyangmen, Nandajie** **Chaoyang District** **Beijing** **100020** **China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
    (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérès, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
    *(identité et adresse)*     Taisan Gypsum Co., Ltd.
        Dawenkou Daiyue District, RC-271026 Tai'an Shandong, China
            Tel:

[X]  (a)  **in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.***
     *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)  **in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:**
     *b)   selon la forme particuliére suivante (article 5, alinéa premier, lettre b):*_____

[ ]  (c)  **by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.**
     *c)   le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

| | |
|---|---|
| Complaint | **Done at** , the  3 | 3½ / 09 |
| Summons in a Civil Action | *Fait à* Minneapolis, Minnesota, U.S.A. , *le* |
| Translations | |
| Summary of the Documents to be Served | |
| | **Signature and/or stamp.** |
| | *Signature et/ou cachet.* |
| | |
| | (Formerly OBD-116 which was formerly LAA-116,     USM-94 |
| | both of which may still be used)     (Est. 11/22/77) |

\* Delete if inappropriate.
. *Rayer les mentions inutiles*

山东省泰安市中级人民法院

# 送 达 回 证

（各类案件通用）

FX-09-660
SX-09-567

| 案　由 | 协助送达 | 案　号 | （2009）泰高法协字第29号 |
|---|---|---|---|
| 送达文书名称和件数 | 美国联邦地区法院佛罗里达州北部管区 传票一份 诉状一份 （共计47页） | | |
| 受送达人 | 泰山石膏股份有限公司 | | |
| 送达地址 | 本院 | | |
| 受送达人签名或盖章 | 张文君（法公司法规部职员）09年 5月 8日 | | |
| 代收人及代收理由 | 　　　　　　　　　　年　　月　　日 | | |
| 备　考 | | | |

填发人　　　　　　　　　　　　　送达人　苏磊

注：①送达刑事诉讼文书，按照刑事诉讼法第五十七条的规定办理；送达民事、
　　行政诉讼文书，按照或参照民事诉讼法第七十八条、第七十九条的规定
　　办理。
　　②代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关
　　系及代收理由。

# SHANDONG PROVINCE TAI'AN CITY
# INTERMEDIATE PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Shandong Province Tai'an City Intermediate People's Court]

*Law Association No. FX-10-113*
*Judicial Association No. SX-10-88*

## (To be used by all types of cases)

| Cause No. | Judicial Assistance | Cause of Action | Law Association No. (2010) 8 |
|---|---|---|---|
| Document Served and Number | Legal proceedings (61 pages) from US District Court, Easter District, Louisiana. | | |
| Recipient (Unit) | TAISHAN GYPSUM CO., LTD. (formerly known as Shandong Taihe Dongxin Co., Ltd) | | |
| Address for Service | This Court. | | |
| Recipient Signature or Seal | Ren, Shang Fu (staff, Company's Appliance Department)  February 4, 2010 | | |
| Recipient in substitution and reason(s) | Date | | |
| Notes | | | |

Issuer:                                    Server:   Yi, Lei

Note:
     (1) The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §57; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
     (2) In case of receipt by substitution, the substitute recipient should sign, seal and note his/her relationship with the targeted receiver and the reason(s) for substitution.

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

## DEMANDE
### AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant *Identité et adresse du requérant* | Address of receiving authority *Adresse de l'autorité destinataire* |
|---|---|
| **Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota 55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776   Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | **Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**10, Chaoyangmen, Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
   (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

   (identité et adresse)   ___Taishan Gypsum Co., Ltd. formerly known as Shandong Taihe Dongxin Co., Ltd.___
___Dawenkou, Daiyue District, East of National Road 104, 25km South, Tai'an City, 271000 Taian, Shandong, China___
   Tel:

[X]   (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
   *a)   selon les formes légales (article 5, alinéa premier, lettre a).*

[ ]   (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
   *b)   selon la forme particuliére suivante (article 5, alinéa premier, lettre b):*_____

[ ]   (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
   *c)   le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Class Action Complaint
Summons in a Civil Action
Translations
Summary of the Document to be Served

Done at
*Fait à*  Minneapolis, Minnesota, U.S.A. , the , *le* 1/3/10

Signature and/or stamp.
*Signature et/ou cachet.*

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

(Formerly OBD-116 which was formerly LAA-116, both of which may still be used)   USM-94   (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

Case 2:09-md-02047-EEF-MBN Document 18926-37 Filed 05/22/15 Page 9 of 160
Case 2:09-md-02047-EEF-MBN Document 22553 Filed 04/13/20 Page 39 of 160
CV-10-88

Case Name: Gross v. Knauf Gips, KG
Defendant: Taishan Gypsum Co., Ltd. formerly known as Shandong Taihe Dongxin Co., Ltd.
Court Case No.: 09-6690

## CERTIFICATE
### ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)  **that the document has been served***
1.  *que la demande a été exécutée*
    - the (date)
    - *le (date)* February 4th, 2010
    - at (place, street, number)
    - *à (localité, rue numéro)* the Intermediate People's Court of Tai'an City, Shandong Province, China.

    - in one of the following methods authorised by article 5-
    - *dans une des formes suivantes prévues à l'article 5:*
        [X]  **(a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention***
            a)   *selon les formes légales (article 5, alinéa premier, lettre a).*
        [ ]  **(b)  in accordance with the following particular method*:**
            b)   *selon la forme particulière suivante:*

        [ ]  **(c)  by delivery to the addressee, who accepted it voluntarily.***
            c)   *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
    - (identity and description of person)
    - *(identité et qualité de la personne)* Shangfu Ren

    - relationship to the addressee (family, business or other):
    - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* one staff of the Legal Affairs Department of the addressee

2)  **that the document has not been served, by reason of the following facts***
2.  *que la demande n'a pas été exécutée, en raison des faits suivants:*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served,  Class Action Complaint, Summons in a Civil Action, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at Beijing the 22/3, 2010
*Fait à*

中华人民共和国
司法部
司法协助专用章

**Signature and/or stamp.**
*Signature et/ou cachet.*

*     **Delete if inappropriate.**
      *Rayer les mentions inutiles.*

2

US

[SEAL: Lucheng City People's Court]  **PEOPLE'S COURT**

**PROOF OF SERVICE**

Law Association No. FX-10-195
Judicial Association No. SX-10-89

| | | | | |
|---|---|---|---|---|
| Cause of Action | | Cause No. | ( ) No. | |
| Document Served and Number | Summary of Documents, one copy; Summons, one copy; Complaint, one copy | | | |
| Recipient | Lucheng City Taishan Plaster Building Material Co., Ltd., Changzhi City, Shanxi Province, (China) | | | |
| Address for Service | No. 3, Ganlin Road, Lucheng City, Shanxi Province, (China) | | | |
| Recipient Signature or Seal | Peng, Ming Hao    [Finger print]                              March 26, 2010<br>                    Manager                                      [Finger print] | | | |
| Recipient in substitution and reason(s) | | | | |
| Notes | | | | |

Issuer:                                    Server:

Note:
 (1)  The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §81; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
(2)  In case of receiving by substitution, the substitution recipient should sign and seal the document, and note the relationship with the servee, and the reason(s) for substitution.

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF:  Louisiana

## REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

### DEMANDE
### AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
### D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile
ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant *Identité et adresse du requérant* | Address of receiving authority *Adresse de l'autorité destinataire* |
|---|---|
| **Josh R. Cobb** **APS INTERNATIONAL, LTD** **APS International Plaza** **7800 Glenroy Road** **Minneapolis, Minnesota  55439-3122** **U.S.A.** **Tel. 952.831.7776        Fax: 952.831.8150** **Email: JCobb@CivilActionGroup.com** | **Ministry of Justice** **Department of Judicial Assistance and Foreign Affairs** **Division of Judicial Assistance** **10, Chaoyangmen, Nandajie** **Chaoyang District** **Beijing** **100020** **China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
    (identity and address)

*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

(identité et adresse)          Taishan Gypsum Co., Ltd., Lucheng Branch

Ganlin Road No. 3, Lucheng, Shaanxi 325088, China

Tel:

[X]    (a)    in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
         *a)    selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]    (b)    in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
         *b)    selon la forme particulière suivante (article 5, alinéa premier, lettre b);*

[ ]    (c)    by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
         *c)    le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Class Action Complaint
Summons in a Civil Action
Translations
Summary of the Document to be Served

Done at
*Fait à*  Minneapolis, Minnesota, U.S.A.                    , the , the 1/13/10
                                                           , le

Signature and/or stamp.
*Signature et/ou cachet.*

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

(Formerly OBD-116 which was formerly LAA-116,          USM-94
both of which may still be used)                       (Est. 11/22/77)

* Delete if inappropriate./ *Rayer les mentions inutiles*

Case Name: Gross – v– Knauf Gips, KG
Defendant: Taishan Gypsum Co., Ltd., Lucheng Branch
Court Case No.: 09-6690

## CERTIFICATE
### *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)     **that the document has been served\***
*1.*     *que la demande a été exécutée*
- the (date)
- *le (date)*    March 26th, 2010
- at (place, street, number)
- *à (localité, rue numéro)*    No.3 Ganlin Road, Lucheng City, Shanxi Province, China

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*
    [x]  **(a)**  **in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention\*.**
        *a)*  *selon les formes légales (article 5, alinéa premier, lettre a).*
    [ ]  **(b)**  **in accordance with the following particular method\*:**
        *b)*  *selon la forme particulière suivante:* _____

    [ ]  **(c)**  **by delivery to the addressee, who accepted it voluntarily.\***
        *c)*  *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person)
- *(identité et qualité de la personne)*    the signature could not be recognized

- relationship to the addressee (family, business or other):
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:*    the manager of the addressee.

2)     **that the document has not been served, by reason of the following facts\*:**
*2.*     *que la demande n'a pas été exécutée, en raison des faits suivants:*
_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Class Action Complaint, Summons in a Civil Action, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*
_____
_____
_____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*
_____
_____
_____

Done at
*Fait à*    Beijing    , the
      *le*    April 23rd, 2010

Signature and/or stamp.
*Signature et/ou cachet.*

中 华 人 民 共 和 国
司 法 部
司法协助专用章

\*   **Delete if inappropriate.**
    *Rayer les mentions inutiles.*

2

UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*

*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER* 11-5x-226

*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile*
*ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant*<br><br>**Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota 55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776    Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | Address of receiving authority<br>*Adresse de l'autorité destinataire*<br><br>**Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**No 6, Chaoyangmen Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |
|---|---|

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
   (identity and address)

*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant*
*conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

   *(identité et adresse)*    Taishan Gypsum Co., Ltd. formerly known as Shandong Taihe Dongxin Co., Ltd.

Dawenkou Daiyue District, Taian, Shandong 271026, China

Tel:

[X] (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
   a)   *selon les formes légales (article 5, alinéa premier, lettre a).*

[ ] (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
   b)   *selon la forme particulière suivante (article 5, alinéa premier, lettre b):* _____

[ ] (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
   c)   *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided
on the reverse side.

*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

--Summons in a Civil Action (Supplement to
Amended Class Action Complaint)
--Order
--Amended Class Action Complaint
--Translations
--Summary of the Document to be Served

Done at
*Fait à* Minneapolis, Minnesota, U.S.A.       , the 1/26/11
                                              *le*

**Signature and/or stamp.**
*Signature et/ou cachet.*

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis MN 55439

(Formerly OBD-116 which was formerly LAA-116,       USM-94
both of which may still be used)
                                                   (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

Case Name: Gross v. Knauf Gips KG - [ Supplement ]
Defendant: Taishan Gypsum Co., Ltd. (formerly known as Shandong Taihe Dongxin Co., Ltd.
Court Case No.: 09-6690

Case 2:09-md-02047-EEF-MBN Document 18906-27 Filed 05/11/15 Page 2 of 160



# CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)   **that the document has been served\***
*1.   que la demande a été exécutée*
- **the (date)**
- *le (date)*
- **at (place, street, number)**
- *à (localité, rue numéro)*
_____
_____

- **in one of the following methods authorised by article 5-**
- *dans une des formes suivantes prévues à l'article 5:*
    - [ ]   **(a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention\*.**
    - *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
    - [ ]   **(b)   in accordance with the following particular method\*:**
    - *b)   selon la forme particulière suivante:* _____
    - [ ]   **(c)   by delivery to the addressee, who accepted it voluntarily.\***
    - *c)   par remise simple*

**The documents referred to in the request have been delivered to:**
*Les documents mentionnés dans la demande ont été remis à:*
- **(identity and description of person)**
- *(identité et qualité de la personne)* _____
_____

- **relationship to the addressee (family, business or other):**
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____
_____

2)   **that the document has not been served, by reason of the following facts\*:**
*2.   que la demande n'a pas été exécutée, en raison des faits suivants:*

*The addressee refused to accept the documents*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**LIST OF DOCUMENTS:** Summary of the Document to be Served, Summons in a Civil Action (Supplement to Amended Class Action Complaint), Order, Amended Class Action Complaint, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____
_____
_____

**Done at** *Beijing*           , **the** *July 13, 2011*
*Fait à*                         *, le*

**In appropriate cases, documents establishing the service:**     **Signature and/or stamp.**
*Le cas échéant, les documents justificatifs de l'exécution:*     *Signature et/ou cachet.*

_____
_____
_____

**\*   Delete if inappropriate.**
*Rayer les mentions inutiles.*                    2

# SHANDONG PROVINCE TAI'AN CITY
## INTERMEDIATE PEOPLE'S COURT'S CORRESPONDENCE

Tai'an Intermediate Court
Law Association Correpondance No. (2011) 9

Shandong Province Superior People's Court :

With regard to the service of legal documents on <u>Taishan Gypsum Co., Ltd. f.k.a.</u> <u>Shandong Taihe Dongxin Co., Ltd.</u> at the address of <u>Dawenkou Town, Tai'an City,</u> <u>Shandong Province</u>, as specified in Shandong Superior People's Court Law Association Receiving No. (2011) 46, this is to inform you that the service failed due to fact that the <u>said company refused to accept the documents for service.</u> We are now returning the attached documents to you.

[Seal]  Shandong Province Tai'an City
Intermediate People's Court

June 21, 2011

(Court Seal)

# 山东省泰安市中级人民法院函

泰中法函[2011] 9 号

山东省高级人民法院：

　　贵院（2011）鲁高法协受第 46 号关于请求向<u>泰山石膏有限公司（Taishan Gypsum Co.,Ltd.）</u>前称<u>山东泰和东新有限公司</u>地址<u>山东省泰安市大汶口镇</u>送达法律文书一事，因 <u>该公司拒绝接收所送达文书</u>，未能送达，现将所附材料退回，请查收。



二〇一一年六月二十一日

（院印）

# 送达情况说明

山东省高级人民法院：

　　我院收到贵院(2011)鲁高法协受第 46 号函后，由我院司法协助专办员仇磊于 2011 年 6 月 21 日电话通知（０５３８－８８１１０７９）泰山石膏股份有限公司（Taishan Gypsum Co.,Ltd.）到我院领取受送达法律文书，该公司维权部卓姓经理答复，拒绝接收该函所附法律文书，并拒绝说明拒收原因。故我院将上述法律文书作退回处理。

　　特此说明。



二〇一一年六月二十一日

# 山东省高级人民法院



Sx-11-226

鲁高法协受 (2011) 46 号

最高人民法院外事局：

　　贵院法协 [2011] 375 号关于＿＿＿＿美国＿＿＿＿＿请求

向＿泰山石膏有限公司（原山东泰和东新股份有限公司）＿

送达法律文书一事,业已经＿＿山东省泰安市中级人民法院＿

将该法律文书进行了送达，因＿＿受送达人拒绝接收＿＿＿＿

＿＿＿＿＿＿原因未能成功送达，现将所附材料退回，请查收。



2011 年 6 月 30 日

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*

*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

1-6X-227

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota 55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776     Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | **Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**No 6, Chaoyangmen Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)

*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- à l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

*(identité et adresse)*     Taishan Gypsum Co., Ltd. Lucheng Branch

Ganlin Road No. 3, Lucheng, Shaanxi 325088, China

Tel:

[X]  (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
      *a)    selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
      *b)    selon la forme particulière suivante (article 5, alinéa premier, lettre b);* _____

[ ]  (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
      *c)    le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.

*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

--Summons in a Civil Action (Supplement to Amended Class Action Complaint)
--Order
--Amended Class Action Complaint
--Translations
--Summary of the Document to be Served

Done at
*Fait à* Minneapolis, Minnesota, U.S.A.                    , the
                                                  , *le* 1/26/11

Signature and/or stamp.
*Signature et/ou cachet.*

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

(Formerly OBD-116 which was formerly LAA-116, both of which may still be used)

USM-94

(Est. 11/22/77)

* Delete if inappropriate.
. Rayer les mentions inutiles

Case Name: Gross v. Knauf Gips KG [ Supplement ]
Defendant: Taishan Gypsum Co., Ltd. Lucheng Branch
Court Case No.: 09-6690

**CERTIFICATE**
*ATTESTATION*

SJ—11-227

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)    **that the document has been served***
*1.    que la demande a été exécutée*
- **the (date)**
- *le (date)* _____
- **at (place, street, number)**
- *à (localité, rue numéro)* _____

- **in one of the following methods authorised by article 5-**
- *dans une des formes suivantes prévues à l'article 5:*
  [ ]  **(a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.**
       *a)    selon les formes légales (article 5, alinéa premier, lettre a).*
  [ ]  **(b)  in accordance with the following particular method*:**
       *b)    selon la forme particulière suivante:* _____
  _____
  [ ]  **(c)  by delivery to the addressee, who accepted it voluntarily.***
       *c)    par remise simple*

**The documents referred to in the request have been delivered to:**
*Les documents mentionnés dans la demande ont été remis à:*
- **(identity and description of person)**
- *(identité et qualité de la personne)* _____
_____
- **relationship to the addressee (family, business or other):**
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2)    **that the document has not been served, by reason of the following facts*:**
*2.    que la demande n'a pas été exécutée, en raison des faits suivants:*
_____ The addressee refused to accept the documents _____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**LIST OF DOCUMENTS:** Summary of the Document to be Served, Summons in a Civil Action (Supplement to Amended Class Action Complaint), Order, Amended Class Action Complaint, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____
_____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*
_____
_____
_____

Done at
*Fait à* _Beijing_ , the
*le* _June 27, 2011_

**Signature and/or stamp.**
*Signature et/ou cachet.*

\*    **Delete if inappropriate.**
     *Rayer les mentions inutiles.*

2

中 华 人 民 共 和 国
司 法 部
民商事司法协助专用章

## Statement Regarding the Matter of Entrusted Service in Accordance with Shaanxi Province Superior People's Court to serve Supreme People's Court Law Association No. [2011] 36 Paper

In February 2011 this court received from Shaanxi Province Superior People's Court No. [2011] 36 Paper of the Supreme People's Court Law Association regarding the service of foreign-related legal documents via judicial assistance on Taishan Gypsum Building Material Co,. Ltd. Lucheng Branch.

On February 23, the head of this court ordered a bailiff brigade member of this court to serve the Supreme People's Court Law Association No. [2011] 376 Paper on Taishan Gypsum Building Material Co,. Ltd. Lucheng Branch. The leading official of the said company Mr. Peng Shiliang asked the financial accountant of the company to contact the court staff. The accountant acknowledged the matter, but said their company is only a branch which has no right to accept and sign any legal document. This is to inform you that we are now returning the foreign-related legal documents to you.

[Seal]  Lucheng City People's Court

Lucheng City People's Court

March 9, 2011

Note:  Law Association No. (2011) 376, non-service reason as above.

# 关于山西省高级人民法院委托我院送达最高人民法院
## 法协【2011】36 号函的情况说明

　　2011 年 2 月，我院办公室收到山西省高级人民法院关于最高人民法院法协【2011】36 号函，向潞城市泰山石膏建材有限公司送达涉外协助法律文书。

　　2 月 23 日，院领导交我院法警大队送达最高人民法院法协【2011】376 号函，泰山石膏建材有限公司潞城市分公司负责人朋世亮委托其单位财务会计与我院人员接洽，表示了解此事但因泰山石膏建材有限公司潞城市分公司是分公司无权签收。故函告你院，并退回涉外协助法律文书。

注：法协（2011）376号 原因同上.

