# EXHIBIT "21"

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL NO: 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | SECTION: L |
| | * | |
| | * | JUDGE: FALLON |
| * * * * * * * * * * * * * * | | MAG.JUDGE: WILKINSON |

**THIS DOCUMENT RELATES TO:** *Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.*, **Case No. 2:09-cv-6687 (E.D.La.)**

**INTERVENOR KNAUF PLASTERBOARD (TIANJIN) CO. LTD.'S
MOTION IN *LIMINE* (NO. 2) TO EXCLUDE TESTIMONY THAT
EMISSIONS OR ODORS FROM CHINESE DRYWALL ARE HARMFUL TO,
OR OTHERWISE IMPACT HEALTH ARE TOXIC OR NOXIOUS**

COME NOW Knauf Plasterboard (Tianjin) Co. Ltd. and move this Honorable Court for an Order granting Intervenor's Motion in *Limine* (No. 2) to Exclude Testimony that Emissions or Odors from Chinese Drywall are Harmful to, or Otherwise Impact Health are Toxic or Noxious on the grounds more fully set forth in the supporting Memorandum attached hereto.

Respectfully submitted,


BY:s/Douglas B. Sanders

KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
PAUL C. THIBODEAUX (#29446)
**FRILOT L.C.**
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504)599-8194
Facsimile: (504)599-8145
Email: kmiller@frilot.com

-AND-

DONALD J. HAYDEN (Fla. Bar No. 0097136)
BAKER & McKENZIE LLP
MELLON Financial Center
1111 Brickell Avenue Suite 1700
Miami, FL 33131
Telephone:    (305) 789-8966
Facsimile:    (305) 789-8953
Email:  donald.j.hayden@bakernet.com

DOUGLAS B. SANDERS (IL Bar No. 6256621)
RICHARD M. FRANKLIN (IL Bar No. 0864390)
**BAKER & MCKENZIE LLP**
130 E. Randolph Drive
One Prudential Plaza
Chicago, IL 60601
Telephone:    (312) 861-8075
Facsimile:    (312) 698-2375
Email:  douglas.b.sanders@bakernet.com

## <u>CERTIFICATE</u>

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 2047, on this  17th day of February, 2010.

s/Douglas B. Sanders

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE WILKINSON |
| | * | |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**THIS DOCUMENT RELATES TO:** *Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.*, **Case No. 2:09-cv-6687 (E.D.La.)**

---

### INTERVENOR KNAUF PLASTERBOARD (TIANJIN) CO. LTD.'S MEMORANDUM IN SUPPORT OF MOTION IN *LIMINE* (NO 2) TO EXCLUDE TESTIMONY THAT EMISSIONS OR ODORS FROM CHINESE DRYWALL ARE HARMFUL TO, OR OTHERWISE IMPACT HEALTH ARE TOXIC OR NOXIOUS

---

### MEMORANDUM FILED UNDER SEAL

Respectfully submitted,

BY:  /s/ Douglas B. Sanders
KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
PAUL C. THIBODEAUX (#29446)
**FRILOT L.L.C.**
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504)599-8194
Facsimile:  (504)599-8145
Email: kmiller@frilot.com

-AND-

DONALD J. HAYDEN (FL Bar No. 0097136)
**BAKER & MCKENZIE LLP**
Mellon Financial Center
1111 Brickell Avenue, Suite 1700
Miami, FL  33131
Telephone:       (305) 789-8966
Facsimile:       (305) 789-8953
Email:  donald.j.hayden@bakernet.com

DOUGLAS B. SANDERS (IL Bar No. 6256621)
RICHARD M. FRANKLIN (IL Bar No. 0864390)
**BAKER & MCKENZIE LLP**
130 E. Randolph Drive
One Prudential Plaza
Chicago, IL  60601
Telephone:       (312) 861-8075
Facsimile:       (312) 698-2375
Email:  douglas.b.sanders@bakernet.com

## <u>CERTIFICATE</u>

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by paper delivery to the Clerk of Court on this 17th day of February, 2010.

*/s/ Douglas B. Sanders*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  **CHINESE-MANUFACTURED** | * | **MDL Docket No. 2047** |
| **DRYWALL PRODUCTS** | * | |
| **LIABILITY LITIGATION** | * | **SECTION L** |
| | * | |
| | * | **JUDGE FALLON** |
| | * | |
| | * | **MAG. JUDGE WILKINSON** |
| | * | |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**THIS DOCUMENT RELATES TO:** *Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.*, Case No. 2:09-cv-6687 (E.D.La.)

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Intervenor Knauf Plasterboard (Tianjin) Co.,. Ltd, appearing through undersigned counsel, will bring the foregoing Motion in *Limine* (No. 2) to Exclude Testimony that Emissions or Odors from Chinese Drywall are Harmful to, or Otherwise Impact Health are Toxic or Noxious  on for hearing before the Honorable Eldon E. Fallon, Section "E",  of the United States District Court, Eastern District of Louisiana, located at 500 Poydras Street, New Orleans,  Louisiana on the 18th day of February, 2010  beginning at 2:00 o'clock, p.m. or as soon thereafter as counsel can be heard.

Respectfully submitted,

BY:  s/Douglas B. Sanders

KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
PAUL C. THIBODEAUX (#29446)
**FRILOT L.C.**
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504)599-8194
Facsimile:  (504)599-8145
Email: kmiller@frilot.com

-AND-

DONALD J. HAYDEN (FL Bar No. 0097136)
**BAKER & MCKENZIE LLP**
Mellon Financial Center
1111 Brickell Avenue, Suite 1700
Miami, FL 33131
Telephone:      (305) 789-8966
Facsimile:       (305) 789-8953
Email:  donald.j.hayden@bakernet.com

DOUGLAS B. SANDERS (IL Bar No. 6256621)
RICHARD M. FRANKLIN (IL Bar No. 0864390)
**BAKER & MCKENZIE LLP**
130 E. Randolph Drive
One Prudential Plaza
Chicago, IL 60601
Telephone:      (312) 861-8075
Facsimile:       (312) 698-2375
Email:  douglas.b.sanders@bakernet.com

## CERTIFICATE

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 2047, on this 17th day of February, 2010.

s/Douglas B. Sanders

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL NO: 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | SECTION: L |
| | * | |
| | * | JUDGE: FALLON |
| * * * * * * * * * * * * * * | | MAG.JUDGE: WILKINSON |

**THIS DOCUMENT RELATES TO:** *Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.*, **Case No. 2:09-cv-6687 (E.D.La.)**

**INTERVENOR KNAUF PLASTERBOARD (TIANJIN) CO. LTD.'S
MOTION IN *LIMINE* (NO. 3) TO STRIKE AND EXCLUDE HEARSAY OPINIONS OF
ZDENEK HEJZLAR ATTACHED TO UNTIMELY FILED CARAVANOS REPORT**

COME NOW Knauf Plasterboard (Tianjin) Co. Ltd. and move this Honorable Court for an Order

granting Intervenor's Motion in *Limine* (No. 3) to Strike and Exclude Hearsay Opinions of Zdenek

Hejzlar attached to Untimely filed Caravanos Report on the grounds more fully set forth in the supporting

Memorandum attached hereto.

Respectfully submitted,


BY:s/Douglas B. Sanders

KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
PAUL C. THIBODEAUX (#29446)
**FRILOT L.C.**
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504)599-8194
Facsimile: (504)599-8145
Email: kmiller@frilot.com

-AND-

DONALD J. HAYDEN (Fla. Bar No. 0097136)
BAKER & McKENZIE LLP
MELLON Financial Center
1111 Brickell Avenue Suite 1700
Miami, FL  33131
Telephone:       (305) 789-8966
Facsimile:       (305) 789-8953
Email:  donald.j.hayden@bakernet.com

DOUGLAS B. SANDERS (IL Bar No. 6256621)
RICHARD M. FRANKLIN (IL Bar No. 0864390)
**BAKER & MCKENZIE LLP**
130 E. Randolph Drive
One Prudential Plaza
Chicago, IL  60601
Telephone:       (312) 861-8075
Facsimile:       (312) 698-2375
Email:  douglas.b.sanders@bakernet.com

## <u>CERTIFICATE</u>

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 2047, on this  17th day of February, 2010.

s/Douglas B. Sanders

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE WILKINSON |
| | * | |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**THIS DOCUMENT RELATES TO:** *Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.*, **Case No. 2:09-cv-6687 (E.D.La.)**

---

### INTERVENOR KNAUF PLASTERBOARD (TIANJIN) CO. LTD.'S MEMORANDUM IN SUPPORT OF MOTION IN *LIMINE* (NO. 3) TO STRIKE AND EXCLUDE HEARSAY OPINIONS OF ZDENEK HEJZLAR ATTACHED TO UNTIMELY FILED CARAVANOS REPORT

---

### MEMORANDUM FILED UNDER SEAL

Respectfully submitted,

BY: /s/ Douglas B. Sanders
KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
PAUL C. THIBODEAUX (#29446)
**FRILOT L.L.C.**
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504)599-8194
Facsimile: (504)599-8145
Email: kmiller@frilot.com

-AND-

DONALD J. HAYDEN (FL Bar No. 0097136)
**BAKER & MCKENZIE LLP**
Mellon Financial Center
1111 Brickell Avenue, Suite 1700
Miami, FL  33131
Telephone:       (305) 789-8966
Facsimile:        (305) 789-8953
Email:  donald.j.hayden@bakernet.com

DOUGLAS B. SANDERS (IL Bar No. 6256621)
RICHARD M. FRANKLIN (IL Bar No. 0864390)
**BAKER & MCKENZIE LLP**
130 E. Randolph Drive
One Prudential Plaza
Chicago, IL  60601
Telephone:       (312) 861-8075
Facsimile:        (312) 698-2375
Email:  douglas.b.sanders@bakernet.com

## <u>CERTIFICATE</u>

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by paper delivery to the Clerk of Court on this 17th day of February, 2010.

