**PLAINTIFFS' EXHIBIT LIST FOR JUNE 9, 2015 CLASS DAMAGES TRIAL**
**EXHIBIT A**

| Exhibit No. | Exhibit Description |
|---|---|
| P - 001 | Hogan Lovells Deprivilged Documents. Including, but not limited to Bates Nos. HL00000261, HL00000306, HL00000026, HL00000304-305, HL00000261, HL00000008-00000009 (Deprivilged Emails Regarding Chinese Drywall Litigation); |
| P - 002 | Defendants, Taishan Gypsum Co. Ltd. and Taian Taishan Plasterboard Co., Ltd.'s, May 20, 2015 First Redaction and Privilege Log TG 0000001 - TG 0025131 |
| P - 003 | BNBM PLC 2008 Annual Report. Inbcluding, but not limited to, Bates Nos. BNBMPLC0000961-BNBMPLC0001080 |
| P - 004 | BNBM PLC 2009 Annual Report. Including but not limited to Bates Nos. BNBMPLC0001280; BNBMPLC0001359; BNBMPLC0001282; BNBMPLC0001358-59; BNBMPLC0001265. |
| P - 005 | BNBM PLC 2010 Annual Report. Including but not limited to Bates Nos. BNBMPLC0001551; BNBMPLC0001568; BNBMPLC0001578; BNBMPLC0001597; BNBMPLC0001660; BNBMPLC0001686; BNBMPLC0001674-75; and BNBMPLC0001679-83. |
| P - 006 | BNBM PLC 2011 Annual Report. Including but not limited to Bates Nos. BNBMPLC0001898; BNBMPLC0002008; |
| P - 007 | BNBM PLC 2012 Annual Report. Including but not limited to Bates Nos. BNBMPLC0002304-05 and BNBMPLC002348. |
| P - 008 | BNBM PLC 2013 Annual Report. Including but not limited to Bates Nos. BNBMPLC00002923-29; BNBMPLC0002821; BNBMPLC0002827; BNBMPLC0002794-96; BNBMPLC0002777-78 and BNBMPLC0002932. |
| P - 009 | BNBM PLC 2014 Annual Report. Including but not limited to Bates Nos.BNBMPLC0003213-16; BNBMPLC0003196-97; BNBMPLC0003327; BNBMPLC0003183; and BNBMPLC0003189. |
| P - 010 | Excerpts of BNBM PLC Articles of Association, July 24, 2006, reflecting BNBM PLC's control over Taishan Gypsum (BNBMPLC0003921-22) |
| P - 011 | China National Building Material Co., Ltd. 2006 Global Offering Prospectus Filing. |
| P - 012 | China National Building Material Co., Ltd. 2007 Annual Report. |

| P - 013 | China National Building Material Co., Ltd. 2008 Annual Report. |
|---|---|
| P - 014 | China National Building Material Co., Ltd. 2009 Annual Report. |
| P - 015 | China National Building Material Co., Ltd. 2010 Annual Report. |
| P - 016 | China National Building Material Co., Ltd.  2011 Annual Report. |
| P - 017 | China National Building Material Co., Ltd.  2012 Annual Report. |
| P - 018 | China National Building Material Co., Ltd. 2013  Annual Report. |
| P - 019 | China National Building Material Co., Ltd. 2014 Interim Annual Report. |
| P - 020 | China National Building Material Co., Ltd. 2014 Annual Report. Including but not limited to Bates Nos. CNBMO000000122 |
| P - 021 | Taishan Gypsum Co., Ltd., Resolutions of 2010 Annual General Meetings, Translation of Portions of  Bates Nos. TG-040615-0028052 |
| P - 022 | 2/05/15 Declaration of Arnold Levin in Support of Plaintiffs' Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) (Rec Doc. No. 18294). |
| P - 023 | Affidavit of Ronald E. Wright, P.E. with exhibits (Rec. Doc. No. 18086-3-18086-13) (attached as Exhibit A to 2/05/15 Declaration of Arnold Levin in Support of Plaintiffs' Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B)) (Rec Doc. No. 18294-1). |
| P - 024 | Summary listing of the property addresses of each impacted property including the square footage of these properties. This document was original attached as Exhibit C to Plaintiffs' Motion at Rec. Doc. No. 18086-14, 18086-15 and 18086-16 (attached as Exhibit B to 2/05/15 Declaration of Arnold Levin in Support of Plaintiffs' Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B)) (Rec Doc. No. 18294-2). |
| P - 025 | *In re: Chinese-Manufactured Drywall Products Liability Litigation* MDL 2047 (E.D.La.), Findings of Fact & Conclusions of Law (Apr. 8, 2010)(Rec. Doc. No. 2380) (attached as Exhibit C to 2/05/15 Declaration of Arnold Levin in Support of Plaintiffs' Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B)) (Rec Doc. No. 18294-3). |
| P - 026 | *In re: Chinese-Manufactured Drywall Products Liability Litigation* MDL 2047 (E.D.La.), Findings of Fact and Conclusions of Law with respect to Plaintiffs' Omnibus Motion for Class Certification Pursuant to Rules 23(a)(1)-(4) and 23(b)(3)) (E.D.La. September 26, 2014) (Rec. Doc. No. 18028) (attached as Exhibit D to 2/05/15 Declaration of Arnold Levin in Support of Plaintiffs' Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B)) (Rec Doc. No. 18294-4). |

