IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

### PLAINTIFFS' EXHIBIT LIST FOR JUNE 9, 2015 CLASS DAMAGES TRIAL

# EXHIBIT B

1. Expert Report, Appendices and Reliance Materials of George P. Inglis, P.E.

2. Expert Report, Appendices and Reliance Materials of David A. Pogorilich.

3. Expert Report, Appendices and Reliance Materials of M. Laurentius Marais.

4. Report, Appendices and Reliance Materials of Jake Woody, BrownGreer PLC.

5. Any and all exhibits to depositions of witness who will be called to testify at the June 9, 2015 Class Damages Trial.

6. Any and all testimony and exhibits of CNBM and CNBM Group corporate representatives or individual witnesses set to begin June 5, 2015. Including but not limited to documents, writings, correspondence, electronic mail, ESI, and/or any other item reflecting Taishan, TTP, BNBM PLC, BNBM Group, CNBM and/or CNBM Group's notice, knowledge, acknowledgment, and/or discussion concerning the Chinese Drywall Litigation in the U.S., whether produced by any defendant or discovered by Plaintiffs in their investigation.

7. Any and all exhibits identified by any other party.