UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>*Gross, et al. v. Knauf Gips KG, et al.,*<br>Case No. 09-cv-06690 (E.D. La.)<br>_____/ | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## NOTICE OF CHANGE OF ADDRESS

Peterson, Baldor & Maranges, PLLC, gives notice to this Court and all counsel of its change of address, effective May 28, 2015. All future correspondence, pleadings, motions, court filings, discovery, and all other written items or communications in this case should be sent to:

> Peterson, Baldor & Maranges, PLLC
> 8000 S.W. 117th Ave, Suite 206
> Miami, FL 33183
> Tel: (305) 270-3773
> Fax: (305) 275-7410

The firm's e-mail addresses remain the same.

                                                         Respectfully submitted,

                                                         **PETERSON, BALDOR & MARANGES, PLLC**
*Counsel for Banner Supply Co., Banner Supply Company Fort Myers, LLC, Banner Supply Company Tampa, LLC, Banner Supply Company Pompano, LLC, and Banner Supply Company International, LLC*
8000 SW 117th Avenue, Suite 206
Miami, Florida 33186
Telephone: (305) 270-3773
Facsimile: (305) 275-7410

By: **/s/ Michael P. Peterson**
Florida Bar No. 982040

MDL NO. 2047
SECTION: L

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served on Liaison Counsel by electronic mail and upon all Chinese Drywall parties by electronically uploading same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 6 on this **22nd** day of May, 2015.  I further certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this **22nd** day of May, 2015.

By:     **/s/  Michael P. Peterson**