# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:**<br><br>*Germano v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, **Case No. 09-6687 (E.D. Va.);**<br><br>*Gross v. Knauf Gips, KG*, **Case No. 09-6690 (E.D. La.);**<br><br>*Wiltz v. Beijing New Building Materials Public Limited Co.,* **Case No. 10-361 (E.D. La.);**<br><br>*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, **Case No. 11-1672 (S.D. Fl.);**<br><br>*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, **Case No. 11-1395 (E.D. La.); and**<br><br>*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, **Case No. 11-1673 (E.D. Va.).** | |

## TAISHAN'S LIST OF POTENTIAL EXHIBITS FOR JUNE 9, 2015 HEARING

Defendants Taishan Gypsum Ltd., Co. and Tai'an Taishan Plasterboard Co., Ltd. ("Taishan"), pursuant to the Court's Scheduling Order of May 12, 2015 [Rec. Doc. 18921], submit the following list of documents which Taishan may use or introduce as exhibits at the hearing scheduled for June 9, 2015:

- Affidavit of George Inglis dated April 27, 2015 and all exhibits thereto.

- Declaration of George Inglis dated May 15, 2015 and all exhibits thereto.

- Affidavit of Ronald Wright and all exhibits thereto.

- All previous testimony by and exhibits used by Ronald Wright in this MDL.

- All documents attached as exhibits to the PSC's Affidavit of George Inglis dated April 27, 2015.

- All documents attached as exhibits to the PSC's Reply Brief in Support of Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) and attached Declaration of George Inglis [Rec. Doc. 18958].

- All reliance materials and other documents produced by or considered by Mr. Inglis, as produced by the PSC in response to Taishan's Notices of Deposition of George Inglis [Rec. Doc. 18703, 18704, 18943]

- Transcript of the Deposition of George Inglis from May 19, 2015 and all deposition exhibits.

- Email correspondence between Jake Woody and the PSC's attorneys and experts at Berman & Wright.

- May 5, 2015 Memorandum from Jake Woody of BrownGreer PLC entitled "Chinese Drywall Square Footage Project."

- BrownGreer spreadsheet outlining 63,224 documents related to Taishan's request for "all data and supporting documentation in BrownGreer's custody, including specific remediation and settlement amounts" and all documents produced by BrownGreer from that spreadsheet.

- BrownGreer spreadsheet outlining the class properties.

- Supplemental Plaintiff Profile Form Spreadsheet and Supplemental Plaintiff Profile Forms.

- BrownGreer spreadsheet outlining Knauf properties as produced by Jake Woody and BrownGreer PLC.

- All email correspondence from Jake Woody to Taishan's counsel, including attachments to those emails.

- The deposition transcript from the May 26, 2015 30(b)(6) deposition of BrownGreer PLC and all deposition exhibits.

- The declarations [Rec. Doc. 18777-3, 18777-5], exhibits to declarations, deposition transcripts and deposition exhibits for David A. Pogorilich and M. Laurentius Marais.

- Plaintiff Profile Forms

- All Knauf remediation documents.

- Public Records Related to Class Properties

- Public Records Showing Change in Ownership of Class Properties

3

- All Filed Pleadings Related to Class Properties

- Notices of Voluntary Dismissal

- RS Means Volumes and other construction estimation texts

- All other relevant filings and exhibits docketed in this MDL and available to all parties.

- Any exhibits or documents identified by other parties for use at the June 9 hearing, including, but not limited to, all exhibits and documents identified in the Plaintiffs' Exhibit List for June 9, 2015 Class Damages Hearing Pursuant to FRCP 55(B)(2) [Rec. Doc. 18988].

As discovery is ongoing, Taishan reserves the right to supplement this list in advance of the June 9 hearing as additional documents are produced or identified.

Dated: May 22, 2015

Respectfully submitted,

/s Michael P. Kenny
Michael P. Kenny, Esq.
Georgia Bar No. 415064
Bernard Taylor, Esq.
Georgia Bar No. 669625
Christina Hull Eikhoff, Esq.
Georgia Bar No. 242539
David Venderbush, Esq.
New York Bar No. 2920817
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
mike.kenny@alston.com

*Counsel for Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd.*

Alan Dean Weinberger
LA Bar No. 13331
HANGARTNER, RYDBERG & TERRELL, LLC
One Shell Square
701 Poydras St., Suite 310
New Orleans, Louisiana  70179
Phone:  (504) 434-6815
Fax: (504) 522-5689
aweinberger@hanrylaw.com
*Local Counsel for Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd.*

5

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 22nd day of May, 2015.

    /s Michael P. Kenny
Michael P. Kenny, Esq.
Georgia Bar No. 415064
ALSTON & BIRD LLP
1201 West Peachtree Street NW
Atlanta, Georgia 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
mike.kenny@alston.com
*Counsel for Taishan*