UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:**<br><br>*Amorin et al. v. Taishan Gypsum Co. Ltd. et al.,* Case No. 2:11-cv-01673<br><br>*Amorin et al. v. Taishan Gypsum Co. Ltd. et al.,* Case No. 2:11-cv-01395<br><br>*Amorin et al. v. Taishan Gypsum Co. Ltd. et al.,* Case No. 2:11-cv-01672<br><br>*Wiltz et al. v. Beijing New Building Material Public Limited Company et al.,* Case No. 2:10-cv-00361<br><br>*Gross et al. v. Knauf Gips KG et al.,* Case No. 2:09-cv-06690<br><br>*Germano et al. v. Taishan Gypsum Co. Ltd. et al.,* Case No. 2:09-cv-06687 | |

**BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY'S AND
BEIJING NEW BUILDING MATERIAL (GROUP) CO., LTD. 'S
<u>LIST OF POTENTIAL EXHIBITS FOR JUNE 9, 2015 HEARING</u>**

Subject to and without waiver of their pending motions objecting to personal jurisdiction, Beijing New Building Materials Public Limited Company ("BNBM PLC") and Beijing New Building Material (Group) Co., Ltd. ("BNBM Group," collectively the "BNBM companies") respectfully submit the following list of documents which the BNBM companies may use or introduce as exhibits at the June 9, Hearing.

1

| Description | Record No. |
|---|---|
| Affidavit of George Inglis dated April 27, 2015 and all exhibits thereto. | |
| Declaration of George Inglis dated May 15, 2015 and all exhibits thereto. | |
| Affidavit of Ronald Wright and all exhibits thereto. | |
| All reliance materials and other documents proposed by or considered by George Inglis, as produced by the PSC in response to Taishan's Notices of Deposition of George Inglis [Rec. Doc. 18703, 18704, 18943]. | |
| Transcript of the Deposition of George Inglis from May 19, 2015 and all deposition exhibits. | |
| BrownGreer spreadsheet outlining 63,224 documents related to Taishan's request for "all data and supporting documentation in BrownGreer's custody, including specific remediation and settlement amounts" and all documents produced by BrownGreer from the spreadsheet. | |
| Spreadsheet created by BrownGreer outlining the class properties. | |
| Supplemental Plaintiff Profile Form Spreadsheet and Supplemental Plaintiff Profile Forms. | |
| BrownGreer spreadsheet outlining Knauf properties as produced by Jake Woody and BrownGreer PLC. | |
| Declaration of M. Laurentius Marais, Ph.D. and exhibits attached thereto dated May 7, 2015. | 18903-2; 18877-5 |
| Transcript of the deposition of M. Laurentius Marais, Ph.D. from May 21, 2015 and all deposition exhibits. | |
| Declaration of Carolyn F. Taylor in Support of the Federal Rule of Evidence 1006 Summary of the 65 Plaintiffs identifying BNBM or Dragon Drywall in the 23,057 Original Profile Forms Produced by BrownGreer PLC dated May 8, 2015 and exhibit thereto. | 18903-3 |
| Declaration of David A. Pogorilich, CGC, MBA and exhibits attached thereto dated May 7, 2015. | 18877-3 |
| Transcript of the deposition of David A. Pogorilich, CGC, MBA from May 22, 2015 and all deposition exhibits. | |

| Description | Record No. |
|---|---|
| Third Amended Settlement Agreement regarding claims against the Knauf Defendants in MDL No. 2047 and exhibits thereto. | 16407-3 |
| Marais spreadsheet comparing Knauf remediation costs with Inglis formula produced on 5/20/2015. | |
| All exhibits cited in Memorandum of Law of Beijing New Building Materials Public Limited Company and Beijing New Material (Group) Co., Ltd. in Opposition to Plaintiffs' Motion for Assessment of Class Damages | 18903-1 through 18903-10 |

BNBM companies reserve the right to use any or all exhibits identified by Tai'an Taishan Plasterboard Co., Ltd. and Taishan Gypsum Ltd., Co. ("Taishan"), China National Building Materials Group Corporation ("CNBM Group"), and China National Building Materials Company Limited ("CNBM").  In addition, while the BNBM companies reserve the right to move to strike and/or object to the exhibits identified by Plaintiffs, the BNBM companies reserve the right to use any exhibits identified by Plaintiffs and permitted by the Court.

The BNBM companies also reserve the right to supplement this list in advance of the June 9 hearing as additional documents are produced or identified.

Dated:  May 22, 2015

Respectfully submitted,

**DENTONS US LLP**

By: */s/ Michael H. Barr*
Michael H. Barr
New York Bar No. 1744242
Justin N. Kattan
New York Bar No. 3983905
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone:  (212) 768-6700
Facsimile:  (212) 768-6800
michael.barr@dentons.com
justin.kattan@dentons.com

- AND -

Richard L. Fenton
Illinois Bar No. 3121699
Leah R. Bruno
Illinois Bar No. 6269469
233 South Wacker Drive
Suite 7800
Chicago, IL  60606-6306
Telephone:  (312) 876-8000
Facsimile:  (312) 876-7934
richard.fenton@dentons.com
leah.bruno@dentons.com

- AND -

C. Michael Moore
Texas Bar No. 14323600
Gene R. Besen
Texas Bar No. 24045491
2000 McKinney Ave, Suite 1900
Dallas, TX  75201
Telephone:  (214) 259-0900
Facsimile:  (214) 259-0910
mike.moore@dentons.com
gene.besen@dentons.com

**- AND -**

**PHELPS DUNBAR LLP**

Harry Rosenberg
Louisiana Bar No. 11465
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone:  (504) 566-1311
Facsimile:  (504) 568-9130
harry.rosenberg@phelps.com

*Attorneys for Beijing New Building Material (Group) Co., Ltd. and Beijing New Building Materials Public Limited Company*

4

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Beijing New Building Materials Public Limited Company's and Beijing New Building Material (Group) Co., Ltd.'s Exhibit List for June 9, 2015 Hearing has been served on Plaintiffs' Liaison Counsel, Leonard Davis, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 22nd day of May, 2015.

                                                                         */s/     Michael H. Barr*