UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | CIVIL ACTION |
| DRYWALL PRODUCTS LIABILITY | * | 2:09-md-2047 EEF-JCW |
| LITIGATION | * | JUDGE: ELDON FALLON |
| | * | MAGISTRATE: JUDGE |
| ************************************************** | | WILKINSON |

## MEMOMORANDUM IN SUPPORT OF MOTION FOR OBJECTION TO SPECIAL MASTER'S DENIAL OF CLAIM

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Crescent City Property Redevelopment Association, LLC, and Side-By-Side Redevelopment, Inc., Claimant ID #s 114365 and 114674, respectively; Claim IDs # 23239, 23261, 23246, and 23254 who hereby file this memorandum in support of their Motion for Objection to Special Master's Denial of Claim for the following reasons to wit:

## **FACTS**

Plaintiffs purchased and installed Chinese Drywall in numerous properties during the rebuilding effort in the aftermath of Hurricane Katrina.

Plaintiffs sustained significant losses and damages from the defective & hazardous drywall.

Plaintiffs filed claims for the aforementioned properties via the webportal established by Brown Greer, the settlement administrator, on October 24, 2013.

Plaintiffs received their first reply communication from Brown Greer on April 25, 2014 requesting additional claim and W-9 information. Plaintiff was then told that the claims were not timely filed and that he would have to seek permission from the court to participate in the class action lawsuit. Permission was granted to file the claims and they were filed.

Plaintiffs submitted completed claim forms attaching all evidence in their possession including: photographs of the Chinese manufactured drywall that had been installed in affected properties, affidavits attesting to the fact that Chinese manufactured drywall had caused damage, ownership documents, and an expert report. The claim was ultimately denied for "incompleteness" with the Special Master Denial notice being transmitted on May 15, 2015 for Claim ID #s 23239 and 23261 and May 18, 2015 for Claim ID #s 23246 and 23254.

This appeal is filed pursuant to "Appellate Procedure" Document filed herein: CAP No. 2013-5 and Document # 17160-2.

## ARGUMENT

This Honorable Court has the discretion to grant the instant Motions for Objection and approve an award amount payable to Plaintiffs under the terms of the Claims Administration Procedure 2013-5.

Plaintiffs did not anticipate nor foresee the problems and damages that were caused by the defective Chinese Drywall. As such, litigation was not anticipated and Plaintiffs did not do the type of record keeping one would do with future litigation in mind. Plaintiffs have submitted all documentation and evidence in their possession and respectfully request that their claims be approved herein.

## CONCLUSION

For the aforementioned reasons, Crescent City Property Redevelopment Association, LLC's and Side-By-Side Redevelopment, Inc. claims should be granted.

WHEREFORE, Plaintiffs pray that after consideration of their Motion for Objection to Special Master's Denial of Claim that their claims be granted herein.

Respectfully submitted,

/s/ JULIUS C. FORD /s/
J. CHRISTOPHER FORD, LA Bar No. 32456
4300 S. I-10 Service Rd., Suite 103 N
Metairie, LA 70001
(504) 223-8953
Email: j.chris.ford1983@gmail.com

## CERTIFICATE

I do hereby certify that I have on this 22nd day of May, 2015, served a copy of the foregoing Memorandum in Support to all counsel of record through the court's electronic filing system.

/s/ JULIUS C. FORD /s/

3