UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | |
| | : | SECTION: L |
| This Document Relates to All Cases | : | |
| | : | JUDGE FALLON |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | MAG. JUDGE WILKINSON |

**STATEMENT OF FACTS BY THE SETTLEMENT ADMINISTRATOR FOR THE CHINESE DRYWALL SETTLEMENT PROGRAM AS RELATED TO DAVID S. SMITH'S APPEAL OF SPECIAL MASTER DETERMINATION**

The Settlement Administrator for the Chinese Drywall Settlement Program respectfully provides this Statement of Facts to the Court related to the *Appeal of Special Master's Determination Denying Claimant, David S. Smith's Global, Banner, In-Ex Repair and Relocation Expenses Claim* (Rec. Doc. 18912).

1. David S. Smith filed a claim for Global, Banner, InEx Repair and Relocation damages for a property located at 6655 Martinique Way, Vero Beach, Florida ("the Affected Property").

2. Mr. Smith sold the affected property in 2011.

3. The Settlement Administrator reviewed the claim submitted by Mr. Smith and determined that another claimant had filed a competing claim for the Affected Property. The other claimant currently owns the Affected Property.

4. The Allocation Agreements provide that a seller of a property that contains Chinese Drywall may pursue Global, Banner, InEx claims if the seller "retained, in writing, the exclusive right, as opposed to the buyer" to pursue the claim. *See Banner Allocation*

1

*Agreement,* Paragraph 4, and *Global and InEx Allocation Agreements*, Paragraph 5 (all attached as Exhibits).

5. The Settlement Administrator determined that Mr. Smith is not the owner of the Affected Property had not retained the right, in writing, to bring the Global, Banner, InEx claim, as required by the Allocation Agreements.

6. The Settlement Administrator denied Mr. Smith's Global, Banner, InEx claim and issued payment to the current owner, as required by the Allocation Agreements.

7. Mr. Smith appealed this determination to the Special Master, and the Special Master agreed with the Settlement Administrator and denied the claim.

8. Mr. Smith also filed a Foreclosure/Short Sale claim, for which he has been compensated.

9. The Settlement Administrator processed and paid the Global, Banner, InEx claim for the Affected Property in accordance with the Allocation Agreements, which do not allow the Settlement Administrator to issue multiple payments for a single property and require the seller of an Affected Property to retain, in writing, the right to bring a Global, Banner, InEx claim.

10. The Settlement Administrator is available to provide additional information as requested by the Court.

                        Respectfully submitted,

                        __/s/ Jacob Woody_____
                        Lynn Greer, Esquire (Va. Bar No. 29211)
                        Jacob S. Woody, Esquire (Va. Bar No. 77485)
                        BrownGreer, PLC
                        250 Rocketts Way
                        Richmond, VA 23231
                        Telephone:  (804) 521-7234
                        Facsimile:  (804) 521-7299
                        lgreer@browngreer.com

jswoody@browngreer.com

*Settlement Administrator for the Chinese Drywall Settlement Program*

## **CERTIFICATE OF SERVICE**

  I hereby certify that the above pleading will be served on by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/EDF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 25th day of May, 2015.

                /s/Jacob Woody
              Lynn Greer, Esquire (Va. Bar No. 29211)
              Jacob S. Woody, Esquire (Va. Bar No. 77485)
              BrownGreer, PLC
              250 Rockets Way
              Richmond, VA 23231
              Telephone: (804) 521-7200
              Facsimile: (804) 521-7299
              lgreer@browngreer.com
              jswoody@browngreer.com

              *Settlement Administrator for the Chinese Drywall Settlement Program*