**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Taishan Gypsum Co. Ltd.
c/o Richard C. Stanley, Esq.
Thomas P. Owen, Jr., Esq.
Stanley, Reuter, Ross, Thornton & Alford, LLC
909 Poydras Street
Suite 2500
New Orleans, Louisiana 70112

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by ( Printed Name )     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☑ Yes

2. Article Number (Transfer from service label): 7013 1090 0000 2369 9574

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

English    Customer Service    USPS Mobile                                              Register / Sign In



# USPS Tracking™



**Customer Service ›**
Have questions? We're here to help.



**Get Easy Tracking Updates ›**
Sign up for My USPS.com.

---

**Tracking Number:** 70131090000023699574

## Product & Tracking Information

**Postal Product:**

**Features:**
Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| September 24, 2014 , 12:31 pm | **Delivered** | NEW ORLEANS, LA 70112 |
| Your item was delivered at 12:31 pm on September 24, 2014 in NEW ORLEANS, LA 70112. | | |
| September 24, 2014 , 6:07 am | Departed USPS Facility | NEW ORLEANS, LA 70113 |
| September 23, 2014 , 4:36 pm | Arrived at USPS Facility | NEW ORLEANS, LA 70113 |
| September 23, 2014 , 2:07 am | Departed USPS Facility | MOBILE, AL 36619 |
| September 22, 2014 , 9:24 pm | Arrived at USPS Facility | MOBILE, AL 36619 |

## Available Actions

**Return Receipt After Mailing**

USPS Return Receipt After Mailing Online service provides an email-transmitted PDF of the signature record on file at USPS to customers with eligible tracking numbers.

This package is eligible for an electronic Return Receipt After Mailing request.

Return Receipt After Mailing request will cost:

# $5.25

To begin, please sign in to your USPS.com® account.

Sign In

Don't have a USPS.com account? **Register now.**

---

## Track Another Package

**Tracking (or receipt) number**

Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

**Sign up for My USPS.com ›**



---

**HELPFUL LINKS**
Contact Us
Site Index
FAQs

**ON ABOUT.USPS.COM**
About USPS Home
Newsroom
USPS Service Updates
Forms & Publications
Government Services
Careers

**OTHER USPS SITES**
Business Customer Gateway
Postal Inspectors
Inspector General
Postal Explorer
National Postal Museum
Resources for Developers

**LEGAL INFORMATION**
Privacy Policy
Terms of Use
FOIA
No FEAR Act EEO Data

Copyright © 2015 USPS. All Rights Reserved.

Search or Enter a Tracking Number