**Charles A. McCauley III**
*General Counsel*

phone:  484-688-8215
fax:  610-768-0244
e-mail: cmccauley@devonintlgroup.com

**DEVON**
INTERNATIONAL
GROUP

September 29, 2014

Danny J. Collier, Jr., Esquire
Luther, Collier, Hodges & Cash LLP
P. O. Box 1002
Mobile, AL 36633

      **Re:**   **Collins, et al. v. Ace Home Center, et al.**
             **Herrington, et al. v. Ace Home Center, et al.**

Dear Mr. Collier:

    We are in receipt of the Summons and Third Party Complaints with regard to the above-captioned actions.

    Please be advised that Devon International Industries, Inc. filed for bankruptcy on April 23, 2013 in the United States Bankruptcy Court for the Eastern District of Pennsylvania (Case No. 13-13552 (SR)).   These actions violate the automatic stay imposed by 11 U.S.C. §363.  Please be guided accordingly.

                Very truly yours,

                Charles A. McCauley III

CAM/pld

*p|*  800·431·2273

*a|*  1100 first avenue
suite 100
king of prussia, pa
19406

RECEIVED  OCT - 3 2014

*w|*  devonintlgroup.com

EXHIBIT C