

# LUTHER, COLLIER, HODGES • CASH L.L.P.

ATTORNEYS AT LAW

ALABAMA   FLORIDA   MISSISSIPPI

**L. Robert Shreve, Esq.**

rshreve@lchclaw.com

April 6, 2015

**VIA EMAIL: cmccauley@devonintlgroup.com**
Charles A. McCauley, III, Esq.
General Counsel
Devon International Group
1100 First Avenue, Ste. 100
King of Prussia, PA 19406

Re: **Braxton H. Collins, et al v. Bass Homes, Inc., et al
Case No: 13-6652
Herrington, et al. v. Bass Homes, Inc., et. al
Case No: 13-6653**

Dear Charles,

Enclosed herewith please find a copy of the Court's Order granting our Motion to Reconsolidate the third party claims against Devon International Industries, Inc. in the Multi-District Litigation in the United States District Court for the Eastern District of Louisiana. As noted in our firm's correspondence of March 18, 2015 referencing the *Wiggins* matter, these claims were previously severed due to Devon's bankruptcy filing, but the bankruptcy stay has now been lifted for purposes of joining Devon as a third party defendant in the above-referenced matters. I have also included copies of our Motion to Reconsolidate and the Order from the United States Bankruptcy Court for the Eastern District of Pennsylvania lifting the bankruptcy stay. Please proceed with filing your Answer to the Third Party Complaint. Should you care to discuss this matter further, please do not hesitate to contact me.

---

251-694-9393   :   401 CHURCH STREET   :   MOBILE, AL 36602

850-473-2260   :   4300 BAYOU BLVD.  SUITE 33   :   PENSACOLA, FL 32503

228-436-0016   :   175-B LAMEUSE STREET   :   BILOXI, MS 39530

LICENSED IN ALABAMA & FLORIDA

**EXHIBIT F**

Very truly yours,

L. ROBERT SHREVE

LRS/ebb
Enclosures

Cc: Danny Collier, Esq.



E-SERVICE
56793106
Feb 18 2015
03:22PM
File & ServeXpress™

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED       :
DRYWALL PRODUCTS LIABILITY        :        MDL NO.: 2047
LITIGATION                        :
                                  :
                                  :        SECTION: L
**This Document Relates To:**     :        JUDGE FALLON
                                  :        MAG. JUDGE WILKINSON
**Braxton H. Collins, et al. vs. Bass Homes, Inc.,** :
**et al.; S.D. Mississippi, C.A. No. 1:13-00297**   :        **Case No.: 13-6652**

---

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED       :
DRYWALL PRODUCTS LIABILITY        :        MDL NO.: 2047
LITIGATION                        :
                                  :
                                  :        SECTION: L
**This Document Relates To:**     :        JUDGE FALLON
                                  :        MAG. JUDGE WILKINSON
**Jason S. Herrington, et al. vs. Bass Homes, Inc.,** :
**et al.; S.D. Mississippi, C.A. No. 1:13-00297**    :        **Case No.: 13-6653**

---

## ORDER

Upon consideration of Ace Home Center, Inc.'s Motion to Re-consolidate Third Party Claims Against Devon International Industries, Inc., it is hereby **ORDERED and DECREED** that Devon International Industries, Inc., be joined as a third party defendant in the *Collins* and *Herrington* actions; and Devon International Industries, Inc., shall respond to Ace Home Center, Inc.'s Third Party Complaints within 21 days from entry of this Order.

**SO ORDERED AND ADJUDGED** this, the 13th day of February, 2015.

**ELDON E. FALLON**
**U. S. DISTRICT COURT JUDGE**

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | |
| Devon International Industries, Inc. ) | Case No. 13 - 13552 (SR) |

### ORDER

AND NOW, this _17th_ day of _Dec_ , 201_4_, upon consideration of the

Motion for Relief From the Automatic Stay Pursuant to §362 of the Bankruptcy Code to Liquidate

a Personal Injury Matter of ACE Home Center, Inc. and any response thereto, it is hereby

ORDERED and DECREED that ACE Home Center, Inc. may join Devon International Industries,

Inc. as a third party defendant in two matters: (1) In Re: Chinese-Manufactured Drywall Products

Liability Litigation, MDL No. 2047 in the United States District Court for the Eastern District of

Louisiana (specifically with respect to the consolidated cases of: Braxton and Kerrie Collins v. Bass

Homes, Inc., et al. and Jason and Cassie Herrington v. Bass Homes, Inc., et al., S.D. Mississippi,

C.A. No. 1:13-00297) and (2) Greg and Sherry Wiggins v. ACE Home Center, Inc., Case No.: 30-

CV-2013-900145, Circuit Court of Escambia County, Alabama. Moreover, once joined in these two

matters, all appropriate parties may pursue claims against Devon International Industries, Inc. and

obtain judgments against it, but only up to the amount of all applicable insurance coverage available

to Devon International Industries, Inc.

BY THE COURT:

J.

