1                    UNITED STATES DISTRICT COURT

2                    EASTERN DISTRICT OF LOUISIANA

3

4    IN RE:  CHINESE-MANUFACTURED    *      Docket 09-MD-2047
             DRYWALL PRODUCTS        *
5            LIABILITY LITIGATION    *      Section L
                                     *
6    Relates to:  All Cases          *      New Orleans, Louisiana
                                     *
7    * * * * * * * * * * * * * * *   *      May 20, 2015

8

9                 MONTHLY STATUS CONFERENCE BEFORE
                  THE HONORABLE ELDON E. FALLON
10                 UNITED STATES DISTRICT JUDGE

11

     Appearances:
12
     For the Plaintiffs:          Herman Herman & Katz, LLC
13                                 BY:  RUSS M. HERMAN, ESQ.
                                   820 O'Keefe Avenue
14                                 New Orleans, Louisiana 70113

15   For the Knauf                Baker Donelson Bearman
     Defendants:                    Caldwell & Berkowitz, PC
16                                 BY:  KERRY J. MILLER, ESQ.
                                   201 St. Charles Avenue, Suite 3600
17                                 New Orleans, Louisiana 70170

18   For the Taishan              Alston & Bird, LLP
     Defendants:                  BY:  BERNARD TAYLOR SR., ESQ.
19                                 1201 West Peachtree Street
                                   Atlanta, Georgia 30309
20
     Official Court Reporter:     Toni Doyle Tusa, CCR, FCRR
21                                 500 Poydras Street, HB-406
                                   New Orleans, Louisiana 70130
22                                 (504) 589-7778

23

24   Proceedings recorded by mechanical stenography using
     computer-aided transcription software.
25

**PROCEEDINGS**

**(May 20, 2015)**

THE COURT:  Be seated, please.  Good morning, ladies and gentlemen.

Call the case, please.

THE DEPUTY CLERK:  MDL 2047, In Re: Chinese-Manufactured Drywall Products Liability Litigation.

THE COURT:  Would liaison lead counsel make your appearance for the record, please.

MR. HERMAN:  May it please the Court.  Good morning, Judge Fallon.  Russ Herman for plaintiffs.

MR. MILLER:  Good morning, Your Honor.  Kerry Miller on behalf of the Knauf entities.

MR. TAYLOR:  Good morning, Your Honor.  Bernard Taylor on behalf of Taishan.

THE COURT:  We are here today for our monthly status conference.  I met a moment ago with the liaison lead counsel to discuss the proposed agenda.  We will take them in the order offered.

Before that, let me mention that my law clerk, Duncan Fulton, this is his last conference.  He is going to be moving on to bigger and better things.  I appreciate all of his work.  We will have with us Eliza Meltzer, who is coming down from New York, who is probably monitoring this matter today.  I do thank Duncan for all of his work and look forward to his

career.

Okay.  Let's take up the agenda.  Anything on pretrial orders?

**MR. HERMAN:**  No, Your Honor.

**THE COURT:**  How about state court trial settings?

**MR. HERMAN:**  No, Your Honor.

**THE COURT:**  State/federal coordination?

**MR. HERMAN:**  Ms. Barrios has indicated there's nothing new on that.

**THE COURT:**  Anything on omnibus class action complaints?

**MR. HERMAN:**   Only the fact that we are engaged in litigation and that Your Honor has scheduled a hearing for June 9.

Further on in the report at page 14, I'm pleased to report that there have been face-to-face meet-and-confers with Taishan, with CNBM and CNBM Group, with BNBM and BNBM Group.  Their counsel are present.  Morgan Stanley and JPMorgan, on third parties, have been -- up till yesterday, I believe seven depositions of affiliates, in quotes, third parties, dealing with that issue.  We've reached agreement that on June 5, 6, and 7 at counsel Tim Eagan's office in New Orleans, the CNBM companies' first 30(b)(6) witness will begin on the 5th and 6th.  If we don't finish, we will continue that Saturday and Sunday, the 6th and 7th, beginning at 9:00.

09:05  1    The same translator that Your Honor was provided
09:05  2  by the State Department previously will be the translator, and
09:05  3  the court reporter is the same court reporter service which has
09:05  4  recorded the other depositions.  We have made, I believe,
09:05  5  progress in terms of discovery.
09:05  6    At this juncture I want to thank Duncan for his
09:05  7  service to the Court.  He has been available really 24 hours a
09:05  8  day.  There has been a lot of action in this case in
09:05  9  particularly the last eight weeks and he has always been
09:05  10  available.  I'm certain that his career is going to be one of
09:06  11  excellence.  We thank you.
09:06  12  **THE COURT:**  Just by way of background, we are
09:06  13  proceeding at this stage on three tracks, particularly with the
09:06  14  discovery aspect.  As you know, early on in the litigation
09:06  15  Taishan had some concern about jurisdiction and filed a motion.
09:06  16  I went over to China to participate in depositions.  I wrote an
09:06  17  opinion finding that I had jurisdiction.  The Fifth Circuit,
09:06  18  two panels, affirmed the Court's ruling on it.
09:06  19    Unfortunately some conflict arose and Taishan
09:06  20  felt that they needed to quit, couldn't participate in the
09:06  21  litigation any longer.  I felt they shouldn't do that.  With
09:07  22  reluctance, after a period of time, I felt I had to hold them
09:07  23  in contempt.
09:07  24    My contempt was to hold them for judgment of
09:07  25  some $4 million or so plus attorneys' fees plus penalties.  I

also enjoined them from doing business in the United States
until they purged themselves of contempt.  I provided in there
that if they did business in the United States either they or
their alter egos or affiliates or associates had to disgorge
25 percent of the earnings during that period of time.

They came in with competent counsel and they
paid the judgment, they paid the penalties, they paid the
attorneys' fees, and then the issue was whether or not they or
any of their affiliates had done business in the United States
for that period of time.  That needed to be discovered, so the
plaintiffs are taking various depositions on that issue.

Also, the class action aspect of the case moved
forward.  I held class action was appropriate, but damages were
set for another time.  That time is in June.  The parties are
discovering that aspect of the case.  Taishan and BNBM and CNBM
took the deposition recently of the plaintiffs' expert, and the
plaintiffs have taken some depositions on that aspect of the
case.

In addition, either BNBM or CNBM has now
questioned the jurisdiction of the Court.  They are raising an
issue that Taishan had raised before, so there's discovery on
that aspect of the case going on.  That's what we are talking
about when we are talking about the discovery, various tracks
proceeding at the same time.  I have a hearing set in June on
the damage aspect of the case.

| | |
|---|---|
| 09:09 | 1 |
| 09:09 | 2 |
| 09:09 | 3 |
| 09:09 | 4 |
| 09:09 | 5 |
| 09:09 | 6 |
| 09:10 | 7 |
| 09:10 | 8 |
| 09:10 | 9 |
| 09:10 | 10 |
| 09:10 | 11 |
| 09:10 | 12 |
| 09:10 | 13 |
| 09:10 | 14 |
| 09:10 | 15 |
| 09:10 | 16 |
| 09:10 | 17 |
| 09:11 | 18 |
| 09:11 | 19 |
| 09:11 | 20 |
| 09:11 | 21 |
| 09:11 | 22 |
| 09:11 | 23 |
| 09:11 | 24 |
| 09:11 | 25 |

Class action complaint, anything?

