UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>*Amorin et al. v. Taishan Gypsum Co. Ltd. et al.,* Case No. 2:11-cv-01673<br><br>*Amorin et al. v. Taishan Gypsum Co. Ltd. et al.,* Case No. 2:11-cv-01395<br><br>*Amorin et al. v. Taishan Gypsum Co. Ltd. et al.,* Case No. 2:11-cv-01672<br><br>*Wiltz et al. v. Beijing New Building Material Public Limited Company et al.,* Case No. 2:10-cv-00361<br><br>*Gross et al. v. Knauf Gips KG et al.,* Case No. 2:09-cv-06690<br><br>*Germano et al. v. Taishan Gypsum Co. Ltd. et al.,* Case No. 2:09-cv-06687 | |

**BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY'S AND BEIJING NEW BUILDING MATERIAL (GROUP) CO., LTD.'S NOTICE OF JOINDER IN TAISHAN GYPSUM LTD., CO. AND TAI'AN TAISHAN PLASTERBOARD CO., LTD.'S OMNIBUS MOTION TO STRIKE PLAINTIFFS' PROPOSED EXHIBITS FOR JUNE 9, 2015 HEARING**

Subject to and without waiver of their motions to dismiss for lack of jurisdiction and failure of service, Defendants Beijing New Building Materials Public Limited Company ("BNBM PLC") and Beijing New Building Material (Group) Co., Ltd. ("BNBM Group") hereby join in and adopt the concerns and positions set forth in Taishan Gypsum Ltd., Co. and Tai'an Taishan Plasterboard Co., Ltd.'s Omnibus Motion to Strike Plaintiffs' Proposed Exhibits For The June 9, 2015 Hearing. (Rec. Doc. 19002, "Taishan's Motion"). As discussed in Taishan's

1

Motion, the Court should strike Plaintiffs' proposed exhibits because they are inadmissible as irrelevant, a waste of the Court's time, inadmissible hearsay, and fundamentally unfair. In addition to the concerns set forth in Taishan's Motion, this Court should also strike Plaintiffs' proposed exhibits for reasons specific to BNBM PLC and BNBM Group.

Neither BNBM PLC nor BNBM Group were parties to the *Germano* or *Hernandez* trials. *See Germano v. Taishan Gypsum Co. Ltd.*, No. 2:09-cv-06687; *In re Chinese-Manufactured Drywall Prod. Liab. Litig.*, No. 09-6050, 2010 WL 1710434, at *24 (E.D. La. Apr. 27, 2010). So, in addition to the points raised in Taishan's Motion, Plaintiffs' proposal to submit wholesale vast portions of the *Germano* and *Hernandez* records for use against BNBM PLC or BNBM Group would violate due process because neither defendant had an opportunity to participate in those proceedings. "The fundamental requisite of due process of law is the opportunity to be heard." *Mullane v. Central Hanover Bank & Trust Co.*, 339 U.S. 306, 314 (1950). And due process applies with no less force to protect a defendant's opportunity to challenge the imposition of damages. *See Frame v. S-H, Inc.*, 967 F.2d 194, 204 (5th Cir. 1992) ("[T]he discretion of a district court to award sanctions and render judgment . . . is bounded at its outer limits, however, by constitutional due process concerns.").

Plaintiffs' designation of more than a thousand exhibits from those cases, none of which relate to the Plaintiffs' class damages in this case, is wholly improper. Plaintiffs cannot possibly claim in good faith that they intend to introduce these thousands of pages of exhibits into evidence during a one or two day hearing, or that any of the designated materials other than the materials listed on Exhibit B to Plaintiffs' Exhibit List (Rec. Doc. 18988-2) relate to the amount of damages that should be awarded to class members here. Moreover, Plaintiffs' designations include multiple hearsay reports from purported experts that will not be available to testify at the

June 9 hearing, that BNBM PLC and BNBM Group have never even had an opportunity to examine or to designate counter-experts, and that have expressed no opinion on the amount of damages that should be awarded to class plaintiffs.  Plaintiffs nevertheless seek to introduce and use this evidence against BNBM PLC and BNBM Group to recover hundreds of millions of dollars in damages.

BNBM Group and BNBM PLC acknowledge that the Court has ordered evidentiary proceedings to go forward on June 9, 2015.  (Order Denying Taishan Motion to Modify Scheduling Order, 5/26/2015, Doc. 18998.)  But if Plaintiffs are serious about attempting to introduce all or even a substantial portion of the more than a thousand exhibits on their lists, none of which have been the subject of any discovery in this case, then BNBM Group and BNBM PLC need substantially more time to prepare for this hearing.  If Plaintiffs are simply trying to hide the ball by burying the pertinent exhibits that they actually intend to offer in a sea of irrelevant and inadmissible paper, then the list is improper and should be stricken.  Either way, the Defendants are entitled to relief.

## CONCLUSION

WHEREFORE, for all the reasons set forth in Taishan's Motion, and for all the reasons set forth above, BNBM PLC and BNBM Group respectfully request that the Court grant Taishan Gypsum Ltd., Co. and Tai'an Taishan Plasterboard Co., Ltd.'s Omnibus Motion to Strike Plaintiffs' Proposed Exhibits From the June 9, 2015 Hearing.

Dated:  May 28, 2015	Respectfully submitted,

**DENTONS US LLP**

By: */s/ Michael H. Barr*
Michael H. Barr
New York Bar No. 1744242
Justin N. Kattan
New York Bar No. 3983905
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone:  (212) 768-6700
Facsimile:  (212) 768-6800
michael.barr@dentons.com
justin.kattan@dentons.com

- AND -

Richard L. Fenton
Illinois Bar No. 3121699
Leah R. Bruno
Illinois Bar No. 6269469
233 South Wacker Drive
Suite 5900
Chicago, IL  60606-6306
Telephone:  (312) 876-8000
Facsimile:  (312) 876-7934
richard.fenton@dentons.com
leah.bruno@dentons.com

- AND -

C. Michael Moore
Texas Bar No. 14323600
Gene R. Besen
Texas Bar No. 24045491
2000 McKinney Ave, Suite 1900
Dallas, TX  75201
Telephone:  (214) 259-0900
Facsimile:  (214) 259-0910
mike.moore@dentons.com
gene.besen@dentons.com

- AND -

**PHELPS DUNBAR LLP**

Harry Rosenberg
Louisiana Bar No. 11465
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone:  (504) 566-1311
Facsimile:  (504) 568-9130
harry.rosenberg@phelps.com

*Attorneys for Beijing New Building Material (Group) Co., Ltd. and Beijing New Building Materials Public Limited Company*

5

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Beijing New Building Materials Public Limited Company's and Beijing New Building Material (Group) Co., Ltd.'s Notice of Joinder in Taishan Gypsum Ltd., Co. and Tai'an Taishan Plasterboard Co., Ltd.'s Omnibus Motion to Strike Plaintiffs' Proposed Exhibits From June 9, 2015 Hearing has been served on Plaintiffs' Liaison Counsel, Leonard Davis, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 28th day of May, 2015.

/s/      Michael H. Barr