UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT APPLIES TO ALL CASES | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**MEMORANDUM OF LAW IN SUPPORT OF THE PLAINTIFFS' STEERING COMMITTEE'S EMERGENCY MOTION TO COMPEL JP MORGAN CHASE & CO. AND MORGAN STANLEY TO COMPLY WITH THE PSC'S DISCOVERY REQUESTS**

The Plaintiff's Steering Committee ("PSC"), on behalf of all plaintiffs in MDL 2047, has moved on an emergent basis to compel JP Morgan Chase & Co. ("JP Morgan") and Morgan Stanley to comply with the PSC's discovery requests.

The PSC's discovery requests to JP Morgan and Morgan Stanley have been part of a lengthy dispute process that was recently addressed by the Court during a May 7, 2015 telephone conference.  During the Court's telephone conference, the Court directed the PSC to submit revised document requests and deposition topics to JP Morgan and Morgan Stanley.  Following the telephone conference, the Court entered a minute entry directing the PSC and JP Morgan and Morgan Stanley to "work together to narrow the scope of the request before seeking Court intervention."  *See* Rec.Doc.No. 18925.

On Friday May 8, 2015, the PSC submitted revised document requests and deposition topics consistent with the Court's directives.  The PSC also requested that both JP Morgan and Morgan Stanley agree to meet and confer on Friday May 15, 2015. During the meet and confer on May 15, 2015, the PSC further narrowed its discovery requests and deposition topics by providing counsel for JP Morgan and Morgan Stanley

1

with memorandums that included revised document requests and deposition topics (these discovery requests seek discovery involving all financial transactions involving the Taishan Defendants and Affiliates and JP Morgan and Morgan Stanley and the identity of all American executives, directors, and management employees involved in such transactions). Copies of these memorandums are attached hereto as Exhibits "A" and "B". These memorandums also specifically identified numerous documents to assist JP Morgan and Morgan Stanley in their search for responsive documents (*i.e.*, both memorandums reference annual reports and other publically available documents that specifically discuss transactions and asset holdings involving the Taishan Defendants and Affiliates and JP Morgan and Morgan Stanley).[1]

On May 18, 2015, the PSC formally filed amended discovery requesting documents and testimony consistent with the memorandums provided to counsel for JP Morgan and Morgan Stanley during the May 15, 2015 meet and confer. *See* Rec.Doc.Nos. 18951 and 18952. While Morgan Stanley has agreed to accept service of the amended discovery, JP Morgan insists that the PSC serve JP Morgan with a subpoena notwithstanding that the PSC has previously served JP Morgan with a subpoena.

While JP Morgan and Morgan Stanley have publically represented their intention to assist this Court with rooting out any violations of the July 17, 2015 Contempt Order, their actions clearly indicate otherwise.[2] Notwithstanding the resistance by JP Morgan

---

[1] By way of further explanation, counsel for JP Morgan and Morgan Stanley have frequently requested specific information regarding the identity of their own affiliates and subsidiaries in possession of responsive documents. While the PSC finds these requests highly suspect, the PSC has indulged these requests by providing JP Morgan and Morgan Stanley with a list of documents identifying such affiliates and subsidiaries.

[2] For instance on the eve of the May 15, 2015 meet and confer, counsel for JP Morgan adamantly informed the PSC that he was unwilling to appear at the meet and confer. *See* May 13, 2015 correspondence from Gabe Crowson to Bruce Steckler et. al.,

and Morgan Stanley, the PSC has made every effort to accomplish productive discovery by serving JP Morgan and Morgan Stanley with limited discovery requests. Despite the narrowed focus of the PSC's discovery requests, it is evident that neither JP Morgan nor Morgan Stanley has any intention of completing the discovery before the June 9, 2015 damages hearing. For instance, neither entity has identified a potential 30(b)(6) witness or has expressed a willingness to discuss potential dates for depositions. At this stage it is respectfully submitted that the Court's intervention is necessary if the proposed discovery is to be completed in a timely manner.

The PSC respectfully requests that JP Morgan and Morgan Stanley be ordered to produce all responsive documents no later than June 3, 2015 and that they be further ordered to appear for depositions on or before June 5, 2015. In the absence of such an order it is feared that the PSC will be unable to complete the depositions ahead of the Court's June 9, 2015 damages hearing.[3]

Wherefore, for the reasons set forth above, the PSC respectfully requests that the Court grant its motion to compel JP Morgan Chase & Co. ("JP Morgan") and Morgan Stanley to comply with the PSC's discovery requests.

---

attached hereto as Exhibit "C". In refusing to meet and confer, Mr. Crowson stated he doesn't "see how an in-person meeting would be productive at this point …" since JP Morgan has "yet to receive specifically tailored document requests based on specific predicate information that would justify such discovery from a non-party."

[3] While the PSC is mindful of the demands imposed in light of JP Morgan's recent foreign exchange guilty plea, it is respectfully submitted that the discovery being sought by the PSC is also very important and far ranging for the thousands of homeowners with claims against the Taishan Defendants.

Respectfully submitted,

Dated: May 28, 2015

/s/ Russ M. Herman
**Russ M. Herman** (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
***HERMAN, HERMAN & KATZ, LLC***
820 O'Keefe Avenue
New Orleans, LA 70113
PH: (504) 581-4892
FAX: (504) 561-6024
ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin (on the brief)
Fred S. Longer (on the brief)
Sandra L. Duggan (on the brief)
Matthew C. Gaughan (on the brief)
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
PH: (215) 592-1500
FAX: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm, LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Peter Prieto
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Bruce William Steckler
Steckler, LLP
12720 Hillcrest Road, Ste 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-404
bruce@stecklerlaw.com

Ervin A. Gonzalez
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
ervin@colson.com

Jerrold Seth Parker
Parker Waichman, LLP
27300 Riverview Center Blvd.
Suite 103
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@attorneys4people.com

Christopher Seeger
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Victor M. Diaz, Jr., Esquire
V.M. Diaz and Partners, LLC
119 Washington Ave, Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Anthony D. Irpino
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail, upon counsel for JP Morgan Chase & Co. and Morgan Stanley by mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 28th day of May, 2015.

                              Respectfully Submitted,

                        BY:  */s/ Leonard A. Davis*
                              Leonard A. Davis
                              Herman, Herman & Katz, LLC
                              820 O'Keefe Avenue
                              New Orleans, LA 70113
                              Phone: (504) 581-4892
                              Fax: (504) 561-6024
                              ldavis@hhklawfirm.com

                              *Plaintiffs' Liaison Counsel*
                              *MDL 2047*