UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT APPLIES TO ALL CASES | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## PROPOSED ORDER

Considering the Plaintiffs' Steering Committee's ("PSC") Emergency Motion to Compel JP Morgan Chase & Co. and Morgan Stanley to Comply with the PSC's Discovery Requests;

IT IS ORDERED BY THE COURT that the Motion is granted.  JP Morgan Chase & Co. and Morgan Stanley are HEREBY OREDED to produce responsive documents no later than June 3, 2015.  JP Morgan Chase & Co. and Morgan Stanley are FURTHER ORDERED to designate 30(b)(6) witnesses to appear for depositions on or before June 5, 2015.

New Orleans, Louisiana, this _____ day of _____, 2015.

_____
Eldon E. Fallon
United States District court Judge

1