# EXHIBIT "A"

From: Russ Herman
Date: Friday, May 15, 2015
Re: Meet and Confer – Documents and Deposition Topics for JP Morgan Chase

    All financial transactions by and among any Defendant and/or Defendants' Affiliates or Subsidiaries with the bank and/or the bank's subsidiaries or affiliates in the United States or in China.

    All United States executives, directors, management employees involved in any of the above financial transactions who are citizens of the United States and their full contact information.

    See the following specific documents for reference.

| ENTITY | DOCUMENT | PAGE | BATES NUMBER |
|---|---|---|---|
| BNBM | BNBM 2009 Annual Report | all | BNBMPLC00001229-0001378 |
| BNBM PLC | BNBM 2012 Annual Report | 28 | BNBMPLC00002300 |
| CNBM | CNBM 2007 Annual Report | 44 | ALRMH-CNBM00000827 |
| CNBM | CNBM 2008 Annual Report | 44 | ALRMH-CNBM00001163 |
| CNBM | CNBM 2009 Annual Report | 55 | ALRMH-CNBM00001570 |
| CNBM | CNBM 2010 Annual Report | 51 | ALRMH-CNBM00001978 |
| CNBM | CNBM 2011 Annual Report | 56 | ALRMH-CNBM00002411 |
| CNBM | CNBM 2012 Annual Report | 61 | ALRMH-CNBM00002852 |
| CNBM | CNBM 2013 Annual Report | 64 | ALRMH-CNBM00003291 |
| CNBM | CNBM 2013 Annual Report | 65 | ALRMH-CNBM00003292 |
| CNBM | CNBM 2013 Annual Report | 66 | ALRMH-CNBM00003293 |
| CNBM Group | CNBM 2014 Annual Report | 13 | ALRMH-CNBM00003676 |
| CNBM | CNBM 2014 Interim Report | 43 | CNBMCO00000124 |
| CNBM | CNBM 2014 Annual Report | 61-64 | ALRMH-CNBM00003724-00003727 |
| CNBM | CNBM 2014 Annual Report | 68 | ALRMH-CNBM00003731 |
| CNBM | CNBM 2014 Annual Report | 89 | ALRMH-CNBM00003752 |
| CNBM | CNBM 2014 Interim Report | 43-45 | CNBMCO00000124-00000126 |
| CNBM | www.chinabmnet.com | | |
| CNBM | www.gxtv.cn | | |
| CNBM | J.P.Morgan Stanley: Research Report on China's Building Materials Industry March 2009 | | |
| CNBM | http://money.163.com | | |
| CNBM | www.etnet.com.hk | | |