# EXHIBIT "B"

From: Russ Herman
Date: Friday, May 15, 2015
Re: Meet and Confer – Documents and Deposition Topics for Morgan Stanley

    All financial transactions by and among any Defendant and/or Defendants' Affiliates or Subsidiaries with the bank and/or the bank's subsidiaries or affiliates in the United States or in China.

    All United States executives, directors, management employees involved in any of the above financial transactions who are citizens of the United States and their full contact information.

    See the following specific documents for reference.

| ENTITY | DOCUMENT | PAGE | BATES NUMBER |
|---|---|---|---|
| BNBM | BNBM PLC 2014 Annual Report | 7 | BNBMPLC0003170 |
| BNBM | BNBM PLC 2014 Annual Report | 22 | BNBMPLC0003185 |
| BNBM | BNBM PLC 2014 Annual Report | 46 | BNBMPLC0003209 |
| CNBM. | March 13, 2006 Global Offering (entire report) | all | ALRMH-CNBM00000001-00000643 |
| CNBM | March 13, 2006 Global Offering | 1 | ALRMH-CNBM00000001 |
| CNBM | CNBM 2006 Global Offering | 21 | ALRMH-CNBM00000025 |
| CNBM | CNBM 2006 Global Offering | 25 | ALRMH-CNBM00000029 |
| CNBM | CNBM 2006 Global Offering | 30 | ALRMH-CNBM00000034 |
| CNBM | CNBM 2006 Global Offering | 63 | ALRMH-CNBM00000067 |
| CNBM | CNBM 2006 Global Offering | 64 | ALRMH-CNBM00000068 |
| CNBM | CNBM 2006 Global Offering | 67 | ALRMH-CNBM00000071 |
| CNBM | CNBM 2006 Global Offering | 282 | ALRMH-CNBM00000286 |
| CNBM | CNBM 2006 Global Offering | 290 | ALRMH-CNBM00000294 |
| CNBM | CNBM 2006 Global Offering | 294 | ALRMH-CNBM00000297 |
| CNBM | CNBM 2006 Global Offering | 297 | ALRMH-CNBM00000301 |
| CNBM | CNBM 2006 Global Offering | I-1 | ALRMH-CNBM00000323 |
| CNBM | CNBM 2006 Global Offering | II-3 | ALRMH-CNBM00000398 |
| CNBM | CNBM 2006 Global Offering | III-1 | ALRMH-CNBM00000401 |
| CNBM | CNBM 2006 Global Offering | III-3 | ALRMH-CNBM00000402 |
| CNBM | CNBM 2006 Global Offering | VIII-58 | ALRMH-CNBM00000638 |
| CNBM | CNBM 2007 Annual Report | 7 | ALRMH-CNBM00000790 |
| CNBM | CNBM 2007 Annual Report | 66 | ALRMH-CNBM00000849 |
| CNBM | CNBM 2008 Annual Report | 64 | ALRMH-CNBM00001183 |
| CNBM | CNBM 2008 Annual Report | 196 | ALRMH-CNBM00001315 |

| CNBM | CNBM 2009 Annual Report | 55 | ALRMH-CNBM00001570 |
|---|---|---|---|
| CNBM | CNBM 2009 Annual Report | 77 | ALRMH-CNBM00001592 |
| CNBM | CNBM 2010 Annual Report | 73 | ALRMH-CNBM00002000 |
| CNBM Group | CNBM 2014 Interim Report | all | CNBMCO00000080-00000169 |
| CNBM | CNBM 2014 Annual Report | 84 | ALRMH-CNBM00003747 |
| CNBM | CNBM 2014 Annual Report | 92 | ALRMH-CNBM00003755 |
| CNBM | CNBM 2014 Annual Report | 135 | ALRMH-CNMB00003798 |
| CNBM | CNBM Co. 8/22/14 Voluntary Announcement re: Resignation and Proposed Appointment of Directors and Supervisors | 10 | CNBMCO00000073 |
| CNBM | CNBM 9/1/14 Letter from the Board re: Proposed Appointment of Directors and Supervisors and Notice of Extraordinary Board Meeting | 7 | CNBMCO00000184 |
| CNBM | http://www.financeasia.com/print.aspx?CIID=35926 | | |
| CNBM | http://www.atimes.com/atimes/China_Business/HC17Cb01.html | | |
| CNBM | www.cnbm.com.cn | | |
| CNBM | www.thestandard.com.hk/news_detail.asp?pp_cat=2&art_id=50978&sid=14871947&con_type=1 | | |
| CNBM | http://www.morganstanleychina.com/press/others/091217.html | | |
| | http://www.etnet.com.hk/www/sc/stocks/realtime/quote_ca_sdi.php?code=3323&page=1 | | |