# EXHIBIT "C"

| | |
|---|---|
| **From:** | Crowson, Gabe <gcrowson@mcglinchey.com> |
| **Sent:** | Wednesday, May 13, 2015 4:59 PM |
| **To:** | Bruce Steckler |
| **Cc:** | Matthew Gaughan; Arnold Levin; Fred Longer; Russ Herman; Lenny Davis; Madelyn O'Brien; Lillian Flemming; Sandy Duggan; Ferachi, Michael |
| **Subject:** | RE: JP Morgan Documents |

Bruce,

We have yet to receive specifically tailored document requests based on specific predicate information that would justify such discovery from a non-party. Moreover, we have yet to receive an explanation from the PSC as to how its current subpoena efforts comply with the Court's October 25, 2011 Order and Reasons (Rec. Doc. 10854). As such, I don't see how an in-person meeting would be productive at this point. We are willing to discuss specifically tailored requests based on specific predicate information, but we have not been provided any such requests.

Thanks,
Gabe

**Gabriel A. Crowson**
McGlinchey Stafford
Direct: (504) 596-2839
Cell: (504) 913-5403
Fax: (504) 910-8465
Email: gcrowson@mcglinchey.com




12th Floor, 601 Poydras Street      PO Box 60643
New Orleans, LA 70130               New Orleans LA 70160-0643

---

**From:** Bruce Steckler [mailto:Bruce@stecklerlaw.com]
**Sent:** Wednesday, May 13, 2015 4:48 PM
**To:** Crowson, Gabe
**Cc:** Matthew Gaughan; Arnold Levin (alevin@lfsblaw.com); Fred Longer; Russ Herman; Leonard A. Davis (LDAVIS@hhkc.com); Madelyn O'Brien; Lillian Flemming; 'Sandy Duggan' (sduggan@lfsblaw.com); Ferachi, Michael
**Subject:** RE: JP Morgan Documents

Gabe- Can we meet around noon Friday? Thanks, Bruce

**From:** Bruce Steckler
**Sent:** Monday, May 11, 2015 5:45 PM
**To:** 'Crowson, Gabe'
**Cc:** Matthew Gaughan; Arnold Levin (alevin@lfsblaw.com); Fred Longer; Russ Herman; Leonard A. Davis (LDAVIS@hhkc.com); Madelyn O'Brien; Lillian Flemming; 'Sandy Duggan' (sduggan@lfsblaw.com); Ferachi, Michael
**Subject:** RE: JP Morgan Documents

Gabe:

I am disappointed that the additional specific information that was included in our document requests were not helpful. We spent a significant amount of time adding detailed information to assist you. We even

tailored these requests to specific JP Morgan entities, as opposed to the hundreds you referenced on our call.  I am hopeful that at our meet and confer on Friday, we can work out any of your concerns. We look forward to your mutual cooperation. Yours, Bruce

**From:** Crowson, Gabe [mailto:gcrowson@mcglinchey.com]
**Sent:** Monday, May 11, 2015 5:00 PM
**To:** Bruce Steckler
**Cc:** Matthew Gaughan; Arnold Levin (alevin@lfsblaw.com); Fred Longer; Russ Herman; Leonard A. Davis (LDAVIS@hhkc.com); Madelyn O'Brien; Lillian Flemming; 'Sandy Duggan' (sduggan@lfsblaw.com); Ferachi, Michael
**Subject:** RE: JP Morgan Documents

Bruce,

Thanks for your message.  We have reviewed this third version of the PSC's document subpoena and do not believe that it comports with the Court's instructions at last Thursday's status conference.  Judge Fallon made it clear that the PSC was to provide specific predicate information to JPMorgan Chase & Co., along with specifically tailored document requests.  This new set of requests does neither, but instead expands the scope of the subpoena, which for reasons previously explained to you, is way overbroad and objectionable.  While we are willing to discuss specific requests by the PSC based on specific predicate information, we do not believe that this amended request is a step in that direction.

Thanks,
Gabe

**Gabriel A. Crowson**
McGlinchey Stafford
Direct: (504) 596-2839
Cell: (504) 913-5403
Fax: (504) 910-8465
Email: gcrowson@mcglinchey.com



12th Floor, 601 Poydras Street    PO Box 60643
New Orleans, LA 70130             New Orleans LA 70160-0643

**From:** Bruce Steckler [mailto:Bruce@stecklerlaw.com]
**Sent:** Friday, May 08, 2015 3:59 PM
**To:** Crowson, Gabe
**Cc:** Matthew Gaughan; Arnold Levin (alevin@lfsblaw.com); Fred Longer; Russ Herman; Leonard A. Davis (LDAVIS@hhkc.com); Madelyn O'Brien; Lillian Flemming; 'Sandy Duggan' (sduggan@lfsblaw.com)
**Subject:** JP Morgan Documents

Pursuant to the Court's directives, we are attaching revised document requests.  The scope of the deposition will encompass these document requests and the topics previously outlined.  Matt Gaughan and I would like to schedule a meeting with you on **Friday, May 15th at Herman, Herman & Katz in New Orleans** to discuss the documents and deposition. If you have any questions, please do not hesitate to contact us. We appreciate your professional courtesies.

Yours, Bruce Steckler

**Bruce W. Steckler**
**STECKLER, LLP**
12720 Hillcrest Road

Suite 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-4041
www.StecklerLaw.com

---

www.mcglinchey.com | www.CafaLawBlog.com

McGlinchey Stafford, PLLC in Florida, Louisiana, Mississippi, New York, Ohio and Texas and McGlinchey Stafford, LLP in California.

Confidentiality Statement: This email may contain attorney-client privileged or confidential information. It is for the sole use of the intended recipient(s). If you have received this transmission in error, immediately notify us by telephone at 504-586-1200 and return the original message to us at McGlinchey Stafford, 12th Floor, 601 Poydras Street, New Orleans, LA, 70130 via the United States Postal Service.

We take steps to remove metadata in attachments sent by email, and any remaining metadata should be presumed inadvertent and should not be viewed or used without our express permission. If you receive an attachment containing metadata, please notify the sender immediately and a replacement will be provided.

See McGlinchey Stafford Disclaimer/Privacy Policy http://www.mcglinchey.com/disclaimer/