# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ============================== | x | =========================== |
| | x | |
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | x | MDL NO. 2047 |
| | x | |
| | x | SECTION: L |
| | x | |
| THIS DOCUMENT APPLIES TO ALL CASES | x | JUDGE FALLON |
| | x | |
| | x | MAG. JUDGE WILKINSON |
| | x | |
| ============================== | x | =========================== |

**MAY 28, 2015 AMENDED AND SUPPLEMENTAL NOTICE OF EXPEDITED ORAL AND VIDEOTAPED DEPOSITION PURSUANT TO THE COURT'S DIRECTIVE DURING THE MARCH 17, 2015 SPECIAL HEARING AND MINUTE ENTRY AND ORDERS [REC.DOC. 18493]**

TO:    China National Building Materials Company Limited
        **Through its Counsel**
        Christopher Vejnoska
        Orrick, Herrington & Sutcliffe, LLP
        The Orrick Building
        405 Howard Street
        San Francisco, CA 94105

**PLEASE TAKE NOTICE** that pursuant to Rules 26 and 30(b)(6) of the Federal

Rules of Civil Procedure, and the Court's Minute Entry and Orders dated March 17, 2015

[Rec. Doc. No. 18493] (provided previously with the 3/19/15 Notice) authorizing

expedited discovery of Taishan and BNBM/CNBM regarding (i) the injunction prong of

the Court's July 17, 2014 Order holding Taishan in contempt of court, criminally and

civilly [Rec. Doc. No. 17869], and (ii) whether there exist alter ego relationships between

and among these entities, plaintiffs, by and through their undersigned attorneys, the

Plaintiffs' Steering Committee in the MDL, will take the deposition of **China National**

**Building Materials Company Limited, starting on June 5, 2015 at 8:00 a.m. and continuing thereafter on June 6, 7, and 8, 2015 at 9:00 a.m. at the offices of Gordon, Arata, 201 St. Charles Ave., 40th Floor, New Orleans, Louisiana.** The instant notice of oral and videotaped deposition is in addition to the previously noticed depositions and is in no way intended to supplant the prior deposition notices or discovery requests. Pursuant to Fed. R. Civ. P. 30(b)(6), **China National Building Materials Company Limited** shall designate and produce a designated representative or representatives, as may be required, to testify on behalf of **China National Building Materials Company Limited** concerning the topics identified in Schedule "A" attached hereto.

**If you are an attorney of record, please email cdw@golkow.com 48 hours prior to the deposition should you desire to participate by stream to view video/text so you may receive a username and password.**

Primary Examiners:     A Member of the PSC, or its designee
Videotaped Deposition: Yes
Call-In Number:           **888-337-8218**
                                     **Participant Code:  769758**

The deposition will be taken before a person authorized by law to administer oaths, pursuant to Fed. R. Civ. P. 28, and will continue from day-to-day, upon an expedited basis, until the examination is completed.

Pursuant to directives provided at the status conference on May 27, 2010, a brief explanation of the subject matter expected at this deposition is as follows:  The deposition will be conducted in furtherance of discovery related to the topics identified at the hearing before the Honorable Eldon E. Fallon on March 17, 2015 and in the Court's Minute Entry and Orders dated March 17, 2015.  This brief explanation is with full

reservation of all rights by the noticing party and is not intended to limit in any way the scope of the deposition noticed herein. Counsel should be aware that all matters may be discovered in the deposition and that the above explanation is made solely in accordance with the directives provided at the status conference. This is an MDL "common" fact witness deposition.

Respectfully submitted,

/s/ Russ M. Herman
**Russ M. Herman** (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
***HERMAN, HERMAN & KATZ, LLC***
820 O'Keefe Avenue
New Orleans, LA 70113
PH: (504) 581-4892
FAX: (504) 561-6024
ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin
Fred S. Longer
Sandra L. Duggan
Matthew C. Gaughan
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
PH: (215) 592-1500
FAX: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm, LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Peter Prieto
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Bruce William Steckler
Steckler, LLP
12720 Hillcrest Road, Ste 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-404
bruce@stecklerlaw.com

Ervin A. Gonzalez
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
ervin@colson.com

Jerrold Seth Parker
Parker Waichman, LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@attorneys4people.com

Christopher Seeger
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Victor M. Diaz, Jr., Esquire
V.M. Diaz and Partners, LLC
119 Washington Ave, Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

## OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W Suite  650
Washington, DC 20006
Phone: (202) 540-7200
Fax:  (202) 540-7201
rlewis@hausfeldllp.com

Anthony D. Irpino
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing May 28, 2015 Amended and Supplemental Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing has been served on Defendants' Liaison Counsel, Kerry Miller, BNBM and BNBM Group's local counsel, Harry Rosenberg, CNBM and CNBM Group's local counsel, Tim Eagan, and Taishan/TPP's local counsel, Alan Weinberger, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 28th day of May, 2015.

