UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NOTICE OF MANUAL ATTACHMENT

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL |
| | NO: 09-2047 |
| | SECTION: L (2) |

ATTACHMENTS TO DOCUMENT NO. 18987

    DESCRIPTION: SEALED Flash Drive

    FILED BY: Plaintiffs' Steering Committee

    FILE DATE: May 22, 2015

ARE LOCATED IN THE CLERK'S OFFICE in possession of the Case Manager