# EXHIBIT E

| PAYTON V. KNAUF GIPS, KG, ET AL 09-7628 OMNIBUS I (B) COMPLAINT | | |
| --- | --- | --- |
| DEFENDANT | ADDRESS FOR SERVICE | SERVICE WAS MADE |
| Knauf Gips KG | Kerry J. Miller, Esquire Frilot LLC Suite 3700 1100 Poydras Street New Orleans LA 70130 | 1/31/11 |
| Knauf Insulation GmbH a/k/a Knauf USA and/or Knuaf Insulation USA | Kerry J. Miller, Esquire Frilot LLC Suite 3700 1100 Poydras Street New Orleans LA 70130 | 1/31/11 |
| Guangdong Knauf New Building Materials Products Co., Ltd. | Kerry J. Miller, Esquire Frilot LLC Suite 3700 1100 Poydras Street New Orleans LA 70130 | 1/31/11 |
| Knauf Plasterboard (Tianjin) Co., Ltd. | Kerry J. Miller, Esquire Frilot LLC Suite 3700 1100 Poydras Street New Orleans LA 70130 | 1/31/11 |
| Knauf Plasterboard (Wuhu) Co. Ltd. | Kerry J. Miller, Esquire Frilot LLC Suite 3700 1100 Poydras Street New Orleans LA 70130 | 1/31/11 |