# EXHIBIT K

| *Gross v. Knauf Gips, KG, et al* 09-6690 | | |
|---|---|---|
| **Defendant** | **Service Address** | **Service Was Made** |
| Beijing New Building Materials Public Limited Company (BNBM) | No. 16 West Road Jiancaicheng Xisanqi Haidian District Beijing China 100096 | 2/25/10 Served with rejected legal process. |
| Beijing New Building Materials Group Co., Ltd. (BNBM Group) | No. 16 West Road Jiancaicheng Xisanqi Haidian District Beijing China 100096 | 8/25/10 |
| Changzhou Yinhe Wood Industry Co., Ltd. | Qianfeng Industrial Park Henglin Town Changzhou, Jiangsu, China 213 103 | 6/27/10 |
| China National Building Materials Co., Ltd. (CNBM) | 17th Floor Zhong Guo Jian Cai Da Sha San Li He Road #11 Haidian District Beijing City, PR.China 100037 | 2/25/10 |
| China National Building Material Group Corporation (CNBM Group) | 17th Floor Zhong Guo Jian Cai Da Sha San Li He Road #11 Haidian District Beijing City, PR.China 100037 | 2/25/10 |
| CNBM USA Corp | Lina Zhang Suite 558 City of Industry, CA 91748 | 11/19/09 |
| Fuxin Taishan Gypsum And Building Material Co., Ltd. | Pingxi Industrial Park North Haizhou District Fuxin Liaoning 123000 | 3/4/10 |

| *Gross v. Knauf Gips, KG, et al* <br> *09-6690* | | |
|---|---|---|
| **Defendant** | **Service Address** | **Service Was Made** |
| Guangdong Knauf New Building Products Co., Ltd. | No. 2 Xinsha Development Zone <br> Machong Country <br> RC-523147, Guangdong <br> China | 12/29/10 |
| Hubei Taishan Building Material Co., Ltd. | Jingmen High and New Technology Industrial Park, Hubei <br> 448000 | 2/8/10 |
| Jinan Run & Fly New Materials Co., Ltd. | 3-201, Ruyibei BLD. <br> Hualong Road <br> Jinan, Shandong China <br> 250100 | 2/8/10 |
| King Shing Steel Enterprises Co., Ltd. | No. 21 Sec. 1, Baoan Road <br> Baoan Tsuen Ren Der Shiang <br> Tainan Shian, Taiwan | |
| Knauf AMF GMBH& Co. KG | Elsenthal 15 <br> Grafenau German 94481 | 2/4/10 |
| Knauf DO Brasil, Ltd. | Kerry J. Miller, Esquire <br> Frilot LLC <br> Suite 3700 <br> 1100 Poydras Street <br> New Orleans LA 70130 | 12/29/10 |
| Knauf GIPS KG | Postfach 10, 97343 <br> Iphofen, Germany | 3/2/10 |
| Knauf Gypsum Indonesia | Kerry J. Miller, Esquire <br> Frilot LLC <br> Suite 3700 <br> 1100 Poydras Street <br> New Orleans LA 70130 | 12/29/10 |
| Knauf Insulation GMBH a/k/a Knauf USA | One Knauf Drive <br> Shelbyville, Indiana 46176 | 11/16/09 |

| *Gross v. Knauf Gips, KG, et al*<br>*09-6690* | | |
|---|---|---|
| **Defendant** | **Service Address** | **Service Was Made** |
| Knauf Plasterboard (Tianjin) Co. Ltd. | North Yinhe Bridge<br>East Jingjin Road<br>Beichen District<br>Tianjin, 300400 P.R.C. | 2/5/10 |
| Knauf Plasterboard (Wuhu) Co. Ltd. | No. 2 Gang Wan Road<br>Wuhu Economic & Technological Development Area<br>Aihui, 241009, PR China | 4/1/10 |
| Guangdong Knauf New Building Materials Products Co., Ltd. | Ma'er Xinsha Development Zone<br>Mayong County<br>Dongguan City<br>Guangdong, 523147<br>P.R. China | 5/10/10 |
| Nanhai Silk Imp. & Exp. Corporation | Block 1<br>4 Nangui Road, West<br>Foshan Guangdong<br>China, 528200 | 3/12/10 |
| Oriental Merchandise Company, Inc. f/k/a Oriental Trading Company, Inc | Chiyeko Tamai, 5037 Academy Dr.  Metairie, La 70006 | 11/3/10 |
| Pingyi Baier Building Materials Co., Ltd. | Baier Industrial Park<br>Ziqiu Town<br>Pingyi County<br>Shandong<br>China 273305 | 2/25/10 |
| Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd.  f/k/a Shandong Chenxiang Building Materials Co., Ltd (Chexiang) | Dongyah Dianzi Village<br>Pingyi Town<br>Pingyi County<br>Shandong China 273300 | 2/25/10 |

