# EXHIBIT Y

| ***AMORIN, ET AL V. TAISHAN GYPSUM CO., LTD F/K/A SHANDONG TAIHE DONGXIN CO. LTD., ET AL*** <br> ***11-1395*** <br><br> ***OMNIBUS XVI COMPLAINT (LOUISIANA)*** |||
|---|---|---|
| **DEFENDANT** | **ADDRESS FOR SERVICE** | **SERVICE WAS MADE** |
| Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd. | Joe Cyr, Esquire <br> HOGAN LOVELLS US LLP <br> 875 Third Avenue <br> New York, NY 10022 | 7/9/14 <br> Served on defense counsel via Federal Express pursuant to the Court's Order dated June 25, 2014 (Rec. Doc. No. 17790) |
| Taian Taishan Plasterboard Co., Ltd. | Joe Cyr, Esquire <br> HOGAN LOVELLS US LLP <br> 875 Third Avenue <br> New York, NY 10022 | 7/9/14 <br> Served on defense counsel via Federal Express pursuant to the Court's Order dated June 25, 2014 (Rec. Doc. No. 17790) |
| CNBM USA Corp | 17800 Castleton Street, Ste. 558 <br> City of Industry, CA 91748 | 12/17/12 |
| BNBM of America Inc. | Donald H. Wilson, Jr. <br> 245 South Central Ave. <br> Bartow, FL 33830 | 12/12/12 |
| BNBM USA | 245 South Central Ave. <br> Bartow, FL 33830 | 12/12/12 |
| United Suntech Craft, Inc. | 2555 Huntington Dr., Suite F, San Marino, CA 91108 | 12/11/12 |