**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**MOTION FOR LEAVE TO FILE PLAINTIFF'S MOTION TO LIMIT THE TESTIMONY OF DEFENDANTS' EXPERT LAURENTIUS MARAIS PURSUANT TO FED.R.EVID. 702 AND 401 AND MOTION TO STRIKE THE REVISED DECLARATION OF DR. MARAIS UNDER SEAL**

NOW INTO COURT come Plaintiffs' Liaison Counsel and Plaintiffs' Lead Counsel, who respectfully request leave to file its Motion to Limit the Testimony of Defendants' Expert Laurentius Marais Pursuant to Fed.R.Evid. 702 and 401 and Motion to Strike the Revised Declaration of Dr. Marais, Memorandum of Law in Support of Motion to Limit the Testimony of Defendants' Expert Laurentius Marais Pursuant to Fed.R.Evid. 702 and 401 and Motion to Strike the Revised Declaration of Dr. Marais, as well as  Exhibits 1 through 7 UNDER SEAL.

Some of the information contained in the Motion, Memorandum of Law and Exhibits 1 through 7 is highly confidential and should be filed UNDER SEAL.

Dated: May 29, 2015				Respectfully Submitted,

				BY: /s/ Russ M. Herman
					Russ M. Herman (LA Bar No. 6819)
					Leonard A. Davis (LA Bar No. 14190)
					Stephen J. Herman (LA Bar No. 23129)
					Herman, Herman & Katz, LLC
					820 O'Keefe Avenue
					New Orleans, LA 70113
					Phone: (504) 581-4892
					Fax: (504) 561-6024
					ldavis@hhklawfirm.com
					*Plaintiffs' Liaison Counsel*
					*MDL 2047*

					Arnold Levin
					Fred S. Longer
					Sandra L. Duggan
					Matthew Gaughan
					Levin, Fishbein, Sedran & Berman
					510 Walnut Street, Suite 500
					Philadelphia, PA 19106
					Phone: (215) 592-1500
					Fax: (215) 592-4663
					alevin@lfsblaw.com
					*Plaintiffs' Lead Counsel*
					*MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm, LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Peter Prieto
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Bruce William Steckler
The Steckler Law Firm
12700 Park Central Drive, Ste. 1900
Dallas, TX 75251
Phone: (972) 387-4040
Fax: (972) 387-4041
bruce@stecklerlaw.com

Ervin A. Gonzalez
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 29-2931
hlambert@thelambertfirm.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker, Waichman, LLP
27300 Riverview Center Blvd., Suite 103
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Reeves & Mestayer
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@rmlawcall.com

Christopher Seeger
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield, Bryson & Mason
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Victor M. Diaz, Jr., Esquire
V.M. Diaz and Partners, LLC
119 Washington Ave, Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W., Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Anthony D. Irpino (On the Brief)
Pearl Robertson (On the Brief)
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 29th day of May, 2015.

                          Respectfully Submitted,

                 BY: /s/ Leonard A. Davis
                      Leonard A. Davis
                      Herman, Herman & Katz, LLC
                      820 O'Keefe Avenue
                      New Orleans, LA 70113
                      Phone: (504) 581-4892
                      Fax: (504) 561-6024
                      ldavis@hhklawfirm.com

                      *Plaintiffs' Liaison Counsel*
                      *MDL 2047*