UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

******************************************************************

IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

CIVIL DOCKET NO. 09-MD-2047 "L"
NEW ORLEANS, LOUISIANA
THURSDAY, MAY 28, 2015, 10:30 A.M.

08:58:43

THIS DOCUMENT RELATES TO ALL CASES

******************************************************************

TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS
HEARD BEFORE THE HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE PLAINTIFFS' LIAISON COUNSEL:

HERMAN HERMAN KATZ
BY: RUSS M. HERMAN, ESQUIRE
LEONARD A. DAVIS, ESQUIRE
820 O'KEEFE AVENUE
NEW ORLEANS, LA 70113

LEVIN, FISHBEIN, SEDRAN & BERMAN
BY: ARNOLD LEVIN, ESQUIRE
FRED S. LONGER, ESQUIRE
SANDRA L. DUGGAN, ESQUIRE
510 WALNUT STREET, SUITE 500
PHILADELPHIA, PA 19106

APPEARANCES CONTINUED:

SEEGER WEISS
BY: CHRISTOPHER SEEGER, ESQUIRE
77 WATER STREET, 26TH FLOOR
NEW YORK, NY 10005

FOR TAISHAN GYPSUM CO., LTD, AND TAI'AN TAISHAN PLASTERBOARD CO., LTD.:

ALSTON & BIRD
BY: BERNARD TAYLOR, SR., ESQUIRE
MICHAEL P. KENNY, ESQUIRE
ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309

HANGARTNER, RYDBERG & TERRELL
BY: ALAN D. WEINBERGER, ESQUIRE
ONE SHELL SQUARE
701 POYDRAS STREET, SUITE 310
NEW ORLEANS, LA 70179

FOR BNBM GROUP AND BNBM PLC:

DENTONS US
BY: RICHARD L. FENTON, ESQUIRE
LEAH R. BRUNO, ESQUIRE
233 SOUTH WACKER DRIVE, SUITE 7800
CHICAGO, IL 60606

DENTONS US
BY: C. MICHAEL MOORE, ESQUIRE
2000 MCKINNEY AVENUE, SUITE 1900
DALLAS, TX 75201

FOR CNBM:

ORRICK HERRINGTON & SUTCLIFFE
BY: JAMES L. STENGEL, ESQUIRE
51 WEST 52ND STREET
NEW YORK, NY 10019

APPEARANCES CONTINUED:

ORRICK HERRINGTON & SUTCLIFFE
BY: L. CHRISTOPHER VEJNOSKA, ESQ.
THE ORRICK BUILDING
405 HOWARD STREET
SAN FRANCISCO, CA 94105

OFFICIAL COURT REPORTER: CATHY PEPPER, CRR, RMR, CCR
CERTIFIED REALTIME REPORTER
CERTIFIED MERIT REPORTER
500 POYDRAS STREET, ROOM B406
NEW ORLEANS, LA 70130
(504) 589-7779
Cathy_Pepper@laed.uscourts.gov

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY. TRANSCRIPT PRODUCED BY COMPUTER.

# I N D E X

| ITEMS | PAGE |
|---|---|
| UPCOMING TRIAL ON DAMAGES | 6 |
| THE FOCUS OF IT IS ON DAMAGES | 6 |
| BNBM BRINGS UP A MOTION REGARDING THE JURISDICTION OF THE COURT | 7 |
| SCOPE OF THE JUNE 9TH HEARING | 7 |
| EXHIBIT LIST | 9 |
| HOW LONG THE HEARING IS SCHEDULED FOR | 10 |
| DEFENSE SIDE REALLY SHOULD BE LIMITED TO ONE QUESTIONER OF A WITNESS | 10 |
| SCHEDULE TIME ON JUNE 8TH | 13 |
| JUNE 10TH | 14 |
| EXHIBIT BOOK | 14 |
| DEPOSITIONS THAT HAVE BEEN TAKEN OF THE WITNESSES | 15 |

**P-R-O-C-E-E-D-I-N-G-S**

THURSDAY, MAY 28, 2015

IN CHAMBERS

(VIA TELEPHONE)

10:33:37

10:33:37 THE COURT: Good morning, this is Judge Fallon. Who is on the line first for the plaintiffs?

10:33:42 MR. SEEGER: Good morning, Your Honor. It's Chris Seeger.

10:33:44 THE COURT: Chris Seeger. Okay.

10:33:44 MR. LEVIN: Arnold Levin, Your Honor.

10:33:45 THE COURT: Okay.

10:33:45 MR. HERMAN: Your Honor, Russ Herman, Sandi Duggan, and Lennie Davis.

10:33:54 THE COURT: Okay.

10:33:54 MR. LONGER: Fred Longer is here as well, Your Honor. Good morning.

10:33:57 THE COURT: Good morning. Anyone else for the plaintiffs? Okay. For the defendants? Taishan?

10:34:04 MR. TAYLOR: For Taishan, Your Honor, good morning. It's Bernard Taylor and Mike Kenny.

10:34:08 THE COURT: Bernard.

10:34:09 MR. WEINBERGER: And Alan Weinberger also. Thank you.

10:34:15 THE COURT: And for CNBM?

MR. STENGEL: You've got Jim Stengel and Chris Vejnoska on.

THE COURT: Anybody for CNBM Materials and Company, CNBM? Anybody else?

MR. STENGEL: Same people, Your Honor, Jim Stengel and Chris Vejnoska.

THE COURT: How about BNBM? B as in boy.

MR. FENTON: You've got Rick Fenton, Mike Moore, and Leah Bruno for BNBM and BNBM Group.

THE COURT: Okay. Anyone else?

Okay. We're here today to discuss the upcoming trial on damages in this matter. The parties sort of requested the conference so that they could prepare for it in a better fashion. I've got a motion to exclude certain exhibits.

Let me say at the outset that in my view of this hearing, the focus of it is on damages. I issued a findings of fact back in, let's see, the September 26, 2014, dealing with findings of fact and conclusions of law talking about the certifiability of the matter, the liability, and I set this portion of it to discuss and to hear evidence on damages. That's really the focus of it.

I don't see either the necessity or any reason for going back into the liability or certifiability of it. It's packaged in two portions. I've done that. Now I'm moving into damages. When that is completed, then I'll entertain

10:36:22 motions to decertify or motions to exclude or whatever motions there are.

