## Coker, Ashley

| | |
|---|---|
| **From:** | Coker, Ashley |
| **Sent:** | Tuesday, May 19, 2015 5:43 PM |
| **To:** | 'Matthew Gaughan'; Force, Joshua S. |
| **Cc:** | Arnold Levin; Fred Longer; Russ Herman; Leonard A. Davis (LDAVIS@hhkc.com); Madelyn O'Brien; Lillian Flemming; Sandy Duggan; Garner, James M.; bruce@stecklerlaw.com |
| **Subject:** | RE: Morgan Stanley Documents |

Also, we have pulled up the last 6 items on the PSC's list, which are the websites, and have the following questions/comments:

http://financeasia.com/print.aspc?CIID=35926  &
www.thestandard.com.hk/news_detail.asp?pp_cat=2@art_id=50978&sid=14871947&con_type=1
These two sites are available, but there is no article that pulls up at this link.  If you have copies of these articles, please forward them to us in English.

www.cnbm.com.cn – it is unclear to what portion of the website the PSC is directing Morgan Stanley through this reference.  Please advise.

http://www.etnet.com.hk/www/sc/stocks/realtime/quote_ca_sdi.php?code=3323&page=1  - this reference is a link to real time stock quotes, which is partially in Chinese.  Again, it is unclear to what the PSC is directing Morgan Stanley through this link.  Please advise.

Finally, if you have a translated copy of the press release found at
http://www.morganstanleychina.com/press/others/091217.html, we would appreciate a copy.

Thank you,
Ashley

---

**From:** Coker, Ashley
**Sent:** Tuesday, May 19, 2015 4:55 PM
**To:** 'Matthew Gaughan'; Force, Joshua S.
**Cc:** Arnold Levin; Fred Longer; Russ Herman; Leonard A. Davis (LDAVIS@hhkc.com); Madelyn O'Brien; Lillian Flemming; Sandy Duggan; Garner, James M.; bruce@stecklerlaw.com
**Subject:** RE: Morgan Stanley Documents

Matt,

We are authorized to accept service of this new subpoena on behalf of Morgan Stanley.

Concerning communications with counsel for CNBM and BNBM, the PSC should contact those parties to obtain any necessary permission to produce the documents to Morgan Stanley given that Morgan Stanley is a third party to this litigation, the PSC is actively engaged with those parties, and it is the PSC that has requested Morgan Stanley to review the listed documents and produce documentation regarding the referenced transactions.

In the interim, Morgan Stanley will begin its investigation of the new subpoena based upon any publicly available documents that it can obtain.

Thank you,
Ashley



EXHIBIT
E

1

**From:** Matthew Gaughan [mailto:MGaughan@lfsblaw.com]
**Sent:** Monday, May 18, 2015 5:44 PM
**To:** Coker, Ashley; Force, Joshua S.
**Cc:** Arnold Levin; Fred Longer; Russ Herman; Leonard A. Davis (LDAVIS@hhkc.com); Madelyn O'Brien; Lillian Flemming;
Sandy Duggan; Garner, James M.; bruce@stecklerlaw.com
**Subject:** RE: Morgan Stanley Documents

Josh/Ashley – please see the attached documents that we filed with the court today.  Can we assume you will
agree to accept service of the same?  Also, please advise on the status of you discussions with counsel for
CNBM.  Matt.

**From:** Garner, James M. [mailto:JGarner@SHERGARNER.com]
**Sent:** Friday, May 08, 2015 5:51 PM
**To:** Bruce Steckler
**Cc:** Matthew Gaughan; Arnold Levin; Fred Longer; Russ Herman; Leonard A. Davis (LDAVIS@hhkc.com);
Madelyn O'Brien; Lillian Flemming; Sandy Duggan; Coker, Ashley; Force, Joshua S.
**Subject:** RE: Morgan Stanley Documents

I always prefer to visit with all of you.  But likely not back until 4 p.m. downtown.  I'm out Wednesday thru
Friday p.m. and in Napoleonville Monday morning.   A great weekend to all.

**From:** Bruce Steckler [mailto:Bruce@stecklerlaw.com]
**Sent:** Friday, May 8, 2015 4:49 PM
**To:** Garner, James M.
**Cc:** Matthew Gaughan; Arnold Levin (alevin@lfsblaw.com); Fred Longer; Russ Herman; Leonard A. Davis
(LDAVIS@hhkc.com); Madelyn O'Brien; Lillian Flemming; 'Sandy Duggan' (sduggan@lfsblaw.com); Coker,
Ashley; Force, Joshua S.
**Subject:** RE: Morgan Stanley Documents

Thanks—do you want to be present?  If so, I prefer early afternoon on May 15th. Bruce

**From:** Garner, James M. [mailto:JGarner@SHERGARNER.com]
**Sent:** Friday, May 08, 2015 4:45 PM
**To:** Bruce Steckler
**Cc:** Matthew Gaughan; Arnold Levin (alevin@lfsblaw.com); Fred Longer; Russ Herman; Leonard A. Davis
(LDAVIS@hhkc.com); Madelyn O'Brien; Lillian Flemming; 'Sandy Duggan' (sduggan@lfsblaw.com); Coker,
Ashley; Force, Joshua S.
**Subject:** RE: Morgan Stanley Documents

Good luck in El Paso.  Please let Ashley and Josh know time for meeting at Russ' office.

