# Coker, Ashley

| | |
|---|---|
| **From:** | Matthew Gaughan <MGaughan@lfsblaw.com> |
| **Sent:** | Friday, May 29, 2015 5:27 PM |
| **To:** | Coker, Ashley; Force, Joshua S. |
| **Cc:** | Arnold Levin; Fred Longer; 'Russ Herman'; 'Leonard A. Davis (LDAVIS@hhkc.com)'; 'Madelyn O'Brien'; 'Lillian Flemming'; Sandy Duggan; Garner, James M.; 'bruce@stecklerlaw.com' |
| **Subject:** | FW: Morgan Stanley Dropbox share |

Dear counsel – below is a link to the documents identified in our discovery requests. Let me know if you have any problems was the dropbox site. Matt.

**From:** Thomas Shrack
**Sent:** Friday, May 29, 2015 3:44 PM
**To:** Matthew Gaughan
**Subject:** Morgan Stanley Dropbox share

Here are the link and password to access the Morgan Stanley files:

Link:       https://www.dropbox.com/sh/hgvbz886w5m30lo/AABFPX8Ye85pf6MNYKgqcvT2a?dl=0

Password:    DKH_.P*37k

Sincerely,

Thomas A. Shrack

**Levin, Fishbein, Sedran & Berman**

**Counselors at Law and Proctors in Admiralty**

510 Walnut Street, Suite 500

Philadelphia, PA  19106

(215) 592-1500, Fax 592-4663

www.LFSBLaw.com



**CONFIDENTIALITY NOTE:** This e-mail message contains information belonging to the law firm of Levin, Fishbein, Sedran & Berman and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.