# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:**<br><br>*Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.*, Case No. 09-6687 (E.D. La.);<br><br>*Gross, et al. v. Knauf Gips, KG, et al.*, Case No. 09-6690 (E.D. La.);<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*, Case No 10-361 (E.D. La.);<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Civ. Action No. 11-1672 (E.D. La.);<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Civ. Action No. 11-1395 (E.D. La.);<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Civ. Action No. 11-1673 (E.D. La.) | |

**TAISHAN GYPSUM CO., LTD. AND
TAI'AN TAISHAN PLASTERBOARD CO., LTD.'S MOTION
TO FILE TAISHAN'S OMNIBUS SUPPLEMENTAL RESPONSE IN OPPOSITION
TO THE PSC'S MOTION FOR ASSESSMENT OF CLASS DAMAGES
(INCLUDING EXHIBITS) UNDER SEAL**

NOW INTO COURT, through undersigned counsel, come Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd. ("Taishan"), who respectfully request leave of Court to file Taishan's Omnibus Supplemental Response in Opposition to the PSC'S Motion for Assessment of Class Damages, as well as Exhibits 1 and 2 attached thereto, UNDER SEAL.

Some of the information contained in the Memorandum and Exhibits 1 and 2 attached thereto is confidential and should be filed UNDER SEAL in its entirety.  Accordingly, Taishan requests leave to file the entirety of Taishan's Omnibus Supplemental Response in Opposition to the PSC'S Motion for Assessment of Class Damages (including exhibits) UNDER SEAL.

Dated:  May 29, 2015

Respectfully submitted,

/s Michael P. Kenny
Bernard Taylor, Esq.
Georgia Bar No. 669625
Michael P. Kenny, Esq.
Georgia Bar No. 415064
Cari K. Dawson, Esq.
Georgia Bar No. 213490
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
mike.kenny@alston.com
*Counsel for Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd.*

2

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman by U.S. mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 29th day of May, 2015.

        /s Michael P. Kenny