# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Germano v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, **Case No. 09-6687 (E.D. La.);**<br><br>*Gross v. Knauf Gips, KG*, **Case No. 09-6690 (E.D. La.);**<br><br>*Wiltz v. Beijing New Building Materials Public Limited Co.,* **Case No. 10-361 (E.D. La.);**<br><br>*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, **Case No. 11-1672 (E.D. La.);**<br><br>*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, **Case No. 11-1395 (E.D. La.); and**<br><br>*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, **Case No. 11-1673 (E.D. La.).** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |

## MOTION FOR LEAVE TO FILE SUR-REPLY OF BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY AND BEIJING NEW BUILDING MATERIAL (GROUP) CO., LTD IN OPPOSITION TO PLAINTIFFS" MOTION FOR <u>ASSESSMENT OF CLASS DAMAGES</u>

Defendants Beijing New Building Materials Public Limited Company ("BNBM PLC") and Beijing New Building Material (Group) Co., Ltd. ("BNBM Group") request leave of court to file its Sur-Reply in Opposition to Plaintiffs' Motion for Assessment of Class Damages.

On May 18, 2015, the Plaintiffs' Steering Committee ("PSC") filed an 80 page reply brief in support of its Motion for Assessment of Class Damages (Rec. Doc. 18958). BNBM PLC and BNBM Group request leave to file a sur-reply in order to address several of these arguments and identify relevant new evidence for the Court that was not available earlier.

BNBM PLC and BNBM Group respectfully request the opportunity to refocus the issues before the Court on damages and therefore request leave to file the attached Sur-Reply in Opposition to Plaintiffs' Motion for Assessment of Damages.

Dated: May 29, 2015

                                            Respectfully submitted,

                                            **DENTONS US LLP**

                                            By: */s/ Michael H. Barr*
                                            Michael H. Barr
                                            New York Bar No. 1744242
                                            Justin N. Kattan
                                            New York Bar No. 3983905
                                            1221 Avenue of the Americas
                                            New York, NY 10020-1089
                                            Telephone:  (212) 768-6700
                                            Facsimile:  (212) 768-6800
                                            michael.barr@dentons.com
                                            justin.kattan@dentons.com
                                                   - AND -

                                            Richard L. Fenton
                                            Illinois Bar No. 3121699
                                            Leah R. Bruno
                                            Illinois Bar No. 6269469
                                            233 South Wacker Drive
                                            Suite 7800
                                            Chicago, IL  60606-6306
                                            Telephone:  (312) 876-8000
                                            Facsimile:  (312) 876-7934
                                            richard.fenton@dentons.com
                                            leah.bruno@dentons.com

- AND -

C. Michael Moore
Texas Bar No. 14323600
Gene R. Besen
Texas Bar No. 24045491
2000 McKinney Ave, Suite 1900
Dallas, TX  75201
Telephone:  (214) 259-0900
Facsimile:  (214) 259-0910
mike.moore@dentons.com
gene.besen@dentons.com

**- AND -**

**PHELPS DUNBAR LLP**

Harry Rosenberg
Louisiana Bar No. 11465
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone:  (504) 566-1311
Facsimile:  (504) 568-9130
harry.rosenberg@phelps.com

*Attorneys for Beijing New Building Material (Group) Co., Ltd. and Beijing New Building Materials Public Limited Company*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion for Leave to File Sur-Reply of Beijing New Building Materials Public Limited Company and Beijing New Building Material (Group) Co., Ltd. in Opposition to Plaintiffs' Motion For Assessment of Class Damages has been served on Plaintiffs' Liaison Counsel, Leonard Davis, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this May 29, 2015.

/s/     Michael H. Barr