UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL NO. 2047 |
|     DRYWALL PRODUCTS | * | |
|     LIABILITY LITIGATION | * | SECTION: L |
| | * | |
| | * | JUDGE FALLON |
| **This document relates to:** | * | |
|     Case No. 10-362. Sec. L. Mg. 2 | * | MAG. JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### CLAIMANT OCEANIQUE DEVELOPMENT COMPANY'S OBJECTION AND MOTION FOR COURT REVIEW OF SPECIAL MASTER'S OPINION AND DECREE

Pursuant to Section 4.2.9 of the Knauf Settlement Agreement and Section IV(C)(1) of Exhibit A to the Knauf Settlement Agreement (ARH Remediation Protocol), Claimant Oceanique Development Company moves this Court to review and modify the Special Master's Opinion and Decree, attached hereto as Exhibit "A", under the ARH Protocol by increasing the award significantly. Plaintiffs incorporated memorandum of law details the reasons why this Court should significantly increase Oceanique's award in this matter.

Respectfully submitted,

/s/ Ervin Gonzalez
ERVIN A. GONZALEZ
Fla. Bar No. 500720
Ervin@colson.com
PATRICK S. MONTOYA
Fla. Bar No. 524441
Patrick@colson.com
COLSON HICKS EIDSON COLSON
MATTHEWS MARTINEZ GONZALEZ
KALBAC & KANE
255 Alhambra Circle, PH
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing pleading has been served on all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 29th day of May 2015.

                                                                        /s/  Ervin Gonzalez