UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL NO. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION: L |
| | * | |
| | * | JUDGE FALLON |
| **This document relates to all cases** | * | |
| | * | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * *

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1 and 78.0, Oceanique Development Company, Inc. ("Oceanique") requests oral argument on its Objection and Motion for Court Review of Special Master's Opinion and Decree, set for submission on July 8, 2015. As grounds, Oceanique presents a unique case that merits oral argument to highlight specific reasoning why the Court should modify the Special Master award of $530.08 on a claim with an accurate valuation of $3,180,499.28.

                                                       Respectfully Submitted,

                                                       /s/ Ervin Gonzalez
                                                       ERVIN A. GONZALEZ
                                                       Fla. Bar No. 500720
                                                     Ervin@colson.com
                                                     PATRICK S. MONTOYA
                                                     Fla. Bar No. 524441
                                                     Patrick@colson.com
                                                     COLSON HICKS EIDSON COLSON
                                                     MATTHEWS MARTINEZ GONZALEZ
                                                     KALBAC & KANE
                                                     255 Alhambra Circle, PH
                                                     Coral Gables, FL   33134
                                                     Phone: (305) 476-7400
                                                     Fax:    (305) 476-7444
                                                     *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing pleading has been served on all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 29th day of May, 2015.

      /s/ Ervin Gonzalez