# EXHIBIT A

EXHIBIT "A"

| # | Item | Amount |
|---|---|---|
| 1 | PAYROLL | 360,000.00 |
| 2 | MK - SUPERVISION | 120,000.00 |
| 3 | APPLIANCES | 274,000.00 |
| 4 | TRIM/PAINT LABOR - KOBI | 156,580.00 |
| 5 | DW LABOR | 130,746.74 |
| 6 | DW MATERIAL | 85,592.59 |
| 7 | A/C MAT'L & LABOR - MTN AIR | 80,452.41 |
| 8 | TRIM MATERIAL | 70,154.18 |
| 9 | FLOOR COVERING | 61,701.86 |
| 10 | TEMP LABOR | 50,733.38 |
| 11 | GRANITE | 43,432.28 |
| 12 | PAINT MATERIAL-SHERWIN WILLIAMS | 42,807.82 |
| 13 | TRIM/PAINT LABOR - CHARLIE | 38,550.00 |
| 14 | HAULING/REMOVAL COSTS | 32,124.84 |
| 15 | MIRROR | 31,314.25 |
| 16 | STORAGE | 24,000.00 |
| 17 | HOME DEPOT- INSULATION/SHELVING/MISC | 23,637.41 |
| 18 | MOVING/HAULING | 20,000.00 |
| 19 | UTILITIES - FPL | 15,000.00 |
| 20 | ENGINEER LETTERS | 14,523.00 |
| 21 | PERMIT FEES | 13,687.00 |
| 22 | UTILITIES - WATER/SEWER | 12,000.00 |
| 23 | SCRATCHED/DELAMINATE GLASS | 11,308.19 |
| 24 | LOWES- HWH/MISC | 10,894.19 |
| 25 | ASPHALT REPAIR | 7,200.00 |
| 26 | REDO DECKS | 6,716.01 |
| 27 | ENERGY CALCS | 6,660.00 |
| 28 | CRANE - SIMS | 6,075.00 |
| 29 | FIRE SPRINKLER REPAIRS | 5,259.79 |
| 30 | PLUMBING REPAIRS | 3,726.73 |
| 31 | SEA COAST SUPPLY | 2,422.67 |
| 32 | PLUMBING FIXTURES | 2,122.00 |
| 33 | DOOR/LOCKS REPAIR | 1,590.76 |
| 34 | ELECTRICAL - D&E/ADVANCED | 637.63 |
| 35 | MISC - DAYTONA NUT & BOLT/OMEGA | 635.11 |
| 36 | ELEVATOR REPAIR | 550.00 |
| 37 | A/C GRILLS | 326.14 |
| 38 | BLUEPRINTS | 155.97 |
| 39 | PORTALET | 151.27 |
| 40 | EQUIPMENT RENTAL - SUNBELT | 67.62 |
| 41 | TUB REPAIRS- SURFACE APPEAL | 60.00 |
| 42 | NOC FEES | 39.00 |
|  | SUBTOTAL | 1,767,635.84 |
| 43 | BLDR PROFIT/OVERHEAD/LEGAL/ACCTG -25% | 441,909 |
| 44 | INTEREST ON PROPERTY - 3 mos(1%) x$20M | 200,000 |
| 45 | INTEREST ON CONSTR COSTS ($2,209,544 x 10%) | 220,954 |
| 46 | CONDO FEES & RE TAXES - 3 MOS. X 100 UNITS | 350,000 |
| 47 | PUNCH OUT/ WARRANTY/RESERVE/CONTINGENCY | 200,000 |
|  | TOTAL | $ 3,180,499.28 |


EXHIBIT A

OCEANIQUE DEVELOPMENT CO (ARH) - 000009