# EXHIBIT B

# INSPECTION REPORT
## 08/27/2009

2    **LINCOLN MENDEZ**    **(CLIENT)**
4180 N. HIGHWAY AIA
UNIT # 801B
HUTCHINSON ISLAND, FLORIDA
C-305-476-7400
Builder:
**(ESI DID NOT ATTEND INSPECTION)**
Inspection photographed
Evidence collected- Ground wire and drywall samples
Evidence of contaminated drywall found in residence.
A/C coils black.
A/C high pressure line is black
Strong sulfur odor in residence.
All ground wires in electrical boxes are black.
Faucets &fixtures pitting
Mirrors ok.

No name board found in west wall of billiard room.
Drywall 4 feet x 12 feet x ½ inch
Product I.D. inspection required

9297 INSPECTIONS 082709
**JAVIER YANES**


PLAINTIFF'S EXHIBIT B

# INSPECTION REPORT
# PRODUCT I.D.
# &
# COLLECTION OF EVIDENCE
# 09/30/2009

The following inspection was conducted on 9/30/09

1.    LINCOLN MENDEZ           (CLIENT)
   4180 N. HIGHWAY A1A
   UNIT # 810-B
   HUTCHINSON ISLAND, FLORIDA 34949
   305-632-0359
   Inspection photographed and video taped.
   Evidence collected- Ground wire and drywall samples from every wall in every room in the residence.

   No name drywall was found in 7 locations throughout the home
   Print on all boards read:
   **Drywall 4 feet X 12 feet X ½ inch**
   No other prints were found. Please note, that every wall in the home that had the ability to be scoped was in fact scoped.

9297 093009 LINCOLN MENDEZ
**JAVIER YANES**