# EXHIBIT C

**From:** Keiser, Jeff [mailto:jeff@colson.com]
**Sent:** Monday, October 13, 2014 5:07 PM
**To:** Thalgott, Garrett
**Cc:** Montoya, Patrick
**Subject:** FW: Oceaneaque

Garrett –

Apologies for the delay in getting back to you. <u>We do understand you have the Yanes Report for one unit of the development.</u> However, we have supplied you with additional evidence including photographic evidence of KPT board and 3 affidavits of people intimately involved in the demolition and construction of the project. If you need us to send the photos again, we are happy to do so. Likewise, the inclusion of Banner as the source of the board indicates that some percentage of the project was built with KPT board.

As such, we are hopeful that your clients will tender an offer before mediation so that we can start a dialogue with our clients and your own. Please advise as to the dates and location needed for the mediation. Thanks in advance.

EXHIBIT C

1

Jeff J. Keiser
Colson Hicks Eidson
1100 Poydras Street - Suite 2800
New Orleans, LA 70163
Phone: 504-210-7325
e-mail: jeff@colson.com

**From:** Montoya, Patrick
**Sent:** Monday, September 22, 2014 3:16 PM
**To:** Thalgott, Garrett; Gonzalez, Ervin
**Cc:** Keiser, Jeff
**Subject:** RE: Oceaneaque

Garrett,
Late October looks better for us, but we could accommodate either. Will venue be Miami? I'll see how many samples are on hand and let you know shortly.

Patrick S. Montoya
Partner
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Office:  305.476.7400
Fax:     305.476.7444
email: Patrick@colson.com

**From:** Thalgott, Garrett [mailto:GThalgott@frilot.com]
**Sent:** Monday, September 22, 2014 12:34 PM
**To:** Montoya, Patrick; Gonzalez, Ervin
**Cc:** Keiser, Jeff
**Subject:** RE: Oceaneaque

How does the last week of October or the first week of November look for open dates?

Also, could you tell me what your client has on hand to inspect? Do they have drywall samples? If so, do you know how many they have on hand to inspect?

**From:** Montoya, Patrick [mailto:patrick@colson.com]
**Sent:** Friday, September 12, 2014 2:41 PM
**To:** Thalgott, Garrett; Gonzalez, Ervin
**Cc:** Keiser, Jeff
**Subject:** RE: Oceaneaque

Thank you. Let us know if your client wants to inspect what the client has on hand. We look forward to hearing from you next week with some dates.

Regards,

Patrick S. Montoya
Partner
Colson Hicks Eidson
255 Alhambra Circle, Penthouse

2

Coral Gables, FL 33134
Office: 305.476.7400
Fax:    305.476.7444
email: Patrick@colson.com

**From:** Thalgott, Garrett [mailto:GThalgott@frilot.com]
**Sent:** Friday, September 12, 2014 3:21 PM
**To:** Montoya, Patrick; Gonzalez, Ervin
**Subject:** Oceaneaque

I wanted to let you know that we received your letter. We were thinking late October/early November (Kerry has a full calendar). I will be in touch next week and we can look at pinning down some specific dates. Feel free to contact me if anything comes up.

Garrett

Garrett W. Thalgott
Frilot LLC
1100 Poydras, Ste. 3700
New Orleans, LA 70163
Direct: (504) 599-8247
Fax: (504) 619-4984