# EXHIBIT F



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
PORT ST. LUCIE

J.W. SETTLE AVE · PORT ST. LUCIE, FLORIDA 34986
PHONE (772) 466-1311 ∘ FAX (772) 466-9883
REMIT TO:
7195 NW 30TH STREET ∘ MIAMI, FLORIDA 33122
*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (888) 511-4004 ∘ Fax: (772) 466-9883

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

| ACCOUNT NO | | INVOICE NUMBER |
|---|---|---|
| TRI001 | | 1056359-01 |

BILL TO:
TRICON DEVELOPMENT OF BREVARD
PO BOX 320637
COCOA BEACH    FL  32932-0637

SHIP TO:
TRICON DEVELOPMENT OF BREVARD
OCEANIQUE 9TH FLOOR
STOCK IN UNIT I
FT PIERCE    FL  32932-0637

| INVOICE NUMBER | SLSMN. | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1056359-01 | 103 | 02/14/06 | 151. | OCEANIQUE 9TH FL 4 | 02/21/06 |

| INSTRUCTIONS | | PRT | PAGE NO. |
|---|---|---|---|
| 2-15-06    STOCK IN UNIT I | | T | 1 |

| QUANTITY<br>ORDERED | QUANTITY IN REFERENCE<br>B.O./RET. | QUANTITY<br>SHIPPED | SIDE | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | STARTING 9-12-05 THERE WILL BE<br>A FUEL SURCHARGE PER INVOICE | | | |
| 143 | | 143 | * | D12R12<br>1/2" REGULAR DRYWALL 12'<br>4 X 12 | SF | 342.0000 | 2347.49 |
| 1 | | 1 | * | MISC<br>MISC ITEMS | EA | 0.0001 | 0.00 |

*Drywall*

CODE EXPLANATION
\* = STATE TAX APPLICABLE
¢ = FED./OTHER TAX APPLICABLE
+ = STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| FREIGHT IN | FREIGHT OUT |
|---|---|
| | |

| SUB TOTAL | 2,347.49 |
|---|---|
| MISC. CHARGES | 5.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 152.59 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 2,505.08 |

PLAINTIFF'S
EXHIBIT
"F"
tabbies



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
PORT ST. LUCIE

210 W. SETTLE AVE ○ PORT ST. LUCIE, FLORIDA 34986
HONE (772) 466-1311 ○ FAX (772) 466-9883
REMIT TO:
7195 NW 30TH STREET ○ MIAMI, FLORIDA 33122

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (888) 611-4004 ○ Fax: (772) 466-9883

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

| ACCOUNT NO. | INVOICE NUMBER |
|---|---|
| TRI001 | 1056667-01 |

BILL TO:
TRICON DEVELOPMENT OF BREVARD
PO BOX 320637
COCOA BEACH     FL  32932-0637

SHIP TO:
TRICON DEVELOPMENT OF BREVARD
OCEANIQUE 10TH FLOOR
UNIT#H
FT PIERCE     FL  32932-0637

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 1056667-01 | 103 | 03/02/06 | 151 | OCEANIQUE 10TH | 5 | 03/08/06 |

| INSTRUCTIONS | RT. | PAGE NO. |
|---|---|---|
| 3-3-06                    TERRY ORDERED | T | 1 |

| QUANTITY IN PIECES/UNITS | | | | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B.O./REL | SHIPPED | REF | | | | |
| | | | | STARTING 9-12-05 THERE WILL BE A FUEL SURCHARGE PER INVOICE | | | |
| 163 | | 163 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 342.0000 | 2675.81 |
| 1 | | 1 | * | MISC MISC ITEMS | EA | 0.0001 | 0.00 |

*Drywall*

CODE EXPLANATION
* - STATE TAX APPLICABLE
#- FED./OTHER TAX APPLICABLE
+- STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| FREIGHT IN | FREIGHT OUT |
|---|---|

| SUB TOTAL | 2,675.81 |
|---|---|
| MISC CHARGE | 5.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 173.93 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 2,854.74 |

**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
PORT ST. LUCIE

21f W. SETTLE AVE ○ PORT ST. LUCIE, FLORIDA 34986
PHONE (772) 466-1311 ○ FAX (772) 466-9883
REMIT TO:
7195 NW 30TH STREET ○ MIAMI, FLORIDA 33122
*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (888) 511-4004 ○ Fax: (772) 466-9883

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

INVOICE NUMBER
1056669-01

| ACCOUNT NO. | | |
|---|---|---|
| TRI001 | | |

BILL TO: TRICON DEVELOPMENT OF BREVARD
PO BOX 320637
COCOA BEACH    FL  32932-0637

SHIP TO: TRICON DEVELOPMENT OF BREVARD
OCEANIQUE 10TH FLOOR
UNIT H
FT PIERCE    FL  32932-0637

| INVOICE NUMBER | SLS MKG | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 1056669-01 | 103 | 03/02/06 | 151 | OCEANIQUE 10TH | 6 | 03/08/06 |

| INSTRUCTIONS | | RTE | PAGE NO. |
|---|---|---|---|
| 3-3-06 | UNIT H | T | 1 |

| QUANTITY IN PIECES/UNITS | | | | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B.O./REF. | SHIPPED | DIFF. | | | | |
| | | | | STARTING 9-12-05 THERE WILL BE | | | |
| | | | | A FUEL SURCHARGE PER INVOICE | SF | 342.0000 | 2675.81 |
| 163 | | 163 | * | D12R12 | | | |
| | | | | 1/2" REGULAR DRYWALL 12' | | | |
| | | | | 4 X 12 | | | |
| 1 | | 1 | * | MISC | EA | 0.0001 | 0.00 |
| | | | | MISC ITEMS | | | |

*** THIS IS YOUR INVOICE ***

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

| FREIGHT IN | FREIGHT OUT |
|---|---|
| | |

| SUB TOTAL | 2,675.81 |
|---|---|
| MISC CHARGE | 5.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 173.93 |
| PAYMENT | 0.00 |
| **TOTAL AMT DUE** | **2,854.74** |

**BANNER SUPPLY CO.**
LATH - PLASTER & DRYWALL MATERIALS
PORT ST. LUCIE

21 W. SETTLE AVE ○ PORT ST. LUCIE, FLORIDA 34986
PHONE (772) 466-1311 ○ FAX (772) 466-9883
REMIT TO:
7195 NW 30TH STREET ○ MIAMI, FLORIDA 33122
ACCOUNTING AND RELEASE INQUIRIES
Phone: (888) 511-4004 ○ Fax: (772) 466-9883

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**INVOICE NUMBER**
1056670-01

**ACCOUNT NO.**
TRI001

BILL TO:
TRICON DEVELOPMENT OF BREVARD
PO BOX 320637
COCOA BEACH      FL  32932-0637

SHIP TO:
TRICON DEVELOPMENT OF BREVARD
OCEANQIUE 10TH FLOOR
UNIT J
FT PIERCE      FL  32932-0637

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 1056670-01 | 103 | 03/02/06 | 151 | OCEANIQUE 10TH | 7 | 03/08/06 |

INSTRUCTIONS
3-3-06                                    UNIT J

| QUANTITY IN PIECES/UNITS | | | B/O | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B/O/WE | SHIPPED | | | | | |
| | | | | STARTING 9-12-05 THERE WILL BE A FUEL SURCHARGE PER INVOICE | SF | 342.0000 | 2462.40 |
| 150 | | 150 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | | | |
| 1 | | 1 | * | MISC MISC ITEMS | EA | 0.0001 | 0.00 |

*** THIS IS YOUR INVOICE ***

CODE EXPLANATION
*- STATE TAX APPLICABLE
#- FED/OTHER TAX APPLICABLE
+- STATE & FEDERAL TAX APPL.

| | |
|---|---|
| SUB TOTAL | 2,462.40 |
| MISC. CHARGE | 5.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 160.06 |
| PAYMENT | 0.00 |
| TOTAL AMT NOW | 2,627.46 |



**BANNER SUPPLY CO.**
LATH - PLASTER & DRYWALL MATERIALS
PORT ST. LUCIE

21̄ W. SETTLE AVE  ○ PORT ST. LUCIE, FLORIDA 34986
PHONE (772) 466-1311 ○ FAX (772) 466-9883
REMIT TO:
7195 NW 30TH STREET ○ MIAMI, FLORIDA 33122

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (888) 511-4004 ○ Fax: (772) 466-9883

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

INVOICE NUMBER
1056671-01

ACCOUNT NO.
TRI001

BILL TO:
TRICON DEVELOPMENT OF BREVARD
PO BOX 320637
COCOA BEACH    FL  32932-0637

SHIP TO:
TRICON DEVELOPMENT OF BREVARD
OCEANIQUE 10TH FLOOR
UNIT J
FT PIERCE    FL  32932-0637

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | DATE | | |
|---|---|---|---|---|---|---|---|
| 1056671-01 | 103 | 03/02/06 | 151 | OCEANIQUE M10TH | 03/08/06 | | |
| | | | | INSTRUCTIONS | | FIT | PAGE NO. |
| 3-3-06 | | | | UNIT J | | T | 1 |

| QUANTITY IN PIECE/UNITS | | | DIFF | ITEM CODE AND DESCRIPTION | ITM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | D.O. UNIT | SHIPPED | | | | | |
| | | | | STARTING 9-12-05 THERE WILL BE A FUEL SURCHARGE PER INVOICE | | | |
| 150 | | 150 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 342.0000 | 2462.40 |
| 1 | | 1 | * | MISC MISC ITEMS | EA | 0.0001 | 0.00 |

CODE EXPLANATION
*= STATE TAX APPLICABLE
#= FED./OTHER TAX APPLICABLE
4= STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

FREIGHT IN    FREIGHT OUT

| | |
|---|---|
| SUB TOTAL | 2,462.40 |
| MISC. CHARGE | 0.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 165.06 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 2,627.46 |



**BANNER SUPPLY CO.**
LATH - PLASTER & DRYWALL MATERIALS
PORT ST. LUCIE

21 W. SETTLE AVE • PORT ST. LUCIE, FLORIDA 34986
PHONE (772) 466-1311 • FAX (772) 466-9883
REMIT TO:
7195 NW 30TH STREET • MIAMI, FLORIDA 33122
*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (888) 511-4004 • Fax: (772) 466-9883

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**INVOICE NUMBER**
1056672-01

**ACCOUNT NO.**
TRI001

BILL
TO: TRICON DEVELOPMENT OF BREVARD
PO BOX 320637
COCOA BEACH   FL  32932-0637

SHIP
TO: TRICON DEVELOPMENT OF BREVARD
OCEANIQUE 10TH FLOOR
UNIT I
FT PIERCE   FL  32932-0637

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1056672-01 | 103 | 03/02/06 | 151 | OCEANIQUE 10TH   8 | 03/08/06 |

| INSTRUCTIONS | | BIN | PAGE NO. |
|---|---|---|---|
| 3-3-06 | UNIT I | T | 1 |

| QUANTITY IN PIECES/UNITS | | | | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | BKORDR | SHIPPED | | | | | |
| | | | | STARTING 9-12-05 THERE WILL BE A FUEL SURCHARGE PER INVOICE | | | |
| 143 | | 143 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 342.0000 | 2347.49 |
| 1 | | 1 | * | MISC MISC ITEMS | EA | 0.0001 | 0.00 |

*Drywall*

CODE EXPLANATION
*- STATE TAX APPLICABLE
F - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| FREIGHT IN | FREIGHT OUT |
|---|---|
| | |

| | |
|---|---|
| SUB TOTAL | 2,347.49 |
| MISC CHARGE | 5.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 152.59 |
| PAYMENT | 0.00 |
| TOTAL AMT. DUE | 2,505.08 |



**BANNER SUPPLY CO.**
LATH - PLASTER & DRYWALL MATERIALS
PORT ST. LUCIE

210 N. SETTLE AVE ○ PORT ST. LUCIE, FLORIDA 34986
PHONE (772) 466-1311 ○ FAX (772) 466-9883
REMIT TO:
7195 NW 30TH STREET ○ MIAMI, FLORIDA 33122

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (888) 511-4004 ○ Fax: (772) 466-9883

