# EXHIBIT H

PLAINTIFF'S
EXHIBIT
tabbies
H

OCEANIQUE DEVELOPMENT CO (ARH) - 000306



OCEANIQUE DEVELOPMENT CO (ARH) - 000307



OCEANIQUE DEVELOPMENT CO (ARH) - 000308



OCEANIQUE DEVELOPMENT CO (ARH) - 000309



OCEANIQUE DEVELOPMENT CO (ARH) - 000310



OCEANIQUE DEVELOPMENT CO (ARH) - 000312



OCEANIQUE DEVELOPMENT CO (ARH) - 000313



OCEANIQUE DEVELOPMENT CO (ARH) - 000314



OCEANIQUE DEVELOPMENT CO (ARH) - 000315



OCEANIQUE DEVELOPMENT CO (ARH) - 000316