# EXHIBIT I

## AFFIDAVIT OF IAN ASKEW

1. My name is Ian Askew. I have personal knowledge of what I attest to herein.

2. I have been employed by Tricon Development of Brevard, Inc. ("Tricon") since October, 2006 in the position of Superintendent.

3. Tricon was the developer of a condominium named Oceanique Oceanfront Condominium ("Oceanique"), located in Fort Pierce, St. Lucie County, Florida.

4. Construction began on Oceanique in 2005 and finished in 2008.

5. In the second quarter of 2009, we were first made aware that Oceanique was constructed with Chinese drywall from drywall supplied by Banner.

6. By the summer of 2009, with the loss of many sales and threatened lawsuits from unit owners, Tricon started demolishing, repairing and remediating affected units at Oceanique.

7. Tricon did not have the benefit of the court approved protocols for remediation at the time it begin its repair/remediation project.

8. Tricon acted decisively and reasonably and repaired and remediated affected units at Oceanique out of its own pocket.

## REPAIR/REMEDIATION PROJECT AT OCEANIQUE

9. I served as Superintendent for the repair/remediation project at Oceanique.

10. My responsibilities for the repair/remediation project at Oceanique were to manage day-to-day operations associated with the repair and remediation for affected units. I hired the laborers for the demolition and repair/remediation of the affected units. I supervised the demolition of the affected units in person and personally viewed and assisted in the



demolition and repair and remediation of each unit. I also, on an as needed basis personally assisted in the demolition and repair/remediation of the units.

11. In June 2009, we began demolition of the units containing Chinese drywall at Oceanique.

12. We completed the demolition of the units and affected areas in October 2009.

13. We identified the units containing Chinese drywall by visual inspection of electrical wiring, air conditioning evaporator coils and copper piping, which showed extensive damage and corrosion. Bathroom and kitchen fixtures were pitted and corrosive. Appliances in the units were malfunctioning or not working due to damage of electrical components. The affected units also had overpowering odors resembling sulfur.

14. Once it was confirmed a unit contained Chinese drywall, demolition began.

15. I personally visited, viewed and supervised the demolition, repair and remediation of each of the following units and locations containing Knauf-Tianjin Chinese drywall:

| OCEANIQUE DEVELOPMENT COMMUNITY AFFECTED CHINESE DRYWALL PROPERTIES |
|---|
| 4160 N. Highway A1A, Ft. Pierce, Florida 34949 (South Tower)<br><br>Units: 201A, 202A, 203A, 204A, 205A, 206A, 207A, 301A, 302A, 303A, 304A, 305A, 306A, 307A |
| 4180 N. Highway A1A, Ft. Pierce, Florida 34949 (North Tower)<br><br>Units: 801B, 802B, 803B, 804B, 805B, 901B, 902B, 903B, 904B, 905B, 1001B, 1002B, 1003B, 1004B, 1005B, 1101B, 1102B, 1103B, 1104B, 1105B, 1201B, 1202B, 1203B, 1204B, 1205B |
| 4180 N. Highway A1A, Ft. Pierce, Florida 34949 (North Tower)<br><br>1st Level - Lobbies, Recreation Room, Common Elements, 5 Garage Spaces |
| 4180 N. Highway A1A, Ft. Pierce, Florida 34949 (Garage Building C)<br><br>1st Level - 55 Garages, Lobby<br>2nd Level - Lobby |

16. In each of the units and locations listed above I observed numerous sheets of drywall being removed and all of the drywall sheets contained the distinctive Knauf-Tianjin markings on the reverse side of the drywall identical to that in the Court's photographic catalog.

17. I have viewed the photographs of the drywall coming out of the affected units that are attached hereto, containing the Knauf-Tianjin markings and/or endtape and they are consistent with what I viewed in each unit during the demolition phase.

18. We have also preserved a number of pieces of drywall that came from the affected units. Photos of the preserved items are attached hereto as Ex. A.

19. I have viewed the Court's Pre-Trial Order number 10 in this case and the photographic catalog accompanying it.

20. Based upon my review of the Court's Pre-Trial Order number 10 in this case and the photographic catalog accompanying it, I only saw drywall that had markings of Knauf-Tianjin on it.

21. I declare under penalty of perjury under the laws of the State of Florida that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NAUGHT.

_[signature]_

STATE OF FLORIDA)

COUNTY OF Broward )

BEFORE ME personally appeared ___Ian Askew___, being duly sworn and who is personally known to me or has produced _____ as identification, and states that the foregoing is true and correct.

SWORN AND SUBSCRIBED before me this 27th day of August, 2014.

