# Exhibit L

## Colson Hicks Eidson

ERVIN A. GONZALEZ
Board Certified Civil &
Business Trial Attorney

March 20, 2015

**Via Email & FedEx**

Mr. Daniel J. Balhoff
Perry, Atkinson, Balhoff, et al.
2141 Quail Run Drive
Baton Rouge, LA 70884-3260

**Re: Oceanique Development Company—Post-Mediation Briefing**

Dear Mr. Balhoff,

Thank you for allowing us the opportunity to submit this brief. Despite spending the overwhelming majority of its Position Paper on accusations of fraud against Oceanique, Knauf backed off of those accusations at mediation. Knauf's backtracking and seeming withdrawal of its fraud accusations was appropriate in light of the facts presented by Oceanique. Oceanique did not strictly comply with PTO 1B because Oceanique demonstrated that PTO 1B was not in effect at the time Oceanique's repair and remediation began, nor had MDL 2047 even been convened.

For the sake of brevity, and an accurate timeline of the events that occurred in this claim, Oceanique refers you to its Position Paper. Knauf did not refute Oceanique's factual basis for not strictly complying with PTO 1B at the mediation. Knauf's failure to rebut Oceanique's factual basis for not strictly complying with PTO 1B speaks volumes, because Knauf cannot refute it. Knauf also backed off from its argument that Oceanique's claim should be dismissed. Knauf was forced to recognize that the clause it relied upon in the Already Remediated Homes Protocol

| The Law Firm of Colson, Hicks, Eidson, Colson, Matthews, Martinez, Gonzalez, Kalbac & Kane
| 255 Alhambra Circle, Penthouse | Coral Gables, Florida | 33134
| T: 305.476.7400 | F: 305.476.7444 | W: www.colson.com
| 208 11th Street SE | Washington, DC | 20003
| T: 202.386.6706 | F: 202.386.6706 | W: www.colson.com
| 1100 Poydras Street, Suite 2800 | New Orleans, LA | 70163
| T: 305.476.7400 | F: 305.476.7444 | W: www.colson.com

1

Colson
Hicks
Eidson

("Protocol"), Exhibit A to the Settlement Agreement[1] favors Oceanique. Instead, Knauf urges

that only one of the 39 units that were fixed by Oceanique should be compensated, and at full

value of the remediation cost.

Knauf relied upon the following clause in the Settlement Agreement that actually favors

Oceanique: "Subject to review by the Special Master or the Court, the failure to preserve

evidence as required by law will result in disallowance *or reduction in the amount of the claim if*

*the failure has been prejudicial to a determination of the claim.*" (Emphasis added).  The clear

language of the clause is that a claim may be *reduced.* By virtue of Knauf's miniscule offer it is

not now arguing, as it did before, that Oceanique's claim should be disallowed, but instead

reduced.

Further review of the Protocol contemplates that parties may not have strictly complied

with PTO 1B. Section III of the Protocol details what items are to be submitted by a claimant;

but there is a notable caveat in Section III. A. 1. concerning PTO 1B:

> Photographs and/or video images of all drywall removed from the
> Affected Property during remediation. For those Owners with
> claims pending *In re: Chinese Drywall Products Liability*
> *Litigation,* MDL 2047 (the "MDL"), *where available*[2], such
> submission shall be in the form required by MDL Pretrial Order
> 1B.

The Settlement Agreement was designed to be consumer friendly and takes into account that

even when PTO 1B applies, it only applies "*where available,*" meaning when the "photographs

and/or video images of all drywall removed from the Affected Property during remediation" are

available.[3] Thus, there are exceptions to compliance with PTO 1B that must be taken into

---

[1] Attached hereto as Exhibit "A."
[2] Emphasis supplied.
[3]They should be provided, <u>but</u>, when they are not available other evidence may be employed.
Oceanique attempted to fill in any gaps with other valid evidence: affidavits of employees

Colson
Hicks
Eidson

account by the Court and Mediator when considering this claim. Failure to comply with PTO 1B

is not fatal to Oceanique's claim.

What Knauf fails to acknowledge is that any reduction is specifically tied to whether the

failure to preserve evidence "has been prejudicial to a determination of the claim." Oceanique's

failure to strictly comply with PTO 1B is not prejudicial to the determination of the claim. There

is ample evidence submitted for this claim to be judicially determined, as follows:

1. photographic evidence of Knauf drywall in the Oceanique property;[4]

2. Knauf drywall and other items that Oceanique did preserve that Knauf has not bothered to inspect despite its availability;

3. photographs of corrosion in the Oceanique properties;[5]

4. affidavits from Oceanique's principals and workers on the repair/remediation project regarding the presence of Knauf drywall;[6]

5. the various Banner Supply entities distribution of Chinese drywall, explained more fully below;

6. Banner Port St. Lucie's sale of thousands of sheets of drywall to Oceanique when Banner Port St. Lucie did not have record of receiving any Taishan drywall;[7]

7. Banner Port St. Lucie's sale of thousands of sheets of drywall to Oceanique between February 2006 and September 2006 when Banner Port St. Lucie admits it was selling Knauf's drywall during that time, Ex. G, attached hereto at 3;

---

testifying under oath to the presence of KPT drywall. For the reasons discussed in Oceanique's Position Paper and at length at the mediation, those photos and videos of drywall removed from the Affected Property are not available.
[4] Previously submitted with Oceanique's position paper.
[5] *Id.*
[6] *Id.*
[7] Fifty-two pages of Banner invoices are attached hereto as Exhibit "B."

3

Colson
Hicks
Eidson

8. Banner Settlement Allocation Plan (Rec. Doc. 16527-1) in which Knauf participated in the drafting it was recognized that the majority of Chinese drywall sold by Banner belonged to Knauf and therefore Knauf insisted on recovering a minimum of 60% the Banner monies' allocation. Thus, the maximum discount that could be applied to Oceanique's claim due to the presence of non-KPT drywall is 40%, but given the overwhelming and largely uncontroverted evidence provided by Oceanique, no reduction or only the most modest reductions is appropriate;

9. damages evidence of the claim for $3,180,499.28 that went unrefuted by Knauf, in fact Knauf recognized as per unit cost of over $78,000.[8] Moreover, the per square foot price of $31.80 is extremely low. Knauf's own contractor, Moss, has as its average price for construction at $50.00-$55.00 per square foot.

Banner's distribution pattern as it specifically relates to Oceanique requires further explanation. As set forth above, Knauf has admitted in this litigation that at least 60% of the drywall Banner distributed was attributable to Knauf. Record evidence of what Banner actually distributed, specifically to Oceanique demonstrates that the drywall Oceanique received was overwhelmingly KPT.

There were five Banner entities in this litigation: 1) Banner Supply Co., Inc., based in Miami and known as Banner Miami; 2) Banner Supply Company Port St. Lucie; 3) Banner Supply Company Tampa; 4) Banner Supply Company Pompano; and 5) Banner Supply Company Fort

---

[8] So that the record is complete and in an abundance of caution, Oceanique is sending downloadable files of the damages evidence it submitted to Knauf as Composite Exhibit "C." The damages evidence fills three large notebooks. If the Mediator requests a hardcopy of the notebooks from Undersigned Counsel it will be provided quickly.

4

Colson
Hicks
Eidson

Myers. It is undisputed that between February 2006 and September 2006, Banner Port St. Lucie delivered thousands of sheets of drywall to Oceanique as shown in Exhibit B, attached hereto.

One of the requirements of defendants in this litigation was the completion of sworn profile forms. The Banner entities were required to serve Distributor Profile Forms ("DPF"). The DPFs for the Banner entities are attached hereto as follows: Banner Miami, Ex. D, Banner Fort Myers, Ex. E, Banner Tampa, Ex. F, Banner Pompano, Ex. G, and Banner Port St. Lucie, Ex. H.

The DPFs show the miniscule amount of Taishan board that Banner ultimately supplied based on Banner's review of the records. Banner Miami admitted to receiving 253,984 pieces of drywall from La Suprema, a Miami based importer. Ex. D, at 3. Of those 253,984 pieces of drywall, Banner Miami's documentation indicates it received 8,208 pieces of drywall from Shandong/Taishan, or less than 4%. *Id.* Banner Fort Myers admitted to receiving 347,421 pieces of drywall from La Suprema. Ex. E at 3. Of those 347,421 pieces of drywall, Banner Fort Myers' documentation indicates it received 2,208 pieces of drywall from Shandong/Taishan, or less than 1%. *Id.* Banner Tampa admitted to receiving 216,840 pieces of drywall from La Suprema. Ex. F at 3. Of those 216,840 pieces of drywall, Banner Tampa's documentation indicates it received 23,028 pieces of drywall from Shandong/Taishan, or less than 11%. *Id.*

Banner Pompano admitted to receiving 328,440 pieces of drywall from La Suprema, but could not identify any markings on the product it distributed other than Knauf. Ex. G. In other words, it did not identify any Taishan. *Id.* The same is true for Banner Port St. Lucie. Ex. H at 3. Banner Port St. Lucie received 251,696 pieces of drywall from La Suprema, but did not identify *any* drywall being from Taishan. *Id.*

In summary, two conclusions must be drawn from the Banner entities DPFs. First, Banner overall received a very low volume of Taishan drywall as compared to KPT drywall, ranging

5

Colson
Hicks
Eidson

from less than 1% to less than 11% for a particular Banner entity. Second, Banner Port St. Lucie
was the exclusive Banner entity and the only entity that sold drywall to Oceanique. Ex. B,
attached hereto. Banner Port St. Lucie could not identify *any* Taishan drywall in what it received
from La Suprema and distributed. This is in marked comparison to three of the other Banner
entities that were able to specifically identify that they received Taishan drywall and the number
of sheets they received. Moreover, Banner Port St. Lucie admitted that it stopped shipping Knauf
drywall in November 2006. Ex H, at 3. The sales records from Banner Port St. Lucie to
Oceanique show the last sale on September 13, 2006, meaning that Banner Port St. Lucie was
selling Knauf's product to Oceanique.

The parties agree that the Banner entities did not track which brands of drywall were sent to a
particular property. Nonetheless, when coupling the record evidence of: 1) Knauf's admission
that at least 60% of the drywall Banner distributed was attributable to Knauf; and 2) record
evidence of Banner Port St. Lucie not identifying any Taishan drywall in its shipments and its
sales to Oceanique and all the Banner entities only having record of a total of 33,444 Taishan
sheets out of a total of 1,398,444 sheets of drywall[9] the Banner entities received, the conclusion
is inescapable that Oceanique's drywall it received from Banner was overwhelmingly KPT.

---

[9] These totals were derived from the Banner entities DPFs, adding up the total number of sheets
the Banner entities received from La Suprema and those identified as Taishan by the Banner
entities, as follows:

| Banner entity | Sheets of drywall received by Banner entity | Taishan sheets of drywall received by Banner entity |
|---|---|---|
| Banner Miami | 253,954 | 8,208 |
| Banner Fort Myers | 347,421 | 2,208 |
| Banner Tampa | 216,840 | 23,028 |
| Banner Pompano | 328,440 | None reported on DPF |
| Banner Port St. Lucie | 251,696 | None reported on DPF |
| **Total** | 1,398,351 | 33,444 |

Colson
Hicks
Eidson

Finally, the Mediator has had the opportunity to meet Maurice and Rob Kodsi and judge their credibility. The Kodsis were placed in a terrible situation. Their business was nearly ruined in 2006 when they discovered KPT drywall in their development. Rather than sit on their hands, the mitigated their damages and began repairs and remediation at a time when there was no repair/remediation protocol or evidence preservation order in effect. In fact, when they began demolition, MDL 2047 did not even exist. Oceanique did not retain counsel until December 2009 and the evidence to be preserved under PTO 1B was long gone. But Oceanique's lack of strict compliance does not doom their claim. The Mediator and Court must adhere to the language of the Protocol:

> Subject to review by the Special Master or the Court, the failure to preserve evidence as required by law will result in disallowance *or reduction in the amount of the claim* if the failure has been prejudicial to a determination of the claim." (Emphasis added).

As set forth above, a reduction may be appropriate, but the claim may still be determined by the Mediator or Court. Once again, the maximum discount that could be applied to Oceanique's claim due to the presence of non-KPT drywall is 40%, but given the overwhelming and largely uncontroverted evidence provided by Oceanique, no reduction or only the most modest reduction is appropriate. Thank you for your time in reviewing this important case.

Very truly yours,

Ervin A. Gonzalez
Patrick S. Montoya

Enclosures as stated

cc:   Kerry Miller, Esq. (via email)
      Frederick S. Longer, Esq. (via email)

7

# EXHIBIT A

**Exhibit A**

**Already Remediated Properties Protocol**

I.    Objective of Protocol

This protocol creates a process by which to resolve the Remediation Claims of individual Owners who self-remediated their Affected Properties or entered into a contract to self-remediate their Affected Properties prior to the Execution Date of the Settlement Agreement Regarding Claims Against the Knauf Defendants in MDL No. 2047 (the "Settlement Agreement") on an Affected-Property-by-Affected-Property basis. This process consists of: (1) the Owner's provision of documents concerning the remediation; (2) a negotiation period; (3) a non-binding mediation, if necessary; and (4) if the mediation fails, a proceeding before the Court to resolve the Remediation Claims.

II.    Definitions

Unless otherwise noted in this protocol, all defined terms shall have the meanings set forth in the Settlement Agreement.

III.    Materials to Be Provided by the Owner

A.    Prior to scheduling a negotiation pursuant to Paragraph IV, the Owner shall submit to the Settlement Administrator the following documentation concerning remediation of the Affected Property, to the extent that such documentation is in the possession, custody or control of the Owner or any person or entity hired or otherwise used by the Owner in connection with the remediation of the Affected Property, including, but not limited to, builders, contractors, and subcontractors:

1.    Photographs and/or video images of all drywall removed from the Affected Property during remediation. For those Owners with claims pending in *In re: Chinese Drywall Products Liability Litigation*, MDL No. 2047 (the "MDL"), where available, such submission shall be in the form required by MDL Pretrial Order 1B. For those Owners with claims pending in state court, the submission shall comply with the state court's rules regarding the preservation of evidence.

2.    Any evidence of KPT Chinese Drywall and Non-KPT Chinese Drywall, if any, in the Affected Property prior to remediation.

3.    Proof of corrosion or other evidence that the KPT Chinese Drywall was reactive.

4.    Interior photographs of the Affected Property immediately prior to the commencement of, and following completion of, the remediation, including photographs and/or video images of the flooring and major components such as cabinets, moldings, doors, intercom systems, and

fixtures for every room and bathroom, and, to the extent possible, security systems, appliances and audio such as surround sound.

    a.    The photographs do not need to be pictures taken specifically for the litigation. For example, family photographs or photographs taken for purposes of refinancing a mortgage are acceptable in the absence of other photographs.

5.    The remediation contract and an itemization from the contractor who performed the remediation work of the materials used during the remediation, including, but not limited to, manufacturer, model number, and quantity.

6.    An itemized invoice from the contractor who performed the remediation work ("Itemized Invoice").

7.    Proof of payment of the Itemized Invoice and any other expenses, such as cancelled checks, credit card statements, etc.

8.    A floor plan of the Affected Property with dimensions.

9.    An Environmental Certificate.

10.    An Owner Disclosure Affidavit in the form attached as Exhibit 1, which includes a certification that the materials provided comprise all of the available documentation regarding the following:

    a.    The drywall that was in the Affected Property prior to the commencement of the remediation; and

    b.    The scope, extent, and cost of the remediation.

IV.    Procedures for Resolving Remediation Claims

    A.    Negotiation Period

        1.    Within 25 business days of receipt of the Owner Disclosure Affidavit, the Knauf Defendants and the Owner shall schedule and hold an initial negotiation session to attempt to resolve the Owner's Remediation Claims in accordance with Paragraph IV (D) and subject to the conditions set forth in Paragraph V.

        2.    The Knauf Defendants and the Owner shall have 25 business days from the date of the first negotiation session to resolve the Owner's Remediation Claims (the "Negotiation Period"). For good cause, such as scheduling issues, the Negotiation Period may be extended by mutual agreement.

B. **Non-Binding Mediation**

1. If at the end of the Negotiation Period, the Knauf Defendants and the Owner have not resolved the Owner's Remediation Claims, the Knauf Defendants and Owner shall submit the Owner's Remediation claims to non-binding mediation before the Special Master. The Special Master shall schedule the non-binding mediation at a mutually agreeable date with the Owner and the Knauf Defendants, but in no event shall the mediation be more than 25 business days after the last day of the Negotiation Period unless the period is mutually extended by the parties.

2. Prior to the non-binding mediation, the Knauf Defendants and the Owner shall submit a brief statement describing the issues in dispute. Such statements shall not exceed 7 type-written double-spaced pages and shall attach any relevant documentation produced pursuant to Paragraph III as exhibits or other documents that may have been generated during the Negotiation Period to support or refute the Owner's claims.

3. In mediating the Remediation Claims, the Special Master shall follow the provisions set forth in Paragraph IV(D).

4. The Remediation Fund shall pay the cost of the non-binding mediation, including, but not limited to, the Special Master's time.

5. The parties may mutually agree to use a mediator other than the Special Master.

C. **Court Proceeding**

1. In the event the Mediation is unsuccessful, within 20 business days, the parties shall each make a written submission to the Court with respect to the Remediation Claims. Such submission shall not exceed 7 type-written double-spaced pages and shall attach any relevant documentation produced pursuant to Paragraph III as exhibits or other documents that may have been generated during the Negotiation Period and non-binding mediation to support or refute the Owner's claim. In addition, by mutual agreement of the parties, the Special Master shall also make a submission to the Court.

   a. If there is an issue as to the KPT Percentage in the Affected Property, by mutual agreement the parties may make submissions that exceed 7 type-written double-spaced pages.

2. The scope of the Court's review shall be limited to the Reimbursable Costs set forth in Paragraph IV (D).

3

3. To the extent that a Remediation Claim is submitted to the Court, the Court shall resolve the claims without a jury, as participation in this settlement constitutes a waiver by all parties to a jury trial.

4. The Court's resolution of the Remediation Claims shall be final without appeal.

5. Each party shall bear its own costs in connection with any Remediation Claim submitted to the Court.

D. Reimbursable Costs

1. The Knauf Defendants will reimburse the Owner only for reasonable costs that the Owner incurred in remediating the Affected Property ("Reimbursable Costs"). In determining Reimbursable Costs, the Knauf Defendants and Owner, Special Master (where necessary) and Court (where necessary), shall employ the following criteria:

   a. Only remediation work reasonably consistent with the Remediation Protocol shall be eligible for reimbursement.

   b. Any upgrades made to the Affected Property are not eligible for reimbursement.

      (1) To the extent that anything in the Affected Property was replaced, including, but not limited to, appliances baseboards, molding, flooring, cabinets and countertops, any reimbursement owed to the homeowners for such replacement shall be limited to the replacement costs of the specific item that was in place prior to the remediation. For example, if a Owner had to replace his/her 50-gallon water heater as part of the remediation, but replaced it with a 75-gallon water heater, only the cost of replacing the 50-gallon water heater with either an identical 50-gallon water heater or, if such water heater is no longer available, one that is substantially the same in quality and capacity as that which was replaced, shall be eligible for reimbursement.

      (2) To the extent that upgrades were made to comply with building codes and regulations in effect at the time of the remediation work, the Owner will be reimbursed solely to the extent that such upgrades are related to work covered by the Remediation Protocol.  For example, the Remediation Protocol includes replacement of the electrical system.  Therefore, if replacement of the electrical system included upgrades to comply with building codes and regulations in effect at the time of the remediation work, the Owner will be reimbursed for those upgrades.  In

4

contrast, the Remediation Protocol does not include replacement of the roof. Therefore, if the authority with jurisdiction requires repair of the roof to secure a certificate of occupancy, the Owner will not be reimbursed for such repair.

c.      Reimbursable Costs shall not include costs attributable to contractor double billing, waste or fraud.

2.      Any amounts received or to be received by an Owner under a settlement agreement with any person or entity other than the Knauf Defendants arising from KPT Chinese Drywall shall be subject to Sections 4.8.1 and 4.8.2 of the Settlement Agreement.

3.      The Knauf Defendants' responsibility for the Reimbursable Costs shall be limited to the KPT Drywall Percentage, subject to the following conditions:

a.      For Mixed Properties where the Owner has provided sufficient evidence to determine the KPT Drywall Percentage, the Reimbursable Costs shall be multiplied by the KPT Drywall Percentage.

b.      For Mixed Properties where the Owner did not provide sufficient evidence to determine the KPT Drywall Percentage, the Knauf Defendants will separately negotiate with the Residential Property Owners, or in the event of a Court proceeding pursuant to Paragraph IV (C), the Court shall resolve, on an Affected-Property-by-Affected-Property basis, an appropriate discount of the Reimbursable Costs.

4.      The Special Master and the Court will take into consideration, in determining whether to allow a claim or the amount of the claim, whether the Owner has complied with MDL Pretrial Order 1B (if the claim is pending in the MDL) or with applicable state law requirements for preservation of evidence (if the claim is pending in state court). Subject to review by the Special Master or the Court, the failure to preserve evidence as required by law will result in disallowance or reduction in the amount of the claim if the failure has been prejudicial to a determination of the claim.

5.      All monies owed by the Knauf Defendants under an agreement between the Knauf Defendants and the Owner to resolve the Remediation Claims or Court resolution shall be paid by the Remediation Fund.

a.      For Owners of individual units in Multiple Unit Properties, prior to payment of any amounts owed by the Knauf Defendants, the

Owner must provide a release from the Multiple Unit Property Governing Body.

V.   Other Covered Expenses

The Remediation Fund will pay the Residential Owner a Lump Sum Payment pursuant to the terms set forth in Section 4.3.1.1 of the Settlement Agreement, but not the Delay Period Payment under Section 4.3.1.2, and subject to the following conditions:

A.   Residential Owners of Mixed Properties who have provided sufficient evidence to determine the KPT Drywall Percentage, shall be paid an amount equal to the Lump Sum Payment multiplied by the KPT Drywall Percentage.

B.   For those Residential Owners of Mixed Properties who did not provide sufficient evidence to determine the KPT Drywall Percentage, the Knauf Defendants will separately negotiate with the Residential Property Owners, or in the event of a Court proceeding pursuant to Paragraph IV (C), the Court shall resolve, on an Affected-Property-by-Affected-Property basis, an appropriate discount of the Lump Sum Payment consistent with the provisions in Section 4.3.4.1 of the Class Settlement Agreement.

VI.   Entitlement to Benefits of Other Loss Fund

Pursuant to Section 1.1.2 of the Settlement Agreement, Owners are Class Members and shall be entitled to benefits under the Other Loss Fund as defined in Section 1.47 of the Settlement Agreement.

VII.   Miscellaneous

A.   Release and Dismissal

The Owner will release the Released Parties pursuant to the terms of the Settlement Agreement. In addition, the Owner shall dismiss with prejudice all claims relating to the KPT Chinese Drywall in the Affected Property pursuant to the terms of the Settlement Agreement.

B.   Attorneys' Fees and Costs

All claims for attorneys' fees and costs arising from the Owner's claims, if such negotiation and/or mediation results in a resolution of the claims, shall be governed by Section 14 of the Settlement Agreement without regard to whether the Owner reaches an agreement with the Knauf Defendants to resolve the Remediation Claims.

C.   Federal Rule of Evidence 408 and State-Law Analogs

Any settlement discussions between the Knauf Defendants and an individual Owner pursuant to Paragraph IV as well as submissions to the Special Master

6

pursuant to Paragraph IV (B) (2) are not intended to be, nor shall they in fact be, admissible, discoverable, or relevant in any case or other proceeding against the Knauf Defendants other than the Court proceeding described in Paragraph IV (C).



