UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**O R D E R**

Considering the Plaintiffs' Steering Committee's Motion for Leave to File Response of the Plaintiffs' Steering Committee to Taishan's Motion for Protective Order Limiting Scope of 30(b)(6) Deposition Under Seal;

IT IS ORDERED BY THE COURT THAT the motion is GRANTED and the Response of the Plaintiffs' Steering Committee to Taishan's Motion for Protective Order Limiting Scope of 30(b)(6) Deposition and Exhibits A through G be and are hereby filed UNDER SEAL.

New Orleans, Louisiana, this ____ day of _____, 2015.

_____
Eldon E. Fallon
United States District Court Judge

1