**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: CHINESE-MANUFACTURED        *        MDL NO. 2047
    DRYWALL PRODUCTS                         *
    LIABILITY LITIGATION                      *        SECTION: L
                            *
                            *        JUDGE FALLON
**This document relates to all cases**    *
    **Case No. 10-362. Sec. L. Mg. 2**       *        MAG. JUDGE WILKINSON
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF FILING VOLUMINOUS MATERIALS VIA FLASH DRIVE IN SUPPORT OF OCEANIQUE DEVELOPMENT COMPANY, INC.'S MEMORANDUM IN SUPPORT OF MOTION TO REVIEW SPECIAL MASTER'S OPINION AND DECREE (DOC. NO. 19023)

PLEASE TAKE NOTICE that pursuant to the Already Remediated Homes Protocol under the Knauf Settlement Agreement that counsel for Claimant Oceanique Development Company, Inc. has provided to the Court and the Knauf Defendants flash drives containing the contents of three large binders containing documents bates labeled OCEANIQUE DEVELOPMENT CO (ARH) 1-1570. The aforementioned documents were provided to the Knauf Defendants during the pendency of the claim and to the Special Master.

Respectfully submitted,

/s/  Ervin Gonzalez
ERVIN A. GONZALEZ
Fla. Bar No. 500720
Ervin@colson.com
PATRICK S. MONTOYA
Fla. Bar No. 524441
Patrick@colson.com
COLSON HICKS EIDSON COLSON
MATTHEWS MARTINEZ GONZALEZ
KALBAC & KANE
255 Alhambra Circle, PH
Coral Gables, FL   33134
Phone: (305) 476-7400

1

Fax:    (305) 476-7444

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 30th day of May, 2015.

/s/  Ervin Gonzalez