# Crowson, Gabe

| | |
|---|---|
| **From:** | Crowson, Gabe |
| **Sent:** | Monday, May 11, 2015 5:00 PM |
| **To:** | 'Bruce Steckler' |
| **Cc:** | Matthew Gaughan; Arnold Levin (alevin@lfsblaw.com); Fred Longer; Russ Herman; Leonard A. Davis (LDAVIS@hhkc.com); Madelyn O'Brien; Lillian Flemming; 'Sandy Duggan' (sduggan@lfsblaw.com); Michael D. Ferachi |
| **Subject:** | RE: JP Morgan Documents |

Bruce,

Thanks for your message. We have reviewed this third version of the PSC's document subpoena and do not believe that it comports with the Court's instructions at last Thursday's status conference. Judge Fallon made it clear that the PSC was to provide specific predicate information to JPMorgan Chase & Co., along with specifically tailored document requests. This new set of requests does neither, but instead expands the scope of the subpoena, which for reasons previously explained to you, is way overbroad and objectionable. While we are willing to discuss specific requests by the PSC based on specific predicate information, we do not believe that this amended request is a step in that direction.

Thanks,
Gabe

**Gabriel A. Crowson**
McGlinchey Stafford
Direct: (504) 596-2839
Cell: (504) 913-5403
Fax: (504) 910-8465
Email: gcrowson@mcglinchey.com




12th Floor, 601 Poydras Street    PO Box 60643
New Orleans, LA 70130    New Orleans LA 70160-0643

---

**From:** Bruce Steckler [mailto:Bruce@stecklerlaw.com]
**Sent:** Friday, May 08, 2015 3:59 PM
**To:** Crowson, Gabe
**Cc:** Matthew Gaughan; Arnold Levin (alevin@lfsblaw.com); Fred Longer; Russ Herman; Leonard A. Davis (LDAVIS@hhkc.com); Madelyn O'Brien; Lillian Flemming; 'Sandy Duggan' (sduggan@lfsblaw.com)
**Subject:** JP Morgan Documents

Pursuant to the Court's directives, we are attaching revised document requests. The scope of the deposition will encompass these document requests and the topics previously outlined. Matt Gaughan and I would like to schedule a meeting with you on **Friday, May 15th at Herman, Herman & Katz in New Orleans** to discuss the documents and deposition. If you have any questions, please do not hesitate to contact us. We appreciate your professional courtesies.

Yours, Bruce Steckler

**Bruce W. Steckler**
**STECKLER, LLP**
12720 Hillcrest Road
Suite 1045

1



Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-4041
www.StecklerLaw.com