# Crowson, Gabe

| | |
|---|---|
| **From:** | Matthew Gaughan <MGaughan@lfsblaw.com> |
| **Sent:** | Friday, May 29, 2015 5:25 PM |
| **To:** | Crowson, Gabe; 'Russ Herman' |
| **Cc:** | 'Bruce Steckler'; Arnold Levin; Fred Longer; 'Lenny Davis'; 'Madelyn O'Brien'; 'Lillian Flemming'; Sandy Duggan; Ferachi, Michael |
| **Subject:** | FW: JP Morgan Dropbox share |

Dear counsel – below is a link to the documents identified in our discovery requests. Let me know if you have any problems was the dropbox site. Matt.

**From:** Thomas Shrack
**Sent:** Friday, May 29, 2015 3:42 PM
**To:** Matthew Gaughan
**Subject:** JP Morgan Dropbox share

Here are the link and password to access the JP Morgan files:

Link:		https://www.dropbox.com/sh/96p4ikzqrl702dz/AABoI6Z2OaMeQu53KvPNsfQ4a?dl=0

Password:	*Re9_*:!%R


I will send the info for Morgan Stanley in a subsequent email.

Sincerely,
Thomas A. Shrack

**Levin, Fishbein, Sedran & Berman**
**Counselors at Law and Proctors in Admiralty**
510 Walnut Street, Suite 500
Philadelphia, PA  19106
(215) 592-1500,  Fax 592-4663
www.LFSBLaw.com

CONFIDENTIALITY NOTE: This e-mail message contains information belonging to the law firm of Levin, Fishbein, Sedran & Berman and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.



EXHIBIT D