UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| THIS DOCUMENT APPLIES TO | * | |
| ALL CASES | * | MAGISTRATE JUDGE |
| | * | WILKINSON |

******************************************

## NON-PARTY JPMORGAN CHASE & CO.'S CROSS-MOTION TO QUASH SUBPOENA

Non-Party, JPMorgan Chase & Co., respectfully moves this Court to quash the May 18, 2015 Subpoena issued by the Plaintiffs' Steering Committee (the "PSC"). (Dkt. 18951.) As explained in the accompanying memorandum in support, the PSC's request for expedited discovery from JPMorgan Chase & Co. is rife with procedural and substantive infirmities. For one thing, there is no emergency requiring immediate relief from the Court, as the discovery sought by the PSC (even if relevant, which it is not) is not pertinent to the upcoming class damages hearing. And the Court has already denied the PSC's request for expedited discovery from JPMorgan Chase & Co. Moreover, the PSC has yet to articulate how the discovery sought from JPMorgan Chase & Co. has any bearing on the "contempt track" or the "alter ego track."

Thus, the PSC thus has not met *its obligation* under Rule 45 to avoid imposing an undue burden or expense on a non-party. Finally, the PSC has yet to comply with this Court's October 25, 2011 order requiring it to make a showing that a holding company, such as JPMorgan Chase & Co., has custody or control over documents that might be possessed by an affiliate. Accordingly, the Court should quash the PSC's May 18, 2015 subpoena.

1

WHEREFORE, JPMorgan Chase & Co. respectfully requests that the Court grant JPMorgan Chase & Co.'s cross-motion and quash the PSC's May 18, 2015 subpoena.

Respectfully submitted,

/s/ Gabriel A. Crowson
Michael D. Ferachi (#19566)
Gabriel A. Crowson (#28009)
**McGlinchey Stafford, PLLC**
601 Poydras Street, 12th Floor
New Orleans, Louisiana 70130
Telephone: (504) 586-1200
Fax: (504) 596-2800

*Counsel for Non-Party, JPMorgan Chase & Co.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on all counsel of record, via the Court's ECF system, this 31st day of May, 2015.

/s/ Gabriel A. Crowson
Gabriel A. Crowson
