## Crowson, Gabe

| | |
|---|---|
| **From:** | Crowson, Gabe |
| **Sent:** | Tuesday, May 26, 2015 3:38 PM |
| **To:** | 'Matthew Gaughan'; Russ Herman |
| **Cc:** | Bruce Steckler; Arnold Levin; Fred Longer; Lenny Davis; Madelyn O'Brien; Lillian Flemming; Sandy Duggan; Ferachi, Michael |
| **Subject:** | RE: JP Morgan Documents |

Matt,

I have not been authorized to accept service for the new subpoena. Also, I did talk to Chris Venojska of Orrick at the end of last week about your list of documents, and he informed me that all or nearly all of the documents are documents that the PSC retrieved and then Bates-stamped. He also said many of them are publicly-available annual reports. As such, he directed me back to you for copies of the documents. Indeed, I was able to pull a few documents through internet searches and it merely appears that the referenced documents are annual reports in which a JPMorgan Chase & Co. is listed as one of the stockholders of CNBM. In that regard, please provide us an explanation, along with appropriate legal authorities, as to how this has any bearing on the contempt or jurisdictional discovery. Finally, I don't appreciate the scavenger hunt for these documents that you sent me on, when you could have simply given me the information when we met.

Gabriel A. Crowson
McGlinchey Stafford
Direct: (504) 596-2839
Cell: (504) 913-5403
Fax: (504) 910-8465
Email: gcrowson@mcglinchey.com




12th Floor, 601 Poydras Street   PO Box 60643
New Orleans, LA 70130   New Orleans LA 70160-0643

---

**From:** Matthew Gaughan [mailto:MGaughan@lfsblaw.com]
**Sent:** Tuesday, May 26, 2015 9:45 AM
**To:** Crowson, Gabe; Russ Herman
**Cc:** Bruce Steckler; Arnold Levin; Fred Longer; Lenny Davis; Madelyn O'Brien; Lillian Flemming; Sandy Duggan; Ferachi, Michael
**Subject:** RE: JP Morgan Documents

Gabe – we never heard back from you regarding my emails below. Please advise on whether you will agree to accept service of our amended papers. Also, please provide us with an update concerning your efforts to uncover responsive documents. Finally, what is your availability for a call with me and Bruce? Matt.

---

**From:** Matthew Gaughan
**Sent:** Monday, May 18, 2015 6:42 PM
**To:** 'Crowson, Gabe'; 'Russ Herman'
**Cc:** 'Bruce Steckler'; Arnold Levin; Fred Longer; 'Lenny Davis'; 'Madelyn O'Brien'; 'Lillian Flemming'; Sandy Duggan; 'Ferachi, Michael'
**Subject:** RE: JP Morgan Documents

Gabe – here is the rest of the packet.

1



EXHIBIT E

**From:** Matthew Gaughan
**Sent:** Monday, May 18, 2015 6:39 PM
**To:** 'Crowson, Gabe'; Russ Herman
**Cc:** Bruce Steckler; Arnold Levin; Fred Longer; Lenny Davis; Madelyn O'Brien; Lillian Flemming; Sandy Duggan; Ferachi, Michael
**Subject:** RE: JP Morgan Documents

Gabe – please see the attached amended deposition notice that we filed earlier today. Can we assume that you will agree to accept service of the same? Also, is there any update regarding your efforts to coordinate with CNBM? Matt.

---

**From:** Crowson, Gabe [mailto:gcrowson@mcglinchey.com]
**Sent:** Thursday, May 14, 2015 10:15 AM
**To:** Russ Herman
**Cc:** Bruce Steckler; Matthew Gaughan; Arnold Levin; Fred Longer; Lenny Davis; Madelyn O'Brien; Lillian Flemming; Sandy Duggan; Ferachi, Michael
**Subject:** RE: JP Morgan Documents

Russ & Bruce,

I cannot meet at noon tomorrow, as I have a lunch meeting for a firm committee. I can meet in the morning but would have to leave no later than 11:00. Let me know what time works best and send me the "discrete list" mentioned in your email below, so that I can send to my client for review. Also, given that the Court denied without prejudice the PSC's motion for expedited discovery as to JPMorgan Chase, please confirm that the deposition noticed for May 19 is off the calendar.

