UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| THIS DOCUMENT APPLIES TO | * | |
| ALL CASES | * | MAGISTRATE JUDGE |
| | * | WILKINSON |

*********************************************

## <u>ORDER</u>

Considering the foregoing Cross-Motion to Quash Subpoena filed by Non-Party, JPMorgan Chase & Co.;

IT IS HEREBY ORDERED that JPMorgan Chase & Co.'s cross-motion to quash is granted and that the May 18, 2015 Subpoena issued by the Plaintiffs' Steering Committee (the "PSC") (Dkt. 18951) is hereby quashed.

New Orleans, Louisiana, this __ day of June, 2015.


_____
UNITED STATES DISTRICT JUDGE

1