**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L** |
| THIS DOCUMENT APPLIES TO ALL CASES | **JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |

**EXHIBIT "D" TO**
**THE PLAINTIFFS' STEERING COMMITTEE'S**
**REPLY IN SUPPORT OF THE PLAINTIFFS' STEERING COMMITTEE'S**
**EMERGENCY MOTION TO COMPEL JP MORGAN CHASE & CO. AND**
**MORGAN STANLEY TO COMPLY WITH THE PSC'S DISCOVERY REQUESTS**

# FILED UNDER SEAL