**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT APPLIES TO ALL CASES | JUDGE FALLON MAG. JUDGE WILKINSON |

**EXHIBIT "E" TO**
**THE PLAINTIFFS' STEERING COMMITTEE'S**
**REPLY IN SUPPORT OF THE PLAINTIFFS' STEERING COMMITTEE'S**
**EMERGENCY MOTION TO COMPEL JP MORGAN CHASE & CO. AND**
**MORGAN STANLEY TO COMPLY WITH THE PSC'S DISCOVERY REQUESTS**

# FILED UNDER SEAL