# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CHINA NATIONAL BUILDING MATERIAL INVESTMENT CO., LTD. (F/K/A BND CO., LTD.) § § § § Plaintiff, § § v. § § BNK INTERNATIONAL, LLC and § JEFFREY J. CHANG § § Defendants. § | Civil Action No. 1:14-cv-00701-SS<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES
AND DISCLOSURE STATEMENT**

COMES NOW, Plaintiff China National Building Material Investment Co., Ltd. (f/k/a BND Co., Ltd.), by and through its undersigned counsel, pursuant to Federal Rule of Civil Procedure 7.1, and hereby lists the following persons and/or entities who may have a financial interest in the outcome of this action:

1. Counsel for Plaintiff
   R. Edward Perkins
   Sheehy, Ware & Pappas, P.C.
   909 Fannin Street, Suite 2500
   Houston, TX  77010

2. Plaintiff China National Building Material Investment Co., Ltd. (f/k/a BND Co., Ltd.).

3. Plaintiff China National Building Material Investment Co., Ltd. (f/k/a BND Co., Ltd.) is a corporation whose shares owned by China National Building Material Company Limited, a company whose shares are publicly traded on the Hong Kong Stock Exchange, stock code 3323, ticker CNBM.

4. Defendant BNK International, LLC.

5. Defendant Jeffrey J. Chang.

6.     Counsel for Defendants
    Peter C. Ruggero
    Ruggero Law Firm PC
    1411 West Ave, Ste 200
    Austin, Texas 78701

    Respectfully submitted,

    /s/ R. Edward Perkins
    R. Edward Perkins
    State Bar No. 15790410
    Sheehy, Ware & Pappas, P.C.
    909 Fannin Street
    Suite 2500
    Houston, Texas 77010
    (713) 951-1004
    (713) 951-1199 fax
    eperkins@sheehyware.com

    *Attorneys for Plaintiff China National Building Material Investment Co., Ltd.*

2210813

2