MINUTE ENTRY
FALLON, J.
MAY 28, 2015

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION "L" |

**THIS DOCUMENT RELATES TO: ALL CASES**

## MINUTE ENTRY

On this date, the Court held a telephone status conference regarding the scope and methodology of the June 9, 2015 class damages hearing. The hearing was transcribed by Ms. Cathy Pepper, Official Court Reporter. Counsel may contact Ms. Pepper at (504) 589-7779 to request a copy of the transcript. The Plaintiffs' Steering Committee ("PSC"), Taishan, BNBM, and CNBM participated.

The Court clarified that the scope of the June 9 hearing is discretely focused on the issue of class damages. (*See also* Rec. Doc. 18921). Subsequent to the June 9 hearing, the Court will set deadlines, briefing schedules, and hearing dates for the contempt track, the jurisdictional track (currently, for BNBM), and any remaining issues regarding the damages track. *See id.* The Court directed the parties to narrow the scope of exhibits at the June 9 hearing to those that are relevant to the issue of class damages.

The Court explained that the parties will have the opportunity to cross-examine witnesses who are testifying at the June 9 hearing, although the questioning should not be repetitive. The

JS10(00:20)

Court further explained that if a party participates in cross examination at the June 9 hearing, then that party is deemed in the litigation and subject to the Court's authority.

    **IT IS ORDERED** that the participating parties shall submit to the Court an exhibit book **three full business days prior to the June 9 hearing.**

    **IT IS FURTHER ORDERED** that the participating parties shall submit to the Court **as soon as possible** a copy of the deposition of each witness who will testify at the June 9 hearing.

