Confidential - Subject to Further Confidentiality Review

```
 1             IN THE UNITED STATES DISTRICT

 2         FOR THE EASTERN DISTRICT OF LOUISIANA

 3                    MDL NO. 2047

 4                    SECTION:  L

 5                    JUDGE FALLON

 6           MAGISTRATE JUDGE WILKINSON

 7  ------------------------------------------------X

 8  IN RE:

 9  CHINESE-MANUFACTURED DRYWALL

10  PRODUCTS LIABILITY LITIGATION

11

12  THIS DOCUMENT APPLIES TO ALL CASES

13  ------------------------------------------------X

14           CONFIDENTIAL - SUBJECT TO FURTHER

15                CONFIDENTIALITY REVIEW

16       VIDEOTAPED DEPOSITION OF DAVID POGORILICH

17                   Atlanta, Georgia

18                    May 22, 2015

19

20

21   Reported by:  JoRita B. Meyer, RPR, RMR, CRR, CCR

22              GOLKOW TECHNOLOGIES, INC.

23         877.370.3377 ph | 917.591.5672 fax

24                  deps@golkow.com
```

EXHIBIT B

Confidential - Subject to Further Confidentiality Review

```
 1
 2
 3
 4                      May 22, 2015
 5                       8:13 a.m.
 6
 7
 8        Videotaped Deposition of DAVID POGORILICH,
 9   held at the offices of Alston & Bird, One Atlantic
10   Center, 1201 West Peachtree Street, Atlanta,
11   Georgia, pursuant to Notice, before JoRita B. Meyer,
12   a Registered Professional Reporter, Registered Merit
13   Reporter, Certified Realtime Reporter, and Certified
14   Court Reporter for the State of Georgia.
15
16
17
18
19
20
21
22
23
24
```

Confidential - Subject to Further Confidentiality Review

```
 1    (8:13 a.m., May 22, 2015)
 2             THE VIDEOGRAPHER:  We're now on the
 3    record.  My name is Harris Bitman.  I'm the
 4    videographer for Golkow Technologies.  Today's
 5    date is May 22, 2015, and the time is
 6    approximately 8:13 a.m.
 7             This video deposition is being held in
 8    Atlanta, Georgia, in the matter In Re Chinese
 9    Manufacturer Drywall Products Liability
10    Litigation.  This is filed in the United States
11    District Court for the Eastern District of
12    Louisiana, MDL Number 2047, Section L,
13    Judge Fallon.
14             The deponent today is David Pogorilich.
15             Will counsel please identify yourselves
16    for the record.
17             (Whereupon, appearances were entered on
18    the video record)
19             THE VIDEOGRAPHER:  The court reporter is
20    JoRita Meyer and will now swear in the witness.
21                      ///
22
23
24
```

```
 1            DAVID POGORILICH, called as a witness,
 2       having been duly sworn by a Certified Court
 3       Reporter, was examined and testified as
 4       follows:
 5            E X A M I N A T I O N
 6  BY MR. SEEGER:
 7       Q    Hi, Mr. Pogorilich.  I'm Chris Seeger.
 8  I'm going to ask you some questions today.
 9            Just one thing I just want you to know:
10  The purpose of my questioning is to -- I'd like to
11  know everything that you intend to say on June 9th
12  at trial, so I'm fine with complete answers.  I'll
13  do my best not to step on your answers.  If I do by
14  any chance interrupt you, just let me know if you
15  haven't completed.  I would like you to tell me
16  everything you can say about every question I ask.
17            Okay?
18       A    Very good.  Thank you.
19       Q    All right.  I want to talk a little bit
20  about background.  So you have a bachelor's degree
21  from Drexel; is that right?
22       A    Correct.
23       Q    Okay.  And you've got an MBA from the
24  University of Southern Florida?
```

```
 1        Q    Okay.  So it's your understanding it
 2   includes the garage?
 3        A    Yes, unless it was a detached garage.
 4        Q    Okay.  But you can easily remediate the
 5   interior of a house and the garage without ever
 6   touching the outside, correct?
 7        A    Oh, yeah.
 8        Q    Okay.  One of these things -- I'm sorry.
 9   I'm trying to go -- a select occupancy class, what's
10   the relevance of that to this case?
11        A    The relevance is that you're going to --
12   you know, depending on the home, it's just simply to
13   point out the number of variances that you can have
14   in going from one home to the next.
15        Q    Okay.  And do you know if Mr. Inglis
16   included this factor in his analysis?
17        A    I know that he's not -- he has not written
18   it, or I don't -- I've not seen it specifically
19   presented by Mr. Inglis, no.
20        Q    How about type of residence, what's the
21   relevance to your opinions here?
22        A    Where are you?  Okay.
23        Q    That's number 2.
24        A    There again, the amount of drywall in a
```

Confidential - Subject to Further Confidentiality Review

```
 1    one-story home, versus one and a half story, versus
 2    two story, versus three story, versus bi-level,
 3    versus tri-level is all going to be different, even
 4    if the square footage of the home, the footprint of
 5    the home, is the same.
 6         Q    Okay.  And why would that be?
 7         A    Well, some houses you have multiple
 8    ceilings.  Like, on a two-story home, you're going
 9    to have more ceilings drywalled, and you might have
10    more partitions in that than you would if you had a
11    one-story home, even though the footprint may be --
12    may look the same.
13         Q    But you'd be speculating when you use
14    words like "may have more partitions"?  I mean, you
15    could have a two-family home that would have exactly
16    the same amount of drywall as a similar one-family
17    home with the same square footage?  That's possible,
18    right?
19              MR. BLOCK:  Object to the
20         characterization.
21              THE WITNESS:  Well, and that's kind of my
22         point.  Until you go out and look at them, you
23         don't know.
24    BY MR. SEEGER:
```

Confidential - Subject to Further Confidentiality Review

1          C E R T I F I C A T E

2

3    STATE OF GEORGIA

4    COUNTY OF HALL

5         I, JoRITA B. MEYER, a Certified Court Reporter

6    within and for the state of Georgia, do hereby

7    certify:

8         That DAVID A. POGORILICH, the witness whose

9    deposition is hereinbefore set forth, was duly sworn

10   by me and that such deposition is a true record of

11   the testimony given by such witness.

12        I further certify that I am not related

13   to any of the parties to this action by blood or

14   marriage; and that I am in no way interested in the

15   outcome of this matter.

16        IN WITNESS WHEREOF, I have hereunto set

17   my hand this 26th day of May 2015.

18

19

20   _____

21        JoRITA B. MEYER, RPR, RMR, CRR, CCR

22

23

24