In re: Chinese-Manufactured Drywall Products Liability Litigation



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 134878-0001

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--WH International, Inc.
Court Case No. MDL 2047

HERMAN, HERMAN, ET AL
Ms. Kate Robinson
820 O'Keefe Ave.
New Orleans, LA 70113-1116

State of: **WASHINGTON** ) ss.
County of: **Snohomish** )

Name of Server: **Carlo Maietto**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **18th** day of **May**, 20 **15**, at **7:13** o'clock **A** M

Place of Service: at **5105 191st Street SW**, in **Lynnwood, WA 98036**

Documents Served: the undersigned served the documents described as:
**Subpoena to Testify at a Deposition in a Civil Action (with production request), with attached 30(b)(6); Expedited Notice of Deposition (with exhibits); Witness Fee**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**WH International, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Simon "Doe", Officer**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M**; Skin Color **Asian**; Hair Color **Black**; Facial Hair **No**
Approx. Age **50**; Approx. Height **5'7"**; Approx. Weight **165**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **19th** day of **May**, 20 **15**

Signature of Server

Notary Public   (Commission Expires)

**APS International, Ltd.**

[Notary Seal: KEITH ELLIS, NOTARY PUBLIC, STATE OF WASHINGTON, COMMISSION EXPIRES 12-16-2015]