In re: Chinese-Manufactured Drywall Products Liability Litigation



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 134732-0007

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Baoan International Investment Co., Ltd., c/o James Fan, President

Court Case No. MDL 2047

HERMAN, HERMAN, ET AL
Ms. Kate Robinson
820 O'Keefe Ave.
New Orleans, LA 70113-1116

State of: **California** ) ss.
County of: **Orange** )

Name of Server: **V. Royster**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action:

Date/Time of Service: that on the **22** day of **May**, 20 **15**, at **9:30** o'clock **a** M.

Place of Service: at **2675 Surrey Dr.**, in **Covina, CA 91724-3848**

Documents Served: the undersigned served the documents described as:
**Witness Fee Check (with production request), with attached 30(b)(6) Expedited Notice of Deposition (with Exhibits)**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Baoan International Investment Co., Ltd., c/o James Fan, President

Person Served, and Method of Service: By delivering them into the hands of ~~an officer or managing agent~~ whose name and title is: **Sadi Fan, Wife of James Fan**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F** ; Skin Color **Asian** ; Hair Color **Blk/White** ; Facial Hair ____
Approx. Age **60+** ; Approx. Height **5'5"** ; Approx. Weight **120lbs**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this **27** day of **May**, 20 **15**

Notary Public        (Commission Expires) **9-5-15**

TAMARA A. MORALES
COMM. #1951164
Notary Public - California
Orange County
My Comm. Expires Sep. 5, 2015