In re: Chinese-Manufactured Drywall Products Liability Litigation



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 135015-0001

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--JP Morgan Chase & Co., Through its Registered Agent:
The Corporation Trust Company
Court Case No. MDL 2047

HERMAN, HERMAN, ET AL
Ms. Kate Robinson
820 O'Keefe Ave.
New Orleans, LA 70113-1116

**State of:** Delaware ) ss.
**County of:** New Castle )

**Name of Server:** Robert DeLacy, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 28 day of May, 20 15, at 1:15 o'clock P M

**Place of Service:** at 1209 Orange Street, in Wilmington, DE 19801

**Documents Served:** the undersigned served the documents described as:
Subpoena to Testify at a Deposition in a Civil Action (with production request) with attached 30(b)(6) Expedited Notice of Deposition (with exhibits); Witness Fee

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
JP Morgan Chase & Co., Through its Registered Agent: The Corporation Trust Company
By delivering them into the hands of an officer or managing agent whose name and title is: Amy Mclaren, Authorized to Accept Service

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F ; Skin Color Caucasian ; Hair Color Brown ; Facial Hair n/a
Approx. Age 35 ; Approx. Height 5'5 ; Approx. Weight 135 lbs

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 28 day of May, 20 15

Notary Public    (Commission Expires)

**APS International, Ltd.**

(Notary seal: ANNE M. FRANCIA, MY COMMISSION EXPIRES Feb. 12, 2019, NOTARY PUBLIC, STATE OF DELAWARE)