# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

May 29, 2015

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 15-30404    In Re: Chinese Mft Drywall
                       USDC No. 2:09-MD-2047

Enclosed is an order entered in this case.

The joint designation of the record must be filed in the District Court within 14 days from the date of this letter and counsel must also provide this court with a copy of the designation at the time of filing. When notifying the Fifth Circuit, please electronically file a letter, and attach the joint designation of record to that filing.

                                    Sincerely,

                                    LYLE W. CAYCE, Clerk

                                    By: _____
                                    Shea E. Pertuit, Deputy Clerk
                                    504-310-7666

Mr. William W. Blevins
Mr. Wayne E. Ferrell Jr.
Mr. Phillip A. Wittmann

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 15-30404
_____

IN RE: CHINIESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

-----------------------------------------------------------------------------------------------------------

ANITA SANDERFORD; JAMES SANDERFORD; WES SANDERFORD; MARILYN
CLARK; FRANCIS PARLOW; SHEA LADNER; DESIREE LADNER; BRENDON LADNER;
BROOKLYN LADNER,

    Plaintiffs - Appellants

v.

HOMEBUILDERS AND INSTALLERS STEERING COMMITTEE; ET AL,

    Defendant

_____

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans
_____

O R D E R :

The Court of Appeals understands the record in this case is extremely voluminous. The court is concerned transporting and working with a record of this enormity would unnecessarily delay the resolution of this appeal.

Therefore, the parties are directed to assist the court by designating those portions of the record relevant to the pending appeal. The parties should attempt to agree on which documents should be included and should file a joint designation. If there are documents the plaintiff(s) believe should be included but the defendant(s) do not agree to, the plaintiff(s) may file a supplemental designation, and vice versa.

The parties are instructed to file the joint designation and (only if necessary) supplemental designations as soon as practicable but in no instance later than 14 days after the date of this order with the clerk of the District Court.

The District Court will construct the Record on Appeal based on the designation of the parties and supplemental designations if necessary.

/s/ Lyle W. Cayce
LYLE W. CAYCE
CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT