UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2047 |
|  | : |  |
|  | : | SECTION L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAGISTRATE JUDGE |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. : | | WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

The Court has received the attached correspondence from pro se Plaintiff Diane Jastram.

Ms. Jastram asks for permission to make a late-filed claim. The Court, however, has already

considered, and denied, Ms. Jastram's request to make a late-filed claim. (Rec. Doc. 18586).

Therefore,

**IT IS ORDERED** that Ms. Jastram's new request is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that the attached correspondence shall be filed into the

record.

New Orleans, Louisiana, this 29th day of May, 2015.

_____
UNITED STATES DISTRICT JUDGE

cc:
Ms. Diane Jastram
G15 Twin Lights Terrace
Highlands, NJ 07732

1