May 19, 2015

Honorable Eldon Fallon
500 Poydras Street
Room C-456
New Orleans, LA 70130



RE: MDL NO. 2047      SECTION L   Order Dated 1/28/2015
Chinese Manufactured Drywall Products Liability Litigation
CL# 101221  ID 196     Claimant: Diane Jastram

Dear Judge Fallon,

On January 21, 2015 I wrote to you seeking the courts permission to file a late 'miscellaneous' claim. Long story short , after multiple phone calls and correspondence,  between Brown Greer and the Curator's office,  a claims adjuster advised that I would need the court to grant permission to file a late 'Miscellaneous'  claim. (I was the resident concierge at Broadway Promenade  that had lived in an affected unit and could not renew my lease and had to leave my job due to cardiac problems and the lack of HVAC procedures during remediation). On January 28, 2015 your Honor ordered that my attachments (miscellaneous claim form and prior correspondence sent to Brown Greer) be entered into the record. I have enclosed a copy of the order and documents for your perusal.

It was further ordered that Defendant's Liaison Counsel and Pro Se Curator review my correspondence. I have been informed by Rene Merino that only the Court has the power to approve the late filing of my claim. So I am back, seeking relief from the court again. (It have lost over $10,000 between storage, lost wages and moving back to NJ to live with family and find a new job). It is my understanding that because I was a renter my claim is very limited. I am greatly concerned about this part of my claim being approved and I understand that miscellaneous claims are currently being reviewed.

I believe I had good cause for filing late in as much as the miscellaneous claim arose in April of 2014 when the final remediation plans were divulged at a staff meeting. I immediately contacted the curator's office and upon instruction from Ms. McCurnin I did advise Brown, Greer on several occasions as well as the Curator's office that I wished to add a miscellaneous claim and enclosed my documents. I was not informed that I needed a second claim form (my original for my property damage while living in the affected unit was filed timely and approved) until the adjuster, Katie Sanderson from Brown Greer advised me how to get a 'miscellaneous' claim form from the portal and suggested that I submit it to Mr. Johnston . I sought help from Mr. Johnston on numerous occasions and was referred to the court. Here I am, once again, referred back to the court. I am respectfully requesting that your honor please approve the late filing of my claim so that Ms. Sanderson can process it.

Thank you for your time and professional attention,

Sincerely,

Diane Jastram, G15 Twin Lights Terrace, Highlands, NJ 07732  (848)444-7866





March 25, 2015

Johnston, Hoefer, Holwadel & Eldridge

400 Poydras Street, Suite 2450

New Orleans, LA 70130

RE:     MDL NO. 2047  SECTION L      ORDER DATED 1/28/2015

Chinese Drywall  Settlement v Knauf

CL#     101221 ID: 1965      Claimant: Diane Jastram

Dear Defendants' Liaison Counsel and Pro Se Curator:

On January 21, 2015 I contacted the Honorable Eldon Fallon with a request to allow the filing of my miscellaneous claim past the deadline.

On January 28, 2015 Judger Fallon ordered that my correspondence and miscellaneous claim be entered into the record.

It was Further  Ordered that Defendants' Liaison Counsel and Pro Se Curator review the correspondence.

Please accept this writing as my respectful request for confirmation that Judge Fallon's Order had been received and my correspondence is being reviewed. In the absence of contact from your office I am uncertain if you have received the order.

I am attaching another copy of my correspondence for your perusal and would like to be acknowledged and provided with status as I am still incurring a cost of $125 a month and need my belongings transported to me. I have a new cell number (848) 444-7866 or my new job (732) 383-7158 ext 1004, e-mail: Diane.Jastram@yahoo.com or my new address: G15 Twin Lights Terrace, Highlands, NJ 07732.

Thank you for your time and professional courtesies.

Sincerely,

Cc:  Honorable Eldon Fallon

Magistrate Judge Wilinson

500 Poydras Street, Room C-456

New Orleans, LA 70130

Ms. Diane Jastram
G15 Twin Lights Terrace
Atlantic Highlands, NJ  07732

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2047 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAGISTRATE JUDGE |
| ... .. .. .. .. .. .. .. .. ... .. ... .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. : | | WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

The Court received and reviewed the attached correspondence from claimant Diane

Jastram regarding a request to make a late-filed claim.

