UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**O R D E R**

Considering the Plaintiffs' Steering Committee's Motion for Leave to File Motion to Limit the Testimony of Defendants' Expert Laurentius Marais Pursuant to Fed.R.Evid. 702 and 401 and Motion to Strike the Revised Declaration of Dr. Marais Under Seal;

IT IS ORDERED BY THE COURT THAT the motion for leave is GRANTED and the Motion to Limit the Testimony of Defendants' Expert Laurentius Marais Pursuant to Fed.R.Evid. 702 and 401 and Motion to Strike the Revised Declaration of Dr. Marais, Memorandum of Law in Support of Motion to Limit the Testimony of Defendants' Expert Laurentius Marais Pursuant to Fed.R.Evid. 702 and 401 and Motion to Strike the Revised Declaration of Dr. Marais, and Exhibits 1 through 7 be and are hereby filed UNDER SEAL.

New Orleans, Louisiana, this  1st  day of  June , 2015.

Eldon E. Fallon
United States District Court Judge