UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON MAG. JUDGE WILKINSON |

**O R D E R**

Considering the Plaintiffs' Steering Committee's Motion for Leave to File Response of the Plaintiffs' Steering Committee to Taishan's Motion for Protective Order Limiting Scope of 30(b)(6) Deposition Under Seal;

IT IS ORDERED BY THE COURT THAT the motion for leave is GRANTED and the Response of the PSC to Taishan's Motion for Protective Order Limiting Scope of 30(b)(6) Deposition and Exhibits A through G be and are hereby filed UNDER SEAL.

New Orleans, Louisiana, this __1st__ day of __June__, 2015.

_____
Eldon E. Fallon
United States District Court Judge

1