UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>**ALL ACTIONS** | |

**BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED CO.
AND BEIJING NEW BUILDING MATERIAL (GROUP) CO., LTD.'S EMERGENCY
MOTION FOR CLARIFICATION OR MODIFICATION OF THE COURT'S
MAY 28, 2015 MINUTE ENTRY**

Subject to and without waiver of their motions to dismiss for lack of jurisdiction and failure of service, Defendants Beijing New Building Materials Public Limited Company ("BNBM PLC") and Beijing New Building Material (Group) Co., Ltd. ("BNBM Group") respectfully submit this emergency motion and request that this Court clarify or modify its May 28, 2015 Minute Entry.[1] (Rec. Doc. 19035) (the "Minute Entry").

The Minute Entry states that "if a party participates in cross examination at the June 9 hearing, then that party is deemed in the litigation and subject to the Court's authority." (Rec. Doc. 19035 at 2.) Given that the Court has expressly ordered that discovery on damages and jurisdiction proceed *seriatim*, and that briefing on BNBM PLC's and BNBM Group's motions to dismiss for lack of jurisdiction must follow the June 9, 2015 hearing, BNBM PLC and BNBM Group presume that the Court did not intend by its Minute Entry to mean that a party, by cross-examining a witness at the June 9, 2015 hearing, would waive its right to assert and maintain its objections to personal jurisdiction. The Court's language in the Minute Entry, however, could

---

[1] Although dated May 28, 2015, the Minute Entry was not docketed or served on the parties until June 2, 2015.

1

arguably be misinterpreted in that manner.  BNBM PLC and BNBM Group therefore respectfully request that the Court clarify or modify the Minute Entry to reflect that this was not the Court's intention.  The basis for seeking clarification or modification of the Minute Entry is explained in more detail in the accompanying memorandum of law.

Dated:  June 3, 2015

                    Respectfully submitted,

**DENTONS US LLP**

By: */s/ Michael H. Barr*
Michael H. Barr
New York Bar No. 1744242
Justin N. Kattan
New York Bar No. 3983905
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone:  (212) 768-6700
Facsimile:  (212) 768-6800
michael.barr@dentons.com
justin.kattan@dentons.com

- AND -

Richard L. Fenton
Illinois Bar No. 3121699
Leah R. Bruno
Illinois Bar No. 6269469
233 South Wacker Drive
Suite 7800
Chicago, IL  60606-6306
Telephone:  (312) 876-8000
Facsimile:  (312) 876-7934
richard.fenton@dentons.com
leah.bruno@dentons.com

- AND -

C. Michael Moore
Texas Bar No. 14323600
Gene R. Besen
Texas Bar No. 24045491
2000 McKinney Ave, Suite 1900
Dallas, TX  75201
Telephone:  (214) 259-0900
Facsimile:  (214) 259-0910
mike.moore@dentons.com
gene.besen@dentons.com

- AND -

**PHELPS DUNBAR LLP**

Harry Rosenberg
Louisiana Bar No. 11465
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone:  (504) 566-1311
Facsimile:  (504) 568-9130
harry.rosenberg@phelps.com

*Attorneys for Beijing New Building Material (Group) Co., Ltd. and Beijing New Building Materials Public Limited Company*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Beijing New Building Materials Public Limited Company's and Beijing New Building Material (Group) Co., Ltd.'s Emergency Motion for Clarification or Modification of the Court's May 28, 2015 Minute Entry has been served on Plaintiffs' Liaison Counsel, Leonard Davis, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 3rd day of June, 2015.

/s/    Michael H. Barr