# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>**ALL ACTIONS** | |

## ORDER

Upon consideration of Beijing New Building Materials Public Limited Company's and Beijing New Building Material (Group) Co., Ltd.'s Emergency Motion for Clarification or Modification of the Court's May 28, 2015 Minute Entry, it is hereby ORDERED, ADJUDGED, and DECREED that said motion is GRANTED.

New Orleans, Louisiana, this ____ day of _____, 2015.

_____
ELDON E. FALLON
Judge, United States District Court