| ARH - MOTION TO DISMISS EXHIBIT A | | | | | | |
|---|---|---|---|---|---|---|
| **Homeowner Name(s)** | **Affected Property Address** | **City** | **State** | **Zip** | **Primary Counsel** | **Failure to Provide:** |
| Chapman, Patrick; Chapman, Elizabeth | 133 Northwood | Pass Christian | MS | 39571 | Reeves & Mestayer, PLLC | Inspection reports, environmental certificate, bank statements/proof of payment, ledger of costs, and sufficient KPT evidence. |
| Comeaux, Deborah; Fitzpatrick, Corey; Fitzpatrick, Timothy | 5031 Nevada Street | Bay St. Louis | MS | 39520 | Hawkins, Strancener & Gibson, PLLC | Floor plan, sufficient KPT evidence, pre-remediation photos, environmental certificate, receipts, proof of payment, and ledger of costs. |
| Dodge Dale ; Dodge Beverly ; Dodge, Jonathan | 3632 101st Avenue E | Parrish | FL | 34219 | Parker Waichman, LLP | Sufficient KPT evidence and environmental certificate. |
| Forkin, Mircha | 1987 SE 21st Court | Homestead | FL | 33035 | Parker Waichman, LLP | Owner Disclosure Affidavit, floor plan, receipts, proof of payment, and ledger of costs. |
| Gollot, Nicolas; Gollot, Susie | 6310 Anela Drive | Diamondhead | MS | 39525 | Reeves & Mestayer, PLLC | Owner Disclosure Affidavit, floor plan, receipts, proof of payment, ledger of costs, sufficient KPT evidence, pre-remediation photographs, post-remediation photographs, and environmental certificate. |
| Tennet, Crystal; Macon, Jamarcy; Terry, Alvin | 1279 Washington Drive | Moody | AL | 35004 | Parker Waichman, LLP | Owner Disclosure Affidavit, floor plan, environmental certificate, proof of payment, sufficient KPT evidence, pre-remediation photographs, and post-remediation photographs. |
| Mazzola, Bruce ; Santos, Jeomarcio | 3590 Lansing Loop #204 | Estero | FL | 33928 | Parker Waichman, LLP | Receipts, proof of payment, ledger of costs, sufficient KPT evidence, and environmental certificate. |
| Midkiff, Anthony | 8748 Baystone Cove | Boynton | FL | 33473 | Pro-Se | No documents submitted. |
| Parada, Armando | 8876 SW 229th Street | Miami | FL | 33190 | Parker Waichman, LLP | Plaintiff Profile Form, floor plan, receipts, proof of payment, ledger of costs, pre-remediation photographs, post-remediation photographs, and environmental certificate. |
| Premier Loan Services Company, Inc. ; Johansen, Fred | 124 NW 14th Street | Cape Coral | FL | 33993 | Parker Waichman, LLP | Sufficient KPT evidence, pre-remediation photographs, post-remediation photographs, adequate floor plan, and environmental certificate. |
| Premier Loan Services Company, Inc. ; Johansen, Fred | 1629 NW 5th Place | Cape Coral | FL | 33993 | Parker Waichman, LLP | Sufficient KPT evidence, pre-remediation photographs, post-remediation photographs, adequate floor plan, and environmental certificate. |

| Homeowner Name(s) | Affected Property Address | City | State | Zip | Primary Counsel | Failure to Provide: |
|---|---|---|---|---|---|---|
| Premier Loan Services Company, Inc. ; Johansen, Fred | 1819 NE 33rd Street | Cape Coral | FL | 33909 | Parker Waichman, LLP | Sufficient KPT evidence, pre-remediation photographs, post-remediation photographs, adequate floor plan, and environmental certificate. |
| Premier Loan Services Company, Inc. ; Johansen, Fred | 2119 NE 7th Place | Cape Coral | FL | 33909 | Parker Waichman, LLP | Sufficient KPT evidence, pre-remediation photographs, post-remediation photographs, adequate floor plan, and environmental certificate |
| Premier Loan Services Company, Inc. ; Johansen, Fred | 2300 NW 25th Street | Cape Coral | FL | 33993 | Parker Waichman, LLP | Sufficient KPT evidence, pre-remediation photographs, post-remediation photographs, adequate floor plan, and environmental certificate |
