| **ARH - MOTION TO DISMISS**<br>**EXHIBIT B** | | | | | |
|---|---|---|---|---|---|
| **Homeowner Name(s)** | **Affected Property Address** | **City** | **State** | **Zip** | **Primary Counsel** |
| Bates, Robert ; Williams, Nicola | 542 NE 17th Avenue | Fort Lauderdale | FL | 33301 | Parker Waichman, LLP |
| Day Sr., Terry F.; Day II, Terry ; Day, Mindy ; Day, Logan ; Day, Doris | 1542 SW Chari Avenue | Port St. Lucie | FL | 34953 | Parker Waichman, LLP |
| Kaleal Daniel ; Kaleal Christine | 3500 Cherry Blossom Court #102 | Estero | FL | 33928 | Parker Waichman, LLP |
| Ostner, Derrick ; Diefenbacher, Jeffrey ; Ostner, Heidi ; Sieber, Jacqueline Marie | 8690 Pegasus Drive | Lehigh Acres | FL | 33971 | Parker Waichman, LLP |
| Zheng, Xiaojuan ; Zheng, Weifang "Frank" | 9932 Cobblestone Creek Drive | Boynton Beach | FL | 33472 | Baron & Budd / Allison Grant |