UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL 2047<br><br>SECTION L |
| This document relates to: All Cases | * * * * | JUDGE FALLON<br><br>MAGISTRATE JUDGE WILKINSON |

* * * * * * * * * * * * * * * * *

## ORDER

Considering the Motion to Extinguish the Knauf Defendants' Settlement Obligations for Certain Already Remediated Home Claims filed by the Knauf Defendants;

IT IS ORDERED BY THE COURT that the Motion to Extinguish the Knauf Defendants' Settlement Obligations for Certain Already Remediated Home Claims is GRANTED. The Knauf Defendants' Settlement Obligations for the following already remediated home claims are hereby extinguished:

| | | | | |
|---|---|---|---|---|
| Chapman, Patrick; Chapman, Elizabeth | 133 Northwood | Pass Christian | MS | 39571 |
| Comeaux, Deborah; Fitzpatrick, Corey; Fitzpatrick, Timothy | 5031 Nevada Street | Bay St. Louis | MS | 39520 |
| Dodge Dale ; Dodge Beverly ; Dodge, Jonathan | 3632 101st Avenue E | Parrish | FL | 34219 |
| Forkin, Mircha | 1987 SE 21st Court | Homestead | FL | 33035 |

| Gollot, Nicolas; Gollot, Susie | 6310 Anela Drive | Diamondhead | MS | 39525 |
|---|---|---|---|---|
| Tennet, Crystal; Macon, Jamarcy; Terry, Alvin | 1279 Washington Drive | Moody | AL | 35004 |
| Mazzola, Bruce ; Santos, Jeomarcio | 3590 Lansing Loop #204 | Estero | FL | 33928 |
| Midkiff, Anthony | 8748 Baystone Cove | Boynton | FL | 33473 |
| Parada, Armando | 8876 SW 229th Street | Miami | FL | 33190 |
| Premier Loan Services Company, Inc. ; Johansen, Fred | 124 NW 14th Street | Cape Coral | FL | 33993 |
| Premier Loan Services Company, Inc. ; Johansen, Fred | 1629 NW 5th Place | Cape Coral | FL | 33993 |
| Premier Loan Services Company, Inc. ; Johansen, Fred | 1819 NE 33rd Street | Cape Coral | FL | 33909 |
| Premier Loan Services Company, Inc. ; Johansen, Fred | 2119 NE 7th Place | Cape Coral | FL | 33909 |
| Premier Loan Services Company, Inc. ; Johansen, Fred | 2300 NW 25th Street | Cape Coral | FL | 33993 |

| Premier Loan Services Company, Inc. ; Johansen, Fred | 2517 SW 1st Terrace | Cape Coral | FL | 33991 |
| --- | --- | --- | --- | --- |
| Premier Loan Services Company, Inc. ; Johansen, Fred | 2937 NW 25th Terrace | Cape Coral | FL | 33993 |
| Premier Loan Services Company, Inc. ; Johansen, Fred | 3823 Durden Parkway West | Cape Coral | FL | 33993 |
| Premier Loan Services Company, Inc. ; Johansen, Fred | 4162 NW 29th Avenue | Cape Coral | FL | 33993 |
| Premier Loan Services Company, Inc. ; Johansen, Fred | 4322 NE 9th Avenue | Cape Coral | FL | 33909 |
| Premier Loan Services Company, Inc. ; Johansen, Fred | 606 NW 21st Street | Cape Coral | FL | 33993 |
| Premier Loan Services Company, Inc. ; Johansen, Fred | 2023 NE 14th Avenue | Cape Coral | FL | 33909 |
| Rapp, Howard ; Rapp, Chari | 249 Gulfside Street | Waveland | MS | 39576 |
| Rapp, Howard ; Rapp, Chari | 300 Gulfside Street | Waveland | MS | 39576 |
| Santana, Silvana ; Faria, Luciano ; Faria, Allan ; Faria, Loren | 8709 Pegasus Drive | Lehigh Acres | FL | 33971 |
| Sheehan, Michael ; Willman, Courtney ; Hussey, Greer | 3531 SW 15th Place | Cape Coral | FL | 33914 |

| Vernhout, Jackie ; Vernhout, Jerry | 3521 Cherry Blossom Court #104 | Estero | FL | 33928 |
| --- | --- | --- | --- | --- |
| Winter Farm, LLC (by Deborah A. Rubenacker) | 21597 Baccarat Lane, Building 14, Unit 101 | Estero | FL | 33928 |
| Winter Farm, LLC (by Deborah A. Rubenacker) | 21597 Baccarat Lane, Building 14, Unit 102 | Estero | FL | 33928 |
| Bates, Robert ; Williams, Nicola | 542 NE 17th Avenue | Fort Lauderdale | FL | 33301 |
| Day Sr., Terry F.; Day II, Terry ; Day, Mindy ; Day, Logan ; Day, Doris | 1542 SW Chari Avenue | Port St. Lucie | FL | 34953 |
| Kaleal Daniel ; Kaleal Christine | 3500 Cherry Blossom Court #102 | Estero | FL | 33928 |
| Ostner, Derrick ; Diefenbacher, Jeffrey ; Ostner, Heidi ; Sieber, Jacqueline Marie | 8690 Pegasus Drive | Lehigh Acres | FL | 33971 |
| Zheng, Xiaojuan ; Zheng, Weifang "Frank" | 9932 Cobblestone Creek Drive | Boynton Beach | FL | 33472 |

New Orleans, Louisiana, this _____ day of _____, 2015.

_____
Eldon E. Fallon
United States District Court Judge

4