UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

Before the Court is a motion of the Plaintiffs' Steering Committee ("PSC") to strike Defendants' Supplemental Expert Declarations and Testimony. (Rec. Doc. 19034). The PSC argues that Defendants' supplemental expert declarations, served on June 1, 2015 after expert depositions, are untimely and should be stricken. Taishan opposes the motion. (Rec. Doc. 19047). Taishan argues that the supplemental expert declarations were necessary given recent changes to the PSC's damages model and expert opinions.

As the Court has acknowledged, the PSC and its expert have made refinements regarding damages calculations. (Rec. Doc. 18998 at 4-5). Defendants had a chance to depose the PSC's expert *after* his supplemental expert declaration. The Court also recognizes the compressed timeline the parties are operating under. Given the refinements, tight timeline, and timing, fairness requires that Defendants' experts are allowed to supplement their expert declarations <u>to the extent</u> that those supplements address the refinements made by the PSC's expert. Fairness also requires, however, that the PSC are allowed to question Defendants' experts on those supplemental declarations. Therefore,

**IT IS ORDERED THAT** the PSC's motion to strike is **DENIED**.

1

**IT IS FURTHER ORDERED** that Defendants shall make Mr. Pogorilich and Dr. Marais available for re-depositions prior to June 9, 2015, **limited to questioning on the above-authorized supplements of their expert declarations**, if the PSC wishes to conduct these limited re-depositions. Any such re-depositions shall be at a time and place of the PSC's choosing.

New Orleans, Louisiana, this 3rd day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE