UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

Before the Court are several special master appeals from Side-by-Side Redevelopment, Patricia Gottlieb, and Oceanique Development. (Rec. Docs. 18995, 19023).

**IT IS ORDERED** that the attached correspondence of Ms. Gottlieb, forming the basis of her instant appeal, shall be entered into the record.

**IT IS FURTHER ORDERED** that the appeals are set for submission, without oral argument, on July 14, 2015.

**IT IS FURTHER ORDERED** that Brown Greer, and any party that wishes to do so, must file any response on or before July 6, 2015.

New Orleans, Louisiana, this 2nd day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE

cc:
Patricia Gottlieb
619 Orton Ave. #503
Ft. Lauderdale, Florida 33304

1