Patricia S. Gottlieb
619 Orton Ave. #50B
Ft. Lauderdale, Florida 33304

RECEIVED
APR 28 2015

Judge Fallon
US eastern district Court
MDL 2047
Chinese Drywall Settlement Program

April 9, 2015

Appeal -
  Special Master Denial Notice

Patricia S. Gottlieb
619 Orton Ave #503
Ft. Laud. FL. 33304-4066
Claimant ID 112779
Claim ID 10048
Affected Property ID 16240
Law office firm Doyle Law Firm, PC

Appeal To Judge Fallon

April 9, 2015

Today I received Denial of My Claim Alterative Living stated reason Documents demonstrating Alterntive Living Expenses Such As Mortgage is only deficiency —

I own both Properties I was Living in when Drywall discovered. I still incure expenses related to Moving out from 8841 Sunrise Lakes Blvd. #110 Which I have on file

page one

I have Moved all My remediated belongings into 619 Orton Ave where I stay full time Now #503.

I have stored everything here And I still pay Monthly Maintenance fees for Contaminated property and this property.

The Alternative Living Mortgage of the property I own is enclosed as I have explained in My claim. This is where I Moved everything to And where I stay.

I believe My expenses for Alternative Living Meet the Criteria to be reimbursed from My losses of Moving out.

Please Accept My Claim
Respectfully Submitted
Patricia Gott Lieb

page Two