# Exhibit 2

# ENVIRON Phase 5: Home Demolition Specifications Form

## General Information

Date: 6/25/09

Time: 09:00

Home Address: 9311 River Rock Lane, Riverview, FL 33578

Homeowner: Powell

Client: MI Homes

ENVIRON Personnel Present: Craig Tones

Signature of ENVIRON Evaluator: [signature]

Name and Affiliation of Other People Present:
Carlos Flores - Paul Davis Restoration
Jorge Porras - Paul Davis Restoration
Bob Quirk - MI homes

Type of Home:   One Story   (Two Story)   Townhome

Year Home Built: Drywall dated 2006

Comments: Chinese KNAUF and NG (Gridmark) and

Entire house: 80% Chinese Knauf
~20% NG/Gridmark by NG/
Tile Backer

Witnessed and Acknowledged By: [signature]

ENVIRON                                              Page 1 of 13

# ENVIRON Phase 5: Home Demolition Specifications Form

## Specific Room Information

Initials of ENVIRON Evaluator: CTC

Home Address: 9311 River Rock Lane

Room Number/Name/Location: Foyer

| | Observations | Rationale for Removal |
|---|---|---|
| North Wall: | T: A·ASTM-C36" | Consistent with |
| ~2 Sheets | B: "HINA ASA" | Chinese KNAUF |
| | M: No Markings | |
| East Wall: | T: Blue & Yellow Border | |
| ~1-2 Sheets | | |
| South Wall: | T: "Grid Marx National Gypsum" | Consistent with |
| ~2 Sheets | B: "Grid Marx National Gypsum" | NG |
| | M: No Markings | |
| ~~West~~ Wall: | | |
| | CT | |
| Ceiling: | Blue & Yellow Border | Consistent with |
| ~2 Sheets | | Chinese KNAUF |

Comments: Chinese Knauf: ~75%
Gridmarx by NG: ~25%

Witnessed and Acknowledged By: [signature]

ENVIRON   Page 2 of 13

# ENVIRON Phase 5: Home Demolition Specifications Form

## Specific Room Information

Initials of ENVIRON Evaluator: **CT**

Home Address: **9311 River Rock Cane**

Room Number/Name/Location: **1st Floor Bathroom**

| | Observations | Rationale for Removal |
|---|---|---|
| North Wall: | T: "TM C36" | Consistent with |
| ~1 sheet | B: "06-03-16" CT | Chinese KNAUF |
| | "Natural Gypsum" | Consistent with |
| | M: No Markings | |
| East Wall: | T: "Natural Gypsum" CT | NG |
| ~1 sheet | B: "Natural Gypsum" | ↓ |
| | M: No Markings | |
| | T: "Blue & Yellow Border" | Consistent with |
| South Wall: | T: "KNAuf" | Chinese with CT |
| ~1 sheet | B: "06-03-16" | KNAuF |
| CT ~1 sheet | M: No Markings | |
| West Wall: | T: Blue & Yellow Border | |
| ~1 sheet | B: Blue & Yellow Border | |
| | M: No Markings | |
| Ceiling: | "NAuf" | ↓ |
| ~2-4 sheets | | |

Comments: ~95% : Chinese Knauf
~5% : NG

Witnessed and Acknowledged By: _[signature]_

ENVIRON                                      Page **3** of **13**

# ENVIRON Phase 5: Home Demolition
## Specifications Form

### Specific Room Information

Initials of ENVIRON Evaluator: CT

Home Address: 9311 River Rock Lane

Room Number/Name/Location: Den

| | Observations | Rationale for Removal |
|---|---|---|
| North Wall:<br>~2 sheets | T: Blue & Yellow border<br>B: "AuF"<br>M: No Markings | Consistent with Chinese KNAUF |
| East Wall:<br>~2 sheets | T: "KNAuf-TIANS"<br>B: "KNAUF"<br>M: No Markings | |
| South Wall:<br>~2 sheets | T: "IN CHINA-AST"<br>B: "JIN CHI"<br>M: No Markings | |
| West Wall:<br>~2 sheets | T: Blue & yellow border<br>B: "Auf-TIANJIN CHINA-A"<br>M: "uf" | |
| Ceiling:<br>~2 sheets | "Gold Mark! Natural Gypsum" | Consistent with NG |

Comments: Chinese Knauf: ~80%
Gridmark by NG: ~20%

Witnessed and Acknowledged By: [signature]

ENVIRON                                        Page 4 of 13

# ENVIRON Phase 5: Home Demolition Specifications Form

## Specific Room Information

Initials of ENVIRON Evaluator: CT

Home Address: 9311 River Rock Cove

Room Number/Name/Location: Kitchen

| | Observations | Rationale for Removal |
|---|---|---|
| North Wall: (~1-2 sheets) | T: "KNAU" <br> B: Blue & Yellow Border <br> M: "AST" | Consistent with Chinese KNAUF ↓ |
| East Wall: (~1-2 sheets) | T: "National Gypsum Company" <br> B: "GridMarx Natural Gypsum" <br> M: No apparent Markings | Consistent with NG ↓ |
| South Wall: (~4 sheets) | T: "TIANS" <br> B: "TIANJJ" <br> M: No Markings | Consistent with Chinese KNAUF |
| West Wall: (~3 sheets) | B: "C3" | |
| Ceiling: (~4 sheets) | Blue & yellow Border <br> "National Gypsum Company" | Consistent with NG |

