Patricia S. GoTTLieb
619 Orton Ave. # 50 B

RECEIVED
APR 28 20
U.S. ... From

Ft. LAuDerdale, Florida 33304

Judge Fallon
US eastern district Court
MDL 2047
Chinese Drywall Settlement
Program

April 9, 2015

Appeal -

Special Master Denial
Notice

T

DAT

Purp

Patricia S. Gottlieb
619 Orton Ave #503
Ft. Laud. FL. 33304-4066
Claimant ID 112779
Claim ID 10048
Affected Property ID 16240
Law office firm Doyle law firm, PC

Appeal To Judge Fallon

April 9, 2015

Today I received Denial of
My claim Alterative Living stated
reason Documents demonstrating Alterivite
Living Expenses Such ts Mortgage is
only deficiency -

I own both properties I was
living in when Drywall discovered.
I still incure expenses related to Moving
out from 8841 Sunrise Lakes Blud.
#110 Which I have on file

page one

I have Moved all My remediated belongings into 619 Orton Ave where I stay full time Now #503.

I have stored everything here And I still pay Monthly Maintenance fees for Contaminated property and this property.

The Alternative Living Mortgage of the property I own is enclosed As I have explained in My claim This is Where I Moved everything to And where I stay.

I believe My expenses for Alter-Native Living Meet the Criteria to be reimbursed from My losses of Moving out.

Please Accept My Claim
Respectfully Submitted
Patricia Goll Lieb

page Two