UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT APPLIES TO ALL CASES | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**O R D E R**

Considering the Motion for Leave to File Reply in Support of its Motion to Compel JP Morgan Chase & Co. and Morgan Stanley to Comply with the PSC's Discovery Requests and Opposition to JP Morgan Chase & Co.'s Cross-Motion to Quash Subpoena, and to File Exhibits Under Seal filed by the Plaintiffs' Steering Committee;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the attached Reply in Support of its Motion to Compel JP Morgan Chase & Co. and Morgan Stanley to Comply with the PSC's Discovery Requests and Opposition to JP Morgan Chase & Co.'s Cross-Motion to Quash Subpoena be and is hereby filed into the record.

IT IS FURTHER ORDERED BY THE COURT that Exhibits B through E attached to the Reply in Support of its Motion to Compel JP Morgan Chase & Co. and Morgan Stanley to Comply with the PSC's Discovery Requests Opposition to JP Morgan Chase & Co.'s Cross-Motion to Quash Subpoena be and they are FILED UNDER SEAL.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE