UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT APPLIES TO ALL CASES | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

EXHIBIT "B" TO
THE PLAINTIFFS' STEERING COMMITTEE'S REPLY IN SUPPORT OF THE
PLAINTIFFS' STEERING COMMITTEE'S EMERGENCY MOTION TO
COMPEL JP MORGAN CHASE & CO. AND MORGAN STANLEY TO
COMPLY WITH THE PSC'S DISCOVERY REQUESTS AND OPPOSITION TO
<u>JP MORGAN CHASE & CO.'S CROSS-MOTION TO QUASH SUBPOENA</u>

# FILED UNDER SEAL