IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

# FILED UNDER SEAL

**OPPOSITION TO DEFENDANTS' MOTIONS TO EXCLUDE THE
<u>TESTIMONY OF GEORGE INGLIS, WITH ALL EXHIBITS</u>**