UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

**EXHIBIT B TO**
**PLAINTIFFS' RESPONSE IN OPPOSITION TO BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED CO. AND BEIJING NEW BUILDING MATERIAL (GROUP) CO., LTD.'S EMERGENCY MOTION FOR CLARIFICATION OR MODIFICATION OF THE COURT'S MAY 28, 2015 MINUTE ENTRY**

# FILED UNDER SEAL