# EXHIBIT C

```
 1            IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF LOUISIANA
 2                        - - -
 3    IN RE:                      :  MDL NO. 2047
      CHINESE-MANUFACTURED        :
 4    DRYWALL PRODUCTS            :  SECTION:  L
      LIABILITY LITIGATION        :  JUDGE FALLON
 5
      THIS DOCUMENT APPLIES       :
 6    TO ALL CASES                :  MAG. JUDGE
                                  :  WILKINSON
 7
 8                        - - -
                      MAY 19, 2015
 9                    CONFIDENTIAL
                          - - -
10
11            Videotaped deposition of
12    GEORGE INGLIS, P.E., taken pursuant to
13    notice, was held at the law offices of
14    Seeger Weiss LLP, 77 Water Street
15    26th Floor, New York, New York 10005,
16    commencing at 9:12 a.m., on the above date,
17    before Amanda Dee Maslynsky-Miller, a
18    Certified Realtime Reporter and Notary
19    Public in and for the State of New York.
20
21
22                        - - -
23            GOLKOW TECHNOLOGIES, INC.
         877.370.3377 ph | 917.591.5672 fax
24               deps@golkow.com
```

```
 1    APPEARANCES:
 2
 3              SEEGER WEISS, LLP
                BY: CHRISTOPHER A. SEEGER, ESQUIRE
 4              BY: JEFFREY GRAND, ESQUIRE
                77 Water Street
 5              New York, New York 10005
                (212) 584-0700
 6              Cseeger@seegerweiss.com
                Representing the Plaintiffs
 7
 8
 9
                HAUSFELD
10              BY:  RICHARD S. LEWIS, ESQUIRE
                BY:  KRISTEN WARD BROZ, ESQUIRE
11              1700 K Street, NW
                Suite 650
12              Washington, DC 20006
                (202) 540-7200
13              Rlewis@hausfeld.com
                Kward@hausfeld.com
14              Representing the Plaintiffs
15
16
17              DENTONS U.S., LLP
                BY:  LEAH R. BRUNO, ESQUIRE
18              233 South Wacker Drive
                Suite 7800
19              Chicago, Illinois 60606
                (312) 876-7456
20              leah.bruno@dentons.com
                Representing the Defendants,
21              The BNBM entities
22
23
24
```

```
 1    APPEARANCES: (Continued)
 2
 3           ALSTON & BIRD, LLP
             BY:  AARON K. BLOCK, ESQUIRE
 4           BY:  STEVEN R. CAMPBELL, ESQUIRE
             BY:  DAVID VENDERBUSH, ESQUIRE
 5                BETH RICHARDSON, PARALEGAL
             One Atlantic Center
 6           1201 West Peachtree Street
             Atlanta, Georgia 30309
 7           (404) 881-4828
             aaron.block@alston.com
 8           Aaron.block@alston.com
             David.venderbush@alston.com
 9           Representing the Defendant,
             Taishan Gypsum Co.
10
11
12
             ORRICK, HERRINGTON & SUTCLIFFE, LLP
13           BY:  IAN JOHNSON, ESQUIRE
             The Orrick Building
14           405 Howard Street
             San Francisco, California 94105
15           (415) 773-5700
             ijohnson@orrick.com
16           Representing the Defendant,
             The CNBM Entities
17
18
19    VIA TELEPHONE:
      SCOTT ALAN GEORGE, ESQUIRE - SEEGER WEISS
20
21    VIA STREAMING:
      STEVEN TERRY - PERKINS COIE
22    HARRY ROSENBERG - PHELPS DUNBAR
23
      ALSO PRESENT:  Henry Marte, Videographer
24
```