# EXHIBIT D

1           IN THE UNITED STATES DISTRICT

2         FOR THE EASTERN DISTRICT OF LOUISIANA

3                 MDL NO. 2047

4                 SECTION:  L

5                 JUDGE FALLON

6           MAGISTRATE JUDGE WILKINSON

7    -------------------------------------------------X

8    IN RE:

9    CHINESE-MANUFACTURED DRYWALL

10   PRODUCTS LIABILITY LITIGATION

11

12   THIS DOCUMENT APPLIES TO ALL CASES

13   -------------------------------------------------X

14           CONFIDENTIAL - SUBJECT TO FURTHER

15               CONFIDENTIALITY REVIEW

16      VIDEOTAPED DEPOSITION OF DAVID POGORILICH

17                 Atlanta, Georgia

18                 May 22, 2015

19

20

21   Reported by:  JoRita B. Meyer, RPR, RMR, CRR, CCR

22               GOLKOW TECHNOLOGIES, INC.

23         877.370.3377 ph | 917.591.5672 fax

24                 deps@golkow.com

Confidential - Subject to Further Confidentiality Review

```
 1

 2

 3

 4                          May 22, 2015

 5                           8:13 a.m.

 6

 7

 8          Videotaped Deposition of DAVID POGORILICH,

 9   held at the offices of Alston & Bird, One Atlantic

10   Center, 1201 West Peachtree Street, Atlanta,

11   Georgia, pursuant to Notice, before JoRita B. Meyer,

12   a Registered Professional Reporter, Registered Merit

13   Reporter, Certified Realtime Reporter, and Certified

14   Court Reporter for the State of Georgia.

15

16

17

18

19

20

21

22

23

24
```

Confidential - Subject to Further Confidentiality Review

```
 1   A P P E A R A N C E S:

 2

 3        SEEGER WEISS, LLP

 4        Attorneys for Plaintiffs

 5            77 Water Street

 6            New York, New York  10005

 7            212.584.0700

 8        BY:  CHRISTOPHER A. SEEGER, ESQUIRE

 9             SCOTT ALAN GEORGE, ESQUIRE

10

11        HAUSFELD

12        Attorneys for Plaintiffs

13            1700 K Street, NW

14            Suite 650

15            Washington, DC  20006

16            202.540.7200

17        BY:  RICHARD S. LEWIS, ESQUIRE

18             rlewis@hausfeldllp.com

19

20

21

22

23

24
```

Confidential - Subject to Further Confidentiality Review

```
 1     A P P E A R A N C E S  (Cont'd.)

 2

 3          GAINSBURGH, BENJAMIN, DAVID,

 4          MEUNIER & WARSHAUER, L.L.C.

 5          Attorneys for Plaintiffs

 6               2800 Energy Centre

 7               1100 Poydras

 8               New Orleans, Louisiana   70163-2800

 9               504.522.2304

10          BY:  GERALD E. MEUNIER, ESQUIRE

11               gmeunier@gainsben.com

12

13          ALSTON & BIRD, LLP

14          Attorneys for Defendant Taishan Gypsum Co.

15               One Atlantic Center

16               1201 West Peachtree Street

17               Atlanta, Georgia   30309

18               404.881.4828

19          BY:  AARON K. BLOCK, ESQUIRE

20                aaron.block@alston.com

21          BY:  CHRISTINA HULL EIKHOFF, ESQUIRE

22               christy.eikhoff@alston.com

23

24
```

Confidential - Subject to Further Confidentiality Review

```
1    A P P E A R A N C E S  (Cont'd.)

2

3         DENTONS U.S., LLP

4         Attorneys for Defendants The BNBM Entities

5              233 South Wacker Drive

6              Suite 7800

7              Chicago, Illinois  60606

8              312.876.7456

9         BY:  RICHARD L. FENTON, ESQUIRE

10                 richard.fenton@dentons.com

11        BY:  ADAM PIERSON, ESQUIRE

12             adam.pierson@dentons.com

13

14        ORRICK, HERRINGTON & SUTCLIFFE, LLP

15        Attorneys for Defendant The CNBM Entities

16             The Orrick Building

17             405 Howard Street

18             San Francisco, California  94105

19             415.773.5700

20        BY:  IAN JOHNSON, ESQUIRE

21             ijohnson@orrick.com

22   ALSO PRESENT:

23             Harris Bitman, Videographer

24
```