# EXHIBIT E

```
 1           IN THE UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF LOUISIANA
 2

     IN RE:  CHINESE-MANUFACTURED
 3   DRYWALL PRODUCTS LIABILITY
     LITIGATION
 4
                                       MDL NO. 2047
 5
                                       SECTION L
 6
     THIS DOCUMENT APPLIES TO             JUDGE FALLON
 7   ALL CASES                            MAG. JUDGE WILKINSON
 8                         - - -
 9         CONFIDENTIAL - SUBJECT TO FURTHER
                  CONFIDENTIALITY REVIEW
10   Videotaped Deposition of M. LAURENTIUS MARAIS
11              Thursday, May 21, 2015
12                   1:48 p.m.
13              1201 Peachtree Street
14                 Atlanta, Georgia
15                      - - -
16
17
18
19      Michelle S. Schreadley, CCR B-1504
20
21
22
23           GOLKOW TECHNOLOGIES, INC.
24      877.370.3377 ph | 917.591.5672 fax
25               deps@golkow.com
```

Confidential - Subject to Further Confidentiality Review

```
 1   APPEARANCES OF COUNSEL
 2   For the Plaintiffs:
 3             GERALD E. MEUNIER, ESQUIRE
               Gainsburgh, Benjamin, David,
 4                Meunier & Warshauer LLC
               Suite 2800
 5             1100 Poydras Street
               New Orleans, LA 70163
 6             504.522.2304
 7             RICHARD S. LEWIS, ESQUIRE
               Hausfeld
 8             Suite 650
               1700 K Street
 9             Washington, DC 20006
               202.540.7200
10
               CHRISTOPHER SEEGER, ESQUIRE
11             SCOTT ALAN GEORGE, ESQUIRE
               Seeger Weiss LLP
12             Suite 1380
               1515 Market Street
13             Philadelphia, PA 19102
               215.553.7982
14
     For the Defendant CNBM Company:
15
               IAN JOHNSON, ESQUIRE
16             Orrick, Herrington & Sutcliffe LLP
               The Orrick Building
17             405 Howard Street
               San Francisco, CA 94105
18             415.773.5412
19
20
21   (Continued on next page)
22
23
24
25
```

```
 1    For the Defendants BNBM, PLC and BNBM Group:
 2              RICHARD L. FENTON, ESQUIRE
                Dentons US LLP
 3              Suite 5900
                233 South Wacker Drive
 4              Chicago, IL 60606
                312.876.7442
 5
                ADAM PIERSON, ESQUIRE
 6              Dentons US LLP
                Suite 1900
 7              2000 McKinney Avenue
                Dallas, TX 75201
 8              214.259.0915
 9    For the Defendant Taishan Gypsum Co.:
10              AARON K. BLOCK, ESQUIRE
                CHRISTINA HULL EIKHOFF, ESQUIRE
11              Alston & Bird LLP
                1201 West Peachtree Street
12              Atlanta, GA 30309
                404.881.4828
13
      ALSO PRESENT:
14
                Harris Bitman, Videographer
15
16
17
18
19
20
21
22
23
24
25
```