# EXHIBIT F

                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


     ****************************************************************

     IN RE: CHINESE-MANUFACTURED
     DRYWALL PRODUCTS
     LIABILITY LITIGATION

                              CIVIL DOCKET NO. 09-MD-2047 "L"
                              NEW ORLEANS, LOUISIANA
                              THURSDAY, MAY 28, 2015, 10:30 A.M.
     THIS DOCUMENT RELATES TO
     ALL CASES

     ****************************************************************


              TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS
             HEARD BEFORE THE HONORABLE ELDON E. FALLON
                    UNITED STATES DISTRICT JUDGE



     APPEARANCES:


     FOR THE PLAINTIFFS'
     LIAISON COUNSEL:          HERMAN HERMAN KATZ
                               BY:  RUSS M. HERMAN, ESQUIRE
                                    LEONARD A. DAVIS, ESQUIRE
                               820 O'KEEFE AVENUE
                               NEW ORLEANS, LA  70113


                               LEVIN, FISHBEIN, SEDRAN & BERMAN
                               BY:  ARNOLD LEVIN, ESQUIRE
                                    FRED S. LONGER, ESQUIRE
                                    SANDRA L. DUGGAN, ESQUIRE
                               510 WALNUT STREET, SUITE 500
                               PHILADELPHIA, PA 19106


                          **OFFICIAL TRANSCRIPT**

08:58:43

```
 1   APPEARANCES CONTINUED:

 2

 3                                 SEEGER WEISS
                                   BY:  CHRISTOPHER SEEGER, ESQUIRE
 4                                 77 WATER STREET, 26TH FLOOR
                                   NEW YORK, NY 10005
 5

 6
     FOR TAISHAN GYPSUM CO.,
 7   LTD, AND TAI'AN TAISHAN
     PLASTERBOARD CO., LTD.:       ALSTON & BIRD
 8                                 BY:  BERNARD TAYLOR, SR., ESQUIRE
                                        MICHAEL P. KENNY, ESQUIRE
 9                                 ONE ATLANTIC CENTER
                                   1201 WEST PEACHTREE STREET
10                                 ATLANTA, GA 30309

11

12                                 HANGARTNER, RYDBERG & TERRELL
                                   BY:  ALAN D. WEINBERGER, ESQUIRE
13                                 ONE SHELL SQUARE
                                   701 POYDRAS STREET, SUITE 310
14                                 NEW ORLEANS, LA 70179

15

16   FOR BNBM GROUP AND
     BNBM PLC:                     DENTONS US
17                                 BY:  RICHARD L. FENTON, ESQUIRE
                                        LEAH R. BRUNO, ESQUIRE
18                                 233 SOUTH WACKER DRIVE, SUITE 7800
                                   CHICAGO, IL  60606
19

20                                 DENTONS US
21                                 BY:  C. MICHAEL MOORE, ESQUIRE
                                   2000 MCKINNEY AVENUE, SUITE 1900
22                                 DALLAS, TX  75201

23

24   FOR CNBM:                     ORRICK HERRINGTON & SUTCLIFFE
                                   BY:  JAMES L. STENGEL, ESQUIRE
25                                 51 WEST 52ND STREET
                                   NEW YORK, NY 10019
```

**OFFICIAL TRANSCRIPT**

1    APPEARANCES CONTINUED:

2

3                                    ORRICK HERRINGTON & SUTCLIFFE
                                     BY:  L. CHRISTOPHER VEJNOSKA, ESQ.
4                                    THE ORRICK BUILDING
                                     405 HOWARD STREET
5                                    SAN FRANCISCO, CA  94105

6

7    OFFICIAL COURT REPORTER:    CATHY PEPPER, CRR, RMR, CCR
                                 CERTIFIED REALTIME REPORTER
8                                CERTIFIED MERIT REPORTER
                                 500 POYDRAS STREET, ROOM B406
9                                NEW ORLEANS, LA  70130
                                 (504) 589-7779
10                               Cathy_Pepper@laed.uscourts.gov

11

12   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
     PRODUCED BY COMPUTER.

13

14

15

16

17

18

19

20

21

22

23

24

25

                              **OFFICIAL TRANSCRIPT**

1                          **I N D E X**

2

3      ITEMS                                          PAGE

4

5      UPCOMING TRIAL ON DAMAGES............................   6

6      THE FOCUS OF IT IS ON DAMAGES.......................   6

7      BNBM BRINGS UP A MOTION REGARDING THE JURISDICTION

8      OF THE COURT........................................   7

9      SCOPE OF THE JUNE 9TH HEARING.......................   7

10     EXHIBIT LIST........................................   9

11     HOW LONG THE HEARING IS SCHEDULED FOR...............  10

12     DEFENSE SIDE REALLY SHOULD BE LIMITED TO ONE

13     QUESTIONER OF A WITNESS.............................  10

14     SCHEDULE TIME ON JUNE 8TH...........................  13

15     JUNE 10TH...........................................  14

16     EXHIBIT BOOK........................................  14

17     DEPOSITIONS THAT HAVE BEEN TAKEN OF THE WITNESSES....  15

18

19

20

21

22

23

24

25

                        **OFFICIAL TRANSCRIPT**

```
 1              P-R-O-C-E-E-D-I-N-G-S

 2           THURSDAY, MAY 28, 2015

 3               IN CHAMBERS

 4              (VIA TELEPHONE)

 5
```

10:33:37  6

10:33:37  7          THE COURT:  Good morning, this is Judge Fallon.  Who is

10:33:39  8  on the line first for the plaintiffs?

10:33:42  9          MR. SEEGER:  Good morning, Your Honor.  It's

10:33:43 10  Chris Seeger.

10:33:44 11          THE COURT:  Chris Seeger.  Okay.

10:33:44 12          MR. LEVIN:  Arnold Levin, Your Honor.

10:33:45 13          THE COURT:  Okay.

10:33:45 14          MR. HERMAN:  Your Honor, Russ Herman, Sandi Duggan, and

10:33:53 15  Lennie Davis.

10:33:54 16          THE COURT:  Okay.

10:33:54 17          MR. LONGER:  Fred Longer is here as well, Your Honor.

10:33:57 18  Good morning.

10:33:57 19          THE COURT:  Good morning.  Anyone else for the

10:34:00 20  plaintiffs?  Okay.  For the defendants?  Taishan?

10:34:04 21          MR. TAYLOR:  For Taishan, Your Honor, good morning.

10:34:06 22  It's Bernard Taylor and Mike Kenny.

10:34:08 23          THE COURT:  Bernard.

10:34:09 24          MR. WEINBERGER:  And Alan Weinberger also.  Thank you.

10:34:15 25          THE COURT:  And for CNBM?

                         **OFFICIAL TRANSCRIPT**

10:34:17 1          MR. STENGEL:  You've got Jim Stengel and Chris Vejnoska

10:34:21 2    on.

10:34:21 3          THE COURT:  Anybody for CNBM Materials and Company,

10:34:29 4    CNBM?  Anybody else?

10:34:32 5          MR. STENGEL:  Same people, Your Honor, Jim Stengel and

10:34:36 6    Chris Vejnoska.

