UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

**O R D E R**

  Considering the Motion to Seal Exhibits A and B attached to Plaintiffs' Opposition to Beijing New Building Materials Public Limited Co. and Beijing New Building Material (Group) Co., Ltd.'s Emergency Motion for Clarification or Modification of the Court's May 28, 2015 Minute Entry;

  IT IS ORDERED BY THE COURT that the motion is GRANTED and the attached Exhibits A and B to Plaintiffs' Opposition to Beijing New Building Materials Public Limited Co. and Beijing New Building Material (Group) Co., Ltd.'s Emergency Motion for Clarification or Modification of the Court's May 28, 2015 Minute Entry [Rec.Doc. 19067] be and they are filed UNDER SEAL.

  New Orleans, Louisiana, this ____ day of _____, 2015.

                    _____
                    Eldon E. Fallon
                    United States District Court Judge