# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 20147<br>SECTION: L |
| THIS DOCUMENT APPLIES TO ALL CASES | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## O R D E R

Considering the Motion for Leave to File the Plaintiffs' Steering Committee's Motion to Compel Production of 30(b)(6) Witness Under Seal;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the attached Plaintiffs' Steering Committee's Motion to Compel Production of 30(b)(6) Witness in its entirety, including memorandum of law and exhibits, be and is hereby FILED UNDER SEAL.

New Orleans, Louisiana, this ____ day of _____, 2015.

_____
Eldon E. Fallon
United States District Court Judge