**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 20147 SECTION: L |
| THIS DOCUMENT APPLIES TO ALL CASES | JUDGE FALLON MAG. JUDGE WILKINSON |

# FILED UNDER SEAL

**THE PLAINTIFFS' STEERING COMMITTEE'S MOTION TO COMPEL
PRODUCTION OF 30(B)(6) WITNESS RE:  TAISHAN**