# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:**<br><br>*Germano v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, **Case No. 09-6687** (E.D. Va.);<br><br>*Gross v. Knauf Gips, KG*, **Case No. 09-6690** (E.D. La.);<br><br>*Wiltz v. Beijing New Building Materials Public Limited Co.,* **Case No. 10-361** (E.D. La.);<br><br>*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, **Case No. 11-1672** (S.D. Fl.);<br><br>*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, **Case No. 11-1395** (E.D. La.); and<br><br>*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, **Case No. 11-1673** (E.D. Va.). | |

## **ORDER**

Upon consideration of the Motion filed by Defendants, Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd. ("Taishan"), and there being no just reason to deny the Motion,

IT BE AND HEREBY IS ORDERED that Taishan is granted a five (5) day extension of time or until Tuesday, June 9, 2015 to respond to the Plaintiffs' Steering Committee's ("PSC") Motion to Compel Production of 30(B)(6) Witness.

New Orleans, Louisiana, this _____ day of _____, 2015.

_____
Judge Eldon E. Fallon