UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

### ORDER

Before the Court is BNBM's motion to clarify or modify the Court's May 28, 2015 Minute Entry. (Rec. Doc. 19053, 19069). BNBM requests that the Court clarify that BNBM will not be deemed to waive its right to make jurisdictional defenses. The Plaintiffs' Steering Committee ("PSC") opposes, asserting that BNBM has waived its right to contest personal jurisdiction in this six-year old MDL. (Rec. Doc. 19067).

As this Court has noted, the jurisdictional question raised by BNBM will require additional discovery after the June 9 damages hearing. (Rec. Doc. 18921). The Court therefore issued a scheduling order setting forth, *inter alia*, that at a later date it will set deadlines, briefing schedules, and hearing dates for BNBM's motion to dismiss for lack of personal jurisdiction and service. *Id.* This scheduling order remains in force.

As to the May 27 Minute Entry, the Court clarifies its meaning of a party being "subject to the Court's authority": any party that participates in cross examination at the June 9 hearing is subject to the Court's authority regarding evidentiary rulings the Court might make at the hearing. Put differently, the questioner must abide by the Court's evidentiary ruling at the hearing, even if the questioner's client contests that this Court has personal jurisdiction. The participating party does not waive any legal defense by merely participating in the hearing.

1

BNBM, for example, has reserved its defenses, including that of personal jurisdiction. The Court will assess these defenses at the appropriate time, pursuant to the Court's scheduling order, (Rec. Doc. 18921).

Accordingly, BNBM's motion to clarify is **GRANTED** as clarified herein.

New Orleans, Louisiana, this 5th day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE