UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL          MDL No. 09-2047
PRODUCTS LIABILITY LITIGATION

                                              JUDGE FALLON
THIS DOCUMENT RELATES TO:

                                              MAGISTRATE WILKINSON

ALL CASES AND

**Laura Haya, et al. v. Taishan Gypsum Co., Ltd.
f/k/a Shandong Taihe Dongxin Co., Ltd., et al.**

Docket # 11-1077 (Omni IX)

## MOTION TO WITHDRAW AS COUNSEL OF RECORD WITHOUT SUBSTITUTION FOR DEFENDANT COMMON GROUND RELIEF INC

Pursuant to Rule 83.2.1 of the Local Rules of the United States District Court for the Eastern District of Louisiana, counsel for Common Ground Relief Inc., (CGR) Elizabeth C. Lesher, Esq. hereby requests the Court and counsel allow for the withdrawal as counsel of record for CGR. The undersigned is currently listed as counsel of record for CGR and hereby requests withdrawal and in support thereof state:

Counsel's employment with CGR ended in July of 2014 and CGR has routinely failed to respond to requests for information and assistance in finding new representation in this matter. Counsel has sent numerous emails to CGR on this matter.

A copy of this motion will be served upon CGR at the last known address of 1800 Deslonde Street, New Orleans, Louisiana 70119. CGR can be reached by phone at (504) 312-1729.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Withdraw As Counsel of Record Without Substitution has been sent via USPS Certified Mail to Defendant CGR at their last known address of

1800 Deslonde Street
New Orleans, Louisiana 70119

and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

Respectfully submitted,
Elizabeth C. Lesher, Esq.