UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

Before the Court is Knauf's motion to dismiss settlement obligations for certain already remediated homes. (Rec. Doc. 19054).

**IT IS ORDERED** that the motion is set for submission, with oral argument, immediately following the June Monthly Status Conference on June 23, 2015.

**IT IS FURTHER ORDERED** that responsive briefing to Knauf's motion is due on June 15, 2015.

New Orleans, Louisiana, this 3rd day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE

1