IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

**O R D E R**

Considering the Plaintiffs' Steering Committee's Motion for Leave to File Opposition to Defendants' Motions to Exclude Testimony of George Inglis Under Seal;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the attached Opposition to Defendants' Motions to Exclude Testimony of George Inglis, with all exhibits, be and is hereby filed UNDER SEAL.

New Orleans, Louisiana, this  4th   day of   June                              , 2015.

_____
Eldon E. Fallon
United States District Court Judge