UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 20147 SECTION: L |
| THIS DOCUMENT APPLIES TO ALL CASES | JUDGE FALLON MAG. JUDGE WILKINSON |

**THE PLAINTIFFS' STEERING COMMITTEE'S SUPPLEMENT TO MOTION TO COMPEL PRODUCTION OF 30(B)(6) WITNESS**

The Plaintiffs' Steering Committee ("PSC") is filing the instant supplement to its motion to compel in order to clarify the documents it is requesting be produced and to further request the production of documents referenced during the deposition of Gang Che. The discovery being pursued in the PSC's motion to compel is absolutely critical to the PSC's ability to successfully prosecute this case on behalf of the thousands of consumers who have been injured by the Taishan Defendants' defective drywall.

As was noted in the PSC's motion to compel, Taishan's first production of documents was produced to the PSC on April 6, 2015 and consists of documents produced entirely in Chinese. A cursory review of these documents has revealed that they are comprised of financial documents evidencing guarantees amongst the Taishan Defendants and Affiliates. These documents are crucial for purposes of establishing alter-ego/single business enterprise. For this reason, the PSC requests that Taishan be ordered to produce English language translations of these documents on or before June 19, 2015.[1]

---

[1] As noted in the PSC's motion to compel, it is evident that Taishan has failed to produce all documents responsive to the PSC's discovery requests (*i.e.*, by way of example, Taishan has failed to produce any documents relevant to the contempt

1

In addition to the foregoing, Gang Che testified that he took notes on documents he reviewed while preparing for his deposition. *See* June 4, 2015 Transcript of Gang Che Deposition at Pgs. 319:20-324:2, attached hereto as Exhibit "E." Following this testimony by Mr. Gang, Counsel for the PSC requested that Taishan either produce these notes or create a privilege log asserting all grounds for withholding Mr. Gang's notes. *Id.* at Pg. 324:3-10. The PSC hereby requests that Taishan be ordered to either produce Mr. Gang's notes or submit a privilege log on or before June 19, 2015. Should Taishan submit a privilege log in lieu of producing Mr. Gang's notes, the parties can then discuss the propriety of any privileges being asserted and seek the Court's intervention if necessary.[2]

Wherefore, for the reasons set forth above as well as those in the PSC's motion to compel, the PSC respectfully requests that the Court grant the motion to compel.

---

violations of its affiliates). For this reason, the PSC's motion to compel requests that Taishan be ordered to produce all responsive documents on or before June 19, 2015.

[2] This Court has previously rejected an assertion of privilege with respect to one of the objectors to the Chinese Drywall settlements. The objector in question, Saul Soto, was represented by professional objector Christopher Bandas. Mr. Soto had taken notes during his consultation with counsel and had used the notes to refresh his recollection prior to giving testimony. The Court ultimately reviewed the materials in question and determined the assertion of privilege by Mr. Soto was improper. *See* Order Dated November 7, 2012, Rec.Doc.No. 16127.

2

                                                     Respectfully submitted,

Dated: June 5, 2015                  /s/ Russ M. Herman
                                                     **Russ M. Herman** (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
***HERMAN, HERMAN & KATZ, LLC***
820 O'Keefe Avenue
New Orleans, LA 70113
PH: (504) 581-4892
FAX: (504) 561-6024
ldavis@hhklawfirm.com
***Plaintiffs' Liaison Counsel***
***MDL 2047***

Arnold Levin (on the brief)
Fred S. Longer
Sandra L. Duggan (on the brief)
Matthew C. Gaughan (on the brief)
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
PH: (215) 592-1500
FAX: (215) 592-4663
Alevin@lfsblaw.com
***Plaintiffs' Lead Counsel***
***MDL 2047***

3

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm, LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Peter Prieto
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Bruce William Steckler (on the brief)
Steckler, LLP
12720 Hillcrest Road, Ste 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-404
bruce@stecklerlaw.com

Ervin A. Gonzalez
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
ervin@colson.com

Jerrold Seth Parker
Parker Waichman, LLP
27300 Riverview Center Blvd.
Suite 103
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@attorneys4people.com

Christopher Seeger
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

| | |
|---|---|
| Ben W. Gordon, Jr.<br>Levin, Papantonio, Thomas, Mitchell<br> Echsner & Proctor, P.A.<br>316 S. Baylen Street, Suite 600<br>Pensacola, FL 32502<br>Phone: (850) 435-7000<br>Fax: (850) 435-7020<br>bgordon@levinlaw.com | Richard J. Serpe, Esquire<br>Law Offices of Richard J. Serpe<br>Crown Center, Ste. 310<br>580 East Main Street<br>Norfolk, VA 23510-2322<br>Phone: (757) 233-0009<br>Fax: (757) 233-0455<br>rserpe@serpefirm.com |
| Hugh P. Lambert<br>The Lambert Firm<br>701 Magazine Street<br>New Orleans, LA 70130<br>Phone: (504) 581-1750<br>Fax: (504) 529-2931<br>hlambert@thelambertfirm.com | Victor M. Diaz, Jr., Esquire<br>V.M. Diaz and Partners, LLC<br>119 Washington Ave, Suite 402<br>Miami Beach, FL 33139<br>Phone: (305) 704-3200<br>Fax: (305) 538-4928<br>victor@diazpartners.com |
| Gerald E. Meunier<br>Gainsburgh, Benjamin, David, Meunier<br> & Warshauer, LLC<br>2800 Energy Centre, 1100 Poydras Street<br>New Orleans, LA 70163-2800<br>Phone: (504) 522-2304<br>Fax: (504) 528-9973<br>gmeunier@gainsben.com | |

## OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

| | |
|---|---|
| Richard S. Lewis<br>HAUSFELD LLP<br>1700 K Street, N.W Suite  650<br>Washington, DC 20006<br>Phone: (202) 540-7200<br>Fax:  (202) 540-7201<br>rlewis@hausfeldllp.com | Anthony D. Irpino<br>IRPINO LAW FIRM<br>2216 Magazine Street<br>New Orleans, LA 70130<br>Phone: (504) 525-1500<br>Fax: (504) 525-1501<br>airpino@irpinolaw.com |
| Andrew A. Lemmon<br>Lemmon Law Firm, LLC<br>P.O. Box 904<br>15058 River Road<br>Hahnville, LA 70057<br>Phone: (985) 783-6789<br>Fax: (985) 783-1333<br>andrew@lemmonlawfirm.com | |

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 5th day of June, 2015.

                          Respectfully Submitted,

                          BY: */s/ Leonard A. Davis*
                                 Leonard A. Davis
                                 Herman, Herman & Katz, LLC
                                 820 O'Keefe Avenue
                                 New Orleans, LA 70113
                                 Phone: (504) 581-4892
                                 Fax: (504) 561-6024
                                 ldavis@hhklawfirm.com

                                 *Plaintiffs' Liaison Counsel*
                                 *MDL 2047*