UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** Jason S. Herrington, et al. vs. Bass Homes, Inc., et al.; S.D. Mississippi, C.A. No. 1:13-00297

# ORDER

Before the Court is a motion of Ace Home Center ("AHC"), in the *Herrington* matter, for default judgment against Taishan Gypsum Co. Ltd. ("Taishan Gypsum") and Devon International Industries, Inc. f/k/a Devon International Trading, Inc., a/k/a Devon Building Products ("Devon"), (Rec. Doc. 18999).

**IT IS ORDERED** that the Court will conduct a **Rule to Show Cause Why Taishan Gypsum and Devon Should Not Be Held in Default** on June 23, 2015, immediately following the June Monthly Status Conference. Taishan Gypsum and Devon shall appear in open court through counsel. Counsel for AHC may participate in person or by phone.

New Orleans, Louisiana, this 4th day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE

1