UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

Before the Court are two motions, (Rec. Docs. 19016, 19021), from Taishan that seek leave to file an omnibus supplemental response in opposition to the PSC's motion for assessment of class damages: one under seal and one unsealed.

**IT IS ORDERED** that the motions for leave are both **GRANTED**.

New Orleans, Louisiana, this 3rd day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE

1