UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAGISTRATE JUDGE |
| ............................................................ | : | WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

Before the Court is the PSC's motion to compel Taishan's production of a Rule 30(b)(6) witness. (Rec. Doc. 19087).

**IT IS ORDERED** that the motion is set for submission, with oral argument, immediately following the June Monthly Status Conference on June 23, 2015.

**IT IS FURTHER ORDERED** that responsive briefing to the PSC's motion is due on June 15, 2015.

New Orleans, Louisiana, this 5th day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE

1