IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

**O R D E R**

AND NOW, on this _____ Day of _____, 2015, upon consideration of the Plaintiffs' Steering Committee's Motion to Remove Confidentiality Designation with Respect to the Deposition of Gang Che, it is hereby ORDERED, ADJUDGED AND DECREED that said motion is GRANTED.

New Orleans, Louisiana, this ____ day of _____, 2015.

_____
Eldon E. Fallon
United States District Court Judge