# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>**ALL ACTIONS** | |

## O R D E R

Considering the Motion to Seal Exhibits filed by the Plaintiffs' Steering Committee;

IT IS ORDERED BY THE COURT that the motion is GRANTED and that Exhibits A, B and C attached to the Motion to Remove Confidentiality Designation With Respect to the Gang Che Deposition [Rec. Doc. 19093] be and they are hereby FILED UNDER SEAL.

New Orleans, Louisiana, this _____ day of _____, 2015.


_____
Eldon E. Fallon
United States District Court Judge