UNITED STATES DISTRICT COURT
EASTERN DISTRICT FOR LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION :
: SECTION L
:
: JUDGE FALLON
: MAG. JUDGE WILKINSON
:

IN RE: LORENZO ALVAREZ
Claimant ID #: 104856

### NOTICE OF FILING NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AGAINST BANNER SUPPLY CO.

COMES NOW Lorenzo Alvarez by and through the undersigned counsel and files this as his Notice of Filing Notice of Voluntary Dismissal with Prejudice against Banner Supply Co.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via e-mail this 8th day of June, 2015, to all parties electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

SUTTON LAW GROUP, PA
Attorney for Claimant Lorenzo Alvarez
7721 S.W. 62nd Ave., Ste. 101
South Miami, Florida 33143
Tele: (305) 667-4481
Fax: (305) 666-21118
info@suttonlawgroup.com

By: /s/
JOHN R. SUTTON, ESQ.
Fla. Bar No. 49411

IN THE CIRCUIT COURT OF THE 11 JUDICIAL
CIRCUIT IN AND FOR MIAMI-DADE COUNTY,
FLORIDA

LORENZO ALVAREZ and
his wife, FRANSISCA SALAS

    Plaintiffs,                                 CIVIL DIVISION

v.                                       CASE NUMBER: 12-35021-CA-01

MANDY'S DRYWALL & STUCCO CORPORATION,
A Florida corporation,
BANNER SUPPLY CO,
A Florida corporation.

    Defendants.
_____/

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AGAINST BANNER SUPPLY CO.

COMES NOW the Plaintiffs, Lorenzo Alvarez and Fransisca Salas, by and through undersigned counsel and files this Notice of Voluntary Dismissal With Prejudice of all claims against Banner Supply Co.

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing sent was via electronic mail on this 8th day of June, 2015 to: Steven Schwartz, Esq., sgs@theschwartzlawgroup.com; Robert Fitzsimmons, Esq., bfitzsimmons@rumberger.com; mpeterson@petersonespino.com;Michael Peterson, Esq.

SUTTON LAW GROUP, PA
7721 S.W. 62nd Ave., Ste. 101
South Miami, Florida 33143
Tele: (305) 667-4481
Fax: (305) 666-21118
info@suttonlawgroup.com

By:_____/s/_____
JOHN R. SUTTON, ESQ.
Fla. Bar No. 149411

*Lorenzo Alvarez*
LORENZO ALVAREZ

*Fransisca Salas*
FRANSISCA SALAS