UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2047 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAGISTRATE JUDGE |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. : | WILKINSON |

**THIS DOCUMENT RELATES TO:**  ALL CASES

## <u>ORDER</u>

Before the Court is the PSC's motion for leave to file a sealed reply regarding its motion to limit the expert testimony of Dr. Marais. (Rec. Doc. 19074). As the Court has already ruled on the underlying motion in limine, and the PSC's proposed reply does not alter the Court's ruling, accordingly,

**IT IS ORDERED** that the motion for leave to file a sealed reply is **DENIED AS MOOT**.

New Orleans, Louisiana, this 5th day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE

1