UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Germano v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 09-6687 (E.D. Va.);<br><br>*Gross v. Knauf Gips, KG*, Case No. 09-6690 (E.D. La.);<br><br>*Wiltz v. Beijing New Building Materials Public Limited Co.,* Case No. 10-361 (E.D. La.);<br><br>*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 11-1672 (S.D. Fl.);<br><br>*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 11-1395 (E.D. La.); and<br><br>*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 11-1673 (E.D. Va.). | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**MEMORANDUM IN SUPPORT OF TAISHAN'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFFS' STEEERING COMMITTEE'S SUPPLEMENT TO MOTION TO COMPEL PRODUCTION OF 30(B)(6) WITNESS**

NOW INTO COURT, through undersigned counsel, come Defendants Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd. ("Taishan"), who respectfully request an extension of time to June 15, 2015 to respond to the Plaintiffs' Steering Committee's ("PSC") Supplement to Motion to Compel Production of 30(B)(6) Witness.  The PSC filed its original

Motion to Compel Production of 30(B)(6) Witness on June 4, 2015. (Rec. Doc. 19070). This Court granted Taishan until June 15, 2015 to respond to the PSC's original Motion. (Rec. Doc. 19090). Because the PSC's supplemental motion to compel request relief for issues that occurred during the same deposition that is the focus of the original Motion to Compel, Taishan requests that its Response to the supplemental motion also be due on June 15, 2015.

For the foregoing reason, Taishan requests that this Honorable Court grant it an extension to June 15, 2015 to respond to the Plaintiffs' Steering Committee's ("PSC") Supplement to Motion to Compel Production of 30(B)(6) Witness. A proposed order has been attached to this Memorandum.

Dated: June 8, 2015

Respectfully submitted,

/s Bernard Taylor  
Bernard Taylor, Esq.  
Georgia Bar No. 669625  
Michael P. Kenny, Esq.  
Georgia Bar No. 415064  
Christina Hull Eikhoff, Esq.  
Georgia Bar No. 242539  
David Venderbush, Esq.  
New York Bar No. 2920817  
ALSTON & BIRD LLP  
1201 West Peachtree Street  
Atlanta, Georgia 30309  
Phone: (404) 881-7000  
Fax: (404) 881-7777  
bernard.taylor@alston.com  
*Counsel for Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd.*

Alan Dean Weinberger  
LA Bar No. 13331  
HANGARTNER, RYDBERG & TERRELL, LLC  
One Shell Square  
701 Poydras St., Suite 310  
New Orleans, Louisiana 70179  
Phone: (504) 434-6815

Fax: (504) 522-5689
aweinberger@hanrylaw.com
*Local Counsel for Taishan Gypsum Co., Ltd. and
Tai'an Taishan Plasterboard Co., Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman by U.S. mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 8th day of June, 2015.

      /s/ Bernard Taylor\_\_\_\_\_
Bernard Taylor, Esq.
Georgia Bar No. 669625
ALSTON & BIRD LLP
1201 West Peachtree Street NW
Atlanta, Georgia 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
bernard.taylor@alston.com
*Counsel for Taishan*