# EXHIBIT "B"



China National Building Material Company Limited

简体版   繁体版   **ENGLISH**

Home   |   About Us   |   News   |   Business Scope   |   Investor Relations

Cement

Lightweight Building Materials

Glass Fiber and FRP Products

Engineering Services

**Related websites**
  HKEx

## Glass Fiber and FRP Products Segment






**China Composites Group Corporation Limited**
China Composites Group Corporation Ltd.("CCGC") is the main company in the composite material sector of China National Building Material Company Limited (HK3323, CNBM) . It is founded in 1988, with registered capital of 350 million RMB, and total asset of 3 billion RMB. CCGC mainly involves in manufacturing and marketing of composites materials, new flooring, glassfiber, glass, ceramic and other inorganic nonmetal materials and products. CCGC also involves in development, design and transfer of products related technologies and equipments, engineering construction and general contractor, as well as composites expo services. CCGC is a dominant shareholder in several enterprises, and has the rights of self-managed import and export, and agent for export.

Insisting on the idea of 'developing composite materials, and servicing the modern society', CCGC has built up Chinese largest Composites Industrial Zone in which Chinese first MW class rotor blade was successfully manufactured. It possesses the first kiloton carbon form production line in China, the largest production base for FRP pipes and tanks, the biggest manufacturer of fiberglass mat, technologically leading manufacturer of high-grade flooring, leading manufacturer of FRP fishing boats and leisure yachts, the first large base for researching, developing and producing FRP automobile parts and first-class glass manufacturer and fabricators in China.

Currently, several composites production bases are growing rapidly, involving rotor blades, FRP pipes and gas bottles, high-grade flooring, middle and first class FRP boats and yachts and glass fiber mat. The group is steadily growing up to be a national top composites corp. with

leading position in technology and marketing, construction, environmental protection, transportation, energy, boats and leisure industry etc.

**China Fiberglass CO., LTD**

China Fiberglass Co., Ltd. ("China Fiberglass") is a shareholding company, founded by CNBMG and other three companies; its main business is producing glass fiber and relative products. On March 5, 1999, the Company issued RMB ordinary shares (A shares); on April 22, 1999, the company's shares listed in Shanghai Stock Exchange. The stock name is China Fiberglass, stock code is 600176.

China Fiberglass is one of the listed companies which entered capital market very early, with a large-scale, in China 's new materials industry. It is the core company for the fiberglass sector of China National Building Material Company (HK3323, CNBM). As the professional manufacture of fiberglass and a leading company in Asian fiberglass industry, China Fiberglass ranked first in Asia and is a top five manufacture in the world, considering the capacity, sale volume, export and profit. It is also one the top four suppliers in the US market-the world largest fiberglass market.

The tank furnace fiber-firming technology developed by China Fiberglass independently is the most advanced technology in the world fiberglass manufacturing area. Besides, China Fiberglass also has the first-class core technology in the world, in the following three areas, large-scale non alkali fiberglass tank furnace, C-glass Fiber Furnaces and waste fiberglass recycling. Its products and their qualities have reached the world leading level.

At present, China Fiberglass has three domestic production base in Tongxiang, Jiujiang and Chengdu respectively, and its total capacity has reached 900 thousand tons, ranked first in the world. In order to consolidate its leading position in this industry, China Fiberglass is expanding its capacity, raising the products' quality and developing domestic and foreign market. Until June 2009, China Fiberglass has built lots of oversea manufacture and trading companies in South Africa , Korea , Spain , Italy , Canada , Hong Kong , etc. Through building global marketing networks, China Fiberglass is expanding its global market actively.

Considering the overall development strategy, based on strengthening the internal management, improving the corporate governance structure, enhancing the company's core value, China Fiberglass keeps integrating useful resources, improving production structure, seizing the market opportunities and increasing investment. At the same time, capital operation creates favorable opportunities for China Fiberglass's sustainable development.

China Fiberglass always follows the following idea, "the pursuit of harmony, sound management, standardized operation, fine management, innovation and development". All the staff in the company unit together, and try their best to develop the company into a listed company having outstanding main business, complete governance, standardized operation, and excellent performance and the world leader in fiberglass industry!

Copyright©2005-2007 China National Building Material Company Limited. All rights reserved
Add: 17th floor, Zhong Guo Jlan Cai Da Sha, San Li He Road #11, Haidian District, Beijing City, PR.China. 100037.
Tel: 0086-10-88082366 Fax: 0086-10-88082383 E-MAIL：cnbmltd@cnbm.com.cn
Technical Support: Chinabmb.com