# EXHIBIT "C"



Fiberglass Reinforcements | Certificates | About Us | Contact

## Jushi USA is born

Monday, August 1, 2011

**Jushi USA is born from latest acquisition by Jushi Group Co., LTD.**

Zhang Yuqiang, Chairman of China Fiberglass and President of Jushi Group, announced the finalization of the acquisition of Gibson Fiberglass by Jushi Group. The new company, Jushi USA, will be a wholly owned subsidiary of Jushi Group. Jushi USA joins the global network of other Jushi subsidiaries in Canada, France, India, Italy, Japan, Korea, Singapore, South Africa, and Spain.

Alan Gardiner, Chief Operating Officer, will head up the Jushi USA management team. He is also the President of Jushi Canada. He commented, "We look forward to a new level of service to our customers in the US. Being part of the Jushi Group allows us access to a significant amount of technical and administrative resources which will support our ability to provide world class products and services to the growing reinforced composites market."

Contact: Sara Szutu
Address: Jushi USA 4982 4th Street Irwindale, CA 91706
Phone: 626.960.2038

Jushi Group (http://global.jushi.com/newenglish/index.asp), headquartered in the Tongxiang Economic Development Zone, Zhejiang, China, is one of the world's largest producers of fiberglass reinforcements. With three production bases in Tongxiang, Jiujiang, and Chengdu, and total assets of over $1.3 billion USD, Jushi's ISO 9001 facilities and 10,000 employees, can churn out over 900,000 metric tons of fiberglass per year. Their expansion plan includes adding an additional 500,000 metric tons of melt capacity by 2015. Jushi USA, headquartered in Irwindale, California, is a leading supplier of fiberglass reinforcements and fabrics to the reinforced plastics industry in the US. With distribution Centers in Miami, Florida; Elkhart, Indiana, and Irwindale, California, Jushi USA is able to supply reinforcements to all regions of the US. The company supplies reinforcements to a wide variety of industries including Marine, Construction, Infrastructure, Transportation, and alternative Energy.