# EXHIBIT "D"



# CNBM

China National Building Material Company Limited*

(Stock Code: 3323)



Annual Report 年度報告 2014

\* For identification only

# Shareholding Structure of the Group

The simplified structure of the Group as at 31 December 2014 is set out as below:



Note: The aforementioned percentages are rounded to 2 decimal places.

# Management Discussion and Analysis



Mr. Cao Jianglin
President
Executive Director

## BUSINESS OVERVIEW

The business segments and the major operating entities of each business segment for the Group as at the date of this report are summarized as follows:

| Business segments | Major products and services | Major operating entities | Direct and indirect equity interests held by the Company |
|---|---|---|---|
| Cement | NSP cement and commercial concrete | China United | 100.00% |
| | | South Cement | 80.00% |
| | | North Cement | 70.00% |
| | | Southwest Cement | 70.00% |
| Lightweight building materials | Dry wall and ceiling system | BNBM | 45.20% |
| Glass fibre and composite materials | Rotor blades | China Composites | 100.00% |
| | Glass fibre | China Jushi | 33.82% |
| Engineering services | Design and engineering EPC services: Float glass production lines and NSP cement production lines | China Triumph | 91.00% |

# Notes to the Consolidated Financial Statements *(Continued)*

*For the year ended 31 December 2014*

## 20  INTERESTS IN ASSOCIATES *(CONTINUED)*

Set out below are the associates of the Group as at 31 December 2014, which in the opinion of the directors are material to the Group. The associates as listed below have share capital consisting solely of ordinary shares, which are held directly by the Group:

| Name of associate | Nominal value of registered capital | Attributable direct equity interest to the Group 2014 % | Attributable direct equity interest to the Group 2013 % | Principal activities |
|---|---|---|---|---|
| China Jushi Co., Ltd ("China Jushi") (Note i) | RMB872,629,500 | 33.82 | 32.79 | Production of glass fiber |
| Shangdong Quan Xing China United Cement Company Limited ("Shangdong Quan Xing") | RMB2,000,000,000 | 49.00 | 49.00 | Sales and production of cement |
| Nanfang Wannianqing Cement Company Limited ("Nanfang Wannianqing") (Note ii) | RMB1,000,000,000 | 50.00 | 50.00 | Production of cement |

Notes:

(i)  China Jushi is a joint stock company listed on the Shanghai Stock Exchange.

(ii) Nanfang Wanniangqing was considered as an associate of the Group because South Cement can only nominate 2 out of 5 directors of the Board of Directors. Therefore, the Group only have significant influence but not control in Nanfang Wannianqing.

All of the above associates are accounted for using the equity method in the consolidated financial statements.