# EXHIBIT "E"

Case 2:09-md-02047-EEF-MBN   Document 19105-5   Filed 06/08/15   Page 2 of 2
Case 3:15-cv-00184-ST   Document 9   Filed 02/04/15   Page 1 of 1
Case 2:09-md-02047-EEF-JCW   Document 18549-5   Filed 03/25/15   Page 2 of 2

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

AMORIN, *et al*,

        Plaintiffs,

v.

CHINA NATIONAL BUILDING
MATERIALS IMPORT AND EXPORT
CORPORATION, a People's Republic of China
corporation, *et al*,

        Defendants.

3:15-cv-00184-ST

ORDER

STEWART, Magistrate Judge:

For the reasons stated in Plaintiff's Motion to Approve Alternative Service of Process Pursuant to Fed. R. Civ. P. 4(f)(3) (docket #3), it is hereby ORDERED that said motion is GRANTED and that plaintiffs may serve defendants through their United States lawyers.

DATED February 4, 2015.

        s/ Janice M. Stewart

        Janice M. Stewart
        United States Magistrate Judge

1 – ORDER