UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
|---|---|
| THIS DOCUMENT APPLIES TO ALL CASES | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## O R D E R

Considering the Motion to Seal Exhibits filed by the Plaintiffs' Steering Committee;

IT IS ORDERED BY THE COURT that the motion is GRANTED and Exhibit A attached to the Emergency Motion of the Plaintiffs' Steering Committee for Expedited Return on Discovery, Shortening of Time to Notice Deposition, Request for Extension of June 9, 2015 Deadline for Completion of Discovery, Request for Permission to Serve Discovery on Counsel for the CNBM Entities to Provide Discovery in Response to the PSC's Discovery Directed to China Jushi Co., Ltd. (f/k/a China Fiberglass Co., Ltd.) and Jushi Group Co., Ltd. [Rec.Doc. 19105], be and is hereby filed UNDER SEAL.

New Orleans, Louisiana, this _____ day of _____, 2015.

_____
Eldon E. Fallon
United States District Court Judge