UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L |
|---|---|
| THIS DOCUMENT APPLIES TO ALL CASES | JUDGE FALLON MAG. JUDGE WILKINSON |

EXHIBIT "A" TO

<u>EMERGENCY MOTION OF THE PLAINTIFFS' STEERING COMMITTEE ("PSC") FOR EXPEDITED RETURN ON DISCOVERY, SHORTENING OF TIME TO NOTICE DEPOSITIONS, REQUEST FOR EXTENSION OF JUNE 9, 2015 DEADLINE FOR COMPLETION OF DISCOVERY, REQUEST FOR PERMISSION TO SERVE DISCOVERY ON COUNSEL FOR THE CNBM ENTITIES, OR, IN THE ALTERNATIVE, MOTION TO COMPEL CNBM ENTITIES TO PROVIDE DISCOVERY IN RESPONSE TO THE PSC'S DISCOVERY DIRECTED TO CHINA JUSHI CO., LTD. (f/k/a CHINA FIBERGLASS CO., LTD.) AND JUSHI GROUP CO., LTD.</u>

# FILED UNDER SEAL