UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2:09-md-2047 |
| | SECTION L |
| **THIS DOCUMENT RELATES TO:** | JUDGE ELDON E. FALLON |
| *ALL CASES* | MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

## CONSENT MOTION FOR ENTRY OF RULE 502(d) ORDER

Subject to and without waiver of any rights and defenses including but not limited to venue, personal jurisdiction, subject matter jurisdiction, sovereign immunity, and failure to state a claim upon which relief can be granted, and in accordance with the Court's April 2, 2015 Order Preserving Defenses, Defendants China National Building Materials Group Corporation, China National Building Materials Company, Limited, China National Building Material & Equipment Import & Export Corporation, CNBM Forest Products (Canada) and CNBM (USA) (collectively, the "CNBM Entities,") respectfully submit this Consent Motion for Entry of Rule 502(d) Order and show Counsel for the CNBM Entities and the Plaintiffs' Steering Committee and Lead Counsel have reached an agreement regarding the production of Documents, Information, and Electronically Stored Information.

The CNBM Entities respectfully submit to the Court the attached Rule 502(d) Order reflecting the agreement of the parties and request that the Court enter it into the record.

Respectfully submitted,

/s/ Alex B. Rothenberg

L. Christopher Vejnoska (CA Bar No. 96082)
Ian Johnson (CA Bar No. 208713)
Andrew Davidson (CA Bar No. 266506)
Jason Wu (CA Bar No. 279118)
Jason Cabot (CA Bar No. 288877)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105
Tel.:  415-773-5700
Fax:  415-773-5759
E-mail:cvejnoska@orrick.com
          ijohnson@orrick.com
          adavidson@orrick.com
          jmwu@orrick.com
          jcabot@orrick.com

Ewell E. Eagan, Jr. (La. Bar No. 5239)
Donna Phillips Currault (La. Bar No. 19533)
Nina Wessel English (La. Bar No. 29176)
Alex B. Rothenberg (La. Bar No. 34740)
GORDON, ARATA, MCCOLLAM, DUPLANTIS & EAGAN, LLC
201 St. Charles Avenue, 40th Floor
New Orleans, LA 70170-4000
Tel: (504) 582-1111

E-mail: eeagan@gordonarata.com
            dcurrault@gordonarata.com
            nenglish@gordonarata.com
            arothenberg@gordonarata.com

James L. Stengel (NY Bar No. 1800556)
Xiang Wang (NY Bar No. 4311114)
Kelly Daley (NY Bar No. 4970117)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY, 10019
Tel:  212-506-5000
Fax:  212-506-5151
Email: jstengel@orrick.com
          xiangwang@orrick.com
          kdaley@orrick.com

Jonathan Riddell (LA Bar No. 27053)
ORRICK, HERRINGTON & SUTCLIFFE, LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814
Tel: 916-447-9200
Email: jriddell@orrick.com

Eric A. Shumsky (D.C. Bar No. 477926)
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street NW
Washington, D.C. 20005
Tel: 202-339-8400
Fax: 202-339-8500
Email: eshumsky@orrick.com

*Attorneys for CNBM Entities*

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing CONSENT MOTION FOR ENTRY OF RULE 502(d) ORDER has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to File & Serve Express in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 9th day of June, 2015.

                                                  /s/ Alex B. Rothenberg