**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047** <br> **SECTION: L** |
| THIS DOCUMENT APPLIES TO ALL CASES | **JUDGE FALLON** <br> **MAG. JUDGE WILKINSON** |

**PROPOSED ORDER AUTHORIZING**
**EXPEDITED RETURN ON DISCOVERY DIRECTED TO CHINA NATIONAL**
**BUILIDNG MATERIALS COMPANY LIMITED**

Considering the Emergency Motion of the Plaintiffs' Steering Committee ("PSC") for Expedited Return on Discovery Directed To China National Building Materials Company Limited;

IT IS ORDERED BY THE COURT that:

1. China National Building Materials Company Limited is directed to respond completely and fully to the written discovery, and produce all documents requested, by the PSC, within ten days of its receipt of the Requests for Production of Documents.  All documents shall be produced in their original language and, if the original documents are in any language other than English, English translations shall be included;

.

New Orleans, Louisiana, this _____ day of _____, 2015.

_____
Eldon E. Fallon
United States District court Judge

1