# EXHIBIT 1

| CHE GANG DEPOSITION 6/2/2015-6/4/2015 "I DON'T KNOW" | | |
|---|---|---|
| Number | Page: Line | Quote or Description |
| 1. | 34:5-8 | Q   Did CNBM Group have a right through a subsidiary to control Taishan?<br>MR. HAIRSTON:  Object to form<br>A   **I don't know**. |
| 2. | 34:10-13 | Q   Did CNBM, through a subsidiary, have a right to control Taishan?<br>MR. HAIRSTON:  Objection.<br>A   **I don't know** |
| 3. | 43:17-21 | Q   Do you understand that Chairman Jia of Taishan could not make a decision that it had to go either to CNBM or CNBM Group?<br>MR. HAIRSTON:  Objection.<br>A   **I don't know** why it says that on the e-mail. |
| 4. | 46:2-7 | Q   Sir, do you agree that it was not Mr. Jia who could make the decision, but it had to be a high-level officer, or officers, in the CNBM Group?<br> MR. HAIRSTON:  Objection.<br>A   **I don't know** why he said that. |
| 5. | 47:15-18 | Q   And who was the minority shareholders on July 7th, 2014?<br>A   **I don't know** the definition of "minority shareholders." |
| 6. | 68:22-69:8 | Q   Do you agree with subparagraph (b), Roman numerals (i), (ii), (iii), (iv), (v), (vi), (vii) and the last sentence?<br>...<br> A   I disagree.  Because there are way too many professional terminologies, **I do not know** what it is talking about. (referencing "Related Parties," Exhibit 12, 3358) |
| 7. | 72:14-17 | Q   Is it true that in 2005, Jia J-I-A-N-J-U-N was a director?<br>A   Can you say the Chinese name?  Jianjun?  **I don't know** who Jianjun is. |
| 8. | 73:1-4 | Q   Is it true that in 2005, C-A-O, J-I-A-N-G-L-I-N was chairman of the supervisory committee, and the supervisor?<br>A   **I don't know**. |
| 9. | 73:9-13 | Q   In 2006, was Z-H-A-N-G deputy general manager of Taishan?<br>A   Zhang what?<br>Q   C-H-E-N-G-O-N-G.<br>A   **I don't know**. |
| 10. | 73:14-16 | Q   In 2006, was J-I-A-N-J-U-N, Jia a director?<br>A   **I don't know** that either.  It's quite a while ago. |

| | | CHE GANG DEPOSITION 6/2/2015-6/4/2015 "I DON'T KNOW" |
|---|---|---|
| 11. | 73:24-74:4 | Q  In 2006, was J-I-A-N-G-L-I-N, C-A-O chairman of the supervisory committee and supervisor of the board of directors of Taishan?<br>A  **I don't know**. You can check the detailed information from the commercial registration material that Taishan had provided. |
| 12. | 74:8-16 | Q  In 2007, was Chengong Zhang deputy general manager of Taishan?<br>THE INTERPRETER: Could the interpreter have the spelling of the name, please?<br>MR. HERMAN: Yes. C-H-E-N-G-O-N-G, Z-H-A-N-G.<br>A  I don't -- **I don't know**. You can check that information from the commercial registration form that Taishan provided. |
| 13. | 74:18-22 | Q  In 2007, did J-I-A-N-J-U-N Jia -- was he a director on the board of directors of Taishan?<br>A  **I don't know** that either. Have him check on the commercial registration form that Taishan had provided. |
| 14. | 74:23-75:1 | Q  In 2007, was Bing Wang a director of the board of directors of Taishan?<br>A  **I don't know**. Have him check on the commercial registration form that Taishan provided. |
| 15. | 75:22-25 | Q  Was Chengong Zhang, in 2008, deputy general manager of Taishan?<br>A  **I don't know** who the person you are referring to is. |
| 16. | 77:24-78:13 | Q  In 2010, was Bing Wang a director on the board of directors of Taishan? In 2010, was C-H-A-N-G-X-I-N, Zhou, Z-H-O-U, director and representative for Tian State-Owned Assets Management Company?<br>THE INTERPRETER: May the interpreter have the spelling of "Tian"?<br>...<br>T-A-I-N State-Owned Assets Management Company, Limited<br>A  **I don't know** |
| 17. | 80:8-10 | Q  Are you certain that that document was provided to me?<br>A  **I don't know**.<br>(referring to commercial registration forms) |
| 18. | 88:21-89:2 | Q  Was H-I-L-L-A-N-G Peng, P-E-N-G, the chairman and director of TTP from 2006 through 2014?<br>MR. TAYLOR: Objection to the question. Objection to form.<br>A  **I don't know** whether you have a correct translation of the name of that person or not, but **I don't know** that person. |
| 19. | 90:9-13 | Q  Was Song chairman of that company at any time?<br>MR. TAYLOR: Objection to form. He can answer.<br>A  **I don't know**. |

