# EXHIBIT 3

| | | CHE GANG DEPOSITION 6/2/2015-6/4/2015 "CHECK THE COMMERCIAL REGISTRATION FORMS" |
|---|---|---|
| Number | Page: Line | Quote or Description |
| 1. | 48:12-17 | Q  Who owned the minority shares in Taishan -- that is, less than 65% -- on July 7, 2014?<br>A  I do not recall the exact name, but I believe from the commercial registration form submitted by Taishan, you should be able to find the details. |
| 2. | 73:17-23 | Q  In 2006, was Bing Wang a director of Taishan?<br>A  Regarding these questions, I would recommend you to check the commercial registration form that Taishan had submitted. It's been quite a while ago, and I have prepared too many things. I do not have a clear recollection on that. |
| 3. | 73:24-74:4 | Q  In 2006, was J-I-A-N-G-L-I-N, C-A-O chairman of the supervisory committee and supervisor of the board of directors of Taishan?<br>A  I don't know. You can check the detailed information from the commercial registration material that Taishan had provided. |
| 4. | 74:8-16 | Q  In 2007, was Chengong Zhang deputy general manager of Taishan?<br>...<br>A  I don't -- I don't know. You can check that information from the commercial registration form that Taishan provided. |
| 5. | 74:18-22 | Q  In 2007, did J-I-A-N-J-U-N Jia -- was he a director on the board of directors of Taishan?<br>A  I don't know that either. Have him check the commercial registration form that Taishan had provided. |
| 6. | 74:23-75:1 | Q  In 2007, was Bing Wang a director of the board of directors of Taishan?<br>A  I don't know. Have him check on the commercial registration form that Taishan provided. |
| 7. | 75:2-6 | Q  In 2007, was J-I-A-N-G-L-I-N, capital C-A-O chairman of the supervisory committee and supervisor of the board of directors of Taishan?<br>A  I don't know. Have him check on the commercial registration form that Taishan provided. |
| 8. | 76:1-5 | Q  In 2008, was Bing Wang a director of the board of directors of Taishan?<br>A  I don't have a clear recollection. You can check on the commercial registration form that Taishan provided. |
| 9. | 76:6-10 | Q  In 2008, was J-I-A-N-J-U-N Jia a director of the board of directors of Taishan?<br>A: I don't have a clear recollection of that. Have him check on the commercial registration form that Taishan provided. |

CHE GANG DEPOSITION 6/2/2015-6/4/2015
"CHECK THE COMMERCIAL REGISTRATION FORMS"

| | | |
|---|---|---|
| 10. | 76:11-16 | Q In 2008, was J-I-A-N-G-L-I-N chairman of the supervisory committee and supervisor of Taishan's board of directors?<br>A I don't know. Go ahead and check on the commercial registration form that Taishan had provided. |
| 11. | 76:20-23 | Q In 2009, was Chengong Zhang deputy general of Taishan?<br>A I don't know. Have him check on the registration form that Taishan provided. |
| 12. | 76:24-77:3 | Q In 2009, was Bing Wang a director on the board of directors of Taishan?<br>A I don't have a clear recollection. Have him check on the commercial registration form that Taishan provided. |
| 13. | 77:4-10 | Q In 2009, was Jianglin, J-I-A-N-G-L-I-N, capital C-A-O chairman of the supervisory committee and the supervisor of the board of directors of Taishan?<br>A I don't know. Please have him check on the commercial registration form that Taishan had provided. |
| 14. | 77:14-18 | Q In 2010, was Chengong Zhang deputy general manager of Taishan?<br>A I don't know. Please have him check on the commercial registration form that Taishan had provided. |
| 15. | 77:19-23 | Q In 2010, was Bing Wang a director on the board of directors of Taishan?<br>A I don't have a clear recollection. Have him check on the commercial registration form that Taishan had provided. |
| 16. | 78:15-24 | Q In 2010, was Cao Jianglin a chairman of the supervisory committee and a supervisor of Taishan?<br>...<br>A I don't know. Please have him check on the commercial registration form that Taishan had provided. |
| 17. | 79:7-11 | Q In 2011, was Bing Wang a director of the board of Taishan?<br>A I don't have a clear recollection. Please have him check on the commercial registration form that Taishan had provided. |
| 18. | 79:12-17 | Q In 2011, was J-I-A-N-G-L-I-N, capital C-A-O chairman of the supervisory committee and supervisor of the board of directors of Taishan?<br>A I don't know. Please have him check on the commercial registration form that Taishan had provided. |
| 19. | 80:14-18 | Q In 2012, was Bing Wang a director of the board of directors of Taishan?<br>A I don't have a clear recollection on that. Go ahead and check on the commercial registration form that Taishan had provided. |

2

## CHE GANG DEPOSITION 6/2/2015-6/4/2015
## "CHECK THE COMMERCIAL REGISTRATION FORMS"

| | | |
|---|---|---|
| 20. | 80:19-23 | Q In 2012, was C-H-A-N-G-X-I-N, Zhou, Z-H-O-U, a director of the board of directors of Taishan?<br>A I don't have a clear recollection. Check on the commercial registration form that Taishan had provided. |
| 21. | 85:7-13 | Q Secondly, with respect to the year – with respect to the year 2011, J-I-A-N-G-L-I-N, capital C-A-O, was he chairman of the supervisory committee of the board of directors of Taishan?<br>A I don't have a clear recollection on that. Please check the commercial registration form that Taishan had provided. |
| 22. | 121:17-22 | Q Did you understand that this gentleman, Jianjun Jia, had been a director of Taishan from 200 to 2008?<br>A I don't have a clear recollection of that. Please check the commercial registration form that was provided by Taishan. |
| 23. | 196:17-22 | Q Who were the supervisors of Taishan's board of directors on July 11th, 2014?<br>A I don't have a clear recollection on that. The commercial registration form of Taishan clearly reflected that information. If you can provide me with such document, I can check for you. |
| 24. | 317:13-318:1 | Q Isn't it true that BNBM Company purchased a hundred percent of T-A-I-A-N, capital D-O-N-G-L-I-A-N Investment Trading Company in 2006, which gave BNBM 65% ownership of Taishan Gypsum?<br>MR. MARROCCO: Object to form.<br>A I know that it was approximately in the year of 2006, but I don't have a clear recollection on the specific year. I know that BNBM purchased Taian Donglian; therefore, BNBM held 65% of Taishan, directly or indirectly. But I do not have a clear recollection on the specific year. For accurate information, please refer to the commercial registration form that we have provided, which accurately reflected such information. |

3