IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**O R D E R**

Considering the Motion to Seal Exhibits filed by the Plaintiffs' Steering Committee;

IT IS ORDERED BY THE COURT that the motion is GRANTED and that Exhibits A, B and C attached to the Motion to Remove Confidentiality Designation With Respect to the Gang Che Deposition [Rec. Doc. 19093] be and they are hereby FILED UNDER SEAL.

New Orleans, Louisiana, this  9th  day of           June          , 2015.

_____
Eldon E. Fallon
United States District Court Judge