UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L** |
| **THIS DOCUMENT RELATES TO:**<br><br>*Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al*<br>**Case No. 11-cv-080 (E.D. La.)**<br><br>*Almeroth, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd., et al*<br>**Case No. 12-cv-0498 (E.D. La.)**<br><br>*Amato, et al. v. Liberty Mutual Insurance Company*, **Case No. 2:10-cv-00932 (E.D.La.)**<br><br>*Germano et al. v. Taishan Gypsum Co., Ltd. et al.*<br>**Case No. 2:09-cv-06687 (E.D. La.)**<br><br>*Gross, et al. v. Knauf Gips, KG, et al*<br>**Case No. 09-cv-6690 (E.D. La.)**<br><br>*Haya, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al*<br>**Case No. 11-cv-1077 (E.D. La.)**<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al*<br>**Case No. 10-cv-361 (E.D. La.)** | **JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |

## ORDER

It has come to the Court's attention that conflicting dates have been set regarding when Defendants' responsive briefing to the Plaintiffs' Steering Committee's ("PSC") Motion to Compel Production of 30(B)(6) Witness is due. The responsive briefing to the PSC's motion was first set to be due on June 15, 2015 (Rec. Doc. 19090). It was then subsequently set to be due on June 10, 2015 (Rec. Doc. 19101). To maintain consistency, the latter order (Rec. Doc.

19101) **IS HEREBY AMENDED** and **IT IS FURTHER ORDERED** that the responsive briefing to the PSC's Motion to Compel Production is due on June 15, 2015.

New Orleans, Louisiana this 8th day of June, 2015.

*[signature: Eldon E. Fallon]*

Eldon E. Fallon
United States District Court Judge