UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT APPLIES TO ALL CASES | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**MOTION FOR LEAVE TO FILE**
**THE PLAINTIFFS' STEERING COMMITTEE'S REPLY IN SUPPORT OF ITS EMERGENCY MOTION FOR EXPEDITED RETURN ON DISCOVERY, SHORTENING OF TIME TO NOTICE DEPOSITIONS, REQUEST FOR EXTENSION OF JUNE 9, 2015 DEADLINE FOR COMPLETION OF DISCOVERY, REQUEST FOR PERMISSION TO SERVE DISCOVERY ON COUNSEL FOR THE CNBM ENTITIES, OR, IN THE ALTERNATIVE, MOTION TO COMPEL CNBM ENTITIES TO PROVIDE DISCOVERY IN RESPONSE TO THE PSC'S DISCOVERY DIRECTED TO CHINA JUSHI CO., LTD. (f/k/a CHINA FIBERGLASS CO., LTD.) AND JUSHI GROUP CO., LTD.**

NOW COMES the Plaintiffs' Steering Committee ("PSC") who requests leave to file the attached Reply in Support of Its Emergency Motion for Expedited Return on Discovery, Shortening of Time to Notice Depositions, Request for Extension of June 9, 2015 Deadline for Completion of Discovery, Request for Permission to Serve discovery on Counsel for the CNBM Entities, or, in the Alternative, Motion to Compel CNBM Entities to Provide Discovery in Response to the PSC's Discovery Directed to China Jushi Co., Ltd. (f/k/a China Fiberglass Co., Ltd.) and Jushi Group Co., Ltd.

1

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  June 10, 2015 | /s/ Russ M. Herman<br>**Russ M. Herman** (Bar No. 6819)<br>Leonard A. Davis (Bar No. 14190)<br>Stephen J. Herman (Bar No. 23129)<br>***HERMAN, HERMAN & KATZ, LLC***<br>820 O'Keefe Avenue<br>New Orleans, LA  70113<br>PH:  (504) 581-4892<br>FAX:  (504) 561-6024<br>ldavis@hhklawfirm.com<br>*Plaintiffs' Liaison Counsel*<br>*MDL 2047*<br><br>Arnold Levin<br>Fred S. Longer<br>Sandra L. Duggan<br>Matthew C. Gaughan<br>Levin, Fishbein, Sedran & Berman<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106<br>PH:  (215) 592-1500<br>FAX:  (215) 592-4663<br>Alevin@lfsblaw.com<br>*Plaintiffs' Lead Counsel*<br>*MDL 2047* |

**PLAINTIFFS' STEERING COMMITTEE**

| | |
|---|---|
| Dawn M. Barrios<br>Barrios, Kingsdorf & Casteix, LLP<br>701 Poydras Street, Suite 3650<br>New Orleans, LA 70139<br>Phone: (504) 524-3300<br>Fax: (504) 524-3313<br>Barrios@bkc-law.com | Jerrold Seth Parker<br>Parker Waichman, LLP<br>27300 Riverview Center Blvd.<br>Suite 103<br>Bonita Springs, FL 34134<br>Phone: (239) 390-1000<br>Fax: (239) 390-0055<br>Jerry@yourlawyer.com |

| | |
|---|---|
| Daniel E. Becnel, Jr.<br>Becnel Law Firm, LLC<br>425 W. Airline Highway, Suite B<br>Laplace, LA 70068<br>Phone: (985) 536-1186<br>Fax: (985) 536-6445<br>dbecnel@becnellaw.com | Scott Wm. Weinstein<br>Morgan & Morgan<br>12800 University Drive, Suite 600<br>Ft. Meyers, FL 33907<br>Phone: (239) 433-6880<br>Fax: (239) 433-6836<br>sweinstein@forthepeople.com |
| Peter Prieto<br>Podhurst Orseck, P.A.<br>25 Flagler Street, 8th Floor<br>Miami, FL 33130<br>Phone: (305) 358-2800<br>Fax: (305) 358-2382<br>pprieto@podhurst.com | James Robert Reeves<br>Reeves & Mestayer, PLLC<br>160 Main Street<br>Biloxi, MS 39530<br>Phone: (228) 374-5151<br>Fax: (228) 374-6630<br>jrr@attorneys4people.com |
| Bruce William Steckler<br>Steckler, LLP<br>12720 Hillcrest Road, Ste 1045<br>Dallas, TX 75230<br>Phone: (972) 387-4040<br>Fax: (972) 387-404<br>bruce@stecklerlaw.com | Christopher Seeger<br>Seeger Weiss, LLP<br>77 Water Street<br>New York, NY 10005<br>Phone: (212) 584-0700<br>Fax: (212) 584-0799<br>cseeger@seegerweiss.com |
| Ervin A. Gonzalez<br>Colson, Hicks, Eidson<br>255 Alhambra Circle, Penthouse<br>Cora Gables, FL 33134<br>Phone: (305) 476-7400<br>Fax: (305) 476-7444<br>ervin@colson.com | Daniel K. Bryson<br>Whitfield, Bryson & Mason, LLP<br>900 W. Morgan Street<br>Raleigh, NC 27603<br>Phone: (919) 600-5000<br>Fax: (919) 600-5002<br>dan@wbmllp.com |
| Ben W. Gordon, Jr.<br>Levin, Papantonio, Thomas, Mitchell<br> Echsner & Proctor, P.A.<br>316 S. Baylen Street, Suite 600<br>Pensacola, FL 32502<br>Phone: (850) 435-7000<br>Fax: (850) 435-7020<br>bgordon@levinlaw.com | Richard J. Serpe, Esquire<br>Law Offices of Richard J. Serpe<br>Crown Center, Ste. 310<br>580 East Main Street<br>Norfolk, VA 23510-2322<br>Phone: (757) 233-0009<br>Fax: (757) 233-0455<br>rserpe@serpefirm.com |

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Victor M. Diaz, Jr., Esquire
V.M. Diaz and Partners, LLC
119 Washington Ave, Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

### OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax:  (202) 540-7201
rlewis@hausfeldllp.com

Anthony D. Irpino
Pearl Robertson (on the Brief)
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, counsel for CNBM, Christopher Vejnoska, counsel for BNBM, Richard Fenton and counsel for Taishan, Bernard Taylor, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 10th day of June, 2015.

                                        Respectfully Submitted,

                                        BY:  */s/ Leonard A. Davis*
                                                Leonard A. Davis
                                                Herman, Herman & Katz, LLC
                                                820 O'Keefe Avenue
                                                New Orleans, LA 70113
                                                Phone: (504) 581-4892
                                                Fax: (504) 561-6024
                                                ldavis@hhklawfirm.com

                                                *Plaintiffs' Liaison Counsel*
                                                *MDL 2047*