UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT APPLIES TO ALL CASES | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**O R D E R**

Considering the Plaintiffs' Steering Committee's Motion for Leave to File Reply in Support of Its Emergency Motion for Expedited Return on Discovery, Shortening of Time to Notice Depositions, Request for Extension of June 9, 2015 Deadline for Completion of Discovery, Request for Permission to Serve discovery on Counsel for the CNBM Entities, or, in the Alternative, Motion to Compel CNBM Entities to Provide Discovery in Response to the PSC's Discovery Directed to China Jushi Co., Ltd. (f/k/a China Fiberglass Co., Ltd.) and Jushi Group Co., Ltd.;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the attached Reply in Support of Its Emergency Motion for Expedited Return on Discovery, Shortening of Time to Notice Depositions, Request for Extension of June 9, 2015 Deadline for Completion of Discovery, Request for Permission to Serve discovery on Counsel for the CNBM Entities, or, in the Alternative, Motion to Compel CNBM Entities to Provide Discovery in Response to the PSC's Discovery Directed to China Jushi Co., Ltd. (f/k/a China Fiberglass Co., Ltd.) and Jushi Group Co., Ltd., with all exhibits, be and is hereby filed into the Court.

2

New Orleans, Louisiana, this ____ day of _____, 2015.

                                                                                   _____  
                                                                                   Eldon E. Fallon  
                                                                                   United States District Court Judge