UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L |
|---|---|
| THIS DOCUMENT APPLIES TO ALL CASES | JUDGE FALLON MAG. JUDGE WILKINSON |

**THE PLAINTIFFS' STEERING COMMITTEE'S REPLY IN SUPPORT OF ITS EMERGENCY MOTION FOR EXPEDITED RETURN ON DISCOVERY, SHORTENING OF TIME TO NOTICE DEPOSITIONS, REQUEST FOR EXTENSION OF JUNE 9, 2015 DEADLINE FOR COMPLETION OF DISCOVERY, REQUEST FOR PERMISSION TO SERVE DISCOVERY ON COUNSEL FOR THE CNBM ENTITIES, OR, IN THE ALTERNATIVE, MOTION TO COMPEL CNBM ENTITIES TO PROVIDE DISCOVERY IN RESPONSE TO THE PSC'S DISCOVERY DIRECTED TO CHINA JUSHI CO., LTD. (f/k/a CHINA FIBERGLASS CO., LTD.) AND JUSHI GROUP CO., LTD.**

On June 8, 2015, the Plaintiffs' Steering Committee ("PSC") filed discovery requests directed to Jushi Group Co., Ltd. ("Jushi Group") and China Jushi Co., Ltd. (f/k/a China Fiberglass Co., Ltd.) ("China Jushi").[1] *See* Rec.Doc.Nos. 19103 and 19104. The PSC also filed an emergency motion to expedite the Jushi discovery and to allow the service of the discovery on counsel for the CNBM entities ("PSC Motion to Expedite"). *See* Rec.Doc.No. 19105. The CNBM entities have opposed the motion insofar as it was filed on an emergent basis and insofar as it seeks to serve Jushi Group and China Jushi through counsel for the CNBM entities ("CNBM Response").[2] *See* Rec.Doc.No. 19110.

---

[1] On June 5, 2015, the PSC filed discovery requests directed to Jushi USA Fiberglass Co., Ltd. ("Jushi USA") (*see* Rec.Doc.No. 19077), and also an emergency motion to expedite the Jushi USA discovery (*see* Rec.Doc.No. 19096). This motion was granted by the Court on June 8, 2015. *See* Rec.Doc.No. 19100.

[2] The CNBM entities do not oppose the motion insofar as it requests, in the alternative, that the PSC be permitted to serve the discovery upon Jushi USA.

1

CNBM contends that emergency discovery is not needed since the PSC has been aware of China Jushi and Jushi Group since February 10, 2015. This argument, however, misses the point.

Although the PSC has been aware of the existence of China Jushi and Jushi Group for some time, the PSC just recently learned during the deposition of CNBM Co., Ltd. on June 6, 2015, that <u>China Jushi</u>, the parent of Jushi Group[3] and an upstream entity of Jushi USA,[4] <u>is a CNBM affiliate</u>. CNBM's Executive Director and Secretary of the Board Chang Zhangli testified that "Jushi Group is the subsidiary of China Fiberglass [a/k/a China Glass Fiber and currently known as China Jushi,] and <u>China Fiberglass is an affiliate company of CNBM Company</u>." *See* Deposition of Chang Zhangli ("Chang Zhangli Tr.") at 212:4-7 (emphasis added) (filed as Exhibit "A" to the PSC's Motion to Expedite) (Rec.Doc.No. 19105-1). Therefore, expedited discovery of both China Jushi and Jushi Group, as well as the discovery of Jushi USA, are critical and necessary elements of the Court-ordered discovery related to violations of this Court's Contempt Order by any affiliates or subsidiaries of Taishan Gypsum Co., Ltd. (*i.e.*, the "Contempt Track" discovery) (Rec.Doc.No. 17869). The PSC requires this discovery on an emergency basis because the original deadline of June 9, 2015 for this discovery has

---

[3] Jushi Group is 100% owned by China Jushi. CNBM holds a 33.82% equity interest in China Jushi. *See* Excerpts from CNBM's 2014 Annual Report at 13 (Exhibit "D" to the PSC's Motion to Expedite) (Rec.Doc.No. 19105-4).

[4] Jushi USA is a wholly-owned subsidiary of Jushi Group. *See* "Jushi USA is Born" (attached as Exhibit "C" to the PSC's Motion to Expedite) (Rec.Doc.No. 19105-3). Jushi USA is an active corporate entity that is headquartered in California. Jushi USA maintains distribution centers for its fiberglass products in California, Indiana, and South Carolina. *See* https://lk.linkedin.com/company/jushi-usa-fiberglass-co-ltd.

passed. Accordingly, contrary to the position now being taken by the CNBM entities,[5] the discovery is required on an emergent basis, similar to other emergency motions granted by the Court.[6]

Notwithstanding CNBM's admissions that China Jushi is an affiliate of CNBM and that Jushi Group is a wholly-owned subsidiary of China Jushi, the CNBM entities take the position that their counsel cannot be required to accept service of the proposed discovery on behalf of these entities. In making this argument, CNBM focuses on the fact that "CNBM Company holds only a minority interest in China Jushi." CNBM Response at 1. However, under Chinese tax law a company is considered a "related company" if the company holds a 25% direct or indirect ownership or control over another entity (or vice versa). *See* Transfer Pricing and China: Watch Out - Above the Law (attached hereto as Exhibit "F"); *see also* "Taxation and Investment in China 2014 – Reach, relevance and reliability at 14 (Deloitte Touche Tohmatsu Ltd. 2014)[7] ("A related party is defined as one with a 25% direct or indirect ownership.") (attached hereto as Exhibit "G"); CNBM 2010 Annual Report at 169 ("Jushi Group Company Limited was

---

[5] In any event, CNBM's challenge to the timing of the PSC's discovery directed to China Jushi and Jushi Group is curious in light of the company's argument that CNBM should not be considered an upstream entity of the Jushi companies. CNBM's purported standing to make these arguments suggests otherwise.

