# EXHIBIT "I"



# CNBM

China National Building Material Company Limited*

(Stock Code: 3323)



2014

Annual Report 年度報告

* For identification only

ALRMH-CNBM00003662

## Definitions *(Continued)*

| | |
|---|---|
| "Triumph Energy Saving" | 上海凱盛節能工程技術有限公司 (Shanghai Triumph Energy Saving Engineering Technology Company Limited) |
| "Jushi Group" | 巨石集團有限公司 (Jushi Group Company Limited) |
| "KPI" | Key performance index |
| "Listing Rules" | the Rules Governing the Listing of Securities on the Stock Exchange as amended from time to time |
| "Lunan China United" | 魯南中聯水泥有限公司 (China United Cement Lunan Co., Ltd.) |
| "Market-oriented Operation of Central State-owned Enterprises" | Central state-owned enterprise is the nature of enterprises' assets, which is a state-owned enterprise managed directly by the central government of the PRC, market-oriented operation is the mechanism of the enterprise and operating mechanism. "Market-oriented Operation of Central state-owned Enterprise" means market-oriented operation shall be exercised in central state-owned enterprise under socialist market economy, including diversified shareholding, normalized corporate system and legal-person governance structure, professional management system, market-oriented internal mechanism, and corporate operation conducted under market rules |
| "methods of increasing, saving and reducing" | increasing revenue, saving cost and reducing energy consumption |
| "MIIT" | Ministry of Industry and Information Technology of the People's Republic of China |
| "Nanjing Triumph" | 南京凱盛國際工程有限公司 (Nanjing Triumph International Engineering Company Limited) |
| "NBS" | 中國國家統計局 (National Bureau of Statistics of China) |
| "NDRC" | 中華人民共和國國家發展和改革委員會 (National Development and Reform Commission of the People's Republic of China) |
| "North Cement" | 北方水泥有限公司 (North Cement Company Limited) |
| "Northern China" | including (but not limited to) Heilongjiang, Jilin and Liaoning |
| "Non-Competition Agreement" | the non-competition agreement dated 28 February 2006 entered into between the Company and the Parent, which is stated on pages 155 to 157 of the prospectus of the Company |
| "NSP" | cement produced by clinker made through the new suspension preheater dry process |
| "Parent" | 中國建築材料集團有限公司 (China National Building Material Group Corporation) |
| "Parent Group" | collectively, Parent and its subsidiaries (excluding the Group) |

# Shareholding Structure of the Group

The simplified structure of the Group as at 31 December 2014 is set out as below:

Note: The aforementioned percentages are rounded to 2 decimal places.

ALRMH-CNBM00003676

## Notes to the Consolidated Financial Statements *(Continued)*
*For the year ended 31 December 2014*

### 19   PARTICULARS OF PRINCIPAL SUBSIDIARIES

Details of the Company's principal subsidiaries as at 31 December 2014 and 31 December 2013, which are established and operated in the PRC, are as follows:

