UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>*All Cases* | MDL No. 2:09-md-2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

**CNBM COMPANY'S RESPONSE TO THE
PSC'S EMERGENCY MOTION FOR EXPEDITED RETURN ON DISCOVERY**

China National Building Materials Company, Ltd. ("CNBM Company") opposes the PSC's motion for expedited return on discovery ("Motion").  Rec. Doc. 19108.

CNBM Company opposes the PSC's unnecessary and indiscriminate use of "emergency" motions for judicial intervention.  CNBM Company is actively participating in discovery.  CNBM Company has produced thousands of pages of documents in response to the PSC's numerous document requests contained in its serial deposition notices.[1]  CNBM Company has given the PSC no reason to think that it will not similarly respond to these new requests for production.  As the Court and the PSC know from experience, identifying, collecting, reviewing, and producing documents is a difficult task to accomplish, and is further complicated when documents must be reviewed for the presence of state secrets before the documents may be transmitted out of the country for substantive review and production.  Thus, while CNBM Company has undertaken a search for potentially responsive documents, it may not be possible to produce documents within the time period contemplated by the PSC's Motion (assuming such

---

[1] *E.g.,* Rec. Doc. Nos. 18421, 18506, 18650, 18789, 18975, 19005.

documents exist and are in CNBM Company's possession, custody, and control). Nevertheless, CNBM Company will endeavor to produce relevant, non-privileged documents responsive to these requests as quickly as possible.

With regard to the litigation as a whole, CNBM Company has shown the Court and the PSC that it is willingly participating in discovery. CNBM Company has previously met and conferred with the PSC at the PSC's offices in New Orleans to determine the scope of discovery of documents that the PSC seeks, and has altered its document collection and review efforts numerous times in response to these requests. On June 5-7, 2015, CNBM Company produced Mr. Zhangli Chang, a long-tenured CNBM Company executive director, vice president, and Board secretary, for three days of deposition in New Orleans at the time and location of the PSC's choosing. Mr. Chang testified fulsomely in response to the PSC's questions, and the PSC did not identify deficiencies in Mr. Chang's knowledge or testimony.[2] After receiving the PSC's latest requests for production, CNBM Company was surprised to see the PSC immediately seek a court order without first meeting and conferring to reach a mutually agreeable course of discovery.

CNBM Company respectfully requests that the Court deny the PSC's Motion for expedited return on discovery, and further requests that the Court direct the PSC to meet and confer with CNBM Company regarding discovery demands prior to filing similar future motions.

Respectfully submitted,

/s/ L. Christopher Vejnoska
L. Christopher Vejnoska (CA Bar No. 96082)

---

[2] Z. Chang Dep. 297:25-298:6, June 7, 2015.

| | |
|---|---|
| L. Christopher Vejnoska (CA Bar No. 96082)<br>Ian Johnson (CA Bar No. 208713)<br>Andrew Davidson (CA Bar No. 266506)<br>Jason Wu (CA Bar No. 279118)<br>Jason Cabot (CA Bar No. 288877)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA  94105<br>Tel.:  415-773-5700<br>Fax:  415-773-5759<br>E-mail: cvejnoska@orrick.com<br>         ijohnson@orrick.com<br>         adavidson@orrick.com<br>         jmwu@orrick.com<br>         jcabot@orrick.com | Ewell E. Eagan, Jr. (LA Bar No. 5239)<br>Donna Phillips Currault (LA Bar No. 19533)<br>Nina Wessel English (LA Bar No. 29176)<br>Alex B. Rothenberg (LA Bar No. 34740)<br>GORDON, ARATA, MCCOLLAM,<br>DUPLANTIS & EAGAN, LLC<br>201 St. Charles Avenue, 40th Floor<br>New Orleans, LA 70170-4000<br>Tel: (504) 582-1111<br>E-mail: eeagan@gordonarata.com<br>         dcurrault@gordonarata.com<br>         nenglish@gordonarata.com<br>         arothenberg@gordonarata.com |
| James L. Stengel (NY Bar No. 1800556)<br>Xiang Wang (NY Bar No. 4311114)<br>Kelly Daley (NY Bar No. 4970117)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>51 West 52nd Street<br>New York, NY, 10019<br>Tel:  212-506-5000<br>Fax: 212-506-5151<br>Email: jstengel@orrick.com<br>         xiangwang@orrick.com<br>         kdaley@orrick.com | Jonathan Riddell (LA Bar No. 27053)<br>ORRICK, HERRINGTON & SUTCLIFFE, LLP<br>400 Capitol Mall<br>Suite 3000<br>Sacramento, CA 95814<br>Tel: 916-447-9200<br>Email: jriddell@orrick.com |

Eric A. Shumsky (D.C. Bar No. 477926)
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street NW
Washington, D.C. 20005
Tel: 202-339-8400
Fax: 202-339-8500
Email: eshumsky@orrick.com

*Attorneys for CNBM Company*

Dated**:** June 10, 2015

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Response to the PSC's Motion for Expedited Return on Discovery has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail and upon all parties by electronically uploading the same to File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 10th day of June 2015.

/s/ L. Christopher Vejnoska
L. Christopher Vejnoska (CA Bar No. 96082)