UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2:09-md-2047 |
| | SECTION L |
| **THIS DOCUMENT RELATES TO:** *Amorin v. Taishan Gypsum, Case No. 2:11-cv-1672* *Amorin v. Taishan Gypsum, Case No. 2:11-cv-1395* *Amorin v. Taishan Gypsum, Case No. 2:11-cv-1673* *Abner v. Taishan Gypsum, Case No. 2:11-cv-3094* | JUDGE ELDON E. FALLON MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF ALL DOCUMENTS AND PLEADINGS

The undersigned law firms of Orrick, Herrington & Sutcliffe LLP and Gordon Arata McCollum Duplantis & Eagan LLC, and their respective individual counsel, hereby file this Notice of Appearance as counsel on behalf of Defendant CNBMIT Co., Ltd., pursuant to Local Rule 11.2 and Pre-Trial Order Nos. 1 (¶ 12), 1F, 1G, 1H and 6.  In accordance with Pre-Trial Orders 1F, 1G and 1H, by which the Court suspended all deadlines for submitting responsive pleadings until such time as the Plaintiffs' Steering Committee files a Master Complaint, this Notice of Appearance is submitted reserving all defenses, including but not limited to, defenses relating to service of process, venue, personal jurisdiction, subject matter jurisdiction, sovereign immunity and failure to state a claim upon which relief can be granted.  Defendant hereby notifies the Court and all parties that it intends to assert all jurisdictional defenses, both subject matter and personal, available to it, and in no way intend to or do waive or otherwise limit its ability to raise those defenses, whether by this required notice of appearance or any other act, filing, appearance, or contention, either before or after this Notice, in this or any other litigation.  It is respectfully requested that all future pleadings, documents and correspondence in connection with these actions be served upon undersigned counsel.

Respectfully submitted,

/s/ L. Christopher Vejnoska

L. Christopher Vejnoska (CA Bar No. 96082)
Ian Johnson (CA Bar No. 208713)
Andrew Davidson (CA Bar No. 266506)
Jason Wu (CA Bar No. 279118)
Jason Cabot (CA Bar No. 288877)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
San Francisco, CA  94105
Tel.:  415-773-5700
E-mail: cvejnoska@orrick.com
           ijohnson@orrick.com
           adavidson@orrick.com
           jmwu@orrick.com
           jcabot@orrick.com

Ewell E. Eagan, Jr. (LA Bar No. 5239)
Donna Phillips Currault (LA Bar No. 19533)
Nina Wessel English (LA Bar No. 29176)
Alex B. Rothenberg (LA Bar No. 34740)
GORDON, ARATA, MCCOLLAM,
DUPLANTIS & EAGAN, LLC
201 St. Charles Avenue, 40th Floor
New Orleans, LA 70170-4000
Tel: (504) 582-1111
E-mail: eeagan@gordonarata.com
           dcurrault@gordonarata.com
           nenglish@gordonarata.com
           arothenberg@gordonarata.com

James L. Stengel (NY Bar No. 1800556)
Xiang Wang (NY Bar No. 4311114)
Kelly Daley (NY Bar No. 4970117)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY, 10019
Tel:  212-506-5000
Email: jstengel@orrick.com
           xiangwang@orrick.com
           kdaley@orrick.com

Jonathan Riddell (LA Bar No. 27053)
ORRICK, HERRINGTON & SUTCLIFFE, LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814
Tel: 916-447-9200
Email: jriddell@orrick.com

Eric A. Shumsky (D.C. Bar No. 477926)
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street NW
Washington, D.C. 20005
Tel: 202-339-8400
Email: eshumsky@orrick.com

*Attorneys for CNBMIT Co., Ltd.*

Dated: June 11, 2015

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL DOCUMENTS AND PLEADINGS has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to File & Serve Express in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 11th day of June, 2015.

/s/ L. Christopher Vejnoska
L. Christopher Vejnoska