UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>*Amorin v. Taishan Gypsum, Case No. 2:11-cv-1672*<br>*Amorin v. Taishan Gypsum, Case No. 2:11-cv-1395*<br>*Amorin v. Taishan Gypsum, Case No. 2:11-cv-1673*<br>*Abner v. Taishan Gypsum, Case No. 2:11-cv-3094* | MDL No. 2:09-md-2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

**CNBMIT COMPANY, LIMITED'S DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant CNBMIT Company, Limited ("CNBMIT"), states that its parent corporation is CNBM Investment Company Limited.

Respectfully submitted,

/s/ L. Christopher Vejnoska

| | |
|---|---|
| L. Christopher Vejnoska (CA Bar No. 96082) | Ewell E. Eagan, Jr. (LA Bar No. 5239) |
| Ian Johnson (CA Bar No. 208713) | Donna Phillips Currault (LA Bar No. 19533) |
| Andrew Davidson (CA Bar No. 266506) | Nina Wessel English (LA Bar No. 29176) |
| Jason Wu (CA Bar No. 279118) | Alex B. Rothenberg (LA Bar No. 34740) |
| Jason Cabot (CA Bar No. 288877) | GORDON, ARATA, MCCOLLAM, |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | DUPLANTIS & EAGAN, LLC |
| The Orrick Building | 201 St. Charles Avenue, 40th Floor |
| San Francisco, CA  94105 | New Orleans, LA 70170-4000 |
| Tel.:  415-773-5700 | Tel: (504) 582-1111 |
| E-mail: cvejnoska@orrick.com | E-mail: eeagan@gordonarata.com |
| ijohnson@orrick.com | dcurrault@gordonarata.com |
| adavidson@orrick.com | nenglish@gordonarata.com |
| jmwu@orrick.com | arothenberg@gordonarata.com |
| jcabot@orrick.com | |

| | |
|---|---|
| James L. Stengel (NY Bar No. 1800556)<br>Xiang Wang (NY Bar No. 4311114)<br>Kelly Daley (NY Bar No. 4970117)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>51 West 52nd Street<br>New York, NY, 10019<br>Tel:   212-506-5000<br>Email: jstengel@orrick.com<br>       xiangwang@orrick.com<br>        kdaley@orrick.com | Jonathan Riddell (LA Bar No. 27053)<br>ORRICK, HERRINGTON & SUTCLIFFE, LLP<br>400 Capitol Mall, Suite 3000<br>Sacramento, CA 95814<br>Tel: 916-447-9200<br>Email: jriddell@orrick.com |

Eric A. Shumsky (D.C. Bar No. 477926)
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street NW
Washington, D.C. 20005
Tel: 202-339-8400
Email: eshumsky@orrick.com

*Attorneys for CNBMIT Co., Ltd.*

Dated**:** June 11, 2015

- 3 -

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Rule 7.1 Disclosure Statement has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail and upon all parties by electronically uploading the same to File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 11th day of June, 2015.

       /s/ L. Christopher Vejnoska  
       L. Christopher Vejnoska (CA Bar No. 96082)