MINUTE ENTRY
FALLON, J.
JUNE 9, 2015

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: 09-6687, 09-6690, 10-361, 11-80, 11-1077, 11-1395, 11-1672 and 11-1673 | JUDGE FALLON MAGISTRATE WILKINSON |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Karen Ibos

Appearances: Chris Seeger, Esq., Jerry Meunier, Esq. for The Plaintiffs' Steering Committee
Michael Kenny, Esq. and Christina Eikhoff for Defendants Taishan and TTP
Richard Fenton, Esq. for Defendant BNBM

EVIDENTIARY HEARING:
Motion of Plaintiff for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B)   (18086)

Plaintiffs' Witnesses:

Jacob Woody - sworn and testified
George J. Inglis - sworn, offered as an expert in the field of building engineering diagnostics and forensics and estimation building repairs, accepted and testified
Exhibits were offered and admitted

Defendants' Witnesses:

David Pogorilich - sworn, offered as an expert in the field of construction cost estimating and project management of construction sites, accepted and testified
Laurentius Marais - sworn - offered as an expert in the field of statistics and statistical samples, accepted and testified
Exhibits were offered and admitted

MATTER TAKEN UNDER SUBMISSION

The parties are given two weeks to file their proposed findings of fact and conclusions of law.


JS10:   7:30