UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT APPLIES TO ALL CASES | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

### THE PLAINTIFFS' STEERING COMMITTEE'S SUPPLEMENT TO ITS EMERGENCY MOTION TO COMPEL JP MORGAN CHASE & CO. AND MORGAN STANLEY TO COMPLY WITH THE PSC'S DISCOVERY REQUESTS

Plaintiffs respectfully move to supplement their Emergency Motion to Compel JP Morgan Chase & Co. and Morgan Stanley based upon China National Building Materials Limited ("CNBM") 30(b)(6) deponent Zhangli Chang taken on June 5 thru 7th, 2015. Mr. Chang has been vice president of CNBM Company from August 2006 to the present and or director of BNBM Company from July 2008 to the present.[1] Mr. Chang was involved in the Initial Global Offering of CNBM and familiar with CNBM's Annual Reports. During the course of his deposition, Plaintiffs discovered new and relevant information which reveals the extent and complexity of the involvement of Morgan Stanley and JP Morgan Chase & Co. in CNBM and its affiliates.

### MORGAN STANLEY

Morgan Stanley does not have casual or incidental knowledge about CNBM and its affiliates. To the contrary, Mr. Chang testified that Morgan Stanley organized "road shows" throughout the United States, soliciting investors or "Wall Street Funds" for the initial public

---

[1] *See* Exhibit A (Chang Tr. at 13:7-14:24).

offering of CNBM in 2006[2]. These "road shows" were organized by Morgan Stanley and held in their offices in Boston, New York and San Francisco[3]. Clearly, the representations and solicitations made to U.S. investors regarding their business, business activities, affiliates, products, and marketing of products in the United States, as well as the U.S. attendees at these meetings describing the initial public offering are relevant to issues of jurisdiction and alter-ego. In addition, we learned that executives with CNBM travelled to the United States for these "road show"[4]. In fact, Chairman of CNBM Co. Ltd, Song Zhiping, as well as the President of CNBM Co. Ltd., Cao Jianglin, both met with and solicited potential U.S. investors on this "road show" organized by Morgan Stanley[5]. Chairman Song and President Cao were also executives of BNBM at that time.

According to Mr. Chang, Morgan Stanley had dual roles "one is that of the investment bank and the other is that of asset management."[6] Mr. Chang noted that Morgan Stanley's listing as a substantial shareholder of the company in the 2014 Annual Report "was provided to us by the Hong Kong Central Security Clearing Company, to which we have no authority to amend. We can only disclose truthfully."[7]  Based upon the testimony of Mr. Chang, Morgan Stanley seems to have been intimately involved in CNBM and its affiliates as a promoter of its company, soliciting U.S. investors, asset management and a "substantial shareholder."  It is unimaginable

---

[2] *See* Exhibit A (Chang Tr. at 40:6-41:24).

[3] *See* Exhibit A (Chang Tr. at 52:2-12).

[4] *Id.*

[5] *See* Exhibit A (Chang Tr. at 54:5-56:13).

[6] *See* Exhibit A (Chang Tr. at 107:25-108:1-23).

[7] *Id.*

given Morgan Stanley's financial involvement and commitment that it cannot provide necessary and relevant discoverable information in this case.[8]

## JP MORGAN CHASE & CO.

Given the information provided by Mr. Chang regarding the "road show" sponsored by Morgan Stanley, it is uncertain whether J.P. Morgan Chase & Co. was solicited to invest in CNBM in the United States, but it is uncontroverted that J.P. Morgan Chase & Co. is, and has been, one of the "substantial shareholders" of CNBM from the outset. Mr. Chang confirmed in his deposition that as of the 2014 Annual Report, J.P. Morgan Chase & Co. was a "substantial shareholder" as a "beneficial owner" of 53,286,037 H long shares, "investment manager" of 17, 528,000 long H shares, "custodian" of 159,874,794 long H shares, "beneficial" owner of 6,015,701 short H shares and has a "lending pool" of 159,874,794 H shares.[9] He also confirmed that J.P. Morgan Chase & Co. is listed as a shareholder with "an interest or short position under the Securities and Future Ordinance.[10] Mr. Chang also confirmed that J.P. Morgan Chase & Co. had control over all of the nine J.P. Morgan Chase & Co. entities listed in CNBM's 2015 Annual Report and this information was received from the security register company and CNBM just republishes the information.[11] Given that this disclosure is regulated, it seems that ultimate authority rests with J.P. Morgan Chase & Co. rather than the myriad of entities that are listed. As such, the proper recipient of Plaintiffs discovery is J.P. Morgan Chase & Co. since ultimate

---

[8] On June 4, 2015, Morgan Stanley filed boilerplate objections to the PSC's discovery requests. *See* Rec.Doc.No. 19073. These objections should be rejected for the reasons set forth in the PSC's motion to compel and reply brief submitted in support thereof. *See* Rec.Doc.Nos. 19104 and 19065.

[9] *See* Exhibit B (Chang Tr. at 190:19-192:11).

[10] *See* Exhibit B (Chang Tr. at 197:1-9).

[11] *See* Exhibit B (Chang Tr. at 199:1-16).

responsibility rests with that company. Further, given J.P. Morgan Chase & Co. shares, investment and involvement in CNBM, it is unfathomable that they are not familiar with CNBM, its affiliates and holdings since they have financially and enthusiastically embraced CNBM.

## CONCLUSION

Plaintiffs respectfully request that the Court consider this supplemental information obtained from the deposition of China National Building Materials Limited's ("CNBM") 30(b)(6) deponent Zhangli Chang taken on June 5 thru 7th, 2015, which further supports its position that JP Morgan Chase & Co and Morgan Stanley be ordered to produce all responsive documents and appear for deposition at a mutually agreeable date and time.

Wherefore, for the reasons set forth above and the reasons previously argued, the Plaintiffs respectfully request that the Court grant its Motion to Compel JP Morgan Chase & Co and Morgan Stanley to comply with the Plaintiffs' discovery requests.

Respectfully submitted,

Dated: June 12, 2015  /s/ Russ M. Herman
**Russ M. Herman** (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
**HERMAN, HERMAN & KATZ, LLC**
820 O'Keefe Avenue
New Orleans, LA 70113
PH: (504) 581-4892
FAX: (504) 561-6024
ldavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin (on the brief)
Fred S. Longer (on the brief)
Sandra L. Duggan (on the brief)
Matthew C. Gaughan (on the brief)
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
PH:  (215) 592-1500
FAX:  (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm, LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Peter Prieto
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Bruce William Steckler
Steckler, LLP
12720 Hillcrest Road, Ste 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-404
bruce@stecklerlaw.com

Jerrold Seth Parker
Parker Waichman, LLP
27300 Riverview Center Blvd.
Suite 103
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@attorneys4people.com

Christopher Seeger
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Ervin A. Gonzalez
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Victor M. Diaz, Jr., Esquire
V.M. Diaz and Partners, LLC
119 Washington Ave, Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Anthony D. Irpino
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 12th day of June, 2015.

      Respectfully Submitted,

      BY: /s/ Leonard A. Davis
          Leonard A. Davis
          Herman, Herman & Katz, LLC
          820 O'Keefe Avenue
          New Orleans, LA 70113
          Phone: (504) 581-4892
          Fax: (504) 561-6024
          ldavis@hhklawfirm.com

          *Plaintiffs' Liaison Counsel*
          *MDL 2047*