UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
|---|---|
| THIS DOCUMENT APPLIES TO ALL CASES | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

EXHIBIT "A" TO
THE PLAINTIFFS' STEERING COMMITTEE'S SUPPLEMENT
TO ITS EMERGENCY MOTION TO COMPEL
JP MORGAN CHASE & CO. AND MORGAN STANLEY
TO COMPLY WITH THE PSC'S DISCOVERY REQUESTS

# FILED UNDER SEAL