In re: Chinese-Manufactured Drywall Products Liability Litigation



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 135015-0002

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Triorient Trading, Inc., c/o Albert Winslow
Court Case No. MDL 2047

HERMAN, HERMAN, ET AL
Ms. Kate Robinson
820 O'Keefe Ave.
New Orleans, LA 70113-1116

State of: __Connecticut__ ) ss.
County of: __Hartford__ )

**Name of Server:** __Eric Rubin__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __28th__ day of __May__, 20 __15__, at __2:55__ o'clock __P__ M

**Place of Service:** at __76 Tokeneke Road__, in __Darien, CT 06820__

**Documents Served:** the undersigned served the documents described as:
Subpoena to Testify at a Deposition in a Civil Action (with production request) with attached 30(b)(6) Expedited Notice of Deposition (with exhibits); Witness Fee

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Triorient Trading, Inc., c/o Albert Winslow**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Suzanne Pinkus, Operations Manager__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __Fe__ ; Skin Color __White__ ; Hair Color __Blonde__ ; Facial Hair __No__
Approx. Age __60__ ; Approx. Height __5'7"__ ; Approx. Weight __140 & an Accent__

[ ] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 10th day of June, 20 15

Signature of Server

Notary Public   (Commission Expires)
08/31/2019

APS International, Ltd.