In re: Chinese-Manufactured Drywall Products Liability Litigation



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 135193-0001

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Jushi USA Fiberglass Co., Ltd.
Court Case No. MDL 2047

HERMAN, HERMAN, ET AL
Ms. Kate Robinson
820 O'Keefe Ave.
New Orleans, LA 70113-1116

State of: California ) ss.
County of: Orange )

Name of Server: Vicki Royster, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 10 day of June, 20 15, at 3:45 o'clock P M

Place of Service: at 4982 4th Street, in Irwindale, CA 91706

Documents Served: the undersigned served the documents described as:
Subpoena to Testify at a Deposition in a Civil Action (with production request), with attached 30(b)(6) Expedited Notice of Deposition (with exhibits); Witness Fee

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Jushi USA Fiberglass Co., Ltd.

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Allen Peng, Office Manager

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color Asian ; Hair Color Blk/white ; Facial Hair ____
Approx. Age 102 ; Approx. Height 5'6" ; Approx. Weight 140 lbs
☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this 12 day of June, 20 15

_____ 9-5-15
Notary Public    (Commission Expires)

TAMARA A. MORALES
COMM. #1951164
Notary Public - California
Orange County
My Comm. Expires Sep. 5, 2015