UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL          MDL NO. 2047
PRODUCTS LIABILITY LITIGATION

                                             SECTION: L

                                             JUDGE FALLON
                                             MAG. JUDGE WILKINSON

## DESIGNATION OF RECORD

Appellants, Anita Sanderford, James Sanderford, Wes Sanderford, Marilyn Clark, Francis

Parlow, and Shea Ladner, file this their Designation of the Record and designate the following to be

included in the record on appeal:

1.     Docket Report from March, 2013 through May 1, 2015

2.     Notice of Filing by Class Counsel [Docket No. 15916]

3.     Order [Docket No. 16642]

4.     Motion to Submit Claims Out of Time [Docket No. 18347]

5.     Memorandum Brief In Support of Motion to Submit Claims Out of Time [Docket
       No. 18348]

6.     Refile of Motion to Submit Claims Out of Time and Memorandum Brief In Support
       of Motion (refile includes Notice of Submission as required by Court) [Docket no.
       18349]

7.     Order and Reasons [Docket No. 18586]

8.     Notice of Appeal [Docket No. 18804]

Respectfully submitted, this the 12th  day of June, 2015.

                              PLAINTIFFS
                              BY: /S/Wayne E. Ferrell, Jr.                    
                                  WAYNE E. FERRELL, JR.

OF COUNSEL:

WAYNE E. FERRELL, JR.
Mississippi Bar No. 5182
Post Office Box 24448
Jackson, Mississippi 39225

(601) 969-4700
wferrell@airlawonline.com

CERTIFICATE OF SERVICE

     I, WAYNE E. FERRELL, JR., do hereby certify that I have this day electronically filed the foregoing document with the Clerk of the Court utilizing the ECF system which sent notification of such filing to all counsel of record.

     This the 12th day of June, 2015.


                By:    /s/ Wayne E. Ferrell, Jr.
                         WAYNE E. FERRELL, JR.