Judge E Fallon

500 Poydras St.

Room C456

N.O. La. 70130


Judge Fallon,

My family and I lived in Ruskin Florida at 2509 Yukon Cliff Dr. at the time of learning our home contained defective Chinese drywall. Due to the health affects experienced by my family of six we decided to move out of the house. Since we could not afford to obtain alternative housing in Florida, we moved back to Louisiana to reside with my parents.

Our concern is that by taking into account the "under air" square footage of our home will not properly compensate us for all our moving expenses we experienced in moving our family back to Prairieville, Louisiana. In addition to having moving expenses, my husband a school teacher ,had to secure a new job as he could not live in Louisiana and teach in Florida. AS a result of the cuts in our household income, we eventually lost our dream home to foreclosure. In addition to losing our home, as a result of having to move back to Louisiana, my husband lost his retirement that he had been accumulating since 2005 because he did not have enough time in the Florida School System to be vested.

We pray that the court will allow claimants with extraordinary moving expenses or other expenses related to Chinese drywall apply to the Other Loss Claim section of settlement for additional compensation under the settlement.

In addition we object to having to decide to stay in or opt out without fully being informed of what we would receive for the lost equity in our home. We moved to Florida following devastating Hurricane Katrina, we purchased our brand new construction home for 350,000,however prior to the foreclosure we upgraded many aspects of our home including landscaping,pavers,private drives, crown molding, fence, deck, wood flooring throughout etc. What time frame is going to be considered for the value of our home to determine equity?

After moving back to Louisiana we rented a townhome and it also contained Chinese drywall. We moved out again exhausting all of our savings to include a wrongful death suit we were awarded for devastating the loss of our infant daughter.

We were homeless and the VA being my husband was a disabled veteran whom served twenty years helped us with a home loan. We were excited to live the family dream and have normalcy again seeing our children healthy and smiling. However this home also contained defective Chinese drywall.

I know it seems unreal, it's the God's honest truth. We have done nothing to deserve this, it has robbed us of our home, health, stability, job, savings etc. We just want to be made somewhat whole. I know we will never be made whole but as close as whole as possible.

We had an attorney representing us years ago and we decided after the lack of communication and various conflicts it was best to have Bob Johnston assist us. I have never had anyone guide me on what I should do to have a fair shot at justice. I have contacted Mr. Johnston by phone and email and he was very brief and emailed me stating he was no longer an attorney in the Chinese drywall case .I was never informed he was no longer assisting us that weren't represented. No one has ever sent me updates regarding this Chinese drywall. I feel we have been unfairly compensated and a huge injustice. Please right this wrong as your my family's last hope.

Sincerely,

*[signature]*

Crystal Kinler