UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
|---|---|
| THIS DOCUMENT APPLIES TO ALL CASES | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THE PLAINTIFFS' STEERING COMMITTEE'S EMERGENCY MOTION TO EXTEND DISCOVERY DEADLINE WITH RESPECT TO THE CONTEMPT TRACK DISCOVERY**

NOW INTO COURT come the Plaintiffs' Steering Committee ("PSC"), who shows as follows:

1. Pursuant to the orders and directives of the Court at the special hearing that took place on March 17, 2015, the Court's comments during the status conference on April 17, 2015, the Court's Minute Entry and Orders dated March 17, 2015 [Rec. Doc. No. 18493] authorizing expedited discovery of Taishan and BNBM/CNBM regarding (i) the injunction prong of the Court's July 17, 2014 Order holding Taishan in contempt of court, criminally and civilly [Rec. Doc. No. 17869], and (ii) whether there exist alter ego relationships between and among these entities, the PSC has been conducting discovery relevant to these important matters. The PSC's discovery efforts have uncovered a virtual treasure trove of contempt violations including contempt violations by the below Taishan Defendants and Affiliates:

   a. China Triumph International Engineering Group Co., Ltd. ("CTIEC") (a direct subsidiary of CNBM) - did business with New Jersey Institute of Technology ("NJIT"), Sunpin Solar Development, LLC, and Toledo

1

Engineering Co., Inc. during the contempt period.

b. Beijing New Building Materials Company Limited ("BNBM") - entered into various letter of credit transactions for the purchase of millions of dollars worth of logs. These agreements were entered into/carried out in violation of the Court's Contempt Order with respect to transactions by Taishan's parent and affiliate BNBM involving log purchases from WH International, Inc.; Hull Forest Products, Inc.; Baillie Lumber Co.; and Western Wood Lumber Company ("Western Wood").

c. China Forest Products (Canada), Ltd. ("CNBM Forest (Canada)") (Subsidiary of CNBM Forest Products, Ltd.). CNBM Forest Products, Ltd. is a wholly owned subsidiary of China National Building Material Import and Export Company ("CNBM Trading"). CNBM Trading is a wholly owned subsidiary of CNBM Group - entered various contracts for the purchase of millions of dollars worth of logs from entities in the United States in violation of the Court's Contempt Order. These contracts involve Western Wood and the Hampton Affiliates.

d. Shanghai Jainpu Import and Export Co. Ltd. (subsidiary of CNBM Trading). CNBM Trading is a subsidiary of CNBM Group - involved in letter of credit transactions involving Hampton Affiliates.

e. Jushi USA Fiberglass (wholly owned subsidiary of Jushi Group Co., Ltd. ("Jushi Group")). Jushi Group is a wholly owned subsidiary of China Jushi Co., Ltd. (f/k/a China Fiberglass Co., Ltd.) ("China Jushi"). CNBM

holds 32.79% of China Jushi's shares - sold large quantities of fiberglass in the United States during the contempt period.

    f. CNBM Investment Co., Ltd. (f/k/a BND Co., Ltd.) (wholly owned subsidiary of CNBM) - involved in litigation against BNK Int'l, LLC and Jeffrey Chang in violation of the contempt order. On June 10, 2015, the Honorable Sam Sparks of the United States District Court for the Western District of Texas advised CNBMI in their lawsuit instituted against BNK Int'l that filing a lawsuit it "doing business" and is in violation of this Court's Contempt Order. Judge Sparks ordered CNBMI's case abated and further advised counsel that they would need to address any further issues concerning this matter to this Court.[1]

    g. CNBM Trading - involved in litigation against Westerlund and Murphy/Astoria in violation of the contempt order. Also involved in purchasing millions of dollars worth of logs from Murphy Overseas USA Astoria Forest Products, LLC in violation of the contempt order.

The PSC is appending hereto as Exhibit "A" a chart summarizing the documents and deposition testimony regarding the above contempt violations. The PSC is not attaching the 149 exhibits to the chart so as not to burden the Court. The exhibits will be furnished to the Court upon request.

