UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L |
|---|---|
| THIS DOCUMENT APPLIES TO ALL CASES | JUDGE FALLON MAG. JUDGE WILKINSON |

**O R D E R**

Considering the Plaintiffs' Steering Committee's Emergency Motion to Extend Discovery Deadline With Respect to the Contempt Track Discovery;

IT IS ORDERED BY THE COURT that the motion is GRANTED the deadline for completion of the contempt track discovery is extended up until and through August 14, 2015.

New Orleans, Louisiana, this _____ day of _____, 2015.

_____
Eldon E. Fallon
United States District Court Judge