**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
|---|---|
| THIS DOCUMENT APPLIES TO ALL CASES | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**EXHIBIT "A" TO**

**THE PLAINTIFFS' STEERING COMMITTEE'S EMERGENCY MOTION TO EXTEND DISCOVERY DEADLINE WITH RESPECT TO THE CONTEMPT TRACK DISCOVERY**

# FILED UNDER SEAL