UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT APPLIES TO ALL CASES | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**O R D E R**

Considering the Plaintiffs' Steering Committee's Motion to Seal Exhibit;

IT IS ORDERED BY THE COURT that the motion is GRANTED and Exhibit "A" attached to the Plaintiffs' Steering Committee's Emergency Motion to Extend Discovery Deadline With Respect to the Contempt Track Discovery [Rec. Doc. 19124] be and is hereby filed UNDER SEAL.

New Orleans, Louisiana, this _____ day of _____, 2015.

_____
Eldon E. Fallon
United States District Court Judge