UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047 <br><br>SECTION L <br><br>JUDGE FALLON <br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER AND REASONS

Before the Court are the following motions: (1) Beijing New Building Material (Group) Co., LTD.'s ("BNBM Group") motion to dismiss the cases against it for lack of personal jurisdiction and failure of service (Rec. Doc. 18841) and (2) Beijing New Building Materials Public Limited Company's ("BNBM PLC") motion to dismiss the cases against it for lack of personal jurisdiction and failure of service (Rec. Doc. 18849).

**IT IS ORDERED** that both aforementioned motions are **DENIED AS PREMATURE**. However, BNBM Group and BNBM PLC reserve the right to re-urge their motions after the appropriate discovery has been conducted.

New Orleans, Louisiana, this 12th day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE

1