UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047  SECTION L  JUDGE FALLON MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER AND REASONS

Before the Court is Taishan's omnibus motion to strike Plaintiffs' proposed exhibits for the June 9, 2015 hearing on damages. (Rec. Doc. 19002).

**IT IS ORDERED** that Taishan's motion for leave is **DENIED AS MOOT**.

New Orleans, Louisiana, this 12th day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE

1