## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED  DRYWALL PRODUCTS  LIABILITY LITIGATION | *<br>*<br>*<br>* | MDL 2047<br><br>SECTION L |
| This document relates to All Cases | *<br>* | JUDGE FALLON |
| | *<br>* | MAGISTRATE JUDGE WILKINSON |

* * * * * * * * * * * * * * * * *

### EX PARTE/CONSENT MOTION TO WITHDRAW MOTIONS TO ENFORCE INJUNCTION

Banner Supply Co. ("Banner") and Interior/Exterior Building Supply ("INEX") file this Ex Parte/Consent Motion to Withdraw Motions to Enforce Injunction (Doc. Nos. 18786 & 18788).

On April 30, 2015, Banner filed its Motion to Enforce Injunction Regarding Claims Brought by Plaintiffs Lorenzo Alvarez and Fransisca Salas. Doc. No. 18786. Those plaintiffs have subsequently voluntarily dismissed their claims against Banner in Florida state court. Similarly and on April 30, 2015, INEX filed its Motion to Enforce Injunction Regarding Claims Brought by Plaintiffs William and Lucinda Davis and Gregory and Joan Scott. Doc. No. 18788. Likewise, those plaintiffs have subsequently voluntarily dismissed their claims against INEX in Alabama state court.

Because the above referenced plaintiffs have dismissed their claims against Banner and INEX respectively, Banner's and INEX's Motions to Enforce Injunction have become moot.

For these reasons, Banner and INEX respectfully request that their Motions to Enforce Injunction (Doc. Nos. 18786 & 18788) be withdrawn.

Respectfully submitted,

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC**

/s/ *James R. Parish*_____
**KERRY J. MILLER (#24562)**
**JAMES R. PARISH (#34017)**
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170
Telephone:   504.566.8664
Facsimile:    504.585.6946
Email:           jparish@bakerdonelson.com

*Counsel for Banner Supply Co. and
Interior/Exterior Building Supply*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 15th day of June, 2015.

**I FURTHER CERTIFY** that this document is being served this day on counsel for Plaintiffs via email (jrsuttonlaw@yahoo.com and booths@pittmandutton.com).

/s/ *James R. Parish*
James R. Parish

2