## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |

* * * * * * * * * * * * * * * * *

## ORDER

Considering Banner Supply Co. ("Banner") and Interior/Exterior Building Supply's ("INEX") Ex Parte/Consent Motion to Withdraw Motions to Enforce Injunction (Doc. Nos. 18786 & 18788);

IT IS ORDERED that the Motion is granted, and Banner's and INEX's Motions to Enforce Injunction (Doc. Nos. 18786 & 18788) are hereby withdrawn.

NEW ORLEANS, LOUISIANA, this _____ day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE