**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**THE PLAINTIFFS' STEERING COMMITTEE'S**
**EMERGENCY MOTION TO COMPEL DISCOVERY**
**DIRECTED TO TAISHAN GYPSUM CO., LTD;**
**BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED**
**COMPANY; BEIJING NEW BUILDING MATERIAL (GROUP) CO., LTD.;**
**CHINA NATIONAL BUILDING MATERIALS GROUP CORPORATION AND**
**CHINA NATIONAL BUILDING MATERIALS COMPANY, LTD.**
**(WITH SUPPORTING MEMORANDA AND EXHIBITS)**

# FILED UNDER SEAL