AO 187(Rev. 4/82)                                    EXHIBIT AND WITNESS LIST

| IN RE: CHINESE LITIGATION | DRYWALL PRODUCTS LIABILITY | DISTRICT COURT Eastern District of Louisiana |
|---|---|---|
| PLAINTIFFS' ATTORNEYS: Chris Seeger, Gerry Meunier | DEFENDANTS' ATTORNEYS Michael Kenny, Richard Fenton, Christina Eikhoff | DOCKET NUMBER C.A. 09md2047 (2) |
| | | HEARING DATE - 6/9/15 |
| PRESIDING JUDGE Eldon E. Fallon | COURT REPORTER Karen Ibos | CASE MANAGER: Dean Oser |

| Pltf. No. | Deft No. | Joint No. | Date | Adm | Description of Exhibits |
|---|---|---|---|---|---|
| 1 | | | 6/9 | X | Exhibit 1 to Inglis Declaration - Curriculum Vitae |
| 11 | | | 6/9 | X | Germano FOFCOL v. Comp. Ex. 10 |
| 17 | | | 6/9 | X | 5/5/2015 Woody Memorandum |
| 18 | | | 6/9 | X | 5/22/2015 Woody Memorandum |
| 30 | | | 6/9 | X | May 28, 2015 Updated BrownGreer Knauf Remediation Data |
| 46 | | | 6/9 | X | David Pogorilich Navigant Bio Page |
| 52 | | | 6/9 | X | Exhibit 1 to 5/7/15 Pogorilich Report |
| 62 | | | 6/9 | X | Clients Page of William E. Wecker Associates, Inc. Website |
| 63 | | | 6/9 | X | List of Law Firms on William E. Wecker Associates, Inc. Website |
| 64 | | | 6/9 | X | Map on William E. Wecker Associates, Inc. Website |
| 66 | | | 6/9 | X | List of prior case testimony of Laurentius Marais from Supplemental Report |
| 76 | | | 6/9 | X | Claims Administration Procedure 2013-2 |
| 77 | | | 6/9 | X | Chinese Drywall Settlement Program - Global, Banner, INEX Document Review Protocol Questions 10/23/13 |
| 78 | | | 6/9 | X | Supplemental Memo of Jacob S. Woody dated June 4, 2015 with revised Exhibit 10 |
| 79 | | | 6/9 | X | Inglis Revised Exhibit 2a, 2b, 10 (6/4/15) Spreadsheet (Excel) |
| 80 | | | 6/9 | X | Inglis Removed Properties (6/4/15) Spreadsheet (Excel) |
| | | | | | |
| | 12 | | 6/9 | X | BrownGreer Spreadsheet of Taishan Supplemental Profile Form Data |
| | 13 | | 6/9 | X | Email from Woody to Campbell, dated 5/29/15 re: Supplemental Production with Attachment containing Overall Remediation Statistics as of 5/28/15 |
| | 14 | | 6/9 | X | Email from Woody to Campbell, dated 5/29/15 re: Supplemental Production with Attachments Containing Review Protocols and Spreadsheet of Properties |

|  | 21 |  | 6/9 | X | Spreadsheets of calculations comparing Inglis calculations to Updated Knauf Remediation Data Actual Costs |
|---|---|---|---|---|---|
|  | 26 |  |  | X | Supplemental and Updated Declaration of M. Laurentius Marais, Ph.D., filed in this action and served on Plaintiffs' counsel on May 29, 2015 |
|  | 28 |  |  | X | June 8, 2015 Supplemental Declaration of Carolyn F. Taylor in Support of the Federal Rule of Evidence 1006 Summary of the 65 Plaintiffs Identifying BNBM or Dragon Brand Drywall |
|  | 33 |  |  | X | Visual Presented and Explained through Testimony of George Inglis |
|  | 34 |  |  | X | Visual Presented and Explained through Testimony of David Pogorilich |
|  | 115 |  |  | X | Visual Presented and Explained through Testimony of Laurentius Marais |
|  | 200 |  |  | X | Visual Presented and Explained through Testimony of Laurentius Marais |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |