UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

TAISHAN'S RESPONSE IN OPPOSITION TO PLAINTIFFS'
MOTION TO COMPEL PRODUCTION OF 30(b)(6) WITNESS

# FILED UNDER SEAL