# EXHIBIT A

Transcript of Deposition of Che Gang

# FILED UNDER SEAL