# EXHIBIT B

Transcript of Deposition of Chang Zhangli

# FILED UNDER SEAL