UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

## ORDER

Considering the foregoing Motion for Leave to File Under Seal Taishan's Response in Opposition to Plaintiffs' Motion to Compel Production of 30(b)(6) Witness;

**IT IS ORDERED** that the motion is **GRANTED** and the attached Response in Opposition and Exhibits A and B are filed into the record **UNDER SEAL**.

New Orleans, Louisiana, this ____ day of ____, 2015.

                                                                                 _____
                                                                                 Honorable Eldon E. Fallon
                                                                                 U.S. District Court Judge