UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2:09-md-2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON |
| **THIS DOCUMENT RELATES TO:**<br>*All cases* | MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

**CNBM DEFENDANTS' MOTION FOR LEAVE TO FILE SUR-REPLY TO PSC'S EMERGENCY MOTION REGARDING JUSHI ENTITIES**

NOW INTO COURT, through undersigned counsel, come China National Building Materials Group Corporation and China National Building Materials Company Limited (collectively, "CNBM Defendants"), who respectfully requests leave to file the attached Sur-Reply to the PSC's Emergency Motion Regarding the Jushi Entities. The sur-reply responds directly to contentions raised by the PSC in its proposed reply (Rec. Doc. 19113-2), and the CNBM Defendants respectfully suggest that their sur-reply will assist the court in resolving the PSC's Emergency Motion.

        Respectfully submitted,

        /s/ L. Christopher Vejnoska
        L. Christopher Vejnoska (CA Bar No. 96082)

- 2 -

| | |
|---|---|
| L. Christopher Vejnoska (CA Bar No. 96082)<br>Ian Johnson (CA Bar No. 208713)<br>Andrew Davidson (CA Bar No. 266506)<br>Jason Wu (CA Bar No. 279118)<br>Jason Cabot (CA Bar No. 288877)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA  94105<br>Tel.:  415-773-5700<br>Fax:  415-773-5759<br>E-mail: cvejnoska@orrick.com<br>        ijohnson@orrick.com<br>        adavidson@orrick.com<br>        jmwu@orrick.com<br>        jcabot@orrick.com | Ewell E. Eagan, Jr. (LA Bar No. 5239)<br>Donna Phillips Currault (LA Bar No. 19533)<br>Nina Wessel English (LA Bar No. 29176)<br>Alex B. Rothenberg (LA Bar No. 34740)<br>GORDON, ARATA, MCCOLLAM,<br>DUPLANTIS & EAGAN, LLC<br>201 St. Charles Avenue, 40th Floor<br>New Orleans, LA 70170-4000<br>Tel: (504) 582-1111<br>E-mail: eeagan@gordonarata.com<br>        dcurrault@gordonarata.com<br>        nenglish@gordonarata.com<br>        arothenberg@gordonarata.com |
| James L. Stengel (NY Bar No. 1800556)<br>Xiang Wang (NY Bar No. 4311114)<br>Kelly Daley (NY Bar No. 4970117)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>51 West 52nd Street<br>New York, NY, 10019<br>Tel:  212-506-5000<br>Fax:  212-506-5151<br>Email: jstengel@orrick.com<br>        xiangwang@orrick.com<br>        kdaley@orrick.com | Jonathan Riddell (LA Bar No. 27053)<br>ORRICK, HERRINGTON & SUTCLIFFE, LLP<br>400 Capitol Mall<br>Suite 3000<br>Sacramento, CA 95814<br>Tel: 916-447-9200<br>Email: jriddell@orrick.com |

Eric A. Shumsky (D.C. Bar No. 477926)
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street NW
Washington, D.C. 20005
Tel: 202-339-8400
Fax: 202-339-8500
Email: eshumsky@orrick.com

*Attorneys for CNBM Defendants*

Dated**:** June 15, 2015

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing CNBM Defendants' Motion for Leave to File Sur-Reply has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail and upon all parties by electronically uploading the same to File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 15th day of June 2015.

/s/ L. Christopher Vejnoska
L. Christopher Vejnoska (CA Bar No. 96082)