UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L |
|---|---|
| THIS DOCUMENT APPLIES TO ALL CASES | JUDGE FALLON MAG. JUDGE WILKINSON |

# O R D E R

Considering the Plaintiffs' Steering Committee's Motion to Substitute Under Seal Exhibit;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the attached Exhibit "A" be and is hereby substituted in place of the under seal Exhibit "A" filed with the Motion to Seal Exhibit [Rec. Doc. 19125] and the Emergency Motion to Extend Discovery Deadline With Respect to the Contempt Track Discovery [Rec. Doc. 19124] on June 12, 2015, and that the substituted exhibit be filed UNDER SEAL.

New Orleans, Louisiana, this 15th day of June, 2015.

_____
Eldon E. Fallon
United States District Court Judge