UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL 2047 SECTION L |
| This document relates to All Cases | * * * * | JUDGE FALLON MAGISTRATE JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * *

## ORDER

Considering Banner Supply Co. ("Banner") and Interior/Exterior Building Supply's ("INEX") Ex Parte/Consent Motion to Withdraw Motions to Enforce Injunction (Doc. Nos. 18786 & 18788);

IT IS ORDERED that the Motion is granted, and Banner's and INEX's Motions to Enforce Injunction (Doc. Nos. 18786 & 18788) are hereby withdrawn.

NEW ORLEANS, LOUISIANA, this __15th__ day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE