UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 09-2047 |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| | MAGISTRATE WILKINSON |

**ALL CASES AND**

**Laura Haya, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.**

Docket # 11-1077 (Omni IX)

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD WITHOUT SUBSTITUTION FOR DEFENDANT COMMON GROUND RELIEF INC

  Elizabeth C. Lesher seeks to withdraw as counsel for Defendant Common Ground Relief in the above captioned litigation pursuant to Rule 83.2.1 of the Local Rules of the United States District Court for the Eastern District of Louisiana. As this Court finds that Ms. Lesher has submitted satisfactory reasoning for withdrawal, and that the granting of this Motion will not cause substantial prejudice or delay to any party,

  IT IS HEREBY ORDERED that Elizabeth C. Lesher's Motion to Withdraw as Counsel without Substitution for Defendant is GRANTED and Elizabeth C. Lesher is hereby terminated as counsel in this proceeding.

DATED: June 11th 2015

By: _/s/ Eldon E. Fallon_
Hon. Eldon E. Fallon
United States District Court Judge