# EXHIBIT "H"



China National Building Material Company Limited *

（Stock Code：3323）

# 2010 ANNUAL REPORT

*For identification only

ALRMH-CNBM00001926

## Definitions *(Continued)*

| | |
|---|---|
| "Huzhou South Cement" | 湖州南方水泥有限公司 (Huzhou South Cement Company Limited) |
| "Huaihai China United" | 淮海中聯水泥有限公司(China United Cement Huaihai Co., Ltd.) |
| "Huaihai Economic Zone" | the Huaihai Economic Zone is an area of approximately 178,100 square kilometers covering 20 municipalities(地級市) located in southern Shandong, northern Jiangsu, eastern Henan and northern Anhui |
| "Hunan South Cement" | 湖南南方水泥有限公司 (Hunan South Cement Company Limited) |
| "IFRS" | International Financial Reporting Standards |
| "Independent Third Party(ies)" | person(s) or company(ies) which is (are) independent of the directors, supervisors, controlling shareholder, substantial shareholder and the chief executive (such terms as defined in the Listing Rules) of the Company or any of its subsidiaries or an associate of any of them |
| "Jiamusi North Cement" | 佳木斯北方水泥有限公司 (Jiamusi North Cement Company Limited) |
| "Jiangsu South Cement" | 江蘇南方水泥有限公司 (Jiangsu South Cement Company Limited) |
| "Jiangxi South Cement" | 江西南方水泥有限公司 (Jiangxi South Cement Company Limited) |
| "Jiaxing South Cement" | 嘉興南方水泥有限公司 (Jiaxing South Cement Company Limited) |
| "Jinhua South Cement" | 金華南方水泥有限公司 (Jinhua South Cement Company Limited) |
| "Jushi Group" | 巨石集團有限公司 (Jushi Group Company Limited) |
| "KPI" | Key performance index |
| "Liberty Group" | 麗寶第集團公司 (Liberty Group Company) |
| "Listing Rules" | the Rules Governing the Listing of Securities on the Stock Exchange as amended from time to time |
| "Lunan China United" | 魯南中聯水泥有限公司 (China United Cement Lunan Co., Ltd.) |
| "Nanjing China United" | 南京中聯水泥有限公司 (China United Cement Nanjing Co., Ltd.) |
| "Nanjing Triumph" | 南京凱盛國際工程有限公司 (China Triumph International Engineering Company Limited) |
| "North Cement" | 北方水泥有限公司 (North Cement Company Limited) |

# Shareholding Structure of the Group

The simplified structure of the Group as at 31 December 2010 is set out as below:

— All the above percentages are calculated by rounding to two decimal places.

ALRMH-CNBM00001940



# Notes To The Consolidated Financial Statements *(Continued)*

*31 December 2010*

## 19. PARTICULARS OF SUBSIDIARIES

Details of the Company's principal subsidiaries as at 31 December 2010 and 31 December 2009, which are established and operated in the PRC, are as follows:

