**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: CHINESE-MANUFACTURED    *    MDL NO. 2047
     DRYWALL PRODUCTS          *
     LIABILITY LITIGATION        *    SECTION: L
                             *
                             *    JUDGE FALLON

**This document relates to:**       *
     **Case No. 10-362, Sec. L. Mg. 2**    *    MAG. JUDGE WILKINSON
* * * * * * * * * * * * * * * * * * * * * * * *

## CLAIMANT OCEANIQUE DEVELOPMENT COMPANY'S MOTION FOR LEAVE TO FILE A REPLY TO THE KNAUF DEFENDANTS' MEMORANDUM IN OPPPOSITION TO OBJECTION AND MOTION FOR COURT REVIEW OF SPECIAL MASTER'S OPINION AND DECREE & MOTION NUNC PRO TUNC TO PERMIT LATE FILED OBJECTION AND MOTION

Oceanique Development Company, ("Oceanique") hereby requests leave of court to file the attached Reply to the Knauf Defendants' Memorandum in Opposition to Objection and Motion for Court Review of Special Master's Opinion and Decree & Motion Nunc Pro Tunc to Permit Late Filed Objection and Motion.

WHEREFORE, Oceanique requests that the Court enter an order granting leave for it to file its attached Reply to the Knauf Defendants' Memorandum in Opposition to Objection and Motion for Court Review of Special Master's Opinion and Decree & Motion Nunc Pro Tunc to Permit Late Filed Objection and Motion.

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Leave to File a Reply to the Knauf Defendants' Memorandum in Opposition to Objection and Motion for Court Review of Special Master's Opinion and Decree & Motion Nunc Pro Tunc to Permit Late Filed Objection and Motion has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of

1

electronic filing in accordance with the procedures established in MDL 2047, on this on this 16th day of June, 2015.

/s/ Ervin Gonzalez
ERVIN A. GONZALEZ
Fla. Bar No. 500720
Ervin@colson.com
PATRICK S. MONTOYA
Fla. Bar No. 524441
Patrick@colson.com
NATALIE M. RICO
Fla. Bar No. 0065046
Natalie@colson.com
COLSON HICKS EIDSON
COLSON MATTHEWS MARTINEZ
GONZALEZ KALBAC & KANE
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax:     (305) 476-7444
*Counsel for Oceanique*