## Montoya, Patrick

| | |
|---|---|
| **From:** | Dan Balhoff <balhoff@pabmb.com> |
| **Sent:** | Tuesday, April 07, 2015 7:03 PM |
| **To:** | Montoya, Patrick |
| **Cc:** | Miller, Kerry |
| **Subject:** | RE: Oceanique |

I will prepare an opinion and decree which I will circulate to the parties. I believe that anyone who is dissatisfied with the result can ask Judge Fallon to review it.

**From:** Montoya, Patrick [mailto:patrick@colson.com]
**Sent:** Tuesday, April 07, 2015 4:24 PM
**To:** Dan Balhoff
**Cc:** Miller, Kerry
**Subject:** Oceanique

Dear Mr. Balhoff,
Our clients have asked us to advise you that they have rejected Knauf's settlement offer of $100,000 and would like to proceed with their claim by submission to Judge Fallon. Am I correct that you will first make your report and recommendation to Judge Fallon, then both parties will have the opportunity review the report and recommendation, and then each party will make its submissions via letter brief to Judge Fallon? Please let us know the process. Thank you.

Very truly yours,

Patrick S. Montoya
Partner
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Office:  305.476.7400
Fax:     305.476.7444
email: Patrick@colson.com

**Attention:**
The information contained in this message and or attachments is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any system and destroy any copies.

**Thank You.**



EXHIBIT 4