UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON |
| **This document relates to:**<br>   **Case No. 10-362, Sec. L. Mg. 2** | *<br>* | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering Oceanique's motion for leave to file a reply to (Rec. Doc. 19149),

**IT IS ORDERED** that the motion for leave is **GRANTED.**

New Orleans, Louisiana, this ___ day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE