UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: All Cases | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * *

**MOTION TO EXTINGUISH ANY FURTHER SETTLEMENT OBLIGATIONS OF THE KNAUF DEFENDANTS, PLAINTIFFS' STEERING COMMITTEE, LEAD CONTRACTOR, SETTLEMENT ADMINISTRATOR, SPECIAL MASTER, AND OMBUDSMAN TO CLAIMANT OLLIE ANUM**

The Knauf Defendants[1] file this Motion to Extinguish Any Further Settlement Obligations of the Knauf Defendants, Plaintiffs' Steering Committee, Lead Contractor, Settlement Administrator, Special Master, and Ombudsman to Claimant Ollie Anum.

The remediation of Claimant Ollie Anum's Affected Property is complete and the Claimant has been made whole. Punch list items falling within the scope of the Remediation Protocol were addressed and completed by the Lead Contractor (Moss Construction). Further punch list items, outside the remediation scope, were also addressed by the Lead Contractor. The Lead Contractor, Knauf Defendants, Plaintiffs' Steering Committee, Settlement Administrator, Special Master, and Ombudsman have spent considerable time and effort to amicably resolve and address all of Claimant's issues and concerns, although they go beyond the scope of the

---

[1] The Knauf Defendants include Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu) Co., Ltd., Guangdong Knauf New Building Material Products Co., Ltd., Knauf Gips KG, Gebr. Knauf Verwaltungsgesellschaft KG, Knauf International GmbH, Knauf Insulation GmbH, Knauf UK GmbH, Knauf AMF GmbH & Co. KG, Knauf do Brasil Ltda., and PT Knauf Gypsum Indonesia.

remediation program. However, these efforts have not been met with any level of receptiveness or cooperation on the part of the Claimant.

The above-listed parties have fulfilled all obligations of the settlement and owe Claimant no further response to her communications. For these reasons, as more fully detailed in the accompanying memorandum, the Court should extinguish any further obligations (to the extent that any still exist) to Ms. Anum.

Respectfully submitted,

/s/ *Kerry J. Miller*
Kerry J. Miller (LA Bar No. 24562)
René Merino (LA Bar No. 34408)
***Baker, Donelson, Bearman, Caldwell & Berkowitz***
201 St. Charles Ave.
Suite 3600
New Orleans, LA 70170
PH: (504) 566-8646
FAX: (504) 585-6946
kjmiller@bakerdonelson.com

*Counsel for the Knauf Defendants*

## **CERTIFICATE OF SERVICE**

**I hereby certify** that the above and foregoing Motion to Extinguish Any Further Settlement Obligations of the Knauf Defendants, Plaintiffs' Steering Committee, Lead Contractor, Settlement Administrator, Special Master, and Ombudsman to Claimant Ollie Anum has been served to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 2047, on this 16th day of June, 2015.

**I further certify** that this document is being served this day on Ollie Anum via email and US mail.

*/s/ Kerry J. Miller*