# Exhibit A



**Since 1988**

*Florida's Leading Engineering Source*

Environmental • Geotechnical • Construction Materials Testing • Threshold and Special Inspections • Plan Review & Code Compliance

## ENVIRONMENTAL CERTIFICATION

I certify that I have verified the Contractor's certification that all drywall has been removed, including all debris and visible dust, as set forth in the Remediation Protocol, Exhibit F to the Settlement Agreement Regarding Claims Against the Knauf Defendants in MDL No. 2047. This certification is based upon an independent visual inspection of all surfaces in the work area and any adjacent areas (including, but not limited to, floor, walls, ceiling, wall cavities, trusses, joists, studs, pipes, beams, ledges, and framing) that found no dust, debris or residue. Also there was no detectable odor of Chinese drywall at the completion of removal and cleaning work and prior to the start of new drywall installation. In addition, the atmosphere in the house was found to be representative of the atmosphere in houses built without "problem" drywall.

Name: Anum Residence

Property Address: 17526 SW 48th Street, Miramar, FL

Inspected By: Noel Woodall

Date: May 1, 2014

Respectfully Submitted,
GFA International
FBPA CA # 4930

Carlos Mercado
May 8 2014 11:13 AM

*5/6/2014*
Carlos Mercardo, P.E.
Professional Engineer #71707
State of Florida