# Exhibit B

DISPLAY THIS CARD ON FRONT OF JOB

# CITY OF MIRAMAR
# BUILDING PERMIT

DO NOT REMOVE BEFORE COMPLETION
Inspection Requests can be scheduled between 8:30 A.M. & 3:00 P.M
On-Line at  www.ci.miramar.fl.us
Phone  (954) 602-3200

| | |
|---|---|
| PERMIT NO. | 1400657 |
| DATE | 4/23/14 |
| OWNER | AHum |
| CONTRACTOR | Moss & Associates |
| PURPOSE | Chinese Drywall Repairs |
| LOT | 126 |
| BLOCK | |
| SUBDIVISION | Sunset Falls |
| ADDRESS | 17526 SW 48 ST. |

| INSPECTION / REMARKS | INSPECTOR | DATE |
|---|---|---|
| HVAC Rough | JB | 5/12/14 |
| Framing Pending Elec. and Plbg T.O. | | 5.13.14 |
| Top out OK | | 8-13-14 |
| Rough Elec LV | | 5/14/14 |
| Wall insulation | | 5.20.14 |
| Drywall screw | | 5.23.14 |
| Final Plumbing | | 6.30.14 |
| El Final | Dev | 7-1-14 |
| Final mechanical | JB | 7-1-14 |
| FINAL | | 7.2.14 |