# Exhibit C















