# Exhibit D



































