# Exhibit E

MOSS

Haum

17526 SW 48th Street  Miramar FL
Residence

Homeowner Punchlist

... IF THERE ARE NO OUTSTANDING ITEMS TO NOTE, PLEASE MAKE A NOTE OF THIS IN THE FIELD BELOW AND SIGN AND DATE THE BOTTOM OF THIS DOCUMENT

| Item Number | Room | Location/Reference | Issue | Responsible Party | Status | Comments |
|---|---|---|---|---|---|---|
| 1 | Dining | Ceiling | Lamp in wrong place | Home Depot | | |
| | Living | Entrance | Owner wants front door change due to break in. | | | |
| | Kitchen | Cabinets | Owner claims they are delaminating. | | | |
| | Carpet | Rooms | Owner claims she had upgraded carpet. | | | |
| | Bathroom | | Missing vanity lights | Depot | | |

Owner Signature _____   Date  3-22-14