# Exhibit F

# Exhibit F-1
# Original Carpet Specs

Original Carpet Spec

**SUNSET FALLS**
Plan 54 - Laurena

Color Selections Addendum

| Date: | OCTOBER 14, 2005 | Lot #: | 126 |
|---|---|---|---|
| Purchaser(s): | OLLIE ANUM | Block: | |
| Address: | 1306 FRANFORD DRIVE | Model Type: | 54/ LAURENA |
| City/State: | BRANDON, FL 33511 | Elevation: | A |
| Phone #: | 305-243-9117 H / 813-394-1250 W | | |

| | | | Qty | Unit Price | Total |
|---|---|---|---|---|---|
| **EXTERIOR COLORS** | | | | | |
| Scheme #9 | Roof Tile: | Hacienda - Tuscany | 1 | $0.00 | Standard |
| | House: | Sunset Beige | 1 | | |
| | Banding: | Isles Cream | 1 | | |
| | Pavers: | Standard w/ Orange Border | 1 | | |
| **BRICK PAVERS AND COLOR SELECTIONS** | | | 1 | | |
| Brick pavers are standard on driveway, entry walkway, covered entry and covered patio. Does not include footing for screen enclosure on patio. | | | 1 | | |
| Standard Paver Color/Pattern Selection | Standard brick paver pattern and color on driveway and entry walkway is Sunset Blend - Classic. This pattern and color is available standard with any of the exterior color schemes. | | 1 | Standard | Standard |
| **EXTERIOR OPTIONS** | | | 1 | | |
| Garage Orientation | Left | | 1 | Standard | 0.00 |
| Gutters | Front of House. Color: White | | 1 | Standard | 0.00 |
| **WINDOWS** | | | 1 | | |
| Standard Window Sills | Standard Gray and white marble swirl | | 1 | Standard | 0.00 |
| **STORM SHUTTERS** | | | 1 | | |
| Direct Mount Panels | Direct Mount Steel Panels | | 1 | Standard | 0.00 |
| **PLAN SPECIFIC OPTIONS** | | | 1 | | |
| Elevation "A" | See Exhibit | | 1 | Standard | 0.00 |
| **KITCHEN CABINETS** | | | | | |
| STANDARD LEVEL 1 | Raised panel matte foil doors available in 2 colors with flat drawer fronts or recessed panel wood doors available in caramel birch with slab drawer fronts and wood veneer finished ends. | | 1 | Standard | 0.00 |
| Standard Kitchen Selection/Color: | Caramel Birch | | 1 | Standard | 0.00 |
| Kitchen Hardware Selection: | Please indicate desire to have or not have holes drilled in cabinets for cabinet knobs. If knobs are desired please indicate specific knob hardware selections in area provided to the right. | KNOB SELECTION: SIRO 23-166 | 1 | Standard | 0.00 |
| Crown Moulding Style Selection: | Style: Rope | NOTE: ONLY REGULAR PROFILE CROWN MOULDING IS AVAILABLE WITH FOIL CABINETS! | 1 | Standard | 0.00 |
| Gourmet Package #1 | | | 1 | Standard | 0.00 |
| NOTE: | | | | | |
| Gourmet Package #1 - Crown moulding, with above cabinet lighting on separate switch, light valance w/ under cabinet lighting on separate switch, and one or two glass doors (per Plan) with finished interiors, interior light on one switch and glass shelves. | | | 1 | | |
| **VANITY CABINETS** | | | | | |
| **Master Bath** | | | | | |
| STANDARD LEVEL I | Raised panel matte foil doors available in 2 colors with flat drawer fronts or recessed panel wood doors available in caramel birch with slab drawer fronts and wood veneer finished ends. | | 1 | standard | standard |
| Standard Master Bath Selection/Color | Caramel Birch | | 1 | Standard | 0.00 |
| Master Bath Hardware Selection: | Please indicate desire to have or not have holes drilled in cabinets for cabinet knobs. If knobs are desired please indicate specific knob hardware selections in area provided to the right. | KNOB SELECTION: K-V | 1 | Standard | 0.00 |
| Secondary Bath Vanity Cabinets & Laundry Room Cabinets | | | 1 | | |
| Laundry Room | 30" flat panel melamine | Antique White | 1 | Standard | Standard |
| Note: Laundry Room Countertop color will match laundry room cabinet color selection | | | | | |
| Bath #2 Hardware Selection | Please indicate desire to have or not have holes drilled in cabinets for cabinet knobs. If knobs are desired please indicate specific knob hardware selections in area provided to the right. | KNOB SELECTION: K-V | 1 | Standard | Standard |
| Bath #3 Hardware Selection | Please indicate desire to have or not have holes drilled in cabinets for cabinet knobs. If knobs are desired please indicate specific knob hardware selections in area provided to the right. | KNOB SELECTION: K-V | 1 | Standard | Standard |
| Bath #4 Hardware Selection | Please indicate desire to have or not have holes drilled in cabinets for cabinet knobs. If knobs are desired please indicate specific knob hardware selections in area provided to the right. | KNOB SELECTION: K-V | 1 | Standard | Standard |
| Laundry Room Hardware Selection | Please indicate desire to have or not have holes drilled in cabinets for cabinet knobs. If knobs are desired please indicate specific knob hardware selections in area provided to the right. | KNOB SELECTION: SIRO 52-124 | 1 | Standard | Standard |
| STANDARD LEVEL I | Raised panel matte foil doors available in 2 colors with flat drawer fronts or recessed panel wood doors available in caramel birch with slab drawer fronts and wood veneer finished ends. | | 1 | | |
| Bath #2 | Caramel Birch | | 1 | Standard | Standard |
| Bath #3 | Caramel Birch | | 1 | Standard | Standard |
| Bath #4 | Caramel Birch | | 1 | Standard | Standard |
| **KITCHEN COUNTERTOP SELECTION** | | | 1 | | |

