UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: All Cases | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that undersigned counsel will bring the foregoing Motion for

hearing before the Honorable Eldon E. Fallon, Section L of the United States District Court,

Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130 on Tuesday, the

14th day of July, 2015, beginning at 9:00 a.m. or as soon thereafter as counsel can be heard.

        Respectfully submitted,

                                /s/ *Kerry J. Miller*
                                Kerry J. Miller (LA Bar No. 24562)
                                René Merino (LA Bar No. 34408)
                                ***Baker, Donelson, Bearman, Caldwell &***
                                ***Berkowitz***
                                201 St. Charles Ave.
                                Suite 3600
                                New Orleans, LA 70170
                                PH: (504) 566-8646
                                FAX: (504) 585-6946
                                kjmiller@bakerdonelson.com

                                *Counsel for the Knauf Defendants*

## CERTIFICATE OF SERVICE

**I hereby certify** that the above and foregoing Notice of Submission of the Knauf Defendants' has been served to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 2047, on this 16th day of June, 2015.

**I further certify** that this document is being served this day on Ollie Anum via email and US mail.

/s/ *Kerry J. Miller*

2