UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

**THIS DOCUMENT RELATES TO:**
*Gross v. Knauf Gips KG, 2:09-cv-6690*
*Amorin v. Taishan Gypsum, 2:11-cv-1672*
*Amorin v. Taishan Gypsum, 2:11-cv-1395*
*Amorin v. Taishan Gypsum, 2:11-cv-1673*
*Amorin v. SASAC, 2:14-cv-1727*
*State of Louisiana v. Knauf, 2:10-cv-340*
*Abner v. Taishan Gypsum, 2:11-cv-3094*
*Posey v. BNBM Co., 2:09-cv-6531*
*Morris v. BNBM Co., 2:09-cv-6530*

MDL No. 2:09-md-2047

SECTION L

JUDGE ELDON E. FALLON

MAGISTRATE JUDGE
JOSEPH C. WILKINSON, JR.

## MOTION FOR LEAVE TO EXCEED PAGE LIMITATION

NOW INTO COURT, through undersigned counsel, come China New Building Materials Group ("CNBM Group"), China New Building Materials Co. ("CNBM Co."), CNBMIT Co. Ltd. ("CMBIT"), CNBM USA Corp. ("CNBM USA"), and United Suntech Craft, Inc. ("United Suntech") (collectively "Moving Defendants") and, pursuant to Local Rules 7.7, respectfully request that this Court grant leave to file a Memorandum of Law in Support of Motion to Dismiss the Complaints Pursuant to Rules 12(b)(1), 12(b)(2), 12(b)(4) and 12(b)(5) in excess of the page limitation set forth by Local Rule 7.7.  Given the number and complexity of Plaintiffs' claims and named Defendants in the above-captioned matter, Moving Defendants cannot adequately address the grounds for dismissal in the space allotted by Local Rule.  Therefore, Moving Defendants request that the Court permit them to file a Memorandum in Support of their Motion to Dismiss in excess of page limitations.

1

WHEREFORE, for the foregoing reasons, the Moving Defendants request that this Court grant them leave to file a Memorandum in Support of Motion to Dismiss in excess of the Local Rule page limitation.

Dated: June 16, 2015

                Respectfully submitted,

                /s/ L. Christopher Vejnoska

                L. Christopher Vejnoska (CA Bar No. 96082)
                Ian Johnson (CA Bar No. 208713)
                Andrew Davidson (CA Bar No. 266506)
                Jason Wu (CA Bar No. 279118)
                ORRICK, HERRINGTON & SUTCLIFFE LLP
                The Orrick Building
                405 Howard Street
                San Francisco, CA  94105
                Tel:  415-773-5700
                Fax: 415-773-5759
                E-mail:    cvejnoska@orrick.com
                             ijohnson@orrick.com
                             adavidson@orrick.com
                             jmwu@orrick.com

                James L. Stengel (NY Bar No. 1800556)
                Xiang Wang (NY Bar No. 4311114)
                ORRICK, HERRINGTON & SUTCLIFFE LLP
                51 West 52nd Street
                New York, NY, 10019
                Tel:  212-506-5000
                Fax: 212-506-5151
                Email:     jstengel@orrick.com
                             xiangwang@orrick.com

                Eric A. Shumsky (D.C. Bar No. 477926)
                ORRICK, HERRINGTON & SUTCLIFFE LLP
                Columbia Center
                1152 15th Street NW
                Washington, D.C. 20005
                Tel: 202-339-8400

Fax: 202-339-8500
Email:  eshumsky@orrick.com

Ewell E. Eagan, Jr. (La. Bar No. 5239)
Donna Phillips Currault (La. Bar No. 19533)
Nina Wessel English (La. Bar No. 29176)
Alex B. Rothenberg (La. Bar No. 34740)
GORDON, ARATA, MCCOLLAM, DUPLANTIS &
EAGAN, LLC
201 St. Charles Avenue, 40th Floor
New Orleans, LA 70170-4000
Tel: (504) 582-1111  Fax:  (504) 582-1121
E-mail: eeagan@gordonarata.com
    dcurrault@gordonarata.com
    nenglish@gordonarata.com
    arothenberg@gordonarata.com

*Attorneys for China National Building Materials Group Corporation, China National Building Materials Company Limited, CNBM USA Corp., CNBMIT Co. Ltd., and United Suntech Craft, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing **Motion for Leave to Exceed Page Limitation** has been served on Plaintiffs' Liaison Counsel, Leonard Davis, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 16th day of June, 2015.

/s/ L. Christopher Vejnoska

L. Christopher Vejnoska (CA Bar No. 96082)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105
Tel.:  415-773-5700
Fax.: 415-773-5759
E-mail:cvejnoska@orrick.com

*Counsel for China National Building Materials Group Corporation, China National Building Materials Company Limited, CNBM USA Corp., CNBMIT Co. Ltd., and United Suntech Craft, Inc.*