UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>*Gross v. Knauf Gips KG, 2:09-cv-6690*<br>*Amorin v. Taishan Gypsum, 2:11-cv-1672*<br>*Amorin v. Taishan Gypsum, 2:11-cv-1395*<br>*Amorin v. Taishan Gypsum, 2:11-cv-1673*<br>*Amorin v. SASAC, 2:14-cv-1727*<br>*State of Louisiana v. Knauf, 2:10-cv-340*<br>*Abner v. Taishan Gypsum, 2:11-cv-3094*<br>*Posey v. BNBM Co., 2:09-cv-6531*<br>*Morris v. BNBM Co., 2:09-cv-6530* | MDL No. 2:09-md-2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

**ORDER**

Considering the foregoing Motion for Leave to Exceed Page Limitation filed by Defendants China New Building Materials Group ("CNBM Group"), China New Building Materials Co. ("CNBM Co."), CNBMIT Co. Ltd. ("CMBIT"), CNBM USA Corp. ("CNBM USA"), and United Suntech Craft, Inc. ("United Suntech"),

IT IS ORDERED that the Motion for Leave to File Memorandum in Support of Motion to Dismiss the Complaints Pursuant to Rules 12(b)(2), 12(b)(2), 12(b)(4) and 12 (b)(5) by Defendants China New Building Materials Group, China New Building Materials Co., CNBMIT Co. Ltd, CNBM USA Corp., and United Suntech Craft, Inc. is GRANTED.

New Orleans, Louisiana, this ___ day of _____, 2015

_____
ELDON E. FALLON
United States District Court Judge