UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>*Gross v. Knauf Gips KG, 2:09-cv-6690*<br>*Amorin v. Taishan Gypsum, 2:11-cv-1672*<br>*Amorin v. Taishan Gypsum, 2:11-cv-1395*<br>*Amorin v. Taishan Gypsum, 2:11-cv-1673*<br>*Amorin v. SASAC, 2:14-cv-1727*<br>*State of Louisiana v. Knauf, 2:10-cv-340*<br>*Abner v. Taishan Gypsum, 2:11-cv-3094*<br>*Posey v. BNBM Co., 2:09-cv-6531*<br>*Morris v. BNBM Co., 2:09-cv-6530* | MDL No. 2:09-md-2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

**CHINA NEW BUILDING MATERIALS GROUP, CHINA NEW BUILDING MATERIALS CO., CNBMIT CO. LTD., CNBM USA CORP., AND UNITED SUNTECH CRAFT, INC.'S MOTION TO DISMISS THE COMPLAINTS PURSUANT TO RULES 12(B)(1), 12(B)(2), 12(B)(4) AND 12(B)(5)**

China New Building Materials Group ("CNBM Group"), China New Building Materials Co. ("CNBM Co."), CNBMIT Co. Ltd. ("CMBIT"), CNBM USA Corp. ("CNBM USA"), and United Suntech Craft, Inc. ("United Suntech") (collectively "Moving Defendants") respectfully move the Court to dismiss the complaints against them for lack of subject matter jurisdiction, lack of personal jurisdiction, insufficient process and insufficient service of process pursuant to Rules 12(b)(1), 12(b)(2), 12(b)(4) and 12(b)(5). Good cause for dismissing the referenced complaints as against the Moving Defendants is provided in the accompanying memorandum of law, declarations, and exhibits.

The Moving Defendants respectfully request oral argument of this Motion.

1

Dated: June 16, 2015

        Respectfully submitted,

        /s/ L. Christopher Vejnoska

        L. Christopher Vejnoska (CA Bar No. 96082)
        Ian Johnson (CA Bar No. 208713)
        Andrew Davidson (CA Bar No. 266506)
        Jason Wu (CA Bar No. 279118)
        ORRICK, HERRINGTON & SUTCLIFFE LLP
        The Orrick Building
        405 Howard Street
        San Francisco, CA  94105
        Tel:  415-773-5700
        Fax: 415-773-5759
        E-mail:     cvejnoska@orrick.com
                        ijohnson@orrick.com
                        adavidson@orrick.com
                        jmwu@orrick.com

        James L. Stengel (NY Bar No. 1800556)
        Xiang Wang (NY Bar No. 4311114)
        ORRICK, HERRINGTON & SUTCLIFFE LLP
        51 West 52nd Street
        New York, NY, 10019
        Tel:  212-506-5000
        Fax: 212-506-5151
        Email:      jstengel@orrick.com
                        xiangwang@orrick.com

        Eric A. Shumsky (D.C. Bar No. 477926)
        ORRICK, HERRINGTON & SUTCLIFFE LLP
        Columbia Center
        1152 15th Street NW
        Washington, D.C. 20005
        Tel: 202-339-8400
        Fax: 202-339-8500
        Email:      eshumsky@orrick.com

        Ewell E. Eagan, Jr. (La. Bar No. 5239)
        Donna Phillips Currault (La. Bar No. 19533)
        Nina Wessel English (La. Bar No. 29176)
        Alex B. Rothenberg (La. Bar No. 34740)

GORDON, ARATA, MCCOLLAM, DUPLANTIS & EAGAN, LLC
201 St. Charles Avenue, 40th Floor
New Orleans, LA 70170-4000
Tel: (504) 582-1111  Fax:  (504) 582-1121
E-mail: eeagan@gordonarata.com
   dcurrault@gordonarata.com
   nenglish@gordonarata.com
   arothenberg@gordonarata.com

*Attorneys for China National Building Materials Group Corporation, China National Building Materials Company Limited, CNBM USA Corp., CNBMIT Co. Ltd., and United Suntech Craft, Inc.*

3

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Motion to Dismiss the Complaints Pursuant to Rules 12(b)(1), 12(b)(2), 12(b)(4) and 12(b)(5)** has been served on Plaintiffs' Liaison Counsel, Leonard Davis, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 16th day of June, 2015.

/s/ L. Christopher Vejnoska

L. Christopher Vejnoska (CA Bar No. 96082)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105
Tel.:  415-773-5700
Fax.: 415-773-5759
E-mail:cvejnoska@orrick.com

*Counsel for China National Building Materials Group Corporation, China National Building Materials Company Limited, CNBM USA Corp., CNBMIT Co. Ltd., and United Suntech Craft, Inc.*