UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2:09-md-2047 |
| | SECTION L |
| **THIS DOCUMENT RELATES TO:** *Gross v. Knauf Gips KG*, 2:09-cv-6690 *Amorin v. Taishan Gypsum*, 2:11-cv-1672 *Amorin v. Taishan Gypsum*, 2:11-cv-1395 *Amorin v. Taishan Gypsum*, 2:11-cv-1673 *Amorin v. SASAC*, 2:14-cv-1727 *State of Louisiana v. Knauf*, 2:10-cv-340 *Abner v. Taishan Gypsum*, 2:11-cv-3094 *Posey v. BNBM Co.*, 2:09-cv-6531 *Morris v. BNBM Co.*, 2:09-cv-6530 | JUDGE ELDON E. FALLON MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

## TRANSMITTAL DECLARATION OF KELLY M. DALEY IN SUPPORT OF CNBM DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULE 12(B)(1), (2), (4) and (5)

I, Kelly M. Daley, declare under penalty of perjury, that the following statements are true and correct:

1. I am an attorney at the firm of Orrick, Herrington, & Sutcliff LLP, counsel for defendants China New Building Materials Group ("CNBM Group"), China New Building Materials Co. ("CNBM Co."), CNBMIT Co. Ltd. ("CMBIT"), CNBM USA Corp. ("CNBM USA"), and United Suntech Craft, Inc. ("United Suntech") (collectively the "Moving Defendants"). I respectfully submit this declaration in support of the Moving Defendants' Motion to Dismiss Pursuant to Rules 12(b)(1), (2), (4) and (5) and to transmit evidence to the Court.

2. Attached hereto as Exhibit 1 is a true and correct copy of the declaration of Jianglin Cao, dated June 10, 2015.

1

3. Attached hereto as Exhibit 2 is a true and correct copy of the declaration of Zhangli Chang, dated June 9, 2015.

4. Attached hereto as Exhibit 3 is a true and correct copy of the declaration of Yan Xi Chuan, dated June 12, 2015.

5. Attached hereto as Exhibit 4 is a true and correct copy of the declaration of Lina Zhang, dated June 12, 2015.

6. Attached hereto as Exhibit 5 is a true and correct copy of the declaration of Weisheng Liu, dated June 11, 2015.

7. Attached hereto as Exhibit 6 is a true and correct copy of the declaration of Professor Donald Clary Clarke, dated June 15, 2015.

8. Attached hereto as Exhibit 7 is a true and correct copy of the declaration of Ying Yang, dated June 8, 2015.

9. Attached hereto as Exhibit 8 is a true and correct copy of Plaintiffs' Proof of Service on putative defendant CNBMIT Co., Inc., filed in this action as Rec. Doc. 17269.

10. Attached here as Exhibit 9 is a true and correct copy of Plaintiffs' April 1, 2015 letter to CNBM counsel.

11. Attached here as Exhibit 10 is a true and correct excerpt of the Rule 30(b)(6) Deposition of Taishan Gypsum Co. Ltd. taken June 3, 2015 in New Orleans, Louisiana.

New York, New York
Dated: June 16, 2015

Kelly M. Daley