UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>*Gross v. Knauf Gips KG, 2:09-cv-6690*<br>*Amorin v. Taishan Gypsum, 2:11-cv-1672*<br>*Amorin v. Taishan Gypsum, 2:11-cv-1395*<br>*Amorin v. Taishan Gypsum, 2:11-cv-1673*<br>*State of Louisiana v. Knauf, 2:10-cv-340*<br>*Abner v. Taishan Gypsum, 2:11-cv-3094*<br>*Posey v. BNBM Co., 2:09-cv-6531*<br>*Morris v. BNBM Co., 2:09-cv-6530* | MDL No. 2:09-md-2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

## DECLARATION OF LINA ZHANG

This declaration is made in accordance with and pursuant to 28 U.S.C. § 1746.

I, Lina Zhang, declare under penalty of perjury, that the following statements are true and correct:

1. I am over eighteen (18) years of age, am competent to testify to the matters contained herein, and have personal knowledge of these facts. My native language is Chinese. My ability to understand and speak English is limited. I signed a Chinese version of this Declaration as well as the English version of this Declaration after it was translated for me by a translator with the law firm of Orrick, Herrington & Sutcliffe LLP.

2. From 2003 to 2006, I was a sales manager employed by CNBM International. From 2007 to October 2010, I was the chief representative of CNBM USA Corp. From October 2010 to December 2012, I was the chief operating officer of CNBM International's e-commerce division. Since January 2013, I have been the deputy general manager for CNBM Energy.

3. CNBM USA is an entity organized under the laws of the State of California.

1

4. CNBM USA was formed in October 2006 as a wholly-owned subsidiary of CNBM Import & Export. CNBM USA was not operational until early 2007. I was its first chief representative and the only full-time employee of CNBM USA in the United States. To my knowledge, in 2011, CNBM USA was transferred from CNBM Import & Export to CNBM International. It is currently wholly-owned by CNBM International, a Chinese entity located in the People's Republic of China.

5. CNBM USA was originally formed to develop opportunities within the US market for aluminum products, ceramic tiles, and solar panels.

6. From 2007 to the first half of 2010, CNBM USA had an office in City of Industry, CA. In the second half of 2010, the office moved to Walnut, California. The office in Walnut, CA closed when I returned to China in 2010. When I was chief representative of CNBM USA from 2007 to 2010, CNBM USA only dealt with 3 to 5 customers, and I believe all of them were located in California.

7. To my knowledge, CNBM USA has never done business with an entity in the states of Louisiana, Florida, or Virginia. Nor has CNBM USA ever exported products from the states of Louisiana, Florida, or Virginia.

8. To my knowledge, CNBM USA has never manufactured, produced, promoted, marketed, distributed, shipped or sold drywall in the United States or anywhere else from 2006 through 2008. I am aware of a single instance in 2009 when CNBM USA placed an advertisement in Los Angeles area related to drywall. To my knowledge, there were no advertisements were placed in the states of Louisiana, Florida, or Virginia.

9. CNBM USA has never acted as an agent for BNBM PLC, CNBM Co., BNBM Group, or CNBM Group. CNBM USA did not enter into contracts, market products, engage in sales, or distribute products on behalf of any of those entities.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 12, 2015

                                                                                    *Lina Zhang*
                                                                                    LINA ZHANG

路易斯安那州东区美国联邦地区法院

| | |
|---|---|
| 关于：中国制造的石膏墙产品责任诉讼 | 多地合并诉讼第 2047 号 |
| **本文件与下列案件相关：** | 部门：L |
| *Gross 诉 可耐福, 2:09-cv-6690* | |
| *Amorin 诉 泰山石膏, 2:11-cv-1672* | Fallon 法官 |
| *Amorin 诉 泰山石膏, 2:11-cv-1395* | |
| *Amorin 诉 泰山石膏, 2:11-cv-1673* | WILKINSON 地方法官 |
| *State of Louisiana 诉 Knauf, 2:10-cv-340* | |
| *Abner 诉 泰山石膏, 2:11-cv-3094* | |
| *Posey 诉 北新建材股份, 2:09-cv-6531* | |
| *Morris 诉 北新建材股份, 2:09-cv-6530* | |

## 张李娜的声明

本声明是符合并根据《美国法典》第 28 卷第 1746 条款的规定作出的。

本人，张李娜，声明下列陈述是真实的和正确的，否则将受到对作伪证的惩罚：

1. 我已满十八（18）周岁，有能力对此处包含的事项作证，并且我对这些事实具有个人了解。我的母语是中文。我理解和说英语的能力是有限的。我签署了本声明的中文版本以及由美国奥睿律师事务所的一名翻译人员为我翻译后的本声明的英文版本。

2. 自 2003 年至 2006 年，我是受雇于中建材国际贸易有限公司的一名销售经理。自 2007 年至 2010 年 10 月，我是中国建材国际美国公司的首席代表。自 2010 年 10 月至 2012 年 12 月，我是中建材国际贸易有限公司电子商务部门的首席运营官。自 2013 年 1 月起，我一直担任中建材能源有限公司的副总经理。

3. 中国建材国际美国公司是根据加利福尼亚州法律成立的实体。

4. 中国建材国际美国公司作为中建材集团进出口公司的全资子公司成立于 2006 年 10 月。中国建材国际美国公司直到 2007 年早期才开始运营。我是中国建材国际

1

美国公司在美国的第一任首席代表和唯一的全职雇员。据我所知,在 2011 年,中国建材国际美国公司被中建材集团进出口公司转让给中建材国际贸易有限公司。现在其由中建材国际贸易有限公司(位于中华人民共和国的一家中国实体)全资所有。

5. 中国建材国际美国公司最初成立的目的是为了开发铝制品、陶瓷砖和太阳能电池板在美国市场的机会。

6. 自 2007 年至 2010 年上半年,中国建材国际美国公司在加利福尼亚州的工业市拥有办公室。在 2010 年下半年,办公室迁至加利福尼亚州的华纳特市。在我 2010 年回到中国时,加利福尼亚州核桃市的办公室关闭了。在我自 2007 至 2010 年任职中国建材国际美国公司的首席代表期间,中国建材国际美国公司仅与 3-5 名客户有业务往来,而且我认为他们都是位于加利福尼亚州。

7. 据我所知,中国建材国际美国公司从未与位于路易斯安那州、佛罗里达州或弗吉尼亚州的任何实体有业务往来。中国建材国际美国公司也从未从路易斯安那州、佛罗里达州或弗吉尼亚州出口产品。

8. 就我所知,中国建材国际美国公司在 2006 年至 2008 年这段期间,从未在美国或任何其他地方制造、生产、促销、分销、运输或出售石膏墙。我知道在 2009 年仅有一次中国建材国际美国公司在洛杉矶地区投放了关于中国石膏墙的广告。就我所知,在路易斯安那州、佛罗里达州或弗吉尼亚州没有投放广告。

9. 中国建材国际美国公司从未担任泰山、泰安泰山石膏板、北新建材股份、中国建材股份、北新建材集团或中国建材集团的代理人。中国建材国际美国公司从未代表这些实体签订合同、市场推广产品、从事销售或分销产品。

2

本人声明前述内容是真实的和正确的，否则将受到根据美国法律对作伪证的惩罚。

日期：2015 年 6 月 12 日

_____

张李娜