# EXHIBIT 10

## TO TRANSMITTAL DECLARATION OF KELLY M. DALEY IN SUPPORT OF CNBM DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULE 12(B)(1), (2), (4) and (5)

# FILED UNDER SEAL