UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION  **THIS DOCUMENT RELATES TO:** *All Cases* | MDL No. 2:09-md-2047  SECTION L  JUDGE ELDON E. FALLON  MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

**CHINA NEW BUILDING MATERIALS GROUP, CHINA NEW BUILDING MATERIALS CO., CNBMIT CO. LTD., CNBM USA CORP., AND UNITED SUNTECH CRAFT, INC.'S MOTION FOR LEAVE TO FILE CERTAIN EXHIBITS UNDER SEAL**

China New Building Materials Group ("CNBM Group"), China New Building Materials Co. ("CNBM Co."), CNBMIT Co. Ltd. ("CMBIT"), CNBM USA Corp. ("CNBM USA"), and United Suntech Craft, Inc. ("United Suntech") (collectively "Moving Defendants") respectfully move the Court for leave to file under seal certain exhibits to the Moving Defendants' Motion to Dismiss the Complaint Pursuant to Rules 12(b)(1), 12(b)(2), 12(b)(4), and 12(b)(5).  Exhibit 10 to the Transmittal Declaration of Kelly M. Daley in support of the Motion to Dismiss is a copy of excerpts from the Rule 30(b)(6) deposition of Taishan Gypsum Co., Ltd. taken June 3, 2015 in New Orleans, Louisiana, which has been designated as confidential.  *See* Pretrial Order 16.

Respectfully submitted,

/s/ L. Christopher Vejnoska
L. Christopher Vejnoska (CA Bar No. 96082)

| | |
|---|---|
| L. Christopher Vejnoska (CA Bar No. 96082) | Ewell E. Eagan, Jr. (LA Bar No. 5239) |
| Ian Johnson (CA Bar No. 208713) | Donna Phillips Currault (LA Bar No. 19533) |
| Andrew Davidson (CA Bar No. 266506) | Nina Wessel English (LA Bar No. 29176) |
| Jason Wu (CA Bar No. 279118) | Alex B. Rothenberg (LA Bar No. 34740) |
| Jason Cabot (CA Bar No. 288877) | GORDON, ARATA, MCCOLLAM, |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | DUPLANTIS & EAGAN, LLC |
| The Orrick Building | 201 St. Charles Avenue, 40th Floor |
| 405 Howard Street | New Orleans, LA 70170-4000 |

- 2 -

| | |
|---|---|
| San Francisco, CA  94105 | Tel: (504) 582-1111 |
| Tel.:  415-773-5700 | E-mail: eeagan@gordonarata.com |
| Fax:  415-773-5759 | dcurrault@gordonarata.com |
| E-mail:cvejnoska@orrick.com | nenglish@gordonarata.com |
| ijohnson@orrick.com | arothenberg@gordonarata.com |
| adavidson@orrick.com | |
| jmwu@orrick.com | |
| jcabot@orrick.com | |

James L. Stengel (NY Bar No. 1800556)  
Xiang Wang (NY Bar No. 4311114)  
Kelly Daley (NY Bar No. 4970117)  
ORRICK, HERRINGTON & SUTCLIFFE LLP  
51 West 52nd Street  
New York, NY, 10019  
Tel:   212-506-5000  
Fax:  212-506-5151  
Email:  jstengel@orrick.com  
   xiangwang@orrick.com  
   kdaley@orrick.com  

Jonathan Riddell (LA Bar No. 27053)  
ORRICK, HERRINGTON & SUTCLIFFE, LLP  
400 Capitol Mall  
Suite 3000  
Sacramento, CA 95814  
Tel: 916-447-9200  
Email: jriddell@orrick.com  

Eric A. Shumsky (D.C. Bar No. 477926)  
ORRICK, HERRINGTON & SUTCLIFFE LLP  
Columbia Center  
1152 15th Street NW  
Washington, D.C. 20005  
Tel: 202-339-8400  
Fax: 202-339-8500  
Email:  eshumsky@orrick.com  

*Counsel for Counsel for China National Building Materials Group Corporation, China National Building Materials Company Limited, CNBM USA Corp., CNBMIT Co. Ltd., and United Suntech Craft, Inc.*

Dated**:** June 16, 2015

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing **Motion for Leave to File Certain Exhibits Under Seal** has been served on Plaintiffs' Liaison Counsel, Leonard Davis, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 16th day of June, 2015.

/s/ L. Christopher Vejnoska

L. Christopher Vejnoska (CA Bar No. 96082)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105
Tel.:  415-773-5700
Fax.: 415-773-5759
E-mail:cvejnoska@orrick.com

*Counsel for China National Building Materials Group Corporation, China National Building Materials Company Limited, CNBM USA Corp., CNBMIT Co. Ltd., and United Suntech Craft, Inc.*