UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>*All Cases* | MDL No. 2:09-md-2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

# EXHIBIT 10

TO TRANSMITTAL DECLARATION OF KELLY M. DALEY IN SUPPORT OF CNBM DEFENDANTS' MOTION TO DISMISS COMPLAINTS, FILED PURSUANT TO PRETRIAL ORDER NO. 16

# FILED UNDER SEAL