

**Amanda M. Moeller**
Associate

amanda.moeller@dentons.com
D   +1 312 876 6150

Salans FMC SNR Denton
dentons.com

Dentons US LLP
233 South Wacker Drive
Suite 5900
Chicago, IL 60606-6404 USA

T   +1 312 876 8000
F   +1 312 876 7934

June 4, 2015

**VIA EMAIL**
Russ M. Herman
Leonard A. Davis
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhklawfirm.com
drywall@hhkc.com
ldavis@hhklawfirm.com


Arnold Levin
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
PH: (215) 592-1500
FAX: (215) 592-4663
Alevin@lfsblaw.com


Re:   *In re: Chinese Manufactured Drywall Products Liability Litigation* (MDL 2047)
      BNBM Group ESI Production Volume 4


Dear Counsel:

Please find Beijing New Building Material (Group) Co., Ltd.'s ESI Production Volume 4, Bates numbered BNBM(Group)-E-0007593 to BNBM(Group)-E-0015910, available for download from our FTP site through a link that will be sent to your email. Note that an English translation of the documents is also included in the production. This production also contains documents designated "Confidential-Subject to Protective Order." Please treat them accordingly.

Due to processing issues related to the Chinese origin of these documents, the production contains some "system" files which, in a usual US litigation production of US source documents, would have been excluded from production through the deNISTing process.[1]  Examples include .xml and .bin files. The system files contain no responsive or relevant content. In some instances, the system files have been imaged. In others, a slip sheet has been included identifying the excluded document as a system file. We advise you of the presence of these system files in the production because the system file documents that are presented as images may appear to you to be corrupted. They are not. The images represent the content of the document.

---

[1] DeNISTing involves the removal of files identified by the National Institute of Standards and Technology "that are system generated and generally accepted to have no substantive value . . ." The Sedona Conference Glossary:  E-Discovery & Information Management (3d ed. 2010).

**EXHIBIT C**



June 4, 2015
Page 2

Salans FMC SNR Denton
dentons.com

Please let me know if you have any questions.

Sincerely,

Amanda M. Moeller