UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*All Cases* | |

# EXHIBIT B

## TO BNBM ENTITIES' RESPONSE IN OPPOSITION TO PSC'S EMERGENCY MOTION TO COMPEL DISCOVERY, FILED PURSUANT TO PRETRIAL ORDER NO. 16

# FILED UNDER SEAL

84318826\V-1