UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**MOTION FOR ADDITIONAL TIME TO RESPOND TO BAILEY LUMBER & SUPPLY
CO.'S MOTION TO ENFORCE INJUNCTION REGARDING CLAIMS
BROUGHT BY PLAINTIFFS KYLE AND DENISE NEWMAN**

Plaintiffs, Kyle and Denise Newman, file this, their Motion for Additional Time to Respond to Bailey Lumber & Supply Co.'s Motion to Enforce Injunction Regarding Claims Brought by Plaintiffs Kyle and Denise Newman [Docket No. 18913] and in support thereof, would show unto the Court the following:

1. Bailey Lumber and Supply Co. has noticed its Motion for Submission to this Court for June 23, 2015 and has further requested oral argument for this Motion [Docket No. 18915].

2. Plaintiffs are in need of additional time in which to respond to the Motion because Plaintiff's counsel has been hospitalized and has been unable to file a response to Bailey Lumber & Supply Co.'s Motion.

3. Plaintiffs request an additional ten (10) days in which to respond to the Motion and further request that Bailey Lumber & Supply Co.'s Notice of Submission for its Motion to be heard on June 23, 2015, be continued until after Plaintiffs have had time to respond.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully request that due to medical conditions of Plaintiffs' counsel that they be granted an additional ten (10) days in which to file a response to Bailey Lumber & Supply Co.'s Motion.

WHEREFORE, PREMISES FURTHER CONSIDERED, Plaintiffs request that the date noticed on Bailey Lumber & Supply Co.'s Motion for Submission (June 23, 2015) be continued until Plaintiffs have had the opportunity to file a response.

Respectfully submitted, this the 18th day of June, 2015.

                                          PLAINTIFFS

                                          BY: /S/Wayne E. Ferrell, Jr.
                                               WAYNE E. FERRELL, JR.

OF COUNSEL:

WAYNE E. FERRELL, JR.
Mississippi Bar No. 5182
Post Office Box 24448
Jackson, Mississippi 39225
(601) 969-4700
wferrell@airlawonline.com

CERTIFICATE OF SERVICE

  I, WAYNE E. FERRELL, JR., do hereby certify that I have this day electronically filed the foregoing document with the Clerk of the Court utilizing the ECF system which sent notification of such filing to all counsel of record.

  This the 18th day of June, 2015.

            By: /s/ Wayne E. Ferrell, Jr.
               WAYNE E. FERRELL, JR.