UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL    MDL NO. 2047
PRODUCTS LIABILITY LITIGATION

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

ORDER GRANTING MOTION FOR ADDITIONAL TIME TO RESPOND TO BAILEY LUMBER & SUPPLY CO.'S MOTION TO ENFORCE INJUNCTION REGARDING CLAIMS BROUGHT BY PLAINTIFFS KYLE AND DENISE NEWMAN

This cause is before the Court on Plaintiffs', Kyle and Denise Newman, Motion [Document No. 19159] for Additional Time to Respond to Bailey Lumber & Supply Co.'s Motion [Docket No. 18913] to Enforce Injunction Regarding Claims Brought by Plaintiffs, Kyle and Denise Newman and the Court considering all of the above finds that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that the Plaintiffs are granted ten (10) days from the date of this Order to file their Response to Bailey Lumber & Supply Co.'s Motion [Docket No. 18913] to Enforce Injunction Regarding Claims Brought by Plaintiffs, Kyle and Denise Newman.

SO ORDERED this the _____ day of _____, 2015.

_____
U. S. MAGISTRATE JUDGE

PRESENTED BY:
WAYNE E. FERRELL, JR.
Mississippi Bar No. 5182
Post Office Box 24448
Jackson, Mississippi 39225
(601) 969-4700
wferrell@airlawonline.com