UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION L<br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

The Court convened a conference at the request of the Plantiffs' Steering Committee ("PSC") to consider its Motion for Expedited Return on Discovery Requests, Shortening of Time to Notice Depositions, Request for Extension of June 9, 2015 Deadline for Completion of Discovery, Request for Permission to Serve Discovery on Counsel for the CNBM Entities, or, in the Alternative, Requests that CNBM Entities Provide Discovery in Response to the PSC's Discovery Directed to China Jushi Co., Ltd. (f/k/a China Fiberglass Co., Ltd.) and Jushi Group Co., Ltd. (Rec. Doc. 19105). All parties were present. The Court was advised that Counsel for China Jushi Co., Ltd. And Jushi Group Co., Ltd., Michael McNamara, who was also present at the conference, would be entering the matter shortly. In view of his appearance and the Court's previous order to extend the discovery deadline, the parties agreed that the matters were moot and there was no need for the conference. Therefore,

**IT IS ORDERED** that Motion for Expedited Return on Discovery Requests, etc. **BE DENIED AS MOOT.**

_____
UNITED STATES DISTRICT JUDGE

1