UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

The Court received and reviewed the attached correspondence from claimant Diane Jastram requesting reconsideration of the denial of her late-filed claim. The Court, however, has already considered, and denied, Ms. Jastram's request to make a late-filed claim. (Rec. Doc. 18586). The Court discussed the issue of late-filed claims at some length and has explained the need to bring finality to this issue (*See e.g.*, Rec. Docs. 17872, 17967, 18356). Plaintiff's Liaison Counsel was to provide notice to Ms. Jastram of this denial. However, lack of notice has no bearing on the merits of the claim.

**IT IS ORDERED** that Ms. Jastram's request is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that the attached correspondence shall be filed into the record.

New Orleans, Louisiana, this 16th day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE

cc:
Ms. Diane Jastram
G15 Twin Lights Terrace
Highlands, NJ 07732

1