June 10, 2015



Honorable Eldon Fallon

500 Poydras Street

Room C-456

New Orleans, LA 70130


RE: MDL NO. 2047

Order dated 1/28/2015 (attached)


Dear Judge Fallon,


On January 28, 2015 the court ordered that my late-filed claim and correspondence be entered into the record and reviewed by Defendant's Liaison Counsel and the Pro Se Curator.

My correspondence was reviewed by Rene Merino of the Pro Se Curator's Office and Katie Sanderson of Brown Greer. It was felt that Knauf's approval of my claim would be of no consequence. Katie acknowledges the validity of my claim. Both also agreed that my claim will not affect Knauf's reserves however, they both also felt that only the Court can grant the authority to accept the late-filed claim form for the miscellaneous portion.

I wrote to the Court on May 19, 2015 after Katie and Rene said that they are not empowered to accept the late claim form and that I must get the Court to approve my late filing. I again request permission for my storage/moving costs to be allowed to be filed late. I received correspondence dated May 29th advising that the court had considered and denied my prior request referring to Rec. Doc. 18586. No one has notice of the alleged denial. I have never received notice from the court and am confused. Perhaps there has been a communication error along the way.

In light of the fact that Court ordered the Pro Se Curator and Brown Greer to review the matter and they find no consequence to allowing my claim I am respectfully requesting reconsideration of the alleged denial. I also ask to be provided with a copy of Rec.Doc. 18586 in as much as the only response I received to my request for late filing was the order dated January 28, 2015 and that is not a denial.

Once again, I thank you kindly for your time and professional courtesies in this matter. I anxiously await your response.

Sincerely,


Diane Jastram, G15 Twin Lights Terrace, Highlands, NJ 07732

(848)444-7866 or (732)383-7158 ext1004

15286

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION L |
| | JUDGE FALLON |
| | MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

The Court received and reviewed the attached correspondence from claimant Diane Jastram regarding a request to make a late-filed claim.

**IT IS ORDERED** that the attached correspondence be entered into the record.

**IT IS FURTHER ORDERED** that Defendants' Liaison Counsel and the Pro Se Curator review the correspondence.

New Orleans, Louisiana, this 28th day of January, 2015.

_____
UNITED STATES DISTRICT JUDGE

cc:

Ms. Diane Jastram
G15 Twin Lights Terrace
Atlantic Highlands, NJ 07732

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION L<br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

The Court has received the attached correspondence from pro se Plaintiff Diane Jastram. Ms. Jastram asks for permission to make a late-filed claim. The Court, however, has already considered, and denied, Ms. Jastram's request to make a late-filed claim. (Rec. Doc. 18586). Therefore,

**IT IS ORDERED** that Ms. Jastram's new request is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that the attached correspondence shall be filed into the record.

New Orleans, Louisiana, this 29th day of May, 2015.

_____
UNITED STATES DISTRICT JUDGE

cc:
Ms. Diane Jastram
G15 Twin Lights Terrace
Highlands, NJ 07732

1

# CHINESE DRYWALL SETTLEMENT PROGRAM
## MISCELLANEOUS CLAIM FORM

Pursuant to section 4.7.3.1 of the Knauf Settlement Agreement, the Special Master may consider claims that are not explicitly provided for in the Knauf Settlement Agreement. Use this form only if your damages are not covered by any other claim type. You must fully describe the nature of your claim and attach all relevant documents. Please note that the Special Master has discretion to consider claims submitted under Section 4.7.3.1 of the Knauf Settlement Agreement, and submission of this claim does not necessarily entitle you to compensation. The deadline to file all Claim Forms is October 25, 2013.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit this Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit this Claim Form online.

If you are not able to complete this Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| 1. Claimant Name: | Last Name/Business Name: JASTRAM | First: DIANE | M.I. |
| --- | --- | --- | --- |
| | Co-Owner Last Name/Business Name | Co-Owner First | M.I. |
| | DBA or Fictitious Name (if applicable) | | |

| 2. Individual Claimant's Social Security Number (SSN): | |
| --- | --- |
| 4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant? | ☐ Yes  ☑ No |
| 5. Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant. | Name: _____  SSN: ___-__-____ |

Note: Miscellaneous Claim request with documents sent 7/23/14. Was not aware a sepetate form from original timely filing needed. Katie Sanderson provided form in January 2015. But intent made known prior with documents

