IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**O R D E R**

Considering the Plaintiffs' Steering Committee's Motion for Leave to File Emergency Motion to Compel Discovery Directed to Taishan Gypsum Co., Ltd.; Beijing New Building Materials Public Limited Company; Beijing New Building Material (Group) Co., Ltd.; China National Building Materials Group Corporation and China National Building Materials Company, Ltd., with all supporting memoranda and exhibits, UNDER SEAL;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the attached Emergency Motion to Compel Discovery Directed to Taishan Gypsum Co., Ltd.; Beijing New Building Materials Public Limited Company; Beijing New Building Material (Group) Co., Ltd.; China National Building Materials Group Corporation and China National Building Materials Company, Ltd., with all supporting memoranda and exhibits, be and is hereby filed UNDER SEAL.

New Orleans, Louisiana, this 16th day of June, 2015.

_____
Eldon E. Fallon
United States District Court Judge