# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CHINA NATIONAL BUILDING MATERIAL INVESTMENT CO., LTD. (F/K/A BND CO., LTD.) Plaintiff, | § § § § § | |
| vs. | § § | CIV. ACTION NO. 14-CV-00701-SS |
| BNK INTERNATIONAL, LLC and JEFFREY J. CHANG Defendants. | § § § § | |

## ORDER ABATING CASE

On June 10, 2015, the Court held a hearing to consider *Defendants' Joint Motion to Dismiss as Result of Apparent Injunction Against Plaintiff* [#28] filed by Jeffrey J. Chang ("Chang") and BNK International LLC and the *Plaintiff's Response to Defendants' Joint Motion to Dismiss as Result of Apparent Injunction Against Plaintiff* [#29] filed by China National Building Material Investment Co., Ltd. ("CNBMI"). Having considered the documents, file as a whole, evidence presented, argument of counsel, the Order entered July 17, 2014, at Docket No. 17869 (the "Order"), by the Honorable Eldon E. Fallon in *In re Chinese Manufactured Drywall Products Liability Litigation*, Case No. 09-MD-02-47-EEF, In the United States District Court for the Eastern District of Louisiana ("Drywall Litigation"), and the governing law, the Court enters the following orders.

IT IS ORDERED that this case shall be abated and all matters STAYED, including all discovery requests and responses, pending further orders of this Court.

IT IS FURTHER ORDERED that, by no later than July 17, 2015, the parties file an appropriate joint request in the Drywall Litigation seeking direction from the presiding judge in that case as to the effect the Order has, if any, on the pendency of this action.

IT IS FURTHER ORDERED that upon receipt by the parties of direction from the presiding judge in the Drywall Litigation, the parties shall so inform this Court and seek further relief as appropriate at that time.

SIGNED June 17, 2015

_____
UNITED STATES DISTRICT JUDGE

**Approved as to form:**

*/s/ Peter C. Ruggero*
Peter C. Ruggero
Texas Bar No. 24044376
RUGGERO LAW FIRM PC
1411 West Avenue, Ste 200
Austin, TX 78701
Telephone: 512.473.8676
Facsimile: 512.852.4407
peter@ruggerolaw.com

*Attorney for Jeffrey J. Chang*

*/s/ Brent A. Devere*
Brent A. Devere
Texas Bar No. 00789256
1411 West Avenue, Ste 200
Austin, TX 78701
Telephone: 512-457-8080
Facsimile: 512-457-8060
BDevere@1411west.com

*Attorney for BNK International, LLC*

*/s/ R. Edward Perkins*
R. Edward Perkins
State Bar No. 15790410
Sheehy, Ware & Pappas, P.C.
909 Fannin Street, Suite 2500
Houston, Texas 77010
(713) 951-1004
(713) 951-1199 fax
eperkins@sheehyware.com

Ray Hughes
IL State Bar No. 6311537
Leech, Tishman, Fuscaldo & Lampl, LLC
4225 Naperville Road, Suite 230
Lisel, Illinois 60532
(630) 505-1600
(630) 505-1608 fax
rhughes@leechtishman.com

*Attorneys for Plaintiff China National Building Material Investment Co.,Ltd.*