UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION "L", MAG. "2" |
| THIS DOCUMENT RELATES TO:<br>*Beane v. Gebrueder Knauf Verwaltungsgesellschaft KG, No. 2:13-cv-609* | JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

### UNOPPOSED MOTION TO APPROVE
### PTO 26 ALREADY REMEDIATED PROPERTY CLAIM

NOW COMES the Claimant Sami Slim, through the undersigned counsel of record, who respectfully moves this Honorable Court to find that the Claimant Sami Slim is the sole person and class member entitled to recover any funds in connection with the settlement of this action for all claims associated with the remediated property located at 9677 Cinnamon Court, Parkland, FL 33067, and that all other claims which may be brought in the future are barred under the terms of the settlements in this action, all as more fully set forth in the attached memorandum filed in support of this motion.

The Defendant Knauf Plasterboard (Tianjin), Ltd. has no objection to the granting of this motion.

WHEREFORE, the Claimant Sami Slim prays this Honorable Court find that he is the sole person and class member entitled to recover any funds in connection with the settlement of this action for all claims associated with the remediated property located at 9677 Cinnamon Court, Parkland, FL 33067, and that any other claims for this property are barred.

Respectfully submitted,

/s/ *Tom W. Thornhill*
Tommy W. Thornhill, #12776, T.A.
Thornhill Law Firm, A PLC
1308 Ninth Street
Slidell, Louisiana 70458
Telephone: (985) 641-5010
Facsimile: (985) 641-5011
tom@thornhilllawfirm.com

And

*/s/ N. Frank Elliot III*
N. FRANK ELLIOT, III, T.A. (#23054)
N. Frank Elliot III, L.L.C.
P. O. Box 3065
Lake Charles, LA 70602-3065
Tel.:  (337) 309-6999
Fax:  (337) 439-2545
Email: frank@nfelaw.com

And


*/s/ D. Blayne Honeycutt*
D. Blayne Honeycutt, La. Bar Roll #18264
FAYARD AND HONEYCUTT, APLC
519 Florida Avenue, SW
Denham Springs, LA 70726
Phone: (225) 664-4193
Facsimile: (225) 664-6925
Email:  dbhoneycutt@fayardlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 19th, 2015, a copy of the above and foregoing Unopposed Motion was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

    /s/ Tom W. Thornhill_____
    Tommy W. Thornhill, #12776