CFN # 106647459, OR BK 43216, Page 1416, Page 1 of 2, Recorded 12/05/2006 at 01:36 PM, Broward County Commission, Doc. D $6121.50 Deputy Clerk 3160

Case 2:09-md-02047-EEF-MBN   Document 19168-4   Filed 06/19/15   Page 1 of 3

This Instrument Prepared By/
Name: CASEY WILLIAM COUGHLIN, ESQ.
Address: 1401 University Drive, Suite 600
Coral Springs, Florida 33071

WC# 111 CODE 2563
Folio No.: 17133-85-40 500

KUPFER, KUPFER & SKOLNICK, P.A.
5541 University Drive, Suite No. 103
Coral Springs, Florida 33067

Record and Return To:

Property Appraisers Parcel Identification (Folio) Numbers(s): 7133-05-4050

Grantee's Federal I. D. #:

---

This Special Warranty Deed (this "Deed") Made and executed this 27 day of November A.D. 2006 by and between WCI COMMUNITIES, INC., a Delaware corporation, ("Grantor") successor by merger of WCI Communities Limited Partnership into Florida Design Communities, Inc. and having a place of business at 24301 Walden Center Dr., Bonita Springs, FL 34134 and

SAMI SLIM

whose permanent post office address at: 1505 N. University Drive, 3rd Floor, Coral Springs, FL 33071 ("Grantee")

Witnesseth: That the grantor, for and in consideration of the sum of Ten and No/100 ($10.00) and other good and valuable consideration, the receipt of which is hereby acknowledged, by these presents does grant, bargain, and sell, unto Grantee, and Grantee's heirs, successors and assigns forever, all the right, title, interest, claim and demand that Grantor has or may have in and to the following described real property (the "Property") located and situate in the County of Broward and State of Florida, to wit:

Lot 3, Block S, PARKLAND GOLF AND COUNTRY CLUB, REPLAT #2, according to the Plat thereof, as recorded in Plat Book 174, Page 137 - 161, of the Public Records of Broward County, Florida.

The Property is conveyed subject to the following:

1. Real Estate, ad valorem and non-ad valorem taxes and/or assessments, for the year 2006 and subsequent years not yet due and payable.

2. Conditions, restrictions, limitations, reservations, easements and other agreements of record affecting the Property.

3. Restrictions, conditions, reservations, easements, and other matters contained on the Plat of PARKLAND GOLF AND COUNTRY CLUB, as recorded in Plat Book 172, Page(s) 81, together with O.R. Book 35804, Page 938, of the Public Records of Broward County, Florida; and amendments and supplements, if any, thereto.

4. Restrictions, conditions, reservations, easements, and other matters contained on the Plat of PARKLAND GOLF AND COUNTRY CLUB REPLAT #2 as recorded in Plat Book 174, Page 137 - 161, of the Public Records of Broward County, Florida; and amendments and supplements, if any thereto.

5. Parkland Golf & Country Club Declaration (deleting therefrom any restrictions indicating any preference, limitation or discrimination based on race, color, religion, sex, handicap, familial status or national origin) as set forth in the document recorded in O. R. Book 34921, Page 1390, of the Public Records of Broward County, Florida.

6. Applicable zoning, land use and subdivision ordinances, restrictions and/or agreements.

Exhibit "A"

Grantor does hereby warrant the title to the Property hereby conveyed, and will defend the same against the lawful claims of all persons claiming by, through or under Grantor, but none other.

IN WITNESS WHEREOF, Grantor has caused these presents to be executed in its name, by its proper officers thereunto duly authorized, the day and year first above written.

WCI COMMUNITIES, INC., a Delaware corporation, of WCI Communities Limited Partnership into Florida Design Communities, Inc.

Signed and delivered in the presence of:

Name: JANET M. COUGHLIN

Name: Joanne Sica

By: _____
Mike Tarhini, as Authorized Agent

STATE OF FLORIDA
COUNTY OF BROWARD

I HEREBY CERTIFY that on this day, before me, an officer duly authorized in the State and County aforesaid to take acknowledgments, personally appeared Mike Tarhini, as Authorized Agent of WCI COMMUNITIES, INC., a Delaware corporation, to me known to be the person described in and who executed the foregoing deed, and that he acknowledged executing the same in the presence of two subscribing witnesses freely and voluntarily under authority duly vested in him by said corporation. He is personally known to me.

WITNESS my hand and official seal in the County and State last aforesaid this 27 day of November, A.D. 2006.

Name: JANET M. COUGHLIN
Notary Public

# Form 1040 — U.S. Individual Income Tax Return 2010

Department of the Treasury—Internal Revenue Service  (99)  IRS Use Only—Do not write or staple in this space.  OMB No. 1545-0074

**CLIENT COPY**

### Name, Address, and SSN

See separate instructions.

- Your first name and initial: **SAMI**
- Last name: **SLIM**
- If a joint return, spouse's first name and initial: 
- Last name: 
- Home address (number and street): **9677 Cinnamon Court**
- Apt. no.: 
- City, town or post office, state, and ZIP code: **PARKLAND   FL   33076**
- Your social security number: [redacted]
- Spouse's social security number: 
- Make sure the SSN(s) above and on line 6c are correct.

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund ▶ [X] You  [ ] Spouse

### Filing Status (Check only one box)

1. [ ] Single
2. [ ] Married filing jointly (even if only one had income)
3. [ ] Married filing separately. Enter spouse's SSN above and full name here ▶
4. [X] Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here ▶
5. [ ] Qualifying widow(er) with dependent child

### Exemptions

- 6a [X] **Yourself.** If someone can claim you as a dependent, do not check box 6a
- 6b [ ] **Spouse**
- Boxes checked on 6a and 6b: **1**
- No. of children on 6c who:
  - lived with you: **2**
  - did not live with you due to divorce or separation (see instructions):
- Dependents on 6c not entered above:

6c. Dependents:

| (1) First name | Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qual. child for child tax cr. |
|---|---|---|---|---|
| SAMI JR | SLIM | [redacted] | Son | |
| SAMANTHA | SLIM | [redacted] | Daughter | |

If more than four dependents, see instructions and check here ▶ [ ]

d. Total number of exemptions claimed — Add numbers on lines above ▶ **3**

### Income

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld. If you did not get a W-2, see page 20.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | |
| 8a | Taxable interest. Attach Schedule B if required | |
| 8b | Tax-exempt interest. Do not include on line 8a | |
| 9a | Ordinary dividends. Attach Schedule B if required | |
| 9b | Qualified dividends | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [ ] | |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions | |
| 15b | Taxable amount | |
| 16a | Pensions and annuities | |
| 16b | Taxable amount | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits | |
| 20b | Taxable amount | |
| 21 | Other income. List type and amount | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | |

### Adjusted Gross Income

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | |
| 25 | Health savings account deduction. Attach Form 8889 | |
| 26 | Moving expenses. Attach Form 3903 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | |
| 29 | Self-employed health insurance deduction | |
| 30 | Penalty on early withdrawal of savings | |
| 31a | Alimony paid  b Recipient's SSN ▶ | |
| 32 | IRA deduction | |
| 33 | Student loan interest deduction | |
| 34 | Tuition and fees. Attach Form 8917 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | |
| 36 | Add lines 23 through 31a and 32 through 35 | |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.  
DAA  
Form **1040** (2010)