# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 <br> SECTION: L |
| THIS DOCUMENT RELATES TO: <br> *Beane v. Gebrueder Knauf Verwaltungsgesellschaft KG*, No. 2:13-cv-609 | JUDGE FALLON <br> MAGISTRATE JUDGE WILSON |

## OPT IN FORM FOR CLAIMANT

To:  Russ Herman, Esq.
Herman, Herman & Katz
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhklawfirm.com

Kerry J. Miller, Esq.
Frilot LLC
1100 Poydras Street, Suite 3700
New Orleans, LA 70163
kmiller@frilot.com

I hereby agree to participate in the Settlement dated ~~July~~ August 12, 2013 according to the terms and conditions of that Settlement:

_____
(Signature of Claimant)

Sami Slim
(Printed Name of Claimant)

9/4/13
Date

Exhibit "B"

EXHIBIT F

61370002.docx