# RESIDENTIAL CONSTRUCTION AGREEMENT

License No. CGC1506516

**THIS AGREEMENT** is made this ___20th___ day of ___April___, 2011, by and between AGC General Contractor, Inc.(Builder), and Sami Slim (Owner) for the drywall replacement of a single-family residence for the owners of property located in _____Broward_____ County, State of Florida, and legally described as Lot _B_ Block _S_ of the _Parkland Golf and Country Club_ Subdivision and also known and numbered as 9677 Cinnamon Court, Parkland Florida 33076.

The Builder and Owners agree as set follows:

1. **Contract Documents.**
   The terms of this contract include the conditions of this contract and by reference the provisions in the other documents specifically listed in Exhibit A. The terms of this agreement shall prevail over any conflicting provisions in the documents incorporated by reference. If a conflict exists between the plans and the specifications, the specifications shall govern.

2. **The Work.**
   Unless otherwise specifically noted, Builder shall provide and pay for all labor, materials, equipment, tools, construction equipment and machinery, transportation, and other facilities and services necessary for the proper execution and completion of the residence. The work shall be done substantially in conformance with the plans and specifications that have been initialed or signed by each party. These plans and specifications are attached to this contract and incorporated into it as Exhibit A.

   Builder shall not be responsible for the following work: hauling excavation and existing debris from the property, off-site utility connections; installation or construction of walks, pavements, or curbing; installation of cable television wiring; interior painting of garage; and any other work not described in the Plans and Specifications.

3. **Financing.**
   This contract is in the amount of _N/A_ Dollars ($___NONE___). All fees and expenses including all commissions, title charges, and credit reports shall be borne by Owners. Builder is not required to begin construction until Owners provide Builder with written notice from the lender that Owners have closed on said loan (Only if loan is needed). If Owners cannot obtain financing within thirty (30) days from the date Builder approves this contract, either party has ten (10) days thereafter to elect to terminate this contract by giving written notice to the other party. Builder shall refund to Owners all money paid less costs and obligations incurred by Builder at Owners' request.

4. **Contract Price.**
   Owners agree to pay the total contract price for all labor and materials furnished and work performed by Builder, **Two Hundred Thirty Three Thousand, Eight Hundred Fifty Six Dollars ($233,856.00),** including Florida State sales tax, subject to additions and deletions by change order as provided in paragraph 11. The contract price includes the allowances listed in the Allowance Schedule attached to this contract and incorporated into it as Exhibit B.

   The allowance includes both materials and installation unless expressly noted otherwise. The parties agree that the allowances are not to be construed as bids by Builder and that the allowances may vary from the actual cost based on Owners' selections. If the cost of Owner-selected materials or their installation exceeds the material or installation allowance, the amount of that excess will be added to the next progress payment or the final payment. If the amount is less than the allowance amount, that amount will be subtracted from the final amount of the contract.

Exhibit "C"

5. **Payments.**
   The contract price will be paid as follows:

   A.   $ <u>As Needed</u> as a deposit upon signing the contract, receipt of which is hereby acknowledged.

   THE BUYER/OWNER OF A ONE-FAMILY OR TWO-FAMILY RESIDENTIAL DWELLING UNIT HAS THE RIGHT TO HAVE ALL DEPOSIT FUNDS (UP TO 10 PERCENT OF THE PURCHASE PRICE) DEPOSITED IN AN INTEREST-BEARING ESCROW ACCOUNT. THIS RIGHT MAY BE WAIVED IN WRITING BY THE BUYER/OWNER. The failure to waive the escrow requirement may result in an extra charge to OWNER at the time of closing. The BUILDER shall be entitled to all interest accrued on the account.

   ☒   Buyer/Owner hereby WAIVES the request for escrow of any portion of the deposit monies received.

   ☐   Buyer/Owner hereby requests BUILDER to escrow all deposit monies received, up to 10% of the purchase price, to be held pursuant to Florida Statute 501.1375. In this event, BUILDER may borrow money in an amount equal to the funds held in escrow for construction purposes only, in which case any interest which the BUILDER pays on such loan shall be paid by Buyer/Owner at time of closing, but the Buyer/Owner shall be credited for any interest accrued on the escrow account. Any deposit monies received from Buyer/Owner in excess of 10% of the purchase price, or for change orders, if any, shall not be held in escrow by BUILDER or be otherwise restricted.

