

ACCOUNT #



```
00002537 01 MB  0.369 001
SAMI SLIM
6370 NW 120TH DRIVE
CORAL SPRINGS, FL 33076
```

Page 1 of 1

**Money Transfer Department**
**Daily Confirmation Statement**

**OUTGOING FUNDS TRANSFER**

Date: 05/11/11   Reference: ▓▓▓▓▓▓▓▓▓   Amount: $116,000.00

CORAL SPRINGS   2425 UNIVERSITY DRIVE

BANK OF AMERICA

AGC GENERAL CONTRACTORS, INC.
PARKLAND, FLORIDA 33067

Please direct any inquiries to your local Regions representative.

Thank you for banking at Regions.

Exhibit "D"

 

ACCOUNT #
⬛⬛⬛⬛⬛⬛⬛

00001811 01 MB 0.369 001
SAMI SLIM
6370 NW 120TH DRIVE
CORAL SPRINGS, FL 33076

Page 1 of 1

**Money Transfer Department**
**Daily Confirmation Statement**

**OUTGOING FUNDS TRANSFER**

Date: 10/27/11      Reference: ⬛⬛⬛⬛⬛⬛⬛      Amount: $117,856.00

CORAL SPRINGS          2425 UNIVERSITY DRIVE

BANK OF AMERICA

AGC GENERAL CONTRACTORS, INC.
PARKLAND, FLORIDA 33067

Please direct any inquiries to your local Regions representative.

Thank you for banking at Regions.