# OWNER DISCLOSURE AFFIDAVIT

Owner name: __SAMI SLIM__
Affected Property address: __9677 Cinnamon Ct, Parkland, FL 33076__
Purchase date and price of Affected Property: __11/27/2006   $876,000.00__
List the manufacturers of all drywall found in the Affected Property: __KNAUF__

Move-out date: __5/1/2011__
Move-in date: __11/1/2011__
Storage expenses paid: __$2,400.00__
Moving expenses paid: __$1,850.00__
Utility expenses paid: __$700.00__
Alternative living expenses paid: __$18,000.00__
Total cost of construction paid: __$233,856.00__
Total claim: __$256,806.00__
General Contractor name and phone #: __AGC GENERAL CONTRACTOR   (954)695-9456__
Total amount paid to general contractor: _____
Affected Property air conditioned square footage: __3,650__
Was Owner aware of the defective drywall before purchasing the Affected Property: __NO__

Please describe the remediation of the Affected Property. If you removed and reused an item, please circle 'reused'. In the event that you replaced an item, with another of the same material and quality please circle 'replaced'. In the event that you replaced and upgraded an item, please note at the end of this form and leave that item blank. Circling 'replaced' indicates that you replaced the items with one of equal value.

**Kitchen cabinets:**     (Reused)     Replaced

Owner Initial ___   Contractor Initial ___

Page 1 of 7
Owner Disclosure Affidavit (Exhibit A-1)

Exhibit "E"

| | | | |
|---|---|---|---|
| **Kitchen countertop:** | | Reused | **(Replaced)** |
| If replaced indicate material: | Formica | Corion    Tile | **(Granite)** |
| **Kitchen Plumbing Fixtures:** (Faucets, sink) | | **(Reused)** | Replaced |
| **Kitchen floor:** | | **(Reused)** | Replaced |
| **Appliances:** | | **(Reused)** | Replaced |

If replaced, please list appliance manufacture and model: _____

_____

| | | |
|---|---|---|
| **Bathroom cabinets:** | **(Reused)** | Replaced |
| **Bathroom tops:** | Reused | **(Replaced)** |
| If replaced indicate material: Formica | **(Cultured Marble)**  Tile | **(Granite)** |
| **Bathroom flooring:** | **(Reused)** | Replaced |
| **Bathroom enclosures:** | **(Reused)** | Replaced |
| **Bathroom lighting:** | **(Reused)** | Replaced |
| **Bathroom Accessories** (towel bars, etc.): | **(Reused)** | Replaced |
| **Bathroom Mirrors:** | Reused | **(Replaced)** |
| **Tub:** | **(Reused)** | Replaced |
| If replaced indicate master bath tub type: | Fiberglass    Steel | Jacuzzi |
| **Plumbing fixtures** (toilets, sinks): | Reused | **(Replaced)** |

If replaced please provide description of original manufactures:
_____Kholer_____

**Plumbing faucets:**                                       Reused          **(Replaced)**

If replaced please provide description of original manufactures:
_____Kholer_____

**Plumbing lines:**                                          **(Reused)**          Replaced

If replaced indicate material:              Copper       CPVC       PEX

Page 2 of 7              Owner Initial _____       Contractor Initial _____

Owner Disclosure Affidavit (Exhibit A-1)

| | | | |
|---|---|---|---|
| **Base boards:** | | Reused | (Replaced) |
| **Interior doors:** | | (Reused) | Replaced |
| If replaced indicate: | Hollow core 6' 8" doors | Hollow core 8' doors | Solid core 8' doors |
| **Window wood molding:** | N/A | Reused | (Replaced) |
| **Crown molding:** | N/A | Reused | (Replaced) |

If replaced please indicate original locations:

_____Throughout Ceilings_____

| | | | |
|---|---|---|---|
| **Chair Rail:** | (N/A) | Reused | Replaced |

If replaced please indicate original locations:

_____

| | | | |
|---|---|---|---|
| **Tile flooring:** | N/A | (Reused) | Replaced |

If replaced please indicate locations of tile floors:

_____

| | | | |
|---|---|---|---|
| **Marble Flooring:** | N/A | (Reused) | Replaced |

If replaced please indicate locations of marble floors:

_____

| | | | |
|---|---|---|---|
| **Wood Flooring Type:** | (N/A) | Wood | Pergo/float |
| **Wood flooring:** | (N/A) | Reused | Replaced |

