CORRECTED (if checked)

FILER'S name, street address, city, state, ZIP code, and telephone no
Kupfer, Kupfer & Skolnick, P.A.
5541 University Drive Suite 103
Coral Springs, FL  33067
(954) 755-3600

**1** Date of closing
02/25/2011

**2** Gross proceeds
$ 250,000.00

OMB No. 1545-0997

**2011**

Form **1099-S**

Proceeds From Real Estate Transactions

FILER'S Federal identification number | TRANSFEROR'S identification number

TRANSFEROR'S name
Sami Slim

Street address (including apt. no.)
6370 NW 120th Drive

City, state, and ZIP code
Coral Springs, FL 33076

Account or escrow number (see instructions)

**3** Address or legal description
9677 Cinnamon Court  Parkland, FL 33067

**Copy B**
**For Transferor**

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this item is required to be reported and the IRS determines that it has not been reported.

**4** Transferor received or will receive property or services as part of the consideration (if checked)

**5** Buyer's part of real estate tax
$

Form **1099-S**   (Keep for your records.)   Department of the Treasury - Internal Revenue Service

## Instructions for Transferor

For sales or exchanges of certain real estate, the person responsible for closing a real estate transaction must report the real estate proceeds to the Internal Revenue Service and must furnish this statement to you. To determine if you have to report the sale or exchange of your main home on your tax return, see the instructions for Schedule D (Form 1040), Capital Gains and Losses. If the real estate was not your main home, report the transaction on Form 4797, Sales of Business Property, Form 6252, Installment Sale Income, and/or Schedule D (Form 1040).

Federal mortgage subsidy. You may have to recapture (pay back) all or part of a federal mortgage subsidy if all the following apply:

• You received a loan provided from the proceeds of a qualified mortgage bond or you received a mortgage credit certificate.

• Your original mortgage loan was provided after 1990, and

• You sold or disposed of your home at a gain during the first 9 years after you received the federal mortgage subsidy.

This will increase your tax. See Form 8828, Recapture of Federal Mortgage Subsidy, and Pub. 523, Selling Your Home.

Account number.   May show an account or other unique number the payer assigned to distinguish your account.

Box 1  Shows the date of closing.

Box 2. Shows the gross proceeds from a real estate transaction, generally the sales price. Gross proceeds include cash and notes payable to you, notes assumed by the transferee (buyer), and any notes paid off at settlement. Box 2 does not include the value of other property or services you received or are to receive. See Box 4.

Box 3. Shows the address or a legal description of the property transferred.

Box 4. If marked, shows that you received or will receive services or property (other than cash or notes) as part of the consideration for the property transferred. The value of any services or property (other than cash or notes) is not included in box 2.

Box 5. Shows certain real estate tax on a residence charged to the buyer at settlement. If you have already paid the real estate tax for the period that includes the sale date, subtract the amount in box 5 from the amount already paid to determine your deductible real estate tax. But if you have already deducted the real estate tax in a prior year, generally report this amount as income on the "Other income" line of Form 1040. For more information, see Pub. 523, Pub. 525, and Pub. 530.

YOU ARE REQUIRED BY LAW to provide your correct taxpayer name and identification number for the transaction described above to Kupfer, Kupfer & Skolnick, P.A..

If you do not provide your correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law.

UNDER THE PENALTIES OF PERJURY, I certify that the above information, including my taxpayer identification number, is correct, and that I have received a copy of this statement.

Seller _[signature]_   Seller

Seller   Seller

DoubleTime®

Exhibit "F"

CFN # 109910245, OR BK 47764   Page 1373, Page 1 of 1, Recorded 03/07/2011 at 12:07 PM, Broward County Commission, Doc. D $1777.00   Deputy Clerk 1008

Prepared by and return to
Lawrence M. Kupfer
Attorney at Law
Kupfer, Kupfer & Skolnick, P.A.
5541 University Drive Suite 103
Coral Springs, FL 33067
954-755-3600
File Number: 9809
Will Call No:

