Serial No. 41/2014

## AUTHENTICATION OF SIGNATURE

I the undersigned, Nizar Shoukair Notary, at 7 peretz st. Haifa hereby certify that on 18.6.2014 there appeared before me at my office Mr. Fadi Metanes whose identity was proved to me by Identity Booklet no. 027505585 issued by ministry of interior at Haifa on 19.9.2007 And signed of his own free will the attached document marked A'.

In witness whereof I hereby authenticate the signature of Mr. Fadi Metanes by my own signature and seal today 18.6.2014 .

Fees paid: 195.88 NIS including VAT.

Signature



אימות חתימה

אני החתום מטה ניזאר שוקייר נוטריון, מרח' י.ל. פרץ 7 חיפה, מאשר כי ביום כ' בסיון ניצב לפני במשרדי מר פאדי מטאנס שזהותו הוכחה לי על פי תעודת זהות מספר 027505585 שהוצאה על ידי משרד הפנים בחיפה ביום 19.9.2007 וחתם מרצונו החופשי על המסמך המצורף והמסומן באות א'.

ולראיה הנני מאמת/ת את חתימתו של מר פאדי מטאנס בחתימת ידי ובחותמי, היום כ' בסיון.

שכרי בסך 195.88 ש"ח כולל מע"מ שולם.



Notary's Seal

Exhibit "H"





## AFFIDAVIT OF FADI METANES

Country/State __ISRAEL__

City/Region __Haifa__

BEFORE ME, the undersigned notary, personally appeared Fadi Metanes who after being sworn affirmed the following:

1. My name is Fadi Metanes. I am over 18 years of age and have personal knowledge of the facts contained within this affidavit.
2. On February 25, 2011, I purchased 9677 Cinnamon Court, Parkland, FL 33067 (the "Property") on behalf of Sami Slim after his sale to Dean Brown fell through, in order to transfer the Property out of Dean Brown's name.
3. In executing the purchase of the Property, I had knowledge that the Property contained Chinese drywall and the price was discounted to account for the Chinese drywall.
4. The presence of Chinese drywall was also disclosed to Dean Brown.
5. On November 23, 2011, on behalf of Sami Slim, I transferred the Property to SSJB Investment Group Inc., a company solely owned by Sami Slim.
6. I do not have any valid claims for Chinese drywall in the Property.

I declare under penalty of perjury under the laws of the United States that all of the information provided in this affidavit is true and correct to the best of my information, knowledge, and belief.

Date __18.6.14__          Signature __[signature]__



Subscribed and sworn to on __18.6.14__     Notary __NIZAR SHOUKAIR__

My commission expires __[illegible]__