a/c163



"A-א"

Prepared by and return to:
DAVID R. ROY, P.A.
David R. Roy, Esq.
4209 N Federal Highway,
Pompano Beach, FL 33064

File No. 11-DR-205

_____[Space Above This Line for Recording Data]_____

## Warranty Deed

This Warranty Deed made this 23 day of November, 2011 between Fadi Metanes, a single man, whose post office address is Eliaho Hanabi #3 Street, Haifa 31002, grantor, and SSJB Investment Group, Inc., a Florida corporation, whose post office address is 3000 N University Drive, Ste E, Coral Springs, FL 33065, grantee:

(Whenever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, trusts and trustees)

Witnesseth, that said grantor, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other good and valuable considerations to said grantor in hand paid by grantee, the receipt whereof is hereby acknowledged, has granted, bargained, and sold to the said grantee, and grantee's heirs and assigned forever, the following described land, to wit:

Lot 3, Block S, PARKLAND GOLF AND COUNTRY CLUB REPLAT #2, according to the Plat thereof, as recorded in Plat Book 174, Page 137-161 of the Public Records of Broward County, Florida.

a/k/a: 9677 Cinnamon Court, Parkland, FL 33076

Parcel ID No. 474133-05-4020

Subject to easements, restrictions and reservations of record not coupled with a right of reverter and taxes for the current year.

And the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whatsoever.

This Deed was prepared without the benefit of a title search and therefore, the preparer does not warrant or guaranty that title to this property is free and clear of any liens or encumbrances or clouds of title.

Grantor herein represents and warrants that this property does not constitute his homestead property nor is it contiguous or adjacent to his homestead property and that he resides at the address listed above.

*** Signature and notary block on following page. ***



Exhibit "I"



**In Witness Whereof,** grantors has hereunto set grantor's hand and seal the day and year first written.

Signed, sealed and delivered on our presence:

Print name: Elienor Metanes
Witness

Fadi Metanes

Print name: Nazech Atileh
Witness

STATE OF ___
COUNTRY OF ___

The foregoing instrument was acknowledged before me this 23 day of November 2011 by Fadi Metanes, a single man, who are personally known to me or who have produced ___ as identification.

Notary Public
Print name: Wael EL-Haj

{NOTARIAL SEAL}

Page 2 of 2





מספר רץ 493/2011

## AUTHENTICATION OF SIGNATURE

אימות חתימה

I the undersigned <u>Elhaj Wail Adv.&</u> Notary at <u>Haifa</u>
hereby certify that on <u>23/11/2011</u> there appeared before me at my office:

אני החו"מ עו"ד ואיל אלחאג' נוטריון ב<u>חיפה</u>
מאשר כי ביום <u>23/11/2011</u> ניצב לפני במשרדי:

1) Mr. Fadi Metanes.

1) מר <u>פאדי מטאנס</u>.

Whose identity was proved to my by identity booklet 027505585 issued by <u>ministry of interior</u> at Haifa on <u>19/09/2007</u>

שזהותו הוכחה לי עפ"י ת.ז. מס' <u>027505585</u>

שניתן מאת <u>משרד הפנים</u> ב<u>חיפה</u>

ביום <u>19/09/2007</u>

2) Mr. Nazeeh Akleh.

2) מר <u>נזיה עאקלה</u>

Whose identity was proved to my by identity booklet 058922444 issued by <u>ministry of interior</u> at Nazareth on <u>25/03/1991</u>

שזהותו הוכחה לי עפ"י ת.ז. מס' <u>058922444</u>

שניתן מאת <u>משרד הפנים</u> ב<u>נצרת</u>

ביום <u>25/03/1991</u>

3) Mrs. Eliana Metanes.

3) גב' <u>אליאנה מטאנס</u>.

Whose identity was proved to my by identity booklet 021855739 issued by <u>ministry of interior</u> at Haifa on <u>14/07/2010</u>

שזהותה הוכחה לי עפ"י ת.ז. מס' <u>021855739</u>

שניתן מאת <u>משרד הפנים</u> ב<u>חיפה</u>

ביום <u>14/07/2010</u>

And signed of there own free will the above document (the attached document marked <u>A</u> (the document overleaf .)

וחתמו מרצונם החופשי על המסמך שלעיל המצורף וחמסומן באות <u>א</u>.

In witness where of I hereby authenticate the signatures of Mr. <u>Fadi Metanes</u> & Mr. <u>Nazeeh Akleh</u> & Mrs. <u>Eliana Metanes</u> by my own signature and seal today.<u>23/11/20</u>11.

ולראיה הנני מאמת את חתימתם של מר <u>פאדי</u> מטאנס ומר <u>נזיה</u> עאקלה וגב' <u>אליאנה מטאנס</u>

בחתימת ידי ובחותמי, היום <u>23/11/2011</u>.

Fees paid: 70 NIS including VAT.

שכרי בסך <u>70</u> ₪ כולל מע"מ שולם.





מסמך זה הופק על ידי מחולל המסמכים של אסטי תכנות משפטיות בע"מ 02-5879333 . פקס 02-5879331