## FLORIDA DEPARTMENT OF STATE
## DIVISION OF CORPORATIONS

www.sunbiz.org

# Detail by Entity Name

## Florida Profit Corporation

SSJB INVESTMENT GROUP, INC.

## Filing Information

| | |
|---|---|
| **Document Number** | P10000008963 |
| **FEI/EIN Number** | APPLIED FOR |
| **Date Filed** | 01/29/2010 |
| **State** | FL |
| **Status** | ACTIVE |
| **Effective Date** | 01/29/2010 |

## Principal Address

3000 N UNIVERSITY DR
SUITE E
CORAL SPRINGS, FL 33065

## Mailing Address

3000 N UNIVERSITY DR
SUITE E
CORAL SPRINGS, FL 33065

## Registered Agent Name & Address

SLIM, SAMIR
3000 N UNIVERSITY DR STE E
CORAL SPRINGS, FL 33065

## Officer/Director Detail

**Name & Address**

Title PST

SLIM, SAMIR
3000 N UNIVERSITY DR STE E
CORAL SPRINGS, FL 33065

## Annual Reports

| Report Year | Filed Date |
|---|---|
| 2012 | 02/17/2012 |
| 2013 | 01/22/2013 |
| 2014 | 03/24/2014 |

Exhibit "J"

## Document Images

| | |
|---|---|
| 03/24/2014 -- ANNUAL REPORT | View image in PDF format |
| 01/22/2013 -- ANNUAL REPORT | View image in PDF format |
| 02/17/2012 -- ANNUAL REPORT | View image in PDF format |
| 03/03/2011 -- ANNUAL REPORT | View image in PDF format |
| 01/29/2010 -- Domestic Profit | View image in PDF format |

Copyright © and Privacy Policies

State of Florida, Department of State

**2014  FLORIDA PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# P10000008963

**Entity Name:** SSJB INVESTMENT GROUP, INC.

**FILED**
**Mar 24, 2014**
**Secretary of State**
**CC7868057652**

**Current Principal  Place of Business:**

3000 N UNIVERSITY DR
SUITE E
CORAL SPRINGS, FL  33065

**Current Mailing Address:**

3000 N UNIVERSITY DR
SUITE E
CORAL SPRINGS, FL  33065  US

**FEI Number: APPLIED FOR**                          **Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

SLIM, SAMIR
3000 N UNIVERSITY DR STE E
CORAL SPRINGS, FL  33065  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                                        Date

**Officer/Director Detail :**

| | |
|---|---|
| Title | PST |
| Name | SLIM, SAMIR |
| Address | 3000 N UNIVERSITY DR STE E |
| City-State-Zip: | CORAL SPRINGS  FL  33065 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: SAMIR SLIM                          PRES                          03/24/2014

Electronic Signature of Signing Officer/Director Detail                              Date