

Exhibit "K"

Sprint 1:29 PM

Messages (1) Sami Details

Text Message
Today 1:28 PM

affidavit yet? I really need it, its holding me up

Delivered

Fri, Jun 20, 11:41 AM

My attorney does not see the need in me signing as he says I have no claim.

iMessage

Sprint 6:49 PM

Messages Sami Details

iMessage

[redacted]

Today 5:50 PM

Thank you I will email it to you momentarily

Okee dokee

Its in your email now. Thank you Dean

iMessage

Sprint 6:50 PM

Messages Sami Details

Ok I'll check this eve

Ok I'll check this eve driving to Sarasota now

Thu, May 8, 11:19 AM

Good morning Dean, did you get a chance to look at the document?

Thu, May 8, 4:03 PM

iMessage

Sprint 6:50 PM

Messages Sami Details

Thu, May 8, 4:03 PM

I did look briefly sent to my atty to look it over. He's in the Cayman Islands... But said he look this evening ok

Thank you

Sorry Sami I got caught up today I'll look

iMessage

