AuthentiSign ID: A07D0B0A-85D3-4909-88FC-56F42DE86F01

# "AS IS" Residential Contract For Sale And Purchase
THIS FORM HAS BEEN APPROVED BY THE FLORIDA REALTORS AND THE FLORIDA BAR

**FloridaRealtors**

1* PARTIES: __SSJB Investment Group, Inc__ ("Seller"),
2* and __Daniel Loredo__ ("Buyer"),
3 agree that Seller shall sell and Buyer shall buy the following described Real Property and Personal
4 Property (collectively "Property") pursuant to the terms and conditions of this AS IS Residential Contract For Sale
5 And Purchase and any riders and addenda ("Contract"):
6 **1. PROPERTY DESCRIPTION:**
7* (a) Street address, city, zip: __9677 Cinnamon Ct.__ __Parkland__ __33076__
8* (b) Property is located in: __Broward__ County, Florida. Real Property Tax ID No: __474133054050__
9* (c) Legal description of the Real Property: PARKLAND GOLF AND COUNTRY CLUB REPLAT #2
10* 174-137 B LOT 3 BLK S
11 together with all existing improvements and fixtures, including built-in appliances, built-in furnishings and
12 attached wall-to-wall carpeting and flooring ("Real Property") unless specifically excluded below.
13 (d) Personal Property: The following items owned by Seller and existing on the Property as of the date
14 of the initial offer are included in the purchase ("Personal Property"): (i) range(s)/oven(s), dishwasher(s),
15 disposal, ceiling fan(s), intercom, light fixtures, rods, draperies and other window treatments, garage door
16 openers, and security gate and other access devices; and (ii) those additional items checked below. If
17* additional details are necessary, specify below. If left blank, the item below is not included:

- ☒ Refrigerator(s)
- ☒ Microwave oven
- ☒ Washer
- ☒ Dryer
- ☐ Stand-alone ice maker
- ☒ Smoke detector(s)
- ☒ Security system
- ☐ Window/wall a/c
- ☐ Generator
- ☐ Pool barrier/fence
- ☐ Pool equipment
- ☐ Pool heater
- ☐ Spa or hot tub with heater
- ☐ Above ground pool
- ☐ Storage shed
- ☐ TV antenna/satellite dish
- ☐ Water softener/purifier
- ☐ Storm shutters and panels

18 The only other items of Personal Property included in this purchase, and any additional details regarding
19* Personal Property, if necessary, are: __All Appliances, All Attached Lighting Fixtures__
20* __and Track Lighting, All Ceiling Fans, All Window Coverings, All Attached Speakers.__
21 Personal Property is included in the Purchase Price, has no contributory value, and shall be left for the Buyer.
22* (e) The following items are excluded from the purchase: __None__
23*

24* **2. PURCHASE PRICE** (U.S. currency):.................................................................... $ __600,000.00__
25* (a) Initial deposit to be held in escrow in the amount of (checks subject to COLLECTION) $ __100,000.00__
26 The initial deposit made payable and delivered to "Escrow Agent" named below
27* (CHECK ONE):☐ accompanies offer or ☒ is to be made upon acceptance (Effective Date)
28* or ☐ is to be made within _____ (if blank, then 3) days after Effective Date
29* Escrow Agent Information: Name: __Lourdes Corvo, P.A.__
30* Address: __15450 New Barn Rd., Ste.302, Miami Lakes,__ Phone: __305-827-0084__
31* E-mail: __lc@corvopa.com__ Fax: __305-826-4723__
32* (b) Additional deposit to be delivered to Escrow Agent within __10__ (if blank, then 3)
33* days after Effective Date.................................................................................................. $ __100,000.00__
34 (All deposits paid or agreed to be paid, are collectively referred to as the "Deposit")
35* (c) Financing: Express as a dollar amount or percentage ("Loan Amount") see Paragraph 8 ......... __0.00__
36* (d) Other: _____ .....$ __.00__
37 (e) Balance to close (not including Buyer's closing costs, prepaids and prorations) by wire
38* transfer or other COLLECTED funds.................................................................................. $ __400,000.00__
39 NOTE: For the definition of "COLLECTION" or "COLLECTED" see STANDARD S.
40 **3. TIME FOR ACCEPTANCE OF OFFER AND COUNTER-OFFERS; EFFECTIVE DATE:**
41* (a) If not signed by Buyer and Seller, and an executed copy delivered to all parties on or before
42* __8/12/2013__, this offer shall be deemed withdrawn and the Deposit, if any, will be returned to Buyer.
43 Unless otherwise stated, time for acceptance of any counter-offers shall be within 2 days after the day the
44 counter-offer is delivered.
45 (b) The effective date of this Contract will be the date when the last one of the Buyer and Seller has signed or
46 initialed this offer or final counter-offer ("Effective Date").
47 **4. CLOSING DATE:** Unless modified by other provisions of this Contract, the closing of this transaction shall occur
48 and the closing documents required to be furnished by each party pursuant to this Contract shall be delivered
49* ("Closing") on __8/31/2013__ ("Closing Date"), at the time established by the Closing Agent.

