```
01/05/2015  17:53     9547538784              DISTRICT1                          PAGE  01
                   551 0341 03   Account Master Maintenance
   Account #: 551 0341 02        Customer: 32628  _ SAMI SLIM
   Service Location              Landlord: _____ _ 6370 NW 120TH DR
   Address 1: 9677 CINNAMON CT
   Address 2: 3S POD 14 PGCC
   Address 3: 10695                                 CORAL SPRINGS      FL 330761909
        C/S/Z: PARKLAND           FL     33067      Tel 9545206001 Work 5617973555
   Remarks(L) _____  Flags: __
   2=Edit (R) _____  Dist: FL NTX
   ? Rtecd    Meter #  Read Dte   Cur Read  Prv Read  Prv Read   Qty  Ref Meter
   _ S 001              0/00/00              857580    849360      0  W65012561
   _ W 001  W65012561   0/00/00              857580    849360      0


   Deposit..:                    Apply Deposit: _ Y/N   Credit Rating: 0000000000000
   Last Payment.: 8/09/2013      Last Paid:       180.00 Notice......:
   Last Bill Due: 9/19/2013      Past Due :          .00 Return Check.: 0
   Last Billed..: 9/04/2013      Current. :          .00 Activity Code: F _
   Service Began: 12/05/2006     Total. . :          .00 Last Cut-Off.:
   Went Inactive: 8/26/2013      Addl Pend:             Collect Date :
   F1=Meter    F2=History   F6=Add Serv   F8=A/R Dist   F9=Customer   F10=Next Scrn
   F13=EPP     F14=Cut-Off Hold   F18=Notes   F21=Bad Check   F24=More Keys
```

