IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION ) ) ) ) ) THIS DOCUMENT RELATES TO: ) ) Case No. 09-7628 ) Payton et al v Knauf Gips KG et all ) Case No. 09-6690 ) Gross et al v. Knauf Gips KG et al ) Case No. 12-498 ) Almeroth et al v. Taishan Gypsum Co. ) Ltd. et al ) Case No.11-1672; 11-1395; 11-1673 ) Amorin et al v. Taishan Gypsum Co. ) Ltd. et al | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

## MOTION TO WITHDRAW AS COUNSEL WITHOUT SUBSTITUTION

Pursuant to Local Rule 83.2.11, Michael J. Ryan, of the firm of Krupnick Campbell Malone Buser Slama Hancock Liberman P.A, counsel of record for Plaintiffs Gary and Nicole Patterson hereby files this Motion to Withdraw as counsel for Plaintiffs Gary and Nicole Patterson.

Plaintiff's counsel, the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman P.A. have encountered irreconcilable differences with Plaintiffs on issues involving the case. Additionally, the Claims Administrator and the Plaintiffs have received a Notice of Levy from the united States Department of Treasure garnishing all funds. The undersigned counsel is not representing the Plaintiffs on any matters involving the I.R.S, a levy and/or the United States Government. Under the circumstances, it is requested that the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman P.A. be granted leave to withdraw as counsel for Plaintiffs. Plaintiffs has been provided the opportunity to seek substitution in advance of the filing of this motion, but have not so notified Counsel of any substitution.

1

WHEREFORE the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman P.A. requests this Honorable Court to allow them to withdraw as counsel of record for the Plaintiffs Gary and Nicole Patterson in the above captioned case.

Respectfully submitted,

s/ Michael J. Ryan
KRUPNICK CAMPBELL MALONE
BUSER SLAMA HANCOCK LIBERMAN P.A.
12 S.E. 7 Street, Suite 801
Ft. Lauderdale, FL 33301
Phone: (954) 763-8181
FAX (954) 763-8292
pleadings-MJR@krupnicklaw.com
Fla. Bar No. 975990

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing MOTION TO WITHDRAW AS COUNSEL has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, or by hand delivery and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of June, 2015. I further certify that the above and foregoing has been served on Plaintiffs Gary and Nicole Patterson, along with notification of all pending deadlines and court appearances in this litigation, by email to gary.sonterpat@gmail.com and to 11 Chemin Bois Content, 1291 Commugny, Vaud, Switzerland via registered mail and regular U.S. Mail.

s/ Michael J. Ryan
KRUPNICK CAMPBELL MALONE
BUSER SLAMA HANCOCK LIBERMAN P.A.
12 S.E. 7 Street, Suite 801
Ft. Lauderdale, FL 33301
Phone: (954) 763-8181
FAX (954) 763-8292
pleadings-MJR@krupnicklaw.com
Fla. Bar No. 975990

2