IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 <br> SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| Case No. 09-7628 <br> Payton et al v. Knauf Gips KG et al, <br> Case No. 09-6690 <br> Gross et al v. Knauf Gips KG et al <br> Case No. 12-498 <br> Almeroth et al v. Taishan Gypsum Co. Ltd. et al <br> Case No.11-1672; 11-1395; 11-1673 <br> Amorin et al v. Taishan Gypsum Co. Ltd. et al | MAG. JUDGE WILKINSON |

**MEMORANDUM OF LAW IN SUPPORT OF**
**<u>MOTION TO WITHDRAW AS COUNSEL WITHOUT SUBSTITUTION</u>**

Pursuant to Local Rule 83.2.11, Michael J. Ryan, of the firm of Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A., counsel of record for Plaintiffs Gary and Nicole Patterson hereby files this Memorandum of Law in Support of its Motion to Withdraw as counsel for the Plaintiffs Gary and Nicole Patterson. In support thereof, Movants state as follows:

Plaintiff's counsel, the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman P.A, has encountered irreconcilable differences with Plaintiffs on issues involving the case. Additionally, the Claims Administrator and the Plaintiffs have received a Notice of Levy from the United States Department of Treasury garnishing all funds. The undersigned counsel is not representing the Plaintiffs on any matters involving the I.R.S, a Levy and/or the United States Government. Under the circumstances, it is requested that the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman P.A. be granted leave to withdraw as counsel for Plaintiffs.

Plaintiffs have been notified of counsel's intent to withdraw as counsel and of all pending

1

deadlines and court appearances in this litigation. Plaintiffs have been provided the opportunity to seek substitution in advance of the filing of this motion, but have not so notified Counsel of any substitution. Plaintiffs Gary and Nicole Patterson's present address is 11 Chemin Bois Content, 1291 Commugny Vaud, Switzerland.

This Memorandum of Law and Motion is made in good faith and will not prejudice any party. None of the parties will suffer any prejudice if the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman P.A. withdraw from this case.

WHEREFORE the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman P.A., requests this Honorable Court to allow them to withdraw as counsel of record for the Plaintiffs Gary and Nicole Patterson in the above captioned cases

.

Respectfully submitted,

s/ Michael J. Ryan
KRUPNICK CAMPBELL MALONE
BUSER SLAMA HANCOCK LIBERMAN P.A.
12 S.E. 7 Street, Suite 801
Ft. Lauderdale, FL  33301
Phone: (954) 763-8181
FAX (954) 763-8292
pleadings-MJR@krupnicklaw.com
Fla. Bar No. 975990

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail or e-mail, or by hand delivery and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of June 2015. I further certify that the above and foregoing has been served

2

on Plaintiffs, Gary and Nicole Patterson by email gary.sonterpat@gmail.com and to 11 Chemin Bois Content, 1291 Commugny Vaud, Switzerland, via register and regular mail.

                                                s/ Michael J. Ryan
                                                KRUPNICK CAMPBELL MALONE
                                                BUSER SLAMA HANCOCK LIBERMAN P.A.
                                                12 S.E. 7 Street, Suite 801
                                                Ft. Lauderdale, FL  33301
                                                Phone: (954) 763-8181
                                                FAX (954) 763-8292
                                                pleadings-MJR@krupnicklaw.com
                                                Fla. Bar No. 975990