UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED | * | MDL 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |

* * * * * * * * * * * * * * * * * *

## BAILEY LUMBER & SUPPLY CO.'S OPPOSITION TO PLAINTIFF'S MOTION TO CONTINUE BAILEY'S MOTION TO ENFORCE INJUNCTION REGARDING CLAIMS BROUGHT BY PLAINTIFFS KYLE AND DENISE NEWMAN

On June 18, 2015, without prior notice to the undersigned, plaintiffs Kyle and Denise Newman filed a motion for additional time to respond to Bailey's Motion to Enforce Injunction Regarding Claims Brought by them and to continue the hearing on the motion set for June 23, 2015.

The notice for Bailey's motion was served on plaintiffs on May 12, 2015. Plaintiffs have waited 5 weeks to now request - less than one week before the hearing - that Bailey's motion be continued. Bailey has no objection to allowing plaintiffs additional time to respond to its motion, but strenuously objects to a continuance of the hearing on its motion.

Delay has been the hallmark of plaintiffs' efforts to avoid complying with this Court's order relating to their state court suits. The motion to continue should be denied because:

1. Plaintiffs do not identify what material they need additional time to gather in order to respond to plaintiff's motion. Plaintiffs have been fighting Bailey in state court to avoid having their claims dismissed. They have whatever material they need.

2. Plaintiffs do not identify what efforts they have made in the past 5 weeks to gather whatever material it is they supposedly now need.

3. Plaintiffs' state that their attorney was hospitalized recently. Bailey's counsel was never informed of this fact. Plaintiffs' have 2 co-counsel. Were both hospitalized? How long was the hospitalization and why did it cause plaintiffs to be unable to respond or attempt to prepare a response to Bailey's motion since May 12, 2015?

Plaintiffs' motion answers none of these questions. Accordingly, plaintiffs have not set forth good cause for this late request for a continuance. Bailey respectfully requests that its hearing be maintained and if plaintiffs can establish good cause for a continuance, it can be granted at that time.

Respectfully submitted,

BAILEY LUMBER & SUPPLY COMPANY

_/s/ Robert L. Redfearn, Jr._
Robert L. Redfearn, Jr. (# 17106)

**OF COUNSEL:**

**SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.**
1100 Poydras Street, 30th Floor
New Orleans, Louisiana 70163-3000
Phone: (504) 569-2030
Fax: (504) 569-2999
E-mail: redfearnjr@spsr-law.com

R. Ryan Daugherty (MB #102275)
Sirote & Permutt, P.C.
2311 Highland Avenue South
Birmingham, Alabama 35205
Telephone: (205) 930-5279
Facsimile: (205) 212-3816

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 19th day of June, 2015.

**I ALSO CERTIFY** that this document is being served this day on counsel for Plaintiffs, Wayne E. Ferrell, Jr., 405 Tombigee St., Jackson, Mississippi 39201 (Wayne Ferrell (WFerrell@airlawonline.com), via email transmission.

  */s/ Robert L. Redfearn, Jr.*