UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 20147<br>SECTION: L |
| THIS DOCUMENT APPLIES TO ALL CASES | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

# FILED UNDER SEAL

PLAINTIFFS' REPLY BRIEF IN SUPPORT OF
MOTION TO COMPEL PRODUCTION OF
30(b)(6) WITNESS AND TO FILE UNDER SEAL

1