UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 20147<br>SECTION: L |
| THIS DOCUMENT APPLIES TO ALL CASES | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**MOTON FOR LEAVE TO FILE THE PLAINTIFFS' STEERING COMMITTEE'S REPLY BRIEF IN SUPPORT OF EMERGENCY MOTION TO COMPEL DISCOVERY DIRECTED TO TAISHAN GYPSUM CO., LTD; BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY; BEIJING NEW BUILDING MATERIAL (GROUP) CO., LTD.; CHINA NATIONAL BUILDING MATERIALS GROUP CORPORATION AND CHINA NATIONAL BUILDING MATERIALS COMPANY, LTD.**

NOW COMES the Plaintiffs' Steering Committee ("PSC"), who respectfully requests leave to file its Reply Brief in Support of Emergency Motion to Compel Discovery Directed to Taishan Gypsum Co., Ltd; Beijing New Building Materials Public Limited Company; Beijing New Building Material (Group) Co., Ltd.; China National Building Materials Group Corporation and China National Building Materials Company, Ltd.

WHEREFORE, the PSC prays that this motion be granted and its Reply Brief in Support of Emergency Motion to Compel Discovery Directed to Taishan Gypsum Co., Ltd; Beijing New Building Materials Public Limited Company; Beijing New Building Material (Group) Co., Ltd.; China National Building Materials Group Corporation and China National Building Materials Company, Ltd. be filed.

1

                                                                       Respectfully submitted,

Dated:  June 22, 2015                      /s/ Russ M. Herman
                                                        **Russ M. Herman** (Bar No. 6819)
                                                        Leonard A. Davis (Bar No. 14190)
                                                        Stephen J. Herman (Bar No. 23129)
                                                        ***HERMAN, HERMAN & KATZ, LLC***
                                                        820 O'Keefe Avenue
                                                        New Orleans, LA  70113
                                                        PH:  (504) 581-4892
                                                        FAX:  (504) 561-6024
                                                        ldavis@hhklawfirm.com
                                                        ***Plaintiffs' Liaison Counsel***
                                                        ***MDL 2047***

                                                        Arnold Levin (on the brief)
                                                        Fred S. Longer (on the brief)
                                                        Sandra L. Duggan (on the brief)
                                                        Matthew C. Gaughan (on the brief)
                                                        Levin, Fishbein, Sedran & Berman
                                                        510 Walnut Street, Suite 500
                                                        Philadelphia, PA 19106
                                                        PH:  (215) 592-1500
                                                        FAX:  (215) 592-4663
                                                        Alevin@lfsblaw.com
                                                        ***Plaintiffs' Lead Counsel***
                                                        ***MDL 2047***

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios  
Barrios, Kingsdorf & Casteix, LLP  
701 Poydras Street, Suite 3650  
New Orleans, LA 70139  
Phone: (504) 524-3300  
Fax: (504) 524-3313  
Barrios@bkc-law.com  

Daniel E. Becnel, Jr.  
Becnel Law Firm, LLC  
425 W. Airline Highway, Suite B  
Laplace, LA 70068  
Phone: (985) 536-1186  
Fax: (985) 536-6445  
dbecnel@becnellaw.com  

Peter Prieto  
Podhurst Orseck, P.A.  
25 Flagler Street, 8th Floor  
Miami, FL 33130  
Phone: (305) 358-2800  
Fax: (305) 358-2382  
pprieto@podhurst.com  

Bruce William Steckler (on the brief)  
Steckler, LLP  
12720 Hillcrest Road, Ste 1045  
Dallas, TX 75230  
Phone: (972) 387-4040  
Fax: (972) 387-404  
bruce@stecklerlaw.com  

Ervin A. Gonzalez  
Colson, Hicks, Eidson  
255 Alhambra Circle, Penthouse  
Cora Gables, FL 33134  
Phone: (305) 476-7400  
Fax: (305) 476-7444  
ervin@colson.com  

Jerrold Seth Parker  
Parker Waichman, LLP  
27300 Riverview Center Blvd.  
Suite 103  
Bonita Springs, FL 34134  
Phone: (239) 390-1000  
Fax: (239) 390-0055  
Jerry@yourlawyer.com  

Scott Wm. Weinstein  
Morgan & Morgan  
12800 University Drive, Suite 600  
Ft. Meyers, FL 33907  
Phone: (239) 433-6880  
Fax: (239) 433-6836  
sweinstein@forthepeople.com  

James Robert Reeves  
Reeves & Mestayer, PLLC  
160 Main Street  
Biloxi, MS 39530  
Phone: (228) 374-5151  
Fax: (228) 374-6630  
jrr@attorneys4people.com  

Christopher Seeger  
Seeger Weiss, LLP  
77 Water Street  
New York, NY 10005  
Phone: (212) 584-0700  
Fax: (212) 584-0799  
cseeger@seegerweiss.com  

Daniel K. Bryson  
Whitfield, Bryson & Mason, LLP  
900 W. Morgan Street  
Raleigh, NC 27603  
Phone: (919) 600-5000  
Fax: (919) 600-5002  
dan@wbmllp.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Victor M. Diaz, Jr., Esquire
V.M. Diaz and Partners, LLC
119 Washington Ave, Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax:  (202) 540-7201
rlewis@hausfeldllp.com

Anthony D. Irpino
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 22nd day of June, 2015.

Respectfully Submitted,

BY:  /s/ Leonard A. Davis
Leonard A. Davis
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com

*Plaintiffs' Liaison Counsel*
*MDL 2047*