UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

**THE PLAINTIFFS' STEERING COMMITTEE'S REPLY BRIEF IN SUPPORT OF EMERGENCY MOTION TO COMPEL DISCOVERY DIRECTED TO TAISHAN GYPSUM CO., LTD; BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY; BEIJING NEW BUILDING MATERIAL (GROUP) CO., LTD.; CHINA NATIONAL BUILDING MATERIALS GROUP CORPORATION AND CHINA NATIONAL BUILDING MATERIALS COMPANY, LTD.**

**I.    INTRODUCTION**

The Plaintiffs' Steering Committee ("PSC") respectfully submits this reply to the recent responses to the PSC's emergency motion to compel discovery of Taishan Gypsum Co., Ltd ("Taishan"), Beijing New Building Materials Public Limited Company ("BNBM"); Beijing New Building Material (Group) Co., Ltd. ("BNBM Group"); China National Building Materials Group Corporation ("CNBM Group") and China National Building Materials Company, Ltd. ("CNBM") (Rec.Doc. Nos. 19158, 19156 & 19154).

These defendants are frustrating the discovery process.  Their collective efforts to produce meaningless documents that only facially comply with this Court's directives are not acceptable.  Plaintiffs should not have to bear the burden of digesting the production of thousands upon thousands of incomprehensible and often nonsensical documents simply because the Court has permitted machine translation of Chinese documents.  Time, legal resources, and manpower are being wasted reviewing gibberish and jabberwocky.  Plaintiffs submit that could

not have been the Court's intention of its Order of May 7, 2015, and further submit that the Court should revisit its prior directive to compel meaningful compliance from the defendants with its edict.

## II. ARGUMENT

Defendants boast of the many thousands of pages they produced to plaintiffs "made in a reasonable attempt to comply with the PSC's discovery requests." Taishan Brf. at 3. *See also* BNBM Brf. at 2 ("over 27,000 pages"); CNBM Brf. at 2 ("thousands of pages of document production"). Baloney! Regaling the Court with the <u>quantity</u> of their document production reflects not one iota on the <u>quality</u> of their production. A pile of trash is just a pile of trash. The fact that the defendants in some instances sent their trash through a machine translator does not cure the imperfections of their productions. Defendants concede as much:

* Taishan admitted that it still has not produced all of its financial records in English to the Plaintiffs. *See* Che Depo. at 315.

* Taishan concedes that its production of sales materials to the United States had nothing to do with sales to the United States. It simply produced documents "related to specific persons." Taishan Brf. at 3.

* BNBM concedes that its computer translations are "not perfect," and that its production contains "system" files that appear corrupted. BNBM Brf. at 4-5.

* CNBM concedes that several of its documents have "incomplete translations" and that it will have to provide revised machine translations of those documents. CNBM Brf. at 2.

This Court's May 7, 2015 order to produce machine translated documents did not give the defendants license to produce reams of meaningless paper. Yet, that is precisely what the

2

Defendants understood the Court's order to provide. The PSC submits that the Court should revisit its order to compel *actual* and therefore meaningful translations of the Defendants' original documents in an orderly and organized fashion.

### III.  CONCLUSION

WHEREFORE, the motion to compel discovery should be granted.

Respectfully submitted,

Dated: June 22, 2015

/s/ Russ M. Herman
Russ M. Herman (LA Bar No. 6819)
Leonard A. Davis (LA Bar No. 14190)
Stephen J. Herman (LA Bar No. 23129)
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin (on the brief)
Fred S. Longer (on the brief)
Sandra L. Duggan (on the brief)
Matthew C. Gaughan (on the brief)
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

**PLAINTIFFS' STEERING COMMITTEE**

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm, LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Peter Prieto
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Bruce William Steckler
Steckler, LLP
12720 Hillcrest Road, Ste 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-4041
bruce@stecklerlaw.com

Ervin A. Gonzalez
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker Waichman, LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@attorneys4people.com

Christopher Seeger
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Richard J. Serpe
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Victor M. Diaz, Jr.
V.M. Diaz and Partners, LLC
119 Washington Ave, Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.WSuite  650
Washington, DC 20006
Phone: (202) 540-7200
Fax:  (202) 540-7201
rlewis@hausfeldllp.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Anthony D. Irpino
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

**CERTIFICATE OF SERVICE**

       I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 22nd day of June, 2015.

       /s/ Leonard A. Davis
Leonard A. Davis
HERMAN, HERMAN & KATZ, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
Plaintiffs' Liaison Counsel
MDL 2047

*Co-counsel for Plaintiffs*