IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                                              MDL NO. 2047

This Document Relates to:                                    SECTION L
                                                                              JUDGE FALLON
Braxton H. Collins, et ux. v. Bass Homes, Inc., et al.   MAG. JUDGE WILKINSON
So. Dist. Mississippi, C.A. No. 13-cv-6652

---

**PLAINTIFFS' JOINDER IN ACE HOME CENTER, INC.'S
MOTION FOR DEFAULT JUDGMENT AGAINST TAISHAN GYPSUM
CO., LTD. And DEVON INTERNATIONAL INDUSTRIES, INC.**

---

COME NOW the Plaintiffs, BRAXTON COLLINS and KERRIE COLLINS, by and through undersigned counsel of record, and file this, their Joinder in the Motion for Default Judgment filed by Third Party Plaintiff, Ace Home Center, Inc. against Taishan Gypsum Co., Ltd., f/k/a Devon International Trading, Inc., a/k/a Devon Building Products filed on or about May 26, 2015, and hereby incorporate herein the allegations and arguments contained therein by reference.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that this Court will grant Ace Home Center's Motion for Default Judgment and enter a Default Judgment against the Third Party Defendants, Taishan Gypsum Co., Ltd. and Devon International Industries, Inc. and in favor of Ace Home Center, Inc. and the Plaintiffs. Plaintiffs pray for such other, further and general relief as they may be entitled to in the premises.

RESPECTFULLY SUBMITTED this, the 22<u>nd</u> day of June, 2015.

                                        BRAXTON & KERRIE COLLINS, Plaintiffs

                                        By and Through Their Attorneys,

                                        LUCKEY & MULLINS, PLLC


                                        BY: <u>/s/ *Steve Mullins*</u>
                                              STEPHEN W. MULLINS


ATTORNEYS FOR PLAINTIFFS:

STEPHEN W. MULLINS   (MS Bar No. 9772)
LUCKEY & MULLINS, PLLC
2016 Bienville Blvd., Suite 102     (39564)
Post Office Box 990
Ocean Springs, MS   39566
Phone:         228.875.3175
Fax:    228.872.4719
smullins@luckeyandmullins.com

Of Counsel:

**Daniel K. Bryson** (*pro hac vice*)
**WHITFIELD BRYSON & MASON LLP**
900 W. Morgan Street
Raleigh, NC 27603
Telephone: (919) 600-5000
Facsimile: (919) 600-5035

**CERTIFICATE OF SERVICE**

I, STEPHEN W. MULLINS, do hereby certify that I have on this date electronically filed the above and foregoing Response with this Court using the ECF filing system which has caused notification of such filing to be sent to registered counsel of record.

THIS, the 22nd day of June, 2015.

/s/ Stephen W. Mullins
STEPHEN W. MULLINS