IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| This Document Relates to: | SECTION L JUDGE FALLON |
| Jason Herrington, et ux. v. Bass Homes, Inc., et al. So. Dist. Mississippi, C.A. No. 13-cv-6653 | MAG. JUDGE WILKINSON |

**PLAINTIFFS' JOINDER IN ACE HOME CENTER, INC.'S
MOTION FOR DEFAULT JUDGMENT AGAINST TAISHAN GYPSUM
CO., LTD. And DEVON INTERNATIONAL INDUSTRIES, INC.**

COME NOW the Plaintiffs, JASON HERRINGTON and CASSIE HERRINGTON, by and through undersigned counsel of record, and file this, their Joinder in the Motion for Default Judgment filed by Third Party Plaintiff, Ace Home Center, Inc. against Taishan Gypsum Co., Ltd., f/k/a Devon International Trading, Inc., a/k/a Devon Building Products filed on or about May 26, 2015, and hereby incorporate herein the allegations and arguments contained therein by reference.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that this Court will grant Ace Home Center's Motion for Default Judgment and enter a Default Judgment against the Third Party Defendants, Taishan Gypsum Co., Ltd. and Devon International Industries, Inc. and in favor of Ace Home Center, Inc. and the Plaintiffs. Plaintiffs pray for such other, further and general relief as they may be entitled to in the premises.

RESPECTFULLY SUBMITTED this, the 22nd day of June, 2015.

        JASON & CASSIE HERRINGTON, Plaintiffs

        By and Through Their Attorneys,

        LUCKEY & MULLINS, PLLC


        BY: /s/ Steve Mullins
             STEPHEN W. MULLINS


ATTORNEYS FOR PLAINTIFFS:

STEPHEN W. MULLINS   (MS Bar No. 9772)
LUCKEY & MULLINS, PLLC
2016 Bienville Blvd., Suite 102     (39564)
Post Office Box 990
Ocean Springs, MS   39566
Phone:         228.875.3175
Fax:    228.872.4719
smullins@luckeyandmullins.com

Of Counsel:

**Daniel K. Bryson** (*pro hac vice*)
**WHITFIELD BRYSON & MASON LLP**
900 W. Morgan Street
Raleigh, NC 27603
Telephone: (919) 600-5000
Facsimile: (919) 600-5035

**CERTIFICATE OF SERVICE**

I, STEPHEN W. MULLINS, do hereby certify that I have on this date electronically filed the above and foregoing Response with this Court using the ECF filing system which has caused notification of such filing to be sent to registered counsel of record.

THIS, the 22nd day of June, 2015.

                                                /s/ Stephen W. Mullins
                                                STEPHEN W. MULLINS