UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>*Gross v. Knauf Gips KG, 2:09-cv-6690*<br>*Amorin v. Taishan Gypsum, 2:11-cv-1672*<br>*Amorin v. Taishan Gypsum, 2:11-cv-1395*<br>*Amorin v. Taishan Gypsum, 2:11-cv-1673*<br>*Amorin v. SASAC, 2:14-cv-1727*<br>*State of Louisiana v. Knauf, 2:10-cv-340*<br>*Abner v. Taishan Gypsum, 2:11-cv-3094*<br>*Posey v. BNBM Co., 2:09-cv-6531*<br>*Morris v. BNBM Co., 2:09-cv-6530* | MDL No. 2:09-md-2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

**CHINA NEW BUILDING MATERIALS GROUP, CHINA NEW BUILDING MATERIALS CO., CNBMIT CO. LTD., CNBM USA CORP., AND UNITED SUNTECH CRAFT, INC.'S MOTION TO DISMISS THE COMPLAINTS PURSUANT TO RULES 12(B)(1), 12(B)(2), 12(B)(4) AND 12(B)(5)**

China New Building Materials Group ("CNBM Group"), China New Building Materials Co. ("CNBM Co."), CNBMIT Co. Ltd. ("CMBIT"), CNBM USA Corp. ("CNBM USA"), and United Suntech Craft, Inc. ("United Suntech") (collectively "Moving Defendants") respectfully move the Court to dismiss the complaints against them for lack of subject matter jurisdiction, lack of personal jurisdiction, insufficient process and insufficient service of process pursuant to Rules 12(b)(1), 12(b)(2), 12(b)(4) and 12(b)(5). Good cause for dismissing the referenced complaints as against the Moving Defendants is provided in the accompanying memorandum of law, declarations, and exhibits.

The Moving Defendants respectfully request oral argument of this Motion.

1

Dated: June 16, 2015

                    Respectfully submitted,

                    /s/ L. Christopher Vejnoska

L. Christopher Vejnoska (CA Bar No. 96082)
Ian Johnson (CA Bar No. 208713)
Andrew Davidson (CA Bar No. 266506)
Jason Wu (CA Bar No. 279118)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105
Tel:  415-773-5700
Fax: 415-773-5759
E-mail:	cvejnoska@orrick.com
	ijohnson@orrick.com
	adavidson@orrick.com
	jmwu@orrick.com


James L. Stengel (NY Bar No. 1800556)
Xiang Wang (NY Bar No. 4311114)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY, 10019
Tel:  212-506-5000
Fax: 212-506-5151
Email:	jstengel@orrick.com
	xiangwang@orrick.com

Eric A. Shumsky (D.C. Bar No. 477926)
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street NW
Washington, D.C. 20005
Tel: 202-339-8400
Fax: 202-339-8500
Email:	eshumsky@orrick.com

Ewell E. Eagan, Jr. (La. Bar No. 5239)
Donna Phillips Currault (La. Bar No. 19533)
Nina Wessel English (La. Bar No. 29176)
Alex B. Rothenberg (La. Bar No. 34740)

2

GORDON, ARATA, MCCOLLAM, DUPLANTIS & EAGAN, LLC
201 St. Charles Avenue, 40th Floor
New Orleans, LA 70170-4000
Tel: (504) 582-1111  Fax:  (504) 582-1121
E-mail: eeagan@gordonarata.com
           dcurrault@gordonarata.com
           nenglish@gordonarata.com
           arothenberg@gordonarata.com

*Attorneys for China National Building Materials Group Corporation, China National Building Materials Company Limited, CNBM USA Corp., CNBMIT Co. Ltd., and United Suntech Craft, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing **Motion to Dismiss the Complaints Pursuant to Rules 12(b)(1), 12(b)(2), 12(b)(4) and 12(b)(5)** has been served on Plaintiffs' Liaison Counsel, Leonard Davis, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 16th day of June, 2015.

/s/ L. Christopher Vejnoska

L. Christopher Vejnoska (CA Bar No. 96082)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105
Tel.:  415-773-5700
Fax.: 415-773-5759
E-mail:cvejnoska@orrick.com

*Counsel for China National Building Materials Group Corporation, China National Building Materials Company Limited, CNBM USA Corp., CNBMIT Co. Ltd., and United Suntech Craft, Inc.*