UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2:09-md-2047<br><br>SECTION L |
| THIS DOCUMENT RELATES TO:<br>*Gross v. Knauf Gips KG*, 2:09-cv-6690<br>*Amorin v. Taishan Gypsum*, 2:11-cv-1672<br>*Amorin v. Taishan Gypsum*, 2:11-cv-1395<br>*Amorin v. Taishan Gypsum*, 2:11-cv-1673<br>*State of Louisiana v. Knauf*, 2:10-cv-340<br>*Abner v. Taishan Gypsum*, 2:11-cv-3094<br>*Posey v. BNBM Co.*, 2:09-cv-6531<br>*Morris v. BNBM Co.*, 2:09-cv-6530 | JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

## DECLARATION OF YAN XIN CHUAN

This declaration is made in accordance with and pursuant to 28 U.S.C. § 1746.

I, Yan Xi Chuan, declare under penalty of perjury, that the following statements are true and correct:

1. I am over eighteen (18) years of age, am competent to testify to the matters contained herein, and have personal knowledge of these facts. My native language is Chinese. My ability to understand and speak English is limited. I signed a Chinese version of this Declaration as well as the English version of this Declaration after it was translated for me by a translator with the law firm of Orrick, Herrington & Sutcliffe LLP.

2. I was employed as the Finance Manager at CNBMIT Co., Ltd., ("CNBMIT") from March 2005 through March, 2012. I have been the Assistant to General Manager of CNBMIT since March 2012 and I continue to be employed in that role at the present.

3. CNBMIT is an entity located in Shenzhen, China, and organized under the laws of the People's Republic of China.

1

4. CNBMIT is currently wholly-owned by CNBM Investment Co., Ltd. ("CNBM Investment"), a Chinese entity located in the People's Republic of China, which was renamed from BND Co. to CNBM Investment in November 2007. From 2001 through December 2003, CNBMIT was 80% owned by CNBM Investment (known as BND Co. at that time), and from December 2003 through May 2009, CNBMIT was a 90% owned subsidiary of CNBM Investment.

5. To the best of my knowledge, CNBMIT has not had any offices or employees based in the United States, has not been registered to do business in the United States or any individual State, has not owned or leased property in the United States, and has not paid taxes in the United States. CNBMIT does not maintain any bank accounts in the United States.

6. CNBMIT is an international trading company. Its principal business operations are (1) to act as an export agent for Chinese companies wishing to export goods from China and an import agent to foreign companies wishing to import goods to China.; (2) to buy and sell raw materials like coal, steel, and chemical materials such as epoxy and polyether within Asia; and (3) to export tools and household goods and appliances from China to Papau New Guinea for BNBM PNG Limited.

7. As an export and import agent, CNBMIT does export products to the United States and import products from the United States on behalf of its clients. Only a very small part of CNBMIT's overall business relates to acting as an import or export agent for transactions involving the United States, and this has never been a significant aspect of CNBMIT's business. None of the products CNBMIT exported to or imported from the United States involved drywall.

2

8. CNBMIT has never done regular business with an entity in the states of Louisiana, Florida, or Virginia. Nor has CNBMIT regularly sold products that it reasonably anticipated would be purchased by consumers in the states of Louisiana, Florida, or Virginia.

9. As a result of this litigation, I have been made aware that BNBM PLC, Taishan Gypsum Co. Ltd ("Taishan"), and Taian Taishan Plasterboard Co. ("TTP") engaged in transactions to sell drywall to United States purchasers. CNBMIT played no role in the decision of those entities to sell drywall in the United States.

10. CNBMIT has never manufactured, produced, promoted, marketed, distributed, shipped or sold drywall in the United States or anywhere else.

