UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2:09-md-2047<br><br>SECTION L |
| THIS DOCUMENT RELATES TO:<br>*Gross v. Knauf Gips KG, 2:09-cv-6690*<br>*Amorin v. Taishan Gypsum, 2:11-cv-1672*<br>*Amorin v. Taishan Gypsum, 2:11-cv-1395*<br>*Amorin v. Taishan Gypsum, 2:11-cv-1673*<br>*State of Louisiana v. Knauf, 2:10-cv-340*<br>*Abner v. Taishan Gypsum, 2:11-cv-3094*<br>*Posey v. BNBM Co., 2:09-cv-6531*<br>*Morris v. BNBM Co., 2:09-cv-6530* | JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

## DECLARATION OF WEISHENG LIU

This declaration is made in accordance with and pursuant to 28 U.S.C. § 1746.

I, Weisheng Liu, declare under penalty of perjury, that the following statements are true and correct:

I am over eighteen (18) years of age, am competent to testify to the matters contained herein, and have personal knowledge of these facts. My native language is Chinese. My ability to understand and speak English is limited. I signed a Chinese version of this Declaration as well as the English version of this Declaration after it was translated for me by a translator with the law firm of Orrick, Herrington & Sutcliffe LLP.

1.  I am presently the Manager of United Suntech Craft, Inc. ("United Suntech"). I have held this position since June, 2010. I am a resident of Canada. I was previously employed from 2000-2001 by CNBM Investment in China. From 2001 through June, 2010, I was not employed by any CNBM-related entity.

1

2. United Suntech is an entity formed and registered in California in 1995 and currently registered in New York State and Canada.

3. In 2004, BND Co. Ltd. ("BND"), a Chinese subsidiary of BNBM PLC located in the People's Republic of China, acquired 60% of the share of United Suntech to become one of the shareholders of United Suntech. In 2008, the ownership of BND transferred to CNBM Co. and the name of BND was changed to CNBM Investment Co. In June 2008, United Suntech became a wholly-owned subsidiary of CNBM Investment as a result of CNBM Investment's procuring the remaining shares.

4. Until 2010, United Suntech maintained an office space in California. In 2010, the company relocated to Canada. It is currently located in Canada where it has two employees. United Suntech does not currently own or lease any property in the United States or maintain any U.S. bank accounts.

5. United Suntech is engaged in the business of purchasing cabinets and hardware from China and reselling those products in the United States. To my knowledge, United Suntech has never done continuous or systematic business in the states of Louisiana, Florida, or Virginia.

6. As a result of this litigation, I have been made aware that BNBM PLC, Taishan Gypsum Co. Ltd ("Taishan"), and Taian Taishan Plasterboard Co. ("TTP") engaged in transactions to sell drywall to United States purchasers. United Suntech played no role in the decision of those entities to sell drywall in the United States.

7. United Suntech has never manufactured, produced, promoted, marketed, distributed, shipped or sold drywall in the United States or anywhere else.

8. United Suntech has never acted as an agent for Taishan, TTP, BNBM PLC, CNBM Co., BNBM Group, or CNBM Group. United Suntech does not enter into contracts, market products, engage in sales, or distribute products on behalf of any of those entities.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 11, 2015

_____
WEISHENG LIU

路易斯安那州东区美国联邦地区法院

| | |
|---|---|
| 关于：中国制造的石膏墙产品责任诉讼 | 多地合并诉讼第2047号 |
| 本文件与下列案件相关： | 部门：L |
| Gross 诉 可耐福, 2:09-cv-6690 | |
| Amorin 诉 泰山石膏, 2:11-cv-1672 | Fallon 法官 |
| Amorin 诉 泰山石膏, 2:11-cv-1395 | |
| Amorin 诉 泰山石膏, 2:11-cv-1673 | WILKINSON 地方法官 |
| State of Louisiana 诉 可耐福, 2:10-cv-340 | |
| Abner 诉 泰山石膏, 2:11-cv-3094 | |
| Posey 诉 北新建材股份, 2:09-cv-6531 | |
| Morris 诉 北新建材股份, 2:09-cv-6530 | |

**刘伟生的声明**

本声明是符合并根据《美国法典》第28卷第1746条款的规定作出的。

本人，刘伟生，声明下列陈述是真实的和正确的，否则将受到对作伪证的惩罚：

我已满十八（18）周岁，有能力对此处包含的事项作证，并且我对这些事实具有个人了解。我的母语是中文。我理解和说英语的能力是有限的。我签署了本声明的中文版本以及由美国奥睿律师事务所的一名翻译人员为我翻译后的本声明的英文版本。

1

1. 我现在是 United Suntech Craft, Inc. ("United Suntech")的经理。我自 2010 年 6 月以来担任该职务。我是一名加拿大居民。我之前于 2000-2001 年在中国受雇于中建材投资有限公司。自 2001 年至 2010 年 6 月,我没有受雇于任何与中国建材相关的实体。

2. United Suntech 是一家 1995 年在加利福尼亚州成立和注册的、且目前在纽约州和加拿大注册的实体。

3. 2004 年,北新物流有限公司("北新物流")(位于中华人民共和国的北新集团股份有限公司的一个中国子公司)收购了 United Suntech 60%的股份成为其股东之一。2008 年,北新物流的所有权转移给中国建材股份公司,而北新物流的名称改为中建材投资有限公司。2008 年 6 月,中建材投资有限公司通过收购其余股份,United Suntech 成为中建材投资有限公司的全资子公司。

4. 直至 2010 年,United Suntech 在加利福尼亚州保有一个办公场所。2010 年,该公司迁至加拿大。目前其位于加拿大并有两名雇员。United Suntech 目前没有在美国拥有或租赁任何财产,也没有持有任何美国银行账户。

5. United Suntech 从事从中国购买橱柜和五金制品并在美国转售这些产品的业务。据我所知,United Suntech 从未在路易斯安那州、佛罗里达州或弗吉尼亚州从事连续性或系统性的业务。

6. 由于本诉讼,我已经知道北新建材股份、泰山石膏股份有限公司("泰山")和泰安市泰山纸面石膏板有限公司("泰安泰山石膏板")参与了向美国购买者销售石膏墙的交易。United Suntech 并未在这些实体向美国销售石膏墙的决定中承担任何角色。

7.　United Suntech 从未在美国或任何其他地方制造、生产、促销、市场推广、运输或出售石膏墙。

8.　United Suntech 从未担任泰山、泰安泰山石膏板、北新建材股份、中国建材股份、北新建材集团或中国建材集团的代理人。United Suntech 从未代表这些实体签订合同、推广产品、参与销售或分销产品。

本人声明前述内容是真实的和正确的，否则将受到根据美国法律对作伪证的惩罚。

日期：2015 年 6 月 11 日

刘伟生

3