UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 20147<br>SECTION: L |
| THIS DOCUMENT APPLIES TO ALL CASES | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**O R D E R**

Considering the Plaintiffs' Steering Committee's Motion for Leave to File The Plaintiffs' Steering Committee's Second Supplement to Motion to Compel Production of 30(b)(6) Witness;

IT IS ORDERED BY THE COURT that the motion is granted and the Plaintiffs' Steering Committee's Second Supplement to Motion to Compel Production of 30(b)(6) Witness be and is hereby filed.

New Orleans, Louisiana, this 19th day of ____June____, 2015.

_____
Eldon E. Fallon
United States District Court Judge