# EXHIBIT 2

| | | CHE GANG DEPOSITION 6/2/2015-6/4/2015<br>"I DON'T HAVE A CLEAR RECOLLECTION" |
|---|---|---|
| Number | Page: Line | Quote or Description |
| 1. | 73:17-23 | Q  In 2006, was Bing Wang a director of Taishan?<br>A  Regarding these questions, I would recommend you to check the commercial registration form that Taishan had submitted. It's been quite a while ago, and I have prepared too many things. I do not have a clear recollection on that. |
| 2. | 106:8-11 | Q  What matter did you confirm with Mr. Peng?<br>A  I don't have a clear recollection of that.  I've been confirming too much -- too many matters recently in preparation of the deposition. |
| 3. | 176:9-18 | Q  When did you, as the corporate representative of Taishan, review those documents?<br>A  In 2015. I reviewed a large amount of documents related to the company, but because the time is really tight, it is impossible for me to have a very clear recollection on that. If you have those documents, please take them out and show them to me, because Taishan had already provided a lot of documents according to the document production request. Is that okay? |
| 4. | 225:23-226:2 | Q  In preparing yourself as a corporate representative of Taishan, have you seen this document before?<br>A  I don't have a clear recollection. I have read too many documents. |
| 5. | 229:17-23 | Q  Now, have you seen this document before?<br>A  While I was preparing to be the company's witness, under the advice and instruction of my attorney, I have reviewed a lot of documents related to Taishan Company or with the words "Taishan" appear on them. But specifically whether I have seen this document or not, I do not have a recollection. |
| 6. | 232:6-13 | Q  Have you read this document before?<br>(Document review.)<br>A  While I was preparing to be the witness for the company, under the instruction and advice of the attorney, I've read a great amount of documents related to Taishan. But specifically whether I have read this document or not, I do not have a recollection on it. |
| 7. | 237:18-24 | Q  Have you read this document before?<br>A  While I was preparing for my deposition as the company's witness, under the instruction and advice of the attorney, I've read a great number of documents related to Taishan Company; but for this document, I do not confirm and do not have a clear recollection of whether I have read it or not.<br>(re 20 May 2014 BNBM Announcement, Ex. 28 and Ex. 28A) |

| | CHE GANG DEPOSITION 6/2/2015-6/4/2015 "I DON'T HAVE A CLEAR RECOLLECTION" | |
|---|---|---|
| 8. | 244:4-12 | Q Have you previously read this document in preparation as Taishan's corporate witness?<br>(Document review.)<br>A In the process of my preparation as the company's witness for the deposition, under the instruction and the advice of the attorney, I've read a great number of documents related to Taishan; but I do not have a clear recollection on whether I read this specific document or not. |
| 9. | 244:14-25 | Q Sir, that document is dated after you were selected to represent Taishan as its corporate representative; isn't that true?<br>A I do not remember clearly the accurate date when I was selected as the company's representative. I was -- I was selected as a company representative under the circumstance of Chairman Jia's unfit health condition, which does not allow him for long-distance travel as well as boarding an airplane, and also under the circumstance that plaintiffs' attorney disagree change of deposition venue; but I do not have a clear recollection on the specific date. |
| 10. | 245:1-10 | Q Sir, the public announcement you have in your hand, published by BNBM, was less than three and a half months ago, and you do not have a specific recollection now of having read that document in preparation of your deposition?<br>A As the witness for the company, in order for everyone to understand Taishan, I have reviewed a great amount of documents in a very limited time. I personally do not have the capability of memorize every specific date. |
| 11. | 245:16-246:1 | Q Sir, I've shown you a specific document. Is it your testimony under oath, as a company representative, that you cannot recollect reviewing that document prior to your appearance here under oath?<br>MR. TAYLOR: Objection to form.<br>A I don't have a clear recollection on whether I've reviewed this document or not because I've reviewed a great amount of documents under the advice and instruction of my attorney, documents related to Taishan. |
| 12. | 247:11-19 | Q Okay. Do you recall, in preparing your testimony as a representative of the corporation, of reading this document on a prior occasion?<br>A While I was preparing as the representative of Taishan, under the instruction and advice of the attorney, I have reviewed a great number of documents. But as for this document, which is not Taishan's document, I do not have a clear recollection on whether I have read it or not. |

