# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

## O R D E R

Considering the Motion for Leave to File Reply Brief in Support of Emergency Motion of the Plaintiffs' Steering Committee ("PSC") for Expedited Return on Discovery Directed to China National Building Materials Company Limited;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the attached Reply Brief in Support of Emergency Motion of the Plaintiffs' Steering Committee ("PSC") for Expedited Return on Discovery Directed to China National Building Materials Company Limited be and is hereby filed.

New Orleans, Louisiana, this __19th__ day of _____June_____, 2015.

_____
Eldon E. Fallon
United States District Court Judge