# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL NO. 2047 |
|     DRYWALL PRODUCTS | * | |
|     LIABILITY LITIGATION | * | SECTION: L |
| | * | |
| | * | JUDGE FALLON |
| **This document relates to:** | * | |
|     Case No. 10-362, Sec. L. Mg. 2 | * | MAG. JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering Oceanique's motion for leave to file a reply to (Rec. Doc. 19149),

**IT IS ORDERED** that the motion for leave is **GRANTED.**

New Orleans, Louisiana, this 19th day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE

1