UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>*ALL CASES* | MDL No. 2:09-md-2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

**CNBM DEFENDANTS' RESPONSES AND OBJECTIONS TO
PSC'S MAY 20, 2015 SUPPLEMENTAL DEPOSITION NOTICES**

China National Building Materials Group Corporation and China National Building Materials Company, Ltd. (collectively, the "CNBM Defendants"), submit these responses and objections to the "Amended and Supplemental Notices Of Expedited Oral And Videotaped Deposition," issued by the Plaintiffs' Steering Committee ("PSC") in the *Chinese Manufactured Drywall Products Liability Litigation*, and dated May 20, 2015. Rec. Doc. Nos. 18975-76 & 18982.

On March 19, 2015, the PSC issued overbroad and burdensome deposition notices to each of the CNBM Defendants and various subsidiaries, requesting documents spanning a 15 year period that relate not just to each of the CNBM Defendants, but also to numerous subsidiaries, parents, and over 180 unrelated State-Owned Enterprises – none of whom have any connection with this litigation. Three weeks later, and without notice to or consultation with the CNBM Defendants, the PSC issued what it described as "streamlined" amended and supplemental notices on April 9, 2015. The CNBM Defendants joined motions for protective orders filed by the BNBM defendants and Taishan defendants. Rec. Doc. 18693. Then, on April 30, 2015, the PSC issued yet another set of deposition notices, to which the CNBM Defendants again objected. *See* Rec. Doc. Nos. 18795-18800, 18807.

On May 20, 2015, the PSC served this renewed set of deposition notices – again without consultation with counsel for the CNBM Defendants, and despite the CNBM Defendants' objections with respect to the previous deposition notices.  Thereafter, following a meet and confer, the PSC agreed by letter dated May 26, 2015 to limit further production by the CNBM Defendants, and served a narrowed set of deposition notices on May 28, 2015 (*see* Rec. Doc. Nos. 19005-06).  The depositions of the 30(b)(6) witnesses for both CNBM Company and CNBM Group, Mr. Zhangli Chang and Ms. Guoping Zhou respectively, have now concluded after three days of questioning for each witness.

Accordingly, the CNBM Defendants will continue to produce documents to the PSC consistent with the CNBM Defendants' responses and objections to the initial March 19, 2015 deposition notices, and further limited as agreed by the PSC in its May 26, 2015 letter.

Respectfully submitted,

/s/ L. Christopher Vejnoska
L. Christopher Vejnoska (CA Bar No. 96082)

| | |
|---|---|
| L. Christopher Vejnoska (CA Bar No. 96082) | Ewell E. Eagan, Jr. (LA Bar No. 5239) |
| Ian Johnson (CA Bar No. 208713) | Donna Phillips Currault (LA Bar No. 19533) |
| Andrew Davidson (CA Bar No. 266506) | Nina Wessel English (LA Bar No. 29176) |
| Jason Wu (CA Bar No. 279118) | Alex B. Rothenberg (LA Bar No. 34740) |
| Ian Fein (CA Bar No. 281394) | GORDON, ARATA, MCCOLLAM, |
| Jason Cabot (CA Bar No. 288877) | DUPLANTIS & EAGAN, LLC |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | 201 St. Charles Avenue, 40th Floor |
| The Orrick Building | New Orleans, LA 70170-4000 |
| 405 Howard Street | Tel: (504) 582-1111 |
| San Francisco, CA  94105 | E-mail: eeagan@gordonarata.com |
| Tel.:  415-773-5700 | dcurrault@gordonarata.com |
| Fax:  415-773-5759 | nenglish@gordonarata.com |
| E-mail: cvejnoska@orrick.com | arothenberg@gordonarata.com |
| ijohnson@orrick.com | |
| adavidson@orrick.com | |
| jmwu@orrick.com | |
| ifein@orrick.com | |
| jcabot@orrick.com | |
| | |
| James L. Stengel (NY Bar No. 1800556) | Jonathan Riddell (LA Bar No. 27053) |
| Xiang Wang (NY Bar No. 4311114) | ORRICK, HERRINGTON & SUTCLIFFE, LLP |
| Kelly Daley (NY Bar No. 4970117) | 400 Capitol Mall |

- 2 -

- 3 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY, 10019
Tel:   212-506-5000
Fax:  212-506-5151
Email:  jstengel@orrick.com
         xiangwang@orrick.com
         kdaley@orrick.com

Suite 3000
Sacramento, CA 95814
Tel: 916-447-9200
Email: jriddell@orrick.com

Eric A. Shumsky (D.C. Bar No. 477926)
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street NW
Washington, D.C. 20005
Tel: 202-339-8400
Fax: 202-339-8500
Email: eshumsky@orrick.com

*Attorneys for CNBM Defendants*

Dated : June 22, 2015

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing CNBM Defendants' Responses and Objections to PSC's May 20, 2015 Supplemental Deposition Notices has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail and upon all parties by electronically uploading the same to File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 22nd day of June 2015.

                            /s/ L. Christopher Vejnoska
                            L. Christopher Vejnoska (CA Bar No. 96082)

OHSUSA:762450796.1