UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>*All Cases* | MDL No. 2:09-md-2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

# ORDER

Considering the foregoing Motion of the CNBM Defendants for Leave to File Exhibit Under Seal;

**IT IS ORDERED** that the motion is **GRANTED**; and the attached exhibits are filed into the record **UNDER SEAL**.

New Orleans, Louisiana, this 19th day of ____June____, 2015

_____
Honorable Eldon E. Fallon
U.S. District Court Judge