UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 20147<br>SECTION: L |
| THIS DOCUMENT APPLIES TO ALL CASES | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**O R D E R**

Considering the Motion to Substitute Amended Second Supplement to the Plaintiffs' Steering Committee's Motion to Compel Production of 30(b)(6) Witnesses and Production of Responsive Documents filed by the Plaintiffs' Steering Committee;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the attached Amended Second Supplement to the Plaintiffs' Steering Committee's Motion to Compel Production of 30(b)(6) Witnesses and Production of Responsive Documents be and is hereby substituted in place and instead of the Second Supplement to the Plaintiffs' Steering Committee's Motion to Compel Production of 30(b)(6) Witnesses and Production of Responsive Documents [Rec. Doc. 19109-2].

New Orleans, Louisiana, this 19th day of _____June_____, 2015.

_____
Eldon E. Fallon
United States District Court Judge