**EXHIBIT A**

Exhibit A includes property records showing that the claimant listed on the class spreadsheet does not own the property in question.  Taishan is submitting the property records to the Court under seal on a flash drive.  Each property has its own folder in the Exhibit A folder of that flash drive.  Below is a listing of the 447 such properties (out of roughly 1,500 properties analyzed by Taishan to date):

1.      21 Southwest 22nd Avenue, Cape Coral, FL 33991
2.      98 Stoney Drive, Palm Beach Gardens, Florida 33410
3.      99 Vivante Blvd, Unit 410 Punta Gorda, FL 33950
4.      102 NW 24th Avenue, Cape Coral, Florida 33993
5.      106 Burano Court North Venice, FL 34275
6.      109 Pine Lane Lehigh Acres, FL 33971
7.      111 Pine Lane Lehigh Acres, FL 33971
8.      117 Marina Lane, Satsuma, Florida 32189
9.      126 NW 3rd Avenue Cape Coral, FL 33993
10.     138 Ocean Bay Drive Jensen Beach, FL 34957
11.     138 SE 29th Street Cape Coral, FL 33904
12.     149 Partridge Street Lehigh Acres, FL 33974
13.     157 SE 16th Terrace Cape Coral, FL 33990
14.     177 SE 2nd Court Deerfield Beach, Florida 33411
15.     178 Shadroe Cove Circle Unit 904  Cape Coral, FL 33991
16.     178 Shadroe Cove Circle, Unit 903, Cape Coral, Florida 33991
17.     181 Shore Drive, Vero Beach, Florida 32963
18.     182 Shadroe Cove Circle, Unit 803, Cape Coral, FL 33991
19.     182 Shadroe Cove Circle, Unit 804, Cape Coral, FL 33991
20.     186 S.E. 2nd Street, Unit 186, Deerfield Beach, Florida 33441
21.     190 Shadroe Cove Circle Unit 701, Cape Coral, FL 33991
22.     190 Shadroe Cove Circle Unit 702, Cape Coral, FL 33991
23.     190 Shadroe Cove Circle Unit 703, Cape Coral, FL 33991
24.     190 Shadroe Cove Circle Unit 704 Cape Coral, FL 33991
25.     194 Shadroe Circle Unit 601 Cape Coral, FL 33991
26.     198 Shadroe Cove Circle, Unit 501, Cape Coral, FL 33991
27.     198 Shadroe Cove Circle, Unit 502, Cape Coral, FL 33991
28.     198 Shadroe Cove Circle, Unit 504, Cape Coral, FL 33991
29.     201 Shadroe Cove Circle, Unit 174-1, Cape Coral, FL 33991
30.     201 Shadroe Cove Circle, Unit 178-1, Cape Coral, FL 33991
31.     201 Shadroe Cove Circle, Unit 178-2, Cape Coral, FL 33991
32.     201 Shadroe Cove Circle, Unit 178-3, Cape Coral, FL 33991
33.     201 Shadroe Cove Circle, Unit 182-4, Cape Coral, FL 33991
34.     201 Shadroe Cove Circle, Unit 190-2, Cape Coral, FL 33991
35.     201 Shadroe Cove Circle, Unit 194-1, Cape Coral, FL 33991
36.     201 Shadroe Cove Circle, Unit 194-2, Cape Coral, FL 33991
37.     201 Shadroe Cove Circle, Unit 194-3, Cape Coral, FL 33991
38.     201 Shadroe Cove Circle, Unit 194-4, Cape Coral, FL 33991

39.    201 Shadroe Cove Circle, Unit 198-1, Cape Coral, FL 33991
40.    201 Shadroe Cove Circle, Unit 198-4, Cape Coral, FL 33991
41.    201 Shadroe Cove Circle, Unit 202-1, Cape Coral, FL 33991
42.    201 Shadroe Cove Circle, Unit 202-3, Cape Coral, FL 33991
43.    201 Shadroe Cove Circle, Unit 206-1, Cape Coral, FL 33991
44.    202 Shadroe Cove Circle, Unit 401, Cape Coral, FL 33991
45.    202 Shadroe Cove Circle, Unit 402, Cape Coral, FL 33991
