# EXHIBIT B

Exhibit B includes Chinese Drywall inspection reports for class properties, produced by BrownGreer, which show that the property does not contain Taishan drywall. Taishan is submitting the property records to the Court under seal on a flash drive. Each property has its own folder in the Exhibit B folder of the flash drive. Below is a listing of 67 such properties:

1. 59 Cane Bend Drive Carriere, MS 39426
2. 102 NW 24th Avenue, Cape Coral, Florida 33993
3. 104 Covington Meadows Cl., Unit J, Covington, LA 70433
4. 107 Ryan Avenue Mobile, AL 36607
5. 126 Sandpiper Circle Jupiter, FL 33477
6. 127 Don Pilkington Road Lucedale, MS 39452
7. 142 SE 20th Street Cape Coral, FL 33990
8. 160 Wild Timber Parkway Pelham, AL 35146
9. 180 Patio Street Lehigh Acres, FL 33974
10. 202 Allison Circle Gulfport, MS 39503
11. 208 SE 6th Street Cape Coral, FL 33990
12. 212 Matthew Drive Des Allemands, LA 70030
13. 299 Twin Creek Road, Lucedale, Mississippi 39452
14. 324 Laurel Avenue South Lehigh Acres, Florida 33974
15. 344 Funches Road, Vicksburg, Mississippi 39180
16. 362 Eisenhower Blvd. Lehigh Acres, FL 33974
17. 402 Lincoln Blvd. Lehigh Acres FL 33936
18. 411 Sandflat Road Thomasville, AL 36784
19. 430 SE 21st Terrace Cape Coral, FL 33990
20. 702 Calvin Avenue Lehigh Acres, FL 33736
21. 707 Cristelle Jean Drive Ruskin, FL 33570
22. 806 Villere Street, Waveland, Mississippi 39576
23. 1201 Magnolia Alley, Mandeville, Louisiana 70471
24. 1409 Northeast 9th Place Cape Coral, FL 33909
25. 1657 SW Mackey Avenue, Port. St. Lucie, Florida 33973
26. 1660 Renaissance Commons Blvd., Unit 2204, Boynton Beach, FL
27. 1660 Renaissance Commons Blvd., Unit 2407, Boynton Beach,
28. 1660 Renaissance Commons Blvd., Unit 2503, Boynton Beach, F
29. 1705 NW 14th Avenue Cape Coral, FL 33993
30. 1718 NE 27th Terrace Cape Coral, FL 33909
31. 1727 Shenandoah Road Wimauma, FL 33598
32. 1823 NE 6th Avenue Cape Coral, FL 33909
33. 2013 Caluda Lane, Violet, Louisiana 70092
34. 2427 35th Avenue, Meridian, Mississippi 39301
35. 2454 Harrison Place Lakeland, FL 33810
36. 2531 White Sand Lane Clearwater FL 33763
37. 2610 Diplomat Parkway Cape Coral, FL 33993
38. 2724 SW 25th Street Cape Coral, FL 33914

39. 3013 13th Street West Lehigh Acres, FL 33971
40. 3171 Sea Trawler Bend Apt. 2 North Fort Myers, FL 33903
41. 3485 Southwest Funtuna Street Port St. Lucie, FL 34953
42. 3602 36th Street Southwest Lehigh Acres, FL 33976
43. 3732 SW 7th Place #4 Cape Coral, FL 33914
44. 3806 2nd Street, Moss Point, Mississippi 39563
45. 4003 12th Street West Lehigh Acres, FL 33971
46. 4013 24th Street SW Lehigh Acres, FL 33971
47. 4214 8th Street, SW Lehigh Acres, FL 33976
48. 4338 Jacaranda Parkway Cape Coral, Florida 33993
49. 4460 Nobility Court Pace, FL 32571
50. 4757 Tuscan Loon Drive Tampa, FL 33619
51. 6052 NW 116 Drive #19A Coral Springs, FL 33076
52. 6060 Jonathan's Bay Circle, Unit 202 Fort Myers, FL 33908
53. 8032 NW 125 Terrace, Parkland, Florida 33076
54. 8374 Sumner Avenue Fort Myers, FL 33908
55. 8596 Athena Court Lehigh Acres, FL 33971
56. 8696 Pegasus Drive Lehigh Acres, FL 33971
57. 9008 Yazoo Street, Bay St. Louis, Mississippi 39520
58. 12978 SW 133 Terrace, Miami, Florida 33186
59. 13055 Sail Away Street North Fort Myers, FL 33903
60. 13525 Little Gem Circle Fort Myers, FL 33913
61. 13820 BJ Blvd. Bokeelia, FL 33922
62. 14369 Autumn Chase, Gulfport, Mississippi 39503
63. 16704 84th Court North Loxahatchee, FL 33470
64. 17803 SW 147 Street Miramar, FL 33029
65. 18069 S.W. 54th Street Miramar, FL 33029
66. 19231 Papoose, Saucier, Mississippi 39574
67. 20271 Chapel Trace Estero, FL 33928