# EXHIBIT C

Below is a table of the 14 duplicate entries Taishan has identified to date on the class spreadsheet.

| Number | Class Spreadsheet Address | Entry 1 | Entry 2 | Basis |
|---|---|---|---|---|
| 1 | 900 E. Marion Avenue Unit 1201, Punta Gorda, FL 33950 | Row 1487 | Row 1495 | Exact duplicate |
| 2 | 900 E. Marion Avenue Unit 1203, Punta Gorda, FL 33950 | Row 1488 | Row 1497 | Exact duplicate |
| 3 | 900 E. Marion Avenue Unit 1301, Punta Gorda, FL 33950 | Row 1489 | Row 1498 | Exact duplicate |
| 4 | 900 E. Marion Avenue Unit 1302, Punta Gorda, FL 33950 | Row 1490 | Row 1499 | Exact duplicate |
| 5 | 900 E. Marion Avenue Unit 1401, Punta Gorda, FL 33950 | Row 1491 | Row 1501 | Exact duplicate |
| 6 | 900 E. Marion Avenue Unit 1202, Punta Gorda, FL 33950 | Row 1492 | Row 1496 | Exact duplicate |
| 7 | 4402 Ruth Avenue South Lehigh Acres, Florida 33972 | Row 1518 | Row 1559 | Exact duplicate |
| 8 | 4600 E. St. Bernard Hwy. Meraux, LA 70073 | Row 1832 | Row 1898 | Exact duplicate |
| 9 | 6007 Warfield Street, New Orleans, Louisiana 70126 | Row 2217 | Row 2218 | Exact duplicate |
| 10 | 240 W. End Avenue, Unit 723, Punta Gorda, FL 33950 | Row 1479 | Row 1483 | One entry uses "Florida"; the duplicate uses "FL" |
| 11 | 174 Shadroe Cove Circle, Unit 1001, Cape Coral, FL 33991 | Row 474 | Row 798 | One entry is for Cape Coral, where there is such a property; the duplicate entry is for the adjacent city of Fort Myers, where there is no such property |
| 12 | 194 Shadroe Circle Unit 601 Cape Coral, FL 33991 | Row 475 | Row 804 | One entry is for Cape Coral, where there is such a property; the duplicate entry is for the adjacent city of Fort Myers, where there is no such property |

| Number | Class Spreadsheet Address | Entry 1 | Entry 2 | Basis |
|---|---|---|---|---|
| 13 | 198 Shadroe Cove Circle, Unit 504, Cape Coral, FL 33991 | Row 586 | Row 864 | One entry is for Cape Coral, where there is such a property; the duplicate entry is for the adjacent city of Fort Myers, where there is no such property |
| 14 | 178 Shadroe Cove Circle, Unit 903, Cape Coral, Florida 33991 | Row 589 | Row 863 | One entry is for Cape Coral, where there is such a property; the duplicate entry is for the adjacent city of Fort Myers, where there is no such property |