**EXHIBIT D**

Exhibit D includes Chinese Drywall remediation records for class properties. Taishan is submitting the records to the Court under seal on a flash drive. Each property has its own folder in the Exhibit D folder of that flash drive. Below is a listing of 230 such properties (out of roughly 1,500 properties analyzed by Taishan to date):

1. 101 Sand Dunes Road Ormand Beach, FL 32176
2. 102 NW 24th Avenue, Cape Coral, Florida 33993
3. 103 SE 16th Place Cape Coral, FL 33990
4. 109 Pine Lane Lehigh Acres, FL 33971
5. 118 SE 23rd Place Cape Coral, FL 33990
6. 126 NW 3rd Avenue Cape Coral, FL 33993
7. 138 Ocean Bay Drive Jensen Beach, FL 34957
8. 138 SE 29th Street Cape Coral, FL 33904
9. 142 SE 20th Street Cape Coral, FL 33990
10. 157 SE 16th Terrace Cape Coral, FL 33990
11. 174 Shadroe Cove Circle, Unit 1002 Cape Coral, Florida 33991
12. 190 Shadroe Cove Circle Unit 701, Cape Coral, FL 33991
13. 190 Shadroe Cove Circle Unit 702, Cape Coral, FL 33991
14. 194 Shadroe Circle Unit 601 Cape Coral, FL 33991
15. 198 Shadroe Cove Circle, Unit 501, Cape Coral, FL 33991
16. 198 Shadroe Cove Circle, Unit 502, Cape Coral, FL 33991
17. 201 Shadroe Cove Circle, Unit 190-2, Cape Coral, FL 33991
18. 201 Shadroe Cove Circle, Unit 194-1, Cape Coral, FL 33991
19. 201 Shadroe Cove Circle, Unit 194-2, Cape Coral, FL 33991
20. 201 Shadroe Cove Circle, Unit 198-1, Cape Coral, FL 33991
21. 201 Shadroe Cove Circle, Unit 202-1, Cape Coral, FL 33991
22. 201 Shadroe Cove Circle, Unit 206-1, Cape Coral, FL 33991
23. 202 Shadroe Cove Circle, Unit 401, Cape Coral, FL 33991
24. 202 Shadroe Cove Circle, Unit 402, Cape Coral, FL 33991
25. 206 Shadroe Cove Circle, #304 Cape Coral, FL 33991
26. 206 Shadroe Cove Circle, Unit 302, Cape Coral, FL 33991
27. 208 SE 6th Street Cape Coral, FL 33990
28. 221 SE 24th Street Cape Coral, FL 33990
29. 221 Shadroe Cove Circle, Unit 401, Cape Coral, Florida 33991
30. 229 NW 25th Avenue Cape Coral, FL 33993
31. 240 SE 29th Street Cape Coral, FL 33904
32. 240 W. End Avenue Unit 221, Punta Gorda, FL 33950
33. 240 West End Avenue, Unit 923, Punta Gorda, FL 33950
34. 246 SW 26th Street Cape Coral, FL 33993
35. 306 West Tropicana Parkway Cape Coral, FL 33993
36. 319 Siena Vista Place Unit 271 Sun City Center, FL 33573
37. 405 NW 8th Terrace Cape Coral, FL 33991
38. 430 SE 21st Terrace Cape Coral, FL 33990
39. 473 Pinebrook Circle Cantonment, FL 32533

