UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:**<br><br>*Germano v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, **Case No. 09-6687** (E.D. La.);<br><br>*Gross v. Knauf Gips, KG*, **Case No. 09-6690** (E.D. La.);<br><br>*Wiltz v. Beijing New Building Materials Public Limited Co.,* **Case No. 10-361** (E.D. La.);<br><br>*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, **Case No. 11-1672** (E.D. La.);<br><br>*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, **Case No. 11-1395** (E.D. La.); and<br><br>*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, **Case No. 11-1673** (E.D. La.). | |

## **ORDER**

Considering the foregoing Motion for Leave to File Flash Drive Containing Exhibits Attached to Motion to Exclude Plaintiffs' Class Spreadsheet Under Seal;

**IT IS ORDERED** that the motion is **GRANTED** and the attached exhibits are filed into the record **UNDER SEAL**.

New Orleans, Louisiana, this ____ day of ____, 2015.

                                                              _____
                                                              Honorable Eldon E. Fallon
                                                              U.S. District Court Judge