# EXHIBIT "A"



# The Center for Auto Safety

## Walden v. Chrysler Trial

On March 6, 2012, four year old Remington Cole Walden was killed despite riding in a child booster seat to protect him when the 1999 Jeep Grand Cherokee driven by his aunt was struck from behind and engulfed in flames.



CAS STATEMENT ON $150 MILLION WALDEN JEEP FIRE JUDGMENT (http://www.autosafety.org/cas-statement-150-million-walden-jeep-fire-judgment) - 4/2/15

Butler Wooten Press Release on Verdict (/sites/default/files/imce_staff_uploads/2015-04-03%20-%20Revised%20BWCP%20press%20release%20-%20%24150%20million%20verdict%20against%20Chrysler_0.pdf) - 4/3/15

Walden Order - OSI's (/sites/default/files/imce_staff_uploads/2015-03-19%20Order%20on%20OSIs.pdf)

Walden Order - NHTSA (/sites/default/files/imce_staff_uploads/2015-03-19%20Order%20on%20NHTSA.pdf)

Video Coverage from CVN (http://cvn.com/proceedings/walden-v-chrysler-group-llc-trial)

Walden v. Chrysler Complaint (/sites/default/files/imce_staff_uploads/Walden%20Complaint%202012-07-09.pdf)

Emails Between NHTSA Administrator David Strickland and Chrysler re: Marchionne Meeting (/sites/default/files/imce_staff_uploads/Strickland%20Emails%20re%20Marchionne%20Meeting.pdf) - 4/2/15

Paul Sheridan Letter to Fiat SpA Chairman John Elkann re Walden (/sites/default/files/imce_staff_uploads/Sheridan2Elkann-1-15Mar2013.pdf) - 3/15/13

Chrysler Tells NHTSA 44 Lawsuits Filed over Jeep Rear Impact Fuel Fed Fire Crashes (/sites/default/files/imce_staff_uploads/Chrysler%20IR%20Response%20Lawsuits%2012-13-12.pdf) - 12/13/12

Full Text of Chrysler Response to NHTSA Information Request (/sites/default/files/imce_staff_uploads/EA12-005%20Chrysler%20IR%20Response%2012-13-12.pdf) - 12/13/12

Cousino Deposition (/sites/default/files/imce_staff_uploads/Cousino%2C%20Philip%20Full.pdf)

Estes Deposition (/sites/default/files/imce_staff_uploads/Estes%2C%20Judson%20Full.pdf)

Teets Deposition (/sites/default/files/imce_staff_uploads/Teets%2C%20Michael%20Full.pdf)

1999 Grand Cherokee Crash Test Fuel Tank With Cage (/sites/default/files/imce_staff_uploads/PX%2015a%20-%20Vehicle%20Crash%20Test%20Letter%20%26%20photo%20VC-7937.pdf)

Request to Depose Former NHTSA Administrator David Strickland (/sites/default/files/imce_staff_uploads/2015-01-27%20JEB%20to%20Sara%20Sorg%20NHTSA%20Office%20of%20Counsel%20re%20depo%20of%20Strickland.pdf) - 1/27/15

NHTSA Denial of Requst to Depose Strickland (/sites/default/files/imce_staff_uploads/2015-03-03%20-%20NHTSA%20-%20Sorg%20-%20letter%20to%20Butler%20-%20Part%209%20Decision.pdf) - 3/3/15

Important Documents from Walden v. Chrysler (https://www.dropbox.com/sh/y92jwxlj2sieg5t/AAAKydSls4pFN4dKDgljiBgIa?dl=0)

Affidavit of Norma F. Hubele., Ph.D. (/sites/default/files/imce_staff_uploads/2014-12-19%20Hubele%20Affidavit.pdf) - 12/19/2014

Plaintiff's Daubert Motion - Taylor (/sites/default/files/imce_staff_uploads/2014-12-23%20Plfs%20Daubert%20Motion-Taylor-FINAL.PDF) - 12/23/14

Plaintiff's Daubert Motion - Marais (/sites/default/files/imce_staff_uploads/2014-12-23%20Plfs%20Daubert%20Motion-Marias-FINAL.PDF) - 12/23/14

Affidavit of Norma F. Hubele., Ph.D. (/sites/default/files/imce_staff_uploads/2015-01-16%20Hubele%20Affidavit.pdf) - 1/16/2015

Plaintiff's Daubert Reply - Taylor (/sites/default/files/imce_staff_uploads/2015-02-18%20Plfs%20Reply%20Taylor%20702%20Motion--FINAL.PDF) - 2/18/15

Plaintiff's Daubert Reply - Marais (/sites/default/files/imce_staff_uploads/2015-02-18%20Plfs%20Reply%20Marais%20702%20Motion--FINAL.PDF) - 2/18/15

Order Granting Plaintiff's Rule 702 Motion (/sites/default/files/imce_staff_uploads/2015-03-12%20-%20Order%20GRANTING%20Plaintiffs%20Rule%20702%20Motions%20-%20Taylor%20-%20Marai....pdf) - 3/12/15

## NEWS

Chrysler hit with $150 million verdict in Grand Cherokee fire death (http://www.kwch.com/chrysler-hit-with-150-million-verdict-in-grand-cherokee-fire-death/32171702) - 4/3/15

Jury orders Chrysler to pay $150M in Jeep fire death (http://www.cbsnews.com/news/jury-orders-chrysler-to-pay-150m-in-jeep-fire-death/) - 4/3/15

Jury awards $150 million in Jeep fire death - (http://www.consumeraffairs.com/news/jury-awards-150-million-in-jeep-fire-death-040315.html) 4/3/15

FCA trial over child's fiery death expected to renew recall push (http://www.autonews.com/article/20150324/OEM11/150329945/fca-trial-over-childs-fiery-death-expected-to-renew-recall-

push) - 3/24/15 (/sites/default/files/imce_staff_uploads/Walden%20Complaint%202012-07-09.pdf)

Fiat Chrysler CEO Defends Jeep Safety [Includes Marchionne Deposition]
(http://www.detroitnews.com/story/business/autos/chrysler/2015/03/24/fiat-chrysler-ceo-defends-jeep-safety/70384722/)
- 3/25/15

Fiat Chrysler CEO Disagrees With Plaintiff's Lawyer on Regulator Meeting
(http://www.wsj.com/articles/fiat-chrysler-ceo-disagrees-with-plaintiffs-lawyer-on-regulator-meeting-1427298104) -
3/25/15