UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: *All Cases* | |

### ORDER

Before the Court is Beijing New Building Materials Public Limited Company's and Beijing New Building Material (Group) Co., Ltd.'s Motion for Leave to File Certain Exhibits Under Seal. The Court is of the opinion that the Motion should be GRANTED.

IT IS HEREBY ORDERED that Exhibits A and B to BNBM Entities' Response in Opposition to PSC's Emergency Motion to Compel Discovery are hereby filed UNDER SEAL.

**SO ORDERED.**

New Orleans, Louisiana, this 19th day of June, 2015.

Eldon E. Fallon
United States District Judge