UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 20147<br>SECTION: L |
| THIS DOCUMENT APPLIES TO ALL CASES | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**O R D E R**

Considering the Motion for Leave to File the Plaintiffs' Steering Committee's Reply Brief in Support of Emergency Motion to Compel Discovery Directed to Taishan Gypsum Co., Ltd; Beijing New Building Materials Public Limited Company; Beijing New Building Material (Group) Co., Ltd.; China National Building Materials Group Corporation and China National Building Materials Company, Ltd.;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the attached Plaintiffs' Steering Committee's Reply Brief in Support of Emergency Motion to Compel Discovery Directed to Taishan Gypsum Co., Ltd; Beijing New Building Materials Public Limited Company; Beijing New Building Material (Group) Co., Ltd.; China National Building Materials Group Corporation and China National Building Materials Company, Ltd. be and is hereby filed.

New Orleans, Louisiana, this 23rd day of June, 2015.

Eldon E. Fallon
United States District Court Judge