UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2:09-md-2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON |
| **THIS DOCUMENT RELATES TO:**<br>*All cases* | MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

**ORDER GRANTING CNBM DEFENDANTS' MOTION FOR LEAVE TO FILE SUR-REPLY TO PSC'S EMERGENCY MOTION TO COMPEL DISCOVERY**

Upon consideration of the CNBM Defendants' Motion for Leave to File Sur-Reply to the PSC's Emergency Motion to Compel Discovery, it is hereby ORDERED that the leave is GRANTED and that the CNBM Defendants' Sur-Reply be and is hereby filed into the record.

New Orleans, Louisiana this 23rd day of June, 2015.

_____
Eldon E. Fallon
U.S. District Court Judge

OHSUSA:762437136.1