IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED ) <br> DRYWALL PRODUCTS LIABILITY ) <br> LITIGATION ) <br> ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> Case No. 09-7628 ) <br> Payton et al v Knauf Gips KG et all ) <br> Case No. 09-6690 ) <br> Gross et al v. Knauf Gips KG et al ) <br> Case No. 12-498 ) <br> Almeroth et al v. Taishan Gypsum ) <br> Co. Ltd. et al ) <br> Case No.11-1672; 11-1395; 11-1673 ) <br> Amorin et al v. Taishan Gypsum ) <br> Co. Ltd. et al ) | MDL NO. 2047 <br><br> SECTION L <br><br> JUDGE FALLON <br><br> MAG. JUDGE WILKINSON |

## ORDER GRANTING KRUPNICK CAMPBELL MALONE ET AL MOTION TO WITHDRAW AS COUNSEL FOR GARY AND NICOLE PATTERSON

Considering the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman P.A.'s Motion to Withdraw as Counsel for Plaintiffs Gary and Nicole Patterson and the Court having considered the Motion and Supporting Memorandum, and finding that the counsel has complied with Local Rule 83.2.11,

IT IS ORDERED that the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman P.A's Motion to Withdraw as Counsel for Plaintiffs Gary and Nicole Patterson is GRANTED and that the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman P.A. is discharged from any further obligation and relieved of any further appearance in these cases on behalf of Gary and Nicole Patterson. Until such time as a Notice of Appearance is filed by new counsel, all pleadings shall be served on Plaintiff Gary and Nicole Patterson by email to

1

gary.sonterpat@gmail.com and by mail to 11 Chemin Bois Content, 1291 Commugny Vaud, Switzerland.

New Orleans, Louisiana, this 22nd day of _____June_____, 2015.

_____
Eldon E. Fallon
United States District Court Judge