MINUTE ENTRY
FALLON, J.
JUNE 23, 2015

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED    DRYWALL PRODUCTS    LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | JUDGE FALLON<br>MAGISTRATE WILKINSON |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter:  Jodi Simox

Appearances:   Christina Eikhoff, Esq. and  Bernard Taylor, Esq. for Defendants Taishan and
TTP
Russ Herman, Esq., Arnold Levin, Esq., for The Plaintiffs' Steering Committee
Kerry Miller, Esq. for Knauf Defendants
Danny Collier, Esq. for ACE Home Center, Inc.
Heather Houston, Esq.  (via phone) for ACE Hardware Corporation

1. Motion of the Knauf Defendants, to Extinguish the Knauf Defendants' Settlement Obligations for Certain Already Remediated Home Claims   (19054)

After argument - Granted with order to follow

2.  SEALED MOTION of the Plaintiffs' Steering Committee, to Compel Taishan to Produce a Rule 30(b)(6) Witness.     (19087)

After argument -  Denied in Part with Court's written reasons to follow

3. Rule to Show Cause Why Taishan Gypsum and Devon International Industries, Inc., Should Not be Held in Default   (19088) ref motion, rec. doc. 18999

After argument - GRANTED as to Devon International Industries, Inc.; DENIED as to Taishan Gypsum - Counsel for Taishan Gypsum has been authorized to accept service of 3rd party complaint in this matter.


JS10:     1:16