UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : MDL NO. 2047<br>:<br>: SECTION L<br>:<br>: JUDGE FALLON<br>: MAGISTRATE JUDGE<br>: WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

Considering Plaintiffs Kyle and Denise Newman's Motion for Additional Time to Respond to Bailey Lumber & Supply Co.'s Motion to Enforce Injunction Regarding Claims Brought by Plaintiffs Kyle and Denise Newman, (Rec. Doc. 19159);

**IT IS ORDERED** that the Motion is **GRANTED** and Bailey Lumber's Motion to Enforce Injunction (Rec Doc. 18913) is set for submission on **Wednesday July 1, 2015** and any response to the motion be filed on or before such date.

Additionally, the Court received and reviewed the attached correspondence dated June 17, 2015 from Plaintiffs' counsel, Wayne E. Ferrell Jr. Accordingly, **IT IS FURTHER ORDERED** that the attached correspondence be filed into the record. Additionally, as discussed in a telephone conference with counsel for Plantiffs and Defendant, Plaintiffs' counsel may submit an additional letter supplementing the attached to further explain Plaintiffs' position so that the Court can address Plaintiffs' concerns with the Settlement Administrator.

New Orleans, Louisiana, this 23rd day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE

1