# LAW OFFICES OF
# WAYNE E. FERRELL, JR., PLLC

405 Tombigbee Street (39201)
Post Office Box 24448
Jackson, Mississippi 39225-4448
Telephone: 601.969.4700
Fax: 601.969.7514

| WEB PAGE | MASTER OF LAWS, L.L.M. | EMAIL: |
|---|---|---|
| www.airlawonline.com | AVIATION & SPACE LAW | wferrell@airlawonline.com |

June 17, 2015

Honorable Eldon E. Fallon
United States District Court Judge
United States District Court, Eastern District of Louisiana
500 Poydras Street, Room C456
New Orleans, Louisiana 70130

Re: *In re: Chinese-Manufactured Drywall Products Liability Litigation;* In the United States District Court, Eastern District of Louisiana; MDL No. 2047, Section L

My clients:
1. Anita Sanderford, Jim Sanderford and Wes Sanderford
2. Marilyn Clark and Francis Parlow
3. Shea Michael Ladner and Desiree Day Ladner, individually and as natural parents, next friends and guardians of Brendon Michael Ladner, a minor, and Brooklynn Lee Ladner, a minor
4. David Sand, Jacqueline Sand and Robert L. Moore, Jr.
5. Kyle Newman and Denise Newman

Dear Judge Fallon:

I am writing concerning a recent Order you signed [Docket No. 18586] and entered in this action on April 2, 2015. The Order that you signed denied my three clients' (Sanderford, Clark, and Ladner) Motions and prohibited my clients from receiving MDL settlement benefits. My clients are not new applicants to the MDL fund but are Plaintiffs who reached settlements prior to being enrolled in the MDL. The terms of Plaintiffs' settlement with the Defendants required my client to register with the MDL as a condition of the settlement so that the claims could be paid and their respective state actions dismissed.[1] Our issue seems to be with Brown Greer, the third party administrator. We timely submitted our clients' notices of claims only to be later advised that they (Brown Greer) had never received them. That necessitated us filing for permission to submit our

---

[1] Enclosed is Docket No. 15916 noting one of our clients (Newman) rescinded their opt-out of the settlement class. This is not my only client that did so, therefore all of my clients were included in the settlement class prior to the expiration of the deadline for submission of claims.

Honorable Eldon E. Fallon
June 17, 2015
Page 2

claims to the third party administrator, not to the MDL. I wanted to clarify this point with the Court in case it was not clear to the Court in my previous Motions. My clients have fallen through the cracks of this process and I have not been able to get their claims registered with the Third-Party Administrator even though my clients complied with all instructions of the administrator. Our attempts have been unsuccessful due to registration problems even though we were assured that our clients were registered and included in the settlement prior to the initial deadlines imposed by the Court. Bailey Lumber Company and INEX claim that our clients are still opted in to the settlement. In order for my clients to obtain their settlement proceeds, they need to be registered with the Third Party Administrator. The relief I sought for our clients was denied by your Order (Docket No. 18586).

I have filed a Notice of Appeal with the Fifth Circuit but wanted to correspond with you to clarify our position and point out for the Court that our Motions were unopposed. I believe that the appeal is not necessary but I did not have a choice but to preserve my clients' rights until I could correspond with you on this issue. I would appreciate the Court reconsidering its ruling because the parties have settled and only need permission to register with the Third-Party Administrator and receive their settlement proceeds. This will ensure dismissal of the State Court actions pending in Mississippi, as well as the 5th Circuit Appeal.

In the event that you do not reconsider your Order, please provide me with an Order that excludes my clients from the Class so I can proceed with my clients' claims in State Court.

Thank you for your time and consideration. I am available at any time to discuss this with your should you wish to converse by telephone.

Sincerely,

Wayne E. Ferrell, Jr.

WEFjr/ap
cc:  Russ Herman, Esq.
     Kerry Miller, Esq.
     Phillip A. Wittman, Esq.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

### NOTICE OF FILING BY CLASS COUNSEL

PLEASE TAKE NOTICE that pursuant to the various settlement agreements that were preliminarily approved by the Court, class counsel hereby submit the attached opt-outs that were timely served on class counsel, as follows:

A. **Banner Settlement**–See attached chart and Exhibit A

B. **InEx Settlement**–See attached chart and Exhibit B

C. **KPT Settlement**–See attached chart and Exhibit C

D. **L&W Settlement**–See attached chart and Exhibit D

E. **Recisions of Opt-Outs**–See Exhibit E

*Discrepancies with September 28, 2012 letter from C. David Durkee (attached hereto as Exhibit F):

1. Aksel H. Bekirov, represented by C. David Durkee–no opt-out for property at 3410 SE 6th Street, Pompano Beach, FL 33062.

2. Thomas and Kathleen Mullen, represented by C. David Durkee–no opt-out for property at 1132 Bari Street, Lehigh Acres, FL 33996.

3. Jose and Lissett Fernandez represented by C. David Durkee, address provided does not reconcile with address of opt-out.

EXHIBIT 2

4. Adelky Pena represented by C. David Durkee, address provided does not reconcile with address of opt-out

5. Jesus Alberto Daza represented by C. David Durkee, address provided does not reconcile with address of opt-out

6. Paul Stratford represented by C. David Durkee, address provided does not reconcile with address of opt-out

Respectfully submitted,

Dated: October 10, 2012

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel in MDL 2047*

Arnold Levin
Fred S. Longer
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel in MDL 2047*

**CLASS COUNSEL**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 10t[h] day of October, 2012.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com
*Plaintiffs' Liaison Counsel in MDL 2047*
*Co-counsel for Plaintiffs*

|     | PLAINTIFFS | ATTORNEY | SETTLEMENT |
| --- | --- | --- | --- |
| 75. | Louran Builders/Vincent Montalto Construction | Glenn b. Adams Porteous Hainkel and Johnson | InEx |
| 76. | Madden, Michael and Ashley | Eric Hoaglund McCallum Hoaglund | InEx |
| 77. | Marsh, Veronica, individually mother Devin Marsh, Ricki Marsh, Jeremy Marsh | Shellie E. Brooks Holston & Vaughan | InEx |
| 78. | McClure, Paul and Tamla | Jason Smith Leitman Siegel | InEx |
| 79. | Meritage Homes of Florida, Inc. and Meritage Homes of Texas, LLC | | InEx |
| 80. | Moore, Victor | Eric Hoaglund McCallum Hoaglund | InEx |
| 81. | Nabors, Jason and Rhonda | Eric Hoaglund McCallum Hoaglund | InEx |
| 82. | Nearing, Wayne and Virginia | W. Brian Collins Collins & Horsley | InEx |
| 83. | New Millennium Construction LLC | David A. Kaufmann (same address) | InEx |
| 84. | Newman, Denise and Kyle | Wayne E. Ferrell, Jr. John Hunter | InEx* |
| 85. | Niswonger, Mary McLain | | InEx |
| 86. | Palm Coast Construction, Inc. | | InEx |
| 87. | Park Homes, LLC | | InEx |

*This opt-out has been rescinded.          35