UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047 SECTION L JUDGE FALLON MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

On April 20, 2015, the Court granted the Plaintiffs' Steering Committee's revised motion to serve Defendant State-owned Assets Supervision and Administration Commission ("SASAC") via mail (Rec. Doc. 18733). Accordingly, the Clerk of Court dispatched the summons and the Omnibus XIX Complaint in English and Chinese, and notice of suit, to SASAC and the Ministry of Foreign Affairs of the People's Republic of China.

On June 5, 2015, the service intended for SASAC was returned to the Clerk of Court as refused. On June 15, 2015, copy of the service intended for the Ministry of Foreign Affairs was returned to the Clerk of Court as refused.

**IT IS ORDERED** that the attached correspondence indicating these refusals of service shall be filed into the record.

New Orleans, Louisiana, this 23rd day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE

1