

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISANA
NEW ORLEANS, LA 70130

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

退回
RETURN

邮 2608
CN 15

□ 查无此人 Unknown
□ 人已他往 Gone away
□ 地址欠详 Insufficient address
□ 已迁居 Removed

☒ 拒收 Refused
□ 无人领取 Unclaimed
□

United States Postal Service
REGISTERED MAIL

RB 648 881 994 US

Wang Yi, Foreign Minister
Ministry of Foreign Affairs
the People's Republic of China
No. 2, Chaoyangmen Nandajie
Chaoyang District
Beijing
China 100701

RETURN RECEIPT
REQUESTED

| Item Description (Nature de l'envoi) | | Registered Article (Envoi recommandé) | ☐ Letter (Lettre) | ☐ Printed Matter (Imprimé) | ☐ Other (Autre) | ☐ Express Mail International |
|---|---|---|---|---|---|---|
| ☐ Insured Parcel | | | | | | |
| ☐ Colis avec valeur déclarée) | | Insured Value (Valeur déclarée) | | Article Number | | |
| Office of Mailing (Bureau de dépôt) | | $\phi$ | | Date of Posting (Date de dépôt) | | |

Addressee Name or Firm (Nom ou raison sociale du destinataire)

Mingli Foreign Minister, Ministry of Foreign Affairs, People's Republic of China

Street and No. (Rue et No.)

No. 2, Chaoyangmen Nandajie

Place and Country (Localité et pays)

Chaoyang District, Beijing, China 100701

The receipt must be signed by (1) the addressee; or (2) a person authorized under the regulations of the country of destination; or, (3) if these cannot be obtained, by the employee of the office of destination. The signed form will be returned to the sender by the first mail.

Ce reçu doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, à son défaut, par l'agent du bureau de destination qui le renverra à l'expéditeur par le premier courrier (Recommandé et expédié).

☐ The article mentioned above was duly delivered.
(L'envoi mentionné ci-dessus a été dûment livré.)

| Signature of Addressee (Signature du destinataire) | Office of Destination Employee Signature (Signature de l'agent du bureau de destination) | Date |
|---|---|---|
| | | |

Postmark of the office of destination (Timbre du bureau de destination)

PS Form **2865**, March 2007 (Reverse) PSN 7530-01-000-9775



CLERK'S OFFICE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISANA
NEW ORLEANS, LA 70130

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

退回
RETURN

United States Postal Service
REGISTERED MAIL

RB 648 881 985 US

The State-Owned Assets Supervision and
Administration Commission of the State C
No. 26, Xidajie, Xuanwumen
Xicheng District, Beijing
P.R. China 100053

RETURN RECEIPT
REQUESTED

| Item Description<br>Nature de l'envoi ) | ☑ Registered<br>Article (Envoi<br>recommandé) | ☐ Letter<br>(Lettre) | ☐ Printed<br>Matter<br>(Imprimé) | ☐ Other<br>(Autre) | ☐ Express<br>Mail Inter-<br>national |
|---|---|---|---|---|---|
| ☐ Insured Parcel<br>(Colis avec valeur déclarée) | Insured Value (Valeur déclarée) | | Article Number | | |

Office of Mailing (Bureau de dépôt)  |  Date of Posting (Date de dépôt)

Addressee Name or Firm (Nom ou raison sociale du destinataire)

State-Owned Assets Supervision & Administration Commission of the State Council

Street and No. (Rue et No.)

No. 26, Xidajie, Xuanwumen

Place and Country (Localité et pays)

Xicheng District, Beijing, P.R. China 100053

*Completed by the office (A remplir par le bureau )*

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.
(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à l'expéditeur.)

Postmark of the office of destination (Timbre du bureau du destination)

*fait à destination, ar à destination.*

☐ The article mentioned above was duly delivered.
(L'envoi mentionné ci-dessus a été dûment livré.)  |  Date

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖  |  ree Signature eau du

PS Form **2865**, March 2007 (Reverse)  PSN 7530-01-000-9775