UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
|---|---|
| THIS DOCUMENT APPLIES TO ALL CASES | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**EMERGENCY MOTION OF THE PLAINTIFFS' STEERING COMMITTEE FOR EXPEDITED RETURN ON SUPPLEMENTAL DISCOVERY DIRECTED TO TAISHAN, TTP, BNBM, BNBM GROUP, CNBM, AND CNBM GROUP**

NOW INTO COURT come the Plaintiffs' Steering Committee ("PSC"), who shows as follows:

1. Pursuant to the orders and directives of the Court at the special hearing that took place on March 17, 2015, the Court's comments during the status conference on April 17, 2015, and the Court's Minute Entry and Orders dated March 17, 2015 [Rec. Doc. No. 18493] authorizing expedited discovery of Taishan and BNBM/CNBM regarding (i) the injunction prong of the Court's July 17, 2014 Order holding Taishan in contempt of Court, criminally and civilly [Rec. Doc. No. 17869], and (ii) whether there exist alter ego relationships between and among these entities, the PSC has served Supplemental Interrogatories and Requests for Production of Documents upon Taishan, TTP, BNBM, BNBM Group, CNBM, and CNBM Group.

2. The PSC has served several requests on these defendants for production of documents pertinent to any and all business conducted by the Taishan Defendants and its "Affiliates" within the scope of the Court's July 17, 2014 Contempt Order and

Injunction, in addition to requests for business documents relative to the organizational structure of the Taishan Defendant entities and their affiliates. Those requests, however, have unfortunately either been arbitrarily objected to or flat-out ignored. Thus, out of necessity, Plaintiffs have again propounded supplemental discovery regarding the same that have been narrowly tailored to define the type of information and documents sought so as to give the defendants another chance to comply with the request.

3.   It is respectfully submitted that expedited discovery from these Defendants is necessary to determine the scope of the Taishan Affiliates' and Subsidiaries' violations of this Court's Contempt Order as well as issues pertaining to alter ego relationships existing among these entities. Given the Defendants limited productions thus far of documents requested by the PSC, particularly those concerning their violations of the Contempt Order and alter ego, the evidence requested is all the more vital.

4.   The Court entered an Order granting the PSC's Emergency Motion to Extend Discovery Deadline With Respect to the Contempt Track Discovery on June 16, 2015 [Rec. Doc. 19146], which extends "the deadline for the completion of the contempt track discovery . . . up until and through August 14, 2015." In an effort to comply with this deadline, and in an attempt to address scheduling concerns previously articulated by the Court, the PSC requests that the Court set an expedited response date for the instant discovery. Rule 34 of the Federal Rules of Civil Procedure provides time frames for responding to discovery requests, and request is made to shorten the time for discovery requests so that the discovery must be responded to fully and completely on an expedited basis.

5. The PSC proposes that full and complete responses, including the documents requested, be produced by CNBM within (10) days of its receipt of the requests for production of documents

6. The Court has granted at least seven similar motions requesting the same expedited return of discovery requests and shortening of time to notice depositions with respect to other third-parties on the topics addressed during the March 17, 2015 hearing and in the Court's related Minute Entry and Orders. *See* Rec. Doc. Nos. 18523 (New Jersey Institute of Technology and CTIEC-TECO American Technology, Inc.); 18535 (Sunpin Solar Development a/k/a Sunpin Solar LLC, Tommy Li, Wal-Mart Stores, Inc., Westerlund Log Handlers LLC and Murphy Overseas USA Astoria Forest Products LLC); 18756 (Hampton Affiliates, Steven J. Zika, Hampton Investment Company, Baillie Lumber Co., Hull Forest Products, Inc., Western Wood, LLC, and W.H. International, Inc.), and 18781 (BNK International, LLC, and Jeffery J. Chang).

WHEREFORE, the PSC prays that this motion be granted and that Taishan, TTP, BNBM, BNBM Group, CNBM, and CNBM Group be Ordered to produce to the PSC full and complete responses to the requests for production of documents, including all documents requested (in their original language and, if the original documents are in any language other than English, with English translations), within ten (10) days of receipt of the written discovery.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  June 25, 2015 | */s/ Russ M. Herman*<br>**Russ M. Herman** (Bar No. 6819)<br>Leonard A. Davis (Bar No. 14190)<br>Stephen J. Herman (Bar No. 23129)<br>***HERMAN, HERMAN & KATZ, LLC***<br>820 O'Keefe Avenue<br>New Orleans, LA  70113<br>PH:  (504) 581-4892<br>FAX:  (504) 561-6024<br>ldavis@hhklawfirm.com<br>***Plaintiffs' Liaison Counsel***<br>***MDL 2047*** |

And

Arnold Levin (on the brief)
Fred S. Longer (on the brief)
Sandra L. Duggan (on the brief)
Matthew C. Gaughan (on the brief)
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
PH:  (215) 592-1500
FAX:  (215) 592-4663
Alevin@lfsblaw.com
***Plaintiffs' Lead Counsel***
***MDL 2047***

**PLAINTIFFS' STEERING COMMITTEE**

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Jerrold Seth Parker
Parker Waichman, LLP
27300 Riverview Center Blvd.
Suite 103
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Daniel E. Becnel, Jr.
Becnel Law Firm, LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

Peter Prieto
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

James Robert Reeves
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@attorneys4people.com

Bruce William Steckler
Steckler, LLP
12720 Hillcrest Road, Ste 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-404
bruce@stecklerlaw.com

Christopher Seeger
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Ervin A. Gonzalez
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
ervin@colson.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Gerald E. Meunier (On the brief)
Rachel A. Sternlieb (On the brief)

Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC

2800 Energy Centre, 1100 Poydras Street New Orleans, LA 70163-2800

Phone: (504) 522-2304

Fax: (504) 528-9973

gmeunier@gainsben.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Victor M. Diaz, Jr., Esquire
V.M. Diaz and Partners, LLC
119 Washington Ave, Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax:  (202) 540-7201
rlewis@hausfeldllp.com

Anthony D. Irpino
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

Andrew A. Lemmon Lemmon
Law Firm, LLC
P.O. Box 904 15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 25th day of June, 2015.

      Respectfully Submitted,

BY:  */s/ Leonard A. Davis*
      Leonard A. Davis
      Herman, Herman & Katz, LLC
      820 O'Keefe Avenue
      New Orleans, LA 70113
      Phone: (504) 581-4892
      Fax: (504) 561-6024
      ldavis@hhklawfirm.com

      *Plaintiffs' Liaison Counsel*
      *MDL 2047*