IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

**PROPOSED ORDER AUTHORIZING EXPEDITED RETURN ON
SUPPLEMENTAL DISCOVERY DIRECTED TO
TAISHAN, TTP, BNBM, BNBM GROUP, CNBM AND CNBM GROUP**

Considering the Emergency Motion of the Plaintiffs' Steering Committee ("PSC") for Expedited Return on Supplemental Discovery directed to Taishan Gypsum Co., Ltd., Taishan Tai'an Plasterboard Co., Ltd., Beijing New Building Materials Public Limited Company, Beijing New Building Materials Group Corporation, China National Building Materials Company Limited and China National Building Materials Group Corporation:

IT IS ORDERED BY THE COURT that:

1. Taishan Gypsum Co., Ltd., Taishan Tai'an Plasterboard Co., Ltd., Beijing New Building Materials Public Limited Company, Beijing New Building Materials Group Corporation, China National Building Materials Company Limited and China National Building Materials Group Corporation are each directed to respond completely and fully to the written discovery and product all documents requested, by the PSC, within ten (10) days of its receipt of the Supplemental Interrogatories and Request for Production of Documents. All documents shall be produced in their original language and, if the original documents are in any language other than English, English translations shall be included.

New Orleans, Louisiana, this _____ day of _____, 2015.

_____
**Hon. Eldon E. Fallon
United States District Court Judge**