UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2047<br>SECTION L |
| This document relates to All Cases | : : : | JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

## ORDER

The Court received and reviewed the attached correspondence from Wayne E. Ferrell regarding his clients' status in the class settlement.

**IT IS ORDERED** that the attached correspondence be entered into the record.

**IT IS FURTHER ORDERED** that Russ Herman of the Plaintiffs' Liaison Counsel and the Chinese Drywall Settlement Administrator, Brown Greer, review the correspondence.

New Orleans, Louisiana, this 24th day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE

cc:
Wayne E. Ferrell, Jr., Esq.
Robert Redfearn, Jr., Esq.

1