# LAW OFFICES OF
# WAYNE E. FERRELL, JR., PLLC

405 Tombigbee Street (39201)
Post Office Box 24448
Jackson, Mississippi 39225-4448
Telephone: 601.969.4700
Fax: 601.969.7514

| WEB PAGE | MASTER OF LAWS, L.L.M. | EMAIL: |
| --- | --- | --- |
| www.airlawonline.com | AVIATION & SPACE LAW | wferrell@airlawonline.com |

June 22, 2015

Honorable Eldon E. Fallon
United States District Court Judge
United States District Court, Eastern District of Louisiana
500 Poydras Street, Room C456
New Orleans, Louisiana 70130

Re:   *In re: Chinese-Manufactured Drywall Products Liability Litigation;* In the United States District Court, Eastern District of Louisiana; MDL No. 2047, Section L

My clients:
1. Anita Sanderford, Jim Sanderford and Wes Sanderford
2. Marilyn Clark and Francis Parlow
3. Shea Michael Ladner and Desiree Day Ladner, individually and as natural parents, next friends and guardians of Brendon Michael Ladner, a minor, and Brooklynn Lee Ladner, a minor
4. David Sand, Jacqueline Sand and Robert L. Moore, Jr.
5. Kyle Newman and Denise Newman

Dear Judge Fallon:

I am writing to confirm our telephone conference today in which you, Mr. Redfearn, and I participated concerning my Motion for Additional Time in which to respond to Mr. Redfearn's Motion to Enforce Injunction. The Court granted the Motion for Additional Time and my clients' response is now due in ten (10) days-July 2, 2015. During our conference call, we discussed my clients participation in the class pursuant to a settlement we made with Garrett Thalgott. Pursuant to our settlement agreement with Mr. Garrett Thalgott, my clients all cancelled their opt outs of the class and are therefore, included in the class. I repeatedly called and emailed Mr. Thalgott to confirm what my clients needed to do to complete their applications for settlement and I did not receive responses to most of my inquiries. My clients timely submitted applications for payment but somehow my clients fell through the cracks and their claims were not on the approved list. The staff at Brown Greer (the Third Party Administrator) as well as Mr. Readfearn suggested we file Motions to Submit Claims Out of Time, which we did. Despite the fact that no one opposed our Motions, our Motions were denied [Docket No. 18586]. After today's call, the Court contacted me and

Honorable Eldon E. Fallon
June 22, 2015
Page 2

advised that you are in receipt of my letter to you dated June 17, 2015[1]. This letter states my clients' position however, I am writing concerning a few additional points that were discussed during the call.

    First, Mr. Hunter and I timely filed our clients' information with Brown Greer. We repeatedly attempted to contact Garrett Thalgott to determine what documents were necessary by us to confirm that our clients were included in the settlement class and what documents were required to submit to Brown Greer. Our calls and correspondence were, for the most part, not returned. Later, once the settlement proceeds were made available to my clients' neighbors, we wrote and called Brown Greer asking about the status of my clients' settlement proceeds. Brown Greer then advised me for the first time that they were not able to locate my clients' claims in their system. My staff spoke with Brown Greer on several occasions, asking about the status of our claims and what needed to be done to complete the claims process. The staff at Brown Greer and Robert Readfearn recommended to me that since the time for filing claims had expired that we needed to request permission to file the information with Brown Greer out of time. I followed those recommendations and filed a Motion to Submit Claims Out of Time [Docket Nos. 18347, 18348, 18349]. No one filed any objection or response to our Motion. Mr. Redfearn indicated today that he has no objection to us having our claims submitted to and paid by Brown Greer. My clients have agreed to dismiss their state Court claims if they can obtain settlement proceeds. Our request was and is made in good faith and only because our clients' claims were mistakenly not paid by Brown Greer. This registration is the only mechanism remaining for our clients to receive any settlement proceeds.

    Thank you for the conference call this morning.

Sincerely,

Wayne E. Ferrell, Jr.

WEFjr/ap
cc:    Robert Redfearn, Jr., Esq. (w/enclosure)

---

[1] Mr. Readfearn is being copied on this correspondence and is also being supplied with a copy of the June 17, 2015 correspondence to your Honor.