UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 <br> SECTION L <br><br> JUDGE FALLON <br> MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** *Payton v. Knauf Gips KG, et. al.*, Case No. 09-7628

## ORDER

The Court received and reviewed the attached correspondence from Thomas and Lynn Lukaszewiski, plaintiffs in the above-referenced matter under the Already Remediated Homes ("ARH") part of the settlement, regarding a request to make a late-filed Pre-Remediation Alternative Living Expense ("PRALE") claim with the Settlement Administrator, Brown Greer.

**IT IS ORDERED** that the attached correspondence be entered into the record.

**IT IS FURTHER ORDERED** that Russ Herman of the Plaintiffs' Liaison Counsel and the Chinese Drywall Settlement Administrator, Brown Greer review the correspondence.

New Orleans, Louisiana, this 24th day of June, 2015.

UNITED STATES DISTRICT JUDGE

cc:
Thomas & Lynn Lukaszewiski
P.O. Box 4157
Cherry Hill, NJ 08034

1