UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED ) MDL No. 2047
DRYWALL PRODUCTS LIABILITY )
LITIGATION )
) SECTION: L
THIS DOCUMENTS RELATES TO ) JUDGE FALLON
) MAG. JUDGE WILKINSON
Payton, et al. v. Knauf Gips KG, et al. )
Case No. 09-7628 (E.D.La.) )

## MOTION TO WITHDRAW AS COUNSEL WITHOUT SUBSTITUTION

NOW INTO COURT comes, Jim Reeves, and the law firm of Reeves & Mestayer, PLLC, counsel of record for Plaintiffs, Dennis Dauro and Martha Dauro, pursuant to Local Rules 83.2.11 of the United States District Court for the Eastern District of Louisiana, and prays this honorable Court enter an Order granting leave to withdraw as counsel for the Plaintiff. Written notice of the proposed withdrawal has been served on the Plaintiffs whose present address is 119 Belle Terre Court, Long Beach, Mississippi 39560 and whose telephone number is known to be 228-596-2725. See Exhibit A.

WHEREFORE, the undersigned respectfully requests that this honorable Court grant the Motion to Withdraw as Counsel Without Substitution for Plaintiffs, Dennis Dauro and Martha Dauro, in the above referenced case.

Respectfully submitted this the 25th day of June 2015,

                                                                                    s/Jim Reeves
                                                                                    Jim Reeves

Reeves & Mestayer, PLLC
160 Main Street (39530)
P.O. Box 1388
Biloxi MS 39533
Telephone:  228-374-5151
Fax No.:     228-374-6630
jrr@rmlawcall.com
mgm@rmlawcall.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and Motion to Withdraw as Counsel Without Substitution has been served on Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail <u>and</u> e-mail <u>or</u> by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis-Nexis File and Serve in Accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, and via certified mail to Dennis Dauro, 119 Belle Terre Court, Long Beach, Mississippi 39560 , on this the 25th day of June 2015.

<u>s/Jim Reeves</u>
JIM REEVES