UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

THIS DOCUMENTS RELATES TO

Payton, et al. v. Knauf Gips KG, et al.
Case No. 09-7628 (E.D.La.)

MDL No. 2047

SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

## ORDER

Considering the foregoing Motion to Withdraw as Counsel without Substitution, and the Court finding good grounds exist to grant the same, accordingly,

**IT IS ORDERED** that Jim Reeves and the law firm of Reeves & Mestayer, PLLC be and are hereby withdrawn as counsel of record for Dennis Dauro and Martha Dauro in these proceedings and that the Clerk of Court's records be changed to reflect the same.

New Orleans, Louisiana, this the ____ day of _____ 2015.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE