Jim Reeves†

Matthew G. Mestayer

Margaret F. Demeranville*

Of Counsel:
Mark Lumpkin**



160 Main Street (39530)
P.O. Drawer 1388
Biloxi, MS 39533

Phone 228.374.5151
Tollfree 855.558.2977
Fax 228.374.6630
www.rmlawcall.com

†Also Licensed in Alabama
*Also Licensed in Alabama &
the District of Columbia
**Also Licensed in Louisiana

June 24, 2015
**VIA CERTIFIED MAIL**
7012 2210 0000 4908 2879

Dennis and Martha Dauro
119 Belle Terre Court
Long Beach, MS 39560

      Re:    Chinese Drywall Claim
             Property located at 119 Belle Terre Court, Long Beach, MS

Mr. and Ms. Dauro,

    We previously notified you that we would be unable to assist you further with your claim for Chinese drywall in the above referenced property and of any pending deadlines. We are hereby terminating our representation of you for this claim and recommend that you obtain other counsel.

    We will be formally withdrawing from representation of your Chinese Drywall claims pending in the Chinese Drywall MDL 2047, Omnibus I, styled as *Sean and Beth Payton, et. al. v. Knauf Gips KG, et. al.,* filed in the United States District Court for the Eastern District of Louisiana and any other cases arising from any Chinese Drywall litigation or settlement.

Sincerely,

Jim Reeves

JRRjr:jms



**EXHIBIT**

A