# Jeannie Shaw

| | |
|---|---|
| **From:** | Jeannie Shaw <jms@rmlawcall.com> |
| **Sent:** | Thursday, June 25, 2015 2:34 PM |
| **To:** | 'daurosauto@aol.com' |
| **Cc:** | James R. Reeves |
| **Subject:** | CDW Certified Letter |
| **Attachments:** | Client Ltr Certified.pdf |

Please see attached letter from Mr. Reeves.  The original has been forwarded by certified mail.

Jeannie Shaw, PP, PLS
Legal Assistant to Jim Reeves
and Matthew Mestayer
REEVES & MESTAYER
160 Main Street
P. O. Drawer 1388
Biloxi, MS 39533
228.374.5151 Telephone
228.374.6630 Facsimile
jms@rmlawcall.com

NOTICE:  This email and its contents are covered by the Electronic Communications Privacy Act.  18. U.S.C. 2510 – 2521 and may also be protected by attorney-client and/or attorney/work product privileges.  The content of this email and/or any attachments hereto are intended only for use by the individual or legal entity whose email address appears above.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, then the reader is hereby notified that reading, printing, saving, reproducing, copying, sharing and/or distributing this email message and/or any attachments is prohibited.  If you received this email in error, please first notify the Law Office of Reeves and Mestayer, PLLC with a reply email or by calling (228) 374-5151 and then please delete this email and/or all attachments.

1


EXHIBIT B