UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br>SECTION L<br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

Before the Court is the Plaintiffs' Steering Committee ("PSC") Motion to Remove the Confidentiality Designation with Respect to the Gang Che Deposition. (Rec. Doc. 19093).

The Court sees no reason why the Gang Che Deposition should be designated as confidential.

Accordingly, the Motion to Remove the Confidentiality Designation is **DENIED AS MOOT.**

New Orleans, Louisiana, this 24th day of June, 2015.

                                                                    _____
                                                                    UNITED STATES DISTRICT JUDGE

1