UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER AND REASONS

Before the Court are the Plaintiffs' Motion to Seal Exhibits A and B attached to Plaintiffs' Opposition (Rec. Doc. 19068) and the Plaintiffs' Steering Committee's Motion for Leave to File the PSC's Supplement to its Motion to Compel (Rec. Doc. 19084). Unless for special circumstances or good cause shown, the Court will deny motions to seal. Accordingly, **IT IS ORDERED** that both Motions to Seal are **DENIED**.

New Orleans, Louisiana, this 26th day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE

1