```
 1                    UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF LOUISIANA
 2

 3   ****************************************************************

 4   In re:  CHINESE-MANUFACTURED
     DRYWALL PRODUCTS LIABILITY           MDL NO. 2047
 5   LITIGATION                           SECTION L
                                          NEW ORLEANS, LOUISIANA
 6   THIS DOCUMENT RELATES TO:            Tuesday, June 16, 2015
                                          2:30 p.m.
 7   ALL CASES

 8
     ****************************************************************
 9

10        TRANSCRIPT OF TELEPHONIC STATUS CONFERENCE PROCEEDINGS
            HEARD BEFORE THE HONORABLE ELDON E. FALLON
11                  UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19   OFFICIAL
     COURT REPORTER:    TERRI A. HOURIGAN, CRR, RPR
20                      CERTIFIED REALTIME REPORTER
                        REGISTERED PROFESSIONAL REPORTER
21                      500 POYDRAS STREET, ROOM B-275
                        NEW ORLEANS, LOUISIANA  70130
22                      (504) 589-7775
                        Terri_Hourigan@laed.uscourts.gov
23
     PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
24   PRODUCED BY COMPUTER.

25
```

```
 1    APPEARANCES:

 2    FOR THE PLAINTIFFS:        LEVIN, FISHBEIN, SEDRAN & BERMAN
                                 BY:   ARNOLD LEVIN, ESQ.
 3                                     FRED S. LONGER, ESQ.
                                       MATTHEW GAUGHAN, ESQ.
 4                               510 Walnut Street, Suite 500
                                 Philadelphia, Pennsylvania 19106
 5

 6                               STECKLER, LLP
                                 BY:   BRUCE W. STECKLER, ESQ.
 7                               12720 Hillcrest Road, Suite 1045
                                 Dallas, Texas 75230
 8

 9    DEFENDANT:                 ALSTON & BIRD, LLP
      TAISHAN AND TTP            BY:   BERNARD TAYLOR, ESQ.
10                                     MICHAEL KENNY, ESQ.
                                       CHRISTINA EIKHOFF, ESQ.
11                               1201 West Peachtree Street NW
                                 Suite 4200
12                               Atlanta, Georgia   30309

13    DEFENDANT
      CNBM:                      ORRICK HERRINGTON SUTCLIFFE
14                               BY:   CHRIS VEJNOSKA, ESQ.
                                 405 Howard Street, Suite 11
15                               San Francisco, California 94105

16
                                 GORDON ARATA
17                               BY:   DONNA P. CURRAULT, ESQ.
                                 201 St. Charles Avenue, 40th Floor
18                               New Orleans, Louisiana 70170

19    DEFENDANT
      BNBM:                      DENTONS, US LLP
20                               BY:   MICHAEL BARR, ESQ.
                                       RICHARD FENTON, ESQ.
21                               1221 Avenue of the Americas
                                 New York, New York   10020
22
      DEFENDANT
23    CNBM:                      ORRICK, HERRINGTON & SUTCLIFF
                                 BY:   CHRISTOPHER VEJNOSKA, ESQ.
24                               405 Howard Street
                                 San Francisco, California 94105
25
```

```
 1    APPEARANCES:

 2    DEFENDANT                    PILLSBURY WINTHROP SHAW PITTMAN, LLP
      CHINA JUSHI                  BY:  MICHAEL MCNAMARA
 3    COMPANY, LTD., JUSHI         2300 N Street, NW
      GROUP COMPANY, LTD.,         Washington, DC 20037-1122
 4    JUSHI USA FIBERGLAS
      COMPANY, LTD.
 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    P-R-O-C-E-E-D-I-N-G-S
 2                 (CHAMBERS TELEPHONE CONFERENCE)
 3           THE COURT:  Good afternoon.  This is Judge Fallon.  Who
 4   is on the line?  First, for the plaintiffs?
 5           MR. LEVIN:  Your Honor, it is Arnold Levin on the line.
 6   I believe others are on the line, Bruce Steckler, and Fred
 7   Longer, elsewhere.
 8           THE COURT:  All right.  And for the defendant.  Anybody
 9   from BNBM?
10           MR. FENTON:  Your Honor, for BNBM, PLC, you have got
11   both Rick Fenton and Michael Barr, here.
12           THE COURT:  For Taishan, anyone?
13           Anyone else from any defendant?
14           MS. EIKHOFF:  Yes, Your Honor.  Bernard Taylor and
15   Christy Eikhoff are here for Taishan.
16           THE COURT:  All right.
17           MR. VEJNOSKA:  Good afternoon, Your Honor.  This is
18   Chris Vejnoska on behalf of CNBM.
19           THE COURT:  Okay.
20           MS. CURRAULT:  Along with Donna Currault.
21           THE COURT:  All right.
22           MR. MCNAMARA:  And, Your Honor, you also have Michael
23   McNamara, not yet formally appearing on the docket, but I'm
24   representing China Jushi Company, Ltd., Jushi Group Company,
25   Ltd., and Jushi USA Fiberglas Company, Ltd.
```

```
 1              THE COURT:  Okay.  Anyone else on the line?
 2              All right, folks, we are here today to discuss the
 3    PSC's emergency motion for expedited return on discovery.
 4              Basically, the PSC has two issues, or several issues,
 5    but one is the expedited return on discovery and shortening
 6    time to notice depositions.
