UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | ) | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | SECTION "L" |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | JUDGE FALLON |
| | ) | |
| | ) | MAG. JUDGE WILKINSON |
| Payton, et. al. v. Knauf Gips, KG, et. al., | ) | |
| Case No. 2:09-cv-07628 | ) | |
| | ) | |
| _____ | ) | |

## COLSON HICKS EIDSON'S RESPONSE TO CORRESPONDENCE OF THOMAS & LYNN LUKASZEWSKI (REC. DOC. 19215)

**COMES NOW,** Colson Hicks Eidson, in response to the correspondence of Thomas and Lynn Lukaszewski (Rec. Doc. 19215). Colson Hicks Eidson possesses information responsive to the Lukaszewkis' correspondence. If the Court so desires and upon the Court's order, Colson Hicks Eidson will provide the responsive information to the Court, under seal, in order not to violate attorney/client or work-product privileges based upon Colson Hicks Eidson's prior representation of the Lukazewskis.

Dated: June 26, 2015

Respectfully Submitted,

/s/ Patrick S. Montoya
ERVIN A. GONZALEZ, ESQ. (#500720)
PATRICK S. MONTOYA, ESQ. (#524441)
COLSON HICKS EIDSON
COLSON MATTHEWS MARTINEZ
GONZALEZ KALBAC & KANE
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax:    (305) 476-7444

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, Defendants' Liaison Counsel, Kerry Miller, and Thomas & Lynn Lukaszewski (at their principal residence of P.O. Box 4157, Cherry Hill, New Jersey 08034 and the Affected Property address of 3421 SW Haines Street, Port St. Lucie, Florida 34953) by U.S. Mail and by e-mail tommyluka@verizon.net , or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 26th day of June, 2015.

/s/ Patrick S. Montoya