UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>*All Cases* | MDL No. 2:09-md-2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

**CNBM GROUP AND CNBM COMPANY'S RESPONSE TO THE
PSC'S EMERGENCY MOTION FOR EXPEDITED RETURN ON DISCOVERY**

China National Building Materials Group Corporation and China National Building

Materials Company, Ltd. (collectively, the "CNBM Defendants") oppose the PSC's latest

"emergency" motion for expedited return on discovery ("Motion").  Rec. Doc. 19213.

The Motion is the PSC's twenty-second such "emergency" motion filed to "expedite

discovery" following the March 17, 2015 status conference.  *See* Rec. Doc. Nos. 18509, 18515,

18524, 18526, 18544, 18596, 18509, 18516, 18527, 18660, 18663, 18665, 18749, 18768, 18829,

18863, 19004, 19096, 19105, 19108, 19134, and 19213.[1]  The latest Motion, like nearly all that

came before, was filed without any attempt to communicate with defense counsel regarding the

discovery demands.  In fact, the PSC filed the Motion just minutes after serving discovery.[2]  The

---

[1] As the Court noted, "it seems like I get [discovery motions] every five minutes."  Apr. 7, 2015 Tr. at 3:23-25.  The PSC has also filed "emergency" motions for other purposes, including complaints about responses to Defendant/Manufacturer profile forms (Rec. Doc. Nos. 18575, 18628) and to expedite hearings on "emergency" motions to compel responses to discovery requests (*e.g.,* Rec. Doc. 18865).

[2] The supplemental interrogatories and supplemental document requests were served on the CNBM Defendants on Thursday, June 25, 2015 at 2:00 PM CDT.  The "emergency" motion to compel responses to these requests was filed and served at 2:55 PM CDT that same day.

PSC's resort to "emergency" *ex parte* relief (particularly here, where the Court just extended

discovery through August 14)[3] not only is inappropriate where the parties have not had a chance

to even read the new requests, but becomes doubly unfair when a late afternoon motion on a

wholly new (and un-negotiated) set of requests must be responded to within 24 hours.[4]

Moreover, the PSC's continued use of "emergency" discovery motions without meeting and

conferring with defense counsel spurns the Court's repeated directives that counsel communicate

prior to seeking judicial intervention.[5]

The CNBM Defendants are actively participating in discovery and have produced

thousands of pages of documents in response to the PSC's numerous document requests

contained in its serial deposition notices.[6]  The CNBM Defendants have given the PSC no reason

to think that they will not similarly respond to these new requests for production and

interrogatories.  However, responding to these needless "emergency" motions distracts and

diverts counsel from continuing to review and produce documents and conduct the inquiry

necessary to respond to the PSC's interrogatories.

The CNBM Defendants respectfully request that the Court deny the PSC's Motion. The

CNBM Defendants further suggest that the Court memorialize by order its directive that counsel

meet and confer regarding discovery issues prior to resorting to judicial intervention, such that

---

[3] June 16, 2015 Tr. at 5.  Notably, the Court ruled that one of the PSC's previous emergency motions to expedite discovery (Rec. Doc. 19165, filed on June 18, 2015) was "dealt with" as a result of extending discovery through August.  *Id.*

[4] May 7, 2015 Tr. at 47:22-48:2 (setting forth the Court's three day discovery motion procedure).

[5] *E.g.*, Mar. 26, 2015 Tr. at 22:12-17; June 16, 2015 Tr. at 7.

[6] *E.g.,* Rec. Doc. Nos. 18421, 18506, 18650, 18789, 18975, 19005.

further abuses of the ex parte procedure will be deterred by the potential for sanctions or other

appropriate disciplinary measures.[7]

Respectfully submitted,


/s/ L. Christopher Vejnoska
L. Christopher Vejnoska (CA Bar No. 96082)

| | |
|---|---|
| L. Christopher Vejnoska (CA Bar No. 96082) | Ewell E. Eagan, Jr. (LA Bar No. 5239) |
| Ian Johnson (CA Bar No. 208713) | Donna Phillips Currault (LA Bar No. 19533) |
| Andrew Davidson (CA Bar No. 266506) | Nina Wessel English (LA Bar No. 29176) |
| Jason Wu (CA Bar No. 279118) | Alex B. Rothenberg (LA Bar No. 34740) |
| Ian Fein (CA Bar No. 281394) | GORDON, ARATA, MCCOLLAM, |
| Jason Cabot (CA Bar No. 288877) | DUPLANTIS & EAGAN, LLC |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | 201 St. Charles Avenue, 40th Floor |
| The Orrick Building | New Orleans, LA 70170-4000 |
| 405 Howard Street | Tel: (504) 582-1111 |
| San Francisco, CA  94105 | E-mail: eeagan@gordonarata.com |
| Tel.:  415-773-5700 | dcurrault@gordonarata.com |
| Fax:  415-773-5759 | nenglish@gordonarata.com |
| E-mail:cvejnoska@orrick.com | arothenberg@gordonarata.com |
| ijohnson@orrick.com | |
| adavidson@orrick.com | |
| jmwu@orrick.com | |
| ifein@orrick.com | |
| jcabot@orrick.com | |

| | |
|---|---|
| James L. Stengel (NY Bar No. 1800556) | Jonathan Riddell (LA Bar No. 27053) |
| Xiang Wang (NY Bar No. 4311114) | ORRICK, HERRINGTON & SUTCLIFFE, LLP |
| Kelly Daley (NY Bar No. 4970117) | 400 Capitol Mall |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | Suite 3000 |
| 51 West 52nd Street | Sacramento, CA 95814 |
| New York, NY, 10019 | Tel: 916-447-9200 |
| Tel:  212-506-5000 | Email: jriddell@orrick.com |
| Fax: 212-506-5151 | |
| Email: jstengel@orrick.com | |
| xiangwang@orrick.com | |
| kdaley@orrick.com | |

---

[7] *See, e.g., Russell-Brown v. Univ. of Fla.*, 2014 U.S. Dist. LEXIS 129617 (N. D. Fla. Sept. 15, 2014) (Plaintiff fined and warned of additional future disciplinary measures after filing 32 emergency motions for relief and disregarding Court orders not to file unjustified emergency motions).

Eric A. Shumsky (D.C. Bar No. 477926)
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street NW
Washington, D.C. 20005
Tel: 202-339-8400
Fax: 202-339-8500
Email: eshumsky@orrick.com

*Attorneys for CNBM Defendants*

Dated**:** June 26, 2015

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Response to the PSC's Emergency Motion for Expedited Return on Supplemental Discovery has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail and upon all parties by electronically uploading the same to File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 26th day of June 2015.

/s/ L. Christopher Vejnoska
L. Christopher Vejnoska (CA Bar No. 96082)