UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**BNBM DEFENDANTS' OPPOSITION TO THE PLAINTIFFS' STEERING COMMITTEE'S "EMERGENCY" MOTION FOR EXPEDITED RETURN ON SUPPLEMENTAL DISCOVERY DIRECTED TO TAISHAN, TTP, BNBM, BNBM GROUP, CNBM, AND CNBM GROUP**

Subject to and without waiving its motion to dismiss for lack of jurisdiction and failure of service, Beijing New Building Materials Public Limited Company ("BNBM PLC") and Beijing New Building Material (Group) Co., Ltd. ("BNBM Group," collectively "BNBM Entities") hereby opposes the Plaintiffs' Steering Committee's (the "PSC") Emergency Motion for Expedited Return on Supplemental Discovery Directed to Taishan, TTP, BNBM, BNBM Group, CNBM, and CNBM Group (Rec. Doc. 19213).

**ARGUMENT**

The BNBM Entities once again are forced to come before this Court to respond to a so-called "emergency" motion that, had the PSC simply conferred with us prior to filing, likely would have been obviated.  The PSC filed this Motion before it made any attempt to meet and confer with the BNBM Entities, as required both by Fed. R. Civ. P. 37(a)(1) and by this Court, which stated in its May 7, 2015 Minute Entry: "the Court explained that the parties needed to communicate with each other and attempt to work out issues together before bringing them to the attention of the Court." (Rec. Doc. 18925).  The PSC's latest demands ask for little, if anything,

that was not covered by previous document demands, to which, as this Court is aware, the BNBM Entities are diligently working to respond.  To the extent the PSC wants something different than what the BNBM Entities have already agreed to produce and/or wishes to prioritize certain discovery, the BNBM Entities would be happy to meet and confer on that issue.

The PSC's Emergency Motion for Expedited Return on Supplemental Discovery Directed to Taishan, TTP, BNBM, BNBM Group, CNBM, and CNBM Group should therefore be denied.

Dated:  June 29, 2015                                   Respectfully submitted,

**DENTONS US LLP**

By: */s/ Michael H. Barr*

Michael H. Barr
New York Bar No. 1744242
Justin N. Kattan
New York Bar No. 3983905
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone:  (212) 768-6700
Facsimile:  (212) 768-6800
michael.barr@dentons.com
justin.kattan@dentons.com

- AND -

Richard L. Fenton
Illinois Bar No. 3121699
Leah R. Bruno
Illinois Bar No. 6269469
233 South Wacker Drive
Suite 5900
Chicago, IL  60606-6306
Telephone:  (312) 876-8000
Facsimile:  (312) 876-7934
richard.fenton@dentons.com
leah.bruno@dentons.com

- AND -

C. Michael Moore
Texas Bar No. 14323600
Gene R. Besen
Texas Bar No. 24045491
2000 McKinney Ave, Suite 1900
Dallas, TX  75201
Telephone:  (214) 259-0900
Facsimile:  (214) 259-0910
mike.moore@dentons.com
gene.besen@dentons.com

- AND -

**PHELPS DUNBAR LLP**

Harry Rosenberg
Louisiana Bar No. 11465
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone:  (504) 566-1311
Facsimile:  (504) 568-9130
harry.rosenberg@phelps.com


*Attorneys for Beijing New Building Materials Public Limited Company and Beijing New Building Material (Group) Co., Ltd.*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Opposition to the Plaintiffs' Steering Committee's Emergency Motion for Expedited Return on Supplemental Discovery has been served on Plaintiffs' Liaison Counsel, Leonard Davis, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 29th day of June, 2015.

                                                                                      /s/      Michael H. Barr