UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047  SECTION L  JUDGE FALLON MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

Before the Court is a discovery motion filed by the Plaintiffs' Steering Committee ("PSC") to Compel Taishan to Produce a Rule 30(b)(6) witness. (Rec. Doc. 19087). The Court heard oral argument on the motion on June 23, 2015.

On and between June 2 through June 4, 2015, Gang Che appeared as a 30(b)(6) witness for Taishan. On the third day, June 4, the PSC filed this Motion to Compel arguing that Gang Che was inadequately prepared and unqualified to provide meaningful responses to the PSC's questioning. Taishan opposed the motion arguing that Che is an appropriate 30(b)(6) designee who cannot be held to have knowledge of other companies' management structure and documents and, in any event, the PSC has already received the information it seeks from other witnesses associated with the other companies at issue. (Rec. Doc. 19137).

**IT IS ORDERED** that the parties meet and confer regarding the ongoing, additional document production to ensure that the appropriate documents are produced to the PSC with dispatch.

1

With respect to those documents about which the PSC has not yet had an opportunity to question Taishan, **IT IS FURTHER ORDERED** that Taishan produce Gang Che or another appropriate Rule 30(b)(6) witness to answer any questions related to these *additional* documents.

New Orleans, Louisiana, this 24th day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE