UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |
| ............................................................... | | |
| IN RE:   LORENZO ALVAREZ<br>              Claimant ID#: 104856 | | |

## ORDER

The Court received and reviewed the attached correspondence from John R. Sutton, counsel for Lorenzo Alvarez, regarding a Pre-Remediation Alternative Living Expense ("PRALE") claim (R.Doc. 18074). By way of background, this claim was first filed on October 23, 2014. The following day, the Clerk's Office noticed it as deficient. The Court ordered it be refiled in its entirety within seven days. Notwithstanding the deficiency, on November 17, 2014, Defendants Knauf Plasterboard et al. responded to Alvarez's claim stating that its denial of the claim was based upon insufficient evidence that the subject property contained KPT Chinese drywall (R. Doc. 18133). Plaintiff failed to resubmit the claim within the requisite time frame; accordingly, it was stricken from the record. Thus, this Court has not previously ruled on the substance of the claim.

**IT IS ORDERED** that the attached correspondence be entered into the record.

**IT IS FURTHER ORDERED** that Russ Herman of the Plaintiffs' Liaison Counsel review the correspondence and discuss with Plaintiff's counsel the appropriate next steps with regards to Plaintiff's claim.

New Orleans, Louisiana, this 29th day of June, 2015.

1

_____
UNITED STATES DISTRICT JUDGE

cc:
John R. Sutton
7721 SW 62nd Avenue, Suite 101
South Miami, FL 33143