# SUTTON LAW GROUP, P.A.

ATTORNEYS AT LAW
7721 SW 62ND AVE, STE. 101, SOUTH MIAMI, FL 33143
TEL: 305.667.4481 FAX: 305.666.2118
EMAIL: INFO@SUTTONLAWGROUP.COM

JOHN R. SUTTON, ESQ.
*Board Certified Civil Trial Lawyer*

JEFFREY R. SUAREZ, ESQ.
*Associate Attorney*

JOSE R. BEJEL, ESQ.
*Of Counsel*

HECTOR E. VILLAMAR, JR., ESQ.
*Of Counsel*

June 23, 2015

Honorable U. S. District Judge Fallon
Re: Case No.: 09-2047-MDL
MDL Chinese Drywall
Claimant: Lorenzo Alvarez & Wife
Docket Date: 10/23/2014
Docket No. 18074
Motion: Motion For Leave to Late File
Alternate Living Expense Claim

Dean Oser
United States District Court
Case Manager to Judge Eldon E. Fallon
and to Judge Stanwood R. Duval, Jr.
500 Poydras Street, Room C-151
NOLA, LA 70130
Dean_Oser@laed.uscourts.gov

Dear Judge Fallen,

Attached is our Motion for Leave to File Late Claim filed October 23, 2014. We were told months ago that the Order I provided was being held for your review. I have attached our proposed Order.

The subject motion is directed to post claim closure period alternate living expenses when Lorenzo Alvarez and his family rented alternate living expenses from the home impacted by Chinese Drywall.

We respectfully request that this matter be put on calendar and given an agenda item for the August 7, 2015 calendar.

A portion of this homeowners claims were not only registered but paid to the extent provided by the agreements. This is a claim arising after the cut off period for expenses after the cut off period. We are hopeful this can be heard on August 7, 2015. If there is a proper alternate form to request hearing we would appreciate advice to that effect.

Very truly yours,

John R. Sutton

JRS:dyt
Enclosures
all counsel of record

UNITED STATES DISTRICT COURT
EASTERN DISTRICT FOR LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL     :   MDL NO. 2047
       PRODUCTS LIABILITY LITIGATION    :
                                        :   SECTION L
                                        :
                                        :   JUDGE FALLON
                                        :   MAG. JUDGE WILKINSON
                                        :

IN RE: LORENZO ALVAREZ
       Claimant ID #: 104856

**ORDER UPON LORENZO ALVAREZ' MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM**

This cause having come before the undersigned United States District Judge Eldon E. Fallon upon the Motion of Lorenzo Alvarez for Authorization to Late File Claim and upon Supplemental Memorandum and the Court being duly advised upon the premises, it is hereby ORDERED AND ADJUDGED that:

1. Lorenzo Alvarez timely registered and timely filed a claim for repair and relocation expenses which claim has been paid or authorized for payment.

2. BrownGreer is authorized by this Order to consider Lorenzo Alvarez' late filed claim for alternate living expenses inasmuch as these expenses were incurred pre-remediation but after the closure date for filing of claims.

3. BrownGreen is authorized to consider Lorenzo Alvarez' miscellaneous claim for air conditioning and mechanical equipment.

DONE AND ORDERED in Chambers, this ___ day of _____, 20__.

                                        _____
                                        ELDON E. FALLON
                                        U.S. District Court Judge

copies furnished to:
all parties

UNITED STATES DISTRICT COURT
EASTERN DISTRICT FOR LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION :
: SECTION L
:
: JUDGE FALLON
: MAG. JUDGE WILKINSON
:

IN RE: LORENZO ALVAREZ
Claimant ID #: 104856

### PETITION FOR AUTHORITY TO SUPPLEMENT AND/OR LATE FILE CLAIM

COMES NOW Lorenzo Alvarez, by and through the undersigned counsel and files this as his Petition For Authority To Supplement and/or Late File Claim. As grounds therefore it is alleged:

1. Lorenzo Alvarez owns that real property and home at the following location: 172 NW 17th Street, Homestead, Florida.

2. Lorenzo Alvarez purchased the subject property on or about the following date: September 4, 2005.

3. Lorenzo Alvarez Timely Filed Claims. This property was properly and timely registered and claims forms with supporting documents timely filed. These claims have been accepted as qualified for compensation by the Global, Banner, Knauf Fund which Lorenzo Alvarez elected as an alternative to litigation before electing to participate in the Global, Banner, Knauf Fund

4. Lorenzo Alvarez has been tentatively advised that although his home was dry-walled by Mandy's Drywall, which presumptively obtained all of its drywall from Banner Supply, he was not eligible to participate in that Fund at the rate of $2.97 or $2.03 per square foot.

