UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION "L", MAG. "2" |
| THIS DOCUMENT RELATES TO: *Beane v. Gebrueder Knauf Verwaltungsgesellschaft KG*, No. 2:13-cv-609 | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

## ORDER

Considering the Claimant Sami Slim's Unopposed Motion to Approve his PTO 26 Already Remediated Property Claim,

**IT IS HEREBY ORDERED** that the Claimant Sami Slim's Motion to Approve his PTO 26 Already Remediated Property Claim is granted, and that the Court finds that the Claimant Sami Slim is the sole person and class member entitled to recover any funds in connection with the settlement of this action for all claims associated with the remediated property located at 9677 Cinnamon Court, Parkland, FL 33067, and that all other claims which may be brought in the future relating to this property and claims for damages as a result of the presence of Chinese drywall manufactured by the Defendant Knauf Plasterboard (Tianjin), Ltd. are barred under the terms of the settlements in this action.

Thus done and signed New Orleans, Louisiana this  24th  day of _____June_____, 2015.

_____
**THE HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE**