UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL NO. 2047 |
| | * SECTION L |
| | * JUDGE ELDON E. FALLON |
| | * MAG. JUDGE WILKINSON |

******************************************  *

THIS DOCUMENT RELATES TO ALL CASES

## ORDER

The monthly status conference was held on June 23, 2015 in the Courtroom of District Judge Eldon E. Fallon. Prior to the conference, the Court met with liaison counsel and the chairs of the steering committees. During this pre-conference, the Court indicated its intent to appoint Harry Rosenberg as Defendants' Liaison Counsel for Taishan, BNMB entities, and CNBM entities. None of the parties had any objections to this appointment provided it has no effect on any of these Defendants' jurisdictional and alter ego arguments. Accordingly, the Court hereby designates Harry Rosenberg to these Defendants' Liaison Counsel. This appointment will have no effect on any of the Defendants' jurisdictional or alter ego arguments or positions.

The responsibilities of Defendants' Liaison Counsel shall be the following:

1. to serve as the recipient for all Court orders and forward the same to these Defendants.

2. to review and participate in the drafting of agendas for court conferences and periodically report to the Court regarding the status of the case; and

3. to carry out such other duties as the Court may order.

Liaison counsel shall be entitled to seek reimbursement for costs expended at the time and in a manner approved by the Court.

[2]

    New Orleans, Louisiana this 24th day of June, 2015.

                                                                  UNITED STATES DISTRICT JUDGE