UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**TAISHAN'S MOTION FOR CLARIFICATION OF THE COURT'S JUNE 26, 2015 ORDERS DENYING AS MOOT PSC'S MOTION TO REMOVE THE CONFIDENTIALITY DESIGNATION WITH RESPECT TO THE CHE DEPOSITION AND DENYING PSC's MOTIONS TO FILE UNDER SEAL**

Defendants Taishan Gypsum Ltd., Co. and Tai'an Taishan Plasterboard Co., Ltd. ("Taishan") respectfully request clarification from the Court regarding its June 26, 2015 Orders which denied as moot the PSC's Motion to Remove the Confidentiality Designation with Respect to the Gang Che Deposition ("Motion to Remove Confidentiality") and denied the PSC's Motions to File the Che Deposition Under Seal ("Motion to Seal") as an exhibit. (Rec. Doc. 19218 and 19219, the "June 26 Orders").

The Court's June 26 Orders state that "[t]he Court sees no reason why the Gang Che Deposition should be designated as confidential" and also instruct the parties that "[u]nless for special circumstances or good cause shown, the Court will deny motions to seal." (Rec. Doc. 19218 and 19219).[1]

The PSC's Motion to Remove Confidentiality assumed incorrectly that the entire Che Deposition would be designated as Highly Confidential.  In fact, on June 16, 2015, Taishan

---

[1] It is Taishan's understanding that the Court's June 26 Orders only relate to the confidentiality of the Che Deposition and not to any other deposition conducted in this MDL.

followed the procedure outlined in PTO 16 and submitted a letter to the court reporter and Plaintiffs' counsel designating only certain limited portions of the Che Deposition as confidential. (Attached as **Exhibit A**). As noted in the PSC's Motion to Remove Confidentiality, the Che Deposition contains detailed discussions of the contents of certain documents produced by that the Court ruled should remain Highly Confidential in its May 4, 2015 Order. (Rec. Doc. 18836). The PSC has conceded that references to these documents are Highly Confidential and should be protected as such. (Rec. Doc. 19093 at 1-2). The PSC has consented to the confidentiality designations identified in Exhibit A.

    For these reasons, Taishan respectfully requests that the Court clarify or modify its June 26 Orders to reflect that the Court did not intend to reverse its prior Order stating that the Hogan Lovells documents should remain Highly Confidential and that the use and testimony regarding those documents in the Che Deposition should remain Highly Confidential. To the extent the Che Deposition is submitted or cited in filings by any party, only those portions that have been designated as Highly Confidential in Exhibit A will be subject to seal, and all other portions shall be filed on the public docket.

Dated:  June 29, 2015

Respectfully submitted,

/s Christina Hull Eikhoff
Christina Hull Eikhoff, Esq.
Georgia Bar No. 242539
Bernard Taylor, Esq.
Georgia Bar No. 669625
Michael P. Kenny, Esq.
Georgia Bar No. 415064
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
Phone: (404) 881-7000

Fax: (404) 881-7777
christy.eikhoff@alston.com
*Counsel for Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd.*

Alan Dean Weinberger
LA Bar No. 13331
HANGARTNER, RYDBERG & TERRELL, LLC
One Shell Square
701 Poydras St., Suite 310
New Orleans, Louisiana 70179
Phone: (504) 434-6815
Fax: (504) 522-5689
aweinberger@hanrylaw.com
*Local Counsel for Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, by U.S. mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 29th day of June, 2015.

/s Christina Hull Eikhoff
Christina Hull Eikhoff, Esq.
Georgia Bar No. 242539
ALSTON & BIRD LLP
1201 West Peachtree Street NW
Atlanta, Georgia 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
christy.eikhoff@alston.com
*Counsel for Taishan*