# ALSTON&BIRD LLP

One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424

404-881-7000
Fax: 404-253-8869
www.alston.com

Bernard Taylor, Sr.                Direct Dial: 404-881-7288                Email: bernard.taylor@alston.com

June 16, 2015

VIA EMAIL

Kristie Martello                         cc:
Supervisor of Case Management            Russ M. Herman, Esq.
Golkow Technologies Inc.                 Herman, Herman & Katz, LLC
production@golkow.com                    820 O'Keefe Ave.
                                         New Orleans, LA 70113
                                         RHERMAN@hhklawfirm.com

                                         Arnold Levin, Esq.
                                         Levin, Fishbein, Sedran & Berman
                                         510 Walnut St, Ste 500
                                         Philadelphia, PA 19106
                                         ALevin@LFSBLaw.com

         Re:    Deposition of Che Gang – June 2 - 4, 2015 – Confidentiality
                Designations

Dear Ms. Martello,

         As counsel for Taishan Gypsum Co. Ltd. and Tai'an Taishan Plasterboard Co.,
Ltd. ("Taishan"), I write to you regarding Taishan's 30(b)(6) witness deposition of Mr.
Che Gang in the Chinese Drywall MDL (2:09-md-2047) in the Eastern District of
Louisiana, which was conducted from June 2 through June 4, 2015 in New Orleans.

         Pursuant to the Court's pre-trial order on confidentiality (PTO 16), Taishan
submits the following confidentiality designations for the Deposition Transcript of Che
Gang ("Che Deposition").

         The following sections of the Che Deposition and Exhibits are designated as
Highly Confidential and are to be redacted, as they discuss matters that are subject to an
Order from the Court designating them as such:

   •  Che Deposition 34:15 through 49:21;

   •  Che Deposition 142:11 through 144:5;

---

June 16, 2015
Page 2

- Che Deposition 183:11 through 189:19;

- Che Deposition 190:23 through 195:8;

- Che Deposition 199:5 through 209:25;

- Che Deposition 259:11 through 269:10

- Che Deposition 366:23 through 367:2.

- T:6/2/15-6/4/15 Exhibit 1, including, but not limited to, the following specifically referenced pages:

  o T:6/2/15-6/4/15 Exhibit 1 (HL_25)

  o T:6/2/15-6/4/15 Exhibit 1 (HL_26)

  o T:6/2/15-6/4/15 Exhibit 1A (HL_26A)

  o T:6/2/15-6/4/15 Exhibit 1 (HL_305)

  o T:6/2/15-6/4/15 Exhibit 1 (HL_306)

- T:6/2/15-6/4/15 Exhibit 40 (HL_104)

- T:6/2/15-6/4/15 Exhibit 40A (HL_105)

- Any other Exhibit with Bates No. beginning with "HL"

The following sections of the Che Deposition are marked as Confidential and are to be redacted, as they discuss personal, health information unrelated to the merits of this litigation:

- Che Deposition 95:15-18;

- Che Deposition 244:19-25.

Please feel free to contact me if you have any questions regarding these confidentiality designations. Thank you for your dedicated work in preparing these transcripts.

June 16, 2015
Page 3

Sincerely,

ALSTON & BIRD LLP

Bernard Taylor, Sr.