UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

ORDER

Considering Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd.'s Taishan's Motion for Clarification of the Court's June 26, 2015 Orders Denying as Moot PSC's Motion to Remove the Confidentiality Designation with Respect to the Che Deposition and Denying PSC's Motions to File Under Seal, **IT IS ORDERED** that the motion is **GRANTED**.

New Orleans, Louisiana, this ____ day of ____, 2015.

                                                                                                                     _____
                                                                                                                     Honorable Eldon E. Fallon
                                                                                                                     U.S. District Court Judge