# EXHIBIT A

VIRGINIA:  IN THE CIRCUIT COURT FOR THE CITY OF NORFOLK

DRAGAS MANAGEMENT CORPORATION,

    Plaintiff,

v.                                                                                           Case No. CL11-8663

TAISHAN GYPSUM CO. LTD. f/k/a
SHANDONG TAIHE DONGXIN CO. LTD.,

    Defendant.

### FINAL JUDGMENT ORDER

This matter came before the Court on June 3, 2013 for hearing to determine the amount of damages to which plaintiff, Dragas Management Corporation ("DMC") is entitled against defendant, Taishan Gypsum Co. Ltd. f/k/a Shandong Taihe Dongxin, Co. Ltd. ("Taishan"). Having been properly served, having failed to file responsive pleadings or otherwise respond, and having been held in default on DMC's Motion for Default Judgment, Taishan did not appear at (MJM) the hearing on June 3, 2013.

UPON CONSIDERATION WHEREOF [based on the testimony presented from witness Robert C. Macon, CFO, and exhibits 1-6 received into evidence,] for good cause shown, it is hereby

ADJUDGED, ORDERED and DECREED that DMC is awarded judgment against Taishan in the amount of Four Million Nine Thousand Eight Hundred Ninety-Two and 43/100 Dollars ($4,009,892.43), plus pre-judgment interest in the amount of Ninety-Six Thousand Eight Hundred Six and 57/100 Dollars ($96,806.57) and post-judgment interest from the date of judgment.

ENTERED this 3rd of June, 2013.

_____
Circuit Court Judge,
Mary Jane Hall, Judge

CL11-8663
2 of 2

**WE ASK FOR THIS:**

*/s/ Kristan B. Burch*
W. Edgar Spivey (VSB No. 29125)
Kristan B. Burch (VSB No. 42640)
R. Johan Conrod Jr. (VSB No. 46765)
KAUFMAN & CANOLES,
a professional corporation
150 West Main Street
Norfolk, VA 23510
(757) 624-3000
(757) 624-3169 Facsimile

*Counsel for plaintiff, Dragas Management Corporation*

12423773v2

2