UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br>SECTION L<br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:**  ALL CASES

## ORDER

Before the Court is defendants' China New Building Materials Group, China New Building Materials Co., CNBMIT Co. Ltd., CNBM USA Corp., and United Suntech Craft, Inc. Motion to Dismiss (Rec. Doc. 19179).

**IT IS ORDERED** that the motion is set for submission, with oral argument, immediately following the July Monthly Status Conference on July 14, 2015.

**IT IS FURTHER ORDERED** that responsive briefing to the Defendants' motion is due on July 8, 2015.

New Orleans, Louisiana, this 29th day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE

1