# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| THIS DOCUMENTS RELATES TO | SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| Payton, et al. v. Knauf Gips KG, et al.<br>Case No. 09-7628 (E.D.La.) | |

## ORDER

Considering the foregoing Motion to Withdraw as Counsel without Substitution, and the Court finding good grounds exist to grant the same, accordingly,

**IT IS ORDERED** that Jim Reeves and the law firm of Reeves & Mestayer, PLLC be and are hereby withdrawn as counsel of record for Dennis Dauro and Martha Dauro in these proceedings and that the Clerk of Court's records be changed to reflect the same.

New Orleans, Louisiana, this the 29th day of June 2015.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE