UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION : SECTION L

IN RE: All Cases : JUDGE FALLON
: MAGISTRATE JUDGE
: WILKINSON

## ORDER

The Court received the attached correspondence from Levin, Fishbein, Sedran & Berman, counsel for Plaintiffs as well as the attached response to that correspondence from Dentons, counsel for BNBM PLC. The Court reviewed the attached correspondence and response and finds that no action is necessary at this time. Parties reserve their right to follow-up with the Court on these issues if such becomes necessary at a future date.

New Orleans, Louisiana, this 29th day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE

1