MINUTE ENTRY
FALLON, J.
JUNE 29, 2015

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| | JUDGE FALLON<br>MAG. WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

    A telephone status conference was held on this date to discuss the Plaintiff Steering Committee's ("PSC") Emergency Motion to Compel JP Morgan Chase & Co. and Morgan Stanley to comply with the PSC's discovery requests. (Rec. Doc. 19004). The conference was transcribed by Ms. Jodi Simcox, Official Court Reporter. Counsel may contact Ms. Simcox at (504) 589-7780 to request a copy of the transcript. The PSC, counsel for JP Morgan, counsel for Morgan Stanley, and Defense Liaison Counsel, Harry Rosenberg, participated. The motion was discussed in detail.

    With regards to the discovery sought from Morgan Stanley, the motion is **DENIED AS PREMATURE**. Morgan Stanley has agreed to produce the requested discovery to the PSC on a rolling basis. Further, if Morgan Stanley believes certain documents to be privileged, **IT IS ORDERED** that Morgan Stanley prepare a privilege log and submit any privileged documents to the Court under seal for the Court's review.

    With regards to the discovery sought from JP Morgan, **IT IS ORDERED** that JP Morgan set its pending Cross-Motion to Quash the May 18, 2015 Subpoena (Rec. Doc. 19028) for submission on a mutually agreed upon date. **IT IS FURTHER ORDERED** that the Court will

1

JS10(00:28)

hear oral arguments on the motion on its submission date and thereafter, rule on the motion with dispatch.