UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

ORDER

Considering Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd.'s Taishan's Motion for Clarification of the Court's June 26, 2015 Orders Denying as Moot PSC's Motion to Remove the Confidentiality Designation with Respect to the Che Deposition and Denying PSC's Motions to File Under Seal, **IT IS ORDERED** that the motion is **GRANTED**.

New Orleans, Louisiana, this 30th day of June, 2015.

_____
Honorable Eldon E. Fallon
U.S. District Court Judge