UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO: 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: | |

*Payton, et al v. Knauf Gips, KG, et al.*
Case No. 2:09-cv-07628 (E.D. La.)

## ORDER

Considering the foregoing Motion by plaintiffs William Wayne and Kelly Wayne and Incorporated Memorandum Pursuant to Fed.R.Civ.P. Rules 60 and 59(e) for Relief from Judgment, dated June 4, 2015, with respect to William and Kelly Wayne's Objection to/Motion to Appeal Special Master Denial Notice and For Reinstatement of Claim;

**IT IS HEREBY ORDERED** that the motion is granted and claimants are hereby relieved from the June 4, 2015 order and their claim reinstated for consideration by the Settlement Administrator.

New Orleans Louisiana this _____ day of _____, 2015.

_____
**JUDGE**