UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO: 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: | |

*Payton, et al v. Knauf Gips, KG, et al.*
*Case No. 2:09-cv-07628 (E.D. La.)*

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE, that claimants William Wayne and Kelly Wayne, through undersigned counsel, shall bring on for submission their motion pursuant to Fed.R.Civ.P. Rule 60 and 59(e) for Relief from this Court's Judgment, dated June 4, 2015, with respect to their objection/motion to appeal the Special Master's Denial Notice and for Reinstatement of Claim, before the Honorable Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana on the 22nd day of July, 2015 at 9:00am, or as soon thereafter as counsel can be heard.

Dated:   Mandeville, Louisiana          Respectfully submitted,
         July 1, 2015

                                        DAVIS & DUNCAN, LLC

                                        /s/ Mark Duncan
                                        _____
                                        MARK G. DUNCAN (Bar No. 29161)
                                        MICHELLE MAYNE DAVIS (Bar No. 23027)
                                        849 Galvez Street
                                        Mandeville, Louisiana 70448
                                        Telephone: (985) 626-5770
                                        Facsimile: (985) 626-5771

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Submission has this date been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller by U.S. Mail and email, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-trial Order no. 6 and that the foregoing will also be served via the Court's electronic filing system, on this 1st day of July 2015.

_____
MARK G. DUNCAN