# CHINESE DRYWALL SETTLEMENT PROGRAM
## MDL 2047

## SPECIAL MASTER DENIAL NOTICE
### DATE OF NOTICE: 2/10/15

### I. CLAIMANT AND CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **Claimant Name** | Last: Wayne | First: William | Middle: C |
| **Representative Claimant Name** | Last: | First: | Middle: |
| **Claimant ID** | 101627 | **Claim ID** | 9239 |
| **Claim Type** | Foreclosure or Short Sale | **Affected Property ID** | 3083 |
| **Affected Property Address** | Street: 576 Huseman Lane | | Unit: |
| | City: Covington | State: LA | Zip code: 70435 |
| **Law Firm** | Davis & Duncan, LLC | | |

### II. DENIAL EXPLANATION

This Notice is an official communication from the Settlement Administrator for the Chinese Drywall Settlement Program ("Settlement Program") and relates to the claim and Affected Property identified in Section I. The Special Master reviewed this claim and made a final determination. This determination is final and is not appealable. The Special Master is denying this claim for the following reason(s):

| | DENIAL REASON | EXPLANATION |
|---|---|---|
| 1. | Expert Report | Report from an expert providing that the foreclosure was substantially caused by Chinese Drywall. |

### III. APPEAL COMMENT (IF PROVIDED)

The claimants' counsel has experienced problems with his email and with the firm server in recent months, including a system crash. The incompleteness notices were inadvertently filtered into the junk mail folder, and overlooked as a result. Counsel also noticed that emails from clients and friends started appearing in his junk folder by mistake as well. The Waynes have participated and timely filed responses and numerous documents in every aspect of the Chinese Drywall litigation for the past five years. The incompleteness notice requested additional documents, which we are submitting with this appeal. We respectfully request that this appeal be granted and the additional documents considered in resolving the claim.

### IV. YOUR OPTIONS AFTER THIS NOTICE

If you disagree with the Special Master's determination, your only option is to appeal directly to Judge Fallon.

### V. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

We are available to help you if you have questions or need assistance. If you have any questions about this Notice, the status of your claim(s), or just need help, contact us by the following methods:

| **By using our Online Portal** | Visit **https://www3.browngreer.com/drywall** to view claim status and documents. |
|---|---|
| **By Mail** (Postmarked no later than your submission deadline) | Chinese Drywall Settlement Administrator<br>P.O. Box 25401<br>Richmond, Virginia 23260 |
| **By Overnight, Certified or Registered Mail** (Postmarked no later than your submission deadline) | BrownGreer, PLC<br>c/o Chinese Drywall Settlement Administrator<br>250 Rocketts Way<br>Richmond, Virginia 23231 |
| **By Facsimile** (Sent no later than 12:00 midnight local time on your submission deadline) | (804) 521-7299 |
| **By Email** (Sent no later than 12:00 midnight local time on your submission deadline) | **CDWQuestions@browngreer.com** |