# CHINESE DRYWALL SETTLEMENT PROGRAM

## MDL 2047

- Home
- News and Developments
- Claims Administrator Procedures
- Online Filing Tools
- Settlement Agreements
- Firm Administration
- Claimant Management
- Taishan Evidence Form
- Reporting
- FAQ
- Notices
- Change Password / Email
- Log Off



Get ADOBE Reader

You will need to have Adobe® 7.0 or higher to view Printed Documents. To get the latest Version of Adobe Reader, click the icon above.

**Back**                                    Incompleteness Denial Notice

### Claimant Information

| | | | |
|---|---|---|---|
| **Claimant ID:** | 101627 | **Name:** | Wayne, William |
| **Co-Owner:** | Wayne, Kelly | | |
| **Represented By:** | Davis & Duncan, LLC | **Business:** | |
| **Receives Mail:** | No | **Claimant Address:** | c/o Davis & Duncan 849 Galvez Street Mandeville LA 70448 |

### Affected Property

| | | | |
|---|---|---|---|
| **Property ID:** | 3083 | **ARH:** | No |
| **Street Address:** | 576 Huseman Lane Covington, St. Tammany, LA 70435 | **PP Participant:** | No |

### Claim Information

| | |
|---|---|
| **Claim ID:** | 9239 |
| **Claim Type:** | Foreclosure or Short Sale |

**View Documents**

### Incompleteness Denial Notice

Click the Print/View Notice button to view the Incompleteness Denial Notice.   **View Notice**

You must click the View Notice button before responding to the Notice

**Deadline to Request Appeal: 10/10/2014 11:59 PM CST**

You may appeal your claim to the Special Master by submitting a Notice of Appeal. You must submit a Notice of Appeal within 30 days of this Incompleteness Denial Notice. To submit your Appeal, leave a detailed comment in the Basis of Appeal section below. You may also submit any additional documents you believe support your Appeal. We will notify the Special Master of the basis of your Appeal and transmit all documents in your file to the Special Master for review.

**Basis of Appeal:**

The claimants' counsel has experienced problems with his email and with the firm server in recent months, including a system crash. The incompleteness notices were inadvertently filtered into the junk mail folder, and overlooked as a result. Counsel also noticed that emails from clients and friends started appearing in his junk folder by mistake as well. The Waynes have participated and timely filed responses and numerous documents in every aspect of the Chinese Drywall litigation for the past five years. The incompleteness notice requested additional documents, which we are submitting with this appeal. We respectfully request that this

Max 2,000 characters.

Once you have uploaded all documents you intend to submit in response to the Denial notice, click the submit button. Select one of the options below after uploading your documents.

- I have submitted all documentation. I would like the Settlement Administrator to review my claim before the Deadline to Respond listed on my Notice. Do not select this option until you are ready for the Settlement Administrator to review your claim.
- I have submitted some documentation but may submit more before the Deadline to Respond listed on my Notice.

### Document Upload

Once you have uploaded all documents you intend to submit in response to the Incompleteness Denial Notice, click the submit button. Do not click the submit button until you are ready for the Settlement Administrator to review your claim.

**Upload Documents**