# CHINESE DRYWALL SETTLEMENT PROGRAM
## MDL 2047

- Home
- News and Developments
- Claims Administrator Procedures
- Online Filing Tools
- Settlement Agreements
- Firm Administration
- Claimant Management
- Taishan Evidence Form
- Reporting
- FAQ
- Notices
- Change Password / Email
- Log Off



Get ADOBE Reader

You will need to have Adobe® 7.0 or higher to view Printed Documents. To get the latest Version of Adobe Reader, click the icon above.

**Back**                                                **Incompleteness Notice**

### Claimant Information

| | | | |
|---|---|---|---|
| Claimant ID: | 101627 | Name: | Wayne, William |
| Co-Owner: | Wayne, Kelly | | |
| Represented By: | Davis & Duncan, LLC | Business: | |
| Receives Mail: | No | Claimant Address: | c/o Davis & Duncan 849 Galvez Street Mandeville LA 70448 |

### Affected Property

| | | | |
|---|---|---|---|
| Property ID: | 3083 | ARH: | No |
| Street Address: | 576 Huseman Lane Covington, St. Tammany, LA 70435 | PP Participant: | No |

### Claim Information

| | |
|---|---|
| Claim ID: | 9239 |
| Claim Type: | Foreclosure or Short Sale |

**View Claimant Documents**

### Incompleteness Notice

Click the View Notice button to view the Incompleteness Notice.   **View Notice**
You must click the View Notice button before responding to the Notice

**Deadline for Response: 08/17/2014 11:59 PM CST**

We have reviewed this claim and cannot continue processing it because it is incomplete. If you wish to pursue this claim, you must read the Incompleteness Notice and submit all required documentation and/or information. If you fail to submit the required documentation and/or information by the Deadline for Response, we will deny your claim.

| # | Missing Documentation |
|---|---|
| 1 | Documents relating to mortgage payments, such as cancelled checks and past due notices. |
| 2 | Documents evidencing attempts to sell or rent the Affected Property. |
| 3 | Report from an expert providing that the foreclosure was substantially caused by Chinese Drywall. |
| 4 | Documents evidencing the appraised value at purchase of Affected Property. |

Once you have uploaded all documents you intend to submit in response to the Denial notice, click the submit button. Select one of the options below after uploading your documents.

- I have submitted all documentation. I would like the Settlement Administrator to review my claim before the Deadline to Respond listed on my Notice. Do not select this option until you are ready for the Settlement Administrator to review your claim.
- I have submitted some documentation but may submit more before the Deadline to Respond listed on my Notice.

### Document Upload

**Upload Documents**