UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL No. 2047 |
| | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| THIS DOCUMENT APPLIES TO ALL CASES | * * | MAGISTRATE JUDGE WILKINSON |
| | * | |

******************************************

## NOTICE OF SUBMISSION WITH ORAL ARGUMENT

PLEASE TAKE NOTICE that Non-Party, JPMorgan Chase & Co., will bring for hearing with oral argument its Cross-Motion to Quash Subpoena (Dkt. 19028) on **July 15, 2015 at 9:00 a.m.** before the Honorable Eldon E. Fallon, United States District Judge.

Respectfully submitted,

/s/ Gabriel A. Crowson
Michael D. Ferachi (#19566)
Gabriel A. Crowson (#28009)
**McGlinchey Stafford, PLLC**
601 Poydras Street, 12th Floor
New Orleans, Louisiana 70130
Telephone: (504) 586-1200
Fax: (504) 596-2800

*Counsel for Non-Party, JPMorgan Chase & Co.*

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on all counsel of record, via the Court's ECF system, this 2nd day of July, 2015.

/s/ Gabriel A. Crowson
Gabriel A. Crowson
