|     | PLAINTIFFS | ATTORNEY | SETTLEMENT |
|-----|------------|----------|------------|
| 75. | Louran Builders/Vincent Montalto Construction | Glenn b. Adams Porteous Hainkel and Johnson | InEx |
| 76. | Madden, Michael and Ashley | Eric Hoaglund McCallum Hoaglund | InEx |
| 77. | Marsh, Veronica, individually mother Devin Marsh, Ricki Marsh, Jeremy Marsh | Shellie E. Brooks Holston & Vaughan | InEx |
| 78. | McClure, Paul and Tamla | Jason Smith Leitman Siegel | InEx |
| 79. | Meritage Homes of Florida, Inc. and Meritage Homes of Texas, LLC | | InEx |
| 80. | Moore, Victor | Eric Hoaglund McCallum Hoaglund | InEx |
| 81. | Nabors, Jason and Rhonda | Eric Hoaglund McCallum Hoaglund | InEx |
| 82. | Nearing, Wayne and Virginia | W. Brian Collins Collins & Horsley | InEx |
| 83. | New Millennium Construction LLC | David A. Kaufmann (same address) | InEx |
| 84. | Newman, Denise and Kyle | Wayne E. Ferrell, Jr. John Hunter | InEx* |
| 85. | Niswonger, Mary McLain | | InEx |
| 86. | Palm Coast Construction, Inc. | | InEx |
| 87. | Park Homes, LLC | | InEx |

*This opt-out has been rescinded.    35

EXHIBIT B

|  | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
|  |  | Cape Coral, FL 33909 |  |  |  |
| 238. | Nearing, Wayne and Virginia | 1025 Kings Way Birmingham, AL 35242 | Collins & Horsley W. Brian Collins | Knauf, Global, InEx |  |
| 239. | New Millennium Construction LLC | 3173 Terrace Avenue East, Slidell, LA 70458 | David A. Kaufmann (same address) | InEx |  |
| 240. | Newman, Denise and Kyle | 7533 Ain Drive Diamondhead, MS 39525 | Wayne E. Ferrell Jr. John Hunter | InEx | 5/8/12 |
| 241. | Nguyen, Kinh Hong Truong, Christina Phuong | 8557 Pegasus Dr. Lehigh Acres, FL 33971 | C. David Durkee Roberts & Durkee | Banner, Global |  |
| 242. | Niswonger, Mary McLain | 77451 N. Fitzmorris Rd. Ext Covington, LA 70435 | Tom W. Thornhill | InEx | 11/2/12 |
| 243. | Nunez, Margarita C. | 2650 Amber Lake Drive Cape Coral, FL 33909 | C. David Durkee Roberts & Durkee | Banner |  |
| 244. | Orlowski, David | 2722 SW 10th Avenue Cape Coral, FL 33914 | David Brennan Florida Advocates | Banner | 10/22/12 |
| 245. | Osterberg, David and Andrea | 4904 Lyford Cay Rd. Tampa, FL 33629 | C. David Durkee Roberts & Durkee | Global |  |
| 246. | Packard, Michael and Suki | 1349 Piney Rd N. Ft Myers, FL 33903 | C. David Durkee Roberts & Durkee | Banner |  |

42

| | PLAINTIFFS | ADDRESS | ATTORNEY | SETTLEMENT | OPT-IN |
|---|---|---|---|---|---|
| | | Birmingham, AL 35242 | Jason Smith | | |
| | | Property address: 2014 Springhill Ct. Birmingham, AL 35242 | | | |
| 44. | Moore, Victor | 1004 Maryanna Road, Calera, AL 35040 | McCallum Hoaglund, Eric Hoaglund | InEx | 11/1/12 |
| 45. | Nabors, Jason and Rhonda | 775 Hampden Place Circle, Birmingham, AL 35242 | McCallum Hoaglund, Eric Hoaglund | InEx | 11/1/12 |
| 46. | Nearing, Wayne and Virginia | 1025 Kings Way Birmingham, AL 35242 | Collins & Horsley W. Brian Collins | InEx | |
| 47. | New Millennium Construction LLC | 3173 Terrace Avenue East, Slidell, LA 70458 | David A. Kaufmann (same address) | InEx | |
| 48. | Newman, Denise and Kyle | 7652 Ala Drive, Diamondhead MS 39525 | Wayne E. Ferrell Jr. John Hunter | InEx | 5/3/12 |
| 49. | Niswonger, Mary Mclean | 77451 N. Fitzmorris Rd. Ext. Covington LA 70435 | Tom W. Thornhill | InEx | 11/2/12 |
| 50. | Payne, Melvin, individually father Tyja Agnew AND Prim, Mollie Payne, | 865 Welworth Street Mobile, Alabama 36610 | Shellie E. Brooks Holston & Vaughan | InEx | |