## LAW OFFICES OF
## WAYNE E. FERRELL, JR., PLLC
POST OFFICE BOX 24448
405 TOMBIGBEE STREET
JACKSON, MISSISSIPPI 39225-4448
Telephone: 601.969.4700
Fax: 601.969.7514

| WEB PAGE | MASTER OF LAWS, L.L.M. | EMAIL: |
|---|---|---|
| www.airlawonline.com | AVIATION & SPACE LAW | wferrell@airlawonline.com |

May 3, 2012

Richard Duplantier, Esq.
Carlina Eiselen, Esq.
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras St., 40th Floor
New Orleans, LA 70139

Russ Herman, Esq.
Herman, Herman, Katz & Cotlar
820 O'Keefe Avenue
New Orleans, LA 70113

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

> Re: *Anita Sanderford, Jim Sanderford and Wes Sanderford v. Knauf Gips, et al*, No. A2401-2010-397
>
> *Anita Sanderford, Jim Sanderford and Wes Sanderford v. Knauf Gips, et al*, No. A2401-11-225
>
> Marilyn Clark and Francis Parlow v. Knauf Gips, et al, No. A2401-2010-418
>
> *Shea Michael Ladner and Desiree Day Ladner, individually and as natual parents, next friends and guardians of Brendon Michael Ladner, a minor, and Brooklynn Lee Ladner, a minor v. Knauf Gips, et al*, No. A2401-2011-128



EXHIBIT C

May 3, 2012
Page 2

Gentlemen:

This letter is to advise that my clients, (Plaintiffs in the above styled and numbered causes), wish to opt in the Chinese drywall, Bailey and INEX class settlement. My clients' previous "opt out" letters are hereby revoked.

If you have any questions please feel free to call me.

Sincerely,

Wayne E. Ferrell, Jr.

WEFjr/dc
cc: Garrett W. Thalgott, Esq.
    John Hunter, Esq.
    Jim and Anita Sanderford
    Marilyn Clark
    Shea Ladner

**LAW OFFICES OF**
**WAYNE E. FERRELL, JR., PLLC**
POST OFFICE BOX 24448
405 TOMBIGBEE STREET
JACKSON, MISSISSIPPI 39225-4448
Telephone: 601.969.4700
Fax: 601.969.7514

| WEB PAGE | MASTER OF LAWS, L.L.M. | EMAIL: |
|---|---|---|
| www.airlawonline.com | AVIATION & SPACE LAW | wferrell@airlawonline.com |

May 3, 2012

Garrett W. Thalgott
Frilot LLC
1100 Poydras St. Suite 3700
New Orleans, LA 70163

Re: *Anita Sanderford, Jim Sanderford and Wes Sanderford v. Knauf Gips, et al*, No. A2401-2010-397

*Anita Sanderford, Jim Sanderford and Wes Sanderford v. Knauf Gips, et al*, No. A2401-11-225

Marilyn Clark and Francis Parlow v. Knauf Gips, et al, No. A2401-2010-418

*Shea Michael Ladner and Desiree Day Ladner, individually and as natual parents, next friends and guardians of Brendon Michael Ladner, a minor, and Brooklynn Lee Ladner, a minor v. Knauf Gips, et al*, No. A2401-2011-128

Dear Garrett:

I am, pursuant to our conversation, and our agreement with you, Knauf and Knauf's insurance companies, agreeing for our Chinese drywall clients (listed above) to be moved to the class action or MDL litigation for purposes of joining in on these settlements and for all other purposes, including participating in any monies that may be paid in by Knauf, Bailey Lumber, or any other Defendants in the above styled and numbered causes, the class action litigation and/or the MDL litigation. I understand that this letter will allow the above named individuals to participate for all purposes and allow our clients to be full participating members of the class action and/or MDL litigation and that they will receive the maximum amount of benefits that may be or might be received by other participants of the class action and/or MDL litigation. I understand that this letter will also serve as our clients' agreement to opt in to the

May 3, 2012
Page 2

class action or MDL litigation and will serve to withdraw our clients' previous agreements to opt out of the class action and/or MDL settlements. The purpose of our clients opting into the settlement is so our clients will be compensated to the full extent possible. If I have misunderstood our conversation or if I need to do anything different to fully include the above named homeowners and Plaintiffs in the class please let me know at the earliest possible date.

    If you have any questions please feel free to call me.

                             Sincerely,

                             Wayne E. Ferrell, Jr.

WEFjr/dc
cc:   John Hunter, Esq.
      Jim and Anita Sanderford
      Marilyn Clark
      Shea Ladner