UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>*All Cases* | MDL No. 2:09-md-2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

**CNBM GROUP AND CNBM COMPANY'S RESPONSE TO THE
PSC'S EMERGENCY MOTION FOR EXPEDITED RETURN ON DISCOVERY**

China National Building Materials Group Corporation and China National Building Materials Company, Ltd. (collectively, the "CNBM Defendants") file this response to yet another "emergency" – this time, "corrected"[1] – motion seeking expedited return on discovery ("Motion"). Rec. Doc. 19246.

The Motion is the PSC's twenty-third such "emergency" motion filed to "expedite discovery" following the March 17, 2015 status conference. *See* Rec. Doc. Nos. 18509, 18515, 18524, 18526, 18544, 18596, 18509, 18516, 18527, 18660, 18663, 18665, 18749, 18768, 18829, 18863, 19004, 19096, 19105, 19108, 19134, 19213, and 19246.[2] Despite our response to the prior "emergency" motion seeking expedited discovery, in which we noted that the PSC had failed to discuss its requests with us before seeking this Court's intervention, the PSC once again

---

[1] The only "correction" to the Motion appears to be attaching and referring to the supplemental discovery propounded on June 25, 2015.

[2] As the Court noted, "it seems like I get [discovery motions] every five minutes." Apr. 7, 2015 Tr. at 3:23-25. The PSC has also filed "emergency" motions for other purposes, including complaints about responses to Defendant/Manufacturer profile forms (Rec. Doc. Nos. 18575, 18628) and to expedite hearings on "emergency" motions to compel responses to discovery requests (*e.g.,* Rec. Doc. 18865).

filed the instant Motion without any attempt to communicate with defense counsel regarding the discovery demands.  As we stated in our prior response (Rec. Doc. 19222), the PSC's continued use of "emergency" discovery motions without meeting and conferring spurns the Court's repeated directives that counsel communicate prior to seeking judicial intervention.[3]

The CNBM Defendants are actively participating in discovery and have produced thousands of pages of documents in response to the PSC's numerous document requests contained in its serial deposition notices.[4]  The CNBM Defendants have given the PSC no reason to think that they will not similarly respond to these new requests for production and interrogatories in a reasonable amount of time and within the period contemplated by the Court for "contempt track" discovery.  However, responding to these needless "emergency" motions distracts and diverts counsel from continuing to review and produce documents and conduct the inquiry necessary to respond to the PSC's interrogatories.

The CNBM Defendants respectfully request that the Court deny the PSC's Motion. As the PSC's latest filing makes clear, the PSC seems determined to needlessly involve the Court in discovery unless otherwise directed by the Court.  The CNBM Defendants again suggest that the Court memorialize by order its directive that counsel meet and confer regarding discovery issues prior to resorting to judicial intervention, such that further abuses of the ex parte procedure will be deterred by the potential for sanctions or other appropriate disciplinary measures.[5]

---

[3] *E.g.*, Mar. 26, 2015 Tr. at 22:12-17; June 16, 2015 Tr. at 7.

[4] *E.g.,* Rec. Doc. Nos. 18421, 18506, 18650, 18789, 18975, 19005.

[5] *See, e.g., Russell-Brown v. Univ. of Fla.*, 2014 U.S. Dist. LEXIS 129617 (N. D. Fla. Sept. 15, 2014) (Plaintiff fined and warned of additional future disciplinary measures after filing 32 emergency motions for relief and disregarding Court orders not to file unjustified emergency motions).

Respectfully submitted,

/s/ L. Christopher Vejnoska
L. Christopher Vejnoska (CA Bar No. 96082)

| | |
|---|---|
| L. Christopher Vejnoska (CA Bar No. 96082)<br>Ian Johnson (CA Bar No. 208713)<br>Andrew Davidson (CA Bar No. 266506)<br>Jason Wu (CA Bar No. 279118)<br>Ian Fein (CA Bar No. 281394)<br>Jason Cabot (CA Bar No. 288877)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA  94105<br>Tel.:  415-773-5700<br>Fax:  415-773-5759<br>E-mail: cvejnoska@orrick.com<br>         ijohnson@orrick.com<br>         adavidson@orrick.com<br>         jmwu@orrick.com<br>         ifein@orrick.com<br>         jcabot@orrick.com | Ewell E. Eagan, Jr. (LA Bar No. 5239)<br>Donna Phillips Currault (LA Bar No. 19533)<br>Nina Wessel English (LA Bar No. 29176)<br>Alex B. Rothenberg (LA Bar No. 34740)<br>GORDON, ARATA, MCCOLLAM,<br>DUPLANTIS & EAGAN, LLC<br>201 St. Charles Avenue, 40th Floor<br>New Orleans, LA 70170-4000<br>Tel: (504) 582-1111<br>E-mail: eeagan@gordonarata.com<br>         dcurrault@gordonarata.com<br>         nenglish@gordonarata.com<br>         arothenberg@gordonarata.com |
| James L. Stengel (NY Bar No. 1800556)<br>Xiang Wang (NY Bar No. 4311114)<br>Kelly Daley (NY Bar No. 4970117)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>51 West 52nd Street<br>New York, NY, 10019<br>Tel:  212-506-5000<br>Fax:  212-506-5151<br>Email: jstengel@orrick.com<br>         xiangwang@orrick.com<br>         kdaley@orrick.com | Jonathan Riddell (LA Bar No. 27053)<br>ORRICK, HERRINGTON & SUTCLIFFE, LLP<br>400 Capitol Mall<br>Suite 3000<br>Sacramento, CA 95814<br>Tel: 916-447-9200<br>Email: jriddell@orrick.com |

Eric A. Shumsky (D.C. Bar No. 477926)
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street NW
Washington, D.C. 20005
Tel: 202-339-8400
Fax: 202-339-8500
Email: eshumsky@orrick.com

*Attorneys for CNBM Defendants*

Dated**:** July 2, 2015

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Response to the PSC's Corrected Emergency Motion for Expedited Return on Supplemental Discovery has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail and upon all parties by electronically uploading the same to File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 2nd day of July 2015.

                                                /s/ L. Christopher Vejnoska
                                                L. Christopher Vejnoska (CA Bar No. 96082)