UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO: 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: | |

*Payton, et al v. Knauf Gips, KG, et al.*
Case No. 2:09-cv-07628 (E.D. La.)

## NOTICE OF APPEAL

Notice is hereby given that William Wayne and Kelly Wayne, individually and on behalf of their minor children, plaintiffs/claimants in the above captioned action, hereby appeal to the United States Court of Appeals for the Fifth Circuit from an Order and Reasons, entered June 4, 2015 (Ex. 1), which overruled and denied their Objection/Motion to Appeal Special Master Denial Notice and for Reinstatement of Claim.

Dated:   Mandeville, Louisiana        Respectfully submitted,
         July 2, 2015

                                      DAVIS & DUNCAN, LLC

                                      /s/ Mark Duncan
                                      _____
                                      MARK G. DUNCAN (Bar No. 29161)
                                      MICHELLE MAYNE DAVIS (Bar No. 23027)
                                      849 Galvez Street
                                      Mandeville, Louisiana 70448
                                      Telephone: (985) 626-5770
                                      Facsimile:  (985) 626-5771

1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appeal upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-trial Order no. 6 and that the foregoing will also be served via the Court's electronic filing system, on this 2nd day of July 2015.

_____
MARK G. DUNCAN