MINUTE ENTRY
FALLON, J.
JULY 2, 2015

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| | JUDGE FALLON MAG. WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

A telephone status conference was held on this date to discuss the status of the case. The PSC, counsel for Taishan, counsel for the CNBM entities, and counsel for the BNBM participated.

With regards to the use of translated documents during the PSC's July 8, 2015 deposition of BNBM's 30(b)(6) witness, the Parties informed the Court that they had arrived at a resolution. With regards to several pending motions, namely those contained in Rec. Docs. 18851, 18876, and 18879), the Parties meet and confer to come up with a proposed scheduling order to present the Court.

With regards to CNBM Group's Motion to Dismiss for Lack of Subject Matter Jurisdiction (Rec. Doc. 19179), CNBM Group argues that it is entitled to sovereign immunity under the Foreign Sovereign Immunities Act (FSIA) and, accordingly, its motion should be heard immediately. The PSC argues that CNBM Group is not entitled to immunity under FSIA because its claims fall within the commercial activity exception to FSIA, and the PSC requests the opportunity to conduct additional discovery before the motion is set for hearing in order to be able to fully present its argument that jurisdiction exists under the commercial activity exception.

1

JS10(00:24)

Thus, **IT IS ORDERED** that the Parties meet and confer to determine an appropriate date (or dates) on which the Court will hear CNBM Group's Motion to Dismiss for Lack of Subject Matter Jurisdiction (as well as the other motions subsumed within Rec. Doc. 19179). If the parties cannot come to an agreement on an appropriate date(s), the Court will set a hearing date.