UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 <br><br> SECTION L <br><br> JUDGE FALLON <br> MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO: ALL CASES**

## ORDER

The Court received and reviewed the attached correspondence from Patricia S. Gottlieb.

**IT IS ORDERED** that the attached correspondence be entered into the record.

**IT IS FURTHER ORDERED** that Russ Herman of the Plaintiffs' Liaison Counsel review the correspondence and discuss with or provide guidance to the Plaintiff regarding any appropriate next steps.

New Orleans, Louisiana, this 7th day of July, 2015.

_____
UNITED STATES DISTRICT JUDGE

cc:
Patricia S. Gottlieb
619 Orton Avenue #503
Ft. Lauderdale, FL 33304

1