To: Honorable Judge Eldon E. Fallon
C456 - 500 Poydras Street
New Orleans, Louisiana 70130
From: Plaintiff - MDL 2047
Patricia S. Gottlieb
619 Orton Ave #503 Ft. Laud, FL. 33304
email dancer8888@bellsouth.net
cellphone # 954-591-1925
Date: July 1, 2015
Subject: Threat Harassment Lawsuit

Your Honor,

As a Class Member, I listen to Monthly Court Phone and read transcripts, Minutes.. You suggested the Attorney's could have talked to you to resolve issue last month. Therefore, I write to you.

My Condominium Association is harassing me and threatening me with Lawsuit. A Local Attorney Advise I Compy. Please See Attachments.

Now, I am one of many waiting for Tishian and Affiliates decision of this Court. Because you have Protocol for Remediation as a guide I have Followed And this Association

does not. I am being coerced to do what is not your order. I want to have my property properly remediated as per your decision. Please review these pages And in your very busy day please include me with your opinion what to do about how this Management Condominium Association chooses to disregard your Protocol for Chinese Drywall remediation.

Respectfully Submitted,
Patricia S. Gottlieb
Claimant



This certificate is presented to

*Patricia Gottlieb*

upon your retirement from the Government of the United States of America following ___*Twenty-six*___ Years of loyal service

November 01, 2014

**JOHN S. PISTOLE**
*Administrator*
**Transportation Security Administration**

You're seeing Basic Mail because you're using an unsupported Internet browser. Upgrade your browser for the full Yahoo experience.
Don't show this again.



June 30, 2015

Hello Manager Vito sunrise Lakes Phase three,

My unit 110 bldg. 68 is currently being considered for remediation. Your attorney's letter stated if I do not comply, you would sue me.

I have asked for proper protocol pages that your contractor Mr Weaver and your mover Mr King prepare to do to remediate my unit and my belongings.

I have not received any remediation protocol papers for me to agree and to sign for your contractor to do this work and your mover/storage.

I have done what you asked:

I have allowed you to inspect my unit since 2012: two times once in 2012 and one year later in 2013.
  I have given you all the door keys.

Please allow me the opportunity to read the work in the protocol proposal your contractor and your mover are preparing to do. The guidelines, which have been updated, for proper remediation protocol has been set by the federal court.

You have threatened me with a law suit.

Respectfully submitted,
Patricia Gottlieb
owner


On Thursday, June 25, 2015 9:51 AM, Marie Montag <mmontag@slp3condo.com> wrote:


Patricia: You can come today but it must be not before 2PM and see me, Marie.
Marie, Office Manager

From: "John Doe" <dancer8888@bellsouth.net>
To: "Marie Montag" <mmontag@slp3condo.com>
Sent: Wednesday, June 24, 2015 5:07:22 PM
Subject: Re: SUNRISE LAKES PHASE III - BLDG. 68 - UNIT 110

I will come tomorrow tell me what time as manager Vito said he knew nothing about lawyer letter as I gave my copy to him also



he had no papers for me to sign as I told Nancy prior to my
arrival that I was on my way. Respectfully
Patricia
On Jun 24, 2015 4:10 PM, Marie Montag
<mmontag@slp3condo.com> wrote:
> Good afternoon Patricia: Thank you bringing us your key for
> entry into your unit for remediation as requested in the
> lawyer's letter dated June 16th, 2015. HOWEVER, YOU NEED
> TO COME BACK
> TO THE MANAGEMENT OFFICE AND SIGN THE STRUCTURAL
> PERMIT APPLICATION FOR EVERYTHING TO ACTUALLY GET
> STARTED. THIS IS WHAT WE HAVE BEEN REQUESTING FROM
> YOU QUITE SOMETIME
> NOW.   UPON RECEIPT OF THIS E-MAIL, KINDLY LET ME
> KNOW WHEN YOU ARE ABLE TO COME. E-MAIL ME BACK
> WITH YOUR RESPONSE.   THANKS
> Marie Montag, Office Manager
> Sunrise Lakes Phase III
> Ph: (954) 741-1338, Ext. 204
> Fx: (954) 741-2590
> E-mail: mmontag@slp3condo.com

Compose        Delete  Reply  Reply All  Forward  Actions  Apply  Previous  Next



**SUNRISE LAKES PHASE III - BLDG. 68 - UNIT 110**    Wednesday, June 24, 2015 4:10 PM

From: "Marie Montag" <mmontag@slp3condo.com>
To: "Patricia Gottlieb" <dancer8888@bellsouth.net>

Good afternoon Patricia: Thank you bringing us your key for entry into your unit for remediation as requested in the lawyer's letter dated June 16th, 2015. HOWEVER, YOU NEED TO COME BACK
TO THE MANAGEMENT OFFICE AND SIGN THE STRUCTURAL PERMIT APPLICATION FOR EVERYTHING TO ACTUALLY GET STARTED. THIS IS WHAT WE HAVE BEEN REQUESTING FROM YOU QUITE SOMETIME
NOW.    UPON RECEIPT OF THIS E-MAIL, KINDLY LET ME KNOW WHEN YOU ARE ABLE TO COME. E-MAIL ME BACK WITH YOUR RESPONSE.    THANKS
Marie Montag, Office Manager
Sunrise Lakes Phase III
Ph: (954) 741-1338, Ext. 204
Fx: (954) 741-2590
E-mail: mmontag@slp3condo.com

Re: SUNRISE LAKES PHASE III - BLDG. 68 - UNIT 110 - Inbox - Yahoo! Mail

Case 2:09-md-02047-EEF-MBN   Document 19256-1   Filed 07/07/15   Page 1 of 2

You're seeing Basic Mail because you're using an unsupported Internet browser. Upgrade your browser for the full Yahoo experience.
Don't show this again.

