UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED | * | MDL 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### BAILEY LUMBER & SUPPLY CO.'S REPLY TO PLAINTIFFS' OPPOSITION TO ITS MOTION TO ENFORCE INJUNCTION REGARDING CLAIMS BROUGHT BY PLAINTIFFS KYLE AND DENISE NEWMAN

Bailey Lumber & Supply Company ("Bailey"), offers this brief reply to several statements and arguments made by Plaintiffs Kyle and Denise Newman in their opposition to Bailey's Motion to Enforce Injunction Regarding Claims Brought by Plaintiffs.

As part of their opposition, plaintiffs purport to file a motion to enforce the settlement agreement, citing Mississippi state law regarding offer and acceptance of settlement agreements. Plaintiffs admit that as class members, they voluntarily chose to participate in the Builders, Suppliers and Installers Settlement and did not opt-out of the settlement. (They initially opted-out, but timely rescinded their opt-out.) As the Court is aware, plaintiffs are therefore bound by the settlement agreement.

Plaintiffs argue as though they agreed to remain in the settlement class in exchange for a predetermined sum of money. As this Court is also aware, such was never the case. Rather, a procedure was established by which claims would be submitted and a claims administrator would determine eligibility and, subsequently, the settlement funds would be divided among the eligible participants.

00111135-1

Bailey has no opposition to plaintiffs receiving whatever they are due in accordance with the settlement agreement. It appears that the failure of plaintiffs to receive any funds is a result of some issue in the claims procedures, either plaintiffs' failure to comply as required or perhaps a mistake by the claims administrator. Whatever the case may be, Bailey has no further obligation to plaintiffs with regard to the settlement, and denies any further obligation, and is entitled to an injunction against plaintiffs continuing their state court actions against Bailey.

In addition to the foregoing, plaintiffs note that they filed a motion for leave to submit late filed claims (Docket no. 18295), which the Court denied (Docket no. 18586). Of significance to Bailey, and the enforcement of the class settlement, the Court in its order stated that the plaintiffs (the order refers to a number of plaintiffs who filed motions to submit late filed claims and not just the Newman plaintiffs) seek "other means to pursue the claim."

In state court proceedings, plaintiffs have used this language to argue, or imply, that this Court meant to authorize the continuance of state court litigation by those parties who did not opt-out of the class settlement but were nonetheless unhappy with the amount they received or the determination that they were not entitled to receive any settlement funds. Bailey respectfully suggests that the Court may wish to clarify the meaning of its statement to avoid suggestions of unintended meanings.

Respectfully submitted,

BAILEY LUMBER & SUPPLY COMPANY

*/s/ Robert L. Redfearn, Jr.*
Robert L. Redfearn, Jr. (# 17106)

OF COUNSEL:

SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.
1100 Poydras Street, 30th Floor
New Orleans, Louisiana 70163-3000
Phone: (504) 569-2030
Fax: (504) 569-2999
E-mail: redfearnjr@spsr-law.com

R. Ryan Daugherty (MB #102275)
Sirote & Permutt, P.C.
2311 Highland Avenue South
Birmingham, Alabama 35205
Telephone: (205) 930-5279
Facsimile: (205) 212-3816

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 7th day of July, 2015.

**I ALSO CERTIFY** that this document is being served this day on counsel for Plaintiffs, Wayne E. Ferrell, Jr., 405 Tombigee St., Jackson, Mississippi 39201 (WFerrell@airlawonline.com), via email transmission.

                                                                                               _/s/ Robert L. Redfearn, Jr._