UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047 <br> SECTION L <br> JUDGE FALLON <br> MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO: ALL CASES**

## ORDER

The Court received by mail Tuan and Collen Nguyen's appeal to the Special Master's Other Losses Determination in their case governed by the Chinese Drywall Settlement Program.

**IT IS ORDERED** that the attached correspondence be entered into the record.

**IT IS FURTHER ORDERED** that any party that wishes to respond to this motion to reconsider do so by July 29, 2015.

New Orleans, Louisiana, this 7th day of July, 2015.

_____
UNITED STATES DISTRICT JUDGE

1