July 1, 2015



500 Poydras Street
Room C-456
New Orleans, LA 70130

Judge Fallon;

Please accept this letter as an appeal to the Other Losses Determination Notice for the Chinese Drywall Settlement Program.

Our first order of business for this appeal is the amount allowed for the Sale in Mitigation for our Chinese Drywall home. We purchased an old home on an amazing piece of waterfront property knowing that we were going to take down the old house (see attached photos) and rebuild with our gorgeous modern dream home. Two and a half years later we learned that our dream home was toxic and was what had been making our family sick for the last 2.5 years. Our dream home had been built with toxic Chinese Drywall.

On our determination notice the special master has denied the full loss of equity for our home. Instead we have been asked for an appraisal for our home. Have other homeowners been required to present similar documentation or was their lost equity the amount that the home cost them before they moved into their home? Our lost equity is the dollar value we put into our home, which included, the purchase price of the old tear down home and land along with the cost to take down the old home and then build our dream home. Why would the special master use the amount our home was valued at instead of the lost equity from our home similar to what was used for ALL of the other homeowners? If we had sold our home back when it was built we were told that we would have gotten closer to the $1.3 or $1.5M range! Sadly, this was our dream home that we NEVER planned on selling.

We purchased a tear down and then proceeded to build a home on this property knowing that the area in which we purchased our waterfront home would certainly sustain a home of this value. Why are the other homeowners allowed to put in the value of what they invested into their home while we are being penalized and asked for an appraisal? An Appraisal is a "snapshot in time for the value of a home". The difference for an appraisal done on the day the home was completed as compared to the day we found out it had Chinese Drywall as compared to the day we short sold the home as compared to the value of the home today would all be different snapshot in time and have nothing to do with the Equity that we lost in our home. The equity we lost is the dollar amount we put into our home to include the purchase price and the build price. We did not make cosmetic improvements. We built a home.

Our second order of business for this appeal concerns the amount allowed for Personal Property. On our first determination notice the value was $32,113.96 and on the second determination notice it was increased to $34,482.30. That number has now increased by an additional $48,862.75. This increase was due to the fact that the day before the appeal was due I was informed that pictures, along with values of items that would replace our lost items, were allowed by the special master. Unfortunately, this information had never been shared with us before. That morning I was able to take some time to go thru and create a list, with pictures and values for some of the big ticket items. Sadly, there was not enough time to go through all of the items we had lost due to the time constraint. This information should have been shared with all homeowners long before the due date for appeals.

From day one of this lawsuit our attorney has told us that the only way we will see a return on our losses will be from the other loss fund because the value of our losses were so much greater then those of other claimants. When we are not allowed the true value of our losses this makes our recovery nearly impossible while others continue to recover far beyond their losses. The determination on these settlements should also include how much was recovered in all previous settlements so that our legal system does not allow such disparities upon recovery from ours that has totaled 6% of our losses to date, as compared to others that have received more then 600 times their losses and still stand to recover funds from this part of the settlement program.

Judge Fallon, I implore you to please take the time to review the entirety of all of the documentation that I have already supplied to The Garretson Group/the special master. I hope you can understand that we feel our losses are the dollar amount we put into the land we purchased and the dollar amount that we put into building our home on that land. Our losses are "our true monetary losses" and not a made up value as to what others think could have been our losses with a lot of "ifs" thrown in. We have certainly proven to the court exactly the cost of the land and tear down home along with the cost to build our dream home. That dollar amount is the amount of money that we lost due to Chinese Drywall. I hope that the court will find the ruling on this decision to err on the side of our family, the victims, and use the monetary value of our true losses not a created/appraised value of our losses.

Thanks for your time

*Tuan and Colleen Nguyen* (signatures)

Tuan and Colleen Nguyen