UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT APPLIES TO ALL CASES | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## O R D E R

Considering the Motion for Leave to File Second Supplemental Reply Brief in Support of its Motion to Compel JP Morgan Chase & Co. to Comply with the PSC's Discovery Requests and to File Exhibits Under Seal filed by the Plaintiffs' Steering Committee;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the attached Second Supplemental Reply Brief in Support of its Motion to Compel JP Morgan Chase & Co. to Comply with the PSC's Discovery Requests be and is hereby filed into the record.

IT IS FURTHER ORDERED BY THE COURT that Exhibits D and E attached to the Second Supplemental Reply Brief in Support of its Motion to Compel JP Morgan Chase & Co. to Comply with the PSC's Discovery Requests be and they are FILED UNDER SEAL.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE