EXHIBIT "A"

## Joyce Romano

| | |
|---|---|
| From: | Joyce Romano |
| Sent: | Thursday, June 25, 2015 11:22 AM |
| To: | 'JGarner@SHERGARNER.com'; 'gcrowson@mcglinchey.com' |
| Cc: | Arnold Levin (PSC); 'Eliza_Meltzer@laed.uscourts.gov'; Russ Herman Private |
| Subject: | CDW/RUSS HERMAN |
| Attachments: | meet & confer JP Morgan.pdf; J P Morgan China Overview.pdf; meet & confer Morgan Stanley.pdf; Morgan Stanley China Overview.pdf |

| | |
|---|---|
| Importance: | High |

| Tracking: | Recipient | Delivery | Read |
|---|---|---|---|
| | 'JGarner@SHERGARNER.com' | | |
| | 'gcrowson@mcglinchey.com' | | |
| | Arnold Levin (PSC) | | |
| | 'Eliza_Meltzer@laed.uscourts.gov' | | |
| | Russ Herman Private | Delivered: 6/25/2015 11:22 AM | Read: 6/25/2015 11:30 AM |

ON BEHALF OF RUSS HERMAN

Re:   **Argument scheduled for Monday, June 29, 2015 – 1:30 P.M. C.S.T. before The Honorable Eldon E. Fallon**

Attached you will find copies of the "Meet & Confer" at which we jointly conferred in person on May 15, 2015.

On May 15, 2015, we substantially narrowed our document and deposition requests and provided you with an outline of your respective clients' relationships with Taishan Defendants (BNBM and CNBM et. al.)

Since that time , CNBM/CNBMG have for six days been deposed and all CNBM Annual Reports and voluntary announcements 2005-2014, have been introduced as authentic business records in English and Chinese, as published at the direction of CNBM.

I also attach, research accomplished by our Firm in 2009 and 2010 highlighting your clients relationships.

We intend to refer to the attached materials during the scheduled Argument.

Best Regards,

RUSS M. HERMAN, ESQ.

Joyce S. Romano
Administrative Assistant to Russ M. Herman
*Herman, Herman & Katz, L.L.C.*
*Herman Gerel, LLP*
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024 (Fax)

www.hhklawfirm.com





1

To:
From: Russ Herman
Date: Friday, May 15, 2015
Re: Meet and Confer – Documents and Deposition Topics for JP Morgan Chase

        All financial transactions by and among any Defendant and/or Defendants' Affiliates or Subsidiaries with the bank and/or the bank's subsidiaries or affiliates in the United States or in China.

        All United States executives, directors, management employees involved in any of the above financial transactions who are citizens of the United States and their full contact information.

        See the following specific documents for reference.

| BANK | ENTITY | DOCUMENT | PAGE | BATES NUMBER |
|---|---|---|---|---|
| JP Morgan Chase | CNBM Co Ltd | CNBM 2014 Interim Report | 43 | CNBMCO00000124 |
| JP Morgan Chase | CNBM | CNBM 2014 Annual Report (Director's Report: Disclosure of Interest) | 61-64; 68 | ALRMH-CNBM00003724-00003727; 00003731 |
| JP Morgan Chase | CNBM | CNBM 2014 Annual Report (Biographical Details of Directors) | 89 | ALRMH-CNBM00003752 |
| JP Morgan Chase | CNBM Group | CNBM 2014 Annual Report (Shareholding Structure of the Group) | 13 | ALRMH-CNBM00003676 |
| JP Morgan Chase | BNBM PLC | BNBM 2012 Annual Report | 29 | BNBMPLC00002300 |
| JP Morgan Chase | CNBM · | CNBM 2014 Annual Report | 61 | ALRMH-CNBM00003724 |
| JP Morgan Chase | CNBM | CNBM 2014 Annual Report | 63 | ALRMH-CNBM00003726 |
| JP Morgan Chase | CNBM | CNBM 2014 Annual Report | 64 | ALRMH-CNBM00003727 |
| JP Morgan Chase | CNBM | CNBM 2013 Annual Report | 64 | ALRMH-CNBM00003291 |
| JP Morgan Chase | CNBM | CNBM 2013 Annual Report | 65 | ALRMH-CNBM00003292 |
| JP Morgan Chase | CNBM | CNBM 2013 Annual Report | 66 | ALRMH-CNBM00003293 |
| JP Morgan Chase | CNBM | CNBM 2012 Annual Report | 61 | ALRMH-CNBM00002852 |
| JP Morgan Chase | CNBM | CNBM 2011 Annual Report | 56 | ALRMH-CNBM00002411 |
| JP Morgan Chase | CNBM | CNBM 2010 Annual Report | 51 | ALRMH-CNBM00001978 |



EXHIBIT

tabbies®

A

| JP Morgan Chase | CNBM | CNBM 2009 Annual Report | 55 | ALRMH-CNBM00001570 |
|---|---|---|---|---|
| JP Morgan Chase | CNBM | CNBM 2008 Annual Report | 44 | ALRMH-CNBM00001163 |
| JP Morgan Chase | CNBM | CNBM 2007 Annual Report | 44 | ALRMH-CNBM00000827 |
| JP Morgan Chase | CNBM Co. LTD | CNBM 2014 Interim Report | 44 | CNBMCO00000125 |
| JP Morgan Chase | CNBM Co. LTD | CNBM 2014 Interim Report | 45 | CNBMCO00000126 |
| JP Morgan Chase | CNBMC | CNBM Voluntary Announcement | 43 | CNBMCO00000124 |



# CNBM

China National Building Material Company Limited*

(Stock Code:3323)



Interim Report 中 期 報 告

2014

\* For identification only

CNBMCO00000080

Significant Events (Continued) 

### DISCLOSURE OF INTERESTS OF SUBSTANTIAL SHAREHOLDERS AND OTHER PERSONS (INCLUDING DIRECTORS, CHIEF EXECUTIVE AND SUPERVISORS)

### I. Substantial shareholders and persons who have an interest or short position discloseable under Divisions 2 and 3 of Part XV of the SFO

So far as was known to the Directors or the Supervisors of the Company, as at 30 June 2014, the Shareholders (other than the Directors, the chief executive or the Supervisors of the Company) who had interests or short positions in the shares or underlying shares of the Company which were required to be disclosed to the Company and the Stock Exchange under the provisions of Divisions 2 and 3 of Part XV of the SFO, or which were recorded in the register required to be kept by the Company under Section 336 of the SFO or had otherwise notified the Company were as follows:

| Name of Substantial Shareholder | Class of Shares | Long/ short position/ Lending Pool | Capacity | Number of Shares held | Notes | Percentage of the relevant class of share capital (%)[1,6] | Percentage of total share capital (%)[1,6] |
|---|---|---|---|---|---|---|---|
| Parent | Domestic Shares | Long | Beneficial owner | 666,962,522 | | | |
| | Domestic Shares | Long | Interest of controlled corporation | 1,714,459,536 | | | |
| | | | | 2,381,422,058 | 2,3 | 94.50 | 44.10 |
| BNBMG | Domestic Shares | Long | Beneficial owner | 1,485,566,956 | 2 | 58.95 | 27.52 |
| CNBM Trading | Domestic Shares | Long | Beneficial owner | 227,719,530 | 2 | 9.04 | 4.22 |
| Cinda | Domestic Shares | Long | Beneficial owner | 138,432,308 | 3 | 5.49 | 2.56 |
| JPMorgan Chase & Co. | H Shares | Long | Beneficial owner | 52,093,061 | | | |
| | H Shares | Long | Investment manager | 16,802,000 | | | |
| | H Shares | Long | Custodian | 246,629,314 | | | |
| | | | | 315,524,375 | 4 | 10.95 | 5.84 |
| | H Shares | Short | Beneficial owner | 12,537,804 | 4 | 0.43 | 0.23 |
| | H Shares | Lending Pool | — | 246,629,314 | 4 | 8.56 | 4.56 |
| Citigroup Inc. | H Shares | Long | Interest of controlled corporation | 46,485,121 | | | |
| | H Shares | Long | Custodian | 100,350,509 | | | |
| | H Shares | Long | Person having a security interest | 420,000 | | | |
| | | | | 147,255,630 | 5 | 5.11 | 2.72 |
| | H Shares | Short | Interest of controlled corporation | 46,228,853 | 5 | 1.60 | 0.85 |
| | H Shares | Lending Pool | — | 100,350,509 | 5 | 3.48 | 1.85 |

CNBMCO00000124



# CNBM

China National Building Material Company Limited*

(Stock Code: 3323)



Annual Report 年度報告 2014

\* For identification only

ALBMH-CNBM00003662

## Directors' Report *(Continued)*

### DISCLOSURE OF INTEREST

1. **Substantial Shareholders and persons who have an interest or short position discloseable under divisions 2 and 3 of Part XV of the Securities and Futures Ordinance ("SFO")**

