# EXHIBIT "B"

## Joyce Romano

| | |
|---|---|
| From: | Joyce Romano |
| Sent: | Thursday, June 25, 2015 11:22 AM |
| To: | 'JGarner@SHERGARNER.com'; 'gcrowson@mcglinchey.com' |
| Cc: | Arnold Levin (PSC); 'Eliza_Meltzer@laed.uscourts.gov'; Russ Herman Private |
| Subject: | CDW/RUSS HERMAN |
| Attachments: | meet & confer JP Morgan.pdf; J P Morgan China Overview.pdf; meet & confer Morgan Stanley.pdf; Morgan Stanley China Overview.pdf |
| Importance: | High |

| Tracking: | Recipient | Delivery | Read |
|---|---|---|---|
| | 'JGarner@SHERGARNER.com' | | |
| | 'gcrowson@mcglinchey.com' | | |
| | Arnold Levin (PSC) | | |
| | 'Eliza_Meltzer@laed.uscourts.gov' | | |
| | Russ Herman Private | Delivered: 6/25/2015 11:22 AM | Read: 6/25/2015 11:30 AM |

ON BEHALF OF RUSS HERMAN

Re: **Argument scheduled for Monday, June 29, 2015 – 1:30 P.M. C.S.T. before The Honorable Eldon E. Fallon**

Attached you will find copies of the "Meet & Confer" at which we jointly conferred in person on May 15, 2015.

On May 15, 2015, we substantially narrowed our document and deposition requests and provided you with an outline of your respective clients' relationships with Taishan Defendants (BNBM and CNBM et. al.)

Since that time, CNBM/CNBMG have for six days been deposed and all CNBM Annual Reports and voluntary announcements 2005-2014, have been introduced as authentic business records in English and Chinese, as published at the direction of CNBM.

I also attach, research accomplished by our Firm in 2009 and 2010 highlighting your clients relationships.

We intend to refer to the attached materials during the scheduled Argument.

Best Regards,

RUSS M. HERMAN, ESQ.


Joyce S. Romano
Administrative Assistant to Russ M. Herman
**Herman, Herman & Katz, L.L.C.**
**Herman Gerel, LLP**
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024 (Fax)


www.hhklawfirm.com


EXHIBIT A


EXHIBIT B

# J.P.Morgan China

## Table of Contents
I. Relationship with CNBM
II. Relationship with BNBM
III. About J. P. Morgan
IV. Recent Milestones
V. Relationship with Chinese Government
VI. Presence in China
VII. Local Offices & Their Executives
VIII. Other Chief Executives
IX. Activities in China



EXHIBIT B

TO: Chinese Drywall MDL PSC Members
FROM: Herman Herman Katz & Cotlar
DATE: December 6th, 2009, Revised on March and April 2010

HERMAN HERMAN KATZ & COTLAR L.L.P. ATTORNEYS AT LAW

# J.P.Morgan

## Large Shareholder and Active Supporter of CNBM

- 2007 – **CNBM is the H-share company in which J.P.Morgan holds the highest stake among all the H-share companies**, ever as high as 30.16%. Such shareholding ratio is very high even in previous years when J. P. Morgan Chase held H-shares in a large scale. From the aspect of recent shareholding changes, J. P. Morgan Chase is very cautious to the shareholding changes in CNBM, etc. (By Southwest Security of China: Foreign funds' changes in share holding ratios still catch attention)

- Dec. 31st, 2009 – J.P.Morgan is the **No. 1 public investor of CNBM H Shares** and its stake in CNBM H Shares is as follows:

  Number of shares held: 337,070,011 (long position) + 68,000 (shares available for lending) + 175,608,803 (short position)

  Percentage in the relevant class of share capital: 28.07% +0.01+ 14.63%

  Percentage in total share capital: 20.663%

- January 16th, 2009 – After J.P.Morgan reduced its stake in CNBM H Shares, Mr. SONG, Zhiping, CNBM Chairman, responded that JP Morgan is still an **active supporter of CNBM**, and the transactions of CNBM stocks by J.P.Morgan were normal.

- **Mr. Xiao, Jiaxiang** – current CNBM Vice President , President of South Cement Co., Ltd. and Vice President of China Cement Association – has been working closely with J. P. Morgan. Mr. Xiao was the Chairman and President of Tianrui Group Cement Co., Ltd., which is a cement joint venture among Tairui Group, KKR, IFC and J. P. Morgan.

