# EXHIBIT "C"



Taishan Affiliates and Subsidiaries