**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT APPLIES TO ALL CASES | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**EXHIBIT "D" TO SECOND SUPPLEMENTAL REPLY BRIEF
IN SUPPORT OF THE PLAINTIFFS' STEERING COMMITTEE'S
EMERGENCY MOTION TO COMPEL JP MORGAN CHASE & CO.
AND MORGAN STANLEY TO COMPLY WITH THE PSC'S DISCOVERY REQUESTS**

# FILED UNDER SEAL