UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINEESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION L |
| | : | JUDGE FALLON |
| | : | MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

Before the Court is Oceanique Development Company, Inc.'s ("Oceanique") Objection and Motion for Court Review of Special Master's Opinion and Decree (Rec. Doc. 19023). Pursuant to Local Rule 7.1 and 78.0, Oceanique requests oral argument on its Motion (Rec. Doc. 19033).

Accordingly, **IT IS ORDERED** that the motion is set for oral argument, immediately following the July Monthly Status Conference on July 14, 2015.

New Orleans, Louisiana, this 7th day of July, 2015.

_____
UNITED STATES DISTRICT JUDGE