UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
|---|---|
| THIS DOCUMENT RELATES TO:<br>ALL CASES | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## ORDER

The Court has received and reviewed Plaintiffs Kyle and Denise Newman's Response (Rec. Docs. 19250, 19251) to Bailey Lumber and Supply Co.'s Motion to Enforce Injunction (Rec. Doc. 18913). **IT IS ORDERED** that Bailey Lumber and Supply Co. submit a Reply to Plaintiffs' Response on or before Monday, July 20, 2015.

New Orleans, Louisiana this 7th day of July, 2015.

_____
Eldon E. Fallon
United States District Court Judge