UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION :
: SECTION L
:
: JUDGE FALLON
: MAGISTRATE JUDGE
................................................................... : WILKINSON

**THIS DOCUMENT RELATES TO: ALL CASES**

## ORDER

The Court received and reviewed the attached correspondence from Daniel E. Becnel, Jr.

**IT IS ORDERED** that the attached correspondence be entered into the record.

New Orleans, Louisiana, this 8th day of July, 2015.

_____
UNITED STATES DISTRICT JUDGE

1