# BECNEL LAW FIRM, LLC

ATTORNEYS AND COUNSELORS AT LAW

NOTARIES PUBLIC

DANIEL E. BECNEL, JR.*
DARRYL J. BECNEL
MATTHEW B. MORELAND
KEVIN P. KLIBERT
SALVADORE CHRISTINA, JR.
CHRISTOPHER D. BECNEL
TONI S. BECNEL
JENNIFER L. CROSE
KELLY V. DELBASTY
Of Counsel:
BRADLEY D. BECNEL

*Also Admitted in Colorado

*Please Reply To:*
☒ 106 WEST SEVENTH STREET
P.O. DRAWER H
RESERVE, LOUISIANA 70084
(985) 536-1186
(985) 536-7904
FAX (985) 536-6445
E-MAIL: dbecnel@becnellaw.com
www.becnellaw.com

☐ 425 WEST AIRLINE HIGHWAY
SUITE B
LAPLACE, LOUISIANA 70068
(985) 651-6101
(985) 652-3643
(985) 652-3668
FAX (985) 651-6104

Kay K. Serven
 *Office Administrator*
Susan B. Williams
 *Nurse*

July 8, 2015

**VIA FACSIMILE NO. (504) 589-6966**

Judge Eldon E. Fallon
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C456
New Orleans, LA 70130

    Re:    In Re:  Chinese Manufactured Drywall Product Liability Litigation
                 MDL 2047

Dear Judge Fallon:

    I am enclosing a copy of a letter I sent today when I was told that Lenny Davis wanted to call and tell me what the Fee Committee offered to me, which amounts to $700,000.00. As you know, I could have received over $350,000.00 from the Sean Payton case alone, which the PSC had nothing to do with. I objected. I want no further negotiations until the information I requested is submitted to me. Please be advised that I intend to contest the Fee Committee's allocation not only to me, but to a number of other lawyers who are extremely dissatisfied as to what has happened.

                                    Very cordially yours,

                                    Daniel E. Becnel, Jr.
                                    Attorney at Law

DEBJr/ks
Enclosure
cc:    Leonard Davis, Esq.
        Arnold Levin, Esq.

From: Daniel Becnel, Jr. dbecnel@becnellaw.com
Subject: Re: Chinese Drywall
Date: July 8, 2015 at 8:37 AM
To: Lenny Davis LDAVIS@hhklawfirm.com, Arnold Levin alevin@lfsblaw.com
Cc: Debbie Murphy DMurphy@lfsblaw.com



As you recall, I was called the day before I was scheduled to leave for Germany to pick up a new car with my wife in Stuttgart to celebrate her 26 years on the bench. I immediately called and advised that I would not be available for the Committee call to discuss fees. I immediately sent an email advising when I would be available. I did not receive a call during the entire time I was in my office. When I did not receive a call I immediately sent my itinerary of where I would be in Germany giving not only the hotels I was staying at but also my cell phone number (504) 400-6501 which works in Europe exactly likes it works in the United States. Once again during this five day period I did not receive a call.

I then sent an email to you advising when I would be in my office (see attached). Once again I did not receive a call. Finally, yesterday at 10:13 a.m. I received an email from Arnold's assistant, Debbie, stating that Arnold did not realize he was supposed to call. I know everyone is busy with the Taishan case. In fact, Arnold stated in front of me and Judge Fallon that Sal Christina has been working on this case full time at the Herman office for a number of weeks, including weekends. As you recall, Sal Christina, Toni Becnel, Devon Becnel, myself and other people in my office have been inspecting these houses from well before the beginning of this case. In fact, as you recall, while at an AAJ Convention, I invited Russ into the case because he knew nothing about Chinese Drywall at the time. I filed the first Taishan case, Dr. Jill Donaldson, a Pediatric Dentist from the Northshore. I also filed the first Knauff case, Coach Sean Payton, of the New Orleans Saints. As soon as Sean's case was filed, the defendants approached me about settling his case and/or my entire inventory. I declined since Judge Fallon had expressed an interest in a global settlement and since I was a team player, I continued on with the case as a members of the Plaintiffs' Steering Committee.

I did initial inspections for the Gainsburgh firm at the request of Gerald Meunier, who had no experts and knew nothing about the case. My experts inspected Gerald Meunier's clients home, a case which he got on a referral. I paid for those costs and ultimately Jerry reimbursed me for the inspection costs. I also inspected a number of homes that the Herman Firm had. There again, using my experts and ultimately the Herman Firm reimbursed me for those inspections. Whenever we inspected the homes, we had at least two to three people from my firm inspect the homes.

