**REVISED EXHIBIT D**

Taishan previously submitted as Exhibit D to its Motion to Exclude Plaintiffs' Class Spreadsheet a list of 230 properties for which there are remediation records (Rec. Doc. 19191-5). Taishan also submitted the remediation records for these 230 properties to the Court in a flash drive filed under seal with Taishan's Motion to Exclude Plaintiffs' Class Spreadsheet (Rec. Doc. 19192).

Since filing its Motion on June 23, 2015, Taishan has identified an additional 202 properties (listed as numbers 231 to 432 below) for which there are remediation records. The property records for these 202 properties will be submitted to the Court on a CD with Taishan's Reply In Support of Motion to Exclude Plaintiffs' Class Spreadsheet. The following is a complete list of the 432 properties for which there are remediation records:

1. 101 Sand Dunes Road Ormand Beach, FL 32176
2. 102 NW 24th Avenue, Cape Coral, Florida 33993
3. 103 SE 16th Place Cape Coral, FL 33990
4. 109 Pine Lane Lehigh Acres, FL 33971
5. 118 SE 23rd Place Cape Coral, FL 33990
6. 126 NW 3rd Avenue Cape Coral, FL 33993
7. 138 Ocean Bay Drive Jensen Beach, FL 34957
8. 138 SE 29th Street Cape Coral, FL 33904
9. 142 SE 20th Street Cape Coral, FL 33990
10. 157 SE 16th Terrace Cape Coral, FL 33990
11. 174 Shadroe Cove Circle, Unit 1002 Cape Coral, Florida 33991
12. 190 Shadroe Cove Circle Unit 701, Cape Coral, FL 33991
13. 190 Shadroe Cove Circle Unit 702, Cape Coral, FL 33991
14. 194 Shadroe Circle Unit 601 Cape Coral, FL 33991
15. 198 Shadroe Cove Circle, Unit 501, Cape Coral, FL 33991
16. 198 Shadroe Cove Circle, Unit 502, Cape Coral, FL 33991
17. 201 Shadroe Cove Circle, Unit 190-2, Cape Coral, FL 33991
18. 201 Shadroe Cove Circle, Unit 194-1, Cape Coral, FL 33991
19. 201 Shadroe Cove Circle, Unit 194-2, Cape Coral, FL 33991
20. 201 Shadroe Cove Circle, Unit 198-1, Cape Coral, FL 33991
21. 201 Shadroe Cove Circle, Unit 202-1, Cape Coral, FL 33991
22. 201 Shadroe Cove Circle, Unit 206-1, Cape Coral, FL 33991
23. 202 Shadroe Cove Circle, Unit 401, Cape Coral, FL 33991
24. 202 Shadroe Cove Circle, Unit 402, Cape Coral, FL 33991
25. 206 Shadroe Cove Circle, #304 Cape Coral, FL 33991
26. 206 Shadroe Cove Circle, Unit 302, Cape Coral, FL 33991
27. 208 SE 6th Street Cape Coral, FL 33990
28. 221 SE 24th Street Cape Coral, FL 33990
29. 221 Shadroe Cove Circle, Unit 401, Cape Coral, Florida 33991
30. 229 NW 25th Avenue Cape Coral, FL 33993
31. 240 SE 29th Street Cape Coral, FL 33904
32. 240 W. End Avenue Unit 221, Punta Gorda, FL 33950

33. 240 West End Avenue, Unit 923, Punta Gorda, FL 33950
34. 246 SW 26th Street Cape Coral, FL 33993
35. 306 West Tropicana Parkway Cape Coral, FL 33993
36. 319 Siena Vista Place Unit 271 Sun City Center, FL 33573
37. 405 NW 8th Terrace Cape Coral, FL 33991
38. 430 SE 21st Terrace Cape Coral, FL 33990
