UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 2047  SECTION "L" |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE FALLON |
| Block, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft KG, et al. Case No. 11-1363 | ) ) ) ) ) | MAG. JUDGE WILKINSON |

**PRIME HOMES AT PORTOFINO FALLS, LTD.'S NOTICE OF CONTINGENT ACCEPTANCE OF SELF-REMEDIATION FUNDING PENDING THE COURT'S RULING ON ITS MOTION FOR RECALCULATION OF SELF-REMEDIATION ESTIMATES TO REFLECT CURRENT MARKET RATES (DOC. NO. 18576)**

Brown Greer has informed Undersigned Counsel for Prime Homes at Portofino Falls, Ltd. ("Prime Homes") that it has received Self-Remediation funding for the Prime Homes properties. On March 31, 2015, Prime Homes filed its Motion for Recalculation of Self-Remediation Estimates to Reflect Current Market Rates (Doc. No. 18576), which remains pending. In order to mitigate any further losses, in an abundance of caution, and without waiving its arguments in the aforementioned Motion, Prime Homes intends to accept the Self-Remediation funding for its properties at the current values subject to the Court's ruling on the aforementioned pending Motion. In other words, Prime Homes' acceptance of the Self-Remediation funds does not moot the aforementioned Motion that it should be entitled to current market rates as the funds it will be accepting are based on old estimates due to Knauf's unreasonable delays as set forth in the aforementioned Motion.

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing PRIME HOMES AT PORTOFINO FALLS, LTD.'S NOTICE OF CONTINGENT ACCEPTANCE OF SELF-REMEDIATION FUNDING PENDING THE COURT'S RULING ON ITS MOTION FOR RECALCULATION OF SELF-REMEDIATION ESTIMATES TO REFLECT CURRENT MARKET RATES has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this on this 9th day of July, 2015.

/s/_____
ERVIN A. GONZALEZ
Fla. Bar No. 500720
Ervin@colson.com
PATRICK S. MONTOYA
Fla. Bar No. 524441
Patrick@colson.com
NATALIE M. RICO
Fla. Bar No. 0065046
Natalie@colson.com
COLSON HICKS EIDSON
COLSON MATTHEWS MARTINEZ
GONZALEZ KALBAC & KANE
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax:    (305) 476-7444
*Counsel for Plaintiffs*