UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAGISTRATE JUDGE |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | WILKINSON |

**THIS DOCUMENT RELATES TO: ALL CASES**

## <u>ORDER</u>

Before the Court is Taishan's Motion to Exclude Plaintiffs' Class Spreadsheet (Rec. Doc. 19191).  In this Motion, Taishan indicates its intention to supplement the Motion following its complete review of records related to the spreadsheet.  Accordingly, the Court will wait to rule on this Motion until it receives Taishan's supplement.

New Orleans, Louisiana, this 8th day of July, 2015.

_____
UNITED STATES DISTRICT JUDGE