UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO: ALL CASES**

## ORDER

Pending before the Court are the PSC's Emergency Motion for Expedited Return on Supplemental Discovery (Rec. Doc. 19213) and the PSC's Corrected version of that Motion (Rec. Doc. 19246). The Court has reviewed all of the briefing related to both these motions including, but not limited to, CNBM's response (Rec. Doc. 19252), which indicated that the Parties did not meet and confer before the PSC filed its Corrected Emergency Motion.

Accordingly, **IT IS ORDERED** henceforth that the Parties meet and confer before filing any motions related to discovery.

New Orleans, Louisiana, this 8th day of July, 2015.

_____
UNITED STATES DISTRICT JUDGE

1