UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION

: MDL NO. 2047
:
: SECTION L
:
: JUDGE FALLON
: MAGISTRATE JUDGE
: WILKINSON

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

It has come to the Court's attention that Knauf's Motion to Extinguish Any Further Settlement Obligations (Rec. Doc. 19150) was inadvertently granted prior to the submission date. Accordingly, **IT IS ORDERED** that the previous grant (Rec. Doc. 19230) be **VACATED**.

**IT IS FURTHER ORDERED** that the Motion is and remains set for hearing on July 14, 2015 at 9:00 a.m.

New Orleans, Louisiana, this 9th day of July, 2015.

_____
UNITED STATES DISTRICT JUDGE

1