UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * | MDL Docket No. 2047 |
| | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | MAGISTRATE JUDGE WILKINSON |
| * * * * * * * * * * * * * * * * * * * | * | |

**PROPOSED AGENDA**
**FOR JULY 14, 2015 STATUS CONFERENCE**

I. PRE-TRIAL ORDERS

II. STATE COURT TRIAL SETTINGS

III. STATE/FEDERAL COORDINATION

IV. OMNIBUS ("OMNI") CLASS ACTION COMPLAINTS

V. CLASS ACTION COMPLAINT

VI. PLAINTIFFS' MOTIONS TO ESTABLISH A PLAINTIFFS' LITIGATION FEE AND EXPENSE FUND

VII. REMEDIATION PROGRAM

VIII. INEX, BANNER, KNAUF, L&W and GLOBAL SETTLEMENTS

IX. SHARED COSTS FUND

X. TAISHAN, BNBM AND CNBM DEFENDANTS

X1. VENTURE SUPPLY & PORTER BLAINE DEFENDANTS

XII. PLAINTIFF AND DEFENDANT PROFILE FORMS

XIII. FREQUENTLY ASKED QUESTIONS

XIV. MATTERS SET FOR HEARING FOLLOWING THE CURRENT STATUS CONFERENCE

XV. *PRO SE* CLAIMANTS

XVI. PHYSICAL EVIDENCE PRESERVATION ORDER

XVII. ENTRY OF PRELIMINARY DEFAULT

XVIII. ALREADY REMEDIATED HOMES

XIX. LOUISIANA ATTORNEY GENERAL

XX. NEXT STATUS CONFERENCE