UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
|---|---|
| THIS DOCUMENT APPLIES TO ALL CASES | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**EMERGENCY MOTION OF THE PLAINTIFFS' STEERING COMMITTEE FOR EXPEDITED RETURN ON DISCOVERY REQUESTS AND SHORTENED TIME TO NOTICE DEPOSITIONS**

NOW INTO COURT come the Plaintiffs' Steering Committee ("PSC"), who shows as follows:

1. Pursuant to the orders and directives of the Court at the special hearing that took place on March 17, 2015, the Court's comments during the status conference on April 17, 2015, and the Court's Minute Entry and Orders dated March 17, 2015 [Rec. Doc. No. 18493] authorizing expedited discovery of Taishan and BNBM/CNBM regarding (i) the injunction prong of the Court's July 17, 2014 Order holding Taishan in contempt of court, criminally and civilly [Rec. Doc. No. 17869], and (ii) whether there exist alter ego relationships between and among these entities, the PSC has served written discovery upon third-parties, PABCO Building Products, LLC (d/b/a Pabco Gypsum) and Stepan Company, to determine whether Taishan Gypsum Co., Ltd. ("Taishan") or any of its affiliates or subsidiaries have been doing any business in the United States since July 17, 2014.

2. Based on recent discovery from the BNBM defendants, the PSC has learned of commercial interactions involving the BNBM defendants and PABCO

1

Building Products, LLC (d/b/a Pabco Gypsum) and Stepan Company that transpired immediately before the entry of the Court's Contempt Order. This discovery has revealed that the BNBM defendants sent several employees to the United States to discuss commercial transactions with PABCO Building Products, LLC (d/b/a Pabco Gypsum) and Stepan Company in April 2014. While these interactions predate the Court's Contempt Order, the PSC wishes to pursue discovery from these third parties since it is likely there were additional commercial activities during the contempt period.[1]

3. It is respectfully submitted that expedited discovery from PABCO Building Products, LLC (d/b/a Pabco Gypsum) and Stepan Company is necessary to determine the scope of the Taishan Affiliates' and Subsidiaries' violations of this Court's Contempt Order. By way of further explanation, only the BNBM defendants have produced any evidence of their violations of the Court's Contempt Order to date. Accordingly, given the unwillingness of the defendants' to produce evidence concerning their violations of the Contempt Order, it is necessary to pursue this evidence from the parties. Both PABCO Building Products, LLC (d/b/a Pabco Gypsum) and Stepan Company are likely to have evidence relevant to the Taishan defendants' and affiliates' violations of the Contempt Order since they met with BNBM employees to discuss potential transactions immediately before the entry of the Contempt Order.

4. The Court's Minute Entry and Orders requires that contempt track discovery be completed no later than August 14, 2015. *See* June 16, 2015 Order, Rec.Doc.No. 19146. Due to the shortened time limitation on additional discovery

---

[1] Consistent with the Court's directive during the April 24, 2015 telephone conference, the instant discovery will also produce evidence relevant to the defendants' jurisdictional arguments.

imposed by the Court, the PSC requests that the Court set an expedited response date for the instant discovery; and further, that the time limitations for noticing of depositions also be shortened and expedited. Rule 30 of the Federal Rules of Civil Procedure sets forth the notice and method for depositions by oral examination. Request is made to shorten the time to be provided between the issuance of the notice, the taking of the deposition and review by the witness for changes. Furthermore, Rules 33, 34 and 36 of the Federal Rules of Civil Procedure each provide time frames for responding to discovery requests, and request is made to shorten the time for discovery requests so that the discovery must be responded to fully and completely on an expedited basis.

5. The PSC proposes that full and complete responses, including the documents requested, be produced by PABCO Building Products, LLC (d/b/a Pabco Gypsum) and Stepan Company within (10) days of their respective receipt of the discovery.

6. The PSC proposes that depositions be noticed at least seventy-two (72) hours in advance of the taking of a deposition and that the review for any changes requested by the witness be completed within twenty-four (24) hours of the taking of the deposition.

7. The Court has granted seven similar motions requesting the same expedited return of discovery requests and shortening of time to notice depositions with respect to other third-parties on the topics addressed during the March 17, 2015 hearing and in the Court's related Minute Entry and Orders. *See* Rec.Doc.Nos. 18523 (New Jersey Institute of Technology and CTIEC-TECO American Technology, Inc.); 18535 (Sunpin Solar Development a/k/a Sunpin Solar LLC, Tommy Li, Wal-Mart Stores, Inc.,

Westerlund Log Handlers LLC and Murphy Overseas USA Astoria Forest Products LLC); 18756 (Hampton Affiliates, Steven J. Zika, Hampton Investment Company, Baillie Lumber Co., Hull Forest Products, Inc., Western Wood, LLC, and W.H. International, Inc.), and 18781 (BNK International, LLC, and Jeffery J. Chang).

WHEREFORE, the PSC prays that this motion be granted and that PABCO Building Products, LLC (d/b/a Pabco Gypsum) and Stepan Company be Ordered to produce to the PSC full and complete responses to the discovery, including all documents requested (in their original language and, if the original documents are in any language other than English, with English translations), within ten (10) days of their respective receipt of the written discovery, and further that time limitations for taking of depositions also be shortened and expedited.

Respectfully submitted,

Dated:  July 13, 2015

/s/ Russ M. Herman_____
**Russ M. Herman** (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
***HERMAN, HERMAN & KATZ, LLC***
820 O'Keefe Avenue
New Orleans, LA  70113
PH:  (504) 581-4892
FAX:  (504) 561-6024
ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin (on the brief)
Fred S. Longer (on the brief)
Sandra L. Duggan (on the brief)
Matthew C. Gaughan (on the brief)
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
PH:  (215) 592-1500
FAX:  (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm, LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Peter Prieto
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Jerrold Seth Parker
Parker Waichman, LLP
27300 Riverview Center Blvd.
Suite 103
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@attorneys4people.com

Bruce William Steckler
Steckler, LLP
12720 Hillcrest Road, Ste 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-404
bruce@stecklerlaw.com

Ervin A. Gonzalez
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Christopher Seeger
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Victor M. Diaz, Jr., Esquire
V.M. Diaz and Partners, LLC
119 Washington Ave, Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Anthony D. Irpino
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 13th day of July, 2015.

        Respectfully Submitted,

        BY:  /s/ Leonard A. Davis
            Leonard A. Davis
            Herman, Herman & Katz, LLC
            820 O'Keefe Avenue
            New Orleans, LA 70113
            Phone: (504) 581-4892
            Fax: (504) 561-6024
            ldavis@hhklawfirm.com

            *Plaintiffs' Liaison Counsel*
            *MDL 2047*