IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047** <br> **SECTION: L** <br> **JUDGE FALLON** <br> **MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:** <br><br> **ALL ACTIONS** | |

**O R D E R**

Considering Plaintiffs' Motion for Leave to File Sur-Reply to Defendants' Motion to Exclude Plaintiffs' Trial Exhibit 79;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the attached Plaintiffs' Sur-Reply to Defendants Motion to Exclude Plaintiffs' Trial Exhibit 79 be and is hereby filed into the record.

New Orleans, Louisiana, this _____ day of _____, 2015.

_____
Eldon E. Fallon
United States District Court Judge