UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | : | MDL NO. 2047 |
| IN RE: CHINESE MANUFACTURED DRYWALL | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAGISTRATE JUDGE |
| ............................................................ | : | WILKINSON |

**THIS DOCUMENT RELATES TO: ALL CASES**

## ORDER

The Court received by mail Ollie Anum's Objection and Response to Knauf's Motion to Extinguish Any Further Settlement Obligations to Claimant Anum (Rec. Doc. 19150).

**IT IS ORDERED** that the attached Objection and Response be entered into the record.

New Orleans, Louisiana, this 10th day of July, 2015.

_____
UNITED STATES DISTRICT JUDGE

cc:
Ollie Anum
17526 SW 48th Street
Miramar, FL 33029

Kerry Miller
*Baker, Donelson, Bearman, Caldwell & Berkowitz*
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170

1