# 山 西 省 高 级 人 民 法 院

SX-11-27

晋法协[2011] 0号

最高人民法院外事局:

贵院法协[2011] 316 号关于请求向当事人 潞城 市泰山

石膏建材有限公司　　　　　　　　　　送达法律文书一事,业已

经 山西潞城市人民　　　　　　　　　　法院将该法律文书

送达有关当事人/因 该公司以无权签收为由拒收 原因未

能送达,现将送达回证附后/将所附材料退回,请查收。

中华人民共和国
山西省高级人民法院
司法协助专用章

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND
UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

## REQUEST

*SX-10-2016*

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*

*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile
ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant*<br><br>Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota  55439-3122<br>U.S.A.<br>Tel. 952.831.7776    Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | Address of receiving authority<br>*Adresse de l'autorité destinataire*<br><br>Ministry of Justice<br>Department of Judicial Assistance and Foreign Affairs<br>Division of Judicial Assistance<br>No 6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>100020<br>China |
|---|---|

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-
mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant
conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

(identité et adresse)   Taishan Gypsum Co., Ltd. formerly known as Shandong Taihe Dongxin Co., Ltd.
Dawenkou Daiyue District, Taian, Shandong 271026, China

Tel:

[X] (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    a)   *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    b)   *selon la forme particulière suivante (article 5, alinéa premier, lettre b):* _____

_____

[ ] (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    c)   *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided
on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

--Summons in a Civil Action (Complaint in
Intervention)
--Plaintiff, Mary Anne Benes' Substituted and
Amended Omnibus Class Action Complaint in
Intervention (III)
--Exhibits "A" - "C"
--Schedules 1 - 3
--Translations
--Summary of the Document to be Served

Done at
*Fait à* Minneapolis, Minnesota, U.S.A.                    , the
                                                          *le* 12/17/10

Signature and/or stamp.
*Signature et/ou cachet.*



(Formerly OBD-116 which was formerly LAA-116,        USM-94
both of which may still be used)
                                                    (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

证 明

# CERTIFICATE

根据公约第六条，签署本证明书的机关荣幸地证明：
The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,

1、文书已予送达* 1.that the document has been served*

—日期：the (date) _____

—地点(城镇、街、号)：at (place, street, number) _____

_____

—采用的第五条所规定的送达方法为：in one of the following methods authorized by article 5:

①依公约第五条第一款(一)项的规定。* a)in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*

②依下述特定方法：* b)in accordance with the following particular method*: _____

_____

③交付给自愿接受的收件人。* c)by delivery to the addressee, who accepted it voluntarily*.

请求书中所列文书已经交付给：The documents referred to in the request have been delivered to:

—(收件人身份和说明)：(identity and description of person) _____

_____

—与受送达人的关系(家庭、业务及其它)：relationship to the addressee (family, business or other): _____

_____

2、由于下列事实文书未能送达* : 2. that the document has not been served, by reason of the following facts*:

*The addressee refused to accept the documents*

_____

按照公约第十二条第二款，请申请者支付或补偿后附说明中开列的费用 * In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

附件 Annexes

退还的文书：Documents returned: _____

_____

_____

适当时，确认送达的文件：
In appropriate cases, documents establishing the service:

制于　　　　年　月　日
Done at *Beijing July 11* 2011

签名和（或）盖章
Signature and / or stamp.

_____

_____

*如不适用，则请删去。
*Delete if inappropriate.

# SHANDONG PROVINCE SUPERIOR PEOPLE'S COURT

*Judicial Association No. SX-10-2016*
*Shandong Superior Court*
*Receiving No. (2011)21*

The Supreme People's Court Foreign Affairs Bureau:

Regarding the request made by your Court's Law Association document No. [2011] 17 to serve the legal proceedings on <u>Taishan Gypsum Co., Ltd. (f/k/a Shandong Taihe Dongxin Co., Ltd.)</u> as requested by the United States, this is to inform you that Shandong Province Tai'an City Intermediate People's Court attempted to serve the said legal documents but failed due to the fact the named recipient refused to accept the same. We are now returning the attached legal materials to you.

[Seal]

Shandong Province
Superior People's Court
Foreign Affairs Office

June 30, 2011

# 山东省高级人民法院

SX-10-2016

鲁高法协受 (2011) 21 号

最高人民法院外事局:

贵院法协 [2011] 17 号关于_____美国_____请求向

泰山石膏有限公司 (原 "山东泰和东新股份有限公司")

送达法律文书一事, 业已经_____山东省泰安市中级人民法院_____

将该法律文书进行了送达, 因_____受送达人拒绝接收_____

_____原因未能成功送达, 现将所附材料退回, 请查收。



201□年6月□□日
外事办公室

# 送达情况说明

山东省高级人民法院：

　　我院收到贵院(2011)鲁高法协受第 21 号函后，由我院司法协助专办员仉磊于 2011 年 6 月 21 日电话通知（０５３８－８８１１０７９）<u>泰山石膏股份有限公司（Taishan Gypsum Co.,Ltd.）</u>到我院领取受送达法律文书，该公司维权部卓姓经理答复，拒绝接收该函所附法律文书，并拒绝说明拒收原因。故我院将上述法律文书作退回处理。

　　特此说明。



二○一一年六月二十一日

# 山东省泰安市中级人民法院函

泰中法函〔2011〕12 号

山东省高级人民法院：

　　贵院（2011）鲁高法协受第 21 号关于请求向泰山石膏有限公司（Taishan Gypsum Co.,Ltd.）前称山东泰和东新有限公司地址山东省泰安市大汶口镇送达法律文书一事，因 该公司拒绝接收所送达文书，未能送达，现将所附材料退回，请查收。



二〇一一年六月二十一日

（院印）

# TTP

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Virginia

## REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

### DEMANDE
### *AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
### *D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile
ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| | |
|---|---|
| **Identity and address of the applicant**<br>*Identité et adresse du requérant*<br><br>**Glenda E. Fichtner**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota  55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776      Fax: 952.831.8150**<br>**Email: GEF@CivilActionGroup.com** | **Address of receiving authority**<br>*Adresse de l'autorité destinataire*<br><br>**Ministry of Justice**<br>**International Legal Cooperation Center (ILCC)**<br>**6, Chaoyangmen Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**P.C. 100020**<br>**People's Republic of China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

(identité et adresse)       Taian Taishan Plasterboard Co., Ltd.

Beixixiao Village,  Dawenkou,  Taian,  Shandong, China  271026

[X] (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
     a)    *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
     b)    *selon la forme particulière suivante (article 5, alinéa premier, lettre b):* _____

[ ] (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
     c)    *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes* -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

1. Summary of the Document to be Served
2. Summons in a Civil Action with attached Plaintiffs
   & Defendants List
3. Civil Cover Sheet
4. Plaintiffs' Class Action Complaint with attached
   Exhibit "A"
5. Translations

Done at
*Fait à*        Minneapolis, Minnesota, U.S.A.          , the
                                                        *le*   3/29/2013

Signature and/or stamp.
*Signature et/ou cachet.*

*Glenda Fichtner*

(Formerly OBD-116 which was formerly LAA-116,
both of which may still be used)

USM-94
(Est. 11/22/77)

\* Delete if inappropriate.
. *Rayer les mentions inutiles.*

Case Name: Amorin (VA)   v.   Taishan Gypsum Co., Ltd.
Defendant:   Taian Taishan Plasterboard Co., Ltd.
Court Case No.: 2:11-cv-377

## CERTIFICATE
### ATTESTATION

2013-SXS-553

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)   **that the document has been served***
*1.   que la demande a été exécutée*
   - the (date)
   *- le (date)* _____
   - at (place, street, number) _____
   *- à (localité, rue numéro)* _____
   _____

   - in one of the following methods authorised by article 5-
   *- dans une des formes suivantes prévues à l'article 5:*
   [ ] **(a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.**
   *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
   [ ] **(b)  in accordance with the following particular method*:**
   *b)   selon la forme particulière suivante:* _____

   [ ] **(c)  by delivery to the addressee, who accepted it voluntarily.***
   *c)   par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   *- (identité et qualité de la personne)* _____
   _____

   - relationship to the addressee (family, business or other):
   *- liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2)   **that the document has not been served, by reason of the following facts*:**
*2.   que la demande n'a pas été exécutée, en raison des faits suivants:*
   *The addressee refused to accept the documents.*
   _____
   _____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action with attached Plaintiffs & Defendants List, Civil Cover Sheet, Plaintiffs' Class Action Complaint with attached Exhibit "A", Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____
_____
_____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____
_____

Done at *Beijing*                 , the *August 27, 2013*
*Fait à*                            *, le*

**Signature and/or stamp.**
*Signature et/ou cachet.*

华 人 民 共 和 国
司 法 部
民 商 事 司 法 协 助 专 用 章

*   Delete if inappropriate.
   *Rayer les mentions inutiles.*

2

## Shandong Province Higher People's Court

SX-13-553

Shandong Higher Court Judicial Assistance Processing [2013] 50

Foreign Affairs Bureau of the Supreme People's Court,

In response to your Judicial Assistance [2013] 518 on the __U.S.__ Request to Serve Legal

Documents to Taian Taishan Plasterboard Co., Ltd., Tai'an City Intermediate

People's Court of Shandong Province has tried to serve the legal documents, but the service was

not successful as the addressee refused to accept the documents. Please note that those materials

attached herewith are returned to you.

[Seal affixed: Foreign Affairs Office of Shandong Province Higher People's Court]

August 6, 2013

# 山 东 省 高 级 人 民 法 院

5x-13-553

鲁高法协受 (2013) 50 号

最高人民法院外事局:

    贵院法协 [2013] 518 号关于 <u>美国</u> 请求

向 <u>Taian Taishan Plasterboard Co., Ltd（泰安泰山石</u>

<u>膏板有限公司）</u>

送达法律文书一事,业已经 <u>山东省泰安市中级人民法院</u>

将该法律文书进行了送达, 因 <u>受送达人拒绝接收</u>

原因未能成功送达, 现将所附材料退回, 请查收。



2013 年 8 月 6 日

Tai'an City Intermediate People's Court of Shandong Province

**Statement on Inability to Serve**

Shandong Province Higher People's Court ,

In response to your Shandong Higher Court Judicial Assistance Processing [2013] 50 on the U.S. Request to Serve Legal Documents to <u>Taian Taishan Plasterboard Co., Ltd.</u> service was not successful as <u>Taian Taishan Plasterboard Co., Ltd. refused to accept them</u>.

This statement is hereby made.

Tai'an City Intermediate People's Court of Shandong Province

July 23, 2013
[Seal affixed: Tai'an City Intermediate People's Court of Shandong Province]

# 山东省泰安市中级人民法院

# 未能送达原因说明

山东省高级人民法院：

　　贵院鲁高法协受（2013）50号关于<u>美国</u>请求向 Taian Taishan Plasterboard Co.,Ltd（<u>泰安泰山石膏板有限公司</u>）送达法律文书一事，因 Taian Taishan Plasterboard Co.,Ltd（泰安泰山石膏板有限公司）拒收而未能送达。

　　特此说明。



二O一三年七月二十三日

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND
UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF:  Louisiana

## REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

13-sx5-294

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Diane K. Myers**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota  55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776      Fax: 952.831.8150**<br>**Email: DMyers@CivilActionGroup.com** | **Ministry of Justice**<br>**International Legal Cooperation Center (ILCC)**<br>**6, Chaoyangmen Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**P.C. 100020**<br>**People's Republic of China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-
mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- à l'autorité destinataire les documents ci-dessous énumérés, en la priant*
*conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(identité et adresse)      Taian Taishan Plasterboard Co., Ltd.
Beixiyao Village, Dawenkou, Taian, Shandong, China, 271026

[X]   (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
      a)     *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]   (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
      b)     *selon la forme particulière suivante (article 5, alinéa premier, lettre b);* _____

_____

[ ]   (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
      c)     *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes** -- with a certificate as provided
on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Summary of the Document to be Served
Summons in a Civil Action
Plaintiffs' Class Action Complaint with Exhibit "A"
Translations

Done at _____ , the
Fait à      Minneapolis, Minnesota, U.S.A.      , le    2-28-13

Signature and/or stamp.
*Signature et/ou cachet.*



(Formerly OBD-116 which was formerly LAA-116,          USM-94
both of which may still be used)                       (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles.*

267249-32

Case Name: Amorin (LA) v. Taishan Gypsum Co., Ltd.
Defendant: Taian Taishan Plasterboard Co., Ltd.
Court Case No.: 11-1395

## CERTIFICATE
### *ATTESTATION*

13 — SxS — 294

**The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,**
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

**1)    that the document has been served\***
*I.    que la demande a été exécutée*
        - **the (date)**
        - *le (date)*  _____
        - **at (place, street, number)**
        - *à (localité, rue numéro)*  _____

        - **in one of the following methods authorised by article 5—**
        - *dans une des formes suivantes prévues à l'article 5:*
            [  ]  **(a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention\*.**
                  *a)    selon les formes légales (article 5, alinéa premier, lettre a).*
            [  ]  **(b)   in accordance with the following particular method\*:**
                  *b)    selon la forme particulière suivante:*  _____

            [  ]  **(c)   by delivery to the addressee, who accepted it voluntarily.\***
                  *c)    par remise simple*

**The documents referred to in the request have been delivered to:**
*Les documents mentionnés dans la demande ont été remis à:*
        - **(identity and description of person)**
        - *(identité et qualité de la personne)*  _____

        - **relationship to the addressee (family, business or other):**
        - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:*  _____

**2)    that the document has not been served, by reason of the following facts\*:**
*2.    que la demande n'a pas été exécutée, en raison des faits suivants:*
    The addressee refused to accept the documents.
_____
_____

**In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.**

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**LIST OF DOCUMENTS:** Summary of the Document to be Served,  Summons in a Civil Action, Plaintiffs' Class Action Complaint with Exhibit "A", Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____
_____
_____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____

**Done at** Beijing                        , **the**  June 20, 2013
*Fait à*                                    , *le*

**Signature and/or stamp.**
*Signature et/ou cachet.*

\*    **Delete if inappropriate.**
     *Rayer les mentions inutiles.*

2

中 华 人 民 共 和 国
司 法 部
民 商 事 司 法 协 助 专 用 章

267249-32

# Shandong Province Superior People's Court

*Judicial Association No. SX-13-294*
*Shandong Superior Court*
*Law Association Receipt No. [2013] 43*

Foreign Affairs Bureau, Supreme People's Court:

Regarding the request made by your Court's Law Association No. [2013] 360 document to serve legal documents to **Tai'an Taishan Plasterboard Co., Ltd.**, Shandong Tai'an City Intermediate People's Court has made an attempt to serve the party concerned, but due to the fact that the servee refused to accept the said documents, the service failed. We are now returning the said documents and material to you. Please find them therein.

[Seal]

Shandong Province Superior People's Court
Foreign Affairs Office

May 10, 2013

# 山 东 省 高 级 人 民 法 院

$fx-13-294$

鲁高法协受 (2013) 43 号

最高人民法院外事局:

  贵院法协 [2013] 360 号关于_____美国_____请

求向 **Taian Taishan Plasterboard Co., Ltd**（泰安泰山石

膏板有限公司）

送达法律文书一事, 业已经____山东省泰安市中级人民法院____

将 该 法 律 文 书 进 行 了 送 达 ， 因 ___受 送 达 人 拒 收___

原因未能成功送达，现将所附材料退回，请查收。



2013 年 5 月 10 日

# Tai'an City Intermediate People's Court

Tai'an Intermediate Court Law Association Letter No. [2013] 10

---

### Shandong Province Tai'an City Intermediate People's Court Correspondence

Shandong Province Superior People's Court:

Regarding the request made by your Court's Shandong Superior Court Law Association No (2012) 43 document to serve the legal proceedings on **TAI'AN TAISHAN PLASTERBOARD CO., LTD.** as requested by <u>the United States</u>, this is to inform you that the service failed due to the fact that <u>TAI'AN TAISHAN PLASTERBOARD CO., LTD.</u> refused to accept the said documents, so the service failed. We are now returning the attached legal materials to you. Please find them therein.

[Seal]
Shandong Province
Tai'an City Intermediate People's Court

May 7, 2013

---

Tai'an City Intermediate People's Court Office          Printed on May 7, 2013

---

# 泰安市中级人民法院

泰中法函〔2013〕10号

## 山东省泰安市中级人民法院函

山东省高级人民法院：

贵院鲁高法协受(2013)43号关于美国请求向 Taian Taishan Plasterboard Co., Ltd（泰安泰山石膏板有限公司）送达法律文书一事，因 Taian Taishan Plasterboard Co., Ltd（泰安泰山石膏板有限公司）拒收原因未能送达，现将所附材料退回，请查收。



2013 年 5 月 日

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND
UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Florida

# REQUEST

# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*

*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

12-SX5-28

| | |
|---|---|
| **Identity and address of the applicant**<br>*Identité et adresse du requérant*<br><br>**Jeff J. Karsten**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota  55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776      Fax: 952.831.8150**<br>**Email: JKarsten@CivilActionGroup.com** | **Address of receiving authority**<br>*Adresse de l'autorité destinataire*<br><br>**Ministry of Justice**<br>**International Legal Cooperation Center (ILCC)**<br>**6, Chaoyangmen Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**P.C. 100020**<br>**People's Republic of China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-
mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
    (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant*
*conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

(identité et adresse)    Taian Taishan Plasterboard Co., Ltd.
                        Beixiyao Village, Dawenkou, Taian, Shandong, China, 271026

[X]  (a)    in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
     *a)*    *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)    in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
     *b)*    *selon la forme particulière suivante (article 5, alinéa premier, lettre b):*_____

[ ]  (c)    by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
     *c)*    *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided
on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exempl___ ___ ___ -- et d___ ___ ___ ___ ___ ___ant au verso.*

List of documents
*Enumération des pièces*

Summary of the Document to be Served
Summons in a Civil Action
Plaintiffs' Class Action Complaint with Exhibit "A"
Civil Cover Sheet
Translations

Done at    **APS INTERNATIONAL**
*Fait à*    **APS International Plaza**
         **7800 Glenroy Road**
         **Minneapolis, MN 55439**
         Minneapolis, Minnesota, U.S.A.,    le    27 DEC 2012

Signature and/or stamp.
*Signature et/ou cachet.*

(Formerly OBD-116 which was formerly LAA-116,        USM-94
both of which may still be used)                    (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

266532-0032

Case Name: Amorin (FL) v. Taishan Gypsum Co., Ltd.
Defendant: Taian Taishan Plasterboard Co., Ltd.
Court Case No.: 1:11-cv-22408-MGC

13-SXS-28

## CERTIFICATE
### *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)   that the document has been served*
*1.   que la demande a été exécutée*
      - the (date)
      *- le (date)* _____
      - at (place, street, number)
      *- à (localité, rue numéro)* _____

      - in one of the following methods authorised by article 5-
      *- dans une des formes suivantes prévues à l'article 5:*
        [ ]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
           *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
        [ ]  (b)  in accordance with the following particular method*:
           *b)   selon la forme particulière suivante:* _____

        [ ]  (c)  by delivery to the addressee, who accepted it voluntarily.*
           *c)   par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
      - (identity and description of person)
      *- (identité et qualité de la personne)* _____

      - relationship to the addressee (family, business or other):
      *- liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2)   that the document has not been served, by reason of the following facts*:
*que la demande n'a pas été exécutée, en raison des faits suivants:*
The company refused to accept the documents.

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action, Plaintiffs' Class Action Complaint with Exhibit "A", Civil Cover Sheet, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at  Beijing _____ , the  June 25, 2013
*Fait à* _____ , *le*

Signature and/or stamp.
*Signature et/ou cachet.*

2

266532-0032

*  Delete if inappropriate.
  *Rayer les mentions inutiles.*

# Tai'an City Intermediate People's Court

Tai'an Intermediate Court Law Association Letter No. [2013] 6

---

## Shandong Province Tai'an City Intermediate People's Court Correspondence

Shandong Province Superior People's Court:

Regarding the request made by your Court's Shandong Superior Court Law Association No (2013) 28 document to serve the legal proceedings on **Tai'an Taishan Plasterboard Co., Ltd.** as requested by the United States, this is to inform you that the service failed due to the fact that Tai'an Taishan Plasterboard Co., Ltd. refused to accept the said documents. We are now returning the attached legal materials to you. Please find them herein.

[Seal]
Shandong Province
Tai'an City Intermediate People's Court

May 7, 2013

---

Tai'an City Intermediate People's Court Office                    Printed on May 7, 2013

---

# 泰安市中级人民法院

泰中法函〔2013〕6号

## 山东省泰安市中级人民法院函

山东省高级人民法院：

贵院鲁高法协受(2013)28号关于<u>美国</u>请求向<u>Taian Taishan Plasterboard Co., Ltd（泰安泰山石膏板有限公司）</u>送达法律文书一事，因 <u>Taian Taishan Plasterboard Co., Ltd（泰安泰山石膏板有限公司）拒收</u>原因未能送达，现将所附材料退回，请查收。



泰安市中级人民法院
2013 年 5 月 7 日

— 1 —

# Shandong Province Superior People's Court

Judicial Association No. *SX-13-28*
Shandong Superior Court Law Association
Receipt No. [2013] 28

Foreign Affairs Bureau, Supreme People's Court:

Regarding the request made by your Court's Law Association No. [2013] 183 document to serve legal instruments to **Tai'an Taishan Plasterboard Co., Ltd.** as entrusted by the United States, this is to inform you that the Shandong Province Taian City Intermediate People's Court made an attempt to serve the said legal instruments, but due to the fact that the servee refused to accept the said instruments, the service failed. We are now returning the attached materials to you. Please find them herein.