*/s/ Douglas B. Sanders*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: **CHINESE-MANUFACTURED** | * | **MDL Docket No. 2047** |
| **DRYWALL PRODUCTS** | * | |
| **LIABILITY LITIGATION** | * | **SECTION L** |
| | * | |
| | * | **JUDGE FALLON** |
| | * | |
| | * | **MAG. JUDGE WILKINSON** |
| | * | |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:** *Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.*, Case No. 2:09-cv-6687 (E.D.La.)

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Intervenor Knauf Plasterboard (Tianjin) Co., Ltd., appearing through undersigned counsel, will bring the foregoing Motion in *Limine* (No.3) to Strike and Exclude Hearsay Opinions of Zdenek Hejzlar Attached to Untimely filed Caravanos Report on for hearing before the Honorable Eldon E. Fallon, Section "E", of the United States District Court, Eastern District of Louisiana, located at 500 Poydras Street, New Orleans, Louisiana on the 18th day of February, 2010 beginning at 2:00 o'clock, p.m. or as soon thereafter as counsel can be heard.

Respectfully submitted,

BY: _s/Douglas B. Sanders

KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
PAUL C. THIBODEAUX (#29446)
**FRILOT L.C.**
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504)599-8194
Facsimile: (504)599-8145
Email: kmiller@frilot.com

-AND-

DONALD J. HAYDEN (FL Bar No. 0097136)
**BAKER & MCKENZIE LLP**
Mellon Financial Center
1111 Brickell Avenue, Suite 1700
Miami, FL 33131
Telephone:  (305) 789-8966
Facsimile:  (305) 789-8953
Email:  donald.j.hayden@bakernet.com

DOUGLAS B. SANDERS (IL Bar No. 6256621)
RICHARD M. FRANKLIN (IL Bar No. 0864390)
**BAKER & MCKENZIE LLP**
130 E. Randolph Drive
One Prudential Plaza
Chicago, IL 60601
Telephone:  (312) 861-8075
Facsimile:  (312) 698-2375
Email:  douglas.b.sanders@bakernet.com

## CERTIFICATE

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 2047, on this 17th day of February, 2010.

s/Douglas B. Sanders

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL NO: 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | SECTION: L |
| | * | |
| | * | JUDGE: FALLON |
| * * * * * * * * * * * * * * | | MAG.JUDGE: WILKINSON |

**THIS DOCUMENT RELATES TO:** *Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.*, **Case No. 2:09-cv-6687 (E.D.La.)**

## INTERVENOR KNAUF PLASTERBOARD (TIANJIN) CO. LTD.'S MOTION IN *LIMINE* (NO. 4) TO BAR THE PLAINTIFFS STEERING COMMITTEE'S ANIMATION

COME NOW Knauf Plasterboard (Tianjin) Co. Ltd. and move this Honorable Court for an Order granting Intervenor's Motion in *Limine* (No. 4) to Bar the Plaintiffs Steering Committee's Animation on the grounds more fully set forth in the supporting Memorandum attached hereto.

Respectfully submitted,


BY:s/Douglas B. Sanders

KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
PAUL C. THIBODEAUX (#29446)
**FRILOT L.C.**
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504)599-8194
Facsimile: (504)599-8145
Email: kmiller@frilot.com

-AND-

DONALD J. HAYDEN (Fla. Bar No. 0097136)
BAKER & McKENZIE LLP
MELLON Financial Center
1111 Brickell Avenue Suite 1700
Miami, FL 33131
Telephone:      (305) 789-8966
Facsimile:      (305) 789-8953
Email:  donald.j.hayden@bakernet.com

DOUGLAS B. SANDERS (IL Bar No. 6256621)
RICHARD M. FRANKLIN (IL Bar No. 0864390)
**BAKER & MCKENZIE LLP**
130 E. Randolph Drive
One Prudential Plaza
Chicago, IL 60601
Telephone:      (312) 861-8075
Facsimile:      (312) 698-2375
Email:  douglas.b.sanders@bakernet.com

## <u>CERTIFICATE</u>

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 2047, on this 17th day of February, 2010.

s/Douglas B. Sanders

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE WILKINSON |
| | * | |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:** *Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.*, **Case No. 2:09-cv-6687 (E.D.La.)**

---

### INTERVENOR KNAUF PLASTERBOARD (TIANJIN) CO. LTD.'S MEMORANDUM IN SUPPORT OF MOTION IN *LIMINE* (NO. 4) TO BAR THE PLAINTIFFS STEERING COMMITTEE'S ANIMATION

---

**MEMORANDUM FILED UNDER SEAL**

Respectfully submitted,

BY: /s/ Douglas B. Sanders
KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
PAUL C. THIBODEAUX (#29446)
**FRILOT L.L.C.**
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504)599-8194
Facsimile: (504)599-8145
Email: kmiller@frilot.com

-AND-

DONALD J. HAYDEN (FL Bar No. 0097136)
**BAKER & MCKENZIE LLP**
Mellon Financial Center
1111 Brickell Avenue, Suite 1700
Miami, FL 33131
Telephone:    (305) 789-8966
Facsimile:    (305) 789-8953
Email:  donald.j.hayden@bakernet.com

DOUGLAS B. SANDERS (IL Bar No. 6256621)
RICHARD M. FRANKLIN (IL Bar No. 0864390)
**BAKER & MCKENZIE LLP**
130 E. Randolph Drive
One Prudential Plaza
Chicago, IL 60601
Telephone:    (312) 861-8075
Facsimile:    (312) 698-2375
Email:  douglas.b.sanders@bakernet.com

## CERTIFICATE

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by paper delivery to the Clerk of Court on this 17th day of February, 2010.

*/s/ Douglas B. Sanders*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE WILKINSON |
| | * | |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:** *Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.*, Case No. 2:09-cv-6687 (E.D.La.)

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Intervenor Knauf Plasterboard (Tianjin) Co., Ltd., appearing through undersigned counsel, will bring the foregoing Motion in *Limine* (No.4) to Bar the Plaintiffs Steering Committee's Animation on for hearing before the Honorable Eldon E. Fallon, Section "E",  of the United States District Court, Eastern District of Louisiana, located at 500 Poydras Street, New Orleans,  Louisiana on the 18th day of February, 2010  beginning at 2:00 o'clock, p.m. or as soon thereafter as counsel can be heard.

Respectfully submitted,

BY:  s/Douglas B. Sanders

KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
PAUL C. THIBODEAUX (#29446)
**FRILOT L.C.**
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504)599-8194
Facsimile:  (504)599-8145
Email: kmiller@frilot.com

-AND-

DONALD J. HAYDEN (FL Bar No. 0097136)
**BAKER & MCKENZIE LLP**
Mellon Financial Center
1111 Brickell Avenue, Suite 1700
Miami, FL 33131
Telephone:     (305) 789-8966
Facsimile:     (305) 789-8953
Email:  donald.j.hayden@bakernet.com

DOUGLAS B. SANDERS (IL Bar No. 6256621)
RICHARD M. FRANKLIN (IL Bar No. 0864390)
**BAKER & MCKENZIE LLP**
130 E. Randolph Drive
One Prudential Plaza
Chicago, IL 60601
Telephone:     (312) 861-8075
Facsimile:     (312) 698-2375
Email:  douglas.b.sanders@bakernet.com

## CERTIFICATE

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 2047, on this 17th day of February, 2010.

s/Douglas B. Sanders

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL NO: 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | SECTION: L |
| | * | |
| | * | JUDGE: FALLON |
| * * * * * * * * * * * * * * | | MAG.JUDGE: WILKINSON |

**THIS DOCUMENT RELATES TO:** *Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.*, Case No. 2:09-cv-6687 (E.D.La.)

<u>**INTERVENOR KNAUF PLASTERBOARD (TIANJIN) CO. LTD.'S MOTION IN *LIMINE* (NO. 5) TO RESTRICT THE EVIDENTIARY HEARING AND THE COURT'S FINDINGS OF FACT AND CONCLUSIONS OF LAW TO THE SCOPE AND EXTENT OF APPROPRIATE REMEDIATION FOR THE SEVEN HOMES AT ISSUE**</u>

COME NOW Knauf Plasterboard (Tianjin) Co. Ltd. and move this Honorable Court for an Order granting Intervenor's Motion in *Limine* (No. 5) to Restrict the Evidentiary Hearing and the Court's Findings of Fact and Conclusions of Law to the Scope and Extent of Appropriate Remediation for the Seven Homes at Issue on the grounds more fully set forth in the supporting Memorandum attached hereto.

Respectfully submitted,

BY:s/Douglas B. Sanders

KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
PAUL C. THIBODEAUX (#29446)
**FRILOT L.C.**
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504)599-8194
Facsimile: (504)599-8145
Email: kmiller@frilot.com

-AND-

DONALD J. HAYDEN (Fla. Bar No. 0097136)
BAKER & McKENZIE LLP
MELLON Financial Center
1111 Brickell Avenue Suite 1700
Miami, FL  33131
Telephone:      (305) 789-8966
Facsimile:      (305) 789-8953
Email:  donald.j.hayden@bakernet.com

DOUGLAS B. SANDERS (IL Bar No. 6256621)
RICHARD M. FRANKLIN (IL Bar No. 0864390)
**BAKER & MCKENZIE LLP**
130 E. Randolph Drive
One Prudential Plaza
Chicago, IL  60601
Telephone:      (312) 861-8075
Facsimile:      (312) 698-2375
Email:  douglas.b.sanders@bakernet.com

## <u>CERTIFICATE</u>

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 2047, on this  17th day of February, 2010.

s/Douglas B. Sanders

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL NO: 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | SECTION: L |
| | * | |
| | * | JUDGE: FALLON |
| * * * * * * * * * * * * * * | | MAG.JUDGE: WILKINSON |

**THIS DOCUMENT RELATES TO:** *Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.*, **Case No. 2:09-cv-6687 (E.D.La.)**

**INTERVENOR KNAUF PLASTERBOARD (TIANJIN) CO. LTD.'S MOTION IN *LIMINE* (NO. 5) TO RESTRICT THE EVIDENTIARY HEARING AND THE COURT'S FINDINGS OF FACT AND CONCLUSIONS OF LAW TO THE SCOPE AND EXTENT OF APPROPRIATE REMEDIATION FOR THE SEVEN HOMES AT ISSUE**

COME NOW Knauf Plasterboard (Tianjin) Co. Ltd. and move this Honorable Court for an Order granting Intervenor's Motion in *Limine* (No. 5) to Restrict the Evidentiary Hearing and the Court's Findings of Fact and Conclusions of Law to the Scope and Extent of Appropriate Remediation for the Seven Homes at Issue on the grounds more fully set forth in the supporting Memorandum attached hereto.