| P - 027 | Notice of Filing of Affidavit of Tim Walters dated October 3, 2014 (Rec. Doc. No. 18035) (attached as Exhibit E to 2/05/15 Declaration of Arnold Levin in Support of Plaintiffs' Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B)) (Rec Doc. No. 18294-5). |
|---|---|
| P - 028 | Notice of Filing of Affidavit of Tim Walters dated December 30, 2014 (Rec. Doc. No. 18238) (attached as Exhibit F to 2/05/15 Declaration of Arnold Levin in Support of Plaintiffs' Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B)) (Rec Doc. No. 18294-6). |
| P - 029 | Notice of Filing of Exclusions dated November 21, 2014 (Rec. Doc. No. 18152) (attached as Exhibit G to 2/05/15 Declaration of Arnold Levin in Support of Plaintiffs' Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B)) (Rec Doc. No. 18294-7). |
| P - 030 | Notice of Filing of Opt Outs dated February 3, 2015 (Rec. Doc. No. 18289) (attached as Exhibit H to 2/05/15 Declaration of Arnold Levin in Support of Plaintiffs' Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B)) (Rec Doc. No. 18294-8). |
| P - 031 | 2015-04-18 Declaration of Yan Gao including all attachments and exhibits (Rec. Doc. 18906-6, 18906-7, and 18906-8) |
| P - 032 | 2015-03-02 Declaration of Yan Gao including all attachments and exhibits (Rec. Doc. No. 18404) |
| P - 033 | 2015-05-07  AFFIDAVIT OF RUSS M. HERMAN IN SUPPORT OF THE PLAINTIFFS' STEERING COMMITTEE'S GLOBAL STATEMENT OF FACTS AND MEMORANDUM OF LAW IN OPPOSITION TO: (1) TAISHAN'S RENEWED MOTIONS TO VACATE THE DEFAULT JUDGMENTS AND DISMISS THE COMPLAINTS IN GERMANO AND MITCHELL AND (2) TAISHAN'S MOTIONS TO DISMISS THE COMPLAINTS IN GROSS AND WILTZ including all attachments and exhibits (Rec. Doc. No. 14215) |
| P - 034 | 2015-05-22 Declaration of Russ M. Herman in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B), and all exhibits attached thereto (Rec. Doc. No. 18986) |
| P - 035 | 2015-01-16 Declaration of Russ M. Herman In Support of Motion to Intervene of Edward and Carmen Amorin, Albert and Betsy Butzer, Jack and Anna McGinn, Thomas and Virginia Spencer, and Elliot and Angelina Everard, Case No. 3:14-cv-00746-ST (D.Or.) including all attachments and exhibits (Rec. Doc. No. 18271) |
| P - 036 | Declaration of Arnold Levin in Support of Plaintiffs'' Omnibus Motion for Preliminary Default Judgment in *Wiltz v. Beijing New Building Materials Public Ltd. Co., et al.*, 10-cv-361 (E.D. La.) (Rec. Doc. No. 6974-2) |
| P - 037 | Supplemental Declaration of Arnold Levin in Support of Plaintiffs' Omnibus Motion for Preliminary Default Judgment in Wiltz v. Beijing New Building Materials Public Ltd. Co., et al., 10-cv-361 (E.D. La.) including all exhibits and attachments (Rec. Doc. No. 7430) |

| P - 038 | Declaration of Arnold Levin in Support of Plaintiffs' Omnibus Motion for Preliminary Default Judgment in *Gross v. Knauf Gips, KG, et al, et al .*, 09-cv-6690 (E.D. La.) (Rec. Doc. No. 6970-2) |
|---------|---|
| P - 039 | Supplemental Declaration of Arnold Levin in Support of Plaintiffs' Omnibus Motion for Preliminary Default Judgment in *Gross v. Knauf Gips, KG, et al,* 09-cv-6690 (E.D. La.) (Rec. Doc. No. 7432) |
| P - 040 | Declaration of Arnold Levin in Support of Plaintiffs' Omnibus Motion for Preliminary Default Judgment in *Amorin v. Taishan Gypsum Co., Ltd. et al .*, 11-cv-1395 (E.D. La.) (Rec. Doc. No. 15847-4 |
| P - 041 | Declaration of Arnold Levin in Support of Plaintiffs' Second Omnibus Motion for Preliminary Default Judgment in *Amorin v. Taishan Gypsum Co., Ltd. et al .*, 11-cv-1395 (E.D. La.) (Rec. Doc. No. 15412-5) |
| P - 042 | Declaration of Arnold Levin in Support of Plaintiffs' Third Omnibus Motion for Preliminary Default Judgment in *Amorin v. Taishan Gypsum Co., Ltd. et al .*, 11-cv-1395 (E.D. La.) (Rec. Doc. No. 15412-5) |
| P - 043 | Declaration of Arnold Levin in Support of Plaintiffs' Fourth Omnibus Motion for Preliminary Default Judgment in *Amorin v. Taishan Gypsum Co., Ltd. et al .*, 11-cv-1395 (E.D. La.) (Rec. Doc. No. 17378-5) |
| P - 044 | Declaration of Arnold Levin in Support of Plaintiffs' Fifth Omnibus Motion for Preliminary Default Judgment in *Amorin v. Taishan Gypsum Co., Ltd. et al .*, 11-cv-1395 (E.D. La.) (Rec. Doc. No. 17781-5) |
| P - 045 | Declaration of Arnold Levin in Support of Plaintiffs' Sixth Omnibus Motion for Preliminary Default Judgment in *Amorin v. Taishan Gypsum Co., Ltd. et al .*, 11-cv-1395 (E.D. La.) (Rec. Doc. No. 17781-5) |
| P - 046 | 2010-05-28 BMBM PLC Announcement No. 2010-009 in Relation to Event about Gypsum Board Litigation in U.S. |
| P - 047 | 2014-07-18 BNBM PLC Announcement No. 2014-30 Relating to Developments of Gypsum Board Litigation in U.S. |
| P - 048 | 2014-08-20 BNBM PLC Announcement No. 2014-37 Relating to  Developments of Gypsum Board Litigation in U.S. |
| P - 049 | 2015-02-13 BNBM PLC Announcement No. 2015-2 Relating to Further Developments of Gypsum Board Litigation in U.S. |
| P - 050 | 2015-03-30 BNBM PLC Announcement No. 2015-003 Relating to Developments of Gypsum Board Litigation in U.S. |