E-SERVICE
56746545
Feb 09 2015
04:31PM
File & ServeXpress

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : | MDL NO.: 2047 |
| | : | |
| | : | SECTION: L |
| **This Document Relates To:** | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |
| **Braxton H. Collins, et al. vs. Bass Homes, Inc., et al.; S.D. Mississippi, C.A. No. 1:13-00297** | : | **Case No.: 13-6652** |

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : | MDL NO.: 2047 |
| | : | |
| | : | SECTION: L |
| **This Document Relates To:** | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |
| **Jason S. Herrington, et al. vs. Bass Homes, Inc., et al.; S.D. Mississippi, C.A. No. 1:13-00297** | : | **Case No.: 13-6653** |

## MOTION TO RE-CONSOLIDATE THIRD PARTY CLAIMS
## AGAINST DEVON INTERNATIONAL INDUSTRIES, INC.

COMES NOW, Ace Home Center, Inc. ("AHC"), a defendant and third-party plaintiff in the above-styled actions, and hereby moves this Honorable Court to re-consolidate AHC's third party claims against Devon International Industries, Inc., as follows:

1.     On September 19, 2014, AHC filed its First Amended Third-Party Complaints adding Devon International Industries, Inc., f/k/a/ Devon International Trading, Inc., a/k/a Devon Building Products ("Devon") as a Third Party Defendant in the above-styled matters.

2.     Subsequently, Devon informed AHC that Devon had filed for bankruptcy on April 23, 2013, in the United States Bankruptcy Court for the Eastern District of Pennsylvania (Case No. 13-13552 (SR)), and that an automatic stay was imposed pursuant to 11 U.S.C. §363.

3.      On November 13, 2014, AHC filed a Motion to Sever its third party claims against Devon to avoid delay and prejudice in the instant action in light of the bankruptcy stay which precluded the immediate prosecution of AHC's third party claims against Devon.

4.      On November 20, 2014, AHC filed a Motion for Relief from the Automatic Stay in the United States Bankruptcy Court for the Eastern District of Pennsylvania.

5.      On December 8, 2014, this Court granted AHC's Motion to Sever AHC's third party claims against Devon.

6.      On December 17, 2014, the United States Bankruptcy Court for the Eastern District of Pennsylvania executed an Order granting AHC permission to join Devon as a third party defendant in the two above-styled matters, and ruling that "once joined in these two matters, all appropriate parties may pursue claims against Devon International Industries, Inc., and obtain judgment against it, but only up to the amount of all applicable insurance coverage available to Devon International Industries, Inc.  See Attachment 1, a copy of the December 17, 2014 Order.

7.      As the U.S. Bankruptcy Court has granted permission to AHC to pursue its third party claims against Devon in the above-styled matters, claims against Devon are due to be joined in the *Collins* and *Herrington* actions.   Rule 21 of the *Federal Rules of Civil Procedure*, which allows the court to sever any claim against a party, states that "the court may at any time, on just terms, add or drop a party."  Since having been severed from the *Collins* and *Herrington* actions, nothing has occurred that would prejudice Devon by being re-consolidated in the main actions.   Indeed, in the interests of justice and judicial economy, AHC's third party claims against Devon should be re-consolidated into the *Collins* and *Herrington* actions.

 HEREFORE, PREMISES CONSIDERED, Ace Home Center, Inc., respectfully moves this Honorable Court to join Devon International Industries, Inc., as a third party defendant in the *Collins* and *Herrington* actions, and re uire that Devon respond to Ace Home Center, Inc.'s  hird Party Complaints within 21 days from entry of an Order granting this motion.

Respectfully submitted,

**/ s /** ***Danny J. Collier, Jr.***

Danny  Collier,  r., Es 
Attorney for Ace Home Center, Inc.

**OF COUNSEL:**

 U HER, CO  IER, HOD ES  CASH   P
Post Office Box 1002
Mobile, Alabama 36633
 251 6 4- 3 3 Office
 251 6 4- 3 2 Fax
dcollier  lchclaw.com

**SERVE BY CERTIFIED MAIL:**

Devon International Industries, Inc.
1100 First Avenue
Suite 100
 ing of Prussia, PA 1 406

 aishan  ypsum Co.  td.
c/o Richard C. Stanley, Es 
 homas P. Owen,  r., Es 
Stanley, Reuter, Ross,  hornton  Alford,  C
 0   ydras Street
Suite 2500
New Orleans,  ouisiana 70112

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Re-Consolidate has been served on Plaintiffs' Liaison Counsel, Russ Herman and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand-delivery upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this **9th day** of **February, 2015**.

Stephen W. Mullins, Esq
Luckey & Mullins, PLLC
Post Office Box 430
Ocean Springs, MS 39566
smullins@luckeyandmullins.com

David C. Coons, Esq
Christopher A. D'Amour, Esq
Adams and Reese LLP
4500 One Shell Square
New Orleans, LA 70139
david.coons@arlaw.com
chris.damour@arlaw.com

Heather M. Houston, Esq
Caroline Pryor, Esq
Carr Allison
6251 Monroe Street
Suite 200
Daphne, Alabama 36526
hhouston@carrallison.com
cpryor@carrallison.com

S. Wesley Pipes, Esq
William E. Watts III
Pipes Hudson & Watts, LLP
Post Office Box 858
Mobile, Alabama 36601
wesley@pipeshudsonwatts.com
bill@pipeshudsonwatts.com

Gary J Russo, Esq
Jones Walker LLP
600 Jefferson Street
Suite 1600
Lafayette, LA 70501
grusso@joneswalker.com

Richard C. Stanley, Esq
Thomas P. Owen, Jr., Esq
Stanley, Reuter, Ross, Thornton & Alford, LLC
909 Poydras Street
Suite 2500
New Orleans, Louisiana 70112
rcs@stanleyreuter.com
tpo@stanleyreuter.com

Joe Cyr, Esq
Frank T. Spano, Esq
Courtney L. Colligan, Esq
Hogan Lovells US LLP
875 Third Avenue
New York, New York 10022
Joe.cyr@hoganlovells.com
Frank.spano@hoganlovells.com
Courtney.colligan@hoganlovells.com

_/ s / **Danny J. Collier, Jr.**_
OF COUNSEL