MR. HERMAN:  No, Your Honor.  I did want to, because there are folks in the courtroom and on the telephone, remind everyone that you post these hearings on the websites so that anybody can have access.

Taishan learned counsel reminded me and my foot fell out of my mouth last night.  We had a discussion, and it appears that when I converted yen to dollars I made a mistake. Arnold says I'm so used to dealing with two cents or two billion that I missed a number.  Taishan's actual earnings were $200 million or in that range.  I did want to correct the record as to that.

Taishan has requested that we arrange with the Court a courtroom for those depositions.  BNBM has requested when their depositions begin -- and they will begin after the hearing on damages, by mutual agreement, on a date the Court approves at counsel Harry Rosenberg's office in New Orleans.

We are proceeding further on the affiliate issues.

THE COURT:  If during those depositions you need me, get to me.  I will keep the court reporter in the room, of course, and I will hear each argument and I will rule on it immediately so we can proceed further with the case.

MR. HERMAN:  Thank you, Your Honor.  We have also just had a meet-and-confer with the Louisiana Attorney

09:11  1    General's Office, and we are working through a provision of

09:11  2    documents that we can provide them and a way to provide them.

09:11  3          THE COURT:  Okay.

09:11  4          MR. HERMAN:  Your Honor, I think the next thing in

09:11  5    this report actually that's happened is at page 7.  Your Honor

09:11  6    has issued an order regarding service on SASAC, and that's in

09:12  7    process according to the clerk's office.

09:12  8               Page 9, plaintiffs' motions to establish

09:12  9    litigation fee and expense fund, there's nothing new.

09:12  10              Under the remediation program, Mr. Miller is

09:12  11   here on behalf of Knauf and has a report.  That will be

09:12  12   followed by BrownGreer's report, which is noted at pages 10 and

09:12  13   11.

09:12  14         THE COURT:  Let me hear about remediation, then.

09:12  15   Anything, Kerry?

09:12  16         MR. MILLER:  Kerry Miller again, Your Honor, on

09:12  17   behalf of the Knauf defendants.  Item VII in your agenda status

09:12  18   report is the remediation program.  Your Honor, as I reported

09:12  19   the last several status conferences, the remediation program is

09:12  20   nearing an end.  There are only about 15 homes left under

09:12  21   construction with about 20 outstanding.  So, Your Honor, it

09:13  22   looks like it will be completed this year.

09:13  23         THE COURT:  Good.  Great.

09:13  24              Anything from BrownGreer?

09:13  25         MR. WOODY:  Good morning, Your Honor.  My name is

1   Jake Woody from BrownGreer.  I'm here to give the Court's

2   monthly status report.

3            As I mentioned the last few status conferences,

4   we have essentially converted from a claims review program to a

5   payment program.  We have paid to date $76.2 million to

6   claimants.  Of that number, 59.5 has gone for Global, Banner,

7   InEx repair and relocation claims.  That's 78 percent of the

8   total.  16.7 has gone for what we call other loss claims.

9   That's 22 percent.  I'll get into the breakdown of the other

10  loss claims in just a moment.

11           We have paid 94 percent of all the eligible

12  Global, Banner, InEx claims, just over 9,000.  We have

13  6 percent left to pay, about 600.  To give you some context,

14  last month the number was roughly 200 more, about 830.  We have

15  resolved 200 in the last 30 days and are continuing to do that.

16           There are two reasons why we haven't paid people

17  at this point.  One is simple.  They haven't submitted a W-9

18  and a verification of claims form.  We have those posted on our

19  website.  I will give that out at the end of this presentation.

20  If you haven't been paid, that could be the problem.  Please

21  check to make sure you have submitted it.  If you think you

22  have, contact us and we will resolve it.

23           The other reason is that we have duplicative

24  claims.  This is an issue, as I have mentioned before.  We

25  receive two, three, sometimes more claims for the same

1    property.  We do our best to resolve them by figuring out who

2    currently owns the property or retained the right to do that.

3    We have been largely successful at that and continue to work

4    through those.

5         The other loss claims fit into five categories.

6    The three large categories are foreclosure and short sale, lost

7    rent, use, and sales, and pre-remediation alternative living

8    expenses that we have abbreviated here to PRALE.  Those three

9    make up a roughly even amount apiece.  They are the three

10   largest payments.

11        I do want to call your attention to the

12   miscellaneous claim type that I have referenced here.  We have

13   received the most activity in the last month on those.  To give

14   you context, the slide shows that we have paid $1.9 million for

15   those claims.  Last month it was $255,000.

16        So the miscellaneous is the most active claim

17   right now.  We have reviewed all those claims and have issued

18   notices on those.  The other claim types are largely static.

19   We do issue payments on those as people submit required

20   documents and accept those, but the amounts don't change much

21   and won't change much in the future.

22        I do want to just briefly touch on our review

23   status.  As I mentioned, we have completed our miscellaneous

24   claims review that's listed in Row 4 of this slide.  We have

25   found that 2,168 are eligible, 752 are incomplete, and 819 are

1  denied.

2          I do want to call your attention to the 752

3  incompletes.  As you know from our previous discussions, the

4  incompletes are what throw in sort of a monkey wrench into our

5  allocations.  We need to resolve those.  Those 752, when we

6  issue the notices, they have 30 days to respond.  Most of those

7  30 days will be up shortly, and we can either move them to

8  eligible or to denied.

9          Finally, we issue eligibility notices to

10  eligible claimants.  Claimants have two options.  They can

11  either accept the amount we offer or they can request what we

12  call a special master review.  The amounts we can offer are set

13  forth in PTO 29 that you issued in January of this year.

14          We have so far an 80 percent acceptance rate,

15  11 percent of all claimants have requested a special master

16  award, and 9 percent have an open offer.  Most of those are in

17  the miscellaneous category.  We are seeing, as you can see, a

18  very high rate of acceptance on those, and I would expect those

19  to move mostly to offer accepted in the next few weeks.

20          Finally, just a summary of what we have done in

21  the last month.  We have paid $1.4 million in GBI payments,

22  paid 193 GBI claims, paid $2.5 million in other loss payments,

23  received 888 acceptances, and we have issued 1,155

24  miscellaneous eligibility notices.

25          So as you can see, while a lot of our numbers

09:17   1    don't change in this report, we are very active in certain

09:18   2    respects, mainly in paying people, issuing notices, and

09:18   3    receiving acceptances.  I would expect that will continue for

09:18   4    the next few weeks.  As you can see, the program is largely in

09:18   5    the process of allocating all the funds, disbursing the funds,

09:18   6    and is in good shape.