      /s/ Leonard A. Davis_____
      Leonard A. Davis
      Herman, Herman & Katz, LLC
      820 O'Keefe Ave.
      New Orleans, LA  70113
      PH:  (504) 581-4892
      Fax:  (504) 561-6024
      ldavis@hhklawfirm.com

# SCHEDULE A

## DEFINITIONS & INSTRUCTIONS

1.      "Taishan" means Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe

Dongxin Co., Ltd.; "TTP" means Tai'an Taishan Plasterboard Co., Ltd.; "BNBM" means

Beijing New Building Material Public Limited Company; "BNBM Group" means Beijing

New Building Material Group Co., Ltd.; "CNBM" means China National Building

Material Company Limited; and "CNBM Group" means China National Building

Material Group Corporation.

2.      "Chinese drywall" relates to drywall, plasterboard, or wallboard

manufactured in China.

3.      "Person" means any natural person or any business, legal, or governmental

entity or association.

4.      "Taishan Affiliates and Subsidiaries" shall include the following listed

entities, and any of their parents, related entities, subsidiaries, agents and assigns:

(a)      State-owned Assets Supervision and Administration Commission of the
         State Counsel ("SASAC");
(b)      China National Building Materials Group Co., Ltd. ("CNBM Group");
(c)      China Cinda Asset Management Co., Ltd. ("Cinda");
(d)      China Building Materials Academy;
(e)      Beijing New Building Material Group Co., Ltd. ("BNBM Group");
(f)      China National Building Material Import and Export Company
         ("CNBM Trading");
(g)      CNBM Forest Products, Ltd.;
(h)      CNBM Forest Products (Canada), Ltd.;
(i)      China National Building Material Co., Ltd. ("CNBM");
(j)      China United Cement Corporation (f/k/a China United Cement
         Group Corporation, Ltd.) (f/k/a China United Cement Co., Ltd.)

              ("China United");

(k)     China United Cement Huaihai Co., Ltd. (f/k/a China United Julong Huaihai Cement Co., Ltd.);

(l)     Qingzhou China United Cement Company Limited (f/k/a China United Qingzhou Luhong Cement Co., Ltd.);

(m)    China United Cement Zaozhuang Company, Limited (f/k/a Zaozhuang China United Luhong Cement Co., Ltd.);

(n)     China Composites Group Corp., Ltd. ("China Composites");

(o)     Lianyungang Zhongfu Lianzhong Composite Material Group Co., Ltd. ("Zhongfu Lianzhong");

(p)     Shanghai Yaohua Pilkington Glass Co., Ltd.;

(q)     Changzhou China Composites Liberty Co., Ltd. ("Zhongfu Liberty");

(r)     Changzhou China Composites Tianma Fiberglass Products Co., Ltd. ("Zhongxin Tianma");

(s)     Changzhou Liberty TOLI Building Material Co., Ltd. ("Liberty TOLI");

(t)     China Fiberglass Co., Ltd. ("China Fiberglass");

(u)     Jushi Group Co., Ltd. ("Jushi Group");

(v)     China Triumph International Engineering Co., Ltd. ("CTIEC");

(w)    Nanjing Triumph International Engineering Company Limited (f/k/a China Triumph International Engineering Company Limited) (f/k/a China Triumph Nanjing Cement Technological Engineering Co., Ltd.);

(x)     CTIEC Shenzhen Scieno-tech Engineering Co., Ltd.;

(y)     China Triumph Bengbu Engineering and Technology Co., Ltd. ("Bengbu Triumph");

(z)     CNBM Investment Company Limited (f/k/a BND Co., Ltd.);

(aa)    Beijing New Building Material Public Limited Company ("BNBM");

(bb)    Beijing New Building Materials Homes Co., Ltd.

(cc)    BNBM Suzhou Mineral Fiber Ceiling Company, Limited (f/k/a "Suzhou Tianfeng New Building Material Co., Ltd.")