| *Gross v. Knauf Gips, KG, et al* <br> *09-6690* | | |
|---|---|---|
| **Defendant** | **Service Address** | **Service Was Made** |
| Qingdao Yilie International Trade Co., Ltd | Room 804 <br> Building 1 <br> Tianshengyuan <br> 21 Donghai West Road <br> Shinan District <br> Qingdao, Shandong, China | 2/22/10 |
| Qinhuangdao Taishan Building Material Co., Ltd | Gangcheng Street <br> East No. 69 <br> Haigang District <br> Qinhuangdao <br> 066000 | 2/9/10 |
| Rothchilt International, Ltd. | N–510 Chia Hsn Bld <br> Annex 96 Chung Shan N. Rd. <br> Sec. 2 <br> Taipei, Taiwan R.O.C. | |
| Shaanxi Taishan Gypsum Co., Ltd. | Weibei Industrial Park <br> Xinshi Township <br> Linwei District <br> Weinan City <br> Shaanxi <br> 714000 | |
| Shandong Oriental International Trading Co., Ltd. | 17 - 21/F Shandong International Trades Mansion <br> 51 Taiping Road <br> Qingdao, China 266002 | 2/25/10 |
| Shandong Yifang Gypsum Industry Co., Ltd. | Industry Park of <br> Taierzhuang, Zaozhuang City, <br> Shandong <br> China 277400 | |
| Shanghai East Best Arts & Crafts Co., Ltd. | 273 SI Ping Lu <br> Shanghai <br> Shanghai China 200081) | 3/8/10 |

| *Gross v. Knauf Gips, KG, et al* <br> *09-6690* |||
|---|---|---|
| **Defendant** | **Service Address** | **Service Was Made** |
| Shanghai Yu Yuan Imp. & Exp.Co., Ltd | 3/F No. 135-1 <br> Jiu Jiao Chang Road <br> Shanghai <br> China 200010 <br><br> No. 2 Dong Chang'an Avenue <br> Beijing China 100731 | 2/26/10 |
| SIIC Shanghai International Trade (Group) Co., Ltd. | 30/F, SIIC Building <br> No. 18, Caoxi North Road <br> Shanghai, China 200030 | 3/10/10 |
| Sinkiang Tianshan Building Material and Gypsum Product Co., Ltd | Dabancheng Village <br> Dabancheng Township <br> Dabancheng District <br> Urumchi <br> Xinjiang Uygur Autonomous Region <br> 8300389 | 4/30/10 |
| Sunrise Building Materials Ltd. | Unit 7, 55 Nugget Ave. <br> Scarborough, Toronto, ON <br> Canada, M1S 3L1 | 12/7/09 |
| Tai'an Jindun Building Material Co., Ltd. | Dawenkou <br> Daiyue District <br> Tai'an <br> 271026 <br> 0538-8812516 | 2/4/10 |
| Tai'an Kangyijia Building Materials Co., Ltd. | Shigao Industrial Park <br> Dawenkou, Tai'an City <br> Shandong, China <br> 271024 | 3/1/10 |
| Tai'an Taishan Gypsum Board Co., Ltd. | Houzhou Village <br> Dawenkou <br> Daiyue District <br> Tai'an <br> 271026 | 2/4/10 |