10:36:32 BNBM brings up a motion regarding the jurisdiction of the court. That is being discovered now and will be discovered, and I'll deal with that motion. But June 9th is really focused on damages, as I appreciate the matter.

10:36:55 I'll hear from the parties. Anything from the plaintiffs?

10:36:58 MR. SEEGER: Your Honor, it's Chris Seeger. So, I think you resolved, Judge, the first item I wanted to raise, and that is I wanted to just clarify what the scope of the June 9th hearing is because there have been motions filed, and I've been through a round of depositions with Jerry, and so I think he's resolved that so we're clear on the scope.

10:37:14 THE COURT: Yes.

10:37:17 MR. SEEGER: The other points -- I mean, I don't know if you need to hear me on the scope issue. I had some other issues to raise, Judge. Should I go into some of the things --

10:37:26 THE COURT: Anything from the defendant on the scope of it? Bernard, do you have any suggestions or any comments on the scope?

10:37:32 I received your motion, and by and large, I think you're right. On many of the documents, many of them have to do with things that I've already dealt with once, so I don't

see that as necessary in dealing with it again. I've already done that. Now, that doesn't mean that whatever the outcome is that it's not appropriate to file motions. It is. I'll deal with the motions.

The challenging aspect in these cases is that you can't deal with every issue at the same time. You have to have some order in it, but that doesn't mean that you don't deal with the issue. It simply means that you can't deal with everything at the same time. It's not a three-ring circus or a fifty-ring circus. That's the way I see it, anyway.

Bernard --

MR. TAYLOR: Yes, sir. My colleague, Mike Kenny, has a couple of comments.

THE COURT: Go ahead, Mike.

MR. KENNY: Good morning, Your Honor. With regard to the scope, we understand Your Honor's decision to put off the hearing on the motion for decertification, but we still believe that with regard to the legal propriety of class damages, which is what the plaintiffs are seeking on June 9th, that there are threshold legal arguments. We've raised them in our papers already, in our opposition papers. We anticipate submitting supplemental papers tomorrow in light of the changed circumstance with regard to the plaintiffs' request for class damages, but we would like to be heard orally on those motions at the hearing on June 9th, then I think, you know, prior to,

10:39:25 if need be, have our witnesses there, but we think that that threshold issue should be decided first.

10:39:32 THE COURT: Well, submit your material and if I need the oral argument, I'll grant it; if I don't, I'll simply rule on it. Let's make sure you have your witnesses available.

10:39:46 MR. FENTON: Your Honor, this is Rick Fenton for BNBM, and I just wanted to address the scope of the hearing.

10:39:55 I think we have been viewing the hearing in much the way that Your Honor has just stated. It's really a narrow inquiry into the amount of damages that may be due to the class plaintiffs, and I did want to address very briefly the exhibit list. I think Your Honor has already expressed his concern that it goes beyond the scope.

10:40:20 Just to put a point to it for the Court, the plaintiffs' exhibit list has four attachments. Exhibit B to that list, I think, is a perfectly appropriate exhibit list for the damage hearing. That's not to say that I agree to the admissibility of everything, but obviously I think the exhibits there are all pertinent to the damage issue.

10:40:44 I think Exhibits A, C -- A, C, and D do not relate to damages in the least, so just to put that in front of the Court in terms of any orders that may be entered.

10:41:00 THE COURT: Okay. Thank you.

10:41:03 Chris, go ahead. You're on now on the other issues.

MR. SEEGER: So, on the other issues, Judge, Jerry and I raised these issues with Mr. Fenton and some of the other defendants, and we've gotten various responses on how long the hearing is scheduled for. I think that may have just been resolved because the brief that was just filed by Taishan acknowledged what we understood this to be, which is a one-day hearing.

THE COURT: Yes. Let me just say this: I've got another matter in another case the next day. That won't take me long, so if you all need some time, I'll give you time to do it, but I would have hoped that this could be packaged in one day. I don't want people to speak like a tobacco auctioneer. I need to hear the whole story, so if you do need some time, I can probably deal with that, but my hope is we can be finished in one day.

MR. SEEGER: From our perspective, Judge, just with scheduling witnesses and people who are participating who thought this was one day, even if we had to go a little late, it wouldn't be a problem. Obviously, it's up to Your Honor.

THE COURT: Yes, I'll work with you all on it and make sure you have enough time.

MR. SEEGER: Okay. The other item I have, Judge, to raise, which I think is incredibly important, particularly in light of the Court's prior findings on alter ego, that the defense side really should be limited to one questioner of a

witness; otherwise, we run the risk of this thing becoming, you know, the tag team approach to witnesses and, you know, just drawn out and turning it into a circus.

We've already seen from the depositions that they like to have more than one questioner. Their interests are clearly aligned. There is no question about unity of interests, and with alter ego findings I think it would be fair, Jerry and I are going to be the only ones questioning from the plaintiffs' side, if they select one questioner or cross-examiner of the two witnesses that are going to be on the stand, one is a fact witness, Jake Woody, who they deposed for over seven hours the other day, and the other is George Ingalls, I can't imagine they need to put two or three people on.

THE COURT: Okay. Let me hear from the other side. What's your view, folks?

MR. KENNY: Yes, Your Honor. Michael Kenny. As a general proposition, I think all the defendants should have a right to cross-examination, but having said that, I wish Mr. Seeger had spoken to us before raising this because our plan is to have two people, me and Rick Fenton, actually do the directs and the cross-examinations.

Now, as Your Honor knows, you never know what might come up once you start the game, and I think it would be fundamentally unfair to say to the lawyers for any of the

10:44:05 defendants that you cannot ask any questions. You just don't know what's coming up, but it is our good faith intention to essentially have two lawyers do all of the witness examinations.

10:44:17 MR. FENTON: If I may put a point to this, this is Rick Fenton, Mr. Kenny and I are coordinating. We certainly don't intend to duplicate what the other is doing. Quite frankly, we have divided up some substantive areas of responsibility that Mr. Kenny has more familiarity with, some I do -- I think we plan to be very efficient -- but I agree with Mr. Kenny, I don't think that it's appropriate to limit the ability of one party notwithstanding the alter ego findings to make its record.