**From:** Bruce Steckler [mailto:Bruce@stecklerlaw.com]
**Sent:** Friday, May 8, 2015 4:44 PM
**To:** Garner, James M.
**Cc:** Matthew Gaughan; Arnold Levin (alevin@lfsblaw.com); Fred Longer; Russ Herman; Leonard A. Davis (LDAVIS@hhkc.com); Madelyn O'Brien; Lillian Flemming; 'Sandy Duggan' (sduggan@lfsblaw.com); Coker, Ashley; Force, Joshua S.
**Subject:** RE: Morgan Stanley Documents

I know. Unfortunately, I have a hearing in Federal Court in El Paso, Texas on the 15th. B

**From:** Garner, James M. [mailto:JGarner@SHERGARNER.com]
**Sent:** Friday, May 08, 2015 4:35 PM
**To:** Bruce Steckler
**Cc:** Matthew Gaughan; Arnold Levin (alevin@lfsblaw.com); Fred Longer; Russ Herman; Leonard A. Davis (LDAVIS@hhkc.com); Madelyn O'Brien; Lillian Flemming; 'Sandy Duggan' (sduggan@lfsblaw.com); Coker, Ashley; Force, Joshua S.
**Subject:** Re: Morgan Stanley Documents

Lennie suggested the 14th earlier today.  Either work fit Ashley and Josh.  I can do Friday afternoon.   Please let us know which you prefer and time.  Thank you.

James M. Garner
Sher Garner Cahill Richter Klein & Hilbert, LLC
909 Poydras Street
28th Floor
New Orleans, Louisiana  70112

Telephone: 504-299-2102
Facsimile: 504-299-2302
Mobile:  504-931-5361

This electronic mail transmission may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail, so that our address record can be corrected.

In accordance with 31 C.F.R. Section 10.35(b)(4), this message has not been prepared, and may not be relied upon by any person, for protection against any federal tax penalty.

On May 8, 2015, at 3:59 PM, Bruce Steckler <Bruce@stecklerlaw.com> wrote:

      Pursuant to the Court's directives, we are attaching revised document requests. The scope of the deposition will encompass these document requests and the topics previously outlined. Matt Gaughan and I would like to schedule a meeting with you on **Friday, May 15th at Herman, Herman & Katz in New Orleans** to discuss the documents and deposition. If you have any questions, please do not hesitate to contact us. We appreciate your professional courtesies.

                                                        Yours, Bruce Steckler

**Bruce W. Steckler**

**Steckler, LLP**

12720 Hillcrest Road

Suite 1045

Dallas, TX 75230

Phone: (972) 387-4040

Fax: (972) 387-4041

www.StecklerLaw.com

<Morgan Stanley Document Requests.pdf>

**Coker, Ashley**

| | |
|---|---|
| **From:** | Russ Herman <RHERMAN@hhklawfirm.com> |
| **Sent:** | Tuesday, May 19, 2015 5:52 PM |
| **To:** | Coker, Ashley |
| **Cc:** | Matthew Gaughan; Force, Joshua S.; Arnold Levin; Fred Longer; Lenny Davis; Madelyn O'Brien; Lillian Flemming; Sandy Duggan; Garner, James M.; bruce@stecklerlaw.com |
| **Subject:** | Re: Morgan Stanley Documents |

As to websites do a word search for your client . As to permission to get confidential documents , CNBM andBNBM ARE IN BUSINESS WITH YOUR CLIENT . You need to get their Agreement . We will not do your work . File a motion directed at them releasing their documents to you .

Sent from my iPhone

On May 19, 2015, at 5:44 PM, Coker, Ashley <acoker@shergarner.com> wrote:

> Also, we have pulled up the last 6 items on the PSC's list, which are the websites, and have the following questions/comments:
>
>
> http://financeasia.com/print.aspc?CIID=35926  &
>
> www.thestandard.com.hk/news_detail.asp?pp_cat=2@art_id=50978&sid=14871947&con_type=1
>
> These two sites are available, but there is no article that pulls up at this link.  If you have copies of these articles, please forward them to us in English.
>
>
> www.cnbm.com.cn – it is unclear to what portion of the website the PSC is directing Morgan Stanley through this reference.  Please advise.
>
>
> http://www.etnet.com.hk/www/sc/stocks/realtime/quote_ca_sdi.php?code=3323&page=1  - this reference is a link to real time stock quotes, which is partially in Chinese.  Again, it is unclear to what the PSC is directing Morgan Stanley through this link.   Please advise.
>
>
> Finally, if you have a translated copy of the press release found at http://www.morganstanleychina.com/press/others/091217.html, we would appreciate a copy.
>
>
> Thank you,
>
> Ashley



EXHIBIT
F

1

**From:** Coker, Ashley
**Sent:** Tuesday, May 19, 2015 4:55 PM
**To:** 'Matthew Gaughan'; Force, Joshua S.
**Cc:** Arnold Levin; Fred Longer; Russ Herman; Leonard A. Davis (LDAVIS@hhkc.com);
Madelyn O'Brien; Lillian Flemming; Sandy Duggan; Garner, James M.; bruce@stecklerlaw.com
**Subject:** RE: Morgan Stanley Documents


Matt,


We are authorized to accept service of this new subpoena on behalf of Morgan Stanley.


Concerning communications with counsel for CNBM and BNBM, the PSC should contact those
parties to obtain any necessary permission to produce the documents to Morgan Stanley given
that Morgan Stanley is a third party to this litigation, the PSC is actively engaged with those
parties, and it is the PSC that has requested Morgan Stanley to review the listed documents and
produce documentation regarding the referenced transactions.


In the interim, Morgan Stanley will begin its investigation of the new subpoena based upon any
publicly available documents that it can obtain.


Thank you,

Ashley


**From:** Matthew Gaughan [mailto:MGaughan@lfsblaw.com]
**Sent:** Monday, May 18, 2015 5:44 PM
**To:** Coker, Ashley; Force, Joshua S.
**Cc:** Arnold Levin; Fred Longer; Russ Herman; Leonard A. Davis (LDAVIS@hhkc.com);
Madelyn O'Brien; Lillian Flemming; Sandy Duggan; Garner, James M.; bruce@stecklerlaw.com
**Subject:** RE: Morgan Stanley Documents


Josh/Ashley – please see the attached documents that we filed with the court today. Can we
assume you will agree to accept service of the same? Also, please advise on the status of you
discussions with counsel for CNBM. Matt.