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
TRI001

**INVOICE NUMBER**
1056910-01

**BILL TO:**
TRICON DEVELOPMENT OF BREVARD
PO BOX 320637
COCOA BEACH    FL  32932-0637

**SHIP TO:**
TRICON DEVELOPMENT OF BREVARD
OCEANIQUE 11TH FLOOR
UNIT H
FT PIERCE    FL  32932-0637

| INVOICE NUMBER | SLSMD | ORDER DATE | TAXER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1056910-01 | 103 | 03/14/06 | 151 | OCEANIQUE 11TH FL | 03/22/06 |

INSTRUCTIONS: 3-15-06    STOCK IN UNIT

| QUANTITY ORDERED | B.O./RET. | SHIPPED | SHP | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | STARTING 9-12-05 THERE WILL BE A FUEL SURCHARGE PER INVOICE | | | |
| 163 | | 163 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 342.0000 | 2675.81 |

*** THIS IS YOUR INVOICE ***

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

| FREIGHT IN | FREIGHT OUT |
|---|---|

SUB TOTAL       2,675.81
MISC. CHARGES         5.00
FREIGHT TOTAL
FED./OTHER TAX
STATE TAX           173.93
PAYMENT               0.00
TOTAL AMT DUE   2,854.74



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
PORT ST. LUCIE

211 N. SETTLE AVE · PORT ST. LUCIE, FLORIDA 34986
PHONE (772) 468-1311 · FAX (772) 468-9883
REMIT TO:
7195 NW 30TH STREET · MIAMI, FLORIDA 33122

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (888) 511-4004 · Fax: (772) 468-9883

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

ACCOUNT NO.
TRI001

INVOICE NUMBER
1056911-01

BILL TO:  TRICON DEVELOPMENT OF BREVARD
          PO BOX 320637
          COCOA BEACH    FL  32932-0637

SHIP TO:  TRICON DEVELOPMENT OF BREVARD
          OCEANIQUE 11THF FLOOR
          UNIT H
          FT PIERCE      FL  32932-0637

| INVOICE NUMBER | SLSMN. | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 1056911-01 | 103 | 03/14/06 | 151 | OCEANIQUE 11TH | 5 | 03/22/06 |

INSTRUCTIONS

| | | | FRT | PAGE NO. |
|---|---|---|---|---|
| 3-15-06 | | STOCK IN UNITS | T | 1 |

| QUANTITY IN PIECES/UNITS | | | | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B.O./REL. | SHIPPED | CHR. | | | | |
| | | | | STARTING 9-12-05 THERE WILL BE A FUEL SURCHARGE PER INVOICE | SF | | |
| 163 | | 163 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 342.0000 | 2675.81 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

FREIGHT IN    FREIGHT OUT

| | |
|---|---|
| SUB TOTAL | 2,675.81 |
| MISC. CHARGE | 5.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 173.93 |
| PAYMENT | 0.00 |
| TOTAL AMT. DUE | 2,854.74 |



21'   W. SETTLE AVE  ◦ PORT ST. LUCIE, FLORIDA 34986
PHONE (772) 466-1311 ◦ FAX (772) 466-9883
REMIT TO:
7196 NW 30TH STREET ◦ MIAMI, FLORIDA 33122

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (888) 611-4004 ◦ Fax: (772) 466-9883

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

| ACCOUNT NO. | | INVOICE NUMBER |
|---|---|---|
| TRI001 | | 1056912-01 |

BILL
TO:   TRICON DEVELOPMENT OF BREVARD
      PO BOX 320637
      COCOA BEACH    FL  32932-0637

SHIP
TO:   TRICON DEVELOPMENT OF BREVARD
      OCEANIQUE 11TH FLOOR
      UNIT J
      FT PIERCE      FL  32932-0637

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 1056912-01 | 103 | 03/14/06 | 151 | OCEANIQUE 11TH | 6 | 03/22/06 |

| | | | | INSTRUCTIONS | FRT | PAGE NO. |
|---|---|---|---|---|---|---|
| 3-15-06 | | | | STOCK IN UNIT | T | 1 |

| QUANTITY IN PIECES/UNITS | | | TAX | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B.O./RET. | SHIPPED | | | | | |
| | | | | STARTING 9-12-05 THERE WILL BE | | | |
| | | | | A FUEL SURCHARGE PER INVOICE | SF | 342.0000 | 2462.40 |
| 150 | | 150 | * | D12R12 | | | |
| | | | | 1/2" REGULAR DRYWALL 12' | | | |
| | | | | 4 X 12 | | | |

CODE EXPLANATION ———▶      *** THIS IS YOUR INVOICE ***
* - STATE TAX APPLICABLE
F - FED./OTHER TAX APPLICABLE
# - STATE & FEDERAL TAX APPL.

FREIGHT IN   FREIGHT OUT

| | |
|---|---|
| SUB TOTAL | 2,462.40 |
| MISC. CHARGE | 5.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 160.06 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 2,627.46 |



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
PORT ST. LUCIE

21    W. SETTLE AVE  ◦ PORT ST. LUCIE, FLORIDA 34986
PHONE (772) 466-1311 ◦ FAX (772) 466-9883
REMIT TO:
7195 NW 30TH STREET ◦ MIAMI, FLORIDA 33122

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (888) 511-4004 ◦ Fax: (772) 466-9883

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**INVOICE NUMBER**
1056914-01

**ACCOUNT NO.**
TRI001

BILL
TO:   TRICON DEVELOPMENT OF BREVARD
      PO BOX 320637
      COCOA BEACH    FL  32932-0637

SHIP
TO:   TRICON DEVELOPMENT OF BREVARD
      OCEANIQUE 11TH FLOOR
      UNIT I
      FT PIERCE      FL  32932-0637

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 1056914-01 | 103 | 03/14/06 | 151 | OCEANIQUE 11TH | 8 | 03/22/06 |

| | | | | INSTRUCTIONS | FRT | PAGE NO. |
|---|---|---|---|---|---|---|
| 3-15-06 | | | STOCK IN UNIT | | T | 1 |

| QUANTITY IN PIECES/UNITS | | | CL. | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B.O./REL. | SHIPPED | | | | | |
| | | | | STARTING 9-12-05 THERE WILL BE | | | |
| | | | | A FUEL SURCHARGE PER INVOICE | | | |
| 143 | | 143 | * | D12R12 | SF | 342.0000 | 2347.49 |
| | | | | 1/2" REGULAR DRYWALL 12' | | | |
| | | | | 4 X 12 | | | |

CODE EXPLANATION
* = STATE TAX APPLICABLE
F = FED./OTHER TAX APPLICABLE
& = STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

FREIGHT IN    FREIGHT OUT

| SUB TOTAL | 2,347.49 |
|---|---|
| MISC. CHARGE | .00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 152.59 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 2,505.08 |



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
PORT ST. LUCIE

21 W. SETTLE AVE ○ PORT ST. LUCIE, FLORIDA 34986
PHONE (772) 466-1311 ○ FAX (772) 466-9883
REMIT TO:
7195 NW 30TH STREET ○ MIAMI, FLORIDA 33122

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (888) 511-4004 ○ Fax: (772) 466-9883

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

INVOICE NUMBER
1056916-01

ACCOUNT NO
TRI001

BILL TO:
TRICON DEVELOPMENT OF BREVARD
PO BOX 320637
COCOA BEACH     FL  32932-0637

SHIP TO:
TRICON DEVELOPMENT OF BREVARD
OCEANIQUE 11TH FLOOR
UNIT I
FT PIERCE     FL  32932-0637

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1056916-01 | 103 | 03/14/06 | 151 | OCEANIQUE 11TH      9 | 03/22/06 |

| INSTRUCTIONS | UNIT | PAGE NO. |
|---|---|---|
| 3-15-06     STOCK IN UNIT | T | 1 |

| QUANTITY ORDERED | B/O WT | SHIPPED | SER | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | STARTING 9-12-05 THERE WILL BE A FUEL SURCHARGE PER INVOICE | | | |
| 143 | | 143 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 342.0000 | 2347.49 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

FREIGHT IN      FREIGHT OUT

| | |
|---|---|
| SUB TOTAL | 2,347.49 |
| MISC CHARGE | 5.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 152.59 |
| PAYMENT | 0.00 |
| TOTAL AMT. DUE | 2,505.08 |



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
PORT ST. LUCIE

21  W. SETTLE AVE · PORT ST. LUCIE, FLORIDA 34986
PHONE (772) 466-1311 · FAX (772) 466-9883
REMIT TO:
7195 NW 30TH STREET · MIAMI, FLORIDA 33122

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (888) 611-4004 · Fax: (772) 466-9883

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

INVOICE NUMBER
1057096-01

ACCOUNT NO.
TRI001

BILL TO:
TRICON DEVELOPMENT OF BREVARD
PO BOX 320637
COCOA BEACH     FL  32932-0637

SHIP TO:
TRICON DEVELOPMENT OF BREVARD
OCEANIQUE
BLDG.-A 3rD FLOOR
FT.PIERCE     FL  34950

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 1057096-01 | 103 | 03/22/06 | 134 | OCEANIQUE | 45 | 03/27/06 |

INSTRUCTIONS                                                    TR  PAGE NO.
THURS.                                                          T      1

| QUANTITY IN PIECES/UNITS ORDERED | B.O./REL | SHIPPED | DEPT | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | STARTING 9-12-05 THERE WILL BE A FUEL SURCHARGE PER INVOICE | EA | 0.0001 | 0.00 |
| 1 | | 1 | * | TFLR<br>THIRD FLOOR | | | |
| 68 | | 68 | * | D58F12<br>5/8" FIRECODE DRYWALL 12'<br>4 X 12 | SF | 421.0000 | 1374.15 |
| 300 | | 300 | * | VBCB-3WA<br>VINYL 3 WAY BULL NOSE CAP<br>PRICED FOR EACH | EA | 0.8000 | 240.00 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
4 - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

ORIGIN/IN    FREIGHT OUT

| | |
|---|---|
| SUB TOTAL | 1,614.15 |
| MISC. CHARGE | 5.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 104.92 |
| PAYMENT | 0.00 |
| TOTAL AMT. DUE | 1,724.07 |



**BANNER SUPLY CO.**
LH — PLASTER & ALL MATERIALS
PORT ST. LIE

2101 N.W. SETTLE AVE.  • PORT ST. LUCIE, FL 34986
PHONE: (772) 466-1311 • FAX: (772) 466-9883
TOLL FREE: (888) 511-4004
*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (305) 593-2946 • Fax: (305) 593-2787

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

INVOICE NUMBER

| SMALL ENOUGH TO KNOW YOU |
| LARGE ENOUGH TO SERVE YOU |

DRIVER:
MUST GET TICKET SIGNED!
I CERTIFY THAT I DELIVERED
THE MATERIALS LISTED TO
ADDRESS SHOWN:
Rec'd In Good Condition
X

SUB TOTAL
MISC. CHARGE
FREIGHT TOTAL
FED./OTHER TAX
STATE TAX
PAYMENT



**BANNER SUPPLY CO.**
LATH - PLASTER & DRYWALL MATERIALS
PORT ST. LUCIE

21. W. SETTLE AVE ○ PORT ST. LUCIE, FLORIDA 34986
PHONE (772) 466-1311 ○ FAX (772) 466-9883
REMIT TO:
7195 NW 30TH STREET ○ MIAMI, FLORIDA 33122

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (888) 611-4004 ○ Fax: (772) 466-9883

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

| ACCOUNT NO. | INVOICE NUMBER |
|---|---|
| TRI001 | 1057102-01 |

BILL TO:
TRICON DEVELOPMENT OF BREVARD
PO BOX 320637
COCOA BEACH    FL   32932-0637

SHIP TO:
TRICON DEVELOPMENT OF BREVARD
OCEANIQUE
12th FLOOR
H UNIT#1
FT.PIERCE    FL  34950

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1057102-01 | 103 | 03/23/06 | 134 | OCEANIQUE#12th FL | 03/27/06 |

| | | | | INSTRUCTIONS | | FRI. | PAGE NO. |
| | | | | | | T | 1 |

FRI.                                 PER TERRY
INSTRUCTIONS: PER TERRY

| QUANTITY IN PIECES/UNITS ORDERED | B.O./WT. | SHIPPED | DSP. | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | STARTING 9-12-05 THERE WILL BE A FUEL SURCHARGE PER INVOICE | SF | 381.0000 | 2980.95 |
| 163 | | 163 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | | | |

POSTED

*** THIS IS YOUR INVOICE ***

CODE EXPLANATION
*=STATE TAX APPLICABLE
#=FED./OTHER TAX APPLICABLE
+=STATE & FEDERAL TAX APPL.

| AMOUNT IN | FREIGHT OU |
|---|---|

| SUB TOTAL | 2,980.95 |
|---|---|
| MISC. CHARGE | 5.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 193.76 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 3,179.71 |



BANNER SUPPLY CO.
LATH - PLASTER & DRYWALL MATERIALS
PORT ST. LUCIE

21( *N.* SETTLE AVE ∘ PORT ST. LUCIE, FLORIDA 34986
PHONE (772) 466-1311 ∘ FAX (772) 466-9883
REMIT TO:
7195 NW 30TH STREET ∘ MIAMI, FLORIDA 33122

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (888) 511-4004 ∘ Fax: (772) 466-9883

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

INVOICE NUMBER
1057103-01

ACCOUNT NO
TRI001

BILL TO: TRICON DEVELOPMENT OF BREVARD
PO BOX 320637
COCOA BEACH    FL  32932-0637

SHIP TO: TRICON DEVELOPMENT OF BREVARD
OCEANIQUE
12th FLOOR
H UNIT#2
FT.PIERCE    FL  34950

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE | | |
|---|---|---|---|---|---|---|---|
| 1057103-01 | 103 | 03/23/06 | 134 | OCEANIQUE#12th | 03/27/06 | | |
| INSTRUCTIONS | | | | | | FRT. | PAGE NO. |
| FRI. | | | PER TERRY | | | T | 1 |

| QUANTITY IN PIECES/UNITS ORDERED | & O/RET | SHIPPED | ITEM | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | STARTING 9-12-05 THERE WILL BE A FUEL SURCHARGE PER INVOICE | | | |
| 163 | | 163 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 381.0000 | 2980.95 |

*** THIS IS YOUR INVOICE ***

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

| FREIGHT IN | FREIGHT OUT |
|---|---|
| | |

| | |
|---|---|
| SUB TOTAL | 2,980.95 |
| MISC. CHARGE | |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 198.76 |
| PAYMENT | 0.00 |
| TOTAL AMT. DUE | 3,179.71 |



BANNER SUPPLY CO.
LATH - PLASTER & DRYWALL MATERIALS
PORT ST. LUCIE

21          W. SETTLE AVE  ○ PORT ST. LUCIE, FLORIDA 34986
PHONE (772) 466-1311 ○ FAX (772) 466-9883
REMIT TO:
7195 NW 30TH STREET ○ MIAMI, FLORIDA 33122

ACCOUNTING AND RELEASE INQUIRIES
Phone: (888) 611-4004 ○ Fax: (772) 466-9883

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

ACCOUNT NO.                                          INVOICE NUMBER

TRI001                                               1057104-01

BILL   TRICON DEVELOPMENT OF BREVARD          SHIP   TRICON DEVELOPMENT OF BREVARD
TO:    PO BOX 320637                          TO:    OCEANIQUE
       COCOA BEACH    FL  32932-0637                 12th FLOOR
                                                     J UNIT#1
                                                     FT.PIERCE     FL  34950

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1057104-01 | 103 | 03/23/06 | 134 | OCEANIQUE#12TH | 03/27/06 |

| INSTRUCTIONS | | PAGE NO. |
|---|---|---|
| FRI. | PER TERRY | T | 1 |

| QUANTITY IN PIECES/UNITS | | | DUE | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | BO/REL | SHIPPED | | | | | |
| | | | | STARTING 9-12-05 THERE WILL BE A FUEL SURCHARGE PER INVOICE | | | |
| 150 | | 150 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 381.0000 | 2743.20 |

CODE EXPLANATION
* = STATE TAX APPLICABLE
# = FED./OTHER TAX APPLICABLE
+ = STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| FREIGHT IN | FREIGHT OUT |
|---|---|

| | |
|---|---|
| SUB TOTAL | 2,743.20 |
| MISC. CHARGE | 5.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 178.31 |
| PAYMENT | 0.00 |
| TOTAL AMT. DUE | 2,926.51 |



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
PORT ST. LUCIE

21. W. SETTLE AVE · PORT ST. LUCIE, FLORIDA 34986
PHONE (772) 466-1311 · FAX (772) 466-9883
REMIT TO:
7195 NW 30TH STREET · MIAMI, FLORIDA 33122

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (888) 511-4004 · Fax: (772) 466-9883

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**INVOICE NUMBER**
1057105-01

**ACCOUNT NO:**
TRI001

| BILL TO: | TRICON DEVELOPMENT OF BREVARD<br>PO BOX 320637<br>COCOA BEACH    FL  32932-0637 | SHIP TO: | TRICON DEVELOPMENT OF BREVARD<br>OCEANIQUE<br>12th FLOOR<br>J UNIT#2<br>FT.PIERCE    FL  34950 |
|---|---|---|---|

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1057105-01 | 103 | 03/23/06 | 134 | OCEANIQUE#12 | 03/27/06 |

INSTRUCTIONS

| | | | | | | | FRT. | PAGE NO. |
|---|---|---|---|---|---|---|---|---|
| FRI. | | | | PER TERRY | | | T | 1 |

| QUANTITY IN PIECES/UNITS | | | | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B.O./REF. | SHIPPED | DISC. | | | | |
| | | | | STARTING 9-12-05 THERE WILL BE<br>A FUEL SURCHARGE PER INVOICE | SF | | |
| 150 | | 150 | * | D12R12<br>1/2" REGULAR DRYWALL 12'<br>4 X 12 | | 381.0000 | 2743.20 |

*** THIS IS YOUR INVOICE ***

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

| FREIGHT IN | FREIGHT OUT |
|---|---|

| | |
|---|---|
| SUB TOTAL | 2,743.20 |
| MISC. CHARGE | 5.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 178.31 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 2,926.51 |



**BANNER SUPPLY CO.**
LATH - PLASTER & DRYWALL MATERIALS
PORT ST. LUCIE

211   W. SETTLE AVE  ° PORT ST. LUCIE, FLORIDA 34986
PHONE (772) 466-1311 ° FAX (772) 466-9883
REMIT TO:
7195 NW 30TH STREET ° MIAMI, FLORIDA 33122

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (866) 611-4004 ° Fax: (772) 466-9883

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**INVOICE NUMBER**
1057106-01

**ACCOUNT NO.**
TRI001

BILL TO:   TRICON DEVELOPMENT OF BREVARD
PO BOX 320637
COCOA BEACH    FL  32932-0637

SHIP TO:   TRICON DEVELOPMENT OF BREVARD
OCEANIQUE
12th FLOOR
I UNIT#1
FT.PIERCE      FL  34950

| INVOICE NUMBER | SLSMN | SHIP DATE | TAKEN | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1057106-01 | 103 | 03/23/06 | 134 | OCEANIQUE #12 | 03/27/06 |

| INSTRUCTIONS | TAX | PAGE NO. |
|---|---|---|
| PRI.                                          PER TERRY | T | 1 |

| QUANTITY:N.PIECE/UNITS | | | | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | REQUIRED | SHIPPED | B/O | | | | |
| | | | | STARTING 9-12-05 THERE WILL BE A FUEL SURCHARGE PER INVOICE | SF | 381.0000 | 2615.19 |
| 143 | | 143 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | | | |

*** THIS IS YOUR INVOICE ***

CODE EXPLANATION
* - STATE TAX APPLICABLE
£ - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

FREIGHT IN | FREIGHT OUT

| | |
|---|---|
| SUB TOTAL | 2,615.19 |
| MISC. CHARGE | 5.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 169.99 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 2,790.18 |



BANNER SUPPLY CO.
LATH - PLASTER & DRYWALL MATERIALS
PORT ST. LUCIE

2í   .W. SETTLE AVE  •PORT ST. LUCIE, FLORIDA 34986
PHONE (772) 466-1311 • FAX (772) 466-9883
REMIT TO:
7195 NW 30TH STREET • MIAMI, FLORIDA 33122

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (888) 611-4004 • Fax: (772) 466-9883

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

| ACCOUNT NO. | | INVOICE NUMBER |
|---|---|---|
| TRI001 | | 1057113-01 |

BILL
TO:   TRICON DEVELOPMENT OF BREVARD
      PO BOX 320637
      COCOA BEACH    FL  32932-0637

SHIP
TO:   TRICON DEVELOPMENT OF BREVARD
      OCEANIQUE
      12th FLOOR
      FT.PIERCE    FL  34950

| INVOICE NUMBER | SLSMN | ORDER DATE | TAXER | CUSTOMER P.O. NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 1057113-01 | 103 | 03/23/06 | 134 | OCEANIQUE#12 | 1 | 03/27/06 |

INSTRUCTIONS

| | | | | | FRT. | PAGE NO. |
|---|---|---|---|---|---|---|
| FRI. | | | | | T | 1 |

| QUANTITY IN PIECES/UNITS | | | SHIP | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
| ORDERED | B.O./REL | SHIPPED | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | STARTING 9-12-05 THERE WILL BE A FUEL SURCHARGE PER INVOICE | EA | 14.4750 | |
| 107 | | 107 | * | D35D 1/2" CEMENT BOARD 3' X 5' | | | 1548.83 |

CODE EXPLANATION
* = STATE TAX APPLICABLE
# = FED./OTHER TAX APPLICABLE
& = STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

FREIGHT IN    FREIGHT OUT

POSTED

| | |
|---|---|
| SUB TOTAL | 1,548.83 |
| MISC. CHARGE | 0.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 100.67 |
| PAYMENT | 0.00 |
| TOTAL AMT. DUE | 1,654.50 |



BANNER SUPPLY CO.
LATH · PLASTER & DRYWALL MATERIALS
PORT ST. LUCIE

210 N.W. SETTLE AVE  ∘ PORT ST. LUCIE, FLORIDA 34986
PHONE (772) 466-1311 ∘ FAX (772) 466-9883
REMIT TO:
7195 NW 30TH STREET ∘ MIAMI, FLORIDA 33122
*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (888) 611-4004 ∘ Fax: (772) 466-9883

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**INVOICE NUMBER**
1057141-01

**ACCOUNT NO.**
TRI001

BILL
TO:  TRICON DEVELOPMENT OF BREVARD
     PO BOX 320637
     COCOA BEACH    FL  32932-0637

SHIP
TO:  TRICON DEVELOPMENT OF BREVARD
     OCEANIQUE
     11th FLOOR
     FT. PIERCE     FL  34950

| INVOICE NUMBER | SLSMN | ORDERED DATE | TAKEN | CUSTOMER P.O. NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 1057141-01 | 103 | 03/24/06 | 134 | OCEANIQUE#11 | | 03/29/06 |

INSTRUCTIONS

PER TERRY

| | | | | | | T | | 1 |
|---|---|---|---|---|---|---|---|---|

MON.

| QUANTITY IN PIECES/UNITS | | | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| ORDERED | B.O./REL | SHIPPED | SHP | | | | |
| | | | STARTING 9-12-05 THERE WILL BE | | | |
| | | | A FUEL SURCHARGE PER INVOICE | | | |
| 107 | | 107 | * | D35D | EA | 15.6000 | 1669.20 |
| | | | 1/2" CEMENT BOARD 3' X 5' | | | |

CODE EXPLANATION
*- STATE TAX APPLICABLE
#- FED./OTHER TAX APPLICABLE
4- STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

FREIGHT IN | FREIGHT OUT

| | |
|---|---|
| SUB TOTAL | 1,669.20 |
| MISC. CHARGE | 5.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 108.50 |
| PAYMENT | 0.00 |
| TOTAL AMT. DUE | 1,782.70 |



**BANNER SUPPLY CO.**
LATH - PLASTER & DRYWALL MATERIALS
PORT ST. LUCIE

21 .W. SETTLE AVE ○ PORT ST. LUCIE, FLORIDA 34986
PHONE (772) 466-1311 ○ FAX (772) 466-9883
REMIT TO:
7195 NW 30TH STREET ○ MIAMI, FLORIDA 33122

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (888) 511-4004 ○ Fax: (772) 466-9893