_Brenda L Adams_
NOTARY PUBLIC (Signature)

My commission expires:

_Brenda L Adams_
Print or Type Name of Notary



## AFFIDAVIT OF MAURICE KODSI

1. My name is Maurice Kodsi. I have personal knowledge of what I attest to herein.

2. I have been the principal of Tricon Development of Brevard, Inc. ("Tricon") since 1989.

3. Tricon was the developer of a condominium named Oceanique Oceanfront Condominium ("Oceanique"), located in Fort Pierce, St. Lucie County, Florida.

4. Construction began on Oceanique in 2005 and finished in 2008.

5. In the second quarter of 2009, we were first made aware that Oceanique was constructed with Chinese drywall from drywall supplied by Banner.

6. By the summer of 2009, with the loss of many sales and threatened lawsuits from unit owners, Tricon started demolishing, repairing and remediating affected units at Oceanique.

7. Tricon did not have the benefit of the court approved protocols for remediation at the time it begin its repair/remediation project.

8. Tricon acted decisively and reasonably and repaired and remediated affected units at Oceanique out of its own pocket.

## REPAIR/REMEDIATION PROJECT AT OCEANIQUE

9. I personally observed the demolition and repair/remediation project at Oceanique on weekly basis, usually one to two times per week in each of the affected units.

10. My responsibilities for the repair/remediation project at Oceanique were to oversee, as a developer, from demolition to the finished product, including financial responsibility for the project. In June 2009, we began demolition of the units containing Chinese drywall at Oceanique.

1

11. We completed the demolition of the units and affected areas in October 2009.

12. We identified the units containing Chinese drywall by visual inspection of electrical wiring, air conditioning evaporator coils and copper piping, which showed extensive damage and corrosion. Bathroom and kitchen fixtures were pitted and corrosive. Appliances in the units were malfunctioning or not working due to damage of electrical components. The affected units also had overpowering odors resembling sulfur.

13. Once it was confirmed a unit contained Chinese drywall, demolition began.

14. I personally visited and viewed the demolition, repair and remediation of each of the following units and locations containing Knauf-Tianjin Chinese drywall:

| OCEANIQUE DEVELOPMENT COMMUNITY AFFECTED CHINESE DRYWALL PROPERTIES |
| --- |
| 4160 N. Highway A1A, Ft. Pierce, Florida 34949 (South Tower)<br><br>Units: 201A, 202A, 203A, 204A, 205A, 206A, 207A, 301A, 302A, 303A, 304A, 305A, 306A, 307A |
| 4180 N. Highway A1A, Ft. Pierce, Florida 34949 (North Tower)<br><br>Units: 801B, 802B, 803B, 804B, 805B, 901B, 902B, 903B, 904B, 905B, 1001B, 1002B, 1003B, 1004B, 1005B, 1101B, 1102B, 1103B, 1104B, 1105B, 1201B, 1202B, 1203B, 1204B, 1205B |
| 4180 N. Highway A1A, Ft. Pierce, Florida 34949 (North Tower)<br><br>1st Level - Lobbies, Recreation Room, Common Elements, 5 Garage Spaces |
| 4180 N. Highway A1A, Ft. Pierce, Florida 34949 (Garage Building C)<br><br>1st Level - 55 Garages, Lobby<br>2nd Level - Lobby |

3

15. In each of the units and locations listed above I observed numerous sheets of drywall being removed and all of the drywall sheets contained the distinctive Knauf-Tianjin markings on the reverse side of the drywall identical to that in the Court's photographic catalog contained in Pre-Trial Order number 10.

16. I have viewed the photographs of the drywall coming out of the affected units that are attached hereto, containing the Knauf-Tianjin markings and/or endtape and they are consistent with what I viewed in each unit during the demolition phase.

17. We have also preserved a number of pieces of drywall that came from the affected units. Photos of the preserved items are attached hereto as Ex. A.

18. I have viewed the Court's Pre-Trial Order number 10 in this case and the photographic catalog accompanying it.

19. Based upon my review of the Court's Pre-Trial Order number 10 in this case and the photographic catalog accompanying it, I only saw drywall that had markings of Knauf-Tianjin on it.

20. I declare under penalty of perjury under the laws of the State of Florida that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NAUGHT.

_____ [signature]

STATE OF FLORIDA)

COUNTY OF Brevard )

BEFORE ME personally appeared Maurice Kodsi , being duly sworn and who is personally known to me or has produced _____ as identification, and states that the foregoing is true and correct.

4

SWORN AND SUBSCRIBED before me this 28th day of August, 2014.

Brenda R. Adams
NOTARY PUBLIC (Signature)

My commission expires:

Brenda L. Adams
Print or Type Name of Notary



BRENDA L. ADAMS
Notary Public - State of Florida
My Comm. Expires Jun 22, 2017
Commission # EE 881680
Bonded Through National Notary Assn.