**BANNER SUPPLY CO.**
LATH • PLASTER & DRYWALL MATERIALS
PORT ST. LUCIE

2I   I.W. SETTLE AVE  • PORT ST. LUCIE, FLORIDA 34986
PHONE (772) 466-1311 • FAX (772) 466-9883
REMIT TO:
7195 NW 30TH STREET • MIAMI, FLORIDA 33122
*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (888) 511-4004 • Fax: (772) 466-9883

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

| ACCOUNT NO. | | INVOICE NUMBER |
|---|---|---|
| TRI001 | | 1056359-01 |

BILL TO:  TRICON DEVELOPMENT OF BREVARD
PO BOX 320637
COCOA BEACH    FL  32932-0637

SHIP TO:  TRICON DEVELOPMENT OF BREVARD
OCEANIQUE 9TH FLOOR
STOCK IN UNIT I
FT PIERCE    FL  32932-0637

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1056359-01 | 103 | 02/14/06 | 151 | OCEANIQUE 9TH FL 4 | 02/21/06 |

| INSTRUCTIONS | | RET. | PAGE NO. |
|---|---|---|---|
| 2-15-06 | STOCK IN UNIT I | T | 1 |

| QUANTITY ORDERED | B.O./RET. | SHIPPED | DISP. | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | STARTING 9-12-05 THERE WILL BE A FUEL SURCHARGE PER INVOICE | | | |
| 143 | | 143 | * | D12R12<br>1/2" REGULAR DRYWALL 12'<br>4 X 12 | SF | 342.0000 | 2347.49 |
| 1 | | 1 | * | MISC<br>MISC ITEMS | EA | 0.0001 | 0.00 |

*Drywall*

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| FREIGHT | FREIGHT OUT |
|---|---|
| | |

| SUB TOTAL | 2,347.49 |
|---|---|
| MISC CHARGE | 5.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 152.59 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 2,505.08 |

**EXHIBIT**
B



**BANNER SUPPLY CO.**
LATH - PLASTER & DRYWALL MATERIALS
PORT ST. LUCIE

210   W. SETTLE AVE  ○ PORT ST. LUCIE, FLORIDA 34986
HONE (772) 466-1311 ○ FAX (772) 466-9883
REMIT TO:
7195 NW 30TH STREET ○ MIAMI, FLORIDA 33122
*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (888) 511-4004 ○ Fax: (772) 466-9883

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

| ACCOUNT NO. | | INVOICE NUMBER |
|---|---|---|
| TRI001 | | 1056667-01 |

BILL TO:
TRICON DEVELOPMENT OF BREVARD
PO BOX 320637
COCOA BEACH    FL  32932-0637

SHIP TO:
TRICON DEVELOPMENT OF BREVARD
OCEANIQUE 10TH FLOOR
UNIT#H
FT PIERCE    FL  32932-0637

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 1056667-01 | 103 | 03/02/06 | 151 | OCEANIQUE 10TH | 5 | 03/08/06 |

| INSTRUCTIONS | | RTE | PAGE NO. |
|---|---|---|---|
| 3-3-06 | TERRY ORDERED | T | 1 |

| QUANTITY IN PIECES/UNITS | | | | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B.O./REL | SHIPPED | CAT | | | | |
| | | | | STARTING 9-12-05 THERE WILL BE A FUEL SURCHARGE PER INVOICE | | | |
| 163 | | 163 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 342.0000 | 2675.81 |
| 1 | | 1 | * | MISC MISC ITEMS | EA | 0.0001 | 0.00 |

*Drywell* *(handwritten)*

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| FREIGHT IN | FREIGHT OUT |
|---|---|
| | |

| SUB TOTAL | 2,675.81 |
|---|---|
| MISC. CHARGE | 5.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 173.93 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 2,854.74 |



**BANNER SUPPLY CO.**
LATH - PLASTER & DRYWALL MATERIALS
PORT ST. LUCIE

216  W. SETTLE AVE  • PORT ST. LUCIE, FLORIDA 34986
PHONE (772) 466-1311 ○ FAX (772) 466-9883
REMIT TO:
7195 NW 30TH STREET ○ MIAMI, FLORIDA 33122

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (888) 611-4004 ● Fax: (772) 466-9883

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

INVOICE NUMBER
1056669-01

ACCOUNT NO.
TRI001

BILL TO:
TRICON DEVELOPMENT OF BREVARD
PO BOX 320637
COCOA BEACH    FL  32932-0637

SHIP TO:
TRICON DEVELOPMENT OF BREVARD
OCEANIQUE 10TH FLOOR
UNIT H
FT PIERCE    FL  32932-0637

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 1056669-01 | 103 | 03/02/06 | 151 | OCEANIQUE 10TH | 6 | 03/08/06 |

INSTRUCTIONS

| | | | | | H1 | PAGE NO. |
|---|---|---|---|---|---|---|
| 3-3-06 | | UNIT H | | | T | 1 |

| QUANTITY IN PIECES/UNITS | | | | | | |
|---|---|---|---|---|---|---|
| ORDERED | B.ORDER | SHIPPED | SHP | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |

| ORDERED | B.ORDER | SHIPPED | SHP | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | STARTING 9-12-05 THERE WILL BE A FUEL SURCHARGE PER INVOICE | | | |
| 163 | | 163 | * | D12R12  1/2" REGULAR DRYWALL 12'  4 X 12 | SF | 342.0000 | 2675.81 |
| 1 | | 1 | * | MISC  MISC ITEMS | EA | 0.0001 | 0.00 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

\*\*\* THIS IS YOUR INVOICE \*\*\*

FREIGHT IN    FREIGHT OUT

| SUB TOTAL | 2,675.81 |
|---|---|
| MISC. CHARGE | 0.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 173.93 |
| PAYMENT | 0.00 |
| TOTAL AMT. DUE | 2,854.74 |



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
PORT ST. LUCIE

21[  W. SETTLE AVE  ◦ PORT ST. LUCIE, FLORIDA 34986
PHONE (772) 466-1311 ◦ FAX (772) 466-9883
REMIT TO:
7195 NW 30TH STREET ◦ MIAMI, FLORIDA 33122
*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (888) 511-4004 ◦ Fax: (772) 466-9883

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

INVOICE NUMBER
1056670-01

ACCOUNT NO.
TRI001

BILL
TO:  TRICON DEVELOPMENT OF BREVARD
     PO BOX 320637
     COCOA BEACH     FL  32932-0637

SHIP
TO:  TRICON DEVELOPMENT OF BREVARD
     OCEANIQUE 10TH FLOOR
     UNIT J
     FT PIERCE      FL  32932-0637

| INVOICE NUMBER | SLSMS | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 1056670-01 | 103 | 03/02/06 | 151 | OCEANIQUE 10TH | 7 | 03/08/06 |

INSTRUCTIONS

| 3-3-06 | | | | UNIT J | | | | PRT | PAGE NO. |
|---|---|---|---|---|---|---|---|---|---|

PRT: T    PAGE NO.: 1

| QUANTITY IN PIECES/UNITS | | | | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B.O. /EST. | SHIPPED | CODE | | | | |
| | | | | STARTING 9-12-05 THERE WILL BE A FUEL SURCHARGE PER INVOICE | | | |
| 150 | | 150 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 342.0000 | 2462.40 |
| 1 | | 1 | * | MISC MISC ITEMS | EA | 0.0001 | 0.00 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
β - FED/OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

FREIGHT IN     FREIGHT OUT

| SUB TOTAL | 2,462.40 |
|---|---|
| MISC. CHARGE | 5.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 160.06 |
| PAYMENT | 0.00 |
| TOTAL AMOUNT DUE | 2,627.46 |



**BANNER SUPPLY CO.**
LATH - PLASTER & DRYWALL MATERIALS
PORT ST. LUCIE

215 W. SETTLE AVE ○ PORT ST. LUCIE, FLORIDA 34986
PHONE (772) 466-1311 ○ FAX (772) 466-9883
REMIT TO:
7195 NW 30TH STREET ○ MIAMI, FLORIDA 33122
*ACCOUNTING AND RELEASE INQUIRES*
Phone: (888) 511-4004 ○ Fax: (772) 466-9883

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

| ACCOUNT NO. | | INVOICE NUMBER |
|---|---|---|
| TRI001 | | 1056671-01 |

BILL TO:  TRICON DEVELOPMENT OF BREVARD
PO BOX 320637
COCOA BEACH    FL  32932-0637

SHIP TO:  TRICON DEVELOPMENT OF BREVARD
OCEANIQUE 10TH FLOOR
UNIT J
FT PIERCE    FL  32932-0637

| INVOICE NUMBER | SLSMN | SHIP DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1056671-01 | 103 | 03/02/06 | 151 | OCEANIQUE M10TH | 03/08/06 |

| INSTRUCTIONS | | DEPT | PAGE NO. |
|---|---|---|---|
| 3-3-06 | UNIT J | T | 1 |

| QUANTITY IN PIECES/UNITS | | | SHP | ITEM CODE AND DESCRIPTION | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B/O UNIT | SHIPPED | | | | | |
| | | | | STARTING 9-12-05 THERE WILL BE A FUEL SURCHARGE PER INVOICE | | | |
| 150 | | 150 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 342.0000 | 2462.40 |
| 1 | | 1 | * | MISC MISC ITEMS | EA | 0.0001 | 0.00 |

CODE EXPLANATION
*= STATE TAX APPLICABLE
&= FED./OTHER TAX APPLICABLE
+= STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| FREIGHT IN | FREIGHT OUT |
|---|---|
| | |

| | |
|---|---|
| SUB TOTAL | 2,462.40 |
| MISC. CHARGE | 5.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 160.06 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 2,627.46 |



**BANNER SUPPLY CO.**
LATH - PLASTER & DRYWALL MATERIALS
PORT ST. LUCIE

21`   W. SETTLE AVE  ◦ PORT ST. LUCIE, FLORIDA 34986
PHONE (772) 466-1311 ◦ FAX (772) 466-9883
REMIT TO:
7195 NW 30TH STREET ◦ MIAMI, FLORIDA 33122
*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (888) 511-4004 ◦ Fax: (772) 466-9883

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

| ACCOUNT NO | | INVOICE NUMBER |
|---|---|---|
| TRI001 | | 1056672-01 |

BILL
TO:   TRICON DEVELOPMENT OF BREVARD
      PO BOX 320637
      COCOA BEACH    FL  32932-0637

SHIP
TO:   TRICON DEVELOPMENT OF BREVARD
      OCEANIQUE 10TH FLOOR
      UNIT I
      FT PIERCE     FL  32932-0637

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 1056672-01 | 103 | 03/02/06 | 151 | OCEANIQUE 10TH | 8 | 03/08/06 |

| INSTRUCTIONS | | | SHT | PAGE NO. |
|---|---|---|---|---|
| 3-3-06 | UNIT I | | T | 1 |

| QUANTITY IN PIECES/UNITS | | | REF | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B.O./ALT | SHIPPED | | | | | |
| | | | | STARTING 9-12-05 THERE WILL BE A FUEL SURCHARGE PER INVOICE | | | |
| 143 | | 143 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 342.0000 | 2347.49 |
| 1 | | 1 | * | MISC MISC ITEMS | EA | 0.0001 | 0.00 |

*** THIS IS YOUR INVOICE ***

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

| FREIGHT IN | FREIGHT OUT |
|---|---|
| | |

| SUB TOTAL | 2,347.49 |
|---|---|
| MISC CHARGE | 5.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 152.59 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 2,505.08 |



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
PORT ST. LUCIE

210 N. SETTLE AVE ○ PORT ST. LUCIE, FLORIDA 34986
PHONE (772) 466-1311 ○ FAX (772) 466-9883
REMIT TO:
7195 NW 30TH STREET ○ MIAMI, FLORIDA 33122
*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (888) 511-4004 ○ Fax: (772) 466-9883

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
TRI001

**INVOICE NUMBER**
1056910-01

BILL TO:
TRICON DEVELOPMENT OF BREVARD
PO BOX 320637
COCOA BEACH    FL  32932-0637

SHIP TO:
TRICON DEVELOPMENT OF BREVARD
OCEANIQUE 11TH FLOOR
UNIT H
FT PIERCE    FL  32932-0637

| INVOICE NUMBER | SLSMN | ORDER DATE | TAX # | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1056910-01 | 103 | 03/14/06 | 151 | OCEANIQUE 11TH FL | 03/22/06 |

| INSTRUCTIONS | | | | PT | PAGE NO. |
|---|---|---|---|---|---|
| 3-15-06 | | STOCK IN UNIT | | T | 1 |

| QUANTITY IN PIECES/UNITS | | | C#/ | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B.O./REL | SHIPPED | | | | | |
| | | | | STARTING 9-12-05 THERE WILL BE A FUEL SURCHARGE PER INVOICE | | | |
| 163 | | 163 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 342.0000 | 2675.81 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
¢ - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| FREIGHT IN | FREIGHT OUT |
|---|---|
| | |

| | |
|---|---|
| SUB TOTAL | 2,675.81 |
| MISC. CHARGE | 5.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 173.93 |
| PAYMENT | 0.00 |
| **TOTAL AMT DUE** | **2,854.74** |



**BANNER SUPPLY CO.**
LATH - PLASTER & DRYWALL MATERIALS
PORT ST. LUCIE

216   N. SETTLE AVE ○ PORT ST. LUCIE, FLORIDA 34986
PHONE (772) 468-1311 ○ FAX (772) 468-9883
REMIT TO:
7195 NW 30TH STREET ○ MIAMI, FLORIDA 33122
*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (888) 511-4004 ○ Fax: (772) 468-9883

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

| ACCOUNT NO. | | INVOICE NUMBER |
|---|---|---|
| TRI001 | | 1056911-01 |

BILL
TO:  TRICON DEVELOPMENT OF BREVARD
     PO BOX 320637
     COCOA BEACH    FL  32932-0637

SHIP
TO:  TRICON DEVELOPMENT OF BREVARD
     OCEANIQUE 11THF FLOOR
     UNIT H
     FT PIERCE     FL  32932-0637

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 1056911-01 | 103 | 03/14/06 | 151 | OCEANIQUE 11TH | 5 | 03/22/06 |

INSTRUCTIONS

| | | | | | | BKT | PAGE NO. |
|---|---|---|---|---|---|---|---|
| 3-15-06 | | | STOCK IN UNITS | | | T | 1 |

| QUANTITY IN PIECES/UNITS | | | | | | | |
|---|---|---|---|---|---|---|---|
| ORDERED | B/O-NET | SHIPPED | DRP | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
| | | | | STARTING 9-12-05 THERE WILL BE A FUEL SURCHARGE PER INVOICE | | | |
| 163 | | 163 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 342.0000 | 2675.81 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| FREIGHT IN | FREIGHT OUT |
|---|---|
| | |

| SUB TOTAL | 2,675.81 |
|---|---|
| MISC. CHARGE | 5.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 173.93 |
| PAYMENT | 0.00 |
| TOTAL AMT. DUE | 2,854.74 |



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
PORT ST. LUCIE

21 W. SETTLE AVE ○ PORT ST. LUCIE, FLORIDA 34986
PHONE (772) 466-1311 ○ FAX (772) 466-9883
REMIT TO:
7196 NW 30TH STREET ○ MIAMI, FLORIDA 33122
*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (888) 511-4004 ○ Fax: (772) 466-9883

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
TRI001

**INVOICE NUMBER**
1056912-01

**BILL TO:** TRICON DEVELOPMENT OF BREVARD
PO BOX 320637
COCOA BEACH    FL  32932-0637

**SHIP TO:** TRICON DEVELOPMENT OF BREVARD
OCEANIQUE 11TH FLOOR
UNIT J
FT PIERCE    FL  32932-0637

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 1056912-01 | 103 | 03/14/06 | 151 | OCEANIQUE 11TH | 6 | 03/22/06 |

| INSTRUCTIONS | | SHIP | PAGE NO. |
|---|---|---|---|
| 3-15-06 | STOCK IN UNIT | T | 1 |

| QUANTITY | | | OER. | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B.O./REF. | SHIPPED | | | | | |
| | | | | STARTING 9-12-05 THERE WILL BE A FUEL SURCHARGE PER INVOICE | SF | | |
| 150 | | 150 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 342.0000 | 2462.40 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| FREIGHT IN | FREIGHT OUT |
|---|---|
| | |

| | |
|---|---|
| SUB TOTAL | 2,462.40 |
| MISC. CHARGE | 5.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 160.06 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 2,627.46 |



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
PORT ST. LUCIE

21   W. SETTLE AVE  ∘ PORT ST. LUCIE, FLORIDA 34986
PHONE (772) 466-1311 ∘ FAX (772) 466-9883
REMIT TO:
7195 NW 30TH STREET ∘ MIAMI, FLORIDA 33122
*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (888) 511-4004 ∘ Fax: (772) 466-9883

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
TRI001

**INVOICE NUMBER**
1056914-01

**BILL TO:** TRICON DEVELOPMENT OF BREVARD
PO BOX 320637
COCOA BEACH    FL  32932-0637

**SHIP TO:** TRICON DEVELOPMENT OF BREVARD
OCEANIQUE 11TH FLOOR
UNIT I
FT PIERCE    FL  32932-0637

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 1056914-01 | 103 | 03/14/06 | 151 | OCEANIQUE 11TH | 8 | 03/22/06 |

| INSTRUCTIONS | UNIT | PAGE NO. |
|---|---|---|
| 3-15-06   STOCK IN UNIT | T | 1 |

| QUANTITY IN PIECES/UNITS | | | | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B.O./BAL | SHIPPED | DIFF | | | | |
| | | | | STARTING 9-12-05 THERE WILL BE A FUEL SURCHARGE PER INVOICE | | | |
| 143 | | 143 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 342.0000 | 2347.49 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| FREIGHT IN | FREIGHT OUT |
|---|---|
| | |

| | |
|---|---|
| SUB TOTAL | 2,347.49 |
| MISC. CHARGE | 5.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 152.59 |
| PAYMENT | 0.00 |
| **TOTAL AMT DUE** | **2,505.08** |



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
PORT ST. LUCIE

21  W. SETTLE AVE  ○ PORT ST. LUCIE, FLORIDA 34986
PHONE (772) 466-1311 ○ FAX (772) 466-9883
REMIT TO:
7195 NW 30TH STREET ○ MIAMI, FLORIDA 33122
*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (888) 511-4004 ○ Fax: (772) 466-9883

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

| ACCOUNT NO. | | INVOICE NUMBER |
|---|---|---|
| TRI001 | | 1056916-01 |

BILL
TO:  TRICON DEVELOPMENT OF BREVARD
     PO BOX 320637
     COCOA BEACH    FL  32932-0637

SHIP
TO:  TRICON DEVELOPMENT OF BREVARD
     OCEANIQUE 11TH FLOOR
     UNIT I
     FT PIERCE    FL  32932-0637

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 1056916-01 | 103 | 03/14/06 | 151 | OCEANIQUE 11TH | 9 | 03/22/06 |

| INSTRUCTIONS | | PPT. | PAGE NO. |
|---|---|---|---|
| 3-15-06 | STOCK IN UNIT | T | 1 |

| QUANTITY IN EACH/UNITS | | | | | | | |
|---|---|---|---|---|---|---|---|
| ORDERED | B.O./REL. | SHIPPED | SHP. | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
| | | | | STARTING 9-12-05 THERE WILL BE | | | |
| | | | | A FUEL SURCHARGE PER INVOICE | | | |
| 143 | | 143 | * | D12R12 | SF | 342.0000 | 2347.49 |
| | | | | 1/2" REGULAR DRYWALL 12' | | | |
| | | | | 4 X 12 | | | |

CODE EXPLANATION ——————
\* - STATE TAX APPLICABLE
\# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

\*\*\* THIS IS YOUR INVOICE \*\*\*

| FREIGHT IN | FREIGHT OUT |
|---|---|

| | |
|---|---|
| SUBTOTAL | 2,347.49 |
| MISC. CHARGE | 5.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 152.59 |
| PAYMENT | 0.00 |
| TOTAL AMT. DUE | 2,505.08 |



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
PORT ST. LUCIE

21  W. SETTLE AVE  ◊ PORT ST. LUCIE, FLORIDA 34986
PHONE (772) 466-1311 ◊ FAX (772) 466-9883
REMIT TO:
7195 NW 30TH STREET ◊ MIAMI, FLORIDA 33122
*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (888) 511-4004 ◊ Fax: (772) 466-9883

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

| ACCOUNT NO. | | INVOICE NUMBER |
|---|---|---|
| TRI001 | | 1057096-01 |

BILL TO:
TRICON DEVELOPMENT OF BREVARD
PO BOX 320637
COCOA BEACH     FL  32932-0637

SHIP TO:
TRICON DEVELOPMENT OF BREVARD
OCEANIQUE
BLDG.-A 3rD FLOOR
FT.PIERCE     FL  34950

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 1057096-01 | 103 | 03/22/06 | 134 | OCEANIQUE | 45 | 03/27/06 |
| INSTRUCTIONS | | | | | FRT. | PAGE NO. |
| THURS. | | | | | T | 1 |

| QUANTITY IN PIECES/UNITS | | | | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B.O./REF. | SHIPPED | DIF. | | | | |
| | | | | STARTING 9-12-05 THERE WILL BE A FUEL SURCHARGE PER INVOICE | | | |
| 1 | | 1 | * | TFLR THIRD FLOOR | EA | 0.0001 | 0.00 |
| 68 | | 68 | * | D58F12 5/8" FIRECODE DRYWALL 12' 4 X 12 | SF | 421.0000 | 1374.15 |
| 300 | | 300 | * | VBCB-3WA VINYL 3 WAY BULL NOSE CAP PRICED FOR EACH | EA | 0.8000 | 240.00 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| FREIGHT IN | FREIGHT OUT |
|---|---|

| | |
|---|---|
| SUB TOTAL | 1,614.15 |
| MISC. CHARGE | 5.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 104.92 |
| PAYMENT | 0.00 |
| TOTAL: AMT. DUE | 1,724.07 |



**BANNER SUPLY CO.**
LJH — PLASTER & WALL MATERIALS

PORT ST. LUCIE

2101 N.W. SETTLE AVE.  • PORT ST. LUCIE, FL 34986
PHONE: (772) 466-1311 • FAX: (772) 466-9883
TOLL FREE: (888) 511-4004
*ACCOUNTING AND RELEASE INQUIRIES*
*Phone: (305) 593-2946 • Fax: (305) 593-2787*

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

| ACCOUNT NO | INVOICE NUMBER |
|---|---|

BILL TO:

SHIP TO:

CUSTOMER P.O. NO.

| INVOICE NUMBER | SLSMN. | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| | 193 | 03/27/06 | 134 | OCEANLOUC | 03/27/06 |

| | | | | | FRT. | PAGE NO. |
|---|---|---|---|---|---|---|

| QUANTITY | | | DISP. | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | | SHIPPED | | | | | |
| | | | | STARTING 3-12-05 THERE WILL BE | | | |
| | | | | A FUEL SURCHARGE PER INVOICE | | | |
| 1 | | 1 | | TEL# | | | |
| | | | | THIRD FLOOR | | | |
| 50 | 50 | 0 | 0 | DSW 12 | SF | | |
| | | | | 5/8" FIRECODE DRYWALL 12' | | | |
| | | | | 4 x 12 | | | |
| 300 | | 300 | | MUD 300 | EA | | |
| | | | | QUIKT 3 WAY MUD HOSE CAP | | | |
| | | | | PRICED PER EACH | | | |

**SMALL ENOUGH TO KNOW YOU**
**LARGE ENOUGH TO SERVE YOU**

Chris#3

DRIVER:
MUST GET TICKET SIGNED!
I CERTIFY THAT I DELIVERED
THE MATERIALS LISTED TO
ADDRESS SHOWN:
Rec'd in Good Condition
X

Driver/

Date

Truck#

Checked By

| SUB TOTAL |
|---|
| MISC.CHARGE |
| FREIGHT TOTAL |
| FED./OTHER TAX |
| STATE TAX |
| PAYMENT |



**BANNER SUPPLY CO.**
LATH - PLASTER & DRYWALL MATERIALS
PORT ST. LUCIE

211 W. SETTLE AVE ○ PORT ST. LUCIE, FLORIDA 34986
PHONE (772) 466-1311 ○ FAX (772) 466-9883
REMIT TO:
7195 NW 30TH STREET ○ MIAMI, FLORIDA 33122
*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (888) 511-4004 ○ Fax: (772) 466-9883

**VISIT US ON THE WORLD WIDE WEB**
**http://www.bannersupply.com**

ACCOUNT NO.
TRI001

INVOICE NUMBER
1057102-01

BILL TO: TRICON DEVELOPMENT OF BREVARD
PO BOX 320637
COCOA BEACH    FL   32932-0637

SHIP TO: TRICON DEVELOPMENT OF BREVARD
OCEANIQUE
12th FLOOR
H UNIT#1
FT.PIERCE    FL   34950

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1057102-01 | 103 | 03/23/06 | 134 | OCEANIQUE#12th FL | 03/27/06 |

| INSTRUCTIONS | | FRT. | PAGE NO. |
|---|---|---|---|
| FRI. | PER TERRY | T | 1 |

| QUANTITY ORDERED | B.C./INT. | SHIPPED | REF | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | STARTING 9-12-05 THERE WILL BE A FUEL SURCHARGE PER INVOICE | | | |
| 163 | | 163 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 381.0000 | 2980.95 |

CODE EXPLANATION
*- STATE TAX APPLICABLE
2- FED./OTHER TAX APPLICABLE
+- STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| FREIGHT IN | FREIGHT OUT |
|---|---|
| | |

| | |
|---|---|
| SUB TOTAL | 2,980.95 |
| MISC. CHARGE | 5.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 193.76 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 3,179.71 |



**BANNER SUPPLY CO.**
LATH - PLASTER & DRYWALL MATERIALS
PORT ST. LUCIE

211   N. SETTLE AVE  ∘ PORT ST. LUCIE, FLORIDA 34986
PHONE (772) 466-1311 ∘ FAX (772) 466-9883
REMIT TO:
7195 NW 30TH STREET ∘ MIAMI, FLORIDA 33122
ACCOUNTING AND RELEASE INQUIRIES
Phone: (888) 511-4004 ∘ Fax: (772) 466-9883

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

INVOICE NUMBER
1057103-01

ACCOUNT NO.
TRI001

BILL TO: TRICON DEVELOPMENT OF BREVARD
PO BOX 320637
COCOA BEACH    FL  32932-0637

SHIP TO: TRICON DEVELOPMENT OF BREVARD
OCEANIQUE
12th FLOOR
H UNIT#2
FT.PIERCE    FL  34950

| INVOICE NUMBER | SLSMN | ORDER DATE | AKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1057103-01 | 103 | 03/23/06 | 134 | OCEANIQUE#12th | 03/27/06 |

INSTRUCTIONS

FRI.                              PER TERRY

| | | | | | PRT | PAGE NO. |
|---|---|---|---|---|---|---|
| | | | | | T | 1 |

| QUANTITY IN FEET/OUNCES | | | | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B.O. NET | SHIPPED | | | | | |
| | | | | STARTING 9-12-05 THERE WILL BE A FUEL SURCHARGE PER INVOICE | | | |
| 163 | | 163 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 381.0000 | 2980.95 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| FREIGHT IN | FREIGHT OUT |
|---|---|
| | |

| | |
|---|---|
| SUB TOTAL | 2,980.95 |
| MISC. CHARGE | 5.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 193.76 |
| PAYMENT | 0.00 |
| TOTAL AMT. DUE | 3,179.71 |

PAID



BANNER SUPPLY CO.
LATH · PLASTER & DRYWALL MATERIALS
PORT ST. LUCIE

21¹  W. SETTLE AVE  ○PORT ST. LUCIE, FLORIDA 34986
PHONE (772) 466-1311 ○ FAX (772) 466-9883
REMIT TO:
7196 NW 30TH STREET ● MIAMI, FLORIDA 33122
*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (888) 511-4004 ○ Fax: (772) 466-9883