Finally, I want to express the difficulties posed by the ever-changing requests made by the PSC to JPMorgan Chase & Co. In the span of one week, the PSC issued two subpoenas and then another set of document requests, each of which only expanded the prior version. In addition, when we did have a meet-and-confer last Monday, we were told to focus on certain entities and whether they held shares in JPMorgan Chase. We started researching that issue only to have the PSC change course two days later and file a brief stating that the PSC was looking for information about a certain company traded on the Hong Kong exchange in which certain JPMC companies owned positions (information that was provided to you by JPMC three years ago). And you now claim to have a discrete list of requests. Under these circumstances, the PSC's subpoena efforts fail to comply with Rule 45. Nonetheless, as noted above, we will meet with you to get your list and your thoughts on the scope of the subpoena. We will then confer with our client and get back to you.

Thanks,
Gabe

**Gabriel A. Crowson**
McGlinchey Stafford
Direct: (504) 596-2839
Cell: (504) 913-5403
Fax: (504) 910-8465
Email: gcrowson@mcglinchey.com



12th Floor, 601 Poydras Street    PO Box 60643
New Orleans, LA 70130             New Orleans LA 70160-0643

---

**From:** Russ Herman [mailto:RHERMAN@hhklawfirm.com]
**Sent:** Wednesday, May 13, 2015 5:03 PM

2

**To:** Crowson, Gabe
**Cc:** Bruce Steckler; Matthew Gaughan; Arnold Levin (alevin@lfsblaw.com); Fred Longer; Lenny Davis; Madelyn O'Brien; Lillian Flemming; 'Sandy Duggan' (sduggan@lfsblaw.com); Ferachi, Michael
**Subject:** Re: JP Morgan Documents

I previously
Advised you that we would meet at our offices with you at any time
Convenient to you
In a face to face meet and confer
And provide you with a discrete list
But have not heard back. We are meeting with counsel For Morgan Stanley on Friday our offices between
9:30 and 11:30 am
Sent from my iPhone

On May 13, 2015, at 4:58 PM, Crowson, Gabe <gcrowson@mcglinchey.com> wrote:

> Bruce,
>
> We have yet to receive specifically tailored document requests based on specific predicate information that would justify such discovery from a non-party. Moreover, we have yet to receive an explanation from the PSC as to how its current subpoena efforts comply with the Court's October 25, 2011 Order and Reasons (Rec. Doc. 10854). As such, I don't see how an in-person meeting would be productive at this point. We are willing to discuss specifically tailored requests based on specific predicate information, but we have not been provided any such requests.
>
> Thanks,
> Gabe
>
> **Gabriel A. Crowson**
> McGlinchey Stafford
> Direct: (504) 596-2839
> Cell: (504) 913-5403
> Fax: (504) 910-8465
> Email: gcrowson@mcglinchey.com
>
> S MCGLINCHEY STAFFORD 
>
> 12th Floor, 601 Poydras Street   PO Box 60643
> New Orleans, LA 70130            New Orleans LA 70160-0643
>
> ---
>
> **From:** Bruce Steckler [mailto:Bruce@stecklerlaw.com]
> **Sent:** Wednesday, May 13, 2015 4:48 PM
> **To:** Crowson, Gabe
> **Cc:** Matthew Gaughan; Arnold Levin (alevin@lfsblaw.com); Fred Longer; Russ Herman; Leonard A. Davis (LDAVIS@hhkc.com); Madelyn O'Brien; Lillian Flemming; 'Sandy Duggan' (sduggan@lfsblaw.com); Ferachi, Michael
> **Subject:** RE: JP Morgan Documents
>
> Gabe- Can we meet around noon Friday? Thanks, Bruce
>
> ---
>
> **From:** Bruce Steckler
> **Sent:** Monday, May 11, 2015 5:45 PM
> **To:** 'Crowson, Gabe'

3

**Cc:** Matthew Gaughan; Arnold Levin (alevin@lfsblaw.com); Fred Longer; Russ Herman; Leonard A. Davis (LDAVIS@hhkc.com); Madelyn O'Brien; Lillian Flemming; 'Sandy Duggan' (sduggan@lfsblaw.com); Ferachi, Michael
**Subject:** RE: JP Morgan Documents