**IT IS ORDERED** that the attached correspondence -be entered into the record.

**IT IS FURTHER ORDERED** that Defendants' Liaison Counsel and the Pro Se Curator

review the correspondence.

New Orleans, Louisiana, this 28th day of January, 2015.

                              _____
                              UNITED STATES DISTRICT JUDGE

cc:

Ms. Diane Jastram
G15 Twin Lights Terrace
Atlantic Highlands, NJ 07732

1

January 21, 2015

Honorable Eldon Fallon

500 Poydras Street

Room C-456

New Orleans, LA 70130

RE:     Chinese Drywall Settlement v Knauf

CL #    101221 ID 1965   Claimant: Diane Jastram

Dear Judge Fallon,

I am writing to your Honor respectfully seeking the court's permission to file a 'miscellaneous' claim past the deadline of 1/15/14. My original claim was filed prior to 10/25/13. My request is late because I did not foresee that subsequent circumstances would lead to a 'miscellaneous' claim. I was in a precarious situation in that my status was not only a **resident** in an affected unit, but **also an employee** in the building earning approximately $300 per week (plus Holiday Bonus and gifts) as a concierge at the beautiful Broadway Promenade.

While living in unit 1433 (affected unit) not only were my appliances, furniture and jewelry damaged, but on several occasions for no apparent reason, I went into cardiac spasm (I have a heart condition).  I was taken by ambulance to the hospital where the symptoms abated in a few hours but I had to be tested, and underwent invasive cardiac procedures. No explanation for my episodes was found. Cardiac spasm never happened to me before or since 1433. It was scary at the time, but I am now fine. I have shared this information because it relates to how my miscellaneous claim developed in spring of 2014.

The circumstances arose when during a staff meeting the Remediation Program was shared.  I learned that HVAC negative air procedures were NOT going to be used during removal of the toxic drywall. The debris from the broken up drywall was to be taken out in rolling bins covered with plastic to the garage via the front lobby elevator and my immediate work area.  My cardiologist felt that being exposed to the fumes and dust particles would not be a good health choice and could lead to an episode.

All facts considered, the only prudent choice was to remove myself from my job and home. I was displaced and incurred expenses for movers, storage, cross country travel to live with family in my home state of NJ and 4 months of lost wages before finding my current job. I presented documents for my expenses and losses as a 'supplemental' claim in July unaware that some aspects of my loss are 'miscellaneous' and the deadline expired. In light of my extraordinary circumstances, I am respectfully requesting that the Court consider allowing the miscellaneous claim to be submitted post deadline.

A copy of my miscellaneous form which is the subject of this writing is attached for your perusal. Katie Sanderson at Brown Greer also has a copy along with my receipts and documents.

Thank you for your time and consideration.

Sincerely

Diane Jastram,  G15 Twin Lights Terrace, Atlantic Highlands, NJ 07732 (732 275-7890)

## CHINESE DRYWALL SETTLEMENT PROGRAM
## MISCELLANEOUS CLAIM FORM

Pursuant to section 4.7.3.1 of the Knauf Settlement Agreement, the Special Master may consider claims that are not explicitly provided for in the Knauf Settlement Agreement. Use this form only if your damages are not covered by any other claim type. You must fully describe the nature of your claim and attach all relevant documents. Please note that the Special Master has discretion to consider claims submitted under Section 4.7.3.1 of the Knauf Settlement Agreement, and submission of this claim does not necessarily entitle you to compensation. The deadline to file all Claim Forms is October 25, 2013.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit this Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit this Claim Form online.