| Premier Loan Services Company, Inc. ; Johansen, Fred | 2517 SW 1st Terrace | Cape Coral | FL | 33991 | Parker Waichman, LLP | Sufficient KPT evidence, pre-remediation photographs, post-remediation photographs, adequate floor plan, and environmental certificate |
| Premier Loan Services Company, Inc. ; Johansen, Fred | 2937 NW 25th Terrace | Cape Coral | FL | 33993 | Parker Waichman, LLP | Sufficient KPT evidence, pre-remediation photographs, post-remediation photographs, adequate floor plan, and environmental certificate |
| Premier Loan Services Company, Inc. ; Johansen, Fred | 3823 Durden Parkway West | Cape Coral | FL | 33993 | Parker Waichman, LLP | Sufficient KPT evidence, pre-remediation photographs, post-remediation photographs, adequate floor plan, and environmental certificate |
| Premier Loan Services Company, Inc. ; Johansen, Fred | 4162 NW 29th Avenue | Cape Coral | FL | 33993 | Parker Waichman, LLP | Sufficient KPT evidence, pre-remediation photographs, post-remediation photographs, adequate floor plan, and environmental certificate. |
| Premier Loan Services Company, Inc. ; Johansen, Fred | 4322 NE 9th Avenue | Cape Coral | FL | 33909 | Parker Waichman, LLP | Sufficient KPT evidence, pre-remediation photographs, post-remediation photographs, adequate floor plan, and environmental certificate. |
| Premier Loan Services Company, Inc. ; Johansen, Fred | 606 NW 21st Street | Cape Coral | FL | 33993 | Parker Waichman, LLP | Sufficient KPT evidence, pre-remediation photographs, post-remediation photographs, adequate floor plan, and environmental certificate. |
| Premier Loan Services Company, Inc. ; Johansen, Fred | 2023 NE 14th Avenue | Cape Coral | FL | 33909 | Parker Waichman, LLP | Sufficient KPT evidence, pre-remediation photographs, post-remediation photographs, adequate floor plan, and environmental certificate. |
| Rapp, Howard ; Rapp, Chari | 249 Gulfside Street | Waveland | MS | 39576 | Reeves & Mestayer | Environmental certificate, sufficient KPT evidence, proof of payment, and ledger of costs. |

| Homeowner Name(s) | Affected Property Address | City | State | Zip | Primary Counsel | Failure to Provide: |
|---|---|---|---|---|---|---|
| Rapp, Howard ; Rapp, Chari | 300 Gulfside Street | Waveland | MS | 39576 | Reeves & Mestayer | Environmental certificate, sufficient KPT evidence, photographs of drywall, proof of payment, and ledger of costs. |
| Santana, Silvana ; Faria, Luciano ; Faria, Allan ; Faria, Loren | 8709 Pegasus Drive | Lehigh Acres | FL | 33971 | Parker Waichman, LLP | Sufficient KPT evidence, proof of payment, ledger of costs, pre-remediation photographs, post remediation photographs. |
| Sheehan, Michael ; Willman, Courtney ; Hussey, Greer | 3531 SW 15th Place | Cape Coral | FL | 33914 | Parker Waichman, LLP | Suffcient KPT evidence, and pre-remediation photos. |
| Vernhout, Jackie ; Vernhout, Jerry | 3521 Cherry Blossom Court #104 | Estero | FL | 33928 | Parker Waichman, LLP | Sufficient KPT evidence, ledger of costs. |
| Winter Farm, LLC (by Deborah A. Rubenacker) | 21597 Baccarat Lane, Building 14, Unit 101 | Estero | FL | 33928 | Parker Waichman, LLP | Environmental certificate, floor plan, receipts, proof of payment, ledger of costs, sufficient KPT evidence, pre-remediation photos. |
| Winter Farm, LLC (by Deborah A. Rubenacker) | 21597 Baccarat Lane, Building 14, Unit 102 | Estero | FL | 33928 | Parker Waichman, LLP | Environmental certificate, floor plan, receipts, proof of payment, ledger of costs, sufficient KPT evidence, pre-remediation photos. |