Comments: Chinese Knauf: ~75%
NG: ~25%

Witnessed and Acknowledged By: [signature]

ENVIRON                                                  Page 5 of 13

# ENVIRON Phase 5: Home Demolition Specifications Form

## Specific Room Information

Initials of ENVIRON Evaluator: CT

Home Address: 9311 River Rock Lane

Room Number/Name/Location: Living Room / Dining Room

|  | Observations | Rationale for Removal |
|---|---|---|
| North Wall: ~4-6 sheets | T: Blue & Yellow Border<br>B: Blue & Yellow Border<br>M: "National Gypsum" | Indicative of Chinese Knauf<br>Consistent with NG |
| East Wall: ~2 sheets | T: CT<br>B: "06-03"<br>6.26 | Consistent with Chinese KNAUF |
| South Wall: ~4 sheets | T: Blue & Yellow Border<br>B: Blue & Yellow Border<br>M: No Markings |  |
| West Wall: ~4 sheets | T: "ASTM C36 06-03"<br>B: "ASTM" 17:16<br>M: No Markings |  |
| Ceiling: ~6-8 sheets | Blue & Yellow Border<br>"National Gypsum Company" | Consistent with NG |

Comments: ~80%: Chinese Knauf
~20%: NG

Witnessed and Acknowledged By: [signature]

# ENVIRON Phase 5: Home Demolition Specifications Form

## Specific Room Information

Initials of ENVIRON Evaluator: **CT**

Home Address: **9311 River Rock Cove**

Room Number/Name/Location: **Master Bed**

| | Observations | Rationale for Removal |
|---|---|---|
| **North Wall:** ~2-4 sheets | T: "KNAUF-TIAN" <br> B: "TIAN" <br> M: No Markings | Consistent with Chinese KNAUF |
| **East Wall:** ~2-4 sheets | T: "NSI" <br> B: "KNAUF-TIANS" <br> M: "Grid M" | Consistent with NG |
| **South Wall:** ~2-4 sheets | T: "KNAU" <br> B: "TIANJIN C" <br> M: No Markings | Consistent with Chinese KNAUF |
| **West Wall:** ~2-4 sheets | T: "AST" <br> B: "CHINA-ASTM C36" "06-03-2" <br> M: No Markings | |
| **Ceiling:** ~4-6 sheets | "Grid Marx Nathan" "Made in USA" | Consistent with NG |

Comments: Closet: North: "03-29" bottom, "KNAU" top  East: "KN" bottom  South: "NAUF-T" bottom  West: "N-CHI" Top  Ceiling: "KNAUF-T" — Consistent with Chinese KNAUF

~8 sheets total (100% Chinese Knauf)

[left margin: ~ 16-18 (Gridmarx by NG) 76% Chinese Knauf]

Witnessed and Acknowledged By: _[signature]_

ENVIRON                                                       Page **7** of **13**

## ENVIRON Phase 5: Home Demolition Specifications Form

### Specific Room Information

Initials of ENVIRON Evaluator: __CT__

Home Address: __9311 River Rock Lane__

Room Number/Name/Location: __2nd Floor Loft / stair well__

**Observations**      **Rationale for Removal**

North Wall: T: "Blue & Yellow Border"   Consistent with
~10'   M: "STM C36"   Chinese KNAUF
~12 sheets   B: "AuF-TI"

East Wall: T: "KNAUF-TIA"
~1 sheet

South Wall: T: "Blue & Yellow Border"
~4-5 sheets   B: "Blue & Yellow Border"
  M: "KNA"

West Wall: T: "N-CHINA"
~4   B: "KNA"
sheets   M: No Markings

Ceiling: "Gridmarx National Gypsum"   Consistent with
~8 sheets   "National Gypsum Company"   NG

Comments:
~80% Chinese Knauf
~20% NG / Gridmarx by NG

Witnessed and Acknowledged By: _[signature]_

# ENVIRON Phase 5: Home Demolition Specifications Form

## Specific Room Information

Initials of ENVIRON Evaluator: __CT__

Home Address: __9311 River Rock Lane__

Room Number/Name/Location: __Master Bath__

| | Observations | Rationale for Removal |
|---|---|---|
| North Wall: | T: "C36" | Consistent with |
| ~2 sheets | B: "N-CH" | Chinese KNAUF |
| | M: "National" | Consistent with NG |
| East Wall: | T: "Natural Gypsum Company" | |
| ~2 sheets | B: "Natural Gypsum" | ↓ |
| | M: No Markings | |
| South Wall: | T: "Tile Backer" | Tile backer |
| ~2 sheets | B: "Tile Backer" | |
| | M: No Mar~~ CT "Tile" | ↓ |
| West Wall: | T: "KNAUF" | Consistent with |
| ~1-2 sheets | B: "TIANS" | Chinese KNAUF |
| | M: "JIN" | ↓ |
| Ceiling: | "Grid Mark" | Consistent with |
| ~2-4 sheets | "023 19:50 05-12-06" | NG |