10:34:36 7          THE COURT:  How about BNBM?  B as in boy.

10:34:40 8          MR. FENTON:  You've got Rick Fenton, Mike Moore, and

10:34:43 9    Leah Bruno for BNBM and BNBM Group.

10:34:48 10          THE COURT:  Okay.  Anyone else?

10:34:50 11          Okay.  We're here today to discuss the upcoming

10:34:55 12    trial on damages in this matter.  The parties sort of requested

10:35:03 13    the conference so that they could prepare for it in a better

10:35:09 14    fashion.  I've got a motion to exclude certain exhibits.

10:35:16 15          Let me say at the outset that in my view of this

10:35:19 16    hearing, the focus of it is on damages.  I issued a findings of

10:35:25 17    fact back in, let's see, the September 26, 2014, dealing with

10:35:37 18    findings of fact and conclusions of law talking about the

10:35:44 19    certifiability of the matter, the liability, and I set this

10:35:50 20    portion of it to discuss and to hear evidence on damages.

10:35:56 21    That's really the focus of it.

10:35:58 22          I don't see either the necessity or any reason

10:36:02 23    for going back into the liability or certifiability of it.

10:36:09 24    It's packaged in two portions.  I've done that.  Now I'm moving

10:36:14 25    into damages.  When that is completed, then I'll entertain

**OFFICIAL TRANSCRIPT**

10:36:22 1  motions to decertify or motions to exclude or whatever motions
10:36:30 2  there are.
10:36:32 3          BNBM brings up a motion regarding the
10:36:39 4  jurisdiction of the court.  That is being discovered now and
10:36:44 5  will be discovered, and I'll deal with that motion.  But
10:36:49 6  June 9th is really focused on damages, as I appreciate the
10:36:53 7  matter.
10:36:55 8          I'll hear from the parties.  Anything from the
10:36:57 9  plaintiffs?
10:36:58 10         MR. SEEGER:  Your Honor, it's Chris Seeger.  So, I
10:37:02 11 think you resolved, Judge, the first item I wanted to raise,
10:37:05 12 and that is I wanted to just clarify what the scope of the
10:37:08 13 June 9th hearing is because there have been motions filed, and
10:37:11 14 I've been through a round of depositions with Jerry, and so I
10:37:14 15 think he's resolved that so we're clear on the scope.
10:37:14 16         THE COURT:  Yes.
10:37:17 17         MR. SEEGER:  The other points -- I mean, I don't know
10:37:20 18 if you need to hear me on the scope issue.  I had some other
10:37:23 19 issues to raise, Judge.  Should I go into some of the things --
10:37:26 20         THE COURT:  Anything from the defendant on the scope of
10:37:30 21 it?  Bernard, do you have any suggestions or any comments on
10:37:32 22 the scope?
10:37:32 23         I received your motion, and by and large, I think
10:37:35 24 you're right.  On many of the documents, many of them have to
10:37:39 25 do with things that I've already dealt with once, so I don't

**OFFICIAL TRANSCRIPT**

10:37:44 1    see that as necessary in dealing with it again.  I've already

10:37:49 2    done that.  Now, that doesn't mean that whatever the outcome is

10:37:54 3    that it's not appropriate to file motions.  It is.  I'll deal

10:37:59 4    with the motions.

10:38:01 5            The challenging aspect in these cases is that you

10:38:08 6    can't deal with every issue at the same time.  You have to have

10:38:13 7    some order in it, but that doesn't mean that you don't deal

10:38:17 8    with the issue.  It simply means that you can't deal with

10:38:20 9    everything at the same time.  It's not a three-ring circus or a

10:38:25 10   fifty-ring circus.  That's the way I see it, anyway.

10:38:30 11           Bernard --

10:38:31 12       MR. TAYLOR:  Yes, sir.  My colleague, Mike Kenny, has a

10:38:35 13   couple of comments.

10:38:36 14       THE COURT:  Go ahead, Mike.

10:38:37 15       MR. KENNY:  Good morning, Your Honor.  With regard to

10:38:39 16   the scope, we understand Your Honor's decision to put off the

10:38:45 17   hearing on the motion for decertification, but we still believe

10:38:48 18   that with regard to the legal propriety of class damages, which

10:38:54 19   is what the plaintiffs are seeking on June 9th, that there are

10:38:58 20   threshold legal arguments.  We've raised them in our papers

10:39:03 21   already, in our opposition papers.  We anticipate submitting

10:39:07 22   supplemental papers tomorrow in light of the changed

10:39:11 23   circumstance with regard to the plaintiffs' request for class

10:39:15 24   damages, but we would like to be heard orally on those motions

10:39:18 25   at the hearing on June 9th, then I think, you know, prior to,

**OFFICIAL TRANSCRIPT**

10:39:25  1    if need be, have our witnesses there, but we think that that

10:39:30  2    threshold issue should be decided first.

10:39:32  3             THE COURT:  Well, submit your material and if I need

10:39:36  4    the oral argument, I'll grant it; if I don't, I'll simply rule

10:39:39  5    on it.  Let's make sure you have your witnesses available.

10:39:46  6             MR. FENTON:  Your Honor, this is Rick Fenton for BNBM,

10:39:51  7    and I just wanted to address the scope of the hearing.

10:39:55  8             I think we have been viewing the hearing in much

10:39:59  9    the way that Your Honor has just stated.  It's really a narrow

10:40:02  10   inquiry into the amount of damages that may be due to the class

10:40:09  11   plaintiffs, and I did want to address very briefly the exhibit

10:40:13  12   list.  I think Your Honor has already expressed his concern

10:40:18  13   that it goes beyond the scope.

10:40:20  14             Just to put a point to it for the Court, the

10:40:24  15   plaintiffs' exhibit list has four attachments.  Exhibit B to

10:40:29  16   that list, I think, is a perfectly appropriate exhibit list for

10:40:34  17   the damage hearing.  That's not to say that I agree to the

10:40:38  18   admissibility of everything, but obviously I think the exhibits

10:40:40  19   there are all pertinent to the damage issue.

10:40:44  20             I think Exhibits A, C -- A, C, and D do not

10:40:53  21   relate to damages in the least, so just to put that in front of

10:40:57  22   the Court in terms of any orders that may be entered.

10:41:00  23             THE COURT:  Okay.  Thank you.

10:41:03  24             Chris, go ahead.  You're on now on the other

10:41:07  25   issues.

**OFFICIAL TRANSCRIPT**

10:41:08  1        MR. SEEGER:  So, on the other issues, Judge, Jerry and

10:41:12  2   I raised these issues with Mr. Fenton and some of the other

10:41:16  3   defendants, and we've gotten various responses on how long the

10:41:20  4   hearing is scheduled for.  I think that may have just been

10:41:22  5   resolved because the brief that was just filed by Taishan

10:41:26  6   acknowledged what we understood this to be, which is a one-day

10:41:30  7   hearing.

10:41:30  8        THE COURT:  Yes.  Let me just say this:  I've got

10:41:34  9   another matter in another case the next day.  That won't take

10:41:39 10   me long, so if you all need some time, I'll give you time to do

10:41:45 11   it, but I would have hoped that this could be packaged in one

10:41:51 12   day.  I don't want people to speak like a tobacco auctioneer.