| | | CHE GANG DEPOSITION 6/2/2015-6/4/2015 "I DON'T KNOW" | |
|---|---|---|---|
| 20. | 90:15-20 | Q | Was Song chairman of China New Building Materials Company from March 2005 through 2014? |
| | | A | Is the Song the same Song you just mentioned? |
| | | Q | Yes. |
| | | A | **I don't know**. |
| 21. | 91:1-3 | Q | Was Song chairman of CNBM Group from October 2005 through 2014? |
| | | A | **I don't know**. |
| 22. | 98:14-18 | Q | I want to ask you now about Yu, Y-U, Chen, C-H-E-N. Was he a director of BNBM from September 2009 to the present date? |
| | | A | **I don't know** because I'm the witness for the company Taishan. |
| 23. | 100:15-17 | Q | Do you understand that he was a BNBM assistant manager from 2005 to September 2009? |
| | | A | **I do not know**. |
| 24. | 100:18-20 | Q | Do you understand that he was the general manager of BNBM Group from 2014 until today? |
| | | A | **I don't know**. |
| 25. | 100:25-101:1-5 | Q | Tao is -- was an assistant general manager from February 2005 to September 2009 of BNBM, and he was a general manager and director of BNBM from July 2014 to the present date? |
| | | | MR. MARROCCO:  Object to form. |
| | | A | **I don't know**. |
| 26. | 101:7-15 | Q | Do you know that he was a nonexecutive director at the same time -- that is, July 2014 to date -- of CNBM? |
| | | | MR. MARROCCO:  Objection. |
| | | A | Are you still referring to Mr. Tao that you mentioned earlier? |
| | | Q | Yes. |
| | | A | **I don't know**. |
| 27. | 101:20-23 | Q | Did you understand that he was deputy general manager of Taishan from 2006 to 2010? |
| | | | MR. TAYLOR:  Objection to form. |
| | | A | **I do not know.** |
| 28. | 102:12-15 | Q | Were you aware that, at some time, he was the deputy manager and deputy director of the general manager's office of Taishan? |
| | | A | **I don't know**. |
| 29. | 106:21-23 | Q | Where was he working at the time that you made these phone calls? |
| | | A | **I don't know**. |
| 30. | 107:15-16 | Q | What is his new life? |
| | | A | **I don't know**. He's left Taishan. (referring to Peng) |

3

| | CHE GANG DEPOSITION 6/2/2015-6/4/2015<br>"I DON'T KNOW" | | |
|---|---|---|---|
| 31. | 111:2-11 | Q | Sir, I direct your attention to the screen. Did you understand that the gypsum that went into the manufacture of board, gypsum board that was shipped to the United States of America from China, that that gypsum came from the Luneng mine?<br>... |
| | | A | **I do not know.** |
| 32. | 120:21-23 | Q | From 2005 to 2008, who owned the Luneng mine? |
| | | A | **I don't know**. |
| 33. | 122:3-6 | Q | As a company witness for Taishan, did you understand that Jianjun Jia was secretary to the board of BNBM from March 2005 through 2008? |
| | | A | **I don't know**. |
| 34. | 122:12-18 | Q | Did you understand, or do you understand today, that that gentleman is the deputy general manager of BNBM Group from 2006 to the present date? |
| | | A | Are you referring to Baoxiang Wang you just mentioned? |
| | | Q | Yes. |
| | | A | **I don't know**. |
| 35. | 122:19-22 | Q | Referring to the same gentleman, did you understand that he began as a director of BNBM Group in 2014 and is a director today? |
| | | A | **I don't know**. |
| 36. | 123:25-124:6 | Q | In preparing for your deposition, did you understand that CNBM Group owned a hundred percent of CNBM Trading in 2005?<br>... |
| | | A | I did not know then. **I do not know** now. |
| 37. | 124:8-14 | Q | Did you know, as the company representative of Taishan, that in 2005, CNBM Group owned a hundred percent of CNBM Trading?<br>... |
| | | A | I did not know then. **I do not know** now. |
| 38. | 124:16-125:10 | Q | Did you, as preparing to be the Taishan company witness, know then or know now that CNBM owned 90% of China United Cement?<br>... |
| | | A | I did not know then. **I do not know** now. |
| 39. | 134:15-20 | Q | China New Building Material Company Incorporated. |
| | | A | I know that China New Building Material Group is the shareholder of China New Building Material Incorporated, but **I do not know** how much of a share -- how much of the shares does it own. |