[6] *See* Rec.Doc.Nos. 18523 (New Jersey Institute of Technology and CTIEC-TECO American Technology, Inc.); 18535 (Sunpin Solar Development a/k/a Sunpin Solar LLC, Tommy Li, Wal-Mart Stores, Inc., Westerlund Log Handlers LLC and Murphy Overseas USA Astoria Forest Products LLC); 18756 (Hampton Affiliates, Steven J. Zika, Hampton Investment Company, Baillie Lumber Co., Hull Forest Products, Inc., Western Wood, LLC, and W.H. International, Inc.), and 18781 (BNK International, LLC, and Jeffery J. Chang).

[7] Deloitte Touche Tohmatsu were the Certified Public Accountants of CNBM, as set forth in the 2006 CNBM Global Public Offering at VIII-58 (ALRMH-CNBM00000638) (attached hereto as Exhibit "J").

regarded as an associate of the Company as it is the subsidiary of China Fiberglass.") (attached hereto as Exhibit "H"); CNBM 2014 Annual Report at 182 (referring to China Jushi Co., Ltd. as an associate of CNBM) (attached hereto as Exhibit "I").

Regardless of the position now being asserted by the CNBM entities, it is now clear that China Jushi and Jushi Group are CNBM affiliates. Therefore, service of the PSC's discovery upon counsel for CNBM can be anticipated to provide notice of the same to China Jushi and Jushi Group.[8] Alternatively, as proposed in the PSC's motion to expedite, CNBM can provide documents and testimony in response to the PSC's discovery directed to China Jushi and Jushi Group.

WHEREFORE, for the reasons set forth above as well as those set forth in the PSC's motion to expedite, the PSC respectfully requests that the Court grant its emergency motion for expedited return on discovery, shortening of time to notice depositions, request for extension of June 9, 2015 deadline for completion of discovery, request for permission to serve discovery on counsel for the CNBM entities, or, in the alternative, motion to compel the CNBM entities to provide discovery in response to the PSC's discovery directed to China Jushi Co., Ltd. (f/k/a China Fiberglass Co., Ltd.) and Jushi Goup Co., Ltd.

---

[8] The Court can also direct the PSC to serve the discovery upon Jushi USA as a wholly-owned subsidiary of Jushi Group.

Respectfully submitted,

Dated:  June 10, 2015  /s/ Russ M. Herman
**Russ M. Herman** (Bar No. 6819) (on the Brief)
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
**HERMAN, HERMAN & KATZ, LLC**
820 O'Keefe Avenue
New Orleans, LA  70113
PH:  (504) 581-4892
FAX:  (504) 561-6024
ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin (on the Brief)
Fred S. Longer (on the Brief)
Sandra L. Duggan (on the Brief)
Matthew C. Gaughan (on the Brief)
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
PH:  (215) 592-1500
FAX:  (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

**PLAINTIFFS' STEERING COMMITTEE**

| | |
|---|---|
| Dawn M. Barrios | Jerrold Seth Parker |
| Barrios, Kingsdorf & Casteix, LLP | Parker Waichman, LLP |
| 701 Poydras Street, Suite 3650 | 27300 Riverview Center Blvd. |
| New Orleans, LA 70139 | Suite 103 |
| Phone: (504) 524-3300 | Bonita Springs, FL 34134 |
| Fax: (504) 524-3313 | Phone: (239) 390-1000 |
| Barrios@bkc-law.com | Fax: (239) 390-0055 |
| | Jerry@yourlawyer.com |

Daniel E. Becnel, Jr.
Becnel Law Firm, LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Peter Prieto
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Bruce William Steckler
Steckler, LLP
12720 Hillcrest Road, Ste 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-404
bruce@stecklerlaw.com

Ervin A. Gonzalez
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@attorneys4people.com

Christopher Seeger
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Victor M. Diaz, Jr., Esquire
V.M. Diaz and Partners, LLC
119 Washington Ave, Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax:  (202) 540-7201
rlewis@hausfeldllp.com

Anthony D. Irpino
Pearl Robertson (on the Brief)
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, counsel for CNBM, Christopher Vejnoska, counsel for BNBM, Richard Fenton and counsel for Taishan, Bernard Taylor, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 10th day of June, 2015.

                                      Respectfully Submitted,

                        BY:  */s/ Leonard A. Davis*
                                Leonard A. Davis
                                Herman, Herman & Katz, LLC
                                820 O'Keefe Avenue
                                New Orleans, LA 70113
                                Phone: (504) 581-4892
                                Fax: (504) 561-6024
                                ldavis@hhklawfirm.com

                                *Plaintiffs' Liaison Counsel*
                                *MDL 2047*