| Name of subsidiary | Nominal value of paid-in capital | Attributable equity interest to the Company | | | | Principal activities |
|---|---|---|---|---|---|---|
| | | Direct | | Indirect | | |
| | | 2014 % | 2013 % | 2014 % | 2013 % | |
| BNBM (Note i, ii, iii) | RMB706,990,796 | 45.20 | 52.40 | — | — | Production and sale of lightweight building materials |
| Taishan Gypsum Company Limited ("Taishan Gypsum") (Note iv) | RMB155,625,000 | — | — | 29.38 | 34.06 | Production and sale of lightweight building materials |
| BNBM Suzhou Mineral Fiber Ceiling Company Limited (Note iv) | RMB80,000,000 | — | — | 45.20 | 52.40 | Production and sale of lightweight building materials |
| China United Cement Group Corporation Limited ("China United") | RMB4,000,000,000 | 100.00 | 100.00 | — | — | Production and sale of cement |
| Lunan China United Cement Company Limited | RMB200,000,000 | — | — | 80.34 | 80.34 | Production and sale of cement |
| Huaihai China United Cement Company Limited | RMB364,909,100 | — | — | 80.88 | 80.88 | Production and sale of cement |
| Qingzhou China United Cement Company Limited | RMB200,000,000 | — | — | 100.00 | 100.00 | Production and sale of cement |
| Taishan China United Cement Company Limited | RMB270,000,000 | — | — | 95.68 | 95.68 | Production and sale of cement |
| Qufu China United Cement Company Limited | RMB130,000,000 | — | — | 90.00 | 90.00 | Production and sale of cement |
| Linyi China United Cement Company Limited | RMB165,200,000 | — | — | 100.00 | 100.00 | Production and sale of cement |
| Zaozhuang China United Cement Company Limited | RMB175,000,000 | — | — | 100.00 | 100.00 | Production and sale of cement |
| Xuzhou China United Cement Company Limited | RMB346,940,000 | — | — | 100.00 | 100.00 | Production and sale of cement |
| South Cement Company Limited ("South Cement") | RMB1,000,000,000 | 80.00 | 80.00 | — | — | Production and sale of cement |

ALRMH-CNBM00003838

## Notes to the Consolidated Financial Statements *(Continued)*
*For the year ended 31 December 2014*

### 19  PARTICULARS OF PRINCIPAL SUBSIDIARIES *(CONTINUED)*

| | | Attributable equity interest to the Company | | | | |
|---|---|---|---|---|---|---|
| | Nominal value of | Direct | | Indirect | | |
| Name of subsidiary | paid-in capital | 2014 % | 2013 % | 2014 % | 2013 % | Principal activities |
| Zhe Jiang South Cement Company Limited | RMB1,000,000,000 | — | — | 80.00 | 80.00 | Production and sale of cement |
| Shanghai South Cement Company Limited | RMB300,000,000 | — | — | 80.00 | 80.00 | Production and sale of cement |
| Hunan South Cement Company Limited | RMB3,000,000,000 | — | — | 80.00 | 80.00 | Production and sale of cement |
| Jiangxi South Cement Company Limited | RMB3,000,000,000 | — | — | 80.00 | 80.00 | Production and sale of cement |
| Guangxi South Cement Company Limited | RMB1,000,000,000 | — | — | 80.00 | 80.00 | Production and sale of cement |
| North Cement Company Limited ("North Cement")(Note v) | RMB4,000,000,000 | 70.00 | 70.00 | — | — | Production and sale of cement |
| Heilongjiang Binzhou Cement Company Limited ("Binzhou Cement") | RMB50,000,000 | — | — | 70.00 | 70.00 | Production and sale of cement |
| South West Cement Company Limited ("Southwest Cement") (Note vi) | RMB10,000,000,000 | 70.00 | 70.00 | — | — | Production and sale of cement |
| Chongqing Southwest Cement Company Limited (Note iv) | RMB2,000,000,000 | — | — | 70.00 | 70.00 | Production and sale of cement |
| China Composites Group Corporation Limited ("China Composites") | RMB350,000,000 | 100.00 | 100.00 | — | — | Production and sale of composite materials |
| Lianyungang Zhongfu Lianzhong Composite Material Group Company Limited | RMB261,307,535 | — | — | 62.96 | 62.96 | Production and sale of composite materials |
| Changzhou China Composites Liberty Company Limited | RMB180,000,000 | — | — | 75.00 | 75.00 | Production and sale of PVC tiles |