    2. The PSC has not yet conducted the depositions of Jushi USA and/or the

---

[1] The transcript of this argument as well as any relevant order will be furnished to this Court as soon as these materials become available.

upstream entities of Jushi USA (China Jushi and Jushi Group).[2]  The PSC has filed motions requesting permission to conduct the depositions of these entities after the June 9, 2015 discovery cut-off date.  *See* Rec.Doc.Nos. 19096 and 19105.  These motions remain pending before the Court.

3. Given the breadth of the contempt violations already uncovered and the limited discovery that has been provided by the Taishan Defendants and Affiliates on this issue, the PSC is concerned that it will be unable to fully explore the scope of the Taishan Defendants' and Affiliates' contempt violations if the time period for completing this discovery is not extended.

4. At this time the PSC respectfully requests that the Court extend the time for completion of the contempt track discovery until August 14, 2015.  The Taishan Defendants' and Affiliates' willful defiance of this Court's Contempt Order is an important matter that requires diligent investigation so as to preserve the decorum of the Court.  The PSC has experienced tremendous difficult in exploring the Taishan Defendants' and Affiliates' violations of the Contempt Order in light of the nature of the defendants' document production.  As the Court is well aware, the Taishan Defendants and Affiliates have refused to produce properly translated documents.  Instead they have elected to produce documents either entirely in Chinese or with machine translations.  The Taishan Defendants and Affiliates decision to produce documents in this manner has slowed the PSC's efforts to review these materials considerably.

5. In addition, the Taishan Defendants and Affiliates have elected to produce documents in bulk document dumps in the days leading up to scheduled depositions.  The

---

[2] The Court has granted the PSC's motion to expedite its discovery requests with respect to Jushi USA.  Rec.Doc.No. 19100.

nature of these productions has significantly limited the PSC's efforts to timely complete its review of documents in advance of scheduled depositions and has made it virtually impossible for the PSC to review such documents for purposes of identifying transactions that violated the Court's Contempt Order. Accordingly, the requested extension of the deadline of the contempt track discovery until August 14, 2015 is necessary for the PSC to properly investigate the Taishan Defendants' and Affiliates' contempt violations.

6. Notwithstanding that the PSC believes that an extension until August 14, 2015 should be sufficient to complete the contempt track discovery, the PSC is mindful of the possibility that relevant materials will not be produced in a timely manner (*i.e.*, the Taishan Defendants and Affiliates are producing responsive materials at a snail's pace and it is feared that relevant materials will be produced at the last minute as part of a document dump). Accordingly, the PSC respectfully reserves the right to request additional contempt track discovery should the need arise.[3]

WHEREFORE, the PSC prays that this motion be granted and that the Court extend the deadline for completion of the contempt track discovery until August 14, 2015.

---

[3] The Taishan Defendants and Affiliates have repeatedly objected to the PSC's emergency motions seeking discovery. The proposed extension of time for completing the contempt track discovery should hopefully lessen the need for emergency discovery requests.

                                                Respectfully submitted,

Dated:  June 12, 2015                /s/ Russ M. Herman_____

                                                **Russ M. Herman** (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
***HERMAN, HERMAN & KATZ, LLC***
820 O'Keefe Avenue
New Orleans, LA  70113
PH:  (504) 581-4892
FAX:  (504) 561-6024
ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*


Arnold Levin (on the brief)
Fred S. Longer (on the brief)
Sandra L. Duggan (on the brief)
Matthew C. Gaughan (on the brief)
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
PH:  (215) 592-1500
FAX:  (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm, LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Peter Prieto
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Bruce William Steckler
Steckler, LLP
12720 Hillcrest Road, Ste 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-404
bruce@stecklerlaw.com

Ervin A. Gonzalez
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
ervin@colson.com

Jerrold Seth Parker
Parker Waichman, LLP
27300 Riverview Center Blvd.
Suite 103
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@attorneys4people.com

Christopher Seeger
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Victor M. Diaz, Jr., Esquire
V.M. Diaz and Partners, LLC
119 Washington Ave, Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

## OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Anthony D. Irpino
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 12th day of June, 2015.

    Respectfully Submitted,

BY:  */s/ Leonard A. Davis*
      Leonard A. Davis
      Herman, Herman & Katz, LLC
      820 O'Keefe Avenue
      New Orleans, LA 70113
      Phone: (504) 581-4892
      Fax: (504) 561-6024
      ldavis@hhklawfirm.com

      *Plaintiffs' Liaison Counsel*
      *MDL 2047*