| Name of subsidiary | Nominal value of paid-in capital *(Note i)* | Attributable equity interest to the Company | | | | Principal activities |
|---|---|---|---|---|---|---|
| | | Direct | | Indirect | | |
| | | **2010** % | 2009 % | **2010** % | 2009 % | |
| BNBM *(Note i, ii)* | RMB575,150,000 | **52.40** | 52.40 | — | — | Production and sale of lightweight building materials |
| Taishan Gypsum Company Limited ("Taishan Gypsum") *(Note iii)* | RMB155,625,000 | — | — | **34.06** | 34.06 | Production and sale of lightweight building materials |
| BNBM Suzhou Mineral Fiber Ceiling Company Limited | RMB80,000,000 | — | — | **52.40** | 52.40 | Production and sale of lightweight building materials |
| China United Cement Group Corporation Limited ("China United") | RMB4,000,000,000 | **100.00** | 100.00 | — | — | Production and sale of cement |
| Lunan China United Cement Company Limited | RMB200,000,000 | — | — | **80.34** | 80.34 | Production and sale of cement |
| Huaihai China United Cement Company Limited | RMB364,909,100 | — | — | **80.88** | 80.88 | Production and sale of cement |
| Qingzhou China United Cement Company Limited | RMB200,000,000 | — | — | **100.00** | 100.00 | Production and sale of cement |
| Taishan China United Cement Company Limited ("Taishan China United") *(Note iv)* | RMB270,000,000 | — | — | **95.68** | 90.00 | Production and sale of cement |
| Qufu China United Cement Company Limited | RMB130,000,000 | — | — | **90.00** | 90.00 | Production and sale of cement |
| Linyi China United Cement Company Limited | RMB165,200,000 | — | — | **90.00** | 90.00 | Production and sale of cement |
| Zaozhuang China United Cement Company Limited | RMB175,000,000 | — | — | **100.00** | 100.00 | Production and sale of cement |
| Xuzhou China United Cement Company Limited | RMB346,940,000 | — | — | **100.00** | 100.00 | Production and sale of cement |
| South Cement Company Limited ("South Cement") *(Note v)* | RMB10,000,000,000 | **80.00** | 82.87 | — | — | Production and sale of cement |
| Hangzhou South Cement Company Limited | RMB1,000,000,000 | — | — | **80.00** | 82.87 | Production and sale of cement |
| Jinhua South Cement Company Limited | RMB1,000,000,000 | — | — | **80.00** | 82.87 | Production and sale of cement |
| Huzhou South Cement Company Limited | RMB390,000,000 | — | — | **80.00** | 82.87 | Production and sale of cement |
| Jiaxing South Cement Company Limited | RMB200,000,000 | — | — | **80.00** | 82.87 | Production and sale of cement |
| Jiangsu South Cement Company Limited | RMB1,000,000,000 | — | — | **80.00** | 82.87 | Production and sale of cement |
| Shanghai South Cement Company Limited | RMB300,000,000 | — | — | **80.00** | 82.87 | Production and sale of cement |
| Hunan South Cement Company Limited | RMB2,000,000,000 | — | — | **80.00** | 82.87 | Production and sale of cement |
| Jiangxi South Cement Company Limited | RMB1,000,000,000 | — | — | **64.00** | 66.30 | Production and sale of cement |
| Guilin South Cement Company Limited | RMB120,000,000 | — | — | **64.00** | 66.30 | Production and sale of cement |

# Notes To The Consolidated Financial Statements *(Continued)* 

*31 December 2010*

## 19. PARTICULARS OF SUBSIDIARIES *(CONTINUED)*

| Name of subsidiary | Nominal value of paid-in capital *(Note i)* | Attributable equity interest to the Company | | | | Principal activities |
|---|---|---|---|---|---|---|
| | | Direct | | Indirect | | |
| | | **2010** | 2009 | **2010** | 2009 | |
| | | % | % | % | % | |
| North Cement Company Limited ("North Cement") *(Note vi)* | RMB1,000,000,000 | **55.00** | 50.00 | — | — | Production and sale of cement |
| China Composites Group Corporation Limited ("China Composites") | RMB350,000,000 | **100.00** | 100.00 | — | — | Production and sale of composite materials |
| Lianyungang Zhongfu Lianzhong Composite Material Group Company Limited ("Zhongfu Lianzhong") *(Note vii)* | RMB261,307,535 | — | — | **62.96** | 96.92 | Production and sale of composite materials |
| Changzhou China Composites Liberty Company Limited | RMB180,000,000 | — | — | **75.00** | 75.00 | Production and sale of PVC tiles |
| China Triumph International Engineering Company Limited ("China Triumph") | RMB220,000,000 | **91.00** | 91.00 | — | — | Provision of engineering services |
| CTIEC Shenzhen Triumph Scienotech Engineering Company Limited ("Shenzhen Triumph") *(Note viii))* | RMB5,000,000 | — | — | **66.43** | 50.05 | Provision of engineering services |
| CTIEC Nanjing Triumph International Engineering Company Limited | RMB100,000,000 | — | — | **46.55** | 46.55 | Provision of engineering services |
| CTIEC BengBu Triumph Scienotech Engineering Company Limited | RMB30,000,000 | — | — | **91.00** | 91.00 | Provision of engineering services |
| CNBM Investment Company Limited | RMB500,000,000 | **100.00** | 100.00 | — | — | Sale of lightweight building materials |

*Notes:*

(i) The paid-in capital of BNBM is the issued ordinary share capital and paid-in capital of the rest of the companies is registered capital.

(ii) BNBM is joint stock company listed on the Shenzhen Stock Exchange.

(iii) The entity is considered to be controlled by the Company because it is a subsidiary of another Company's subsidiary.

(iv) On 14 January 2010, China United, subsidiary of the Company injected additional share capital of RMB153.32 million into Taishan China United as registered capital.