Purchaser(s) Initial: _____

Page 1 of 3

Page 1 of 3
10/14/2005

**SUNSET FALLS**
Plan 54 - Laurena

Color Selections Addendum

| Date: | OCTOBER 14, 2005 | Lot #: | 126 |
| --- | --- | --- | --- |
| Purchaser(s): | OLLIE ANUM | Block: | |
| Address: | 1306 FRANFORD DRIVE | Model Type: | 54/ LAURENA |
| City/State: | BRANDON, FL 33511 | Elevation: | A |
| Phone #: | 305-243-0117 H/ 813-394-1256 W | | |

| | | | | |
| --- | --- | --- | --- | --- |
| Kitchen Countertop Granite (Group 1) with 4" Backsplash | Price is for Kitchen (includes island). Includes cutout for drop-in sink and cooktop. Includes 4" granite backsplash. Includes bullnose profile. Granite Selection OLD GOLD | | | |
| | | 1 | standard | standard |
| **KITCHEN PLUMBING SELECTIONS** | | 1 | | |
| Kitchen : Blanco Hi/Low Stainless Steel Undermount | Blanco 510-860 double compartment (high/low). Stainless steel. | | | |
| | | 1 | standard | standard |
| Kitchen Faucet: Moen Extensa | Moen Extensa Faucet 7560 in Stainless color includes pull-out spray. Note: There is no faucet plate. | | | |
| | | 1 | standard | standard |
| **APPLIANCES** | | 1 | | |
| Refrigerator: | | 1 | | |
| PSC25SGS | GE Profile 24.5 cu.ft in stainless steel side by side with ice and water dispenser on door | 1 | Standard | 0.00 |
| Double Oven: | | 1 | | |
| JT952 | GE Profile 30" Convection & self clean upper, thermal & self clean lower ovens, electronic controls in stainless ste | 1 | Standard | 0.00 |
| Cooktop: | | 1 | | |
| JP960 | GE Profile 36" Electric clean design, 5 burners, in stainless steel/black | 1 | Standard | 0.00 |
| Microwave: | | 1 | | |
| JVM3670 | GE Profile 36", 1.8 cu.ft Spacemaker XL sensor oven, hidden vent, in stainless steel | 1 | Standard | 0.00 |
| Dishwasher: | | 1 | | |
| PDW7800 | GE Profile built in, one piece contoured door, Quiet Power IV sound package, in stainless steel | 1 | Standard | 0.00 |
| Laundry: | | 1 | | |
| WCSR2090 | GE Super capacity washer, 3.2 cu.ft | 1 | Standard | 0.00 |
| DJXR433 | GE Extra large capacity dryer, 6.0 cu.ft | 1 | Standard | 0.00 |
| Color Selection: Bisque | | 1 | | |
| **VANITY TOP SELECTIONS** | | 1 | | |
| Standard Cultured Marble Color Selections: Swirl Colors with standard bullnose edge | | 1 | | |
| Master Bath: | Color Selection: BISCUIT | 1 | Standard | 0.00 |
| Bath #2: | Color Selection: BISCUIT | 1 | Standard | 0.00 |
| Bath #3: | Color Selection: BISCUIT | 1 | Standard | 0.00 |
| Bath #4: | Color Selection: BISCUIT | 1 | Standard | 0.00 |
| **BATH PLUMBING SELECTIONS** | | 1 | | |
| Standard Toilet Colors (Mansfield Alto 135-160) | | 1 | | |
| | Master Bath — Biscuit | 1 | Standard | 0.00 |
| | Bath #2 — Biscuit | 1 | Standard | 0.00 |
| | Bath #3 — Biscuit | 1 | Standard | 0.00 |
| | Bath #4 — Biscuit | 1 | Standard | 0.00 |
| Standard Secondary Bath Tubs | | 1 | | |
| | Bath #2 — Biscuit | 1 | Standard | 0.00 |
| | Bath #4 — Biscuit | 1 | Standard | 0.00 |
| **MASTER BATH** | | 1 | | |
| | Moen Monticello | 1 | | |
| Standard: Moen Monticello Widespread in Chrome | Faucet package includes both sinks, roman tub and shower fixtures. Sink faucets are widespread (i.e., 8" hole spread) with lever handles in chrome. Includes chrome drains and toilet supply and flusher. | 1 | Standard | 0.00 |
| Bath #2 (Upstairs - Two Sinks and Tub/Shower) | | 1 | | |
| Standard: Moen Chateau in Chrome | Faucet package includes sink(s) and tub/shower fixtures. Sink faucet(s) are single lever and include chrome drains and toilet supply and flusher. | 1 | Standard | 0.00 |
| Bath #3 (Downstairs - One Sink and Shower) | | 1 | | |
| Standard: Moen Chateau in Chrome | Faucet package includes sink(s) and tub/shower fixtures. Sink faucet(s) are single lever and include chrome drains and toilet supply | 1 | Standard | 0.00 |
| Bath #4 (Upstairs - Two Sinks and Tub/Shower) | | 1 | | |
| Standard: Moen Chateau in Chrome | Faucet package includes sink(s) and tub/shower fixtures. Sink faucet(s) are single lever and include chrome drains and toilet supply | 1 | Standard | 0.00 |
| **BATH TUB & SHOWER ENCLOSURES** | | 1 | | |
| Bath 2: Shower Enclosure- Clear Glass- Chrome or Gold Tone Frame with Frameless Bypass Shower Doors | Chrome | 1 | Standard | Standard |
| Master Bath Shower Enclosure-Clear Glass-Chrome or Gold Frame with Frameless Door | Chrome | 1 | Standard | Standard |
| Master Bath: Standard Tub and Shower Pan | Includes Roman Tub and Shower Pan in Cultured Marble Swirl Colors Note: Shower pan color to match tub. Cultured marble Color Selection: BISCUIT | 1 | Standard | 0.00 |
| **ELECTRICAL SELECTIONS** | | 1 | | |
| Foyer, Café, and Stair Fixture | Finish: Espresso | 1 | Standard | 0.00 |