1

# CHINESE DRYWALL SETTLEMENT PROGRAM
## MISCELLANEOUS CLAIM FORM

| | |
|---|---|
| **6. Attorney Information:** | ☐ Check here if you are not represented by an attorney and skip to Question 7. If you are represented by an attorney, complete this section. <br><br> **Firm Name:** <br><br> **Attorney Last Name:** **Attorney First Name:** <br><br> **Street:** <br><br> **City:** **State:** **Zip:** <br><br> **Email:** **Phone Number:** |
| **7. Affected Property Address:** | **Street:** 1064 N TAMIAMI TRAIL, UNIT 1433 <br> **City:** SARASOTA **State:** FL **Zip:** 34236 **County/Parish:** SARASOTA |
| **8. Settlement Agreement under which you are submitting this claim (check all that apply):** | ☑ Knauf <br> ☐ Banner. <br> ☐ InEx. <br> ☐ Global. <br><br> Participating Supplier Name: _____ <br> Participating Builder Name: _____ <br> Participating Installer Name: _____ <br><br> ☐ L&W <br> ☐ Unknown. <br><br> Additional Comments (attached additional pages if necessary): |

| | CHINESE DRYWALL SETTLEMENT PROGRAM<br>MISCELLANEOUS CLAIM FORM | |
|---|---|---|
| 9. Lawsuit: | Jurisdiction: _____<br>Case/Docket Number: _____<br>Date Filed: ___/___/___<br>(month/day/year) | CLAIM<br>101 221<br>ID: 1965 |
| 10. Drywall Manufacturer: | ☒ Knauf<br>   ☒ I am a member of the Knauf Settlement Class<br>   ☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class<br>☐ Mixed (Knauf and other)<br>☐ Non-Knauf<br>☐ Unknown | |
| 11. Select the option that best describes your relationship to the Affected Property: | ☐ Residential Owner<br>☐ Commercial/Rental Property Owner<br>☒ Tenant<br>☐ Previous Commercial/Rental Property Owner<br>☐ Previous Residential Owner<br>☐ Repairing Builder/Installer/Assignee<br>☐ Non-Tenant Occupant (e.g. family member)<br>☐ Condominium Association<br>☐ Mortgagee (Bank)<br>☐ Other:_____ | |
| 12. Select the option that best describes how you used the Affected Property: | ☒ Primary Residence<br>☐ Rental/Commercial Property<br>☐ Secondary Residence<br>☐ Vacant<br>☐ Other:_____ | |

### B. CLAIM INFORMATION

Pursuant to section 4.7.3.1 of the Knauf Settlement Agreement, the Special Master may consider claims that are not explicitly provided for in the Knauf Settlement Agreement. Use the text box below to describe the nature of your claim. Once you have described the nature of your claim, submit all documents that you believe support your claim to the Settlement Administrator as well as the Verification of Claims form. You must also sign your claim by using the Signature and Submission feature. Your claim will not be complete until you sign and submit it.

IN ADDITION TO LIVING ON PREMISES I WORKED IN BUILDING AS CONCIERGE. I AM 58 AND DISABLED WITH HEART DISEASE (WHILE LIVING IN EFFECTED UNIT I WENT INTO UNEXPLAINED CARDIAC SPASM AND HAD TO HAVE SURGERY AFTER MOVING OUT OF UNIT TO DIFFERENT UNIT NO FURTHER EPISODES - I MISSED

## CHINESE DRYWALL SETTLEMENT PROGRAM
## MISCELLANEOUS CLAIM FORM

DEADLINE + DID NOT PRESENT A BODILY INJURY CLAIM BUT DID HAVE OUT OF POCKET MEDICAL BILLS). MY HISTORY IN MIND MY CARDIOLOGIST ADVISED ME NOT TO BE IN BUILDING WHERE GASES, FUMES & DUST PARTICLES WOULD BE PRESENT DURING REMEDIATION. THIS CREATED A LIFE CHANGING SITUATION: I COULD NOT RENEW MY LEASE, I HAD TO LEAVE MY JOB AND MOVE. MY FAMILY IS IN NJ. I MOVED IN WITH FAMILY BUT DID NOT FIND A JOB FOR 4 MONTHS. I HAD TO HIRE MOVING PEOPLE TO PUT MY FURNITURE IN STORAGE. I COULD NOT AFFORD TO MOVE MY THINGS CROSS COUNTRY SO I PUT EVERYTHING IN STORAGE IN SARASOTA + DROVE TO NJ WITH MY CAR FULL OF CLOTHES AND MY IMPORTANT PAPERS. I AM STILL PAYING STORAGE AND RENTING A FURNISHED APARTMENT. MY ENTIRE LIFE IS NOW CHANGED.