   B.   Based on applications for payment submitted by Builder, Owners shall make progress payments toward the contract price (agreed as payments as needed) in accordance with the Construction Draw Schedule of Owners construction lender as work is completed and certified by Owners' construction lender. Owners will pay the cost of each inspection for each draw request. (The Construction Draw Schedule is as payment as needed.)

   C.   Owners agree to make the progress payments within five (5) days. Payments due and unpaid shall bear interest at the rate of 0% per month payable to Builder from the date the payment is due. If Owners fail to pay Builder within seven (7) days of the date the payment is due through no fault of Builder, upon three (3) additional days written notice to Owners, Builder may stop the work. Builder may keep the job idle until such time as payments that are due to Builder are paid.

6. **Acceptance, Final Payment, and Occupancy.**
   Upon receipt of written notice that the work is ready for final inspection and acceptance, Owners will promptly inspect the work. When the Work receives all final inspections, Owners will promptly pay (or cause to be paid) the balance due under the contract less an amount equal to the cost to complete any missing or unfinished punchlist items.

   Builder agrees to provide Owners with a Contractors Final Affidavit stating that all subcontractors and suppliers have been paid or showing those unpaid and the amounts thereof. The amounts withheld for punchlist items will be paid to Builder immediately upon completion of each of the punchlist items. Occupancy will be granted to Owners when construction is substantially completed, when all final inspections are completed, and Builder receives payment of the final draw (including payment for all change orders and overages of allowances), less any money held for incomplete items.

7. **Commencement and Completion.**
   The work will begin promptly after Owners have obtained the financing referred to above, any other contingencies are cleared, all permits have been issued and Owners provide Builder with a title report containing a correct statement of (a) the recorded legal title to the property on which the residence is to be built and (b) Owners' interest therein at the time of the signing of this contract. The work will be substantially completed within <u>Ninety</u> days ( <u>90</u> ) from the date all the contingencies are met.

   Any time lost by reason of change in plans or specifications requested by Owners, other acts of Owners, strikes, weather conditions not reasonably anticipated, or any other conditions that are not within Builder's control shall be added to the specified time of completion and Builder shall not be liable for such delay. For

any delays not the responsibility of Builder, the contract price shall increase by the difference, if any, in Builder's costs occasioned by such delay.

8. **Selections.**
Builder will provide Owners with information to help them select allowance items, materials, and colors required during the construction process. All selections must be made within ____5____ days of request by Builder.

9. **Permits, Fees, and Tests.**
Builder shall secure and pay for only any building permits which are required. Owners shall be responsible for all other fees and permits including any impact fees and connection fees. If necessary, Owners agree to assist Builder in obtaining any such permits and licenses by completing all necessary applications and forms. If a covenant or an architectural review committee requires the approval of plans and specifications, Owners shall be responsible for obtaining these approvals and paying for any fees connected with them. If no soil report is currently available, Owners shall provide one at their expense.

10. **Taxes.**
Owners shall pay all real property taxes and taxes imposed upon the improvements on the residence when they are due. Builder shall pay all necessary sales, use, and similar taxes on materials used in construction that are legally enacted at the time this contract is signed.

11. **Change Orders.**
    A.  Owners may, from time to time, order changes in the work which will be authorized by a written Change Order. Owners shall pay the reasonable cost of any such changes including overhead of _____0% and profit of _____0%.
    B.  In the event the Builder is required by the Owners to perform additional work for which the amount of compensation is not previously agreed upon, the Builder shall prepare and submit to the Owners a proposal describing the estimated quantities and cost involved. The Builder shall keep accurate, detailed and itemized records of the costs of any such change and shall report such costs to the Owners. The Builder shall furnish to the Owners all documents required by the Owners, to evidence the expenditures of the Builder as a result of such change.
    C.  Builder is not responsible for unknown conditions that cannot be observed in a non-destructive inspection of the premises or conditions that differ materially from those (a) indicated or referred to in the contract documents or (b) ordinarily encountered and generally recognized as inherent in the work of the character provided for in this contract.

12. **Insurance.**
Builder shall purchase and maintain at Builder's own expense, all necessary workers' compensation and employer's liability insurance, commercial general liability insurance, and comprehensive automobile liability insurance to protect Builder from claims for damages because of bodily injury, including death, and for damages to property that may arise both out of and during operations under this contract.

Owners shall purchase and maintain their own liability insurance, including fire and casualty insurance upon the residence, to the full insurable value and shall name Builder as an additional insured. Each party shall issue a certificate of insurance to the other prior to construction.