If replaced please indicate locations of wood floors:

_____

| | | | |
|---|---|---|---|
| **Carpet:** | | Reused | (Replaced) |

Page 3 of 7        Owner Initial _____   Contractor Initial _____

Owner Disclosure Affidavit (Exhibit A-1)

If replaced please provide description of original manufactures:

Mohawk Carpet

If replaced please indicate locations of carpet:

3 Bedrooms, Stairs, Sitting Area

**HVAC replacement:** (Ducts)  Coils  (Air handler)(interior)  Condenser(exterior)
**HVAC manufacturer:** Trane
**Insulation:** Reused  (Replaced)
**Electrical fixtures:** (Reused)  Replaced
**Electrical wiring:** (Reused)  Replaced
**Electrical fans:**

If replaced please indicate how many and which rooms:

**Stair rails:**  N/A  (Reused)  Replaced
**Window sills:**  Reused  (Replaced)
If replaced indicate original material:  (Wood)  (Marble)  Drywall
**Alarm system:**  N/A  (Reused)  Replaced
**Fire suppression system:**  N/A  Reused  (Replaced)
**Intercom:**  N/A  (Reused)  Replaced
**Surround sound:**  N/A  (Reused)  Replaced
**Wall papers:**  (N/A)  Replaced
**Interior paint:**  Total colors used: 2-3

Additional construction related items replaced:

Personal items replaced: TV's 1-50", 1-40"

Page 4 of 7      Owner Initial ____  Contractor Initial ____

Owner Disclosure Affidavit (Exhibit A-1)

_____

_____

_____

Items that were upgraded and deducted from construction replacement cost:

_____ NONE _____

_____

The following items should have been produced given the nature of the remediation project and will help us confirm the remediation costs associated with your property. Please provide the additional supporting documents listed below:

1. Photographs and/or video images of all drywall removed from the Affected Property during remediation. If your claims are pending in *In re: Chinese Manufactured Drywall Products Liability Litigation*, MDL No. 2047, where available, such submission shall be in the form required by MDL Pretrial Order 1B. If your claims are pending in state court, such submission shall comply with the state court's rules regarding the preservation of evidence.
2. Any evidence of KPT Chinese Drywall or Non-KPT Chinese Drywall in the Affected Property prior to remediation.
3. Proof of corrosion or other evidence that the KPT Chinese Drywall was reactive.
4. Interior photographs of the Affected Property immediately prior to the commencement of, and following completion of, the remediation, including photographs and/or video images of the flooring and major components such as cabinets, moldings, doors, intercom systems, and fixtures for every room and bathroom, and, to the extent possible, security systems, appliances and audio such as surround sound.
    a. The photographs do not need to be pictures taken specifically for the litigation. For example, family photographs or photographs taken for purposes of refinancing a mortgage are acceptable in the absence of other photographs.
5. The remediation contract and an itemization from the contractor who performed the remediation work of the materials used during the remediation, including, but not limited to, manufacturer, model number, and quantity.
6. An itemized invoice from the contractor who performed the remediation work ("Itemized Invoice").
7. Proof of payment of the Itemized Invoice and any other expenses, such as cancelled checks, credit card statements, etc.
8. A floor plan of the Affected Property with dimensions.

Page 5 of 7                     Owner Initial _____ Contractor Initial _____

Owner Disclosure Affidavit (Exhibit A-1)

9. An Environment Certificate.

Please note that this is not a comprehensive list or final request and the Knauf Defendants may request additional documentation such as cancelled checks, receipts or photographs in the future.

I declare under penalty of perjury under the laws of the United States that all of the information provided in this Owner Disclosure Affidavit is true and correct to the best of my knowledge, information and belief. I further declare that I have supplied all the documents requested in this Owner Disclosure Affidavit, to the extent that such documents are in my possession or in the possession of my lawyers. Further, I acknowledge that I have an obligation to supplement the above responses if I learn that they are in some material respects incomplete or incorrect.

Date: 3/6/13

Homeowner Signature: _____

Subscribed and sworn to before me on

March 6, 2013

Notary Public

My commission expires on

Date: July 18, 2015

Contractor Signature: _____

Subscribed and sworn to before me on

March 6, 2013

Notary Public

Rebecca Jane Colegrove

My commission expires on July 18, 2015

Page 7 of 7                    Owner Initial _____ Contractor Initial _____

Owner Disclosure Affidavit (Exhibit A-1)