Parcel Identification No: 47-41-33-05-4050

Space Above This Line For Recording Data

# Warranty Deed

This Indenture made this 25th day of February, 2011 between Sami Stim, a married man whose post office address is 6370 NW 120th Drive, Coral Springs, FL 33076 of the County of Broward, State of Florida, grantor*, and Dean Brown, a single man whose post office address is 6848 Long Leaf Drive, Parkland, FL 33076 of the County of Broward, State of Florida, grantee*,

Witnesseth, that said grantor, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained, and sold to the said grantee, and grantee's heirs and assigns forever, the following described land, situate, lying and being in Broward County, Florida, to-wit:

> Lot 3, Block S, PARKLAND GOLF AND COUNTRY CLUB REPLAT #2, according to the Plat thereof, as recorded in Plat Book 174, Page 137 - 161, of the Public Records of Broward County, Florida.
>
> Subject to taxes for 2011 and subsequent years; covenants, conditions, restrictions, easements, reservations and limitations of record, if any.
>
> Grantor warrants that at the time of this conveyance, the subject property is not the Grantor's homestead within the meaning set forth in the constitution of the state of Florida, nor is it contiguous to or a part of homestead property. Grantor's residence and homestead address is 6848 Long Leaf Drive, Parkland, FL 33076

and said grantor does hereby fully warrant the title to said land, and will defend the same against lawful claims of all persons whomsoever.

* "Grantor" and "Grantee" are used for singular or plural as context requires.

In Witness Whereof, grantor has hereunto set grantor's hand and seal the day and year first above written.

Signed, sealed and delivered in our presence:

Witness Name _____

Witness Name  STEVE KAMINS

Sami Stim _____ (seal)

State of Florida
County of Broward

The foregoing instrument was acknowledged before me this 25th day of February, 2011 by Sami Stim, who [ ] is personally known or [X] has produced a driver's license as identification.

[Notary Seal]

ROBERT SKOLNICK
MY COMMISSION # DD 900971
EXPIRES: August 12, 2013
Bonded Thru Notary Public Underwriters

Notary Public _____

Printed Name  Robert Skolnick

My Commission Expires:

Double Time

HUD-1

**A Settlement Statement**

U.S. Department of Housing and Urban Development

OMB No. 2502-0265

**B Type of Loan**

| 1. FHA | 2. FmHA | 3. Conv. Unins. | 6. File Number 9805 | 7. Loan Number | 8. Mortg. Ins. Case Num |
|--------|---------|-----------------|---------------------|----------------|-------------------------|
| 4. VA  | 5. Conv. Ins. | | | ID: | |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

**D NAME OF BORROWER:** Dan Brown, a single man
**Address of Borrower:**

**E NAME OF SELLER:** Sami Slim, a married man
**Address of Seller:** 6370 NW 120th Drive, Coral Springs, Florida 33076    TIN:

**F NAME OF LENDER:**
**Address of Lender:**

**G PROPERTY LOCATION:** 9677 cinnamon Court, Parkland, Florida 33067

**H SETTLEMENT AGENT:** Kupfer, Kupfer & Skolnick, P.A.
**Place of Settlement:** 5541 University Drive, Suite 103, Coral Springs, Florida 33067    Phone: 954-755-3600