Buyer's Initials __DL__ _____ Page 1 of 10 Seller's Initials __/s/__ _____
FloridaRealtors/FloridaBar-ASIS-1 Rev. 6/10 © 2010 Florida Realtors® and The Florida Bar. All rights reserved.

This software is licensed to [Jeffrey Blye - Jeffrey R. Blye] www.transactiondesk.com.

**instanet forms**

Exhibit "L"

AuthentiSign ID: A07D080A-88D3-4909-88FC-64F42DE84F01

**COUNTER-OFFER/REJECTION**

495* ☐ Seller counters Buyer's offer (to accept the counter-offer, Buyer must sign or initial the counter-offered terms and
496 deliver a copy of the acceptance to Seller).
497* ☐ Seller rejects Buyer's offer.

498 THIS IS INTENDED TO BE A LEGALLY BINDING CONTRACT. IF NOT FULLY UNDERSTOOD, SEEK THE ADVICE
499 OF AN ATTORNEY PRIOR TO SIGNING.

500 THIS FORM HAS BEEN APPROVED BY THE FLORIDA REALTORS AND THE FLORIDA BAR.

501 *Approval of this form by the Florida Realtors and The Florida Bar does not constitute an opinion that any of the terms*
502 *and conditions in this Contract should be accepted by the parties in a particular transaction. Terms and conditions*
503 *should be negotiated based upon the respective interests, objectives and bargaining positions of all interested*
504 *persons.*

505 AN ASTERISK (*) FOLLOWING A LINE NUMBER IN THE MARGIN INDICATES THE LINE CONTAINS A BLANK TO
506 BE COMPLETED.

507* Buyer: *Daniel Loredo* / Daniel Lorado       Date: 08/10/2013

508* Buyer: _____       Date: _____

509* Seller: _____       Date: 8/12/13
          SSJB Investment Group, Inc

510* Seller: _____       Date: _____

511 Buyer's address for purposes of notice         Seller's address for purposes of notice
512* 1025  88th St.                              3000  N University Dr., Ste.E
513*       Surfside, FL 33154                          Coral Springs, FL 33065-5048
514*       (305) 600-0001                             305-344-4858

515 BROKER: Listing and Cooperating Brokers, if any, named below (collectively, "Broker"), are the only Brokers entitled
516 to compensation in connection with this Contract. Instruction to Closing Agent: Seller and Buyer direct Closing Agent
517 to disburse at Closing the full amount of the brokerage fees as specified in separate brokerage
518 agreements with the parties and cooperative agreements between the Brokers, except to the extent Broker has
519 retained such fees from the escrowed funds. This Contract shall not modify any MLS or other offer of compensation
520 made by Seller or Listing Broker to Cooperating Brokers.

521*         Jeffrey Blye                              Hap Pomerantz
522  Cooperating Sales Associate, if any         Listing Sales Associate

523* *Jeffrey Blye* Jeffrey R. Blye 08/10/2013        Keyes Company 7, The
524 Cooperating Broker, if any                    Listing Broker
    3% Co-Broker Compensation

Page 10 of 10
FloridaRealtors/FloridaBar-ASIS-1 Rev. 6/10 © 2010 Florida Realtors® and The Florida Bar. All rights reserved.

This software is licensed to [Jeffrey Blye - Jeffrey R. Blye] www.transactiondesk.com.