Fax = (954) 752-7059

Exhibit "M"

```
01/06/2015  17:53    9547538784              DISTRICT1                    PAGE  02
UB410C S001                      Account History X-Ref Inquiry            JBABA
551 0341 02    SAMI SLIM                            .00    Due Date:      9/19/2013
               CINNAMON CT                         Z=Audit Doc       I=Display Bill
               R=Reprint                D=Detail   P=Payment Dist
X=Expanded Desc              Total                 ------- Payment -------
?      Date     Arrears     Charges    Cde          Date        Amount         Balance
_  9/06/2013      .00        71.74      I                          .00            .00
                             71.74     ARR     ACCT REFUND REVERSAL-CHK SENT
_  9/04/2013   -107.62       35.88                                 .00         -71.74
_  8/27/2013      .00       -35.30      T                          .00        -107.62
                           0016565    DMESSING   CREDIT BASE FINAL BL =SP=
_  8/26/2013   -127.60       55.28                                 .00         -72.32
_  8/15/2013   -127.60        .00       I                          .00        -127.60
                              .00      EST        LIEN INQ ONE-STEP #221457
_  7/26/2013      .00        52.40              8/09/2013       180.00        -127.60
_  6/26/2013      .00        47.80              7/08/2013        47.80            .00
_  5/23/2013      .00        52.10              5/31/2013        52.10            .00
_  4/24/2013      .00        55.28              4/29/2013        55.28            .00
_  3/25/2013    -39.54       46.48              4/01/2013         6.94            .00
_  2/25/2013    -87.12       47.58                                 .00         -39.54

F4=IRRIGATION    F5=SEWER           F6=WATER
F13=Incl Notes   F10=Alter View     F14=Average Use  F11=User Spec
F17=Prt History  F23=Receipt        F15=Create W/O   F16=W/O Hist       F12=Cancel
```

```
UB410C S001              Account History X-Ref Inquiry              JBABA
551 0341 02  SAMI SLIM                       .00   Due Date:     9/19/2013
             CINNAMON CT                Z=Audit Doc       I=Display Bill
             R=Reprint        D=Detail  P=Payment Dist
X=Expanded Desc       Total            ------- Payment -------
?    Date     Arrears  Charges   Cde      Date       Amount       Balance
  1/25/2013  -145.22    58.10                           .00        -87.12
 12/19/2012  -195.38    50.16                           .00       -145.22
 11/26/2012   -43.38    48.00         11/30/2012     200.00       -195.38
 10/24/2012   -97.88    54.50                           .00        -43.38
  9/26/2012  -157.14    59.26                           .00        -97.88
  8/24/2012      .00    42.86          8/30/2012     200.00       -157.14
  7/26/2012      .00    45.64          7/31/2012      45.64            .00
  6/26/2012      .00    47.10          7/02/2012      47.10            .00
  5/22/2012      .00    43.30          6/01/2012      43.30            .00
  4/24/2012      .00    42.54          4/30/2012      42.54            .00
  3/23/2012      .00    43.36          3/30/2012      43.36            .00
  2/21/2012      .00    39.30          2/28/2012      39.30            .00
  1/25/2012      .00    62.08          2/01/2012      62.08            .00
 12/21/2011      .00    67.24         12/29/2011      67.24            .00

F4=IRRIGATION    F5=SEWER         F6=WATER
F13=Incl Notes   F10=Alter View   F14=Average Use  F11=User Spec
F17=Prt History  F23=Receipt      F15=Create W/O   F16=W/O Hist    F12=Cancel
```

```
01/06/2015  17:53    9547538784              DISTRICT1                      PAGE  04
UB410C S001                     Account History X-Ref Inquiry                JBABA
551 0341 02   SAMI SLIM                            .00   Due Date:        9/19/2013
              CINNAMON CT                    Z=Audit Doc        I=Display Bill
              R=Reprint            D=Detail  P=Payment Dist
X=Expanded Desc          Total                   ------ Payment ------
?     Date    Arrears    Charges    Cde      Date          Amount         Balance
_  11/21/2011    .00      52.34          11/30/2011        52.34              .00
_  10/26/2011    .00      45.28          11/01/2011        45.28              .00
_   9/26/2011    .00      72.25          10/03/2011        72.25              .00
_   8/24/2011    .00      53.55           8/31/2011        53.55              .00
_   7/26/2011    .00      60.45           8/10/2011        60.45              .00
_   6/23/2011    .00      53.91           6/29/2011        53.91              .00
_   5/24/2011    .00      63.42           6/09/2011        63.42              .00
_   4/27/2011    .00      62.21           5/06/2011        62.21              .00
_   3/23/2011    .00      50.17           4/01/2011        50.17              .00
_   2/22/2011    .00      59.51           3/07/2011        59.51              .00
_   1/25/2011    .00      65.15           1/31/2011        65.15              .00
_  12/21/2010    .00      63.73          12/27/2010        63.73              .00
_  11/22/2010    .00      55.95          12/03/2010        55.95              .00
_  10/25/2010    .00      64.32          11/08/2010        64.32              .00

F4=IRRIGATION      F5=SEWER         F6=WATER
F13=Incl Notes     F10=Alter View   F14=Average Use   F11=User Spec
F17=Prt History    F23=Receipt      F15=Create W/O    F16=W/O Hist       F12=Cancel
```

```
01/06/2015  17:53    9547538784           DISTRICT1                      PAGE  05
UB410C S001                  Account History X-Ref Inquiry              JBABA
551 0341 02  SAMI SLIM                        .00    Due Date:        9/19/2013
             CINNAMON CT                       Z=Audit Doc      I=Display Bill
             R=Reprint          D=Detail   P=Payment Dist
X=Expanded Desc           Total            ———————— Payment ————————
?      Date     Arrears   Charges    Cde      Date       Amount       Balance
   9/24/2010      .00      51.91          10/04/2010     51.91           .00
   8/25/2010      .00      53.43           8/31/2010     53.43           .00
   7/27/2010      .00      50.57           8/03/2010     50.57           .00
   6/23/2010      .00      48.87           7/01/2010     48.87           .00
   5/25/2010      .00      44.97           6/07/2010     44.97           .00
   4/28/2010      .00      43.97           5/03/2010     43.97           .00
   3/24/2010      .00      41.17           3/30/2010     41.17           .00
   2/23/2010      .00      36.95           3/05/2010     36.95           .00