11. CNBMIT has never acted as an agent for Taishan, BNBM PLC, CNBM Co., BNBM Group, or CNBM Group with respect to transactions involving the United States.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 12, 2015

_____
YAN XIN CHUAN

路易斯安那州东区美国联邦地区法院

| 关于：中国制造的石膏墙产品责任诉讼 | 多地合并诉讼第 2047 号 |
|---|---|
| 本文件与下列案件相关联： | 部门：L |
| Gross 诉 可耐福, 2:09-cv-6690 | |
| Amorin 诉 泰山石膏, 2:11-cv-1672 | ELDON E. FALLON 法官 |
| Amorin 诉 泰山石膏, 2:11-cv-1395 | |
| Amorin 诉 泰山石膏, 2:11-cv-1673 | JOSEPH C. WILKINSON, JR. 地方法官 |
| 路易斯安那州 诉 可耐福, 2:10-cv-340 | |
| Abner 诉 泰山石膏, 2:11-cv-3094 | |
| Posey 诉 北新建材股份, 2:09-cv-6531 | |
| Morris 诉 北新建材股份, 2:09-cv-6530 | |

颜欣川的声明

本声明是符合并根据《美国法典》第 28 卷第 1746 条款作出的。

本人，颜欣川，声明下列陈述是真实的和正确的，否则将受到对作伪证的惩罚：

1. 我已年满十八（18）周岁，有能力对此处包含的事项作证，并且对这些事实具有个人了解。我的母语是中文。我理解和说英语的能力是有限的。我签署了本声明的中文版本以及由美国奥睿律师事务所的一名翻译人员为我翻译后的本声明的英文版本。

2. 我在 2005 年 3 月至 2012 年 3 月期间被聘为中建投商贸有限公司（"中建投商贸"）的财务经理。我自 2012 年 3 月成为中建投商贸的总经理助理，并且目前持续在该职位上任职。

3. 中建投商贸是一家位于中国深圳的实体，并且根据中华人民共和国的法律设立。

4. 中建投商贸目前是由中建材投资有限公司（"中建材投资"，一家位于中华人民共和国的中国实体）全资所有。中建材投资是 2007 年 11 月由北新物流有限公司更名

1

而来，2001 年至 2003 年 12 月中建材投资（当时名为北新物流有限公司）拥有 80% 中建投商贸的股份，2003 年 12 月至 2009 年 5 月间，中建投商贸是中建材投资拥有 90%股份的子公司。

5. 据我所知，中建投商贸从未有过位于美国的任何办公室或在美国工作的任何雇员，从未在美国或任何单独的州登记开展业务，从未在美国拥有或租赁财产，并且从未在美国缴纳税收。中建投商贸没有在美国保留任何银行账户。

6. 中建投商贸是一家国际贸易公司。其主要运营业务是：（1）作为希望从中国出口货物的中国公司的出口代理商，以及希望向中国进口货物的外国公司的进口代理商；（2）在亚洲范围内购买和出售如煤炭、钢铁以及化工材料（如环氧树脂和聚醚）等原材料；（3）为中建投巴新公司从中国出口工具和生活用品和电器到巴布亚新几内亚。

7. 作为一个出口和进口代理商，中建投商贸的确代表其客户向美国出口产品，以及从美国进口产品。中建投商贸的整体业务中仅有非常小的一部分和作为涉及美国的交易的进口或出口代理商相关，并且这从未成为中建投商贸业务的一个重要方面。中建投商贸向美国出口或从美国进口的产品中从未涉及石膏墙。

8. 中建投商贸从未与路易斯安那州、佛罗里达州或弗吉尼亚州的实体有过常规业务。中建投商贸也从未常规地销售过其能合理地预期可能被路易斯安那州、佛罗里达州或弗吉尼亚州的消费者购买的产品。

9. 由于本诉讼的发生，我已得知北新建材股份、泰山石膏股份有限公司（"泰山"）和泰安泰山纸面石膏板有限公司（"泰安泰山石膏板"）从事了向美国购买者销售石膏墙的交易。中建投商贸在那些实体决定在美国销售石膏墙方面没有扮演任何角色。

2

10. 中建投商贸从未在美国或任何其它地方制造、生产、推销、市场推广、分销、运输或销售石膏墙。

11. 就与美国有关的交易而言,中建投商贸从未担任泰山、北新建材股份、中国建材股份、北新建材集团或中国建材集团的代理人。

本人声明前述内容是真实的和正确的,否则将受到根据美国法律对作伪证的惩罚。

日期:2015 年 6 月 12 日

颜欣川

3