2

| | | CHE GANG DEPOSITION 6/2/2015-6/4/2015<br>"I DON'T HAVE A CLEAR RECOLLECTION" |
|---|---|---|
| 13. | 254:20-255:8 | Q The date of the document, as you have indicated, is March 13th, 2015. Today is June 2nd, 2015. Do you have a recollection, in preparation for your testimony under oath, of having read this document previously?<br>A While I was prepping as Taishan's company witness, I read a great deal of documents, under the instruction/advice of the attorney. They have nothing to do with the dates of the documents. I read so many documents from the year 2005, 2007, all the way to 2015, related to Taishan. There are so many documents, I cannot confirm, neither do I have a clear recollection on whether I have read this specific document or not. |
| 14. | 256:21-257-6 | Q In preparation for your deposition as the corporate representative of Taishan, did you read this document at some time before today and after the date China National Building Material Company, Limited caused it to be published on March 13, 2015?<br>A While I was prepping as Taishan's company witness for the deposition, under the attorney's advice and instruction, I've read a great amount of documents. The time frame is rather broad, and I do not have a clear recollection on whether I have read this document or not. |
| 15. | 263:15-18 | Q And can you be more specific as to what types of documents those were?<br>A I don't have a clear recollection on that. They are a lot. |
| 16. | 265:5-13 | Q Did you discuss that subject with Chairman Jia prior to appearing here today for your deposition?<br>MR. TAYLOR: Objection to form.<br>A While prepping to testify, under the instruction and advice of the attorney, I discussed with Chairman Jia regarding a lot of documents. But I do not have a clear recollection of whether we had or not discussed the Germano decision. |
| 17. | 285:13-17 | Q Do you know if that was just in May or in April of 2015?<br>A I don't have a clear recollection of that. I have worked too much recently for this. My head is confused.<br>(re deponent's personal work product produced by his attorneys) |
| 18. | 316:10-18 | Q Are you aware that public documents published by BNBM report the year and amounts of guaranties which BNBM made Taishan?<br>A When I was preparing as a witness of Taishan for the deposition, under the advice and instruction of the attorney, I have reviewed a lot of documents related to Taishan. But as for the part of documents you're referring to, I don't have a clear recollection on whether I have reviewed them or not. |

3

| | | CHE GANG DEPOSITION 6/2/2015-6/4/2015<br>"I DON'T HAVE A CLEAR RECOLLECTION" |
|---|---|---|
| 19. | 317:5-12 | Q  Did you review the public offering of -- by CNBM in 2006 for information as it regarded Taishan?<br>A  During my preparation as Taishan's company witness for the deposition, under the advice and instruction of the attorney, I have reviewed a great amount of documents related to Taishan. But I do not have the specific recollection on what you have just mentioned. |
| 20. | 319:10-19 | Q  Is it true that in February 2007, BNBM guaranteed a total working capital loan of ¥378,600,000 for Taishan?<br>A  While I was preparing myself as the company witness for Taishan for the deposition, and under the supervision and instruction of my attorney, I reviewed a lot of documents related to Taishan. Taishan had also provided documents in relation to the guaranty, but since what you have mentioned was so specific, I do not have a clear recollection on that. |
| 21. | 329:12-20 | Q  Are you aware that in June of 2007, BNBM and Taishan entered a joint guaranty for ¥41 million borrowings from China banks?<br>A  While I was prepping as a witness, as Taishan's representative, under the supervision and instruction of my attorney, I have prepared and reviewed a great amount of documents, but I'm not sure I've seen this document. I really do not recall clearly whether I've seen this document or not. |
| 22. | 330:24-331:10 | Q  Isn't it true that BNBM guaranteed a credit to Taishan of ¥150 million at the Bank of China in March of 2008?<br>A  While I was prepping for testifying as Taishan Company's representative, under the supervision, instruction and advice of the attorney, I have collected, provided and reviewed a large amount of documents. As for the documents related to the bank guaranty of Taishan, we have provided that to our attorney; however, I do not have a clear recollection on the details. |
| 23. | 332:19-333:5 | Q  Isn't it true that BNBM guaranteed ¥760 million line of credit for Taishan at the Bank of China?<br>A  While I was prepping as Taishan Company's representative to testify, under Taishan's attorney's supervision, instruction and advice, I have reviewed, prepared and provided a great amount of documents. As for Taishan's bank guaranty-related documents, they have already been provided to Taishan's attorneys; but as for the details you mentioned, I do not have a clear recollection on those. |