46.    202 Shadroe Cove Circle, Unit 404, Cape Coral, FL 33991
47.    206 Shadroe Cove Circle, Unit 302, Cape Coral, FL 33991
48.    206 Shadroe Cove Circle, Unit 303, Cape Coral, FL 33991
49.    208 SE 6th Street Cape Coral, FL 33990
50.    213 Martellago Avenue, North Venice, Florida 34275
51.    219 N.W. 12th Avenue Units 510 and C5 Miami, FL 33128
52.    221 SE 24th Street Cape Coral, FL 33990
53.    221 Shadroe Cove Circle, Unit 403, Cape Coral, Florida 33991
54.    221 Shadroe Cove Circle, Unit 504, Cape Coral, Florida 33991
55.    221 Shadroe Cove Circle, Unit 604, Cape Coral, Florida 33991
56.    221 Shadroe Cove Circle, Unit 704, Cape Coral, Florida 33991
57.    221 Shadroe Cove Circle, Unit 804, Cape Coral, Florida 33991
58.    221 Shadroe Cove Circle, Unit 903, Cape Coral, Florida 33991
59.    221 Shadroe Cove Circle, Unit 1004 Cape Coral, Florida 33991
60.    229 NW 25th Avenue, Cape Coral, Florida 33993
61.    240 W. End Avenue Unit 112, Punta Gorda, FL 33950
62.    240 W. End Avenue Unit 113, Punta Gorda, FL 33950
63.    240 W. End Avenue Unit 121, Punta Gorda, FL 33950
64.    240 W. End Avenue Unit 122, Punta Gorda, FL 33950
65.    240 W. End Avenue Unit 213, Punta Gorda, FL 33950
66.    240 W. End Avenue Unit 221, Punta Gorda, FL 33950
67.    240 W. End Avenue Unit 223, Punta Gorda, FL 33950
68.    240 W. End Avenue Unit 311, Punta Gorda, FL 33950
69.    240 W. End Avenue Unit 312, Punta Gorda, FL 33950
70.    240 W. End Avenue Unit 422, Punta Gorda, FL 33950
71.    240 W. End Avenue Unit 423, Punta Gorda, FL 33950
72.    240 W. End Avenue Unit 513, Punta Gorda, FL 33950
73.    240 W. End Avenue Unit 521, Punta Gorda, FL 33950
74.    240 W. End Avenue Unit 522, Punta Gorda, FL 33950
75.    240 W. End Avenue Unit 622, Punta Gorda, FL 33950
76.    240 W. End Avenue Unit 623, Punta Gorda, FL 33950
77.    240 W. End Avenue Unit 713, Punta Gorda, FL 33950
78.    240 W. End Avenue Unit 821, Punta Gorda, FL 33950
79.    240 W. End Avenue Unit 822, Punta Gorda, FL 33950
80.    240 W. End Avenue Unit 1121, Punta Gorda, FL 33950
81.    240 W. End Avenue Unit 1123, Punta Gorda, FL 33950
82.    240 W. End Avenue Unit 1211, Punta Gorda, FL 33950
83.    240 W. End Avenue Unit 1213, Punta Gorda, FL 33950
84.    240 W. End Avenue Unit 1222, Punta Gorda, FL 33950

85.   240 W. End Avenue Unit 1413, Punta Gorda, FL 33950
86.   240 W. End Avenue, Unit 111, Punta Gorda, FL 33950
87.   240 W. End Avenue, Unit 123, Punta Gorda, FL 33950
88.   240 W. End Avenue, Unit 211, Punta Gorda, FL 33950
89.   240 W. End Avenue, Unit 212, Punta Gorda, FL 33950
90.   240 W. End Avenue, Unit 222, Punta Gorda, FL 33950
91.   240 W. End Avenue, Unit 411, Punta Gorda, FL 33950
92.   240 W. End Avenue, Unit 712, Punta Gorda, FL 33950
93.   240 W. End Avenue, Unit 723, Punta Gorda, FL 33950
94.   240 W. End Avenue, Unit 811, Punta Gorda, FL 33950
95.   240 W. End Avenue, Unit 812, Punta Gorda, FL 33950
96.   240 W. End Avenue, Unit 813, Punta Gorda, FL 33950
97.   240 West End Avenue, Unit 412, Punta Gorda, FL 33950
98.   240 West End Avenue, Unit 413, Punta Gorda, FL 33950