40. 508 NW 38th Avenue Cape Coral, FL 33993
41. 519 SE 25 Lane Cape Coral, Florida 33909
42. 574 Eisenhower Blvd. Lehigh Acres, FL 33974
43. 622 SW 31st Street Cape Coral, FL 33914
44. 622 SW 147th Terrace Pembroke Pines, FL 33027
45. 630 SW 147 Terrace, Pembroke Pines, Florida 33027
46. 702 S.W. 147 Avenue Pembroke Pines, FL 33027
47. 704 SW 23rd Terrace Cape Coral, FL 33991
48. 721 Ashley Road, Lehigh Acres, Florida 33974
49. 811 King Leon Way, Sun City Center, Florida 33573
50. 812 King Leon Way Sun City Center, FL 33573
51. 813 King Leon Way Sun City Center, FL 33573
52. 814 King Leon Way Sun City Center, FL 33573
53. 838 SW Sultan Drive Port St. Lucie, FL 34953
54. 844 SW 17th St Cape Coral, FL 33991
55. 844 SW 36th Terrace Cape Coral, FL 33914
56. 900 E. Marion Avenue Unit 1201, Punta Gorda, FL 33950
57. 900 E. Marion Avenue Unit 1203, Punta Gorda, FL 33950
58. 900 E. Marion Avenue Unit 1301, Punta Gorda, FL 33950
59. 900 E. Marion Avenue Unit 1302, Punta Gorda, FL 33950
60. 900 E. Marion Avenue Unit 1303, Punta Gorda, FL 33950
61. 900 E. Marion Avenue Unit 1401, Punta Gorda, FL 33950
62. 900 E. Marion Avenue Unit 1402, Punta Gorda, FL 33950
63. 914 SW 23rd Street Cape Coral, FL 33991
64. 921 NW 8th Place Cape Coral, Florida 33993
65. 921 SW 23rd Street Cape Coral, FL 33990
66. 946 South West 6th Court, Cape Coral, Florida 33991
67. 954 Marilyn Avenue S. Lehigh Acres, FL 33936
68. 983 Fish Hook Cove Bradenton, FL 34212
69. 1006 NW 38th Place Cape Coral, FL 33993
70. 1009 Chadbourne Avenue Lehigh Acres, FL 33971
71. 1010 NE 12th Terrace Cape Coral, FL 33909
72. 1032 Kindly Road, North Ft. Myers, Florida 33903
73. 1035 Fish Hook Cove, Bradenton, Florida 34212
74. 1041 Fish Hook Circle Bradenton, FL 34212
75. 1101 NW 13th Terrace Cape Coral, FL 33993
76. 1113 NE 4th Avenue Cape Coral, FL 33909
77. 1117 Cassin Avenue Lehigh Acres, FL 33971
78. 1131 Tropicana Parkway W Cape Coral, FL 33993
79. 1132 SW 18th Avenue Cape Coral, FL 33991
80. 1145 Pineda Street East Lehigh Acres, Florida 33974
81. 1157 SW 39th Terrace Cape Coral, FL 33914
82. 1189 Bayport Ln # 404, Fort Myers, FL 33908
83. 1213 SW 1st Terrace Cape Coral, FL 33991
84. 1220 Ederle Street, Lehigh Acres, Florida 33974
85. 1257 Brook Park Avenue Lehigh Acres, Florida 33913

86. 1305 East 9th Street Lehigh Acres FL 33972
87. 1316 Nucelli Road North Port, FL 34288
88. 1451 NW 39th Avenue Cape Coral, FL 33993
89. 1503 Canton Avenue Lehigh Acres, FL 33972
90. 1518 Jefferson Avenue Lehigh Acres, FL 33972
91. 1590 Abalom Street Port Charlotte, FL 33980
92. 1637 Port St. Lucie Blvd. Port St. Lucie, FL 34952
93. 1649 Port St Lucie Blvd. Port St Lucie, FL 34952
94. 1653 Port St Lucie Blvd. Port St Lucie, FL 34952
95. 1704 NW 9th Terrace Cape Coral, FL 33993
96. 1718 NE 27th Terrace Cape Coral, FL 33909
97. 1823 NE 6th Avenue Cape Coral, FL 33909
98. 1837 Notre Dame Avenue Port St. Lucie, FL 34953
99. 1913 Louis Avenue Lehigh Acres, FL 33972 (Remediated)
100. 1976 NW 79 Terrace, Pembroke Pines, Florida 33024
101. 2024 NW 5th Street Cape Coral, FL 33991
102. 2040 NW 1st Street Cape Coral, FL 33993
103. 2051 NW 3rd Terrace Cape Coral, FL 33993
104. 2082 Sundown Drive Clearwater, FL 33763
105. 2105 SW 39th Terrace Cape Coral, FL 33914
106. 2113 Delightful Drive, Ruskin, Florida 33570
107. 2125 Santa Barbara Boulevard Cape Coral, FL 33990
108. 2128 South West 5th Avenue Cape Coral, Florida 33991
109. 2201 NW Embers Terrace Cape Coral, Florida 33993
110. 2218 S.W. Embers Terrace, Cape Coral, Florida 33091
111. 2230 NW Juanita Place Cape Coral, FL 33993
112. 2308 NE Juanita Place Cape Coral, FL 33909
113. 2330 Summersweet Drive Alva, Florida 33920
114. 2511 Yukon Cliff Drive Ruskin, FL 33570
115. 2521 Whitesand Lane Clearwater, FL 33763
116. 2531 White Sand Lane Clearwater FL 33763
117. 2553 Deerfield Lake Court Cape Coral, FL 33993
118. 2565 Deerfield Lake Court Cape Coral, FL 33993
119. 2572 Keystone Lake Drive Cape Coral, FL 33993
120. 2576 Keystone Lake Drive Cape Coral, FL 33993
121. 2580 Sea Wind Way Clearwater, FL 33763
122. 2710 SW 10th Avenue Cape Coral, Florida 33914
123. 2807 21st Street W Lehigh Acres, FL 33971
124. 2810 NW 13th Street Cape Coral, FL 33993
125. 2817 NE 5th Avenue, Cape Coral, Florida 33909
126. 2820 St. Barts Square Vero Beach, FL 32967
127. 2841 St. Bart's Square Vero Beach, FL 32967
128. 3008 West San Carlos Street Tampa, FL 33629
129. 3020 Lake Manatee Court Cape Coral, FL 33909
130. 3100 Orangetree Bend Ft. Myers, FL 33905
131. 3145 NE 15th Avenue Cape Coral, FL 33909