 7              This, at one time, may have been significant because of
 8    the deadline for discovery, but I have dealt with that and
 9    moved discovery back.
10              Is that still an issue?
11              MR. LEVIN:  No, sir.
12              THE REPORTER:  Who is that?
13              THE COURT:  Okay.  Arnold Levin.
14              MR. LEVIN:  Oh, I'm sorry.
15              THE COURT:  It's all right.  Just when you say -- I
16    have this being transcribed, so it's helpful if you say who you
17    are when you answer.
18              The other issue was to extend the time of June 9th 2015
19    deadline for completion of discovery.  I have also extended
20    that, so I would assume that that issue is moot.
21              MR. LEVIN:  Arnold Levin, yes, sir.
22              THE COURT:  Okay.  And the third was permission to
23    serve discovery on counsel for CNBM.
24              Since we have an attorney for the counsel, I assume
25    that that is no longer necessary?
```

1     MR. LEVIN:  Yes, sir.  This is Arnold Levin speaking.
2     THE COURT:  It's no longer necessary; is that it,
3  Arnold?
4     MR. LEVIN:  As soon as Mr. McNamara enters his
5  appearance -- I just spoke to him about a minute ago.
6     THE COURT:  Okay.
7     MR. LEVIN:  And since entering it for all three
8  entities, we now have somebody to communicate with, Your Honor.
9     THE COURT:  Okay.  Well, do we have any issues that we
10 need to talk about today?
11    MR. LEVIN:  Well, I could make an argument for all of
12 the relief that we need, the relationships of the companies,
13 the fact that the taxing authority has brought the interest
14 necessary to 25 percent, and the fact that we're engaged in
15 depositions now right in New Orleans, and we're exploring a lot
16 of the control issues and related company issues.
17    And I think that at this point until we talk to
18 Mr. McNamara and get a little bit further down the road in the
19 depositions, it might be premature now that we've had some
20 testimony, and perhaps we can defer these issues until we
21 trigger them at a later date.
22    We do have a deposition scheduled of USA for June 30th
23 from Girardi's office in Los Angeles.
24    THE COURT:  Okay.
25    MR. LEVIN:  So we, as the plaintiff and moving party,

```
 1   can keep Your Honor advised, and with the Court's permission,
 2   we could revisit this at a later date.
 3            THE COURT:  Yes.  I don't have any problem with that.
 4   It looks to me like the issues that precipitated this
 5   conference are no longer issues.
 6            I'm not saying that there aren't issues involved or
 7   substantive issues, that I make no comment on, but the issues
 8   of the time for the deposition and who is to be served and
 9   things of that sort, are no longer an issue.
10            So I suggest that the PSC and counsel get together and
11   see whether or not you all can handle it between yourselves.
12            If you can, fine; if not, either one of you will get to
13   me, and I will resolve it for you.
14            MR. LEVIN:  Certainly will, sir.  And this is Arnold
15   Levin again.
16            May I request that Mr. McNamara somehow get an e-mail
17   to me with his mailing address and everything, and then I will
18   initiate a call with him.
19            THE COURT:  Okay.  All right.
20            MR. MCNAMARA:  Sure, I will do that, of course.  This
21   is Michael McNamara.
22            THE COURT:  Okay.  And Michael talk with Arnold and
23   then see whether you all have an issue.
24            Do you have his phone number?
25            MR. MCNAMARA:  I do.
```

```
1           THE COURT:  All right.  Thank you, folks.
2           MR. LEVIN:  Thank you, Your Honor.
3           MR. MCNAMARA:  Thank you, Your Honor.
4           THE COURT:  Okay, good-bye.
5
6                          *   *   *
7
8                     REPORTER'S CERTIFICATE
9       I, Terri A. Hourigan, Certified Realtime Reporter,
10  Official Court Reporter for the United States District Court,
11  Eastern District of Louisiana, do hereby certify that the
12  foregoing is a true and correct transcript to the best of my
13  ability and understanding from the record of the proceedings in
14  the above-entitled and numbered matter.
15
16
17                           s/Terri A. Hourigan
18                           Terri A. Hourigan, CRR, RPR
                             Certified Realtime Reporter
19                           Registered Professional Reporter
                             Official Court Reporter
20                           United States District Court
                             Terri_Hourigan@laed.uscourts.gov
21
22
23
24
25
```