5. The Plaintiff has prepared a Miscellaneous Claim form to include air conditioning, air ducts and other mechanical equipment.

6. The claimant understood the "Repair & Relocation Expense" claim form to include the loss of use of the home as the Chinese drywall has not as yet been remediated.

7. The claimant wishes to submit the "Pre Remediation Alternate Living Expense Affidavit." These are immediately available for filing.

8. Lorenzo Alvarez's undersigned counsel reviewed the September 16, 2014 status report and attended by conference call the October 21, 2014 status conference. Upon knowledge and belief, the Court and/or counsel for the Defendants and/or Special Master have discretion to allow this deserving claimant to supplement his claim and submit additional documentation.

9. Lorenzo Alvarez filed suit initially against Banner Supply and Mandy's Drywall in Case Number 12 35021 CA 01. That action was not prosecuted as the claimant opted for participation in this fund to which he now seeks supplemental relief.

10. These forms and/or Claims were filed:

A 1. Registration Form: 5/13/2013;
A 2. Registration Form: 10/10/2013;
A 3. Repair & Relocation Expenses Claim Form: 10/16/2013
A 4. Response To Incompleteness Notice: 2/18/2014
A 5. Denial Notice
A 5. Notice of Appeal with color Photographs: 3/17/2014

11. On or about October 17, 2014 the claimant was advised that his claims were limited to only Two Thousand Dollars ($2000.00) for 2145 square feet and that the Banner participation would not be funded. There was no denial notice.

12. Lorenzo Alvarez has executed the enclosed affidavit to support the relief requested herein to supplement and/or allow late claims.

13. Lorenzo Alvarez asks that the Court consider equitable tolling of his time for filing claim. Lorenzo Alvarez has lost the use of his home and speaks exclusively Spanish. He has suffered catastrophic economic loss and asks that the Court consider equities in favor of these legitimate claims.

Wherefore the Claimant Lorenzo Alvarez prays that the Court set this matter for hearing on November 25, 2014 at 9:00 A.M. status conference or immediately thereafter. Relief is requested and Lorenzo Alvarez prays that the Court authorize supplemental claims and/or late claims and/or authorize Brown Greer or Special Master and/or counsel to consider these claims as follows:

A. Pre Remediation Alternate Living Expense Claim;
B. Miscellaneous Claim for equipment;
C. Participation in Banner Supply Fund claim
D. Remediation through Moss Construction
E. Such other relief from denial of claims as is equitable.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via e-mail this 23rd day of October, 2014, to all parties electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

SUTTON LAW GROUP, PA
Attorney for Claimant Lorenzo Alvarez
7721 S.W. 62nd Ave., Ste. 101
South Miami, Florida 33143
Tele: (305) 667-4481
Fax: (305) 666-21118
info@suttonlawgroup.com

By: /s/
JOHN R. SUTTON, ESQ.
Fla. Bar No. 49411

RE:    Alvarez, Lorenzo
       Claimant ID: 104856
       Claim ID 11597
       Affected Property: 172 NW 17th Street
       Homestead, FL 33030

## AFFIDAVIT OF LORENZO ALVAREZ

COUNTY OF MIAMI DADE
STATE OF FLORIDA

Before me the undersigned Notary Public came one Lorenzo Alvarez who has fully identified himself and is the claimant in Claim No. 104856. After having been sworn under oath he did testify, depose and say:

1. I am Lorenzo Alvarez and I am the Chinese Drywall claimant in the above styled cause.

2. Before selecting the option of the Global, Banner, Knauf Fund claim I had filed suit in Miami Dade County Circuit Court, Alvarez v. Banner & Mandy Drywall and that bore Case Number 12 35021 CA 01 filed September 5, 2012. That action was not prosecuted in lieu of these claims.

3. I apply for compensation at the rate of $2.97 per square foot as the claim has always been for banner Supply Drywall and upon my knowledge Mandy's Drywall only obtained this Chinese Drywall from Banner Supply.

4. I have suffered loss of use of my home and the drywall remediation has not been performed to this date.

5. I have incurred damage and loss of air conditioning and duct equipment.

FURTHER AFFIANT SAYETH NOT.

*Lorenzo Alvarez*
LORENZO ALVAREZ

SWORN TO AND SUBSCRIBED before me this 23rd day of October, 2014

*Denise Tarafa*
NOTARY PUBLIC
State of Florida

DENISE TARAFA
Notary Public - State of Florida
My Comm. Expires Mar 29, 2018
Commission # FF 082652