Search Mail | Search Web | Patricia | Profile | Go | Sign Out | Home

Inbox | Contacts | Notepad | Calendar

Compose | Delete Reply Reply All Forward Actions Apply Previous Next

Inbox (6956)
Drafts (170)
Sent
Spam (190) [Empty]
Trash [Empty]

My Folders [Edit]
meeee (1)
pictures (12)

Sponsored
SeniorPeopleMeet.com
I need a girlfriend



Goodyear Ti — Goodyear® Tire Buying Tips
Sponsored — Goodyear® will help you find the

**Re: SUNRISE LAKES PHASE III - BLDG. 68 - UNIT 110**   Friday, June 26, 2015 12:34 PM

From: "Patricia Gottlieb" <dancer8888@bellsouth.net>
To: "Marie Montag" <mmontag@slp3condo.com>
   "Patricia Gottlieb" <dancer8888@bellsouth.net>

Full Headers  Printable View

June 26, 2015  Remediation unit 110 bldg. 68 Phase 3
Hello Marie,
I did as Manager Vito has asked of me: I delivered sets of keys to unit front and back doors and I have signed permit to begin proper remediation of this very contaminated unit.
Her, I have attached one of many documents we spoke of concerning Mr Weaver and this Association doing the correct protocol as per Federal Judge Fallon for all Chinese Drywall remediation.
Please give this to those involved so we may agree on what will be included in this process for remediation of my condominium.
Respectfully submitted,
Patricia Gottlieb
Owner


On Thursday, June 25, 2015 1:16 PM, John Doe <dancer8888@bellsouth.net> wrote:


Marie
I will come again tomorrow am with back door key
Patricia
On Jun 25, 2015 9:51 AM, Marie Montag <mmontag@slp3condo.com> wrote:
Patricia: You can come today but it must be not before 2PM and see me, Marie.
Marie, Office Manager

From: "John Doe" <dancer8888@bellsouth.net>
To: "Marie Montag" <mmontag@slp3condo.com>
Sent: Wednesday, June 24, 2015 5:07:22 PM
Subject: Re: SUNRISE LAKES PHASE III - BLDG. 68 - UNIT 110

I will come tomorrow tell me what time as manager Vito said he knew nothing about lawyer letter as I gave my copy to him also he had no papers for me to sign as I told Nancy prior to my arrival that I was on my way. Respectfully
Patricia
On Jun 24, 2015 4:10 PM, Marie Montag <mmontag@slp3condo.com> wrote:
> Good afternoon Patricia: Thank you bringing us your key for entry into your unit for remediation as requested in the lawyer's letter dated June 16th, 2015. HOWEVER, YOU NEED TO COME BACK
> TO THE MANAGEMENT OFFICE AND SIGN THE STRUCTURAL PERMIT APPLICATION FOR EVERYTHING TO ACTUALLY GET STARTED. THIS IS WHAT WE HAVE BEEN REQUESTING FROM YOU QUITE SOMETIME



**SUNRISE LAKES PHASE III - BLDG. 68 - UNIT 110**  Wednesday, July 1, 2015 10:06 AM

From: "Marie Montag" <mmontag@slp3condo.com>
To: "John Doe" <dancer8888@bellsouth.net>

Patricia: Regarding the mold in your unit, the Association is not responsible. If you have Home Owner's Insurance you must contact them. If you don't, the Association will obtain an estimate from a Restoration Company. Once all the restoration is complete, we will continue our project with the drywall.

Joseph Vito, Property Manager

Marie Montag, Office Manager
Sunrise Lakes Phase III
Ph: (954) 741-1338, Ext. 204
Fx: (954) 741-2590
E-mail: mmontag@slp3condo.com



# Law Offices CASORIA & GOFF, P.A.
Cy Casoria & Charles A. Goff   954-564-4600

Sam Caliendo: Of Counsel  954-418-8711

June 22, 2015

Patricia Gottlieb
619 Orton Drive
Unit 503
Ft. Lauderdale, Fl 33304

## STATEMENT OF ACCOUNT

FOR PROFESSIONAL SERVICES RENDERED:

RE:   chinese drywall

| | |
|---|---:|
| review legal paperwork from association | $200.00 |
| administrative costs | 8.00 |
| **TOTAL BALANCE DUE** | $__208.00__ |

**THANK YOU.**