   So far as was known to directors or supervisors of the Company, as at 31 December 2014, the shareholders (other than the directors or supervisors of the Company) who had interests or short positions in the shares or underlying shares of the Company which were required to be disclosed to the Company and the Stock Exchange under the provisions of Divisions 2 and 3 of Part XV of the SFO, or which were recorded in the register required to be kept by the Company under Section 336 of the SFO or had otherwise notified the Company were as follows:

| Name of Substantial Shareholder | Class of Shares | Long/short position/ Lending Pool | Capacity | Number of Shares held | Notes | Percentage of the relevant class of share capital (%)[1,4] | Percentage of total share capital (%)[1,2] |
|---|---|---|---|---|---|---|---|
| Parent | Domestic Shares | Long | Beneficial owner | 666,962,522 | | | |
| | Domestic Shares | Long | Interest of controlled corporation | 1,714,459,536 | | | |
| | | | | 2,381,422,058 | 2,3 | 94.50 | 44.10 |
| BNBMG | Domestic Shares | Long | Beneficial owner | 1,485,566,956 | 2 | 58.95 | 27.52 |
| CNBM Trading | Domestic Shares | Long | Beneficial owner | 227,719,530 | 2 | 9.04 | 4.22 |
| Cinda | Domestic Shares | Long | Beneficial owner | 138,432,308 | 3 | 5.49 | 2.56 |
| JPMorgan Chase & Co. | H Shares | Long | Beneficial owner | 53,286,037 | | | |
| | H Shares | Long | Investment manager | 17,528,000 | | | |
| | H Shares | Long | Custodian | 159,874,794 | | | |
| | | | | 230,688,831 | 4 | 8.01 | 4.27 |
| | H Shares | Short | Beneficial owner | 6,015,701 | 4 | 0.20 | 0.11 |
| | H Shares | Lending Pool | — | 159,874,794 | 4 | 5.55 | 2.96 |
| UBS AG | H Shares | Long | Beneficial owner | 38,489,693 | | | |
| | H Shares | Long | Person having a security interest | 128,340,568 | | | |
| | H Shares | Long | Interest of controlled corporation | 5,577,000 | | | |
| | | | | 172,407,261 | 5 | 5.98 | 3.19 |
| | H Shares | Short | Beneficial owner | 36,271,021 | | | |
| | H Shares | Short | Interest of controlled corporation | 1,026,000 | | | |
| | | | | 37,297,021 | 5 | 1.29 | 0.69 |

ALRMH-CNBM00003724

# Directors' Report *(Continued)*

## DISCLOSURE OF INTEREST *(CONTINUED)*

1.  **Substantial Shareholders and persons who have an interest or short position discloseable under divisions 2 and 3 of Part XV of the Securities and Futures Ordinance ("SFO")** *(Continued)*

| Name of Substantial Shareholder | Class of Shares | Long/ short position/ Lending Pool | Capacity | Number of Shares held | Notes | Percentage of the relevant class of share capital (%)[1,2] | Percentage of total share capital (%)[1,2] |
|---|---|---|---|---|---|---|---|
| UBS Group AG | H Shares | Long | Person having a security interest | 128,340,568 | | | |
| | H Shares | Long | Interest of controlled corporation | 44,066,693 | | | |
| | | | | 172,407,261 | 6 | 5.98 | 3.19 |
| | H Shares | Short | Interest of controlled corporation | 37,297,021 | 6 | 1.29 | 0.69 |
| Citigroup Inc. | H Shares | Long | Interest of controlled corporation | 18,433,411 | | | |
| | H Shares | Long | Custodian | 153,712,302 | | | |
| | H Shares | Long | Person having a security interest | 200,000 | | | |
| | | | | 172,345,713 | 7 | 5.98 | 3.19 |
| | H Shares | Short | Interest of controlled corporation | 14,534,000 | 7 | 0.50 | 0.26 |
| | H Shares | Lending Pool | — | 153,712,302 | 7 | 5.33 | 2.84 |

Notes:

1.  As at 31 December 2014, the Company's total issued share capital comprises 5,399,026,262 shares, including 2,519,854,366 Domestic Shares and 2,879,171,896 H Shares.

2.  Of these 2,381,422,058 shares, 666,962,522 shares are directly held by the Parent, the remaining 1,714,459,536 shares are deemed corporate interest indirectly held through BNBMG, CNBM Trading and Building Materials Academy. CNBM Trading and Building Materials Academy are wholly-owned subsidiaries of the Parent. BNBMG is a subsidiary of the Parent which directly and indirectly holds 100% of its equity interests, of which 70.04% is directly held and 29.96% is indirectly held through CNBM Trading. Under the SFO, the Parent is deemed to own the shares directly held by BNBMG (1,485,566,956 shares), CNBM Trading (227,719,530 shares) and Building Materials Academy (1,173,050 shares).

3.  Pursuant to a share transfer agreement dated 31 December 2009 entered into between the Parent and Cinda, Cinda agreed to transfer 49,000,000 Domestic Shares of the Company to the Parent ("First Transfer of Shares"). Pursuant to another share transfer agreement dated 15 December 2010 entered into between the Parent and Cinda, Cinda agreed to transfer 12,800,137 Domestic Shares of the Company to the Parent ("Second Transfer of Shares"). As the proposal in relation to bonus issue of shares on the basis of ten bonus shares for every ten shares held by shareholders of the Company was passed at the 2010 annual general meeting of the Company, the Parent and Cinda entered into a supplemental agreement to the aforesaid two share transfer agreements on 31 August 2012, whereby Cinda agreed to adjust the 61,800,137 Domestic Shares of the Company transferred to the Parent to 123,600,274 Domestic Shares. Consequently, under the SFO, the Parent was deemed to own 2,505,022,332 Domestic Shares (representing 99.41% in the domestic share capital and 46.39% in the total share capital) and Cinda was deemed to own 14,832,034 Domestic Shares (representing 0.58% in the domestic share capital and 0.27% in the total share capital). As at the date of this report, the formalities in respect of the share transfer registration of the aforementioned transactions of shares with the China Securities Depository and Clearing Corporation Limited had not yet been completed.

ALRMH-CNBM00003725

# Directors' Report *(Continued)*

## DISCLOSURE OF INTEREST *(CONTINUED)*

1.  **Substantial Shareholders and persons who have an interest or short position discloseable under divisions 2 and 3 of Part XV of the Securities and Futures Ordinance ("SFO")** *(Continued)*

Notes: *(Continued)*

4.  JPMorgan Chase & Co. was deemed to hold interests in a total of 230,688,831 H Shares (long position) and 6,015,701 H Shares (short position) in the Company by virtue of its control over the following corporations, which held interests in the Company:

    4.1.  J.P. Morgan Securities LLC held 2,903 H Shares (long position) and 1,701 H Shares (short position) in the Company. J.P. Morgan Securities LLC was an indirect wholly-owned subsidiary of JPMorgan Chase & Co..

    4.2.  J.P. Morgan Clearing Corp held 7,000 H Shares (long position) in the Company. J.P. Morgan Clearing Corp was an indirect wholly-owned subsidiary of JPMorgan Chase & Co..

    4.3.  JF Asset Management Limited held 15,926,000 H Shares (long position) in the Company. JF Asset Management Limited was an indirect wholly-owned subsidiary of JPMorgan Chase & Co..

    4.4.  JPMorgan Asset Management (Taiwan) Limited held 1,270,000 H Shares (long position) in the Company. JPMorgan Asset Management (Taiwan) Limited was an indirect wholly-owned subsidiary of JPMorgan Chase & Co..

    4.5.  J.P. Morgan Investment Management Inc. held 12,000 H Shares (long position) in the Company. J.P. Morgan Investment Management Inc. was an indirect wholly-owned subsidiary of JPMorgan Chase & Co..

    4.6.  J.P. Morgan Whitefriars Inc. held 34,340,618 H Shares (long position) and 4,556,000 H Shares (short position) in the Company. J.P. Morgan Whitefriars Inc. was an indirect wholly-owned subsidiary of JPMorgan Chase & Co..

    4.7.  J.P. Morgan Securities plc held 18,935,516 H Shares (long position) and 1,458,000 H Shares (short position) in the Company. J.P. Morgan Securities plc was owned as to 0.69% by J.P. Morgan Capital Financing Limited, which in turn was a wholly-owned subsidiary of JPMorgan Chase & Co., and 99.31% by J.P. Morgan Chase International Holdings, which in turn was an indirect wholly-owned subsidiary of JPMorgan Chase & Co..

    4.8.  JPMorgan Chase Bank, N.A. held 159,874,794 H Shares (long position) in the Company. JPMorgan Chase Bank, N.A. was a wholly-owned subsidiary of JPMorgan Chase & Co..

    4.9.  JPMorgan Asset Management (UK) Limited held 320,000 H Shares (long position) in the Company. JPMorgan Asset Management (UK) Limited was an indirect wholly-owned subsidiary of JPMorgan Chase & Co..