*Source: CNBM 2009 Annual Report, www.chinabmnet.com, www.gxtv.cn, etc.*

# J.P.Morgan

## Large Shareholder and Active Supporter of CNBM

- March 2009 – J.P.Morgan rating of CNBM stocks: "We initiate on China National Building Materials (CNBM) with UW and Dec-09 PT of HK$7.5 or 12% downside. Despite being the 2nd largest cement company in China (after Conch), we believe the challenges CNBM faces include highly leveraged balance sheet and execution risk from aggressive M&A in the past in addition to unjustified valuation. The rights issue in Feb (at HK$7.85/share) diluted its earnings (11%). Our 2008/09E EPS are ~10-15% below the Street". (Source: J.P.Morgan Stanley: Research Report on China's Building Materials industry March 2009) (Notes: "UW"- underweight rating; "EPS"- Earnings Per Share)

- **September 2009** – J.P.Morgan commented that Chinese drywall case has limited influence on CNBM Stocks, and recommended investors to buy CNBM stocks when the price is low, and rated CMBM as "Overweight" (which means that" overweight over the next three months, the recommended risk position is expected to outperform the relevant index, sector, or benchmark) (*http://money.163.com*)

- **Up to April 7, 2010** – J.P.Morgan holding in CNBM H Shares Number of shares held: 308,969,753 (long position) + 792,788 (short position) +150,896,531 (P)    Percentage in the relevant class of share capital: 25.73% + 0.07% + 12.57%    (www.etnet.com.hk)

- April 19, 2010 – J.P.Morgan maintained the rating of CNBM as "Overweight" after CNBM announced its good 2009 performances.

# J.P.Morgan

## Relationship with BNBM

- **China International Domestic Demand Dynamic Stock Fund** (Code: 377020) --- **2nd largest shareholder of BNBM** (000786. Shenzhen Stock Exchange), holding 27,696,145 BNBM shares, which accounts for 4.82% of all BNBM shares (up to December 31st, 2009).

- China International Domestic Demand Dynamic Stock Fund is a fund product of **China International Fund Management Co., Ltd.**

- J.P. Morgan Fleming Asset Management (UK) Limited ("J. P. Morgan") has 49% stake in **China International Fund Management Co., Ltd.**

- **Summary of the Relationship of J. P. Morgan with BNBM:** J. P. Morgan --->49% of --->China International Fund Management Co., Ltd. --->The Fund Manager of ---> China International Domestic Demand Dynamic Stock Fund ---> 4.82% of --->BNBM

- **Top 10 Shareholders of BNBM**

| Name of shareholder | Nature of shareholder | Share-holding ratio (%) | Total number of shares | Number of circulating shares subject to trading moratorium | Number of shares pledged or frozen |
|---|---|---|---|---|---|
| China National Building Material Co., Ltd. | State-owned shareholder | 52.40 | 301,370,000 | 0 | 0 |
| Industrial and Commercial Bank of China (custodian) – China International Domestic Demand Dynamic Stock Fund | Other | 4.82 | 27,696,145 | 0 | Unknown |
| … | … | … | … | … | … |

*Source: BNBM 2009 Annual Report*

# J.P.Morgan

## About Us

- J.P. Morgan commenced operations in China in 1921. In the following decade, the firm opened branch offices in Shanghai and Tianjin providing financial services to local and foreign companies and government entities. The firm has had its headquarters in Beijing since 1981. Today, J.P. Morgan operates an integrated bank model with leading positions across investment banking, risk management, foreign exchange, bond underwriting, cash management, trade finance and private equity. The firm won approval from the China Banking Regulatory Commission in July 2007 to become the first locally incorporated foreign bank in Beijing.

- J.P. Morgan has a long history in China dating back to 1920s when the bank opened branches in Shanghai and Tianjin providing financial services to both local and foreign companies and government entities. J.P. Morgan confirmed its continued commitment to China becoming Bank of China's first American correspondent bank in 1973 and establishing a representative office in Beijing in 1981.

- Today, J.P. Morgan is one of the few fully integrated foreign banks in China with leadership positions across investment banking, risk management, foreign exchange, bond underwriting, cash management, trade finance and private equity. In August 2007, J.P. Morgan locally incorporated its commercial bank branches in Beijing becoming J.P.Morgan Chase Bank (China) Company Limited. This marked a milestone in the firm's history in China.