I have no idea of why I have to receive a call today to discuss my fees. I appeared before the Fee Committee and advised them of these and other facts concerning my common benefit work. I have repeatedly asked for the following: 1) Who will receive common benefit fees? and 2) The number of cases each person who has an application for common benefit fees has? I know for a fact that a number of people who received major assignments in this case virtually had no cases. I repeatedly requested the amount of common benefit fees that would be assessed against my clients, as well as who was going to receive them and the amount of money each person is to receive. I have still not received any of this information despite repeated requests.

I will be glad to have you call me today at 9:00 a.m., as per your email. As you know I have repeatedly requested all of my fees on the Sean Payton case since the PSC had nothing to do with this case. In fact, I got Sean Payton to do a Public Service Announcement for free and the Saints picked up all of the costs related to this PSA on Chinese Drywall, including getting the Committee approval, as per the regulations through the Disciplinary Counsel.

I will await the call at 9:00 a.m. today. I requested that you call me on my cell phone (504) 400-6501. Please provide me with this information prior to the call.

Very cordially yours,

Daniel E. Becnel, Jr.
Attorney at Law
Becnel Law Firm, LLC
106 W. 7th Street, P.O. Drawer H
Reserve, LA 70084
(985) 536-1186
(985) 536-6445 (facsimile)
dbecnel@becnellaw.com



20150708081154642.pd
f

On Jul 7, 2015, at 4:45 PM, Lenny Davis <LDAVIS@hhklawfirm.com> wrote:

Can we speak tomorrow morning after 9? Let me know

Leonard A. Davis
Attorney at Law
Herman, Herman & Katz, L.L.C.
Herman Gerel LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024(fax)
This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.
CONFIDENTIAL ATTORNEY WORK PRODUCT


-----Original Message-----
From: Debbie Murphy [mailto:DMurphy@lfsblaw.com]
Sent: Tuesday, July 07, 2015 10:13 AM
To: 'Daniel Becnel, Jr.'
Cc: Lenny Davis
Subject: RE: Chinese Drywall

From Arnold -

Danny -

I knew you were out of the country on the scheduled call. I didn't know I was supposed to call you that morning. I apologize. I am presently involved in BNBM depositions for the next two weeks. By copy of this email I am asking Lenny to give you a call.


Debbie Murphy
Levin, Fishbein, Sedran & Berman
Counsellors at Law and Proctors in Admiralty
510 Walnut Street - Suite 500
Philadelphia, PA 19106-3697
Tele: 215-592-1500 - Fax: 215-592-4663
http://cp.mcatee.com/d/5fHCNESyMOUCYC-
OYrKrpud7a8VNNYSehd7arXz9EVdIL6zB4sUUedzAjhOMeph76PQdcOE2ypcGvFxSklundAQpk_i3iEGYKrTvYwqe
nT-LOrwVAs-
VBXBOSihO_PWrabdSumKDp55mWhfaxVZicHs3jp9-I4TsTsSkUZSx0_i7bCO5mUH4OMattFqfONOVJCXXNl5zihF

w4ysEvjPh07hb6dffd41JeVIN5h4bOAWQ-X

CONFIDENTIALITY NOTE: This e-mail message contains information belonging to the law firm of Levin, Fishbein, Sedran & Berman and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.

-----Original Message-----
From: Daniel Becnel, Jr. [mailto:dbecnel@becnellaw.com]
Sent: Thursday, July 02, 2015 12:50 PM
To: Arnold Levin
Subject: Chinese Drywall

Arnold,

I waited all morning to hear from you concerning fees. I will be here tomorrow morning also. Please advise.

Very cordially yours,

Daniel E. Becnel, Jr.
Attorney at Law
Becnel Law Firm, LLC
106 W. 7th Street, P.O. Drawer H
Reserve, LA 70084
(985) 536-1186
(985) 536-6445 (facsimile)
dbecnel@becnellaw.com

CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.

From: Daniel Becnel, Jr. dbecnel@becnellaw.com
Subject: Re: CDW Common Benefit Conference Call on June 26, 2015
Date: June 25, 2015 at 8:18 AM
To: Arnold Levin ALevin@lfsblaw.com
Cc: Russ Herman RHERMAN@hhklawfirm.com, Marion Hutson MHutson@lfsblaw.com



Attached is my itinerary for Germany to pick up my wife's Mercedes Benz in Stuttgart. I hope to have my cell phone (504-400-6501) activated to be able to get calls.