39. 473 Pinebrook Circle Cantonment, FL 32533
40. 508 NW 38th Avenue Cape Coral, FL 33993
41. 519 SE 25 Lane Cape Coral, Florida 33909
42. 574 Eisenhower Blvd. Lehigh Acres, FL 33974
43. 622 SW 31st Street Cape Coral, FL 33914
44. 622 SW 147th Terrace Pembroke Pines, FL 33027
45. 630 SW 147 Terrace, Pembroke Pines, Florida 33027
46. 702 S.W. 147 Avenue Pembroke Pines, FL 33027
47. 704 SW 23rd Terrace Cape Coral, FL 33991
48. 721 Ashley Road, Lehigh Acres, Florida 33974
49. 811 King Leon Way, Sun City Center, Florida 33573
50. 812 King Leon Way Sun City Center, FL 33573
51. 813 King Leon Way Sun City Center, FL 33573
52. 814 King Leon Way Sun City Center, FL 33573
53. 838 SW Sultan Drive Port St. Lucie, FL 34953
54. 844 SW 17th St Cape Coral, FL 33991
55. 844 SW 36th Terrace Cape Coral, FL 33914
56. 900 E. Marion Avenue Unit 1201, Punta Gorda, FL 33950
57. 900 E. Marion Avenue Unit 1203, Punta Gorda, FL 33950
58. 900 E. Marion Avenue Unit 1301, Punta Gorda, FL 33950
59. 900 E. Marion Avenue Unit 1302, Punta Gorda, FL 33950
60. 900 E. Marion Avenue Unit 1303, Punta Gorda, FL 33950
61. 900 E. Marion Avenue Unit 1401, Punta Gorda, FL 33950
62. 900 E. Marion Avenue Unit 1402, Punta Gorda, FL 33950
63. 914 SW 23rd Street Cape Coral, FL 33991
64. 921 NW 8th Place Cape Coral, Florida 33993
65. 921 SW 23rd Street Cape Coral, FL 33990
66. 946 South West 6th Court, Cape Coral, Florida 33991
67. 954 Marilyn Avenue S. Lehigh Acres, FL 33936
68. 983 Fish Hook Cove Bradenton, FL 34212
69. 1006 NW 38th Place Cape Coral, FL 33993
70. 1009 Chadbourne Avenue Lehigh Acres, FL 33971
71. 1010 NE 12th Terrace Cape Coral, FL 33909
72. 1032 Kindly Road, North Ft. Myers, Florida 33903
73. 1035 Fish Hook Cove, Bradenton, Florida 34212
74. 1041 Fish Hook Circle Bradenton, FL 34212
75. 1101 NW 13th Terrace Cape Coral, FL 33993
76. 1113 NE 4th Avenue Cape Coral, FL 33909
77. 1117 Cassin Avenue Lehigh Acres, FL 33971
78. 1131 Tropicana Parkway W Cape Coral, FL 33993

79. 1132 SW 18th Avenue Cape Coral, FL 33991
80. 1145 Pineda Street East Lehigh Acres, Florida 33974
81. 1157 SW 39th Terrace Cape Coral, FL 33914
82. 1189 Bayport Ln # 404, Fort Myers, FL 33908
83. 1213 SW 1st Terrace Cape Coral, FL 33991
84. 1220 Ederle Street, Lehigh Acres, Florida 33974
85. 1257 Brook Park Avenue Lehigh Acres, Florida 33913
86. 1305 East 9th Street Lehigh Acres FL 33972
87. 1316 Nucelli Road North Port, FL 34288
88. 1451 NW 39th Avenue Cape Coral, FL 33993
89. 1503 Canton Avenue Lehigh Acres, FL 33972
90. 1518 Jefferson Avenue Lehigh Acres, FL 33972
91. 1590 Abalom Street Port Charlotte, FL 33980
92. 1637 Port St. Lucie Blvd. Port St. Lucie, FL 34952
93. 1649 Port St Lucie Blvd. Port St Lucie, FL 34952
94. 1653 Port St Lucie Blvd. Port St Lucie, FL 34952
95. 1704 NW 9th Terrace Cape Coral, FL 33993
96. 1718 NE 27th Terrace Cape Coral, FL 33909