[Seal]

Shandong Province Superior People's Court
Foreign Affairs Office

May 10, 2013

# 山东省高级人民法院

鲁高法协受 (2013) 28 号

SK-13-28

最高人民法院外事局：

　　贵院法协 [2013] 183 号关于＿＿＿美国＿＿＿＿＿＿请求向 **Taian Taishan Plasterboard Co., Ltd** (音译：泰安泰山石膏板有限公司)

送达法律文书一事,业已经＿＿山东省泰安市中级人民法院＿＿将该法律文书进行了送达，因＿＿受送达人拒收＿＿原因未能成功送达，现将所附材料退回，请查收。



2013 年 5 月 10 日

# BNBM

US

# BEIJING SUPERIOR PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Beijing Superior People's Court]

Judicial Association No. SX-10-86

| Cause of Action | | Cause No. | Law Association No. (2010) 196 |
|---|---|---|---|
| Document Served and Number | Summary of Documents, one copy<br>Complaint, one copy | Summons, one copy<br>Document, one copy | |
| Recipient | Beijing New Building Material (Group) Co., Ltd. (BNBW) | | |
| Address for Service | No. 16, West Building Material City Road, West San Qi, Hai Dian District, (Beijing, China). | | |
| Recipient Signature or Seal | | | |
| Recipient in substitution and reason(s) | | | |
| Notes | United States.   With translation       Refuse to accept. | | |

Issuer:  Chen, Xin                                          Servers:  Zhu, Cheng Fu      Li, Qing
                                                                                                  Feb. 25, 2010

Note:
 (1)  The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §57; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
(2)  In case of receiving by substitution, the substitution recipient should sign and seal the document, and note the relationship with the servee, and the reason(s) for substitution.
(3)  This Proof of Service applies to Hong Hong and Macao districts.

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND
UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF:  Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| *Identité et adresse du requérant* | *Adresse de l'autorité destinataire* |
| **Josh R. Cobb** | **Ministry of Justice** |
| **APS INTERNATIONAL, LTD** | **Department of Judicial Assistance and Foreign Affairs** |
| **APS International Plaza** | **Division of Judicial Assistance** |
| **7800 Glenroy Road** | **10, Chaoyangmen, Nandajie** |
| **Minneapolis, Minnesota  55439-3122** | **Chaoyang District** |
| **U.S.A.** | **Beijing** |
| **Tel. 952.831.7776       Fax: 952.831.8150** | **100020** |
| **Email: JCobb@CivilActionGroup.com** | **China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-
mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
   (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant*
*conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

   *(identité et adresse)*        Beijing New Building Materials Public Limited Company (BNBM)
            No. 16, West Road Jiancaicheng, Xisanqi, Haidian District, Beijing 100096, China
         Tel:

[X]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
     *a)    selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
     *b)    selon la forme particulière suivante (article 5, alinéa premier, lettre b);*_____

[ ]  (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
     *c)    le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided
on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

| | |
|---|---|
| Class Action Complaint | Done at |
| Summons in a Civil Action | *Fait à* Minneapolis, Minnesota, U.S.A. , the / 3 / 0 |
| Translations | |
| Summary of the Document to be Served | |

Signature and/or stamp.
*Signature et/ou cachet.*



APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

(Formerly OBD-116 which was formerly LAA-116,        USM-94
both of which may still be used)                          (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

Case Name:  Gross  v.  Knauf Gips, KG
Defendant:  Beijing New Building Materials Public Limited Company (BNBM)
Court Case No.:  09-6690

## CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

**1)**    **that the document has been served\***
*1.*    *que la demande a été exécutée*
        - **the (date)**
        - *le (date)* _____
        - **at (place, street, number)**
        - *à (localité, rue numéro)* _____

        - **in one of the following methods authorised by article 5-**
        - *dans une des formes suivantes prévues à l'article 5:*
        [ ]  **(a)**  **in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention\*.**
            *a)*    *selon les formes légales (article 5, alinéa premier, lettre a).*
        [ ]  **(b)**  **in accordance with the following particular method\*:**
            *b)*    *selon la forme particulière suivante:* _____

        [ ]  **(c)**  **by delivery to the addressee, who accepted it voluntarily.\***
            *c)*    *par remise simple*

**The documents referred to in the request have been delivered to:**
*Les documents mentionnés dans la demande ont été remis à:*
        - **(identity and description of person)**
        - *(identité et qualité de la personne)* _____

        - **relationship to the addressee (family, business or other):**
        - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

**2)**    **that the document has not been served, by reason of the following facts\*:**
*2.*    *que la demande n'a pas été exécutée, en raison des faits suivants:*
    *the addressee refused to accept the documents*
_____
_____

**In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.**

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**LIST OF DOCUMENTS:** Summary of the Document to be Served,  Class Action Complaint, Summons in a Civil Action, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____
_____
_____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____
_____

**Done at** *Beijing* , **the** April 23rd, 2010
*Fait à* _____ , *le* _____

**Signature and/or stamp.**
*Signature et/ou cachet.*

人 民 共 和 国
司 法 部
司法协助专用章

  **\***  Delete if inappropriate.
     *Rayer les mentions inutiles.*

2

Judicial Association No. SX-1299

# BEIJING SUPERIOR PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Beijing Superior People's Court]

| Cause of Action | | Cause No. | Law Association No. (2010) 1186 |
|---|---|---|---|
| Document Served and Number | Summary of Documents, one copy<br>Complaint, one copy | Summons, one copy<br>Document, one copy | |
| Recipient | Beijing New Building Material (Group) Co., Ltd. (BNBW) | | |
| Address for Service | No. 16, West Building Material City Road, West San Qi, Hai Dian District, (Beijing, China). | | |
| Recipient Signature or Seal | | | |
| Recipient in substitution and reason(s) | | | |
| Notes | United States.    With translation | Refuse to accept. | |

Issuer: Chen, Xin                                        Servers: Ma, Jia Guo    Gu, Zhi Qiang
                                                                                       Aug. 25, 2010

Note:
 (1) The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §57;
the service of documents in civil actions and administrative documents is executed in accordance with Civil
Proceeding Code §78 and §79.
(2) In case of receiving by substitution, the substitution recipient should sign and seal the document, and
note the relationship with the servee, and the reason(s) for substitution.
(3) This Proof of Service applies to Hong Hong and Macao districts.

2nd Service Attempt    Server: Wang, Bao Wei    Jia, Ding
                                                               Nov. 11, 1020

3rd Service Attempt    Server: Tang, Ding    Wang, Bao Wei
                                                               Nov. 25, 2010

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF:  Louisiana

## REQUEST   NX-10-1299

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant *Identité et adresse du requérant* | Address of receiving authority *Adresse de l'autorité destinataire* |
|---|---|
| **Josh R. Cobb** **APS INTERNATIONAL, LTD** **APS International Plaza** **7800 Glenroy Road** **Minneapolis, Minnesota  55439-3122** **U.S.A.** **Tel. 952.831.7776      Fax: 952.831.8150** **Email: JCobb@CivilActionGroup.com** | **Ministry of Justice** **Department of Judicial Assistance and Foreign Affairs** **Division of Judicial Assistance** **10, Chaoyangmen Nandajie** **Chaoyang District** **Beijing** **100020** **China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- à l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

(identité et adresse)    Beijing New Building Materials Public Limited Co.
No. 16 West Road, Jiancaicheng Xisanqi,  Haidian District, Beijing, China, 100096
Tel:

[X]  (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
a)   *selon les formes légales (article 5, alinéa premier, lettre a).*

[ ]  (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
b)   *selon la forme particulière suivante (article 5, alinéa premier, lettre b):*

[ ]  (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
c)   *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

--Summons in a Civil Action
--Plaintiffs'   Amended   Omnibus   Class   Action
Complaint (II)
--Exhibits "A" - "C"
--Schedule 1
--Schedule 2
--Schedule 3
--Schedule 4
--Translations
--Summary of the Document to be Served

Done at  Minneapolis, Minnesota, U.S.A. , the  7/29/10
*Fait à*                                                          *le*

Signature and/or stamp.
*Signature et/ou cachet.*

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

(Formerly OBD-116 which was formerly LAA-116,          USM-94
both of which may still be used)                                    (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

Case Name: Wiltz v. Beijing New Building Materials Public Limited Co.
Defendant: Beijing New Building Materials Public Limited Co.
Court Case No.: 10-361

**CERTIFICATE**
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)    **that the document has been served\***
1.    *que la demande a été exécutée*
       - **the (date)**
       - *le (date)* _____
       - **at (place, street, number)**
       - *à (localité, rue numéro)* _____

       - **in one of the following methods authorised by article 5-**
       - *dans une des formes suivantes prévues à l'article 5:*
          [ ]  **(a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention\*.**
             *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
          [ ]  **(b) in accordance with the following particular method\*:**
             *b)   selon la forme particulière suivante:* _____

          [ ]  **(c) by delivery to the addressee, who accepted it voluntarily.\***
             *c)   par remise simple*

**The documents referred to in the request have been delivered to:**
*Les documents mentionnés dans la demande ont été remis à:*
       - **(identity and description of person)**
       - *(identité et qualité de la personne)* _____

       - **relationship to the addressee (family, business or other):**
       - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2)    **that the document has not been served, by reason of the following facts\*:**
2.    *que la demande n'a pas été exécutée, en raison des faits suivants:*

*Refused*

_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**LIST OF DOCUMENTS:** Summary of the Document to be Served, Summons in a Civil Action, Plaintiffs' Amended Omnibus Class Action Complaint (II), Exhibits "A" - "C", Schedule 1, Schedule 2, Schedule 3, Schedule 4, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____

_____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*

_____

_____

_____

Done at _____
*Fait à* _Beijing_

**Signature and/or stamp.**
*Signature et/ou cachet.*

[Stamp: 中 华 人 民 共 和 国 / 司 法 部 / 民 商 事 司 法 协 助 专 用 章]

\*   **Delete if inappropriate.**
   *Rayer les mentions inutiles.*

2

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*

*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota  55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776     Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | **Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**No 6, Chaoyangmen Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
   **(identity and address)**
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
   *(identité et adresse)*    Beijing New Building Materials Public Limited Company (BNBM)
   No. 16 West Road, Jiancaicheng Xisanqi, Haidian District,  Beijing 100096, China
   Tel:

[X]  (a)  **in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.***
   *a)    selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)  **in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:**
   *b)    selon la forme particulière suivante (article 5, alinéa premier, lettre b);_____*
_____

[ ]  (c)  **by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.**
   *c)    le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

| | |
|---|---|
| --Summons in a Civil Action (Supplement to<br>Amended Class Action Complaint)<br>--Order<br>--Amended Class Action Complaint<br>--Translations<br>--Summary of the Document to be Served | **Done at**<br>*Fait à* Minneapolis, Minnesota, U.S.A.    , the  1/26/12<br>                                 *le*<br><br>**Signature and/or stamp.**<br>*Signature et/ou cachet.*<br><br>APS INTERNATIONAL<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, MN 55439 |

(Formerly OBD-116 which was formerly LAA-116,          USM-94
both of which may still be used)                                 (Est. 11/22/77)

*  Delete if inappropriate.
, *Rayer les mentions inutiles*

Case Name:  Gross  v.  Knauf Gips KG   [ Supplement
Defendant:  Beijing New Building Materials Public Limited Company (BNBM)        Document 13775    Filed 04/17/12   Page 2 of 4
Court Case No.:  09-6690

58-11-223

### CERTIFICATE
### *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)    **that the document has been served***
*I.     que la demande a été exécutée*
- the (date)
- *le (date)* _____
- at (place, street, number)
- *à (localité, rue numéro)* _____

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*
    [  ]  **(a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.**
        *a)     selon les formes légales (article 5, alinéa premier, lettre a).*
    [  ]  **(b)  in accordance with the following particular method*:**
        *b)     selon la forme particulière suivante:* _____

    [  ]  **(c)   by delivery to the addressee, who accepted it voluntarily.***
        *c)     par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person)
- *(identité et qualité de la personne)* _____

- relationship to the addressee (family, business or other):
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2)    **that the document has not been served, by reason of the following facts*:**
*2     que la demande n'a pas été exécutée, en raison des faits suivants:*

*The addressee refused to accept the documents*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**LIST OF DOCUMENTS**: Summary of the Document to be Served,  Summons in a Civil Action (Supplement to Amended Class Action Complaint), Order, Amended Class Action Complaint, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____

Done at  *Beijing* _____ , the  *June 27, 2011*
*Fait à* _____ , *le*

Signature and/or stamp.
*Signature et/ou cachet.*

*        Delete if inappropriate.
*Rayer les mentions inutiles.*

2

*U.S.*

# BEIJING SUPERIOR PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Beijing Superior People's Court]

*Judicial Association No. SX-11-223*

| | | | |
|---|---|---|---|
| Cause of Action | | Cause No. | Law Association No. (2011) 364 |
| Document Served and Number | Summary of Documents, one copy<br>Complaint, one copy | Summons, one copy<br>Document, one copy | |
| Recipient | Beijing New Building Materials Public Limited Company (BNBM) | | |
| Address for Service | No. 16, West Road, Jiancaicheng Xisanqi, Haidian District, (Beijing, China). | | |
| Recipient Signature or Seal | | | |
| Recipient in substitution and reason(s) | | | |
| Notes | United States.   With translation | | |

Issuer:  Chen, Xin                                    Servers:

Note:
 (1)  The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §51; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
(2)  In case of receiving by substitution, the substitution recipient should sign and seal the document, and note the relationship with the servee, and the reason(s) for substitution.
(3)  This Proof of Service applies to Hong Hong and Macao districts.

*March 22, 2011   The addressee refused to accept the documents.*
*Servers: Jia Ding and Wang Baowei*
*March 29, 2011   The addressee refused to accept the documents.*
*Servers: Li Yonghui and Zhu Chaozheng*

# 北京市高级人民法院
## 送 达 回 证

SX-11-223

| 案　　由 | | 案　　号 | 法协（2011）364 |
|---|---|---|---|
| 送达文书<br>各称和件数 | 文书概要一份<br>诉状一份 | | 传票一份<br>文书一份 |
| 受 送 达 人 | 北新建材股份有限公司（BNBM） | | |
| 送 达 地 址 | 海淀区西三期建材城西路 16 号 | | |
| 受 送 达 人<br>签名或盖章 | | | |
| 代 收 人<br>代 收 理 由 | | | |
| 备　　考 | 美国，有译文 | | |

填发人　陈新　　　　　　　　　　　　　　　送达人

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五　一条的规定办理；送达民事、行政诉讼
　　　　文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
　　（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代理
　　　　由。
　　（3）本《送达回证》适用涉港、澳地区送达。

2011.3.22　抵収　苗门　琚程礼

2011.3.29　抵収　赵微　糠収

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND
UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

## REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

17-5X6-1738

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Jeff J. Karsten**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota 55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776     Fax: 952.831.8150**<br>**Email: JKarsten@CivilActionGroup.com** | **Ministry of Justice**<br>**International Legal Cooperation Center (ILCC)**<br>**6, Chaoyangmen Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**P.C. 100020**<br>**People's Republic of China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-
mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant*
*conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
*(identité et adresse)*

Beijing New Building Materials Public Limited Co.
Long Guan Zhi Ye Plaza, No. 118 West Street, Huilongguan, Changping District, Beijing 102208 China

[X]  (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
     a)    *selon les formes légales (article 5, alinéa premier, lettre a).*
[  ]  (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
     b)    *selon la forme particulière suivante (article 5, alinéa premier, lettre b):*

[  ]  (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
     c)    *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided
on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Summary of the Document to be Served
Summons in a Civil Action
Conditional Transfer Order with attached Schedule
Plaintiffs' Class Action Complaint with Exhibit "A"
Civil Cover Sheet
Translations

Done at
*Fait à*         Minneapolis, Minnesota, U.S.A.        , the
                                                       *le*   11 NOV 2013

Signature and/or stamp.
*Signature et/ou cachet.*

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

(Formerly OBD-116 which was formerly LAA-116,     USM-94
both of which may still be used)
                                                  (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

266532-0088

2013—SXS—1738

Case Name: Amorin (FL) v. Taishan Gypsum Co., Ltd.
Defendant: Beijing New Building Materials Public Limited Co.
Court Case No.: 11-1672 Section L

## CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)   that the document has been served*
*1.   que la demande a été exécutée*
- the (date)
- *le (date)*
- at (place, street, number)
- *à (localité, rue numéro)* _____

_____

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*
[ ]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
    *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)  in accordance with the following particular method*:
    *b)  selon la forme particulière suivante:* _____

_____

[ ]  (c)  by delivery to the addressee, who accepted it voluntarily.*
    *c)  par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person)
- *(identité et qualité de la personne)* _____

- relationship to the addressee (family, business or other):
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2)   that the document has not been served, by reason of the following facts*:
*2.   que la demande n'a pas été exécutée, en raison des faits suivants:*

*The recipient refused to accept the documents.*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served,  Summons in a Civil Action, Conditional Transfer Order with attached Schedule, Plaintiffs' Class Action Complaint with Exhibit "A", Civil Cover Sheet, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____

_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at   Beijing     April 9, 2014
*Fait à*

Signature and/or stamp.
*Signature et/ou cachet.*

_____

_____

\*  Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

266532-0088

# BEIJING SUPERIOR PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Beijing Superior People's Court]

Judicial Association No. SX-13-1738

| Cause of Action | | Cause No. | Law Association No. (2013) 1399 |
|---|---|---|---|
| Document Served and Number | Summary of Documents, one copy<br>Complaint, one copy | Summons, one copy<br>Document, one copy | |
| Recipient | Beijing New Building Materials Public Limited Company | | |
| Address for Service | Long Guan Zhi Ye Plaza, No. 118 West Street, Huilongguan, Changping District, Beijing, (China) . | | |
| Recipient Signature or Seal | | | |
| Recipient in substitution and reason(s) | | | |
| Reasons for Non-Service | Refused to accept. | | |
| Notes | United States.   With translation | | |

Issuer:  Chen, Xin                    Servers:  Jia, Ding        Zhang, Xiao Guang

Note:
 (1) The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §51; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
(2) In case of receiving by substitution, the substitution recipient should sign and seal the document, and note the relationship with the servee, and the reason(s) for substitution.

# 北京市高级人民法院
## 送 达 回 证

SX-13-1738

| 案　　　由 | | 案　号 | 法外（2013）1399 号 |
|---|---|---|---|
| 送达文书<br>各称和件数 | 文书概要一份<br>诉状一份 | | 传票一份<br>文书一份 |
| 受 送 达 人 | Beijing New Building Materials Public Limited Co.<br>北新集团建材股份有限公司 | | |
| 送 达 地 址 | 北京市昌平区回龙观西大街 118 号龙冠置业大厦 | | |
| 受 送 达 人<br>签名或盖章 | | | |
| 代 收 人<br>代 收 理 由 | | | |
| 未 能 送<br>达 理 由 | 拒收. | | |
| 备　　考 | 美国，有译文 | | |

填发人　陈新　　　　　　　　　　　　　　　送达人　贾卜　张继岩

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五　一条的规定办理；送达民事、行政诉讼
　　　　文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
　　（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代理
　　　　由。

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND
UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

13-3x5-1734

| | |
|---|---|
| **Identity and address of the applicant**<br>*Identité et adresse du requérant*<br><br>**Glenda E. Fichtner**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota 55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776      Fax: 952.831.8150**<br>**Email: GEF@CivilActionGroup.com** | **Address of receiving authority**<br>*Adresse de l'autorité destinataire*<br><br>**Ministry of Justice**<br>**International Legal Cooperation Center (ILCC)**<br>**6, Chaoyangmen Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**P.C. 100020**<br>**People's Republic of China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-
mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
      (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant*
*conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
      *(identité et adresse)* _____ Beijing New Building Materials Public Limited Co. _____
Long Guan Zhi Ye Plaza, No. 118 West Street, Huilongguan, Changping District, Beijing, China, 102208

[X]   (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
      *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]   (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
      *b)   selon la forme particulière suivante (article 5, alinéa premier, lettre b);* _____
_____

[ ]   (c) · by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
      *c)   le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided
on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Summary of the Documents to be Served
Summons in a Civil Action
Conditional Transfer Order with attached Schedule
Civil Cover Sheet
Plaintiffs' Class Action Complaint with Exhibit "A"
Translations
_____
_____
_____
_____
_____

Done at
*Fait à*      Minneapolis, Minnesota, U.S.A.,      , the   11 Nov 2013
                                                       *le*

Signature and/or stamp.          APS INTERNATIONAL
*Signature et/ou cachet.*         APS International Plaza
                                  7800 Glenroy Road
                                  Minneapolis, MN 55400

*Glenda Fichtner*

(Formerly OBD-116 which was formerly LAA-116,          USM-94
both of which may still be used)                     (Est. 11/22/77)

\* Delete if inappropriate.
*. Rayer les mentions inutiles*

267247 - 82

2013 −SXS− 1734

Case Name:  Amorin (VA) v.  Taishan Gypsum Co., Ltd.
Defendant:  Beijing New Building Materials Public Limited Co.
Court Case No.:  11-1673 Section L

## CERTIFICATE
### *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)   that the document has been served*
I.   *que la demande a été exécutée*
    - the (date)
    - *le (date)*
    - at (place, street, number)
    - *à (localité, rue numéro)* _____

    - in one of the following methods authorised by article 5-
    - *dans une des formes suivantes prévues à l'article 5:*
      [ ]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
         a)   *selon les formes légales (article 5, alinéa premier, lettre a).*
      [ ]  (b)  in accordance with the following particular method*:
         b)   *selon la forme particulière suivante:* _____

      [ ]  (c)  by delivery to the addressee, who accepted it voluntarily.*
         c)   *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
    - (identity and description of person)
    - *(identité et qualité de la personne)* _____

    - relationship to the addressee (family, business or other):
    - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2)   that the document has not been served, by reason of the following facts*:
2.   *que la demande n'a pas été exécutée, en raison des faits suivants:*

*The recipient refused to accept the documents.*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served,  Summons in a Civil Action, Conditional Transfer Order with attached Schedule, Civil Cover Sheet, Plaintiffs' Class Action Complaint with Exhibit "A", Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____

_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

_____

_____

Done at _____  Beijing 中华人民共和国
*Fait à* _____ _____ *le* APRIL 9, 2014
司法部
Signature and/or stamp.   涉商事司法协助专用章
*Signature et/ou cachet.*

\*   Delete if inappropriate.
*Rayer les mentions inutiles.*

2

267247 - 82

Beijing City Higher People's Court

Proof of Service

[Seal affixed: Beijing City Higher People's Court]

SX-13-1734

| Cause of Action | | Case No. | Judicial Foreign (2013) 1395 |
|---|---|---|---|
| Name and Number of Copies of Documents Served | One Copy of Document Summary       One Copy of Summons   One Copy of Complaint       One Copy of Document | | |
| The Addressee | Beijing New Building Materials Public Limited Co. | | |
| Address for Service | Long Guan Zhi Ye Plaza, No. 118 West Street, Huilongguan, Changping District, Beijing | | |
| Signature or Seal of the Addressee | | | |
| The Addressee's Agent and Reason for such Agency | | | |
| Reason for Unsuccessful Serving | Refusing to accept. | | |
| Remarks | USA, with translations | | |

Issued by: Xin Chen          Servers: Ding Jia, Xiaoguang Zhang   12-23-2013

Note: (1) Service of criminal litigation documents shall be conducted in accordance with Article 51 of the Criminal Procedure Law of the People's Republic of China; service of civil and administrative litigation documents shall be conducted in accordance with or with reference to Articles 78 and 79 of the Civil Procedure Law of the People's Republic of China.