Respectfully submitted,


BY:s/Douglas B. Sanders

KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
PAUL C. THIBODEAUX (#29446)
**FRILOT L.C.**
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504)599-8194
Facsimile: (504)599-8145
Email: kmiller@frilot.com

-AND-

DONALD J. HAYDEN (Fla. Bar No. 0097136)
BAKER & McKENZIE LLP
MELLON Financial Center
1111 Brickell Avenue Suite 1700
Miami, FL  33131
Telephone:      (305) 789-8966
Facsimile:      (305) 789-8953
Email:  donald.j.hayden@bakernet.com

DOUGLAS B. SANDERS (IL Bar No. 6256621)
RICHARD M. FRANKLIN (IL Bar No. 0864390)
**BAKER & MCKENZIE LLP**
130 E. Randolph Drive
One Prudential Plaza
Chicago, IL  60601
Telephone:      (312) 861-8075
Facsimile:      (312) 698-2375
Email:  douglas.b.sanders@bakernet.com

## CERTIFICATE

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 2047, on this  17th day of February, 2010.

s/Douglas B. Sanders

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL NO: 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | SECTION: L |
| | * | |
| | * | JUDGE: FALLON |
| * * * * * * * * * * * * * * | | MAG.JUDGE: WILKINSON |

**THIS DOCUMENT RELATES TO:** *Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.*, **Case No. 2:09-cv-6687 (E.D.La.)**

**INTERVENOR KNAUF PLASTERBOARD (TIANJIN) CO. LTD.'S
MOTION IN *LIMINE* (NO. 5) TO RESTRICT THE EVIDENTIARY HEARING AND THE
COURT'S FINDINGS OF FACT AND CONCLUSIONS OF LAW TO THE SCOPE AND
EXTENT OF APPROPRIATE REMEDIATION FOR THE SEVEN HOMES AT ISSUE**

COME NOW Knauf Plasterboard (Tianjin) Co. Ltd. and move this Honorable Court for an Order

granting Intervenor's Motion in *Limine* (No. 5) to Restrict the Evidentiary Hearing and the Court's

Findings of Fact and Conclusions of Law to the Scope and Extent of Appropriate Remediation for the

Seven Homes at Issue on the grounds more fully set forth in the supporting Memorandum attached hereto.

Respectfully submitted,


BY:s/Douglas B. Sanders

KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
PAUL C. THIBODEAUX (#29446)
**FRILOT L.C.**
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504)599-8194
Facsimile: (504)599-8145
Email: kmiller@frilot.com

-AND-

DONALD J. HAYDEN (Fla. Bar No. 0097136)
BAKER & McKENZIE LLP
MELLON Financial Center
1111 Brickell Avenue Suite 1700
Miami, FL 33131
Telephone: (305) 789-8966
Facsimile: (305) 789-8953
Email: donald.j.hayden@bakernet.com

DOUGLAS B. SANDERS (IL Bar No. 6256621)
RICHARD M. FRANKLIN (IL Bar No. 0864390)
**BAKER & MCKENZIE LLP**
130 E. Randolph Drive
One Prudential Plaza
Chicago, IL 60601
Telephone: (312) 861-8075
Facsimile: (312) 698-2375
Email: douglas.b.sanders@bakernet.com

## CERTIFICATE

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 2047, on this 17th day of February, 2010.

s/Douglas B. Sanders

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL NO: 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | SECTION: L |
| | * | |
| | * | JUDGE: FALLON |
| * * * * * * * * * * * * * * | | MAG.JUDGE: WILKINSON |

**THIS DOCUMENT RELATES TO:** *Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.*, **Case No. 2:09-cv-6687 (E.D.La.)**

## INTERVENOR KNAUF PLASTERBOARD (TIANJIN) CO. LTD.'S MOTION IN *LIMINE* (NO. 5) TO RESTRICT THE EVIDENTIARY HEARING AND THE COURT'S FINDINGS OF FACT AND CONCLUSIONS OF LAW TO THE SCOPE AND EXTENT OF APPROPRIATE REMEDIATION FOR THE SEVEN HOMES AT ISSUE

COME NOW Knauf Plasterboard (Tianjin) Co. Ltd. and move this Honorable Court for an Order granting Intervenor's Motion in *Limine* (No. 5) to Restrict the Evidentiary Hearing and the Court's Findings of Fact and Conclusions of Law to the Scope and Extent of Appropriate Remediation for the Seven Homes at Issue on the grounds more fully set forth in the supporting Memorandum attached hereto.

Respectfully submitted,

BY:s/Douglas B. Sanders

KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
PAUL C. THIBODEAUX (#29446)
**FRILOT L.C.**
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504)599-8194
Facsimile: (504)599-8145
Email: kmiller@frilot.com

-AND-

DONALD J. HAYDEN (Fla. Bar No. 0097136)
BAKER & McKENZIE LLP
MELLON Financial Center
1111 Brickell Avenue Suite 1700
Miami, FL  33131
Telephone:      (305) 789-8966
Facsimile:      (305) 789-8953
Email:  donald.j.hayden@bakernet.com

DOUGLAS B. SANDERS (IL Bar No. 6256621)
RICHARD M. FRANKLIN (IL Bar No. 0864390)
**BAKER & MCKENZIE LLP**
130 E. Randolph Drive
One Prudential Plaza
Chicago, IL  60601
Telephone:      (312) 861-8075
Facsimile:      (312) 698-2375
Email:  douglas.b.sanders@bakernet.com

## <u>CERTIFICATE</u>

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 2047, on this  17th day of February, 2010.

s/Douglas B. Sanders

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL NO:  2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | SECTION: L |
| | * | |
| | * | JUDGE:  FALLON |
| * * * * * * * * * * * * * * * | | MAG.JUDGE:  WILKINSON |

**THIS DOCUMENT RELATES TO:** *Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.*, **Case No. 2:09-cv-6687 (E.D.La.)**

**INTERVENOR KNAUF PLASTERBOARD (TIANJIN) CO. LTD.'S
MOTION IN *LIMINE* (NO. 5) TO RESTRICT THE EVIDENTIARY HEARING AND THE
COURT'S FINDINGS OF FACT AND CONCLUSIONS OF LAW TO THE SCOPE AND
EXTENT OF APPROPRIATE REMEDIATION FOR THE SEVEN HOMES AT ISSUE**

COME NOW  Knauf Plasterboard (Tianjin) Co. Ltd. and move this Honorable Court for an Order

granting Intervenor's Motion in *Limine* (No. 5) to Restrict the Evidentiary Hearing and the Court's

Findings of Fact and Conclusions of Law to the Scope and Extent of Appropriate Remediation for the

Seven Homes at Issue on the grounds more fully set forth in the supporting Memorandum attached hereto.

Respectfully submitted,


BY:s/Douglas B. Sanders

KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
PAUL C. THIBODEAUX (#29446)
**FRILOT L.C.**
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504)599-8194
Facsimile:  (504)599-8145
Email: kmiller@frilot.com

-AND-

DONALD J. HAYDEN (Fla. Bar No. 0097136)
BAKER & McKENZIE LLP
MELLON Financial Center
1111 Brickell Avenue Suite 1700
Miami, FL 33131
Telephone: (305) 789-8966
Facsimile: (305) 789-8953
Email: donald.j.hayden@bakernet.com

DOUGLAS B. SANDERS (IL Bar No. 6256621)
RICHARD M. FRANKLIN (IL Bar No. 0864390)
**BAKER & MCKENZIE LLP**
130 E. Randolph Drive
One Prudential Plaza
Chicago, IL 60601
Telephone: (312) 861-8075
Facsimile: (312) 698-2375
Email: douglas.b.sanders@bakernet.com

## <u>CERTIFICATE</u>

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 2047, on this 17th day of February, 2010.

s/Douglas B. Sanders

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL NO: 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | SECTION: L |
| | * | |
| | * | JUDGE: FALLON |
| * * * * * * * * * * * * * * | | MAG.JUDGE: WILKINSON |

**THIS DOCUMENT RELATES TO:** *Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.*, **Case No. 2:09-cv-6687 (E.D.La.)**

<u>**INTERVENOR KNAUF PLASTERBOARD (TIANJIN) CO. LTD.'S MOTION IN *LIMINE* (NO. 5) TO RESTRICT THE EVIDENTIARY HEARING AND THE COURT'S FINDINGS OF FACT AND CONCLUSIONS OF LAW TO THE SCOPE AND EXTENT OF APPROPRIATE REMEDIATION FOR THE SEVEN HOMES AT ISSUE**</u>

COME NOW Knauf Plasterboard (Tianjin) Co. Ltd. and move this Honorable Court for an Order granting Intervenor's Motion in *Limine* (No. 5) to Restrict the Evidentiary Hearing and the Court's Findings of Fact and Conclusions of Law to the Scope and Extent of Appropriate Remediation for the Seven Homes at Issue on the grounds more fully set forth in the supporting Memorandum attached hereto.