| P - 051 | Guardian Industries Emails Regarding Gypsum and BNBM PLC, as well as BNBM Business Cards of Cai Kai and Frank Lee (Bates Nos. GBP000924-925) |
| P - 052 | Charts of Taishan Gypsum Board Sales to the U.S.  (Herman Aff. Ex. 1) |
| P - 053 | Knauf Scope of Remediation Protocol (attached as Exhibit F to Amended Settlement Agreement Regarding Claims Against the Knauf Defendants in MDL No. 2047) (Rec. Doc. No. 12061-14) |
| P - 054 | The PSC's Fifty-First Status Report Pursuant to Pre-Trial Order 1H (Post-Notice of Completion Motion Practice) including all attachments and exhibits (Rec. Doc. No. 18790) |
| P - 055 | Transcript of Motion Hearing, 2/12/2015 (attached as Exhibit 1 to Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-1) |
| P - 056 | Transcript of  Telephone Status Conference, 04/24/2015 (attached as Exhibit 2 to Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-2) |
| P - 057 | Transcript of Oral Argument, 3/17/2015 (attached as Exhibit 3 to Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-3) |
| P - 058 | Transcript of Telephone Status Conference, 4/30/2014 (attached as Exhibit 4 to Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-4) |
| P - 059 | Proofs of Service of Complaints where Defendants, BNBM PLC, BNBM Group, CNBM and CNBM Group, have been held in Default (attached as Exhibit 5 to Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-5). |
| P - 060 | Service of Pleadings on BNBM, BNBM Group, CNBM and CNBM Group by the Plaintiffs' Steering Committee. Including, but not limited to, all supporting documents attached as Exhibits "1" through Exhibit "26" (attached as Exhibit 6 to Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-6) |
| P - 061 | 12/14/09 Letter and Federal Express Invoice Regarding Service of *Gross v. Knauf Gips KG , et al.*, 2:09-cv-6690 (E.D. La.) Complaint on BNBM and BNBM Group (attached as Exhibit 1 to Exhibit 6 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-6). |
| P - 062 | 12/14/09 Letter and Federal Express Invoice Regarding Service of *Gross v. Knauf Gips KG, et al.*, 2:09-cv-6690 (E.D. La.) Complaint on CNBM and CNBM Group (attached as Exhibit 2 to Exhibit 6 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-6). |

| | |
|---|---|
| P - 063 | 1/20/10 Letter and Federal Express Invoice for Service of 1/14/10 Hearing transcript and court summary of hearing in *Gross v. Knauf Gips KG, et al.,* 2:09-cv-6690 (E.D. La.) on BNBM and BNBM Group (attached as Exhibit 3 to Exhibit 6 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-6). |
| P - 064 | 1/20/10 Letter and Federal Express Invoice for Service of 1/14/10 Hearing transcript and court summary of hearing in *Gross v. Knauf Gips KG, et al.,* 2:09-cv-6690 (E.D. La.) on BNBM and BNBM Group (attached as Exhibit 4 to Exhibit 6 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-6). |
| P - 065 | 2/10/10 Letter and Federal Express Invoice for Service of Plaintiffs' Motion to Intervene (Exhibits on CD-ROM) in *Gross v. Knauf Gips KG, et al.,* 2:09-cv-6690 (E.D. La.) on BNBM and BNBM Group (attached as Exhibit 5 to Exhibit 6 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-6). |
| P - 066 | 2/10/10 Letter and Federal Express Invoice for Service of Plaintiffs' Motion to Intervene (Exhibits on CD-ROM) in *Gross v. Knauf Gips KG, et al.,* 2:09-cv-6690 (E.D. La.) on CNBM and CNBM Group (attached as Exhibit 6 to Exhibit 6 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-6). |
| P - 067 | 3/18/10 Letter and Federal Express Invoice for Service of Plaintiffs' Motion to Substitute Complaint in Intervention (Exhibits on CD-ROM) in *Gross v. Knauf Gips KG, et al.,* 2:09-cv-6690 (E.D. La.) on BNBM and BNBM Group (attached as Exhibit 7 to Exhibit 6 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-6). |
| P - 068 | 3/18/10 Letter and Federal Express Invoice for Service of Plaintiffs' Motion to Substitute Complaint in Intervention (Exhibits on CD-ROM) in *Gross v. Knauf Gips KG, et al.,* 2:09-cv-6690 (E.D. La.) on CNBM and CNBM Group (attached as Exhibit 8 to Exhibit 6 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-6). |
| P - 069 | 4/7/10 Letter and Federal Express Invoice for Service of Joint Motion to Dismiss Certain Defendants, Without Prejudice, and To Amend the Complaint, Memo in Support, Proposed Order and Amended Certificate of Service in *Gross v. Knauf Gips KG, et al.*, 2:09-cv-6690 (E.D. La.) on BNBM and BNBM Group (attached as Exhibit 9 to Exhibit 6 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-6). |
| P - 070 | 4/7/10 Letter and Federal Express Invoice for Service of Joint Motion to Dismiss Certain Defendants, Without Prejudice, and To Amend the Complaint, Memo in Support, Proposed Order and Amended Certificate of Service in *Gross v. Knauf Gips KG, et al.*, 2:09-cv-6690 (E.D. La.) on CNBM and CNBM Group (attached as Exhibit 10 to Exhibit 6 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-6). |