09:18   7         THE COURT:  Jake, tell us about the relationship

09:18   8    between this settlement program and the Knauf program.

09:18   9         MR. WOODY:  The Knauf program provides for

09:18   10   remediation of properties.

09:18   11        THE COURT:  100 percent remediation of the property

09:18   12   and payment of attorneys' fees.

09:18   13        MR. WOODY:  When claimants receive that compensation

09:18   14   from Knauf, they sign a release and the release governs what

09:18   15   they are able to do in the settlement program.  A lot of the

09:18   16   releases allow them to participate in the other loss claims and

09:18   17   a lot of people have, but the releases also assign the GBI

09:18   18   payments to Knauf.  So when people receive remediation, they

09:19   19   can participate in the other loss programs to the extent they

09:19   20   are eligible for that.  They can receive compensation for

09:19   21   pre-remediation alternative living expenses, lost rents that's

09:19   22   not compensated through the pilot program, things of that

09:19   23   nature, but they assign their GBI claims and Knauf makes those

09:19   24   claims and receives payment for those.

09:19   25        THE COURT:  The Knauf entity, that is valued at

09:19  1  approximately a billion or a little bit over a billion dollars.
09:19  2  So they have come in and agreed to remediate all of the homes,
09:19  3  100 percent remediation, and also to pay in addition to that
09:19  4  the attorneys' fees that the claimant is owed.  Because the
09:19  5  Knauf remediation focused on the damages to the property, if
09:19  6  the claimant had other legitimate damages like loss of rent,
09:19  7  things of that sort, then they could participate in these
09:19  8  programs to seek that remediation in addition.
09:20  9          The concept is to make the person whole and
09:20  10  that's been accomplished.  It's amazing how that has worked.
09:20  11  Oftentimes in litigation the litigant doesn't get what they
09:20  12  feel they are entitled to and, in addition, they have to pay a
09:20  13  percentage of that to the attorneys.  Here that hasn't been the
09:20  14  case.  So it looks like it has worked out for the benefit of
09:20  15  the claimants.  That's what we have been talking about.
09:20  16          MR. WOODY:  Thank you, Your Honor.
09:20  17          THE COURT:  Thank you, Jake.
09:20  18          Anything from the Taishan defendants?
09:20  19          MR. HERMAN:  We have had a meet-and-confer.
09:20  20          THE COURT:  I'll take the motions later.
09:20  21          MR. HERMAN:  I think at this juncture, given
09:20  22  Your Honor's remarks, we ought to, as plaintiffs' legal
09:20  23  committee, report that Moss had a number of competitors for the
09:21  24  pilot program.  It took a year to negotiate that and Moss was
09:21  25  vetted for over two weeks.  It's apparent that they have done a

good job based just on the numbers, and in the last two months we have had very little complaints. They have generally involved around four or five properties.

Your Honor considered appointing an ombudsman, and Mr. Velez was chosen and has acted the same way that a patient's representative in a hospital setting works and that's worked well. Of course, Your Honor appointed attorney Bob Johnston to represent the unrepresented people and explain their rights to them. He has done an excellent job. BrownGreer was appointed by Your Honor to handle the claims. All of these parts, I think we can look back and say now they functioned very, very well. From the plaintiff legal committee standpoint, we are very appreciative of all of the work that they have done.

**THE COURT:** This case is different than a lot of cases I've had in the past. Oftentimes in these type of cases, you have large numbers of plaintiffs, which is usual, but you have one or two defendants and that's the way it works out. In this case not only did we have 20,000 or thereabouts plaintiffs, but we had over 1,000 defendants. We have got 1,400 lawyers in this case as opposed to the cases where you don't have as many lawyers, so that has posed a challenge.

The negotiation was taking a while and meanwhile they had individuals who needed to get into their homes. They were living with relatives or living in tents, things of that

09:23  1   sort.  So the parties came together and devised a program
09:23  2   before the case was settled called the remediation program.
09:23  3   Knauf, without any commitment one way or the other about their
09:23  4   liability or their interest in settlement, agreed to begin
09:23  5   remediating properties.  That went on before the case reached a
09:23  6   settlement.
09:23  7          So we had a focus on putting some things in
09:23  8   place to deal with that remediation program.  A world class
09:23  9   remediator had to be found and then the other things that
09:23  10  Mr. Herman mentioned had to go into place.  That was done.  So
09:23  11  outside of the settlement discussions, the cases were being
09:23  12  remediated, and it looks like that for the most part has worked
09:24  13  well.
09:24  14          Venture Supply and Porter Blaine defendants,
09:24  15  anything on that?
09:24  16          **MR. HERMAN:**  No, Your Honor.
09:24  17          **THE COURT:**  Plaintiff and defendant profile forms,
09:24  18  anything on that?
09:24  19          **MR. HERMAN:**  Not at present, Your Honor.
09:24  20          **THE COURT:**  We talked about *pro se*.  Evidence
09:24  21  preservation, anything further on that?
09:24  22          **MR. HERMAN:**  There are no pending issues as to
09:24  23  evidence preservation.  Your Honor has signed several orders in
09:24  24  the last two months authorizing certain storage facilities of
09:24  25  certain former defendants to no longer have to store all of the

09:24    1    materials that they have been storing.

09:24    2            THE COURT:  We have three motions.  Two motions

09:24    3    involve Taishan and one involves the Banner settlement.  Let's

09:25    4    take the Taishan motions first and then we will have to take a

09:25    5    break and get on the phone the plaintiff's counsel for the

09:25    6    Banner matter.

09:25    7            MR. HERMAN:  May it please the Court.  After

09:25    8    Your Honor hears the Taishan motions, we would like to approach

09:25    9    the bench with Mr. Miller about a member that only involves

09:25   10    Knauf.

09:25   11            THE COURT:  Okay.  Fine.  The next monthly status

09:25   12    conference is June 23.  I have available in July the 14th, the

09:25   13    23rd, and the 29th.  What's good for you all?

09:25   14            MR. HERMAN:  From plaintiffs, we should be in

09:25   15    depositions on the 14th, so it shouldn't be a problem to do it.

09:25   16            MR. MILLER:  The 14th.

09:25   17            THE COURT:  Will that work?  So it's June 23 and then

09:26   18    July 14.

09:26   19            (End of status conference.)

10:42   20                          * * *

         21

         22

         23

         24

         25

1  **<u>CERTIFICATE</u>**

2      I, Toni Doyle Tusa, CCR, FCRR, Official Court

3  Reporter for the United States District Court, Eastern District

4  of Louisiana, certify that the foregoing is a true and correct

5  transcript, to the best of my ability and understanding, from

6  the record of proceedings in the above-entitled matter.