(dd)    Taishan Gypsum Co., Ltd. (f/k/a Shandong Taihe Dongxin Co., Ltd.) ("Taishan");

(ee)    Qinhuangdao Taishan Building Materials Co., Ltd. (a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd.);

(ff)    Tai'an Taishan Plasterboard Co., Ltd. ("TTP");

(gg)    China United Luhong Cement Co., Ltd.;

(hh)    China United Nanyang Co.;

(ii)     Xingtai China United Ziyan Co., Ltd.;

(jj)     China National Building Materials and Equipment Import and Export Corporation ("China Equipment");

(kk)    Shenzhen B&Q Decoration & Building Materials Co., Ltd. ("Shenzhen B&Q");

(ll)     Beijing Incubator New Material Company Limited;

(mm)  Ningbo Beijing New Construction Materials Company Limited;

(nn)    Shenzhen Beijing New Real Estate Company Limited;

(oo)    United Suntech Craft,Inc.;
(pp)    Jiangjin Taishan Gypsum Construction Material Company
        Limited;
(qq)    Hengshui Taishan Gypsum Construction Material Company
        Limited;
(rr)    Dongguan BNBM Housing Design and Engineering
        Company Limited;
(ss)    Beijing Jieruixin Door & Window Company Limited;
(tt)    Chengdu Beijing New Construction Materials Company Limited;
(uu)    Taicang Beijing New Construction Materials Company Limited;
(vv)    Taian Donglian Investment Trading Company Limited;
(ww)    Fuxin Taishan Gypsum Construction Material Company Limited;
(xx)    Zhejiang Wenzhou Taishan Gypsum Construction Material Company
        Limited;
(yy)    Hebei Taishan Huaao Construction Material Company Limited;
(zz)    CNBM Energy Co., Ltd. ("CNBM Energy");
(aaa)   CNBM Forest Products New Zeland Limited ("Forest Products NZ");
(bbb)   CNBM Forest Products Trading, Ltd.;
(ccc)   CNBM International Corporation;
(ddd)   CNBM International Engineering Co. Ltd;
(eee)   CNBM Technology Co., Ltd.;
(fff)   CNBM International Equipment, Co.;
(ggg)   CNBM USA, Corp.;
(hhh)   CTIEC-TECO;
(iii)   CNBM – CMAX;
(jjj)   CNBM- Parts;
(kkk)   CNBM Solar;
(lll)   BNBM of America, Inc.;
(mmm) BNBMG Metal; and
(nnn)   INTECH Building Co., Ltd.;
(ooo)   Beijing New Building Material Co., Ltd.

## DEPOSITION TOPICS

Pursuant to Rule 30(b)(6), you shall designate and produce for deposition one or

more of your officers, directors, managing agents, or other persons who consent to testify

on your behalf concerning the following subject matters:

1.      Chinese drywall manufactured by Taishan or TTP, which was shipped

and/or delivered to an address in the United States from 2005-2007.

2.      Chinese drywall manufactured by BNBM, which was shipped and/or delivered to an address in the United States from 2005-2015.

3.      Communications between or among Che Gang, Wenlong Peng, Jia Tongchun, and/or BNBM/BNBM Group's and/or CNBM/CNBM Group's Directors, Executive Officers and/or General Managers which refer to or relate to:

a.      Chinese drywall manufactured by Knauf, which was shipped and/or delivered to an address in the United States from 2005 to the present, including customer complaints about the drywall.

b.      Chinese drywall manufactured by Taishan or TTP, which was shipped and/or delivered to an address in the United States from 2005 to the present, including customer complaints about the drywall.

c.      Litigations in the United States alleging defects in Taishan's Chinese drywall from 2009-2015.

d.      Shareholder meetings (formal or informal) in which majority or minority shareholders of Taishan discussed the litigations in the United States, including, but not limited to, participation in the litigations, default judgments, judgment debtor rules, contempt orders, injunctions, appeals, writs from 2009-2015.

e.      Taishan's affiliates, subsidiaries, associates, or business activities in the United States during the contempt period, from July 17, 2014-March 31, 2015.

f.      Approval of annual reports, 2006 global offering, interim reports and announcements of Taishan, TTP, BNBM, BNBM Group, CNBM, and CNBM Group from 2005-2015.

4.      Facts flowing from the legal concepts of: notice, service of process, due process, jurisdiction, alter ego, single business enterprise, estoppel, res judicata, affiliation of business entities, sovereign immunity, and personal jurisdiction over BNBM, BNBM Group, CNBM, and CNBM Group.

5.      Corporate relationships between and among CNBM Group, CNBM, BNBM Group, BNBM, Taishan, TTP, other Defendants in *In re Chinese-Manufactured Drywall Prods. Liab. Litig.*, MDL 2047 (E.D. La.), and other companies owned by CNBM Group, CNBM, BNBM Group, BNBM, Taishan, and TTP.