| *Gross v. Knauf Gips, KG, et al* <br> 09-6690 | | |
|---|---|---|
| **Defendant** | **Service Address** | **Service Was Made** |
| Taian Taishan Plasterboard Co., Ltd. | Beixiyao Village <br> Dawenkou <br> Taian <br> Shandong 271026 <br> China | 2/4/10 |
| Taishan Gypsum (Baotou) Co., Ltd. | No. 7 Goumen Township <br> Tuyouqi <br> Baotou <br> Inner Mongolia Autonomous Region <br> 014100 | 3/3/10 |
| Taishan Gypsum (Chongqing) Co., Ltd. | Luhuang Industrial Park A <br> Jiangjin <br> Chongqing <br> 402260 | 2/9/10 |
| Taishan Gypsum (Henan) Co., Ltd. | Shouyang Industrial Park <br> Beihuan Road North <br> Yanshi <br> Henan <br> 471900 | 3/25/10 |
| Taishan Gypsum (Hengshui) Co., Ltd. | Renmin West Road <br> (Hengfeng Power Plant Ecology Industrial Park) <br> Hengshui City <br> 053000 | |
| Taishan Gypsum (Jiangyin) Co., Ltd. | Shengang Industrial Park <br> Jiangyin Economic and Technological Development Zone <br> Jiangsu <br> 214443 | 7/29/10 |
| Taishan Gypsum (Pingshan) Co., Ltd. | Dianchang Road <br> Pingshan Township <br> Pingshan County <br> 050400 | 3/11/10 |

| *Gross v. Knauf Gips, KG, et al* <br> 09-6690 | | |
|---|---|---|
| **Defendant** | **Service Address** | **Service Was Made** |
| Taishan Gypsum (Pizhou) Co., Ltd. | Yunhe Bridge West <br> Xulian Road <br> Pizhou City <br> Jiangsu <br> 221200 | 3/3/10 |
| Taishan Gypsum (Tongling) Co., Ltd. | Jinqiao Industrial Park <br> Tongling Anhui <br> 244000 | 2/20/10 |
| Taishan Gypsum (Wenzhou) Co., Ltd. | Wenzhen Power Generation Co., Ltd., Yinhui Road No. 76, Panshi Zhen, Leqing, Wenzhen, Zhenjiang, China 325602 | 5/14/10 |
| Taishan Gypsum (Xiangtan) Co., Ltd. | Industrial Park <br> Guoqiang Village <br> Shuangma Township <br> Yuetang District <br> Xiangtan <br> Hunan <br> 411102 | 3/24/10 |
| Taishan Gypsum Co. Ltd, f/k/a Shandong Taihe Dongxin Co., Ltd. | Dawenkou Daiyue District 271026 Taian, Shandong, China | 2/4/10 |
| Taishan Gypsum Co., Ltd. Lucheng Branch | Ganlin Road No. 3 <br> Lucheng, Shaanxi <br> 047500 | 3/26/10 |
| The China Corporation, LTD | 1 Market Street <br> Spear Tower 36F <br> San Francisco, CA 94105 <br><br> Room A22, 13/F, Block A <br> 37-41 San Mei Street <br> Wah Lok Industrial Centre <br> Fotan, Sha Tin, New Territories <br> Hong Kong, SAR | |

| *Gross v. Knauf Gips, KG, et al* <br> *09-6690* | | |
|---|---|---|
| **Defendant** | **Service Address** | **Service Was Made** |
| Tianjin Tianbao Century Development Co., Ltd. | 3 F, Eastern Exhibition Hall 31 Halbin Fifth Road Tianjin Free Trade Zone Tianjin City, China | 2/8/10 |
| Weifang Aotai Gypsum Co., Ltd. | Anqiu Economic Development Zone North Weifang 262100 | |
| Wide Strategy Limited | Room 203 No. 7-19 Tiyudoncheng Street East Tiyu Road Tianhe, Guangzhou, China 510635 | |
| Yunan Taishan Gypsum And Building Material Co., Ltd. | Sanjia Village Liujiezhen Factory Yimen County Yunan 651107 | 4/7/10 |