10:44:54 As I said, I don't think that's going to involve any duplication or lengthen the proceedings in any way, but I think that certainly both lawyers ought to be able to ask questions of any witnesses on cross. I think for the directs, one lawyer will be conducting the direct. We're not going to be dividing that up.

10:45:16 THE COURT: I take it that, then, whoever appears to ask questions is in the case. This is your shot. So, you ask the question, you're before me. I'll be dealing with it in that fashion. I'll listen. I'm not going to let people do the same questioning over and over and over, but since a person who feels that they are before me in this case and they have to

protect their client who is before me, I'll listen to that and I'll deal with it accordingly. I think we can efficiently do it.

All right, folks. Thank you very much.

MR. SEEGER: Judge, can I ask one last question of you, Judge? I really hate to --

THE COURT REPORTER: Who is speaking?

THE COURT: Chris Seeger.

MR. SEEGER: -- impose on your time.

THE COURT: No, no, no.

MR. SEEGER: Does it make any sense to Your Honor, if you need oral argument and last-minute Motions in *Limine*, *Daubert* motions, anything that could possibly be thought of that comes up prior to this, would it make sense to schedule time on the 8th so we could hit the ground running on the 9th with the witnesses?

THE COURT: Sure. I could do that.

MR. SEEGER: If that doesn't work for, Your Honor --

THE COURT: No, hold on. Let me see if I'm in trial or not.

THE CLERK: No, the 8th is open.

THE COURT: Yes, okay, we could do that, if you all need to do that so that we can efficiently put on the witnesses. Either side. If you've got something that you need me to focus on and hear argument on, let me know and let

everybody know and I'll schedule it for you.

MR. FENTON: Your Honor, one last question. If, in fact, we go over into July 10th, would we go over in the morning for planning purposes --

THE COURT: It's June 10th. You mean June 10th.

MR. FENTON: I meant June 10th. If we go over to the next day, would we pick up immediately in the morning or would we do it another time during the day?

THE COURT: No, I've got something at 9:00, but I should be able to be finished -- at 8:00, but I should be able to be finished at 9:30.

THE COURT REPORTER: Was that Mr. Fenton?

MR. SEEGER: Judge, the only thing, would that go to the 10th? I know you've already indicated we could work a little late. That would create some major scheduling problems for lawyers and witnesses on the plaintiffs' side, but going late on the 9th is not a problem.

THE COURT: All right. We'll see what we can do.

MR. SEEGER: Thank you, Judge.

THE COURT: All right, folks.

MR. SEEGER: Thank you, Judge.

THE COURT: Wait, let me ask you this: It's helpful to me if I have an exhibit book so I can begin looking through it before the trial. Hopefully with some of the guidance that I just mentioned to you, the exhibits will be able to be packaged

easily, so give it to me three days before the trial so I can look at it and be up to speed.

Also, there have been some depositions that have been taken of the witnesses. I really would like the depositions so I can read the depositions before the hearing so I'll be up to speed on that, too.

MR. SEEGER: Absolutely, Judge. From the plaintiffs' perspective, I think we could gather up all four of the depositions and send them over to you, unless at the defendants want to.

THE COURT: I don't need double. If you do it, do it as quickly as you can so I'll have time to read them.

MR. SEEGER: All right. We'll get those over to you today. Then on the exhibit books, I don't think that's going to be a problem.

MR. KENNY: I'm sorry, Chris. Let me suggest this: The deposition transcripts are just coming in. The witnesses hadn't had an opportunity to review. I think we ought to at least give the witnesses a few days to review in case they've got an errata sheet.

THE COURT: Okay. Why don't you all get together on that, folks, and get them to me as quickly as you can.

MR. SEEGER: Who was that speaking just so I can follow up with you on the transcripts? Was that Fenton --

MR. KENNY: Mike Kenny.

10:49:20 MR. SEEGER: Okay, Mike. I'll call one of you guys,
10:49:21 and we can figure out how quickly -- obviously, Judge, you want
10:49:24 them in advance so you'll have time to read them.

10:49:27 THE COURT: Right. Right, right, right. Get them to
10:49:29 me as quickly as you can so that I'll have time. I've got the
10:49:34 night, of course, but we've got some time.

10:49:37 All right, guys. Thanks very much.

10:49:39 VOICES: Thank you, Judge.

(WHEREUPON, at 10:49 a.m., the proceedings were concluded.)

* * *

REPORTER'S CERTIFICATE

I, Cathy Pepper, Certified Realtime Reporter, Registered Merit Reporter, Certified Court Reporter in and for the State of Louisiana, Official Court Reporter for the United States District Court, Eastern District of Louisiana, do hereby certify that the foregoing is a true and correct transcript to the best of my ability and understanding from the record of the proceedings in the above-entitled and numbered matter.

*s/Cathy Pepper*

Cathy Pepper, CRR, RMR, CCR
Certified Realtime Reporter
Registered Merit Reporter
Official Court Reporter
United States District Court
Cathy_Pepper@laed.uscourts.gov

**0**

**09-MD-2047** [1] - 1:6

**1**

**10** [2] - 4:11, 4:13
**10005** [1] - 2:4
**10019** [1] - 2:25
**10:30** [1] - 1:7
**10:49** [1] - 16:9
**10th** [5] - 14:3, 14:5, 14:6, 14:14
**10TH.........................** ................ [1] - 4:15
**1201** [1] - 2:9
**13** [1] - 4:14
**14** [2] - 4:15, 4:16
**15** [1] - 4:17
**1900** [1] - 2:21
**19106** [1] - 1:24

**2**

**2000** [1] - 2:21
**2014** [1] - 6:17
**2015** [2] - 1:7, 5:2
**233** [1] - 2:18
**26** [1] - 6:17
**26TH** [1] - 2:4
**28** [2] - 1:7, 5:2

**3**

**30309** [1] - 2:10
**310** [1] - 2:13

**4**

**405** [1] - 3:4

**5**

**500** [2] - 1:23, 3:8
**504** [1] - 3:9
**51** [1] - 2:25
**510** [1] - 1:23
**52ND** [1] - 2:25
**589-7779** [1] - 3:9

**6**

**6** [2] - 4:5, 4:6
**60606** [1] - 2:18

**7**

**7** [2] - 4:8, 4:9
**701** [1] - 2:13
**70113** [1] - 1:19
**70130** [1] - 3:9
**70179** [1] - 2:14
**75201** [1] - 2:22
**77** [1] - 2:4
**7800** [1] - 2:18