2

**From:** Garner, James M. [mailto:JGarner@SHERGARNER.com]
**Sent:** Friday, May 08, 2015 5:51 PM
**To:** Bruce Steckler
**Cc:** Matthew Gaughan; Arnold Levin; Fred Longer; Russ Herman; Leonard A. Davis (LDAVIS@hhkc.com); Madelyn O'Brien; Lillian Flemming; Sandy Duggan; Coker, Ashley; Force, Joshua S.
**Subject:** RE: Morgan Stanley Documents

I always prefer to visit with all of you.  But likely not back until 4 p.m. downtown.  I'm out Wednesday thru Friday p.m. and in Napoleonville Monday morning.   A great weekend to all.

**From:** Bruce Steckler [mailto:Bruce@stecklerlaw.com]
**Sent:** Friday, May 8, 2015 4:49 PM
**To:** Garner, James M.
**Cc:** Matthew Gaughan; Arnold Levin (alevin@lfsblaw.com); Fred Longer; Russ Herman; Leonard A. Davis (LDAVIS@hhkc.com); Madelyn O'Brien; Lillian Flemming; 'Sandy Duggan' (sduggan@lfsblaw.com); Coker, Ashley; Force, Joshua S.
**Subject:** RE: Morgan Stanley Documents

Thanks—do you want to be present?  If so, I prefer early afternoon on May 15th. Bruce

**From:** Garner, James M. [mailto:JGarner@SHERGARNER.com]
**Sent:** Friday, May 08, 2015 4:45 PM
**To:** Bruce Steckler
**Cc:** Matthew Gaughan; Arnold Levin (alevin@lfsblaw.com); Fred Longer; Russ Herman; Leonard A. Davis (LDAVIS@hhkc.com); Madelyn O'Brien; Lillian Flemming; 'Sandy Duggan' (sduggan@lfsblaw.com); Coker, Ashley; Force, Joshua S.
**Subject:** RE: Morgan Stanley Documents

Good luck in El Paso.  Please let Ashley and Josh know time for meeting at Russ' office.

**From:** Bruce Steckler [mailto:Bruce@stecklerlaw.com]
**Sent:** Friday, May 8, 2015 4:44 PM
**To:** Garner, James M.
**Cc:** Matthew Gaughan; Arnold Levin (alevin@lfsblaw.com); Fred Longer; Russ Herman; Leonard A. Davis (LDAVIS@hhkc.com); Madelyn O'Brien; Lillian Flemming; 'Sandy Duggan'

(sduggan@lfsblaw.com); Coker, Ashley; Force, Joshua S.
**Subject:** RE: Morgan Stanley Documents

I know. Unfortunately, I have a hearing in Federal Court in El Paso, Texas on the 15th. B

**From:** Garner, James M. [mailto:JGarner@SHERGARNER.com]
**Sent:** Friday, May 08, 2015 4:35 PM
**To:** Bruce Steckler
**Cc:** Matthew Gaughan; Arnold Levin (alevin@lfsblaw.com); Fred Longer; Russ Herman;
Leonard A. Davis (LDAVIS@hhkc.com); Madelyn O'Brien; Lillian Flemming; 'Sandy Duggan'
(sduggan@lfsblaw.com); Coker, Ashley; Force, Joshua S.
**Subject:** Re: Morgan Stanley Documents

Lennie suggested the 14th earlier today. Either work fit Ashley and Josh. I can do Friday
afternoon. Please let us know which you prefer and time. Thank you.

James M. Garner
Sher Garner Cahill Richter Klein & Hilbert, LLC
909 Poydras Street
28th Floor
New Orleans, Louisiana 70112

Telephone: 504-299-2102
Facsimile: 504-299-2302
Mobile: 504-931-5361

This electronic mail transmission may constitute an attorney-client communication that is
privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons.
If you have received this electronic mail transmission in error, please delete it from your system
without copying it, and notify the sender by reply e-mail, so that our address record can be
corrected.

In accordance with 31 C.F.R. Section 10.35(b)(4), this message has not been prepared, and may
not be relied upon by any person, for protection against any federal tax penalty.

On May 8, 2015, at 3:59 PM, Bruce Steckler <Bruce@stecklerlaw.com> wrote:

> Pursuant to the Court's directives, we are attaching revised document
> requests. The scope of the deposition will encompass these document requests
> and the topics previously outlined. Matt Gaughan and I would like to schedule a
> meeting with you on **Friday, May 15th at Herman, Herman & Katz in New**

**Orleans** to discuss the documents and deposition. If you have any questions, please do not hesitate to contact us. We appreciate your professional courtesies.

Yours,

Bruce Steckler

**Bruce W. Steckler**

**Steckler, LLP**

12720 Hillcrest Road

Suite 1045

Dallas, TX 75230

Phone: (972) 387-4040

Fax: (972) 387-4041

www.StecklerLaw.com

<Morgan Stanley Document Requests.pdf>

CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.

**Coker, Ashley**

| | |
|---|---|
| **From:** | Coker, Ashley |
| **Sent:** | Thursday, May 21, 2015 2:09 PM |
| **To:** | 'harry.rosenberg@phelps.com'; 'jstengel@orrick.com'; 'cvejnoska@orrick.com' |
| **Cc:** | Force, Joshua S. |
| **Subject:** | Chinese Drywall / Morgan Stanley |
| **Attachments:** | SECOND AMENDED NOTICE OF 30(B)(6) DEPO OF MORGAN STANLEY (WITH EX   (3) (00576668x9DD57).pdf |

Counsel:

As you may be aware, the PSC has recently issued the attached non-party subpoena to Morgan Stanley in connection with the above MDL proceedings.  The subpoena requests that Morgan Stanley produce documents regarding unidentified "financial transactions" but directs Morgan Stanley to a number of documents that have apparently been produced in this case "for reference."  We understand from the PSC that the referenced documents have been designated as confidential and that CNBM and BNBM must agree to their production, in writing, before the PSC may disclose these documents to Morgan Stanley. While Morgan Stanley believes that it is the PSC's responsibility to obtain this permission in connection with its request that Morgan Stanley review and consider these documents in responding to its non-party subpoena, the PSC has refused to do so and has insisted that Morgan Stanley contact you directly.  Accordingly, we write to ask that CNBM and BNBM provide their written consent for the referenced documents to be produced to Morgan Stanley.  If the parties' confidentiality agreement requires any further actions for the production or use of these documents, Morgan Stanley leaves those actions to the PSC, CNBM, and BNBM.