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

| ACCOUNT NO. | | INVOICE NUMBER |
|---|---|---|
| TRI001 | | 1057205-01 |

BILL
TO: TRICON DEVELOPMENT OF BREVARD
PO BOX 320637
COCOA BEACH       FL   32932-0637

SHIP
TO: TRICON DEVELOPMENT OF BREVARD
OCEANIQUE
TERRY TO DELIVER
FT PIERCE       FL   32932-0637

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 1057205-01 | 103 | 03/28/06 | 151 | OCEANIQUE | 46 | 03/31/06 |

| INSTRUCTIONS | | TOT. | PAGE NO. |
|---|---|---|---|
| 3-29-06 | | T | 1 |

| QUANTITY IN PIECES/UNITS | | | DIF | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B.O./RET. | SHIPPED | | | | | |
| | | | | STARTING 9-12-05 THERE WILL BE A FUEL SURCHARGE PER INVOICE | SF | 421.0000 | 161.66 |
| 8 | | 8 | * | D58F12 5/8" FIRECODE DRYWALL 12' 4 X 12 | | | |
| 20 | | 20 | * | S2A 2 X 2 ANGLE 25 GAUGE | LF | 265.0000 | 53.00 |

CODE EXPLANATION
* = STATE TAX APPLICABLE
# = FED./OTHER TAX APPLICABLE
+ = STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| FREIGHT IN | FREIGHT OUT |
|---|---|
| | |

| SUB TOTAL | 214.66 |
|---|---|
| MISC. CHARGE | |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | |
| PAYMENT | 0.00 |
| TOTAL AMT. DUE | 233.61 |



**BANNER SUPPLY CO.**
LATH — PLASTER & DRYWALL MATERIALS

PORT ST. LUCIE

2101 N.W. SETTLE AVENUE • PORT ST. LUCIE, FL 34986
PHONE: (772) 466-1311 • FAX: (772) 466-9883
TOLL FREE: (888) 511-4004
*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (305) 593-2946 • Fax: (305) 593-2787

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

| ACCOUNT NO. | | INVOICE NUMBER |
|---|---|---|

BILL TO:

SHIP TO:

CUSTOMER P.O. NO.

| INVOICE NUMBER | SLSMN. | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| | 103 | | 151 | | |

| | | | FRT. | PAGE NO. |
|---|---|---|---|---|

| QUANTITY | | DISP. | ITEM CODE AND DESCRIPTION | U.M. | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| ORDERED | SHIPPED | | | | | |

SMALL ENOUGH TO KNOW YOU
LARGE ENOUGH TO SERVE YOU

| DRIVER: | | | SUB TOTAL | |
|---|---|---|---|---|
| MUST GET TICKET SIGNED! | | | MISC. CHARGE | |
| I CERTIFY THAT I DELIVERED | Driver: | | FREIGHT TOTAL | |
| THE MATERIALS LISTED TO | | | FED./OTHER TAX | |
| | Date | Truck # | Checked By | STATE TAX |
| ADDRESS SHOWN: | | | PAYMENT | |

Rec'd in Good Condition

X

**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
PORT ST. LUCIE

2( .W. SETTLE AVE  ° PORT ST. LUCIE, FLORIDA 34980
PHONE (772) 466-1311 ° FAX (772) 466-9883
REMIT TO:
7195 NW 30TH STREET ° MIAMI, FLORIDA 33122
*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (888) 511-4004 ° Fax: (772) 466-9883

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**INVOICE NUMBER**
1057455-01

ACCOUNT NO.
TRI001

BILL TO:  TRICON DEVELOPMENT OF BREVARD
PO BOX 320637
COCOA BEACH    FL  32932-0637

SHIP TO:  TRICON DEVELOPMENT OF BREVARD
OCEANIQUE 13TH FLOOR       Bld. B ?
DROP AT BUCKHOIST
FT PIERCE    FL  32932-0637

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 1057455-01 | 103 | 04/10/06 | 151 | OCEANIQUE 13TH | 7 | 04/14/06 |

INSTRUCTIONS

| | | | PAGE NO. |
|---|---|---|---|
| | | T | 1 |

4-11-06                    TERRY ORDERED

| QUANTITY IN PIECES/UNITS | | | FILE | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B.ORDER | SHIPPED | | | | | |
| | | | | STARTING 9-12-05 THERE WILL BE A FUEL SURCHARGE PER INVOICE | EA | 0.0001 | 0.00 |
| 1 | | 1 | * | MISC **UNIT H** ************ | | | |
| 158 | | 158 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 381.0000 | 2889.51 |
| 5 | | 5 | * | D58F12 5/8" FIRECODE DRYWALL 12' 4 X 12 | SF | 421.0000 | 101.04 |
| 10 | | 10 | * | D12DS8 1/2" DENS-SHIELD 8' 4 X 8 | SF | 1120.0000 | 358.40 |
| 1 | | 1 | * | MISC **UNIT H** ************ | EA | 0.0001 | 0.00 |
| 158 | | 158 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 381.0000 | 2889.51 |
| 5 | | 5 | * | D58F12 5/8" FIRECODE DRYWALL 12' 4 X 12 | SF | 421.0000 | 101.04 |
| 10 | | 10 | * | D12DS8 1/2" DENS-SHIELD 8' 4 X 8 | SF | 1120.0000 | 358.40 |

CODE EXPLANATION
*- STATE TAX APPLICABLE
#- FED./OTHER TAX APPLICABLE
4- STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| | |
|---|---|
| FREIGHT IN | FREIGHT OUT |

| | |
|---|---|
| SUB TOTAL | 6,697.90 |
| MISC. CHARGE | .00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 435.96 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 7,138.26 |



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
PORT ST. LUCIE

I.W. SETTLE AVE · PORT ST. LUCIE, FLORIDA 34986
PHONE (772) 466-1311 ○ FAX (772) 466-9883
REMIT TO:
7195 NW 30TH STREET ○ MIAMI, FLORIDA 33122
*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (888) 611-4004 ● Fax: (772) 466-9883

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**INVOICE NUMBER**
1057456-01

**ACCOUNT NO:**
TRI001

BILL
TO:
TRICON DEVELOPMENT OF BREVARD
PO BOX 320637
COCOA BEACH    FL  32932-0637

SHIP
TO:
TRICON DEVELOPMENT OF BREVARD
OCEANIQUE 13TH FLOOR
STOCK IN UNIT
FT PIERCE    FL  32932-0637

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1057456-01 | 103 | 04/10/06 | 151 | OCEANIQUE 13TH FL | 04/19/06 |

INSTRUCTIONS

|  |  |  |  |  | RT. | PAGE NO. |
|---|---|---|---|---|---|---|
|  |  | TERRY ORDERED |  |  | T | 1 |

| 4-11-06 | | | | | | |
|---|---|---|---|---|---|---|

| QUANTITY IN PIECES/UNITS | | | | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B.O./NET | SHIPPED | DISC. | | | | |
|  |  |  |  | STARTING 9-12-05 THERE WILL BE A FUEL SURCHARGE PER INVOICE | EA | 0.0001 | 0.00 |
| 1 |  | 1 | * | MISC **UNIT I** *********** | SF | 381.0000 | 2505.46 |
| 137 |  | 137 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 421.0000 | 101.04 |
| 5 |  | 5 | * | D58F12 5/8" FIRECODE DRYWALL 12' 4 X 12 | SF | 1120.0000 | 286.72 |
| 8 |  | 8 | * | D12DS8 1/2" DENS-SHIELD 8' 4 X 8 | EA | 0.0001 | 0.00 |
| 1 |  | 1 | * | MISC **UNIT I** *********** | SF | 381.0000 | 2505.46 |
| 137 |  | 137 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 421.0000 | 101.04 |
| 5 |  | 5 | * | D58F12 5/8" FIRECODE DRYWALL 12' 4 X 12 | SF | 1120.0000 | 286.72 |
| 8 |  | 8 | * | D12DS8 1/2" DENS-SHIELD 8' 4 X 8 | | | |

CODE EXPLANATION
* = STATE TAX APPLICABLE
F = FED./OTHER TAX APPLICABLE
* = STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| FREIGHT IN | FREIGHT OUT |
|---|---|

| SUB TOTAL | 5,786.44 |
|---|---|
| MISC CHARGE | 5.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 376.12 |
| PAYMENT | 0.00 |
| TOTAL AMT. DUE | 6,167.56 |



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
PORT ST. LUCIE

I.W. SETTLE AVE  ○ PORT ST. LUCIE, FLORIDA 34986
PHONE (772) 466-1311 ○ FAX (772) 466-9883
REMIT TO:
7195 NW 30TH STREET ○ MIAMI, FLORIDA 33122
*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (888) 611-4004 ○ Fax: (772) 466-9883

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

INVOICE NUMBER
1057457-01

| ACCOUNT NO. | | |
|---|---|---|
| TRI001 | | |

BILL TO: TRICON DEVELOPMENT OF BREVARD
PO BOX 320637
COCOA BEACH   FL  32932-0637

SHIP TO: TRICON DEVELOPMENT OF BREVARD
OCEANIQUE 13TH FLOOR
DROP AT BUCKHOIST
FT PIERCE   FL  32932-0637

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 1057457-01 | 103 | 04/10/06 | 151 | OCEANIQUE 13TH | 8 | 04/19/06 |
| | | INSTRUCTIONS | | | RT | PAGE NO. |
| 4-11-06 | | TERRY ORDERED MATERIAL | | | T | 1 |

| QUANTITY IN PIECES/UNITS | | | C.E. | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B.O./RE. | SHIPPED | | | | | |
| | | | | STARTING 9-12-05 THERE WILL BE A FUEL SURCHARGE PER INVOICE | EA | 0.0001 | 0.00 |
| 1 | | 1 | * | MISC **UNIT J** ********** | SF | 381.0000 | 2651.76 |
| 145 | | 145 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 421.0000 | 101.04 |
| 5 | | 5 | * | D58F12 5/8" FIRECODE DRYWALL 12' 4 X 12 | SF | 1120.0000 | 286.72 |
| 8 | | 8 | * | D12DS8 1/2" DENS-SHIELD 8' 4 X 8 | | | |

*** THIS IS YOUR INVOICE ***

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

| FREIGHT IN | FREIGHT OUT |
|---|---|

| | |
|---|---|
| SUB TOTAL | 3,039.52 |
| MISC. CHARGE | |
| FREIGHT TOTAL | |
| FED./OTHER TAX | 197.57 |
| STATE TAX | 0.00 |
| PAYMENT | |
| TOTAL AMT. DUE | 3,242.09 |



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
PORT ST. LUCIE

I.W. SETTLE AVE ○ PORT ST. LUCIE, FLORIDA 34986
PHONE (772) 466-1311 ○ FAX (772) 466-9983
REMIT TO:
7195 NW 30TH STREET ○ MIAMI, FLORIDA 33122
*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (888) 611-4004 ○ Fax: (772) 466-9983

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

INVOICE NUMBER
1057647-01

ACCOUNT NO.
TRI001

BILL TO:
TRICON DEVELOPMENT OF BREVARD
PO BOX 320637
COCOA BEACH    FL  32932-0637

SHIP TO:
TRICON DEVELOPMENT OF BREVARD
OCEANIQUE 4TH FLOOR      *Bld A?*
TERRY ORDERED
FT PIERCE    FL  32932-0637

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 1057647-01 | 103 | 04/19/06 | 151 | OCEANIQUE 4TH | 8 | 04/25/06 |

| | | | | INSTRUCTIONS | | LPH | T | PAGE NO. |
|---|---|---|---|---|---|---|---|---|
| 4-20-06 | | | | TERRY ORDERED MATERIAL | | | T | 1 |

| QUANTITY | | | | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | BO/WE | SHIPPED | DUE | | | | |
| | | | | STARTING 9-12-05 THERE WILL BE A FUEL SURCHARGE PER INVOICE | SF | 421.0000 | 2323.92 |
| 115 | | 115 | * | D58F12 5/8" FIRECODE DRYWALL 12' 4 X 12 | | | |

*Drywall*

*** THIS IS YOUR INVOICE ***

CODE EXPLANATION
*- STATE TAX APPLICABLE
F- FED./OTHER TAX APPLICABLE
+- STATE & FEDERAL TAX APPL.

| SUB TOTAL | 2,323.92 |
|---|---|
| MISC. CHARGE | |
| FREIGHT TOTAL | |
| FED./OTHER TAX | 151.05 |
| STATE TAX | |
| PAYMENT | 0.00 |
| TOTAL AMT. DUE | 2,479.97 |