5

# AFFIDAVIT OF ROBERT KODSI

1. My name is Robert Kodsi. I have personal knowledge of what I attest to herein.

2. I have been employed by Tricon Development of Brevard, Inc. ("Tricon") since 1996, in the position of general contractor / broker of record.

3. Tricon was the developer of a condominium named Oceanique Oceanfront Condominium ("Oceanique"), located in Fort Pierce, St. Lucie County, Florida.

4. Construction began on Oceanique in 2005 and finished in 2008.

5. In the second quarter of 2009, we were first made aware that Oceanique was constructed with Chinese drywall from drywall supplied by Banner.

6. By the summer of 2009, with the loss of many sales and threatened lawsuits from unit owners, Tricon started demolishing, repairing and remediating affected units at Oceanique.

7. Tricon did not have the benefit of the court approved protocols for remediation at the time it begin its repair/remediation project.

8. Tricon acted decisively and reasonably and repaired and remediated affected units at Oceanique out of its own pocket.

## REPAIR/REMEDIATION PROJECT AT OCEANIQUE

9. I served as general contractor for the repair/remediation project at Oceanique.

10. My responsibilities for the repair/remediation project at Oceanique were to pull permits and oversee operations as typical for a general contractor.

11. In June 2009, we began demolition of the units containing Chinese drywall at Oceanique.

12. We completed the demolition of the units and affected areas in October 2009.

1

13. We identified the units containing Chinese drywall by visual inspection of electrical wiring, air conditioning evaporator coils and copper piping, which showed extensive damage and corrosion. Bathroom and kitchen fixtures were pitted and corrosive. Appliances in the units were malfunctioning or not working due to damage of electrical components. The affected units also had overpowering odors resembling sulfur.

14. Once it was confirmed a unit contained Chinese drywall, demolition began.

15. I personally visited and viewed the demolition, repair and remediation of each of the following units and locations containing Knauf-Tianjin Chinese drywall:

| OCEANIQUE DEVELOPMENT COMMUNITY AFFECTED CHINESE DRYWALL PROPERTIES |
|---|
| 4160 N. Highway A1A, Ft. Pierce, Florida 34949 (South Tower)<br><br>Units: 201A, 202A, 203A, 204A, 205A, 206A, 207A, 301A, 302A, 303A, 304A, 305A, 306A, 307A |
| 4180 N. Highway A1A, Ft. Pierce, Florida 34949 (North Tower)<br><br>Units: 801B, 802B, 803B, 804B, 805B, 901B, 902B, 903B, 904B, 905B, 1001B, 1002B, 1003B, 1004B, 1005B, 1101B, 1102B, 1103B, 1104B, 1105B, 1201B, 1202B, 1203B, 1204B, 1205B |
| 4180 N. Highway A1A, Ft. Pierce, Florida 34949 (North Tower)<br><br>1st Level - Lobbies, Recreation Room, Common Elements, 5 Garage Spaces |
| 4180 N. Highway A1A, Ft. Pierce, Florida 34949 (Garage Building C)<br><br>1st Level - 55 Garages, Lobby<br>2nd Level - Lobby |

3

16. In each of the units and locations listed above I observed numerous sheets of drywall being removed and all of the drywall sheets contained the distinctive Knauf-Tianjin markings on the reverse side of the drywall identical to that in the Court's photographic catalog contained in Pre-Trial Order number 10.

17. I have viewed the photographs of the drywall coming out of the affected units that are attached hereto, containing the Knauf-Tianjin markings and/or endtape and they are consistent with what I viewed in each unit during the demolition phase.

18. We have also preserved a number of pieces of drywall that came from the affected units. Photos of the preserved items are attached hereto as Ex. A.

19. I have viewed the Court's Pre-Trial Order number 10 in this case and the photographic catalog accompanying it.

20. Based upon my review of the Court's Pre-Trial Order number 10 in this case and the photographic catalog accompanying it, I only saw drywall that had markings of Knauf-Tianjin on it.

21. I declare under penalty of perjury under the laws of the State of Florida that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NAUGHT.

STATE OF FLORIDA)
COUNTY OF Brevard)

BEFORE ME personally appeared Robert Kraus, being duly sworn and who is personally known to me or has produced _____ as

4

identification, and states that the foregoing is true and correct.

   SWORN AND SUBSCRIBED before me this ___27th___ day of __August__, 2014.

                 *Brenda L Adams*
                 NOTARY PUBLIC (Signature)

My commission expires:     *Brenda L. Adams*
                 Print or Type Name of Notary

```
BRENDA L. ADAMS
Notary Public - State of Florida
My Comm. Expires Jun 22, 2017
Commission # EE 861680
Bonded Through National Notary Assn.
```