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
TRI001

**INVOICE NUMBER**
1057104-01

| BILL TO: | TRICON DEVELOPMENT OF BREVARD PO BOX 320637 COCOA BEACH    FL  32932-0637 | SHIP TO: | TRICON DEVELOPMENT OF BREVARD OCEANIQUE 12th FLOOR J UNIT#1 FT.PIERCE      FL   34950 |
|---|---|---|---|

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 1057104-01 | 103 | 03/23/06 | 134 | OCEANIQUE#12TH | | 03/27/06 |

| INSTRUCTIONS | | THIS | PAGE NO. |
|---|---|---|---|
| FRI.            PER TERRY | | T | 1 |

| QUANTITY IN PIECES/UNITS | | | RSK | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B/ORDER | SHIPPED | | | | | |
| | | | | STARTING 9-12-05 THERE WILL BE A FUEL SURCHARGE PER INVOICE | | | |
| 150 | | 150 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 381.0000 | 2743.20 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| FREIGHT IN | FREIGHT OUT |
|---|---|
| | |

| SUB TOTAL | 2,743.20 |
|---|---|
| MISC. CHARGE | 5.00 |
| FREIGHT TOTALS | |
| FED./OTHER TAX | |
| STATE TAX | 178.31 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 2,926.51 |



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS

PORT ST. LUCIE

21  W. SETTLE AVE  ○ PORT ST. LUCIE, FLORIDA 34986
PHONE (772) 466-1311 ○ FAX (772) 466-9883
REMIT TO:
7195 NW 30TH STREET ● MIAMI, FLORIDA 33122

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (888) 511-4004 ○ Fax: (772) 466-9883

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

| ACCOUNT NO. | | INVOICE NUMBER |
|---|---|---|
| TRI001 | | 1057105-01 |

BILL
TO:  TRICON DEVELOPMENT OF BREVARD
PO BOX 320637
COCOA BEACH    FL  32932-0637

SHIP
TO:  TRICON DEVELOPMENT OF BREVARD
OCEANIQUE
12th FLOOR
J UNIT#2
FT.PIERCE      FL  34950

| INVOICE NUMBER | SLSMN. | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1057105-01 | 103 | 03/23/06 | 134 | OCEANIQUE#12 | 03/27/06 |

| INSTRUCTIONS | | | SHIP | PAGE NO. |
|---|---|---|---|---|
| FRI. | PER TERRY | | T | 1 |

| QUANTITY IN PIECES/UNITS | | | C/D | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B/O/VD | SHIPPED | | | | | |
| | | | | STARTING 9-12-05 THERE WILL BE A FUEL SURCHARGE PER INVOICE | | | |
| 150 | | 150 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 381.0000 | 2743.20 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| | FREIGHT IN | FREIGHT OUT |
|---|---|---|

| | |
|---|---|
| SUB TOTAL | 2,743.20 |
| MISC. CHARGE | .5.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 178.31 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 2,926.51 |



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
PORT ST. LUCIE

211   W. SETTLE AVE  ○ PORT ST. LUCIE, FLORIDA 34986
PHONE (772) 466-1311 ○ FAX (772) 466-9883
REMIT TO:
7195 NW 30TH STREET ○ MIAMI, FLORIDA 33122
*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (888) 511-4004 ○ Fax: (772) 466-9883

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

INVOICE NUMBER
1057106-01

ACCOUNT NO.
TRI001

BILL TO:   TRICON DEVELOPMENT OF BREVARD
PO BOX 320637
COCOA BEACH    FL  32932-0637

SHIP TO:   TRICON DEVELOPMENT OF BREVARD
OCEANIQUE
12th FLOOR
I UNIT#1
FT.PIERCE    FL  34950

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1057106-01 | 103 | 03/23/06 | 134 | OCEANIQUE #12 | 03/27/06 |

| INSTRUCTIONS | FRT | PAGE NO. |
|---|---|---|
| FRI. | T | 1 |
| PER TERRY | | |

| QUANTITY IN PIECES/UNITS | | | SIGN | ITEM CODE AND DESCRIPTION | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B.O./RET. | SHIPPED | | | | | |
| | | | | STARTING 9-12-05 THERE WILL BE A FUEL SURCHARGE PER INVOICE | | | |
| 143 | | 143 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 381.0000 | 2615.19 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

FREIGHT IN   FREIGHT OUT

| | |
|---|---|
| SUB TOTAL | 2,615.19 |
| MISC. CHARGE | 5.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 169.99 |
| PAYMENT | 0.00 |
| TOTAL AMT. DUE | 2,790.18 |



**BANNER SUPPLY CO.**
LATH • PLASTER & DRYWALL MATERIALS
PORT ST. LUCIE

21   .W. SETTLE AVE  • PORT ST. LUCIE, FLORIDA 34986
PHONE (772) 466-1311 • FAX (772) 466-9883
REMIT TO:
7195 NW 30TH STREET • MIAMI, FLORIDA 33122

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (888) 611-4004 • Fax: (772) 466-9883

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

| ACCOUNT NO | | INVOICE NUMBER |
|---|---|---|
| TRI001 | | 1057113-01 |

BILL
TO:   TRICON DEVELOPMENT OF BREVARD
      PO BOX 320637
      COCOA BEACH    FL  32932-0637

SHIP
TO:   TRICON DEVELOPMENT OF BREVARD
      OCEANIQUE
      12th FLOOR
      FT.PIERCE    FL  34950

| INVOICE NUMBER | SLSMN | ORDER DATE | TAXER | CUSTOMER P.O. NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 1057113-01 | 103 | 03/23/06 | 134 | OCEANIQUE#12 | 1 | 03/27/06 |

| INSTRUCTIONS | | FRT | PAGE NO. |
|---|---|---|---|
| FRI. | | T | 1 |

| QUANTITY IN PIECES/UNITS | | | | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B/O/REF | SHIPPED | CHR | | | | |
| | | | | STARTING 9-12-05 THERE WILL BE A FUEL SURCHARGE PER INVOICE | | | |
| 107 | | 107 | * | D35D 1/2" CEMENT BOARD 3' X 5' | EA | 14.4750 | 1548.83 |

POSTED

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| FREIGHT IN | FREIGHT OUT |
|---|---|
| | |

| | |
|---|---|
| SUB TOTAL | 1,548.83 |
| MISC. CHARGE | .00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 100.67 |
| PAYMENT | 0.00 |
| TOTAL AMT. DUE | 1,654.50 |



**BANNER SUPPLY CO.**
LATH - PLASTER & DRYWALL MATERIALS
PORT ST. LUCIE

21.. N.W. SETTLE AVE  ▫ PORT ST. LUCIE, FLORIDA 34986
PHONE (772) 466-1311 ▫ FAX (772) 466-9883
REMIT TO:
7195 NW 30TH STREET ▫ MIAMI, FLORIDA 33122
*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (888) 511-4004 ▫ Fax: (772) 466-9883

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
TRI001

**INVOICE NUMBER**
1057141-01

BILL
TO:  TRICON DEVELOPMENT OF BREVARD
     PO BOX 320637
     COCOA BEACH   FL  32932-0637

SHIP
TO:  TRICON DEVELOPMENT OF BREVARD
     OCEANIQUE
     11th FLOOR
     FT.PIERCE    FL  34950

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1057141-01 | 103 | 03/24/06 | 134 | OCEANIQUE#11 | 03/29/06 |

| INSTRUCTIONS | | | HT | PAGE NO. |
|---|---|---|---|---|
| MON. | | PER TERRY | T | 1 |

| QUANTITY IN PIECES/UNITS | | | | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B.O./MET | SHIPPED | SHP | | | | |
| | | | | STARTING 9-12-05 THERE WILL BE A FUEL SURCHARGE PER INVOICE | | | |
| 107 | | 107 | * | D35D 1/2" CEMENT BOARD 3' X 5' | EA | 15.6000 | 1669.20 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| FREIGHT IN | FREIGHT OUT |
|---|---|

| | |
|---|---|
| SUB TOTAL | 1,669.20 |
| MISC. CHARGE | 5.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 108.50 |
| PAYMENT | 0.00 |
| TOTAL AMT. DUE | 1,782.70 |



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
PORT ST. LUCIE

21 .W. SETTLE AVE  ○PORT ST. LUCIE, FLORIDA 34986
PHONE (772) 466-1311 ○ FAX (772) 466-9883
REMIT TO:
7196 NW 30TH STREET ○MIAMI, FLORIDA 33122
*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (888) 611-4004 ○ Fax: (772) 466-9883

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
TRI001

**INVOICE NUMBER**
1057205-01

**BILL TO:** TRICON DEVELOPMENT OF BREVARD
PO BOX 320637
COCOA BEACH    FL  32932-0637

**SHIP TO:** TRICON DEVELOPMENT OF BREVARD
OCEANIQUE
TERRY TO DELIVER
FT PIERCE    FL  32932-0637

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 1057205-01 | 103 | 03/28/06 | 151 | OCEANIQUE | 46 | 03/31/06 |

| INSTRUCTIONS | | | | | | LTR | PAGE NO. |
|---|---|---|---|---|---|---|---|
| 3-29-06 | | | | | | T | 1 |

| QUANTITY IN FEET/UNITS | | | CLP | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B.O./RET | SHIPPED | | | | | |
| | | | | STARTING 9-12-05 THERE WILL BE A FUEL SURCHARGE PER INVOICE | | | |
| 8 | | 8 | * | D58F12 5/8" FIRECODE DRYWALL 12' 4 X 12 | SF | 421.0000 | 161.66 |
| 20 | | 20 | * | S2A 2 X 2 ANGLE 25 GAUGE | LF | 265.0000 | 53.00 |

CODE EXPLANATION
* STATE TAX APPLICABLE
# FED./OTHER TAX APPLICABLE
+ STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| FREIGHT IN | FREIGHT OUT |
|---|---|
| | |

| | |
|---|---|
| SUB TOTAL | 214.66 |
| MISC. CHARGE | |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | |
| PAYMENT | 0.00 |
| TOTAL AMT. DUE | 233.61 |



**2101 N.W. SETTLE AVENUE • PORT ST. LUCIE, FL 34986**
**PHONE: (772) 466-1311 • FAX: (772) 466-9883**
**TOLL FREE: (888) 511-4004**
*ACCOUNTING AND RELEASE INQUIRIES*
*Phone: (305) 593-2946 • Fax: (305) 593-2787*

PORT ST. LUCIE

| ACCOUNT NO. | VISIT US ON THE WORLD WIDE WEB http://www.bannersupply.com | INVOICE NUMBER |
|---|---|---|

| BILL TO: | SHIP TO: |
|---|---|

CUSTOMER P.O. NO.

| INVOICE NUMBER | SLSMN. | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
|  | 103 |  | 151 |  |  |

| | | FRT. | PAGE NO. |
|---|---|---|---|

| QUANTITY | | | DISP. | ITEM CODE AND DESCRIPTION | U.M. | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | | SHIPPED | | | | | |

**SMALL ENOUGH TO KNOW YOU**
**LARGE ENOUGH TO SERVE YOU**

| | SUB TOTAL |
|---|---|
| DRIVER: MUST GET TICKET SIGNED! | MISC. CHARGE |
| I CERTIFY THAT I DELIVERED THE MATERIALS LISTED TO ADDRESS SHOWN: | FREIGHT TOTAL |
| | FED./OTHER TAX |
| | STATE TAX |
| | PAYMENT |

Driver:

| Date | Truck # | Checked By |
|---|---|---|

Rec'd in Good Condition

X



**BANNER SUPPLY CO.**
LATH - PLASTER & DRYWALL MATERIALS
PORT ST. LUCIE

2I    .W. SETTLE AVE  ◊ PORT ST. LUCIE, FLORIDA 34980
PHONE (772) 466-1311 ◊ FAX (772) 466-9883
REMIT TO:
7195 NW 30TH STREET ◊ MIAMI, FLORIDA 33122
*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (888) 611-4004 ◊ Fax: (772) 466-9883

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

ACCOUNT NO.
TRI001

INVOICE NUMBER
1057455-01

BILL
TO:  TRICON DEVELOPMENT OF BREVARD
PO BOX 320637
COCOA BEACH    FL  32932-0637

SHIP
TO:  TRICON DEVELOPMENT OF BREVARD
OCEANIQUE 13TH FLOOR
DROP AT BUCKHOIST          Bld. B ?
FT PIERCE      FL  32932-0637

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 1057455-01 | 103 | 04/10/06 | 151 | OCEANIQUE 13TH | 7 | 04/14/06 |

| INSTRUCTIONS | RTE | PAGE NO. |
|---|---|---|
| 4-11-06               TERRY ORDERED | T | 1 |

| QUANTITY IN PIECES/UNITS | | | CDE | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B.O./REL | SHIPPED | | | | | |
| | | | | STARTING 9-12-05 THERE WILL BE A FUEL SURCHARGE PER INVOICE | | | |
| 1 | | 1 | * | MISC  **UNIT H**  ************ | EA | 0.0001 | 0.00 |
| 158 | | 158 | * | D12R12  1/2" REGULAR DRYWALL 12'  4 X 12 | SF | 381.0000 | 2889.51 |
| 5 | | 5 | * | D58F12  5/8" FIRECODE DRYWALL 12'  4 X 12 | SF | 421.0000 | 101.04 |
| 10 | | 10 | * | D12DS8  1/2" DENS-SHIELD 8'  4 X 8 | SF | 1120.0000 | 358.40 |
| 1 | | 1 | * | MISC  **UNIT H**  ************ | EA | 0.0001 | 0.00 |
| 158 | | 158 | * | D12R12  1/2" REGULAR DRYWALL 12'  4 X 12 | SF | 381.0000 | 2889.51 |
| 5 | | 5 | * | D58F12  5/8" FIRECODE DRYWALL 12'  4 X 12 | SF | 421.0000 | 101.04 |
| 10 | | 10 | * | D12DS8  1/2" DENS-SHIELD 8'  4 X 8 | SF | 1120.0000 | 358.40 |

─── CODE EXPLANATION ───
* - STATE TAX APPLICABLE
# - FED/OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

FREIGHT IN    FREIGHT OUT

| | |
|---|---|
| SUB TOTAL | 6,697.90 |
| MISC CHARGE | 0.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 435.00 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 7,138.26 |



BANNER SUPPLY CO.
LATH - PLASTER & DRYWALL MATERIALS

PORT ST. LUCIE

2   I.W. SETTLE AVE ∘ PORT ST. LUCIE, FLORIDA 34986
PHONE (772) 468-1311 ∘ FAX (772) 466-9883
REMIT TO:
7195 NW 30TH STREET ∘ MIAMI, FLORIDA 33122
*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (888) 511-4004 ∘ Fax: (772) 466-9883

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

ACCOUNT NO.                    INVOICE NUMBER
TRI001                          1057456-01

BILL
TO:   TRICON DEVELOPMENT OF BREVARD
      PO BOX 320637
      COCOA BEACH     FL  32932-0637

SHIP
TO:   TRICON DEVELOPMENT OF BREVARD
      OCEANIQUE 13TH FLOOR
      STOCK IN UNIT
      FT PIERCE       FL  32932-0637

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE | | |
|---|---|---|---|---|---|---|---|
| 1057456-01 | 103 | 04/10/06 | 151 | OCEANIQUE 13TH FL | 04/19/06 | | |
| | | INSTRUCTIONS | | | RPT | PAGE NO. | |
| 4-11-06 | | TERRY ORDERED | | | T | 1 | |

| QUANTITY IN PIECES/UNITS | | | SER | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B.O./NET | SHIPPED | | | | | |
| | | | | STARTING 9-12-05 THERE WILL BE A FUEL SURCHARGE PER INVOICE | | | |
| 1 | | 1 | * | MISC **UNIT I** *********** | EA | 0.0001 | 0.00 |
| 137 | | 137 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 381.0000 | 2505.46 |
| 5 | | 5 | * | D58F12 5/8" FIRECODE DRYWALL 12' 4 X 12 | SF | 421.0000 | 101.04 |
| 8 | | 8 | * | D12DS8 1/2" DENS-SHIELD 8' 4 X 8 | SF | 1120.0000 | 286.72 |
| 1 | | 1 | * | MISC **UNIT I** *********** | EA | 0.0001 | 0.00 |
| 137 | | 137 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 381.0000 | 2505.46 |
| 5 | | 5 | * | D58F12 5/8" FIRECODE DRYWALL 12' 4 X 12 | SF | 421.0000 | 101.04 |
| 8 | | 8 | * | D12DS8 1/2" DENS-SHIELD 8' 4 X 8 | SF | 1120.0000 | 286.72 |

POSTED

*** THIS IS YOUR INVOICE ***

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

| FREIGHT IN | FREIGHT OUT |
|---|---|
| | |

| | |
|---|---|
| SUB TOTAL | 5,786.44 |
| MISC CHARGE | 5.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 376.12 |
| PAYMENT | 0.00 |
| TOTAL AMT. DUE | 6,167.56 |



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
PORT ST. LUCIE

I.W. SETTLE AVE · PORT ST. LUCIE, FLORIDA 34986
PHONE (772) 468-1311 · FAX (772) 466-9883
REMIT TO:
7195 NW 30TH STREET · MIAMI, FLORIDA 33122
*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (888) 611-4004 · Fax: (772) 466-9883

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

ACCOUNT NO.
TRI001

INVOICE NUMBER
1057457-01

BILL
TO:    TRICON DEVELOPMENT OF BREVARD
       PO BOX 320637
       COCOA BEACH    FL  32932-0637

SHIP
TO:    TRICON DEVELOPMENT OF BREVARD
       OCEANIQUE 13TH FLOOR
       DROP AT BUCKHOIST
       FT PIERCE    FL  32932-0637

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 1057457-01 | 103 | 04/10/06 | 151 | OCEANIQUE 13TH | 8 | 04/19/06 |

INSTRUCTIONS
4-11-06                                    TERRY ORDERED MATERIAL

| QUANTITY IN PIECES/UNITS | | | | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B/ORD | SHIPPED | DEF | | | | |
| | | | | STARTING 9-12-05 THERE WILL BE A FUEL SURCHARGE PER INVOICE | EA | 0.0001 | 0.00 |
| 1 | | 1 | * | MISC **UNIT J** ********* | SF | 381.0000 | 2651.76 |
| 145 | | 145 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 421.0000 | 101.04 |
| 5 | | 5 | * | D58F12 5/8" FIRECODE DRYWALL 12' 4 X 12 | SF | 1120.0000 | 286.72 |
| 8 | | 8 | * | D12DS8 1/2" DENS-SHIELD 8' 4 X 8 | | | |

CODE EXPLANATION
* - STATE TAX APPLICABLE
F - FED/OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

FREIGHT IN       FREIGHT OUT

| | |
|---|---|
| SUB TOTAL | 3,039.52 |
| MISC CHARGE | 0.00 |
| FREIGHT TOTAL | |
| FED/OTHER TAX | |
| STATE TAX | 197.57 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 3,242.09 |



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
PORT ST. LUCIE

I.W. SETTLE AVE. · PORT ST. LUCIE, FLORIDA 34988
PHONE (772) 466-1311 · FAX (772) 466-9883
REMIT TO:
7195 NW 30TH STREET · MIAMI, FLORIDA 33122
*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (888) 511-4004 · Fax: (772) 466-9883

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

INVOICE NUMBER
1057647-01

ACCOUNT NO.
TRI001

BILL
TO:  TRICON DEVELOPMENT OF BREVARD
     PO BOX 320637
     COCOA BEACH    FL  32932-0637

SHIP
TO:  TRICON DEVELOPMENT OF BREVARD
     OCEANIQUE 4TH FLOOR
     TERRY ORDERED
     FT PIERCE    FL  32932-0637

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 1057647-01 | 103 | 04/19/06 | 151 | OCEANIQUE 4TH | 8 | 04/25/06 |

INSTRUCTIONS

TERRY ORDERED MATERIAL

| | | | FILL | PAGE NO. |
|---|---|---|---|---|
| | | | T | 1 |

4-20-06

| QUANTITY IN PIECES/UNITS | | | | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B.O./WT. | SHIPPED | DIFF. | | | | |
| | | | | STARTING 9-12-05 THERE WILL BE A FUEL SURCHARGE PER INVOICE | SF | 421.0000 | 2323.92 |
| 115 | | 115 | * | D58F12 5/8" FIRECODE DRYWALL 12' 4 X 12 | | | |

Drywall

POSTED

*** THIS IS YOUR INVOICE ***

CODE EXPLANATION ——
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

| WEIGHT IN | FREIGHT OUT |
|---|---|
| | |

| | |
|---|---|
| SUB TOTAL | 2,323.92 |
| MISC CHARGE | .00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 161.05 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 2,479.97 |



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
PORT ST. LUCIE

2___ I.W. SETTLE AVE · PORT ST. LUCIE, FLORIDA 34986
PHONE (772) 466-1311 · FAX (772) 466-9883
REMIT TO:
7195 NW 30TH STREET · MIAMI, FLORIDA 33122
*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (888) 611-4004 · Fax: (772) 466-9883

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

ACCOUNT NO.
TRI001

INVOICE NUMBER
1057762-01

BILL TO:
TRICON DEVELOPMENT OF BREVARD
PO BOX 320637
COCOA BEACH    FL  32932-0637

SHIP TO:
TRICON DEVELOPMENT OF BREVARD
OCEANIQUE BLDG "B"
13TH FLOOR
TERRY CALL IN
FT. PIERCE    FL  32486

| INVOICE NUMBER | BUS MN | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1057762-01 | 103 | 04/26/06 | 134 | OCEANIQUE BLDG "B" | 04/28/06 |

INSTRUCTIONS

| | | | | | | PRT | PAGE NO. |
|---|---|---|---|---|---|---|---|
| | | | | | | T | 1 |

THURS 4/27                    TERRY CALL IN

| QUANTITY ORDERED | B.O./REL | UNITS SHIPPED | | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | STARTING 9-12-05 THERE WILL BE A FUEL SURCHARGE PER INVOICE | | | |
| 60 | | 60 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 381.0000 | 1097.28 |
| 6 | | 6 | * | D12DS8 1/2" DENS-SHIELD 8' 4 X 8 | SF | 1120.0000 | 215.04 |

*** THIS IS YOUR INVOICE ***

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

| FREIGHT IN | FREIGHT OUT |
|---|---|
| | |

| | |
|---|---|
| SUB TOTAL | 1,312.32 |
| MISC. CHARGE | .00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 85.30 |
| PAYMENT | 0.00 |
| TOTAL AMT. DUE | 1,402.62 |



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
PORT ST. LUCIE

2   I.W. SETTLE AVE · PORT ST. LUCIE, FLORIDA 34986
PHONE (772) 466-1311 · FAX (772) 466-9883
REMIT TO:
7195 NW 30TH STREET · MIAMI, FLORIDA 33122
*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (888) 611-4004 · Fax: (772) 466-9883

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

ACCOUNT NO.
TRI001

INVOICE NUMBER
1057784-01

BILL TO:
TRICON DEVELOPMENT OF BREVARD
PO BOX 320637
COCOA BEACH    FL  32932-0637

SHIP TO:
TRICON DEVELOPMENT OF BREVARD
OCEANIQUE
BLDG.-A/ 5tH FLOOR
FT.PIERCE    FL  34950

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1057784-01 | 103 | 04/27/06 | 134 | OCEANIQUE#5th | 04/28/06 |

INSTRUCTIONS

THURS.    PER TERRY

PRT | PAGE NO.
T | 1

| QUANTITY | | | | | | | |
|---|---|---|---|---|---|---|---|
| ORDERED | B.O./RET | SHIPPED | MISC | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
| | | | | STARTING 9-12-05 THERE WILL BE A FUEL SURCHARGE PER INVOICE | | | |
| 132 | | 132 | * | D58F12 5/8" FIRECODE DRYWALL 12' 4 X 12 | SF | 421.0000 | 2667.46 |
| 6 | | 6 | * | D12DS8 1/2" DENS-SHIELD 8' 4 X 8 | SF | 1120.0000 | 215.04 |

POSTED

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

↑ *** THIS IS YOUR INVOICE ***

FREIGHT IN | FREIGHT OUT

| | |
|---|---|
| SUB TOTAL | 2,882.50 |
| MISC. CHARGE | 5.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 187.36 |
| PAYMENT | 0.00 |
| TOTAL AMT. DUE | 3,074.86 |



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS

PORT ST. LUCIE

2101 . SETTLE AVE □ PORT ST. LUCIE, FLORIDA 34986
PHONE (772) 468-1311 ○ FAX (772) 466-9883
REMIT TO:
7195 NW 30TH STREET ○ MIAMI, FLORIDA 33122
*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (888) 511-4004 ○ Fax: (772) 466-9883

**ACCOUNT NO.**
TRI001

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**INVOICE NUMBER**
1058365-01

| BILL TO: | TRICON DEVELOPMENT OF BREVARD<br>PO BOX 320637<br>COCOA BEACH    FL  32932-0637 | SHIP TO: | TRICON DEVELOPMENT OF BREVARD<br>OCEANIQUE 6TH FLOOR<br>BLDG A<br>STOCK IN UNITS<br>FT PIERCE    FL  32932-0637 |
|---|---|---|---|