Gabe:

    I am disappointed that the additional specific information that was included in our document requests were not helpful. We spent a significant amount of time adding detailed information to assist you. We even tailored these requests to specific JP Morgan entities, as opposed to the hundreds you referenced on our call. I am hopeful that at our meet and confer on Friday, we can work out any of your concerns. We look forward to your mutual cooperation. Yours, Bruce

**From:** Crowson, Gabe [mailto:gcrowson@mcglinchey.com]
**Sent:** Monday, May 11, 2015 5:00 PM
**To:** Bruce Steckler
**Cc:** Matthew Gaughan; Arnold Levin (alevin@lfsblaw.com); Fred Longer; Russ Herman; Leonard A. Davis (LDAVIS@hhkc.com); Madelyn O'Brien; Lillian Flemming; 'Sandy Duggan' (sduggan@lfsblaw.com); Ferachi, Michael
**Subject:** RE: JP Morgan Documents

Bruce,

Thanks for your message. We have reviewed this third version of the PSC's document subpoena and do not believe that it comports with the Court's instructions at last Thursday's status conference. Judge Fallon made it clear that the PSC was to provide specific predicate information to JPMorgan Chase & Co., along with specifically tailored document requests. This new set of requests does neither, but instead expands the scope of the subpoena, which for reasons previously explained to you, is way overbroad and objectionable. While we are willing to discuss specific requests by the PSC based on specific predicate information, we do not believe that this amended request is a step in that direction.

Thanks,
Gabe

**Gabriel A. Crowson**
McGlinchey Stafford
Direct: (504) 596-2839
Cell: (504) 913-5403
Fax: (504) 910-8465
Email: gcrowson@mcglinchey.com

 

12th Floor, 601 Poydras Street    PO Box 60643
New Orleans, LA 70130    New Orleans LA 70160-0643

**From:** Bruce Steckler [mailto:Bruce@stecklerlaw.com]
**Sent:** Friday, May 08, 2015 3:59 PM
**To:** Crowson, Gabe
**Cc:** Matthew Gaughan; Arnold Levin (alevin@lfsblaw.com); Fred Longer; Russ Herman; Leonard A. Davis (LDAVIS@hhkc.com); Madelyn O'Brien;

4

Lillian Flemming; 'Sandy Duggan' (sduggan@lfsblaw.com)
**Subject:** JP Morgan Documents

Pursuant to the Court's directives, we are attaching revised document requests. The scope of the deposition will encompass these document requests and the topics previously outlined. Matt Gaughan and I would like to schedule a meeting with you on **Friday, May 15th at Herman, Herman & Katz in New Orleans** to discuss the documents and deposition. If you have any questions, please do not hesitate to contact us. We appreciate your professional courtesies.

Yours,

Bruce Steckler

**Bruce W. Steckler**
**STECKLER, LLP**
12720 Hillcrest Road
Suite 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-4041
www.StecklerLaw.com

www.mcglinchey.com | www.CafaLawBlog.com

McGlinchey Stafford, PLLC in Florida, Louisiana, Mississippi, New York, Ohio and Texas and McGlinchey Stafford, LLP in California.

Confidentiality Statement: This email may contain attorney-client privileged or confidential information. It is for the sole use of the intended recipient(s). If you have received this transmission in error, immediately notify us by telephone at 504-586-1200 and return the original message to us at McGlinchey Stafford, 12th Floor, 601 Poydras Street, New Orleans, LA, 70130 via the United States Postal Service.

We take steps to remove metadata in attachments sent by email, and any remaining metadata should be presumed inadvertent and should not be viewed or used without our express permission. If you receive an attachment containing metadata, please notify the sender immediately and a replacement will be provided.

See McGlinchey Stafford Disclaimer/Privacy Policy http://www.mcglinchey.com/disclaimer/


CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended solely for the addressee.  Please do not read, copy, or disseminate it unless you are the addressee.  If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender.  Also, we would appreciate your forwarding the message back to us and deleting it from your system.  Thank you.