If you are not able to complete this Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

### A. CLAIM INFORMATION

| | | | | |
|---|---|---|---|---|
| **1. Claimant Name:** | Last Name/Business Name<br>JASTRAM | First<br>DIANE | | M.I. |
| | Co-Owner Last Name/Business Name | Co-Owner First | | M.I. |
| | DBA or Fictitious Name (if applicable) | | | |

| | | | |
|---|---|---|---|
| **2. Individual Claimant's Social Security Number (SSN):** | | **3. Business Claimant's Employer Identification Number (EIN)** | |
| **4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant?** | ☐ Yes ☑ No | | |
| **5. Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant.** | Name:_____<br><br>SSN: _____-____-_____ | | |

1

## CHINESE DRYWALL SETTLEMENT PROGRAM
### MISCELLANEOUS CLAIM FORM

| | |
|---|---|
| **6. Attorney Information:** | ☐ Check here if you are not represented by an attorney and skip to Question 7.  If you are represented by an attorney, complete this section. |
| | Firm Name |
| | Attorney Last Name / Attorney First Name |
| | Street |
| | City / State / Zip |
| | Email / Phone Number |

**7. Affected Property Address:**

Street: 1064 N TAMIAMI TRAIL, UNIT 1433

| City | State | Zip | County/Parish |
|---|---|---|---|
| SARASOTA | FL | 34236 | SARASOTA |

**8. Settlement Agreement under which you are submitting this claim (check all that apply):**

☑ Knauf

☐ Banner.

☐ InEx.

☐ Global.

Participating Supplier Name: _____

Participating Builder Name: _____

Participating Installer Name: _____

☐ L&W

☐ Unknown.

Additional Comments (attached additional pages if necessary):

2

## CHINESE DRYWALL SETTLEMENT PROGRAM
## MISCELLANEOUS CLAIM FORM

| | |
|---|---|
| **9.  Lawsuit:** | Jurisdiction: _____  *CLAIM*<br><br>Case/Docket Number: _____  *101 221*<br><br>Date Filed: ____/____/____  *ID: 1965*<br>(month/day/year) |

| | |
|---|---|
| **10. Drywall Manufacturer:** | ☒ Knauf<br>  ☒ I am a member of the Knauf Settlement Class<br>  ☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class<br>☐ Mixed (Knauf and other)<br>☐ Non-Knauf<br>☐ Unknown |

| | |
|---|---|
| **11. Select the option that best describes your relationship to the Affected Property:** | ☐ Residential Owner<br>☐ Commercial/Rental Property Owner<br>☒ Tenant<br>☐ Previous Commercial/Rental Property Owner<br>☐ Previous Residential Owner<br>☐ Repairing Builder/Installer/Assignee<br>☐ Non-Tenant Occupant (e.g. family member)<br>☐ Condominium Association<br>☐ Mortgagee (Bank)<br>☐ Other:_____ |

| | |
|---|---|
| **12. Select the option that best describes how you used the Affected Property:** | ☒ Primary Residence<br>☐ Rental/Commercial Property<br>☐ Secondary Residence<br>☐ Vacant<br>☐ Other:_____ |

### B. CLAIM INFORMATION

Pursuant to section 4.7.3.1 of the Knauf Settlement Agreement, the Special Master may consider claims that are not explicitly provided for in the Knauf Settlement Agreement. Use the text box below to describe the nature of your claim. Once you have described the nature of your claim, submit all documents that you believe support your claim to the Settlement Administrator as well as the Verification of Claims form. You must also sign your claim by using the Signature and Submission feature. Your claim will not be complete until you sign and submit it.

IN ADDITION TO LIVING ON PREMISES I WORKED IN BUILDING AS CONCIERGE. I AM 58 AND DISABLED WITH HEART DISEASE (WHILE LIVING IN EFFECTED UNIT I WENT INTO UNEXPLAINED CARDIAC SPASM AND HAD TO HAVE SURGERY AFTER MOVING OUT OF UNIT TO DIFFERENT UNIT NO FURTHER EPISODES - I MISSED