Comments: _____
~ 50%: Chinese Knauf
~ 50%: NG / Gridmarx by NG / Tile Backer

Witnessed and Acknowledged By: _[signature]_

ENVIRON                                                Page __9__ of __13__

# ENVIRON Phase 5: Home Demolition Specifications Form

## Specific Room Information

Initials of ENVIRON Evaluator: CT

Home Address: 9311 River Rock Lane

Room Number/Name/Location: Laundry

**Observations**

North Wall:
CT

East Wall: T: "HINA ASTM"
~1-2  B: "NJIN"
sheets  M: No markings

South Wall: T: blue & yellow border
~1-2  B: "TM-C3"
sheets  M: No markings

West Wall: T: "NAuF"
~1-2  B: "OG-"
sheets  M: "JIN"

Ceiling: "ANJIN"
~1-2
sheets

**Rationale for Removal**

Consistent with Chinese KNAUF

Comments: 100% Chinese Knauf

Witnessed and Acknowledged By: [signature]

ENVIRON                                Page 10 of 13

# ENVIRON Phase 5: Home Demolition Specifications Form

## Specific Room Information

Initials of ENVIRON Evaluator: __CT__

Home Address: __9311 River Rock Lane__

Room Number/Name/Location: __2nd Floor South west Bedroom__

| | Observations | Rationale for Removal |
|---|---|---|
| North Wall: ~2-4 Sheets | T: "KNAuF-TIA" B: "JIN" "CHI" M: No Markings | Consistent with Chinese KNAUF |
| East Wall: ~2-4 Sheets | T: "06-03-29" "05.54" B: "06-03-29" "05.51" M: Blue & yellow border | |
| South Wall: ~2-4 Sheets | T: "-ASTM C36 06-03-29" B: "-ASTM C36 06-03-29" "05.53" "05.53" M: Blue & yellow border | |
| West Wall: ~2-4 Sheets | T: "NAuF" B: "uF" M: No Markings | |
| Ceiling: ~20% ~ 4 Sheets | "National Gypsum Company" "023 19:49 5-17-06 HS" | Consistent with NG |

~50% ~20%

Comments: __Closet: West Wall "NAuF" bottom West Wall "uF" - Consistent with Chinese KNAUF__

Witnessed and Acknowledged By: _____

ENVIRON                                              Page _11_ of _13_

## ENVIRON Phase 5: Home Demolition
## Specifications Form

### Specific Room Information

Initials of ENVIRON Evaluator: CT

Home Address: 9311 River Rock Lane

Room Number/Name/Location: 2nd Floor North West Bedroom

**Observations** — **Rationale for Removal**

North Wall: T: "06-0"  — Consistent with
~2-4  B: "TIAN"  — Chinese KNAUF
Sheets  M: Blue & yellow border

N 25%

East Wall: T: "INA"
~~ B: "AUF-TIANJIN CHI"
Sheets  M: No Markings

South Wall: T: "uf"
2-4  B: "TIANJIN"
Sheets  M: No Markings

West Wall: T: Blue & Yellow Border
~2-4  B: "06-03-2"
Sheets  M: "National Gyp"  — Consistent with NG

N 25%

Ceiling: "GoldMary"
2-4
~8 CT  "023 19"
Sheets

Comments:
Closet: "06-03-2" bottom
        "20.19"   Consistent with Chinese KNAUF

Witnessed and Acknowledged By: [signature]

ENVIRON                                    Page 12 of 13

# ENVIRON Phase 5: Home Demolition Specifications Form

## Specific Room Information

**Initials of ENVIRON Evaluator:** CT

**Home Address:** 9311 River Rock Cone

**Room Number/Name/Location:** 2nd floor Bathroom

| | Observations | Rationale for Removal |
|---|---|---|
| **North Wall:** ~1 sheet | T: "Tile Backer" <br> B: "Tile Backer" <br> M: No Markings | Tile Backer <br> ↓ |
| **East Wall:** ~1 sheet | T: "NAu" <br> B: "06-03" "05-49" <br> M: No Markings | Consistent with Chinese KNAUF |
| **South Wall:** ~1 sheet | T: "KNAuF" <br> B: Blue + Yellow Border <br> M: Blue + Yellow Border | Consistent with Chinese KNAuF |
| **West Wall:** ~1 sheet | T: "Tile Backer" <br> B: "Tile Backer" <br> M: No Markings | ↓ |
| **Ceiling:** ~1-2 sheets | "Gold Max" | Consistent with NG |

**Comments:** NG/Tile Backer: 40%
Chinese Knauf: 60%

**Witnessed and Acknowledged By:** [signature]

ENVIRON                                                              Page 13 of 13