10:41:58 13   I need to hear the whole story, so if you do need some time, I

10:42:05 14   can probably deal with that, but my hope is we can be finished

10:42:11 15   in one day.

10:42:13 16        MR. SEEGER:  From our perspective, Judge, just with

10:42:16 17   scheduling witnesses and people who are participating who

10:42:19 18   thought this was one day, even if we had to go a little late,

10:42:23 19   it wouldn't be a problem.  Obviously, it's up to Your Honor.

10:42:27 20        THE COURT:  Yes, I'll work with you all on it and make

10:42:29 21   sure you have enough time.

10:42:32 22        MR. SEEGER:  Okay.  The other item I have, Judge, to

10:42:34 23   raise, which I think is incredibly important, particularly in

10:42:37 24   light of the Court's prior findings on alter ego, that the

10:42:40 25   defense side really should be limited to one questioner of a

10:42:44 1   witness; otherwise, we run the risk of this thing becoming, you

10:42:47 2   know, the tag team approach to witnesses and, you know, just

10:42:52 3   drawn out and turning it into a circus.

10:42:55 4           We've already seen from the depositions that they

10:42:57 5   like to have more than one questioner.  Their interests are

10:43:00 6   clearly aligned.  There is no question about unity of

10:43:03 7   interests, and with alter ego findings I think it would be

10:43:06 8   fair, Jerry and I are going to be the only ones questioning

10:43:08 9   from the plaintiffs' side, if they select one questioner or

10:43:13 10  cross-examiner of the two witnesses that are going to be on the

10:43:15 11  stand, one is a fact witness, Jake Woody, who they deposed for

10:43:20 12  over seven hours the other day, and the other is

10:43:25 13  George Ingalls, I can't imagine they need to put two or three

10:43:27 14  people on.

10:43:28 15          THE COURT:  Okay.  Let me hear from the other side.

10:43:28 16  What's your view, folks?

10:43:30 17          MR. KENNY:  Yes, Your Honor.  Michael Kenny.  As a

10:43:32 18  general proposition, I think all the defendants should have a

10:43:35 19  right to cross-examination, but having said that, I wish

10:43:39 20  Mr. Seeger had spoken to us before raising this because our

10:43:42 21  plan is to have two people, me and Rick Fenton, actually do the

10:43:49 22  directs and the cross-examinations.

10:43:51 23          Now, as Your Honor knows, you never know what

10:43:54 24  might come up once you start the game, and I think it would be

10:44:02 25  fundamentally unfair to say to the lawyers for any of the

**OFFICIAL TRANSCRIPT**

10:44:05 1    defendants that you cannot ask any questions.  You just don't
10:44:07 2    know what's coming up, but it is our good faith intention to
10:44:13 3    essentially have two lawyers do all of the witness
10:44:15 4    examinations.
10:44:17 5          MR. FENTON:  If I may put a point to this, this is
10:44:19 6    Rick Fenton, Mr. Kenny and I are coordinating.  We certainly
10:44:24 7    don't intend to duplicate what the other is doing.  Quite
10:44:31 8    frankly, we have divided up some substantive areas of
10:44:35 9    responsibility that Mr. Kenny has more familiarity with, some I
10:44:39 10   do -- I think we plan to be very efficient -- but I agree with
10:44:42 11   Mr. Kenny, I don't think that it's appropriate to limit the
10:44:47 12   ability of one party notwithstanding the alter ego findings to
10:44:52 13   make its record.
10:44:54 14         As I said, I don't think that's going to involve
10:44:56 15   any duplication or lengthen the proceedings in any way, but I
10:45:02 16   think that certainly both lawyers ought to be able to ask
10:45:09 17   questions of any witnesses on cross.  I think for the directs,
10:45:12 18   one lawyer will be conducting the direct.  We're not going to
10:45:16 19   be dividing that up.
10:45:16 20         THE COURT:  I take it that, then, whoever appears to
10:45:22 21   ask questions is in the case.  This is your shot.  So, you ask
10:45:28 22   the question, you're before me.  I'll be dealing with it in
10:45:35 23   that fashion.  I'll listen.  I'm not going to let people do the
10:45:40 24   same questioning over and over and over, but since a person who
10:45:52 25   feels that they are before me in this case and they have to

**OFFICIAL TRANSCRIPT**

10:45:54  1    protect their client who is before me, I'll listen to that and

10:45:58  2    I'll deal with it accordingly.  I think we can efficiently do

10:46:07  3    it.

10:46:07  4              All right, folks.  Thank you very much.

10:46:07  5         MR. SEEGER:  Judge, can I ask one last question of you,

10:46:10  6    Judge?  I really hate to --

10:46:10  7         THE COURT REPORTER:  Who is speaking?

10:46:13  8         THE COURT:  Chris Seeger.

10:46:13  9         MR. SEEGER:  -- impose on your time.

10:46:13 10         THE COURT:  No, no, no.

10:46:14 11         MR. SEEGER:  Does it make any sense to Your Honor, if

10:46:17 12    you need oral argument and last-minute Motions in *Limine*,

10:46:21 13    *Daubert* motions, anything that could possibly be thought of

10:46:24 14    that comes up prior to this, would it make sense to schedule

10:46:28 15    time on the 8th so we could hit the ground running on the 9th

10:46:32 16    with the witnesses?

10:46:33 17         THE COURT:  Sure.  I could do that.

10:46:33 18         MR. SEEGER:  If that doesn't work for, Your Honor --

10:46:33 19         THE COURT:  No, hold on.  Let me see if I'm in trial or

10:46:33 20    not.

10:46:37 21         THE CLERK:  No, the 8th is open.

10:46:37 22         THE COURT:  Yes, okay, we could do that, if you all

10:46:41 23    need to do that so that we can efficiently put on the

10:46:43 24    witnesses.  Either side.  If you've got something that you need

10:46:47 25    me to focus on and hear argument on, let me know and let

**OFFICIAL TRANSCRIPT**

10:46:54  1   everybody know and I'll schedule it for you.

10:46:58  2        MR. FENTON:  Your Honor, one last question.  If, in

10:47:00  3   fact, we go over into July 10th, would we go over in the

10:47:06  4   morning for planning purposes --

10:47:09  5        THE COURT:  It's June 10th.  You mean June 10th.

10:47:12  6        MR. FENTON:  I meant June 10th.  If we go over to the

10:47:14  7   next day, would we pick up immediately in the morning or would

10:47:17  8   we do it another time during the day?

10:47:18  9        THE COURT:  No, I've got something at 9:00, but I

10:47:21 10   should be able to be finished -- at 8:00, but I should be able

10:47:26 11   to be finished at 9:30.

10:47:26 12        THE COURT REPORTER:  Was that Mr. Fenton?

10:47:26 13        MR. SEEGER:  Judge, the only thing, would that go to

10:47:34 14   the 10th?  I know you've already indicated we could work a

10:47:35 15   little late.  That would create some major scheduling problems

10:47:38 16   for lawyers and witnesses on the plaintiffs' side, but going

10:47:40 17   late on the 9th is not a problem.