4

| | | CHE GANG DEPOSITION 6/2/2015-6/4/2015<br>"I DON'T KNOW" |
|---|---|---|

| | | |
|---|---|---|
| 40. | 134:21-135:2 | Q   As the corporate representative of Taishan, did you understand that China New Building Material Incorporated owned a hundred percent of China United Cement?<br>THE INTERPRETER:  The interpreter needs to clarify with deponent.<br>A   I did not know then.  **I do not know** now. |
| 41. | 135:4-10 | Q   Were you aware that in 2009, there were more than ten subsidiaries controlled by China United Cement?<br>MR. HAIRSTON:  Objection.<br>THE INTERPRETER:  Interpreter needs to clarify the tense with deponent.<br>A   I did not know then.  **I do not know** now. |
| 42. | 137:25-138:3 | Q   In the year 2014, did Chinese New Building Material Group own Chinese New Building Material Import & Export Company?<br>A   **I don't know**. |
| 43. | 139:1-4 | Q   Well, today, do you know that China New Building Material Group owns a hundred percent of China New Building Material Import & Export Company?<br>A   **I do not know**. |
| 44. | 139:5-11 | Q    As the Chinese representative here of Taishan Company, are you aware that China New Building Material Incorporated has an interest in the ownership of China J-U-S-H-I Glass Fiber Company?<br>...<br>A   **I do not know**. |
| 45. | 139:13-20 | Q   At the time Judge Fallon issued his order in July of 2014, as the corporate representative of Taishan, did you know that China New Building Material Company owned 91% of CTIEC company, also known as China Triumph Engineering?<br>MR. HAIRSTON:  Objection.<br>A   **I don't know**.  What is the Chinese name of the English company name you just mentioned? |
| 46. | 140:10-14 | Q   Are you aware that at the time Judge Fallon issued his injunction in July 2014, that China New Building Material Incorporated owned 91% of China Triumph Engineering?<br>A   **I do not know**. |
| 47. | 140:15-20 | Q   Do you know, as the representative of Taishan, that CNBM -- that is, China New Building Material Company Incorporated -- owned a hundred percent of CNBMI, China New Business [sic] Material Investment Company Incorporated?<br>A   **I do not know**. |

| | | | |
|---|---|---|---|
| | | CHE GANG DEPOSITION 6/2/2015-6/4/2015 "I DON'T KNOW" | |

| | | | |
|---|---|---|---|
| 48. | 140:21-24 | Q | You do not know now, and you did not know at the time that Judge Fallon issued his injunction in July 2014; is that correct? |
| | | A | **I do not know** what? |
| 49. | 144:7-15 | Q | Did you know that CNBM Import/Export Company was a subsidiary of China New Building Material Group in July of 2014, when Judge Fallon issued an injunction? |
| | | | ... |
| | | A | I did not know then. **I do not know** now. |
| 50. | 144:17-23 | Q | Did you know that China Jushi, J-U-S-H-I, Glass Fiber Company was a subsidiary of China New Building Material Corporation when Judge Fallon issued his injunctive order in July of 2014? |
| | | | MR. TAYLOR: Objection to form. |
| | | | MR. HAIRSTON: Objection. |
| | | A | **I don't even know it right now**. |
| 51. | 145:12-19 | Q | On July 17 -- strike that. In July of 2014, at the time Judge Fallon issued his injunction, do you know the China New Building Material Company Inc. was the parent of China Triumph Engineering? |
| | | | MR. TAYLOR: Objection to form. |
| | | | MR. HAIRSTON: Objection. |
| | | A | I did not know. **I do not even know now.** |
| 52. | 146:4-10 | Q | At the time Judge Fallon issued an injunction in July of 2014, did you know that China New Building Material Company Incorporated was the parent of China New Building Material Investment Company? |
| | | A | I did not know then. **I do not even know now.** |
| 53. | 149:19-150 | Q | Did you also understand that any affiliates of Taishan were forbidden to do business in the United States of America? |
| | | | MR. TAYLOR: Objection to form. |
| | | A | I know there is such a saying, but I do not understand, **neither do I know** the definition of "affiliate," according to the law of the United States. |
| 54. | 151:14-20 | Q | That Attachment A that was sent to me yesterday or last night only lists Taishan entities, most of which are subsidiaries. Do you know the difference between a subsidiary and an affiliate? |
| | | | MR. TAYLOR: Objection to form. |
| | | A | **I do not know** the difference between "subsidiary" and "affiliate." |
| 55. | 189:3-7 | Q | Who were the local minority shareholders against Mr. Jia? |
| | | | MR. TAYLOR: Objection to form. |
| | | A | **I do not know** what are those minority shareholders Mr. Dong Chungang wrote in this e-mail. |