# Notes to the Consolidated Financial Statements *(Continued)*
*For the year ended 31 December 2014*

## 19  PARTICULARS OF PRINCIPAL SUBSIDIARIES *(CONTINUED)*

| Name of subsidiary | Nominal value of paid-in capital | Attributable equity interest to the Company | | | | Principal activities |
|---|---|---|---|---|---|---|
| | | Direct | | Indirect | | |
| | | 2014 % | 2013 % | 2014 % | 2013 % | |
| China Triumph International Engineering Company Limited ("China Triumph") | RMB220,000,000 | 91.00 | 91.00 | — | — | Provision of engineering services |
| CTIEC Shenzhen Triumph Scienotech Engineering Company Limited | RMB5,000,000 | — | — | 66.43 | 66.43 | Provision of engineering services |
| CTIEC Nanjing Triumph International Engineering Company Limited (Note iv) | RMB100,000,000 | — | — | 46.55 | 46.55 | Provision of engineering services |
| CTIEC BengBu Triumph Scienotech Engineering Company Limited | RMB30,000,000 | — | — | 91.00 | 91.00 | Provision of engineering services |
| CNBM Investment Company Limited | RMB500,000,00 | 100.00 | 100.00 | — | — | Sale of lightweight building materials |

Notes:

(i)   The paid-in capital of BNBM represents the issued ordinary listed share capital and paid-in capital of the rest of the companies represents registered capital.

(ii)  BNBM is a joint stock company listed on the Shenzhen Stock Exchange.

(iii) On 30 September 2014, BNBM offered private placements on listed shares with sales restriction and raised of RMB2,120 million as registered share capital and RMB1,962 million as share premium. After that, the Group's effective equity interests in BNBM were diluted from 52.40% to 45.20%. BNBM is controlled by the Group by virtue of the dominant voting interest in BNBM, dispersion of holding of other vote holders, participation rate of shareholders and previous shareholders' meetings.

(iv)  The entity is considered to be controlled by the Company because it is a subsidiary of another Company's subsidiary.

(v)   On 24 January 2013, non-controlling interests of North Cement injected additional share capital of RMB400.00 million as registered share capital and RMB100.00 million as share premium. After that, the Group's effective equity interests in North Cement were diluted from 77.78% to 70.00%.

(vi)  On 24 June 2013, non-controlling interests of Southwest Cement injected additional share capital of RMB2,130 million into Southwest Cement as registered share capital. After that, the Group's effective equity interests in Southwest Cement were diluted from 88.95% to 70.00%.

(vii) The above table lists the subsidiaries of the Group which, in the opinion of the directors, principally affected the results or assets of the Group. To give details of other subsidiaries would, in the opinion of the directors, result in particulars of excessive length.

ALRMH-CNBM00003840

## Notes to the Consolidated Financial Statements *(Continued)*
*For the year ended 31 December 2014*

### 19  PARTICULARS OF PRINCIPAL SUBSIDIARIES *(CONTINUED)*

Summarised financial information in respect of each of the Group's sub-group that has material non-controlling interests is set out below. The summarised financial information below represents amounts before intragroup eliminations.

**(i)  South Cement and its subsidiaries**

|  | **2014**<br>**RMB'000** | 2013<br>*RMB'000* |
|---|---:|---:|
| Current assets | **31,030,208** | 27,405,020 |
| Non-current assets | **62,766,771** | 62,786,962 |
| Current liabilities | **(58,623,020)** | (53,507,764) |
| Non-current liabilities | **(13,941,439)** | (17,410,520) |
| Non-controlling interests | **(5,111,160)** | (4,604,635) |
| Equity attributable to owners of the Company | **16,121,360** | 14,669,063 |
| Revenue | **44,662,362** | 45,033,608 |
| Expenses | **(42,113,016)** | (42,541,365) |
| Profit for the year | **2,549,346** | 2,492,243 |
| | | |
| Profit attributable to owners of the Company | **1,859,527** | 1,848,735 |
| Profit attributable to the non-controlling interests | **689,819** | 643,508 |
| | | |
| Profit for the year | **2,549,346** | 2,492,243 |
| | | |
| Other comprehensive income attributable to owners of the Company | **74,024** | — |
| Other comprehensive income attributable to the non-controlling interests | **—** | — |
| | | |
| Other comprehensive income for the year | **74,024** | — |
| | | |
| Total comprehensive income for the year | **2,623,370** | 2,492,243 |