(v) During the year, the Company and non-controlling shareholders injected additional share capital of RMB5,200 million and RMB1,300 million into South Cement as registered capital respectively.

ALRMH-CNBM00002094



# Notes To The Consolidated Financial Statements *(Continued)*
*31 December 2010*

## 19. PARTICULARS OF SUBSIDIARIES *(CONTINUED)*

*Notes: (Continued)*

(vi)  On 30 November 2010, the Company injected additional share capital of RMB100 million into North Cement as registered capital. Therefore, the Group effectively increased its equity interest in North Cement.

(vii)  During the year, the non-controlling shareholders injected additional share capital of RMB91.55 million into Zhongfu Lianzhong as registered capital.

(viii)  On 27 January 2010, China Triumph, subsidiary of the Company further acquired 18% equity interests in Shenzhen Triumph.

(ix)  The above table lists the subsidiaries of the Group which, in the opinion of the directors, principally affected the results or assets of the Group. To give details of other subsidiaries would, in the opinion of the directors, result in particulars of excessive length.

(x)  None of the subsidiaries had issued any debt securities at the end of the both years.

## 20. INVESTMENTS IN ASSOCIATES

|  | 2010<br>RMB'000 | 2009<br>RMB'000 |
|---|---:|---:|
| Cost of investments in associates |  |  |
| — listed in the PRC | 156,728 | 156,728 |
| — unlisted | 1,891,311 | 1,720,215 |
| Share of post-acquisition profit, net of dividend received | 1,104,004 | 1,002,165 |
|  | 3,152,043 | 2,879,108 |
| Fair value of listed investments | 5,477,642 | 3,901,802 |

As at 31 December 2010, the cost of investments in associates included goodwill of associates of approximately RMB177.14 million (2009: approximately RMB94.41 million).

# Notes To The Consolidated Financial Statements *(Continued)*

*31 December 2010*

## 20. INVESTMENTS IN ASSOCIATES *(CONTINUED)*

As at 31 December 2010 and 31 December 2009, the Group had interests in the following principal incorporated associates established in the PRC:

| Name of associate | Nominal value of registered capital | Attributable equity interest to the Group 2010 % | 2009 % | Principal activities |
|---|---|---|---|---|
| China Fiberglass *(Note i)* | RMB427,392,000 | **36.15** | 36.15 | Production of glass fiber |
| Shanghai Yaohua Pilkington Glass Company Limited ("Shanghai Yaopi") *(Note ii)* | RMB731,250,100 | **16.26** | 16.26 | Production of float glass |
| Jushi Group Company Limited *(Note iii)* | USD256,200,000 | **11.50** | 11.50 | Production of glass fiber |
| Nanfang Wannianqing Cement Company Limited | RMB1,000,000,000 | **50.00** | 50.00 | Production of cement |
| Zhongfu Shenying Carbon Fiber Company Limited ("Zhongfu Shenying") *(Note iv)* | RMB136,360,000 | **—** | 45.00 | Production of carbon fiber |
| Hubei Daye Jianfeng Cement Company Limited | RMB250,000,000 | **24.00** | 24.00 | Production and sale of cement |
| Dengfeng China United Dengdian Cement Limited ("Dengfeng") *(Note v)* | RMB300,000,000 | **—** | 50.00 | Production and sale of cement |
| Shangdong Donghua Cement Company Limited | RMB350,000,000 | **50.00** | 50.00 | Production and sale of cement |

*Notes:*

(i) China Fiberglass is a joint stock company listed on the Shanghai Stock Exchange.

(ii) Shanghai Yaopi is a joint stock company listed on the Shanghai Stock Exchange. Although the Group holds less than 20% of the voting power in Yaopi, the Group has exercised significant influence to govern the financial and operating policies by virtue of having two directors out of the eight-member board of Shanghai Yaopi.

(iii) Jushi Group Company Limited was regarded as an associate of the Company as it is the subsidiary of China Fiberglass.

(iv) On 16 December 2010, China Composites, subsidiaries of the Company further acquired 6% equity interests in Zhongfu Shenying. Upon acquisition, Zhongfu Shenying becomes a subsidiary of the Group. Details of the acquisition were disclosed in Note 37(a)(iii).

(v) Dengfeng had become the subsidiary of the Company at 1 July 2010 through addition of board members such that the Group has exercised control to govern the financial and operating policies by virtue of having three directors out of the five-member board of Dengfeng. Details were disclosed in Note 37(a)(v).