Purchaser(s) Initial: 

**SUNSET FALLS**
Plan 54 - Laurena

Color Selections Addendum

| Date: | OCTOBER 14, 2005 | Lot #: | 128 |
| --- | --- | --- | --- |
| Purchaser (s): | OLLIE ANUM | Block: | |
| Address: | 1306 FRANFORD DRIVE | Model Type: | 54/ LAURENA |
| City/State: | BRANDON, FL 33511 | Elevation: | A |
| Phone #: | 305-243-0117 H/ 813-394-1250 W | | |




| | | | | | |
| --- | --- | --- | --- | --- | --- |
| Lighting, Hi hat Package in Kitchen | 6 hi-hats on one switch in pre-determined locations. | | 1 | Standard | 0.00 |
| Electrical: Receptacle on Separate 20 Amp Circuit | Non-GFI dedicated single outlet in garage (i.e. for a future freezer, etc.) Per Plan | | 1 | Standard | 0.00 |
| **SECURITY** | | | 1 | | |
| Security System | Alarm system with contacts on operable windows and doors (excluding garage doors) with (2) keypads located in predetermined locations | | 1 | Standard | 0.00 |
| **STRUCTURED WIRING** | | | 1 | | |
| Stereo Prewires for Main Unit: Family Room and Covered Patio | Stereo prewire for 2 speakers in family room and 2 speakers on covered patio which are wired back to the main receiver location. All wires on receiver side will be terminated at a plate. Wires on wall or ceiling will be blanked off. Stereo equipment and speakers are not included. All locations and dimensions are approximate and field location is FINAL. | | 1 | Standard | 0.00 |
| **INTERIOR TRIM** | | | 1 | | |
| Door Hardware Selection | Selection is for interior and exterior handle sets only. polished brass | | 1 | Standard | 0.00 |
| **STAIR RAIL** | | | 1 | | |
| Standard Traditional Painted White | LJ6010 poplar railing, 3"x3" LJ4042 newels, and LJ5015 balusters, 2x8 paintgrade fascia/skirtboard. Paint Grade Only. Painted White. | | 1 | $0.00 | 0.00 |
| **DRYWALL AND FRAMING OPTIONS** | | | 1 | | |
| Knockdown Finish on Walls Includes all rooms except bathrooms which shall be smooth finish. and Ceilings | | | 1 | Standard | 0.00 |
| **FLOORING SELECTIONS** | | | 1 | | |
| [ Zone # ] Room | | Product Description/Color | 1 | | |
| [ 1 ] FOYER | | STD TILE - SABATINI WHITE W5392 - STRAIGHT | 1 | | 0.00 |
| [ 2 ] LIVING ROOM | | STD. TILE - SABATINI WHITE W5392 - STRAIGHT | 1 | | 0.00 |