MY LEASE ENDS IN JUNE AND I HAVE A NEW JOB. I AM SEEKING RE-IMBURSEMENT OF MY MOVING COSTS, STORAGE, CROSS COUNTRY TRIP TO NJ, LOST WAGES, AND COST TO TRANSPORT MY BELONGINGS TO WHERE I NOW LIVE.

I HAVE ATTACHED DOCUMENTATION OF MY COSTS WITH RECEIPTS, PROOFS AND A LETTER OF EXPLANATION THAT WAS SENT TO CLAIMS AT AN EARLIER TIME (7/23/14)

THANK YOU

**C. SIGNATURE** _[signature]_

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| **Chinese Drywall Settlement Program** <br> **Miscellaneous Claim Form** ||||
|---|---|---|---|
| **Signature of Claimant/Attorney:** | *[signature]* | **Date:** | 01/09/15 <br> (Month/Day/Year) |
| **Printed Name:** | First  Last | | M.I. |

[This space left intentionally blank.]

| | APPENDIX : MISCELLANEOUS CLAIM FORM INSTRUCTIONS AND DEFINITIONS (You may detach this and use when filling out your Claim Form. Do not return this Appendix with your Claim Form when you submit it.) |
|---|---|
| | **SECTION 1. GENERAL INSTRUCTIONS** |
| 1. | To make a Miscellaneous Claim under any Chinese Drywall Settlement Agreement, you must complete and submit this Claim Form and all documentation required by the Settlement ("Required Documentation") to the Claims Administrator on or before October 25, 2013. You must also submit the Verification of Claims form with your Claim. |
| 2. | If you have access to a computer with an internet connection, it will be easier for you to fill out and submit your Claim Form online, rather than on this paper Claim Form. The online claim process will guide you through only the specific questions you need to answer as you go along. Go to https://www3.browngreer.com/drywall to submit a claim online. |
| 3. | If you choose to fill out a paper Claim Form, be sure to read the entire Claim Form and fill out every section needed to assert your claim. |
| 4. | As you complete your Claim Form, you may come across words that are unfamiliar to you. Section 2 of this Appendix defines many terms that are found in the Claim Form. Consult these definitions if you need help understanding the meaning of a particular term. |
| 5. | Any term used in the Claim Form or in this Appendix that is defined in the Settlement Agreement will have the meaning set forth in the Settlement Agreement. If there is any conflict between the terms in the Settlement and the terms in the Claim Form or Appendix, the meaning set forth in the Settlement Agreement controls. |
| 6. | Submit your Claim Form and all Required Documentation to the Claims Administrator by US Registered mail at the following address:<br><br>**Chinese Drywall Settlement Administrator**<br>**P.O. Box 25401**<br>**Richmond, Virginia 23260** |
| 7. | Your claim will be reviewed more quickly if you submit all of your Required Documentation along with your Claim Form. If you need to submit any Required Documentation separately, put your name and the address of the Affected Property on a cover sheet or on the first page of what you submit, so the Claims Administrator can properly place the documents in your file. |
| 8. | If you have any questions about how to submit your claim, go to https://www3.browngreer.com/drywall , or call toll free at 1-866-866-1729. Do not call the Court or any Judge's office to ask questions about how to complete this Claim Form, what documentation is required or the status of your claim in general. |
| | **SECTION 2. DEFINITIONS.** |
| 1. | **Affected Property:** The Property, Residential or Commercial, containing Chinese Drywall for which you are making a claim. |
| 2. | **Assignee:** A person appointed to act for another, in which the rights held by one party – the **assignor**, are transferred to another party – the **assignee**. |
| 3. | **Assignor:** A person, company, or entity who transfers rights that they hold, to another entity. |
| 4. | **Banner:** Banner Supply Co., Banner Supply Co. Pompano, LLC, Banner Supply Co. Port St. Lucie, LLC ("Banner PSL"), Banner Supply Co. Ft. Myers, LLC, Banner Supply Co. Tampa, LLC, Banner Supply International, LLC, and any other entity insured under the Banner Insurance Policies (collectively, "Banner"). |
| 5. | **Chinese Drywall:** Any and all drywall products manufactured in whole or in part, in China, or that include components manufactured, in whole or in part, in China that are alleged to be defective. |