13. **Owners' Obligations.**
Owners shall (a) furnish all surveys describing the physical characteristics, and utility locations for the residence and (b) secure and pay for easements necessary for the completion of the work. Owners shall furnish information and services under their control to Builder promptly to avoid delay.

Owners warrant that the property upon which the residence is to be built conforms to all zoning, planning, environmental, and other building requirements. Owners warrant that all utilities necessary for the completion of construction are to the property line.

14. **Supervision.** Owners agree that the supervision of the work performed under this Agreement is under the exclusive direction of the Builder, and Builder shall have control over construction means, methods, techniques, sequences and procedures and for coordinating all portions of the work. Owners shall not interfere with the work, nor cause additional work to be carried on without the written consent of the Builder. All of the work shall be done by the Builder or subcontractors in direct contract with the Builder.

15. **Disputes.**
Should any dispute arise relative to the performance of this contract that the parties cannot satisfactorily resolve, then the parties agree that the dispute shall be resolved by binding arbitration conducted by the American Arbitration Association. The party demanding arbitration shall give written notice to the opposite party and the American Arbitration Association promptly after the matter in dispute arises. In no event, however, shall a written notice of demand for arbitration be given after the date on which a legal action concerning the matter in dispute would be barred by the appropriate statute of limitations.

16. **Termination.**
If Builder fails to supply proper materials and skilled workers; make payments for materials, labor, and subcontractors in accordance with their respective agreements; disregards ordinances, regulations, or orders of a public authority; or fails to materially comply with the provisions of the contract, Owners may give Builder written notice to terminate. After seven (7) days if Builder has failed to remedy the breach of contract, Owners can give a second notice to terminate. If Builder still fails to cure the breach within three (3) days after the second notice, Owners may terminate the contract.

17. **Warranties.**
    A. Builder agrees to promptly make good, without cost to Owners, any and all defects due to faulty workmanship and/or materials which may appear within one (1) year from the date of completion and acceptance of the work by Owners.
    B. **THIS LIMITED WARRANTY IS THE ONLY EXPRESS WARRANTY PROVIDED BY Builder. IMPLIED WARRANTIES, INCLUDING (BUT NOT LIMITED TO) WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, HABITABILITY, AND GOOD WORKMANSHIP ARE DISCLAIMED AND LIMITED TO THIS WARRANTY.**

18. **Right to Cure. FLORIDA LAW CONTAINS IMPORTANT REQUIREMENTS YOU MUST FOLLOW BEFORE YOU MAY FILE A LAWSUIT FOR DEFECTIVE CONSTRUCTION AGAINST A CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONAL FOR AN ALLEGED CONSTRUCTION DEFECT IN YOUR HOME. SIXTY DAYS BEFORE YOU FILE YOUR LAWSUIT, YOU MUST DELIVER TO THE CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONAL A WRITTEN NOTICE OF ANY CONSTRUCTION CONDITIONS YOU ALLEGE ARE DEFECTIVE AND PROVIDE YOUR CONTRACTOR AND ANY SUBCONTRACTORS, SUPPLIERS, OR DESIGN PROFESSIONALS THE OPPORTUNITY TO INSPECT THE ALLEGED CONSTRUCTION DEFECTS AND MAKE AN OFFER TO REPAIR OR PAY FOR THE ALLEGED CONSTRUCTION DEFECTS. YOU ARE NOT OBLIGATED TO ACCEPT ANY OFFER MADE BY THE CONTRACTOR OR ANY SUBCONTRACTORS, SUPPLIERS, OR DESIGN PROFESSIONALS. THERE ARE STRICT DEADLINES AND PROCEDURES UNDER FLORIDA LAW.**

19. **Representations.**
This Agreement constitutes the entire agreement between Owners and Builder, and supersedes all prior negotiations, representations, understandings and agreements, either written or oral. This Agreement may be amended only by written instrument signed by both Owners and Builder. Owners acknowledge that Builder has made no guarantees, warranties, understandings, nor representations (nor have any been made by any representatives of Builder) that are not included in the contract documents.

## CONSTRUCTION INDUSTRIES RECOVERY FUND

**PAYMENT MAY BE AVAILABLE FROM THE CONSTRUCTION INDUSTRIES RECOVERY FUND IF YOU LOSE MONEY ON A PROJECT PERFORMED UNDER CONTRACT, WHERE THE LOSS RESULTS FROM SPECIFIED VIOLATIONS OF FLORIDA LAW BY A STATE-LICENSED CONTRACTOR. FOR INFORMATION ABOUT THE RECOVERY FUND AND FILING A CLAIM, CONTACT THE FLORIDA CONSTRUCTION INDUSTRY LICENSING BOARD AT THE FOLLOWING TELEPHONE NUMBER AND ADDRESS:**

**FLORIDA CONSTRUCTION INDUSTRY LICENSING BOARD**
**1940 N. Monroe St., Tallahassee, FL 32399-1039(850) 487-1395**

20. **Miscellaneous.**
Until Owners make the final payment and take possession, Owners agree that Builder shall have the right to place signs on or about the property and to show the residence to other prospective clients and customers.