**I SETTLEMENT DATE:** 2/25/11    DISBURSEMENT DATE: 2/25/11

| J. Summary of borrower's transaction | | K. Summary of seller's transaction | |
|---|---|---|---|
| **100. Gross amount due from borrower:** | | **400. Gross amount due to seller:** | |
| 101. Contract sales price | 250,000.00 | 401. Contract sales price | 250,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (Line 1400) | 3,882.00 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| **Adjustments for items paid by seller in advance:** | | **Adjustments for items paid by seller in advance:** | |
| 106. City/town taxes | | 406. City/town taxes | |
| 107. County taxes | | 407. County taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. HOA/Condo Maintenance from 02/25/11 to 03/31/11 | 949.15 | 409. HOA/Condo Maintenance from 02/25/11 to 03/31/11 | 949.15 |
| 110. Sports Club Dues from 02/25/11 to 02/28/11 | 40.38 | 410. Sports Club Dues from 02/25/11 to 02/28/11 | 40.38 |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. Gross amount due from borrower:** | 254,871.53 | **420. Gross amount due to seller:** | 250,989.53 |
| **200. Amounts paid or in behalf of borrower:** | | **500. Reductions in amount due to seller:** | |
| 201. Deposit or earnest money | 1,000.00 | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | 30,790.32 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. Principal amount of second mortgage | | 504. Payoff of first mortgage loan | 238,563.88 |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. Deposits held by seller | |
| 207. Principal amt of mortgage held by seller | | 507. Principal amt of mortgage held by seller | |
| 208. | | 508. | |
| 209. | | 509. | |
| **Adjustments for items unpaid by seller:** | | **Adjustments for items unpaid by seller:** | |
| 210. City/town taxes | | 510. City/town taxes | |
| 211. County taxes from 01/01/11 to 02/25/11 | 1,635.33 | 511. County taxes from 01/01/11 to 02/25/11 | 1,635.33 |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total paid by/for borrower:** | 2,635.33 | **520. Total reductions in amount due seller:** | 270,989.53 |
| **300. Cash at settlement from/to borrower:** | | **600. Cash at settlement to/from seller:** | |
| 301. Gross amount due from borrower (line 120) | 254,871.53 | 601. Gross amount due to seller (line 420) | 250,989.53 |
| 302. Less amount paid by/for the borrower (line 220) | (2,635.33) | 602. Less total reductions in amount due seller (line 520) | (270,989.53) |
| 303. Cash ( ✓ From ☐ To ) Borrower | 252,236.20 | 603. Cash ( ☐ To ✓ From ) Seller | 20,000.00 |

**Substitute Form 1099 Seller Statement:** The information contained in blocks E, G, H, and I and on line 401 is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported.

**Seller Instructions:** If this real estate was your principal residence, file Form 2119, Sale or Exchange of Principal Residence, for any gain, with your tax return; for other transactions, complete the applicable parts of Form 4797, Form 6252 and/or Schedule D (Form 1040).

Borrower's Initials:

Seller's Initials:

DoubleTime®

HUD-1          U.S. Department of Housing and Urban Development      Page 2

| L. Settlement charges | | | Borrower POC | Seller POC | Paid from Borrower's Funds at Settlement | Paid from Seller's Funds at Settlement |
|---|---|---|---|---|---|---|
| 700 Total Sales/Brokers Com. based on price | $250,000.00 @ | 5.0000 % = 12,500.00 | | | | |
| 701 | 6,250.00 | 2.5000 % to Coldwell Banker | | | | |
| 702 | 6,250.00 | 2.5000 % to Coldwell Banker | | | | |
| 703 Commission paid at settlement | | | | | | 12,500.00 |
| 704 Brokerage fee | | to Coldwell Banker | | | 295.00 | |
| 800. Items payable in connection with loan: | | | Borrower POC | Seller POC | | |
| 801 Loan origination fee | % to | | | | | |
| 802 Loan discount | % to | | | | | |
| 803 Appraisal fee | to | | | | | |
| 804 Credit report | to | | | | | |
| 805 Lender's inspection fee | to | | | | | |
| 806 Mortgage insurance application fee | to | | | | | |
| 807 Assumption Fee | to | | | | | |
| 808 | to | | | | | |
| 809 | to | | | | | |
| 810 | to | | | | | |
| 811 | to | | | | | |
| 900. Items required by lender to be paid in advance: | | | Borrower POC | Seller POC | | |
| 901 Interest from | to | @ | /day | | | |
| 902 Mortgage insurance premium for | months to | | | | | |
| 903 Hazard insurance premium for | years to | | | | | |
| 904 Flood insurance premium for | years to | | | | | |
| 905 | years to | | | | | |
| 1000. Reserves deposited with lender: | | | Borrower POC | Seller POC | | |
| 1001 Hazard insurance | months @ | per month | | | | |
| 1002 Mortgage insurance | months @ | per month | | | | |
| 1003 City property taxes | months @ | per month | | | | |
| 1004 County property taxes | months @ | per month | | | | |
| 1005 Annual assessments | months @ | per month | | | | |
| 1006 Flood insurance | months @ | per month | | | | |
| 1007 | months @ | per month | | | | |
| 1008 | months @ | per month | | | | |
| 1009 Aggregate accounting adjustment | | | | | | |
| 1100. Title charges: | | | Borrower POC | Seller POC | | |
| 1101 Settlement or closing fee | to Kupfer, Kupfer & Skolnick, P.A. | | | | 450.00 | 1,950.00 |
| 1102 Abstract or title search | to First American Title Insurance Company | | | | | 100.00 |
| 1103 Title examination | to | | | | | |
| 1104 Title insurance binder | to | | | | | |
| 1105 Document preparation | to Kupfer, Kupfer & Skolnick, P.A. | | | | | 500.00 |
| 1106 Notary fees | to | | | | | |
| 1107 Attorney's Fees | to Kupfer, Kupfer & Skolnick, P.A. | | | | | 1,600.00 |
| (includes above item numbers: | | | ) | | | |
| 1108 Title insurance | to First American Title Insurance Company/Kupfer, Kupfer | | | | 1,325.00 | |
| (includes above item numbers: | | | ) | | | |
| 1109 Lender's coverage (Premium): | | | | | | |
| 1110 Owner's coverage (Premium): | $250,000.00 ($1,325.00) | | | | | |
| 1111 Endorse | | | | | | |
| 1112 | to | | | | | |
| 1113 | to | | | | | |
| 1200. Government recording and transfer charges: | | | Borrower POC | Seller POC | | |
| 1201 Recording fees | Deed | $27.00 Mortgage(s) | Releases | | 27.00 | |
| 1202 City/county tax/stamps | Deed | Mortgage(s) | | | | |
| 1203 State tax/stamps | Deed | $1,750.00 Mortgage(s) | | | | 1,750.00 |
| 1204 | to | | | | | |
| 1205 | to | | | | | |
| 1300. Additional settlement charges: | | | Borrower POC | Seller POC | | |
| 1301 PGCC Sports Club | to PGCC Sports Club | | | | | 565.32 |
| 1302 HOA dues | to Parkland Golf and Country Club | | | | | 5,200.00 |
| 1303 Copies/Fax | to Kupfer, Kupfer & Skolnick, P.A. | | | | 75.00 | |
| 1304 Document CD Scan | to Pagestream | | | | 45.00 | |
| 1305 PGCC Sports Club | to Buckingham Doolittle & Burroughs Trust Account | | | | | 6,000.00 |
| 1306 HOA/Condo Estoppel reimbursement | to Kupfer, Kupfer & Skolnick, P.A. | | | | | 450.00 |
| 1307 Overnight courier | to Kupfer, Kupfer & Skolnick, P.A. | | | | 75.00 | |
| 1308 Tax / Lien Search | to Lien Write Solutions | | | | | 175.00 |
| 1309 Additional expenses | (See Attached Addendum) | | | | 1,590.00 | |
| 1400. Total settlement charges: | | | | | | |
| (Enter on lines 103, Section J and 502, Section K.) | | | | | 3,882.00 | 30,790.32 |

Borrower's Initial(s)            Seller's Initial(s)

DoubleTime®

# HUD-1 SETTLEMENT STATEMENT
## ADDENDUM

FILE NUMBER:   9609

NAME OF BORROWER:   Dan Brown, a single man
Address of Borrower:

NAME OF SELLER:   Sami Stein, a married man
Address of Seller:   6370 NW 120th Drive, Coral Springs, Florida 33076

NAME OF LENDER:
Address of Lender:

PROPERTY LOCATION:   5677 cinnamon Court, Parkland, Florida 33067

SETTLEMENT AGENT:   Kupfer, Kupfer & Skolnick, P.A.
Place of Settlement:   5541 University Drive, Suite 103, Coral Springs, Florida 33067

SETTLEMENT DATE:   2/25/11        DISBURSEMENT DATE:   2/25/11

### Itemization of Additional HUD Line Items

| Description | Payee | Borrower POC | Seller POC | Borrower | Seller |
|---|---|---|---|---|---|
| Initial Contributions | PGCC Sports Club | 0.00 | 0.00 | 1590.00 | 0.00 |
| | Total HUD Line 1309 Expense: | 0.00 | 0.00 | 1,590.00 | 0.00 |

This addendum is attached to a HUD-1 Settlement Statement executed by the aforementioned parties and is attached to said HUD Statement for the purpose of itemizing expenses reflected on line 1309 of page 2 thereof.