Instanet forms

Authentisign ID: A07D0B0A-85D3-4909-88FC-56F42DE86F01

## Comprehensive Rider to the
## Residential Contract For Sale And Purchase

 FloridaRealtors

THIS FORM HAS BEEN APPROVED BY THE FLORIDA REALTORS AND THE FLORIDA BAR

If initialed by all parties, the clauses below will be incorporated into the Florida Realtors®/Florida Bar Residential Contract For Sale And Purchase between _____ SSJB Investment Group, Inc _____ (SELLER) and _____ Daniel Loredo _____ (BUYER) concerning the Property described as ___ 9677   Cinnamon Ct. ___
___ Parkland ___ FL ___ 33076 ___

Buyer's Initials    DL   08/10/2013           Seller's Initials  [signature]

### M. DEFECTIVE DRYWALL

During the time Florida was experiencing building material shortages, some homes were built or renovated using drywall imported from or manufactured in China or elsewhere which reportedly emit levels of sulfur, methane and/or other volatile organic compounds that cause corrosion of air conditioner and refrigerator coils, copper tubing, electrical wiring, computer wiring and other household items as well as create noxious odors which may also pose health risks ("Defective Drywall").

1. **Seller's Knowledge:** Except as indicated below, Seller has no actual knowledge of the presence of Defective Drywall or the existence of any information, records, reports, or other documents pertaining to Defective Drywall affecting the Property: (describe all known Defective Drywall information and list all available documents pertaining to Defective Drywall and provide documents, if any, to Buyer before accepting Buyer's offer) Chinese drywall removed 6/7/11 as stated in Seller's Disclosure. All available documentation pertaining to defective drywall (Chinese) will be provided and attached.

2. **Defective Drywall Inspection: (Check One)**
   ☐ (a) Buyer waives the opportunity to conduct a risk assessment or inspection for the presence of Defective Drywall and accepts the Drywall in the Property in its existing condition.
   ☒ (b) Buyer, at Buyer's expense, may have a home inspector, licensed contractor or other licensed professional (if required by law) to conduct an inspection or risk assessment of the Property for the presence of Defective Drywall within ___7___ (if blank, then 15) days from the Effective Date ("Drywall Inspection Period"). If the drywall inspection or risk assessment reveals the presence of Defective Drywall or reveals damage to the Property resulting from the Defective Drywall and the cost to remove/replace the Defective Drywall or damage resulting from the Defective Drywall exceeds $___100.00___ (if blank, $500.00), Buyer may cancel this Contract by giving written notice to Seller on or before expiration of the Drywall Inspection Period. If Buyer timely terminates this Contract, the Deposit shall be refunded to Buyer; thereby releasing Buyer and Seller of all further obligations under this Contract, except as provided in Paragraph 3 below. If Buyer fails to timely cancel or fails to conduct the inspections permitted in this Paragraph, Buyer may not terminate this Contract pursuant to this Addendum.
   **IF NEITHER BOX IS CHECKED, THEN OPTION (b) SHALL BE DEEMED SELECTED.**

3. **Repair of Inspection Damages to Property:** Buyer shall be responsible for prompt payment for such inspections and repair all damages to the Property resulting from the inspections.

4. **Professional Advice:** Buyer acknowledges that Broker has not conducted any independent investigations to verify the accuracy or completeness of any representations about Defective Drywall made by Broker or Seller. Buyer agrees to rely solely on Seller, professional inspectors, governmental agencies or any third parties retained by the Buyer regarding any issue related to Defective Drywall.

Page ___3___ of Comprehensive Rider to the Residential Contract For Sale And Purchase
CR-1 Rev. 6/10 © 2010 Florida Realtors® and The Florida Bar. All rights reserved.

This software is licensed to [Jeffrey Blye - Jeffrey R. Blye] www.transactiondesk.com.   

Authentisign ID: A07D0B0A-85D3-4909-88FC-88F42DE84F01

## Comprehensive Rider to the
## Residential Contract For Sale And Purchase
THIS FORM HAS BEEN APPROVED BY THE FLORIDA REALTORS AND THE FLORIDA BAR

 FloridaRealtors

If Initialed by all parties, the clauses below will be incorporated into the Florida Realtors®/Florida Bar Residential Contract For Sale And Purchase between _____ SSJB Investment Group, Inc _____ (SELLER) and _____ Daniel Loredo _____ (BUYER) concerning the Property described as _____ 9677  Cinnamon Ct. _____
_____ Parkland _____ FL _____ 33076 _____