   1/27/2010      .00      43.45           2/02/2010     43.45           .00
  12/21/2009      .00      39.39          12/29/2009     39.39           .00
  11/17/2009   -18.62     165.95          11/23/2009    147.33           .00
  10/26/2009   -54.45      35.83                          .00         -18.62
   9/23/2009      .00      45.55           9/29/2009    100.00         -54.45
   8/25/2009    -2.66      40.71           9/01/2009     38.05           .00

F4=IRRIGATION    F5=SEWER          F6=WATER
F13=Incl Notes   F10=Alter View    F14=Average Use  F11=User Spec
F17=Prt History  F23=Receipt       F15=Create W/O   F16=W/O Hist     F12=Cancel
```

```
01/06/2015  17:53    9547538784              DISTRICT1                              PAGE  06
UB410C S001                  Account History X-Ref Inquiry                       JBABA
551 0341 02  SAMI SLIM                          .00    Due Date:                 9/19/2015
             CINNAMON CT                      Z=Audit Doc         I=Display Bill
             R=Reprint             D=Detail   P=Payment Dist
X=Expanded Desc              Total                    ------- Payment -------
?       Date     Arrears    Charges    Cde        Date       Amount       Balance
-   7/22/2009    -39.81      37.15                                 .00     -2.66
-   6/23/2009    -27.94      38.13          6/30/2009             50.00   -39.81
-   5/29/2009    -65.29      37.35                                 .00    -27.94
-   4/24/2009       .00      34.71          5/12/2009            100.00   -65.29
-   3/25/2009       .00      44.71          3/31/2009             44.71      .00
-   2/24/2009     -9.86      40.43          3/03/2009             30.57      .00
-   1/27/2009    -59.25      49.39                                 .00     -9.86
-  12/22/2008      -.98      41.73         12/30/2008            100.00   -59.25
-  11/19/2008    -40.51      39.53                                 .00      -.98
-  10/23/2008    -79.44      38.93                                 .00    -40.51
-   9/24/2008   -115.91      36.47                                 .00    -79.44
-   8/27/2008   -157.56      41.65                                 .00   -115.91
-   7/23/2008   -197.65      40.09                                 .00   -157.56
-   6/25/2008    -38.74      41.09          7/02/2008            200.00      7.65

F4=IRRIGATION    F5=SEWER         F6=WATER
F13=Incl Notes   F10=Alter View   F14=Average Use  F11=User Spec
F17=Prt History  F23=Receipt      F15=Create W/O   F16=W/O Hist          F12=Ca
```

```
01/06/2015  17:53    9547538784              DISTRICT1                        PAGE  07
UB410C S001                        Account History X-Ref Inquiry              JBABA
551 0341 02   SAMI SLIM                         .00    Due Date:            9/19/2013
              CINNAMON CT                    Z=Audit Doc       I=Display Bill
              R=Reprint              D=Detail  P=Payment Dist
X=Expanded Desc           Total                ------ Payment ------
?     Date     Arrears    Charges    Cde      Date         Amount       Balance
   5/23/2008   -83.37      44.63                              .00       -38.74
   4/23/2008   -130.84     47.47                              .00       -83.37
   3/26/2008   -172.59     41.75                              .00      -130.84
   2/25/2008   -132.18    159.59            3/03/2008       200.00     -172.59
   1/24/2008   -183.13     50.95                              .00      -132.18
  12/18/2007    -43.16    110.03           12/27/2007       250.00     -183.13
  11/20/2007   -106.61     63.45                              .00       -43.16
  10/22/2007   -156.77     50.16                              .00      -106.61
   9/26/2007   -211.99     55.22                              .00      -156.77
   8/23/2007    -62.32     50.33            8/29/2007       200.00     -211.99
   7/25/2007   -108.07     45.75                              .00       -62.32
   6/26/2007   -153.50     45.43                              .00      -108.07
   5/22/2007    -24.83     71.33            5/30/2007       200.00     -153.50
   4/26/2007    -73.60     48.77                              .00       -24.83

F4=IRRIGATION    F5=SEWER         F6=WATER
F13=Incl Notes   F10=Alter View   F14=Average Use  F11=User Spec
F17=Prt History  F23=Receipt      F15=Create W/O   F16=W/O Hist     F12=Cancel
```

```
01/06/2015  17:53    9547538784           DISTRICT1                    PAGE  88
UB410C S001                    Account History X-Ref Inquiry           JBABA
551 0341 02   SAMI SLIM                         .00   Due Date:        9/19/2013
              CINNAMON CT                    Z=Audit Doc      I=Display Bill
              R=Reprint             D=Detail  P=Payment Dist
X=Expanded Desc                                    ------ Payment ------
?     Date      Arrears     Total                                       Balance
                            Charges     Cde     Date       Amount
_  3/27/2007   -115.99      42.39                            .00        -73.60
_  2/22/2007   -163.88      47.89                            .00       -115.99
_  1/25/2007   -207.49      43.61                            .00       -163.88
_ 12/20/2006      .00       42.51            12/28/2006   250.00       -207.49
                            20.00       PRO  PROCESSING FEE


F4=IRRIGATION    F5=SEWER         F6=WATER
F13=Incl Notes   F10=Alter View   F14=Average Use  F11=User Spec
F17=Prt History  F23=Receipt      F15=Create W/O   F16=W/O Hist     F12=Cancel
```



Page 1 of 1

February 15, 2014

AUTO **R0 7675
041936

SAMI SLIM
6370 NW 120TH DR
CORAL SPRINGS FL 33076-1909



Re:  Account #: 8299489560
     9677 CINNAMON CT
     PARKLAND, FL 33076

Dear Mr. Slim,

We received your request for a credit reference letter, and we re happy to provide the following electric
account information:

Connect Date:    November 6, 2009
Disconnect Date:  August 26, 2013
Final Bill Paid:  YES
Any record of Meter Tampering:  NO
In the last 12 months, the number of:
- times collection action has been taken:  0
- disconnections for non-payment:  0
- returned payments:  0

Should you have any additional questions regarding this matter, please access
http://www.fpl.com/contactus.

FPL values you as a customer, and we look forward to continuing to meet your energy needs.

Sincerely,

FPL Customer Care Center



**USEFUL TELEPHONE NUMBERS**
Customer Service : (954)797-5000
Outside Florida: 1-800-226-3545
Hearing/Speech Impaired: 711 (Relay Service)
Visit FPL's Web Site at http://www.fpl.com