| | | CHE GANG DEPOSITION 6/2/2015-6/4/2015 "I DON'T HAVE A CLEAR RECOLLECTION" |
|---|---|---|
| 24. | 334:24-335:11 | Q I'm going to ask another question. On March 17th, 2011, isn't it true that BNBM guaranteed and increased Taishan's line of credit to ¥900 million?<br>MR. MARROCCO: Object to form.<br>A While I was prepping for my testimony as Taishan Company's representative, under the instruction, advice and supervision of Taishan's attorneys, we have provided and reviewed a large amount of documents related to Taishan. We have provided documents related to Taishan's bank guaranty to Taishan's attorney, but I do not have a clear recollection on the details. |
| 25. | 335:13-336:1 | Q Isn't it true that on April 16, 2014, BNBM proposed to guarantee ¥1 billion of Taishan on a line of credit to meet the needs of normal production?<br>MR. MARROCCO: Object to form.<br>MR. TAYLOR: Objection to form.<br>A While I was prepping as the witness representing Taishan Company, I, under the instruction, advice and supervision of Taishan's attorney, have prepared, provided and reviewed a great amount of documents related to Taishan. As for the bank guaranty-related information and documents of Taishan, Taishan has already provided to Taishan's attorneys, but I do not have a clear recollection on the details. |
| 26. | 356:5-357: | Q ... Are you aware that in 2007, BNBM published publicly that Taishan Gypsum Company, a controlled subsidiary of BNBM, mortgaged many sets of machinery and equipment?<br>MR. TAYLOR: Objection to form.<br>MR. MARROCCO: Object to form.<br>A During the process of preparing to be the witness and representative of Taishan, under the supervision, instruction and advice of the attorney, I have reviewed a great amount of documents related to Taishan, but I do not have a clear recollection of the statement you just said. |
| 27. | 358:17-359:2 | Q Were you aware that in the year 2012, BNBM reported publicly, as to the lawsuits before Judge Fallon, that BNBM and Taishan Gypsum had employed a famous American law firm as legal advisor?<br>MR. MARROCCO: Object to form.<br>A As a witness and representative of Taishan, while I was prepping for the deposition, under the supervision, instruction and advice of Taishan's attorney, I have reviewed a great amount of documents related to Taishan. I don't have a clear recollection of whether this document exists or not. |

5

| | | |
|---|---|---|
| CHE GANG DEPOSITION 6/2/2015-6/4/2015 "I DON'T HAVE A CLEAR RECOLLECTION" | | |
| 28. | 317:24-318:2 | Q Isn't it true that BNBM Company purchased a hundred percent of T-A-I-A-N, capital D-O-N-G-L-I-A-N Investment Trading Company in 2006, which gave BNBM 65% ownership of Taishan Gypsum?<br>A I know that it was approximately in the year of 2006, but I don't have a clear recollection on the specific year. I know that BNBM purchased Taian Donglian; therefore, BNBM held 65% of Taishan, directly or indirectly. But I do not have a clear recollection on the specific year. For accurate information, please refer to the commercial registration form that we have provided, which accurately reflected such information. |