99.   240 West End Avenue, Unit 421, Punta Gorda, FL 33950
100.  240 West End Avenue, Unit 511, Punta Gorda, FL 33950
101.  240 West End Avenue, Unit 711, Punta Gorda, FL 33950
102.  240 West End Avenue, Unit 923, Punta Gorda, FL 33950
103.  251 Seabreeze Court, Vero Beach, FL 32963
104.  302 Shield Drive, Cresview, Florida 32539
105.  318 Ciprani Way, North Venice, Florida 34275
106.  334 Mestre Place, N. Venice, Florida 34275
107.  341 Cipriani Way North Venice, FL 34275
108.  353 Treeline Trace, Port St. Lucie, Florida 34983
109.  360 Cape Harbour Loop, Unit 104, Bradenton, Florida 34212
110.  362 Eisenhower Blvd. Lehigh Acres, FL 33974
111.  418 Vine Cliff Street Ruskin, FL 33570
112.  430 SE 21st Terrace Cape Coral, FL 33990
113.  482 NW Emilia Way Jensen Beach, FL 34957
114.  505 NW 3rd Place Dania Beach, FL 33004
115.  505 Vincinda Crest Way, Tampa, Florida 33619
116.  508 NW 38th Avenue Cape Coral, FL 33993
117.  522 NW 36th Place Cape Coral, FL 33993
118.  536 Vincinda Crest Way Tampa, Florida 33619
119.  622 SW 147th Terrace Pembroke Pines, FL 33027
120.  703 SW 22nd Terrace Cape Coral, Florida  33991
121.  704 N. Ocean Blvd., Unit 402, Pompano Beach, FL 33062
122.  704 N. Ocean Blvd., Unit 602, Pompano Beach, FL 33062
123.  704 N. Ocean Blvd., Unit 603, Pompano Beach, FL 33062
124.  704 N. Ocean Blvd., Unit 604, Pompano Beach, FL 33062
125.  704 N. Ocean Blvd., Unit 701, Pompano Beach, FL 33062
126.  704 N. Ocean Blvd., Unit 702, Pompano Beach, FL 33062
127.  704 N. Ocean Blvd., Unit 703, Pompano Beach, FL 33062
128.  704 N. Ocean Blvd., Unit 704, Pompano Beach, FL 33062
129.  704 N. Ocean Blvd., Unit 801, Pompano Beach, FL 33062
130.  704 N. Ocean Blvd., Unit 804, Pompano Beach, FL 33062

131.    704 N. Ocean Blvd., Unit 901, Pompano Beach, FL 33062
132.    704 N. Ocean Blvd., Unit 902, Pompano Beach, FL 33062
133.    704 N. Ocean Blvd., Unit 903, Pompano Beach, FL 33062
134.    704 N. Ocean Blvd., Unit 904, Pompano Beach, FL 33062
135.    704 N. Ocean Blvd., Unit 1001, Pompano Beach, FL
136.    704 N. Ocean Blvd., Unit 1002, Pompano Beach, FL 33062
137.    704 N. Ocean Blvd., Unit 1003, Pompano Beach, FL 33062
138.    704 N. Ocean Blvd., Unit 1004, Pompano Beach, FL 33062
139.    704 SW 23rd Terrace Cape Coral, FL 33991
140.    705 SW 147 Avenue, Pembroke Pines, Florida 33027
141.    711 SE 16th Court Ft. Lauderdale, FL 33304
142.    740 Alabama Road South, Lehigh Acres, Florida 33936
143.    742 Alabama Road South, Lehigh Acres, Florida 33936
144.    743 Alabama Road South, Lehigh Acres, Florida 33936
145.    844 SW 17th Street, Cape Coral, Florida 33991
146.    845 SW 17th Street, Cape Coral, Florida 33991
147.    900 E. Marion Avenue Unit 1201, Punta Gorda, FL 33950
148.    900 E. Marion Avenue Unit 1202, Punta Gorda, FL 33950
149.    900 E. Marion Avenue Unit 1203, Punta Gorda, FL 33950
150.    900 E. Marion Avenue Unit 1204, Punta Gorda, FL 33950
151.    900 E. Marion Avenue Unit 1301, Punta Gorda, FL 33950
152.    900 E. Marion Avenue Unit 1302, Punta Gorda, FL 33950
153.    900 E. Marion Avenue Unit 1303, Punta Gorda, FL 33950
154.    900 E. Marion Avenue Unit 1401, Punta Gorda, FL 33950