132. 3227 Surfside Blvd. Cape Coral, FL 33914
133. 3237 NW 21st Terrace Cape Coral, FL 33993
134. 3261 Lago de Talvara, Lot 1, Wellington, Palm Beach County, Florida 33467
135. 3301 Lago de Talavera, Lot 6, Wellington, Palm Beach County, Florida 33467
136. 3330 NW 39th Lane, Cape Coral, Florida 33993
137. 3404 W Sevilla Street Tampa, FL 32609
138. 3407 West Oakellar Avenue Tampa, Florida 33611
139. 3462 Lago de Talavera, Lot 6, Wellington, Palm Beach County, Florida 33467
140. 3518 20th Street, SW Lehigh Acres, Florida 33876
141. 3531 SW 15th Place Cape Coral, FL 33914
142. 3580 Lansing Loop, Unit #102 Estero, FL 33928
143. 3608 101st Avenue E Parrish, FL 34219
144. 3620 SW 3rd Terrace Cape Coral, FL 33991
145. 3702 Ralston Road Plant City, FL 33566
146. 3853 Albacete Circle Punta Gorda, FL 33950
147. 4013 24th Street SW Lehigh Acres, FL 33971
148. 4101 Country Club Blvd. Cape Coral, FL 33904
149. 4102 Three Oaks Road Plant City, FL 33565
150. 4139 NE 9th Avenue Cape Coral, FL 33909
151. 4143 Wildstar Circle Wesley Chapel, FL 33544
152. 4210 West Kensington Avenue Tampa, FL 33629
153. 4403 Chiquita Blvd. South Cape Coral, FL 33914
154. 4554 SE 6th Court Cape Coral, FL 33904
155. 4590 Kodiak Drive Vero Beach, Florida 32967
156. 5201 W. Neptune Way Tampa, FL 33609
157. 5406 Hammock View Lane Apollo Beach, FL 33572
158. 5748 Stay Sail Ct. Cape Coral, FL 33914
159. 6050 Jonathan's Bay Circle Unit 402 Fort Myers, FL 33908
160. 6051 Jonathan's Bay Circle Unit 401 Fort Myers, FL 33908
161. 6060 Jonathan's Bay Circle, Unit 302 Fort Myers, FL 33908
162. 6545 Caicos Court, Vero Beach, Florida 32967
163. 6736 Magnolia Point Drive Land O'Lakes, FL 34637
164. 6953 Topeka Lane North Port, FL 34291
165. 7120 Montauk Pt. Crossing, Bradenton, Florida 34212
166. 7460 Bridgeview Drive Wesley Chapel, Florida 33545
167. 8001 Sherwood Circle Labelle, FL 33935
168. 8141 W 36th Avenue Unit 2 Hialeah, FL 33108
169. 8220 Sanctuary Drive #1, Naples, FL 34104
170. 8485 Breezy Hill Drive Boynton Beach, FL 33437
171. 8580 Athena Court Lehigh Acres, FL 33971
172. 8648 Athena Court, Lehigh Acres, Florida 33971
173. 8696 Pegasus Drive Lehigh Acres, FL 33971
174. 8710 Pegasus Drive, Lehigh Acres, Florida 33971