ALRMH-CNBM00003726

# Directors' Report *(Continued)*

## DISCLOSURE OF INTEREST *(CONTINUED)*

1.  **Substantial Shareholders and persons who have an interest or short position discloseable under divisions 2 and 3 of Part XV of the Securities and Futures Ordinance ("SFO")** *(Continued)*

    Notes: *(Continued)*

    4.      *(Continued)*

    The entire interest and short position of JPMorgan Chase & Co. in the Company included a lending pool of 159,874,794 H Shares. Besides, 1,166,503 H Shares (long position) and 5,865,701 H Shares (short position) were held through derivatives as follows:

    | | | |
    |---|---|---|
    | 994,000 H Shares (long position) and 1,308,000 H Shares (short position) | — | through physically settled derivatives (on exchange) |
    | 3,976,000 H Shares (short position) | — | through cash settled derivatives (on exchange) |
    | 2,903 H Shares (long position) and 1,701 H Shares (short position) | — | through physically settled derivatives (off exchange) |
    | 169,600 H Shares (long position) and 580,000 H Shares (short position) | — | through cash settled derivatives (off exchange) |

    5.      Of these 172,407,261 H Shares (long position) and 37,297,021 H Shares (short position), UBS AG was deemed to hold interests in a total of 5,577,000 H Shares (long position) and 1,026,000 H Shares (short position) by virtue of its control over the following wholly-owned subsidiaries, which held direct interests in the Company:

    5.1.    UBS Fund Management (Switzerland) AG held 2,626,000 H Shares (long position) in the Company.

    5.2.    UBS Global Asset Management (Hong Kong) Ltd held 1,226,000 H Shares (long position) and 1,026,000 H Shares (short position) in the Company.

    5.3.    UBS Global Asset Management (Japan) Ltd held 69,000 H Shares (long position) in the Company.

    5.4.    UBS Global Asset Management (Singapore) Ltd held 516,000 H Shares (long position) in the Company.

    5.5.    UBS Global Asset Management (UK) Ltd held 302,000 H Shares (long position) in the Company.

ALRMH-CNBM00003727

# Directors' Report *(Continued)*

## DISCLOSURE OF INTEREST *(CONTINUED)*

1.  **Substantial Shareholders and persons who have an interest or short position discloseable under divisions 2 and 3 of Part XV of the Securities and Futures Ordinance ("SFO")** *(Continued)*

    Notes: *(Continued)*

    7.   *(Continued)*

    The entire interest and short position of Citigroup Inc. in the Company included a lending pool of 153,712,302 H Shares. Besides, 3,248,405 H Shares (long position) and 5,875,000 H Shares (short position) were held through derivatives as follows:

    | | | |
    |---|---|---|
    | 708,284 H Shares (long position) and 5,875,000 H Shares (short position) | — | through physically settled derivatives (off exchange) |
    | 2,540,121 H Shares (long position) | — | through cash settled derivatives (off exchange) |

    8.   All the above percentages are calculated by rounding to two decimal places.

    Save as disclosed above, as at 31 December 2014, the Company has not been notified by any persons who have interests or short positions in the shares or underlying shares of the Company which would fall to be disclosed to the Company under the provisions of Divisions 2 and 3 of Part XV of the SFO, or which were recorded in the register required to be kept by the Company under Section 336 of the SFO.

## II.   Interests and Short Positions of Directors and Supervisors

As at 31 December 2014, as far as the Company is aware, none of the directors nor supervisors of the Company had any interests or short positions in the shares, underlying shares or debentures of the Company or any of its associated corporations (as defined in Part XV of the SFO) which were required to be recorded in the register required to be kept under Section 352 of the SFO, or otherwise required to be notified by the directors or supervisors to the Company and the Stock Exchange pursuant to the Model Code for Securities Transactions by Directors of Listed Issuers set out in Appendix 10 to the Listing Rules nor have they been granted the right to acquire any interests in shares or debentures of the Company or any of its associated corporations.

ALRMH-CNBM00003731



# CNBM

China National Building Material Company Limited*

(Stock Code: 3323)



2014

Annual Report 年度報告

\* For identification only

ALBMH-CNBM00003662

Biographical Details of Directors, Supervisors and Senior Management *(Continued)*

## DIRECTORS *(CONTINUED)*

### Non-executive Directors

**Mr. Guo Chaomin,** born in August 1957, is a non-executive director of the Company. Mr. Guo has over 35 years of experience in business and management in the building material industry of China. He has been a non-executive director of the Company since November 2011, the general manager of China National United Equipment Group Corp. from October 2006 to March 2010, the general manager of Parent since September 2003, the general manager assistant of Parent from April 2002 to September 2003, the general manager of investment and development department of Parent from April 2002 to August 2004, the general manager of Zhongbei Glass Industrial Company (中北玻璃工業公司) from December 2002 to February 2004 and the deputy chief accountant of Parent from May 1998 to April 2002. During the period from March 1983 to May 1998, Mr. Guo served successively in several positions in the Parent including the deputy head, the head, the deputy manager and the manager of planning and finance department. Mr. Guo received a bachelor's degree in economics from Renmin University of China in March 1983 and an MBA degree from China Europe International Business School in May 1998. Mr. Guo is a senior economist.

**Mr. Huang Anzhong,** born in July 1963, is a non-executive director of the Company. Mr. Huang has nearly 30 years of experience in business and management in the building material industry. Mr. Huang has served as the chairman of CNBM Trading since January 2015, the vice general manager of Parent since December 2009, the non-executive director of the Company since March 2005 and the general manager of CNBM Trading from January 2005 to January 2015. Mr. Huang served as the supervisor of China Fiberglass from March 1999 to July 2005, the vice general manager and the general manager of China National Building Material & Equipment Import and Export Company from April 1996 to January 2005, Mr. Huang graduated with a bachelor's degree in engineering from Nanjing Institute of Chemical Technology in July 1985 and received an EMBA degree from Xiamen University in May 2005. Mr. Huang is a researcher and was awarded a special grant of the government approved by the State Council. Mr. Huang was once rewarded as the Working Model of China Central Enterprises.

**Mr. Tao Zheng,** born in February 1975, is a non-executive director of the Company. Mr. Tao has over 15 years of experience in corporate operation and management as well as handling matters of listed companies, with participation in various major matters relating to capital operation, merger and acquisition as well as reorganisation. Mr. Tao has been serving as a non-executive director of the Company since October 2014, a director, the general manager and deputy secretary of the party committee of BNBMG since July 2014. From August 2009 to July 2014, Mr. Tao acted as deputy general manager and secretary of the board of directors of China Fiberglass. From February 2005 to August 2009, Mr. Tao assumed a few important posts in BNBM including assistant general manager, general manager of the procurement department, secretary of the board of directors and so forth. From February 2001 to February 2005, Mr. Tao held several positions such as assistant president, general manager of the hardware business department and general manager of the general management department of BND Co., Limited (now CNBM Investment). Mr. Tao obtained a bachelor's degree of international trade from Nankai University in June 1997 and an MBA degree from Peking University in July 2009. Mr. Tao currently serves as the deputy chief secretary of the Listed Companies Association of Beijing, a member of Central Enterprises Youth Union and a director of China Youth Entrepreneurs Association.

ALRMH-CNBM00003752



# CNBM

China National Building Material Company Limited*

(Stock Code: 3323)



**2014**

Annual
Report 年度報告

* For identification only

ALBMH-CNBM00003662

## Shareholding Structure of the Group

The simplified structure of the Group as at 31 December 2014 is set out as below:



Note:  The aforementioned percentages are rounded to 2 decimal places.

ALRMH-CNBM00003676



# Beijing New Building Materials Public Limited Company

# Annual Report 2012

**March 2013**

BNBMPLC0002273

BNBMPLC Annual Report 2012

| | | | | | |
|---|---|---|---|---|---|
| | headquarters | | | and fund manager at Manulife TEDA Fund, Cinda Fund, Chengrui Investment, CITIC Securities and other institutions | strategy, production and management; the disclosed Company's annual reports and other publicly available material were provided |
| March 1, 2012 | Corporate headquarters | Field investigation | Institution | Researcher at China Merchants Securities and Guotai Junan | The Company's development strategy, production and management; the disclosed Company's annual reports and other publicly available material were provided |
| March 20, 2012 | Corporate headquarters | Communication by telephone | Institution | Analyst and researcher at China Merchants Securities, Marco Polo, Jingfu Investment and JP Morgan | Annual Report 2011 |
| April 16, 2012 | Corporate headquarters | Field investigation | Institution | Analyst and researcher at China Life Asset, Guotai Junan Securities, China Jianyin Investment Securities, and SWS MU Fund Management Co., Ltd | The Company's development strategy, production and management; the disclosed Company's annual reports and other publicly available material were provided |
| April 26, 2012 | Corporate headquarters | Field investigation | Institution | Researcher at Anxin Fund | The Company's development strategy, production and management; the disclosed Company's annual reports and other publicly available material were provided |
| May 8, 2012 | Corporate headquarters | Field investigation | Institution | Analyst and researcher at Donghai Securities, Bohai Securities, National Securities and Shanxi Securities | The Company's development strategy, production and management; the disclosed Company's annual reports and other publicly available material were provided |
| May 9, 2012 | Corporate headquarters | Field investigation | Institution | Researcher at Zexi Investment | The Company's development strategy, production and management; the disclosed Company's annual reports and other publicly available material were provided |
| May 11, 2012 | Corporate headquarters | Field investigation | Institution | Researcher at Tianfeng Securities | The Company's development strategy, production and management; the disclosed Company's annual reports and other publicly available material were provided |
| May 16, 2012 | Corporate headquarters | Field investigation | Institution | Analyst and researcher at Hua An Fund, Guoxin Securities, etc. | The Company's development strategy, production and management; the disclosed Company's annual reports and other publicly available material were provided |
| May 23, 2012 | Corporate headquarters | Field investigation | Institution | Researcher at Hengyisheng Asset | The Company's development strategy, production and management; the disclosed Company's annual reports and other publicly available material were provided |
| May 31, 2012 | Corporate headquarters | Field investigation | Institution | Analyst and researcher at SW, Huarong Securities, Longrising Asset , CASIC, TX Irving, StarRock Investment Management, CSC and other agencies | The Company's development strategy, production and management; the disclosed Company's annual reports and other publicly available material were provided |
| June 14, 2012 | Corporate headquarters | Field investigation | Institution | Analyst and researcher at Honghu Investment, Cinda Securities, Hongyuan Securities, Galaxy Securities, UBS | The Company's development strategy, production and management; the disclosed Company's annual reports and other publicly available material were provided |