# J.P.Morgan

## About US
## Business Platforms of J. P. Morgan Chase in China

**Investment Bank**
- M&A and financial advisory services
- Offshore financing
- sovereign and corporate bonds
- Stock and convertible bonds offerings
- Private placements
- Asset securitization
- Direct investment and mezzanine investment
- Syndicated lending
- Risk management and derivative products

**Capital Management and Securities Services**
- Capital management solutions
- Multilateral bank loans
- Trade finance
- Global supply chain management
- Escrow and trust services

**Others**
- Asset management joint venture
- Bad loans investment

**Employees**
- 50 professionals in Beijing
- 23 professionals in Shanghai
- 12 professionals in Tianjin
- 3 professionals in Shenzhen
- 1,462 professionals in Hong Kong

*Source: translated from J.P.Morgan Chase China Overview of 2007*

# J.P.Morgan

## Recent Milestones

- In May **2009**, J.P.Morgan Chase Bank (China) opened its Guangzhou branch, the bank's fourth branch in mainland China.

- In February **2008**, J.P. Morgan received approval from the China Banking Regulatory Commission and was formally appointed by the Ministry of Finance as a primary dealer of Chinese government bonds, the first American bank to be so appointed.

- In September **2007**, J.P. Morgan received approval from China Securities Regulatory Commission to form a joint venture with Zhongshan Futures. The joint venture, J.P. Morgan Futures. allows J.P. Morgan's clients to access futures local commodity exchanges and was the first foreign joint venture commodities broker to be established in China.

- In July **2007**, J.P. Morgan received approval from the China Banking Regulatory Commission to establish a locally incorporated bank, J.P.Morgan Chase Bank (China) Company Limited. J.P. Morgan was the first locally incorporated foreign bank to locate its head offices in Beijing.

- In **2005**, J.P. Morgan advised China National Offshore Oil Company (CNOOC) in a landmark US$19.6 billion offer for Unocal. In the same year, J.P. Morgan acted as joint book-runner for China Ocean Shipping Corporation's US$1.2 billion initial public offering on the Stock Exchange of Hong Kong.

# J.P.Morgan

## Recent Milestones (continued)

- In June **2004**, J.P. Morgan Fleming Asset Management and Shanghai International Group announced the establishment of China International Fund Management (CIFM), a joint venture with capital of RMB150 million. At the same time, the China Securities Regulatory Commission also granted approval for the joint venture's first open-ended fund - CIFM China Advantage. Today CIFM has become one of the leading fund management companies in China.

- In October **2003**, J.P. Morgan obtained a Qualified Foreign Institutional Investor (QFII) license enabling it to serve its offshore clients by opening an investment channel into China's rapidly growing securities markets. In the same month, J.P. Morgan acted as joint book-runner for China's US$1.0 billion sovereign bond issued by the Ministry of Finance.

- In October **2002**, J.P. Morgan began the build out of its treasury and trading room capabilities in its Shanghai branch with the receipt of complete foreign exchange and local currency licenses. With this platform the bank began to develop treasury and risk management products tailored to the demands of its corporate, financial institution and government clients in the China market.

# J.P.Morgan

## A good and close relationship with Chinese government/state-owned enterprises

- **Meetings with many important Chinese government officials**
  - a. 1973, 2001, 2003 – Former and current J.P.Morgan chairmen met with Then China's Prime Minster Zhou Enlai, the former President Jiang Zemin, current President Hu Jintao and other government officially many times.
  - b. 2007 – Then Mayor of Beijing congratulated J.P.Morgan's incorporation in Beijing.
  - c. Mr. Andrew Crockett, President J.P.Morgan Chase International, was hired to be a member to the CBRC Council of International Advisers.

- 1996 – J.P. Morgan acted as **joint bookrunner** for the People's Republic of China's US$300 million bonds offering
- 1997 – J.P. Morgan acted as **joint bookrunner** for the People's Republic of China's US$500 million bond offering
- 2001 – J.P. Morgan acted as **joint bookrunner** for the People's Republic of China's US$1 billion Eurobond offering, winning IFR Asia's Eurobond of the Year award
- 2003 – J.P. Morgan acted as **joint bookrunner** for the People's Republic of China's US$1 billion bond offering
- 2004 – J.P. Morgan acted as **joint bookrunner** for the People's Republic of China's US$500 million bonds offering

- 2008 – A **primary dealer in Chinese government bonds**: J.P. Morgan received approval from China Banking Regulatory Commission and was formally appointed by the Ministry of Finance as a primary dealer of Chinese government bonds

# J.P.Morgan

## A good and close relationship with Chinese government/state-owned enterprises
### (Continued)

- **Primary market business:** ranks in the fifth place in China investment banking market, including IPO business, bond issuance, etc. for large state-owned enterprises and medium-sized private enterprises.