Very cordially yours,

Daniel E. Becnel, Jr.
Attorney at Law
Becnel Law Firm, LLC
106 W. 7th Street, P.O. Drawer H
Reserve, LA 70084
(985) 536-1186
(985) 536-6445 (facsimile)
dbecnel@becnellaw.com

20150625082236752.pdf

On Jun 24, 2015, at 3:34 PM, Daniel Becnel, Jr. <dbecnel@becnellaw.com> wrote:

I will try and respond in the morning, depending on which hotel I will be at, and get the phone number.

Daniel E. Becnel, Jr.
Attorney at Law
Becnel Law Firm, LLC
106 W. 7th Street, P.O. Drawer H
Reserve, LA 70084
(985) 536-1186
(985) 536-6445 (facsimile)
dbecnel@becnellaw.com

On Jun 24, 2015, at 12:04 PM, Arnold Levin <ALevin@lfsblaw.com> wrote:

From Arnold —

We are not available tomorrow morning. Is there a time when you are in Germany that we can talk?

Debbie Murphy
Levin, Fishbein, Sedran & Berman
Counsellors at Law and Proctors in Admiralty
510 Walnut Street - Suite 500
Philadelphia, PA 19106-3697
Tele: 215-592-1500 - Fax: 215-592-4663
www.lfsblaw.com

CONFIDENTIALITY NOTE: This e-mail message contains information belonging to the law firm of Levin, Fishbein, Sedran & Berman and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.

**From:** Daniel Becnel, Jr. [mailto:dbecnel@becnellaw.com]
**Sent:** Wednesday, June 24, 2015 11:49 AM
**To:** Debbie Murphy
**Cc:** Marion Hutson; Arnold Levin; Russ Herman (RHERMAN@hhklawfirm.com); Joyce Romano; Fred Longer
**Subject:** Re: CDW Common Benefit Conference Call on June 26, 2015

I am available tomorrow morning between 8:00 a.m. and 9:30 a.m. My flight leaves at 12:00 noon.

Daniel E. Becnel, Jr.
Attorney at Law
Becnel Law Firm, LLC
106 W. 7th Street, P.O. Drawer H
Reserve, LA 70084
(985) 536-1186
(985) 536-6445 (facsimile)
dbecnel@becnellaw.com

> On Jun 24, 2015, at 10:43 AM, Debbie Murphy <DMurphy@lfsblaw.com> wrote:
>
> From Arnold –
>
> When are you available?
>
> Debbie Murphy
> Levin, Fishbein, Sedran & Berman
> Counsellors at Law and Proctors in Admiralty
> 510 Walnut Street - Suite 500
> Philadelphia, PA 19106-3697
> Tele: 215-592-1500 - Fax: 215-592-4663
> www.lfsblaw.com

CONFIDENTIALITY NOTE: This e-mail message contains information belonging to the law firm of Levin, Fishbein, Sedran & Berman and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.

---

**From:** Daniel Becnel, Jr. [mailto:dbecnel@becnellaw.com]
**Sent:** Wednesday, June 24, 2015 11:11 AM
**To:** Marion Hutson
**Cc:** Arnold Levin; Russ Herman (RHERMAN@hhklawfirm.com); Debbie Murphy; Joyce Romano; Fred Longer
**Subject:** Re: CDW Common Benefit Conference Call on June 26, 2015

Arnold,

I am leaving for Germany on Thursday to pick up a new Mercedes Benz in Stuttgart. This is a present I am giving to my wife; therefore, I probably will not be on the call. I wish I would have had some advance notice so I could have changed the day of pick up from the Mercedes Benz factory.

I thought I would let you know.

Very cordially yours,

Daniel E. Becnel, Jr.
Attorney at Law
Becnel Law Firm. LLC
106 W. 7th Street, P.O. Drawer H
Reserve, LA 70084
(985) 536-1186
(985) 536-6445 (facsimile)
dbecnel@becnellaw.com

> On Jun 24, 2015, at 8:34 AM, Marion Hutson <MHutson@lfsblaw.com> wrote:
>
> THE FOLLOWING IS AN EMAIL FROM ARNOLD LEVIN
>
> The Fee Committee has reached the point where it is prepared to make a recommendation to the Court. As a courtesy, the committee is reaching out to all common benefit attorneys to advise them of their proposed fee allocation. Russ and I would like to speak to you in this matter on Friday, June 26, 2015, at 10:30 a.m. (e.s.t.) It is extremely important that you participate in this telephone conference. Please confirm your availability for this call as soon as possible. Upon confirmation, you will be provided with the call-in information. Thank you for your immediate attention to this matter.
>
> Arnold
>
>
> Marion Hutson
> Levin, Fishbein, Sedran & Berman
> 510 Walnut Street, Suite 500