97. 1823 NE 6th Avenue Cape Coral, FL 33909
98. 1837 Notre Dame Avenue Port St. Lucie, FL 34953
99. 1913 Louis Avenue Lehigh Acres, FL 33972 (Remediated)
100. 1976 NW 79 Terrace, Pembroke Pines, Florida 33024
101. 2024 NW 5th Street Cape Coral, FL 33991
102. 2040 NW 1st Street Cape Coral, FL 33993
103. 2051 NW 3rd Terrace Cape Coral, FL 33993
104. 2082 Sundown Drive Clearwater, FL 33763
105. 2105 SW 39th Terrace Cape Coral, FL 33914
106. 2113 Delightful Drive, Ruskin, Florida 33570
107. 2125 Santa Barbara Boulevard Cape Coral, FL 33990
108. 2128 South West 5th Avenue Cape Coral, Florida 33991
109. 2201 NW Embers Terrace Cape Coral, Florida 33993
110. 2218 S.W. Embers Terrace, Cape Coral, Florida 33091
111. 2230 NW Juanita Place Cape Coral, FL 33993
112. 2308 NE Juanita Place Cape Coral, FL 33909
113. 2330 Summersweet Drive Alva, Florida 33920
114. 2511 Yukon Cliff Drive Ruskin, FL 33570
115. 2521 Whitesand Lane Clearwater, FL 33763
116. 2531 White Sand Lane Clearwater FL 33763
117. 2553 Deerfield Lake Court Cape Coral, FL 33993
118. 2565 Deerfield Lake Court Cape Coral, FL 33993
119. 2572 Keystone Lake Drive Cape Coral, FL 33993
120. 2576 Keystone Lake Drive Cape Coral, FL 33993
121. 2580 Sea Wind Way Clearwater, FL 33763
122. 2710 SW 10th Avenue Cape Coral, Florida 33914
123. 2807 21st Street W Lehigh Acres, FL 33971
124. 2810 NW 13th Street Cape Coral, FL 33993

125. 2817 NE 5th Avenue, Cape Coral, Florida 33909
126. 2820 St. Barts Square Vero Beach, FL 32967
127. 2841 St. Bart's Square Vero Beach, FL 32967
128. 3008 West San Carlos Street Tampa, FL 33629
129. 3020 Lake Manatee Court Cape Coral, FL 33909
130. 3100 Orangetree Bend Ft. Myers, FL 33905
131. 3145 NE 15th Avenue Cape Coral, FL 33909
132. 3227 Surfside Blvd. Cape Coral, FL 33914
133. 3237 NW 21st Terrace Cape Coral, FL 33993
134. 3261 Lago de Talvara, Lot 1, Wellington, Palm Beach County, Florida 33467
135. 3301 Lago de Talavera, Lot 6, Wellington, Palm Beach County, Florida 33467
136. 3330 NW 39th Lane, Cape Coral, Florida 33993
137. 3404 W Sevilla Street Tampa, FL 32609
138. 3407 West Oakellar Avenue Tampa, Florida 33611
139. 3462 Lago de Talavera, Lot 6, Wellington, Palm Beach County, Florida 33467
140. 3518 20th Street, SW Lehigh Acres, Florida 33876
141. 3531 SW 15th Place Cape Coral, FL 33914
142. 3580 Lansing Loop, Unit #102 Estero, FL 33928
143. 3608 101st Avenue E Parrish, FL 34219
144. 3620 SW 3rd Terrace Cape Coral, FL 33991
145. 3702 Ralston Road Plant City, FL 33566
146. 3853 Albacete Circle Punta Gorda, FL 33950
147. 4013 24th Street SW Lehigh Acres, FL 33971
148. 4101 Country Club Blvd. Cape Coral, FL 33904
149. 4102 Three Oaks Road Plant City, FL 33565
150. 4139 NE 9th Avenue Cape Coral, FL 33909
151. 4143 Wildstar Circle Wesley Chapel, FL 33544
152. 4210 West Kensington Avenue Tampa, FL 33629
153. 4403 Chiquita Blvd. South Cape Coral, FL 33914