(2) For service of litigation documents to the addressee's agent, the addressee's agent shall indicate his/her relationship with the addressee and the reason for such agency in addition to affixing his/her signature or seal.

# 北京市高级人民法院
## 送 达 回 证

SX-13-1734

| 案 由 | | 案 号 | 法外（2013）1395 号 |
|---|---|---|---|
| 送达文书<br>各称和件数 | 文书概要一份<br>诉状一份 | | 传票一份<br>文书一份 |
| 受 送 达 人 | Beijing New Building Materials Public Limited Co.<br>北新集团建材股份有限公司 | | |
| 送 达 地 址 | 北京市昌平区回龙观西大街 118 号龙冠置业大厦 | | |
| 受 送 达 人<br>签名或盖章 | | | |
| 代 收 人<br>代 收 理 由 | | | |
| 未 能 送<br>达 理 由 | 拒收. | | |
| 备 考 | 美国，有译文 | | |

填发人　陈新　　　　　　　　　　　　　送达人 贾下 纸昌完· 2013.12.23

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五　一条的规定办理；送达民事、行政诉讼
　　　文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
　　（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理
　　　由。

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OR THE STATE OF: Louisiana

# REQUEST

# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

## DEMANDE
## AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
## D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

13-SxS-1741

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Diane K. Myers**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota  55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776    Fax: 952.831.8150**<br>**Email: DMyers@CivilActionGroup.com** | **Ministry of Justice**<br>**International Legal Cooperation Center (ILCC)**<br>**6, Chaoyangmen Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**P.C. 100020**<br>**People's Republic of China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
    (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
    *(identité et adresse)*    Beijing New Building Materials Public Limited Co.

Long Guan Zhi Ye Plaza, No. 118 West Street, Huilongguan, Changping District, Beijing, China, 102208

[X] (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a)    selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *b)    selon la forme particulière suivante (article 5, alinéa premier, lettre b):_____*
_____

[ ] (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    *c)    le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

| Summary of the Document to be Served<br>✓Summons in a Civil Action    传 票 人 诉<br>✓Plaintiffs' Class Action Complaint with Exhibit "A"<br>✓Translations    以    证<br>资 诉 并 供 状 其 部 寄 实 | Done at<br>*Fait à*    Minneapolis, Minnesota, U.S.A.    , the 11 NOV 2013<br>*le*<br><br>Signature and/or stamp.<br>*Signature et/ou cachet.*<br><br>*Diana K Myers*<br>(Formerly OBD-116 which was formerly LAA-116,    USM-94<br>both of which may still be used)    (Est. 11/22/77) |

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

* Delete if inappropriate.
. *Rayer les mentions inutiles*

267249 - 97

2013 - SXS - 1741

Case Name:  Amorin (LA)  v.  Taishan Gypsum Co., Ltd.
Defendant -  Beijing New Building Materials Public Limited Co.

Court Case No.:  11-1395

# CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)   that the document has been served*
*1.   que la demande a été exécutée*
- the (date)
- *le (date)* _____
- at (place, street, number)
- *à (localité, rue numéro)* _____

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*
   [ ] (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
     *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
   [ ] (b)  in accordance with the following particular method*:
     *b)   selon la forme particulière suivante:* _____

   [ ] (c)  by delivery to the addressee, who accepted it voluntarily.*
     *c)   par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person)
- *(identité et qualité de la personne)* _____

- relationship to the addressee (family, business or other):
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2)   that the document has not been served, by reason of the following facts*:
*2.   que la demande n'a pas été exécutée, en raison des faits suivants:*

*The recipient refused to accept the documents.*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served,  Summons in a Civil Action, Plaintiffs' Class Action Complaint with Exhibit "A", Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____

_____

Done at _____ Beijing _____ the _____ April 9, 2014
*Fait à*

Signature and/or stamp
*Signature et/ou cachet.*

_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

_____

_____

\*   Delete if inappropriate.
   *Rayer les mentions inutiles.*

2

267249 - 97

Beijing City Higher People's Court

Proof of Service

[Seal affixed: Beijing City Higher People's Court]

| Cause of Action | | Case No. | SX-13-1741 Judicial Foreign (2013) 1452 |
|---|---|---|---|
| Name and Number of Copies of Documents Served | One Copy of Document Summary   One Copy of Summons | | |
| | One Copy of Complaint   One Copy of Document | | |
| The Addressee | Beijing New Building Materials Public Limited Co. | | |
| Address for Service | Long Guan Zhi Ye Plaza, No. 118 West Street, Huilongguan, Changping District, Beijing | | |
| Signature or Seal of the Addressee | | | |
| The Addressee's Agent and Reason for such Agency | | | |
| Reason for Unsuccessful Serving | Refusing to accept. | | |
| Remarks | USA, with translations | | |

Issued by: Xin Chen
Servers: Ding Jia, Xiaoguang Zhang   12-23-2013

Note: (1) Service of criminal litigation documents shall be conducted in accordance with Article 51 of the Criminal Procedure Law of the People's Republic of China; service of civil and administrative litigation documents shall be conducted in accordance with or with reference to Articles 78 and 79 of the Civil Procedure Law of the People's Republic of China.

(2) For service of litigation documents to the addressee's agent, the addressee's agent shall indicate his/her relationship with the addressee and the reason for such agency in addition to affixing his/her signature or seal.

# 北京市高级人民法院
## 送　达　回　证

SX-13-1741

| 案　　由 | | 案　号 | 法外（2013）1452 号 |
|---|---|---|---|
| 送达文书<br>名称和件数 | 文书概要一份<br>诉状一份 | | 传票 一份<br>文书一份 |
| 受送达人 | Beijing New Building Materials Public Limited Co.<br>北新集团建材股份有限公司 | | |
| 送达地址 | 北京市昌平区回龙观西大街 118 号龙冠置业大厦 | | |
| 受送达人<br>签名或盖章 | | | |
| 代收人<br>代收理由 | | | |
| 未能送<br>达理由 | 拒收. | | |
| 备　考 | 美国，有译文 | | |

填发人　陈新　　　　　　　　　　　　送达人 贾下. 张昆完. 2013.12.23

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五　一条的规定办理；送达民事、行政诉讼
　　　　文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
　　（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理
　　　　由。

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND
UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Florida

## REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*

*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant *Identité et adresse du requérant* | Address of receiving authority *Adresse de l'autorité destinataire* |
|---|---|
| **Jeff J. Karsten**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota 55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776     Fax: 952.831.8150**<br>**Email: JKarsten@CivilActionGroup.com** | **Ministry of Justice**<br>**International Legal Cooperation Center (ILCC)**<br>**6, Chaoyangmen Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**P.C. 100020**<br>**People's Republic of China** |

12-5x5-10

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- à l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(identité et adresse) ____ Taishan Gypsum Co., Ltd., formerly known as Shandong Taihe Dongxin Co., Ltd.

Dawenkou Daiyue District, East of National Road 104, 25 KM South, Tai'an City, Shandong, China, 271000

[X] (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    a)   *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    b)   *selon la forme particulière suivante (article 5, alinéa premier, lettre b);* ____

[ ] (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    c)   *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes* -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Summary of the Document to be Served
Summons in a Civil Action
Plaintiffs' Class Action Complaint with Exhibit "A"
Civil Cover Sheet
Translations

Done at
*Fait à*  Minneapolis, Minnesota, U.S.A.     , the
                                              , le  27 DEC 2012

Signature and/or stamp.
*Signature et/ou cachet.*



APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

(Formerly OBD-116 which was formerly LAA-116,
both of which may still be used)                    USM-94
                                                    (Est. 11/22/77)

* Delete if inappropriate.
*Rayer les mentions inutiles*

266532-0043

Case Name: Amorin (FL) v. Taishan Gypsum Co., Ltd.
Defendant: Taishan Gypsum Co., Ltd., formerly known as Shandong Taihe Dongxin Co., Ltd.
Court Case No.: 1:11-cv-22408-MGC

13- SXS - 10

## CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)     that the document has been served*
*1.     que la demande a été exécutée*
- the (date) _____
- *le (date)* _____
- at (place, street, number) _____
- *à (localité, rue numéro)* _____

- in one of the following methods authorised by article 5-
*- dans une des formes suivantes prévues à l'article 5:*
[ ]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
     *a)     selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)  in accordance with the following particular method*:
     *b)     selon la forme particulière suivante:*
_____
[ ]  (c)  by delivery to the addressee, who accepted it voluntarily.*
     *c)     par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person) _____
- *(identité et qualité de la personne)* _____

- relationship to the addressee (family, business or other): _____
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2)     that the document has not been served, by reason of the following facts*:
*que la demande n'a pas été exécutée, en raison des faits suivants:*
The addressee refused to accept the documents.
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action, Plaintiffs' Class Action Complaint with Exhibit "A", Civil Cover Sheet, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*
_____

In appropriate cases, documents establishing the service:     Done at  Beijing  , the June 25, 2013
*le cas échéant, les documents justificatifs de l'exécution:*     *Fait à _____ , le _____*

Signature and/or stamp.
*Signature et/ou cachet.*

**Delete if inappropriate.**
*Rayer les mentions inutiles.*

2

中 华 人 民 共 和 国
司 法 部
民 商 事 司 法 协 助 专 用 章

266532-0043

---

### Shandong Province Higher People's Court

SX-13-10
Shandong Higher Court Judicial Assistance Processing [2013] 22

Foreign Affairs Bureau of the Supreme People's Court,

In response to your Judicial Assistance [2013] 156 on the U.S. Request to Serve Legal Documents to Taishan Gypsum Co., Ltd., formerly known as Shandong Taihe Dongxin Co., Ltd., Taian City Intermediate People's Court of Shandong Province tried to serve said legal documents but was not successful as the addressee refused to accept them. Please note that those materials are hereby returned to you.

[Seal affixed: Foreign Affairs Office of Shandong Province Higher People's Court]

May 10, 2013

---

## Taian City Intermediate People's Court

Taian Intermediate Court Letter [2013] 3

Letter of Taian City Intermediate People's Court of Shandong Province

Shandong Province Higher People's Court,

Your Shandong Higher Court Judicial Assistance Processing (2013) 22 on the U.S. Request to Serve Legal Documents to Taishan Gypsum Co., Ltd., formerly known as Shandong Taihe Dongxin Co., Ltd., Taian City Intermediate People's Court of Shandong Province tried to serve said legal documents but was not successful as the addressee refused to accept them. Please note that those materials are hereby returned to you.

Taian City Intermediate People's Court

May 7, 2013

[Seal affixed: Taian City Intermediate People's Court of Shandong Province]

-1-

# 山东省高级人民法院

SX13-10

鲁高法协受 (2013) 22 号

最高人民法院外事局：

　　贵院法协 [2013] 156 号关于＿＿＿美国＿＿＿＿请求向 Taishan Gypsum Co.,Ltd, formerly known as Shandong Taihe Dongxin Co.,Ltd（泰山石膏有限公司，原山东泰和东新股份有限公司）＿＿＿＿＿送达法律文书一事,业已经＿＿山东省泰安市中级人民法院＿＿将该法律文书进行了送达，因＿＿受送达人拒收＿＿原因未能成功送达，现将所附材料退回，请查收。



2013 年 月 日

# 泰安市中级人民法院

泰中法函〔2013〕3号

## 山东省泰安市中级人民法院函

山东省高级人民法院：

贵院鲁高法协受（2013）22 号关于美国请求向 Taishan Gypsum Co.,Ltd, formerly known as Shandong Taihe Dongxin Co.,Ltd（泰山石膏有限公司,原山东泰和东新股份有限公司）送达法律文书一事,因受送达人拒收原因未能送达，现将所附材料退回，请查收。



泰安市中级人民法院
2013年3月 日

— 1 —

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF:  Virginia

# REQUEST

# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

## DEMANDE
### AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
### D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

13-585-523

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Glenda E. Fichtner**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota  55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776        Fax: 952.831.8150**<br>**Email: GEF@CivilActionGroup.com** | **Ministry of Justice**<br>**International Legal Cooperation Center (ILCC)**<br>**6, Chaoyangmen Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**P.C. 100020**<br>**People's Republic of China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- à l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
*(identité et adresse)*          Taishan Gypsum Co., Ltd. formerly known as Shandong Taihe Dongxin Co., Ltd.
Dawenkou Daiyue District, East of National Road 104, 25 KM South, Tai'an City, Shandong,  271000  China

| [X] | (a) | in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.* |
|---|---|---|
| | *a)* | *selon les formes légales (article 5, alinéa premier, lettre a).* |
| [ ] | (b) | in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*: |
| | *b)* | *selon la forme particulière suivante (article 5, alinéa premier, lettre b):_____* |

| [ ] | (c) | by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*. |
|---|---|---|
| | *c)* | *le cas échéant, par remise simple (article 5, alinéa 2).* |

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

1. Summary of the Document to be Served
2. Summons in a Civil Action with attached Plaintiffs & Defendants List
3. Civil Cover Sheet
4. Plaintiffs' Class Action Complaint with attached Exhibit "A"
5. Translations

Done at    Minneapolis, Minnesota, U.S.A.    , the
*Fait à*                                      *le*    3/29/2013

Signature and/or stamp.
*Signature et/ou cachet.*

*Glenda Fichtner*

(Formerly OBD-116 which was formerly LAA-116,        USM-94
both of which may still be used)                          (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

267247 - 43

Case Name: Amorin (VA) v. Taishan Gypsum Co., Ltd.
Defendant: Taishan Gypsum Co., Ltd. formerly known as Shandong Taihe Dongxin Co., Ltd.
Court Case No.: 2:11-cv-377

## CERTIFICATE
### *ATTESTATION*

2013-SXS-J23

**The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,**
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

**1)**  **that the document has been served\***
*1.*  *que la demande a été exécutée*
- the (date)
- *le (date)* _____
- at (place, street, number)
- *à (localité, rue numéro)* _____

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*
   [ ]  **(a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention\*.**
       *a)    selon les formes légales (article 5, alinéa premier, lettre a).*
   [ ]  **(b)  in accordance with the following particular method\*:**
       *b)    selon la forme particulière suivante:* _____

   [ ]  **(c)  by delivery to the addressee, who accepted it voluntarily.\***
       *c)    par remise simple*

**The documents referred to in the request have been delivered to:**
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person)
- *(identité et qualité de la personne)* _____

- relationship to the addressee (family, business or other):
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

**2)**  **that the document has not been served, by reason of the following facts\*:**
*2.*  *que la demande n'a pas été exécutée, en raison des faits suivants:*

*The addressee refused to accepte the documents.*

**In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.**

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**LIST OF DOCUMENTS:** Summary of the Document to be Served, Summons in a Civil Action with attached Plaintiffs & Defendants List, Civil Cover Sheet, Plaintiffs' Class Action Complaint with attached Exhibit "A", Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*
_____
_____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*
_____
_____

**Done at** Beijing         **the** August 27, 2013
*Fait à*

中华人民共和

司 法 部

民商事司法协助专用章

**Signature and/or stamp.**
*Signature et/ou cachet.*

\*    **Delete if inappropriate.**
     *Rayer les mentions inutiles.*

2

267247 - 43

Shandong Province Higher People's Court

SX-13-523
Shandong Higher Court Judicial Assistance Processing [2013] 51

Foreign Affairs Bureau of the Supreme People's Court,

In response to your Judicial Assistance [2013] 519 on U.S. Request to Serve Legal Documents to

Taishan Gypsum Co., Ltd., formerly known as Shandong Taihe Dongxin Co., Ltd., Taian City

Intermediate People's Court of Shandong Province tried to serve said legal documents but was

not successful as the addressee refused to accept them. Please note that those materials are

hereby returned to you.

[Seal affixed: Foreign Affairs Office of Shandong Province Higher People's Court]

August 6, 2013

Taian City Intermediate People's Court of Shandong Province

**Statement of Reason for Inability to Serve**

Shandong Province Higher People's Court,

In response to your Shandong Higher Court Judicial Assistance Processing (2013) 51 on U.S.

Request to Serve Leal Documents to Taishan Gypsum Co., Ltd., formerly known as Shandong

Taihe Dongxin Co., Ltd., Taian City Intermediate People's Court of Shandong Province tried to

serve said legal documents but was not successful as the addressee refused to accept them.

This statement is hereby made.

[Seal affixed: Taian City Intermediate People's Court of Shandong Province]

July 23, 2013

-1-

# 山 东 省 高 级 人 民 法 院

鲁高法协受 (2013) 51 号

最高人民法院外事局：

　　贵院法协[2013]519 号关于＿＿＿＿美国＿＿＿＿请求

向　Taishan Gypsum Co., Ltd, f/k/a Shandong Taihe

Dongxin Co., Ltd（泰山石膏有限公司，原山东泰和东新股

份有限公司）

送达法律文书一事，业已经＿＿山东省泰安市中级人民法院＿

将该法律文书进行了送达，因＿＿受送达人拒绝接收＿

原因未能成功送达，现将所附材料退回，请查收。



2013 年 8 月 6 日

# 山东省泰安市中级人民法院

# 未能送达原因说明

山东省高级人民法院:

贵院鲁高法协受（2013）51 号关于美国请求向 Taishan Gypsum Co.,Ltd,f/k/a Shandong Taihe Dongxin Co.,Ltd（泰山石膏有限公司,原山东泰和东新股份有限公司）送达法律文书一事,因受送达人拒收而未能送达。

特此说明。



二〇一三年七月二十三日

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

13-SVB-30

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Diane K. Myers**<br>**APS INTERNATIONAL, LTD**<br>**APS INTERNATIONAL Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota  55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776      Fax: 952.831.8150**<br>**Email: DMyers@CivilActionGroup.com** | **Ministry of Justice**<br>**International Legal Cooperation Center (ILCC)**<br>**6, Chaoyangmen Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**P.C. 100020**<br>**People's Republic of China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)

*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(identité et adresse)      Taishan Gypsum Co., Ltd. formerly known as Shandong Taihe Dongxin Co., Ltd.
Dawenkou Daiyue District, East of National Road 104, 25 KM South, Tai'an City, Shandong,  271000  China

[X]  (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a)    selon les formes légales (article 5, alinéa premier, lettre a).*

[ ]  (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *b)    selon la forme particulière suivante (article 5, alinéa premier, lettre b);* _____

[ ]  (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    *c)    le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.