Respectfully submitted,


BY:s/Douglas B. Sanders

KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
PAUL C. THIBODEAUX (#29446)
**FRILOT L.C.**
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504)599-8194
Facsimile: (504)599-8145
Email: kmiller@frilot.com

-AND-

DONALD J. HAYDEN (Fla. Bar No. 0097136)
BAKER & McKENZIE LLP
MELLON Financial Center
1111 Brickell Avenue Suite 1700
Miami, FL 33131
Telephone:     (305) 789-8966
Facsimile:     (305) 789-8953
Email: donald.j.hayden@bakernet.com

DOUGLAS B. SANDERS (IL Bar No. 6256621)
RICHARD M. FRANKLIN (IL Bar No. 0864390)
**BAKER & MCKENZIE LLP**
130 E. Randolph Drive
One Prudential Plaza
Chicago, IL 60601
Telephone:     (312) 861-8075
Facsimile:     (312) 698-2375
Email: douglas.b.sanders@bakernet.com

## <u>CERTIFICATE</u>

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 2047, on this 17th day of February, 2010.

s/Douglas B. Sanders

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL NO:  2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | SECTION: L |
| | * | |
| | * | JUDGE:  FALLON |
| * * * * * * * * * * * * * * * | | MAG.JUDGE:  WILKINSON |

**THIS DOCUMENT RELATES TO:** *Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.*, **Case No. 2:09-cv-6687 (E.D.La.)**

## INTERVENOR KNAUF PLASTERBOARD (TIANJIN) CO. LTD.'S MOTION IN *LIMINE* (NO. 5) TO RESTRICT THE EVIDENTIARY HEARING AND THE COURT'S FINDINGS OF FACT AND CONCLUSIONS OF LAW TO THE SCOPE AND EXTENT OF APPROPRIATE REMEDIATION FOR THE SEVEN HOMES AT ISSUE

COME NOW  Knauf Plasterboard (Tianjin) Co. Ltd. and move this Honorable Court for an Order granting Intervenor's Motion in *Limine* (No. 5) to Restrict the Evidentiary Hearing and the Court's Findings of Fact and Conclusions of Law to the Scope and Extent of Appropriate Remediation for the Seven Homes at Issue on the grounds more fully set forth in the supporting Memorandum attached hereto.

Respectfully submitted,


BY:s/Douglas B. Sanders

KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
PAUL C. THIBODEAUX (#29446)
**FRILOT L.C.**
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504)599-8194
Facsimile:  (504)599-8145
Email: kmiller@frilot.com

-AND-

DONALD J. HAYDEN (Fla. Bar No. 0097136)
BAKER & McKENZIE LLP
MELLON Financial Center
1111 Brickell Avenue Suite 1700
Miami, FL 33131
Telephone:      (305) 789-8966
Facsimile:      (305) 789-8953
Email:  donald.j.hayden@bakernet.com

DOUGLAS B. SANDERS (IL Bar No. 6256621)
RICHARD M. FRANKLIN (IL Bar No. 0864390)
**BAKER & MCKENZIE LLP**
130 E. Randolph Drive
One Prudential Plaza
Chicago, IL 60601
Telephone:      (312) 861-8075
Facsimile:      (312) 698-2375
Email:  douglas.b.sanders@bakernet.com

## CERTIFICATE

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 2047, on this 17th day of February, 2010.

s/Douglas B. Sanders

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL NO: 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | SECTION: L |
| | * | |
| | * | JUDGE: FALLON |
| * * * * * * * * * * * * * * | | MAG.JUDGE: WILKINSON |

**THIS DOCUMENT RELATES TO:** *Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.*, Case No. 2:09-cv-6687 (E.D.La.)

<u>**INTERVENOR KNAUF PLASTERBOARD (TIANJIN) CO. LTD.'S
MOTION IN *LIMINE* (NO. 5) TO RESTRICT THE EVIDENTIARY HEARING AND THE
COURT'S FINDINGS OF FACT AND CONCLUSIONS OF LAW TO THE SCOPE AND
EXTENT OF APPROPRIATE REMEDIATION FOR THE SEVEN HOMES AT ISSUE**</u>

COME NOW Knauf Plasterboard (Tianjin) Co. Ltd. and move this Honorable Court for an Order

granting Intervenor's Motion in *Limine* (No. 5) to Restrict the Evidentiary Hearing and the Court's

Findings of Fact and Conclusions of Law to the Scope and Extent of Appropriate Remediation for the

Seven Homes at Issue on the grounds more fully set forth in the supporting Memorandum attached hereto.

Respectfully submitted,


BY:<u>s/Douglas B. Sanders</u>

KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
PAUL C. THIBODEAUX (#29446)
**FRILOT L.C.**
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504)599-8194
Facsimile: (504)599-8145
Email: kmiller@frilot.com

-AND-

DONALD J. HAYDEN (Fla. Bar No. 0097136)
BAKER & McKENZIE LLP
MELLON Financial Center
1111 Brickell Avenue Suite 1700
Miami, FL 33131
Telephone:     (305) 789-8966
Facsimile:     (305) 789-8953
Email:  donald.j.hayden@bakernet.com

DOUGLAS B. SANDERS (IL Bar No. 6256621)
RICHARD M. FRANKLIN (IL Bar No. 0864390)
**BAKER & MCKENZIE LLP**
130 E. Randolph Drive
One Prudential Plaza
Chicago, IL 60601
Telephone:     (312) 861-8075
Facsimile:     (312) 698-2375
Email:  douglas.b.sanders@bakernet.com

## CERTIFICATE

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 2047, on this 17th day of February, 2010.

s/Douglas B. Sanders

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL NO: 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | SECTION: L |
| | * | |
| | * | JUDGE: FALLON |
| * * * * * * * * * * * * * * | | MAG.JUDGE: WILKINSON |

**THIS DOCUMENT RELATES TO:** *Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.*, Case No. 2:09-cv-6687 (E.D.La.)

### INTERVENOR KNAUF PLASTERBOARD (TIANJIN) CO. LTD.'S MOTION IN *LIMINE* (NO. 5) TO RESTRICT THE EVIDENTIARY HEARING AND THE COURT'S FINDINGS OF FACT AND CONCLUSIONS OF LAW TO THE SCOPE AND EXTENT OF APPROPRIATE REMEDIATION FOR THE SEVEN HOMES AT ISSUE

COME NOW Knauf Plasterboard (Tianjin) Co. Ltd. and move this Honorable Court for an Order granting Intervenor's Motion in *Limine* (No. 5) to Restrict the Evidentiary Hearing and the Court's Findings of Fact and Conclusions of Law to the Scope and Extent of Appropriate Remediation for the Seven Homes at Issue on the grounds more fully set forth in the supporting Memorandum attached hereto.

Respectfully submitted,


BY:s/Douglas B. Sanders

KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
PAUL C. THIBODEAUX (#29446)
**FRILOT L.C.**
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504)599-8194
Facsimile: (504)599-8145
Email: kmiller@frilot.com

-AND-

DONALD J. HAYDEN (Fla. Bar No. 0097136)
BAKER & McKENZIE LLP
MELLON Financial Center
1111 Brickell Avenue Suite 1700
Miami, FL 33131
Telephone:      (305) 789-8966
Facsimile:      (305) 789-8953
Email:  donald.j.hayden@bakernet.com

DOUGLAS B. SANDERS (IL Bar No. 6256621)
RICHARD M. FRANKLIN (IL Bar No. 0864390)
**BAKER & MCKENZIE LLP**
130 E. Randolph Drive
One Prudential Plaza
Chicago, IL 60601
Telephone:      (312) 861-8075
Facsimile:      (312) 698-2375
Email:  douglas.b.sanders@bakernet.com

## <u>CERTIFICATE</u>

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 2047, on this 17th day of February, 2010.

s/Douglas B. Sanders

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL NO: 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | SECTION: L |
| | * | |
| | * | JUDGE: FALLON |
| * * * * * * * * * * * * * * | | MAG.JUDGE: WILKINSON |

THIS DOCUMENT RELATES TO: *Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.*, Case No. 2:09-cv-6687 (E.D.La.)

**INTERVENOR KNAUF PLASTERBOARD (TIANJIN) CO. LTD.'S MOTION IN *LIMINE* (NO. 5) TO RESTRICT THE EVIDENTIARY HEARING AND THE COURT'S FINDINGS OF FACT AND CONCLUSIONS OF LAW TO THE SCOPE AND EXTENT OF APPROPRIATE REMEDIATION FOR THE SEVEN HOMES AT ISSUE**

COME NOW Knauf Plasterboard (Tianjin) Co. Ltd. and move this Honorable Court for an Order granting Intervenor's Motion in *Limine* (No. 5) to Restrict the Evidentiary Hearing and the Court's Findings of Fact and Conclusions of Law to the Scope and Extent of Appropriate Remediation for the Seven Homes at Issue on the grounds more fully set forth in the supporting Memorandum attached hereto.

Respectfully submitted,


BY:s/Douglas B. Sanders

KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
PAUL C. THIBODEAUX (#29446)
**FRILOT L.C.**
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504)599-8194
Facsimile: (504)599-8145
Email: kmiller@frilot.com

-AND-

DONALD J. HAYDEN (Fla. Bar No. 0097136)
BAKER & McKENZIE LLP
MELLON Financial Center
1111 Brickell Avenue Suite 1700
Miami, FL 33131
Telephone:      (305) 789-8966
Facsimile:      (305) 789-8953
Email:  donald.j.hayden@bakernet.com

DOUGLAS B. SANDERS (IL Bar No. 6256621)
RICHARD M. FRANKLIN (IL Bar No. 0864390)
**BAKER & MCKENZIE LLP**
130 E. Randolph Drive
One Prudential Plaza
Chicago, IL 60601
Telephone:      (312) 861-8075
Facsimile:      (312) 698-2375
Email:  douglas.b.sanders@bakernet.com

## CERTIFICATE

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 2047, on this  17th day of February, 2010.

s/Douglas B. Sanders

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL NO: 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | SECTION: L |
| | * | |
| | * | JUDGE: FALLON |
| * * * * * * * * * * * * * * | | MAG.JUDGE: WILKINSON |

**THIS DOCUMENT RELATES TO:** *Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.*, **Case No. 2:09-cv-6687 (E.D.La.)**

**INTERVENOR KNAUF PLASTERBOARD (TIANJIN) CO. LTD.'S
MOTION IN *LIMINE* (NO. 5) TO RESTRICT THE EVIDENTIARY HEARING AND THE
COURT'S FINDINGS OF FACT AND CONCLUSIONS OF LAW TO THE SCOPE AND
EXTENT OF APPROPRIATE REMEDIATION FOR THE SEVEN HOMES AT ISSUE**

COME NOW Knauf Plasterboard (Tianjin) Co. Ltd. and move this Honorable Court for an Order granting Intervenor's Motion in *Limine* (No. 5) to Restrict the Evidentiary Hearing and the Court's Findings of Fact and Conclusions of Law to the Scope and Extent of Appropriate Remediation for the Seven Homes at Issue on the grounds more fully set forth in the supporting Memorandum attached hereto.