| | |
|---|---|
| P - 071 | 4/9/10 Letter and Federal Express Invoice for Service of Order Granting Plaintiffs' Motion to Dismiss Certain Defendants, Without Prejudice, and to Amend the Amended Complaint in *Gross v. Knauf Gips KG, et al.,* 2:09-cv-6690 (E.D. La.) and Certificate of Compliance on BNBM and BNBM Group (attached as Exhibit 11 to Exhibit 6 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-6). |
| P - 072 | 4/9/10 Letter and Federal Express Invoice for Service of Order Granting Plaintiffs' Motion to Dismiss Certain Defendants, Without Prejudice, and to Amend the Amended Complaint in *Gross v. Knauf Gips KG, et al.,* 2:09-cv-6690 (E.D. La.), and Certificate of Compliance on CNBM and CNBM Group (attached as Exhibit 12 to Exhibit 6 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-6). |
| P - 073 | 6/17/10 Federal Express Invoice for Service of Additional Materials on BNBM and CNBM Group (attached as Exhibit 13 to Exhibit 6 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-6). |
| P - 074 | 7/9/10 Letter and Federal Express Invoice for Service of Plaintiffs' Motion to Intervene, Memo in Support and Proposed Order in *Gross v. Knauf Gips KG, et al.,* 2:09-cv-6690 (E.D. La.) on BNBM (attached as Exhibit 14 to Exhibit 6 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-6). |
| P - 075 | 7/12/10 Letter and Federal Express Invoice for Service of Plaintiffs' Motion to Intervene, Memo in Support and Proposed Order and Amended Certificate of Service in *Gross v. Knauf Gips KG, et al* ., 2:09-cv-6690 (E.D. La.) on BNBM and BNBM Group (attached as Exhibit 15 to Exhibit 6 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-6). |
| P - 076 | 7/9/10 Letter and Federal Express Invoice for Service of Plaintiffs' Motion to Intervene, Memo in Support and Proposed Order in *Gross v. Knauf Gips KG, et al* ., 2:09-cv-6690 (E.D. La.) on CNBM and CNBM Group (attached as Exhibit 16 to Exhibit 6 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-6). |
| P - 077 | 7/13/10 Letter and Federal Express Invoice for Service of Notice of Hearing relating to Plaintiffs' Motion to Intervene and Plaintiffs' Steering Committee's Rule 6(b) Motion for Extension of Time for Service of Process Under Rule 4(m), Memo in Support, Notice of Hearing and Proposed Order in *Gross v. Knauf Gips KG, et al* ., 2:09-cv-6690 (E.D. La.) on BNBM and BNBM Group (attached as Exhibit 17 to Exhibit 6 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-6). |

| P - 078 | 7/13/10 Letter and Federal Express Invoice for Service of Notice of Hearing relating to Plaintiffs' Motion to Intervene and Plaintiffs' Steering Committee's Rule 6(b) Motion for Extension of Time for Service of Process Under Rule 4(m), Memo in Support, Notice of Hearing and Proposed Order in *Gross v. Knauf Gips KG, et al.*, 2:09-cv-6690 (E.D. La.) on CNBM and CNBM Group (attached as Exhibit 18 to Exhibit 6 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-6). |
|---|---|
| P - 079 | 12/1/10 Letter and Federal Express Invoice for Service of Notice Hearing and Plaintiffs' Steering Committee's Rule 6(b) Motion for Extension of Time for Service of Process Under Rule 4(m) and Memo in Support in *Payton v. Knauf Gips KG, et al.*, 2:09-cv-7628 (E.D. La.), *Wiltz v. Beijing New Building Materials Public Ltd. Co., et al.*, Case No. 10-361 (E.D. La.), *Gross v. Knauf Gips KG, et al.*, 2:09-cv-6690 (E.D. La.) and *Rogers v. Knauf Gips KG, et al.*, 2:10-cv-362 (E.D. La.) on BNBM and BNBM Group (attached as Exhibit 19 to Exhibit 6 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-6). |
| P - 080 | 12/1/10 Letter and Federal Express Invoice for Service of Notice Hearing and Plaintiffs' Steering Committee's Rule 6(b) Motion for Extension of Time for Service of Process Under Rule 4(m) and Memo in Support in *Payton v. Knauf Gips KG, et al.*, 2:09-cv-7628 (E.D. La.), *Wiltz v. Beijing New Building Materials Public Ltd. Co., et al.*, Case No. 10-361 (E.D. La.), *Gross v. Knauf Gips KG, et al.*, 2:09-cv-6690 (E.D. La.) and *Rogers v. Knauf Gips KG, et al.*, 2:10-cv-362 (E.D. La.) on CNBM and CNBM Group (attached as Exhibit 20 to Exhibit 6 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-6). |
| P - 081 | 12/15/10 Letter and Federal Express Invoice for Service of Notice of Hearing and Plaintiffs' Motion and Memorandum to Intervene in *Wiltz v. Beijing New Building Materials Public Ltd. Co., et al.*, Case No. 10-361 (E.D. La.) on BNBM (attached as Exhibit 21 to Exhibit 6 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-6). |
| P - 082 | 02/24/11 Letter and Federal Express Invoice for Service of Notice of Entry of Preliminary Default Judgment Pursuant to Order dated 2/11/11 in *Gross v. Knauf Gips KG, et al.*, 2:09-cv-6690 (E.D. La.) on CNBM (attached as Exhibit 22 to Exhibit 6 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-6). |
| P - 083 | 02/25/11 Letter and Federal Express Invoice for Service of Notice of Entry of Preliminary Default Judgment Pursuant to Order dated 2/11/11 in *Gross v. Knauf Gips KG, et al.*, 2:09-cv-6690 (E.D. La.) on BNBM Group (attached as Exhibit 23 to Exhibit 6 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-6). |
| P - 084 | 02/25/11 Letter and Federal Express Invoice for Service of Notice of Entry of Preliminary Default Judgment Pursuant to Order dated 2/11/11 in *Gross v. Knauf Gips KG, et al.*, 2:09-cv-6690 (E.D. La.) on CNBM Group (attached as Exhibit 24 to Exhibit 6 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-6). |