7

8

9                                    *s/ Toni Doyle Tusa*
                                     Toni Doyle Tusa, CCR, FCRR
10                                   Official Court Reporter

**$**

$1.4 [1] 10/21
$1.4 million [1] 10/21
$1.9 [1] 9/14
$1.9 million [1] 9/14
$2.5 [1] 10/22
$2.5 million [1] 10/22
$200 [1] 6/11
$200 million [1] 6/11
$255,000 [1] 9/15
$4 [1] 4/25
$4 million [1] 4/25
$76.2 [1] 8/5
$76.2 million [1] 8/5

**0**

09-MD-2047 [1] 1/4

**1**

1,000 [1] 13/20
1,155 [1] 10/23
1,400 [1] 13/21
10 [1] 7/12
100 [2] 11/11 12/3
11 [1] 7/13
11 percent [1] 10/15
1201 [1] 1/19
14 [2] 3/15 15/18
14th [3] 15/12 15/15 15/16
15 [1] 7/20
16.7 [1] 8/8
193 [1] 10/22

**2**

2,168 [1] 9/25
20 [3] 1/7 2/2 7/21
20,000 [1] 13/19
200 [2] 8/14 8/15
201 [1] 1/16
2015 [2] 1/7 2/2
2047 [2] 1/4 2/6
22 percent [1] 8/9
23 [2] 15/12 15/17
23rd [1] 15/13
24 hours [1] 4/7
25 percent [1] 5/5
29 [1] 10/13
29th [1] 15/13

**3**

30 [4] 3/23 8/15 10/6 10/7
30309 [1] 1/19
3600 [1] 1/16

**4**

406 [1] 1/21

**5**

500 [1] 1/21
504 [1] 1/22
589-7778 [1] 1/22
59.5 [1] 8/6
5th [1] 3/24

**6**

6 percent [1] 8/13
600 [1] 8/13
6th [2] 3/24 3/25

**7**

70113 [1] 1/14
70130 [1] 1/21
70170 [1] 1/17

752 [3] 9/25 10/2 10/5
768 [1] 3/8
78 percent [1] 8/7
7th [1] 3/25

**8**

80 percent [1] 10/14
819 [1] 9/25
820 [1] 1/13
830 [1] 8/14
888 [1] 10/23

**9**

9,000 [1] 8/12
94 percent [1] 8/11
9:00 [1] 3/25

**A**

abbreviated [1] 9/8
ability [1] 16/5
able [1] 11/15
about [14] 3/5 4/15 5/23 5/23 7/14 7/20
 7/21 8/13 8/14 11/7 12/15 14/3 14/20
 15/9
above [1] 16/6
above-entitled [1] 16/6
accept [1] 9/20 10/11
acceptance [2] 10/14 10/18
acceptances [2] 10/23 11/3
accepted [1] 10/19
access [1] 6/5
accomplished [1] 12/10
according [1] 7/7
acted [1] 13/5
action [5] 3/10 4/8 5/12 5/13 6/1
active [2] 9/16 11/1
activity [1] 9/13
actual [1] 6/10
actually [1] 7/5
addition [4] 5/19 12/3 12/8 12/12
affiliate [1] 6/18
affiliates [3] 3/20 5/4 5/9
affirmed [1] 4/18
after [3] 4/22 6/15 15/7
again [1] 7/16
agenda [2] 2/18 3/2 7/17
ago [1] 2/17
agreed [2] 12/2 14/4
agreement [2] 3/21 6/16
aided [1] 1/24
all [12] 1/6 2/22 2/25 8/11 9/17 10/15
 11/5 12/2 13/11 13/13 14/25 15/13
allocating [1] 11/5
allocations [1] 10/5
allow [1] 11/16
also [5] 5/1 5/12 6/24 11/7 12/3
Alston [1] 1/18
alter [1] 5/4
alternative [2] 9/7 11/21
always [1] 4/9
amazing [1] 12/10
amount [2] 9/9 10/11
amounts [2] 9/20 10/12
another [1] 5/14
any [3] 4/21 5/9 14/3
anybody [1] 6/5
anything [9] 3/2 3/10 6/1 7/15 7/24
 12/18 14/15 14/18 14/21
apiece [1] 9/9
apparent [1] 12/25
appearance [1] 2/9
Appearances [1] 1/11
appears [1] 6/8

appointed [2] 13/7 13/10
appointing [1] 6/19
appreciate [1] 2/22
appreciative [1] 13/13
approach [1] 15/8
appropriate [1] 5/13
approves [1] 6/17
approximately [1] 12/1
are [31]
argument [1] 6/22
Arnold [1] 6/9
arose [1] 4/19
around [1] 13/3
arrange [1] 6/13
as [15] 4/14 6/12 7/18 8/3 8/24 9/19
 9/23 10/3 10/17 10/25 11/4 12/22 13/21
 13/22 14/22
aspect [6] 4/14 5/12 5/15 5/17 5/22 5/25
assign [2] 11/17 11/23
associates [1] 5/4
at [15] 3/15 3/22 3/25 4/6 4/13 5/24 6/17
 7/5 7/12 8/17 8/19 9/3 11/25 12/21
 14/19
Atlanta [1] 1/19
attention [2] 9/11 10/2
attorney [2] 6/25 13/7
attorneys [1] 12/13
attorneys' [4] 4/25 5/18 11/12 12/4
authorizing [1] 14/24
available [3] 4/7 4/10 15/12
Avenue [2] 1/13 1/16
award [1] 10/16

**B**

back [1] 13/11
background [1] 4/12
Baker [1] 1/15
Banner [4] 8/6 8/12 15/3 15/6
Barrios [1] 3/8
based [1] 13/1
be [12] 2/3 2/21 4/2 4/10 5/10 7/11 7/22
 8/20 10/7 14/9 15/14 15/15
Bearman [1] 1/15
because [2] 6/2 12/4
been [11] 3/16 3/19 4/7 4/8 4/9 8/20 9/3
 12/10 12/13 12/15 15/1
before [6] 1/9 2/20 5/21 8/24 14/2 14/5
begin [4] 3/24 6/15 6/15 14/4
beginning [1] 3/25
behalf [4] 2/13 2/15 7/11 7/17
being [1] 14/11
believe [2] 3/20 4/4
bench [1] 15/9
benefit [1] 12/14
Berkowitz [1] 1/15
BERNARD [2] 1/18 2/14
best [2] 9/1 16/5
better [1] 2/22
between [1] 11/8
bigger [1] 2/22
billion [3] 6/10 12/1 12/1
Bird [1] 1/18
bit [1] 12/1
Blaine [1] 14/14
BNBM [5] 3/17 3/17 5/15 5/19 6/14
Bob [1] 13/7
break [1] 15/5
breakdown [1] 8/9
briefly [1] 9/22
BrownGreer [3] 7/24 8/1 13/10
BrownGreer's [1] 7/12
business [3] 5/1 5/3 5/9
but [6] 5/13 9/20 11/7 11/23 13/17