**8**

**820** [1] - 1:19
**8:00** [1] - 14:10
**8th** [2] - 13:15, 13:21
**8TH..........................** [1] - 4:14

**9**

**9** [1] - 4:10
**94105** [1] - 3:5
**9:00** [1] - 14:9
**9:30** [1] - 14:11
**9TH** [1] - 4:9
**9th** [6] - 7:6, 7:13, 8:19, 8:25, 13:15, 14:17

**A**

**a.m** [1] - 16:9
**A.M** [1] - 1:7
**ability** [2] - 12:12, 16:17
**able** [4] - 12:16, 14:10, 14:25
**above-entitled** [1] - 16:17
**absolutely** [1] - 15:7
**accordingly** [1] - 13:2
**acknowledged** [1] - 10:6
**address** [2] - 9:7, 9:11
**admissibility** [1] - 9:18
**advance** [1] - 16:3
**agree** [2] - 9:17, 12:10
**ahead** [2] - 8:14, 9:24
**ALAN** [1] - 2:12
**Alan** [1] - 5:24
**aligned** [1] - 11:6
**ALL** [1] - 1:8
**ALSTON** [1] - 2:7
**alter** [3] - 10:24, 11:7, 12:12
**amount** [1] - 9:10
**AND** [2] - 2:7, 2:16
**anticipate** [1] - 8:21
**anyway** [1] - 8:10
**APPEARANCES** [3] - 1:15, 2:1, 3:1
**appreciate** [1] - 7:6
**approach** [1] - 11:2
**appropriate** [3] - 8:3, 9:16, 12:11
**areas** [1] - 12:8
**argument** [3] - 9:4, 13:12, 13:25
**arguments** [1] - 8:20
**ARNOLD** [1] - 1:22
**Arnold** [1] - 5:12
**aspect** [1] - 8:5
**ATLANTA** [1] - 2:10
**ATLANTIC** [1] - 2:9
**attachments** [1] - 9:15
**auctioneer** [1] - 10:12
**available** [1] - 9:5
**AVENUE** [2] - 1:19, 2:21

**B**

**B406** [1] - 3:8
**BE** [1] - 4:12
**becoming** [1] - 11:1
**BEEN** [1] - 4:17
**BEFORE** [1] - 1:12
**begin** [1] - 14:23
**BERMAN** [1] - 1:21
**Bernard** [4] - 5:22, 5:23, 7:21, 8:11
**BERNARD** [1] - 2:8
**best** [1] - 16:17
**better** [1] - 6:13
**beyond** [1] - 9:13
**BIRD** [1] - 2:7
**BNBM** [8] - 2:16, 2:16, 4:7, 6:7, 6:9, 7:3, 9:6
**book** [1] - 14:23
**BOOK.......................** ................ [1] - 4:16
**books** [1] - 15:14
**boy** [1] - 6:7
**brief** [1] - 10:5
**briefly** [1] - 9:11
**BRINGS** [1] - 4:7
**brings** [1] - 7:3
**BRUNO** [1] - 2:17
**Bruno** [1] - 6:9
**BUILDING** [1] - 3:4
**BY** [11] - 1:18, 1:22, 2:3, 2:8, 2:12, 2:17, 2:21, 2:24, 3:3, 3:11, 3:12

**C**

**CA** [1] - 3:5
**cannot** [1] - 12:1
**case** [4] - 10:9, 12:21, 12:25, 15:19
**cases** [1] - 8:5
**CASES** [1] - 1:8
**CATHY** [1] - 3:7
**Cathy** [2] - 16:14, 16:19
**Cathy_Pepper@laed .uscourts.gov** [2] - 3:10, 16:22
**CCR** [2] - 3:7, 16:19
**CENTER** [1] - 2:9
**certain** [1] - 6:14
**certainly** [2] - 12:6, 12:16
**certifiability** [2] - 6:19, 6:23
**CERTIFICATE** [1] - 16:13
**CERTIFIED** [2] - 3:7, 3:8
**Certified** [3] - 16:14, 16:15, 16:20
**certify** [1] - 16:16
**challenging** [1] - 8:5
**CHAMBERS** [1] - 5:3
**changed** [1] - 8:22
**CHICAGO** [1] - 2:18
**CHINESE** [1] - 1:4
**CHINESE-MANUFACTURED** [1] - 1:4
**Chris** [8] - 5:10, 5:11, 6:1, 6:6, 7:10, 9:24, 13:8, 15:16
**CHRISTOPHER** [2] - 2:3, 3:3
**circumstance** [1] - 8:23
**circus** [3] - 8:9, 8:10, 11:3
**CIVIL** [1] - 1:6
**clarify** [1] - 7:12
**class** [3] - 8:18, 8:23, 9:10
**clear** [1] - 7:15
**clearly** [1] - 11:6
**CLERK** [1] - 13:21
**client** [1] - 13:1
**CNBM** [4] - 2:24, 5:25, 6:3, 6:4
**CO** [2] - 2:6, 2:7
**colleague** [1] - 8:12
**coming** [2] - 12:2, 15:17
**comments** [2] - 7:21, 8:13
**Company** [1] - 6:3
**completed** [1] - 6:25
**COMPUTER** [1] - 3:12
**concern** [1] - 9:12
**concluded** [1] - 16:10
**conclusions** [1] - 6:18
**conducting** [1] - 12:18
**CONFERENCE** [1] - 1:11
**conference** [1] - 6:13
**CONTINUED** [2] - 2:1, 3:1
**coordinating** [1] - 12:6
**correct** [1] - 16:16
**COUNSEL** [1] - 1:17
**couple** [1] - 8:13
**course** [1] - 16:6
**court** [1] - 7:4
**Court** [7] - 9:14, 9:22, 16:15, 16:15, 16:16, 16:21, 16:21
**COURT** [36] - 1:1, 3:7, 5:7, 5:11, 5:13, 5:16, 5:19, 5:23, 5:25, 6:3, 6:7, 6:10, 7:16, 7:20, 8:14, 9:3, 9:23, 10:8, 10:20, 11:15, 12:20, 13:7, 13:8, 13:10, 13:17, 13:19, 13:22, 14:5, 14:9, 14:12, 14:18, 14:20, 14:22, 15:11, 15:21, 16:4
**Court's** [1] - 10:24
**COURT.....................** ................. [1] - 4:8
**create** [1] - 14:15
**cross** [4] - 11:10, 11:19, 11:22, 12:17
**cross-examination** [1] - 11:19
**cross-examinations** [1] - 11:22
**cross-examiner** [1] - 11:10
**CRR** [2] - 3:7, 16:19