Thank you for your assistance and professional courtesies in respect of this request.

Best regards,

Ashley Gremillion Coker
**Sher Garner Cahill Richter Klein & Hilbert, LLC**
909 Poydras St., 27th Floor
New Orleans, Louisiana 70112
504.299.2127
504.299.2327 (f)



EXHIBIT
6

1

## Coker, Ashley

| | |
|---|---|
| **From:** | Harry Rosenberg (1219) <Harry.Rosenberg@phelps.com> |
| **Sent:** | Wednesday, May 27, 2015 5:38 PM |
| **To:** | Coker, Ashley |
| **Subject:** | Re: CDW/MS |

Not yet but will follow up

Harry Rosenberg
Harry.Rosenberg@phelps.com
(504) 584-9219


> On May 27, 2015, at 5:36 PM, "Coker, Ashley" <acoker@shergarner.com> wrote:
>
> Hi Harry,
> Any word from Dentons as to whether BNBM will consent to the PSC providing the documents referenced on the attached subpoena (see p. 32) to Morgan Stanley?
> Thanks,
> Ashley
>
> From: Coker, Ashley
> Sent: Tuesday, May 26, 2015 3:23 PM
> To: 'harry.rosenberg@phelps.com'
> Cc: Force, Joshua S.
> Subject: CDW/MS
>
> Harry,
>
> Thanks for calling me back today.  Attached is the subpoena that we received from the PSC.  Page 32 of the attachment shows the BNBM documents that the PSC has asked Morgan Stanley to review in connection with its subpoena.
> Please let me know if BNBM will consent to the PSC providing these documents to Morgan Stanley.
>
> Take care,
> Ashley
>
> Ashley Gremillion Coker
> Sher Garner Cahill Richter Klein & Hilbert, LLC
> 909 Poydras St., 27th Floor
> New Orleans, Louisiana 70112
> 504.299.2127
> 504.299.2327 (f)
>
>
> <SECOND AMENDED NOTICE OF 30(B)(6) DEPO OF MORGAN STANLEY (WITH EX (3) (00576668x9DD57).pdf>

**EXHIBIT**

**H**

## Coker, Ashley

| | |
|---|---|
| **From:** | Matthew Gaughan <MGaughan@lfsblaw.com> |
| **Sent:** | Tuesday, May 26, 2015 9:47 AM |
| **To:** | Coker, Ashley; Force, Joshua S. |
| **Cc:** | Arnold Levin; Fred Longer; Russ Herman; Leonard A. Davis (LDAVIS@hhkc.com); Madelyn O'Brien; Lillian Flemming; Sandy Duggan; Garner, James M.; bruce@stecklerlaw.com |
| **Subject:** | RE: Morgan Stanley Documents |

Josh/Ashley – can you kindly update us on the status of your review for responsive documents.  Also, please advise on you availability for a call this week.  Matt.

**From:** Matthew Gaughan
**Sent:** Monday, May 18, 2015 6:44 PM
**To:** Coker, Ashley; Force, Joshua S.
**Cc:** Arnold Levin; Fred Longer; Russ Herman; Leonard A. Davis (LDAVIS@hhkc.com); Madelyn O'Brien; Lillian Flemming; Sandy Duggan; Garner, James M. (JGarner@SHERGARNER.com); bruce@stecklerlaw.com
**Subject:** RE: Morgan Stanley Documents

Josh/Ashley – please see the attached documents that we filed with the court today.  Can we assume you will agree to accept service of the same?  Also, please advise on the status of you discussions with counsel for CNBM.  Matt.

**From:** Garner, James M. [mailto:JGarner@SHERGARNER.com]
**Sent:** Friday, May 08, 2015 5:51 PM
**To:** Bruce Steckler
**Cc:** Matthew Gaughan; Arnold Levin; Fred Longer; Russ Herman; Leonard A. Davis (LDAVIS@hhkc.com); Madelyn O'Brien; Lillian Flemming; Sandy Duggan; Coker, Ashley; Force, Joshua S.
**Subject:** RE: Morgan Stanley Documents

I always prefer to visit with all of you.  But likely not back until 4 p.m. downtown.  I'm out Wednesday thru Friday p.m. and in Napoleonville Monday morning.   A great weekend to all.

**From:** Bruce Steckler [mailto:Bruce@stecklerlaw.com]
**Sent:** Friday, May 8, 2015 4:49 PM
**To:** Garner, James M.
**Cc:** Matthew Gaughan; Arnold Levin (alevin@lfsblaw.com); Fred Longer; Russ Herman; Leonard A. Davis (LDAVIS@hhkc.com); Madelyn O'Brien; Lillian Flemming; 'Sandy Duggan' (sduggan@lfsblaw.com); Coker, Ashley; Force, Joshua S.
**Subject:** RE: Morgan Stanley Documents

1

EXHIBIT
I

Thanks—do you want to be present?  If so, I prefer early afternoon on May 15th. Bruce

**From:** Garner, James M. [mailto:JGarner@SHERGARNER.com]
**Sent:** Friday, May 08, 2015 4:45 PM
**To:** Bruce Steckler
**Cc:** Matthew Gaughan; Arnold Levin (alevin@lfsblaw.com); Fred Longer; Russ Herman; Leonard A. Davis (LDAVIS@hhkc.com); Madelyn O'Brien; Lillian Flemming; 'Sandy Duggan' (sduggan@lfsblaw.com); Coker, Ashley; Force, Joshua S.
**Subject:** RE: Morgan Stanley Documents

Good luck in El Paso.  Please let Ashley and Josh know time for meeting at Russ' office.