FREIGHT IN    FREIGHT OUT



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
PORT ST. LUCIE

2   I.W. SETTLE AVE   ◊ PORT ST. LUCIE, FLORIDA 34986
PHONE (772) 466-1311 ◊ FAX (772) 466-9883
REMIT TO:
7195 NW 30TH STREET ◊ MIAMI, FLORIDA 33122
*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (888) 611-4004 ◊ Fax: (772) 466-9883

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

INVOICE NUMBER
1057762-01

ACCOUNT NO.
TRI001

BILL
TO:   TRICON DEVELOPMENT OF BREVARD
      PO BOX 320637
      COCOA BEACH    FL  32932-0637

SHIP
TO:   TRICON DEVELOPMENT OF BREVARD
      OCEANIQUE BLDG "B"
      13TH FLOOR
      TERRY CALL IN
      FT. PIERCE    FL  32486

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1057762-01 | 103 | 04/26/06 | 134 | OCEANIQUE BLDG "B" | 04/28/06 |

INSTRUCTIONS

THURS 4/27                    TERRY CALL IN                                    T          1

| QUANTITY ORDERED | QUANTITY B.OUNIT | SHIPPED | DISP | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | STARTING 9-12-05 THERE WILL BE A FUEL SURCHARGE PER INVOICE | | | |
| 60 | | 60 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 381.0000 | 1097.28 |
| 6 | | 6 | * | D12DS8 1/2" DENS-SHIELD 8' 4 X 8 | SF | 1120.0000 | 215.04 |

*** THIS IS YOUR INVOICE ***

CODE EXPLANATION
* STATE TAX APPLICABLE
# FED./OTHER TAX APPLICABLE
& STATE & FEDERAL TAX APPL.

| | FREIGHT IN | FREIGHT OUT |
|---|---|---|

| | |
|---|---|
| SUB TOTAL | 1,312.32 |
| MISC. CHARGE | 5.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 85.30 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 1,402.62 |



**BANNER SUPPLY CO.**
LATH • PLASTER & DRYWALL MATERIALS
PORT ST. LUCIE

2" I.W. SETTLE AVE ● PORT ST. LUCIE, FLORIDA 34986
PHONE (772) 466-1311 ● FAX (772) 466-9883
REMIT TO:
7195 NW 30TH STREET ● MIAMI, FLORIDA 33122
*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (888) 511-4004 ● Fax: (772) 466-9893

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

INVOICE NUMBER
1057784-01

| ACCOUNT NO. | | |
|---|---|---|
| TRI001 | | |

BILL
TO:  TRICON DEVELOPMENT OF BREVARD
     PO BOX 320637
     COCOA BEACH    FL  32932-0637

SHIP
TO:  TRICON DEVELOPMENT OF BREVARD
     OCEANIQUE
     BLDG.-A/ 5th FLOOR
     FT.PIERCE    FL  34950

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1057784-01 | 103 | 04/27/06 | 134 | OCEANIQUE#5th | 04/28/06 |

| INSTRUCTIONS | | FRT | PAGE NO. |
|---|---|---|---|
| THURS. PER TERRY | | T | 1 |

| QUANTITY N PIECES/UNITS | | | | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B.O./RET | SHIPPED | DISP | | | | |
| | | | | STARTING 9-12-05 THERE WILL BE A FUEL SURCHARGE PER INVOICE | | | |
| 132 | | 132 | * | D58F12 5/8" FIRECODE DRYWALL 12' 4 X 12 | SF | 421.0000 | 2667.46 |
| 6 | | 6 | * | D12DS8 1/2" DENS-SHIELD 8' 4 X 8 | SF | 1120.0000 | 215.04 |

CODE EXPLANATION —
* - STATE TAX APPLICABLE
▲ - FED/OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| FREIGHT ID | FREIGHT CO |
|---|---|
| | |

| | |
|---|---|
| SUB TOTAL | 2,882.50 |
| MISC. CHARGE | |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 187.56 |
| PAYMENT | 0.00 |
| TOTAL AMT. DUE | 3,074.86 |



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
PORT ST. LUCIE

2101 . SETTLE AVE ◦ PORT ST. LUCIE, FLORIDA 34986
PHONE (772) 466-1311 ◦ FAX (772) 466-9883
REMIT TO:
7195 NW 30TH STREET ◦ MIAMI, FLORIDA 33122

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (888) 611-4004 ◦ Fax: (772) 466-9883

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

| ACCOUNT NO. | | | INVOICE NUMBER |
|---|---|---|---|
| TRI001 | | | 1058365-01 |

BILL TO: TRICON DEVELOPMENT OF BREVARD
PO BOX 320637
COCOA BEACH    FL 32932-0637

SHIP TO: TRICON DEVELOPMENT OF BREVARD
OCEANIQUE 6TH FLOOR
BLDG A
STOCK IN UNITS
FT PIERCE    FL 32932-0637

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 1058365-01 | 103 | 05/23/06 | 151 | OCEANIQUE 6TH | 14 | 05/25/06 |

| INSTRUCTIONS | | | PRT | PAGE NO. |
|---|---|---|---|---|
| 5-24-06 | DROP BY BUCKHIOST | | T | 1 |

| QUANTITY IN REG. UNITS | | | DEP. | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B/ORD | SHIPPED | | | | | |
| | | | | STARTING 9-12-05 THERE WILL BE A FUEL SURCHARGE PER INVOICE | SF | 421.0000 | 2627.04 |
| 130 | | 130 | * | D58F12 5/8" FIRECODE DRYWALL 12' 4 X 12 | | | |

\*\*\* THIS IS YOUR INVOICE \*\*\*

CODE EXPLANATION
\* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

| FREIGHT IN | FREIGHT OUT |
|---|---|

| | |
|---|---|
| SUB TOTAL | 2,627.04 |
| MISC. CHARGE | 5.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 170.76 |
| PAYMENT | 0.00 |
| TOTAL AMT. DUE | 2,802.80 |



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
PORT ST. LUCIE

2101 . SETTLE AVE  ∘ PORT ST. LUCIE, FLORIDA 34986
. HONE (772) 466-1311 ∘ FAX (772) 466-9883
REMIT TO:
7195 NW 30TH STREET ∘ MIAMI, FLORIDA 33122
*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (888) 611-4004 ∘ Fax: (772) 466-9883

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

ACCOUNT NO.
TRI001

INVOICE NUMBER
1058366-01

BILL TO:
TRICON DEVELOPMENT OF BREVARD
PO BOX 320637
COCOA BEACH      FL  32932-0637

SHIP TO:
TRICON DEVELOPMENT OF BREVARD
OCEANQIUE 7TH FLOOR
STOCK IN UNITS
FT PEIRCE      FL  32932-0637

| INVOICE NUMBER | SLSMN | ORDER DATE | TAXER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1058366-01 | 103 | 05/23/06 | 151 | OCEANIQUE 7TH | 05/25/06 |

INSTRUCTIONS | FRT: T | PAGE NO. 1

5-24-06          DROP BY BUCKHIOST

| QUANTITY IN PIECES/UNITS ORDERED | B/ORDER | SHIPPED | TAX | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | STARTING 9-12-05 THERE WILL BE A FUEL SURCHARGE PER INVOICE | SF | | 2627.04 |
| 130 | | 130 | * | D58F12 5/8" FIRECODE DRYWALL 12' 4 X 12 | SF | 421.0000 | |

*** THIS IS YOUR INVOICE ***

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

FREIGHT IN | FREIGHT OUT

| | |
|---|---|
| SUB TOTAL | 2,627.04 |
| MISC. CHARGE | 5.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 170.76 |
| PAYMENT | 0.00 |
| TOTAL AMT. DUE | 2,802.80 |

**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
PORT ST. LUCIE


VISIT US
ON THE WORLD WIDE WEB
http://www.bannersupply.com

2101 N.W. SETTLE AVE · PORT ST. LUCIE, FLORIDA 34986
PHONE (772) 466-1311 · FAX (772) 466-9883

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (888) 611-4004 · Fax: (305) 693-2787

STATEMENT DATE
05/31/06

TRI001          321-453-5360

TO:   TRICON DEVELOPMENT OF BREVARD
      PO BOX 320637
      COCOA BEACH, FL 32932-0637

PAGE NO.
1

| INVOICE DATE | INVOICE NUMBER | INVOICE AMOUNT | CUSTOMER P.O. NO. |
|---|---|---|---|
| 05/08/06 | 1057927-01 | 114.91 | OCEANIQUE BLDG B 7 |
| 05/10/06 | 1057969-01 | 276.58 | OCEANIQUE    47 |
| 05/15/06 | 1058029-01 | 1060.20 | OCEANIQUE    48 |
| 05/15/06 | 1058067-01 | 681.28 | OCEANIQUE "A"   1 |
| 05/24/06 | 1058332-01 | 923.61 | OCEANIQUE    50 |
| 05/25/06 | 1058357-01 | 2172.03 | OCEANIQUE 6TH   8 |
| 05/25/06 | 1058358-01 | 1940.61 | OCEANIQUE 6TH   9 |
| 05/25/06 | 1058359-01 | 1935.07 | OCEANIQUE 6TH   10 |
| 05/25/06 | 1058360-01 | 1840.69 | OCEANIQUE 6TH   11 |
| 05/25/06 | 1058362-01 | 1824.71 | OCEANIQUE 6TH   12 |
| 05/25/06 | 1058363-01 | 1563.84 | OCEANQIQUE 6TH |
| 05/25/06 | 1058364-01 | 2109.23 | OCEANIQUE 6TH   13 |
| 05/25/06 | 1058365-01 | 2802.80 | OCEANIQUE 6TH   14 |
| 05/25/06 | 1058366-01 | 2802.80 | OCEANIQUE 7TH |
| 05/30/06 | 1058267-01 | 835.70 | OCEANIQUE    49 |

YOU MAY DEDUCT $408.50 IF PAID BY 06/10/06

| TOTAL DUE | CURRENT | 31 - 61 | OVER 61 |
|---|---|---|---|
| 22884.06 | 22884.06 | 0.00 | 0.00 |



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
PORT ST. LUCIE

2101 N.W.     TLE AVE  ○ PORT ST. LUCIE, FLORIDA 34986
PHONE (772) 468-1311 ○ FAX (772) 468-9883
REMIT TO:
7195 NW 30TH STREET ○ MIAMI, FLORIDA 33122
*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (888) 511-4004 ○ Fax: (772) 466-9883

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

INVOICE NUMBER
1058615-01

ACCOUNT NO.
TRI001

BILL TO: TRICON DEVELOPMENT OF BREVARD
PO BOX 320637
COCOA BEACH     FL  32932-0637

SHIP TO: TRICON DEVELOPMENT OF BREVARD
OCEANIQUE 2ND FLOOR
UNIT G
BLDG A
FT PIERCE     FL  32932-0637

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1058615-01 | 103 | 06/02/06 | 151 | OCEANIQUEN 2ND FL | 06/07/06 |

INSTRUCTIONS

| | | | | | | PT. | PAGE NO. |
|---|---|---|---|---|---|---|---|
| | | | | | | T | 1 |

6-5-06

STOCK IN UNITS

| QUANTITY IN THOUSANDS | | | | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B.O./REF. | SHIPPED | SHIP | | | | |
| | | | | STARTING 9-12-05 THERE WILL BE A FUEL SURCHARGE PER INVOICE | EA | 0.0001 | 0.00 |
| 1 | | 1 | * | SFLR SECOND FLOOR | | | |
| 170 | | 170 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 381.0000 | 3108.96 |

*** THIS IS YOUR INVOICE ***

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

FREIGHT IN     FREIGHT OUT

| | |
|---|---|
| SUB TOTAL | 3,108.96 |
| MISC. CHARGE | |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 202.00 |
| PAYMENT | 0.00 |
| TOTAL AMT. DUE | 3,316.04 |



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
PORT ST. LUCIE

2101 N.W. _ILE AVE · PORT ST. LUCIE, FLORIDA 34986
PHONE (772) 466-1311 · FAX (772) 466-9883
REMIT TO:
7195 NW 30TH STREET · MIAMI, FLORIDA 33122

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (888) 511-4004 · Fax: (772) 466-9883