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKER | CUSTOMER P O NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 1058365-01 | 103 | 05/23/06 | 151 | OCEANIQUE 6TH | 14 | 05/25/06 |

| INSTRUCTIONS | | TYPE | PAGE NO. |
|---|---|---|---|
| 5-24-06             DROP BY BUCKHIOST | | T | 1 |

| QUANTITY IN PIECES/UNITS | | | DISP | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | BCKRD'D | SHIPPED | | | | | |
| | | | | STARTING 9-12-05 THERE WILL BE<br>A FUEL SURCHARGE PER INVOICE | | | |
| 130 | | 130 | * | D58F12<br>5/8" FIRECODE DRYWALL 12'<br>4 X 12 | SF | 421.0000 | 2627.04 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| FREIGHT IN | FREIGHT OUT |
|---|---|

| | |
|---|---|
| SUB TOTAL | 2,627.04 |
| MISC. CHARGE | 5.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 170.76 |
| PAYMENT | 0.00 |
| TOTAL AMT. DUE | 2,802.80 |



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
PORT ST. LUCIE

2101 . SETTLE AVE ◦ PORT ST. LUCIE, FLORIDA 34986
. HONE (772) 466-1311 ◦ FAX (772) 466-9883
REMIT TO:
7195 NW 30TH STREET ◦ MIAMI, FLORIDA 33122
*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (888) 511-4004 ◦ Fax: (772) 466-9883

**VISIT US ON THE WORLD WIDE WEB**
http://www.bannersupply.com

**ACCOUNT NO.**
TRI001

**INVOICE NUMBER**
1058366-01

BILL TO: TRICON DEVELOPMENT OF BREVARD
PO BOX 320637
COCOA BEACH    FL  32932-0637

SHIP TO: TRICON DEVELOPMENT OF BREVARD  *print*
OCEANIQUE 7TH FLOOR
STOCK IN UNITS
FT PEIRCE    FL  32932-0637

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1058366-01 | 103 | 05/23/06 | 151 | OCEANIQUE 7TH | 05/25/06 |

| INSTRUCTIONS | | TAX | PAGE NO. |
|---|---|---|---|
| 5-24-06      DROP BY BUCKHIOST | | T | 1 |

| QUANTITY IN PIECES/UNITS | | | | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B/ORDER | SHIPPED | CHKR | | | | |
| | | | | STARTING 9-12-05 THERE WILL BE A FUEL SURCHARGE PER INVOICE | | | |
| 130 | | 130 | * | D58F12 5/8" FIRECODE DRYWALL 12' 4 X 12 | SF | 421.0000 | 2627.04 |

*** THIS IS YOUR INVOICE ***

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED/OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

| FREIGHT IN | FREIGHT OUT |
|---|---|
| | |

| | |
|---|---|
| SUB TOTAL | 2,627.04 |
| MISC. CHARGE | |
| FREIGHT TOTAL | |
| FED/OTHER TAX | |
| STATE TAX | 175.76 |
| PAYMENT | 0.00 |
| **TOTAL AMT. DUE** | **2,802.80** |



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
PORT ST. LUCIE

VISIT US
ON THE WORLD WIDE WEB.
http://www.bannersupply.com

2101 N.W. SETTLE AVE.· PORT ST. LUCIE, FLORIDA 34986
PHONE (772) 466-1311 · FAX (772) 466-9683

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (888) 811-4004 · Fax: (305) 593-2787

| STATEMENT DATE |
|---|
| 05/31/06 |

TRI001          321-453-5360

TO:   TRICON DEVELOPMENT OF BREVARD
      PO BOX 320637
      COCOA BEACH, FL 32932-0637

| PAGE NO. |
|---|
| 1 |

| INVOICE DATE | INVOICE NUMBER | INVOICE AMOUNT | CUSTOMER P.O. NO. |
|---|---|---|---|
| 05/08/06 | 1057927-01 | 114.91 | OCEANIQUE BLDG B 7 |
| 05/10/06 | 1057969-01 | 276.58 | OCEANIQUE    47 |
| 05/15/06 | 1058029-01 | 1060.20 | OCEANIQUE    48 |
| 05/15/06 | 1058067-01 | 681.28 | OCEANIQUE "A"   1 |
| 05/24/06 | 1058332-01 | 923.61 | OCEANIQUE    50 |
| 05/25/06 | 1058357-01 | 2172.03 | OCEANIQUE 6TH   8 |
| 05/25/06 | 1058358-01 | 1940.61 | OCEANIQUE 6TH   9 |
| 05/25/06 | 1058359-01 | 1935.07 | OCEANIQUE 6TH   10 |
| 05/25/06 | 1058360-01 | 1840.69 | OCEANIQUE 6TH   11 |
| 05/25/06 | 1058362-01 | 1824.71 | OCEANIQUE 6TH   12 |
| 05/25/06 | 1058363-01 | 1563.84 | OCEANQIQUE 6TH |
| 05/25/06 | 1058364-01 | 2109.23 | OCEANIQUE 6TH   13 |
| 05/25/06 | 1058365-01 | 2802.80 | OCEANIQUE 6TH   14 |
| 05/25/06 | 1058366-01 | 2802.80 | OCEANIQUE 7TH |
| 05/30/06 | 1058267-01 | 835.70 | OCEANIQUE    49 |

YOU MAY DEDUCT  $408.50 IF PAID BY 06/10/06

| TOTAL DUE | CURRENT | 31 - 61 | OVER 61 |
|---|---|---|---|
| 22884.06 | 22884.06 | 0.00 | 0.00 |



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS

PORT ST. LUCIE

2101 N.W.      TLE AVE   ○ PORT ST. LUCIE, FLORIDA 34986
PHONE (772) 466-1311 ○ FAX (772) 466-9883
REMIT TO:
7195 NW 30TH STREET ○ MIAMI, FLORIDA 33122
*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (888) 511-4004 ○ Fax: (772) 466-9883

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

| ACCOUNT NO. | | INVOICE NUMBER |
|---|---|---|
| TRI001 | | 1058615-01 |

BILL TO:   TRICON DEVELOPMENT OF BREVARD
PO BOX 320637
COCOA BEACH    FL  32932-0637

SHIP TO:   TRICON DEVELOPMENT OF BREVARD
OCEANIQUE 2ND FLOOR
UNIT G
BLDG A
FT PIERCE     FL  32932-0637

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1058615-01 | 103 | 06/02/06 | 151 | OCEANIQUEN 2ND FL | 06/07/06 |

INSTRUCTIONS

| FRT | PAGE NO. |
|---|---|
| T | 1 |

6-5-06                     STOCK IN UNITS

| QUANTITY IN RECE/UNITS | | | SHIP | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B.O./REF | SHIPPED | | | | | |
| | | | | STARTING 9-12-05 THERE WILL BE A FUEL SURCHARGE PER INVOICE | | | |
| 1 | | 1 | * | SFLR<br>SECOND FLOOR | EA | 0.0001 | 0.00 |
| 170 | | 170 | * | D12R12<br>1/2" REGULAR DRYWALL 12'<br>4 X 12 | SF | 381.0000 | 3108.96 |

CODE EXPLANATION
* = STATE TAX APPLICABLE
# = FED./OTHER TAX APPLICABLE
+ = STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| FREIGHT IN | FREIGHT OUT |
|---|---|
| | |

| | |
|---|---|
| SUB TOTAL | 3,108.96 |
| MISC. CHARGE | |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 202.00 |
| PAYMENT | 0.00 |
| TOTAL AMT. DUE | 3,316.04 |



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
PORT ST. LUCIE

2101 N.W.   LE AVE  ○ PORT ST. LUCIE, FLORIDA 34986
PHONE (772) 466-1311 ○ FAX (772) 466-9883
REMIT TO:
7195 NW 30TH STREET ○ MIAMI, FLORIDA 33122
*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (888) 511-4004 ○ Fax: (772) 466-9883

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
TRI001

**INVOICE NUMBER**
1058614-01

BILL TO:
TRICON DEVELOPMENT OF BREVARD
PO BOX 320637
COCOA BEACH    FL  32932-0637

SHIP TO:
TRICON DEVELOPMENT OF BREVARD
OCEANIQUE 2ND FLOOR
UNIT F
BLDG A
FT PIERCE     FL  32932-0637

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1058614-01 | 103 | 06/02/06 | 151 | OCEANIQUE 2ND FL 9 | 06/07/06 |

| INSTRUCTIONS | | FRT | PAGE NO. |
|---|---|---|---|
| 6-5-06 | STOCK IN UNITS | T | 1 |

| QUANTITY IN THESE UNITS | | | SIGN | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B.O./WILL | SHIPPED | | | | | |
| | | | | STARTING 9-12-05 THERE WILL BE A FUEL SURCHARGE PER INVOICE | | | |
| 1 | | 1 | * | SFLR SECOND FLOOR | EA | 0.0001 | 0.00 |
| 160 | | 160 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 381.0000 | 2926.08 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| FREIGHT IN | FREIGHT OUT |
|---|---|
| | |

| | |
|---|---|
| SUB TOTAL | 2,926.08 |
| MISC. CHARGE | 5.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 190.20 |
| PAYMENT | 0.00 |
| TOTAL AMT. DUE | 3,121.28 |



BANNER SUPPLY CO.
LATH - PLASTER & DRYWALL MATERIALS
PORT ST. LUCIE

2101 N.W.      TLE AVE  ∘ PORT ST. LUCIE, FLORIDA 34986
PHONE (772) 466-1311 ∘ FAX (772) 466-9883
REMIT TO:
7195 NW 30TH STREET ∘ MIAMI, FLORIDA 33122
*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (888) 511-4004 ∘ Fax: (772) 466-9883

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**
TRI001

**INVOICE NUMBER**
1058613-01

BILL TO: TRICON DEVELOPMENT OF BREVARD
PO BOX 320637
COCOA BEACH    FL  32932-0637

SHIP TO: TRICON DEVELOPMENT OF BREVARD
OCEANIQUE 2ND FLOOR
UNIT E
BLDG A
FT PIERCE    FL  32932-0637

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1058613-01 | 103 | 06/02/06 | 151 | OCEANIQUE 2ND FL 8 | 06/07/06 |

| INSTRUCTIONS | | RT. | PAGE NO. |
|---|---|---|---|
| 6-5-06 | STOCK IN UNITS | T | 1 |

| QUANTITY IN PIECES/UNITS | | | OP. | ITEM CODE AND DESCRIPTION | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B.O/RET | SHIPPED | | | | | |
| | | | | STARTING 9-12-05 THERE WILL BE A FUEL SURCHARGE PER INVOICE | | | |
| 1 | | 1 | * | SFLR SECOND FLOOR | EA | 0.0001 | 0.00 |
| 150 | | 150 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 381.0000 | 2743.20 |

CODE EXPLANATION
• -STATE TAX APPLICABLE
# -FED/OTHER TAX APPLICABLE
+ -STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

FREIGHT IN        FREIGHT OUT

| | |
|---|---|
| SUB TOTAL | 2,743.20 |
| MISC. CHARGE | 5.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 178.31 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 2,926.51 |



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS

PORT ST, LUCIE

2101 N.W.    TLE AVE  ○ PORT ST. LUCIE, FLORIDA 34986
PHONE (772) 466-1311 ○ FAX (772) 466-9883
REMIT TO:
7195 NW 30TH STREET ○ MIAMI, FLORIDA 33122
*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (888) 611-4004 ○ Fax: (772) 466-9883

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

ACCOUNT NO

TRI001

BILL TO:   TRICON DEVELOPMENT OF BREVARD
           PO BOX 320637
           COCOA BEACH    FL  32932-0637

INVOICE NUMBER

1058612-01

SHIP TO:   TRICON DEVELOPMENT OF BREVARD
           OCEANIQUE 2ND FLOOR
           UNIT D
           BLDG A
           FT PIERCE    FL  32932-0637

| INVOICE NUMBER | SLSMN | SHIPPED DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1058612-01 | 103 | 06/02/06 | 151 | OCEANIQUE 2ND FL 7 | 06/07/06 |

INSTRUCTIONS

| | | | FRT | PAGE NO |
|---|---|---|---|---|
| | | | T | 1 |

6-5-06                        STOCK IN UNITS

| QUANTITY  ORDERED | QUANTITY B/ORDER | QUANTITY SHIPPED | SHIP | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | STARTING 9-12-05 THERE WILL BE A FUEL SURCHARGE PER INVOICE | | | |
| 1 | | 1 | * | SFLR SECOND FLOOR | EA | 0.0001 | 0.00 |
| 140 | | 140 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 381.0000 | 2560.32 |

— CODE EXPLANATION —
\* - STATE TAX APPLICABLE
# - FED/OTHER TAX APPLICABLE
\*- STATE & FEDERAL TAX APPL.

\*\*\* THIS IS YOUR INVOICE \*\*\*

FREIGHT IN    FREIGHT OUT

| SUB TOTAL | 2,560.32 |
|---|---|
| MISC. CHARGE | 5.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 166.42 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 2,731.74 |



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS

PORT ST. LUCIE

2101 N.W. ___LE AVE  ○ PORT ST. LUCIE, FLORIDA 34986
PHONE (772) 466-1311 ○ FAX (772) 466-9883
REMIT TO:
7195 NW 30TH STREET ○ MIAMI, FLORIDA 33122
*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (866) 611-4004 ○ Fax: (772) 466-9883

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

ACCOUNT NO.

TRI001

INVOICE NUMBER

1058611-01

BILL TO: TRICON DEVELOPMENT OF BREVARD
PO BOX 320637
COCOA BEACH    FL  32932-0637

SHIP TO: TRICON DEVELOPMENT OF BREVARD
OCEANIQUE 2ND FLOOR
UNIT C
BLDG A
FT PIERCE      FL  32932-0637

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1058611-01 | 103 | 06/02/06 | 151 | OCEANIQUE 2ND FL 6 | 06/07/06 |

| INSTRUCTIONS | | FRT | PAGE NO. |
|---|---|---|---|
| 6-5-06 | STOCK IN UNITS | T | 1 |

| QUANTITY IN PIECES/UNITS | | | DER. | ITEM CODE AND DESCRIPTION | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B/O MEN | SHIPPED | | | | | |
| | | | | STARTING 9-12-05 THERE WILL BE A FUEL SURCHARGE PER INVOICE | | | |
| 150 | | 150 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 381.0000 | 2743.20 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
* - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| FREIGHT IN | FREIGHT OUT |
|---|---|
| | |

| | |
|---|---|
| SUB TOTAL | 2,743.20 |
| MISC. CHARGE | 5.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 178.31 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 2,926.51 |



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
PORT ST. LUCIE

2101 N.W.    ILE AVE  ∘ PORT ST. LUCIE, FLORIDA 34986
PHONE (772) 466-1311 ∘ FAX (772) 466-9883
REMIT TO:
7195 NW 30TH STREET ∘ MIAMI, FLORIDA 33122
*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (888) 511-4004 ∘ Fax: (772) 466-9883

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO.**

TRI001

**INVOICE NUMBER**

1058609-01

BILL TO:  TRICON DEVELOPMENT OF BREVARD
PO BOX 320637
COCOA BEACH    FL  32932-0637

SHIP TO:  TRICON DEVELOPMENT OF BREVARD
OCEANIQUE 2ND FLOOR
UNIT B
BLDG A
FT PIERCE    FL  32932-0637

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1058609-01 | 103 | 06/02/06 | 151 | OCEANIQUE 2ND FL 5 | 06/07/06 |

| INSTRUCTIONS | | BATCH | PAGE NO. |
|---|---|---|---|
| 6-5-06 | STOCK IN UNITS | T | 1 |

| QUANTITY IN PIECES/UNITS | | | CODE | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B.O./REL. | SHIPPED | | | | | |
| | | | | STARTING 9-12-05 THERE WILL BE A FUEL SURCHARGE PER INVOICE | | | |
| 160 | | 160 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 381.0000 | 2926.08 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| FREIGHT IN | FREIGHT OUT |
|---|---|

| | |
|---|---|
| SUB-TOTAL | 2,926.08 |
| MISC. CHARGE | 5.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 190.20 |
| PAYMENT | 0.00 |
| **TOTAL AMT DUE** | **3,121.28** |



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS

PORT ST. LUCIE

2101 N.W.    ILE AVE  ∘ PORT ST. LUCIE, FLORIDA 34986
PHONE (772) 466-1311 ∘ FAX (772) 466-9893
REMIT TO:
7195 NW 30TH STREET ∘ MIAMI, FLORIDA 33122
*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (888) 611-4004 ∘ Fax: (772) 466-9893

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

ACCOUNT NO.
TRI001

INVOICE NUMBER
1058608-01

BILL TO: TRICON DEVELOPMENT OF BREVARD
PO BOX 320637
COCOA BEACH    FL  32932-0637

SHIP TO: TRICON DEVELOPMENT OF BREVARD
OCEANIQUE 2ND FLOOR
UNIT A
BLDG A
FT PIERCE    FL  32932-0637

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1058608-01 | 103 | 06/02/06 | 151 | OCEANIQUE 2ND FL 4 | 06/07/06 |

| INSTRUCTIONS | | PKT | PAGE NO. |
|---|---|---|---|
| 6-5-06 | STOCK IN UNITS | T | 1 |

| QUANTITY IN PIECES/UNITS | | | CODE | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B/O/REL | SHIPPED | | | | | |
| 1 | | 1 | * | SFLR<br>SECOND FLOOR | EA | 0.0001 | 0.00 |
| 168 | | 168 | * | D12R12<br>1/2" REGULAR DRYWALL 12'<br>4 X 12 | SF | 381.0000 | 3072.39 |

STARTING 9-12-05 THERE WILL BE
A FUEL SURCHARGE PER INVOICE

CODE EXPLANATION
* = STATE TAX APPLICABLE
# = FED./OTHER TAX APPLICABLE
+ = STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

FREIGHT IN    FREIGHT OUT

| | |
|---|---|
| SUB TOTAL | 3,072.39 |
| MISC. CHARGE | 5.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 199.71 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 3,277.10 |



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
PORT ST. LUCIE

2101 N.W.     TLE AVE  ◇ PORT ST. LUCIE, FLORIDA 34986
PHONE (772) 466-1311 ◇ FAX (772) 466-9883
REMIT TO:
7195 NW 30TH STREET ◇ MIAMI, FLORIDA 33122
ACCOUNTING AND RELEASE INQUIRIES
Phone: (888) 511-4004 ◇ Fax: (772) 466-9883

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

| ACCOUNT NO. | | INVOICE NUMBER |
|---|---|---|
| TRI001 | | 1058709-01 |

BILL TO: TRICON DEVELOPMENT OF BREVARD
PO BOX 320637
COCOA BEACH    FL  32932-0637

SHIP TO: TRICON DEVELOPMENT OF BREVARD
OCEANIQUE 3RD FLOOR
BLDG A UNIT A
FT PIERCE    FL  32932-0637

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1058709-01 | 103 | 06/08/06 | 151 | OCEANIQUE 3RD | 06/13/06 |

| INSTRUCTIONS | | TERM | PAGE NO. |
|---|---|---|---|
| 6-9-06 | SECOND FLOOR STOCK | T | 1 |

| QUANTITY IN PIECES/UNITS ORDERED | B/O/RET | SHIPPED | DISP. | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | STARTING 9-12-05 THERE WILL BE A FUEL SURCHARGE PER INVOICE | | | |
| 168 | | 168 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 381.0000 | 3072.39 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FED/AL TAX APPL.

*** THIS IS YOUR INVOICE ***

| FREIGHT IN | FREIGHT OUT |
|---|---|

| | |
|---|---|
| SUB TOTAL | 3,072.39 |
| MISC CHARGE | 5.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 199.71 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 3,277.10 |



BANNER SUPPLY CO.
LATH · PLASTER & DRYWALL MATERIALS
PORT ST. LUCIE

2101 N.W.       'TLE AVE  ○ PORT ST. LUCIE, FLORIDA 34986
PHONE (772) 466-1311 ○ FAX (772) 466-9883
REMIT TO:
7195 NW 30TH STREET ○ MIAMI, FLORIDA 33122
*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (888) 511-4004 ○ Fax: (772) 466-9883

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

| ACCOUNT NO. | | INVOICE NUMBER |
|---|---|---|
| TRI001 | | 1058710-01 |

BILL
TO:   TRICON DEVELOPMENT OF BREVARD
      PO BOX 320637
      COCOA BEACH    FL  32932-0637

SHIP
TO:   TRICON DEVELOPMENT OF BREVARD
      OCEANNIQUE 3RD FLOOR
      BLDG A UNIT B
      FT PIERCE     FL  32932-0637

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 1058710-01 | 103 | 06/08/06 | 151 | OCEANIQUE 3RD | 1 | 06/13/06 |

| INSTRUCTIONS | | UNIT | PAGE NO. |
|---|---|---|---|
| 6-9-06 | THIRD FLOOR STOCK | T | 1 |

| QUANTITY IN RECORD UNITS | | | | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B.O./REL | SHIPPED | C/E | | | | |
| | | | | STARTING 9-12-05 THERE WILL BE A FUEL SURCHARGE PER INVOICE | | | |
| 160 | | 160 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 381.0000 | 2926.08 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| FREIGHT IN | FREIGHT OUT |
|---|---|
| | |

| SUB TOTAL | 2,926.08 |
|---|---|
| MISC. CHARGE | 15.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 180.20 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 3,121.28 |



**BANNER SUPPLY CO.**
LATH • PLASTER & DRYWALL MATERIALS
PORT ST. LUCIE

2101 N.W. ... TLE AVE • PORT ST. LUCIE, FLORIDA 34986
PHone (772) 466-1311 ° FAX (772) 466-9883
REMIT TO:
7195 NW 30TH STREET • MIAMI, FLORIDA 33122
*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (888) 611-4004 ° Fax: (772) 466-9883

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

ACCOUNT NO.
TRI001

INVOICE NUMBER
1058711-01

BILL TO: TRICON DEVELOPMENT OF BREVARD
PO BOX 320637
COCOA BEACH     FL  32932-0637

SHIP TO: TRICON DEVELOPMENT OF BREVARD
OCEANIQUE 3RD
BLDG A UNIT C
FT PIERCE     FL  32932-0637

| INVOICE NUMBER | BUS.MN | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 1058711-01 | 103 | 06/08/06 | 151 | OCEANIQUE 3RD | 2 | 06/13/06 |

| INSTRUCTIONS | | PH. | PAGE NO. |
|---|---|---|---|
| 6-9-06                    THIRD FLOOR STOCK | | T | 1 |

| QUANTITY IN PIECES/UNITS | | | CODE | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B.O./RET. | SHIPPED | | | | | |
| | | | | STARTING 9-12-05 THERE WILL BE A FUEL SURCHARGE PER INVOICE | | | |
| 150 | | 150 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 381.0000 | 2743.20 |

--- CODE EXPLANATION ---
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| FREIGHT IN | FREIGHT OUT |
|---|---|
| | |

| SUB TOTAL | 2,743.20 |
|---|---|
| MISC. CHARGE | 5.00 |
| FREIGHT/TAX | |
| FED./OTHER TAX | |
| STATE TAX | 178.31 |
| PAYMENT | 0.00 |
| TOTAL AMT. DUE | 2,926.51 |



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
PORT ST. LUCIE

2101 N.W. ....TLE AVE  ◦ PORT ST. LUCIE, FLORIDA 34986
PHONE (772) 466-1311 ◦ FAX (772) 466-9883
REMIT TO:
7195 NW 30TH STREET ◦ MIAMI, FLORIDA 33122
*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (888) 511-4004 ◦ Fax: (772) 466-9883

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

ACCOUNT NO
TRI001

INVOICE NUMBER
1058712-01

BILL TO:   TRICON DEVELOPMENT OF BREVARD
PO BOX 320637
COCOA BEACH    FL  32932-0637

SHIP TO:   TRICON DEVELOPMENT OF BREVARD
OCEANIQUE 3RD FLOOR
BLDG A UNIT D
FT PIERCE    FL  32932-0637

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 1058712-01 | 103 | 06/08/06 | 151 | OCEANIQUE 3RD | 3 | 06/13/06 |

| INSTRUCTIONS | | | PAGE NO. |
|---|---|---|---|
| 6-9-06      THIRD FLOOR STOCK | | T | 1 |

| QUANTITY IN PIECES/UNITS | | | SHP | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B/ORDT | SHIPPED | | | | | |
| | | | | STARTING 9-12-05 THERE WILL BE A FUEL SURCHARGE PER INVOICE | | | |
| 140 | | 140 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 381.0000 | 2560.32 |

CODE EXPLANATION ——▲         *** THIS IS YOUR INVOICE ***

| FREIGHT IN | FREIGHT OUT |
|---|---|

* - STATE TAX APPLICABLE
# - FED/OTHER TAX APPLICABLE
P - STATE & FEDERAL TAX APPL.

| SUB TOTAL | 2,560.32 |
|---|---|
| MISC. CHARGE | 5.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 166.42 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 2,731.74 |



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS

PORT ST. LUCIE

2101 N.W ___ TLE AVE ○ PORT ST. LUCIE, FLORIDA 34986
PHO... (772) 466-1311 ○ FAX (772) 466-9883
REMIT TO:
7195 NW 30TH STREET ○ MIAMI, FLORIDA 33122
*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (888) 511-4004 ○ Fax: (772) 466-9883

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

**ACCOUNT NO**
TRI001

**INVOICE NUMBER**
1058713-01

BILL TO: TRICON DEVELOPMENT OF BREVARD
PO BOX 320637
COCOA BEACH     FL  32932-0637

SHIP TO: TRICON DEVELOPMENT OF BREVARD
OCEANIQUE 3RD FLOOR
BLDG A UNIT R
FT PIERCE     FL  32932-0637

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 1058713-01 | 103 | 06/08/06 | 151 | OCEANIQUE 3RD | 4 | 06/13/06 |

| INSTRUCTIONS | | | | PR | PAGE NO. |
|---|---|---|---|---|---|
| 6-9-06 | THIRD FLOOR STOCK | | | T | 1 |

| QUANTITY IN PIECES/UNITS | | | CPL | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B.O./YET | SHIPPED | | | | | |
| | | | | STARTING 9-12-05 THERE WILL BE A FUEL SURCHARGE PER INVOICE | | | |
| 150 | | 150 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 381.0000 | 2743.20 |