3

## CHINESE DRYWALL SETTLEMENT PROGRAM
## MISCELLANEOUS CLAIM FORM

DEADLINE + DID NOT PRESENT A BODILY INJURY CLAIM BUT DID HAVE OUT OF POCKET MEDICAL BILLS). MY HISTORY IN MIND MY CARDIOLOGIST ADVISED ME NOT TO BE IN BUILDING WHERE GASES, FUMES & DUST PARTICLES WOULD BE PRESENT DURING REMEDIATION. THIS CREATED A LIFE-CHANGING SITUATION: I COULD NOT RENEW MY LEASE I HAD TO LEAVE MY JOB AND MOVE. MY FAMILY IS IN NJ. I MOVED IN WITH FAMILY BUT DID NOT FIND A JOB FOR 4 MONTHS. I HAD TO HIRE MOVING PEOPLE TO PUT MY FURNITURE IN STORAGE. I COULD NOT AFFORD TO MOVE MY THINGS CROSS COUNTRY SO I PUT EVERYTHING IN STORAGE IN SARASOTA + DROVE TO NJ WITH MY CAR FULL OF CLOTHES AND MY IMPORTANT PAPERS. I AM STILL PAYING STORAGE AND RENTING A FURNISHED APARTMENT. MY ENTIRE LIFE IS NOW CHANGED.

MY LEASE ENDS IN JUNE AND I HAVE A NEW JOB.
I AM SEEKING RE-IMBURSEMENT OF MY MOVING COSTS, STORAGE, CROSS COUNTRY TRIP TO NJ, LOST WAGES, AND COST TO TRANSPORT MY BELONGINGS TO WHERE I NOW LIVE.
I HAVE ATTACHED DOCUMENTATION OF MY COSTS WITH RECEIPTS, PROOFS AND A LETTER OF EXPLANATION THAT WAS SENT TO CLAIMS AT AN EARLIER TIME (7/23/14)
   THANK YOU

**C. SIGNATURE**

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

4

| CHINESE DRYWALL SETTLEMENT PROGRAM MISCELLANEOUS CLAIM FORM | | | | |
|---|---|---|---|---|
| **Signature of Claimant/Attorney:** | | | **Date:** | 01 / 09 / 15 <br> (Month/Day/Year) |
| **Printed Name:** | First | Last | | M.I. |

[This space left intentionally blank.]

5

| | **APPENDIX : MISCELLANEOUS CLAIM FORM INSTRUCTIONS AND DEFINITIONS**<br>**(You may detach this and use when filling out your Claim Form. Do not return this Appendix**<br>**with your Claim Form when you submit it.)** |
|---|---|
| | **SECTION 1. GENERAL INSTRUCTIONS** |
| 1. | To make a Miscellaneous Claim under any Chinese Drywall Settlement Agreement, you must complete and submit this Claim Form and all documentation required by the Settlement ("Required Documentation") to the Claims Administrator on or before October 25, 2013. You must also submit the Verification of Claims form with your Claim. |
| 2. | If you have access to a computer with an internet connection, it will be easier for you to fill out and submit your Claim Form online, rather than on this paper Claim Form. The online claim process will guide you through only the specific questions you need to answer as you go along. Go to https://www3.browngreer.com/drywall to submit a claim online. |
| 3. | If you choose to fill out a paper Claim Form, be sure to read the entire Claim Form and fill out every section needed to assert your claim. |
| 4. | As you complete your Claim Form, you may come across words that are unfamiliar to you. Section 2 of this Appendix defines many terms that are found in the Claim Form. Consult these definitions if you need help understanding the meaning of a particular term. |
| 5. | Any term used in the Claim Form or in this Appendix that is defined in the Settlement Agreement will have the meaning set forth in the Settlement Agreement. If there is any conflict between the terms in the Settlement and the terms in the Claim Form or Appendix, the meaning set forth in the Settlement Agreement controls. |
| 6. | Submit your Claim Form and all Required Documentation to the Claims Administrator by US Registered mail at the following address:<br><br>**Chinese Drywall Settlement Administrator**<br>**P.O. Box 25401**<br>**Richmond, Virginia 23260** |
| 7. | Your claim will be reviewed more quickly if you submit all of your Required Documentation along with your Claim Form. If you need to submit any Required Documentation separately, put your name and the address of the Affected Property on a cover sheet or on the first page of what you submit, so the Claims Administrator can properly place the documents in your file. |
| 8. | If you have any questions about how to submit your claim, go to https://www3.browngreer.com/drywall , or call toll free at 1-866-866-1729. Do not call the Court or any Judge's office to ask questions about how to complete this Claim Form, what documentation is required or the status of your claim in general. |
| | **SECTION 2. DEFINITIONS.** |
| 1. | **Affected Property:** The Property, Residential or Commercial, containing Chinese Drywall for which you are making a claim. |
| 2. | **Assignee:** A person appointed to act for another, in which the rights held by one party – the **assignor,** are transferred to another party – the **assignee.** |
| 3. | **Assignor:** A person, company, or entity who transfers rights that they hold, to another entity. |
| 4. | **Banner:** Banner Supply Co., Banner Supply Co. Pompano, LLC, Banner Supply Co. Port St. Lucie, LLC ("Banner PSL"), Banner Supply Co. Ft. Myers, LLC, Banner Supply Co. Tampa, LLC, Banner Supply International, LLC, and any other entity insured under the Banner Insurance Policies (collectively, "Banner"). |
| 5. | **Chinese Drywall:** Any and all drywall products manufactured in whole or in part, in China, or that include components manufactured, in whole or in part, in China that are alleged to be defective. |