10:47:42 18        THE COURT:  All right.  We'll see what we can do.

10:47:44 19        MR. SEEGER:  Thank you, Judge.

10:47:45 20        THE COURT:  All right, folks.

10:47:47 21        MR. SEEGER:  Thank you, Judge.

10:47:48 22        THE COURT:  Wait, let me ask you this:  It's helpful to

10:47:51 23   me if I have an exhibit book so I can begin looking through it

10:47:58 24   before the trial.  Hopefully with some of the guidance that I

10:48:03 25   just mentioned to you, the exhibits will be able to be packaged

**OFFICIAL TRANSCRIPT**

10:48:08  1    easily, so give it to me three days before the trial so I can

10:48:12  2    look at it and be up to speed.

10:48:16  3                Also, there have been some depositions that have

10:48:18  4    been taken of the witnesses.  I really would like the

10:48:23  5    depositions so I can read the depositions before the hearing so

10:48:26  6    I'll be up to speed on that, too.

10:48:30  7          MR. SEEGER:  Absolutely, Judge.  From the plaintiffs'

10:48:33  8    perspective, I think we could gather up all four of the

10:48:36  9    depositions and send them over to you, unless at the defendants

10:48:39 10    want to.

10:48:39 11          THE COURT:  I don't need double.  If you do it, do it

10:48:42 12    as quickly as you can so I'll have time to read them.

10:48:47 13          MR. SEEGER:  All right.  We'll get those over to you

10:48:49 14    today.  Then on the exhibit books, I don't think that's going

10:48:51 15    to be a problem.

10:48:52 16          MR. KENNY:  I'm sorry, Chris.  Let me suggest this:

10:48:54 17    The deposition transcripts are just coming in.  The witnesses

10:48:57 18    hadn't had an opportunity to review.  I think we ought to at

10:49:01 19    least give the witnesses a few days to review in case they've

10:49:04 20    got an errata sheet.

10:49:06 21          THE COURT:  Okay.  Why don't you all get together on

10:49:08 22    that, folks, and get them to me as quickly as you can.

10:49:12 23          MR. SEEGER:  Who was that speaking just so I can follow

10:49:16 24    up with you on the transcripts?  Was that Fenton --

10:49:18 25          MR. KENNY:  Mike Kenny.

**OFFICIAL TRANSCRIPT**

10:49:20  1        MR. SEEGER:  Okay, Mike.  I'll call one of you guys,

10:49:21  2  and we can figure out how quickly -- obviously, Judge, you want

10:49:24  3  them in advance so you'll have time to read them.

10:49:27  4        THE COURT:  Right.  Right, right, right.  Get them to

10:49:29  5  me as quickly as you can so that I'll have time.  I've got the

10:49:34  6  night, of course, but we've got some time.

10:49:37  7        All right, guys.  Thanks very much.

10:49:39  8        VOICES:  Thank you, Judge.

         9        (WHEREUPON, at 10:49 a.m., the proceedings were

       10  concluded.)

       11                 *    *    *

       12

       13              REPORTER'S CERTIFICATE

       14

       15      I, Cathy Pepper, Certified Realtime Reporter, Registered
Merit Reporter, Certified Court Reporter in and for the State

       16  of Louisiana, Official Court Reporter for the United States
District Court, Eastern District of Louisiana, do hereby

       17  certify that the foregoing is a true and correct transcript to
the best of my ability and understanding from the record of the

       18  proceedings in the above-entitled and numbered matter.

       19                     *s/Cathy Pepper*

       20                    Cathy Pepper, CRR, RMR, CCR
                         Certified Realtime Reporter

       21                    Registered Merit Reporter
                         Official Court Reporter

       22                    United States District Court
                         Cathy_Pepper@laed.uscourts.gov

       23

       24

       25

**OFFICIAL TRANSCRIPT**

## 0

**09-MD-2047** [1] - 1:6

## 1

**10** [3] - 4:11, 4:13
**10005** [1] - 2:4
**10019** [1] - 2:25
**10:30** [1] - 1:7
**10:49** [1] - 16:9
**10th** [5] - 14:3, 14:5, 14:6, 14:14
**10TH.........................
.................** [1] - 4:15
**1201** [1] - 2:9
**13** [1] - 4:14
**14** [2] - 4:15, 4:16
**15** [1] - 4:17
**1900** [1] - 2:21
**19106** [1] - 1:24

## 2

**2000** [1] - 2:21
**2014** [1] - 6:17
**2015** [2] - 1:7, 5:2
**233** [1] - 2:18
**26** [1] - 6:17
**26TH** [1] - 2:4
**28** [2] - 1:7, 5:2

## 3

**30309** [1] - 2:10
**310** [1] - 2:13

## 4

**405** [1] - 3:4

## 5

**500** [2] - 1:23, 3:8
**504** [1] - 3:9
**51** [1] - 2:25
**510** [1] - 1:23
**52ND** [1] - 2:25
**589-7779** [1] - 3:9

## 6

**6** [2] - 4:5, 4:6
**60606** [1] - 2:18

## 7

**7** [2] - 4:8, 4:9
**701** [1] - 2:13
**70113** [1] - 1:19
**70130** [1] - 3:9
**70179** [1] - 2:14
**75201** [1] - 2:22
**77** [1] - 2:4
**7800** [1] - 2:18

## 8

**820** [1] - 1:19
**8:00** [1] - 14:10
**8th** [2] - 13:15, 13:21
**8TH.........................
.....** [1] - 4:14

## 9

**9** [1] - 4:10
**94105** [1] - 3:5
**9:00** [1] - 14:9
**9:30** [1] - 14:11
**9TH** [1] - 4:9
**9th** [6] - 7:6, 7:13, 8:19, 8:25, 13:15, 14:17

## A

**a.m** [1] - 16:9
**A.M** [1] - 1:7
**ability** [2] - 12:12, 16:17
**able** [4] - 12:16, 14:10, 14:25
**above-entitled** [1] - 16:17
**absolutely** [1] - 15:7
**accordingly** [1] - 13:2
**acknowledged** [1] - 10:6
**address** [2] - 9:7, 9:11
**admissibility** [1] - 9:18
**advance** [1] - 16:3
**agree** [2] - 9:17, 12:10
**ahead** [2] - 8:14, 9:24
**ALAN** [1] - 2:12
**Alan** [1] - 5:24
**aligned** [1] - 11:6
**ALL** [1] - 1:8
**ALSTON** [1] - 2:7
**alter** [3] - 10:24, 11:7, 12:12

**amount** [1] - 9:10
**AND** [2] - 2:7, 2:16
**anticipate** [1] - 8:21
**anyway** [1] - 8:10
**APPEARANCES** [3] - 1:15, 2:1, 3:1
**appreciate** [1] - 7:6
**approach** [1] - 11:2
**appropriate** [3] - 8:3, 9:16, 12:11
**areas** [1] - 12:8
**argument** [3] - 9:4, 13:12, 13:25
**arguments** [1] - 8:20
**ARNOLD** [1] - 1:22
**Arnold** [1] - 5:12
**aspect** [1] - 8:5
**ATLANTA** [1] - 2:10
**ATLANTIC** [1] - 2:9
**attachments** [1] - 9:15
**auctioneer** [1] - 10:12
**available** [1] - 9:5
**AVENUE** [2] - 1:19, 2:21