| | | | |
|---|---|---|---|
| | | CHE GANG DEPOSITION 6/2/2015-6/4/2015 "I DON'T KNOW" | |

| | | | |
|---|---|---|---|
| 56. | 189:20-23 | Q | Who were the minority shareholders of Taishan on July 7th, 2014? |
| | | A | **I don't know** what is your definition of "minority shareholders." |
| 57. | 189:24-190:1 | Q | Who was the majority shareholders? |
| | | A | **I also do not know** what is your definition of "majority holders." |
| 58. | 195:16-196:1 | Q | Who was the secretary, if you know, to BNBM at that 1 time, on July 11th, 2014? |
| | | | .... |
| | | A | First of all, **I do not know** who was the secretary of BNBM at the time. |
| 59. | 197:16-21 | Q | Can you explain why CNBM Group executives had to determine any of the issues that Taishan was faced with in July 2014? |
| | | | MR. HAIRSTON: Objection. |
| | | A | **I don't know** where your question come from. Why did you say that? |
| 60. | 239:19-22 | Q | Okay. Who was the secretary of the board of China National Building Material Company, Limited? |
| | | | MR. HAIRSTON: Objection. |
| | | A | **I don't know**. |
| 61. | 239:24-240:1-2 | Q | Isn't it on the last page of the document? |
| | | | MR. HAIRSTON: Objection. |
| | | A | If you ask me to read it, that's fine, but **I really don't know it personally** |
| 62. | 246:22-25 | Q | My question is very specific as regards this exhibit: Was Chang Zhangli secretary of the board on this document? |
| | | A | **I don't know** Chang Zhangli. |
| 63. | 247:1-5 | Q | What are the words beneath the words "Chang Zhangli"? |
| | | | MR. HERMAN: Are you unable to respond? |
| | | A | "The board of directors secret" [sic]. **I don't know** the other character. |
| 64. | 264:13-23 | Q | Do you agree, sir, that the decision whether to participate in the July 17, 2014, debtor examination hearing in the Germano case will have a far-reaching influence? |
| | | | ... |
| | | A | **I do not know**. |
| 65. | 264:25-265:4 | Q | Are you aware that Taishan was in discussions and debates as to whether or not to participate in the July 17, 2014, debtor examination hearing in the Germano case? |
| | | A | **I did not know.** |
| 66. | 267:2-5 | Q | Did you happen to know that independently as well? |
| | | | MR. TAYLOR: Objection to form. |
| | | A | **I did not know.** |