ALRMH-CNBM00003841

## Notes to the Consolidated Financial Statements *(Continued)*

*For the year ended 31 December 2014*

### 19  PARTICULARS OF PRINCIPAL SUBSIDIARIES *(CONTINUED)*

Summarised financial information in respect of each of the Group's sub-group that has material non-controlling interests is set out below. The summarised financial information below represents amounts before intragroup eliminations. *(continued)*

**(i)  South Cement and its subsidiaries** *(continued)*

|  | **2014** *RMB'000* | 2013 *RMB'000* |
|---|---:|---:|
| Total comprehensive income attributable to owners of the Company | **1,933,551** | 1,848,735 |
| Total comprehensive income attributable to the non-controlling interests | **689,819** | 643,508 |
| Total comprehensive income for the year | **2,623,370** | 2,492,243 |
| Dividends paid to non-controlling interests | **164,268** | 166,507 |
| Net cash inflow from operating activities | **6,238,439** | 5,108,348 |
| Net cash outflow from investing activities | **(870,545)** | (6,007,547) |
| Net cash (outflow)/inflow from financing activities | **(5,707,669)** | 694,908 |
| Net cash outflow | **(339,775)** | (204,291) |

**(ii)  Southwest Cement and its subsidiaries**

|  | **2014** *RMB'000* | 2013 *RMB'000* |
|---|---:|---:|
| Current assets | **15,108,329** | 12,818,622 |
| Non-current assets | **56,191,033** | 55,794,399 |
| Current liabilities | **(43,083,736)** | (37,064,436) |
| Non-current liabilities | **(15,210,180)** | (19,525,967) |
| Non-controlling interests | **(4,194,927)** | (3,768,293) |
| Equity attributable to owners of the Company | **8,810,516** | 8,254,325 |
| Revenue | **21,365,542** | 19,923,022 |
| Expenses | **(19,582,571)** | (18,182,014) |
| Profit for the year | **1,782,971** | 1,741,008 |

# Notes to the Consolidated Financial Statements *(Continued)*
*For the year ended 31 December 2014*

## 19 PARTICULARS OF PRINCIPAL SUBSIDIARIES *(CONTINUED)*

Summarised financial information in respect of each of the Group's sub-group that has material non-controlling interests is set out below. The summarised financial information below represents amounts before intragroup eliminations. *(continued)*

**(ii)  Southwest Cement and its subsidiaries** *(continued)*

|  | **2014** **RMB'000** | 2013 *RMB'000* |
|---|---:|---:|
| Profit attributable to owners of the Company | **1,236,934** | 1,340,598 |
| Profit attributable to the non-controlling interests | **546,037** | 400,410 |
| Profit for the year | **1,782,971** | 1,741,008 |
| Other comprehensive income attributable to owners of the Company | **—** | — |
| Other comprehensive income attributable to the non-controlling interests | **—** | — |
| Other comprehensive income for the year | **—** | — |
| Total comprehensive income attributable to owners of the Company | **1,236,934** | 1,340,598 |
| Total comprehensive income attributable to the non-controlling interests | **546,037** | 400,410 |
| Total comprehensive income for the year | **1,782,971** | 1,741,008 |
| Dividends paid to non-controlling interests | **143,561** | 43,077 |
| Net cash inflow from operating activities | **5,081,710** | 2,838,756 |
| Net cash outflow from investing activities | **(4,883,442)** | (9,535,615) |
| Net cash (outflow)/inflow from financing activities | **(115,819)** | 6,903,691 |
| Net cash inflow | **82,449** | 206,832 |