| [ 3 ] DINING ROOM | | STD. TILE - SABATINI WHITE W5392 - STRAIGHT | 1 | | 0.00 |
| [ 4 ] HALL | | STD TILE - SABATINI WHITE W5392 - STRAIGHT | 1 | | 0.00 |
| [ 4A ] UPSTAIRS HALL | | STD CARPET - CONVERSATION PIECE II - 731 BUTTER PECAN | 1 | | 0.00 |
| [ 5 ] FAMILY ROOM | | STD. TILE - SABATINI WHITE W5392 - STRAIGHT | 1 | | 0.00 |
| [ 6 ] BEDROOM #2 | | STD. CARPET - CONVERSATION PIECE II - 731 BUTTER PECAN | 1 | | 0.00 |
| [ 7 ] BEDROOM #3 | | STD. CARPET - CONVERSATION PIECE II - 731 BUTTER PECAN | 1 | | 0.00 |
| [ 8 ] MASTER SUITE | | STD CARPET - CONVERSATION PIECE II - 73" BUTTER PECAN | 1 | | 0.00 |
| [ 9 ] BEDROOM #5 | | STD CARPET - CONVERSATION PIECE II - 731 BUTTER PECAN | 1 | | 0.00 |
| [ 11 ] STAIRS | | STD. CARPET - CONVERSATION PIECE II - 731 BUTTER PECAN | 1 | | 0.00 |
| [ 13 ] LAUNDRY | | STD. TILE - SABATINI WHITE W5392 - STRAIGHT | 1 | | 0.00 |
| [ 14 ] KITCHEN & CAFÉ | | STD TILE - SABATINI WHITE W5392 - STRAIGHT | 1 | | 0.00 |
| [ 16 ] BEDROOM #4 | | STD CARPET - CONVERSATION PIECE II - 731 BUTTER PECAN | 1 | | 0.00 |
| [ 30 ] BEDROOM #6/DEN | | STD CARPET - CONVERSATION PIECE II - 731 BUTTER PECAN | 1 | | 0.00 |
| | | GROUT - ANTIQUE    PADDING - STANDARD | 1 | | 0.00 |
| **BATH TILE SELECTIONS** | | | 1 | | |
| NOTE: All shower wall tile is installed to ceiling: | | | | | |
| **STANDARD 6x6 BATH TILE** | | | 1 | | |
| Bath #2: | Floor Tile Color MATTE BONE | | 1 | Standard | 0.00 |
| | Wall Tile Color GLOSS BONE | | 1 | Standard | 0.00 |
| | Grout Color ANTIQUE | | 1 | Standard | 0.00 |
| Bath #3: | Floor Tile Color MATTE BONE | | 1 | Standard | 0.00 |
| | Wall Tile Color GLOSS BONE | | 1 | Standard | 0.00 |
| | Grout Color ANTIQUE | | 1 | Standard | 0.00 |
| Bath #4: | Floor Tile Color MATTE BONE | | 1 | Standard | 0.00 |
| | Wall Tile Color GLOSS BONE | | 1 | Standard | 0.00 |
| | Grout Color ANTIQUE | | 1 | Standard | 0.00 |
| Group B | Package includes: One row of Listello at eye level; 2 decos per wall randomly placed. (Not all packages include decos) | | | | |
| Master Bath | Package Name: BARBADOS | | 1 | standard | standard |
| | Tile Color: WHITE | | | | |
| | Grout Color: ANTIQUE | | | | |
| **Miscellaneous Additions:** | | | | | |
| **GRAND TOTAL** | | | | | 0.00 |