6

| 6. | **Commercial Owner:** Owner of a Commercial Property. |
|---|---|
| 7. | **Commercial Property:** An Affected Property used for the purpose of selling or renting the Affected Property or using the Affected Property to conduct a business. |
| 8. | **Global:** Settlement involving builders, installers, suppliers, and participating insurers. |
| 9. | **Home Builder:** The company or entity that built the Affected Property. |
| 10. | **InEx:** All InEx entities, including, but not limited to, Interior/Exterior Building Supply, L.P. and all of their past, present and future owners, partners, shareholders, officers, directors, agents, attorneys, employees, parents, associates, subsidiaries, divisions, affiliates, Insurers, and all predecessors and successors, assigns, or legal representatives. |
| 11. | **Installer:** Any person or entity involved in the installation, hanging, taping, and/or floating of Chinese Drywall in the Affected Property. |
| 12. | **Knauf:** Knauf Plasterboard (Tianjin) Co., Ltd. ("KPT"), Knauf Plasterboard (Wuhu) Co., Ltd. ("Wuhu"), Guangdong Knauf New Building Material Products Co., Ltd. ("Dongguan"), Knauf Gips KG ("Knauf Gips"), Gebr. Knauf Verwaltungsgesellschaft KG, Knauf International GmbH, Knauf Insulation GmbH ("KI"), Knauf UK GmbH, Knauf AMF GmbH & Co. KG, Knauf do Brasil Ltda. and PT Knauf Gypsum Indonesia (collectively, the "Knauf Defendants"). |
| 13. | **L&W:** L&W Supply Corporation and all of its past, present and future parents, subsidiaries, affiliates, divisions, predecessors, successors, heirs, legal representatives, legatees and/or assigns, together with past, present and future officers, directors, board members, shareholders, members, presidents, managers, partners, employees, distributors, retail dealers, agents, servants, representatives, consultants, in-house or outside attorneys, Insurers, and reinsurers. |
| 14. | **Mixed:** A property that contains Chinese Drywall manufactured by Knauf and by any other manufacturer. |
| 15. | **Non-Knauf:** Chinese Drywall determined to have been manufactured by an entity other than Knauf. |
| 16. | **Owner:** A person who is the current legal owner of an Affected Property. |
| 17. | **Participating Builder:** Any Builder entity identified as a Participating Defendant on *Exhibit 1 – Participating Defendants*, attached as Exhibit 1 to Global Settlement Agreement. |
| 18. | **Participating Defendant:** Any defendant identified on *Exhibit 1 – Participating Defendants*, attached as Exhibit 1 to Global Settlement Agreement. Knauf is not included as a Participating Defendant. |
| 19. | **Participating Installer:** Any Installer entity identified as a Participating Defendant on *Exhibit 1 – Participating Defendants*, attached as Exhibit 1 to Global Settlement Agreement. |
| 20. | **Participating Insurer:** Any Insurer entity identified as a Participating Insurer on *Exhibit 2 – Participating Insurers*, attached as Exhibit 1 to Global Settlement Agreement. |
| 21. | **Participating Supplier:** Any Supplier entity identified as a Participating Defendant on *Exhibit 1 – Participating Defendants*, attached as Exhibit 1 to Global Settlement Agreement. |
| 22. | **Previous Owner:** A person who formerly owned an Affected Property. |
| 23. | **Primary Residence:** The house or dwelling where a person lives for the majority of the calendar year. |
| 24. | **Rental Property:** An Affected Property used for the purpose of renting the Affected Property to a tenant. |
| 25. | **Residential Owner:** A person who owned and resided in an Affected Property. |

7

| 26. | **Residential Property:** A home or dwelling which serves as a Primary or Secondary Residence. |  |
|---|---|---|
| 27. | **Representative Claimant:** An Individual appointed to act on behalf of another person, such as a minor or incompetent. |  |
| 28. | **Secondary Residence:** A home or dwelling where a person lives part-time or less than the majority of the calendar year, such as a summer or vacation home. |  |
| 29. | **Supplier:** The entity that supplied the Chinese Drywall in the Affected Property. We need this information to determine whether you are part of the Banner, InEx, or Global Settlements, which are settlements that includes numerous builders, suppliers, and installers. |  |
| 30. | **Tenant:** A non-Owner who rents or previously rented an Affected Property. |  |
| 31. | **Vacant Property:** An Affected Property in which no person or entity currently resides |  |
|  | **SECTION 3. DETAILED INSTRUCTIONS FOR ANSWERING MISCELLANEOUS CLAIM FORM QUESTIONS.** |  |
|  | **A. Miscellaneous Claim Information** |  |
| 1. | **Claimant Name:** | If you are an individual, print your Last Name, First Name, and Middle Initial in the appropriate box. The Claimant is the individual who suffered the Bodily Injury. |
| 2. | **Claimant's Social Security Number (SSN):** | If you are an individual, provide your Social Security Number. |
| 3. | **Business Claimant's Employer Identification Number (EIN):** | Answer this question YES if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant. |
| 4. | **Representative Claimant:** | Provide the name and social security number of the Representative Claimant who is pursuing the claim on behalf of a minor, deceased or incompetent claimant. |
| 5. | **Representative Claimant Name and SSN:** | If you are represented by an attorney, list the Firm name, attorney name, address, email, and telephone number of the attorney representing you. If you are not represented by an attorney, you do not need to provide this information. |
| 6. | **Attorney Information:** | List the address of the Affected Property that contains the KPT Chinese Drywall. |
| 7. | **Affected Property Address:** | List the address of the Affected Property that contains the KPT Chinese Drywall. |