21. **Governing Law and Assignment.**
This contract will be construed, interpreted, and applied according to the law of Florida. This contact shall not be assigned without the written consent of all parties.

22. **Effective Date and Signature.**
This contract shall become effective on the day it is signed by both parties.

23. **OWNERS ACKNOWLEDGE RECEIPT OF THE FLORIDA CONSTRUCTION LIEN LAW WARNING ATTACHED AS EXHIBIT D.**

We the undersigned, have read, understand and agree to each of the provisions of this contract and hereby acknowledge receipt of a copy of this contract.

_____  4/20/11        _____  4/20/11
Owner                     Date            Builder/Agent             Date

_____
Owner                     Date

Exhibit A - Plans and Specifications
Exhibit B - Allowance Schedule (None)
Exhibit C – (None) Draw Schedule (payments as needed)
Exhibit D - Florida Construction Lien Law Warning

EXHIBIT D

ACCORDING TO FLORIDA'S CONSTRUCTION LIEN LAW (SECTIONS 713.001-713.37, FLORIDA STATUTES), THOSE WHO WORK ON YOUR PROPERTY OR PROVIDE MATERIALS AND ARE NOT PAID IN FULL HAVE A RIGHT TO ENFORCE THEIR CLAIM FOR PAYMENT AGAINST YOUR PROPERTY. THIS CLAIM IS KNOWN AS A CONSTRUCTION LIEN. IF YOUR CONTRACTOR OR A SUB CONTRACTOR FAILS TO PAY SUBCONTRACTORS, SUB-SUBCONTRACTORS, OR MATERIAL SUPPLIERS OR NEGLECTS TO MAKE OTHER LEGALLY REQUIRED PAYMENTS, THE PEOPLE WHO ARE OWED MONEY MAY LOOK TO YOUR PROPERTY FOR PAYMENT, EVEN IF YOU HAVE PAID YOUR CONTRACTOR IN FULL. IF YOU FAIL TO PAY YOUR CONTRACTOR, YOUR CONTRACTOR MAY ALSO HAVE A LIEN ON YOUR PROPERTY. THIS MEANS IF A LIEN IS FILED YOUR PROPERTY COULD BE SOLD AGAINST YOUR WILL TO PAY FOR LABOR, MATERIALS, OR OTHER SERVICES THAT YOUR CONTRACTOR OR A SUBCONTRACTOR MAY HAVE FAILED TO PAY. FLORIDA'S CONSTRUCTION LIEN LAW IS COMPLEX AND IT IS RECOMMENDED THAT WHENEVER A SPECIFIC PROBLEM ARISES, YOU CONSULT AN ATTORNEY.

## AGC GENERAL CONTRACTOR, INC.
6329 NW 77th Terrace
Parkland, FL. 33067
954-695-9456
agc356@aim.com
CGC1506516 / CCC1328157

**Exhibit A**

1. Remove, clean and store all reusable material and hardware
2. Remove, clean and store all kitchen appliances
3. Remove clean and store kitchen granite
4. Remove clean and store all kitchen cabinets
5. Remove clean and store Kitchen sink, and related items
6. Remove clean and store all bathroom vanities and sinks
7. Remove clean and store all toilets
8. Remove clean and store wash basin
9. Remove and replace two interior HVAC air handler units
10. Remove and replace all carpeting
11. Remove clean and store all lighting
12. Protect all tile areas
13. Remove and replace all drywall
14. Tiled wall areas that are on green board or cement board will not be removed
15. Remove and replace insulation
16. Remove and replace duct work
17. Clean all metal framing/straps
18. Vacuum all areas thoroughly
19. Clean and mop all areas
20. Replace all wood trim including crown molding etc.
21. Remove all debris from area to proper dump
22. Repaint and caulk all surfaces and window areas
23. Reinstall all hardware, lighting etc.
24. Reinstall all kitchen components
25. Reinstall all bathroom components
26. Reinstall washer dryer and wash basin

Louis A. Maniero
President