Borrower's Initial(s)

Seller's Initial(s):

DoubleTime8

# HUD-1 SETTLEMENT STATEMENT ADDENDUM

File Number:     9809

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

## Borrower(s)

_____     _____
Dan Brown


## Seller(s)

_____     _____
Sami Slim


## Settlement Agent

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

Kupfer, Kupfer & Skolnick, P.A.

By: _____     Date: _____


WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

DoubleTime8

# Closing Statement Addendum

Seller:          Sami Slim
Buyer:           Dean Brown
Property:        9677 Cinnamon Court, Parkland, FL 33067
Closing Agent:   Kupfer, Kupfer & Skolnick, P.A.
Closing Date:    February 25, 2011
File Number:

**HUD-1 SETTLEMENT STATEMENT REVIEW:** We received a copy of and carefully reviewed the HUD-1 Settlement Statement (the "Settlement Statement") and this Settlement Statement Addendum (the "Addendum") and to the best of our knowledge and belief certify that: (a) the Settlement Statement is a true and accurate statement of all receipts and disbursements made on our account or by us in this transaction; (b) we acknowledge receipt of all disbursements required to be paid to us as set forth on the Settlement Statement; and (c) we authorize all disbursements to others on our behalf as set forth on the Settlement Statement.

**REPRESENTATION OF PARTIES:** The Contract for sale of the property is an arm's length transaction, negotiated between the Seller(s) and the Buyer(s) who are unrelated parties, with each party acting in their own self interest. The contract sales price is fair market value of the property and is the result of a fair bargaining. The Seller(s) warrants that they are not related to the buyer(s) of the transaction, by blood, marriage, friendship, commercial enterprise, business relationship or in any other manners.

**TAX RE-PRORATION AGREEMENT:** No re-proration for short sales.

**TAX REASSESSMENT:** Buyers should not rely on the amount utilized by Settlement Agent in determining the real estate tax proration as the tax amount Buyers will be obligated to pay in future years. A CHANGE IN OWNERSHIP MAY TRIGGER REASSESSMENT of the Property by the County Property Appraiser's Office.

**HOMESTEAD:** Buyers acknowledge that, if the Property qualifies for homestead tax exemption, an application must be filed with the county tax collector no later than the last day of February of the year immediately following settlement, and that such filing is the sole responsibility of Buyers. If homestead exemption was claimed for the Property by Sellers at any time during Seller's ownership of the Property, then Sellers acknowledge that the granting of the exemption was proper, and if the homestead exemption is later denied, Sellers shall hold Settlement Agent and Buyers harmless from the payment of any additional tax or penalty assessed.

**AGREEMENT TO COOPERATE:** If requested by Lender (if any), Closing Agent, Title Agent or Title Underwriter, the parties agree to fully cooperate and adjust for clerical errors, including the execution or re-execution of any reasonable documentation and/or the remittance of any additional sums. In the event any additional sums are necessary to satisfy any existing mortgages, pay any outstanding taxes, recording fees, liens, judgments, delinquent utilities, condominium or homeowner association maintenance fees, assessments or any other encumbrances against the Property, or any other additional monies which may be required to be paid pursuant to the terms of the real estate contract for the Property, to cure defects in title or any other matter, the parties shall pay, within fourteen (14) days of request therefor, any and all additional sums required to be paid.

**HOMEOWNER'S/CONDOMINIUM ASSOCIATIONS:** The Buyer(s) acknowledge(s) the existence of any homeowner's and/or condominium association(s) and is aware that monthly, quarterly or annual maintenance assessments may be due to said association(s). Said association(s) may also have the authority to regulate and enforce community covenants and restrictions. The Buyer hereby acknowledges receipt of a copy of any association estoppel letters for the subject transaction.

**MISCELLANEOUS:** Closing Agent does not make any representations or warranties nor assumes any liability with respect to the physical condition of the property, or any repairs to the property. Buyer has been advised and encouraged to secure hazard insurance coverage prior to completion of closing. If a survey was prepared for the subject transaction, then the Buyer hereby acknowledges receipt of a copy thereof. The buyer has reviewed said survey and accepts title subject to the matters set forth thereon. Buyer has received and reviewed the proposed deed and is satisfied with and approves the manner which title is being held.