Buyer's Initials  _DL_  08/10/2013         Seller's Initials  _AF_ _____

### V. SALE OF BUYER'S PROPERTY

This Contract is contingent on the sale and closing of Buyer's property located at _____ 1025 88th St., Surfside, FL 33154 _____
Upon entering into a contract for the sale of Buyer's property, Buyer will give Seller a copy of such contract with the third parties' identification and purchase price information obliterated. If the sale of Buyer's property does not close by _____ 08/26/13 _____, Buyer may, within 3 days thereafter deliver written notice to Seller, either: a) terminating this Contract in which event the Deposit shall be refunded to Buyer, thereby releasing Buyer and Seller from all further obligations under this Contract; or b) waiving and removing this contingency and all financing contingencies, and continue with this Contract.

Buyer's property ☒ is ☐ is not presently under contract for sale. If Buyer's property is under contract, Buyer shall provide Seller with a copy of the contract on or before _____ 08/14/13 _____.

Page __4__ of Comprehensive Rider to the Residential Contract For Sale And Purchase
CR-1 Rev. 6/10 © 2010 Florida Realtors® and The Florida Bar. All rights reserved.

This software is licensed to [Jeffrey Blye - Jeffrey R. Blye] www.transactiondesk.com.  

# Closing Affidavit
(Seller)

**Before me**, the undersigned authority, personally appeared Samir Slim, President of SSJB Investment Group, Inc. a Florida Corporation, the undersigned ("Affiant"), who being by me first duly sworn, on oath, deposes and says that:

1. Seller is the owner of and is selling the following described property to DANIEL LOREDO and MARYNA SERGE YANKOVICH LOREDO, Husband and Wife ("Buyer"), to wit:

    Lot 3, BLOCK S, of PARKLAND GOLF AND COUNTRY CLUB REPLAT # 2 according to the Plat thereof, recorded in Plat Book 174, Page 137, of the Public Records of Palm Beach County, Florida.

2. The above described property is free and clear of all liens, taxes, encumbrances and claims of every kind, nature and description of record whatsoever, except for mortgage or mortgages, if any, described in the Deed and except for real estate and personal property taxes for the year 2013, which are not yet due and payable.

3. There have been no improvements, alterations, or repairs since acquisition by the Seller to the above described property for which the costs thereof remain unpaid, that there are no claims for labor or material furnished for repairing or improving the same, which remain unpaid since the acquisition by Seller, and that there are no mechanic's, materialmen's, or laborer's liens since acquisition by Seller against the above described property.

4. There have been no documents recorded in the Public Records of Broward County, Florida subsequent to August 7, 2013, which affect title to the Property and Seller has not entered into any contracts for the sale, disposition or leasing of the Property since said date except as may have been disclosed to Corvo & Calas, in writing, and Seller has no knowledge of any matter affecting title to the Property.

5. The personal property contained in the building on said property, or on the said premises, and which, if any, is being sold free and clear of all liens, encumbrances, claims and demands whatsoever. The Seller knows of no violations of Municipal or County Ordinances pertaining to the above described property. No judgment or decree has been entered in any court in this State or the United States against said Seller which remains unsatisfied. There are no persons other than Seller in possession of the above described property.

6. Seller agrees that in the event the current real estate or personal property taxes vary in amount from the figures used in making the prorations used in closing the transfer and conveyance of the above described property to said Buyers, then a new proration and a correct and proper adjustment will be made upon demand.

7. There are no matters pending against the Seller that could give rise to a lien that would attach to the property between the effective date of commitment and the recording of the interest to be insured. Seller has not and will not execute any instruments that would adversely affect the interest to be insured.

8. Seller's title to, and possession and enjoyment of, the property have been open, notorious, peaceable and undisturbed, and have never been disputed nor questioned.

9. There are no disputes concerning the boundary lines of the property, and the operation of any buildings on said property has been in compliance with the applicable building codes, ordinances and statutes.

10. Affiant has received no notice of any public hearing regarding assessment for improvements or changes in applicable zoning laws concerning said property within the past ninety (90) days.

11. There are no actions or proceedings now pending in any State or Federal Court to which the Seller is a party, including but not limited to, proceedings in bankruptcy, receivership or insolvency, nor are there any judgments, bankruptcies, liens or executions of any nature which constitute or could constitute a charge or lien upon said property.