155.    900 E. Marion Avenue Unit 1403, Punta Gorda, FL 33950
156.    919 Monroe Avenue Lehigh Acres, FL 33972
157.    921 NW 8th Place Cape Coral, Florida 33993
158.    921 SW 23rd Street Cape Coral, FL 33990
159.    946 South West 6th Court, Cape Coral, Florida 33991
160.    954 Marilyn Avenue S. Lehigh Acres, FL 33936
161.    1032 Kindly Road, North Ft. Myers, Florida 33903
162.    1035 Fish Hook Cove, Bradenton, Florida 34212
163.    1045 Gladys Street Lehigh Acres, Florida 33974
164.    1045 Venetian Drive Melbourne, FL 32904 (1 of 8) #105
165.    1045 Venetian Drive Melbourne, FL 32904 (2 of 8) #103
166.    1045 Venetian Drive Melbourne, FL 32904 (3 of 8) #201
167.    1045 Venetian Drive Melbourne, FL 32904 (4 of 8) #102
168.    1045 Venetian Drive Melbourne, FL 32904 (5 of 8) #204
169.    1045 Venetian Drive Melbourne, FL 32904 (6 of 8) #104
170.    1045 Venetian Drive Melbourne, FL 32904 (7 of 8) #205
171.    1045 Venetian Drive Melbourne, FL 32904 (8 of 8) #203
172.    1113 NE 4th Avenue Cape Coral, FL 33909
173.    1130 Bari Street  Lehigh Acres, FL 33996
174.    1131 Tropicana Parkway W Cape Coral, FL 33993
175.    1145 NE Forrest Avenue Arcadia, FL 34266
176.    1160 Wapello Street North Port, FL 34286

177.     1219 Gordon Oaks Drive Plant City, FL 33563
178.     1233 Kendari Terrace Naples, FL 34113
179.     1305 East 9th Street Lehigh Acres FL 33972
180.     1316 Nucelli Road North Port, FL 34288
181.     1319 Rushgrove Circle Dover, FL 33527
182.     1324 SW 27 Terrace Cape Coral, FL 33914
183.     1344 SW Sultan Drive, Port St. Lucie, Florida 34953
184.     1409 Northeast 9th Place Cape Coral, FL 33909
185.     1421 North East 12th Avenue, Cape Coral, Florida 33909
186.     1422 Emerald Dunes Drive Sun City Center, FL 33573
187.     1441 Lake Lotela Drive Avon Park, FL 33825
188.     1503 Canton Avenue Lehigh Acres, FL 33972
189.     1518 Jefferson Avenue Lehigh Acres, FL 33972
190.     1660 Renaissance Commons Blvd, Unit 2112, Boynton Beach, Florida
         33426
191.     1660 Renaissance Commons Blvd., Unit 2212, Boynton Beach, Florida
         33426
192.     1660 Renaissance Commons Blvd., Unit 2214, Boynton Beach, Florida
         33426
193.     1660 Renaissance Commons Blvd., Unit 2310, Boynton Beach, Florida
         33426
194.     1600 Renaissance Commons Blvd., Unit 2312, Boynton Beach, Florida
         33426
195.     1660 Renaissance Commons Blvd., Unit 2404, Boynton Beach, Florida
         33426
196.     1690 Renaissance Commons Blvd Unit 1521 Boynton Beach, FL 33426
197.     1690 Renaissance Commons Blvd. Unit 1209 Boynton Beach, FL 33426
198.     1690 Renaissance Commons Blvd. Unit 1225, Boynton Beach, Florida
         33426
199.     1718 NE 27th Terrace Cape Coral, FL 33909
200.     1730 SW 81 Way North Lauderdale, Florida 33068
201.     1783 Biscayne Bay Circle, Jacksonville, Florida 32218
202.     1810 SW 47th Terrace, Cape Coral, Florida 33914
203.     1837 Notre Dame Avenue Port St. Lucie, FL 34953
204.     1901 NE 4th Place Cape Coral, Florida 33993
205.     1907 SE 21st Court Homestead, FL 33035
206.     2015 Sea Ray Shore Drive Clearwater, Florida 33763