175. 8726 93rd Court Vero Beach, FL 32967
176. 8836 Cobblestone Pt. Circle Boynton Beach, FL 33472
177. 9404 Scarborough Court, Port St. Lucie, Florida
178. 9950 Via San Marco Loop Fort Myers, FL 33905
179. 10440 Stephanie Way, Unit 205, Port St. Lucie, FL 34987
180. 10480 Southwest Stephanie Way Unit 105 Port St Lucie FL 34987
181. 10511 Sarah Way Port St. Lucie, FL  34987
182. 10580 SE Stephanie Way Unit 203 Port St. Lucie, FL 34987
183. 10639 Camarelle Circle Ft. Myers, FL 33913
184. 10710 Miracle Lane New Port Richey, FL 34654
185. 10814 Fortina Drive Fort Myers, FL 33913
186. 10820 Tiberio Drive Fort Myers, Florida 33913
187. 10844 Tiberio Drive Fort Myers, FL 33913
188. 10854 Tiberio Drive Fort Myers, FL 33913
189. 10860 Tiberio Drive Fort Myers, Florida 33913
190. 10868 Tiberio Drive Ft. Myers, FL 33913
191. 11001 Gulf Reflections Drive, A304, Ft. Myers, Florida 33907
192. 11101 Gulf Reflections Drive, Unit 306, Fort Myers, Florida 33908
193. 11102 NW 83rd Street Unit #9-101 Doral, FL 33178
194. 11141 Laurel Walk Road Wellington, FL 33449
195. 11215 Laurel Brook Court Riverview, FL 33569
196. 11221 Godwit Court New Port Richey, FL 34654
197. 11337 Bridge Pine Drive Riverview, FL 33569
198. 11623 Hammocks Glade Drive Riverview, FL 33569
199. 11812 Bayport Lane #3 Fort Myers, FL 33908
200. 11812 Bayport Lane 4 Ft. Myers, FL 33908
201. 11813 Bayport Lane 304 Ft. Myers, FL 33908
202. 11825 Bayport Lane 502 Ft. Myers, FL 33908
203. 11825 Bayport Ln. #504, Ft. Myers, Florida33908
204. 11837 Bayport Lane Fort Myers, FL 33908  Unit 1 Building 7 Phase 2
205. 11837 Bayport Lane Unit #4 Fort Myers, FL 33908
206. 11842 Bayport Lane 2102 Fort Myers, FL 33908
207. 11842 Bayport Lane, Unit 2103 Fort Myers, FL 33908
208. 11853 Bayport Lane #4 Fort Myers, FL 33908
209. 12020 Creole Court Parrish, Florida 34219
210. 12430 SW 50th St, Unit 105, Miramar, FL 33027
211. 12561 Oak Bend Drive Fort Myers, FL 33905
212. 12715 Saulston Place Hudson, Florida 34669
213. 12978 Turtle Cove Trail, North Ft. Myers, Florida 33903
214. 13471 Little Gem Circle Fort Myers, FL 33913
215. 13525 Little Gem Circle Fort Myers, FL 33913
216. 14059 Danpark Loop Ft. Myers, FL 33912
217. 14113 Stilton Street Tampa, FL 33626
218. 14122 Kensington Lane Fort Myers, FL 33912
219. 14721 SW 6 Street Pembroke Pines, Florida 33027
220. 14848 97th Road North, West Palm Beach, Florida 33412

221. 18042 Tiberio Drive Fort Myers, Florida 33913
222. 18238 Hepatica Road Fort Myers, FL 33967
223. 19269 Stone Hedge Drive Tampa, FL 33647
224. 20092 Larina Loop Estero, FL 33928
225. 20316 Larino Loop Estero, Florida 33928
226. 20345 Larino Loop Estero, Florida 33928
227. 22220 Red Laurel Lane Estero, FL 33928
228. 27021 Eden Road Ct. Bonita Springs, FL 34135
229. 28505 Talori Terrace Bonita Springs, FL 34135
230. 30018 Five Farms Avenue Wesley Chapel, FL 33543