28

BNBMPLC0002300

BNBMPLC Annual Report 2012

| | | | | Securities, Yuance Investment, and Yimin Fund | |
|---|---|---|---|---|---|
| June 25, 2012 | Corporate headquarters | Field investigation | Institution | Analyst and researcher at Great Wall Securities, Chinese Fund, Union Life, Taikang Life Insurance, CSC, and CRE Securities | The Company's development strategy, production and management; the disclosed Company's annual reports and other publicly available material were provided |
| July 5, 2012 | Corporate headquarters | Field investigation | Institution | Researcher at Huatai Securities | |
| July 6, 2012 | Corporate headquarters | Field investigation | Institution | Investment manager and analyst at GF Fund, Guoxin Securities and other agencies | The Company's development strategy, production and management; the disclosed Company's annual reports and other publicly available material were provided |
| July 19, 2012 | Corporate headquarters | Field investigation | Institution | Researcher at Bank of China Fund | The Company's development strategy, production and management; the disclosed Company's annual reports and other publicly available material were provided |
| July 20, 2012 | Corporate headquarters | Field investigation | Institution | Researcher at Hongyuan Securities | The Company's development strategy, production and management; the disclosed Company's annual reports and other publicly available material were provided |
| Aug. 17, 2012 | Corporate headquarters | Communication by telephone | Institution | Analyst and researcher at CSC and other agencies | 2012 semi-annual report |
| Aug. 21, 2012 | Corporate headquarters | Field investigation | Institution | Investment manager and researcher at Societe Generale Securities, CSC and other institutions | The Company's development strategy, production and management; the disclosed Company's annual reports and other publicly available material were provided |
| Aug. 24, 2012 | Corporate headquarters | Field investigation | Institution | Investment director and researcher at ICBC Credit Suisse | The Company's development strategy, production and management; the disclosed Company's annual reports and other publicly available material were provided |
| Aug. 29, 2012 | Corporate headquarters | Field investigation | Institution | Investment manager and analyst at CSC, Boshi, etc. | The Company's development strategy, production and management; the disclosed Company's annual reports and other publicly available material were provided |
| Aug. 31, 2012 | Corporate headquarters | Field investigation | Institution | Researcher at Dongxing Securities | The Company's development strategy, production and management; the disclosed Company's annual reports and other publicly available material were provided |
| Sept. 03, 2012 | Corporate headquarters | Field investigation | Institution | Analyst at Nikko Asset | The Company's development strategy, production and management; the disclosed Company's annual reports and other publicly available material were provided |
| Sept. 04, 2012 | Corporate headquarters | Field investigation | Institution | Analyst at Gfund Management | The Company's development strategy, production and management; the disclosed Company's annual reports and other publicly available material were provided |
| Sept. 11, 2012 | Corporate headquarters | Field investigation | Institution | Analyst and researcher at China Merchants Securities, Guotai Junan, Galaxy Securities, etc. | The Company's development strategy, production and management; the disclosed Company's annual reports and other publicly available material were provided |
| Sept. 13, 2012 | Corporate headquarters | Field investigation | Institution | Analyst and researcher at CIC Securities, Huatai Insurance, Sunshine Insurance, etc. | The Company's development strategy, production and management; the disclosed Company's annual reports and other publicly available material were provided |
| Sept. 18, 2012 | Corporate headquarters | Field investigation | Institution | Investment director | The Company's development |

BNBMPLC0002301



# CNBM

China National Building Material Company Limited*

(Stock Code: 3323)



2014

Annual Report 年度報告

* For Identification only

ALBMH-CNBM00003662

# Directors' Report *(Continued)*

## DISCLOSURE OF INTEREST

### 1. Substantial Shareholders and persons who have an interest or short position discloseable under divisions 2 and 3 of Part XV of the Securities and Futures Ordinance ("SFO")

So far as was known to directors or supervisors of the Company, as at 31 December 2014, the shareholders (other than the directors or supervisors of the Company) who had interests or short positions in the shares or underlying shares of the Company which were required to be disclosed to the Company and the Stock Exchange under the provisions of Divisions 2 and 3 of Part XV of the SFO, or which were recorded in the register required to be kept by the Company under Section 336 of the SFO or had otherwise notified the Company were as follows:

| Name of Substantial Shareholder | Class of Shares | Long/ short position/ Lending Pool | Capacity | Number of Shares held | Notes | Percentage of the relevant class of share capital (%)[1,6] | Percentage of total share capital (%)[1,6] |
|---|---|---|---|---|---|---|---|
| Parent | Domestic Shares | Long | Beneficial owner | 666,962,522 | | | |
| | Domestic Shares | Long | Interest of controlled corporation | 1,714,459,536 | | | |
| | | | | 2,381,422,058 | 2,3 | 94.50 | 44.10 |
| BNBMG | Domestic Shares | Long | Beneficial owner | 1,485,566,956 | 2 | 58.95 | 27.52 |
| CNBM Trading | Domestic Shares | Long | Beneficial owner | 227,719,530 | 2 | 9.04 | 4.22 |
| Cinda | Domestic Shares | Long | Beneficial owner | 138,432,308 | 3 | 5.49 | 2.56 |
| JPMorgan Chase & Co. | H Shares | Long | Beneficial owner | 53,286,037 | | | |
| | H Shares | Long | Investment manager | 17,528,000 | | | |
| | H Shares | Long | Custodian | 159,874,794 | | | |
| | | | | 230,688,831 | 4 | 8.01 | 4.27 |
| | H Shares | Short | Beneficial owner | 6,015,701 | 4 | 0.20 | 0.11 |
| | H Shares | Lending Pool | — | 159,874,794 | 4 | 5.55 | 2.96 |
| UBS AG | H Shares | Long | Beneficial owner | 38,489,693 | | | |
| | H Shares | Long | Person having a security interest | 128,340,568 | | | |
| | H Shares | Long | Interest of controlled corporation | 5,577,000 | | | |
| | | | | 172,407,261 | 5 | 5.98 | 3.19 |
| | H Shares | Short | Beneficial owner | 36,271,021 | | | |
| | H Shares | Short | Interest of controlled corporation | 1,026,000 | | | |
| | | | | 37,297,021 | 5 | 1.29 | 0.69 |

ALRMH-CNBM00003724



# CNBM

China National Building Material Company Limited*

(Stock Code: 3323)



# 2014

# Annual
# Report 年度報告

* For identification only

ALBMH-CNBM00003662

# Directors' Report *(Continued)*

## DISCLOSURE OF INTEREST *(CONTINUED)*

### 1. Substantial Shareholders and persons who have an interest or short position discloseable under divisions 2 and 3 of Part XV of the Securities and Futures Ordinance ("SFO") *(Continued)*

Notes: *(Continued)*

4.  JPMorgan Chase & Co. was deemed to hold interests in a total of 230,688,831 H Shares (long position) and 6,015,701 H Shares (short position) in the Company by virtue of its control over the following corporations, which held interests in the Company:

 4.1.  J.P. Morgan Securities LLC held 2,903 H Shares (long position) and 1,701 H Shares (short position) in the Company. J.P. Morgan Securities LLC was an indirect wholly-owned subsidiary of JPMorgan Chase & Co..

 4.2.  J.P. Morgan Clearing Corp held 7,000 H Shares (long position) in the Company. J.P. Morgan Clearing Corp was an indirect wholly-owned subsidiary of JPMorgan Chase & Co..

 4.3.  JF Asset Management Limited held 15,926,000 H Shares (long position) in the Company. JF Asset Management Limited was an indirect wholly-owned subsidiary of JPMorgan Chase & Co..

 4.4.  JPMorgan Asset Management (Taiwan) Limited held 1,270,000 H Shares (long position) in the Company. JPMorgan Asset Management (Taiwan) Limited was an indirect wholly-owned subsidiary of JPMorgan Chase & Co..

 4.5.  J.P. Morgan Investment Management Inc. held 12,000 H Shares (long position) in the Company. J.P. Morgan Investment Management Inc. was an indirect wholly-owned subsidiary of JPMorgan Chase & Co..

 4.6.  J.P. Morgan Whitefriars Inc. held 34,340,618 H Shares (long position) and 4,556,000 H Shares (short position) in the Company. J.P. Morgan Whitefriars Inc. was an indirect wholly-owned subsidiary of JPMorgan Chase & Co..