- Its **important Chinese clients** include: CNOOC, China Telecom, China Merchants Bank, CHINALCO, Chaoda Modern Agriculture, Shenzhen Int'l Holdings Limited, China Resources Land Limited, Greentown China Holdings Limited, Solomon Systech Limited, COSCO, Jiu Cheng, Xin He Zhidi, China Finance Online, Clear Media, Nobal Group, Espirit Holdings Limited, Shangri-La, China Overseas Land & Investment Ltd., CITIC Int'l Financial Holdings Limited, China Travel, SINOTRANS, China Mobile, Bank of China (Hong Kong), SINOPEC, CHINA UNICOM, Capital International Airport, Tangshan Iron & Steel Co., Ltd.; R&F Properties, etc.

- **Secondary market business:** include treasury & securities Services, etc.
- (a) Holder of H-shares or red-chip shares of almost all Chinese large state-owned enterprises or red-chip listed companies in China, ranks as the top three shareholders in some listed companies, and holds 30% or over equity of several listed companies, for example: China Telecom, CNBM, etc.

- (b) Money for stock holdings comes from (a) self finance of J.P.Morgan, (b) fund companies, (c) securities lending

- J. P. Morgan Chase is the **biggest investor of Chinese stocks**

- **Others:** Xi-Qing Gao (Vice Chairman, President and Chief Investment Officer, China Investment Corporation, Beijing, The People's Republic of China) is a member of J.P.Morgan International Council as of December 31, 2008.





# J.P.Morgan

## Headquarters, Regional Headquarters and Branches in China, & Their Executives

| | Key Executives | Remarks |
|---|---|---|
| J.P.Morgan | Jamie Dimon, Chairman and CEO, J.P.Morgan Chase | Corporate Headquarters |
| Asia Pacific | Gaby Abdelnour, Chairman and CEO of J.P.Morgan Asia Pacific | Headquartered in Hong Kong |
| China | Zili Shao, Chairman and CEO of Chinese Operations | |
| China | Peter Lighte, Chairman of J.P.Morgan Chase Bank (China) Co., Ltd. Mr. Carl E. Walter, CEO (Managing Director) of J.P.Morgan Chase Bank (China) Co Ltd. | Headquartered in Beijing in 2007, having five branches in China |
| Beijing | Lisa Robins, Treasury Services Country Head for China | |
| Tianjin | Jingxing Tong, Branch Manager | Oldest branch in China |
| Shanghai | Qingcheng Hua, Branch Manager | Oldest branch in China |
| Guangzhou | Albert He (Yaoguang He), Branch Manager | Newly established in 2009 |
| Chengdu | Francis Ye (Xianquan Ye), Branch Manager | Newly established in 2009 |

# J.P.Morgan

## Key Executives

### Pictures of Important Executives in Greater China


Gaby Abdelnour


Zili Shao


Fang Fang


Jing Ulrich

### Other Important Executives for Asia-Pacific Area, Hong Kong and China

- **Fang Fang**, vice-chairman of Asia investment banking for JP Morgan,
- **Ms. Jing** Ulrich **(Jing Li)**, Managing Director, Chairman, China Equities, J.P.Morgan
- **Chris Abbott**, Managing Director of J.P.Morgan Chase Bank Hong Kong
- **Fangxiong Gong**, Chief Economist for the Greater China Region and Head of the China Research Department at J.P.Morgan Chase Co

# J.P.Morgan

## Activities in China

- **Investment bank:** In China, J.P.Morgan operate out of two representative offices in Beijing and Shanghai, its wholly-owned banking subsidiary, J.P.Morgan Chase Bank (China) Co. Ltd. and J.P. Morgan Futures Co. to offer clients a wide range of investment banking products and solutions across the specialization.

- **QFII:** In October 2003, J.P.Morgan was approved by China Securities Regulatory Commission (CSRC) and got QFII (qualified foreign institutional investors) qualification.

- **Corporate bank in China:** In July 2007, J.P.Morgan was approved by CBRC (China Banking Regulatory Commission) and incorporated as a corporate bank in China. In October 2007, J.P.Morgan Chase Bank (China) Co., Ltd. was founded in Beijing. Former J.P.Morgan Chase Bank branches in Shanghai and Tianjin were transformed into J.P.Morgan Chase Bank (China) Co., Ltd. branches, and the Beijing branch was retained, specializing in foreign exchange wholesale business.

- **Futures joint venture:** In September 2007 J.P.Morgan was approved by CSRC to establish a joint venture company with Zhongshan Futures Brokerage Co., Ltd., for futures trading and clearing services in the Mainland.

- **Fund joint venture:** China International Fund Management Co., Ltd. Incorporated in May 2004, Is the joint venture between J.P. Morgan Fleming Asset Management (UK) Limited ("J.P.Morgan") (49% ownership) and Shanghai International Trust and Investment Co., Ltd. ("SITICO") (51% ownership). It has 10 funds under its management.