Philadelphia, PA 19106
215-592-1500

Wednesday, June 24, 2015

Mary Becnel
400 West Fifth St.
La Place, LA 70068-

Dear Ms. Becnel,

Enclosed are your hotel brochures for your upcoming European Delivery. Please keep them with your car confirmation, as they cannot be duplicated. You are confirmed at the following hotels:

### HOTEL TRAUBE TONBACH                                                26-Jun-15 - 27-Jun-15

Nestled in a forest of fir trees, Traube Tonbach is located in one of Europe's most beautiful and pristine landscapes. In the 18th century, baker Tobias Finkbeiner opened a traditional tavern for the charcoal makers and lumbermen working in Tonbach Valley. The original "Traube" has become a LUXURY RESORT known for fulfilling its guests every wish. Your stay includes breakfast, a 3 course dinner at Restaurant Bauernstube. Cancellation policy is 3 days prior to arrival to avoid charge. Address: Tonbachstrasse 237, 72270 Baiersbronn, Germany www.traube-tonbach.de

### PARKHOTEL ADLER                                                      27-Jun-15 - 28-Jun-15

Situated in the Black Forest region in the town of Hinterzarten. Your stay here includes buffet breakfast and a welcome cocktail. Additionally, you will receive a credit of euro 102 per couple, (euro 51 for single occupancy). This credit may be used in the hotel restaurant, the elegant bar or, for room service. You may even elect to use your credit towards any service in the newly remodeled "Spaim Park", (with the exception of massage). This credit cannot be redeemed for cash but must be used for eligible services at the hotel, during your stay. Cancellation policy is 48 hours prior to date of arrival, (local time in Germany), to avoid charge. Address: Adlerplatz 3, D-79856 Hinterzarten, Germany. Telephone: 49-7652 1270.

### VILLINO LINDAU                                                       28-Jun-15 - 29-Jun-15

Located minutes from Lake Constance offering sailing, biking, walking with views of the Swiss and Austrian Alps. The Hotel Villino is located in Hoyerberg, it is a small exquisite hotel with Mediterranean charm. In the room you will find fruit and home-made cookies, bathrobes to use during your stay, a wonderful country house breakfast, and a full service spa. Take a walk in the beautiful gardens. Address: Hoyerberg 34; 88131 Lindau; Germany. Phone: 49 (0) 83 82 93450 www.villino.de

**BAYERISCHER HOF**                                       29-Jun-15 - 01-Jul-15

Centrally located in the heart of Munich. The hotel's amenities include a variety of fine restaurants, a piano bar, breakfast is included in your stay. Upon arrival advise the hotel parking valet that you are a participant in the Mercedes-Benz European Delivery program and a parking place has been reserved for you in the hotel's garage. Kindly pay all parking charges upon check out. Cancellation policy is 24 hours prior to date of arrival, (local time in Germany), (72 hours prior to date of arrival during high season dates), to avoid charge. Address: Promenadeplatz 2-6, 80333 Munich Telephone: 49-89 21200 www.bayerischerhof.de

*Dinner reservations have been confirmed for 7:30pm at Parkhotel Adler and Hotel Traube Tonbach and at The Villino Hotel, is now confirmed for 7:30pm day of check in.*
*Hotel Traube confirmation # 583813*
*Parkhotel   confirmation  # DANIEL*
*Bayericher Hof confirmatin #1632702*
*Hotel Villino   confirmation # ANJA*

Please submit one voucher to the hotels for each night of your stay. Do not alter your voucher(s), as they will become invalid and the hotels will not honor them. Please note, you will not receive any vouchers for "extra nights and/or extra rooms."    If, for any reason, you will not be arriving at one of the hotels on the date expected, please contact the hotel to cancel or change your reservation, (at least 72 hours prior to arrival date); the local telephone number is listed on the hotel voucher. Upon return to the United States, kindly contact our office to advise any change or cancellation, so we may update your file. If you have any questions, please feel free to contact me at 201-573-2322.

Please be advised that the Austrian Government requires an international driver's license.    This license can be obtained from any AAA location in the United States. Please contact your local AAA to obtain further details. Also, please purchase a toll sticker at gas stations either in Germany or Austria for travel on Austrian roads. The fine for not having this sticker is approximately USD $90.00. Austria requires winter tires on all cars from November 1st - April 1st. If involved in an automobile incident during snowy weather without proper tires you will be find up to 5000 euro.
We hope that your European Delivery is a memorable experience and that you enjoy your new Mercedes-Benz!

Best Regards,

Lori Fichter
European Delivery Travel Coordinator
Mercedes-Benz USA,LLC

Enclosures