154. 4554 SE 6th Court Cape Coral, FL 33904
155. 4590 Kodiak Drive Vero Beach, Florida 32967
156. 5201 W. Neptune Way Tampa, FL 33609
157. 5406 Hammock View Lane Apollo Beach, FL 33572
158. 5748 Stay Sail Ct. Cape Coral, FL 33914
159. 6050 Jonathan's Bay Circle Unit 402 Fort Myers, FL 33908
160. 6051 Jonathan's Bay Circle Unit 401 Fort Myers, FL 33908
161. 6060 Jonathan's Bay Circle, Unit 302 Fort Myers, FL 33908
162. 6545 Caicos Court, Vero Beach, Florida 32967
163. 6736 Magnolia Point Drive Land O'Lakes, FL 34637
164. 6953 Topeka Lane North Port, FL 34291
165. 7120 Montauk Pt. Crossing, Bradenton, Florida 34212
166. 7460 Bridgeview Drive Wesley Chapel, Florida 33545
167. 8001 Sherwood Circle Labelle, FL 33935

168. 8141 W 36th Avenue Unit 2 Hialeah, FL 33108
169. 8220 Sanctuary Drive #1, Naples, FL 34104
170. 8485 Breezy Hill Drive Boynton Beach, FL 33437
171. 8580 Athena Court Lehigh Acres, FL 33971
172. 8648 Athena Court, Lehigh Acres, Florida 33971
173. 8696 Pegasus Drive Lehigh Acres, FL 33971
174. 8710 Pegasus Drive, Lehigh Acres, Florida 33971
175. 8726 93rd Court Vero Beach, FL 32967
176. 8836 Cobblestone Pt. Circle Boynton Beach, FL 33472
177. 9404 Scarborough Court, Port St. Lucie, Florida
178. 9950 Via San Marco Loop Fort Myers, FL 33905
179. 10440 Stephanie Way, Unit 205, Port St. Lucie, FL 34987
180. 10480 Southwest Stephanie Way Unit 105 Port St Lucie FL 34987
181. 10511 Sarah Way Port St. Lucie, FL  34987
182. 10580 SE Stephanie Way Unit 203 Port St. Lucie, FL 34987
183. 10639 Camarelle Circle Ft. Myers, FL 33913
184. 10710 Miracle Lane New Port Richey, FL 34654
185. 10814 Fortina Drive Fort Myers, FL 33913
186. 10820 Tiberio Drive Fort Myers, Florida 33913
187. 10844 Tiberio Drive Fort Myers, FL 33913
188. 10854 Tiberio Drive Fort Myers, FL 33913
189. 10860 Tiberio Drive Fort Myers, Florida 33913
190. 10868 Tiberio Drive Ft. Myers, FL 33913
191. 11001 Gulf Reflections Drive, A304, Ft. Myers, Florida 33907
192. 11101 Gulf Reflections Drive, Unit 306, Fort Myers, Florida 33908
193. 11102 NW 83rd Street Unit #9-101 Doral, FL 33178
194. 11141 Laurel Walk Road Wellington, FL 33449
195. 11215 Laurel Brook Court Riverview, FL 33569
196. 11221 Godwit Court New Port Richey, FL 34654
197. 11337 Bridge Pine Drive Riverview, FL 33569
198. 11623 Hammocks Glade Drive Riverview, FL 33569
199. 11812 Bayport Lane #3 Fort Myers, FL 33908
200. 11812 Bayport Lane 4 Ft. Myers, FL 33908
201. 11813 Bayport Lane 304 Ft. Myers, FL 33908
202. 11825 Bayport Lane 502 Ft. Myers, FL 33908
203. 11825 Bayport Ln. #504, Ft. Myers, Florida33908
204. 11837 Bayport Lane Fort Myers, FL 33908  Unit 1 Building 7 Phase 2
205. 11837 Bayport Lane Unit #4 Fort Myers, FL 33908
206. 11842 Bayport Lane 2102 Fort Myers, FL 33908
207. 11842 Bayport Lane, Unit 2103 Fort Myers, FL 33908
208. 11853 Bayport Lane #4 Fort Myers, FL 33908