*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

✓ Summary of the Document to be Served
✓ Summons in a Civil Action
✓ Plaintiffs' Class Action Complaint with Exhibit "A"
✓ Translations

Done at    Minneapolis, Minnesota, U.S.A.  , the
*Fait à*                            , *le*  2-28-13

Signature and/or stamp.
*Signature et/ou cachet.*

*Diane K Myers*

(Formerly OBD-116 which was formerly LAA-116,      USM-94
both of which may still be used)

                                  (Est. 11/22/77)

* Delete if inappropriate.
. Rayer les mentions inutiles

267249 - 43

Case Name: Gross (LA) v. Taishan Gypsum Co., Ltd.
Defendant: Taishan Gypsum Co., Ltd.
Court Case No.: 11-1395

### CERTIFICATE
*ATTESTATION*

13-SXS-301

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

**1)** that the document has been served*
*1. que la demande a été exécutée*
- the (date)
- *le (date)*
- at (place, street, number)
- *à (localité, rue numéro)* _____

_____

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*
  [ ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
  a) *selon les formes légales (article 5, alinéa premier, lettre a).*
  [ ] (b) in accordance with the following particular method*:
  b) *selon la forme particulière suivante:*
_____

  [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
  c) *par remise simple*
_____

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person)
- *(identité et qualité de la personne)* _____

- relationship to the addressee (family, business or other):
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

**2)** that the document has not been served, by reason of the following facts*:
*2 que la demande n'a pas été exécutée, en raison des faits suivants:*

*The company refused to accept the documents.*

_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action, Plaintiffs' Class Action Complaint with Exhibit "A", Translations
Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____

appropriate cases, documents establishing the service:
*cas échéant, les documents justificatifs de l'exécution:*

Done at
*Fait à* Beijing _____, the *le* June 25, 2013

Signature and/or stamp.
*Signature et/ou cachet.*

Delete if inappropriate.
*Rayer les mentions inutiles.*

2

中 华 人 民 共 和 国
司 法 部
民商事司法协助专用章

267249 - 43

Shandong Province Higher People's Court

SX-13-301

Shandong Higher Court Judicial Assistance [2013] 36

Foreign Affairs Bureau of the Supreme People's Court,

In response to your Judicial Assistance [2013] 353 on the ___U.S.___ Request to Serve Legal Documents to Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., Taian City Intermediate People's Court of Shandong Province has tried to serve the relevant party with said legal documents, the service was not successful as the addressee refused to accept them. Please note that those materials attached herewith are returned to you.

[Seal affixed: Foreign Affairs Office of Shandong Province Higher People's Court]

May 10, 2013

### Taian City Intermediate People's Court

Taian Intermediate Court Letter [2013] 7

Letter of Taian City Intermediate People's Court of Shandong Province

Shandong Higher People's Court ,

In response to your Shandong Judicial Assistance Processing [2013] 36 on the ___U.S.___ Request to Serve Legal Documents to Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., _____the service was not successful as the addressee refused to accept them. Please note that those materials attached herewith are returned to you.

Taian City Intermediate People's Court

May 7, 2013
[Seal affixed: Taian City Intermediate People's Court of Shandong Province]

-1-

The Office of Taian City Intermediate People's Court          Printed and Issued on May 7, 2013

Taian City Intermediate People's Court
Statement on the Reason for Inability to Serve


Shandong Province Higher People's Court,

With regards to your Shandong Higher Court Judicial Processing (2013) 36 on the <u>U.S.</u> request to serve legal documents to <u>Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.,</u> the service was not successful as <u>the addressee refused to accept the same</u>.




May 6, 2013
[Seal affixed: Taian City Intermediate People's Court of Shandong Province]

# 山东省高级人民法院

鲁高法协受（2013）36号

最高人民法院外事局：

贵院法协[2013]353号关于　　美国　　请求向 Taishan Gypsum Co., Ltd, f/k/a Shandong Taihe Dongxin Co., Ltd（泰山石膏有限公司，原山东泰和东新股份有限公司）

送达法律文书一事，业已经　山东省泰安市中级人民法院　将该法律文书进行了送达，因　受送达人拒收　原因未能成功送达，现将所附材料退回，请查收。



2013年　月　日

# 泰安市中级人民法院

泰中法函〔2013〕7号

## 山东省泰安市中级人民法院函

山东省高级人民法院：

　　贵院鲁高法协受（2013）36号关于美国请求向 Taishan Gypsum Co.,Ltd,f/k/a Shandong Taihe Dongxin Co.,Ltd（泰山石膏有限公司,原山东泰和东新股份有限公司）送达法律文书一事,因受送达人拒收原因未能送达,现将所附材料退回,请查收。



泰安市中级人民法院
2013年5月7日

— 1 —

# 山东省泰安市中级人民法院
## 未能送达原因说明

山东省高级人民法院:

贵院鲁高法协受(2013)36 号关于<u>美国</u>请求向 <u>Taishan</u>
<u>Gypsum  Co.,Ltd,f/k/a  Shandong  Taihe  Dongxin  Co.,Ltd</u>
<u>(泰山石膏有限公司,原山东泰和东新股份有限公司)</u>送达法律

文书一事,因受送达人拒收而未能送达。

特此说明。



二0一三年五月六日

# BNBM Group

Judicial Association No. SX-1162
U.S.

# BEIJING SUPERIOR PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Beijing Superior People's Court]

| Cause of Action | | Cause No. | Law Association No. (2010) 1126 |
|---|---|---|---|
| Document Served and Number | Summary of Documents, one copy<br>Complaint, one copy | | Summons, one copy<br>Document, one copy |
| Recipient | Beijing New Building Material (Group) Co., Ltd. | | |
| Address for Service | Floor 17, China  Jian Cai Building, No. 11 A Sanlihe Road, Hai Dian District, (Beijing, China). | | |
| Recipient Signature or Seal | | | |
| Recipient in substitution and reason(s) | | | |
| Notes | United States.    With translation      The company refuse to accept. | | |

Issuer:  Chen, Xin                               Servers:  Ma, Jia Guo    Gu, Zhi Qiang
                                                                            Aug. 25, 2010

Note:
 (1)  The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §57; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
(2)  In case of receiving by substitution, the substitution recipient should sign and seal the document, and note the relationship with the servee, and the reason(s) for substitution.
(3)  This Proof of Service applies to Hong Hong and Macao districts.

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

### *DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota 55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776     Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | **Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**10, Chaoyangmen, Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
  (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

  *(identité et adresse)*      Beijing New Building Materials (Group) Co., Ltd. (BNBM Group)
  No. 16, West Road Jiancaicheng, Xisanqi, Haidian District, Beijing 100096, China
  Tel:

[X]  (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
     *a)    selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
     *b)    selon la forme particulière suivante (article 5, alinéa premier, lettre b);*

[ ]  (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
     *c)    le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes** -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Énumération des pièces*

Class Action Complaint
Summons in a Civil Action
Translations
Summary of the Document to be Served

Done at
*Fait à*  Minneapolis, Minnesota, U.S.A.           , the 7/7/10
                                                   *le*

Signature and/or stamp.
*Signature et/ou cachet.*

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

(Formerly OBD-116 which was formerly LAA-116,     USM-94
both of which may still be used)                  (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

Case Name: Gross v. Knauf Gips, KG
Defendant: Beijing New Building Materials (Group) Co., Ltd. (BNBM Group)
Court Case No.: 09-6690



## CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

**1)**   **that the document has been served***
*1.*   *que la demande a été exécutée*
   - the (date)
   - *le (date)* _____
   - at (place, street, number)
   - *à (localité, rue numéro)* _____

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
      [ ]   (a)   **in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention***.
         *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
      [ ]   (b)   **in accordance with the following particular method***:
         *b)   selon la forme particulière suivante:* _____
         _____
      [ ]   (c)   **by delivery to the addressee, who accepted it voluntarily.***
         *c)   par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* _____

   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____
   _____

**2)**   **that the document has not been served, by reason of the following facts***:
*2.*   *que la demande n'a pas été exécutée, en raison des faits suivants:*
   *The addressee refused*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Class Action Complaint, Summons in a Civil Action, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*
_____
_____

Done at _3rd. Dec. 2010_ , the _Beijing_
*Fait à* _____ , *le* _____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
_____
_____
_____

Signature and/or stamp.
*Signature et/ou cachet.*

*   Delete if inappropriate.
   *Rayer les mentions inutiles.*

2

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*

*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*

*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

11-CX-22

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota  55439-3122<br>U.S.A.<br>Tel. 952.831.7776      Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | Ministry of Justice<br>Department of Judicial Assistance and Foreign Affairs<br>Division of Judicial Assistance<br>No 6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>100020<br>China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)

*Le requérant soussigné à l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

(identité et adresse)        Beijing New Building Materials Public Group Co., Ltd. (BNBM Group)

No. 16 West Road, Jiancaicheng Xisanqi, Haidian District,  Beijing 100096, China

Tel:

[X] (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
a)   *selon les formes légales (article 5, alinéa premier, lettre a).*

[ ] (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
b)   *selon la forme particulière suivante (article 5, alinéa premier, lettre b);*

[ ] (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
c)   *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.

*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

| | |
|---|---|
| --Summons in a Civil Action (Supplement to Amended Class Action Complaint)<br>--Order<br>--Amended Class Action Complaint<br>--Translations<br>--Summary of the Document to be Served | Done at , the<br>*Fait à* Minneapolis, Minnesota, U.S.A.  *le* 1/26/11<br><br>Signature and/or stamp.   APS INTERNATIONAL<br>*Signature et/ou cachet.*   APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, MN 55439 |

(Formerly OBD-116 which was formerly LAA-116,        USM-94
both of which may still be used)                      (Est. 11/22/77)

\* Delete if inappropriate.
. *Rayer les mentions inutiles*

Case Name:  Gross  v.  Knauf Gips KG  [ Supplement ]
Defendant:  Beijing New Building Materials Group Co., Ltd. (BNBM Group)
Court Case No.:  09-6690

## CERTIFICATE
### *ATTESTATION*

5X-11-22 V

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)   **that the document has been served\***
*1.   que la demande a été exécutée*
  - **the (date)**
  - *le (date)* _____
  - **at (place, street, number)**
  - *à (localité, rue numéro)* _____

  - **in one of the following methods authorised by article 5-**
  - *dans une des formes suivantes prévues à l'article 5:*
      [ ]  **(a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention\*.**
          *a)     selon les formes légales (article 5, alinéa premier, lettre a).*
      [ ]  **(b)  in accordance with the following particular method\*:**
          *b)     selon la forme particulière suivante:* _____

      [ ]  **(c)  by delivery to the addressee, who accepted it voluntarily.\***
          *c)     par remise simple*

**The documents referred to in the request have been delivered to:**
*Les documents mentionnés dans la demande ont été remis à:*
      - **(identity and description of person)**
      - *(identité et qualité de la personne)* _____

      - **relationship to the addressee (family, business or other):**
      - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2)   **that the document has not been served, by reason of the following facts\*:**
*2.   que la demande n'a pas été exécutée, en raison des faits suivants:*

*The addressee refused to accept the documents*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**LIST OF DOCUMENTS:** Summary of the Document to be Served,  Summons in a Civil Action (Supplement to Amended Class Action Complaint), Order, Amended Class Action Complaint, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
_____
_____

**Done at**  *Beijing*  , **the**  *June 27, 2011*
*Fait à* _____ , *le* _____

**Signature and/or stamp.**
*Signature et/ou cachet.*

\*   **Delete if inappropriate.**
    *Rayer les mentions inutiles.*

2

*U.S.*

# BEIJING SUPERIOR PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Beijing Superior People's Court]

*Judicial Association No. SX-11-222*

| Cause of Action | | Cause No. | Law Association No. (2011) 365 |
|---|---|---|---|
| Document Served and Number | Summary of Documents, one copy<br>Complaint, one copy | | Summons, one copy<br>Document, one copy |
| Recipient | Beijing New Building Materials Group Co., Ltd. | | |
| Address for Service | No. 16, West Road, Jiancaicheng Xisanqi, Haidian District,<br>(Beijing, China). | | |
| Recipient Signature or Seal | | | |
| Recipient in substitution and reason(s) | | | |
| Notes | United States.    With translation | | |

Issuer:  Chen, Xin                                      Servers:

Note:
(1)  The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §51; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
(2)  In case of receiving by substitution, the substitution recipient should sign and seal the document, and note the relationship with the servee, and the reason(s) for substitution.
(3)  This Proof of Service applies to Hong Hong and Macao districts.

*March 22, 2011   The addressee refused to accept the documents.*
*Servers: Wang Baowei and Jia Ding*
*March 29, 2011   The addressee refused to accept the documents.*
*Servers: Li Yonghui and Zhu Chaozheng*

# 北京市高级人民法院
## 送 达 回 证

SX-11-222

| 案　　由 | | 案　号 | 法协（2011）365 |
|---|---|---|---|
| 送达文书各称和件数 | 文书概要一份　　　　诉状一份 | | 传票一份　　　　文书一份 |
| 受送达人 | 北新建材集团有限公司 | | |
| 送达地址 | 海淀区西三期建材城西路 16 号 | | |
| 受送达人签名或盖章 | | | |
| 代收人代收理由 | | | |
| 备　　考 | 美国，有译文 | | |

　　　填发人　陈新　　　　　　　　　　　　　　　　送达人

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五　一条的规定办理；送达民事、行政诉讼
　　　　　文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。

　　（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代理
　　　　　由。　　　　　　　　　　　　　　2011.3.22

　　（3）本《〈送达回证〉》适用涉港、澳地区送达。　2011.3.29

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

## REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*

*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*

*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

13-5x5-1737

| Identity and address of the applicant<br>*Identité et adresse du requérant*<br><br>**Jeff J. Karsten**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota  55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776      Fax: 952.831.8150**<br>**Email: JKarsten@CivilActionGroup.com** | Address of receiving authority<br>*Adresse de l'autorité destinataire*<br><br>**Ministry of Justice**<br>**International Legal Cooperation Center (ILCC)**<br>**6, Chaoyangmen Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**P.C. 100020**<br>**People's Republic of China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)

*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
*(identité et adresse)*

Beijing New Building Materials (Group) Co., Ltd.
15/F, Tower 2, Guohai Plaza, 17 Fuxing Road, Haidian District, Beijing 100036 China

[X] (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
*a)   selon les formes légales (article 5, alinéa premier, lettre a).*

[ ] (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
*b)   selon la forme particulière suivante (article 5, alinéa premier, lettre b):* _____

_____

[ ] (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
*c)   le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.

*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Summary of the Document to be Served
✓Summons in a Civil Action
✓Conditional Transfer Order with Attached Schedule
✓Plaintiffs' Class Action Complaint with Exhibit "A"
✓Civil Cover Sheet
✓Translations
指 商 申 通 法 诉 书 导 言 附

Done at
*Fait à*   Minneapolis, Minnesota, U.S.A.   , the
                                                   , *le*   11 Nov 2013

Signature and/or stamp.
*Signature et/ou cachet.*

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

(Formerly OBD-116 which was formerly LAA-116,        USM-94
both of which may still be used)
                                                      (Est. 11/22/77)

* Delete if inappropriate.
*. Rayer les mentions inutiles*

266532-0089

Case Name: Amorin (FL) v. Taishan Gypsum Co., Ltd.
Defendant: Beijing New Building Materials (Group) Co., Ltd.

2013 — SKS — 1737

Court Case No.: 11-1672 Section L

**CERTIFICATE**
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)    that the document has been served*
*1.*    *que la demande a été exécutée*
- the (date)
- *le (date)* _____
- at (place, street, number)
- *à (localité, rue numéro)* _____

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*
   [ ] (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
      *a)*    *selon les formes légales (article 5, alinéa premier, lettre a).*
   [ ] (b)   in accordance with the following particular method*:
      *b)*    *selon la forme particulière suivante:* _____

   [ ] (c)   by delivery to the addressee, who accepted it voluntarily.*
      *c)*    *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person)
- *(identité et qualité de la personne)* _____

- relationship to the addressee (family, business or other):
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2)    that the document has not been served, by reason of the following facts*:
*2.*    *que la demande n'a pas été exécutée, en raison des faits suivants:*

*The recipient refused to accept the documents.*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action, Conditional Transfer Order with attached Schedule, Plaintiffs' Class Action Complaint with Exhibit "A", Civil Cover Sheet, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____
_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____
_____

Done at
*Fait à*   Beijing     , the April 9, 2014

Signature and/or stamp.
*Signature et/ou cachet.*

* Delete if inappropriate.
*Rayer les mentions inutiles.*

2

266532-0089

# BEIJING SUPERIOR PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Beijing Superior People's Court]

Judicial Association No. SX-13-1737

| Cause of Action | | Cause No. | Law Association No. (2013) 1398 |
|---|---|---|---|
| Document Served and Number | Summary of Documents, one copy<br>Complaint, one copy | Summons, one copy<br>Document, one copy | |
| Recipient | Beijing New Building Materials (Group) Co., Ltd. | | |
| Address for Service | 15/F, Tower 2, Guohai Plaza, 17 Fuxing Road, Haidian District, Beijing, (China) . | | |
| Recipient Signature or Seal | | | |
| Recipient in substitution and reason(s) | | | |
| Reasons for Non-Service | Refused to accept with the excuse that the company's chief officer was away on a business trip. | | |
| Notes | United States.   With translation | | |

Issuer: Chen, Xin          Servers:  Jia, Ding      Zhang, Xiao Guan  *Dec. 23, 2013*

Note:
 (1) The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §51; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
(2) In case of receiving by substitution, the substitution recipient should sign and seal the document, and note the relationship with the servee, and the reason(s) for substitution.

# 北京市高级人民法院
## 送 达 回 证

Sx-13-173

| 案　　由 | | 案　　号 | 法外（2013）1398 号 |
|---|---|---|---|
| 送达文书<br>名称和件数 | 文书概要一份<br>诉状一份 | | 传票 一份<br>文书 一份 |
| 受 送 达 人 | Beijing New Building Materials (Group) Co., Ltd.<br>北新建材（集团）有限公司 | | |
| 送 达 地 址 | 北京市海淀区复兴路 17 号国海广场 2 号楼 15 层 | | |
| 受 送 达 人<br>签名或盖章 | | | |
| 代 收 人<br>代 收 理 由 | | | |
| 未能送<br>达理由 | 以领导出差为由为拒收。 | | |
| 备　　考 | 美国，有译文 | | |

填发人　陈新　　　　　　　　　　　送达人 贾小 张鲁民 2013.12.23

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五　一条的规定办理；送达民事、行政诉讼
　　　　文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
　　（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理
　　　　由。

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

## REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

17-5x5-1733

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Glenda E. Fichtner**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota  55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776     Fax: 952.831.8150**<br>**Email: GEF@CivilActionGroup.com** | **Ministry of Justice**<br>**International Legal Cooperation Center (ILCC)**<br>**6, Chaoyangmen Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**P.C. 100020**<br>**People's Republic of China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(identité et adresse)                 Beijing New Building Materials (Group) Co., Ltd.
                         15/F, Tower 2, Guohai Plaza, 17 Fuxing Road, Haidian District, Beijing, China, 100036

[X]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
     *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
     *b)   selon la forme particulière suivante (article 5, alinéa premier, lettre b):*_____

[ ]  (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
     *c)   le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

| Summary of the Document to be Served | Done at<br>*Fait à*     Minneapolis, Minnesota, U.S.A. , the<br>*le*  11 NOV 2013 |
|---|---|
| Summons in a Civil Action<br>Conditional Transfer Order with attached Schedule<br>Civil Cover Sheet<br>Plaintiffs' Class Action Complaint with Exhibit "A"<br>Translations | |

Signature and/or stamp.
*Signature et/ou cachet.*

*Glenda Fichtner*

(Formerly OBD-116 which was formerly LAA-116,     USM-94
both of which may still be used)                 (Est. 11/22/77)

\* Delete if inappropriate.
. *Rayer les mentions inutiles*

267247 - 83

Case Name: Amorin (VA) v. Taishan Gypsum Co., Ltd.
Defendant: Beijing New Building Materials (Group) Co., Ltd.
Court Case No.: 11-1673 Section L

*2013 — SXS — 1733*

## CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)    that the document has been served*
*1.    que la demande a été exécutée*
- the (date)
- *le (date)*
- at (place, street, number)    _____
- *à (localité, rue numéro)*    _____

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*
[ ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
    *a)    selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method*:
    *b)    selon la forme particulière suivante:* _____

[ ] (c) by delivery to the addressee, who accepted it voluntarily.*
    *c)    par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person)
- *(identité et qualité de la personne)* _____

- relationship to the addressee (family, business or other):
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2)    that the document has not been served, by reason of the following facts*:
*2.    que la demande n'a pas été exécutée, en raison des faits suivants:*
*The recipient refused to accept the documents.*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action, Conditional Transfer Order with attached Schedule, Civil Cover Sheet, Plaintiffs' Class Action Complaint with Exhibit "A", Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____
_____
_____

Done at    Beijing    the _____
*Fait à*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Signature and/or stamp.
*Signature et/ou cachet.*

*    Delete if inappropriate.
    *Rayer les mentions inutiles.*

2

267247 - 83

Beijing City Higher People's Court

Proof of Service

[Seal affixed: Beijing City Higher People's Court]

SX-13-1733

| Cause of Action | | Case No. | Judicial Foreign (2013) 1394 |
|---|---|---|---|
| Name and Number of Copies of Documents Served | One Copy of Document Summary    One Copy of Summons<br><br>One Copy of Complaint    One Copy of Document | | |
| The Addressee | Beijing New Building Materials (Group) Co., Ltd. | | |
| Address for Service | 15/F, Tower 2, Guohai Plaza, 17 Fuxing Road, Haidian District, Beijing | | |
| Signature or Seal of the Addressee | | | |
| The Addressee's Agent and Reason for such Agency | | | |
| Reason for Unsuccessful Serving | Refusing to accept. | | |
| Remarks | USA, with translations | | |

Issued by: Xin Chen                Servers: Ding Jia, Xiaoguang Zhang  12-23-2013

Note: (1) Service of criminal litigation documents shall be conducted in accordance with Article 51 of the Criminal Procedure Law of the People's Republic of China; service of civil and administrative litigation documents shall be conducted in accordance with or with reference to Articles 78 and 79 of the Civil Procedure Law of the People's Republic of China.

(2) For service of litigation documents to the addressee's agent, the addressee's agent shall indicate his/her relationship with the addressee and the reason for such agency in addition to affixing his/her signature or seal.