Respectfully submitted,


BY:s/Douglas B. Sanders

KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
PAUL C. THIBODEAUX (#29446)
**FRILOT L.C.**
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504)599-8194
Facsimile: (504)599-8145
Email: kmiller@frilot.com

-AND-

DONALD J. HAYDEN (Fla. Bar No. 0097136)
BAKER & McKENZIE LLP
MELLON Financial Center
1111 Brickell Avenue Suite 1700
Miami, FL  33131
Telephone:     (305) 789-8966
Facsimile:     (305) 789-8953
Email:  donald.j.hayden@bakernet.com

DOUGLAS B. SANDERS (IL Bar No. 6256621)
RICHARD M. FRANKLIN (IL Bar No. 0864390)
**BAKER & MCKENZIE LLP**
130 E. Randolph Drive
One Prudential Plaza
Chicago, IL  60601
Telephone:     (312) 861-8075
Facsimile:     (312) 698-2375
Email:  douglas.b.sanders@bakernet.com

## CERTIFICATE

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 2047, on this  17th day of February, 2010.

s/Douglas B. Sanders

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL NO: 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | SECTION: L |
| | * | |
| | * | JUDGE: FALLON |
| * * * * * * * * * * * * * * * | | MAG.JUDGE: WILKINSON |

**THIS DOCUMENT RELATES TO:** *Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.*, **Case No. 2:09-cv-6687 (E.D.La.)**

### INTERVENOR KNAUF PLASTERBOARD (TIANJIN) CO. LTD.'S MOTION IN *LIMINE* (NO. 5) TO RESTRICT THE EVIDENTIARY HEARING AND THE COURT'S FINDINGS OF FACT AND CONCLUSIONS OF LAW TO THE SCOPE AND EXTENT OF APPROPRIATE REMEDIATION FOR THE SEVEN HOMES AT ISSUE

COME NOW Knauf Plasterboard (Tianjin) Co. Ltd. and move this Honorable Court for an Order granting Intervenor's Motion in *Limine* (No. 5) to Restrict the Evidentiary Hearing and the Court's Findings of Fact and Conclusions of Law to the Scope and Extent of Appropriate Remediation for the Seven Homes at Issue on the grounds more fully set forth in the supporting Memorandum attached hereto.

Respectfully submitted,


BY:s/Douglas B. Sanders

KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
PAUL C. THIBODEAUX (#29446)
**FRILOT L.C.**
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504)599-8194
Facsimile: (504)599-8145
Email: kmiller@frilot.com

-AND-

DONALD J. HAYDEN (Fla. Bar No. 0097136)
BAKER & McKENZIE LLP
MELLON Financial Center
1111 Brickell Avenue Suite 1700
Miami, FL  33131
Telephone:       (305) 789-8966
Facsimile:        (305) 789-8953
Email:  donald.j.hayden@bakernet.com

DOUGLAS B. SANDERS (IL Bar No. 6256621)
RICHARD M. FRANKLIN (IL Bar No. 0864390)
**BAKER & MCKENZIE LLP**
130 E. Randolph Drive
One Prudential Plaza
Chicago, IL  60601
Telephone:       (312) 861-8075
Facsimile:        (312) 698-2375
Email:  douglas.b.sanders@bakernet.com

## CERTIFICATE

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 2047, on this  17th day of February, 2010.

s/Douglas B. Sanders

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL NO: 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | SECTION: L |
| | * | |
| | * | JUDGE: FALLON |
| * * * * * * * * * * * * * * | | MAG.JUDGE: WILKINSON |

**THIS DOCUMENT RELATES TO:** *Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.*, **Case No. 2:09-cv-6687 (E.D.La.)**

**INTERVENOR KNAUF PLASTERBOARD (TIANJIN) CO. LTD.'S
MOTION IN *LIMINE* (NO. 5) TO RESTRICT THE EVIDENTIARY HEARING AND THE
COURT'S FINDINGS OF FACT AND CONCLUSIONS OF LAW TO THE SCOPE AND
EXTENT OF APPROPRIATE REMEDIATION FOR THE SEVEN HOMES AT ISSUE**

COME NOW Knauf Plasterboard (Tianjin) Co. Ltd. and move this Honorable Court for an Order

granting Intervenor's Motion in *Limine* (No. 5) to Restrict the Evidentiary Hearing and the Court's

Findings of Fact and Conclusions of Law to the Scope and Extent of Appropriate Remediation for the

Seven Homes at Issue on the grounds more fully set forth in the supporting Memorandum attached hereto.

Respectfully submitted,


BY:s/Douglas B. Sanders

KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
PAUL C. THIBODEAUX (#29446)
**FRILOT L.C.**
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504)599-8194
Facsimile: (504)599-8145
Email: kmiller@frilot.com

-AND-

DONALD J. HAYDEN (Fla. Bar No. 0097136)
BAKER & McKENZIE LLP
MELLON Financial Center
1111 Brickell Avenue Suite 1700
Miami, FL 33131
Telephone: (305) 789-8966
Facsimile: (305) 789-8953
Email: donald.j.hayden@bakernet.com

DOUGLAS B. SANDERS (IL Bar No. 6256621)
RICHARD M. FRANKLIN (IL Bar No. 0864390)
**BAKER & MCKENZIE LLP**
130 E. Randolph Drive
One Prudential Plaza
Chicago, IL 60601
Telephone: (312) 861-8075
Facsimile: (312) 698-2375
Email: douglas.b.sanders@bakernet.com

## <u>CERTIFICATE</u>

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 2047, on this 17th day of February, 2010.

s/Douglas B. Sanders

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL NO: 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | SECTION: L |
| | * | |
| | * | JUDGE: FALLON |
| * * * * * * * * * * * * * * * | | MAG.JUDGE: WILKINSON |

**THIS DOCUMENT RELATES TO:** *Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.*, **Case No. 2:09-cv-6687 (E.D.La.)**

**INTERVENOR KNAUF PLASTERBOARD (TIANJIN) CO. LTD.'S
MOTION IN *LIMINE* (NO. 5) TO RESTRICT THE EVIDENTIARY HEARING AND THE
COURT'S FINDINGS OF FACT AND CONCLUSIONS OF LAW TO THE SCOPE AND
EXTENT OF APPROPRIATE REMEDIATION FOR THE SEVEN HOMES AT ISSUE**

COME NOW Knauf Plasterboard (Tianjin) Co. Ltd. and move this Honorable Court for an Order granting Intervenor's Motion in *Limine* (No. 5) to Restrict the Evidentiary Hearing and the Court's Findings of Fact and Conclusions of Law to the Scope and Extent of Appropriate Remediation for the Seven Homes at Issue on the grounds more fully set forth in the supporting Memorandum attached hereto.

Respectfully submitted,

BY:s/Douglas B. Sanders

KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
PAUL C. THIBODEAUX (#29446)
**FRILOT L.C.**
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504)599-8194
Facsimile: (504)599-8145
Email: kmiller@frilot.com

-AND-

DONALD J. HAYDEN (Fla. Bar No. 0097136)
BAKER & McKENZIE LLP
MELLON Financial Center
1111 Brickell Avenue Suite 1700
Miami, FL 33131
Telephone:      (305) 789-8966
Facsimile:      (305) 789-8953
Email:  donald.j.hayden@bakernet.com

DOUGLAS B. SANDERS (IL Bar No. 6256621)
RICHARD M. FRANKLIN (IL Bar No. 0864390)
**BAKER & MCKENZIE LLP**
130 E. Randolph Drive
One Prudential Plaza
Chicago, IL 60601
Telephone:      (312) 861-8075
Facsimile:      (312) 698-2375
Email:  douglas.b.sanders@bakernet.com

## **CERTIFICATE**

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 2047, on this  17th day of February, 2010.

s/Douglas B. Sanders

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE WILKINSON |
| | * | |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**THIS DOCUMENT RELATES TO:** *Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.*, **Case No. 2:09-cv-6687 (E.D.La.)**

---

**INTERVENOR KNAUF PLASTERBOARD (TIANJIN) CO. LTD.'S
MEMORANDUM IN SUPPORT OF MOTION IN *LIMINE* (NO. 5) TO RESTRICT THE
EVIDENTIARY HEARING AND THE COURT'S FINDINGS OF FACT AND CONCLUSIONS
OF LAW TO THE SCOPE AND EXTENT OF APPROPRIATE REMEDIATION
FOR THE SEVEN HOMES AT ISSUE**

---

**MEMORANDUM FILED UNDER SEAL**

Respectfully submitted,

BY: /s/ Douglas B. Sanders
KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
PAUL C. THIBODEAUX (#29446)
**FRILOT L.L.C.**
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504)599-8194
Facsimile: (504)599-8145
Email: kmiller@frilot.com

-AND-

DONALD J. HAYDEN (FL Bar No. 0097136)
**BAKER & MCKENZIE LLP**
Mellon Financial Center
1111 Brickell Avenue, Suite 1700
Miami, FL 33131
Telephone:     (305) 789-8966
Facsimile:     (305) 789-8953
Email:  donald.j.hayden@bakernet.com

DOUGLAS B. SANDERS (IL Bar No. 6256621)
RICHARD M. FRANKLIN (IL Bar No. 0864390)
**BAKER & MCKENZIE LLP**
130 E. Randolph Drive
One Prudential Plaza
Chicago, IL 60601
Telephone:     (312) 861-8075
Facsimile:     (312) 698-2375
Email:  douglas.b.sanders@bakernet.com

## <u>CERTIFICATE</u>

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by paper delivery to the Clerk of Court on this 17th day of February, 2010.