| | |
|---|---|
| P - 085 | 03/04/11 Letter and Federal Express Invoice for Service of Notice of Entry of Preliminary Default Judgment Pursuant to Order dated 2/24/11 in *Wiltz v. Beijing New Building Materials Public Ltd. Co., et al*., 10-cv-361 (E.D. La.) on BNBM Group (attached as Exhibit 25 to Exhibit 6 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-6). |
| P - 086 | 03/04/11 Letter and Federal Express Invoice for Service of Notice of Entry of Preliminary Default Judgment Pursuant to Order dated 2/24/11 in *Wiltz v. Beijing New Building Materials Public Ltd. Co., et al*., 10-cv-361 (E.D. La.) on CNBM Group (attached as Exhibit 26 to Exhibit 6 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-6). |
| P - 087 | Hogan Lovells October 3, 2014 Privilege Log (attached as Exhibit 8 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-7). |
| P - 088 | BNBM Board First Extraordinary General Meeting of Shareholders for the Year 2007 of Shandong Taihe Dongxin Co., Ltd. (TG0020715), at p. 40, Sec. III(8) (Herman Aff. Ex. "135") (attached as Exhibit 9 to Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-8). |
| P - 089 | Transcript of Status Conference, 8/11/2009 (attached as Exhibit 25 to Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-24). |
| P - 090 | Minute Entry dated 8/11/2009 (Rec. Doc. No. 165) (attached as Exhibit 26 to Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-25). |
| P - 091 | Transcript of Status Conference, 9/24/2009 (attached as Exhibit 27 to Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-26). |
| P - 092 | Transcript of Status Conference, 10/15/2009 (attached as Exhibit 28 to Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-27). |
| P - 093 | Excerpt of BNBM 2010 Annual Report, Bates Nos. BNBMPLC0001578 (Reporting on US Chinese Drywall Litigation) (attached as Exhibit 29 to Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-28). |

| | |
|---|---|
| P - 094 | Excerpt of BNBM 2010 Annual Report, Bates Nos. BNBMPLC001686 (Reporting on US Chinese Drywall Litigation) (attached as Exhibit 30 to Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-29). |
| P - 095 | Transcript of Deposition of Zhang Jianchun, dated 4/6/2011 (attached as Exhibit 31to Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-30). |
| P - 096 | 10/13/10 Letter from James Stengel to Arnold Levin Regarding their Representation of BNBM in the Litigation (Herman Aff. Ex. "144)((attached as Exhibit 32 to Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-31) |
| P - 097 | Excerpt of BNBM 2010 Annual Report, Bates No. BNBMPLC0001686 (Reporting on US Chinese Drywall Litigation)  (attached as Exhibit 33 to Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-32). |
| P - 098 | Excerpt of BNBM 2013 Annual Report, Bates No. BNBMPLC0002778 (Reporting on US Chinese Drywall Litigation)  (attached as Exhibit 34 to Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-33). |
| P - 099 | Excerpt of BNBM 2013 Annual Report, Bates No. BNBMPLC0002932 (Reporting on US Chinese Drywall Litigation)  (attached as Exhibit 35 to Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-34). |
| P - 100 | Excerpt of BNBM 2014 Annual Report, Bates No. BNBMPLC0003197 (Reporting on US Chinese Drywall Litigation)  (attached as Exhibit 36 to Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-35). |
| P - 101 | Excerpt of BNBM 2014 Annual Report, Bates No. BNBMPLC0003327(Reporting on US Chinese Drywall Litigation)  (attached as Exhibit 37 to Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-36). |