**B**

but... [1] 13/20

**C**

Caldwell [1] 1/15
call [5] 2/5 8/8 9/11 10/2 10/12
called [1] 14/2
came [2] 5/6 14/1
can [13] 6/5 6/23 7/2 10/7 10/10 10/11
10/12 10/17 10/25 11/4 11/19 11/20
13/11
career [2] 3/1 4/10
case [14] 2/5 4/8 5/12 5/15 5/18 5/22
5/25 6/23 12/14 13/15 13/19 13/21 14/2
14/5
cases [10] 1/16 13/16 13/21 14/11
categories [2] 9/5 9/6
category [1] 10/17
CCR [3] 1/20 16/2 16/9
cents [1] 6/9
certain [4] 4/10 11/1 14/24 14/25
CERTIFICATE [1] 16/1
certify [1] 16/4
challenge [1] 13/22
change [3] 9/20 9/21 11/1
Charles [1] 1/16
check [1] 8/21
China [1] 4/16
CHINESE [2] 1/4 2/7
CHINESE-MANUFACTURED [2] 1/4 2/7
chosen [1] 13/5
Circuit [1] 4/17
claim [3] 9/12 9/16 9/18
claimant [2] 12/4 12/6
claimants [6] 8/6 10/10 10/10 10/15
11/13 12/15
claims [17]
class [5] 3/10 5/12 5/13 6/1 14/8
clerk [1] 2/20
clerk's [1] 7/7
CNBM [5] 3/17 3/17 3/23 5/15 5/19
come [1] 12/2
coming [1] 2/23
commitment [1] 14/3
committee [2] 12/23 13/12
companies' [1] 3/23
compensated [1] 5/6
compensation [2] 11/13 11/20
competent [1] 5/6
competitors [1] 12/23
complaint [1] 6/1
complaints [2] 3/11 13/2
completed [2] 7/22 9/23
computer [1] 1/24
computer-aided [1] 1/24
concept [1] 12/9
concern [1] 4/15
confer [2] 6/25 12/19
conference [5] 1/9 2/17 2/21 15/12
15/19
conferences [2] 7/19 8/3
confers [1] 3/16
conflict [1] 4/19
considered [1] 13/4
construction [1] 7/21
contact [1] 8/22
contempt [3] 4/23 4/24 5/2
context [2] 8/13 9/14
continue [3] 3/24 9/3 11/3
continuing [1] 8/15
converted [2] 6/8 8/4
coordination [1] 3/7

correct [2] 6/11 16/4
could [3] 8/2 13/2 15/18
couldn't [1] 4/20
counsel [8] 2/8 2/17 3/18 3/22 5/6 6/6
6/17 15/5
course [2] 6/22 13/7
court [15] 1/1 1/20 2/10 3/5 4/3 4/3 4/7
5/20 6/14 6/16 6/21 15/7 16/2 16/3
16/10
Court's [2] 4/18 8/1
courtroom [2] 6/3 6/14
currently [1] 9/2

**D**

damage [1] 5/25
damages [4] 5/13 6/16 12/5 12/6
date [2] 6/16 8/5
day [1] 4/8
days [3] 8/15 10/6 10/7
deal [1] 14/8
dealing [2] 3/21 6/9
defendant [1] 14/17
defendants [8] 1/15 1/18 7/17 12/18
13/18 13/20 14/14 14/25
denied [2] 10/1 10/8
Department [1] 4/2
deposition [1] 5/16
depositions [9] 4/2 4/4 4/16 5/11 5/17
6/14 6/15 6/20 15/15
devised [1] 14/1
did [4] 5/3 6/2 6/11 13/19
different [1] 13/15
disbursing [1] 11/5
discovered [1] 5/10
discovering [1] 5/15
discovery [4] 4/5 4/14 5/21 5/23
discuss [1] 2/18
discussion [1] 6/7
discussions [2] 10/3 14/11
disgorge [1] 5/4
DISTRICT [5] 1/1 1/2 1/10 16/3 16/3
do [2] 5/4 4/21 8/15 9/1 9/9 9/11 9/19
9/22 10/2 11/15 15/15
Docket [1] 1/4
documents [2] 7/2 9/20
doesn't [1] 12/11
doing [1] 5/1
dollars [2] 6/8 12/1
don't [4] 3/24 9/20 11/1 13/22
done [6] 5/9 10/20 12/25 13/9 13/14
14/10
Donelson [1] 1/15
down [1] 2/23
Doyle [4] 1/20 16/2 16/9 16/9
DRYWALL [2] 1/4 2/7
Duncan [3] 2/21 2/25 4/6
duplicative [1] 8/23
during [2] 5/5 6/20

**E**

each [1] 6/22
Eagan's [1] 3/22
early [1] 4/14
earnings [2] 5/5 6/10
EASTERN [2] 1/2 16/3
egos [1] 5/4
eight [1] 4/9
either [4] 5/3 5/19 10/7 10/11
ELDON [1] 1/9
eligibility [2] 10/9 10/24
eligible [5] 8/11 9/25 10/8 10/10 11/20
Eliza [1] 2/23
end [3] 7/20 8/19 15/19

engaged [1] 3/12
enough [1] 5/16
entities [1] 2/13
entitled [2] 12/12 16/6
entity [1] 11/25
ESQ [3] 1/13 1/16 1/18
essentially [1] 8/4
establish [1] 7/8
even [1] 9/9
everyone [1] 6/4
evidence [2] 14/20 14/23
excellence [1] 4/11
excellent [1] 13/9
expect [2] 10/18 11/3
expense [1] 7/9
expenses [2] 9/8 11/21
expert [1] 5/16
explain [1] 13/8
extent [1] 11/19

**F**

face [2] 3/16 3/16
face-to-face [1] 3/16
facilities [1] 14/24
fact [1] 3/12
FALLON [2] 1/9 2/11
far [1] 10/14
FCRR [3] 1/20 16/2 16/9
federal [1] 3/7
fee [1] 7/9
feel [1] 12/12
fees [4] 4/25 5/8 11/12 12/4
fell [1] 6/7
felt [3] 4/20 4/21 4/22
few [3] 8/3 10/19 11/4
Fifth [1] 4/17
Fifth Circuit [1] 4/17
figuring [1] 9/1
filed [1] 4/15
Finally [2] 10/9 10/20
finding [1] 4/17
Fine [1] 15/11
finish [1] 3/24
first [2] 3/23 15/4
fit [1] 9/5
five [2] 9/5 13/3
focus [1] 14/7
focused [1] 12/5
folks [1] 6/3
followed [1] 7/12
foot [1] 6/6
foreclosure [1] 9/6
foregoing [1] 16/4
form [1] 8/18
former [1] 14/25
forms [1] 14/17
forth [1] 10/13
forward [2] 2/25 5/13
found [2] 9/25 14/9
four [1] 13/3
Fulton [1] 2/21
functioned [1] 13/12
fund [1] 7/9
funds [2] 11/5 11/5
further [4] 3/15 6/18 6/23 14/21
future [1] 9/21

**G**

GBI [4] 10/21 10/22 11/17 11/23
General's [1] 7/1
generally [1] 13/2
gentlemen [1] 2/4
Georgia [1] 1/19