**D**

**DALLAS** [1] - 2:22
**damage** [2] - 9:17, 9:19
**damages** [9] - 6:12, 6:16, 6:20, 6:25, 7:6, 8:18, 8:24, 9:10, 9:21
**DAMAGES................**

...... [1] - 4:6
**DAMAGES................** .......... [1] - 4:5
**Daubert** [1] - 13:13
**Davis** [1] - 5:15
**DAVIS** [1] - 1:18
**days** [2] - 15:1, 15:19
**deal** [7] - 7:5, 8:3, 8:6, 8:7, 8:8, 10:14, 13:2
**dealing** [3] - 6:17, 8:1, 12:22
**dealt** [1] - 7:25
**decertification** [1] - 8:17
**decertify** [1] - 7:1
**decided** [1] - 9:2
**decision** [1] - 8:16
**defendant** [1] - 7:20
**defendants** [5] - 5:20, 10:3, 11:18, 12:1, 15:9
**defense** [1] - 10:25
**DEFENSE** [1] - 4:12
**DENTONS** [2] - 2:16, 2:20
**deposed** [1] - 11:11
**deposition** [1] - 15:17
**DEPOSITIONS** [1] - 4:17
**depositions** [6] - 7:14, 11:4, 15:3, 15:5, 15:9
**direct** [1] - 12:18
**directs** [2] - 11:22, 12:17
**discovered** [2] - 7:4, 7:5
**discuss** [2] - 6:11, 6:20
**District** [3] - 16:16, 16:21
**DISTRICT** [3] - 1:1, 1:1, 1:12
**divided** [1] - 12:8
**dividing** [1] - 12:19
**DOCKET** [1] - 1:6
**DOCUMENT** [1] - 1:8
**documents** [1] - 7:24
**done** [2] - 6:24, 8:2
**double** [1] - 15:11
**drawn** [1] - 11:3
**DRIVE** [1] - 2:18
**DRYWALL** [1] - 1:5
**due** [1] - 9:10
**DUGGAN** [1] - 1:23
**Duggan** [1] - 5:14
**duplicate** [1] - 12:7
**duplication** [1] - 12:15
**during** [1] - 14:8

## E

**easily** [1] - 15:1
**Eastern** [1] - 16:16
**EASTERN** [1] - 1:1
**efficient** [1] - 12:10
**efficiently** [2] - 13:2, 13:23
**ego** [3] - 10:24, 11:7, 12:12
**either** [2] - 6:22, 13:24
**ELDON** [1] - 1:12
**entered** [1] - 9:22
**entertain** [1] - 6:25
**entitled** [1] - 16:17
**errata** [1] - 15:20
**ESQ** [1] - 3:3
**ESQUIRE** [13] - 1:18, 1:18, 1:22, 1:22, 1:23, 2:3, 2:8, 2:8, 2:12, 2:17, 2:17, 2:21, 2:24
**essentially** [1] - 12:3
**evidence** [1] - 6:20
**examination** [1] - 11:19
**examinations** [2] - 11:22, 12:4
**examiner** [1] - 11:10
**exclude** [2] - 6:14, 7:1
**exhibit** [5] - 9:11, 9:15, 9:16, 14:23, 15:14
**EXHIBIT** [2] - 4:10, 4:16
**Exhibit** [1] - 9:15
**exhibits** [3] - 6:14, 9:18, 14:25
**Exhibits** [1] - 9:20
**expressed** [1] - 9:12

## F

**fact** [4] - 6:17, 6:18, 11:11, 14:3
**fair** [1] - 11:8
**faith** [1] - 12:2
**FALLON** [1] - 1:12
**Fallon** [1] - 5:7
**familiarity** [1] - 12:9
**fashion** [2] - 6:14, 12:23
**FENTON** [6] - 2:17, 6:8, 9:6, 12:5, 14:2, 14:6
**Fenton** [7] - 6:8, 9:6, 10:2, 11:21, 12:6, 14:12, 15:24
**few** [1] - 15:19
**fifty** [1] - 8:10
**fifty-ring** [1] - 8:10
**figure** [1] - 16:2
**file** [1] - 8:3
**filed** [2] - 7:13, 10:5
**findings** [5] - 6:16, 6:18, 10:24, 11:7, 12:12
**finished** [3] - 10:14, 14:10, 14:11
**first** [3] - 5:8, 7:11, 9:2
**FISHBEIN** [1] - 1:21
**FLOOR** [1] - 2:4
**focus** [3] - 6:16, 6:21, 13:25
**FOCUS** [1] - 4:6
**focused** [1] - 7:6
**folks** [4] - 11:16, 13:4, 14:20, 15:22
**follow** [1] - 15:23
**FOR** [4] - 1:17, 2:6, 2:16, 2:24
**FOR..............** [1] - 4:11
**foregoing** [1] - 16:16
**four** [2] - 9:15, 15:8
**FRANCISCO** [1] - 3:5
**frankly** [1] - 12:8
**FRED** [1] - 1:22
**Fred** [1] - 5:17
**front** [1] - 9:21
**fundamentally** [1] - 11:25

## G

**GA** [1] - 2:10
**game** [1] - 11:24
**gather** [1] - 15:8
**general** [1] - 11:18
**George** [1] - 11:13
**grant** [1] - 9:4
**ground** [1] - 13:15
**Group** [1] - 6:9
**GROUP** [1] - 2:16
**guidance** [1] - 14:24
**guys** [2] - 16:1, 16:7
**GYPSUM** [1] - 2:6