**From:** Bruce Steckler [mailto:Bruce@stecklerlaw.com]
**Sent:** Friday, May 8, 2015 4:44 PM
**To:** Garner, James M.
**Cc:** Matthew Gaughan; Arnold Levin (alevin@lfsblaw.com); Fred Longer; Russ Herman; Leonard A. Davis (LDAVIS@hhkc.com); Madelyn O'Brien; Lillian Flemming; 'Sandy Duggan' (sduggan@lfsblaw.com); Coker, Ashley; Force, Joshua S.
**Subject:** RE: Morgan Stanley Documents

I know. Unfortunately, I have a hearing in Federal Court in El Paso, Texas on the 15th. B

**From:** Garner, James M. [mailto:JGarner@SHERGARNER.com]
**Sent:** Friday, May 08, 2015 4:35 PM
**To:** Bruce Steckler
**Cc:** Matthew Gaughan; Arnold Levin (alevin@lfsblaw.com); Fred Longer; Russ Herman; Leonard A. Davis (LDAVIS@hhkc.com); Madelyn O'Brien; Lillian Flemming; 'Sandy Duggan' (sduggan@lfsblaw.com); Coker, Ashley; Force, Joshua S.
**Subject:** Re: Morgan Stanley Documents

Lennie suggested the 14th earlier today.  Either work fit Ashley and Josh.  I can do Friday afternoon.   Please let us know which you prefer and time.  Thank you.

James M. Garner
Sher Garner Cahill Richter Klein & Hilbert, LLC

2

909 Poydras Street
28th Floor
New Orleans, Louisiana  70112

Telephone: 504-299-2102
Facsimile: 504-299-2302
Mobile:  504-931-5361

This electronic mail transmission may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail, so that our address record can be corrected.

In accordance with 31 C.F.R. Section 10.35(b)(4), this message has not been prepared, and may not be relied upon by any person, for protection against any federal tax penalty.

On May 8, 2015, at 3:59 PM, Bruce Steckler <Bruce@stecklerlaw.com> wrote:

Pursuant to the Court's directives, we are attaching revised document requests.  The scope of the deposition will encompass these document requests and the topics previously outlined.  Matt Gaughan and I would like to schedule a meeting with you on **Friday, May 15th at Herman, Herman & Katz in New Orleans** to discuss the documents and deposition. If you have any questions, please do not hesitate to contact us. We appreciate your professional courtesies.

Yours, Bruce Steckler

**Bruce W. Steckler**

**Steckler, LLP**

12720 Hillcrest Road

Suite 1045

Dallas, TX 75230

Phone: (972) 387-4040

Fax: (972) 387-4041

www.StecklerLaw.com

3

<Morgan Stanley Document Requests.pdf>

**Coker, Ashley**

| | |
|---|---|
| **From:** | Coker, Ashley |
| **Sent:** | Tuesday, May 26, 2015 3:50 PM |
| **To:** | 'Matthew Gaughan'; Force, Joshua S. |
| **Cc:** | Arnold Levin; Fred Longer; Russ Herman; Leonard A. Davis (LDAVIS@hhkc.com); Madelyn O'Brien; Lillian Flemming; Sandy Duggan; Garner, James M.; bruce@stecklerlaw.com |
| **Subject:** | RE: Morgan Stanley Documents |

Matt,

. Because the PSC refused to do so, we contacted CNBM's and BNBM's counsel and requested that they consent to the PSC producing the documents listed on Exhibit B to the subpoena to Morgan Stanley so that Morgan Stanley could review those documents in responding to the PSC's subpoena. CNBM's counsel have agreed verbally, but not yet in writing, to production of the documents to Morgan Stanley. We have attempted to contact BNBM's counsel again for a reply to our request and are waiting for a response from its counsel. We will let you know when we have received written confirmation from counsel for both parties so that we can obtain the documents from the PSC. In the meantime, Morgan Stanley is searching for documents that might be responsive to the subpoena based upon the information concerning the PSC's subpoena that is available to it at this time.

Morgan Stanley reserves all rights to object to the requests in this subpoena and/or file any necessary motions regarding same.

Thanks,

Ashley

---

**From:** Matthew Gaughan [mailto:MGaughan@lfsblaw.com]
**Sent:** Tuesday, May 26, 2015 9:47 AM
**To:** Coker, Ashley; Force, Joshua S.
**Cc:** Arnold Levin; Fred Longer; Russ Herman; Leonard A. Davis (LDAVIS@hhkc.com); Madelyn O'Brien; Lillian Flemming; Sandy Duggan; Garner, James M.; bruce@stecklerlaw.com
**Subject:** RE: Morgan Stanley Documents

Josh/Ashley – can you kindly update us on the status of your review for responsive documents. Also, please advise on you availability for a call this week. Matt.

**EXHIBIT**
**J**

**From:** Matthew Gaughan
**Sent:** Monday, May 18, 2015 6:44 PM
**To:** Coker, Ashley; Force, Joshua S.
**Cc:** Arnold Levin; Fred Longer; Russ Herman; Leonard A. Davis (LDAVIS@hhkc.com); Madelyn O'Brien; Lillian Flemming; Sandy Duggan; Garner, James M. (JGarner@SHERGARNER.com); bruce@stecklerlaw.com
**Subject:** RE: Morgan Stanley Documents

Josh/Ashley – please see the attached documents that we filed with the court today.  Can we assume you will agree to accept service of the same?  Also, please advise on the status of you discussions with counsel for CNBM.  Matt.