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

INVOICE NUMBER
1058614-01

ACCOUNT NO.
TRI001

BILL TO: TRICON DEVELOPMENT OF BREVARD
PO BOX 320637
COCOA BEACH    FL  32932-0637

SHIP TO: TRICON DEVELOPMENT OF BREVARD
OCEANIQUE 2ND FLOOR
UNIT F
BLDG A
FT PIERCE    FL  32932-0637

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1058614-01 | 103 | 06/02/06 | 151 | OCEANIQUE 2ND FL 9 | 06/07/06 |

INSTRUCTIONS
6-5-06

| | | | | | HH | PAGE NO. |
|---|---|---|---|---|---|---|
| | | | | | T | 1 |

STOCK IN UNITS

| QUANTITY IN PIECES/UNITS | | | CHG | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B QUANT | SHIPPED | | | | | |
| | | | | STARTING 9-12-05 THERE WILL BE A FUEL SURCHARGE PER INVOICE | EA | 0.0001 | 0.00 |
| 1 | | 1 | * | SFLR SECOND FLOOR | SF | 381.0000 | 2926.08 |
| 160 | | 160 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | | | |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

\*\*\* THIS IS YOUR INVOICE \*\*\*

| FREIGHT IN | FREIGHT OUT |
|---|---|
| | |

| | |
|---|---|
| SUB TOTAL | 2,926.08 |
| MISC. CHARGE | 5.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 190.20 |
| PAYMENT | 0.00 |
| TOTAL AMT. DUE | 3,121.28 |



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
PORT ST. LUCIE

2101 N.W.    TLE AVE  ○ PORT ST. LUCIE, FLORIDA 34986
PHONE (772) 466-1311 ○ FAX (772) 466-9883
REMIT TO:
7185 NW 30TH STREET ○ MIAMI, FLORIDA 33122

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (888) 511-4004 ○ Fax: (772) 466-9883

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

ACCOUNT NO.
TRI001

INVOICE NUMBER
1058613-01

BILL TO:
TRICON DEVELOPMENT OF BREVARD
PO BOX 320637
COCOA BEACH    FL  32932-0637

SHIP TO:
TRICON DEVELOPMENT OF BREVARD
OCEANIQUE 2ND FLOOR
UNIT E
BLDG A
FT PIERCE    FL  32932-0637

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1058613-01 | 103 | 06/02/06 | 151 | OCEANIQUE 2ND FL 8 | 06/07/06 |

| INSTRUCTIONS | | | | | FILL | PAGE NO. |
|---|---|---|---|---|---|---|
| 6-5-06 | | STOCK IN UNITS | | | T | 1 |

| QUANTITY IN PIECES/UNITS | | | REF | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B.O./NET | SHIPPED | | | | | |
| | | | | STARTING 9-12-05 THERE WILL BE A FUEL SURCHARGE PER INVOICE | | | |
| 1 | | 1 | * | SFLR<br>SECOND FLOOR | EA | 0.0001 | 0.00 |
| 150 | | 150 | * | D12R12<br>1/2" REGULAR DRYWALL 12'<br>4 X 12 | SF | 381.0000 | 2743.20 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
¢ - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

FREIGHT IN   FREIGHT OUT

| | |
|---|---|
| SUB TOTAL | 2,743.20 |
| MISC. CHARGE | 5.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 178.31 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 2,926.51 |



**BANNER SUPPLY CO.**
LATH • PLASTER & DRYWALL MATERIALS
PORT ST. LUCIE

2101 N.W. TLE AVE • PORT ST. LUCIE, FLORIDA 34986
PHONE (772) 466-1311 • FAX (772) 466-9883
REMIT TO:
7195 NW 30TH STREET • MIAMI, FLORIDA 33122
ACCOUNTING AND RELEASE INQUIRIES
Phone: (888) 611-4004 • Fax: (772) 466-9883

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

INVOICE NUMBER
1058612-01

ACCOUNT NO.
TRI001

BILL TO:
TRICON DEVELOPMENT OF BREVARD
PO BOX 320637
COCOA BEACH    FL  32932-0637

SHIP TO:
TRICON DEVELOPMENT OF BREVARD
OCEANIQUE 2ND FLOOR
UNIT D
BLDG A
FT PIERCE    FL  32932-0637

| INVOICE NUMBER | SLS NO | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1058612-01 | 103 | 06/02/06 | 151 | OCEANIQUE 2ND FL 7 | 06/07/06 |

INSTRUCTIONS

| | | | | | | FRT | PAGE NO. |
|---|---|---|---|---|---|---|---|
| 6-5-06 | | | STOCK IN UNITS | | | T | 1 |

| QUANTITY IN UNIT AMOUNTS | | | | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | REQUIRED | SHIPPED | CODE | | | | |
| | | | | STARTING 9-12-05 THERE WILL BE A FUEL SURCHARGE PER INVOICE | EA | 0.0001 | 0.00 |
| 1 | | 1 | * | SFLR SECOND FLOOR | SF | 381.0000 | 2560.32 |
| 140 | | 140 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | | | |

CODE EXPLANATION
*- STATE TAX APPLICABLE
F- FREIGHTBER TAX APPLICABLE
+- STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| FREIGHT IN | FREIGHT OUT |
|---|---|
| | |

| SUB TOTAL | 2,560.32 |
|---|---|
| MISC. CHARGE | 5.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 166.42 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 2,731.74 |



2101 N.W. ___ LE AVE  ○ PORT ST. LUCIE, FLORIDA 34986
PHONE (772) 466-1311 ○ FAX (772) 466-9883
REMIT TO:
7195 NW 30TH STREET ○ MIAMI, FLORIDA 33122

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (888) 611-4004 ● Fax: (772) 466-9883

**VISIT US ON THE WORLD WIDE WEB**
http://www.bannersupply.com

| ACCOUNT NO. | INVOICE NUMBER |
|---|---|
| TRI001 | 1058611-01 |

BILL TO:
TRICON DEVELOPMENT OF BREVARD
PO BOX 320637
COCOA BEACH    FL  32932-0637

SHIP TO:
TRICON DEVELOPMENT OF BREVARD
OCEANIQUE 2ND FLOOR
UNIT C
BLDG A
FT PIERCE      FL  32932-0637

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1058611-01 | 103 | 06/02/06 | 151 | OCEANIQUE 2ND FL 6 | 06/07/06 |

| INSTRUCTIONS | | | | | SHIPT | PAGE NO. |
|---|---|---|---|---|---|---|
| 6-5-06 | | | | | T | 1 |

STOCK IN UNITS

| QUANTITY IN PIECES/UNITS | | | | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B/ORDER | SHIPPED | ORD | | | | |
| | | | | STARTING 9-12-05 THERE WILL BE A FUEL SURCHARGE PER INVOICE | | | |
| 150 | | 150 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 381.0000 | 2743.20 |

*** THIS IS YOUR INVOICE ***

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

| FREIGHT IN | FREIGHT OUT |
|---|---|
| | |

| SUB TOTAL | 2,743.20 |
|---|---|
| MISC. CHARGE | .00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 178.31 |
| PAYMENT | 0.00 |
| **TOTAL AMT DUE** | **2,926.51** |



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
PORT ST. LUCIE

2101 N.W. ___LE AVE  ○ PORT ST. LUCIE, FLORIDA 34986
PHONE (772) 466-1311 ○ FAX (772) 466-9883
REMIT TO:
7195 NW 30TH STREET ○ MIAMI, FLORIDA 33122
*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (888) 611-4004 ○ Fax: (772) 466-9883

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

INVOICE NUMBER
1058609-01

ACCOUNT NO.
TRI001

| BILL TO: | TRICON DEVELOPMENT OF BREVARD PO BOX 320637 COCOA BEACH   FL  32932-0637 | SHIP TO: | TRICON DEVELOPMENT OF BREVARD OCEANIQUE 2ND FLOOR UNIT B BLDG A FT PIERCE   FL  32932-0637 |
|---|---|---|---|

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1058609-01 | 103 | 06/02/06 | 151 | OCEANIQUE 2ND FL 5 | 06/07/06 |

INSTRUCTIONS

| | | | | | RRT | PAGE NO. |
|---|---|---|---|---|---|---|
| | | | | | T | 1 |

6-5-06                       STOCK IN UNITS

| QUANTITY IN PIECES/UNITS | | | TAXED | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
| ORDERED | BKG/NET | SHIPPED | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | STARTING 9-12-05 THERE WILL BE A FUEL SURCHARGE PER INVOICE | | | |
| 160 | | 160 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 381.0000 | 2926.08 |

CODE EXPLANATION
* = STATE TAX APPLICABLE
# = FED./OTHER TAX APPLICABLE
+ = STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| FREIGHT IN | FREIGHT OUT |
|---|---|

| | |
|---|---|
| SUB-TOTAL | 2,926.08 |
| MISC. CHARGE | 5.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 190.20 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 3,121.28 |



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
PORT ST. LUCIE

2101 N.W   ?LE AVE   ∘ PORT ST. LUCIE, FLORIDA 34986
PHONE (772) 466-1311 ∘ FAX (772) 466-9883
REMIT TO:
7185 NW 30TH STREET ∘ MIAMI, FLORIDA 33122

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (888) 511-4004 ∘ Fax: (772) 466-9883

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

| ACCOUNT NO. | | INVOICE NUMBER |
|---|---|---|
| TRI001 | | 1058608-01 |

BILL   TRICON DEVELOPMENT OF BREVARD
TO:    PO BOX 320637
       COCOA BEACH   FL  32932-0637

SHIP   TRICON DEVELOPMENT OF BREVARD
TO:    OCEANIQUE 2ND FLOOR
       UNIT A
       BLDG A
       FT PIERCE    FL  32932-0637

| INVOICE NUMBER | RG SMN | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1058608-01 | 103 | 06/02/06 | 151 | OCEANIQUE 2ND FL 4 | 06/07/06 |

INSTRUCTIONS
| 6-5-06 | | | | STOCK IN UNITS | BILL | T | PAGE NO. 1 |

| QUANTITY IN PIECES/UNITS | | | | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | BACK ORD | SHIPPED | plp | | | | |
| | | | | STARTING 9-12-05 THERE WILL BE A FUEL SURCHARGE PER INVOICE | | | |
| 1 | | 1 | * | SFLR SECOND FLOOR | EA | 0.0001 | 0.00 |
| 168 | | 168 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 381.0000 | 3072.39 |

CODE EXPLANATION
*- STATE TAX APPLICABLE
#- FED./OTHER TAX APPLICABLE
+- STATE & FEDERAL TAX APPL.

\*\*\* THIS IS YOUR INVOICE \*\*\*

| FREIGHT IN | FREIGHT OUT |
|---|---|

| SUB TOTAL | 3,072.39 |
|---|---|
| MISC. CHARGE | 5.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 199.71 |
| PAYMENT | 0.00 |
| **TOTAL AMT DUE** | **3,277.10** |



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
PORT ST. LUCIE

2101 N.W.    TLE AVE  ● PORT ST. LUCIE, FLORIDA 34988
PHONE (772) 466-1311 ● FAX (772) 466-9883
REMIT TO:
7195 NW 30TH STREET ● MIAMI, FLORIDA 33122

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (888) 511-4004 ● Fax: (772) 466-9883

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

| ACCOUNT NO. | INVOICE NUMBER |
|---|---|
| TRI001 | 1058709-01 |

BILL TO:
TRICON DEVELOPMENT OF BREVARD
PO BOX 320637
COCOA BEACH    FL  32932-0637

SHIP TO:
TRICON DEVELOPMENT OF BREVARD
OCEANIQUE 3RD FLOOR
BLDG A UNIT A
FT PIERCE    FL  32932-0637

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1058709-01 | 103 | 06/08/06 | 151 | OCEANIQUE 3RD | 06/13/06 |

INSTRUCTIONS

| | | | | | SHIP | PAGE NO. |
|---|---|---|---|---|---|---|
| 6-9-06 | | SECOND FLOOR STOCK | | | T | 1 |

| QUANTITY IN PIECES/UNITS ORDERED | B.O./REL | SHIPPED | CODE | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | STARTING 9-12-05 THERE WILL BE A FUEL SURCHARGE PER INVOICE | | | |
| 168 | | 168 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 381.0000 | 3072.39 |

CODE EXPLANATION
* = STATE TAX APPLICABLE
# = FED./OTHER TAX APPLICABLE
4 = STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| FREIGHT IN | FREIGHT OUT |
|---|---|

| | |
|---|---|
| SUB TOTAL | 3,072.39 |
| MISC CHARGE | 5.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 199.71 |
| PAYMENT | 0.00 |
| TOTAL AMT. DUE | 3,277.10 |