*** THIS IS YOUR INVOICE ***

CODE EXPLANATION
* - STATE TAX APPLICABLE
F - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

| FREIGHT IN | FREIGHT OUT |
|---|---|
| | |

| | |
|---|---|
| SUB TOTAL | 2,743.20 |
| MISC. CHARGE | |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 178.33 |
| PAYMENT | 0.00 |
| TOTAL AMT. DUE | 2,926.51 |



**BANNER SUPPLY CO.**
LATH - PLASTER & DRYWALL MATERIALS
PORT ST. LUCIE

2101 N.W.        TLE AVE  ○ PORT ST. LUCIE, FLORIDA 34986
PH     (772) 466-1311 ○ FAX (772) 466-9883
REMIT TO:
7195 NW 30TH STREET ○ MIAMI, FLORIDA 33122
*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (888) 511-4004 ○ Fax: (772) 466-9883

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

| ACCOUNT NO. | | INVOICE NUMBER |
|---|---|---|
| TRI001 | | 1058714-01 |

BILL TO:
TRICON DEVELOPMENT OF BREVARD
PO BOX 320637
COCOA BEACH      FL  32932-0637

SHIP TO:
TRICON DEVELOPMENT OF BREVARD
OCEANIQUE 3RD FLOOR
BLDG A UNIT F
FT PIERCE      FL  32932-0637

| INVOICE NUMBER | SLSMN | CREDIT DATE | TAKER | CUSTOMER P.O. NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 1058714-01 | 103 | 06/08/06 | 151 | OCEANIQUE 3RD | 5 | 06/13/06 |

| INSTRUCTIONS | | | | FRT | PAGE NO. |
|---|---|---|---|---|---|
| 6-9-06 | | THIRD FLOOR STOCK | | T | 1 |

| QUANTITY IN PIECES/UNITS | | | CODE | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B/ORD | SHIPPED | | | | | |
| | | | | STARTING 9-12-05 THERE WILL BE A FUEL SURCHARGE PER INVOICE | | | |
| 160 | | 160 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 381.0000 | 2926.08 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| | FREIGHT IN | FREIGHT OUT |
|---|---|---|

| | |
|---|---|
| SUB TOTAL | 2,926.08 |
| MISC. CHARGE | .00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 195.20 |
| PAYMENT | 0.00 |
| TOTAL AMT. DUE | 3,121.28 |



2101 N.W.   TLE AVE  ◦ PORT ST. LUCIE, FLORIDA 34986
PH......  (772) 466-1311 ◦ FAX (772) 466-9883
REMIT TO:
7195 NW 30TH STREET ◦ MIAMI, FLORIDA 33122
*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (888) 511-4004 ◦ Fax: (772) 466-9883

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

| ACCOUNT NO. | | INVOICE NUMBER |
|---|---|---|
| TRI001 | | 1058715-01 |

BILL TO: TRICON DEVELOPMENT OF BREVARD
PO BOX 320637
COCOA BEACH     FL  32932-0637

SHIP TO: TRICON DEVELOPMENT OF BREVARD
OCEANIQUE 3RD FLOOR
BLDG A UNIT G
FT PIERCE     FL  32932-0637

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 1058715-01 | 103 | 06/08/06 | 151 | OCEANIQUE 3RD | 6 | 06/13/06 |

| INSTRUCTIONS | | | SHT | PAGE NO. |
|---|---|---|---|---|
| 6-9-06 | THIRD FLOOR STOCK | | T | 1 |

| QUANTITY IN PIECES/UNITS | | | LOGIC | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B.O./RET. | SHIPPED | | | | | |
| | | | | STARTING 9-12-05 THERE WILL BE A FUEL SURCHARGE PER INVOICE | | | |
| 170 | | 170 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 381.0000 | 3108.96 |

CODE EXPLANATION
*- STATE TAX APPLICABLE
#- FED./OTHER TAX APPLICABLE
+- STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| FREIGHT IN | FREIGHT OUT |
|---|---|
| | |

| SUB TOTAL | 3,108.96 |
|---|---|
| MISC. CHARGE | 5.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 202.08 |
| PAYMENT | 0.00 |
| TOTAL AMT. DUE | 3,316.04 |



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
PORT ST. LUCIE

2101 N.W. ___TLE AVE  ♦ PORT ST. LUCIE, FLORIDA 34986
PHONE (772) 468-1311 ♦ FAX (772) 466-9883
REMIT TO:
7195 NW 30TH STREET ♦ MIAMI, FLORIDA 33122

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (888) 511-4004 ♦ Fax: (772) 468-9883

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

| ACCOUNT NO. | | INVOICE NUMBER |
|---|---|---|
| TRI001 | | 1059395-01 |

| BILL TO: | TRICON DEVELOPMENT OF BREVARD<br>PO BOX 320637<br>COCOA BEACH      FL  32932-0637 | SHIP TO: | TRICON DEVELOPMENT OF BREVARD<br>OCEANIQUE<br>FT PIERCE      FL  34986 |
|---|---|---|---|

*Bldg 'A'  8+9*

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | | DATE |
|---|---|---|---|---|---|---|
| 1059395-01 | 103 | 07/13/06 | 134 | OCEANIQUE | 58 | 07/18/06 |

| INSTRUCTIONS | FRT | PAGE NO. |
|---|---|---|
| FRI 7/14                      PER TERRY | T | 1 |

| QUANTITY IN PIECES/UNITS | | | FRT | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | BO/REL | SHIPPED | | | | | |
| | | | | STARTING 9-12-05 THERE WILL BE<br>A FUEL SURCHARGE PER INVOICE | | | |
| 1 | | 1 | * | MISC<br>MISC ITEMS<br>***8TH FLOOR***<br>*************** | EA | 0.0001 | 0.00 |
| 130 | | 130 | * | D58F12<br>5/8" FIRECODE DRYWALL 12'<br>4 X 12 | SF | 421.0000 | 2627.04 |
| 1 | | 1 | * | MISC<br>MISC ITEMS<br>***9TH FLOOR***<br>*************** | EA | 0.0001 | 0.00 |
| 130 | | 130 | * | D58F12<br>5/8" FIRECODE DRYWALL 12'<br>4 X 12 | SF | 421.0000 | 2627.04 |

CODE EXPLANATION
\* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| FREIGHT IN | FREIGHT OUT |
|---|---|

| | |
|---|---|
| SUB TOTAL | 5,254.08 |
| MISC. CHARGE | 5.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 341.52 |
| PAYMENT | 0.00 |
| TOTAL AMT. DUE | 5,600.60 |



**BANNER SUPPLY CO.**
LATH - PLASTER & DRYWALL MATERIALS
PORT ST. LUCIE

. N.W. SETTLE AVE  ○ PORT ST. LUCIE, FLORIDA 34986
PHONE (772) 466-1311 ○ FAX (772) 466-9883
REMIT TO:
7195 NW 30TH STREET ○ MIAMI, FLORIDA 33122
*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (888) 511-4004 ○ Fax: (772) 466-9883

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

| ACCOUNT NO. | | INVOICE NUMBER |
|---|---|---|
| TRI001 | | 1060150-01 |

BILL
TO:   TRICON DEVELOPMENT OF BREVARD
PO BOX 320637
COCOA BEACH    FL  32932-0637

SHIP
TO:   TRICON DEVELOPMENT OF BREVARD
OCEANIQUE BLDG B
REC. ROOM AND LOBBY
FT PIERCE    FL  32932-0637

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1060150-01 | 103 | 08/25/06 | 151 | OCEANIQUE BLDG B 9 | 08/29/06 |

| INSTRUCTIONS | | FRT | PAGE NO. |
|---|---|---|---|
| 8-28-06            DROP AND GO | | T | 1 |

| QUANTITY IN PIECES/UNITS | | | | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B.O./REL. | SHIPPED | SHIP | | | | |
| | | | | STARTING 9-12-05 THERE WILL BE A FUEL SURCHARGE PER INVOICE | | | |
| 300 | | 300 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 381.0000 | 5486.41 |

*Price need to be adjusted* (handwritten)

| | |
|---|---|
| CODE EXPLANATION | SUB TOTAL  5,486.41 |
| *- STATE TAX APPLICABLE | MISC. CHARGE       0.00 |
| #- FED./OTHER TAX APPLICABLE | FREIGHT TOTAL |
| +- STATE & FEDERAL TAX APPL. | FED./OTHER TAX |
| *** THIS IS YOUR INVOICE *** | STATE TAX       361.62 |
| | PAYMENT       0.00 |
| | TOTAL AMOUNT 5,848.03 |



2101 N.W. SETTLE AVENUE • PORT ST. LUCIE, FL 34986
PHONE: (772) 466-1311 • FAX: (772) 466-9883
TOLL FREE: (888) 511-4004
*ACCOUNTING AND RELEASE INQUIRIES*
*Phone: (305) 593-2946 • Fax: (305) 593-2787*

PORT ST. LUCIE

| ACCOUNT NO. | | VISIT US ON THE WORLD WIDE WEB http://www.bannersupply.com | INVOICE NUMBER |
|---|---|---|---|

**BILL TO:**

**SHIP TO:**

CUSTOMER P.O. NO.

| INVOICE NUMBER | SLSMN. | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| | | | | | |

| | | | FRT. | PAGE NO. |
|---|---|---|---|---|

| QUANTITY ORDERED | SHIPPED | DISP. | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | | | |

**SMALL ENOUGH TO KNOW YOU**
**LARGE ENOUGH TO SERVE YOU**

| | SUB TOTAL | |
|---|---|---|
| DRIVER: MUST GET TICKET SIGNED! | MISC. CHARGE | |
| I CERTIFY THAT I DELIVERED | FREIGHT TOTAL | |
| E MATERIALS LISTED TO | FED./OTHER TAX | |
| ESS SHOWN: | STATE TAX | |
| od Condition | PAYMENT | |

Driver:
Date          Truck #          Checked By



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
PORT ST. LUCIE

2... N.W. SETTLE AVE  ○ PORT ST. LUCIE, FLORIDA 34986
PHONE (772) 466-1311 ○ FAX (772) 466-9883
REMIT TO:
7195 NW 30TH STREET ○ MIAMI, FLORIDA 33122
*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (888) 611-4004 ○ Fax: (772) 466-9883

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

| ACCOUNT NO. |
| --- |
| TRI001 |

| INVOICE NUMBER |
| --- |
| 1502669-01 |

BILL TO: TRICON DEVELOPMENT OF BREVARD
PO BOX 320637
COCOA BEACH   FL  32932-0637

SHIP TO: TRICON DEVELOPMENT OF BREVARD
PRICE ADJ ON INV 1060151 &
1060150 & 1059902
FL

| INVOICE NUMBER | SALSMN | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | DATE |
| --- | --- | --- | --- | --- | --- |
| 1502669-01 | 103 | 09/05/06 | 136 | PRICE ADJ | 09/06/06 |

| INSTRUCTIONS | | PRO | PAGE NO. |
| --- | --- | --- | --- |
| | | T | 1 |

| QUANTITY IN PIECES/UNITS | | | DEPT | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| ORDERED | B.O./ALT | SHIPPED | | | | | |
| | | | | STARTING 9-12-05 THERE WILL BE A FUEL SURCHARGE PER INVOICE | | | |
| -264 | | -264 | * | DS8F12 5/8" FIRECODE DRYWALL 12' 4 X 12 | SF | 20.0000 | -253.44 |
| -320 | | -320 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 20.0000 | -307.20 |
| -14 | | -14 | * | D12DS8 1/2" DENS-SHIELD 8' 4 X 8 | SF | 50.0000 | -22.40 |

DRY

CREDIT

POSTED

*** THIS IS YOUR CREDIT ***

CODE EXPLANATION
* STATE TAX APPLICABLE
# · FED/OTHER TAX APPLICABLE
◊ · STATE & FEDERAL TAX APPL.

| FREIGHT IN | FREIGHT OUT |
| --- | --- |
| | |

| | |
| --- | --- |
| SUB TOTAL | -583.04 |
| MISC. CHARGE | |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | -37.90 |
| PAYMENT | 0.00 |
| TOTAL AMT. DUE | -620.94 |



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS

PORT ST. LUCIE

2131 N.W. SETTLE AVE · PORT ST. LUCIE, FLORIDA 34986
PHONE (772) 466-1311 · FAX (772) 466-9883
REMIT TO:
7195 NW 30TH STREET · MIAMI, FLORIDA 33122

*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (888) 511-4004 · Fax: (772) 466-9883

**VISIT US ON THE WORLD WIDE WEB**
http://www.bannersupply.com

ACCOUNT NO.
TRI001

INVOICE NUMBER
1060281-01

BILL TO: TRICON DEVELOPMENT OF BREVARD
PO BOX 320637
COCOA BEACH    FL  32932-0637

SHIP TO: TRICON DEVELOPMENT OF BREVARD
OCEANIQUE
REC ROOM/SIDE DOOR
STOCK INSIDE
FT PIERCE    FL  34986

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1060281-01 | 103 | 09/05/06 | 134 | OCEANIQUE /3    61 | 09/07/06 |

| INSTRUCTIONS | | PPT | PAGE NO. |
|---|---|---|---|
| TUES 9/5    PER TERRY | | T | 1 |

| QUANTITY IN PIECES/UNITS | | | REF. | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B.O./REF. | SHIPPED | | | | | |
| | | | | STARTING 9-12-05 THERE WILL BE A FUEL SURCHARGE PER INVOICE | | | |
| 25 | | 25 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 361.0000 | 433.20 |

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

POSTED

| SUB TOTAL | 433.20 |
|---|---|
| MISC. CHARGE | .00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | |
| PAYMENT | 0.00 |
| TOTAL AMT. DUE | 466.36 |



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS
PORT ST. LUCIE

. N.W. SETTLE AVE  º PORT ST. LUCIE, FLORIDA 34986
PHONE (772) 466-1311 º FAX (772) 466-9883
REMIT TO:
7195 NW 30TH STREET ºMIAMI, FLORIDA 33122
*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (888) 511-4004 º Fax: (772) 466-9883

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

| ACCOUNT NO. | | INVOICE NUMBER |
|---|---|---|
| TRI001 | | 1060343-01 |

BILL
TO:  TRICON DEVELOPMENT OF BREVARD
     PO BOX 320637
     COCOA BEACH    FL  32932-0637

SHIP
TO:  TRICON DEVELOPMENT OF BREVARD
     OCEANIQUE BLDG C
     GARAGES TO STOCK
     FT PIERCE     FL  32932-0637

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1060343-01 | 103 | 09/08/06 | 151 | OCEANIQUE BLDG C 1 | 09/11/06 |

| INSTRUCTIONS | | PGS | HAUL NO. |
|---|---|---|---|
| 9-8-06                 DROP AND GO!!!!!!!!!!!! | | T | 1 |

| QUANTITY IN PIECES/UNITS | | | DISC. | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B.O./INT. | SHIPPED | | | | | |
| | | | | STARTING 9-12-05 THERE WILL BE A FUEL SURCHARGE PER INVOICE | | | |
| 280 | | 280 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 361.0000 | 4851.85 |

POSTED

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE N FEDERAL TAX APPL.

\*\*\* THIS IS YOUR INVOICE \*\*\*

| FREIGHT IN | FREIGHT OUT |
|---|---|
| | |

| SUB TOTAL | 4,851.85 |
|---|---|
| MISC. CHARGE | 5.00 |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 315.37 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 5,172.22 |



**BANNER SUPPLY CO.**
LATH · PLASTER & DRYWALL MATERIALS

PORT ST. LUCIE

2 . . t N.W. SETTLE AVE  ○ PORT ST. LUCIE, FLORIDA 34986
PHONE (772) 466-1311 ○ FAX (772) 466-9883
REMIT TO:
7195 NW 30TH STREET ○ MIAMI, FLORIDA 33122
*ACCOUNTING AND RELEASE INQUIRIES*
Phone: (888) 511-4004 ○ Fax: (772) 466-9883

VISIT US ON THE WORLD WIDE WEB
http://www.bannersupply.com

| ACCOUNT NO. | | | | | | INVOICE NUMBER |
|---|---|---|---|---|---|---|
| TRI001 | | | | | | 1060373-01 |

BILL TO:
TRICON DEVELOPMENT OF BREVARD
PO BOX 320637
COCOA BEACH   FL  32932-0637

SHIP TO:
TRICON DEVELOPMENT OF BREVARD
OCEANIQUE BLDG C
GARAGES TO STOCK
*DROP AND GO**
FT PIERCE    FL  32932-0637

| INVOICE NUMBER | SLSMN | ORDER DATE | TAKER | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 1060373-01 | 103 | 09/12/06 | 151 | OCEANIQUE BLDG C 2 | 09/13/06 |

| INSTRUCTIONS | | REL | PAGE NO. |
|---|---|---|---|
| 9-12-06 | DROP AND GO | T | 1 |

| QUANTITY IN PIECES/UNITS | | | DIR | ITEM CODE AND DESCRIPTION | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| ORDERED | B.O./RET | SHIPPED | | | | | |
| | | | | STARTING 9-12-05 THERE WILL BE A FUEL SURCHARGE PER INVOICE | | | |
| 85 | | 85 | * | D12R12 1/2" REGULAR DRYWALL 12' 4 X 12 | SF | 361.0000 | 1472.88 |

POSTED

CODE EXPLANATION
*- STATE TAX APPLICABLE
#- FED./OTHER TAX APPLICABLE
+- STATE & FEDERAL TAX APPL.

*** THIS IS YOUR INVOICE ***

| FREIGHT IN | FREIGHT OUT |
|---|---|

| SUB TOTAL | 1,472.88 |
|---|---|
| MISC. CHARGE | |
| FREIGHT TOTAL | |
| FED./OTHER TAX | |
| STATE TAX | 95.74 |
| PAYMENT | 0.00 |
| TOTAL AMT DUE | 1,573.62 |

Exhibit C

Provided electronically and will be provided by hardcopy upon request.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| IN RE:  CHINESE MANUFACTURED DRYWALL<br>PRODUCTS LIABILITY LITIGATION | : MDL No. 2047<br>: Section L |
|---|---|
| This Document Relates to<br>ALL CASES | : JUDGE FALLON<br>: MAG. JUDGE WILKINSON |

### DISTRIBUTOR PROFILE FORM

     All Defendant Drywall Distributors must complete and submit this Defendant Distributors' Profile Form. Additionally, each Defendant Drywall Distributor must sign and date Exhibit A to the Defendant Distributors' Profile Form for each property owned, rented or occupied by persons who are named Plaintiffs in suits pending in the MDL.  The term "Chinese Drywall or Wallboard" encompasses all wallboard of Chinese origin or manufacture without reference to whether the particular wallboard has been found to be defective.  If additional knowledge becomes known after completion, this Defendant Distributors' Profile Form must be supplemented.  If additional space is needed to answer any questions or complete your responses, additional pages may be attached.  The questions contained within this Profile Form are non-objectionable and shall be answered without objection.  By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges.  Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.  Please print legibly or type your responses in English.

### I.   IDENTIFICATION AND CONTACT INFORMATION

A.    Distributor's Name:   Banner Supply Company, Inc.

B.    Distributor's Address: 7195 N.W. 30th Street, Miami, Florida 33122

C.    Website: www.bannersupply.com

D.    Headquarters if Foreign:  Not applicable.

E.    Address of USA Headquarters:  See B above.

F.    Name of supervisor at USA Headquarters:  Mr. Scott Giering

G.    Principal Place of Business in USA:  See B above.

H.    Has Distributor operated under any other names from 2001 to 2009?  If so, please list and explain for each different locale: No.

I.    Did Distributor also install Chinese Drywall?  No.  If so, describe involvement as installer:  Not applicable.

### II.   COUNSEL INFORMATION OF DEFENDANT DISTRIBUTOR

A.    Name:    Jan Douglas Atlas, Esq. and Jeffrey A. Backman, Esq.

B.    Address:   Adorno & Yoss LLP, 350 East Las Olas Boulevard, Suite 1700, Fort Lauderdale, Florida 33301

C.    Phone Number:   (954) 763-1200

D.    Fax Number:   (954) 766-7800

E.    E-Mail:   jatlas@adorno.com; jbackman@adorno.com

1

EXHIBIT
D

HERMAN AFFIDAVIT
EXHIBIT
104

**III.    DISTRIBUTOR'S PURCHASE OF CHINESE DRYWALL**

For each purchase of Chinese Drywall between 2001 and 2009, please describe all sources from which Distributor purchased Chinese drywall, including manufacturers, exporters, importers, other distributors, sales agents, and/or sales brokers.  Attach additional sheets as necessary.

A.    Source:

    1.    **Name of Chinese Drywall Manufacturer, if known:** Banner Supply Co., Inc. ("Banner") has no personal knowledge as to the manufacturer(s) of the Chinese drywall Banner may have received (the "Product"). Banner possesses documentation from Rothchilt International, Ltd. ("Rothchilt"), 1-510 Chai Shin Bldg. Annex, 96 Chung Shan N. Rid., Sec. 2, Taipei, Taiwan, R.O.C. which indicates that Rothchilt purchased the Product from Knauf Plasterboard (Tianjin) Co., Ltd. ("Knauf").  It appears that Rothchilt shipped the Product to La Suprema Enterprise, Inc. ("La Suprema"), 20201 East Country Club Drive, Suite 501, Aventura, Florida 33180, who was the consignee of shipments of the Product from Rothchilt.  A company by the name of La Suprema Trading, Inc. ("Trading"), 4456 N.W. 74th Avenue, Miami, Florida 33156, invoiced Banner for the Product and delivered the Product to Banner's warehouses.  Based upon the documentation, Banner understands that the origin of the Product may have been from Knauf in China, as well as some other areas, but Banner has no personal knowledge of this.  In addition, based upon documentation in Banner's possession, it also appears that Banner received drywall from Shandong Yifang Gypsum Industry Co., Ltd. ("Shandong").  It further appears that Banner received drywall identified on the wallboard itself as "Shamrock," but Banner cannot identify the name of the Chinese Manufacturer with respect to the wallboard identified as "Shamrock." Finally, it appears that Banner received drywall from Taishan Gypsum, Ltd. ("Taishan"), but Banner understands that Taishan and Shandong may be the same.

    2.    **Address of Chinese Drywall Manufacturer, if known:** Based upon independent research and pleadings, Banner understands that Knauf's address is North Yinhe Bridge, East Jingin Road, Beichen District Economic Development Zone, Tianjin Municipality, P.R., China 300400, but Banner has no personal knowledge of this.  Shandong's address, and thus Taishan's address, appears to be The Industry District of Taierzhuang, Zao Zhuring City, Dong Province, China, or Daiyue District, Taian City Shandong Province, China 271026, but Banner has no personal knowledge of this.

    3.    **Name of Chinese Drywall Product, if known:** ½" Regular drywall 4' x 12'

    4.    **Dates of purchase(s):** January 11, 12, 20, 23, 25, 26, 27, 30 and 31 of 2006

        A.    From La Suprema:

            February 2, 3, 8, 9, 13, 14, 16, 17, 21 and 22 of 2006.

            March 2, 6, 7, 13, 16, 23, 24, 27, 28, 29, 30 and 31 of 2006.

            April 3, 4, 5, 6, 7, 10, 11, 12, 13, 14, 17, 19, 24, 26, 27 and 28 of 2006.

            May 2, 3, 9, 10, 15, 16, 18, 19, 22, 24, 25, 26 and 31 of 2006.

            June 1, 2, 6, 7, 9, 12, 13, 15, 19, 21, 22, 23, 26, 27, 28 and 29 of 2006.

            July 5, 10, 19 and 27 of 2006.

            August 3, 7, 10, 14, 17, 21, 24, 25, and 31 of 2006.

            September 1, 5, 13, 14, 15, 18, 19, 20, 21, 22, 25, 27 and 29 of 2006.

October 3, 5, 6, 11, 14, 17, 18 and 19 of 2006.

December 22, 2006.

B.    From Shandong:

September/October 2006

The foregoing dates are based upon the accrual method of accounting and indicate when Banner actually received Product in its warehouse and the transaction was booked on Banner's records as a purchase. Banner booked the receipt of a limited amount of Product on December 22, 2006 based upon Banner's commitment to acquire the remaining Product that La Suprema was storing in its warehouse. This is the reason why there were no purchases in November of 2006 and why there was only one transaction that was booked as a purchase in December of 2006. To the best of Banner's knowledge, information and belief, Banner stopped shipping and/or delivering Knauf manufactured Product in November of 2006.

5.    **Total Volume of received Chinese Drywall product:** Banner's documents reflect that Banner received 253,954 pieces of drywall from La Suprema. Based upon the documentation from Rothchilt, La Suprema and Trading, Banner cannot specifically identify which pieces were manufactured by any specific Chinese manufacturer. Banner's documentation indicates that it received 8,208 pieces of drywall from Shondong

6.    **Identify any markings on the Chinese Drywall product (e.g., lot number, batch number, serial number, color markings, UPC codes, etc.):** Based upon published materials and a comparison of those materials with Banner's observations, the Product, insofar as Knauf is concerned, may contain the following marks and/or brands:

a.    "Knauf-Tianjin China ASTM C36"

b.    The end tape may be blue and yellow and striped or grey and blue and striped.

Based upon Banner's observations, the Product, insofar as Shandong/Taishan is concerned, may contain the following marks:

a.    "four feet x twelve feet x ½ inch drywall"

b.    The drywall may have a date (i.e. 06-01-04)

c.    The drywall may have a time (i.e. 14:48)

d.    The drywall may have a lot number (i.e. 065185)

Based upon Banner's observations, the Product, insofar as the "Shamrock" board is concerned, may contain no markings. The end tape may be green and yellow, state "Shamrock Gold" and may have four leafed clovers on it.