| 6. | **Commercial Owner:** Owner of a Commercial Property. |
|---|---|
| 7. | **Commercial Property:** An Affected Property used for the purpose of selling or renting the Affected Property or using the Affected Property to conduct a business. |
| 8. | **Global:** Settlement involving builders, installers, suppliers, and participating insurers. |
| 9. | **Home Builder:** The company or entity that built the Affected Property. |
| 10. | **InEx:** All InEx entities, including, but not limited to, Interior/Exterior Building Supply, L.P. and all of their past, present and future owners, partners, shareholders, officers, directors, agents, attorneys, employees, parents, associates, subsidiaries, divisions, affiliates, Insurers, and all predecessors and successors, assigns, or legal representatives. |
| 11. | **Installer:** Any person or entity involved in the installation, hanging, taping, and/or floating of Chinese Drywall in the Affected Property. |
| 12. | **Knauf:** Knauf Plasterboard (Tianjin) Co., Ltd. ("KPT"), Knauf Plasterboard (Wuhu) Co., Ltd. ("Wuhu"), Guangdong Knauf New Building Material Products Co., Ltd. ("Dongguan"), Knauf Gips KG ("Knauf Gips"), Gebr. Knauf Verwaltungsgesellschaft KG, Knauf International GmbH, Knauf Insulation GmbH ("KI"), Knauf UK GmbH, Knauf AMF GmbH & Co. KG, Knauf do Brasil Ltda. and PT Knauf Gypsum Indonesia (collectively, the "Knauf Defendants"). |
| 13. | **L&W:** L&W Supply Corporation and all of its past, present and future parents, subsidiaries, affiliates, divisions, predecessors, successors, heirs, legal representatives, legatees and/or assigns, together with past, present and future officers, directors, board members, shareholders, members, presidents, managers, partners, employees, distributors, retail dealers, agents, servants, representatives, consultants, in-house or outside attorneys, Insurers, and reinsurers. |
| 14. | **Mixed:** A property that contains Chinese Drywall manufactured by Knauf and by any other manufacturer. |
| 15. | **Non-Knauf:** Chinese Drywall determined to have been manufactured by an entity other than Knauf. |
| 16. | **Owner:** A person who is the current legal owner of an Affected Property. |
| 17. | **Participating Builder:** Any Builder entity identified as a Participating Defendant on *Exhibit 1 – Participating Defendants*, attached as Exhibit 1 to Global Settlement Agreement. |
| 18. | **Participating Defendant:** Any defendant identified on *Exhibit 1 – Participating Defendants*, attached as Exhibit 1 to Global Settlement Agreement. Knauf is not included as a Participating Defendant. |
| 19. | **Participating Installer:** Any Installer entity identified as a Participating Defendant on *Exhibit 1 – Participating Defendants*, attached as Exhibit 1 to Global Settlement Agreement. |
| 20. | **Participating Insurer:** Any Insurer entity identified as a Participating Insurer on *Exhibit 2 – Participating Insurers*, attached as Exhibit 1 to Global Settlement Agreement. |
| 21. | **Participating Supplier:** Any Supplier entity identified as a Participating Defendant on *Exhibit 1 – Participating Defendants*, attached as Exhibit 1 to Global Settlement Agreement. |
| 22. | **Previous Owner:** A person who formerly owned an Affected Property. |
| 23. | **Primary Residence:** The house or dwelling where a person lives for the majority of the calendar year. |
| 24. | **Rental Property:** An Affected Property used for the purpose of renting the Affected Property to a tenant. |
| 25. | **Residential Owner:** A person who owned and resided in an Affected Property. |