## B

**B406** [1] - 3:8
**BE** [1] - 4:12
**becoming** [1] - 11:1
**BEEN** [1] - 4:17
**BEFORE** [1] - 1:12
**begin** [1] - 14:23
**BERMAN** [1] - 1:21
**Bernard** [4] - 5:22, 5:23, 7:21, 8:11
**BERNARD** [1] - 2:8
**best** [1] - 16:17
**better** [1] - 6:13
**beyond** [1] - 9:13
**BIRD** [1] - 2:7
**BNBM** [8] - 2:16, 2:16, 4:7, 6:7, 6:9, 7:3, 9:6
**book** [1] - 14:23
**BOOK.........................
.................** [1] - 4:16
**books** [1] - 15:14
**boy** [1] - 6:7
**brief** [1] - 10:5
**briefly** [1] - 9:11
**BRINGS** [1] - 4:7
**brings** [1] - 7:3
**BRUNO** [1] - 2:17
**Bruno** [1] - 6:9
**BUILDING** [1] - 3:4
**BY** [11] - 1:18, 1:22, 2:3, 2:8, 2:12, 2:17, 2:21, 2:24, 3:3, 3:11, 3:12

## C

**CA** [1] - 3:5
**cannot** [1] - 12:1
**case** [4] - 10:9, 12:21, 12:25, 15:19
**cases** [1] - 8:5
**CASES** [1] - 1:8
**CATHY** [1] - 3:7
**Cathy** [2] - 16:14, 16:19
**Cathy_Pepper@laed
.uscourts.gov** [2] - 3:10, 16:22
**CCR** [2] - 3:7, 16:19
**CENTER** [1] - 2:9
**certain** [1] - 6:14
**certainly** [2] - 12:6, 12:16
**certifiability** [2] - 6:19, 6:23
**CERTIFICATE** [1] - 16:13
**CERTIFIED** [2] - 3:7, 3:8
**Certified** [3] - 16:14, 16:15, 16:20
**certify** [1] - 16:16
**challenging** [1] - 8:5
**CHAMBERS** [1] - 5:3
**changed** [1] - 8:22
**CHICAGO** [1] - 2:18
**CHINESE** [1] - 1:4
**CHINESE-
MANUFACTURED** [1] - 1:4
**Chris** [8] - 5:10, 5:11, 6:1, 6:6, 7:10, 9:24, 13:8, 15:16
**CHRISTOPHER** [2] - 2:3, 3:3
**circumstance** [1] - 8:23
**circus** [3] - 8:9, 8:10, 11:3
**CIVIL** [1] - 1:6
**clarify** [1] - 7:12
**class** [3] - 8:18, 8:23, 9:10
**clear** [1] - 7:15
**clearly** [1] - 11:6
**CLERK** [1] - 13:21
**client** [1] - 13:1
**CNBM** [4] - 2:24, 5:25, 6:3, 6:4
**CO** [2] - 2:6, 2:7
**colleague** [1] - 8:12
**coming** [2] - 12:2, 15:17

**comments** [2] - 7:21, 8:13
**Company** [1] - 6:3
**completed** [1] - 6:25
**COMPUTER** [1] - 3:12
**concern** [1] - 9:12
**concluded** [1] - 16:10
**conclusions** [1] - 6:18
**conducting** [1] - 12:18
**CONFERENCE** [1] - 1:11
**conference** [1] - 6:13
**CONTINUED** [2] - 2:1, 3:1
**coordinating** [1] - 12:6
**correct** [1] - 16:16
**COUNSEL** [1] - 1:17
**couple** [1] - 8:13
**course** [1] - 16:6
**court** [1] - 7:4
**Court** [7] - 9:14, 9:22, 16:15, 16:15, 16:16, 16:21, 16:21
**COURT** [36] - 1:1, 3:7, 5:7, 5:11, 5:13, 5:16, 5:19, 5:23, 5:25, 6:3, 6:7, 6:10, 7:16, 7:20, 8:14, 9:3, 9:23, 10:8, 10:20, 11:15, 12:20, 13:7, 13:8, 13:10, 13:17, 13:19, 13:22, 14:5, 14:9, 14:12, 14:18, 14:20, 14:22, 15:11, 15:21, 16:4
**Court's** [1] - 10:24
**COURT.........................
.................** [1] - 4:8
**create** [1] - 14:15
**cross** [4] - 11:10, 11:19, 11:22, 12:17
**cross-examination** [1] - 11:19
**cross-examinations** [1] - 11:22
**cross-examiner** [1] - 11:10
**CRR** [2] - 3:7, 16:19

## D

**DALLAS** [1] - 2:22
**damage** [2] - 9:17, 9:19
**damages** [9] - 6:12, 6:16, 6:20, 6:25, 7:6, 8:18, 8:24, 9:10, 9:21
**DAMAGES................**

...... [1] - 4:6
DAMAGES................
.......... [1] - 4:5
Daubert [1] - 13:13
Davis [1] - 5:15
DAVIS [1] - 1:18
days [2] - 15:1, 15:19
deal [7] - 7:5, 8:3, 8:6,
8:7, 8:8, 10:14, 13:2
dealing [3] - 6:17, 8:1,
12:22
dealt [1] - 7:25
decertification [1] -
8:17
decertify [1] - 7:1
decided [1] - 9:2
decision [1] - 8:16
defendant [1] - 7:20
defendants [5] - 5:20,
10:3, 11:18, 12:1,
15:9
defense [1] - 10:25
DEFENSE [1] - 4:12
DENTONS [2] - 2:16,
2:20
deposed [1] - 11:11
deposition [1] - 15:17
DEPOSITIONS [1] -
4:17
depositions [6] - 7:14,
11:4, 15:3, 15:5,
15:9
direct [1] - 12:18
directs [2] - 11:22,
12:17
discovered [2] - 7:4,
7:5
discuss [2] - 6:11,
6:20
District [3] - 16:16,
16:21
DISTRICT [3] - 1:1,
1:1, 1:12
divided [1] - 12:8
dividing [1] - 12:19
DOCKET [1] - 1:6
DOCUMENT [1] - 1:8
documents [1] - 7:24
done [2] - 6:24, 8:2
double [1] - 15:11
drawn [1] - 11:3
DRIVE [1] - 2:18
DRYWALL [1] - 1:5
due [1] - 9:10
DUGGAN [1] - 1:23
Duggan [1] - 5:14
duplicate [1] - 12:7
duplication [1] - 12:15
during [1] - 14:8