7

| | CHE GANG DEPOSITION 6/2/2015-6/4/2015 "I DON'T KNOW" | |
|---|---|---|

| | | |
|---|---|---|
| | | (regarding Chairman Jia telling him about Taishan's decision not to appear) |
| 67. | 268:13-16 | Q Are you aware whether, in July of 2014, Wang Bing was a director of BNBM?<br>MR. TAYLOR: Go ahead and answer.<br>A **I do not know**. |
| 68. | 285:21-23 | Q Mr. Che, are you aware of a company by the name of China Triumph International Engineering Group?<br>A **I do not know**. |
| 69. | 286:2-5 | Q Are you aware that CTIEC did business in the United States after July 17, 2014?<br>MR. HAIRSTON: Objection.<br>A **I do not know**. |
| 70. | 286:24-287:4 | Q Are you aware that a company named China National Building Material Import & Export Company, which is also known as CNBM Trading, did business in the United States after July 17, 2014?<br>MR. HAIRSTON: Objection.<br>A **I do not know**. |
| 71. | 287:11-14 | Q So you're not familiar, then, with a company called CNBM Trading?<br>MR. TAYLOR: Objection to form.<br>A **I do not know**. |
| 72. | 288:16-21 | Q Are you aware that CNBM Forest Products (Canada) did business in the United States after July 17, 2014?<br>...<br>A **I do not know**. |
| 73. | 289:15-19 | Q Are you aware that CNBMI did business in the United States after July 17, 2014?<br>...<br>A **I do not know**. |
| 74. | 311:8-10 | Q From 2009 to 2014, through 2014, was Wang Bing chairman of the board of directors of BNBM?<br>A **I don't know**. |
| 75. | 311:17-19 | Q Do you know if Dong Hui was accounting manager of BNBM from 2010 through 2014?<br>A **I don't know**. |
| 76. | 312:13-15 | Q During any time from 2005 through 2014, was Yang Yanjun a financial controller or manager of BNBM?<br>A **I don't know**. |
| 77. | 316:24-317:3 | Q Do you have a recollection that CNBM had a public offering in 2006 and that Morgan Stanley was in charge of that public offering?<br>MR. HAIRSTON: Objection.<br>A **I don't know**. |

| | | | |
|---|---|---|---|
| | | CHE GANG DEPOSITION 6/2/2015-6/4/2015 "I DON'T KNOW" | |

| | | | |
|---|---|---|---|
| 78. | 327:21- 328:10 | Q | I invite you, during the luncheon recess, to access that website under Taishan Gypsum (Nantong) Company, Limited, so that you can determine who the current directors, general manager of Taishan Gypsum (Nantong) Company, Limited are today, as listed on that website. And if you're unable to do that during the luncheon recess, then to do it when you get back to China or before you return here. |
| | | A | First of all, none of the Taishan Company's subsidiary companies has its own website. Therefore, **I do not know** whether this website you just mentioned is authentic and authoritative. I don't know how were you so sure that it is, indeed, the website of Taishan Gypsum (Nantong) Company. |
| 79. | 332:7-11 | Q | Isn't it true that BNBM passed resolutions to allow Taishan's board of directors to make guaranties to Taishan subsidiaries? |
| | | | MR. MARROCCO: Object to form. |
| | | A | **I don't know**. |
| 80. | 338:6-21 | Q | Sir, if you know, isn't it true that before Taishan's board of directors voted to approve the four construction lines, BNBM had to issue its approval for the Taishan board of directors to vote on that issue? |
| | | | ... |
| | | A | **I do not know**, because all the decisions of Taishan were made by Taishan's board of directors. |
| 81. | 347:17-23 | Q | Are you aware that in 2005, BNBM published publicly that the relationship between BNBM and the actual controller, China National Building Materials Group Corporation, in terms of property ownership and control, was CNBM owning 60.33% of BNBM? |
| | | | MR. MARROCCO: Object to form. |
| | | A | **I do not know**. |
| 82. | 348:16-349:17 | Q | . . . Are you aware that in 2005, BNBM published publicly that Beijing New Building Material Group Company, Limited, the original controlling shareholder of BNBM, would transfer 60.33% equity held by BNBM Group in BM (34,700,000,000 shares) to China National Building Materials Group Corporation, CNBM Group, previously known as China National Building Material and Equipment Import & Export Company, without compensation? |
| | | | ... |
| | | | MR. MARROCCO: Object to form. |
| | | | MR. TAYLOR: Objection to form. |
| | | A | **I do not know**. |