## 20 INTERESTS IN ASSOCIATES

|  | **2014** <br> **RMB'000** | 2013 <br> *RMB'000* |
| --- | ---: | ---: |
| Cost of investments in associates |  |  |
| — listed in the PRC | **1,761,562** | 1,761,361 |
| — listed in Hong Kong | **1,240,038** | — |
| — unlisted | **3,968,046** | 3,941,361 |
| Share of post-acquisition profit, net of dividend received | **3,062,902** | 2,048,401 |
|  | **10,032,548** | 7,751,123 |
| Fair value of listed investments | **8,850,882** | 3,731,334 |
| Share of profits of associates | **985,426** | 630,536 |

As at 31 December 2014, the cost of investments in associates included goodwill of associates of approximately RMB1,045.83 million (2013: approximately RMB1,033.97 million).

Accounting policies of associates have been changed where necessary to ensure consistency with the policies adopted by the Group.

## Notes to the Consolidated Financial Statements *(Continued)*
*For the year ended 31 December 2014*

**20  INTERESTS IN ASSOCIATES** *(CONTINUED)*

Set out below are the associates of the Group as at 31 December 2014, which in the opinion of the directors are material to the Group. The associates as listed below have share capital consisting solely of ordinary shares, which are held directly by the Group:

| Name of associate | Nominal value of registered capital | Attributable direct equity interest to the Group | | Principal activities |
|---|---|---|---|---|
| | | 2014 % | 2013 % | |
| China Jushi Co., Ltd ("China Jushi") (Note i) | RMB872,629,500 | 33.82 | 32.79 | Production of glass fiber |
| Shangdong Quan Xing China United Cement Company Limited ("Shangdong Quan Xing") | RMB2,000,000,000 | 49.00 | 49.00 | Sales and production of cement |
| Nanfang Wannianqing Cement Company Limited ("Nanfang Wannianqing") (Note ii) | RMB1,000,000,000 | 50.00 | 50.00 | Production of cement |

Notes:

(i)   China Jushi is a joint stock company listed on the Shanghai Stock Exchange.

(ii)  Nanfang Wanniangqing was considered as an associate of the Group because South Cement can only nominate 2 out of 5 directors of the Board of Directors. Therefore, the Group only have significant influence but not control in Nanfang Wannianqing.

All of the above associates are accounted for using the equity method in the consolidated financial statements.

ALRMH-CNBM00003845

## Notes to the Consolidated Financial Statements *(Continued)*
*For the year ended 31 December 2014*

### 20 INTERESTS IN ASSOCIATES *(CONTINUED)*

(a) Summarised financial information in respect of each of the Group's material associates is set out below. The summarised financial information below represents amounts shown in the associate's financial statements prepared in accordance with IFRSs adjusted by the Group for equity accounting purposes.

**China Jushi**

|  | 2014<br>RMB'000 | 2013<br>RMB'000 |
|---|---:|---:|
| Current assets | 5,674,674 | 6,432,543 |
| Non-current assets | 13,496,803 | 12,798,032 |
| Current liabilities | (10,118,385) | (9,297,903) |
| Non-current liabilities | (4,971,788) | (6,143,822) |
| Non-controlling interests | (73,546) | (83,413) |
| Revenue | 6,268,154 | 5,209,641 |
| Profit for the year | 460,808 | 333,616 |
| Other comprehensive expenses for the year | (11,926) | (168,341) |
| Total comprehensive income for the year | 448,882 | 165,275 |
| Dividends received from the associate during the year | 32,334 | 27,650 |

Reconciliation of the above summarised financial information to the carrying amount of the interest in China Jushi recognised in the consolidated financial statements:

|  | 2014<br>RMB'000 | 2013<br>RMB'000 |
|---|---:|---:|
| Net assets of the associates | 4,007,758 | 3,705,437 |
| Proportion of the Group's ownership interest in China Jushi | 33.82% | 32.79% |
| Group's share of net assets of the associate | 1,355,424 | 1,215,013 |
| Goodwill | 18,693 | 18,693 |
| Carrying amount of the Group's interest in China Jushi | 1,374,117 | 1,233,706 |