Purchaser(s) Initials _____

Page 3 of 3

Page 3 of 3
10/14/2005

MOHAWK INDUSTRIES, INC.
5081 Highway 114, Lyerly, GA 30730
Technical Assistance Line 888-387-9881

| | |
|---|---|
| Date: | September 15, 2014 |
| Style: | RG237   CONVERSATION PIECE 2 |
| Pile Yarn Content: | FILAMENT 100% NYLON |
| Fabric Type: | CUT PILE SAXONY |

S P E C I F I C A T I O N S

| | |
|---|---|
| Fiber Treatment: | ULTRASTRAND NYL 3MSG PROTECTOR |
| Gauge: | 3/16 |
| Certified Pile Weight: | 25.50 ozs. |
| Total Weight: | 56.28 ozs. |
| Dye Method: | FLUIDYE |
| Primary Backing: | WOVEN POLYPROPYLENE |
| Secondary Backing: | WOVEN POLYPROPYLENE |
| Pattern Repeat: | N/A |
| FHA Information: | MEA #  46159<br>Type:  I     Class:  1<br>Type:  II    Class:  1<br>Texture:  F |
| Durability Rating: | 3.50 |
| Indoor Air Quality #: | GLP 6678 |
| Flammability: | Pill Test - 16CFR-1630.4 (FF-1-70):  Pass |