8

| 8. | **Settlement Agreement and Builder, Supplier and/or Installer Information:** | Check all Settlements that you believe you are a claimant in. Check unknown if you do not know which Settlements you are a claimant in.<br><br>You are a claimant in the Banner Settlement if Banner Supply Co., Banner Supply Co. Pompano, LLC, Banner Supply Co. Port St. Lucie, LLC, Banner Supply Co. Ft. Myers, LLC, Banner Supply Co. Tampa, LLC, Banner Supply International, LLC, and any other entity insured under the Banner Insurance Policies supplied the drywall in the Affected Property.<br><br>You are a claimant in the InEx Settlement if Interior Exterior Building Supply, LP supplied the drywall in the Affected Property.<br><br>You are a claimant in the L&W Settlement if L&W Supply Corporation or USG Corporation supplied the drywall in the Affected Property.<br><br>You are claimant in the Global Settlement if one of the 700 Participating Builders, Suppliers, and Installers listed in the Global Settlement Agreement built the Affected Property, supplied the drywall in the Affected Property, or installed the drywall in the Affected Property. You can see the list of Participating Builders, Suppliers, and Installers at https://chinesedrywallclass.com. Check the next to the Settlement you would like to participate in.<br><br>Provide the Builder Name, Supplier Name and Installer Name of the Chinese Drywall in the Affected Property. If you do not know, write Unknown. |
|---|---|---|
| 9. | **Lawsuit:** | Provide information regarding lawsuits you may have filed related to Chinese Drywall in your Affected Property. Provide the Jurisdiction, case/docket number and the date the lawsuit was filed. |
| 10. | **Drywall Manufacturer:** | Select the manufacturer of the Chinese Drywall in the Affected Property. Select **Knauf** if Knauf manufactured all of the Chinese Drywall in the Affected Property. Select **Mixed** if Knauf manufactured some of the Chinese Drywall in the Affected Property, but not all of it. Select **Non-Knauf** if Knauf did not manufacture any of the Chinese Drywall in the Affected Property. Select Unknown if you do not know the manufacturer of the Chinese Drywall in the Affected Property. |
| 11. | **Relationship to the Affected Property:** | Select **Residential Owner** if you are a current Residential Owner of the Affected Property. Select **Commercial/Rental Property Owner** if you are a current Commercial or Rental Property Owner of the Affected Property. Select **Tenant** if you a current tenant of the Affected Property. Select **Previous Commercial/Rental Property Owner** if you are previous Commercial or Rental Property owner of the Affected Property. Select **Previous Residential Owner** if you are a previous Residential Owner of the Affected Property. Select **Repairing Builder/Installer/Assignee** if you are a Builder that constructed the Affected Property or an Installer who installed Chinese Drywall in the Affected Property or an Assignee who has been assigned the authority to pursue the claim. Select **Non-Tenant Occupant** if you are not the main tenant of the Affected Property but reside in the property. Select **Condominium Association** if you are pursuing this claim on behalf of a Condominium Association. Select **Mortgage** if you are pursuing this claim on behalf of a financial institution associated with the Affected Property. Select **Other** if none of the selections describe your relationship to the Affected Property and explain. |

| | | |
|---|---|---|
| 12. | **Property Type:** | Select all that apply:<br><br>**Primary Residence:** You live in the property the majority of the year.<br>**Rental:** You rent the property to a tenant.<br>**Commercial:** You do not live in the property, but operate a business out of the property and this is the primary purpose of the business.<br>**Secondary Residence:** You live in the property, but for less than the majority of the year.<br>**Vacant:** No person or entity currently resides in the property. |
| **Section B. Required Documents** |||
| colspan=2 **Required Documents** | You must submit certain documents required by the Settlement Agreements. We cannot review your claim until you submit all documents listed in the Required Documents section. For more information about why we are requesting these documents, please see Section 4.7.2.3 of the Knauf Settlement Agreement. |
| **Section C. Signature** |||
| colspan=2 **Signature** | An attorney can sign on behalf of a claimant. By signing on behalf of a claimant, the signing attorney is certifying that all of the information in the Claim Form is correct. |

10