**UTILITIES AND OTHER ITEMS:** The parties acknowledge that title insurance does not protect them (nor will the Settlement Agent be responsible for the failure to collect) for any of the items listed below. Sellers acknowledge the responsibility for payment of any sums unpaid before settlement, and Buyers acknowledge the responsibility for payment of any sums unpaid after settlement: (a) utility bills (including, but not limited to, water, sewer, garbage, electric, cable television and gas); (b) rents; (c) personal property taxes; (d) service or maintenance contracts; (e) special assessment liens due to the city or county which are not recorded under an Official Records Book and Clerk's File Number in the Public Records; and (f) any special assessment or maintenance liens due to any association, but which are not recorded in the Public Records. Sellers and Buyers agree that such items shall be adjusted directly between the parties, forthwith, upon demand by either party; and, that the Settlement Agent and other representatives in this transaction have no responsibility or liability in connection with the adjustment of any such items.

**DISBURSEMENT AUTHORIZATION, ETC.:** Closing Agent does not adjust or assume liability for charges for water, rents, gas, electricity, taxes on personal property, garbage taxes or fees, license fees or taxes, service/maintenance contracts (pest control, appliance maintenance, pool care, lawn care, alarm systems, etc.), association assessments or dues, or estoppel information furnished by mortgagees or others. The settlement statement has been reviewed and approved and Closing Agent is irrevocably authorized and directed to complete the closing of the transaction and make disbursement in accordance therewith. The parties hereby irrevocably authorize Closing Agent to utilize any and all monies held in escrow on the respective party's behalf to pay any of said party's obligations and liabilities, notwithstanding the fact that such sums were

escrowed for or otherwise designated on the Settlement Statement for a different purpose. In the event of mortgage assumption, if Seller has received a credit for the escrow account balance, then Seller hereby assigns all right, title and interest in said account to Buyer.

The parties agree that in the event there is a surplus in funds not to exceed $50.00 due to either party, due to the administrative costs involved in returning said funds, the parties agree that the Closing Agent is authorized to retain said funds as additional fees costs associated with the closing.

Seller, Buyer, and Borrower are used for singular or plural, as the context so requires or admits. This Agreement may be executed in multiple counterparts.

This Agreement is being provided as an inducement for Closing Agent to serve as the closing agent and for Title Agent and Title Underwriter to issue title insurance on the subject transaction.

Buyer

_____

Dean Brown

State of Florida
County of Broward

The foregoing instrument was acknowledged before me this 25th day of February, 2011 by Dean Brown, who [ ] is personally known or [X] has produced a driver's license as identification.

[Notary Seal]   ROBERT SKOLNICK
MY COMMISSION # DD 905571
EXPIRES: August 12, 2013
Bonded Thru Notary Public Underwriters

Notary Public _____

Printed Name: Robert Skolnick

My Commission Expires: _____

Seller _____

Sami Slim

State of Florida
County of Broward

The foregoing instrument was acknowledged before me this 25th day of February, 2011 by Sami Slim, who [ ] is personally known or [X] has produced a driver's license as identification.

[Notary Seal]

Notary Public _____

Printed Name: Robert Skolnick

My Commission Expires _____

ROBERT SKOLNICK
MY COMMISSION # DD 905571
EXPIRES: August 12, 2013
Bonded Thru Notary Public Underwriters

Prepared by: Lawrence M. Kupfer, Esq.
Kupfer, Kupfer & Skolnick, P.A.
5541 University Drive, #103
Coral springs, Florida 33067
Record and Return to:

## NOT ONE AND THE SAME NAME AFFIDAVIT

State of FLORIDA

County of  Broward

BEFORE ME, the undersigned authority, duly authorized in the state and county aforesaid to administer oaths, personally appeared DOROTHY M. SMITH who after being by me duly sworn, deposes and says:

Affiant's full name is:  Dean Brown
Affiant's Social Security No. is: [redacted]
Affiants Address is: 6848 Long Leaf Drive, Parkland, Fl 33076