12. There are no unrecorded easements, claims of easement or rights-of-way affecting all or any portion of the property.

13. Seller understands that Section 1445 of the Internal Revenue Code provides that a Buyer of a United States real property interest must withhold tax if the Seller is a foreign person. To inform the Buyer that withholding of tax is not required upon purchase of the above described property, Seller certifies the following:

    a. Seller is not a nonresident alien individual, foreign corporation, foreign partnership, foreign trust or foreign estate for purposes of United States federal income taxation.

    b. Seller's U.S. Taxpayer Identification Number is 27-1799723

    Seller's address is: 3000 North University, Suite E, Coral Springs, Florida 33076.

    c. No other persons or entities have an ownership interest in the above described property.

    Seller understands the Buyer of the described property intends to rely on the foregoing representations in connection with the United States Foreign Investment in Real Property Tax Act. (FIRPTA). Seller understands this certification may be disclosed to the Internal Revenue Service by the Buyer and that any false statements contained in this certification may be punished by fine, imprisonment or both. Seller has the authority to sign this affidavit as either individual Seller or on behalf of an entity Seller. Under penalties of perjury, Seller states that this declaration was carefully read and is true and correct.

14. This affidavit is given for the purpose of clearing any possible question or objection to the title to the above referenced property and, for the purpose of inducing Corvo & Calas and Fidelity National Title Insurance Company to issue title insurance on the subject property, with the knowledge that said title companies are relying upon the statements set forth herein. Seller hereby holds Richard C. Entin, P.A. and Fidelity National Title Insurance Company harmless and fully indemnifies same (including but not limited to attorneys' fees, whether suit be brought or not, and at trial and all appellate levels, and court costs and other litigation expenses) with respect to the matters set forth herein. "Affiant", "Seller" and "Buyer" include singular or plural as context so requires or admits. Seller further states that she is familiar with the nature of an oath and with the penalties as provided by the laws of the United States and the State of Florida for falsely swearing to statements made in an instrument of this nature. Seller further certifies that she has read, or heard read, the full facts of this Affidavit and understands its context.

**Under penalties of perjury,** I declare that I have read the foregoing Affidavit and that the facts stated in it are true.

Executed this 23rd day of August, 2013.

SSJB Investment Group, Inc., a Florida Corporation

By: _____ (Seal)
    Samir Slim, President

STATE OF FLORIDA       )
COUNTY OF BROWARD      )

Sworn to, affirmed, acknowledged and subscribed before me this 23rd day of August, 2013, by Samir Slim, President of SSJB Investment Group, a Florida Corporation who ___ is personally known or ✓ who has produced Driver's License as identification.

Print Name: Robert Skolnick
Notary Public, State of Florida at large
My commission expires: _____

ROBERT SKOLNICK
MY COMMISSION # FF 035652
EXPIRES: August 12, 2017
Bonded Thru Notary Public Underwriters

Prepared by:

Robert Skolnick, Esq.
Attorney at Law
Kupfer, Kupfer & Skolnick, P.A.
5541 University Drive Suite 103
Coral Springs, FL 33067
954-755-3600

Parcel Identification No. 4741 33 05 4050

# Warranty Deed
(STATUTORY FORM - SECTION 689.02, F.S.)

**This Indenture** made this 23rd day of August, 2013 between SSJB INVESTMENT GROUP, INC., A Florida corporation, whose post office address 3000 North University Drive, Suite E, Coral Springs, Florida 33065, Grantor*, and DANIEL LOREDO and MARYNA SERGE YANKOVICH LOREDO, Husband and Wife, whose post office address is 9677 Cinnamon Court, Parkland, Florida 33076, Grantee*,

**Witnesseth**, that said Grantor, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained, and sold to the said Grantee, and Grantee's heirs and assigns forever, the following described land, situate, lying and being in Broward County, Florida, to-wit:

Lot 3, BLOCK S, of PARKLAND GOLF AND COUNTRY CLUB REPLAT # 2 according to the Plat thereof, recorded in Plat Book 174, Page 137, of the Public Records of Palm Beach County, Florida.

Subject to taxes for 2013 and subsequent years; covenants, conditions, restrictions, easements, reservations and limitations of record, if any.

and said grantor does hereby fully warrant the title to said land, and will defend the same against lawful claims of all persons whomsoever.

\* "Grantor" and "Grantee" are used for singular or plural, as context requires.