207.     2032 North West 1st Place Cape Coral, FL 33993
208.     2082 Sundown Drive Clearwater, FL 33763
209.     2100 Della Drive, Naples, Florida 34117
210.     2120 Della Drive, Naples, Florida 34117
211.     2190 SE 19th Avenue Homestead, FL 33035
212.     2201 NW Embers Terrace Cape Coral, Florida 33993
213.     2204 Soho Bay Court Tampa, FL 33606
214.     2210 Soho Bay Court Tampa, FL 33606
215.     2220 Soho Bay Court Tampa, FL 33606

216.    2236 Soho Bay Court Tampa, FL 33606
217.    2308 NE Juanita Place Cape Coral, FL 33909
218.    2310-2312 NE 8th Place Cape Coral, FL 33909
219.    2330 Summersweet Drive Alva, Florida 33920
220.    2521 Whitesand Lane Clearwater, FL 33763
221.    2525White Sand Lane Clearwater, FL 33763
222.    2531 White Sand Lane Clearwater FL 33763
223.    2556 Keystone Lake Drive Cape Coral, FL 33993
224.    2557 Deerfield Lake Court Cape Coral, Florida 33909
225.    2565 Deerfield Lake Court Cape Coral, FL 33993
226.    2565 Keystone Lake Drive Cape Coral, FL 33993
227.    2572 Keystone Lake Drive Cape Coral, FL 33993
228.    2576 Sea Wind Way Clearwater, FL 33763
229.    2580 Sea Wind Way Clearwater, FL 33763
230.    2604 70th Street, W Lehigh Acres, FL 33971
231.    2619 NW 10th Terrace Cape Coral, FL 33993
232.    2654 Amber Lake Drive, Cape Coral, Florida 33909
233.    2716 16th Street West Lehigh Acres, Florida 33871
234.    2808 NE 32nd Street Fort Lauderdale, FL 33306
235.    2832 Sarletto Street North Port, Florida 34288
236.    3008 West San Carlos Street Tampa, FL 33629
237.    3013 13th Street West Lehigh Acres, FL 33971
238.    3020 Lake Manatee Court Cape Coral, FL 33909
239.    3028 Lake Manatee Court, Cape Coral, Florida 33909
240.    3036 Lake Butler Court, Cape Coral, Florida 33909
241.    3041 59th Avenue, South St. Petersburg, FL 33712
242.    3100 Orangetree Bend Ft. Myers, FL 33905
243.    3208 39th Street West Lehigh Acres, FL 33971
244.    3227 Surfside Blvd. Cape Coral, FL 33914
245.    3240 Lago de Talavera, Lot 48, Wellington, Palm Beach County, Florida 33467
246.    3245 Reef Road Se, Palm Bay, Florida 32909
247.    3261 Lago de Talvara, Lot 1, Wellington, Palm Beach County, Florida 33467
248.    3301 Lago de Talavera, Lot 6, Wellington, Palm Beach County, Florida 33467
249.    3330 NW 39th Lane, Cape Coral, Florida 33993
250.    3335 NE 4th Street Homestead, FL 33033
251.    3371 Horace Avenue, North Port, Florida 34286
252.    3382 Lago De Talavera Wellington, FL 33467
253.    3390 Lago De Talavera Wellington, FL 33467
254.    3404 W. Sevilla Street Tampa, FL 32609
255.    3437 Lago de Talavera Wellington, FL 33467
256.    3462 Lago de Talavera, Lot 67, Wellington, Palm Beach County, Florida 33467

257. 3533 Lago de Talavera, Lot 35, Wellington, Palm Beach County, Florida 33467
258. 3558 Lago de Talavera, Lot 75, Wellington, Palm Beach County, Florida 33467
259. 3574 Lago de Talavera, Lot 77, Wellington, Palm Beach County, Florida
260. 3580 Lansing Loop, Unit #102 Estero, FL 33928
261. 3590 Lansing Loop Unit #204 Estero, FL 33928
262. 3601 Malagrotta Circle Cape Coral, FL 33909