 4.7.  J.P. Morgan Securities plc held 18,935,516 H Shares (long position) and 1,458,000 H Shares (short position) in the Company. J.P. Morgan Securities plc was owned as to 0.69% by J.P. Morgan Capital Financing Limited, which in turn was a wholly-owned subsidiary of JPMorgan Chase & Co., and 99.31% by J.P. Morgan Chase International Holdings, which in turn was an indirect wholly-owned subsidiary of JPMorgan Chase & Co..

 4.8.  JPMorgan Chase Bank, N.A. held 159,874,794 H Shares (long position) in the Company. JPMorgan Chase Bank, N.A. was a wholly-owned subsidiary of JPMorgan Chase & Co..

 4.9.  JPMorgan Asset Management (UK) Limited held 320,000 H Shares (long position) in the Company. JPMorgan Asset Management (UK) Limited was an indirect wholly-owned subsidiary of JPMorgan Chase & Co..

ALRMH-CNBM00003726



# CNBM

China National Building Material Company Limited*

(Stock Code: 3323)



**2014**

Annual
Report 年度報告

\* For identification only

ALBMH-CNBM00003662

# Directors' Report *(Continued)*

## DISCLOSURE OF INTEREST *(CONTINUED)*

**1.  Substantial Shareholders and persons who have an interest or short position discloseable under divisions 2 and 3 of Part XV of the Securities and Futures Ordinance ("SFO")** *(Continued)*

Notes: *(Continued)*

4.    *(Continued)*

The entire interest and short position of JPMorgan Chase & Co. in the Company included a lending pool of 159,874,794 H Shares. Besides, 1,166,503 H Shares (long position) and 5,865,701 H Shares (short position) were held through derivatives as follows:

| | |
|---|---|
| 994,000 H Shares (long position) and 1,308,000 H Shares (short position) | — through physically settled derivatives (on exchange) |
| 3,976,000 H Shares (short position) | — through cash settled derivatives (on exchange) |
| 2,903 H Shares (long position) and 1,701 H Shares (short position) | — through physically settled derivatives (off exchange) |
| 169,600 H Shares (long position) and 580,000 H Shares (short position) | — through cash settled derivatives (off exchange) |

5.    Of these 172,407,261 H Shares (long position) and 37,297,021 H Shares (short position), UBS AG was deemed to hold interests in a total of 5,577,000 H Shares (long position) and 1,026,000 H Shares (short position) by virtue of its control over the following wholly-owned subsidiaries, which held direct interests in the Company:

5.1.   UBS Fund Management (Switzerland) AG held 2,626,000 H Shares (long position) in the Company.

5.2.   UBS Global Asset Management (Hong Kong) Ltd held 1,226,000 H Shares (long position) and 1,026,000 H Shares (short position) in the Company.

5.3.   UBS Global Asset Management (Japan) Ltd held 69,000 H Shares (long position) in the Company.

5.4.   UBS Global Asset Management (Singapore) Ltd held 516,000 H Shares (long position) in the Company.

5.5.   UBS Global Asset Management (UK) Ltd held 302,000 H Shares (long position) in the Company.

ALRMH-CNBM00003727



# CNBM

China National Building Material Company Limited*

(Stock Code:3323)



2013

Annual Report 年 度 報 告

\* For identification only

ALRMH-CNBM00003226

# Directors' Report *(Continued)*

## DISCLOSURE OF INTERESTS

### I. Substantial Shareholders and persons who have an interest or short position discloseable under divisions 2 and 3 of Part XV of the Securities and Futures Ordinance ("SFO")

So far as was known to directors or supervisors of the Company, as at 31 December 2013, the shareholders (other than the directors or supervisors of the Company) who had interests or short positions in the shares or underlying shares of the Company which were required to be disclosed to the Company and the Stock Exchange under the provisions of Divisions 2 and 3 of Part XV of the SFO, or which were recorded in the register required to be kept by the Company under Section 336 of the SFO or had otherwise notified the Company were as follows:

| Name of Substantial Shareholder | Class of Shares | Long/short position | Capacity | Number of Shares held | Notes | Percentage of the relevant class share capital (%)[1,7] | Percentage of total share capital (%)[1,7] |
|---|---|---|---|---|---|---|---|
| Parent | Domestic Shares | Long | Beneficial owner | 666,962,522 | | | |
| | Domestic Shares | Long | Interest of controlled corporation | 1,714,459,536 | | | |
| | | | | 2,381,422,058 | 2, 3 | 94.50 | 44.10 |
| BNBMG | Domestic Shares | Long | Beneficial owner | 1,485,566,956 | 2 | 58.95 | 27.52 |
| CNBM Trading | Domestic Shares | Long | Beneficial owner | 227,719,530 | 2 | 9.04 | 4.22 |
| Cinda | Domestic Shares | Long | Beneficial owner | 138,432,308 | 3 | 5.49 | 2.56 |
| JPMorgan Chase & Co. | H Shares | Long | Beneficial owner | 54,423,073 | | | |
| | H Shares | Long | Investment manager | 22,852,000 | | | |
| | H Shares | Long | Custodian | 270,621,513 | | | |
| | | | | 347,896,586 | 4 | 12.08 | 6.44 |
| | H Shares | Short | Beneficial owner | 16,706,145 | 4 | 0.58 | 0.30 |
| Citigroup Inc. | H Shares | Long | Interest of controlled corporation | 68,829,121 | | | |
| | H Shares | Long | Custodian | 85,375,485 | | | |
| | H Shares | Long | Person having a security interest | 18,640,000 | | | |
| | | | | 172,844,606 | 5 | 6.00 | 3.20 |
| | H Shares | Short | Interest of controlled corporation | 123,020,895 | 5 | 4.27 | 2.27 |
| BlackRock, Inc. | H Shares | Long | Interest of controlled corporation | 148,402,558 | 6 | 5.15 | 2.74 |
| | H Shares | Short | Interest of controlled corporation | 8,394,000 | 6 | 0.29 | 0.15 |

ALRMH-CNBM00003291



# CNBM

China National Building Material Company Limited*

(Stock Code:3323)



# 2013

# Annual
# Report 年度報告

\* For identification only

ALBMH-CNBM00003226

# Directors' Report *(Continued)*

## DISCLOSURE OF INTERESTS *(CONTINUED)*

### I. Substantial Shareholders and persons who have an interest or short position discloseable under divisions 2 and 3 of Part XV of the Securities and Futures Ordinance ("SFO") *(Continued)*

Notes:

1.  As at 31 December 2013, the Company's total issued share capital comprises 5,399,026,262 shares, including 2,519,854,366 Domestic Shares and 2,879,171,896 H Shares.

2.  Of these 2,381,422,058 shares, 666,962,522 shares are directly held by Parent, the remaining 1,714,459,536 shares are deemed corporate interest indirectly and separately held through BNBMG, CNBM Trading and Building Materials Academy. CNBM Trading and Building Materials Academy are wholly-owned subsidiaries of Parent. BNBMG is a subsidiary of Parent which directly and indirectly holds 100% of its equity interests, of which 69.45% is directly held and 30.55% is indirectly held through CNBM Trading. Under the SFO, Parent is deemed to be interested in the shares directly held by BNBMG (1,485,566,956 shares), CNBM Trading (227,719,530 shares) and Building Materials Academy (1,173,050 shares).

3.  Pursuant to a share transfer agreement dated 31 December 2009 entered into between Parent and Cinda, Cinda agreed to transfer 49,000,000 Domestic Shares of the Company to Parent ("First Transfer of Shares"). Pursuant to another share transfer agreement dated 15 December 2010 entered into between Parent and Cinda, Cinda agreed to transfer 12,800,137 Domestic Shares of the Company to Parent ("Second Transfer of Shares"). As the proposal in relation to bonus issue of shares on the basis of ten bonus shares for every ten shares held by shareholders of the Company was passed at the 2010 annual general meeting of the Company, the Parent and Cinda entered into a supplemental agreement to the aforesaid two share transfer agreements on 31 August 2012, whereby Cinda agreed to adjust the 61,800,137 Domestic Shares of the Company transferred to the Parent to 123,600,274 Domestic Shares. Consequently, under the SFO, Parent was deemed to own 2,505,022,332 Domestic Shares (representing 99.41% in the domestic share capital and 46.39% in the total share capital) and Cinda was deemed to own 14,832,034 Domestic Shares (representing 0.58% in the domestic share capital and 0.27% in the total share capital). As at the date of this report, the formalities in respect of the share transfer registration of the aforementioned transactions of shares with the China Securities Depository and Clearing Corporation Limited had not yet been completed.

4.  JPMorgan Chase & Co. was deemed to hold interests in a total of 347,896,586 H Shares (long position) and 16,706,145 H Shares (short position) in the Company by virtue of its control over the following corporations, which held direct interests in the Company:

    4.1  JPMorgan Chase Bank, N.A. held 270,621,513 H Shares (long position) in the Company. JPMorgan Chase Bank, N.A. was a wholly-owned subsidiary of JPMorgan Chase & Co..