209. 12020 Creole Court Parrish, Florida 34219
210. 12430 SW 50th St, Unit 105, Miramar, FL 33027
211. 12561 Oak Bend Drive Fort Myers, FL 33905
212. 12715 Saulston Place Hudson, Florida 34669
213. 12978 Turtle Cove Trail, North Ft. Myers, Florida 33903

214. 13471 Little Gem Circle Fort Myers, FL 33913
215. 13525 Little Gem Circle Fort Myers, FL 33913
216. 14059 Danpark Loop Ft. Myers, FL 33912
217. 14113 Stilton Street Tampa, FL 33626
218. 14122 Kensington Lane Fort Myers, FL 33912
219. 14721 SW 6 Street Pembroke Pines, Florida 33027
220. 14848 97th Road North, West Palm Beach, Florida 33412
221. 18042 Tiberio Drive Fort Myers, Florida 33913
222. 18238 Hepatica Road Fort Myers, FL 33967
223. 19269 Stone Hedge Drive Tampa, FL 33647
224. 20092 Larina Loop Estero, FL 33928
225. 20316 Larino Loop Estero, Florida 33928
226. 20345 Larino Loop Estero, Florida 33928
227. 22220 Red Laurel Lane Estero, FL 33928
228. 27021 Eden Road Ct. Bonita Springs, FL 34135
229. 28505 Talori Terrace Bonita Springs, FL 34135
230. 30018 Five Farms Avenue Wesley Chapel, FL 33543
231. 12 Marywood Court New Orleans, LA 70128
232. 92 Belle Grove Lane Royal Palm Beach, FL  33411
233. 104 Covington Meadows Cl., Unit A, Covington, LA 70433
234. 104 Covington Meadows Cl., Unit G, Covington, LA 70433
235. 104 Covington Meadows Cl., Unit I, Covington, LA 70433
236. 104 Covington Meadows Cl., Unit J, Covington, LA 70433
237. 106 Burano Court North Venice, FL 34275
238. 106 Covington Meadows Cl., Unit B, Covington, LA 70433
239. 106 Covington Meadows Cl., Unit C, Covington, LA 70433
240. 106 Covington Meadows Cl., Unit D, Covington, LA 70433
241. 130 22nd Street New Orleans, LA  70124
242. 161 Medici Terrace North Venice, FL 34275
243. 174 Shadroe Cove Circle Unit 1003 Cape Coral, FL 33991
244. 178 Shadroe Cove Circle Unit 904  Cape Coral, FL 33991
245. 178 Shadroe Cove Circle, Unit 903, Cape Coral, Florida 33991
246. 182 Shadroe Cove Circle, Unit 803, Cape Coral, FL 33991
247. 182 Shadroe Cove Circle, Unit 804, Cape Coral, FL 33991
248. 185 Medici Terrace North Venice, FL 34275
249. 189 Medici Terrace North Venice, FL 34275
250. 190 Shadroe Cove Circle Unit 703, Cape Coral, FL 33991
251. 190 Shadroe Cove Circle Unit 704 Cape Coral, FL 33991
252. 194 Medici Terrace, North Venice, Florida 34275
253. 194 Shadroe Cove Circle, Unit 604, Cape Coral, FL 33991
254. 198 Shadroe Cove Circle, Unit 504, Cape Coral, FL 33991
255. 201 Medici Terrace North Venice, FL 34276
256. 202 Shadroe Cove Circle Unit 403, Cape Coral, FL 33991
257. 202 Shadroe Cove Circle, Unit 404, Cape Coral, FL 33991
258. 206 Shadroe Cove Circle, Unit 303, Cape Coral, FL 33991
259. 208 Bear Drive Arabi, LA 70032

260. 208 NW 1st Terrace, Cape Coral, Florida 33993
261. 212 16th Street, New Orleans, Louisiana 70124
262. 214 SW 39th Terrace Cape Coral, FL 33914