# 北京市高级人民法院
## 送 达 回 证

Sx-13-1733

| 案　　由 | | 案　　号 | 法外（2013）1394 号 |
|---|---|---|---|
| 送达文书<br>名称和件数 | 文书概要一份<br>诉状一份 | | 传票一份<br>文书一份 |
| 受送达人 | Beijing New Building Materials (Group) Co., Ltd.<br>北新建材（集团）有限公司 | | |
| 送达地址 | 北京市海淀区复兴路 17 号国海广场 2 号楼 15 层 | | |
| 受送达人<br>签名或盖章 | | | |
| 代收人<br>代收理由 | | | |
| 未能送<br>达理由 | 拒收. | | |
| 备　　考 | 美国，有译文 | | |

填发人　陈新　　　　　　　　　　　送达人 贾卜 张兆 2013.12.23

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五　一条的规定办理；送达民事、行政诉讼
　　　　文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
　　（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理
　　　　由。

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND

UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF:  Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

### DEMANDE

*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile
ou commerciale, signée à La Haye, le 15 Novembre 1965.*

13-5x5-1740

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Diane K. Myers**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota  55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776      Fax: 952.831.8150**<br>**Email: DMyers@CivilActionGroup.com** | **Ministry of Justice**<br>**International Legal Cooperation Center (ILCC)**<br>**6, Chaoyangmen Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**P.C. 100020**<br>**People's Republic of China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-
mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- à l'autorité destinataire les documents ci-dessous énumérés, en la priant
conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(identité et adresse)          Beijing New Building Materials (Group) Co., Ltd.

15/F, Tower 2, Guohai Plaza, 17 Fuxing Road, Haidian District,  Beijing, China, 100036

[X]  (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
     *a)    selon les formes légales (article 5, alinéa premier, lettre a).*

[ ]  (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
     *b)    selon la forme particulière suivante (article 5, alinéa premier, lettre b);*_____

[ ]  (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
     *c)    le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes** -- with a certificate as provided
on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Summary of the Document to be Served
✓Summons in a Civil Action
✓Plaintiffs' Class Action Complaint with Exhibit "A"
✓Translations

Done at _____, the  11 Nov 2013
*Fait à*     Minneapolis, Minnesota, U.S.A.     , le

Signature and/or stamp.
*Signature et/ou cachet.*

*Diane K Myers*

(Formerly OBD-116 which was formerly LAA-116,       USM-94
both of which may still be used)                    (Est. 11/22/77)

* Delete if inappropriate.
*. Rayer les mentions inutiles*

267249 - 98

2013 - SXS - 1740

Case Name:   Amorin (LA) v.  Taishan Gypsum Co., Ltd.
Defendant:   Beijing New Building Materials (Group) Co., Ltd.
Court Case No.:  11-1395

## CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)   that the document has been served*
*1.*   *que la demande a été exécutée*
       - the (date) _____
       - *le (date)* _____
       - at (place, street, number)
       - *à (localité, rue numéro)* _____

       - in one of the following methods authorised by article 5-
       - *dans une des formes suivantes prévues à l'article 5:*
           [ ]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
               *a)*     *selon les formes légales (article 5, alinéa premier, lettre a).*
           [ ]  (b)  in accordance with the following particular method*:
               *b)*     *selon la forme particulière suivante:* _____

           [ ]  (c)  by delivery to the addressee, who accepted it voluntarily.*
               *c)*     *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
       - (identity and description of person)
       - *(identité et qualité de la personne)* _____

       - relationship to the addressee (family, business or other):
       - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2)   that the document has not been served, by reason of the following facts*:
*2.*   *que la demande n'a pas été exécutée, en raison des faits suivants:*

     *The recipient refused to accept the documents.*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action, Plaintiffs' Class Action Complaint with Exhibit "A", Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____
_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at   Beijing [stamp]   April 11, 2014
*Fait à*
Signature and/or stamp.
*Signature et/ou cachet.*

[seal with Chinese characters: 民 北 和 ... 司 法 部 ... 民商事司法协助专用章]

_____

---

\*   Delete if inappropriate.
   *Rayer les mentions inutiles.*

2

257249 - 98

Beijing City Higher People's Court

Proof of Service

[Seal affixed: Beijing City Higher People's Court]

SX-13-1740

| Cause of Action | | Case No. | Judicial Foreign (2013) 1451 |
|---|---|---|---|
| Name and Number of Copies of Documents Served | One Copy of Document Summary   One Copy of Summons | | |
| | One Copy of Complaint   One Copy of Document | | |
| The Addressee | Beijing New Building Materials (Group) Co., Ltd. | | |
| Address for Service | 15/F, Tower 2, Guohai Plaza, 17 Fuxing Road, Haidian District, Beijing | | |
| Signature or Seal of the Addressee | | | |
| The Addressee's Agent and Reason for such Agency | | | |
| Reason for Unsuccessful Serving | Refusing to accept on the ground that the leader was on a business trip. | | |
| Remarks | USA, with translations | | |

Issued by: Xin Chen          Servers: Ding Jia, Xiaoguang Zhang  12-23-2013

Note: (1) Service of criminal litigation documents shall be conducted in accordance with Article 51 of the Criminal Procedure Law of the People's Republic of China; service of civil and administrative litigation documents shall be conducted in accordance with or with reference to Articles 78 and 79 of the Civil Procedure Law of the People's Republic of China.

(2) For service of litigation documents to the addressee's agent, the addressee's agent shall indicate his/her relationship with the addressee and the reason for such agency in addition to affixing his/her signature or seal.

# 北京市高级人民法院
## 送　达　回　证

SX-13-1740

| 案　　　由 | | 案　　号 | 法外（2013）1451 号 |
|---|---|---|---|
| 送达文书<br>名称和件数 | 文书概要 一份<br>诉状一份 | | 传票 一份<br>文书一份 |
| 受送达人 | Beijing New Building Materials (Group) Co., Ltd.<br>北新建材（集团）有限公司 | | |
| 送达地址 | 北京市海淀区复兴路 17 号国海广场 2 号楼 15 层 | | |
| 受送达人<br>签名或盖章 | | | |
| 代收人<br>代收理由 | | | |
| 未能送<br>达理由 | 以领手出差为由拒收。 | | |
| 备　　考 | 美国，有译文 | | |

填发人　陈新　　　　　　　　　　　　送达人 贾T. 张毕晨 2013.12.23

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五　一条的规定办理；送达民事、行政诉讼
　　　　文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
　　（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理
　　　　由。

# CNBM

US

# BEIJING SUPERIOR PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Beijing Superior People's Court]

Judicial Association No. SX-10-85

| Cause of Action | | Cause No. | Law Association No. (2010) 197 |
|---|---|---|---|
| Document Served and Number | Summary of Documents, one copy<br>Complaint, one copy | | Summons, one copy<br>Document, one copy |
| Recipient | China National Building Material Company Limited. | | |
| Address for Service | 17th Floor, China Building Material Building, 11 San Li He Road, Haidian District (Beijing, China  100037) . | | |
| Recipient Signature or Seal | Chang, Che Li      Vice President          010-88282398<br>February 25, 2010 | | |
| Recipient in substitution and reason(s) | | | |
| Notes | United States.  With translation | | |

Issuer:  Chen, Xin                          Servers:  Zhu, Cheng Fu      Li, Qing

Note:
 (1)  The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §57; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
(2)  In case of receiving by substitution, the substitution recipient should sign and seal the document, and note the relationship with the servee, and the reason(s) for substitution.
(3)  This Proof of Service applies to Hong Hong and Macao districts.

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF:  Louisiana

## REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*

*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota  55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776      Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | **Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**10, Chaoyangmen, Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
   **(identity and address)**

*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- à l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

   *(identité et adresse)*       China National Building Materials Co., Ltd. (CNBM)
        17th Floor, Zhong Guo Jian Cai Da Sha, San Li He Road #11, Haidian District, Beijing City 100037, China
        Tel:

[X] (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    a)   *selon les formes légales (article 5, alinéa premier, lettre a).*

[ ] (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    b)   *selon la forme particuliére suivante (article 5, alinéa premier, lettre b);*_____

_____

[ ] (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    c)   *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

**List of documents**
*Énumération des pièces*

| | |
|---|---|
| Class Action Complaint<br>Summons in a Civil Action<br>Translations<br>Summary of the Document to be Served | **Done at** Minneapolis, Minnesota, U.S.A. , the  1/3/10<br>*Fait à*<br>*, le*<br><br>**Signature and/or stamp.**<br>*Signature et/ou cachet.* |

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

(Formerly OBD-116 which was formerly LAA-116,          USM-94
both of which may still be used)                (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

Case Name:   Gross  v.   Knauf Gips, KG
Defendant:   China National Building Materials Co., Ltd. (CNBM)
Court Case No.:   09-6690

## CERTIFICATE
### ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

**1)**   **that the document has been served\***
*1.*   *que la demande a été exécutée*

- the (date)   February 25th, 2010
- *le (date)*
- at (place, street, number)   11/F, Zhongguo Jiancai Mansion, No. 11 Sanlihe Road, Haidian
District, Beijing, China
- *à (localité, rue numéro)*

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*

[X]   (a)   **in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention\*.**
    *a)*   *selon les formes légales (article 5, alinéa premier, lettre a).*

[ ]   (b)   **in accordance with the following particular method\*:**
    *b)*   *selon la forme particulière suivante:* _____

[ ]   (c)   **by delivery to the addressee, who accepted it voluntarily.\***
    *c)*   *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*

- (identity and description of person)
- *(identité et description de la personne)*   the signature could not be recognized

- relationship to the addressee (family, business or other):
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:*   the vice-president of the addressee.

**2)**   **that the document has not been served, by reason of the following facts\*:**
*2.*   *que la demande n'a pas été exécutée, en raison des faits suivants:*

_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served,  Class Action Complaint, Summons in a Civil Action, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at   Beijing                6/4, 2010
*Fait à*

Signature and/or stamp.
*Signature et/ou cachet.*

中华人民共和国
司法部
司法协助专用章

_____
_____

\*   Delete if inappropriate.
   *Rayer les mentions inutiles.*

2

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND
UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

## REQUEST  *SX-10-2010*

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant*<br><br>**Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota 55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776    Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | Address of receiving authority<br>*Adresse de l'autorité destinataire*<br><br>**Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**No 6, Chaoyangmen Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |
|---|---|

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-
mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
        (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant*
*conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
        *(identité et adresse)*     China National Building Materials Co., Ltd. (CNBM)

17th Floor, Zhong Guo Jian Cai Da Sha, San Li He Road #11, Haidian District, Beijing City 100037, China
                                    Tel:

[X]   (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
        a)   *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]   (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
        b)   *selon la forme particulière suivante (article 5, alinéa premier, lettre b);*_____
_____

[ ]   (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
        c)   *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided
on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

--Summons in a Civil Action (Complaint in
Intervention)
--Plaintiff, Mary Anne Benes' Substituted and
Amended Omnibus Class Action Complaint in
Intervention (III)
--Exhibits "A" - "C"
--Schedules 1 - 3
--Translations
--Summary of the Document to be Served

**Done at**                                    , the  12/17/10
*Fait à* Minneapolis, Minnesota, U.S.A.      *, le*

**Signature and/or stamp.**
*Signature et/ou cachet.*



APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

(Formerly OBD-116 which was formerly LAA-116,        USM-94
both of which may still be used)
                                                                (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

Case Name: Gross v. Knauf Gips KG [ OMNIBUS (III) ]
Defendant: China National Building Materials Co., Ltd. (CNBM)
Court Case No.: 09-6690

*SX-10-2010*

## CERTIFICATE
### *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)   that the document has been served*
*1.   que la demande a été exécutée*
- - the (date)
- - *le (date)*
- - at (place, street, number)
- - *à (localité, rue numéro)* _____

- - in one of the following methods authorised by article 5-
- - *dans une des formes suivantes prévues à l'article 5:*
  - [ ]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
         a)   *selon les formes légales (article 5, alinéa premier, lettre a).*
  - [ ]  (b)  in accordance with the following particular method*:
         b)   *selon la forme particulière suivante:* _____

  - [ ]  (c)  by delivery to the addressee, who accepted it voluntarily.*
         c)   *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- - (identity and description of person)
- - *(identité et qualité de la personne)* _____

- - relationship to the addressee (family, business or other):
- - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

(2)  that the document has not been served, by reason of the following facts*:
*2.   que la demande n'a pas été exécutée, en raison des faits suivants:*

*The addressee refused to accept the documents*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served,  Summons in a Civil Action (Complaint in Intervention), Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III), Exhibits "A" - "C", Schedules 1 - 3, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____

_____          Done at *Beijing*_____, the *June 27, 2011*
                                     *Fait à*
In appropriate cases, documents establishing the service:   Signature and/or stamp.
*Le cas échéant, les documents justificatifs de l'exécution:*   *Signature et/ou cachet.*

_____
_____
_____

*   Delete if inappropriate.
    *Rayer les mentions inutiles.*                    2

# BEIJING SUPERIOR PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Beijing Superior People's Court]

Judicial Association No. SX-10-2010

| Cause of Action | | Cause No. | Law Association No. (2011) 33 |
|---|---|---|---|
| Document Served and Number | Summary of Documents, one copy<br>Complaint, one copy | Summons, one copy<br>Document, one copy | |
| Recipient | China National Building Materials Co., Ltd. (CNBM) | | |
| Address for Service | 17th Floor, Zhong Guo Jian Cai Da Sha, San Li He Road #11, Haidian District, Beijing City 100037, China. | | |
| Recipient Signature or Seal | | | |
| Recipient in substitution and reason(s) | | | |
| Notes | United States.   With translation. | | |

Issuer:  Chen, Xin                                     Servers:

Note:
 (1)  The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §51; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
(2)  In case of receiving by substitution, the substitution recipient should sign and seal the document, and note the relationship with the servee, and the reason(s) for substitution.
(3)  This Proof of Service applies to Hong Hong and Macao districts.

*March 9, 2011*
*Refusal by servee.*
*Servers: Jia Ding and Wang Bao Wei*

北京市高级人民法院

送　达　回　证

Sx-10-2010

| 案　　　由 | | 案　　号 | 法协（2011）33 |
|---|---|---|---|
| 送达文书<br>名称和件数 | 案情摘要一份<br>诉状一份 | | 传票一份<br>交状一份 |
| 受送达人 | 中国建筑材料有限公司（CNBM） | | |
| 送达地址 | 海淀区三里河路（甲）11号中国建材大厦17层 | | |
| 受送达人<br>签名或盖章 | | | |
| 代收人<br>代收理由 | | | |
| 备　　考 | 美国，有译文 | | |

填发人　陈新　　　　　　　　　　　　送达人

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五　一条的规定办理；送达民事、行政诉讼
　　　　文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
　　（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理
　　　　由。
　　（3）本《送达回证》适用涉港、澳地区送达。　　2011.3.1 接收　宅丁 3韩之

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND
UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

## REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*                                                                                          11-SX-220

*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota  55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776      Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | **Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**No 6, Chaoyangmen Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-
mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant*
*conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(identité et adresse)      China National Building Materials Co., Ltd. (CNBM)
                 7th Floor, Zhong Guo Jian Cai Da Sha, San Li He Road #11, Haidian District, Beijing City 100037, China
              Tel:
[X]  (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
     a)    *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
     b)    *selon la forme particulière suivante (article 5, alinéa premier, lettre b):*

[ ]  (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
     c)    *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided
on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

--Summons in a Civil Action (Supplement to
Amended Class Action Complaint)                            Done at Minneapolis, Minnesota, U.S.A.                   , the ( 26 |11
--Order                                                   *Fait à*  Minneapolis, Minnesota, U.S.A.              *le*
--Amended Class Action Complaint
--Translations                                            Signature and/or stamp.        
--Summary of the Document to be Served                    *Signature et/ou cachet.*      APS INTERNATIONAL
                                                                                         APS International Plaza
                                                                                         7800 Glenroy Road
                                                                                         Minneapolis, MN 5...

(Formerly OBD-116 which was formerly LAA-116,          USM-94
both of which may still be used)
                                                        (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

Case Name: Gross Case 2:09-md-02047-EEF-JCW   Document 13777   Filed 04/17/12   Page 2 of 4
Defendant:  China National Building Materials Co., Ltd. (CNBM)
Court Case No.:  09-6690

5X-71-220

### CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)    that the document has been served*
1.    *que la demande a été exécutée*
       - the (date) _____
       - *le (date)* _____
       - at (place, street, number)
       - *à (localité, rue numéro)* _____

       - in one of the following methods authorised by article 5-
       - *dans une des formes prévues à l'article 5:*
          [ ]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
             *a)    selon les formes légales (article 5, alinéa premier, lettre a).*
          [ ]  (b)  in accordance with the following particular method*:
             *b)    selon la forme particulière suivante:* _____

          [ ]  (c)  by delivery to the addressee, who accepted it voluntarily.*
             *c)    par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
       - (identity and description of person)
       - *(identité et qualité de la personne)* _____

       - relationship to the addressee (family, business or other):
       - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2)    that the document has not been served, by reason of the following facts*:
2.    *que la demande n'a pas été exécutée, en raison des faits suivants:*
_The addressee refused to accept the documents_
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served,  Summons in a Civil Action (Supplement to Amended Class Action Complaint), Order, Amended Class Action Complaint, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*
_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
_____
_____

Done at   _Beijing_                    , the _June 30, 2011_
*Fait à*                             , *le*

Signature and/or stamp.
*Signature et/ou cachet.*

中 华 人 民 共 和 国
司 法 部
民 商 事 司 法 协 助 专 用 章

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

*U.S.A.*

# BEIJING SUPERIOR PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Beijing Superior People's Court]

*Judicial Association No. SX-11-220*

| Cause of Action | | Cause No. | Law Association No. (2011) 368 |
|---|---|---|---|
| Document Served and Number | Summary of Documents, one copy<br>Complaint, one copy | Summons, one copy<br>Document, one copy | |
| Recipient | China National Building Materials Co., Ltd. (CNBM) | | |
| Address for Service | 17th Floor (7th Floor), Zhong Guo Jian Cai Da Sha. San Li He Road  (Jia) No. 11, Haidian District,  (Beijing, China). | | |
| Recipient Signature or Seal | | | |
| Recipient in substitution and reason(s) | | | |
| Notes | United States.    With translation | | |

Issuer:  Chen, Xin                                        Servers:

Note:
 (1)  The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §51; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
(2)  In case of receiving by substitution, the substitution recipient should sign and seal the document, and note the relationship with the servee, and the reason(s) for substitution.
(3)  This Proof of Service applies to Hong Hong and Macao districts.

> *March 22, 2011   The addressee refused to accept the documents.*
> *Servers: Jia Ding and Wang Baowei*
> *March 29, 2011   The addressee refused to accept the documents.*
> *Servers: Li Yonghui and Zhu Chaozheng*

# 北京市高级人民法院

## 送达回证

SX-11-220

| 案　　由 | | 案　号 | 法协（2011）368 |
|---|---|---|---|
| 送达文书<br>名称和件数 | 文书概要一份<br>诉状一份 | | 传票一份<br>文书一份 |
| 受送达人 | 中国建筑材料集团公司（CNBM） | | |
| 送达地址 | 海淀区三里河路（甲）11号中国建材大厦17层（7层） | | |
| 受送达人<br>签名或盖章 | | | |
| 代收人<br>代收理由 | | | |
| 备　　考 | 美国，有译文 | | |

填发人　陈新　　　　　　　　　　　　　送达人

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五　一条的规定办理；送达民事、行政诉讼
　　　　文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
　　（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理
　　　　由。
　　（3）本《〈送达回证〉》适用涉港、澳地区送达。

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Diane K. Myers<br>APS INTERNATIONAL, LTD.<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776     Fax: 952.831.8150<br>Email: DMyers@CivilActionGroup.com | Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>P.C. 100020<br>People's Republic of China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- à l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(identité et adresse)          China National Building Material Co., Ltd.
          17th Floor, Zhong Guo Jian Cai Da Sha, San Li He Road #11, Haidian District, Beijing City, China, 100037

[X] (a)  In accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
     *a)     selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
     *b)     selon la forme particulière suivante (article 5, alinéa premier, lettre b);*
_____

[ ] (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
     *c)     le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Summary of the Document to be Served
Summons in a Civil Action
Plaintiffs' Class Action Complaint with Exhibit "A"
Translations
_____
_____
_____

Done at
*Fait à*     Minneapolis, Minnesota, U.S.A.     , the
                                                 *le* 2-28-13

Signature and/or stamp.
*Signature et/ou cachet.*

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

CERTIFICATE
ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
   *que la demande a été exécutée*
   - the (date)
   - *le (date)*  Apr. 3, 2013
   - at (place, street, number)
   - *à (localité, rue numéro)*  The Seventeenth floor, NO. A-11 Sanlihe Road, Haidian District, Beijing, China, 100047

   - in one of the following methods authorised by article 5:
   - *dans une des formes suivantes prévues à l'article 5:*
     [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
         a) *selon les formes légales (article 5, alinéa premier, lettre a).*
     [ ] (b) in accordance with the following particular method*:
         b) *selon la forme particulière suivante:* _____
     [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
         c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)*  The signature is not legible

   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* Deputy General Manager.