*/s/ Douglas B. Sanders*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: **CHINESE-MANUFACTURED** | * | **MDL Docket No. 2047** |
| **DRYWALL PRODUCTS** | * | |
| **LIABILITY LITIGATION** | * | **SECTION L** |
| | * | |
| | * | **JUDGE FALLON** |
| | * | |
| | * | **MAG. JUDGE WILKINSON** |
| | * | |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**THIS DOCUMENT RELATES TO:** *Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.*, Case No. 2:09-cv-6687 (E.D.La.)

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Intervenor Knauf Plasterboard (Tianjin) Co., Ltd., appearing through undersigned counsel, will bring the foregoing Motion in *Limine* (No.5) to Restrict the Evidentiary Hearing and the Court's Findings of Fact and Conclusions of Law to the Scope and Extent of Appropriate Remediation for the Seven Homes at Issue on for hearing before the Honorable Eldon E. Fallon, Section "E", of the United States District Court, Eastern District of Louisiana, located at 500 Poydras Street, New Orleans, Louisiana on the 18th day of February, 2010 beginning at 2:00 o'clock, p.m. or as soon thereafter as counsel can be heard.

Respectfully submitted,

BY: _s/Douglas B. Sanders_

KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
PAUL C. THIBODEAUX (#29446)
**FRILOT L.C.**
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504)599-8194
Facsimile: (504)599-8145
Email: kmiller@frilot.com

-AND-

DONALD J. HAYDEN (FL Bar No. 0097136)
**BAKER & MCKENZIE LLP**
Mellon Financial Center
1111 Brickell Avenue, Suite 1700
Miami, FL 33131
Telephone:      (305) 789-8966
Facsimile:      (305) 789-8953
Email:  donald.j.hayden@bakernet.com

DOUGLAS B. SANDERS (IL Bar No. 6256621)
RICHARD M. FRANKLIN (IL Bar No. 0864390)
**BAKER & MCKENZIE LLP**
130 E. Randolph Drive
One Prudential Plaza
Chicago, IL 60601
Telephone:      (312) 861-8075
Facsimile:      (312) 698-2375
Email:  douglas.b.sanders@bakernet.com

## CERTIFICATE

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 2047, on this 17th day of February, 2010.

s/Douglas B. Sanders

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | : | MDL NO. 2047 |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | |

**This Document Relates to *Germano, et al. v. Taishan Gypsum Co. Ltd., et al.*, case no. 09-6687**

## ORDER & REASONS

Before the Court are various motions in limine or similar motions filed by the Plaintiffs'

Steering Committee ("PSC") and Intervenor Knauf Plasterboard Tianjin Co. Ltd. ("Knauf"). For

the foregoing reasons, IT IS ORDERED that the PSC's Motion in Limine to Preclude the

Testimony of Knauf Experts on the Cost Effectiveness of XRF Sampling and a Corrosion

Grading Scale Assessment as Components of Selective Chinese Drywall Identification and

Removal is DENIED; the Court RESERVES ITS RULING FOR PRODUCTION on the PSC's

Motion in Limine to Preclude the Testimony of Dr. Perricone Regarding Corrosion Thickness

Measurements and Calculations Related to Surrogate Copper Coupon Testing, and directs that

Dr. Perricone's recalculations be produced by Friday, February 19, 2010, by 12:00 noon, or this

information will be excluded; the PSC's Motion in Limine to Limit the Testimony of Phillip

Goad, Ph.D., to Issues Relevant to Property Remediation and Property Damage, and to Preclude

Other Knauf Experts from Offering New Opinions on Indoor Air Quality and Corrosion is

GRANTED; the PSC's Motion in Limine to Exclude From Evidence Costs of Remediation

Incurred by Builders is DENIED; and Knauf's Motion to Strike the Report and Preclude the

Testimony of Jack Caravanos is DENIED AS MOOT IN PART AND DENIED IN PART.

# I.    BACKGROUND

Homeowners whose homes and health have allegedly been damaged by Chinese drywall have filed suit in state and federal courts against various defendants involved with Chinese drywall.  Because of the commonality of facts in the various cases, this litigation was designated as multidistrict litigation.  Pursuant to a Transfer Order from the United States Judicial Panel on Multidistrict Litigation on June 15, 2009, all federal cases involving Chinese drywall were consolidated for pretrial proceedings in the U.S. District Court, Eastern District of Louisiana.

The present matter, *Germano, et al. v. Taishan Gypsum Co. Ltd., et al.*, Case no. 09-6687**,** was transferred to this Court after being filed in the United States District Court for the Eastern District of Virginia as a class action on behalf of owners and residents of homes in the Commonwealth of Virginia containing defective Chinese-manufactured drywall that was designed and manufactured by Defendant Taishan Gypsum Co. Ltd. ("Taishan").

Defendant Taishan is a Chinese corporation with its principal place of business located in Shandong Province, China.  In June 2009, summons was issued to Taishan, and on September 23, 2009, it was returned executed.  In short, Taishan has been properly served.  The delay for answering has long passed and yet no answer or responsive pleading has been filed by Taishan.  On November 18, 2009, the Plaintiffs' Steering Committee ("PSC") filed a Motion for Default Judgment as to Taishan.  On November 20, 2009, the Court issued an Order of Preliminary Default.  Subsequently, the Court issued a Scheduling Order for a hearing on default judgment proceedings against Taishan.  The Court declared its intent to use the hearing as a vehicle to consider the scope and extent of the appropriate remediation necessary for properties that are impacted by Chinese drywall.  Some seven properties were selected as being representative of

the variety of claimed damages in the MDL.[1]  Parties similarly situated or having a common

interest in this matter were given an opportunity to intervene and participate in these

proceedings.  One of these intervenors was Knauf Plasterboard Tianjin Co. Ltd. ("Knauf").

On February 19, 20, 22, 23, and 24, 2010, the Court will convene a final default

judgment hearing at which the interested parties will have an opportunity to present evidence in

support of their respective positions.  Following that hearing, the Court will make a

determination of the nature and scope of remediation for the properties involved with the hope

that this will also provide some guidance for other cases similarly situated.

## II.    PRESENT MOTIONS

The Court has reviewed, when necessary, the reports from the expert testimony at issue

and studied the briefs submitted by the parties.  It is now appropriate for the Court to rule on

these Motions.

### A.    The PSC's Motion in Limine to Preclude the Testimony of Knauf Experts on the Cost Effectiveness of XRF Sampling and a Corrosion Grading Scale Assessment as Components of Selective Chinese Drywall Identification and Removal

The PSC filed a Motion in Limine to Preclude the Testimony of Knauf Experts on the

Cost Effectiveness of XRF Sampling and a Corrosion Grading Scale Assessment as Components

of Selective Chinese Drywall Identification and Removal.  The Court has considered the

arguments raised by the parties in their briefs.  The Court finds that the PSC's Motion raises

---

[1]Jerry and Inez Baldwin, Steven and Elizabeth Heischober, Joseph and Kathy Leach, Preston and Rachael McKellar, J. Frederick and Vannessa Michaux, William and Deborah Morgan, and Robert and Lea Orlando, all homeowners in Virginia with homes containing Chinese drywall manufactured by Taishan, intervened as plaintiffs to provide a cross-section of properties afflicted with Chinese drywall for the Court to consider in its scope of remediation hearing.

legitimate issues which go to the weight to be given to conclusions reached.  Accordingly, the testimony of Knauf's experts on the cost effectiveness of XRF sampling and a corrosion grading scale assessment as components of selective Chinese drywall identification and removal can be dealt with in cross-examination and is not fodder for *Daubert* challenges.  The PSC's Motion is DENIED.

**B.      The PSC's Motion in Limine to Preclude the Testimony of Dr. Perricone Regarding Corrosion Thickness Measurement and Calculations Related to Surrogate Copper Coupon Testing**

The PSC filed a Motion in Limine to Preclude the Testimony of Dr. Perricone Regarding Corrosion Thickness Measurement and Calculations Related to Surrogate Copper Coupon Testing.  Dr. Perricone has provided expert opinions based upon recalculations of measurements and calculations performed by MeadeWestVaco ("MWV").  Dr. Perricone, at his deposition, admitted that the density value was the factor that significantly decreased the measurement of corrosion thickness from the MVW reported measurements, and he asserted that his basis for using this density value was that the laboratory equipment printed out such a value.  Dr. Sharp, Knauf's corrosion expert, testified that Dr. Perricone's recalculations were incorrect, and that he had told him so.  However, the PSC has not received a copy of the print out Dr. Perricone relied upon for his recalculations.

The Court has considered the arguments raised by the parties in their briefs.  It directs that Dr. Perricone's recalculations be produced by 12:00 noon, Friday, February 19, 2010, and if they are not, he will not be permitted to testify on these issues.  The Court will reserve its ruling on the Motion pending production.

**C.      The PSC's Motion in Limine to Limit the Testimony of Phillip Goad, Ph.D. to Issues Relevant to Property Remediation and Property Damage, and to Preclude Other Knauf Experts From Offering New Opinions on Indoor Air**

Case 2:09-md-02047-EEF-JCW   Document 9123   Filed 05/14/11   Page 5 of 6

**Quality and Corrosion**

The PSC filed a Motion in Limine to Limit the Testimony of Phillip Goad, Ph.D. to Issues Relevant to Property Remediation and Property Damage, and to Preclude Other Knauf Experts From Offering New Opinions on Indoor Air Quality and Corrosion.  The Court has considered the arguments raised by the parties in their briefs.  The Court notes that the scope of the upcoming hearing is limited to property remediation and property damage.  The experts will be limited to these areas.  To some extent, unpleasant odors and eye irritations fall into a gray area; accordingly, they may be considered only to the extent they pose an inconvenience and affect the livability of the property and thus impact the scope of the remediation and extent of the property damage.  The presence/absence and/or extent and potential for personal injuries are not issues for this hearing.  Accordingly, the PSC's Motion is GRANTED as modified above.