| | |
|---|---|
| P - 102 | Plaintiffs' FRE 1006 Summary of Payments Made for Legal Fees Related to Chinese Drywall Litigation Based on Annual Reports, Including, but not limited to Bates Nos. BNBMPLC0001578 and BNBMPLC0001660 (2010); BNBMPLC0001898 and BNBMPLC0001982 (2011); BNBMPLC0002304-2305 and BNBMPLC0002436 (2012); BNBMPLC0002778, BNBMPLC0002827 and BNBMPLC0002902 (2013); and BNBMPLC0003197 and BNBMPLC0003299 (2014) (attached as Exhibit 38 to Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015)(Rec. Doc. No. 19858-37) |
| P - 103 | 2015-02-13 CNBM Public Announcement: Further Updates on Recent Developments in the Gypsum Board Litigation in the US (CNBMO00000329-331) (attached as Exhibit 39 to Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015)(Rec. Doc. No. 19858-38) |
| P - 104 | 2014-07-14 CNBM Public Announcement Regarding Development of Gypsum Board Litigation in the US (CNBMCO00000001-00000006) (attached as Exhibit 39 to Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015)(Rec. Doc. No. 19858-38) |
| P - 105 | 2014-08-20 CNBM Public Announcement: Updates on Recent Developments in the Gypsum Board Litigation (CNBMO00000021-00000024) (attached as Exhibit 40 to Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015)(Rec. Doc. No. 19858-39) |
| P - 106 | Transcript of Status Conference and Motions Proceedings, 7/17/2014 (attached as Exhibit 41 to Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015)(Rec. Doc. No. 19858-40) |
| P - 107 | Deposition Transcript of Zhang Jianchun, dated 4/06/2011, Including but not limited to page 20, lines 3-6  (attached as Exhibit 42 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-41) |
| P - 108 | Transcript of Motion Hearing, 6/29/2012 (attached as Exhibit 43 to Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-42) |
| P - 109 | May 15, 2009 Letter from David Gregory, Chairman of Knauf, to Song Zhiping, Chairman of the Board for CNBM Group, enclosing list of lawsuits against Taishan and BNBM and "relevant litigation documents." (attached as Exhibit 48 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-47). |
| P - 110 | May 15, 2009 Letter  from Mark Norris, Commercial Director for Knauf to Wang Bing, Chairman of the Board for BNBM Group enclosing list of lawsuits against Taishan and BNBM and "relevant litigation documents" and noting that "CNBM also became a target" (attached as Exhibit 49 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-48). |

| P - 111 | April 15, 2015 Email on behalf of Gerald E. Meunier Regarding Plaintiffs' Expert, Ronald Wright, P.E. Unavailability and Desire to Substitute George Inglis  (attached as Exhibit 50 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-49). |
|---|---|
| P - 112 | 4/27/2015 Affidavit of George J. Inglis, P.E. with  all attachments and exhibits (attached as Exhibit 51 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-50). |
| P - 113 | 5/15/2015 Amended Declaration of George J. Inglis, P.E. with  all attachments and exhibits (attached as Exhibit 52 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-51). |
| P - 114 | Plaintiffs' Analysis of Damage Jurisprudence (attached as Exhibit 53 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-53). |
| P - 115 | RS Means: Residential Cost Data, 34th Annual Edition 2015 (attached as Exhibit 54 to Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-53) |
| P - 116 | Germano FOFCOL for Remediation and CIH v. Comp. Ex. 10 (attached as Exhibit 55 to Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-54) |
| P - 117 | 2010 RS Means Residential Cost Data (attached as Exhibit 56 to Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-55) |
| P - 118 | Ronald Wright, P.E. Summaries of Cost Estimates (attached as Exhibit 57 to Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-56) |
| P - 119 | RS Means Costs vs. Size and Quality (attached as Exhibit 58 to Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-57) |
| P - 120 | Taishan Gypsum Co., Ltd. Auditor's Report Tian Zhi Ye No [2015] (Chinese)(Exhibit 3 to 05/13/2015 Yan Gao Declaration attached as  Exhibit 7 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-58). |

| P - 121 | Taishan Gypsum Co., Ltd. Auditor's Report Tian Zhi Ye No [2015] (English)(Exhibit 4 to 05/13/2015 Yan Gao Declaration attached as  Exhibit 7 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-58). |
|---|---|
| P - 122 | Taishan Gypsum Co., Ltd. Resolutions of 2010 Annual General Meeting (Chinese)(Exhibit 5 to 05/13/2015 Yan Gao Declaration attached as  Exhibit 7 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-58). |
| P - 123 | Taishan Gypsum Co., Ltd. Resolutions of 2010 Annual General Meeting (English)(Exhibit 6 to 05/13/2015 Yan Gao Declaration attached as  Exhibit 7 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-58). |
| P - 124 | Announcement of Beijing New Building Materials Public Limited Company in Relation to Event about Gypsum Board in US (Chinese)(Exhibit 7 to 05/13/2015 Yan Gao Declaration attached as  Exhibit 7 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-58). |
| P - 125 | Announcement of Beijing New Building Materials Public Limited Company in Relation to Event about Gypsum Board in US (English)(Exhibit 8 to 05/13/2015 Yan Gao Declaration) (attached as  Exhibit 7 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-58). |
| P - 126 | BNBM: Beijing New Building Materials Public Limited Company 2010 Interim Report (Chinese)(Exhibit 9 to 05/13/2015 Yan Gao Declaration attached as  Exhibit 58 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-58). |
| P - 127 | BNBM: Beijing New Building Materials Public Limited Company 2010 Interim Report (English)(Exhibit 10 to 05/13/2015 Yan Gao Declaration attached as  Exhibit 7 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-58). |
| P - 128 | Beijing New Building Materials Public Limited Company 2010 3rd Quarterly Report (Chinese)(Exhibit 11 to 05/13/2015 Yan Gao Declaration attached as  Exhibit 7 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-58). |
| P - 129 | Beijing New Building Materials Public Limited Company 2010 3rd Quarterly Report (English)(Exhibit 12 to 05/13/2015 Yan Gao Declaration attached as  Exhibit 7 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-58). |
| P - 130 | BNBM: Beijing New Building Materials Public Limited Company 2010 Annual Report (Chinese)(Exhibit 13 to 05/13/2015 Yan Gao Declaration attached as  Exhibit 7 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-58). |