**G**

get [5] 6/21 8/9 12/11 13/24 15/5
give [4] 8/1 8/13 8/19 9/13
given [1] 12/21
Global [2] 8/6 8/12
go [1] 14/10
going [3] 2/21 4/10 5/22
gone [2] 8/6 8/8
good [9] 2/3 2/10 2/12 2/14 7/23 7/25 11/6 13/1 15/13
got [1] 13/20
governs [1] 11/14
Great [1] 7/23
Group [2] 3/17 3/18

**H**

had [18]
handle [1] 13/10
happened [1] 7/5
Harry [1] 6/17
has [20]
hasn't [1] 12/13
have [54]
haven't [3] 8/16 8/17 8/20
HB [1] 1/21
HB-406 [1] 1/21
he [4] 2/21 4/7 4/9 13/9
hear [2] 6/22 7/14
hearing [3] 3/13 5/24 6/16
hearings [1] 6/4
hears [1] 15/8
held [1] 5/13
here [6] 2/16 7/11 8/1 9/8 9/12 12/13
Herman [5] 1/12 1/12 1/13 2/11 14/10
high [1] 10/18
his [6] 2/21 2/22 2/25 2/25 4/6 4/10
hold [2] 4/22 4/24
homes [3] 7/20 12/2 13/24
Honor [22]
Honor's [1] 12/22
HONORABLE [1] 1/9
hospital [1] 13/6
hours [1] 4/7
how [2] 3/5 12/10

**I**

I'll [2] 8/9 12/20
I'm [4] 3/15 4/10 6/9 8/1
I've [1] 13/16
if [6] 3/24 5/3 6/20 8/20 8/21 12/5
immediately [1] 6/23
in [69]
In Re [1] 2/6
incomplete [1] 9/25
incompletes [2] 10/3 10/4
indicated [1] 3/8
individuals [1] 13/24
InEx [2] 8/7 8/12
interest [1] 14/4
into [5] 8/9 9/5 10/4 13/24 14/10
involve [1] 15/3
involved [1] 13/3
involves [2] 15/3 15/9
is [26]
issue [8] 3/21 5/8 5/11 5/21 8/24 9/19 10/6 10/9
issued [4] 7/6 9/17 10/13 10/23
issues [2] 6/19 14/22
issuing [1] 11/2
it [17]
it's [3] 12/10 12/25 15/17
Item [1] 7/17

**J**

Item VII [1] 7/17

Jake [3] 8/1 11/7 12/17
January [1] 10/13
job [2] 13/1 13/9
Johnston [1] 13/8
JPMorgan [1] 3/19
JUDGE [2] 1/10 2/11
Judge Fallon [1] 2/11
judgment [2] 4/24 5/7
July [2] 15/12 15/18
July 14 [1] 15/18
juncture [2] 4/6 12/21
June [6] 3/14 3/22 5/14 5/24 15/12 15/17
June 23 [2] 15/12 15/17
June 5 [1] 3/22
June 9 [1] 3/14
jurisdiction [3] 4/15 4/17 5/20
just [7] 4/12 6/25 8/10 8/12 9/22 10/20 13/1

**K**

Katz [1] 1/12
keep [1] 6/21
KERRY [4] 1/16 2/12 7/15 7/16
Knauf [13] 1/15 2/13 7/11 7/17 11/8 11/9 11/14 11/18 11/23 11/25 12/5 14/3 15/10
know [2] 4/14 10/3

**L**

ladies [1] 2/3
large [2] 9/6 13/17
largely [3] 9/3 9/18 11/4
largest [1] 9/10
last [12] 2/21 4/9 6/7 7/19 8/3 8/14 8/15 9/13 9/15 10/21 13/1 14/24
later [1] 12/20
law [1] 2/20
lawyers [2] 13/21 13/22
lead [2] 2/8 2/17
learned [1] 6/6
left [2] 7/20 8/13
legal [2] 12/22 13/12
legitimate [1] 12/6
let [2] 2/20 7/14
Let's [2] 3/2 15/3
liability [3] 1/5 2/7 14/4
liaison [2] 2/8 2/17
like [5] 7/22 12/6 12/14 14/12 15/8
listed [1] 9/24
litigant [1] 12/11
litigation [7] 1/5 2/7 3/13 4/14 4/21 7/9 12/11
little [2] 12/1 13/2
living [4] 9/7 11/21 13/25 13/25
LLC [1] 1/12
LLP [1] 1/18
longer [2] 4/21 14/25
look [2] 2/25 13/11
looks [3] 7/22 12/14 14/12
loss [7] 8/8 8/10 9/5 10/22 11/16 11/19 12/6
lost [2] 9/6 11/21
lot [5] 4/8 10/25 11/15 11/17 13/15
LOUISIANA [7] 1/2 1/6 1/14 1/17 1/21 6/25 16/4

**M**

made [2] 4/4 6/8
mainly [1] 11/2

make [4] 2/8 8/21 9/9 12/9
makes [1] 12/8
MANUFACTURED [2] 1/4 2/7
many [1] 13/22
master [2] 10/12 10/15
materials [1] 15/1
matter [3] 2/24 15/6 16/6
May [4] 1/7 2/2 2/10 15/7
MD [1] 1/4
MDL [2] 2/6
me [5] 2/20 6/6 6/20 6/21 7/14
meanwhile [1] 13/23
mechanical [1] 1/24
meet [3] 3/16 6/25 12/19
meet-and-confer [2] 6/25 12/19
meet-and-confers [1] 3/16
Meltzer [1] 2/23
member [1] 15/9
mention [1] 2/20
mentioned [4] 8/3 8/24 9/23 14/10
met [1] 2/17
MILLER [5] 1/16 2/12 7/10 7/16 15/9
million [6] 4/25 6/11 8/5 9/14 10/21 10/22
miscellaneous [5] 9/12 9/16 9/23 10/17 10/24
missed [1] 6/10
mistake [1] 6/8
moment [2] 2/17 8/10
monitoring [1] 2/24
monkey [1] 10/4
month [4] 8/14 9/13 9/15 10/21
monthly [4] 1/9 2/16 8/2 15/11
months [2] 13/1 14/24
more [2] 8/14 8/25
Morgan [1] 3/18
morning [5] 2/3 2/10 2/12 2/14 7/25
Moss [2] 12/23 12/24
most [5] 9/13 9/16 10/6 10/16 14/12
mostly [1] 10/19
motion [1] 4/15
motions [6] 7/8 12/20 15/2 15/2 15/4 15/8
mouth [1] 6/7
move [2] 10/7 10/19
moved [1] 5/12
moving [1] 2/22
Mr. [4] 7/10 13/5 14/10 15/9
Mr. Herman [1] 14/10
Mr. Miller [2] 7/10 15/9
Mr. Velez [1] 13/5
Ms. [1] 3/8
Ms. Barrios [1] 3/8
much [2] 9/20 9/21
mutual [1] 6/16
my [6] 2/20 4/24 6/6 6/7 7/25 16/5