## H

**HANGARTNER** [1] - 2:12
**hate** [1] - 13:6
**HAVE** [1] - 4:17
**hear** [6] - 6:20, 7:8, 7:18, 10:13, 11:15, 13:25
**HEARD** [1] - 1:12
**heard** [1] - 8:24
**hearing** [10] - 6:16, 7:13, 8:17, 8:25, 9:7, 9:8, 9:17, 10:4, 10:7, 15:5
**HEARING** [1] - 4:11
**HEARING..................** .... [1] - 4:9
**helpful** [1] - 14:22
**hereby** [1] - 16:16
**HERMAN** [4] - 1:17, 1:18, 5:14
**Herman** [1] - 5:14
**HERRINGTON** [2] - 2:24, 3:3
**hit** [1] - 13:15
**hold** [1] - 13:19
**Honor** [17] - 5:9, 5:12, 5:14, 5:17, 5:21, 6:5, 7:10, 8:15, 9:6, 9:9, 9:12, 10:19, 11:17, 11:23, 13:11, 13:18, 14:2
**Honor's** [1] - 8:16
**HONORABLE** [1] - 1:12
**hope** [1] - 10:14
**hoped** [1] - 10:11
**hopefully** [1] - 14:24
**hours** [1] - 11:12
**HOW** [1] - 4:11
**HOWARD** [1] - 3:4

## I

**IL** [1] - 2:18
**imagine** [1] - 11:13
**immediately** [1] - 14:7
**important** [1] - 10:23
**impose** [1] - 13:9
**IN** [2] - 1:4, 5:3
**incredibly** [1] - 10:23
**indicated** [1] - 14:14
**Ingalls** [1] - 11:13
**inquiry** [1] - 9:10
**intend** [1] - 12:7
**intention** [1] - 12:2
**interests** [2] - 11:5, 11:7
**involve** [1] - 12:14
**IS** [2] - 4:6, 4:11
**issue** [5] - 7:18, 8:6, 8:8, 9:2, 9:19
**issued** [1] - 6:16
**issues** [4] - 7:19, 9:25, 10:1, 10:2
**IT** [1] - 4:6
**item** [2] - 7:11, 10:22
**ITEMS** [1] - 4:3

## J

**Jake** [1] - 11:11
**JAMES** [1] - 2:24
**Jerry** [3] - 7:14, 10:1, 11:8
**Jim** [2] - 6:1, 6:5
**judge** [1] - 13:5
**JUDGE** [1] - 1:12
**Judge** [13] - 5:7, 7:11, 7:19, 10:1, 10:16, 10:22, 13:6, 14:13, 14:19, 14:21, 15:7, 16:2, 16:8
**July** [1] - 14:3
**June** [7] - 7:6, 7:13, 8:19, 8:25, 14:5, 14:6
**JUNE** [3] - 4:9, 4:14, 4:15
**jurisdiction** [1] - 7:4
**JURISDICTION** [1] - 4:7

## K

**KATZ** [1] - 1:17
**Kenny** [7] - 5:22, 8:12, 11:17, 12:6, 12:9, 12:11, 15:25
**KENNY** [5] - 2:8, 8:15, 11:17, 15:16, 15:25
**knows** [1] - 11:23

## L

**LA** [3] - 1:19, 2:14, 3:9
**large** [1] - 7:23
**last** [3] - 13:5, 13:12, 14:2
**last-minute** [1] - 13:12
**late** [3] - 10:18, 14:15, 14:17
**law** [1] - 6:18
**lawyer** [1] - 12:18
**lawyers** [4] - 11:25, 12:3, 12:16, 14:16
**LEAH** [1] - 2:17
**Leah** [1] - 6:9
**least** [2] - 9:21, 15:19
**legal** [2] - 8:18, 8:20
**lengthen** [1] - 12:15
**Lennie** [1] - 5:15
**LEONARD** [1] - 1:18
**Levin** [1] - 5:12

**LEVIN** [3] - 1:21, 1:22, 5:12
**liability** [2] - 6:19, 6:23
**LIABILITY** [1] - 1:5
**LIAISON** [1] - 1:17
**light** [2] - 8:22, 10:24
**Limine** [1] - 13:12
**limit** [1] - 12:11
**limited** [1] - 10:25
**LIMITED** [1] - 4:12
**line** [1] - 5:8
**list** [4] - 9:12, 9:15, 9:16
**LIST.....................................** [1] - 4:10
**listen** [2] - 12:23, 13:1
**LITIGATION** [1] - 1:5
**LONG** [1] - 4:11
**LONGER** [2] - 1:22, 5:17
**look** [1] - 15:2
**looking** [1] - 14:23
**LOUISIANA** [2] - 1:1, 1:7
**Louisiana** [2] - 16:15, 16:16
**LTD** [2] - 2:7, 2:7

## M

**major** [1] - 14:15
**MANUFACTURED** [1] - 1:4
**material** [1] - 9:3
**Materials** [1] - 6:3
**matter** [5] - 6:12, 6:19, 7:7, 10:9, 16:17
**MAY** [2] - 1:7, 5:2
**MCKINNEY** [1] - 2:21
**mean** [4] - 7:17, 8:2, 8:7, 14:5
**means** [1] - 8:8
**meant** [1] - 14:6
**MECHANICAL** [1] - 3:11
**mentioned** [1] - 14:25
**MERIT** [1] - 3:8
**Merit** [2] - 16:15, 16:20
**MICHAEL** [2] - 2:8, 2:21
**Michael** [1] - 11:17
**might** [1] - 11:24
**Mike** [6] - 5:22, 6:8, 8:12, 8:14, 15:25, 16:1
**minute** [1] - 13:12
**Moore** [1] - 6:8
**MOORE** [1] - 2:21
**morning** [8] - 5:7, 5:9, 5:18, 5:19, 5:21, 8:15, 14:4, 14:7
**motion** [5] - 6:14, 7:3, 7:5, 7:23, 8:17
**MOTION** [1] - 4:7
**Motions** [1] - 13:12
**motions** [8] - 7:1, 7:13, 8:3, 8:4, 8:24, 13:13
**moving** [1] - 6:24
**MR** [34] - 5:9, 5:12, 5:14, 5:17, 5:21, 5:24, 6:1, 6:5, 6:8, 7:10, 7:17, 8:12, 8:15, 9:6, 10:1, 10:16, 10:22, 11:17, 12:5, 13:5, 13:9, 13:11, 13:18, 14:2, 14:6, 14:13, 14:19, 14:21, 15:7, 15:13, 15:16, 15:23, 15:25, 16:1