**From:** Garner, James M. [mailto:JGarner@SHERGARNER.com]
**Sent:** Friday, May 08, 2015 5:51 PM
**To:** Bruce Steckler
**Cc:** Matthew Gaughan; Arnold Levin; Fred Longer; Russ Herman; Leonard A. Davis (LDAVIS@hhkc.com); Madelyn O'Brien; Lillian Flemming; Sandy Duggan; Coker, Ashley; Force, Joshua S.
**Subject:** RE: Morgan Stanley Documents

I always prefer to visit with all of you.  But likely not back until 4 p.m. downtown.  I'm out Wednesday thru Friday p.m. and in Napoleonville Monday morning.   A great weekend to all.

**From:** Bruce Steckler [mailto:Bruce@stecklerlaw.com]
**Sent:** Friday, May 8, 2015 4:49 PM
**To:** Garner, James M.
**Cc:** Matthew Gaughan; Arnold Levin (alevin@lfsblaw.com); Fred Longer; Russ Herman; Leonard A. Davis (LDAVIS@hhkc.com); Madelyn O'Brien; Lillian Flemming; 'Sandy Duggan' (sduggan@lfsblaw.com); Coker, Ashley; Force, Joshua S.
**Subject:** RE: Morgan Stanley Documents

Thanks—do you want to be present?  If so, I prefer early afternoon on May 15th. Bruce

**From:** Garner, James M. [mailto:JGarner@SHERGARNER.com]
**Sent:** Friday, May 08, 2015 4:45 PM
**To:** Bruce Steckler
**Cc:** Matthew Gaughan; Arnold Levin (alevin@lfsblaw.com); Fred Longer; Russ Herman; Leonard A. Davis (LDAVIS@hhkc.com); Madelyn O'Brien; Lillian Flemming; 'Sandy Duggan' (sduggan@lfsblaw.com); Coker, Ashley; Force, Joshua S.
**Subject:** RE: Morgan Stanley Documents

Good luck in El Paso.  Please let Ashley and Josh know time for meeting at Russ' office.

**From:** Bruce Steckler [mailto:Bruce@stecklerlaw.com]
**Sent:** Friday, May 8, 2015 4:44 PM
**To:** Garner, James M.

2

Cc: Matthew Gaughan; Arnold Levin (alevin@lfsblaw.com); Fred Longer; Russ Herman; Leonard A. Davis (LDAVIS@hhkc.com); Madelyn O'Brien; Lillian Flemming; 'Sandy Duggan' (sduggan@lfsblaw.com); Coker, Ashley; Force, Joshua S.
**Subject:** RE: Morgan Stanley Documents

I know. Unfortunately, I have a hearing in Federal Court in El Paso, Texas on the 15th. B

**From:** Garner, James M. [mailto:JGarner@SHERGARNER.com]
**Sent:** Friday, May 08, 2015 4:35 PM
**To:** Bruce Steckler
Cc: Matthew Gaughan; Arnold Levin (alevin@lfsblaw.com); Fred Longer; Russ Herman; Leonard A. Davis (LDAVIS@hhkc.com); Madelyn O'Brien; Lillian Flemming; 'Sandy Duggan' (sduggan@lfsblaw.com); Coker, Ashley; Force, Joshua S.
**Subject:** Re: Morgan Stanley Documents

Lennie suggested the 14th earlier today.  Either work fit Ashley and Josh.  I can do Friday afternoon.   Please let us know which you prefer and time.  Thank you.

James M. Garner
Sher Garner Cahill Richter Klein & Hilbert, LLC
909 Poydras Street
28th Floor
New Orleans, Louisiana  70112

Telephone: 504-299-2102
Facsimile: 504-299-2302
Mobile:  504-931-5361

This electronic mail transmission may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail, so that our address record can be corrected.

In accordance with 31 C.F.R. Section 10.35(b)(4), this message has not been prepared, and may not be relied upon by any person, for protection against any federal tax penalty.

On May 8, 2015, at 3:59 PM, Bruce Steckler <Bruce@stecklerlaw.com> wrote:

> Pursuant to the Court's directives, we are attaching revised document requests.  The scope of the deposition will encompass these document requests and the topics previously outlined.  Matt Gaughan and I would like to schedule a meeting with you on **Friday, May 15[th] at Herman,**

**Herman & Katz in New Orleans** to discuss the documents and deposition. If you have any
questions, please do not hesitate to contact us. We appreciate your professional courtesies.

Yours, Bruce Steckler

**Bruce W. Steckler**

**Steckler, LLP**

12720 Hillcrest Road

Suite 1045

Dallas, TX 75230

Phone: (972) 387-4040

Fax: (972) 387-4041

www.StecklerLaw.com

<Morgan Stanley Document Requests.pdf>

**Coker, Ashley**

| | |
|---|---|
| **From:** | Harry Rosenberg (1219) <Harry.Rosenberg@phelps.com> |
| **Sent:** | Wednesday, May 27, 2015 5:38 PM |
| **To:** | Coker, Ashley |
| **Subject:** | Re: CDW/MS |

Not yet but will follow up

Harry Rosenberg
Harry.Rosenberg@phelps.com
(504) 584-9219


> On May 27, 2015, at 5:36 PM, "Coker, Ashley" <acoker@shergarner.com> wrote:
>
> Hi Harry,
> Any word from Dentons as to whether BNBM will consent to the PSC providing the documents referenced on the attached subpoena (see p. 32) to Morgan Stanley?
> Thanks,
> Ashley
>
> From: Coker, Ashley
> Sent: Tuesday, May 26, 2015 3:23 PM
> To: 'harry.rosenberg@phelps.com'
> Cc: Force, Joshua S.
> Subject: CDW/MS
>
> Harry,
>
> Thanks for calling me back today.  Attached is the subpoena that we received from the PSC.  Page 32 of the attachment shows the BNBM documents that the PSC has asked Morgan Stanley to review in connection with its subpoena.
> Please let me know if BNBM will consent to the PSC providing these documents to Morgan Stanley.
>
> Take care,
> Ashley
>
> Ashley Gremillion Coker
> Sher Garner Cahill Richter Klein & Hilbert, LLC
> 909 Poydras St., 27th Floor
> New Orleans, Louisiana 70112
> 504.299.2127
> 504.299.2327 (f)
>
>
> <SECOND AMENDED NOTICE OF 30(B)(6) DEPO OF MORGAN STANLEY (WITH EX (3) (00576668x9DD57).pdf>