BANNER SUPPLY CO.
LATH · PLASTER & DRYWALL MATERIALS
PORT ST. LUCIE

2101 N.W. _TLE AVE ◊ PORT ST. LUCIE, FLORIDA 34986
PHONE (772) 466-1311 ◊ FAX (772) 466-9883
REMIT TO:
7195 NW 30TH STREET ◊ MIAMI, FLORIDA 33122

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (888) 611-4004 ◊ Fax: (772) 466-9883

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

| ACCOUNT NO. | INVOICE NUMBER |
|---|---|
| TRI001 | 1058710-01 |

BILL TO:
TRICON DEVELOPMENT OF BREVARD
PO BOX 320637
COCOA BEACH     FL  32932-0637

SHIP TO:
TRICON DEVELOPMENT OF BREVARD
OCEANIQUE 3RD FLOOR
BLDG A UNIT B
FT PIERCE     FL  32932-0637

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 1058710-01 | 103 | 06/08/06 | 151 | OCEANIQUE 3RD | 1 | 06/13/06 |

| INSTRUCTIONS | | UM | PAGE NO. |
|---|---|---|---|
| 6-9-06            THIRD FLOOR STOCK | | T | 1 |

| QUANTITY IN EA/UNITS | | | | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B.O./REL. | SHIPPED | | | | | |
| | | | | STARTING 9-12-05 THERE WILL BE A FUEL SURCHARGE PER INVOICE | SF | 381.0000 | 2926.08 |
| 160 | | 160 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | | | |

*** THIS IS YOUR INVOICE ***

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

| FREIGHT IN | FREIGHT OUT |
|---|---|
| | |

| SUB TOTAL | 2,926.08 |
|---|---|
| MISC. CHARGE | |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 190.20 |
| PAYMENT | 0.00 |
| TOTAL AMT. DUE | 3,121.28 |



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
PORT ST. LUCIE

2101 N.W. ...TLE AVE  ∘ PORT ST. LUCIE, FLORIDA 34986
PHONE (772) 466-1311 ∘ FAX (772) 466-9883
REMIT TO:
7195 NW 30TH STREET ∘ MIAMI, FLORIDA 33122

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (888) 511-4004 ∘ Fax: (772) 466-9883

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

ACCOUNT NO.
TRI001

INVOICE NUMBER
1058711-01

BILL
TO:   TRICON DEVELOPMENT OF BREVARD
      PO BOX 320637
      COCOA BEACH      FL  32932-0637

SHIP
TO:   TRICON DEVELOPMENT OF BREVARD
      OCEANIQUE 3RD
      BLDG A UNIT C
      FT PIERCE      FL  32932-0637

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 1058711-01 | 103 | 06/08/06 | 151 | OCEANIQUE 3RD | 2 | 06/13/06 |

INSTRUCTIONS

| | | | | | | INT | PAGE NO. |
|---|---|---|---|---|---|---|---|
| 6-9-06 | | | THIRD FLOOR STOCK | | | T | 1 |

| QUANTITY IN THESE UNITS | | | | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B/ORDER | SHIPPED | | | | | |
| | | | | STARTING 9-12-05 THERE WILL BE A FUEL SURCHARGE PER INVOICE | SF | 381.0000 | 2743.20 |
| 150 | | 150 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | | | |

*** THIS IS YOUR INVOICE ***

CODE EXPLANATION
* = STATE TAX APPLICABLE
# = FED./OTHER TAX APPLICABLE
+ = STATE & FEDERAL TAX APPL.

| | |
|---|---|
| SUB TOTAL | 2,743.20 |
| MISC. CHARGE | 5.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 178.31 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 2,926.51 |



BANNER SUPPLY CO.
LATH - PLASTER & DRYWALL MATERIALS
PORT ST. LUCIE

2101 N.W. TLE AVE  ○ PORT ST. LUCIE, FLORIDA 34986
PHONE (772) 466-1311 ○ FAX (772) 466-9883
REMIT TO:
7195 NW 30TH STREET ○ MIAMI, FLORIDA 33122
*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (888) 511-4004 ○ Fax: (772) 466-9883

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

INVOICE NUMBER
1058712-01

ACCOUNT NO.
TRI001

BILL TO: TRICON DEVELOPMENT OF BREVARD
PO BOX 320637
COCOA BEACH    FL  32932-0637

SHIP TO: TRICON DEVELOPMENT OF BREVARD
OCEANIQUE 3RD FLOOR
BLDG A UNIT D
FT PIERCE    FL  32932-0637

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 1058712-01 | 103 | 06/08/06 | 151 | OCEANIQUE 3RD | 3 | 06/13/06 |
| | | INSTRUCTIONS | | | FRT | PAGE NO. |
| 6-9-06 | | | | | 'T' | 1 |

THIRD FLOOR STOCK

| QUANTITY IN PIECES/UNITS | | | | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B/ORD | SHIPPED | | | | | |
| | | | | STARTING 9-12-05 THERE WILL BE A FUEL SURCHARGE PER INVOICE | | | |
| 140 | | 140 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 381.0000 | 2560.32 |

*** THIS IS YOUR INVOICE ***

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

FREIGHT IN          FREIGHT OUT

| | |
|---|---|
| SUB TOTAL | 2,560.32 |
| MISC CHARGE | 5.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 166.42 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 2,731.74 |



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
PORT ST. LUCIE

2101 N.W. ___TLE AVE ○ PORT ST. LUCIE, FLORIDA 34986
PHONE (772) 466-1311 ○ FAX (772) 466-9883
REMIT TO:
7195 NW 30TH STREET ○ MIAMI, FLORIDA 33122

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (888) 511-4004 ○ Fax: (772) 466-9883

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

INVOICE NUMBER
1058713-01

| ACCOUNT NO. |
|---|
| TRI001 |

BILL TO:
TRICON DEVELOPMENT OF BREVARD
PO BOX 320637
COCOA BEACH    FL  32932-0637

SHIP TO:
TRICON DEVELOPMENT OF BREVARD
OCEANIQUE 3RD FLOOR
BLDG A UNIT E
FT PIERCE    FL  32932-0637

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 1058713-01 | 103 | 06/08/06 | 151 | OCEANIQUE 3RD | 4 | 06/13/06 |

| INSTRUCTIONS | | TRM | PAGE NO. |
|---|---|---|---|
| 6-9-06   THIRD FLOOR STOCK | | T | 1 |

| QUANTITY IN FT/COUNTS | | | ITEM CODE AND DESCRIPTION | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| ORDERED | BO/CPL'T | SHIPPED | DEP | | | | |
| | | | STARTING 9-12-05 THERE WILL BE A FUEL SURCHARGE PER INVOICE | SF | 381.0000 | 2743.20 |
| 150 | | 150 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | | | |

PAST DUE

*** THIS IS YOUR INVOICE ***

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

| FREIGHT IN | FREIGHT OUT |
|---|---|

| SUB TOTAL | 2,743.20 |
|---|---|
| MISC. CHARGE | 5.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 178.31 |
| PAYMENT | 0.00 |
| TOTAL AMT. DUE | 2,926.51 |



2101 N.W.    TLE AVE  ° PORT ST. LUCIE, FLORIDA 34986
PHONE (772) 466-1311 ° FAX (772) 466-9883
REMIT TO:
7195 NW 30TH STREET ° MIAMI, FLORIDA 33122

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (888) 511-4004 ° Fax: (772) 466-9883

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

| ACCOUNT NO. | INVOICE NUMBER |
|---|---|
| TRI001 | 1058714-01 |

BILL TO:
TRICON DEVELOPMENT OF BREVARD
PO BOX 320637
COCOA BEACH     FL  32932-0637

SHIP TO:
TRICON DEVELOPMENT OF BREVARD
OCEANIQUE 3RD FLOOR
BLDG A UNIT F
FT PIERCE       FL  32932-0637

| INVOICE NUMBER | SLS NO. | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 1058714-01 | 103 | 06/08/06 | 151 | OCEANIQUE 3RD | 5 | 06/13/06 |

| INSTRUCTIONS | | TERR | PAGE NO. |
|---|---|---|---|
| 6-9-06          THIRD FLOOR STOCK | | T | 1 |

| QUANTITY IN PIECES/UNITS | | | B/O | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B/O/MET | SHIPPED | | | | | |
| | | | | STARTING 9-12-05 THERE WILL BE A FUEL SURCHARGE PER INVOICE | | | |
| 160 | | 160 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 381.0000 | 2926.08 |

*** THIS IS YOUR INVOICE ***

CODE EXPLANATION
*- STATE TAX APPLICABLE
#- FED./OTHER TAX APPLICABLE
+- STATE & FEDERAL TAX APPL.

| FREIGHT IN | FREIGHT OUT |
|---|---|
| | |

| | |
|---|---|
| SUB TOTAL | 2,926.08 |
| MISC. CHARGE | 0.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 195.20 |
| PAYMENT | 0.00 |
| TOTAL AMT. DUE | 3,121.28 |



BANNER SUPPLY CO.
LATH · PLASTER & DRYWALL MATERIALS
PORT ST. LUCIE

2101 N.W. ___TLE AVE  ○PORT ST. LUCIE, FLORIDA 34986
PH___E (772) 466-1311○ FAX (772) 466-9883
REMIT TO:
7195 NW 30TH STREET ○MIAMI, FLORIDA 33122

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (888) 611-4004 ○ Fax: (772) 466-9883

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

INVOICE NUMBER
1058715-01

ACCOUNT NO.
TRI001

BILL TO:
TRICON DEVELOPMENT OF BREVARD
PO BOX 320637
COCOA BEACH    FL  32932-0637

SHIP TO:
TRICON DEVELOPMENT OF BREVARD
OCEANIQUE 3RD FLOOR
BLDG A UNIT G
FT PIERCE      FL  32932-0637

| INVOICE NUMBER | SLSMN | ORDER DATE | TAXED | CUSTOMER P.O. NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 1058715-01 | 103 | 06/08/06 | 151 | OCEANIQUE 3RD | 6 | 06/13/06 |
| | | | INSTRUCTIONS | | RTE | PAGE NO. |
| 6-9-06 | | | THIRD FLOOR STOCK | | T | 1 |

| QUANTITY IN PIECES/UNITS | | | SHP | TAX CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
| ORDERED | B.O./REL | SHIPPED | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | STARTING 9-12-05 THERE WILL BE A FUEL SURCHARGE PER INVOICE | | | |
| 170 | | 170 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 381.0000 | 3108.96 |

*** THIS IS YOUR INVOICE ***

CODE EXPLANATION
*- STATE TAX APPLICABLE
#- FED./OTHER TAX APPLICABLE
+- STATE & FEDERAL TAX APPL.

| FREIGHT IN | FREIGHT OUT |
|---|---|
| | |

| | |
|---|---|
| SUB TOTAL | 3,108.96 |
| MISC CHARGE | 5.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 202.08 |
| PAYMENT | 0.00 |
| TOTAL AMT. DUE | 3,316.04 |



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
PORT ST, LUCIE

2101 N.W. ___ JTLE AVE  · PORT ST. LUCIE, FLORIDA 34986
PHONE (772) 468-1311 · FAX (772) 466-9883
REMIT TO:
7195 NW 30TH STREET · MIAMI, FLORIDA 33122

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (888) 611-4004 · Fax: (772) 466-9883