7.    **List all trademarks of the product, if known:** Unknown.

8.    **The name and address of any importer, exporter, purchasing agent, or sales broker involved or referenced in any way with respect to your purchases of Chinese Drywall:**

Rothchilt International Limited
1-510 Chai Shin Bldg Annex
96 Chung Shan N. Rd., Sec. 2, Taipei, Taiwan, R.O.C.

3

La Suprema Enterprise, Inc.
20201 East Country Club Drive, Suite 501
Aventura, Florida 33180

La Suprema Trading, Inc.
4456 N.W. 74th Avenue
Miami, Florida 33316

National Management Logistics
7014 N.W. 50th Street
Miami, Florida 33166

Skye Holdings
Yonghe Garden
Beijing, China

9.   If known, prior to your receipt of or taking title to the Chinese Drywall, if any of your
     Chinese drywall was stored at any time by or for you at any location, identify the following:

Name of entity providing storage:          La Suprema Trading, Inc.
                                            4456 N.W. 74th Avenue
                                            Miami, Florida 33316

                                            Maersk Line
                                            Port of Miami

Address of entity providing storage:        4456 N.W. 74th Avenue
                                            Miami, Florida 33316

Dates product was stored:                   Unknown.
___/___/_____(Month / Day / Year) to ___/___/____ (Month / Day / Year)

Quantity of product stored: Unknown.

Price paid for storage:  Unknown.

Name of contact person at storage facility: Unknown.

Phone number:  La Suprema (786) 316-5658

Banner does not have any information relating to Maersk since Maersk was providing drayage
services to La Suprema.

Email address: sfarah555@cs.com

List any complaints made or received regarding storage of the product: None.

### IV.   DISTRIBUTOR'S ABILITY TO TRACK SHIPMENTS

Please state whether you are able to track the distribution of Chinese drywall?  If yes, provide names
and/or entities of those to whom you supplied Chinese drywall.  If you cannot track the distribution of
Chinese drywall, please provide a description of your distribution process, including a description of database
accessibility of this information, and the name and address of the person or persons with knowledge of the
same:

4

Banner is unable to determine the amount of Product shipped to each customer since Banner's invoices do not reflect whether the drywall that Banner shipped was manufactured in China. In addition, Banner is unable to determine whether Product is defective until: (1) Banner is sued or Banner receives a potential claim by a claimant; (2) Banner reviews its records and determines whether Banner shipped Product to a customer that installed Product at the designated property address or shipped Product directly to the designated property address; (3) Banner physically inspects the Product installed at the designated property address to determine whether it was manufactured in China; and (4) Banner cross references its records against the designated property address to determine whether Banner delivered Product to the designated property address, or whether Banner's records reflect that Product was delivered to a specific customer and that customer confirms installation of Product at the designated property address. Banner maintains Invoices and, in some instances, delivery tickets.

**V.    INSURANCE**

A.    Identify all policies of insurance, including all CGL, Product Liability, Builder's Risk, D&O
      and        Excess insurance policies relating to claims.[1]

For each policy, identify the following:

1.    Insurer: The Hanover American Insurance Company

      Dates policy in effect:

      01/01/2006 (Month / Day / Year) to 01/01/2007 (Month / Day / Year)

      Policy Number:          ZZJ 8740164-00

      Type of Policy:         Commercial Lines Policy

      Insurance Agent         Filer Insurance, Inc.

      Policy Coverage Limits  $1 million each occurrence / $2 million products-
                              completed operations aggregate

2.    Insurer: The Hanover American Insurance Company

      Dates policy in effect:

      01/01/2007 (Month / Day / Year) to 01/01/2008 (Month / Day / Year).

      Policy Number:          ZZJ 8740164-02

      Type of Policy:         Commercial Lines Policy

      Insurance Agent         Filer Insurance, Inc.

      Policy Coverage Limits  $1 million each occurrence / $2 million products-
                              completed operations aggregate

3.    Insurer: The Hanover American Insurance Company

      Dates policy in effect:

      01/01/2008 (Month / Day / Year) to 01/01/2009 (Month / Day / Year)

      Policy Number:          ZZJ 8740164-03

      Type of Policy:         Commercial Lines Policy

      Insurance Agent         Filer Insurance, Inc.

      Policy Coverage Limits  $1 million each occurrence / $2 million products-
                              completed operations aggregate

---

[1] Listing policies does not purport to represent coverage status.

4.    Insurer:  Travelers Indemnity Company of Illinois

Dates policy in effect:

01/01/2003 (Month / Day / Year)  to  01/01/2004 (Month / Day / Year)

Policy Number:                      982X1642-TIL-03

Type of Policy:                     Commercial General Liability

Insurance Agent                     BIC Managers (FA922)

Policy Coverage Limits              Products -- Completed Operations Aggregate Limit:
                                    $2,000,000.00; General Aggregate Limit (other than
                                    Products -- Completed Operations): $4,000,000.00;
                                    Each Occurrence Limit: $1,000,000.00

5.    Insurer:  Travelers Indemnity Company of Connecticut

Dates policy in effect:

01/01/2004 (Month / Day / Year)  to  01/01/2005 (Month / Day / Year)

Policy Number:                      982X1642-TCT-04

Type of Policy:                     Commercial General Liability

Insurance Agent                     BIC Managers

Policy Coverage Limits              Products -- Completed Operations Aggregate Limit:
                                    $2,000,000.00; General Aggregate Limit (other than
                                    Products -- Completed Operations): $4,000,000.00;
                                    Each Occurrence Limit: $1,000,000.00

6.    Insurer:  Travelers Indemnity Company of Illinois

Dates policy in effect:

01/01/2005 (Month / Day / Year)  to  01/01/2006 (Month / Day / Year)

Policy Number:                      982X1642-TIL-05

Type of Policy:                     Commercial General Liability

Insurance Agent                     S & C -- Coral Gables (FA922)

Policy Coverage Limits              Products -- Completed Operations Aggregate Limit:
                                    $2,000,000.00; General Aggregate Limit (other than
                                    Products -- Completed Operations): $4,000,000.00;
                                    Each Occurrence Limit: $1,000,000.00

7.    Insurer:  National Union Fire Insurance Company of Pittsburgh, P.A.

Dates policy in effect:

01/01/2004 (Month / Day / Year)  to  01/01/2005 (Month / Day / Year)

Policy Number:                      BE 5683249

Type of Policy:                     Commercial Umbrella Policy

Insurance Agent                     CRC Insurance Services Inc.

Policy Coverage Limits              $5 million each occurrence / $5 million aggregate

6

8.   Insurer:  National Union Fire Insurance Company of Pittsburgh, P.A.
     Dates policy in effect:
     01/01/2006 (Month / Day / Year)  to  01/01/2007 (Month / Day / Year)
     Policy Number:              BE 9300273
     Type of Policy:             Commercial Umbrella Policy
     Insurance Agent             CRC Insurance Services Inc.
     Policy Coverage Limits      $10 million each occurrence / $10 million aggregate

9.   Insurer:  National Union Fire Insurance Company of Pittsburgh, P.A.
     Dates policy in effect:
     01/01/2008 (Month / Day / Year)  to  01/01/2009 (Month / Day / Year)
     Policy Number:              BE 5543482
     Type of Policy:             Commercial Umbrella Policy
     Insurance Agent             CRC Insurance Services Inc.
     Policy Coverage Limits      $10 million each occurrence / $10 million aggregate

10.  Insurer:  National Union Fire Insurance Company of Pittsburgh, P.A.
     Dates policy in effect:
     01/01/2009 (Month / Day / Year)  to  01/01/2010 (Month / Day / Year)
     Policy Number:              7606364
     Type of Policy:             Commercial Umbrella Policy
     Insurance Agent             CRC Insurance Services Inc.
     Policy Coverage Limits      $25 million each occurrence / $25 million aggregate

11.  Insurer:  Illinois National Insurance Company
     Dates policy in effect:
     01/01/2005 (Month / Day / Year)  to  01/01/2006 (Month / Day / Year)
     Policy Number:              BE 3835949
     Type of Policy:             Commercial Umbrella Policy
     Insurance Agent             CRC Insurance Services Inc.
     Policy Coverage Limits      $10 million each occurrence / $10 million aggregate

12.  Insurer:  American Specialty Lines Insurance Company
     Dates policy in effect:
     01/01/2007 (Month / Day / Year)  to  01/01/2008 (Month / Day / Year)
     Policy Number:              BE 3954862
     Type of Policy:             Commercial Umbrella Policy
     Insurance Agent             CRC Insurance Services Inc.
     Policy Coverage Limits      $10 million each occurrence / $10 million aggregate

7

CERTIFICATION

> **Comment:** The language should track the Plaintiff Fact Sheet.

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Defendant Manufacturers' Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration, to the extent that such documents are in my possession, custody or control.

_____          _____
Date                                 Entity

                                     By: _____

                                     Its: _____

8

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : MDL No. 2047 |
| PRODUCTS LIABILITY LITIGATION | : Section L |
| | ; |
| This Document Relates to | : JUDGE FALLON |
| ALL CASES | : MAG. JUDGE WILKINSON |

## DISTRIBUTOR PROFILE FORM

All Defendant Drywall Distributors must complete and submit this Defendant Distributors' Profile Form. Additionally, each Defendant Drywall Distributor must sign and date Exhibit A to the Defendant Distributors' Profile Form for each property owned, rented or occupied by persons who are named Plaintiffs in suits pending in the MDL. The term "Chinese Drywall or Wallboard" encompasses all wallboard of Chinese origin or manufacture without reference to whether the particular wallboard has been found to be defective. If additional knowledge becomes known after completion, this Defendant Distributors' Profile Form must be supplemented. If additional space is needed to answer any questions or complete your responses, additional pages may be attached. The questions contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law. Please print legibly or type your responses in English.

### I.   IDENTIFICATION AND CONTACT INFORMATION

A.   Distributor's Name:   Banner Supply Company Fort Myers, L.L.C.

B.   Distributor's Address: 2910 Cargo Street, Fort Myers, Florida 33916

C.   Website: www.bannersupply.com

D.   Headquarters if Foreign: Not applicable.

E.   Address of USA Headquarters: See B above.

F.   Name of supervisor at USA Headquarters: Mr. Jon Graser

G.   Principal Place of Business in USA: See B above.

H.   Has Distributor operated under any other names from 2001 to 2009? If so, please list and explain for each different locale: No.

I.   Did Distributor also install Chinese Drywall? No. If so, describe involvement as installer: Not applicable.

### II.   COUNSEL INFORMATION OF DEFENDANT DISTRIBUTOR

A.   Name:   Jan Douglas Atlas, Esq. and Jeffrey A. Backman, Esq.

B.   Address:   Adorno & Yoss LLP, 350 East Las Olas Boulevard, Suite 1700, Fort
            Lauderdale, Florida 33301

C.   Phone Number:   (954) 763-1200

D.   Fax Number:   (954) 766-7800

E.   E-Mail:   jatlas@adorno.com; jbackman@adorno.com

1



### III.   DISTRIBUTOR'S PURCHASE OF CHINESE DRYWALL

For each purchase of Chinese Drywall between 2001 and 2009, please describe all sources from which Distributor purchased Chinese drywall, including manufacturers, exporters, importers, other distributors, sales agents, and/or sales brokers.  Attach additional sheets as necessary.

A.   Source:

    1.   **Name of Chinese Drywall Manufacturer, if known:** Banner Supply Company Fort Myers ("Banner") has no personal knowledge as to the manufacturer(s) of the Chinese drywall Banner may have received (the "Product"). Banner possesses documentation from Rothchilt International, Ltd. ("Rothchilt"), 1-510 Chai Shin Bldg. Annex, 96 Chung Shan N. Rid., Sec. 2, Taipei, Taiwan, R.O.C. which indicates that Rothchilt purchased the Product from Knauf Plasterboard (Tianjin) Co., Ltd. ("Knauf").  It appears that Rothchilt shipped the Product to La Suprema Enterprise, Inc. ("La Suprema"), 20201 East Country Club Drive, Suite 501, Aventura, Florida 33180, who was the consignee of shipments of the Product from Rothchilt.   A company by the name of La Suprema Trading, Inc. ("Trading"), 4456 N.W. 74th Avenue, Miami, Florida 33156, invoiced Banner for the Product and delivered the Product to Banner's warehouses.  Based upon the documentation, Banner understands that the origin of the Product may have been from Knauf in China, as well as some other areas, but Banner has no personal knowledge of this.  In addition, based upon documentation in Banner's possession, it also appears that Banner received drywall from Shandong Yifand Gypsum Industry Co., Ltd. ("Shandong").  It further appears that Banner received drywall identified on the wallboard itself as "Shamrock," but Banner cannot identify the name of the Chinese Manufacturer with respect to the wallboard identified as "Shamrock."  Finally, it appears that Banner received drywall from Taishan Gypsum, Ltd. ("Taishan"), but Banner understands that Taishan and Shandong may be the same.

    2.   **Address of Chinese Drywall Manufacturer, if known:** Based upon independent research and pleadings, Banner understands that Knauf's address is North Yinhe Bridge, East Jinjin Road, Beichen District Economic Development Zone, Tianjin Municipality, P.R., China 300400, but Banner has no personal knowledge of this.  Shandong's address, and thus Taishan's address, appears to be The Industry District of Taierzhuang, Zao Zhuring City, Dong Province, China, or Daiyue District, Taian City Shandong Province, China 271026, but Banner has no personal knowledge of this.

    3.   **Name of Chinese Drywall Product, if known:** ½" Regular drywall 4' x 12'

    4.   **Dates of purchase(s):**

        A.   From La Suprema:

        January 5, 11, 13, 20, 24, 26, 27 and 31 of 2006.

        February 3, 6, 7, 8, 13, 16, 22 and 24 of 2006.

        March 1, 2, 3, 7, 10, 27, 29 and 31 of 2006.

        April 5, 6, 7, 10, 11, 12, 17, 18, 19, 20 and 26 of 2006.

        May 3, 10, 16, 19 and 31 of 2006.

        June 7, 13, 20, 23, 27 and 28 of 2006.

        July 5, 12, 17, 18, 19 20, 25 and 26 of 2006.

August 2, 8, 11, 17, 18, 23 and 31 of 2006.

September 1, 11 and 26 of 2006.

B.     From Shandong:

September/October 2006

The foregoing dates are based upon the accrual method of accounting and indicate when Banner actually received Product in its warehouse and the transaction was booked on Banner's records as a purchase. To the best of Banner's knowledge, information and belief, Banner stopped shipping and/or delivering Knauf manufactured Product in November of 2006.

5.     **Total Volume of received Chinese Drywall product:** Banner's documents reflect that Banner received 347,421 pieces of drywall from La Suprema. Based upon the documentation from Rothchilt, La Suprema and Trading, Banner cannot specifically identify which pieces were manufactured by any specific Chinese manufacturer. Banner's documentation indicates that it received 2,208 pieces of drywall from Shandong.

6.     **Identify any markings on the Chinese Drywall product (e.g., lot number, batch number, serial number, color markings, UPC codes, etc.):** Based upon published materials and a comparison of those materials with Banner's observations, the Product, insofar as Knauf is concerned, may contain the following marks and/or brands:

a.     "Knauf-Tianjin China ASTM C36"

b.     The end tape may be blue and yellow and striped or grey and blue and striped.

Based upon Banner's observations, the Product, insofar as Shandong/Taishan is concerned, may contain the following marks:

a.     "four feet x twelve feet x ½" inch drywall"

b.     The drywall may have a date (i.e. 06-01-04)

c.     The drywall may have a time (i.e. 14:48)

d.     The drywall may have a lot number (i.e. 065185)

Based upon Banner's observations, the Product, insofar as the "Shamrock" board is concerned, may contain no markings. The end tape may be green and yellow, state "Shamrock Gold" and may have four leafed clovers on it.

7.     **List all trademarks of the product, if known:** Unknown.

8.     **The name and address of any importer, exporter, purchasing agent, or sales broker involved or referenced in any way with respect to your purchases of Chinese Drywall:**

Rothchilt International Limited
1-510 Chai Shin Bldg Annex
96 Chung Shan N. Rd., Sec. 2, Taipei, Taiwan, R.O.C.

La Suprema Enterprise, Inc.
20201 East Country Club Drive, Suite 501
Aventura, Florida 33180

3

9.  If known, prior to your receipt of or taking title to the Chinese Drywall, if any of your Chinese drywall was stored at any time by or for you at any location, identify the following:

Name of entity providing storage:    La Suprema Trading, Inc.
                                      4456 N.W. 74th Avenue
                                      Miami, Florida 33316

Address of entity providing storage:  4456 N.W. 74th Avenue
                                       Miami, Florida 33316

                                       Port of Miami

Dates product was stored:       Unknown.
___/___/_____(Month / Day / Year) to ___/___/____ (Month / Day / Year)

Quantity of product stored:     Unknown.

Price paid for storage:  Unknown.

Name of contact person at storage facility: Unknown.

Phone number:  La Suprema (786) 316-5658

Banner does not have any information relating to Maersk since Maersk was providing drayage services to La Suprema.

Email address: sfarah555@cs.com

List any complaints made or received regarding storage of the product: None.

### IV.    DISTRIBUTOR'S ABILITY TO TRACK SHIPMENTS

Please state whether you are able to track the distribution of Chinese drywall?  If yes, provide names and/or entities of those to whom you supplied Chinese drywall.  If you cannot track the distribution of Chinese drywall, please provide a description of your distribution process, including a description of database accessibility of this information, and the name and address of the person or persons with knowledge of the same:

Banner is unable to determine the amount of Product shipped to each customer since Banner's invoices do not reflect whether the drywall that Banner shipped was manufactured in China.  In addition, Banner is unable to determine whether Product is defective until: (1) Banner is sued or Banner receives a potential claim by a claimant; (2) Banner reviews its records and determines whether Banner shipped Product to a customer that installed Product at the designated property address or shipped Product directly to the designated property address; (3) Banner physically inspects the Product installed at the designated property address to determine whether it was manufactured in China; and (4) Banner cross references its records against the designated property address to determine whether Banner delivered Product to the designated property address, or whether Banner's records reflect that Product was delivered to a specific customer and that customer confirms installation of Product at the designated property address.  Banner maintains Invoices and, in some instances, delivery tickets.

4

## V.   <u>INSURANCE</u>

A.   **Identify all policies of insurance, including all CGL, Product Liability, Builder's Risk, D&O and Excess insurance policies relating to claims.[1]**

For each policy, identify the following:

Insurer:   <u>The Hanover American Insurance Company</u>

Dates policy in effect:

<u>01/01/2006</u> (Month / Day / Year)   to   <u>01/01/2007</u> (Month / Day / Year)

| | |
|---|---|
| Policy Number: | <u>ZZJ 8740164-00</u> |
| Type of Policy: | <u>Commercial Lines Policy</u> |
| Insurance Agent | <u>Filer Insurance, Inc.</u> |
| Policy Coverage Limits | <u>$1 million each occurrence / $2 million products-completed operations aggregate</u> |

2.   Insurer:  <u>The Hanover American Insurance Company</u>

Dates policy in effect:

<u>01/01/2007</u> (Month / Day / Year)   to   <u>01/01/2008</u> (Month / Day / Year)

| | |
|---|---|
| Policy Number: | <u>ZZJ 8740164-02</u> |
| Type of Policy: | <u>Commercial Lines Policy</u> |
| Insurance Agent | <u>Filer Insurance, Inc.</u> |
| Policy Coverage Limits | <u>$1 million each occurrence / $2 million products-completed operations aggregate</u> |

3.   Insurer:  <u>The Hanover American Insurance Company</u>

Dates policy in effect:

<u>01/01/2008</u> (Month / Day / Year)   to   <u>01/01/2009</u> (Month / Day / Year)

| | |
|---|---|
| Policy Number: | <u>ZZJ 8740164-03</u> |
| Type of Policy: | <u>Commercial Lines Policy</u> |
| Insurance Agent | <u>Filer Insurance, Inc.</u> |
| Policy Coverage Limits | <u>$1 million each occurrence / $2 million products-completed operations aggregate</u> |

4.   Insurer:  <u>Travelers Indemnity Company of Illinois</u>

Dates policy in effect:

<u>01/01/2003</u> (Month / Day / Year)   to   <u>01/01/2004</u> (Month / Day / Year)

| | |
|---|---|
| Policy Number: | <u>982X1642-TIL-03</u> |
| Type of Policy: | <u>Commercial General Liability</u> |
| Insurance Agent | <u>BIC Managers (FA922)</u> |
| Policy Coverage Limits | <u>Products — Completed Operations Aggregate Limit: $2,000,000.00; General Aggregate Limit (other than</u> |

---

[1] Listing policies does not purport to represent coverage status.

Products – Completed Operations): $4,000,000.00;<br>Each Occurrence Limit: $1,000,000.00

5.   Insurer:  Travelers Indemnity Company of Connecticut
     Dates policy in effect:

     01/01/2004 (Month / Day / Year)  to  01/01/2005 (Month / Day / Year)

     Policy Number:              982X1642-TCT-04

     Type of Policy:             Commercial General Liability

     Insurance Agent             BIC Managers

     Policy Coverage Limits      Products – Completed Operations Aggregate Limit:
                                 $2,000,000.00; General Aggregate Limit (other than
                                 Products – Completed Operations): $4,000,000.00;
                                 Each Occurrence Limit: $1,000,000.00

6.   Insurer:  Travelers Indemnity Company of Illinois
     Dates policy in effect:

     01/01/2005 (Month / Day / Year)  to  01/01/2006 (Month / Day / Year)

     Policy Number:              982X1642-TIL-05

     Type of Policy:             Commercial General Liability

     Insurance Agent             S & C – Coral Gables (FA922)

     Policy Coverage Limits      Products – Completed Operations Aggregate Limit:
                                 $2,000,000.00; General Aggregate Limit (other than
                                 Products – Completed Operations): $4,000,000.00;
                                 Each Occurrence Limit: $1,000,000.00

7.   Insurer:        National Union Fire Insurance Company of Pittsburgh, P.A.

     Dates policy in effect:

     01/01/2004 (Month / Day / Year)  to  01/01/2005 (Month / Day / Year)

     Policy Number:              BE 5683249

     Type of Policy:             Commercial Umbrella Policy

     Insurance Agent             CRC Insurance Services Inc.

     Policy Coverage Limits      $5 million each occurrence / $5 million aggregate

8.   Insurer:        National Union Fire Insurance Company of Pittsburgh, P.A.

     Dates policy in effect:

     01/01/2006 (Month / Day / Year)  to  01/01/2007 (Month / Day / Year)

     Policy Number:              BE 9300273

     Type of Policy:             Commercial Umbrella Policy

     Insurance Agent             CRC Insurance Services Inc.

     Policy Coverage Limits      $10 million each occurrence / $10 million aggregate

6

9.     Insurer:       <u>National Union Fire Insurance Company of Pittsburgh, P.A.</u>

Dates policy in effect:

<u>01/01/2008</u> (Month / Day / Year)  to <u>01/01/2009</u> (Month / Day / Year)

Policy Number:        <u>BE 5543482</u>

Type of Policy:        <u>Commercial Umbrella Policy</u>

Insurance Agent        <u>CRC Insurance Services Inc.</u>

Policy Coverage Limits     <u>$10 million each occurrence / $10 million aggregate</u>

10.    Insurer:       <u>National Union Fire Insurance Company of Pittsburgh, P.A.</u>

Dates policy in effect:

<u>01/01/2009</u> (Month / Day / Year)  to <u>01/01/2010</u> (Month / Day / Year)

Policy Number:        <u>7606364</u>

Type of Policy:        <u>Commercial Umbrella Policy</u>

Insurance Agent        <u>CRC Insurance Services Inc.</u>

Policy Coverage Limits     <u>$25 million each occurrence / $25 million aggregate</u>

11.    Insurer:       <u>Illinois National Insurance Company</u>

Dates policy in effect:

<u>01/01/2005</u> (Month / Day / Year)  to <u>01/01/2006</u> (Month / Day / Year)

Policy Number:        <u>BE 3835949</u>

Type of Policy:        <u>Commercial Umbrella Policy</u>

Insurance Agent        <u>CRC Insurance Services Inc.</u>

Policy Coverage Limits     <u>$10 million each occurrence / $10 million aggregate</u>

12.    Insurer:       <u>American Specialty Lines Insurance Company</u>

Dates policy in effect:

<u>01/01/2007</u> (Month / Day / Year)  to <u>01/01/2008</u> (Month / Day / Year)

Policy Number:        <u>BE 3954862</u>

Type of Policy:        <u>Commercial Umbrella Policy</u>

Insurance Agent        <u>CRC Insurance Services Inc.</u>

Policy Coverage Limits     <u>$10 million each occurrence / $10 million aggregate</u>

<u>CERTIFICATION</u>

> **Comment:** The language should track the Plaintiff Fact Sheet.

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Defendant Manufacturers' Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration, to the extent that such documents are in my possession, custody or control.

Date _____     Entity _____

By: _____

Its: _____

8

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE MANUFACTURED DRYWALL        : MDL No. 2047
PRODUCTS LIABILITY LITIGATION               : Section L

This Document Relates to                    : JUDGE FALLON
ALL CASES                                   : MAG. JUDGE WILKINSON

DISTRIBUTOR PROFILE FORM

All Defendant Drywall Distributors must complete and submit this Defendant Distributors' Profile Form. Additionally, each Defendant Drywall Distributor must sign and date Exhibit A to the Defendant Distributors' Profile Form for each property owned, rented or occupied by persons who are named Plaintiffs in suits pending in the MDL.  The term "Chinese Drywall or Wallboard" encompasses all wallboard of Chinese origin or manufacture without reference to whether the particular wallboard has been found to be defective.  If additional knowledge becomes known after completion, this Defendant Distributors' Profile Form must be supplemented.  If additional space is needed to answer any questions or complete your responses, additional pages may be attached.  The questions contained within this Profile Form are non-objectionable and shall be answered without objection.  By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.  Please print legibly or type your responses in English.