| 26. | **Residential Property:** A home or dwelling which serves as a Primary or Secondary Residence. | |
|---|---|---|
| 27. | **Representative Claimant:** An individual appointed to act on behalf of another person, such as a minor or incompetent. | |
| 28. | **Secondary Residence:** A home or dwelling where a person lives part-time or less than the majority of the calendar year, such as a summer or vacation home. | |
| 29. | **Supplier:** The entity that supplied the Chinese Drywall in the Affected Property. We need this information to determine whether you are part of the Banner, InEx, or Global Settlements, which are settlements that includes numerous builders, suppliers, and installers. | |
| 30. | **Tenant:** A non-Owner who rents or previously rented an Affected Property. | |
| 31. | **Vacant Property:** An Affected Property in which no person or entity currently resides | |
| | **SECTION 3. DETAILED INSTRUCTIONS FOR ANSWERING MISCELLANEOUS CLAIM FORM QUESTIONS.** | |
| | **A. Miscellaneous Claim Information** | |
| 1. | **Claimant Name:** | If you are an individual, print your Last Name, First Name, and Middle initial in the appropriate box. The Claimant is the individual who suffered the Bodily Injury. |
| 2. | **Claimant's Social Security Number (SSN):** | If you are an individual, provide your Social Security Number. |
| 3. | **Business Claimant's Employer Identification Number (EIN):** | Answer this question YES if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant. |
| 4. | **Representative Claimant:** | Provide the name and social security number of the Representative Claimant who is pursuing the claim on behalf of a minor, deceased or incompetent claimant. |
| 5. | **Representative Claimant Name and SSN:** | If you are represented by an attorney, list the Firm name, attorney name, address, email, and telephone number of the attorney representing you. If you are not represented by an attorney, you do not need to provide this information. |
| 6. | **Attorney Information:** | List the address of the Affected Property that contains the KPT Chinese Drywall. |
| 7. | **Affected Property Address:** | List the address of the Affected Property that contains the KPT Chinese Drywall. |

8

| | | |
|---|---|---|
| 8. | **Settlement Agreement and Builder, Supplier and/or Installer Information:** | Check all Settlements that you believe you are a claimant in.  Check unknown if you do not know which Settlements you are a claimant in.<br><br>You are a claimant in the Banner Settlement if Banner Supply Co., Banner Supply Co. Pompano, LLC, Banner Supply Co. Port St. Lucie, LLC, Banner Supply Co. Ft. Myers, LLC, Banner Supply Co. Tampa, LLC, Banner Supply International, LLC, and any other entity insured under the Banner Insurance Policies supplied the drywall in the Affected Property.<br><br>You are a claimant in the InEx Settlement if Interior Exterior Building Supply, LP supplied the drywall in the Affected Property.<br><br>You are a claimant in the L&W Settlement if L&W Supply Corporation or USG Corporation supplied the drywall in the Affected Property.<br><br>You are claimant in the Global Settlement if one of the 700 Participating Builders, Suppliers, and Installers listed in the Global Settlement Agreement built the Affected Property, supplied the drywall in the Affected Property, or installed the drywall in the Affected Property.  You can see the list of Participating Builders, Suppliers, and Installers at https://chinesedrywallclass.com.Check the next to the Settlement you would like to participate in.<br><br>Provide the Builder Name, Supplier Name and Installer Name of the Chinese Drywall in the Affected Property. If you do not know, write Unknown. |
| 9. | **Lawsuit:** | Provide information regarding lawsuits you may have filed related to Chinese Drywall in your Affected Property. Provide the Jurisdiction, case/docket number and the date the lawsuit was filed. |
| 10. | **Drywall Manufacturer:** | Select the manufacturer of the Chinese Drywall in the Affected Property.  Select **Knauf** if Knauf manufactured all of the Chinese Drywall in the Affected Property.  Select **Mixed** if Knauf manufactured some of the Chinese Drywall in the Affected Property, but not all of it.  Select **Non-Knauf** if Knauf did not manufacture any of the Chinese Drywall in the Affected Property.  Select Unknown if you do not know the manufacturer of the Chinese Drywall in the Affected Property. |
| 11. | **Relationship to the Affected Property:** | Select **Residential Owner** if you are a current Residential Owner of the Affected Property.  Select **Commercial/Rental Property Owner** if you are a current Commercial or Rental Property Owner of the Affected Property. Select **Tenant** if you a current tenant of the Affected Property.  Select **Previous Commercial/Rental Property Owner** if you are previous Commercial or Rental Property owner of the Affected Property. Select **Previous Residential Owner** if you are a previous Residential Owner of the Affected Property.  Select **Repairing Builder/Installer/Assignee** if you are a Builder that constructed the Affected Property or an Installer who installed Chinese Drywall in the Affected Property or an Assignee who has been assigned the authority to pursue the claim.  Select **Non-Tenant Occupant** if you are not the main tenant of the Affected Property but reside in the property. Select **Condominium Association** if you are pursuing this claim on behalf of a Condominium Association. Select **Mortgage** if you are pursuing this claim on behalf of a financial institution associated with the Affected Property. Select **Other** if none of the selections describe your relationship to the Affected Property and explain. |