E

easily [1] - 15:1
Eastern [1] - 16:16
EASTERN [1] - 1:1
efficient [1] - 12:10
efficiently [2] - 13:2,
13:23
ego [3] - 10:24, 11:7,
12:12
either [2] - 6:22, 13:24
ELDON [1] - 1:12
entered [1] - 9:22
entertain [1] - 6:25
entitled [1] - 16:17
errata [1] - 15:20
ESQ [1] - 3:3
ESQUIRE [13] - 1:18,
1:18, 1:22, 1:22,
1:23, 2:3, 2:8, 2:8,
2:12, 2:17, 2:17,
2:21, 2:24
essentially [1] - 12:3
evidence [1] - 6:20
examination [1] -
11:19
examinations [1] -
11:22, 12:4
examiner [1] - 11:10
exclude [2] - 6:14, 7:1
exhibit [5] - 9:11,
9:15, 9:16, 14:23,
15:14
EXHIBIT [2] - 4:10,
4:16
Exhibit [1] - 9:15
exhibits [3] - 6:14,
9:18, 14:25
Exhibits [1] - 9:20
expressed [1] - 9:12

F

fact [4] - 6:17, 6:18,
11:11, 14:3
fair [1] - 11:8
faith [1] - 12:2
FALLON [1] - 1:12
Fallon [1] - 5:7
familiarity [1] - 12:9
fashion [2] - 6:14,
12:23
FENTON [6] - 2:17,
6:8, 9:6, 12:5, 14:2,
14:6
Fenton [7] - 6:8, 9:6,
10:2, 11:21, 12:6,
14:12, 15:24

few [1] - 15:19
fifty [1] - 8:10
fifty-ring [1] - 8:10
figure [1] - 16:2
file [1] - 8:3
filed [2] - 7:13, 10:5
findings [5] - 6:16,
6:18, 10:24, 11:7,
12:12
finished [3] - 10:14,
14:10, 14:11
first [3] - 5:8, 7:11, 9:2
FISHBEIN [1] - 1:21
FLOOR [1] - 2:4
focus [3] - 6:16, 6:21,
13:25
FOCUS [1] - 4:6
focused [1] - 7:6
folks [4] - 11:16, 13:4,
14:20, 15:22
follow [1] - 15:23
FOR [4] - 1:17, 2:6,
2:16, 2:24
FOR............... [1] -
4:11
foregoing [1] - 16:16
four [2] - 9:15, 15:8
FRANCISCO [1] - 3:5
frankly [1] - 12:8
FRED [1] - 1:22
Fred [1] - 5:17
front [1] - 9:21
fundamentally [1] -
11:25

G

GA [1] - 2:10
game [1] - 11:24
gather [1] - 15:8
general [1] - 11:18
George [1] - 11:13
grant [1] - 9:4
ground [1] - 13:15
Group [1] - 11:13
GROUP [1] - 2:16
guidance [1] - 14:24
guys [2] - 16:1, 16:7
GYPSUM [1] - 2:6

H

HANGARTNER [1] -
2:12
hate [1] - 13:6
HAVE [1] - 4:17
hear [6] - 6:20, 7:8,
7:18, 10:13, 11:15,

13:25
HEARD [1] - 1:12
heard [1] - 8:24
hearing [10] - 6:16,
7:13, 8:17, 8:25, 9:7,
9:8, 9:17, 10:4, 10:7,
15:5
HEARING [1] - 4:11
HEARING................
.... [1] - 4:9
helpful [1] - 14:22
hereby [1] - 16:16
HERMAN [4] - 1:17,
1:18, 5:14
Herman [1] - 5:14
HERRINGTON [2] -
2:24, 3:3
hit [1] - 13:15
hold [1] - 13:19
Honor [17] - 5:9, 5:12,
5:14, 5:17, 5:21, 6:5,
7:10, 8:15, 9:6, 9:9,
9:12, 10:19, 11:17,
11:23, 13:11, 13:18,
14:2
Honor's [1] - 8:16
HONORABLE [1] -
1:12
hope [1] - 10:14
hoped [1] - 10:11
hopefully [1] - 14:24
hours [1] - 11:12
HOW [1] - 4:11
HOWARD [1] - 3:4

I

IL [1] - 2:18
imagine [1] - 11:13
immediately [1] - 14:7
important [1] - 10:23
impose [1] - 13:9
IN [2] - 1:4, 5:3
incredibly [1] - 10:23
indicated [1] - 14:14
Ingalls [1] - 11:13
inquiry [1] - 9:10
intend [1] - 12:7
intention [1] - 12:2
interests [2] - 11:5,
11:7
involve [1] - 12:14
IS [2] - 4:6, 4:11
issue [5] - 7:18, 8:6,
8:8, 9:2, 9:19
issued [1] - 6:16
issues [4] - 7:19, 9:25,
10:1, 10:2
IT [1] - 4:6

item [2] - 7:11, 10:22
ITEMS [1] - 4:3

J

Jake [1] - 11:11
JAMES [1] - 2:24
Jerry [3] - 7:14, 10:1,
11:8
Jim [2] - 6:1, 6:5
judge [1] - 13:5
JUDGE [1] - 1:12
Judge [13] - 5:7, 7:11,
7:19, 10:1, 10:16,
10:22, 13:6, 14:13,
14:19, 14:21, 15:7,
16:2, 16:8
July [1] - 14:3
June [7] - 7:6, 7:13,
8:19, 8:25, 14:5,
14:6
JUNE [3] - 4:9, 4:14,
4:15
jurisdiction [1] - 7:4
JURISDICTION [1] -
4:7

K

KATZ [1] - 1:17
Kenny [7] - 5:22, 8:12,
11:17, 12:6, 12:9,
11:17, 15:25
KENNY [5] - 2:8, 8:15,
11:17, 15:16, 15:25
knows [1] - 11:23

L

LA [3] - 1:19, 2:14, 3:9
large [1] - 7:23
last [3] - 13:5, 13:12,
14:2
last-minute [1] - 13:12
late [3] - 10:18, 14:15,
14:17
law [1] - 6:18
lawyer [1] - 12:18
lawyers [4] - 11:25,
12:3, 12:16, 14:16
LEAH [1] - 2:17
Leah [1] - 6:9
least [2] - 9:21, 15:19
legal [2] - 8:18, 8:20
lengthen [1] - 12:15
Lennie [1] - 5:15
LEONARD [1] - 1:18
Levin [1] - 5:12

**LEVIN** [3] - 1:21, 1:22, 5:12
**liability** [2] - 6:19, 6:23
**LIABILITY** [1] - 1:5
**LIAISON** [1] - 1:17
**light** [2] - 8:22, 10:24
**Limine** [1] - 13:12
**limit** [1] - 12:11
**limited** [1] - 10:25
**LIMITED** [1] - 4:12
**line** [1] - 5:8
**list** [4] - 9:12, 9:15, 9:16
**LIST**........................... ............ [1] - 4:10
**listen** [2] - 12:23, 13:1
**LITIGATION** [1] - 1:5
**LONG** [1] - 4:11
**LONGER** [2] - 1:22, 5:17
**look** [1] - 15:2
**looking** [1] - 14:23
**LOUISIANA** [2] - 1:1, 1:7
**Louisiana** [2] - 16:15, 16:16
**LTD** [2] - 2:7, 2:7