9

| | | | |
|---|---|---|---|
| | | CHE GANG DEPOSITION 6/2/2015-6/4/2015 "I DON'T KNOW" | |

| | | | |
|---|---|---|---|
| 83. | 352:1-10 | Q | Did you know, or were you aware, that BNBM, in 2005, controlled Shandong Taihe D-O-N-G-X-I-N Company, Limited through investment, and thus indirectly controlled the shares of seven other companies? |
| | | MR. MARROCCO: Object to form. | |
| | | MR. TAYLOR: Objection to form. | |
| | | A | I know that in about 2005, through capital increase, BNBM held 42% of Shandong Taihe Dongxin. **I don't know** the rest. |
| 84. | 352:12-14 | Q | In Chinese business culture, what is the meaning of "grandson company"? |
| | | A | **I don't know**. |
| 85. | 352:15-353:7 | Q | Are you aware that in 2006, that China National Building Material Company, Limited entered a joint and several liability guaranty with BNBM, which was applied and received by the BNBM-owned company J-I-A-N-G-Y-N Taishan Gypsum Building Materials Company, Limited, for which the BNBM-owned subsidiary, Shandong Taihe Dongxin, D-O-N-G-X-I-N, Company, provided a joint guaranty? |
| | | | ... |
| | | 7  A | **I do not know**. |
| 86. | 353:9-13 | Q | Are you familiar with the term in the public published annual reports, accounting reports, of BNBM and CNBM -- with the term "related parties with control relationship"? |
| | | A | **I do not know**. |
| 87. | 353:14-22 | Q | In 2007, BNBM reported in the shareholder's profile a statement of controlling shareholder as follows, "Controlling shareholder, China National Building Material Company, Limited, holds 52.40% of the company's shares." Have you ever been familiar with that statement made in a public document by BNBM? |
| | | MR. TAYLOR: Object to the form. | |
| | | A | **I do not know**. |
| 88. | 355:18-356:3 | Q | New question: Are you aware that in 2007, more than four mortgage contracts were approved by BNBM and stated that the mortgage contracts were by its controlled subsidiary, Taishan Gypsum? |
| | | | ... |
| | | A | **I do not know**. |
| 89. | 357: 13-20 | Q | Are you aware that in a public document released by BNBM, that BNBM stated its controlling shareholder was China National Building Material Company, Limited? |
| | | | ... |
| | | A | **I do not know**. |

10

| | | | CHE GANG DEPOSITION 6/2/2015-6/4/2015<br>"I DON'T KNOW" |
|---|---|---|---|
| 90. | 357:22-358:5 | Q<br><br>MR. MARROCCO: Object to form.<br>A | Are you aware that in 2008, BNBM published publicly in Historical Evolution Information that BNBM Group Company, Limited, the originally -- or the original controlling shareholder of BNBM transferred 60.33% equity held by it in BNBM to China National Building Materials Group Corporation without compensation?<br>**I don't know**. |
| 91. | 358:7-10 | Q<br>A | Are you aware that in 2009, BNBM reported publicly that the actual controller of BNBM was China National Building Materials Group Corporation?<br>**I don't know**. |
| 92. | 358:11-15 | Q<br>MR. MARROCCO: Object to form.<br>A | Are you aware that BNBM reported publicly in 2010 that the controlling shareholder of BNBM was China National Building Material Company, Limited?<br>**I don't know**. |
| 93. | 359: 4-13 | Q<br>...<br>A | Are you aware that on May 28, 2010, BNBM reported publicly that BNBM was served a summons from the U.S. concerning the litigation in relation to the use of Chinese gypsum boards?<br>**I don't know**. |
| 94. | 360:18-361:1 | Q<br><br>...<br>A | Isn't it true that Knauf, a German company that made gypsum board in China, mined from the same mine that Taishan and TPP used, notified Taishan, CNBM and BNBM of the litigation and offered and requested that the Chinese manufacturers enter the litigation and cooperate with Knauf Company?<br>**I do not know**. |
| 95. | 366:23-367:6 | Q<br><br>...<br>A | You do know, don't you, that CNBM Group, CNBM, BNBM and BNBM Group were consulted by Taishan as to whether Taishan should appear for the order of Judge Fallon for a judgment debtor rule; isn't that true?<br>**I do not know**. All decisions of Taishan were made by the board of directors of Taishan. |
| 96. | 367:8-12 | Q<br>MR. TAYLOR: Objection, form.<br>A | At whose direction?<br><br>**I don't know** what you mean by "whose direction." When a board of directors is making a decision, does it need anyone else's instruction?<br>(about who from CNBM, BNBM, etc., was consulted about whether Taishan should appear for the judgment debtor rule) |

11

| | | CHE GANG DEPOSITION 6/2/2015-6/4/2015<br>"I DON'T KNOW" |
|---|---|---|
| 97. | 369:25-370:6 | Q   Well, if you were sure that you destroyed my home a block from this courthouse, wouldn't I have a right to sue you for damages under the laws of the United States, where I live?<br>MR. TAYLOR:  Objection to form.<br>A   **I don't know**.  I don't understand American laws. |
| 98. | 372:7-13 | Q   Isn't it true that between 2010 and the order issued by Judge Eldon Fallon of this United States court for a judgment debtor rule, that BNBM paid in excess of $6 million in attorneys' fees over that time frame?<br>MR. MARROCCO:  Object to form.<br>A   **I don't know**. |