9/15/14 1:10 PM



*Original Carpet*

MOHAWK INDUSTRIES, INC.
5081 Highway 114, Lyerly, GA 30730
Technical Assistance Line 888-387-9881

| | |
|---|---|
| Date: | September 15, 2014 |
| Style: | RG237  CONVERSATION PIECE 2 |
| Pile Yarn Content: | FILAMENT 100% NYLON |
| Fabric Type: | CUT PILE SAXONY |

S P E C I F I C A T I O N S

| | |
|---|---|
| Fiber Treatment: | ULTRASTRAND NYL 3MSG PROTECTOR |
| Gauge: | 3/16 |
| Certified Pile Weight: | 25.50 ozs. |
| Total Weight: | 56.28 ozs. |
| Dye Method: | FLUIDYE |
| Primary Backing: | WOVEN POLYPROPYLENE |
| Secondary Backing: | WOVEN POLYPROPYLENE |
| Pattern Repeat: | N/A |
| FHA Information: | MEA # 46159<br>Type: I    Class: 1<br>Type: II   Class: 1<br>Texture: F |
| Durability Rating: | 3.50 |
| Indoor Air Quality #: | GLP 6678 |
| Flammability: | Pill Test - 16CFR-1630.4 (FF-1-70): Pass |

*2 weeks independent inspector*

at the kick-off

ANUM





# Exhibit F-2
# Newly Installed Carpet Specs

Newly installed carpet sorry

Carpet Optimum - 52Q59 - Warm Stone - Flooring by Shaw          Page 1 of 1



What is currently installed



**MEA Certifications**

P.O. Box 1330
Roswell, GA 30077
770-642-9000

660 Westhollow Ct.
Roswell, GA 30075
Fax 770-518-7407

February 11, 2014

Philadelphia Carpets (760)
P.O. Box 2128
Dalton, Georgia 30722-2128

Attn: Mrs. Mattie Beavers

### NOTICE OF CARPET CERTIFICATION

The product described below is approved for listing in the MEA Directory of Certified Carpet. Laboratory test results show this quality has physical characteristics which meet and/or exceed the requirements of HUD/FHA UM-44d.

QUALITY:   52Q59 Optimum

CODE NO:   52062

| Type | Class | Fiber | Texture | Pile Height /Thickness | Pile Weight | Pile Density |
|---|---|---|---|---|---|---|
| I | 1 | Nylon | F | 0.45 | 25.0 | 2000 |

COLORS:

00106 White Fox
00143 Wool Skin
00743 Shadow
00744 Warm Stone
00747 Thornwood
00751 Rockport
00753 Cobble Hill

*Frank M. Brown* (signature)

Frank M. Brown
Administrator

Certification Programs

# PALMETTO CARPET CO.
4741 S.W. 75th Avenue Miami, Florida 33155

PHONE: 305-883-6616
FAX: 305-267-4030
E-mail: palmcarpet@bellsouth.net
www.palmettocarpetmiami.com

**INVOICE**
DATE: June 27, 2014

SOLD TO: Drywall Contractors
Attn: Daniel
Palmetto Bay, Fl 33157

JOB LOCATION: 17526 SW 48 Street
Miramar, Fl 331

TELEPHONE: (786) 287-3530

FLOOR — PADDING 3/8" — FURNITURE none

Your order No.

| Salesman | Size | Terms | Description | Installer Name | Quantity | Price | Amount |
|---|---|---|---|---|---|---|---|
| | 204 Sq. Yds. | | Optimum by Shaw Credit<br>Color: Warm Stone<br>Staircase extra labor<br><br>Installed | | | | $4488.00<br><br>$ 80.00 |

| | |
|---|---|
| Subtotal | $4568.00 |
| Sales Tax | $ 319.76 |
| TOTAL | $4887.76 |
| Deposit | |
| BALANCE | |

Ownership of all materials listed on this invoice shall be vested in the seller until all materials are fully paid for. All warranties on materials are vested by their respective manufacturers. If this invoice has to be collected through or on demand of an attorney, then the purchaser agrees to pay reasonable attorney's fees for the making of said collections. Installation is warranted one year from its day of. All goods and services sold on this invoice must be paid in full before 60 days. Deposits cannot be refunded. All sums not paid as due shall be interest 1% per month and unless otherwise stated all sums become due and payable upon completion of work. Cutting of doors not included.