Affiants further states that they are NOT ONE AND THE SAME PERSON as that certain person named as defendant in the following items recorded in the public records of Broward County, Florida:

AFFIANT HAS NO JUDGMENTS, LIENS (INCLUDING ANY STATE, MUNICIPAL OR FEDERAL TAX) OR ENCUMBRANCES AGAINST HIM AND THAT ANY LIENS, JUDGMENTS OR ENCUMBRANCES AGAINST A PERON OR PERSONS WITH A SIMILAR NAME AS AFFIANT'S IS NOT AFFIANT'S BUT SOME OTHER PERSON.

The purpose of this affidavit is to induce Kupfer, Kupfer & Skolnick PA to eliminate items from its Commitment and issue title insurance pursuant to File No. _    insuring the following described property:

Lot 3, Block S, PARKLAND GOLF AND COUNTRY CLUB REPLAT #2, according to the Plat thereof, as recorded in Plat Book 174, Page 137 - 161, of the Public Records of Broward County, Florida.

FURTHER, Affiants herein agree to indemnify and hold harmless Kupfer, Kupfer & Skolnick PA  against any loss or damage resulting from its issuance of title insurance as stated above based on the information given in this affidavit.

FURTHER, Affiant sayeth not.

_____
Dean Brown

Sworn to, subscribed and acknowledged before me this 25th day of February 2011 by Dean Brown  who is personally known to me or who has produced  drivers licenses as identification and who did take an oath.

_____
Notary Public
My commission expires:

ROBERT SKOLNICK
MY COMMISSION # DD 906371
EXPIRES: August 12, 2013
Bonded Thru Notary Public Underwriters

SNG Vision Form SAF 14FL  Rev 07/13/99

# Closing Affidavit
## (Buyer)

Before me, the undersigned authority, personally appeared Dean Brown, a single man ("Affiant"), who being by me first duly sworn, on oath, depose(s) and say(s) that:

1. Dean Brown, a single man ("Buyer"), is purchasing the following described property from Sami Slim, a married man ("Seller"), to wit:

   Lot 3, Block S, PARKLAND GOLF AND COUNTRY CLUB REPLAT #2, according to the Plat thereof, as recorded in Plat Book 174, Page 137 - 161, of the Public Records of Broward County, Florida.

2. Buyer's marital status as reflected in this affidavit and the other closing documents is true and correct. The Buyer is of legal age and has never been adjudged incompetent. There are no matters pending against the Buyer that could give rise to a lien that would attach to the property prior to the recording of the interests to be insured, and Buyer has not and will not execute any instrument (nor permit any action to be taken) that would adversely affect the title or interests to be insured. There are no judgments or liens against Buyer and no bankruptcy proceedings are currently pending with respect to Buyer.

3. To the best of Buyer's knowledge, information, and belief: (a) within the past 90 days there have been no improvements, alterations, or repairs to the above described property for which the costs thereof remain unpaid, and that within the past 90 days there have been no claims for labor or material furnished for repairing or improving the same, which remain unpaid; (b) there are no actual or potential mechanic's, materialmen's, or laborer's liens against the property; (c) there are no tenancies, leases or other occupancies (oral or written) affecting the property; (d) no other person or entity has any contract to purchase, option to purchase, right of first refusal, or other potential claim of right to purchase the property.

4. Buyer knows of no violations of municipal ordinances pertaining to the property, or any action or proceeding relating to the property which is pending in any court, nor does the Buyer know of any judgment, tax lien, or matter of any nature whatsoever which could create a lien or charge upon the property. Buyer has no knowledge of any matters that could or does create a cloud on the title to the subject property.

5. There are no matters pending against the Buyer that could give rise to a lien that would attach to the property between the effective date of commitment and the recording of the interest to be insured. Borrower has not and will not execute any instruments that would adversely affect the interest to be insured.

6. There are no actions or proceedings now pending in any State or Federal Court to which the Buyer is a party, including but not limited to, proceedings in bankruptcy, receivership or insolvency, nor are there any judgments, bankruptcies, liens or executions of any nature which constitute or could constitute a charge or lien upon said property.