263. 3650 Oak Brook Lane, Eustis, Florida 32763
264. 3702 Ralston Road Plant City, FL 33566
265. 3813 18th Street Lehigh Acres, FL 33971
266. 3830 Misty Landing Drive Valrico, FL 33594
267. 3850 NW 32nd Place Cape Coral, Florida 33993
268. 3853 Albacete Circle Punta Gorda, FL 33950
269. 3918 West Bay Court Avenue Tampa, FL 33611
270. 4003 12th Street West Lehigh Acres, FL 33971
271. 4013 24th Street SW Lehigh Acres, FL 33971
272. 4018 NW 12th Street Cape Coral, FL 33993
273. 4095 Cherrybrook Loop Fort Myers, FL 33965
274. 4109 Brynwood Drive, Naples, Florida 34119
275. 4139 NE 9th Avenue Cape Coral, FL 33909
276. 4145 Courtside Way (2B) Tampa, FL 33618
277. 4148 Bismarck Palm Drive Tampa, FL 33610
278. 4201 28th St. SW, Lehigh Acres, Florida 33876
279. 4210 West Kensington Avenue Tampa, FL 33629
280. 4303 17th Street, Lehigh Acres, Florida 33976
281. 4351 Bellaria Way #433, Ft. Myers, Florida 33916
282. 4401 SW Jaunt Road, Port St. Lucie, Florida 34953
283. 4420 SW 9th Place, Cape Coral, Florida 33914
284. 4454 Nobility Court Pace, FL 32571
285. 4461 Nobility Court Pace, FL 32571
286. 4462 Nobility Court Pace, FL 32571
287. 4495 Governors Street Pace, FL 32571
288. 4517 NW 34th Street, Cape Coral, Florida 33993
289. 4541 Rolling Green Drive Wesley Chapel, FL 33543
290. 4561 1st Avenue SW, Naples, Florida 34119
291. 4565 SW Athena Drive, Port St. Lucie, Florida 34953
292. 4590 Kodiak Drive Vero Beach, Florida 32967
293. 4625 Hickory Stream Lane Mulberry, FL 33860
294. 4724 Butler National Drive Wesley Chapel, FL 33543
295. 4755 Tuscan Loon Drive Tampa, Florida 33619
296. 4819 Portmamock Way, Wesley Chapel, Florida 33543
297. 4832 SE 24th Place, Cape Coral, Florida 33914
298. 4842 Tuscan Loon Drive Tampa, FL 33619
299. 5140 SE Mariner Gardens Circle, Unit I-65 Stuart, Florida 34997
300. 5159 9th Street, NE Ruskin, FL 33570

301. 5217 Athens Way, Venice, Florida 34293
302. 5406 Hammock View Lane Apollo Beach, FL 33572
303. 5660 Kensington Loop Ft. Myers, FL 33912
304. 5764 Jade Moon Circle Milton, FL 32583
305. 6040 Jonathans Bay Circle, Unit 501, Ft. Myers, Florida 33908
306. 6050 Jonathan's Bay Circle Unit 102 Building 5 Fort Myers, FL 33908
307. 6050 Jonathan's Bay Circle Unit 402 Fort Myers, FL 33908
308. 6071 Jonathans Bay Circle, Unit 401, Ft. Myers, Florida 33908
309. 6079 SE Crooked Oak Avenue Hobe Sound, FL 33455
310. 6143 Laurelwood Drive Fort Myers, Florida 33905
311. 6302 N. 17th Street Tampa, FL 33610
312. 6483 Leonard Avenue Port St. John, FL 32927
313. 6615 Sable Ridge Lane Naples, FL 34109
314. 6710 SW Miami Ave Arcadia, FL 34266
315. 6830 Long Leaf Drive, Parkland, Florida 33076
316. 6840 Long Leaf Drive, Parkland, Florida 33067
317. 6953 Topeka Lane North Port, FL 34291
318. 7120 Long Leaf Drive, Parkland, Florida 33076
319. 7390 Wisteria Avenue, Parkland, Florida 33076
320. 7541 Bristol Circle Naples, FL 34120
321. 7553 Bristol Circle, Naples, Florida 34120
322. 7569 Bristol Circle Naples, FL 34120
323. 7786 SW 188 Terrace Miami, FL 33157
324. 8001 Sherwood Circle Labelle, FL 33935
325. 8007 West 36 Avenue, Apt. 4 Hialeah, Fl 33018
326. 8032 NW 125 Terrace, Parkland, Florida 33076