    4.2  J.P. Morgan Whitefriars Inc. held 37,382,122 H Shares (long position) and 12,932,000 H Shares (short position) in the Company. J.P. Morgan Whitefriars Inc. was an indirect wholly-owned subsidiary of JPMorgan Chase & Co..

    4.3  J.P. Morgan Investment Management Inc. held 62,000 H Shares (long position) in the Company. J.P. Morgan Investment Inc. was an indirect wholly-owned subsidiary of JPMorgan Chase & Co..

ALRMH-CNBM00003292



# CNBM

China National Building Material Company Limited*

(Stock Code:3323)



**2013**

Annual Report 年度報告

\* For identification only

ALBMH-CNBM00003226

# Directors' Report *(Continued)*

## DISCLOSURE OF INTERESTS *(CONTINUED)*

I.  **Substantial Shareholders and persons who have an interest or short position discloseable under divisions 2 and 3 of Part XV of the Securities and Futures Ordinance ("SFO")** *(Continued)*

Notes: *(Continued)*

4.  *(Continued)*

    4.4   JPMorgan Asset Management (UK) Limited held 320,000 H Shares (long position) in the Company. JPMorgan Asset Management (UK) Limited was an indirect wholly-owned subsidiary of JPMorgan Chase & Co..

    4.5   JPMorgan Asset Management (Taiwan) Limited held 1,768,000 H Shares (long position) in the Company. JPMorgan Asset Management (Taiwan) Limited was an indirect wholly-owned subsidiary of JPMorgan Chase & Co..

    4.6   JF Asset Management Limited held 20,702,000 H Shares (long position) in the Company. JF Asset Management Limited was an indirect wholly-owned subsidiary of JPMorgan Chase & Co..

    4.7   J.P. Morgan Securities plc held 17,028,154 H Shares (long position) and 3,772,149 H Shares (short position) in the Company. J.P. Morgan Securities plc was owned as to 99.31% by J.P. Morgan Chase International Holdings, which in turn was an indirect wholly-owned subsidiary of JPMorgan Chase & Co..

    4.8   J.P. Morgan Securities LLC held 4,797 H Shares (long position) and 1,996 H Shares (short position) in the Company. J.P. Morgan Securities LLC was an indirect wholly-owned subsidiary of JPMorgan Chase & Co..

    4.9   J.P. Morgan Clearing Corp held 8,000 H Shares (long position) in the Company. J.P. Morgan Clearing Corp was an indirect wholly-owned subsidiary of JPMorgan Chase & Co..

    The entire interest and short position of JPMorgan Chase & Co. in the Company included a lending pool of 270,621,513 H Shares. Besides, 5,820,546 H Shares (long position) and 16,706,145 H Shares (short position) were held through derivatives as follows:

    | 2,240,000 H Shares (long position) and 908,000 H Shares (short position) | — | through physically settled derivatives (on exchange) |
    |---|---|---|
    | 12,932,000 H Shares (short position) | — | through cash settled derivatives (on exchange) |
    | 4,797 H Shares (long position) and 1,996 H Shares (short position) | — | through physically settled derivatives (off exchange) |
    | 3,575,749 H Shares (long position) and 2,864,149 H Shares (short position) | — | through cash settled derivatives (off exchange) |

ALRMH-CNBM00003293



# CNBM

China National Building Material Company Limited*

(Stock Code:3323)



# 2012

# Annual
# Report 年 度 報 告

\* For identification only

ALBMH-CNBM00002790

Directors' Report *(Continued)* 

## DISCLOSURE OF INTERESTS

I. **Substantial Shareholders and persons who have an interest or short position discloseable under divisions 2 and 3 of Part XV of the Securities and Futures Ordinance ("SFO")**

So far as was known to directors or supervisors of the Company, as at 31 December 2012, the shareholders (other than the directors or supervisors of the Company) who had interests or short positions in the shares or underlying shares of the Company which were required to be disclosed to the Company and the Stock Exchange under the provisions of Divisions 2 and 3 of Part XV of the SFO, or which were recorded in the register required to be kept by the Company under Section 336 of the SFO or had otherwise notified the Company were as follows:

| Name | Class of shares | Number of shares held | Percentage in the relevant class of share capital (%) [2, 7] | Percentage in total share capital (%) [2, 7] |
|---|---|---|---|---|
| Parent[1, 6] | Domestic Shares | 2,381,422,058[3] | 94.50 | 44.10 |
| BNBMG[1] | Domestic Shares | 1,485,566,956[3] | 58.95 | 27.52 |
| CNBM Trading[1] | Domestic Shares | 227,719,530[3] | 9.04 | 4.22 |
| Cinda[6] | Domestic Shares | 138,432,308[3] | 5.49 | 2.56 |
| JP Morgan Chase & Co. | H Shares | 430,452,347[3] | 14.95 | 7.97 |
| | H Shares | 13,173,407[5] | 0.46 | 0.24 |
| | H Shares | 227,394,851[4] | 9.63 | 5.13 |
| Deutsche Bank | H Shares | 228,979,296[3] | 7.95 | 4.24 |
| Aktiengesellschaft | H Shares | 157,153,399[5] | 5.45 | 2.91 |
| | H Shares | 990,000[4] | 0.03 | 0.01 |
| BlackRock, Inc. | H Shares | 172,182,909[3] | 5.98 | 3.18 |
| | H Shares | 52,731,964[5] | 1.83 | 0.97 |
| Citigroup. Inc. | H Shares | 156,495,301[3] | 5.43 | 2.89 |
| | H Shares | 91,087,203[5] | 3.16 | 1.68 |
| | H Shares | 75,968,774[4] | 2.63 | 1.40 |
| Plowden Charles | H Shares | 64,274,000[3] | 5.35 | 1.19 |
| Warden Alison | H Shares | 64,274,000[3] | 5.35 | 1.19 |

ALRMH-CNBM



China National Building Material Company Limited *

(Stock Code：3323)

**CNBM**



2011 ANNUAL REPORT

*For identification only

ALRMH-CNBM00002354

 **Directors' Report** *(Continued)*

### DISCLOSURE OF INTERESTS

I.  **Substantial Shareholders and persons who have an interest or short position discloseable under divisions 2 and 3 of Part XV of the Securities and Futures Ordinance ("SFO")**

So far as was known to directors or supervisors of the Company, as at 31 December 2011, the shareholders (other than the directors or supervisors of the Company) who had interests or short positions in the shares or underlying shares of the Company which were required to be disclosed to the Company and the Stock Exchange under the provisions of Divisions 2 and 3 of Part XV of the SFO, or which were recorded in the register required to be kept by the Company under Section 336 of the SFO or had otherwise notified the Company were as follows:

| Name | Class of shares | Number of shares held | Percentage in the relevant class of share capital(%)[2,7] | Percentage in total share capital(%)[2,7] |
|---|---|---|---|---|
| Parent[1,6] | Domestic Shares | 2,381,422,058[3] | 94.50 | 44.10 |
| BNBMG[1] | Domestic Shares | 1,485,566,956[3] | 58.95 | 27.52 |
| CNBM Trading[1] | Domestic Shares | 227,719,530[3] | 9.04 | 4.22 |
| Cinda[6] | Domestic Shares | 138,432,308[3] | 5.49 | 2.56 |
| JP Morgan Chase & Co. | H Shares | 567,094,938[3] | 19.70 | 10.50 |
| | H Shares | 25,590,536[5] | 0.89 | 0.47 |
| | H Shares | 304,343,801[4] | 10.57 | 5.63 |
| Deutsche Bank | H Shares | 144,972,668[3] | 5.03 | 2.68 |
| Aktiengesellschaft | H Shares | 98,704,234[5] | 3.42 | 1.82 |
| Plowden Charles | H Shares | 64,274,000[3] | 5.35 | 1.19 |
| Warden Alison | H Shares | 64,274,000[3] | 5.35 | 1.19 |

ALRMH-CNBM00002411



China National Building Material Company Limited *

(Stock Code：3323)

**CNBM**



2010 ANNUAL REPORT

*For identification only

ALRMH-CNBM00001926

Directors' Report *(Continued)* 

## DISCLOSURE OF INTERESTS

### I. Substantial Shareholders and persons who have an interest or short position discloseable under divisions 2 and 3 of Part XV of the Securities and Futures Ordinance ("SFO")