263. 232 SE 15th Terrace Cape Coral, FL 33990
264. 244 Springrose Drive Belle Chasse, Louisiana 70037
265. 335-337 West Robert E. Lee Blvd. New Orleans, LA 70124
266. 408 Livingston Avenue Arabi, LA 70032
267. 418 Turquoise Street New Orleans, LA 70124
268. 419 FL Blvd. New Orleans, LA 70124
269. 422 28th Street New Orleans, LA 70124
270. 506 Wheaton Trent Place, Tampa, Florida 33619
271. 511 Rimini Vista Way Sun City Center, FL 33573
272. 608 SW 147 Avenue Pembroke Pines, FL 33027
273. 629 Fallstall Street New Orleans, LA 70117
274. 702 Calvin Avenue Lehigh Acres, FL 33736
275. 704 N. Ocean Blvd., Unit 602, Pompano Beach, FL 33062
276. 704 N. Ocean Blvd., Unit 603, Pompano Beach, FL 33062
277. 704 N. Ocean Blvd., Unit 702, Pompano Beach, FL 33062
278. 704 N. Ocean Blvd., Unit 703, Pompano Beach, FL 33062
279. 704 N. Ocean Blvd., Unit 902, Pompano Beach, FL 33062
280. 725 Navarre Avenue New Orleans, LA 70124
281. 816 Chapel Avenue Lehigh Acres, FL 33971
282. 925 SW 146 Terrace, Pembroke Pines, Florida 33025
283. 939 Golden Pond Court Cape Coral, FL 33909
284. 1006 NW 38th Place Cape Coral, FL 33993
285. 1013 Clairise Court, Slidell, Louisiana 70461
286. 1029 Clairise Court, Slidell, Louisiana 70461
287. 1033 Clairise Court, Slidell, Louisiana 70461
288. 1036 Clairise Court, Slidell, Louisiana 70461
289. 1072 Clairise Court, Slidell, Louisiana 70461
290. 1080 Clairise Court, Slidell, Louisiana 70461
291. 1096 Clairise Court, Slidell, Louisiana 70461
292. 1312-14 Coffin Avenue New Orleans, LA 70117
293. 1324 SW 27 Terrace Cape Coral, FL 33914
294. 1344 SW Sultan Drive, Port St. Lucie, Florida 34953
295. 1414 Reynes Street New Orleans, LA 70117
296. 1420 Emerald Dunes Drive Sun City Center, FL 33573
297. 1442 Eldorado Parkway Cape Coral, FL 33914
298. 1449 Mirabeau Avenue New Orleans, LA 70122
299. 1562 Hextel Avenue SW Port St. Lucie, FL 34953
300. 1705 NW 14th Avenue Cape Coral, FL 33993
301. 1739  Bartholomew Street - Dbl, New Orleans, LA  70117
302. 1741 Bartholomew Street - Dbl, New Orleans, LA  70117
303. 1812-14 Mazant Street New Orleans, LA 70128
304. 1831 Bartholomew Street - Dbl, New Orleans, LA  70117
305. 1833 Bartholomew Street - Dbl, New Orleans, LA  70117

306. 1835 Bartholomew Street - Dbl, New Orleans, LA 70117
307. 1837 Bartholomew Street - Dbl, New Orleans, LA 70117
308. 1838 Feliciana New Orleans, LA 70117 (NOAHH)
309. 1860 Filmore Avenue New Orleans, LA 70122
310. 1926-1928 Lapeyrouse Street New Orleans, LA 70116
311. 1936 Four Mile Cove Cape Coral, FL 33990
312. 2041 Livaccari Drive Violet, LA 70092
313. 2113 Louisa Street New Orleans, LA 70117
314. 2138 France Street New Orleans, LA 70117
315. 2182 SE North Blackwell Drive Port Saint Lucie, FL 34952
316. 2193 Willoughby Street Port Charlotte, Florida 33980
317. 2213 Beachhead Lane Violet, Louisiana 70092
318. 2216 Veronica Drive Chalmette, LA 70043