2) that the document has not been served, by reason of the following facts*:
   *que la demande n'a pas été exécutée, en raison des faits suivants:*
   _____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action, Plaintiffs' Class Action Complaint with Exhibit "A", Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
_____

Done at
*Fait à* Beijing , the *le* May. 27, 2013
Signature and/or stamp.
*Signature et/ou cachet.*

中华人民共和国
司法部
民商事司法协助专用章

* Delete if inappropriate.
  *Rayez les mentions inutiles.*

2

267249 - 3

# BEIJING SUPERIOR PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Beijing Superior People's Court]

Judicial Association No. SX-13-333

| Cause of Action | | Cause No. | Law Association No. (2013) 319 |
|---|---|---|---|
| Document Served and Number | Summary of Documents, one copy<br>Complaint, one copy | Summons, one copy<br>Document, one copy | |
| Recipient | China National Building Material Co., Ltd. | | |
| Address for Service | 17th Floor, Zhong Guo Jian Cai Da Sha, San Li He Road #11, Haidian District, Beijing, (China). | | |
| Recipient Signature or Seal | Chang, Zhangli   Vice President<br><br>010-88082398 | 140521197012074819<br><br>April 3, 2013 | |
| Recipient in substitution and reason(s) | | | |
| Reasons for Non-Service | | | |
| Notes | United States.   With translation | | |

Issuer:  Chen, Xin                    Servers:   Liu, Yi     Zhu, Chaozheng

Note:
 (1) The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §51; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
(2) In case of receiving by substitution, the substitution recipient should sign and seal the document, and note the relationship with the servee, and the reason(s) for substitution.

送　达　回　证

SX-13-333

| 案　　由 | | 案　号 | 法协（2013）319号 |
|---|---|---|---|
| 送达文书<br>名称和件数 | 文书概要一份<br>诉状一份 | | 传票一份<br>文书一份 |
| 受 送 达 人 | China National Building Material Co., Ltd.<br>中国建筑材料有限公司 | | |
| 送 达 地 址 | 北京市海淀区三里河路 11 号中国建材大厦 17 楼 | | |
| 受送达人<br>签名或盖章 | 常建利　　高军东　(14051197012 0) 0829<br>010-88082398　2013.4.3 | | |
| 代 收 人<br>代 收 理 由 | | | |
| 未 能 送<br>达 理 由 | | | |
| 备　　考 | 美国，有译文 | | |

填发人　陈新　　　　　　　　　　　送达人 高峰 李鹏程
2013.4.3

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五　一条的规定办理；送达民事、行政诉讼
文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND
UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF:  Louisiana

## REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

13-SXS-1736

| | |
|---|---|
| Identity and address of the applicant<br>*Identité et adresse du requérant*<br><br>**Jeff J. Karsten**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota  55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776      Fax: 952.831.8150**<br>**Email: JKarsten@CivilActionGroup.com** | Address of receiving authority<br>*Adresse de l'autorité destinataire*<br><br>**Ministry of Justice**<br>**International Legal Cooperation Center (ILCC)**<br>**6, Chaoyangmen Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**P.C. 100020**<br>**People's Republic of China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-
mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- à l'autorité destinataire les documents ci-dessous énumérés, en la priant*
*conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(identité et adresse)               China National Building Material Co., Ltd.
                    21/F, Tower 2, Guohai Plaza, 17 Fuxing Road, Haidian District, Beijing, China 100036

[X]  (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
      *a)*    *selon les formes légales (article 5, alinéa premier, lettre a).*

[ ]   (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
      *b)*    *selon la forme particulière suivante (article 5, alinéa premier, lettre b):*

[ ]   (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
      *c)*    *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes** -- with a certificate as provided
on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Summary of the Document to be Served              Done at
✓Summons in a Civil Action                        *Fait à*       Minneapolis, Minnesota, U.S.A.            , the   11 NOV 2013
✓Conditional Transfer Order with attached Schedule                                                        *le*
✓Plaintiffs' Class Action Complaint with Exhibit "A"
✓Civil Cover Sheet                                Signature and/or stamp.
✓Translations                                     *Signature et/ou cachet.*        APS INTERNATIONAL
                                                                                   APS International Plaza
                                                                                   7800 Glenroy Road
                                                                                   Minneapolis, MN 55439

* Delete if inappropriate.                        (Formerly OBD-116 which was formerly LAA-116,        USM-94
. *Rayer les mentions inutiles*                   both of which may still be used)
                                                                                                       (Est. 11/22/77)

Case Name: Amorin (FL) v. Taishan Gypsum Co., Ltd.
Defendant: China National Building Material Co., Ltd.
Court Case No.: 11-1672 Section L

*2013—SXS—1736*

### CERTIFICATE
### *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)   **that the document has been served***
*1.   que la demande a été exécutée*
      - the (date) _____
      - *le (date)*
      - at (place, street, number)
      - *à (localité, rue numéro)* _____

      - in one of the following methods authorised by article 5-
      - *dans une des formes suivantes prévues à l'article 5:*
         [ ]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
             *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
         [ ]  (b)  in accordance with the following particular method*:
             *b)   selon la forme particulière suivante:* _____

         [ ]  (c)  by delivery to the addressee, who accepted it voluntarily.*
             *c)   par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
      - (identity and description of person)
      - *(identité et qualité de la personne)* _____

      - relationship to the addressee (family, business or other):
      - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2)   **that the document has not been served, by reason of the following facts***:
   *que la demande n'a pas été exécutée, en raison des faits suivants:*

*The recipient refused to accept the documents*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action, Conditional Transfer Order with attached Schedule, Plaintiffs' Class Action Complaint with Exhibit "A", Civil Cover Sheet, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

_____

Done at *Beijing* , the *APRIL 9, 2014*
*Fait à* _____ *le* _____

Signature and/or stamp.
*Signature et/ou cachet.*

_____

\*   Delete if inappropriate.
   *Rayer les mentions inutiles.*

2

266532-0090

# BEIJING SUPERIOR PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Beijing Superior People's Court]

Judicial Association No. SX-13-1736

| Cause of Action | | | Cause No. | Law Association No. (2013) 1397 |
|---|---|---|---|---|
| Document Served and Number | Summary of Documents, one copy<br>Complaint, one copy | | Summons, one copy<br>Document, one copy | |
| Recipient | China National Building Material Group Co., Ltd. | | | |
| Address for Service | 21/F, Tower 2, Guohai Plaza, 17 Fuxing Road, Haidian District, Beijing, (China). | | | |
| Recipient Signature or Seal | | | | |
| Recipient in substitution and reason(s) | | | | |
| Reasons for Non-Service | Refused to accept. | | | |
| Notes | United States.   With translation | | | |

Issuer:  Chen, Xin              Servers:  Jia, Ding      Zhang, Xiao Guan   *Dec. 23, 2013*

Note:
 (1)  The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §51; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
(2)  In case of receiving by substitution, the substitution recipient should sign and seal the document, and note the relationship with the servee, and the reason(s) for substitution.

# 北京市高级人民法院
## 送 达 回 证

SX-13-1736

| 案　　由 | | 案　号 | 法外（2013）1397号 |
|---|---|---|---|
| 送达文书<br>名称和件数 | 文书概要一份<br>诉状一份 | | 传票一份<br>文书一份 |
| 受送达人 | China National Building Material Group Co., Ltd<br>中国建材股份有限公司 | | |
| 送达地址 | 北京市海淀区复兴路17号国海广场2号楼21层 | | |
| 受送达人<br>签名或盖章 | | | |
| 代收人<br>代收理由 | | | |
| 未能送<br>达理由 | 拒收 | | |
| 备　　考 | 美国，有译文 | | |

填发人　陈新　　　　　　　　　　　　　　送达人 贾下 张思民 2013.11.23

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五 一条的规定办理；送达民事、行政诉讼
　　　　文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
　　（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理
　　　　由。

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

## REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*

*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

13-SX57752

| | |
|---|---|
| **Identity and address of the applicant**<br>*Identité et adresse du requérant*<br><br>**Glenda E. Fichtner**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota  55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776      Fax: 952.831.8150**<br>**Email: GEF@CivilActionGroup.com** | **Address of receiving authority**<br>*Adresse de l'autorité destinataire*<br><br>**Ministry of Justice**<br>**International Legal Cooperation Center (ILCC)**<br>**6, Chaoyangmen Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**P.C. 100020**<br>**People's Republic of China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- à l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(identité et adresse) _____ China National Building Material Co., Ltd. _____

_____ 21/F, Tower 2, Guohai Plaza, 17 Fuxing Road, Haidian District, Beijing, China, 100036 _____

[X]   (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
  a)    *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]   (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
  b)    *selon la forme particulière suivante (article 5, alinéa premier, lettre b):* _____
_____

[ ]   (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
  c)    *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

| | |
|---|---|
| Summary of the Document to be Served<br>√Summons in a Civil Action<br>√Conditional Transfer Order with attached Schedule<br>√Civil Cover Sheet<br>√Plaintiffs' Class Action Complaint with Exhibit "A"<br>√Translations<br><br>_____<br>_____<br>_____ | Done at<br>*Fait à* _____ Minneapolis, Minnesota, U.S.A. _____ , the<br>*le* 11 NOV 2013<br><br>APS INTERNATIONAL<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, MN 55439<br><br>Signature and/or stamp.<br>*Signature et/ou cachet.*<br><br>*Glenda Fichtner*<br><br>(Formerly OBD-116 which was formerly LAA-116,   USM-94<br>both of which may still be used)        (Est. 11/22/77) |

* Delete if inappropriate.
  *Rayer les mentions inutiles*

Case Name:  Amorin (VA) v.  Taishan Gypsum Co., Ltd.

Defendant:  China National Building Material Co., Ltd.

Court Case No.:  11-1673 Section L

*7013 — SXC — 1733*

# CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,

*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)  that the document has been served*

*1.  que la demande a été exécutée*

- the (date)
- *le (date)*
- at (place, street, number)
- *à (localité, rue numéro)* _____

- in one of the following methods authorised by article 5-

- *dans une des formes suivantes prévues à l'article 5:*

  [ ]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
      *a)  selon les formes légales (article 5, alinéa premier, lettre a).*
  [ ]  (b)  in accordance with the following particular method*:
      *b)  selon la forme particulière suivante:* _____

  [ ]  (c)  by delivery to the addressee, who accepted it voluntarily.*
      *c)  par remise simple*

The documents referred to in the request have been delivered to:

*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person)
- *(identité et qualité de la personne)* _____

- relationship to the addressee (family, business or other):
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2)  that the document has not been served, by reason of the following facts*:

*2.  que la demande n'a pas été exécutée, en raison des faits suivants:*

_____ *The recipient refused to accept the documents.* _____

_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served,  Summons in a Civil Action, Conditional Transfer Order with attached Schedule, Civil Cover Sheet, Plaintiffs' Class Action Complaint with Exhibit "A", Translations

Annexes

*Annexes*

Documents returned:

*Pièces renvoyées:*

_____

_____

In appropriate cases, documents establishing the service:

*Le cas échéant, les documents justificatifs de l'exécution:*

_____

_____

Done at  *Beijing* , the  *April 9, 2014*

*Fait à*

Signature and/or stamp.

*Signature et/ou cachet.*

中华人民共和国
司法部
民商事司法协助专用章

*  Delete if inappropriate.

*  Rayer les mentions inutiles.*

2

267247 – 84

Beijing City Higher People's Court

Proof of Service

[Seal affixed: Beijing City Higher People's Court]

SX-13-1732

| Cause of Action | | Case No. | Judicial Foreign (2013) 1393 |
|---|---|---|---|
| Name and Number of Copies of Documents Served | One Copy of Document Summary   One Copy of Summons   One Copy of Complaint   One Copy of Document | | |
| The Addressee | China National Building Material Co., Ltd. | | |
| Address for Service | 21/F, Tower 2, Guohai Plaza, 17 Fuxing Road, Haidian District, Beijing | | |
| Signature or Seal of the Addressee | | | |
| The Addressee's Agent and Reason for such Agency | | | |
| Reason for Unsuccessful Serving | Refusing to accept. | | |
| Remarks | USA, with translations | | |

Issued by: Xin Chen          Servers: Ding Jia, Xiaoguang Zhang   12-23-2013

Note: (1) Service of criminal litigation documents shall be conducted in accordance with Article 51 of the Criminal Procedure Law of the People's Republic of China; service of civil and administrative litigation documents shall be conducted in accordance with or with reference to Articles 78 and 79 of the Civil Procedure Law of the People's Republic of China.

(2) For service of litigation documents to the addressee's agent, the addressee's agent shall indicate his/her relationship with the addressee and the reason for such agency in addition to affixing his/her signature or seal.

# 北京市高级人民法院
## 送 达 回 证

SX-13- 1732

| 案　　由 | | 案　号 | 法外（2013）1393 号 |
|---|---|---|---|
| 送达文书<br>各称和件数 | 文书概要一份<br>诉状一份 | | 传票 一份<br>文书一份 |
| 受 送 达 人 | China National Building Material Group Co., Ltd<br>中国建材股份有限公司 | | |
| 送 达 地 址 | 北京市海淀区复兴路 17 号国海广场 2 号楼 21 层 | | |
| 受 送 达 人<br>签名或盖章 | | | |
| 代 收 人<br>代 收 理 由 | | | |
| 未 能 送<br>达 理 由 | 拒收 | | |
| 备　　考 | 美国，有译文 | | |

填发人　陈新　　　　　　　　　　　　　送达人 贾不 张晃兄 2013.12.23

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五　一条的规定办理；送达民事、行政诉讼

　　　文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。

　　（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理

　　　由。

# CNBM Group

US

# BEIJING SUPERIOR PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Beijing Superior People's Court]

Judicial Association No. SX-10-92

| Cause of Action | | Cause No. | Law Association No. (2010) 194 |
|---|---|---|---|
| Document Served and Number | Summary of Documents, one copy<br>Complaint, one copy | | Summons, one copy<br>Document, one copy |
| Recipient | China National Building Material Group | | |
| Address for Service | 17th Floor, China Building Material Building, 11 San Li He Road, Haidian District (Beijing, China 100037) . | | |
| Recipient Signature or Seal | Ma, Gen Lin        Deputy General Manager, Corporate Management Department<br>13911865588<br><br>                                                                February 25, 2010 | | |
| Recipient in substitution and reason(s) | | | |
| Notes | United States.   With translation           . | | |

Issuer:  Chen, Xin                                    Servers:  Zhu, Cheng Fu      Li, Qing

Note:
 (1)  The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §57;
the service of documents in civil actions and administrative documents is executed in accordance with Civil
Proceeding Code §78 and §79.
(2)  In case of receiving by substitution, the substitution recipient should sign and seal the document, and
note the relationship with the servee, and the reason(s) for substitution.
(3)  This Proof of Service applies to Hong Hong and Macao districts.

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND
UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF:  Louisiana

# REQUEST

# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota  55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776     Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | **Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**10, Chaoyangmen, Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- à l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

(identité et adresse) _____ China National Building Material Group Corporation (CNBM Group) _____
_____ 17th Floor, Zhong Guo Jian Cai Da Sha, San Li He Road #11, Haidian District, Beijing 100037, China _____
Tel: _____

[X]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a)  selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *b)  selon la forme particulière suivante (article 5, alinéa premier, lettre b):* _____
_____
_____

[ ]  (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    *c)  le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided
on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Class Action Complaint
Summons in a Civil Action
Translations
Summary of the Document to be Served
_____
_____
_____
_____
_____
_____

Done at
*Fait à* Minneapolis, Minnesota, U.S.A.                    , the
                                                *le* 1/13/10

Signature and/or stamp.
*Signature et/ou cachet.*

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

(Formerly OBD-116 which was formerly LAA-116,          USM-94
both of which may still be used)                                              (Est. 11/22/77)

* Delete if inappropriate.
*. Rayer les mentions inutiles*

Case Name:   Gross v.  Knauf Gips, KG
Defendant:   China National Building Material Group Corporation (CNBM Group)
Court Case No.:   09-6690

### CERTIFICATE
### *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)   that the document has been served*
*1.   que la demande a été exécutée*
- the (date)
- *le (date)* February 25th, 2010
- at (place, street, number)
- *à (localité, rue numéro)* 17/E, Zhongguo Jiancai Mansion, No.11 Sanlihe Road, Haidian District, Beijing, China

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*

  [X]   (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
        *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
  [ ]   (b)   in accordance with the following particular method*:
        *b)   selon la forme particulière suivante: _____*

  [ ]   (c)   by delivery to the addressee, who accepted it voluntarily.*
        *c)   par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person)
- *(identité et qualité de la personne)* Genlin Ma

- relationship to the addressee (family, business or other):
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* the vice-manager of the Department of Business Administration of addressee

2)   that the document has not been served, by reason of the following facts*:
*2.   que la demande n'a pas été exécutée, en raison des faits suivants:*

_____

_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served,  Class Action Complaint, Summons in a Civil Action, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at Beijing 中华人民共和国 the 6/4 2010
*Fait à _____ le _____*

Signature and/or stamp.
*Signature et/ou cachet.*

司法部
司法协助专用章

_____

*   Delete if inappropriate.
    *Rayer les mentions inutiles.*                     2

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF:  Louisiana

# REQUEST

# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

## DEMANDE
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

**Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.**

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota  55439-3122**<br>**U.S.A.**<br>**Tel: 952.831.7776      Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | **Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**No 6, Chaoyangmen Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)

*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- à l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

(identité et adresse)      China National Building Material Group Corporation (CNBM Group)

17th Floor, Zhong Guo Jian Cai Da Sha, San Li He Road #11, Haidian District, Beijing City 100037, China

Tel:

[X]  (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a)    selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *b)    selon la forme particulière suivante (article 5, alinéa premier, lettre b);*_____

[ ]  (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    *c)    le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

--Summons in a Civil Action (Complaint in Intervention)
--Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III)
--Exhibits "A" - "C"
--Schedules 1 - 3
--Translations
--Summary of the Document to be Served

Done at
*Fait à* Minneapolis, Minnesota, U.S.A.                   , the
                                                                        *le* 12 17 10

Signature and/or stamp.
*Signature et/ou cachet.*



APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road

(Formerly OBD-116 which was formerly LAA-116,          USM-94
both of which may still be used)

(Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

Case Name:  Gross  v.  Knauf Gips KG  [ OMNIBUS (III) ]
Defendant:  China National Building Material Group Corporation (CNBM Group)
Court Case No.:  09-6690

### CERTIFICATE
### *ATTESTATION*

*58—10 — 188*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

**1)**   **that the document has been served\***
*1.*   *que la demande a été exécutée*
   - **the (date)**
   *- le (date)* _____
   - **at (place, street, number)**
   *- à (localité, rue numéro)* _____

   - **in one of the following methods authorised by article 5-**
   *- dans une des formes suivantes prévues à l'article 5:*
    [ ]   **(a)**   **in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention\*.**
     *a)*   *selon les formes légales (article 5, alinéa premier, lettre a).*
    [ ]   **(b)**   **in accordance with the following particular method\*:**
     *b)*   *selon la forme particulière suivante:* _____

    [ ]   **(c)**   **by delivery to the addressee, who accepted it voluntarily.\***
     *c)*   *par remise simple*

**The documents referred to in the request have been delivered to:**
*Les documents mentionnés dans la demande ont été remis à:*
   - **(identity and description of person)**
   *- (identité et qualité de la personne)* _____

   - **relationship to the addressee (family, business or other):**
   *- liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

**2)**   **that the document has not been served, by reason of the following facts\*:**
*2.*   *que la demande n'a pas été exécutée, en raison des faits suivants:*

*The addressee refused to accept the documents*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**LIST OF DOCUMENTS:** Summary of the Document to be Served,  Summons in a Civil Action (Complaint in Intervention), Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III), Exhibits "A" - "C", Schedules 1 - 3, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*
_____
_____

| | |
|---|---|
| **In appropriate cases, documents establishing the service:** | **Done at**   *Beijing* , **the** *June 27, 2011* |
| *Le cas échéant, les documents justificatifs de l'exécution:* | *Fait à* |
| _____ | **Signature and/or stamp.** |
| _____ | *Signature et/ou cachet.* |
| _____ | |

\*   Delete if inappropriate.
 *Rayer les mentions inutiles.*

            **2**

# BEIJING SUPERIOR PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Beijing Superior People's Court]

Judicial Association No. SX-10-1997

| Cause of Action | | Cause No. | Law Association No. (2011) 32 |
|---|---|---|---|
| Document Served and Number | Summary of Documents, one copy<br>Complaint, one copy | | Summons, one copy<br>Document, one copy |
| Recipient | China National Building Material Group Corporation (CNBM Group) | | |
| Address for Service | 17th Floor, Zhong Guo Jian Cai Da Sha, San Li He Road #11, Haidian District, Beijing City 100037, China. | | |
| Recipient Signature or Seal | | | |
| Recipient in substitution and reason(s) | | | |
| Notes | United States.   With translation. | | |

Issuer:  Chen, Xin                                    Servers:

Note:
 (1)  The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §51; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
(2)  In case of receiving by substitution, the substitution recipient should sign and seal the document, and note the relationship with the servee, and the reason(s) for substitution.
(3)  This Proof of Service applies to Hong Hong and Macao districts.