**D.     The PSC's Motion in Limine to Exclude From Evidence Costs of Remediation Incurred by Builders**

The PSC filed a Motion in Limine to Exclude from Evidence Costs of Remediation Incurred by Builders.  The Court has considered the arguments raised by the parties in their briefs.  The Court finds that the PSC raises a relevancy issue which the Court will deal with and take into consideration during trial.  The Court refrains from taking a position in advance of trial.  Accordingly, the PSC's Motion is DENIED.

**E.     Knauf's Motion to Strike the Report and Preclude the Testimony of Jack Caravanos**

Knauf filed a Motion to Strike the Report and Preclude the Testimony of Jack Caravanos.  Mr. Caravanos' expert report contains his opinions on the use of XRF technology to detect Chinese drywall.  The Court has in a prior ruling dealt with the use of XRF technology to selectively identify sheets of defective drywall.  *See* Rec. Doc. No. 1090.  Accordingly, to the

extent theses issues are raised in this Motion, the Motion is DENIED AS MOOT.  Further, the

other issues raised in this Motion are more properly raised in cross-examination since they

involve impeachment issues and go to the weight of the proposed witness testimony.

Accordingly, the Motion, as it involves issues outside of the XRF technology, is DENIED.

## IV.    CONCLUSION

For the foregoing reasons, IT IS ORDERED that the PSC's Motion in Limine to Preclude

the Testimony of Knauf Experts on the Cost Effectiveness of XRF Sampling and a Corrosion

Grading Scale Assessment as Components of Selective Chinese Drywall Identification and

Removal is DENIED; the Court RESERVES ITS RULING FOR PRODUCTION on the PSC's

Motion in Limine to Preclude the Testimony of Dr. Perricone Regarding Corrosion Thickness

Measurements and Calculations Related to Surrogate Copper Coupon Testing and directs that

Dr. Perricone's recalculations be produced by Friday, February 19, 2010, by 12:00 noon, or this

information will be excluded; the PSC's Motion in Limine to Limit the Testimony of Phillip

Goad, Ph.D., to Issues Relevant to Property Remediation and Property Damage, and to Preclude

Other Knauf Experts from Offering New Opinions on Indoor Air Quality and Corrosion is

GRANTED; the PSC's Motion in Limine to Exclude From Evidence Costs of Remediation

Incurred by Builders, is DENIED; and Knauf's Motion to Strike the Report and Preclude the

Testimony of Jack Caravanos, is DENIED AS MOOT IN PART AND DENIED IN PART.

New Orleans, Louisiana, this 17th day of February 2010.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | MDL NO. 2047 |
| IN RE: CHINESE MANUFACTURED DRYWALL | : |  |
| PRODUCTS LIABILITY LITIGATION | : | SECTION:  L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE WILKINSON |
| . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | : |  |

**This Document Relates to *Germano, et al. v. Taishan Gypsum Co. Ltd., et al.*, case no. 09-6687**

**<u>ORDER & REASONS</u>**

Before the Court are five motions in limine filed by Intervenor Knauf Plasterboard

Tianjin Company, Limited.  The Court has considered these motions and orders as follows.

**I.     BACKGROUND**

Homeowners whose homes and health have allegedly been damaged by Chinese drywall

have filed suit in state and federal courts against various defendants involved with Chinese

drywall.  Because of the commonality of facts in the various cases, this litigation was designated

as multidistrict litigation.  Pursuant to a Transfer Order from the United States Judicial Panel on

Multidistrict Litigation on June 15, 2009, all federal cases involving Chinese drywall were

consolidated for pretrial proceedings in the U.S. District Court, Eastern District of Louisiana.

The present matter, *Germano, et al. v. Taishan Gypsum Co. Ltd., et al.*, Case no. 09-

6687**,** was transferred to this Court after being filed in the United States District Court for the

Eastern District of Virginia as a class action on behalf of owners and residents of homes in the

Commonwealth of Virginia containing defective Chinese-manufactured drywall that was

designed and manufactured by Defendant Taishan Gypsum Co. Ltd. ("Taishan").

Defendant Taishan is a Chinese corporation with its principal place of business located in

Shandong Province, China.  In June 2009, summons was issued to Taishan, and on September 23, 2009, it was returned executed.  In short, Taishan has been properly served.  The delay for answering has long passed and yet no answer or responsive pleading has been filed by Taishan. On November 18, 2009, the Plaintiffs' Steering Committee ("PSC") filed a Motion for Default Judgment as to Taishan.  On November 20, 2009, the Court issued an Order of Preliminary Default.  Subsequently, the Court issued a Scheduling Order for a hearing on default judgment proceedings against Taishan.  The Court declared its intent to use the hearing as a vehicle to consider the scope and extent of the appropriate remediation necessary for properties that are impacted by Chinese drywall.  Some seven properties were selected as being representative of the variety of claimed damages in the MDL.[1]  Parties similarly situated or having a common interest in this matter were given an opportunity to intervene and participate in these proceedings.  One of these intervenors was Knauf Plasterboard Tianjin Co. Ltd. ("Knauf").

On February 19, 20, 22, 23, and 24, 2010, the Court will convene a final default judgment hearing at which the interested parties will have an opportunity to present evidence in support of their respective positions.  Following that hearing, the Court will make a determination of the nature and scope of remediation for the properties involved with the hope that this will also provide some guidance for other cases similarly situated.

## II.    PRESENT MOTIONS

### A.    Motion in Limine to Exclude Testimony and Opinions that Electrical

---

[1]Jerry and Inez Baldwin, Steven and Elizabeth Heischober, Joseph and Kathy Leach, Preston and Rachael McKellar, J. Frederick and Vannessa Michaux, William and Deborah Morgan, and Robert and Lea Orlando, all homeowners in Virginia with homes containing Chinese drywall manufactured by Taishan, intervened as plaintiffs to provide a cross-section of properties afflicted with Chinese drywall for the Court to consider in its scope of remediation hearing.

**Equipment May Fail as a Result of Chinese Drywall**

Knauf filed a Motion in Limine to Exclude Testimony and Opinions that Electrical Equipment May Fail as a Result of Chinese Drywall, arguing that the PSC's experts lack standards or bases to opine about the rate or levels of corrosion that cause failure.  The Court has considered the arguments raised by the parties in their respective briefs.  The Court DENIES the Motion.  The Court finds that the Motion focuses on the conclusions reached and disagrees with the approach.  This goes to the credibility and weight of testimony.

**B.      Motion in Limine to Exclude Testimony that Emissions or Odors from Chinese Drywall are Harmful to, or Otherwise Impact Health are Toxic or Noxious**

Knauf filed a Motion in Limine to Exclude Testimony that Emissions or Odors from Chinese Drywall are Harmful to, or Otherwise Impact Health are Toxic or Noxious, arguing that the subject of the upcoming hearing is remediation and property damage, and specifically not personal injury.  The Court has already ruled on this Motion.  Complaints may be relevant with respect to livability in a house.  This may impact the scope of repairs and amount of property damage.  To the extent such evidence is used, this evidence can be rebutted by debunking the complaints.  But the thrust of pro or con evidence must be focused on property and not personal injury.  Accordingly, this Motion is DENIED as MOOT because it has already been addressed.

**C.      Motion in Limine to Strike and Exclude Hearsay Opinions of Zdenek Hejzlar**

Knauf filed a Motion in Limine to Strike and Exclude Hearsay Opinions of Zdenek Hejzlar.  Knauf alleges that these opinions were attached to the untimely filed Caravanos Report.  It further alleges that Zdenek's statements are hearsay and unauthenticated.  The Court duly notes the comments, observations, and complaints made by counsel.  The Court will apply the rules of evidence and exclude any improper hearsay evidence at the hearing.  The other matters

raised have already been ruled upon.  This Motion is DENIED as MOOT, reserving Knauf's

right to raise any evidentiary issues at the hearing.

### D. Motion in Limine to Bar PSC's Animation

Knauf filed a Motion in Limine to Bar the PSC's Animation, arguing that the animation

fails to satisfy the foundational elements for demonstrative evidence and is overly prejudicial.

The Court has considered the arguments raised by the parties.  The Court will RESERVE

RULING pending an offer of evidence and an opportunity to review.

### E. Motion in Limine to Restrict the Evidentiary Hearing and the Court's Findings of Fact and Conclusions of Law to the Scope and Extent of Appropriate Remediation for the Seven Homes at Issue

Knauf filed a Motion in Limine to Restrict the Evidentiary Hearing and the Court's

Findings of Fact and Conclusions of Law to the Scope and Extent of Appropriate Remediation

for the Seven Homes at Issue.  The Court finds that Knauf's Motion raises a non-issue.  The

Court has, as counsel indicates in its Motion, spoken on the record on several occasions as to the

limited but hopefully important role of this hearing.  Accordingly, the Motion is DENIED.

## III. CONCLUSION

For the foregoing reasons, Knauf's Motion in Limine to Exclude Testimony and

Opinions that Electrical Equipment May Fail as a Result of Chinese Drywall is DENIED;

Motion in Limine to Exclude Testimony that Emissions or Odors from Chinese Drywall are

Harmful to, or Otherwise Impact Health are Toxic or Noxious is DENIED; Motion in Limine to

Strike and Exclude Hearsay Opinions of Zdenek Hejzlar is DENIED as MOOT, reserving

Knauf's right to raise any evidentiary issues at the hearing; Motion in Limine to Bar the PSC's

Animation is RESERVED FOR RULING; and Motion in Limine to Restrict the Evidentiary

Hearing and the Court's Findings of Fact and Conclusions of Law to the Scope and Extent of

Appropriate Remediation for the Seven Homes at Issue is DENIED.