| | |
|---|---|
| P - 131 | BNBM: Beijing New Building Materials Public Limited Company 2010 Annual Report (English)(Exhibit 14 to 05/13/2015 Yan Gao Declaration attached as Exhibit 7 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-58). |
| P - 132 | Beijing New Building Materials Public Limited Company 2011 1st Quarterly Report (Chinese)(Exhibit 15 to 05/13/2015 Yan Gao Declaration attached as Exhibit 7 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-58). |
| P - 133 | Beijing New Building Materials Public Limited Company 2011 1st Quarterly Report (English)(Exhibit 16 to 05/13/2015 Yan Gao Declaration attached as Exhibit 7 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-58). |
| P - 134 | BNBM: Beijing New Building Materials Public Limited Company 2011 Interim Report (Chinese)(Exhibit 17 to 05/13/2015 Yan Gao Declaration) (attached as Exhibit 7 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-58). |
| P - 135 | BNBM: Beijing New Building Materials Public Limited Company 2011 Interim Report (English)(Exhibit 18 to 05/13/2015 Yan Gao Declaration attached as Exhibit 7 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-58). |
| P - 136 | Beijing New Building Materials Public Limited Company 2011 3rd Quarterly Report (Chinese)(Exhibit 19 to 05/13/2015 Yan Gao Declaration attached as Exhibit 7 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-58). |
| P - 137 | Beijing New Building Materials Public Limited Company 2011 3rd Quarterly Report (English)(Exhibit 20 to 05/13/2015 Yan Gao Declaration attached as Exhibit 58 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-58). |
| P - 138 | BNBM: Beijing New Building Materials Public Limited Company 2011 Annual Report (Chinese)(Exhibit 21 to 05/13/2015 Yan Gao Declaration attached as Exhibit 7 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-58). |
| P - 139 | BNBM: Beijing New Building Materials Public Limited Company 2011 Annual Report (English)(Exhibit 22 to 05/13/2015 Yan Gao Declaration attached as Exhibit 7 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-58). |
| P - 140 | Beijing New Building Materials Public Limited Company 2012 1st Quarterly Report (Chinese)(Exhibit 23 to 05/13/2015 Yan Gao Declaration attached as Exhibit 58 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-58). |

| P - 141 | Beijing New Building Materials Public Limited Company 2012 1st Quarterly Report (English)(Exhibit 24 to 05/13/2015 Yan Gao Declaration attached as  Exhibit 58 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-58). |
|---|---|
| P - 142 | Beijing New Building Materials Public Limited Company 2012 Interim Report (Chinese)(Exhibit 25 to 05/13/2015 Yan Gao Declaration attached as Exhibit 58 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-58). |
| P - 143 | Beijing New Building Materials Public Limited Company 2012 Interim Report (English)(Exhibit 26 to 05/13/2015 Yan Gao Declaration attached as Exhibit 58 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-58). |
| P - 144 | Beijing New Building Materials Public Limited Company 2012 3rd Quarterly Report (Chinese)(Exhibit 27 to 05/13/2015 Yan Gao Declaration attached as  Exhibit 7 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-58). |
| P - 145 | Beijing New Building Materials Public Limited Company 2012 3rd Quarterly Report (English)(Exhibit 28 to 05/13/2015 Yan Gao Declaration attached as  Exhibit 7 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-58). |
| P - 146 | Beijing New Building Materials Public Limited Company 2012 Annual Report: March 2013 (Chinese)(Exhibit 29 to 05/13/2015 Yan Gao Declaration) (attached as  Exhibit 58 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-58). |
| P - 147 | Beijing New Building Materials Public Limited Company 2012 Annual Report: March 2013 (English)(Exhibit 30 to 05/13/2015 Yan Gao Declaration attached as  Exhibit 7 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-58). |
| P - 148 | Beijing New Building Materials Public Limited Company 2013 1st Quarterly Report (Chinese)(Exhibit 31 to 05/13/2015 Yan Gao Declaration attached as  Exhibit 7 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-58). |
| P - 149 | Beijing New Building Materials Public Limited Company 2013 1st Quarterly Report (English)(Exhibit 32 to 05/13/2015 Yan Gao Declaration attached as  Exhibit 7 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-58). |
| P - 150 | Beijing New Building Materials Public Limited Company 2013 Interim Report: August 2013 (Chinese)(Exhibit 33 of 05/13/2015 Yan Gao Declaration attached as  Exhibit 7 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-58). |