**N**

name [1] 7/25
nature [1] 11/23
nearing [1] 7/20
need [2] 6/20 10/5
needed [3] 4/20 5/10 13/24
negotiate [1] 12/24
negotiation [1] 13/23
new [3] 1/6 1/14 1/17 1/21 2/24 3/9 3/23 6/17 7/9
New Orleans [2] 3/23 6/17
New York [1] 2/24
next [4] 7/4 10/19 11/4 15/11
night [1] 6/7
no [6] 3/4 3/6 6/2 14/16 14/22 14/25
not [4] 5/8 11/22 13/19 14/19

## N

noted [1]  7/12
nothing [2]  3/9 7/9
notices [5]  9/18 10/6 10/9 10/24 11/2
now [3]  5/19 9/17 13/11
number [4]  6/10 8/6 8/14 12/23
numbers [3]  10/25 13/1 13/17

## O

O'Keefe [1]  1/13
offer [4]  10/11 10/14 10/16 10/19
offered [1]  2/19
office [4]  3/22 6/17 7/1 7/7
Official [1]  1/20 16/2 16/10
Oftentimes [2]  12/11 13/16
Okay [3]  3/2 7/3 15/11
ombudsman [1]  13/4
omnibus [1]  3/10
on [42]
one [5]  4/10 8/17 13/18 14/3 15/3
only [4]  3/12 7/20 13/19 15/9
open [1]  10/16
opinion [1]  4/17
opposed [1]  13/21
options [1]  10/10
or [19]
order [2]  2/18 7/6
orders [2]  3/3 14/23
Orleans [6]  1/6 1/14 1/17 1/21 3/23 6/17
other [12]  4/4 8/8 8/9 8/23 9/5 9/18
 10/22 11/16 11/19 12/6 14/3 14/9
ought [1]  12/22
our [8]  2/16 8/18 9/1 9/22 9/23 10/3 10/4
 10/25
out [5]  6/7 8/19 9/1 12/14 13/18
outside [1]  14/11
outstanding [1]  7/21
over [5]  4/16 8/12 12/1 12/25 13/20
owed [1]  12/4
owns [1]  9/2

## P

page [3]  3/15 7/5 7/8
page 7 [1]  7/5
Page 9 [1]  7/8
pages [1]  7/12
paid [11]  5/7 5/7 5/7 8/5 8/11 8/16 8/20
 9/14 10/21 10/22 10/22
panels [1]  4/18
part [1]  14/12
participate [5]  4/16 4/20 11/16 11/19
 12/7
particularly [2]  4/9 4/13
parties [4]  3/19 3/21 5/14 14/1
parts [1]  13/11
past [1]  13/16
patient's [1]  13/6
pay [3]  8/13 12/3 12/12
paying [1]  11/2
payment [3]  8/5 11/12 11/24
payments [5]  9/10 9/19 10/21 10/22
 11/18
PC [1]  1/16
Peachtree [1]  1/19
penalties [2]  4/25 5/7
pending [1]  14/22
people [6]  8/16 9/19 11/2 11/17 11/18
 13/8
percent [10]  5/5 8/7 8/9 8/11 8/13 10/14
 10/15 10/16 11/11 11/12 13/2
percentage [1]  12/13
period [3]  4/22 5/5 5/10

person [1]  12/9
pilot [2]  11/22 12/24
place [2]  14/8 14/10
plaintiff [2]  13/12 14/17
plaintiff's [1]  15/5
plaintiffs [7]  1/12 2/11 5/11 5/17 13/17
 13/20 15/14
plaintiffs' [3]  5/16 7/8 12/22
please [6]  2/3 2/5 2/9 2/10 8/20 15/7
pleased [1]  3/15
plus [2]  4/25 4/25
point [1]  8/17
Porter [1]  14/14
posed [1]  13/22
post [1]  6/4
posted [1]  8/18
Poydras [1]  1/21
PRALE [1]  9/8
pre [2]  9/7 11/21
pre-remediation [2]  9/7 11/21
present [2]  3/18 14/19
presentation [1]  8/19
preservation [2]  14/21 14/23
pretrial [1]  3/3
previous [1]  10/3
previously [1]  4/2
pro [1]  14/20
pro se [1]  14/20
probably [1]  2/24
problem [2]  8/20 15/15
proceed [1]  6/23
proceeding [4]  4/13 5/24 6/18
proceedings [3]  1/24 2/1 16/6
process [2]  7/7 11/5
PRODUCTS [2]  1/4 2/7
profile [1]  14/11
program [15]  7/10 7/18 7/19 8/4 8/5 11/4
 11/8 11/8 11/9 11/15 11/22 12/24 14/1
 14/2 14/8
programs [2]  11/19 12/8
progress [1]  4/5
properties [3]  11/10 13/3 14/5
property [4]  9/1 9/2 11/11 12/5
proposed [1]  2/18
provide [2]  7/2 7/2
provided [2]  4/1 5/2
provides [1]  11/9
provision [1]  7/1
PT0 [1]  10/13
PT0 29 [1]  10/13
purged [1]  5/2
putting [1]  14/7

## Q

questioned [1]  5/20
quit [1]  4/20
quotes [1]  3/20

## R

raised [1]  5/21
raising [1]  5/20
range [1]  6/11
rate [2]  10/14 10/18
RE [2]  1/4 2/6
reached [2]  3/21 14/5
really [1]  4/7
reason [1]  8/23
reasons [1]  8/16
receive [4]  8/25 11/13 11/18 11/20
received [2]  9/13 10/23
receives [1]  11/24
receiving [1]  11/3

recently [1]  5/16
recorded [2]  1/24 4/4
referenced [1]  9/12
regarding [1]  7/6
Relates [1]  1/6
relationship [1]  11/7
relatives [1]  13/25
release [2]  11/14 11/14
releases [2]  11/16 11/17
relocation [1]  8/7
reluctance [1]  4/22
remarks [1]  12/22
remediate [1]  12/2
remediated [1]  14/12
remediating [1]  14/5
remediation [14]  7/10 7/14 7/18 7/19 9/7
 11/10 11/11 11/18 11/21 12/3 12/5 12/8
 14/2 14/8
remediator [1]  14/9
remind [1]  6/3
reminded [1]  6/6
rent [2]  9/7 12/6
rents [1]  11/21
repair [1]  8/7
report [9]  3/15 3/16 7/5 7/11 7/12 7/18
 8/2 11/1 12/23
reported [1]  7/18
reporter [6]  1/20 4/3 4/3 6/21 16/3 16/10
represent [1]  13/8
representative [1]  13/6
request [1]  10/11
requested [3]  6/13 6/14 10/15
required [1]  9/19
resolve [3]  8/22 9/1 10/5
resolved [1]  8/15
respects [1]  11/2
respond [1]  10/6
retained [1]  9/2
review [4]  8/4 9/22 9/24 10/12
reviewed [1]  9/17
right [2]  9/2 9/17
rights [1]  13/9
room [1]  6/21
Rosenberg's [1]  6/17
roughly [2]  8/14 9/9
Row [1]  9/24
rule [1]  6/22
ruling [1]  4/18
RUSS [2]  1/13 2/11