## N

**narrow** [1] - 9:9
**necessary** [1] - 8:1
**necessity** [1] - 6:22
**need** [11] - 7:18, 9:1, 9:3, 10:10, 10:13, 11:13, 13:12, 13:23, 13:24, 15:11
**never** [1] - 11:23
**NEW** [6] - 1:7, 1:19, 2:4, 2:14, 2:25, 3:9
**next** [2] - 10:9, 14:7
**night** [1] - 16:6
**NO** [1] - 1:6
**notwithstanding** [1] - 12:12
**numbered** [1] - 16:17
**NY** [2] - 2:4, 2:25

## O

**O'KEEFE** [1] - 1:19
**obviously** [3] - 9:18, 10:19, 16:2
**OF** [7] - 1:1, 1:11, 4:6, 4:8, 4:9, 4:13, 4:17
**Official** [2] - 16:15, 16:21
**OFFICIAL** [1] - 3:7
**ON** [3] - 4:5, 4:6, 4:14
**once** [2] - 7:25, 11:24
**ONE** [3] - 2:9, 2:13, 4:12
**one** [13] - 10:6, 10:11, 10:15, 10:18, 10:25, 11:5, 11:9, 11:11, 12:12, 12:18, 13:5, 14:2, 16:1
**one-day** [1] - 10:6
**ones** [1] - 11:8
**open** [1] - 13:21
**opportunity** [1] - 15:18
**opposition** [1] - 8:21
**oral** [2] - 9:4, 13:12
**orally** [1] - 8:24
**order** [1] - 8:7
**orders** [1] - 9:22
**ORLEANS** [4] - 1:7, 1:19, 2:14, 3:9
**ORRICK** [3] - 2:24, 3:3, 3:4
**otherwise** [1] - 11:1
**ought** [2] - 12:16, 15:18
**outcome** [1] - 8:2
**outset** [1] - 6:15

## P

**PA** [1] - 1:24
**packaged** [3] - 6:24, 10:11, 14:25
**PAGE** [1] - 4:3
**papers** [3] - 8:20, 8:21, 8:22
**participating** [1] - 10:17
**particularly** [1] - 10:23
**parties** [2] - 6:12, 7:8
**party** [1] - 12:12
**PEACHTREE** [1] - 2:9
**people** [6] - 6:5, 10:12, 10:17, 11:14, 11:21, 12:23
**PEPPER** [1] - 3:7
**Pepper** [3] - 16:14, 16:19, 16:19
**perfectly** [1] - 9:16
**person** [1] - 12:24
**perspective** [2] - 10:16, 15:8
**pertinent** [1] - 9:19
**PHILADELPHIA** [1] - 1:24
**pick** [1] - 14:7
**plaintiffs** [5] - 5:8, 5:20, 7:9, 8:19, 9:11
**PLAINTIFFS'** [1] - 1:17
**plaintiffs'** [5] - 8:23, 9:15, 11:9, 14:16, 15:7
**plan** [2] - 11:21, 12:10
**planning** [1] - 14:4
**PLASTERBOARD** [1] - 2:7
**PLC** [1] - 2:16
**point** [2] - 9:14, 12:5
**points** [1] - 7:17
**portion** [1] - 6:20
**portions** [1] - 6:24
**possibly** [1] - 13:13
**POYDRAS** [2] - 2:13, 3:8
**prepare** [1] - 6:13
**problem** [3] - 10:19, 14:17, 15:15
**problems** [1] - 14:15
**proceedings** [3] - 12:15, 16:9, 16:17
**PROCEEDINGS** [3] - 1:11, 3:11, 5:1
**PRODUCED** [1] - 3:12
**PRODUCTS** [1] - 1:5
**proposition** [1] - 11:18
**propriety** [1] - 8:18
**protect** [1] - 13:1
**purposes** [1] - 14:4
**put** [6] - 8:16, 9:14, 9:21, 11:13, 12:5, 13:23

## Q

**questioner** [3] - 10:25, 11:5, 11:9
**QUESTIONER** [1] - 4:13
**questioning** [2] - 11:8, 12:24
**questions** [3] - 12:1, 12:17, 12:21
**quickly** [4] - 15:12, 15:22, 16:2, 16:5
**quite** [1] - 12:7

## R

**raise** [3] - 7:11, 7:19, 10:23
**raised** [2] - 8:20, 10:2
**raising** [1] - 11:20
**RE** [1] - 1:4
**read** [3] - 15:5, 15:12, 16:3
**REALLY** [1] - 4:12
**really** [6] - 6:21, 7:6, 9:9, 10:25, 13:6, 15:4
**REALTIME** [1] - 3:7
**Realtime** [2] - 16:14, 16:20
**reason** [1] - 6:22
**received** [1] - 7:23
**record** [2] - 12:13, 16:17
**RECORDED** [1] - 3:11
**regard** [3] - 8:15, 8:18, 8:23
**REGARDING** [1] - 4:7
**regarding** [1] - 7:3
**Registered** [1] - 16:14
**registered** [1] - 16:20
**relate** [1] - 9:21
**RELATES** [1] - 1:8
**Reporter** [7] - 16:14, 16:15, 16:15, 16:20, 16:20, 16:21
**REPORTER** [5] - 3:7, 3:7, 3:8, 13:7, 14:12
**REPORTER'S** [1] - 16:13
**request** [1] - 8:23
**requested** [1] - 6:12
**resolved** [3] - 7:11, 7:15, 10:5
**responses** [1] - 10:3
**responsibility** [1] - 12:9
**review** [2] - 15:18, 15:19
**RICHARD** [1] - 2:17
**Rick** [4] - 6:8, 9:6, 11:21, 12:6
**ring** [2] - 8:9, 8:10
**risk** [1] - 11:1
**RMR** [2] - 3:7, 16:19
**ROOM** [1] - 3:8
**round** [1] - 7:14
**rule** [1] - 9:4
**run** [1] - 11:1
**running** [1] - 13:15
**RUSS** [1] - 1:18
**Russ** [1] - 5:14
**RYDBERG** [1] - 2:12

## S

**s/Cathy** [1] - 16:19
**SAN** [1] - 3:5
**Sandi** [1] - 5:14
**SANDRA** [1] - 1:23
**schedule** [2] - 13:14, 14:1
**SCHEDULE** [1] - 4:14
**scheduled** [1] - 10:4
**SCHEDULED** [1] - 4:11
**scheduling** [2] -