1

**Coker, Ashley**

| | |
|---|---|
| **From:** | Hairston, Eric Matthew <ehairston@orrick.com> |
| **Sent:** | Wednesday, May 27, 2015 8:00 PM |
| **To:** | Coker, Ashley |
| **Cc:** | Force, Joshua S.; Vejnoska, Christopher; Davidson, Andrew K. |
| **Subject:** | Chinese Drywall / Morgan Stanley |

Ashley,

I'm responding on behalf of my colleague Chris Vejnoska to your email below. This is to confirm that CNBM consents to the PSC producing to Morgan Stanley the documents referenced in the subpoena.

Please let me know if you need anything further.

Thank you,

**Eric Matthew Hairston**

**ORRICK, HERRINGTON & SUTCLIFFE LLP**

**THE ORRICK BUILDING**

**405 HOWARD STREET**

**SAN FRANCISCO, CA 94105**

**tel 415-773-5617**

**fax 415-773-5759**

ehairston@orrick.com

**From:** "Coker, Ashley" <acoker@shergarner.com>
**Date:** May 27, 2015 at 11:42:03 PM GMT+2
**To:** "'cvejnoska@orrick.com'" <cvejnoska@orrick.com>
**Cc:** "Force, Joshua S." <jforce@SHERGARNER.com>
**Subject: FW: Chinese Drywall / Morgan Stanley**



1

Chris,

When we spoke last week, you kindly advised that CNBM would consent to the PSC producing to Morgan Stanley the documents related to CNBM referenced in the attached subpoena.   It is my understanding that the confidentiality agreement governing the parties requires CNBM's written consent.  Can you please send me an email memorializing CNBM's consent?

Thank you very much,

Ashley

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit http://www.orrick.com

**Coker, Ashley**

| | |
|---|---|
| **From:** | Coker, Ashley |
| **Sent:** | Thursday, May 28, 2015 9:57 PM |
| **To:** | 'Russ Herman' |
| **Cc:** | Matthew Gaughan; Force, Joshua S.; Arnold Levin; Fred Longer; Lenny Davis; Madelyn O'Brien; Lillian Flemming; Sandy Duggan; Garner, James M.; bruce@stecklerlaw.com |
| **Subject:** | RE: Morgan Stanley Documents |

Counsel:

Morgan Stanley has now obtained written consent from counsel for CNBM for the PSC to provide the CNBM documents referenced on the most recent subpoena.  Please send us these documents.

We have made several requests to counsel for BNBM but have not yet received BNBM's written consent.

Ashley

---

**From:** Russ Herman [mailto:RHERMAN@hhklawfirm.com]
**Sent:** Tuesday, May 19, 2015 5:52 PM
**To:** Coker, Ashley
**Cc:** Matthew Gaughan; Force, Joshua S.; Arnold Levin; Fred Longer; Lenny Davis; Madelyn O'Brien; Lillian Flemming; Sandy Duggan; Garner, James M.; bruce@stecklerlaw.com
**Subject:** Re: Morgan Stanley Documents

As to websites do a word search for your client . As to permission to get confidential documents , CNBM andBNBM ARE IN BUSINESS WITH YOUR CLIENT . You need to get their Agreement . We will not do your work . File a motion directed at them releasing their documents to you .

Sent from my iPhone

On May 19, 2015, at 5:44 PM, Coker, Ashley <acoker@shergarner.com> wrote:

> Also, we have pulled up the last 6 items on the PSC's list, which are the websites, and have the following questions/comments:
>
>
> http://financeasia.com/print.aspc?CIID=35926  &
>
> www.thestandard.com.hk/news_detail.asp?pp_cat=2@art_id=50978&sid=14871947&con_type=1
>
> These two sites are available, but there is no article that pulls up at this link.  If you have copies of these articles, please forward them to us in English.
>
>
> www.cnbm.com.cn – it is unclear to what portion of the website the PSC is directing Morgan Stanley through this reference.  Please advise.



http://www.etnet.com.hk/www/sc/stocks/realtime/quote_ca_sdi.php?code=3323&page=1 - this reference is a link to real time stock quotes, which is partially in Chinese. Again, it is unclear to what the PSC is directing Morgan Stanley through this link.   Please advise.

Finally, if you have a translated copy of the press release found at http://www.morganstanleychina.com/press/others/091217.html, we would appreciate a copy.

Thank you,

Ashley

**From:** Coker, Ashley
**Sent:** Tuesday, May 19, 2015 4:55 PM
**To:** 'Matthew Gaughan'; Force, Joshua S.
**Cc:** Arnold Levin; Fred Longer; Russ Herman; Leonard A. Davis (LDAVIS@hhkc.com);
Madelyn O'Brien; Lillian Flemming; Sandy Duggan; Garner, James M.; bruce@stecklerlaw.com
**Subject:** RE: Morgan Stanley Documents

Matt,

We are authorized to accept service of this new subpoena on behalf of Morgan Stanley.

Concerning communications with counsel for CNBM and BNBM, the PSC should contact those parties to obtain any necessary permission to produce the documents to Morgan Stanley given that Morgan Stanley is a third party to this litigation, the PSC is actively engaged with those parties, and it is the PSC that has requested Morgan Stanley to review the listed documents and produce documentation regarding the referenced transactions.

In the interim, Morgan Stanley will begin its investigation of the new subpoena based upon any publicly available documents that it can obtain.