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

| ACCOUNT NO. | INVOICE NUMBER |
|---|---|
| TRI001 | 1059395-01 |

BILL TO:
TRICON DEVELOPMENT OF BREVARD
PO BOX 320637
COCOA BEACH   FL  32932-0637

SHIP TO:
TRICON DEVELOPMENT OF BREVARD
OCEANIQUE
FT PIERCE   FL  34986

*Bldg "A"   8+9*

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1059395-01 | 103 | 07/13/06 | 134 | OCEANIQUE        58 | 07/18/06 |

| INSTRUCTIONS | | | FRT | PAGE/NO |
|---|---|---|---|---|
| FRI 7/14 | PER TERRY | | T | 1 |

| QUANTITY IN ORDERED UNITS | | | | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDER/LD | BO/REL | SHIPPED | OPT | | | | |
| | | | | STARTING 9-12-05 THERE WILL BE A FUEL SURCHARGE PER INVOICE | | | |
| 1 | | 1 | * | MISC<br>MISC ITEMS<br>***8TH FLOOR***<br>*************** | EA | 0.0001 | 0.00 |
| 130 | | 130 | * | D58F12<br>5/8" FIRECODE DRYWALL 12'<br>4 X 12 | SF | 421.0000 | 2627.04 |
| 1 | | 1 | * | MISC<br>MISC ITEMS<br>***9TH FLOOR***<br>*************** | EA | 0.0001 | 0.00 |
| 130 | | 130 | * | D58F12<br>5/8" FIRECODE DRYWALL 12'<br>4 X 12 | SF | 421.0000 | 2627.04 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| FREIGHT IN | FREIGHT OUT |
|---|---|

| | |
|---|---|
| SUB TOTAL | 5,254.08 |
| MISC. CHARGE | 5.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 341.52 |
| PAYMENT | 0.00 |
| TOTAL AMT. DUE | 5,600.60 |



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS

PORT ST. LUCIE

N.W. SETTLE AVE o PORT ST. LUCIE, FLORIDA 34986
PHONE (772) 466-1311 o FAX (772) 466-9883
REMIT TO:
7195 NW 30TH STREET o MIAMI, FLORIDA 33122
*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (888) 611-4004 o Fax: (772) 466-9883

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

INVOICE NUMBER
1060150-01

| ACCOUNT NO. | |
|---|---|
| TRI001 | |

BILL TO: TRICON DEVELOPMENT OF BREVARD
PO BOX 320637
COCOA BEACH    FL  32932-0637

SHIP TO: TRICON DEVELOPMENT OF BREVARD
OCEANIQUE BLDG B
REC. ROOM AND LOBBY
FT PIERCE    FL  32932-0637

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1060150-01 | 103 | 08/25/06 | 151 | OCEANIQUE BLDG B 9 | 08/29/06 |

| INSTRUCTIONS | | PPD | PAGE NO. |
|---|---|---|---|
| 8-28-06       DROP AND GO | | T | 1 |

| QUANTITY IN PIECES/UNITS | | | SHIP | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B.O./REL | SHIPPED | | | | | |
| | | | | STARTING 9-12-05 THERE WILL BE A FUEL SURCHARGE PER INVOICE | | | |
| 300 | | 300 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 381.0000 | 5486.41 |

*Price need to be adjusted*

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
*- STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| FREIGHT IN | FREIGHT OUT |
|---|---|
| | |

| | |
|---|---|
| SUB TOTAL | 5,486.41 |
| MISC. CHARGE | 5.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 356.62 |
| PAYMENT | 0.00 |
| TOTAL AMOUNT DUE | 5,848.03 |



**BANNER SUPPLY CO.**
LATH — PLASTER & DRYWALL MATERIALS

PORT ST. LUCIE

2101 N.W. SETTLE AVENUE • PORT ST. LUCIE, FL 34986
PHONE: (772) 466-1311 • FAX: (772) 466-9883
TOLL FREE: (888) 511-4004
*ACCOUNTING AND RELEASE INQUIRIES*
*Phone: (305) 593-2946 • Fax: (305) 593-2787*

| ACCOUNT NO. | | VISIT US ON THE WORLD WIDE WEB http://www.bannersupply.com | | INVOICE NUMBER |
|---|---|---|---|---|

**BILL TO:**

**SHIP TO:**

CUSTOMER P.O. NO.

| INVOICE NUMBER | SLSMN. | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| | | | | | FRT. | PAGE NO. |

| QUANTITY ORDERED | SHIPPED | DISP. | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | | | |

**SMALL ENOUGH TO KNOW YOU**
**LARGE ENOUGH TO SERVE YOU**

| DRIVER: MUST GET TICKET SIGNED! | | SUB TOTAL |
|---|---|---|
| I CERTIFY THAT I DELIVERED | Driver: | MISC. CHARGE |
| MATERIALS LISTED TO | Date | FREIGHT TOTAL |
| ESS SHOWN: | | FED/OTHER TAX |
| od Condition | | STATE TAX |
| | Truck # | Checked By | PAYMENT |



BANNER SUPPLY CO.
LATH · PLASTER & DRYWALL MATERIALS
PORT ST. LUCIE

2... N.W. SETTLE AVE · PORT ST. LUCIE, FLORIDA 34986
PHONE (772) 466-1311 · FAX (772) 466-9883
REMIT TO:
7195 NW 30TH STREET · MIAMI, FLORIDA 33122
ACCOUNTING AND RELEASE INQUIRIES
Phone: (888) 611-4004 · Fax: (772) 466-9883

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
TRI001

**INVOICE NUMBER**
1502669-01

BILL
TO:   TRICON DEVELOPMENT OF BREVARD
      PO BOX 320637
      COCOA BEACH    FL  32932-0637

SHIP
TO:   TRICON DEVELOPMENT OF BREVARD
      PRICE ADJ ON INV 1060151 &
      1060150 & 1059902
      FL

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1502669-01 | 103 | 09/05/06 | 136 | PRICE ADJ | 09/06/06 |

INSTRUCTIONS

| | | | | FRT | PAGE NO. |
|---|---|---|---|---|---|
| | | | | T | 1 |

| QUANTITY IN PIECES/UNITS | | | CDE | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B.O./REL | SHIPPED | | | | | |
| | | | | STARTING 9-12-05 THERE WILL BE | | | |
| | | | | A FUEL SURCHARGE PER INVOICE | | | |
| -264 | | -264 | * | D58F12 | SF | 20.0000 | -253.44 |
| | | | | 5/8" FIRECODE DRYWALL 12' | | | |
| | | | | 4 X 12 | | | |
| -320 | | -320 | * | D12R12 | SF | 20.0000 | -307.20 |
| | | | | 1/2" REGULAR DRYWALL 12' | | | |
| | | | | 4 X 12 | | | |
| -14 | | -14 | * | D12DS8 | SF | 50.0000 | -22.40 |
| | | | | 1/2" DENS-SHIELD 8' | | | |
| | | | | 4 X 8 | | | |

DRY'

CREDIT

POSTED

CODE EXPLANATION ——►     *** THIS IS YOUR CREDIT ***
* = STATE TAX APPLICABLE
# = FED./OTHER TAX APPLICABLE
+ = STATE & FEDERAL TAX APPL.

| FREIGHT IN | FREIGHT OUT |
|---|---|
| | |

| SUB TOTAL | -583.04 |
|---|---|
| MISC. CHARGE | |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | -37.90 |
| PAYMENT | 0.00 |
| TOTAL AMT. DUE | -620.94 |



BANNER SUPPLY CO.
LATH - PLASTER & DRYWALL MATERIALS

PORT ST. LUCIE

2101 N.W. SETTLE AVE  ◦ PORT ST. LUCIE, FLORIDA 34986
PHONE (772) 466-1311 ◦ FAX (772) 466-9893
REMIT TO:
7195 NW 30TH STREET ◦ MIAMI, FLORIDA 33122

*ACCOUNTING AND RELEASE INQUIRES*
Phone: (888) 511-4004 ◦ Fax: (772) 466-9893



VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

| ACCOUNT NO. | | INVOICE NUMBER |
|---|---|---|
| TRI001 | | 1060281-01 |

BILL TO: TRICON DEVELOPMENT OF BREVARD
PO BOX 320637
COCOA BEACH    FL  32932-0637

SHIP TO: TRICON DEVELOPMENT OF BREVARD
OCEANIQUE
REC ROOM/SIDE DOOR
STOCK INSIDE
FT PIERCE    FL  34986

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 1060281-01 | 103 | 09/05/06 | 134 | OCEANIQUE 15 | 61 | 09/07/06 |
| | | INSTRUCTIONS | | | PPT | PAGE NO. |
| TUES 9/5 | | PER TERRY | | | T | 1 |

| QUANTITY IN PIECES/UNITS | | | | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B.O./REL | SHIPPED | REF | | | | |
| | | | | STARTING 9-12-05 THERE WILL BE A FUEL SURCHARGE PER INVOICE | | | |
| 25 | | 25 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 361.0000 | 433.20 |

POSTED

CODE EXPLANATION
*- STATE TAX APPLICABLE
#- FED./OTHER TAX APPLICABLE
+- STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| FREIGHT IN | FREIGHT OUT |
|---|---|

| | |
|---|---|
| SUB TOTAL | 433.20 |
| MISC. CHARGE | 5.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 28.15 |
| PAYMENT | 0.00 |
| TOTAL AMT. DUE | 466.35 |



**BANNER SUPPLY CO.**
LATH • PLASTER & DRYWALL MATERIALS
PORT ST. LUCIE

. N.W. SETTLE AVE  • PORT ST. LUCIE, FLORIDA 34986
PHONE (772) 466-1311 • FAX (772) 466-9883
REMIT TO:
7195 NW 30TH STREET • MIAMI, FLORIDA 33122
*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (888) 511-4004 • Fax: (772) 466-9883

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
TRI001

**INVOICE NUMBER**
1060343-01

**BILL TO:**
TRICON DEVELOPMENT OF BREVARD
PO BOX 320637
COCOA BEACH    FL  32932-0637

**SHIP TO:**
TRICON DEVELOPMENT OF BREVARD
OCEANIQUE BLDG C
GARAGES TO STOCK
FT PIERCE    FL  32932-0637

| INVOICE NUMBER | SLSMN. | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1060343-01 | 103 | 09/08/06 | 151 | OCEANIQUE BLDG C 1 | 09/11/06 |

| INSTRUCTIONS | | TERM | PAGE NO. |
|---|---|---|---|
| 9-8-06 | DROP AND GO!!!!!!!!!!! | T | 1 |

| QUANTITY IN PIECES/UNITS | | | SHIP | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B/O-A/R | SHIPPED | | | | | |
| 280 | | 280 | * | STARTING 9-12-05 THERE WILL BE A FUEL SURCHARGE PER INVOICE D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 361.0000 | 4851.85 |

POSTED

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

FREIGHT IN    PICKED UP

| | |
|---|---|
| SUB TOTAL | 4,851.85 |
| MISC. CHARGE | 5.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 315.37 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 5,172.22 |



**BANNER SUPPLY CO.**
LATH - PLASTER & DRYWALL MATERIALS

PORT ST. LUCIE

2151 N.W. SETTLE AVE  ◦ PORT ST. LUCIE, FLORIDA 34986
PHONE (772) 466-1311 ◦ FAX (772) 466-9883
REMIT TO:
7195 NW 30TH STREET ◦ MIAMI, FLORIDA 33122
*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (888) 511-4004 ◦ Fax: (772) 466-9883

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

| ACCOUNT NO. | INVOICE NUMBER |
|---|---|
| TRI001 | 1060373-01 |

BILL TO:
TRICON DEVELOPMENT OF BREVARD
PO BOX 320637
COCOA BEACH    FL  32932-0637

SHIP TO:
TRICON DEVELOPMENT OF BREVARD
OCEANIQUE BLDG C
GARAGES TO STOCK
*DROP AND GO**
FT PIERCE    FL  32932-0637

| INVOICE NUMBER | SLSMN. | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1060373-01 | 103 | 09/12/06 | 151 | OCEANIQUE BLDG C 2 | 09/13/06 |

| INSTRUCTIONS | | FRT. | PAGE NO. |
|---|---|---|---|
| 9-12-06 | DROP AND GO | T | 1 |

| QUANTITY IN PIECES/UNITS | | | CAT. | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B.O./RET. | SHIPPED | | | | | |
| | | | | STARTING 9-12-05 THERE WILL BE | | | |
| | | | | A FUEL SURCHARGE PER INVOICE | | | |
| 85 | | 85 | * | D12R12 | SF | 361.0000 | 1472.88 |
| | | | | 1/2" REGULAR DRYWALL 12' | | | |
| | | | | 4 X 12 | | | |

POSTED

CODE EXPLANATION
*- STATE TAX APPLICABLE
#- FED./OTHER TAX APPLICABLE
+- STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| FREIGHT IN | FREIGHT OUT |
|---|---|

| SUB TOTAL | 1,472.88 |
|---|---|
| MISC. CHARGE | .00 |
| FREIGHT TOTAL | .00 |
| FED./OTHER TAX | |
| STATE TAX | 95.74 |
| PAYMENT | 0.00 |
| TOTAL AMT. DUE | 1,573.62 |