### I.    IDENTIFICATION AND CONTACT INFORMATION

A.    Distributor's Name:     Banner Supply Company Tampa, L.L.C.

B.    Distributor's Address: 12514 South U.S. Highway 41, Gibsonton, Florida 33534

C.    Website:  www.bannersupply.com

D.    Headquarters if Foreign:  Not applicable.

E.    Address of USA Headquarters:  See B above.

F.    Name of supervisor at USA Headquarters:  Mr. Ray Johnson

G.    Principal Place of Business in USA:  See B above.

H.    Has Distributor operated under any other names from 2001 to 2009?  If so, please list and explain for each different locale: No.

I.    Did Distributor also install Chinese Drywall?  No.  If so, describe involvement as installer:  Not applicable.

### II.   COUNSEL INFORMATION OF DEFENDANT DISTRIBUTOR

A.    Name:        Jan Douglas Atlas, Esq. and Jeffrey A. Backman, Esq.

B.    Address:     Adorno & Yoss LLP, 350 East Las Olas Boulevard, Suite 1700, Fort Lauderdale, Florida 33301

C.    Telephone:   Telephone: (954) 763-1200

D.    Fax Number:  Facsimile:  (954) 766-7800

E.    E-Mail:      jatlas@adorno.com; jbackman@adorno.com

1



**III.   DISTRIBUTOR'S PURCHASE OF CHINESE DRYWALL**

For each purchase of Chinese Drywall between 2001 and 2009, please describe all sources from which Distributor purchased Chinese drywall, including manufacturers, exporters, importers, other distributors, sales agents, and/or sales brokers.  Attach additional sheets as necessary.

A.   **Source:**

1.   **Name of Chinese Drywall Manufacturer, if known:** Banner Supply Company Tampa, L.L.C. ("Banner") has no personal knowledge as to the manufacturer(s) of the Chinese drywall Banner may have received (the "Product").  Banner possesses documentation from Rothchilt International, Ltd. ("Rothchilt"), 1-510 Chai Shin Bldg. Annex, 96 Chung Shan N. Rid., Sec. 2, Taipei, Taiwan, R.O.C. which indicates that Rothchilt purchased the Product from Knauf Plasterboard (Tianjin) Co., Ltd. ("Knauf").  It appears that Rothchilt shipped the Product to La Suprema Enterprise, Inc. ("La Suprema"), 20201 East Country Club Drive, Suite 501, Aventura, Florida 33180, who was the consignee of shipments of the Product from Rothchilt.   A company by the name of La Suprema Trading, Inc. ("Trading"), 4456 N.W. 74ᵗʰ Avenue, Miami, Florida 33156, invoiced Banner for the Product and delivered the Product to Banner's warehouses.  Based upon the documentation, Banner understands that the origin of the Product may have been from Knauf in China, as well as some other areas, but Banner has no personal knowledge of this.  In addition, based upon documentation in Banner's possession, it also appears that Banner received drywall from Shandong Yifand Gypsum Industry Co., Ltd. ("Shandong").  It further appears that Banner received drywall identified on the wallboard itself as "Shamrock," but Banner cannot identify the name of the Chinese Manufacturer with respect to the wallboard identified as "Shamrock."  Finally, it appears that Banner received drywall from Taishan Gypsum, Ltd. ("Taishan"), but Banner understands that Taishan and Shandong may be the same.

2.   **Address of Chinese Drywall Manufacturer, if known:** Based upon independent research and pleadings, Banner understands that Knauf's address is North Yinhe Bridge, East Jingin Road, Beichen District Economic Development Zone, Tianjin Municipality, P.R., China 300400, but Banner has no personal knowledge of this.  Shandong's address, and thus Taishan's address, appears to be The Industry District of Taierzhuang, Zao Zhuring City, Dong Province, China, or Daiyue District, Taian City Shandong Province, China 271026, but Banner has no personal knowledge of this.

3.   **Name of Chinese Drywall Product, if known:** ½" Regular drywall 4' x 12'

4.   **Dates of purchase(s):**

A.   From La Suprema:

April 6, 7, 10, 11, 12, 13, 14, 17, 18, 19, 20, 21, 24, 25, 26, 27 and 28 of 2006.

May 1, 2, 3, 4, 8, 9, 10, 17, 19, 22, 23, 26 and 31 of 2006.

June 1, 7, 8, 12, 13, 14, 15, 16, 19, 21, 23, 26, 27, 28, 29 and 30 of 2006.

July 5, 6, 10, 11, 12, 17, 19, 20, 21, 24, 25, 26, 27 and 28 of 2006.

August 2, 3, 4, 8, 9, 10, 11, 15, 16, 17, 18 and 22 of 2006.

B.   From Shandong:

September/October 2006.

2

The foregoing dates are based upon the accrual method of accounting and indicate when Banner actually received Product in its warehouse and the transaction was booked on Banner's records as a purchase. To the best of Banner's knowledge, information and belief, Banner stopped shipping and/or delivering Knauf manufactured wallboard in November of 2006.

5.     **Total Volume of received Chinese Drywall product:** Banner's documents reflect that Banner received 216,840 pieces of drywall from La Suprema. Based upon the documentation from Rothchilt, La Suprema and Trading, Banner cannot specifically identify which pieces were manufactured by any specific Chinese manufacturer. Banner's documentation indicates that it received 23,028 pieces of drywall from Shandong.

6.     **Identify any markings on the Chinese Drywall product (e.g., lot number, batch number, serial number, color markings, UPC codes, etc.):** Based upon published materials and a comparison of those materials with Banner's observations, the Product, insofar as Knauf is concerned, may contain the following marks and/or brands:

   a.     "Knauf-Tianjin China ASTM C36"

   b.     The end tape may be blue and yellow and striped or grey and blue and striped.

Based upon Banner's observations, the Product, insofar as Shandong/Taishan is concerned, may contain the following marks:

   a.     "four feet x twelve feet x ½" inch drywall"

   b.     The drywall may have a date (i.e. 06-01-04)

   c.     The drywall may have a time (i.e. 14:48)

   d.     The drywall may have a lot number (i.e. 065185)

Based upon Banner's observations, the Product, insofar as the "Shamrock" board is concerned, may contain no markings. The end tape may be green and yellow, state "Shamrock Gold" and may have four leafed clovers on it.

7.     **List all trademarks of the product, if known:** Unknown.

8.     **The name and address of any importer, exporter, purchasing agent, or sales broker involved or referenced in any way with respect to your purchases of Chinese Drywall:**

Rothchilt International Limited
1-510 Chai Shin Bldg Annex
96 Chung Shan N. Rd., Sec. 2, Taipei, Taiwan, R.O.C.

La Suprema Enterprise, Inc.
20201 East Country Club Drive, Suite 501
Aventura, Florida 33180

La Suprema Trading, Inc.
4456 N.W. 74th Avenue
Miami, Florida 33316

National Management Logistics
7014 N.W. 50th Street
Miami, Florida 33166

3

Skye Holdings
Yonghe Garden
Beijing, China

9.   **If known, prior to your receipt of or taking title to the Chinese Drywall, if any of your Chinese drywall was stored at any time by or for you at any location, identify the following:**

Name of entity providing storage:      La Suprema Trading, Inc.
                                       4456 N.W. 74th Avenue
                                       Miami, Florida 33316

                                       Maersk Line
                                       Port of Miami

Address of entity providing storage:   4456 N.W. 74th Avenue
                                       Miami, Florida 33316

                                       Port of Miami

**Dates product was stored:**      Unknown.
___/___/_____(Month / Day / Year) to ___/___/____ (Month / Day / Year)

**Quantity of product stored:** Unknown.

**Price paid for storage:** Unknown.

**Name of contact person at storage facility:** Unknown.

**Phone number:** La Suprema (786) 316-5658

Banner does not have any information relating to Maersk since Maersk was providing drayage services to La Suprema.

**Email address:** sfarah555@cs.com.

**List any complaints made or received regarding storage of the product:** None.

### IV.   DISTRIBUTOR'S ABILITY TO TRACK SHIPMENTS

**Please state whether you are able to track the distribution of Chinese drywall? If yes, provide names and/or entities of those to whom you supplied Chinese drywall. If you cannot track the distribution of Chinese drywall, please provide a description of your distribution process, including a description of database accessibility of this information, and the name and address of the person or persons with knowledge of the same:**

Banner is unable to determine the amount of Product shipped to each customer since Banner's invoices do not reflect whether the drywall that Banner shipped was manufactured in China. In addition, Banner is unable to determine whether Product is defective until: (1) Banner is sued or Banner receives a potential claim by a claimant; (2) Banner reviews its records and determines whether Banner shipped Product to a customer that installed Product at the designated property address or shipped Product directly to the designated property address; (3) Banner physically inspects the Product installed at the designated property address to determine whether it was manufactured in China; and (4) Banner cross references its records against the designated property address to determine whether Banner delivered Product to the designated property address, or whether Banner's records reflect that Product was delivered to a specific customer and that customer confirms installation of Product at the designated property address. Banner maintains Invoices and, in some instances, delivery tickets.

4

V.    INSURANCE

A.    **Identify all policies of insurance, including all CGL, Product Liability, Builder's Risk, D&O and Excess insurance policies relating to claims.[1]**

For each policy, identify the following:

1.    Insurer:  The Hanover American Insurance Company

Dates policy in effect:

01/01/2006 (Month / Day / Year)  to  01/01/2007 (Month / Day / Year)

Policy Number:                    ZZJ 8740164-00

Type of Policy:                    Commercial Lines Policy

Insurance Agent                    Filer Insurance, Inc.

Policy Coverage Limits          $1 million each occurrence / $2 million products-
                                          completed operations aggregate

2.    Insurer:  The Hanover American Insurance Company

Dates policy in effect:

01/01/2007 (Month / Day / Year)  to  01/01/2008 (Month / Day / Year)

Policy Number:                    ZZJ 8740164-02

Type of Policy:                    Commercial Lines Policy

Insurance Agent                    Filer Insurance, Inc.

Policy Coverage Limits          $1 million each occurrence / $2 million products-
                                          completed operations aggregate

3.    Insurer:  The Hanover American Insurance Company

Dates policy in effect:

01/01/2008 (Month / Day / Year)  to  01/01/2009 (Month / Day / Year)

Policy Number:                    ZZJ 8740164-03

Type of Policy:                    Commercial Lines Policy

Insurance Agent                    Filer Insurance, Inc.

Policy Coverage Limits          $1 million each occurrence / $2 million products-
                                          completed operations aggregate

4.    Insurer:  Travelers Indemnity Company of Illinois

Dates policy in effect:

01/01/2003 (Month / Day / Year)  to  01/01/2004 (Month / Day / Year)

Policy Number:                    982X1642-TIL-03

Type of Policy:                    Commercial General Liability

Insurance Agent                    BIC Managers (FA922)

Policy Coverage Limits          Products – Completed Operations Aggregate Limit:
                                          $2,000,000.00; General Aggregate Limit (other than

---
[1] Listing policies does not purport to represent coverage status.

5

Products – Completed Operations): $4,000,000.00;
Each Occurrence Limit: $1,000,000.00

5.    Insurer:  Travelers Indemnity Company of Connecticut

Dates policy in effect:

01/01/2004 (Month / Day / Year)  to  01/01/2005 (Month / Day / Year)

Policy Number:              982X1642-TCT-04

Type of Policy:             Commercial General Liability

Insurance Agent            BIC Managers

Policy Coverage Limits     Products – Completed Operations Aggregate Limit:
                           $2,000,000.00; General Aggregate Limit (other than
                           Products – Completed Operations): $4,000,000.00;
                           Each Occurrence Limit: $1,000,000.00

6.    Insurer:  Travelers Indemnity Company of Illinois

Dates policy in effect:

01/01/2005 (Month / Day / Year)  to  01/01/2006 (Month / Day / Year)

Policy Number:              982X1642-TIL-05

Type of Policy:             Commercial General Liability

Insurance Agent            S & C – Coral Gables (FA922)

Policy Coverage Limits     Products – Completed Operations Aggregate Limit:
                           $2,000,000.00; General Aggregate Limit (other than
                           Products – Completed Operations): $4,000,000.00;
                           Each Occurrence Limit: $1,000,000.00

7.    Insurer:  National Union Fire Insurance Company of Pittsburgh, P.A.

Dates policy in effect:

01/01/2004 (Month / Day / Year)  to  01/01/2005 (Month / Day / Year)

Policy Number:              BE 5683249

Type of Policy:             Commercial Umbrella Policy

Insurance Agent            CRC Insurance Services Inc.

Policy Coverage Limits     $5 million each occurrence / $5 million aggregate

8.    Insurer:  National Union Fire Insurance Company of Pittsburgh, P.A.

Dates policy in effect:

01/01/2006 (Month / Day / Year)  to  01/01/2007 (Month / Day / Year)

Policy Number:              BE 9300273

Type of Policy:             Commercial Umbrella Policy

Insurance Agent            CRC Insurance Services Inc.

Policy Coverage Limits     $10 million each occurrence / $10 million aggregate

9.     Insurer:  National Union Fire Insurance Company of Pittsburgh, P.A.

Dates policy in effect:

01/01/2008 (Month / Day / Year)  to  01/01/2009 (Month / Day / Year)

Policy Number:                     BE 5543482

Type of Policy:                    Commercial Umbrella Policy

Insurance Agent                    CRC Insurance Services Inc.

Policy Coverage Limits             $10 million each occurrence / $10 million aggregate

10.    Insurer:  National Union Fire Insurance Company of Pittsburgh, P.A.

Dates policy in effect:

01/01/2009 (Month / Day / Year)  to  01/01/2010 (Month / Day / Year)

Policy Number:                     7606364

Type of Policy:                    Commercial Umbrella Policy

Insurance Agent                    CRC Insurance Services Inc.

Policy Coverage Limits             $25 million each occurrence / $25 million aggregate

11.    Insurer:  Illinois National Insurance Company

Dates policy in effect:

01/01/2005 (Month / Day / Year)  to  01/01/2006 (Month / Day / Year)

Policy Number:                     BE 3835949

Type of Policy:                    Commercial Umbrella Policy

Insurance Agent                    CRC Insurance Services Inc.

Policy Coverage Limits             $10 million each occurrence / $10 million aggregate

12.    Insurer:  American Specialty Lines Insurance Company

Dates policy in effect:

01/01/2007 (Month / Day / Year)  to  01/01/2008 (Month / Day / Year)

Policy Number:                     BE 3954862

Type of Policy:                    Commercial Umbrella Policy

Insurance Agent                    CRC Insurance Services Inc.

Policy Coverage Limits             $10 million each occurrence / $10 million aggregate

7

## CERTIFICATION

> **Comment:** The language should track the Plaintiff Fact Sheet.

    I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Defendant Manufacturers' Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration, to the extent that such documents are in my possession, custody or control.

_____
Date

Entity _____

By: _____

Its: _____

8

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL<br>PRODUCTS LIABILITY LITIGATION | : MDL No. 2047<br>: Section L |

| | |
|---|---|
| This Document Relates to<br>ALL CASES | : JUDGE FALLON<br>: MAG. JUDGE WILKINSON |

## DISTRIBUTOR PROFILE FORM

All Defendant Drywall Distributors must complete and submit this Defendant Distributors' Profile Form. Additionally, each Defendant Drywall Distributor must sign and date Exhibit A to the Defendant Distributors' Profile Form for each property owned, rented or occupied by persons who are named Plaintiffs in suits pending in the MDL.  The term "Chinese Drywall or Wallboard" encompasses all wallboard of Chinese origin or manufacture without reference to whether the particular wallboard has been found to be defective.  If additional knowledge becomes known after completion, this Defendant Distributors' Profile Form must be supplemented.  If additional space is needed to answer any questions or complete your responses, additional pages may be attached.  The questions contained within this Profile Form are non-objectionable and shall be answered without objection.  By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.  Please print legibly or type your responses in English.

### I.     IDENTIFICATION AND CONTACT INFORMATION

A.     Distributor's Name:     Banner Supply Company Pompano, L.L.C.

B.     Distributor's Address: 1660 S.W. 13th Court, Pompano Beach, Florida 33069

C.     Website:  www.bannersupply.com

D.     Headquarters if Foreign:  Not applicable.

E.     Address of USA Headquarters:  See B above.

F.     Name of supervisor at USA Headquarters:  Mr. Donald M. Coblentz

G.     Principal Place of Business in USA:  See B above.

H.     Has Distributor operated under any other names from 2001 to 2009?  If so, please list and explain for each different locale: No.

I.     Did Distributor also install Chinese Drywall?  No.  If so, describe involvement as installer:  Not applicable.

### II.     COUNSEL INFORMATION OF DEFENDANT DISTRIBUTOR

A.     Name:          Jan Douglas Atlas, Esq. and Jeffrey A. Backman, Esq.

B.     Address:       Adorno & Yoss LLP, 350 East Las Olas Boulevard, Suite 1700, Fort Lauderdale, Florida 33301

C.     Phone Number: .(954) 763-1200

D.     Fax Number:    (954) 766-7800

E.     E-Mail:        jatlas@adorno.com; jbackman@adorno.com

1

EXHIBIT

G

### III.   DISTRIBUTOR'S PURCHASE OF CHINESE DRYWALL

For each purchase of Chinese Drywall between 2001 and 2009, please describe all sources from which Distributor purchased Chinese drywall, including manufacturers, exporters, importers, other distributors, sales agents, and/or sales brokers.  Attach additional sheets as necessary.

A.   **Source:**

1.   **Name of Chinese Drywall Manufacturer, if known:** Banner Supply Company Pompano, L.L.C. ("Banner") has no personal knowledge as to the manufacturer(s) of the Chinese drywall Banner may have received (the "Product"). Banner possesses documentation from Rothchilt International, Ltd. ("Rothchilt"), 1-510 Chai Shin Bldg. Annex, 96 Chung Shan N. Rid., Sec. 2, Taipei, Taiwan, R.O.C. which indicates that Rothchilt purchased the Product from Knauf Plasterboard (Tianjin) Co., Ltd. ("Knauf").  It appears that Rothchilt shipped the Product to La Suprema Enterprise, Inc. ("La Suprema"), 20201 East Country Club Drive, Suite 501, Aventura, Florida 33180, who was the consignee of shipments of the Product from Rothchilt.  A company by the name of La Suprema Trading, Inc. ("Trading"), 4456 N.W. 74th Avenue, Miami, Florida 33156, invoiced Banner for the Product and delivered the Product to Banner's warehouses.  Based upon the documentation, Banner understands that the origin of the Product may have been from Knauf in China, as well as some other areas, but Banner has no personal knowledge of this.

2.   **Address of Chinese Drywall Manufacturer, if known:** Based upon independent research and pleadings, Banner understands that Knauf's address is North Yinhe Bridge, East Jingin Road, Beichen District Economic Development Zone, Tianjin Municipality, P.R., China 300400, but Banner has no personal knowledge of this.

3.   **Name of Chinese Drywall Product, if known:** ½" Regular drywall 4' x 12'

4.   **Dates of purchase(s):**

A.   From La Suprema:

January 11, 17, 19, 21, 24, 25, 26, 27, 30 and 31 of 2006.

February 1, 2, 3, 6, 7, 9, 10, 13, 20, 21, 22, 23, 24 and 27 of 2006.

March 24, 25, 27, 28, 29, 30 and 31 of 2006.

April 1, 3, 5, 6, 7, 8, 10, 12, 13, 14, 17, 18, 19, 20, 21, 25, 26, 27 and 28 of 2006.

May 1, 2, 3, 5, 8, 9, 10, 12, 15, 16, 17, 18, 19, 22, 23, 25, 26, 30 and 31 of 2006.

June 7, 9, 12, 13, 14, 15, 19, 20, 21, 22, 23, 26, 27, 28 and 29 of 2006.

July 10, 11, 14, 18, 19, 20, 21, 24, 25 26, 27, 28 and 31 of 2006.

August 1, 3, 4, 7, 10, 14, 15, 16, 17, 22, 25 and 29 of 2006.

September 11, 12, 13, 14, 18, 20, 22, 25, 26, 27 and 29 of 2006.

October 2, 3, 4 and 27 of 2006.

The foregoing dates are based upon the accrual method of accounting and indicate when Banner actually received Product in its warehouse and the transaction was booked on Banner's records as a purchase.  To the best of Banner's knowledge, information and belief, Banner stopped shipping and/or delivering Knauf manufactured Product in November of 2006.

2

5. **Total Volume of received Chinese Drywall product:** Banner's documents reflect that Banner received 328,440 pieces of drywall from La Suprema. Based upon the documentation from Rothchilt, La Suprema and Trading, Banner cannot specifically identify which pieces were manufactured by any specific Chinese manufacturer.

6. **Identify any markings on the Chinese Drywall product (e.g., lot number, batch number, serial number, color markings, UPC codes, etc.):** Based upon published materials and a comparison of those materials with Banner's observations, the Product, insofar as Knauf is concerned, may contain the following marks and/or brands:

   a.      "Knauf-Tianjin China ASTM C36"

   b.      The end tape may be blue and yellow and striped or grey and blue and striped.

7. **List all trademarks of the product, if known:** Unknown.

8. **The name and address of any importer, exporter, purchasing agent, or sales broker involved or referenced in any way with respect to your purchases of Chinese Drywall:**

   Rothchilt International Limited
   1-510 Chai Shin Bldg Annex
   96 Chung Shan N. Rd., Sec. 2, Taipei, Taiwan, R.O.C.

   La Suprema Enterprise, Inc.
   20201 East Country Club Drive, Suite 501
   Aventura, Florida 33180

   La Suprema Trading, Inc.
   4456 N.W. 74th Avenue
   Miami, Florida 33316

9. **If known, prior to your receipt of or taking title to the Chinese Drywall, if any of your Chinese drywall was stored at any time by or for you at any location, identify the following:**

   | Name of entity providing storage: | La Suprema Trading, Inc.<br>4456 N.W. 74th Avenue<br>Miami, Florida 33316 |
   | --- | --- |
   | | Maersk Line<br>Port of Miami |
   | Address of entity providing storage: | 4456 N.W. 74th Avenue<br>Miami, Florida 33316 |
   | | Port of Miami |

   **Dates product was stored:**      Unknown.
   ____/____/_____(Month / Day / Year) to ___/___/_____ (Month / Day / Year)

   **Quantity of product stored:** Unknown.

   **Price paid for storage:** Unknown.

   **Name of contact person at storage facility:** Unknown.

Phone number:  (786) 316-5658

Banner does not have any information relating to Maersk since Maersk was providing drayage services to La Suprema.

Email address: sfarah555@cs.com

List any complaints made or received regarding storage of the product: None.

### IV.   DISTRIBUTOR'S ABILITY TO TRACK SHIPMENTS

Please state whether you are able to track the distribution of Chinese drywall?  If yes, provide names and/or entities of those to whom you supplied Chinese drywall.  If you cannot track the distribution of Chinese drywall, please provide a description of your distribution process, including a description of database accessibility of this information, and the name and address of the person or persons with knowledge of the same:

Banner is unable to determine the amount of Product shipped to each customer since Banner's invoices do not reflect whether the drywall that Banner shipped was manufactured in China.  In addition, Banner is unable to determine whether Product is defective until: (1) Banner is sued or Banner receives a potential claim by a claimant; (2) Banner reviews its records and determines whether Banner shipped Product to a customer that installed Product at the designated property address or shipped Product directly to the designated property address; (3) Banner physically inspects the Product installed at the designated property address to determine whether it was manufactured in China; and (4) Banner cross references its records against the designated property address to determine whether Banner delivered Product to the designated property address, or whether Banner's records reflect that Product was delivered to a specific customer and that customer confirms installation of Product at the designated property address.  Banner maintains Invoices and, in some instances, delivery tickets.

### V.   INSURANCE

A.   Identify all policies of insurance, including all CGL, Product Liability, Builder's Risk, D&O and Excess insurance policies relating to claims.[1]

For each policy, identify the following:

1.   Insurer:  <u>The Hanover American Insurance Company</u>

Dates policy in effect:

<u>01/01/2006</u> (Month / Day / Year)  to  <u>01/01/2007</u> (Month / Day / Year)

Policy Number:                <u>ZZJ 8740164-00</u>

Type of Policy:               <u>Commercial Lines Policy</u>

Insurance Agent:             <u>Filer Insurance, Inc.</u>

Policy Coverage Limits     <u>$1 million each occurrence / $2 million products-completed operations aggregate</u>

2.   Insurer:  <u>The Hanover American Insurance Company</u>

Dates policy in effect:

<u>01/01/2007</u> (Month / Day / Year)  to  <u>01/01/2008</u> (Month / Day / Year)

Policy Number:                <u>ZZJ 8740164-02</u>

Type of Policy:               <u>Commercial Lines Policy</u>

---

[1] Listing policies does not purport to represent coverage status.

Insurance Agent | Filer Insurance, Inc.
Policy Coverage Limits | $1 million each occurrence / $2 million products-completed operations aggregate

3. Insurer: The Hanover American Insurance Company

Dates policy in effect:

01/01/2008 (Month / Day / Year) to 01/01/2009 (Month / Day / Year)

Policy Number: ZZJ 8740164-03

Type of Policy: Commercial Lines Policy

Insurance Agent: Filer Insurance, Inc.