9

| | | |
|---|---|---|
| 12. | **Property Type:** | Select all that apply:<br><br>**Primary Residence:** You live in the property the majority of the year.<br>**Rental:** You rent the property to a tenant.<br>**Commercial:** You do not live in the property, but operate a business out of the property and this is the primary purpose of the business.<br>**Secondary Residence:** You live in the property, but for less than the majority of the year.<br>**Vacant:** No person or entity currently resides in the property. |

### Section B.  Required Documents

| | |
|---|---|
| **Required Documents** | You must submit certain documents required by the Settlement Agreements.  We cannot review your claim until you submit all documents listed in the Required Documents section.  For more information about why we are requesting these documents, please see Section 4.7.2.3 of the Knauf Settlement Agreement. |

### Section C.  Signature

| | |
|---|---|
| **Signature** | An attorney can sign on behalf of a claimant.  By signing on behalf of a claimant, the signing attorney is certifying that all of the information in the Claim Form is correct. |

10

October 28, 2014


Brown and Greer, Attorneys-at-Law

Attention: Patricia/Mary Grace at "Chinese Drywall Department"

For Knauf at Broadway Promenade, Sarasota, FL 34236

25 Rockets Way

Richmond, VA 23231


From:   Diane Jastram
            10/221
Claimant #: ▓▓▓▓▓ for UNIT 1433

Dear Chinese Drywall Representative:

I had to move out of the Broadway Promenade and leave my job (I worked at the Front Desk as Concierge for 5 years). I had temporary living arrangements with a close friend and her husband in Oceanport.

I found a job in August and at last have found a rental of my own. **My new address is:**


**DIANE JASTRAM**

**TWIN LIGHTS TERRACE, G15**

**HIGHLANDS, NJ 07732**


I had previously filled out a W-9 but it had my previous address on it. Should you need an updated form with my new address it can be faxed to me at (732) 383-7539.

I still use my cell phone of (732) 275-7890 if you need to reach me by phone.

I look forward to hearing from you in this regard. It has been a life changing experience. Thank you for your time and professional courtesies.


Very Truly Yours,

Diane Jastram

To: Brown Greer Claim Management

Fax: (804) 782-4558

From: Diane Jastram

RE: Claimant ID: 101221

    Claim ID: 1965

*PLEASE CALL*
*732-275-7890*
*TO ACKNOWLEDGE RECEIPT OF*
*THIS ADDENDUM TO*
*MY CLAIM - THANK*
*Sent 7/23/14*
*with documentation*

Pursuant to discussions with Jeanette McUruin of Curators Office I am hereby submitting supplemental claim loss for consideration and indemnification under a miscellaneous category that have a direct causal relationship to the dry wall situation.