**M**

**major** [1] - 14:15
**MANUFACTURED** [1] - 1:4
**material** [1] - 9:3
**Materials** [1] - 6:3
**matter** [5] - 6:12, 6:19, 7:7, 10:9, 16:17
**MAY** [2] - 1:7, 5:2
**MCKINNEY** [1] - 2:21
**mean** [4] - 7:17, 8:2, 8:7, 14:5
**means** [1] - 8:8
**meant** [1] - 14:6
**MECHANICAL** [1] - 3:11
**mentioned** [1] - 14:25
**MERIT** [1] - 3:8
**Merit** [2] - 16:15, 16:20
**MICHAEL** [2] - 2:8, 2:21
**Michael** [1] - 11:17
**might** [1] - 11:24
**Mike** [6] - 5:22, 6:8, 8:12, 8:14, 15:25, 16:1
**minute** [1] - 13:12
**Moore** [1] - 6:8
**MOORE** [1] - 2:21

**morning** [8] - 5:7, 5:9, 5:18, 5:19, 5:21, 8:15, 14:4, 14:7
**motion** [5] - 6:14, 7:3, 7:5, 7:23, 8:17
**MOTION** [1] - 4:7
**Motions** [1] - 13:12
**motions** [8] - 7:1, 7:13, 8:3, 8:4, 8:24, 13:13
**moving** [1] - 6:24
**MR** [34] - 5:9, 5:12, 5:14, 5:17, 5:21, 5:24, 6:1, 6:5, 6:8, 7:10, 7:17, 8:12, 8:15, 9:6, 10:1, 10:16, 10:22, 11:17, 12:5, 13:5, 13:9, 13:11, 13:18, 14:2, 14:6, 14:13, 14:19, 14:21, 15:7, 15:13, 15:16, 15:23, 15:25, 16:1

**N**

**narrow** [1] - 9:9
**necessary** [1] - 8:1
**necessity** [1] - 6:22
**need** [7] - 7:18, 9:1, 9:3, 10:10, 10:13, 11:13, 13:12, 13:23, 13:24, 15:11
**never** [1] - 11:23
**NEW** [6] - 1:7, 1:19, 2:4, 2:14, 2:25, 3:9
**next** [1] - 10:9, 14:17
**night** [1] - 16:6
**NO** [1] - 1:6
**notwithstanding** [1] - 12:12
**numbered** [1] - 16:17
**NY** [2] - 2:4, 2:25

**O**

**O'KEEFE** [1] - 1:19
**obviously** [3] - 9:18, 10:19, 16:2
**OF** [7] - 1:1, 1:11, 4:6, 4:8, 4:9, 4:13, 4:17
**Official** [2] - 16:15, 16:21
**OFFICIAL** [1] - 3:7
**ON** [3] - 4:5, 4:6, 4:14
**once** [2] - 7:25, 11:24
**ONE** [3] - 2:9, 2:13, 4:12
**one** [13] - 10:6, 10:11,

10:15, 10:18, 10:25, 11:5, 11:9, 11:11, 12:12, 12:18, 13:5, 14:2, 16:1
**one-day** [1] - 10:6
**ones** [1] - 11:8
**open** [1] - 13:21
**opportunity** [1] - 15:18
**opposition** [1] - 8:21
**oral** [2] - 9:4, 13:12
**orally** [1] - 8:24
**order** [1] - 8:7
**orders** [1] - 9:22
**ORLEANS** [4] - 1:7, 1:19, 2:14, 3:9
**ORRICK** [3] - 2:24, 3:3, 3:4
**otherwise** [1] - 11:1
**ought** [2] - 12:16, 15:18
**outcome** [1] - 8:2
**outset** [1] - 6:15

**P**

**PA** [1] - 1:24
**packaged** [3] - 6:24, 10:11, 14:25
**PAGE** [1] - 4:3
**papers** [3] - 8:20, 8:21, 8:22
**participating** [1] - 10:17
**particularly** [1] - 10:23
**parties** [2] - 6:12, 7:8
**party** [1] - 12:12
**PEACHTREE** [1] - 2:9
**people** [6] - 6:5, 10:12, 10:17, 11:14, 11:21, 12:23
**PEPPER** [1] - 3:7
**Pepper** [3] - 16:14, 16:19, 16:19
**perfectly** [1] - 9:16
**person** [1] - 12:24
**perspective** [2] - 10:16, 15:8
**pertinent** [1] - 9:19
**PHILADELPHIA** [1] - 1:24
**pick** [1] - 14:7
**plaintiffs** [5] - 5:8, 5:20, 7:9, 8:19, 9:11
**PLAINTIFFS'** [1] - 1:17
**plaintiffs'** [5] - 8:23, 9:15, 11:9, 14:16, 15:7
**plan** [2] - 11:21, 12:10

**planning** [1] - 14:4
**PLASTERBOARD** [1] - 2:7
**PLC** [1] - 2:16
**point** [2] - 9:14, 12:5
**points** [1] - 7:17
**portion** [1] - 6:20
**portions** [1] - 6:24
**possibly** [1] - 13:13
**POYDRAS** [2] - 2:13, 3:8
**prepare** [1] - 6:13
**problem** [3] - 10:19, 14:17, 15:15
**problems** [1] - 14:15
**proceedings** [2] - 12:15, 16:9, 16:17
**PROCEEDINGS** [3] - 1:11, 3:11, 5:1
**PRODUCED** [1] - 3:12
**PRODUCTS** [1] - 1:5
**proposition** [1] - 11:18
**propriety** [1] - 8:18
**protect** [1] - 13:1
**purposes** [1] - 14:4
**put** [6] - 8:16, 9:14, 9:21, 11:13, 12:5, 13:23

**Q**

**questioner** [3] - 10:25, 11:5, 11:9
**QUESTIONER** [1] - 4:13
**questioning** [2] - 11:8, 12:24
**questions** [2] - 12:1, 12:17, 12:21
**quickly** [4] - 15:12, 15:22, 16:2, 16:5
**quite** [1] - 12:7

**R**

**raise** [3] - 7:11, 7:19, 10:23
**raised** [2] - 8:20, 10:2
**raising** [1] - 11:20
**RE** [1] - 1:4
**read** [3] - 15:5, 15:12, 16:3
**REALLY** [1] - 4:12
**really** [6] - 6:21, 7:6, 9:9, 10:25, 13:6, 15:4
**REALTIME** [1] - 3:7

**Realtime** [2] - 16:14, 16:20
**reason** [1] - 6:22
**received** [1] - 7:23
**record** [2] - 12:13, 16:17
**RECORDED** [1] - 3:11
**regard** [3] - 8:15, 8:18, 8:23
**REGARDING** [1] - 4:7
**regarding** [1] - 7:3
**Registered** [1] - 16:14
**registered** [1] - 16:20
**relate** [1] - 9:21
**RELATES** [1] - 1:8
**Reporter** [7] - 16:14, 16:15, 16:15, 16:20, 16:20, 16:21
**REPORTER** [5] - 3:7, 3:7, 3:8, 13:7, 14:12
**REPORTER'S** [1] - 16:13
**request** [1] - 8:23
**requested** [1] - 6:12
**resolved** [3] - 7:11, 7:15, 10:5
**responses** [1] - 10:3
**responsibility** [1] - 12:9
**review** [2] - 15:18, 15:19
**RICHARD** [1] - 2:17
**Rick** [4] - 6:8, 9:6, 11:21, 12:6
**ring** [2] - 8:9, 8:10
**risk** [1] - 11:1
**RMR** [2] - 3:7, 16:19
**ROOM** [1] - 3:8
**round** [1] - 7:14
**rule** [1] - 9:4
**run** [1] - 11:1
**running** [1] - 13:15
**RUSS** [1] - 1:18
**Russ** [1] - 5:14
**RYDBERG** [1] - 2:12