X _____    _____
Received in Good Order                    Date



# PALMETTO CARPET CO.

September 8, 2014

To whom it may concern:

This correspondence is in reference to the carpet installed in 17526 SW 48th Street, Miramar, FL 33029. Upon kick off, the property was inspected for the quality of the existing carpet. We found the carpet to be a 25 oz carpet with a 5lb., 3/8" rebound padding. These are the FHA guidelines for carpet. What was installed in the home is a 25 oz carpet with a 5lb., 3/8" rebound padding, just as it had originally.

After reviewing the homeowners carpet selection from Lowes, we found that the carpet is not the same as she had. The carpet from Lowes is a 68oz carpet, not a 25 oz carpet. Also, the original carpet was 100% Nylon, and the Lowes carpet is 100% polyester. This selection from the homeowner is not what she had. It is an upgraded carpet.

Please contact me if further discussion is needed in this matter. Thank you.

President

Robert Fernandez
President
4741 SW 75 Avenue
Miami, Fl 33155
Tel: (305) 883-6616
Fax: (305) 267-4030
Email: palmcarpet@bellsouth.net
Website: www.palmettocarpetmiami.com
Facebook: www.facebook.com/palmettocarpet

*[handwritten annotation: builder's grade only sells to developers]*



## Leggett & Platt
### CARPET CUSHION

Products | Home  About Us  FAQ  Locations  Become a Dealer  Consumer Central  Contact Us

### Applications

**Residential Carpet Cushion**

ACS Series
- MicroBlend®
- Rubber XD®
- DuraPlush®

Plus Series
- Bonded Plus
- Rubber Plus

Standard Series
- Bonded
- Fiber

**Acoustical Underlayment**
- Premium Series
- Classic Series
- Standard Series

Area Rug Pad Applications
Residential Applications
Commercial Applications
Maritime Applications

# Crushguard™
### Standard Series

## Benefits

- Bonded foam extends the life of the carpet and makes it more comfortable while insulating and reducing noise
- Hypoallergenic and Green Label-certified, 100% recyclable, and helps satisfy LEED building credits
- Made in the USA by an American company and includes warranty



   

### Downloads
- Product Sheet >
- Warranty >
- MSDS >

## Specifications     Features 

| | | | |
|---|---|---|---|
| Product code: | BU0303 | BU0097 | BU0021 |
| Thickness: | 3/8" | 7/16" | 1/2" |
| R-value: | 1.49 | 1.74 | 1.98 |
| Density lbs/ft$^3$ (oz/yd$^2$): | 5.0 lbs/ft$^3$ | | |
| FHA class: | 1 | | |
| Roll size: | 6' x 45' (30 yd$^2$) | | |
| Cushion color/type: | Red | | |
| Film description: | Film with netting | | |
| Certification: | | | |

- Green Label-certified
- Meets or exceeds the Carpet and Rug Institute's Indoor Air Quality testing criteria

   

## Consumer Information

**DO YOU KNOW YOUR CARPET PAD OPTIONS?**

WHY CARPET PAD MATTERS.
Read more

**All About Carpet Pad**

Carpet pad doesn't get the marketplace attention it deserves. Few people talk about it. There just hasn't been enough education on how quality carpet pad is the source behind the comfort and added durability in your carpeting.

durability and comfort >

**Protect your Investment**

It's a wise choice to select the highest-quality carpet pad you can afford.

**What about the environmental impact?**

All our pads qualify for LEED® building credits. And our bonded foam choices are 100% recyclable and made with 100% recycled materials. We're proud that our products have a minimal impact on the environment.

like for like replacement

ANUM