7. This affidavit is given for the purpose of clearing any possible question or objection to the title to the above referenced property and, for the purpose of inducing Kupfer, Kupfer & Skolnick, P.A. and First American Title Insurance Company to issue title insurance on the subject property, with the knowledge that said title companies are relying upon the statements set forth herein.

8. Buyer hereby holds Kupfer, Kupfer & Skolnick, P.A. and First American Title Insurance Company harmless and fully indemnifies same (including but not limited to attorneys' fees, whether suit be brought or not, and at trial and all appellate levels, and court costs and other litigation expenses) with respect to the matters set forth herein. "Affiant", "Seller" and "Buyer" include singular or plural as context so requires or admits. Buyer is familiar with the nature of an oath and with the penalties as provided by the laws of the United States and the State of Florida for falsely swearing to statements made in an instrument of this nature. Buyer has read, or heard read, the full facts of this Affidavit and understands its context.

Under penalties of perjury, I declare that I have read the foregoing Affidavit and that the facts stated in it are true.

File Number: 9809                                                     DoubleTimee

Dean Brown

State of Florida
County of Broward

The foregoing instrument was sworn to and subscribed before me this 25th day of February, 2011 by Dean Brown, who [ ] is
personally known or [X] has produced a driver's license as identification.

[Notary Seal]

ROBERT SKOLNICK
MY COMMISSION # DD 606671
EXPIRES: August 12, 2013
Bonded Thru Notary Public Underwriters

Notary Public

Printed Name:

My Commission Expires:

Closing Affidavit (Buyer) - Page 2
File Number: 7809

DoubleTime

# Bill of Sale

This Bill of Sale, made on February 25, 2011, between Sami Slim, a married man ("Seller"), and Dean Brown, a single man ("Buyer").

Witnesseth, that Seller, in consideration of the sum of TEN DOLLARS ($10.00) and other good and valuable consideration paid to Seller by Buyer, receipt and sufficiency of which is hereby acknowledged, delivers, grants, bargains, sells and transfers forever to Buyer the following goods and chattels, to wit:

> All Personal Property as described in the Contract between Seller and Buyer for the sale and purchase of the below described Real Property

Said property being located at:

> Lot 3, Block S, PARKLAND GOLF AND COUNTRY CLUB REPLAT #2, according to the Plat thereof, as recorded in Plat Book 174, Page 137 - 161, of the Public Records of Broward County, Florida.
>
> Also known as 9677 Cinnamon Court, Parkland, FL 33067

Seller covenants to Buyer that Seller is the lawful owner of the said goods and chattels; that they are free from all encumbrances; that Seller has good right to sell that property, and that Seller will warrant and defend the sale of said property, goods and chattels unto the Buyer against the lawful claims and demands of all persons whomsoever.

"Seller" and "Buyer" shall be used for singular or plural, natural or artificial, which terms shall include the heirs, legal representatives, successors and assigns of Seller and Buyer whenever the context so requires or admits.

Sami Slim

State of Florida
County of Broward

The foregoing instrument was acknowledged before me this 25th day of February, 2011 by Sami Slim, who [_] is personally known or [X] has produced a driver's license as identification.

[Notary Seal]

Notary Public

Printed Name: Robert Skolnick

My Commission Expires:

ROBERT SKOLNICK
MY COMMISSION # DD 905571
EXPIRES: August 12, 2013
Bonded Thru Notary Public Underwriters

DoubleTime

**In Witness Whereof,** grantor has hereunto set grantor's hand and seal the day and year first above written.

Signed, sealed and delivered in our presence:

SSJB Investment Group, Inc., a Florida Corporation

Witness Name: _____

Witness Name: _____

By: Samir Slim, President                (Seal)

State of Florida
County of Broward

The foregoing instrument was acknowledged before me this _23rd_ day of August, 2013 by Samir Slim, President of SSJB Investment Group, a Florida Corporation, who [ ] is personally known or [✓] has produced a _Driver's License_ as identification.

[Notary Seal]

Notary Public

Printed Name: _____

My Commission Expires: _____

ROBERT SKOLNICK
MY COMMISSION # FF 035652
EXPIRES: August 12, 2017
Bonded Thru Notary Public Underwriters