327. 8039 NW 108 Place, Miami, Florida 33178
328. 8099 W. 36th Avenue #4, Hialeah, Florida 3301
329. 8111 West 36th Avenue #4 Hialeah, FL 33018
330. 8121 NW 108th Place Doral, FL 33178
331. 8129 W 76th Street Unit #3 Hialeah, FL 33018
332. 8141 W 36th Avenue Unit 2 Hialeah, FL 33108
333. 8141 West 36 Avenue Unit 3 Hialeah, FL 33018
334. 8220 Sanctuary Drive #1, Naples, FL 34104
335. 8314 Sumner Avenue, Fort Myers, Florida 33908
336. 8339 NW 125th Lane Parkland, FL 33076
337. 8374 Sumner Avenue Fort Myers, FL 33908
338. 8485 Breezy Hill Drive Boynton Beach, FL 33437
339. 8499 Chase Preserve Drive, Naples, Florida 34113
340. 8561 Pegasus Drive, Lehigh Acres, Florida 33971
341. 8580 Athena Court Lehigh Acres, FL 33971
342. 8607 Athena Court, Lehigh Acres, Florida 33971
343. 8648 Athena Court, Lehigh Acres, Florida 33971
344. 8696 Pegasus Drive Lehigh Acres, FL 33971
345. 8751 Thornbrook Terrace Point, Boynton Beach, Florida 33473
346. 8836 Cobblestone Pt. Circle Boynton Beach, FL 33472

347. 8842 Cobblestone Point Circle Boynton Beach, Florida 33472
348. 8859 Cobblestone Point Circle  Boynton Beach, Florida 33472
349. 8870 SW 229th Street, Cutler Bay, Florida 33190
350. 8889 SW 225th Terrace Cutler Bay, FL 33190
351. 8908 W 229 Street Cutler Bay, FL 33190
352. 8914 Cobblestone Point Circle Boynton Beach, FL 33472
353. 8931 SW 228th Lane Miami, FL 33190
354. 8932 SW 228th Lane Miami, FL 33190
355. 8935 SW 228th Lane Cutler Bay, FL 33190
356. 8936 SW 228th Lane, Miami, Florida 33190
357. 9001 Sunrise Lakes Blvd. 311 Sunrise, FL 33322
358. 9355Cobblestone Brooke Court Boynton Beach, Florida 33472
359. 9424 Scarborough Court Pot St. Lucie, FL 34952
360. 9477 Cobblestone Creek Drive Boynton Beach, Florida 33472
361. 9493 Cobblestone Creek Drive Boynton Beach, FL 33472
362. 9607 Exbury Court, Parkland, Florida 33076
363. 9626 Kenley Court Parkland, FL 33076
364. 9644 Ginger Court Parkland, FL 33076
365. 9682 Clemmons Street Parkland, FL 33076
366. 9719 Porta Leona Lane, Boynton Beach, Florida 33437
367. 9801 Cobblestone Creek Drive Boynton Beach, FL
368. 9861 Lago Drive Boynton Beach, FL  33472
369. 10000 Cobblestone Creek Drive, Boynton Beach, Florida 33472
370. 10211 Avelar Ridge Drive Riverview, FL 33578
371. 10440 Stephanie Way, Unit 205, Port St. Lucie, FL 34987
372. 10580 SE Stephanie Way Unit 203 Port St. Lucie, FL 34987
373. 10834 Kensington Park Avenue Riverview, FL 33569
374. 10838 Tiberio Drive, Fort Myers, Florida 33913
375. 10902 NW 83 Street Building 7, Unit 201 Doral, Florida 33178
376. 10902 NW 83rd Street, Apt. 210, Doral, FL 33178
377. 11001 Gulf Reflections Drive Unit A405 Fort Myers, FL 33908
378. 11104 Ancient Futures Drive Tampa, FL 33647
379. 11207 Laurel Brook Court, Riverview, Florida 33569
380. 11221 Godwit Court New Port Richey, FL 34654
381. 11321 Bridge Pine Drive Riverview, FL 33569
382. 11337 Bridge Pine Drive Riverview, FL 33569
383. 11411 Bridge Pine Drive Riverview, FL 33569
384. 11420 South West Mountain Ash Circle Port Saint Lucie, FL 34987
385. 11458 Water Oak Place, Davie Florida 33330
386. 11507 Summer Bird Court, Jacksonville, Florida 32221