So far as was known to directors or supervisors of the Company, as at 31 December 2010, the shareholders (other than the directors or supervisors of the Company) who had interests or short positions in the shares or underlying shares of the Company which were required to be disclosed to the Company and the Stock Exchange under the provisions of Divisions 2 and 3 of Part XV of the SFO, or which were recorded in the register required to be kept by the Company under Section 336 of the SFO or had otherwise notified the Company were as follows:

| Name | Class of shares | Number of shares held | Percentage in the relevant class of share capital[(%) 2, 7] | Percentage in total share capital[(%) 2, 7] |
|---|---|---|---|---|
| Parent[1, 6] | Domestic Shares | 1,190,711,029[3] | 94.50 | 44.10 |
| BNBMG[1] | Domestic Shares | 742,783,478[3] | 58.95 | 27.52 |
| CNBM Trading[1] | Domestic Shares | 113,859,765[3] | 9.04 | 4.22 |
| Cinda[6] | Domestic Shares | 69,216,154[3] | 5.49 | 2.56 |
| JP Morgan Chase & Co. | H Shares | 287,714,220[3] | 19.99 | 10.65 |
| | H Shares | 2,816,539[5] | 0.20 | 0.10 |
| | H Shares | 175,981,121[4] | 12.22 | 6.51 |
| T. Rowe Price Associates, Inc. and its affiliates | H Shares | 103,448,379[3] | 7.18 | 3.83 |
| Deutsche Bank Aktiengesellschaft | H Shares | 87,332,643[3] | 6.06 | 3.23 |
| | | 6,597,237[5] | 0.45 | 0.24 |
| Plowden Charles | H Shares | 64,274,000[3] | 5.35 | 2.38 |
| Warden Alison | H Shares | 64,274,000[3] | 5.35 | 2.38 |
| Atlantis Investment Management Limited | H Shares | 72,700,000[3] | 5.05 | 2.69 |
| Liu Yang | H Shares | 72,700,000[3] | 5.05 | 2.69 |
| Cheah Capital Management Limited | H Shares | 72,486,000[3] | 5.03 | 2.68 |
| Cheah Cheng Hye | H Shares | 72,486,000[3] | 5.03 | 2.68 |
| Cheah Company Limited | H Shares | 72,486,000[3] | 5.03 | 2.68 |
| Hang Seng Bank Trustee International Limited | H Shares | 72,486,000[3] | 5.03 | 2.68 |
| To Hau Yin | H Shares | 72,486,000[3] | 5.03 | 2.68 |
| Value Partners Group Limited | H Shares | 72,486,000[3] | 5.03 | 2.68 |
| Value Partners Limited | H Shares | 72,486,000[3] | 5.03 | 2.68 |

ALRMH-CNBM00001978



China National Building Material Company Limited *

(Stock Code：3323)



2009 ANNUAL REPORT

*For identification only

ALRMH-CNBM00001514

Directors' Report 

## DISCLOSURE OF INTERESTS

### I.  Substantial Shareholders and persons who have an interest or short position discloseable under divisions 2 and 3 of Part XV of the Securities and Futures Ordinance ("SFO")

So far as was known to directors or supervisors of the Company, as at 31 December 2009, the shareholders (other than the directors and supervisors of the Company) who had interests or short positions in the shares or underlying shares of the Company which were required to be disclosed to the Company and the Stock Exchange under the provisions of Divisions 2 and 3 of Part XV of the SFO, or which were recorded in the register required to be kept by the Company under Section 336 of the SFO or had otherwise notified to the Company were as follows:

| Name | Class of shares | Number of shares held | Percentage in the relevant class of share capital(%) [2, 7] | Percentage in total share capital(%) [2, 7] |
|---|---|---|---|---|
| Parent[1, 8] | Domestic Shares | 1,211,360,900[3] | 94.59 | 48.82 |
| BNBMG[1] | Domestic Shares | 755,665,178[3] | 59.01 | 30.46 |
| CNBM Trading[7] | Domestic Shares | 115,834,375[3] | 9.05 | 4.67 |
| Cinda[6] | Domestic Shares | 69,216,154[3] | 5.41 | 2.79 |
| JPMorgan Chase & Co. | H Shares | 337,070,011[3] | 28.07 | 13.58 |
| | H Shares | 68,000[5] | 0.01 | 0.003 |
| | H Shares | 175,608,803[4] | 14.63 | 7.08 |
| Morgan Stanley | H Shares | 99,113,761[3] | 8.26 | 3.99 |
| | H Shares | 90,006,994[5] | 7.50 | 3.63 |
| T. Rowe Price Associates, Inc. and its affiliates | H Shares | 72,340,000[3] | 6.02 | 2.92 |
| Plowden Charles | H Shares | 64,274,000[3] | 5.35 | 2.59 |
| Warden Alison | H Shares | 64,274,000[3] | 5.35 | 2.59 |
| Atlantis Investment Management Ltd | H Shares | 60,251,000[3] | 5.02 | 2.43 |



# China National Building Material Company Limited*
### (Stock Code: 3323)



Annual Report 2008

*For identification only

ALRMH-CNBM00001118

44

# Directors' Report

## DISCLOSURE OF INTERESTS

I.    **Substantial shareholders and persons who have an interest or short position
      discloseable under divisions 2 and 3 of Part XV of the Securities and Futures
      Ordinance ("SFO")**

As at 31 December 2008, as recorded in the register required to be kept by the Company under Section
336 of the SFO, the persons (other than the directors and supervisors of the Company) who have interests
or short positions in the shares or underlying shares of the Company which were required to be disclosed
to the Company under provisions of Divisions 2 and 3 of Part XV of the SFO are as follows:

| Name | Class of shares | Number of shares held | Percentage in the relevant class of share capital[2, 5] (%) | Percentage in total share capital[2, 5] (%) |
|---|---|---|---|---|
| Parent[1] | Domestic Shares | 1,237,188,659[3] | 94.70 | 56.02 |
| BNBMG[1] | Domestic Shares | 771,776,923[3] | 59.08 | 34.95 |
| CNBM Trading[1] | Domestic Shares | 118,304,112[3] | 9.06 | 5.36 |
| Cinda | Domestic Shares | 69,216,154[3] | 5.30 | 3.13 |
| JPMorgan Chase & Co. | H Shares | 188,547,451[3] | 20.90 | 8.54 |
|  |  | 120,702,243[4] | 13.38 | 5.47 |
| Atlantis Investment Management Ltd | H Shares | 68,950,000[3] | 7.64 | 3.12 |
| Schroder Investment Management Limited | H Shares | 61,144,000[3] | 6.78 | 2.77 |
| Baillie Gifford & Co | H Shares | 54,286,000[3] | 6.02 | 2.46 |
| Callander Alex | H Shares | 54,286,000[3] | 6.02 | 2.46 |
| Menzies Robin | H Shares | 54,286,000[3] | 6.02 | 2.46 |
| Plowden Charles | H Shares | 54,286,000[3] | 6.02 | 2.46 |
| Telfer Andrew | H Shares | 54,286,000[3] | 6.02 | 2.46 |
| Warden Alison | H Shares | 54,286,000[3] | 6.02 | 2.46 |
| Whitley Sarah | H Shares | 54,286,000[3] | 6.02 | 2.46 |
| T. Rowe Price Associates, Inc. and its affiliates | H Shares | 53,848,000[3] | 5.97 | 2.44 |

ALRMH-CNBM00001163



**CNBM**

China National Building Material
Company Limited*
(Stock Code: 3323)

**Annual Report 2007**

*For identification only

ALRMH-CNBM00000782

# Directors' Report

## DISCLOSURE OF INTERESTS

1.  **Substantial Shareholders and persons who have an interest or short position discloseable under divisions 2 and 3 of Part XV of the Securities and Futures Ordinance ("SFO")**

    As at 31 December 2007, as recorded in the register required to be kept by the Company under Section 336 of the SFO, the persons (other than the directors and supervisors of the Company) who have interests or short positions in the shares or underlying shares of the Company which were required to be disclosed to the Company under provisions of Divisions 2 and 3 of Part XV of the SFO are as follows:

| Name | Class of shares | Number of shares held | Percentage in the relevant class of share capital[2, 5] (%) | Percentage in total share capital[2, 5] (%) |
|---|---|---|---|---|
| Parent[1] | Domestic Shares | 1,237,188,659[3] | 94.70 | 56.02 |
| BNBMG[1] | Domestic Shares | 771,776,923[3] | 59.08 | 34.95 |
| CNBM Trading[1] | Domestic Shares | 118,304,112[3] | 9.06 | 5.36 |
| Cinda | Domestic Shares | 69,216,154[3] | 5.30 | 3.13 |
| JPMorgan Chase & Co. | H Shares | 250,824,156[3] | 27.80 | 11.36 |
|  |  | 110,124,156[4] | 12.21 | 4.99 |
| Atlantis Investment Management Ltd | H Shares | 68,950,000[3] | 7.64 | 3.12 |
| Halbis Capital Management (Hong Kong) Limited | H Shares | 61,946,000[3] | 6.87 | 2.80 |
| Baring Assets Management Limited | H Shares | 46,094,000[3] | 5.11 | 2.09 |
| Northern Trust Fiduciary Services (Ireland) Limited | H Shares | 45,998,000[3] | 5.10 | 2.08 |
| T. Rowe Price Associates, Inc. And Its Affiliates | H Shares | 45,204,000[3] | 5.01 | 2.05 |

LRMFCNBM00000827



# CNBM

China National Building Material Company Limited*

(Stock Code:3323)



Interim
Report 中 期 報 告

2014

\* For identification only

CNBMCO00000080

 Significant Events *(Continued)*

### DISCLOSURE OF INTERESTS OF SUBSTANTIAL SHAREHOLDERS AND OTHER PERSONS (INCLUDING DIRECTORS, CHIEF EXECUTIVE AND SUPERVISORS) *(CONTINUED)*

I.   **Substantial shareholders and persons who have an interest or short position discloseable under Divisions 2 and 3 of Part XV of the SFO *(Continued)***

Notes:

1.   As at 30 June 2014, the Company's total issued share capital was 5,399,026,262 shares, comprising 2,519,854,366 Domestic Shares and 2,879,171,896 H Shares.