319. 2251 Sandalwood Road Virginia Beach, VA 23451
320. 2310-2312 NE 8th Place Cape Coral, FL 33909
321. 2339 Valmont Street New Orleans, LA 70115
322. 2408 Creely Drive Chalmette, LA 70043
323. 2519 Feliciana Street, New Orleans, LA 70117
324. 2533 Deerfield Lake Court, Cape Coral, Florida 33909
325. 2544 Gallier New Orleans, LA 70117 (NOAHH)
326. 2557 Deerfield Lake Court Cape Coral, Florida 33909
327. 2565 Keystone Lake Drive Cape Coral, FL 33993
328. 2811 W. Shelton Avenue, Tampa, Florida 33611
329. 2844 Clouet Street New Orleans, LA 70126
330. 2852 Dryades Street New Orleans, LA 70115
331. 2901 Avenue V. Ensley Birmingham, AL 35218
332. 2940 Hollygrove New Orleans, LA 70118
333. 2942 SW Skyline St. Port St. Lucie, FL 34987
334. 3010 Dryades Street New Orleans, LA 70115
335. 3012 Charles Drive, Chalmette, Louisiana 70043
336. 3014 Dryades Street New Orleans, LA 70115
337. 3033 Lake Manatee Court Cape Coral, FL 3 3993
338. 3211 Dryades Street New Orleans, LA 70115
339. 3304 Daniel Drive, Violet, LA 70092
340. 3454 Lago de Talavera Wellington, Florida 33467
341. 3550 Lansing Loop Unit #202 Estero, FL 33928
342. 3601 Malagrotta Circle Cape Coral, FL 33909
343. 3607 Frenchmen Street New Orleans, LA 70122
344. 3800 Mossy Oak Drive Ft. Myers, FL 33905
345. 3830 Misty Landing Drive Valrico, FL 33594
346. 3865 SW Wycoff Street Port St. Lucie, Florida 34953
347. 3901 Ventura Drive Chalmette, LA 70043
348. 3913-3915 SW Santa Barbara Place Cape Coral, FL 33914
349. 4018 NW 12th Street Cape Coral, FL 33993
350. 4095 Cherrybrook Loop Fort Myers, FL 33965
351. 4113 Willow Street New Orleans, Louisiana 70115

352. 4148 Bismarck Palm Drive Tampa, FL 33610
353. 4301 Blackthorne Court Virginia Beach, VA 23455
354. 4324 Lydias Drive Williamsburg, VA 23188
355. 4326 Lydias Drive Williamsburg, VA 23188
356. 4338 Wildstar Circle Wesley Chapel, FL 33544
357. 4340 Blackthorne Court Virginia Beach, VA 23455
358. 4349 Blackthorne Court Virginia Beach, VA 23455
359. 4401 SW Jaunt Road, Port St. Lucie, Florida 34953
360. 4404 Parise Avenue New Orleans, Louisiana 70122
361. 4541 Rolling Green Drive Wesley Chapel, FL 33543
362. 4615 Town Creek Drive Williamsburg, VA 23188
363. 4667 Cerise Avenue New Orleans, LA 70127
364. 4843 Evangeline Drive, New Orleans, Louisiana 70127
365. 4859 Evangeline Drive New Orleans, LA 70127
366. 4931 Chantilly Drive New Orleans, LA  70126
367. 4991 Dorgenois Street New Orleans, LA 70117
368. 5202 SW 28th Place Cape Coral, Florida 33901
369. 5235 Skyline Blvd. Cape Coral, FL 33914
370. 5301 Center Street Williamsburg, VA 23188
371. 5305 Center Street Williamsburg, VA 23188
372. 5524 Feliciana Drive, New Orleans, Louisiana 70126
373. 5660 Kensington Loop Ft. Myers, FL 33912
374. 5848 Louis Prima Drive, West, New Orleans, Louisiana 70128
375. 5914 Bilek Drive, Pensacola, Florida 32526