*March 9, 2011*
*Refusal by servee.*
*Servers: Jia Ding and Wang Bao Wei*

北京市高级人民法院

送 达 回 证

*Sx-10-1997*

| 案　　由 | | 案　号 | 法协（2011）32 |
|---|---|---|---|
| 送达文书<br>各称和件数 | 文书概要一份<br>诉状等一份 | | 传票一份<br>文书一份 |
| 受 送 达 人 | 中国建筑材料集团公司 | | |
| 送 达 地 址 | 海淀区三里河路（甲）11号中国建材大厦17层 | | |
| 受 送 达 人<br>签名或盖章 | | | |
| 代 收 人<br>代 收 理 由 | | | |
| 备　　考 | 美国，有译文 | | |

填发人　陈新　　　　　　　　　　　　　　送达人

注:（1）送达刑事诉讼文书，按照刑事诉讼法第五　一条的规定办理；送达民事、行政诉讼
　　　　文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。

　　（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理
　　　　由。　　　　　　　　　　　　　　　　　2011.3.9　拒收　雷丁 珊珊

　　（3）本《送达回证》适用涉港、澳地区送达。

Case 2:09-md-02047-EEF-MBN   Document 18986-27   Filed 05/22/15   Page 145 of 160
APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND
UNDER THE Case 2:09-md-02047-EEF-MBN of Document 13776   Filed 04/17/12   Page 1 of 4

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

11 ۶x-22

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota  55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776      Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | **Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**No 6, Chaoyangmen Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-
mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant*
*conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

(identité et adresse)      China National Building Material Group Corporation (CNBM Group)
7th Floor, Zhong Guo Jian Cai Da Sha, San Li He Road #11, Haidian District, Beijing City 100037, China
Tel:

[X] (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
a)    *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
b)    *selon la forme particulière suivante (article 5, alinéa premier, lettre b);*

[ ] (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
c)    *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided
on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

--Summons in a Civil Action (Supplement to
Amended Class Action Complaint)
--Order
--Amended Class Action Complaint
--Translations
--Summary of the Document to be Served

Done at
*Fait à* Minneapolis, Minnesota, U.S.A.                , the  1 26 11
*le*

Signature and/or stamp.
*Signature et/ou cachet.*

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN

(Formerly OBD-116 which was formerly LAA-116,      USM-94
both of which may still be used)                          (Est. 11/22/77)

* Delete if inappropriate.
, Rayer les mentions inutiles

Case Name:  Gross  v.  Knauf Gips KG  [ Supplement ]
Defendant:  China National Building Material Group Corporation (CNBM Group)
Court Case No.:  09-6690

Case 2:09-md-02047-EEF-JCW   Document 13776   Filed 04/17/12   Page 2 of 4

# CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)    that the document has been served*
*l.*    *que la demande a été exécutée*
       - the (date)
       - *le (date)* _____
       - at (place, street, number)
       - *à (localité, rue numéro)* _____

       - in one of the following methods authorised by article 5-
       - *dans une des formes suivantes prévues à l'article 5:*
         [ ]   (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
            *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
         [ ]   (b)   in accordance with the following particular method*:
            *b)   selon la forme particulière suivante:* _____

         [ ]   (c)   by delivery to the addressee, who accepted it voluntarily.*
            *c)   par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
       - (identity and description of person)
       - *(identité et qualité de la personne)* _____

       - relationship to the addressee (family, business or other):
       - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2)    that the document has not been served, by reason of the following facts*:
*2.*    *que la demande n'a pas été exécutée, en raison des faits suivants:*

*The addressee refused to accept the documents*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action (Supplement to Amended Class Action Complaint), Order, Amended Class Action Complaint, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____

_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

_____

_____

Done at   *Beijing* , the   *June 27, 2011*
*Fait à* _____ *, le* _____

Signature and/or stamp.
*Signature et/ou cachet.*

*   Delete if inappropriate.
   *Rayer les mentions inutiles.*

2

# BEIJING SUPERIOR PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Beijing Superior People's Court]

*Judicial Association No. SX-11-221*

| Cause of Action | | Cause No. | Law Association No. (2011) 369 |
|---|---|---|---|
| Document Served and Number | Summary of Documents, one copy<br>Complaint, one copy | Summons, one copy<br>Document, one copy | |
| Recipient | China National Building Material Group Corporation | | |
| Address for Service | 17th Floor (7th Floor), Zhong Guo Jian Cai Da Sha. San Li He Road  (Jia) No. 11, Haidian District,  (Beijing, China). | | |
| Recipient Signature or Seal | | | |
| Recipient in substitution and reason(s) | | | |
| Notes | United States.   With translation | | |

Issuer:  Chen, Xin                                        Servers:

Note:
 (1)  The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §51; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
(2)  In case of receiving by substitution, the substitution recipient should sign and seal the document, and note the relationship with the servee, and the reason(s) for substitution.
(3)  This Proof of Service applies to Hong Hong and Macao districts.

*March 22, 2011   The addressee refused to accept the documents.*
*Servers:  Wang Baowei  and Jia Ding*
*March 29, 2011   The addressee refused to accept the documents.*
*Servers: Li Yonghui and Zhu Chaozheng*

北京市高级人民法院
送 达 回 证

Sx-11-221

| 案　　由 | | 案　号 | 法协（2011）369 |
|---|---|---|---|
| 送达文书<br>名称和件数 | 文书概要一份 | | 传票一份 |
| | 诉状一份 | | 文书一份 |
| 受 送 达 人 | 中国建筑材料集团公司 | | |
| 送 达 地 址 | 海淀区三里河路（甲）11 号中国建材大厦 17 层<br>（7 层） | | |
| 受 送 达 人<br>签名或盖章 | | | |
| 代 收 人<br>代 收 理 由 | | | |
| 备　　考 | 美国，有译文 | | |

填发人　陈新　　　　　　　　　　　　　　送达人

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五　一条的规定办理；送达民事、行政诉讼
　　　　文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
　　（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代理
　　　　由。
　　（3）本《送达回证》适用涉港、澳地区送达。

2011. 3. 22　拒收　孙祝□
2011. 3. 29　拒收　李险　韩晓敏

APPLICANT IS AUTHORIZED TO USE THIS FORM UNDER FEDERAL RULES OF CIVIL PROCEDURE AND
UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF:  Louisiana

Case 2:09-md-02047-EEF-MBN   Document 17911   Filed 07/31/14   Page 1 of 4

## REQUEST

# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

13-SXS-1735

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Jeff J. Karsten**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota  55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776      Fax: 952.831.8150**<br>**Email: JKarsten@CivilActionGroup.com** | **Ministry of Justice**<br>**International Legal Cooperation Center (ILCC)**<br>**6, Chaoyangmen Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**P.C. 100020**<br>**People's Republic of China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-
mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(Identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- à l'autorité destinataire les documents ci-dessous énumérés, en la priant*
*conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(*identité et adresse*)             China National Building Materials Group Co.

23/F, Tower 2, Guohai Plaza, 17 Fuxing Road, Haidian District, Beijing, China 100036

[X]  (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a)     selon les formes légales (article 5, alinéa premier, lettre a).*

[ ]  (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *b)     selon la forme particulière suivante (article 5, alinéa premier, lettre b):* _____

[ ]  (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    *c)     le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided
on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes* -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Summary of the Document to be Served
✓Summons in a Civil Action
✓Conditional Transfer Order with attached Schedule
✓Plaintiffs' Class Action Complaint with Exhibit "A"
✓Civil Cover Sheet
✓Translations 黎 限 整 相 诶 店 诽 羁 甯 判

Done at
*Fait à*     Minneapolis, Minnesota, U.S.A.     , the
                                        *le*    11 Nov 2013

Signature and/or stamp.
*Signature et/ou cachet.*

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

(Formerly OBD-116 which was formerly LAA-116,
both of which may still be used)           USM-94

\* Delete if inappropriate.
. *Rayer les mentions inutiles*

(Est. 11/22/77)

266532-0091

Case Name: Amorin (FL) v. Taishan Gypsum Co., Ltd.
Defendant: China National Building Materials Group Co.
Court Case No.: 11-1672 Section L

# CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)   that the document has been served*
*I.   que la demande a été exécutée*
- the (date)
- *le (date)*
- at (place, street, number)     _____
- *à (localité, rue numéro)*     _____

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*
  [ ] (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
      *a)    selon les formes légales (article 5, alinéa premier, lettre a).*
  [ ] (b)  in accordance with the following particular method*:  _____
      *b)    selon la forme particulière suivante:*  _____

  [ ] (c)  by delivery to the addressee, who accepted it voluntarily.*
      *c)    par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person)
- *(identité et qualité de la personne)*  _____

- relationship to the addressee (family, business or other):
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:*  _____

②)   that the document has not been served, by reason of the following facts*:
*que la demande n'a pas été exécutée, en raison des faits suivants:*
*The recipient refused to accept the documents*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served,  Summons in a Civil Action, Conditional Transfer Order with attached Schedule, Plaintiffs' Class Action Complaint with Exhibit "A", Civil Cover Sheet, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____
_____     Done at   Beijing          the   April 9, 2014
_____     *Fait à*
In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*     Signature and/or stamp.
                                                                  *Signature et/ou cachet.*
_____
_____

* Delete if inappropriate.
  *Rayer les mentions inutiles.*                                  2

                                                                                          266532-0091

# BEIJING SUPERIOR PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Beijing Superior People's Court]

Judicial Association No. SX-13-1735

| Cause of Action | | Cause No. | Law Association No. (2013) 1396 |
|---|---|---|---|
| Document Served and Number | Summary of Documents, one copy<br>Complaint, one copy | | Summons, one copy<br>Document, one copy |
| Recipient | China National Building Materials Group Co. | | |
| Address for Service | 23/F, Tower 2, Guohai Plaza, 17 Fuxing Road, Haidian District, Beijing, (China) . | | |
| Recipient Signature or Seal | | | |
| Recipient in substitution and reason(s) | | | |
| Reasons for Non-Service | Refused to accept. | | |
| Notes | United States.   With translation . | | |

Issuer:  Chen, Xin           Servers:  Jia, Ding      Zhang, Xiao Guan  *Dec. 23, 2013*

Note:
 (1)  The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §51; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
(2)  In case of receiving by substitution, the substitution recipient should sign and seal the document, and note the relationship with the servee, and the reason(s) for substitution.

# 北京市高级人民法院
## 送 达 回 证

SX-13-1735

| 案　　由 | | 案　号 | 法外（2013）1396号 |
|---|---|---|---|
| 送达文书<br>名称和件数 | 文书概要一份<br>诉状一份 | | 传票 一份<br>文书一份 |
| 受 送 达 人 | China National Building Materials Group Co.<br>中国建筑材料集团有限公司 | | |
| 送 达 地 址 | 北京市海淀区复兴路17号国海广场2号楼23层 | | |
| 受 送 达 人<br>签名或盖章 | | | |
| 代 收 人<br>代 收 理 由 | | | |
| 未 能 送<br>达 理 由 | 拒收、 | | |
| 备　　考 | 美国，有译文 | | |

填发人　陈新　　　　　　　　　　　　　送达人贾卫 张党民. 2013.12.23

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五　一条的规定办理；送达民事、行政诉讼
　　　　文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。

　　（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理
　　　　由。

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND
UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

## REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*

*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée La Haye, le 15 Novembre 1965.*

13-5X5-1731

| Identity and address of the applicant<br>*Identité et adresse du requérant*<br><br>**Glenda E. Fichtner**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota  55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776          Fax: 952.831.8150**<br>**Email: GEF@CivilActionGroup.com** | Address of receiving authority<br>*Adresse de l'autorité destinataire*<br><br>**Ministry of Justice**<br>**International Legal Cooperation Center (ILCC)**<br>**6, Chaoyangmen Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**P.C. 100020**<br>**People's Republic of China** |
| --- | --- |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-
mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- à l'autorité destinataire les documents ci-dessous énumérés, en la priant*
*conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(identité et adresse)          China National Building Materials Group Co.,
23/F, Tower 2, Guohai Plaza, 17 Fuxing Road, Haidian District, Beijing, China, 100036

[X]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
a)    *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
b)    *selon la forme particulière suivante (article 5, alinéa premier, lettre b):*

[ ]  (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
c)    *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided
on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Énumération des pièces*

Summary of the Documents to be Served
Summons in a Civil Action
Conditional Transfer Order with attached Schedule
Civil Cover Sheet
Plaintiffs' Class Action Complaint with Exhibit
Translations

Done at
*Fait à*          Minneapolis, Minnesota, U.S.A.          , the
le   11 NOV 2013

Signature and/or stamp.
*Signature et/ou cachet.*

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

*Glenda Fichtner*

(Formerly OBD-116 which was formerly LAA-116,          USM-94
both of which may still be used)                                        (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

267247 - 85

Case 2:09-md-02047-EEF-JCW   Document 17916   Filed 07/13/14   Page 2 of 31

Case Name:   Amorin (VA) v.  Taishan Gypsum Co., Ltd.
Defendant:   China National Building Materials Group Co.
Court Case No.:   11-1673, Section L

## CERTIFICATE
### *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)   that the document has been served*
*1.*   *que la demande a été exécutée*
      - the (date)
      - *le (date)*
      - at (place, street, number)
      - *à (localité, rue numéro)* _____

      - in one of the following methods authorised by article 5-
      - *dans une des formes suivantes prévues à l'article 5:*
        [ ]   (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
              *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
        [ ]   (b)   in accordance with the following particular method*:
              *b)   selon la forme particulière suivante:* _____

        [ ]   (c)   by delivery to the addressee, who accepted it voluntarily.*
              *c)   par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
      - (identity and description of person)
      - *(identité et qualité de la personne)* _____

      - relationship to the addressee (family, business or other):
      - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2)   that the document has not been served, by reason of the following facts*:
*2.*   *que la demande n'a pas été exécutée, en raison des faits suivants:*

   *The recipient refused to accept the documents.*

_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served,  Summons in a Civil Action, Conditional Transfer Order with attached Schedule, Civil Cover Sheet, Plaintiffs' Class Action Complaint with Exhibit "A", Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

_____

Done at
*Fait à*   Beijing   the   April 9, 2014

Signature and/or stamp
*Signature et/ou cachet*

* Delete if inappropriate.
*Rayer les mentions inutiles.*

2

267247 - 85

Beijing City Higher People's Court

Proof of Service

[Seal affixed: Beijing City Higher People's Court]

| Cause of Action | | Case No. | SX-13-1731 Judicial Foreign (2013) 1392 |
|---|---|---|---|
| Name and Number of Copies of Documents Served | One Copy of Document Summary     One Copy of Summons One Copy of Complaint     One Copy of Document | | |
| The Addressee | China National Building Materials Group Co. | | |
| Address for Service | 23/F, Tower 2, Guohai Plaza, 17 Fuxing Road, Haidian District, Beijing | | |
| Signature or Seal of the Addressee | | | |
| The Addressee's Agent and Reason for such Agency | | | |
| Reason for Unsuccessful Serving | Refusing to accept. | | |
| Remarks | USA, with translations | | |

Issued by: Xin Chen                         Servers: Ding Jia, Xiaoguang Zhang   12-23-2013

Note: (1) Service of criminal litigation documents shall be conducted in accordance with Article 51 of the Criminal Procedure Law of the People's Republic of China; service of civil and administrative litigation documents shall be conducted in accordance with or with reference to Articles 78 and 79 of the Civil Procedure Law of the People's Republic of China.

(2) For service of litigation documents to the addressee's agent, the addressee's agent shall indicate his/her relationship with the addressee and the reason for such agency in addition to affixing his/her signature or seal.

# 北京市高级人民法院
## 送 达 回 证

Sx-13-131

| 案　　由 | | 案　号 | 法外（2013）1392 号 |
|---|---|---|---|
| 送达文书<br>各称和件数 | 文书概要一份<br><br>诉状一份 | | 传票 一份<br><br>文书一份 |
| 受送达人 | China National Building Materials Group Co.<br>中国建筑材料集团有限公司 | | |
| 送达地址 | 北京市海淀区复兴路 17 号国海广场 2 号楼 23 层 | | |
| 受送达人<br>签名或盖章 | | | |
| 代收人<br>代收理由 | | | |
| 未能送<br>达理由 | 拒收. | | |
| 备　考 | 美国，有译文 | | |

填发人　陈新　　　　　　　　　　　　送达人 贾下 纸翼光. 2013.12.23

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五　一条的规定办理；送达民事、行政诉讼
　　　文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
　　（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理
　　　由。

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

## REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

13-SXS-1759

| | |
|---|---|
| **Identity and address of the applicant**<br>*Identité et adresse du requérant*<br><br>Diane K. Myers<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776    Fax: 952.831.8150<br>Email: DMyers@CivilActionGroup.com | **Address of receiving authority**<br>*Adresse de l'autorité destinataire*<br><br>Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>P.C. 100020<br>People's Republic of China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)

*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(identité et adresse)         China National Building Materials Group Co.
23/F, Tower 2, Guohai Plaza, 17 Fuxing Road, Haidian District, Beijing, China, 100036

[X]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
  *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
  *b)   selon la forme particulière suivante (article 5, alinéa premier, lettre b);*_____

[ ]  (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
  *c)   le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Summary of the Document to be Served
Summons in a Civil Action
Plaintiffs' Class Action Complaint with Exhibit
Translations
_____
_____
_____
_____
_____

Done at
*Fait à*   Minneapolis, Minnesota, U.S.A.  , the
  , le   11 NOV 2013

Signature and/or stamp.
*Signature et/ou cachet.*

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

Diane K Myers

(Formerly OBD-116 which was formerly LAA-116,
both of which may still be used)         USM-94
                (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

267249 - 100

Case Name:  Amorin (LA) v.  Taishan Gypsum Co., Ltd.
Defendant:  China National Building Materials Group Co.
Court Case No.:  11-1395

2013 — 5X5 — 1739

## CERTIFICATE
### *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)    that the document has been served*
*1.    que la demande a été exécutée*
- the (date)
- *le (date)* _____
- at (place, street, number)
- *à (localité, rue numéro)* _____

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*
  [ ] (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*,
      *a)    selon les formes légales (article 5, alinéa premier, lettre a).*
  [ ] (b)  in accordance with the following particular method*:
      *b)    selon la forme particulière suivante:* _____

  [ ] (c)  by delivery to the addressee, who accepted it voluntarily.*
      *c)    par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person)
- *(identité et qualité de la personne)* _____

- relationship to the addressee (family, business or other):
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2)    that the document has not been served, by reason of the following facts*:
*que la demande n'a pas été exécutée, en raison des faits suivants:*

The recipient refused to accept the documents.

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served,  Summons in a Civil Action, Plaintiffs' Class Action Complaint with Exhibit "A", Translations
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____

In appropriate cases, documents establishing the service:
*cas échéant, les documents justificatifs de l'exécution:*

_____

Done at   Beijing   the
*Fait à* _____   *le*   April 9, 2014

Signature and/or stamp.
*Signature et/ou cachet.*

Delete if inappropriate.
*Rayer les mentions inutiles.*

2

267249 - 100

Beijing City Higher People's Court

Proof of Service

[Seal affixed: Beijing City Higher People's Court]

| Cause of Action | | Case No. | SX-13-1739 Judicial Foreign (2013) 1400 |
|---|---|---|---|
| Name and Number of Copies of Documents Served | One Copy of Document Summary    One Copy of Summons One Copy of Complaint    One Copy of Document | | |
| The Addressee | China National Building Materials Group Co. | | |
| Address for Service | 23/F, Tower 2, Guohai Plaza, 17 Fuxing Road, Haidian District, Beijing | | |
| Signature or Seal of the Addressee | | | |
| The Addressee's Agent and Reason for such Agency | | | |
| Reason for Unsuccessful Serving | Refusing to accept. | | |
| Remarks | USA, with translations | | |

Issued by: Xin Chen

Servers: Ding Jia, Xiaoguang Zhang    12-23-2013

Note: (1) Service of criminal litigation documents shall be conducted in accordance with Article 51 of the Criminal Procedure Law of the People's Republic of China; service of civil and administrative litigation documents shall be conducted in accordance with or with reference to Articles 78 and 79 of the Civil Procedure Law of the People's Republic of China.

(2) For service of litigation documents to the addressee's agent, the addressee's agent shall indicate his/her relationship with the addressee and the reason for such agency in addition to affixing his/her signature or seal.

# 北京市高级人民法院
## 送　达　回　证

SX-13-139

| 案　　由 | | 案　号 | 法外（2013）1400 号 |
|---|---|---|---|
| 送达文书<br>名称和件数 | 文书概要一份<br>诉状一份 | | 传票一份<br>文书一份 |
| 受 送 达 人 | China National Building Materials Group Co.<br>中国建筑材料集团有限公司 | | |
| 送 达 地 址 | 北京市海淀区复兴路 17 号国海广场 2 号楼 23 层 | | |
| 受 送 达 人<br>签名或盖章 | | | |
| 代 收 人<br>代 收 理 由 | | | |
| 未 能 送<br>达 理 由 | 拒收. | | |
| 备　　考 | 美国，有译文 | | |

填发人　陈新　　　　　　　　　送达人 贾下 教垫克. 2013.12.23

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五　一条的规定办理；送达民事、行政诉讼
　　　　文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
　　（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理
　　　　由。