New Orleans, Louisiana, this 17th day of February 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| | : | MDL NO. 2047 |
| IN RE: CHINESE MANUFACTURED DRYWALL | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. : | | |

**This Document Relates to** *Germano, et al. v. Taishan Gypsum Co. Ltd., et al.*, case no. 09-6687

**ORDER & REASONS**

Before the Court is the Plaintiffs' Steering Committee's ("PSC") Motion in Limine to Exclude the Expert Affidavit of Tracey Dodd and the Expert Declaration of Robert W. Sproles, Ph.D. For the following reasons, the Motion is GRANTED.

**I. BACKGROUND**

Homeowners whose homes and health have allegedly been damaged by Chinese drywall have filed suit in state and federal courts against various defendants involved with Chinese drywall. Because of the commonality of facts in the various cases, this litigation was designated as multidistrict litigation. Pursuant to a Transfer Order from the United States Judicial Panel on Multidistrict Litigation on June 15, 2009, all federal cases involving Chinese drywall were consolidated for pretrial proceedings in the U.S. District Court, Eastern District of Louisiana.

The present matter, *Germano, et al. v. Taishan Gypsum Co. Ltd., et al.*, Case no. 09-6687, was transferred to this Court after being filed in the United States District Court for the Eastern District of Virginia as a class action on behalf of owners and residents of homes in the Commonwealth of Virginia containing defective Chinese-manufactured drywall that was designed and manufactured by Defendant Taishan Gypsum Co. Ltd. ("Taishan").

Defendant Taishan is a Chinese corporation with its principal place of business located in Shandong Province, China. In June 2009, summons was issued to Taishan, and on September 23, 2009, it was returned executed. In short, Taishan has been properly served. The delay for answering has long passed and yet no answer or responsive pleading has been filed by Taishan. On November 18, 2009, the Plaintiffs' Steering Committee ("PSC") filed a Motion for Default Judgment as to Taishan. On November 20, 2009, the Court issued an Order of Preliminary Default. Subsequently, the Court issued a Scheduling Order for a hearing on default judgment proceedings against Taishan. The Court declared its intent to use the hearing as a vehicle to consider the scope and extent of the appropriate remediation necessary for properties that are impacted by Chinese drywall. Some seven properties were selected as being representative of the variety of claimed damages in the MDL.[1] Parties similarly situated or having a common interest in this matter were given an opportunity to intervene and participate in these proceedings. One of these intervenors was Knauf Plasterboard Tianjin Co. Ltd. ("Knauf").

On February 19, 20, 22, 23, and 24, 2010, the Court will convene a final default judgment hearing at which the interested parties will have an opportunity to present evidence in support of their respective positions. Following that hearing, the Court will make a determination of the nature and scope of remediation for the properties involved with the hope that this will also provide some guidance for other cases similarly situated.

## II.   PRESENT MOTION

---

[1]Jerry and Inez Baldwin, Steven and Elizabeth Heischober, Joseph and Kathy Leach, Preston and Rachael McKellar, J. Frederick and Vannessa Michaux, William and Deborah Morgan, and Robert and Lea Orlando, all homeowners in Virginia with homes containing Chinese drywall manufactured by Taishan, intervened as plaintiffs to provide a cross-section of properties afflicted with Chinese drywall for the Court to consider in its scope of remediation hearing.

The PSC filed a Motion in Limine to Exclude the Expert Affidavit of Tracey Dodd and the Expert Declaration of Robert W. Sproles, Ph.D.  The PSC states that on January 28, 2010, Knauf filed two new expert affidavits in support of its *Daubert* papers.  The two new experts were never identified as witnesses or experts in the case.  The PSC claims that the expert affidavits are an attempt, at the last minute, to introduce new experts, new protocols, and new methodologies to fill holes in the key opinions of Knauf's trial experts.  It further claims that these submissions are both untimely and prejudicial.

## III.    LAW & ANALYSIS

Rule 26(a)(2)(C) of the Federal Rules of Civil Procedure requires that "[a] party must make [expert testimony] disclosures at the times and in sequence that the court orders."  *See Cooper v. Southern Co.*, 390 F.3d 695, 728 (11th Cir. 2004), *reh'g and reh'g en banc denied*, 143 Fed.Appx. 310 (11th Cir.), *cert. denied*, 546 U.S. 960 (2005)("all parties must disclose expert opinion reports when directed by the court").  Failure to do so can result in exclusion pursuant to Federal Rule of Civil Procedure 37(c)(1).  *United States v. Garrett*, 238 F.3d 293, 298 (5th Cir. 2000), *reh'g and reh'g en banc denied*, 250 F.3d 745 (5th Cir.), *cert. denied*, 533 U.S. 917(2001).

The Court has considered the arguments raised by the parties, and now holds that the PSC's Motion is GRANTED for the following reasons.  The Court's scheduling order provides that a list of all expert witnesses was due on December 18, 2009, and that all Rule 26 expert reports were due on December 30, 2009.  Although Knauf timely filed its expert witness list, it did not include Sproles or Dodd.  Additionally, Knauf did not provide a timely expert report for Sproles or Dodd.  Knauf filed the Affidavit of Dodd, a consultant with knowledge of the XRF gun, a week after Dr. Perricone was cross-examined in deposition on the use of the XRF gun.

The Court finds that Dr. Perricone should not be allowed, after rendering his complete opinion on the XRF gun to now bootstrap the Dodd affidavit into his opinion. Similarly, the Declaration of Robert Sproles involving the corrosion grading scale was introduced after the testimony of Dr. Perricone which discussed the use of the scale.

## IV. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the Plaintiffs' Steering Committee's Motion in Limine to Exclude the Expert Affidavit of Tracey Dodd and the Expert Declaration of Robert W. Sproles, Ph.D. is GRANTED.

New Orleans, Louisiana, this 17th day of February 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION:  L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE WILKINSON |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . :

**This Document Relates to *Germano, et al. v. Taishan Gypsum Co. Ltd., et al.*, case no. 09-6687**

### ORDER & REASONS

Before the Court is the Plaintiffs' Steering Committee's ("PSC") Motion in Limine to Exclude Knauf Expert Reliance on Incomplete and Late Data Regarding Knauf's One Occupied ECS Home.  For the following reasons, this Motion is DENIED AS MOOT.

### I.      BACKGROUND

Homeowners whose homes and health have allegedly been damaged by Chinese drywall have filed suit in state and federal courts against various defendants involved with Chinese drywall.  Because of the commonality of facts in the various cases, this litigation was designated as multidistrict litigation.  Pursuant to a Transfer Order from the United States Judicial Panel on Multidistrict Litigation on June 15, 2009, all federal cases involving Chinese drywall were consolidated for pretrial proceedings in the U.S. District Court, Eastern District of Louisiana.

The present matter, *Germano, et al. v. Taishan Gypsum Co. Ltd., et al.*, Case no. 09-6687**,** was transferred to this Court after being filed in the United States District Court for the Eastern District of Virginia as a class action on behalf of owners and residents of homes in the Commonwealth of Virginia containing defective Chinese-manufactured drywall that was designed and manufactured by Defendant Taishan Gypsum Co. Ltd. ("Taishan").

Defendant Taishan is a Chinese corporation with its principal place of business located in Shandong Province, China. In June 2009, summons was issued to Taishan, and on September 23, 2009, it was returned executed. In short, Taishan has been properly served. The delay for answering has long passed and yet no answer or responsive pleading has been filed by Taishan. On November 18, 2009, the Plaintiffs' Steering Committee ("PSC") filed a Motion for Default Judgment as to Taishan. On November 20, 2009, the Court issued an Order of Preliminary Default. Subsequently, the Court issued a Scheduling Order for a hearing on default judgment proceedings against Taishan. The Court declared its intent to use the hearing as a vehicle to consider the scope and extent of the appropriate remediation necessary for properties that are impacted by Chinese drywall. Some seven properties were selected as being representative of the variety of claimed damages in the MDL.[1] Parties similarly situated or having a common interest in this matter were given an opportunity to intervene and participate in these proceedings. One of these intervenors was Knauf Plasterboard Tianjin Co. Ltd. ("Knauf").

On February 19, 20, 22, 23, and 24, 2010, the Court will convene a final default judgment hearing at which the interested parties will have an opportunity to present evidence in support of their respective positions. Following that hearing, the Court will make a determination of the nature and scope of remediation for the properties involved with the hope that this will also provide some guidance for other cases similarly situated.

## II.     PRESENT MOTION

---

[1]Jerry and Inez Baldwin, Steven and Elizabeth Heischober, Joseph and Kathy Leach, Preston and Rachael McKellar, J. Frederick and Vannessa Michaux, William and Deborah Morgan, and Robert and Lea Orlando, all homeowners in Virginia with homes containing Chinese drywall manufactured by Taishan, intervened as plaintiffs to provide a cross-section of properties afflicted with Chinese drywall for the Court to consider in its scope of remediation hearing.

The PSC filed a Motion in Limine to Exclude Knauf Expert Reliance on Incomplete and Late Data Regarding Knauf's One Occupied Home.  The PSC alleges that for the first time, on February 11, 2010, Knauf produced three pages of surrogate copper coupon data from a Chinese drywall home using an Environmental Control System for a home in which people reside.

The Court finds that this material raised by the PSC comes too late.  But even if considered, it is insufficient to alter the Court's previous ruling.  Perhaps sometime in the future this theory may have ample supporting proof to justify a proper role in the methodology for reaching a conclusion, but it is not there yet.  Accordingly, the PSC's Motion is DENIED AS MOOT.

## III.    CONCLUSION

For the foregoing reasons, IT IS ORDERED that the Plaintiffs' Steering Committee's ("PSC") Motion in Limine to Exclude Knauf Expert Reliance on Incomplete and Late Data Regarding Knauf's One Occupied ECS Home is DENIED AS MOOT.

New Orleans, Louisiana, this 17th day of February 2010.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

-3-