| P - 151 | Beijing New Building Materials Public Limited Company 2013 Interim Report: August 2013 (English)(Exhibit 34 of 05/13/2015 Yan Gao Declaration attached as Exhibit 7 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-58). |
| P - 152 | Beijing New Building Materials Public Limited Company 2013 3rd Quarterly Report (Chinese)(Exhibit 35 of 05/13/2015 Yan Gao Declaration attached as Exhibit 7 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-58). |
| P - 153 | Beijing New Building Materials Public Limited Company 2013 3rd Quarterly Report (English)(Exhibit 36 of 05/13/2015 Yan Gao Declaration attached as Exhibit 7 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-58). |
| P - 154 | Beijing New Building Materials Public Limited Company 2013 Annual Report: March 2014 (Chinese)(Exhibit 37 of 05/13/2015 Yan Gao Declaration attached as Exhibit 7 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-58). |
| P - 155 | Beijing New Building Materials Public Limited Company 2013 Annual Report: March 2014 (English)(Exhibit 38 of 05/13/2015 Yan Gao Declaration attached as Exhibit 7 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-58). |
| P - 156 | Beijing New Building Materials Public Limited Company 2014 1st Quarterly Report (Chinese)(Exhibit 39 of 05/13/2015 Yan Gao Declaration attached as Exhibit 7 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-58). |
| P - 157 | Beijing New Building Materials Public Limited Company 2014 1st Quarterly Report (English)(Exhibit 40 of 05/13/2015 Yan Gao Declaration attached as Exhibit 7 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-58). |
| P - 158 | Beijing New Building Materials Public Limited Company 2014 Interim Report: August 2014 (Chinese)(Exhibit 41 of 05/13/2015 Yan Gao Declaration) (attached as Exhibit 7 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-58). |
| P - 159 | Beijing New Building Materials Public Limited Company 2014 Interim Report: August 2014 (English)(Exhibit 42 of 05/13/2015 Yan Gao Declaration attached as Exhibit 7 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-58). |
| P - 160 | Beijing New Building Materials Public Limited Company 2014 3rd Quarterly Report (Chinese)(Exhibit 43 of 05/13/2015 Yan Gao Declaration attached as Exhibit 7 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-58). |

| | |
|---|---|
| P - 161 | Beijing New Building Materials Public Limited Company 2014 3rd Quarterly Report (English)(Exhibit 44 of 05/13/2015 Yan Gao Declaration attached as  Exhibit 7 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-58). |
| P - 162 | Beijing New Building Materials Public Limited Company 2014 Annual Report: March 2015 (Chinese)(Exhibit 45 of 05/13/2015 Yan Gao Declaration attached as  Exhibit 7 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-58). |
| P - 163 | Beijing New Building Materials Public Limited Company 2014 Annual Report: March 2015 (English)(Exhibit 46 of 05/13/2015 Yan Gao Declaration attached as  Exhibit 58 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-58). |
| P - 164 | Announcement of Beijing New Building Materials Public Limited Company in Relation to the Developments of Gypsum Board Litigation in the US (Chinese)(Exhibit 47 of 05/16/2015 Yan Gao Declaration attached as  Exhibit 7of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-58). |
| P - 165 | Announcement of Beijing New Building Materials Public Limited Company in Relation to the Developments of Gypsum Board Litigation in the US (English)(Exhibit 48 of 05/16/2015 Yan Gao Declaration attached as  Exhibit 7 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-58). |
| P - 166 | Announcement of Beijing New Building Materials Public Limited Company in Relation to the Developments of Gypsum Board Litigation in the US (Chinese)(Exhibit 49 of 05/16/2015 Yan Gao Declaration attached as  Exhibit 7 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-58). |
| P - 167 | Announcement of Beijing New Building Materials Public Limited Company in Relation to the Developments of Gypsum Board Litigation in the US (English)(Exhibit 50 of 05/16/2015 Yan Gao Declaration attached as  Exhibit 7 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-58). |
| P - 168 | Announcement of Beijing New Building Materials Public Limited Company in Relation to the Developments of Gypsum Board Litigation in the US (Chinese)(Exhibit 51 of 05/16/2015 Yan Gao Declaration attached as  Exhibit 7 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-58). |
| P - 169 | Announcement of Beijing New Building Materials Public Limited Company in Relation to the Developments of Gypsum Board Litigation in the US (English)(Exhibit 52 of 05/16/2015 Yan Gao Declaration attached as  Exhibit 7 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-58). |

| P - 170 | Announcement of Beijing New Building Materials Public Limited Company in Relation to the Developments of Gypsum Board Litigation in the US (Chinese)(Exhibit 53 of 05/16/2015 Yan Gao Declaration attached as  Exhibit 7 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-58). |
|---|---|
| P - 171 | Announcement of Beijing New Building Materials Public Limited Company in Relation to the Developments of Gypsum Board Litigation in the US (English)(Exhibit 54 of 05/16/2015 Yan Gao Declaration attached as  Exhibit 58 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-58). |
| P - 172 | Biographical Details of Directors, Supervisors and Senior Management: Executive Directors (Exhibit 55 of 05/16/2015 Yan Gao Declaration attached as  Exhibit 7 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-58). |
| P - 173 | Biographical Details of Directors, Supervisors and Senior Management: Non-Executive Directors (Exhibit 56 of 05/16/2015 Yan Gao Declaration attached as  Exhibit 7 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-58). |
| P - 174 | Chinese Website/China National Building Material Group Corporation (Exhibit 57 of 05/16/2015 Yan Gao Declaration) (attached as  Exhibit 7 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-58). |
| P - 175 | Curriculum Vitae of Ms. Yan Gao (Exhibit 58 of 05/16/2015 Yan Gao Declaration attached as  Exhibit 7 of Plaintiffs' Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) which was filed under seal on May 15, 2015) (Rec. Doc. 19858-58). |