## S

sale [1]  9/6
sales [1]  9/7
same [5]  4/1 4/3 5/24 8/25 13/5
SASAC [1]  7/6
Saturday [1]  3/25
say [1]  13/11
says [1]  6/9
scheduled [1]  3/13
se [1]  14/20
seated [1]  2/3
Section [1]  1/5
see [3]  10/17 10/25 11/4
seeing [1]  10/17
seek [1]  12/8
service [3]  4/3 4/7 7/6
set [3]  5/14 5/24 10/12
setting [1]  13/6
settings [1]  3/5
settled [1]  14/2
settlement [6]  11/8 11/15 14/4 14/6
 14/11 15/3

## S

seven [1]  3/20
several [2]  7/19 14/23
shape [1]  11/6
short [1]  9/6
shortly [1]  10/7
should [1]  15/14
shouldn't [2]  4/21 15/15
shows [1]  9/14
sign [1]  11/14
signed [1]  14/23
simple [1]  8/17
slide [2]  9/14 9/24
so [19]
software [1]  1/24
some [6]  4/15 4/19 4/25 5/17 8/13 14/7
sometimes [1]  8/25
sort [3]  10/4 12/7 14/1
special [2]  10/12 10/15
SR [1]  1/18
St [1]  1/16
stage [1]  4/13
standpoint [1]  13/13
Stanley [1]  3/18
state [3]  3/5 3/7 4/2
State/federal [1]  3/7
STATES [4]  1/1 1/10 5/1 5/3 5/9 16/3
static [1]  9/18
status [9]  1/9 2/16 7/17 7/19 8/2 8/3
  9/23 15/11 15/19
stenography [1]  1/24
storage [1]  14/24
store [1]  14/25
storing [1]  15/1
Street [2]  1/19 1/21
submit [1]  9/19
submitted [2]  8/17 8/21
successful [1]  9/3
Suite [1]  1/16
summary [1]  10/20
Sunday [1]  3/25
Supply [1]  14/14
sure [1]  8/21

## T

Taishan [13]  1/18 2/15 3/17 4/15 4/19
  5/15 5/21 6/6 6/13 12/18 15/3 15/4 15/8
Taishan's [1]  6/10
take [5]  2/18 3/2 12/20 15/4 15/4
taken [1]  5/17
taking [2]  5/11 13/23
talked [1]  14/20
talking [3]  5/22 5/23 12/15
TAYLOR [2]  1/18 2/15
telephone [1]  6/3
tell [1]  11/7
tents [1]  13/25
terms [1]  4/5
than [1]  13/15
thank [6]  2/25 4/6 4/11 6/24 12/16 12/17
that [76]
that's [11]  5/22 7/5 7/6 8/7 8/9 9/24
  11/21 12/10 12/15 13/6 13/18
their [9]  3/18 5/4 5/9 6/15 11/23 13/9
  13/24 14/3 14/4
them [10]  2/18 4/22 4/24 5/1 7/2 7/2 9/1
  10/7 11/16 13/9
themselves [1]  5/2
then [6]  5/8 7/14 12/7 14/9 15/4 15/17
there [7]  3/16 4/8 5/2 6/3 7/20 8/16
  14/22
there's [3]  3/8 5/21 7/9

thereabouts [1]  13/19
these [5]  2/16 8/1 13/20 14/6 14/10
they [35]
thing [1]  7/4
things [6]  2/22 11/22 12/7 13/25 14/7
  14/9
think [4]  7/4 8/21 12/21 13/11
third [2]  3/19 3/20
this [18]
those [19]
three [6]  4/13 8/25 9/6 9/8 9/9 15/2
through [3]  7/1 9/4 11/22
throw [1]  10/4
till [1]  3/19
Tim [1]  3/22
time [6]  4/22 5/5 5/10 5/14 5/14 5/24
today [2]  2/16 2/24
together [1]  14/1
Toni [2]  1/20 16/2 16/9 16/9
took [2]  5/16 12/24
total [1]  8/8
touch [1]  9/22
tracks [2]  4/13 5/23
transcript [1]  16/5
transcription [1]  1/24
translator [2]  4/1 4/2
trial [1]  3/5
true [1]  16/4
Tusa [4]  1/20 16/2 16/9 16/9
two [10]  4/18 6/9 6/9 8/16 8/25 10/10
  12/25 13/1 13/18 14/24 15/2
type [2]  9/12 13/16
types [1]  9/18

## U

under [2]  7/10 7/20
understanding [1]  16/5
Unfortunately [1]  4/19
UNITED [6]  1/1 1/10 5/1 5/3 5/9 16/3
United States [3]  5/1 5/3 5/9
unrepresented [1]  13/8
until [1]  5/2
up [4]  3/2 3/19 9/9 10/7
us [3]  2/23 8/22 11/7
use [1]  9/7
used [1]  6/9
using [1]  1/24
usual [1]  13/17

## V

valued [1]  11/25
various [2]  5/11 5/23
Velez [1]  13/5
Venture [1]  14/14
Venture Supply [1]  14/14
verification [1]  8/18
very [6]  10/18 11/1 13/2 13/12 13/12
  13/13
vetted [1]  12/25
VII [1]  7/17

## W

W-9 [1]  8/17
want [6]  4/6 6/2 6/11 9/11 9/22 10/2
was [4]  4/1 4/24 5/8 5/13 8/14 9/15
  12/24 13/5 13/10 13/23 14/2 14/10
way [5]  4/12 7/2 13/5 13/18 14/3
we [66]
We've [1]  3/21
website [1]  8/19
websites [1]  6/4
weeks [4]  4/9 10/19 11/4 12/25
well [3]  13/7 13/12 14/13

went [2]  4/16 14/5
were [6]  4/16 4/23 6/21 12/11
West [1]  1/19
what [8]  5/22 8/8 10/4 10/11 10/20
  11/14 12/11 12/15
What's [1]  15/13
when [6]  5/23 6/8 6/15 10/5 11/13 11/18
where [1]  13/21
whether [1]  5/8
which [3]  4/3 7/12 13/17
while [2]  10/25 13/23
who [4]  2/23 2/24 9/1 13/24
whole [1]  12/9
why [1]  8/16
will [17]
without [1]  14/3
witness [1]  3/23
won't [1]  9/21
Woody [1]  8/1
work [5]  2/23 2/25 9/3 13/13 15/17
worked [4]  12/10 12/14 13/7 14/12
working [1]  7/1
works [2]  13/6 13/18
world [1]  14/8
would [4]  2/8 10/18 11/3 15/8
wrench [1]  10/4
wrote [1]  4/16

## Y

year [3]  7/22 10/13 12/24
yen [1]  6/8
yesterday [1]  3/19
York [1]  2/24
you [22]
your [27]
Your Honor [20]
Your Honor's [1]  12/22