10:17, 14:15
**SCOPE** [1] - 4:9
**scope** [8] - 7:12, 7:15, 7:18, 7:20, 7:22, 8:16, 9:7, 9:13
**SEDRAN** [1] - 1:21
**see** [6] - 6:17, 6:22, 8:1, 8:10, 13:19, 14:18
**SEEGER** [19] - 2:3, 2:3, 5:9, 7:10, 7:17, 10:1, 10:16, 10:22, 13:5, 13:9, 13:11, 13:18, 14:13, 14:19, 14:21, 15:7, 15:13, 15:23, 16:1
**Seeger** [5] - 5:10, 5:11, 7:10, 11:20, 13:8
**seeking** [1] - 8:19
**select** [1] - 11:9
**send** [1] - 15:9
**sense** [2] - 13:11, 13:14
**September** [1] - 6:17
**set** [1] - 6:19
**seven** [1] - 11:12
**sheet** [1] - 15:20
**SHELL** [1] - 2:13
**shot** [1] - 12:21
**SHOULD** [1] - 4:12
**side** [5] - 10:25, 11:9, 11:15, 13:24, 14:16
**SIDE** [1] - 4:12
**simply** [2] - 8:8, 9:4
**sorry** [1] - 15:16
**sort** [1] - 6:12
**SOUTH** [1] - 2:18
**speaking** [2] - 13:7, 15:23
**speed** [2] - 15:2, 15:6
**spoken** [1] - 11:20
**SQUARE** [1] - 2:13
**SR** [1] - 2:8
**stand** [1] - 11:11
**start** [1] - 11:24
**State** [1] - 16:15
**STATES** [2] - 1:1, 1:12
**States** [2] - 16:15, 16:21
**STATUS** [1] - 1:11
**STENGEL** [3] - 2:24, 6:1, 6:5
**Stengel** [2] - 6:1, 6:5
**STENOGRAPHY** [1] - 3:11
**still** [1] - 8:17
**story** [1] - 10:13
**STREET** [7] - 1:23, 2:4, 2:9, 2:13, 2:25, 3:4, 3:8
**submit** [1] - 9:3
**submitting** [1] - 8:21
**substantive** [1] - 12:8
**suggest** [1] - 15:16
**suggestions** [1] - 7:21
**SUITE** [4] - 1:23, 2:13, 2:18, 2:21
**supplemental** [1] - 8:22
**SUTCLIFFE** [2] - 2:24, 3:3

## T

**tag** [1] - 11:2
**TAI'AN** [1] - 2:7
**Taishan** [3] - 5:20, 5:21, 10:5
**TAISHAN** [2] - 2:6, 2:7
**TAKEN** [1] - 4:17
**Taylor** [1] - 5:22
**TAYLOR** [3] - 2:8, 5:21, 8:12
**team** [1] - 11:2
**TELEPHONE** [1] - 5:4
**terms** [1] - 9:22
**TERRELL** [1] - 2:12
**THAT** [1] - 4:17
**THE** [44] - 1:12, 1:17, 3:4, 4:6, 4:7, 4:8, 4:9, 4:11, 4:17, 5:7, 5:11, 5:13, 5:16, 5:19, 5:23, 5:25, 6:3, 6:7, 6:10, 7:16, 7:20, 8:14, 9:3, 9:23, 10:8, 10:20, 11:15, 12:20, 13:7, 13:8, 13:10, 13:17, 13:19, 13:21, 13:22, 14:5, 14:9, 14:12, 14:18, 14:20, 14:22, 15:11, 15:21, 16:4
**they've** [1] - 15:19
**THIS** [1] - 1:8
**three** [3] - 8:9, 11:13, 15:1
**three-ring** [1] - 8:9
**threshold** [2] - 8:20, 9:2
**THURSDAY** [2] - 1:7, 5:2
**TIME** [1] - 4:14
**TO** [2] - 1:8, 4:12
**tobacco** [1] - 10:12
**today** [2] - 6:11, 15:14
**together** [1] - 15:21
**tomorrow** [1] - 8:22
**transcript** [1] - 16:16
**TRANSCRIPT** [2] - 1:11, 3:11
**transcripts** [2] - 15:17, 15:24
**TRIAL** [1] - 4:5
**trial** [4] - 6:12, 13:19, 14:24, 15:1
**true** [1] - 16:16
**turning** [1] - 11:3
**two** [5] - 6:24, 11:10, 11:13, 11:21, 12:3
**TX** [1] - 2:22

## U

**understood** [1] - 10:6
**unfair** [1] - 11:25
**United** [2] - 16:15, 16:21
**UNITED** [2] - 1:1, 1:12
**unity** [1] - 11:6
**unless** [1] - 15:9
**UP** [1] - 4:7
**up** [12] - 7:3, 10:19, 11:24, 12:2, 12:8, 12:19, 13:14, 14:7, 15:2, 15:6, 15:8, 15:24
**UPCOMING** [1] - 4:5
**upcoming** [1] - 6:11
**US** [2] - 2:16, 2:20

## V

**various** [1] - 10:3
**VEJNOSKA** [1] - 3:3
**Vejnoska** [2] - 6:1, 6:6
**VIA** [1] - 5:4
**view** [2] - 6:15, 11:16
**viewing** [1] - 9:8
**VOICES** [1] - 16:8

## W

**WACKER** [1] - 2:18
**wait** [1] - 14:22
**WALNUT** [1] - 1:23
**WATER** [1] - 2:4
**Weinberger** [1] - 5:24
**WEINBERGER** [2] - 2:12, 5:24
**WEISS** [1] - 2:3
**WEST** [2] - 2:9, 2:25
**WHEREUPON** [1] - 16:9
**whole** [1] - 10:13
**wish** [1] - 11:19
**witness** [3] - 11:1, 11:11, 12:3
**WITNESS.............................** [1] - 4:13
**witnesses** [12] - 9:1, 9:5, 10:17, 11:2, 11:10, 12:17, 13:16, 13:24, 14:16, 15:4, 15:17, 15:19
**WITNESSES...** [1] - 4:17
**Woody** [1] - 11:11

## Y

**YORK** [2] - 2:4, 2:25