Thank you,

Ashley

**From:** Matthew Gaughan [mailto:MGaughan@lfsblaw.com]
**Sent:** Monday, May 18, 2015 5:44 PM
**To:** Coker, Ashley; Force, Joshua S.
**Cc:** Arnold Levin; Fred Longer; Russ Herman; Leonard A. Davis (LDAVIS@hhkc.com);
Madelyn O'Brien; Lillian Flemming; Sandy Duggan; Garner, James M.; bruce@stecklerlaw.com
**Subject:** RE: Morgan Stanley Documents

Josh/Ashley – please see the attached documents that we filed with the court today.  Can we
assume you will agree to accept service of the same?  Also, please advise on the status of you
discussions with counsel for CNBM.  Matt.

**From:** Garner, James M. [mailto:JGarner@SHERGARNER.com]
**Sent:** Friday, May 08, 2015 5:51 PM
**To:** Bruce Steckler
**Cc:** Matthew Gaughan; Arnold Levin; Fred Longer; Russ Herman; Leonard A. Davis
(LDAVIS@hhkc.com); Madelyn O'Brien; Lillian Flemming; Sandy Duggan; Coker, Ashley;
Force, Joshua S.
**Subject:** RE: Morgan Stanley Documents

I always prefer to visit with all of you.  But likely not back until 4 p.m. downtown.  I'm out
Wednesday thru Friday p.m. and in Napoleonville Monday morning.   A great weekend to all.

**From:** Bruce Steckler [mailto:Bruce@stecklerlaw.com]
**Sent:** Friday, May 8, 2015 4:49 PM
**To:** Garner, James M.
**Cc:** Matthew Gaughan; Arnold Levin (alevin@lfsblaw.com); Fred Longer; Russ Herman;
Leonard A. Davis (LDAVIS@hhkc.com); Madelyn O'Brien; Lillian Flemming; 'Sandy Duggan'
(sduggan@lfsblaw.com); Coker, Ashley; Force, Joshua S.
**Subject:** RE: Morgan Stanley Documents

Thanks—do you want to be present?  If so, I prefer early afternoon on May 15th. Bruce

**From:** Garner, James M. [mailto:JGarner@SHERGARNER.com]
**Sent:** Friday, May 08, 2015 4:45 PM
**To:** Bruce Steckler
**Cc:** Matthew Gaughan; Arnold Levin (alevin@lfsblaw.com); Fred Longer; Russ Herman;
Leonard A. Davis (LDAVIS@hhkc.com); Madelyn O'Brien; Lillian Flemming; 'Sandy Duggan'

3

(sduggan@lfsblaw.com); Coker, Ashley; Force, Joshua S.
**Subject:** RE: Morgan Stanley Documents


Good luck in El Paso.  Please let Ashley and Josh know time for meeting at Russ' office.


**From:** Bruce Steckler [mailto:Bruce@stecklerlaw.com]
**Sent:** Friday, May 8, 2015 4:44 PM
**To:** Garner, James M.
**Cc:** Matthew Gaughan; Arnold Levin (alevin@lfsblaw.com); Fred Longer; Russ Herman;
Leonard A. Davis (LDAVIS@hhkc.com); Madelyn O'Brien; Lillian Flemming; 'Sandy Duggan'
(sduggan@lfsblaw.com); Coker, Ashley; Force, Joshua S.
**Subject:** RE: Morgan Stanley Documents


I know. Unfortunately, I have a hearing in Federal Court in El Paso, Texas on the 15th. B


**From:** Garner, James M. [mailto:JGarner@SHERGARNER.com]
**Sent:** Friday, May 08, 2015 4:35 PM
**To:** Bruce Steckler
**Cc:** Matthew Gaughan; Arnold Levin (alevin@lfsblaw.com); Fred Longer; Russ Herman;
Leonard A. Davis (LDAVIS@hhkc.com); Madelyn O'Brien; Lillian Flemming; 'Sandy Duggan'
(sduggan@lfsblaw.com); Coker, Ashley; Force, Joshua S.
**Subject:** Re: Morgan Stanley Documents


Lennie suggested the 14th earlier today.  Either work fit Ashley and Josh.  I can do Friday
afternoon.    Please let us know which you prefer and time.  Thank you.


James M. Garner
Sher Garner Cahill Richter Klein & Hilbert, LLC
909 Poydras Street
28th Floor
New Orleans, Louisiana  70112

Telephone: 504-299-2102
Facsimile: 504-299-2302
Mobile:  504-931-5361

This electronic mail transmission may constitute an attorney-client communication that is
privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons.
If you have received this electronic mail transmission in error, please delete it from your system

without copying it, and notify the sender by reply e-mail, so that our address record can be corrected.

In accordance with 31 C.F.R. Section 10.35(b)(4), this message has not been prepared, and may not be relied upon by any person, for protection against any federal tax penalty.

On May 8, 2015, at 3:59 PM, Bruce Steckler <Bruce@stecklerlaw.com> wrote:

Pursuant to the Court's directives, we are attaching revised document requests. The scope of the deposition will encompass these document requests and the topics previously outlined. Matt Gaughan and I would like to schedule a meeting with you on **Friday, May 15th at Herman, Herman & Katz in New Orleans** to discuss the documents and deposition. If you have any questions, please do not hesitate to contact us. We appreciate your professional courtesies.

Yours,

Bruce Steckler

**Bruce W. Steckler**

**Steckler, LLP**

12720 Hillcrest Road

Suite 1045

Dallas, TX 75230

Phone: (972) 387-4040

Fax: (972) 387-4041

www.StecklerLaw.com

<Morgan Stanley Document Requests.pdf>

CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended
solely for the addressee. Please do not read, copy, or disseminate it unless
you are the addressee. If you have received it in error, please call us·
(collect) immediately at (504) 581-4892 and ask to speak with the message

sender.  Also, we would appreciate your forwarding the message back to us and
deleting it from your system.  Thank you.