Policy Coverage Limits: $1 million each occurrence / $2 million products-completed operations aggregate

4. Insurer: Travelers Indemnity Company of Illinois

Dates policy in effect:

01/01/2003 (Month / Day / Year) to 01/01/2004 (Month / Day / Year)

Policy Number: 982X1642-TIL-03

Type of Policy: Commercial General Liability

Insurance Agent: BIC Managers (FA922)

Policy Coverage Limits: Products -- Completed Operations Aggregate Limit: $2,000,000.00; General Aggregate Limit (other than Products -- Completed Operations): $4,000,000.00; Each Occurrence Limit: $1,000,000.00

5. Insurer: Travelers Indemnity Company of Connecticut

Dates policy in effect:

01/01/2004 (Month / Day / Year) to 01/01/2005 (Month / Day / Year)

Policy Number: 982X1642-TCT-04

Type of Policy: Commercial General Liability

Insurance Agent: BIC Managers

Policy Coverage Limits: Products -- Completed Operations Aggregate Limit: $2,000,000.00; General Aggregate Limit (other than Products -- Completed Operations): $4,000,000.00; Each Occurrence Limit: $1,000,000.00

6. Insurer: Travelers Indemnity Company of Illinois

Dates policy in effect:

01/01/2005 (Month / Day / Year) to 01/01/2006 (Month / Day / Year)

Policy Number: 982X1642-TIL-05

Type of Policy: Commercial General Liability

Insurance Agent: S & C -- Coral Gables (FA922)

Policy Coverage Limits: Products -- Completed Operations Aggregate Limit: $2,000,000.00; General Aggregate Limit (other than

Products – Completed Operations): $4,000,000.00;
Each Occurrence Limit: $1,000,000.00

7.   Insurer:  National Union Fire Insurance Company of Pittsburgh, P.A.

     Dates policy in effect:

     01/01/2004 (Month / Day / Year)  to  01/01/2005 (Month / Day / Year)

     Policy Number:               BE 5683249
     Type of Policy:              Commercial Umbrella Policy
     Insurance Agent              CRC Insurance Services Inc.
     Policy Coverage Limits       $5 million each occurrence / $5 million aggregate

8.   Insurer:  National Union Fire Insurance Company of Pittsburgh, P.A.

     Dates policy in effect:

     01/01/2006 (Month / Day / Year)  to  01/01/2007 (Month / Day / Year)

     Policy Number:               BE 9300273
     Type of Policy:              Commercial Umbrella Policy
     Insurance Agent              CRC Insurance Services Inc.
     Policy Coverage Limits       $10 million each occurrence / $10 million aggregate

9.   Insurer:  National Union Fire Insurance Company of Pittsburgh, P.A.

     Dates policy in effect:

     01/01/2008 (Month / Day / Year)  to  01/01/2009 (Month / Day / Year)

     Policy Number:               BE 5543482
     Type of Policy:              Commercial Umbrella Policy
     Insurance Agent              CRC Insurance Services Inc.
     Policy Coverage Limits       $10 million each occurrence / $10 million aggregate

10.  Insurer:  National Union Fire Insurance Company of Pittsburgh, P.A.

     Dates policy in effect:

     01/01/2009 (Month / Day / Year)  to  01/01/2010 (Month / Day / Year)

     Policy Number:               7606364
     Type of Policy:              Commercial Umbrella Policy
     Insurance Agent              CRC Insurance Services Inc.
     Policy Coverage Limits       $25 million each occurrence / $25 million aggregate

11.  Insurer:  Illinois National Insurance Company

     Dates policy in effect:

     01/01/2005 (Month / Day / Year)  to  01/01/2006 (Month / Day / Year)

     Policy Number:               BE 3835949
     Type of Policy:              Commercial Umbrella Policy
     Insurance Agent              CRC Insurance Services Inc.

6

|  | Policy Coverage Limits | $10 million each occurrence / $10 million aggregate |
|---|---|---|

12.   Insurer:  American Specialty Lines Insurance Company

Dates policy in effect:

01/01/2007 (Month / Day / Year)  to  01/01/2008 (Month / Day / Year)

| Policy Number: | BE 3954862 |
|---|---|
| Type of Policy: | Commercial Umbrella Policy |
| Insurance Agent | CRC Insurance Services Inc. |
| Policy Coverage Limits | $10 million each occurrence / $10 million aggregate |

**Comment:** The language should track the Plaintiff Fact Sheet.

## CERTIFICATION

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Defendant Manufacturers' Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration, to the extent that such documents are in my possession, custody or control.

_____          _____
Date                                             Entity

                                                      By: _____

                                                      Its: _____

7

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL | : MDL No. 2047 |
| PRODUCTS LIABILITY LITIGATION | : Section L |
| | : |
| This Document Relates to | : JUDGE FALLON |
| ALL CASES | : MAG. JUDGE WILKINSON |

## DISTRIBUTOR PROFILE FORM

All Defendant Drywall Distributors must complete and submit this Defendant Distributors' Profile Form. Additionally, each Defendant Drywall Distributor must sign and date Exhibit A to the Defendant Distributors' Profile Form for each property owned, rented or occupied by persons who are named Plaintiffs in suits pending in the MDL.  The term "Chinese Drywall or Wallboard" encompasses all wallboard of Chinese origin or manufacture without reference to whether the particular wallboard has been found to be defective.  If additional knowledge becomes known after completion, this Defendant Distributors' Profile Form must be supplemented.  If additional space is needed to answer any questions or complete your responses, additional pages may be attached.  The questions contained within this Profile Form are non-objectionable and shall be answered without objection.  By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.  Please print legibly or type your responses in English.

**I.      IDENTIFICATION AND CONTACT INFORMATION**

A.   Distributor's Name:      Banner Supply Company Port St. Lucie, L.L.C.

B.   Distributor's Address:    2101 N.W. Settle Avenue, Port St. Lucie, Florida 34986

C.   Website:  www.bannersupply.com

D.   Headquarters if Foreign:  Not applicable.

E.   Address of USA Headquarters:  See B above.

F.   Name of supervisor at USA Headquarters:  Mr. Gary Carroccee

G.   Principal Place of Business in USA:  See B above.

H.   Has Distributor operated under any other names from 2001 to 2009?  If so, please list and explain for each different locale:  No.

I.   Did Distributor also install Chinese Drywall?  No.  If so, describe involvement as installer:  Not applicable.

**II.      COUNSEL INFORMATION OF DEFENDANT DISTRIBUTOR**

A.   Name:        Jan Douglas Atlas, Esq. and Jeffrey A. Backman, Esq.

B.   Address:      Adorno & Yoss LLP, 350 East Las Olas Boulevard, Suite 1700, Fort Lauderdale, Florida 33301

C.   Phone Number:   (954) 763-1200

D.   Fax Number:    (954) 766-7800

E.   E-Mail:       jatlas@adorno.com; jbackman@adorno.com

1



III.    **DISTRIBUTOR'S PURCHASE OF CHINESE DRYWALL**

  For each purchase of Chinese Drywall between 2001 and 2009, please describe all sources from which Distributor purchased Chinese drywall, including manufacturers, exporters, importers, other distributors, sales agents, and/or sales brokers. Attach additional sheets as necessary.

A.  Source:

   1.  Name of Chinese Drywall Manufacturer, if known: Banner Supply Company Port St. Lucie, L.L.C. ("Banner") has no personal knowledge as to the manufacturer(s) of the Chinese drywall Banner may have received (the "Product"). Banner possesses documentation from Rothchilt International, Ltd. ("Rothchilt"), 1-510 Chai Shin Bldg. Annex, 96 Chung Shan N. Rid., Sec. 2, Taipei, Taiwan, R.O.C. which indicates that Rothchilt purchased the Product from Knauf Plasterboard (Tianjin) Co., Ltd. ("Knauf"). It appears that Rothchilt shipped the Product to La Suprema Enterprise, Inc. ("La Suprema"), 20201 East Country Club Drive, Suite 501, Aventura, Florida 33180, who was the consignee of shipments of the Product from Rothchilt. A company by the name of La Suprema Trading, Inc. ("Trading"), 4456 N.W. 74th Avenue, Miami, Florida 33156, invoiced Banner for the Product and delivered the Product to Banner's warehouses. Based upon the documentation, Banner understands that the origin of the Product may have been from Knauf in China, as well as some other areas, but Banner has no personal knowledge of this. It further appears that Banner received drywall identified on the wallboard itself as "Shamrock," but Banner cannot identify the name of the Chinese Manufacturer with respect to the wallboard identified as "Shamrock."

   2.  Address of Chinese Drywall Manufacturer, if known: Based upon independent research and pleadings, Banner understands that Knauf's address is North Yinhe Bridge, East Jingin Road, Beichen District Economic Development Zone, Tianjin Municipality, P.R., China 300400, but Banner has no personal knowledge of this.

   3.  Name of Chinese Drywall Product, if known: ½" Regular drywall 4' x 12'

   4.  Dates of purchase(s):

     A.  From La Suprema:

       January 4, 5, 12, 13, 18, 19, 20, 23, 24, 25, 26, 27, 28 and 31 of 2006

       February 8, 9, 10, 13, 14, 17, 20, 21 and 24 of 2006.

       March 1, 2, 6, 13, 27 and 29 of 2006.

       April 3, 4, 6, 11, 13, 14, 17, 18, 19, 21 and 28 of 2006.

       May 5, 10, 11, 18, 23, 24 and 30 of 2006.

       June 2, 6, 14, 15, 16, 19, 20, 22, 29 and 30 of 2006.

       July 6, 7, 12, 13, 28 and 31 of 2006.

       August 7, 8, 9, 11, 14, 16, 18 and 28 of 2006.

       September 6, 12, 15, 20, 21, 22, 27 and 29 of 2006.

       October 2, 3, 4, 6 and 20 of 2006.

The foregoing dates are based upon the accrual method of accounting and indicate when Banner actually received Product in its warehouse and the transaction was booked on Banner's records as a purchase. To the best of Banner's knowledge, information and belief, Banner stopped shipping and/or delivering Knauf manufactured Product in November of 2006.

5.  **Total Volume of received Chinese Drywall product:** Banner's documents reflect that Banner received 251,696 pieces of drywall from La Suprema. Based upon the documentation from Rothchilt, La Suprema and Trading, Banner cannot specifically identify which pieces were manufactured by any specific Chinese manufacturer.

6.  **Identify any markings on the Chinese Drywall product (e.g., lot number, batch number, serial number, color markings, UPC codes, etc.):** Based upon published materials and a comparison of those materials with Banner's observations, the Product, insofar as Knauf is concerned, may contain the following marks and/or brands:

    a.  "Knauf-Tianjin China ASTM C36"

    b.  The end tape may be blue and yellow and striped or grey and blue and striped.

    Based upon Banner's observations, the Product, insofar as the "Shamrock" board is concerned, may contain no markings. The end tape may be green and yellow, state "Shamrock Gold" and may have four leafed clovers on it.

7.  **List all trademarks of the product, if known:** Unknown.

8.  **The name and address of any importer, exporter, purchasing agent, or sales broker involved or referenced in any way with respect to your purchases of Chinese Drywall:**

    Rothchilt International Limited
    1-510 Chai Shin Bldg Annex
    96 Chung Shan N. Rd., Sec. 2, Taipei, Taiwan, R.O.C.

    La Suprema Enterprise, Inc.
    20201 East Country Club Drive, Suite 501
    Aventura, Florida 33180

    La Suprema Trading, Inc.
    4456 N.W. 74th Avenue
    Miami, Florida 33316

9.  **If known, prior to your receipt of or taking title to the Chinese Drywall, if any of your Chinese drywall was stored at any time by or for you at any location, identify the following:**

    Name of entity providing storage:  La Suprema Trading, Inc.
                  4456 N.W. 74th Avenue
                  Miami, Florida 33316

                  Maersk Line
                  Port of Miami

    Address of entity providing storage:  4456 N.W. 74th Avenue
                  Miami, Florida 33316

    Dates product was stored:  Unknown.
    ___/___/_____(Month / Day / Year) to ___/___/_____ (Month / Day / Year)

3

Quantity of product stored: Unknown.

Price paid for storage:  Unknown.

Name of contact person at storage facility: Unknown.

Phone number:  (786) 316-5658

Email address: sfarah555@cs.com

List any complaints made or received regarding storage of the product: None.

### IV.    DISTRIBUTOR'S ABILITY TO TRACK SHIPMENTS

Please state whether you are able to track the distribution of Chinese drywall?  If yes, provide names and/or entities of those to whom you supplied Chinese drywall.  If you cannot track the distribution of Chinese drywall, please provide a description of your distribution process, including a description of database accessibility of this information, and the name and address of the person or persons with knowledge of the same:

Banner is unable to determine the amount of Product shipped to each customer since Banner's invoices do not reflect whether the drywall that Banner shipped was manufactured in China.  In addition, Banner is unable to determine whether Product is defective until: (1) Banner is sued or Banner receives a potential claim by a claimant; (2) Banner reviews its records and determines whether Banner shipped Product to a customer that installed Product at the designated property address or shipped Product directly to the designated property address; (3) Banner physically inspects the Product installed at the designated property address to determine whether it was manufactured in China; and (4) Banner cross references its records against the designated property address to determine whether Banner delivered Product to the designated property address, or whether Banner's records reflect that Product was delivered to a specific customer and that customer confirms installation of Product at the designated property address.  Banner maintains Invoices and, in some instances, delivery tickets.

### V.    INSURANCE [NEED ZURICH/MARYLAND]

A.    Identify all policies of insurance, including all CGL, Product Liability, Builder's Risk, D&O and Excess insurance policies relating to claims.[1]

For each policy, identify the following:

1.    Insurer:  The Hanover American Insurance Company

Dates policy in effect:

01/01/2006 (Month / Day / Year)  to  01/01/2007 (Month / Day / Year)

| | |
|---|---|
| Policy Number: | ZZJ 8740164-00 |
| Type of Policy: | Commercial Lines Policy |
| Insurance Agent | Filer Insurance, Inc. |
| Policy Coverage Limits | $1 million each occurrence / $2 million products-completed operations aggregate |

---

[1] Listing policies does not purport to represent coverage status.

4

2.  Insurer:  The Hanover American Insurance Company
    Dates policy in effect:
    01/01/2007 (Month / Day / Year)  to  01/01/2008 (Month / Day / Year)
    Policy Number:                ZZJ 8740164-02
    Type of Policy:               Commercial Lines Policy
    Insurance Agent               Filer Insurance, Inc.
    Policy Coverage Limits        $1 million each occurrence / $2 million products-
                                  completed operations aggregate

3.  Insurer:  The Hanover American Insurance Company
    Dates policy in effect:
    01/01/2008 (Month / Day / Year)  to  01/01/2009 (Month / Day / Year)
    Policy Number:                ZZJ 8740164-03
    Type of Policy:               Commercial Lines Policy
    Insurance Agent               Filer Insurance, Inc.
    Policy Coverage Limits        $1 million each occurrence / $2 million products-
                                  completed operations aggregate

4.  Insurer:  Travelers Indemnity Company of Illinois
    Dates policy in effect:
    01/01/2003 (Month / Day / Year)  to  01/01/2004 (Month / Day / Year)
    Policy Number:                982X1642-TIL-03
    Type of Policy:               Commercial General Liability
    Insurance Agent               BIC Managers (FA922)
    Policy Coverage Limits        Products -- Completed Operations Aggregate Limit:
                                  $2,000,000.00; General Aggregate Limit (other than
                                  Products -- Completed Operations): $4,000,000.00;
                                  Each Occurrence Limit: $1,000,000.00

5.  Insurer:  Travelers Indemnity Company of Connecticut
    Dates policy in effect:
    01/01/2004 (Month / Day / Year)  to  01/01/2005 (Month / Day / Year)
    Policy Number:                982X1642-TCT-04
    Type of Policy:               Commercial General Liability
    Insurance Agent               BIC Managers
    Policy Coverage Limits        Products -- Completed Operations Aggregate Limit:
                                  $2,000,000.00; General Aggregate Limit (other than
                                  Products -- Completed Operations): $4,000,000.00;
                                  Each Occurrence Limit: $1,000,000.00

5

6.    Insurer:  Travelers Indemnity Company of Illinois

Dates policy in effect:

01/01/2005 (Month / Day / Year)  to  01/01/2006 (Month / Day / Year)

Policy Number:                  982X1642-TIL-05

Type of Policy:                 Commercial General Liability

Insurance Agent                 S & C – Coral Gables (FA922)

Policy Coverage Limits          Products – Completed Operations Aggregate Limit:
                                $2,000,000.00; General Aggregate Limit (other than
                                Products – Completed Operations): $4,000,000.00;
                                Each Occurrence Limit: $1,000,000.00

7.    Insurer:  National Union Fire Insurance Company of Pittsburgh, P.A.

Dates policy in effect:

01/01/2004 (Month / Day / Year)  to  01/01/2005 (Month / Day / Year)

Policy Number:                  BE 5683249

Type of Policy:                 Commercial Umbrella Policy

Insurance Agent                 CRC Insurance Services Inc.

Policy Coverage Limits          $5 million each occurrence / $5 million aggregate

8.    Insurer:  National Union Fire Insurance Company of Pittsburgh, P.A.

Dates policy in effect:

01/01/2006 (Month / Day / Year)  to  01/01/2007 (Month / Day / Year)

Policy Number:                  BE 9300273

Type of Policy:                 Commercial Umbrella Policy

Insurance Agent                 CRC Insurance Services Inc.

Policy Coverage Limits          $10 million each occurrence / $10 million aggregate

9.    Insurer:  National Union Fire Insurance Company of Pittsburgh, P.A.

Dates policy in effect:

01/01/2008 (Month / Day / Year)  to  01/01/2009 (Month / Day / Year)

Policy Number:                  BE 5543482

Type of Policy:                 Commercial Umbrella Policy

Insurance Agent                 CRC Insurance Services Inc.

Policy Coverage Limits          $10 million each occurrence / $10 million aggregate

10.   Insurer:  National Union Fire Insurance Company of Pittsburgh, P.A.

Dates policy in effect:

01/01/2009 (Month / Day / Year)  to  01/01/2010 (Month / Day / Year)

Policy Number:                  7606364

Type of Policy:                 Commercial Umbrella Policy

6

|  |  |
|---|---|
| Insurance Agent | CRC Insurance Services Inc. |
| Policy Coverage Limits | $25 million each occurrence / $25 million aggregate |

11. Insurer: Illinois National Insurance Company

Dates policy in effect:

01/01/2005 (Month / Day / Year) to 01/01/2006 (Month / Day / Year)

| Policy Number: | BE 3835949 |
|---|---|
| Type of Policy: | Commercial Umbrella Policy |
| Insurance Agent | CRC Insurance Services Inc. |
| Policy Coverage Limits | $10 million each occurrence / $10 million aggregate |

12. Insurer: American Specialty Lines Insurance Company

Dates policy in effect:

01/01/2007 (Month / Day / Year) to 01/01/2008 (Month / Day / Year)

| Policy Number: | BE 3954862 |
|---|---|
| Type of Policy: | Commercial Umbrella Policy |
| Insurance Agent | CRC Insurance Services Inc. |
| Policy Coverage Limits | $10 million each occurrence / $10 million aggregate |

13. Insurer: Maryland Casualty Company

Dates policy in effect:

08/28/2005 (Month / Day / Year) to date policy is cancelled/non-renewed

| Policy Number: | PPS 42534587 |
|---|---|
| Type of Policy: | Precision Portfolio Policy |
| Insurance Agent | Filer Insurance, Inc. |
| Policy Coverage Limits | $1 million each occurrence / $2 million products and completed products aggregate / $2 million general aggregate |

14. Insurer: Maryland Casualty Company

Dates policy in effect:

08/28/2004 (Month / Day / Year) to date policy is cancelled/non-renewed

| Policy Number: | PPS 42534587 |
|---|---|
| Type of Policy: | Precision Portfolio Policy |
| Insurance Agent | Filer Insurance, Inc. |
| Policy Coverage Limits | $1 million each occurrence / $2 million products and completed products aggregate / $2 million general aggregate |

15. Insurer: Maryland Casualty Company

Dates policy in effect:

7

<u>08/28/2003</u> (Month / Day / Year)  to <u>date policy is cancelled/non-renewed</u>

| | |
|---|---|
| Policy Number: | <u>PPS 42534587</u> |
| Type of Policy: | <u>Precision Portfolio Policy</u> |
| Insurance Agent | <u>Filer Insurance, Inc.</u> |
| Policy Coverage Limits | <u>$1 million each occurrence / $2 million products and completed products aggregate / $2 million general aggregate</u> |

16.  Insurer:      <u>FCCI Insurance Company</u>

Dates policy in effect:

<u>08/28/2006</u> (Month / Day / Year)  to <u>08/28/2007</u> (Month / Day / Year)

| | |
|---|---|
| Policy Number: | <u>GL 0004593 1</u> |
| Type of Policy: | <u>Commercial General Liability Coverage</u> |
| Insurance Agent | <u>Filer Insurance, Inc.</u> |
| Policy Coverage Limits | <u>$1 million each occurrence / $2 million products and completed products aggregate / $2 million general aggregate</u> |

17.  Insurer:      <u>FCCI Insurance Company</u>

Dates policy in effect:

<u>08/28/2007</u> (Month / Day / Year)  to <u>08/28/2008</u> (Month / Day / Year)

| | |
|---|---|
| Policy Number: | <u>GL 0004593</u> |
| Type of Policy: | <u>General Liability Coverage</u> |
| Insurance Agent | <u>Filer Insurance, Inc.</u> |
| Policy Coverage Limits | <u>$1 million each occurrence / $2 million products and completed products aggregate / $2 million general aggregate</u> |

18.  Insurer:      <u>FCCI Commercial Insurance Company</u>

Dates policy in effect:

<u>08/28/2008</u> (Month / Day / Year)  to <u>08/28/2009</u> (Month / Day / Year)

| | |
|---|---|
| Policy Number: | <u>GL 0004593</u> |
| Type of Policy: | <u>General Liability Coverage</u> |
| Insurance Agent | <u>Filer Insurance, Inc.</u> |
| Policy Coverage Limits | <u>$1 million each occurrence / $2 million products and completed products aggregate / $2 million general aggregate</u> |

8

19.   Insurer:            FCCI Commercial Insurance Company
      Dates policy in effect:
      08/28/2006 (Month / Day / Year)  to  08/28/2007 (Month / Day / Year)
      Policy Number:       UMB0004525 1
      Type of Policy:      Commercial Umbrella Policy
      Insurance Agent      Filer Insurance, Inc.
      Policy Coverage Limits      $1 million each occurrence / $1 million products and
                                  completed products aggregate / $1 million general
                                  aggregate

20.   Insurer:            FCCI Commercial Insurance Company
      Dates policy in effect:
      08/28/2007 (Month / Day / Year)  to  08/28/2008 (Month / Day / Year)
      Policy Number:       UMB0004524 2
      Type of Policy:      Commercial Umbrella Policy
      Insurance Agent      Filer Insurance, Inc.
      Policy Coverage Limits      $1 million each occurrence / $1 million aggregate
                                  limit

21.   Insurer:            FCCI Commercial Insurance Company
      Dates policy in effect:
      08/28/2008 (Month / Day / Year)  to  08/28/2009 (Month / Day / Year)
      Policy Number:       UMB0004524 3
      Type of Policy:      Commercial Umbrella Policy
      Insurance Agent      Filer Insurance, Inc.
      Policy Coverage Limits      $1 million each occurrence / $1 million aggregate
                                  limit

**Comment:** The language should track the Plaintiff Fact Sheet.

CERTIFICATION

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Defendant Manufacturers' Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration, to the extent that such documents are in my possession, custody or control.

_____          _____
Date                          Entity

                              By: _____

                              Its: _____

9

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE MANUFACTURED DRYWALL          : MDL No. 2047
PRODUCTS LIABILITY LITIGATION                          : Section L

_____ :

This Document Relates to                                        : JUDGE FALLON
ALL CASES                                                              : MAG. JUDGE WILKINSON

---

### DISTRIBUTOR PROFILE FORM

All Defendant Drywall Distributors must complete and submit this Defendant Distributors' Profile Form. Additionally, each Defendant Drywall Distributor must sign and date Exhibit A to the Defendant Distributors' Profile Form for each property owned, rented or occupied by persons who are named Plaintiffs in suits pending in the MDL.  The term "Chinese Drywall or Wallboard" encompasses all wallboard of Chinese origin or manufacture without reference to whether the particular wallboard has been found to be defective.  If additional knowledge becomes known after completion, this Defendant Distributors' Profile Form must be supplemented.  If additional space is needed to answer any questions or complete your responses, additional pages may be attached.  The questions contained within this Profile Form are non-objectionable and shall be answered without objection.  By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.  Please print legibly or type your responses in English.

### I.    IDENTIFICATION AND CONTACT INFORMATION

A.    Distributor's Name:    Banner Supply Company Tampa, L.L.C.

B.    Distributor's Address: 12514 South U.S. Highway 41, Gibsonton, Florida 33534

C.    Website: www.bannersupply.com

D.    Headquarters if Foreign:  Not applicable.

E.    Address of USA Headquarters:  See B above.

F.    Name of supervisor at USA Headquarters:  Mr. Ray Johnson

G.    Principal Place of Business in USA:  See B above.

H.    Has Distributor operated under any other names from 2001 to 2009?  If so, please list and explain for each different locale: No.

I.    Did Distributor also install Chinese Drywall?  No.  If so, describe involvement as installer:  Not applicable.

### II.    COUNSEL INFORMATION OF DEFENDANT DISTRIBUTOR

A.    Name:    Jan Douglas Atlas, Esq. and Jeffrey A. Backman, Esq.

B.    Address:    Adorno & Yoss LLP, 350 East Las Olas Boulevard, Suite 1700, Fort Lauderdale, Florida 33301

C.    Telephone:    Telephone: (954) 763-1200

D.    Fax Number:    Facsimile:  (954) 766-7800

E.    E-Mail:    jatlas@adorno.com; jbackman@adorno.com

1