Condensed version: I have heart disease. When living in effected unit I suffered cardiac spasm for unexplained reasons **a number of times**, necessitation surgery. loss of wages and out of pocket medical expenses. When I moved from 1433 to a different unaffected unit I had no additional problems. **My situation is also unique in as much as I not only lived in the building I have also been concierge at Broadway Promenade for 5 years. Since there is a good chance the drywall fumes and dust particles triggered cardiac episodes while living in 1433. I could not remain in the building during remediation.**

**The ripple effect is as follows: I had to leave my job and vacate building during remediation. Simultaneously my lease came up for renewal. In the absence of a one year commitment commencing 4/1/14 landlord would move in. I could not be in building because of dry wall project so I had to give up my home and put belongings into storage.** I had several pieces of furniture including a sleeper sofa, 3 high top black leather bar stools, a wood file cabinet, chest of drawers , wooden CD holder, book shelf, leather office chair, and my mattresses were given to the maintenance men in exchange for removal because they could not fit in my storage unit. The rental of my climate controlled storage unit is another loss. Plus I had to pay two young men to wrap and move my furniture to my storage unit. I used Two men and a Truck for the furniture and packed everything else myself.

In order to stay on the job as long as I could prior to the demolition/construction project (I had to get out of my unit at end of lease. So for 3 weeks I rented a neighbors unit for 3 weeks for a fee.

Since I could not work and was out of a home, I moved back with my family in NJ. I get anxious while driving and stress is a cardiac trigger so I took my time driving to NJ. Driving about 4 hours a day it took me 5 days/4 nights to drive to NJ with my car loaded with as much of my belongings that I could fit. My automobile is another unique expense in that while living/working at Broadway Promenade I rarely took my car out of the garage. I walked downtown and to the store. It was rare for me to use my car. I usually on have to fill gas 1 time per month. Going home to NJ I had to refuel multiple times and continuing since I no longer live in the city but the suburbs.

To make sure my car could make the long journey I had it checked out and it turned out that my tires were ok for around town and would last another year (20" Hancock sport tires) at my prior usage level. Since I was traveling on a long journey I was told to be safe on the high speed freeway it would be prudent to replace my tires prior to the trip north. So 4 tires were added to my tab....

Emotionally, physically and economically the entire ordeal stressed me out and triggered a lot of angina. I stressed out and ended up 2 days in a row going to hospitals. On 4/29/14 I ended up in Blake hospital and had a cardiac cath surgery which left my groin extremely sore for my journey to NJ, I missed my last day of work and could not say farewell to the residents who were also my neighbors. It has been very difficult.

I also note that my favorite watch a Movado Museum watch appears to be deteriorating in that the gold hands appear to have been dissolving or being eaten like the refrigerator in my unit.

**I have attached copies of the documents and proofs in my possession and below I will give an accounting of my supplemental losses (I have already submitted losses relating to property damage while living in the unit):**

| | | |
|---|---|---|
| 1. | Gettle Acura Service for long trip | $148.04 |
| 2. | Firestone Tires | $1192.91 |
| 3. | Tolls | $26.20 |
| 4. | Hotels (4 nights – drove 400 miles daily) | $818.12 |
| 5. | Fuel for trip | $348.66 |
| 6. | Two Men and a truck | $500.00 ($460 + $40) |
| 7. | Lock Up Storage | $695.58 (115.93 month) |
| 8. | Rent Unit 1406 3 weeks | $900 ($300 per week) |
| 9. | Lost Wages (Average earnings $300 per week) demolition | $3900 (13 weeks |
| 10. | Wear/tear on car 300% more fuel (was $40 mo) | $1560 (excluding wear/tear) |
| 11. | Out of pocket medical for hospital due to stress | $1237 15 |
| 12. | Replacement of Movado | $ 400 |

SUPPLEMENT TOTAL: 10,231

**Please contact me at (732) 275-7890 to confirm receipt of this package. I need direction regarding the furniture that could not fit in my storage and was given away.**

**Note: In past I have not received e-mails from you I usually have to call to get updates please note that my e-mail address is Diane.Jastram@yahoo.com**

My new address until further notice is: 8 Maple Court, Oceanport, NJ 07757

I will follow up and send copies of this and/or scan if needed. Please advise.

Thank you for your time and professional courtesies. I look forward to hearing from you at this very difficult time of displacement and no job.

**Respectfully,**