**S**

**s/Cathy** [1] - 16:19
**SAN** [1] - 3:5
**Sandi** [1] - 5:14
**SANDRA** [1] - 1:23
**schedule** [2] - 13:14, 14:1
**SCHEDULE** [1] - 4:14
**scheduled** [1] - 10:4
**SCHEDULED** [1] - 4:11
**scheduling** [2] -

10:17, 14:15
**SCOPE** [1] - 4:9
**scope** [8] - 7:12, 7:15, 7:18, 7:20, 7:22, 8:16, 9:7, 9:13
**SEDRAN** [1] - 1:21
**see** [6] - 6:17, 6:22, 8:1, 8:10, 13:19, 14:18
**SEEGER** [19] - 2:3, 2:3, 5:9, 7:10, 7:17, 10:1, 10:16, 10:22, 13:5, 13:9, 13:11, 13:18, 14:13, 14:19, 14:21, 15:7, 15:13, 15:23, 16:1
**Seeger** [5] - 5:10, 5:11, 7:10, 11:20, 13:8
**seeking** [1] - 8:19
**select** [1] - 11:9
**send** [1] - 15:9
**sense** [2] - 13:11, 13:14
**September** [1] - 6:17
**set** [1] - 6:19
**seven** [1] - 11:12
**sheet** [1] - 15:20
**SHELL** [1] - 2:13
**shot** [1] - 12:21
**SHOULD** [1] - 4:12
**side** [5] - 10:25, 11:9, 11:15, 13:24, 14:16
**SIDE** [1] - 4:12
**simply** [2] - 8:8, 9:4
**sorry** [1] - 15:16
**sort** [1] - 6:12
**SOUTH** [1] - 2:18
**speaking** [2] - 13:7, 15:23
**speed** [2] - 15:2, 15:6
**spoken** [1] - 11:20
**SQUARE** [1] - 2:13
**SR** [1] - 2:8
**stand** [1] - 11:11
**start** [1] - 11:24
**State** [1] - 16:15
**STATES** [2] - 1:1, 1:12
**States** [2] - 16:15, 16:21
**STATUS** [1] - 1:11
**STENGEL** [3] - 2:24, 6:1, 6:5
**Stengel** [2] - 6:1, 6:5
**STENOGRAPHY** [1] - 3:11
**still** [1] - 8:17
**story** [1] - 10:13
**STREET** [7] - 1:23, 2:4, 2:9, 2:13, 2:25,

3:4, 3:8
**submit** [1] - 9:3
**submitting** [1] - 8:21
**substantive** [1] - 12:8
**suggest** [1] - 15:16
**suggestions** [1] - 7:21
**SUITE** [4] - 1:23, 2:13, 2:18, 2:21
**supplemental** [1] - 8:22
**SUTCLIFFE** [2] - 2:24, 3:3

## T

**tag** [1] - 11:2
**TAI'AN** [1] - 2:7
**Taishan** [3] - 5:20, 5:21, 10:5
**TAISHAN** [2] - 2:6, 2:7
**TAKEN** [1] - 4:17
**Taylor** [1] - 5:22
**TAYLOR** [3] - 2:8, 5:21, 8:12
**team** [1] - 11:2
**TELEPHONE** [1] - 5:4
**terms** [1] - 9:22
**TERRELL** [1] - 2:12
**THAT** [1] - 4:17
**THE** [44] - 1:12, 1:17, 3:4, 4:6, 4:7, 4:8, 4:9, 4:11, 4:17, 5:7, 5:11, 5:13, 5:16, 5:19, 5:23, 5:25, 6:3, 6:7, 6:10, 7:16, 7:20, 8:14, 9:3, 9:23, 10:8, 10:20, 11:15, 12:20, 13:7, 13:8, 13:10, 13:17, 13:19, 13:21, 13:22, 14:5, 14:9, 14:12, 14:18, 14:20, 14:22, 15:11, 15:21, 16:4
**they've** [1] - 15:19
**THIS** [1] - 1:8
**three** [3] - 8:9, 11:13, 15:1
**three-ring** [1] - 8:9
**threshold** [2] - 8:20, 9:2
**THURSDAY** [2] - 1:7, 5:2
**TIME** [1] - 4:14
**TO** [2] - 1:8, 4:12
**tobacco** [1] - 10:12
**today** [2] - 6:11, 15:14
**together** [1] - 15:21
**tomorrow** [1] - 8:22
**transcript** [1] - 16:16

**TRANSCRIPT** [2] - 1:11, 3:11
**transcripts** [2] - 15:17, 15:24
**TRIAL** [1] - 4:5
**trial** [4] - 6:12, 13:19, 14:24, 15:1
**true** [1] - 16:16
**turning** [1] - 11:3
**two** [5] - 6:24, 11:10, 11:13, 11:21, 12:3
**TX** [1] - 2:22

## U

**understood** [1] - 10:6
**unfair** [1] - 11:25
**United** [2] - 16:15, 16:21
**UNITED** [2] - 1:1, 1:12
**unity** [1] - 11:6
**unless** [1] - 15:9
**UP** [1] - 4:7
**up** [12] - 7:3, 10:19, 11:24, 12:2, 12:8, 12:19, 13:14, 14:7, 15:2, 15:6, 15:8, 15:24
**UPCOMING** [1] - 4:5
**upcoming** [1] - 6:11
**US** [2] - 2:16, 2:20

## V

**various** [1] - 10:3
**VEJNOSKA** [1] - 3:3
**Vejnoska** [2] - 6:1, 6:6
**VIA** [1] - 5:4
**view** [2] - 6:15, 11:16
**viewing** [1] - 9:8
**VOICES** [1] - 16:8

## W

**WACKER** [1] - 2:18
**wait** [1] - 14:22
**WALNUT** [1] - 1:23
**WATER** [1] - 2:4
**Weinberger** [1] - 5:24
**WEINBERGER** [2] - 2:12, 5:24
**WEISS** [1] - 2:3
**WEST** [2] - 2:9, 2:25
**WHEREUPON** [1] - 16:9
**whole** [1] - 10:13
**wish** [1] - 11:19
**witness** [3] - 11:1,

11:11, 12:3
**WITNESS..................
.......... [1] - 4:13
**witnesses** [12] - 9:1, 9:5, 10:17, 11:2, 11:10, 12:17, 13:16, 13:24, 14:16, 15:4, 15:17, 15:19
**WITNESSES...** [1] - 4:17
**Woody** [1] - 11:11

## Y

**YORK** [2] - 2:4, 2:25