387. 11525 Hammocks Glade Drive Riverview, FL 33569
388. 11526 Hammocks Glade Drive Riverview, FL 33569
389. 11528 Water Oak Place, Davie, Florida 33330
390. 11540 Hammocks Glade Drive Riverview, FL 33569
391. 11546 Hammocks Glade Road Riverview, FL 33569
392. 11547 Hammocks Glade Drive Riverview, FL 33569

9

393.   11609 Hammocks Glade Drive Riverview, FL 33569
394.   11618 Hammocks Glade Drive Riverview, FL 33569
395.   11685 Bald Eagle Way Naples, Florida 34120
396.   11806 Bayport Lane 2501 Fort Myers, FL 33908
397.   11807 Autumn Creek Drive Riverview, FL 33569
398.   11812 Bayport Lane #3 Fort Myers, FL 33908
399.   11813 Bayport Lane #3 Fort Myers, FL  33908
400.   11813 Bayport Lane 304 Ft. Myers, FL 33908
401.   11837 Bayport Lane Unit #4 Fort Myers, FL 33908
402.   11853 Bayport Lane #4 Fort Myers, FL 33908
403.   12231 Oak Ramble Drive Springhill, FL 34610
404.   12430 SW 50th Street - Unit 129 Miramar, FL 33027
405.   12430 SW 50th Street, Apt. 147, Miramar, Florida 33027
406.   12430 SW 50th Street, Unit 105, Miramar, Florida 33027
407.   12444 South Bridge Terrace Hudson, FL 34669
408.   12561 Oak Bend Drive Fort Myers, FL 33905
409.   12600 SW 50th Court, Unit 407 Miramar FL 33027
410.   12616 20th Street East, Parrish FL 34219
411.   12650 Whitehall Drive Ft.Myers, FL 33907
412.   12715 Saulston Place Hudson, Florida 34669
413.   12955 SW 134 Terrace Miami, FL 33186
414.   12978 SW 133 Terrace, Miami, Florida 33186
415.   12978 Turtle Cove Trail, North Ft. Myers, Florida 33903
416.   13409 Ainsworth Lane Port Charlotte, FL 33981
417.   13464 Little Gem Circle Fort Myers, FL 33913
418.   13471 Little Gem Circle Fort Myers, FL 33913
419.   13525 Little Gem Circle Fort Myers, FL 33913
420.   13542 Little Gem Circle, Fort Myers, Florida 33913
421.   13712 Trinity Leaf Place, Riverview, Florida 33579
422.   13936 Clubhouse Drive, Tampa, Florida 33618
423.   13942 Clubhouse Drive (6B) Tampa, FL 33618
424.   13944 Clubhouse Drive Tampa, FL 33618
425.   13946 Clubhouse Drive, Tampa, Florida 33618
426.   13964 Clubhouse Drive Tampa, FL 33618
427.   14122 Kensington Lane Fort Myers, FL 33912
428.   14143 Citrus Crest Circle, Tampa, Florida 33625
429.   14781 Quay Lane Delray Beach, Florida 33446
430.   14848 97th Road North, West Palm Beach, Florida 33412
431.   16117 East Aintreet Drive, Loxahatchee, Florida 33470
432.   17335 35th Place Loxahatchee, FL 33470
433.   17829 SW 54th Street, Miramar, Florida 33029
434.   19252 Stone Hedge Drive Tampa, FL 33647
435.   19269 Stone Hedge Drive Tampa, FL 33647
436.   20092 Larina Loop Estero, FL 33928
437.   20241 Chapel Trace Estero, FL 33928
438.   20316 Larino Loop Estero, Florida 33928

439.  20345 Larino Loop Estero, Florida 33928
440.  20394 Larino Loop, Estero, Florida 33928
441.  20516 Ardore Lane Estero, FL 33928
442.  21509 Draycott Way Land O'Lakes, FL 34637
443.  21523 Draycott Way, Land O'Lakes, Florida 34637
444.  22220 Red Laurel Lane Estero, FL 33928
445.  25504 Antler Street, Christmas, Florida 32709
446.  28505 Talori Terrace Bonita Springs, FL 34135
447.  153636 Yellow Wood Drive Alva, FL 33920