2.   Of these 2,381,422,058 shares, 666,962,522 shares are directly held by the Parent, the remaining 1,714,459,536 shares are deemed corporate interest indirectly held through BNBMG, CNBM Trading and Building Materials Academy. CNBM Trading and Building Materials Academy are wholly-owned subsidiaries of the Parent. BNBMG is a subsidiary of the Parent which directly and indirectly holds 100% of its equity interests, of which 70.04% is directly held and 29.96% is indirectly held through CNBM Trading. Under the SFO, the Parent is deemed to own the shares directly held by BNBMG (1,485,566,956 shares), CNBM Trading (227,719,530 shares) and Building Materials Academy (1,173,050 shares).

3.   Pursuant to a share transfer agreement dated 31 December 2009 entered into between the Parent and Cinda, Cinda agreed to transfer 49,000,000 Domestic Shares of the Company to the Parent ("First Transfer of Shares"). Pursuant to another share transfer agreement dated 15 December 2010 entered into between the Parent and Cinda, Cinda agreed to transfer 12,800,137 Domestic Shares of the Company to the Parent ("Second Transfer of Shares"). As the proposal in relation to bonus issue of shares on the basis of ten bonus shares for every ten shares held by shareholders of the Company was passed at the 2010 annual general meeting of the Company, the Parent and Cinda entered into a supplemental agreement to the aforesaid two share transfer agreement on 31 August 2012, whereby Cinda agreed to adjust the 61,800,137 Domestic Shares of the Company transferred to the Parent to 123,600,274 Domestic Shares. Consequently, under the SFO, the Parent was deemed to own 2,505,022,332 Domestic Shares (representing 99.41% in the domestic share capital and 46.39% in the total share capital) and Cinda was deemed to own 14,832,034 Domestic Shares (representing 0.58% in the domestic share capital and 0.27% in the total share capital). As at the date of this report, the formalities in respect of the share transfer registration of the aforementioned transactions of shares with the China Securities Depository and Clearing Corporation Limited had not yet been completed.

4.   JPMorgan Chase & Co. was deemed to hold interests in a total of 315,524,375 H Shares (long position) and 12,537,804 H Shares (short position) in the Company by virtue of its control over the following corporations, which held direct interests in the Company:

4.1   J.P. Morgan Securities LLC held 13,164 H Shares (long position) and 1,245 H Shares (short position) in the Company. J.P. Morgan Securities LLC was an indirect wholly-owned subsidiary of JPMorgan Chase & Co..

4.2   J.P. Morgan Clearing Corp held 224,375 H Shares (long position) and 219,375 H Shares (short position) in the Company. J.P. Morgan Clearing Corp was an indirect wholly-owned subsidiary of JPMorgan Chase & Co..

4.3   JF Asset Management Limited held 15,228,000 H Shares (long position) in the Company. JF Asset Management Limited was an indirect wholly-owned subsidiary of JPMorgan Chase & Co..

CNBMCO00000125



# CNBM

China National Building Material Company Limited*

(Stock Code:3323)



Interim Report 中 期 報 告

2014

\* For identification only

CNBMCO00000080

Significant Events *(Continued)* 

## DISCLOSURE OF INTERESTS OF SUBSTANTIAL SHAREHOLDERS AND OTHER PERSONS (INCLUDING DIRECTORS, CHIEF EXECUTIVE AND SUPERVISORS) *(CONTINUED)*

I.  **Substantial shareholders and persons who have an interest or short position discloseable under Divisions 2 and 3 of Part XV of the SFO** *(Continued)*

Notes: *(Continued)*

4.  JPMorgan Chase & Co. was deemed to hold interests in a total of 315,524,375 H Shares (long position) and 12,537,804 H Shares (short position) in the Company by virtue of its control over the following corporations, which held direct interests in the Company: *(Continued)*

  4.4  JPMorgan Asset Management (Taiwan) Limited held 1,252,000 H Shares (long position) in the Company. JPMorgan Asset Management (Taiwan) Limited was an indirect wholly-owned subsidiary of JPMorgan Chase & Co..

  4.5  J.P. Morgan Investment Management Inc. held 2,000 H Shares (long position) in the Company. J.P. Morgan Investment Management Inc. was an indirect wholly-owned subsidiary of JPMorgan Chase & Co..

  4.6  J.P. Morgan Whitefriars Inc. held 29,918,368 H Shares (long position) and 1,872,936 H Shares (short position) in the Company. J.P. Morgan Whitefriars Inc. was an indirect wholly-owned subsidiary of JPMorgan Chase & Co..

  4.7  J.P. Morgan Securities plc held 21,937,154 H Shares (long position) and 10,444,248 H Shares (short position) in the Company. J.P. Morgan Securities plc was owned as to 0.69% by J.P. Morgan Capital Financing Limited, which in turn was a wholly-owned subsidiary of JPMorgan Chase & Co.., and 99.31% by J.P. Morgan Chase International Holdings, which in turn was an indirect wholly-owned subsidiary of JPMorgan Chase & Co..

  4.8  JPMorgan Chase Bank, N.A. held 246,629,314 H Shares (long position) in the Company. JPMorgan Chase Bank, N.A. was a wholly-owned subsidiary of JPMorgan Chase & Co..

  4.9  JPMorgan Asset Management (UK) Limited held 320,000 H Shares (long position) in the Company. JPMorgan Asset Management (UK) Limited was an indirect wholly-owned subsidiary of JPMorgan Chase & Co..

The entire interest and short position of JPMorgan Chase & Co. in the Company included a lending pool of 246,629,314 H Shares. Besides, 5,870,012 H Shares (long position) and 6,299,429 H Shares (short position) were held through derivatives as follows:

| | | |
|---|---|---|
| 1,644,000 H Shares (long position) and 358,000 H Shares (short position) | — | through physically settled derivatives (on exchange) |
| 366,000 H Shares (short position) | — | through cash settled derivatives (on exchange) |
| 3,164 H Shares (long position) and 1,245 H Shares (short position) | — | through physically settled derivatives (off exchange) |
| 4,222,848 H Shares (long position) and 5,574,184 H Shares (short position) | — | through cash settled derivatives (off exchange) |

CNBMCO00000126



# CNBM

China National Building Material Company Limited*

(Stock Code:3323)



2014

Interim Report 中期報告

*For identification only

CNBMCO00000080

Significant Events (Continued) 

## DISCLOSURE OF INTERESTS OF SUBSTANTIAL SHAREHOLDERS AND OTHER PERSONS (INCLUDING DIRECTORS, CHIEF EXECUTIVE AND SUPERVISORS)

I. **Substantial shareholders and persons who have an interest or short position discloseable under Divisions 2 and 3 of Part XV of the SFO**

So far as was known to the Directors or the Supervisors of the Company, as at 30 June 2014, the Shareholders (other than the Directors, the chief executive or the Supervisors of the Company) who had interests or short positions in the shares or underlying shares of the Company which were required to be disclosed to the Company and the Stock Exchange under the provisions of Divisions 2 and 3 of Part XV of the SFO, or which were recorded in the register required to be kept by the Company under Section 336 of the SFO or had otherwise notified the Company were as follows:

| Name of Substantial Shareholder | Class of Shares | Long/ short position/ Lending Pool | Capacity | Number of Shares held | Notes | Percentage of the relevant class of share capital (%)[1,6] | Percentage of total share capital (%)[1,6] |
|---|---|---|---|---|---|---|---|
| Parent | Domestic Shares | Long | Beneficial owner | 666,962,522 | | | |
| | Domestic Shares | Long | Interest of controlled corporation | 1,714,459,536 | | | |
| | | | | 2,381,422,058 | 2,3 | 94.50 | 44.10 |
| BNBMG | Domestic Shares | Long | Beneficial owner | 1,485,566,956 | 2 | 58.95 | 27.52 |
| CNBM Trading | Domestic Shares | Long | Beneficial owner | 227,719,530 | 2 | 9.04 | 4.22 |
| Cinda | Domestic Shares | Long | Beneficial owner | 138,432,306 | 3 | 5.49 | 2.56 |
| JPMorgan Chase & Co. | H Shares | Long | Beneficial owner | 52,093,061 | | | |
| | H Shares | Long | Investment manager | 16,802,000 | | | |
| | H Shares | Long | Custodian | 246,629,314 | | | |
| | | | | 315,524,375 | 4 | 10.95 | 5.84 |
| | H Shares | Short | Beneficial owner | 12,537,804 | 4 | 0.43 | 0.23 |
| | H Shares | Lending Pool | — | 246,629,314 | 4 | 8.56 | 4.56 |
| Citigroup Inc. | H Shares | Long | Interest of controlled corporation | 46,485,121 | | | |
| | H Shares | Long | Custodian | 100,350,509 | | | |
| | H Shares | Long | Person having a security interest | 420,000 | | | |
| | | | | 147,255,630 | 5 | 5.11 | 2.72 |
| | H Shares | Short | Interest of controlled corporation | 46,228,853 | 5 | 1.60 | 0.85 |
| | H Shares | Lending Pool | — | 100,350,509 | 5 | 3.48 | 1.85 |

CNBMCO00000124