376. 5934 Bilek Drive, Pensacola, Florida 32526
377. 6119 NW Densaw Terrace Port St. Lucie, FL 34986
378. 6131 Craigie Road New Orleans, LA 70126
379. 6308 41st Court, Sarasota, FL 34243
380. 6319 41st Court E Sarasota, FL 34243
381. 6359 Marshall Foch, New Orleans, Louisiana 70124
382. 6511 General Diaz Street New Orleans, LA 70124
383. 6568 41st Street Sarasota, FL 34243
384. 6572 East 41st Court, Sarasota, Florida 34243
385. 6577 General Diaz Street New Orleans, LA 70124
386. 6673 Marshall Foch Street New Orleans, LA 70124
387. 6701 Jonathan's Bay Circle, Unit 501, Fort Myers, Florida 33908
388. 7051 Ambrosia Lane, Unti 3503 Niles, OH 44446
389. 7071 Whitmore Place, New Orleans, Louisiana 70128
390. 7157 Dorian Street New Orleans, LA 70126
391. 7410 Alabama Street New Orleans, LA 70126
392. 7510 Dalewood New Orleans, LA  70126
393. 7522 Lucerne Street New Orleans, LA 70128
394. 7543 Lady Gray Street New Orleans, LA 70127
395. 7708 Alabama Street New Orleans, LA 70126
396. 8105 Kirkcaldy Court Williamsburg, Virginia 23188
397. 8314 Sumner Avenue, Fort Myers, Florida 33908

398. 8374 Sumner Avenue Fort Myers, FL 33908
399. 8561 Pegasus Drive, Lehigh Acres, Florida 33971
400. 8751 Thornbrook Terrace Point, Boynton Beach, Florida 33473
401. 9618 Hildreth Road Perdido Beach, AL 36530
402. 9700 Andover Drive New Orleans, LA 70127
403. 9801 Cobblestone Creek Drive Boynton Beach, FL
404. 9900 Grant Street, New Orleans, Louisiana 70127
405. 9910 Grant Street, New Orleans, Louisiana 70127
406. 11011 Gulf Reflections Drive, 406A, Ft. Myers, Florida 33907
407. 11806 Bayport Lane 2501 Fort Myers, FL 33908
408. 12981 McRaven Court New Orleans, LA 70128
409. 13369 Little Gem Circle Fort Myers, FL 33913
410. 13464 Little Gem Circle Fort Myers, FL 33913
411. 13861 North Fort Myers, FL 33903
412. 13934 Clubhouse Drive Tampa, FL 33618
413. 13936 Clubhouse Drive, Tampa, Florida 33618
414. 13942 Clubhouse Drive (6B) Tampa, FL 33618
415. 13944 Clubhouse Drive Tampa, FL 33618
416. 13964 Clubhouse Drive Tampa, FL 33618
417. 14117 Stilton Street Tampa, FL 33626
418. 14123 Stilton Street, Tampa, Florida 33626
419. 14141 Whitter Lane Port Charlotte, FL 33981
420. 14701 SW 6 Street Pembroke Pines, Florida 33027
421. 15228 Styx River Road Stapleton, AL 36578
422. 15991 Old Wedgewood Court Fort Myers, FL 33908
423. 17625 Middlebrook Way, Boca Raton, Florida 33496
424. 19848 Maddelena Circle Fort Myers, Florida 33967
425. 20516 Ardore Lane Estero, FL 33928
426. 21573 Baccarat Lane, Building #16, Unit #202, Estero, Florida 33928
427. 23086 Madelyn Avenue Port Charlotte, FL 33954
428. 24226 Santa Inez Road Punta Gorda, FL 33955
429. 24504 Sunrise Drive Port Charlotte, FL 33980
430. 25748 Deep Creek Blvd. Punta Gorda, FL 33983
431. 28505 Talori Terrace Bonita Springs, FL 34135
432. Lot 164, 31195 Oak Drive Orange Beach, AL 36567