Ollie Anum
17526 SW 48th street
Miramar, FL 33029



Confidential Letter sent via Next day Delivery. Please Urgent delivery before 7/14/15. Thanks.

July 8, 2015

Honorable Judge Eldon E. Fallon
500 Poydras Street, Room C-456
New Orleans, LA 70130

Re: I objected Knauf Defendant's Motion and I am Requesting for a Fair and Equitable Claims Benefit.

Honorable Judge Eldon E. Fallon:

I hope things are well with you. Please I am pleading with tears and mercy, objecting the motion Mr. Kerry Miller filed to interfere with my CDW class member (homeowner) benefits (i.e., pending remediation issues and denied other loss funds). In 2012, I contacted Ms. Alexis (court clerk) because I could not find a Florida legal counsel and a court order was issued to me that I should not contact the court. Please I apologized to contact you but I was told to write to you before you grant Mr. Miller motion on 7/14/15. Please Mr. Miller is aware that I do not have a lawyer, I could not find a Florida CDW lawyer and I cannot afford a CDW lawyer due to my CDW losses. Please if I have a lawyer, my lawyer could have filed a complaint and Mr. Miller could not have filed this motion. Please I also filed a complaint on 5/29/15 before Mr. Miller filed a motion. Please I do not know anything about the motion filed. Please I have been contacting Moss & Associates, my remediation contractor regarding pending remediation items since July, 2014 and in April 2015, they accepted the pending remediation items not limited to carpet, floor tile and cabinet and made a financial offer. Please I asked the contractor to complete my remediation and pay for the delay of my remediation and I have losses due to the pending remediation. My property was pre-construction home purchased $850,900 and appraised $851,000 and recorded in the county 2007. My bank and I expected increased in property value and I put over $200,000 down payment during closing and I never enjoyed my home. Please I have been out of my property since 2009. Please I contacted Special Master on 5/13/15 for a help on my claims. Sorry for my contacts.

On 11/19/2011, Mr. Patrick Montoya who withdrew my case wrote to my bank that I will receive funds to pay my mortgage after the case is settled and my other loss was denied due to I do not have cancelled checks but I have mortgage invoices. Please I have multiple losses I could not compensate and CDW has changed my life and I live with fear as a victim. Mr. Doyle was unable to help me because he is not a Florida CDW lawyer. Please my claims have been unsuccessful due to I do not have a legal counsel and other CDW homeowner victims had free legal counsel. Please I sorry for any inconvenience. Please I would appreciate your consideration to allow Settlement to review my documents claims.

Please I appreciate your time, effort, patience & consideration. I enclosed few documents sent. Thanks.

Sincerely,

Ollie Anum

**Confidential CDW Remediation Pictures Exhibit A on Property: 17526 SW 48ᵗʰ, Miramar, FL 33029**



2 glass doors cabinet. 5/24/12 Cost estimate picture of my cabinets with no scratch and no hole and cabinets intact (#1). Brought $850,900



Cabinets installed after remediation and the top and bottom side of the right cabinet is lost and has nothing to do with the burglary of removed appliances. Appliances were containment with CDW. (#2)



The cabinet's bottom has hole and scratches after remediation and Moss accepted the damage and agreed to replace all cabinets and later decided to offer cabinets credit in October, 2014 (#3) Left

Another portion of the cabinet with scratches and hole after remediation (#4) Right



Multiple damaged cabinets (#5) left.          Damaged cabinets with holes (#6) Right

2



Scratch on cabinet after remediation and Moss agreed to replace all cabinets with credit (#7) left

Cabinet during cost estimate before remediation was bright color and hard wood with platinum upgrade before remediation (#8) right



Left bright color no damage (#9), right dark color (#10) storage damaged after remediation confirmed by Ombudsman when pictures were submitted previously to him and Moss agreed to replace the cabinets

3

WOOD ←



→DAMAGE

Gold KV-knobs cabinet opener before remediation (#11) and below damaged Gold KV-knobs cabinet after remediation (#12). Please I have not checked other cabinet knobs.



→ DAMAGE

Cabinet scratched, open between wall and wood, leaking refrigerator installed by Moss was easy to remove and not built-in as original and was stolen (#13). Left.

Scratches on cabinet (damage) and Moss agreed to replace all cabinets with credit (#14). Right



Boxes and installation materials left in the kitchen and other trashes left in the garage (#15) left, damaged (#16) right. Please the garage pictures are not included here. Inside cabinets damaged. Thanks.



CDW stained toilet flush tank handle not replaced (#17) left? Unfit toilet roll holder installed by Moss in the bathrooms (#18) right



Before remediation (#19) left, some locations of CDW stained toilet flush tank handle not replaced by Moss (#20) right



One of the unfit toilet roll holders installed by Moss fell on the floor (#21) left, No installed light in the Dining room (#22) right



Carpet Platinum feature and it is not Gold feature. Grout Antique, Padding. Left and Right

Conversation Piece II 731 butter pecan by Mohawk with rebound pad 7/16" thickness, 6lbs density. Moss refused to provide the sample of my carpet removed to be used to resolve my carpet issue. Then, I contacted my original carpet licensed contractor who verified that I have Mohawk carpet and pad upgrade and provide Mohawk carpet and pad matched for replacement. Moss was aware of this evidence and made a carpet credit offer to me. (#23, #24) left and right respectively



Carpet installed by Moss is dark not identical like my pre-construction carpet and Moss agreed for a credit (#25)? Left

Moss installed pad (red thin layer line), back carpet on top, visual ground floor, and item not properly sealed (#26) right.



Carpet installed by Moss not approved by homeowner (#27) left? Bedroom closet fell off (#28) right

**Carpet Selection:** Remove & Replace Carpet, Remove & Replace Carpet Padding
Shaw Carpet, Color: 744 Warm Stone (or Equal). #29 A and B below?

7

  *Please note, if existing wood flooring is glued directly down to the concrete slab, it will be protected and cleaned, not replaced.

12982 SW 87th Ave, Miami, FL 33176 786-287-3530(O) ~ 305-233-8900 (F)

Please note information from CDW contractor was not approved by homeowner and homeowner asked contractor to use identical item for replacement.

 

Cost estimate tile and faucet before remediation (#30, #31)? Left and right respectively

 Right

Floor tile after remediation installed by Moss and Moss agreed to replace it with credit (#32) left

Pre-construction towel hard handle (Right # 33) and replaced with towel soft handle



Electrical pump water sprinkler unit (#34) left, shrubs and grass started dying due to electrical pump water sprinkler problem after I found out about the CDW (#35)

Note: On the kick-off day of my remediation, Moss took my picture and the kick-off pictures may have been altered as Moss has deleted my picture? Please I was not aware that Moss took my picture in April 2014 until September and October 2014, I saw the picture? Moss posted my remediation via internet?

There is also damage on exterior front garage. My 2 unused waste management trash cans were damaged by Moss and some left over pre-construction building materials were missing and removed from my 3 cars garage during remediation and I let go. Moss accumulates utility bills after July 2014 because they are doing delay remediation work. Bedroom closet fell and I notified Mr. Roman in October 2014, I met with them but I was ignored. Please I could not do interior appraisal and loan modification because of this remediation issues. Please I am unable to include all pictures taken. I enclosed 35 pictures.

For other loss fund; I did not have a legal counsel for help, on 6/28/13, I filed for Pre-Remediation Alternative Living Expenses but my claim was denied because I do not have cancelled checks but I have past due notice. Please I joined the class action because my mortgage offered me forbearance /moratorium and my bank asked me to take a legal action on my property damage to get my benefit. Please I am asking a consideration to use the cost estimate or use the past due notice to compensate me for my losses as Ms. Therese Sekellick was considered for her loss. Please I have numerous losses (i.e., transportation, utilities bills, property maintenance and other cost). I enclosed a lawyer letter to my bank for my forbearance exhibit f. Please I also need 1 year warrant for the appliances which had not been used / tested since and no walk through. Please if you have any question; feel free to contact me via email. Please I do really appreciate everyone who helped me with my claims and your time and your consideration. Please other information will be sent separately and 2 letters were enclosed.

Please send my confidential evidences for consideration. Thanks for everyone help. Love and Peace.

Sincerely,

Ollie Anum

9

Ollie Anum
17526 SW 48th street
Miramar, FL 33029

Confidential Letter sent via email with Chinese Drywall Remediation Option 1 Release.

February 25, 2014

Kerry Miller and Law firm
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163

Re: Reserve of my Right on Other Lost Funds

Dear Mr. Miller:

I hope this letter finds you well. Please this is a follow up regarding my reserve right on other lost funds benefits of the settlement. Since you rejected my release with notation but I cannot move forward without attachment of this letter to reserve my right on other lost fund with my release. I hope to be treated fairly regardless of I could not find a Florida legal counsel for a help. I am looking forward to working with everyone amicably with the remediation of my property and receive my other lost fund benefits. Please if you cannot accept this letter with my release; I would consider that Knauf refused to remediate my property.

Thanks for your consideration.

Sincerely

Ollie Anum

CC: Chinese Drywall Settlement Administrator and Mr. J. Woody.

Ollie Anum
17526 SW 48th street
Miramar, FL 33029

Confidential Letter sent via email and regular mail.

February 5, 2015

Ms. Erica Gasborro, Project Manager
2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33304

Re: Moss Incomplete Remediation and my Acceptable Agreement

Dear Ms Gasborro:

I hope this letter finds you well. I was very happy after CDW settlement of February 2013 and I was approved for remediation. I had positive thinking that Moss remediation contractor will absolutely provide me a service according to CDW settlement but I have experienced negative outcome. Please my communication with Moss staff at the beginning to current was that I only authorized all replacement items to be identical, same quality and no substitution and my bank will appraisal the property after remediation to meet original value without CDW. Please I have addressed the incomplete remediation issue in good faith and I did team work with Mr. Andres Roman on October 2014; on multiple missing items and incorrect items which I never observed from a good Florida licensed contractor and I never file an official complaint. Since I do not have a legal counsel involved with my CDW settlement, Moss took advantages of me in bad faith of retaliation, and threats with its lawyer despite that I am the victims. Moss published my construction remediation via internet as a violation of my privacy and using coercion to ask me to sign its lawyer settlement agreement as Moss is aware that I do not have a lawyer.

Please I cannot address all issues I had with Moss since I am not a lawyer. Please I have been polite and asked Ms. Gasborro on 2/5/15, to sent the cabinet credit check and on multiple times, I have notified her to delete my construction information published via internet, replaced my bathroom floor tile and carpet cushion and carpet but she refused after I sent the document. Moss also refused to meet with me on 2/10/15 to resolve the remediation issue amicably as Ms. Gasborro hung up on me on 2/5/15.

My acceptable agreement is to bring my property value to its original value without CDW as I am a victim, including; (1) replacement of my cabinet with the same identical quality cabinet credit. (2) Moss to pay the delay of my remediation from July to the time I have pending remediation completed (i.e., cabinets, bathroom floor tile, carpet cushion and carpet. (3) Moss to replacement my bathroom floor tile, carpet cushion and carpet likewise my original items without CDW. (4) Resolve other issues.

Thanks for everyone consideration. I am looking forward to have my remediation completed on 2/10/15 and have the credit check and I will notify my bank as my bank is aware of the incomplete remediation.

Sincerely,

Ollie Anum
CC: via email to Mr. Herman, Mr. Levin and please Mr. Harris, to send a copy to Mr. Moss, BrownGreer.

EXHIBIT D

## KITCHEN FEATURES

- Raised Panel European Style Hidden-Hinge Kitchen Cabinets with 30" Upper Cabinets in Matte Foil
- Granite Countertops with Bullnose Edge and 4" Granite Backsplash in Choice of Standard Colors
- Dual Compartment Stainless Steel Drop-in Sink with a Single Lever Faucet
- Drop-in G.E.® Radiant Cooktop with 4 Burners
- G.E.® Built-in Double Wall Oven in Stainless Steel
- G.E.® 21.8 Cubic Foot Stainless Steel Refrigerator with Water Line and Ice Maker Located in the Door Panel
- G.E.® Space Maker Microwave in Stainless Steel
- G.E.® Multi-Cycle Energy Efficient Dishwasher in Stainless Steel
- 1/2 HP Food Waste Garbage Disposal
- G.E.® Extra Large Capacity Washer and Large Capacity Dryer
- Storage Pantry with Vinyl-Coated Shelving

## LUXURY BATHROOM FEATURES

- Raised Panel European Style Hidden-Hinge Cabinets in Matte Foil Selections in all Bathrooms
- Lever Handle Fixture Package in Chrome in all Bathrooms
- Oversized Roman Cultured Marble Tub with Deck-Mounted Tub Valves and Cultured Marble Backsplashes and Cultured Marble Shower Pan or Ceramic Tile Shower Floor in Master Bathroom (by Plan)
- His & Hers Vanities with Cultured Marble Counters and Separate Sinks in Master Bath Installed at a Raised Height
- Cultured Marble Vanity Counters in Secondary Bathrooms
- 6" Ceramic Bathroom Tile on Floors, Downstairs Shower Floors and Shower Walls in all Bathrooms (by Plan)
- Conveniently Located Shower Control Valves
- Knee Spaces at Lowered Height in Master Bath (by Plan)
- Chrome Shower Enclosure (by Plan)
- Tile to Ceiling in Shower Areas in all Baths
- Elongated Commodes in all Bathrooms
- Decorative Strip Vanity Fixtures
- Vanity Mirrors (Same Width as Counters)
- Recessed Medicine Cabinets with Beveled Glass Trim and Adjustable Shelves (by Plan)
- Enamel on Steel Bathtubs in Secondary Bathrooms (by Plan)
- Marble Thresholds at Bathrooms

## ELECTRICAL SPECIFICATIONS

- Structured Wiring in Bedrooms, Den, Kitchen & Family Room, Including Both Category 5 Pre-Wire for Telephone and Data Applications which will Accommodate up to Four Phone Lines on 1 Cable and RG-6 Shielded Coaxial Cable for Television and Video. Structured Wiring Helps Protect Your TV Signal from Outside Interference or Noise and also Minimizes Cross Talk on Your Voice Applications. All Upgraded Wiring will be Homeruns to a Central Distribution Panel Located in the Home.

- Two, Three or Four Coach Lights at Garage (by Plan)
- Rocker-Style Electrical Switches
- Ceiling Fan Pre-wiring with Light Kit Pre-Wire in Bedrooms, Den and Family Room
- Two Weatherproof Exterior Electric GFI Outlets
- Electric Door Chime
- Programmable Digital Readout Thermostat
- 200 Amp Minimum Electrical Service (by Plan)

## MILLWORK FINISHES

- Colonial Style Door Casings
- Colonist Style Raised Panel Interior Doors
- Colonial Style 5¼" Wood Baseboards
- Upgraded Stair Railing with Traditional Newels, Balusters, Rails and Fittings in 2-Story Homes
- Decorator Lever Door Handles
- Mirrored Doors in Master Bedroom Closets (by Plan)
- Marble Window Sills
- Steel Insulated Front Door with Weather Stripping
- Solid Core Door from Garage to Living Area

## INTERIOR APPOINTMENTS

- Designer 16"x16" Ceramic Floor Tile in Foyer, Kitchen, Café and Laundry Room
- Knockdown Texture on Walls and Ceilings (Excluding Bathrooms)
- Wall-to-Wall Carpet Except Where Tile is Standard
- Vinyl-Coated Ventilated Closet Shelving in All Bedrooms
- Insulation at Garage Partition and Walls Around Air Handlers

## SECURITY IN YOUR HOME

- Alarm System with Two Keypads Included
- Automatic Garage Door Opener with Two Remote Transmitters per Door
- Security Deadbolt Locks on Front Entry Door
- Double Locks and Screens on Sliding Glass Doors and Operable Windows
- Telephone Interface Located Inside Garage
- Smoke Detectors Throughout the Home

38

## EXTERIOR DESIGN FEATURES

- Brick Pavers on Driveway, Entry Walkway and Covered Entry and Covered Patio (per plan) in Standard Color and Standard Pattern
- Covered Patio (per plan)
- Gutters on Front of House
- Direct Mount Hurricane Storm Panels
- Solid Brass Front Door Handle Set with Lifetime Finish Warranty on Polished Brass Finish
- Concrete Spanish Hacienda Double Roll Roof Tile with Coordinating Roof Mud
- Fully Sodded and Landscaped Home Site with Automatic Sprinkler System
- Two Garden Hose Connections in Pre-Determined Locations

## CONSTRUCTION STANDARDS

- Two-Zone Energy-Efficient Air-Conditioning System with Minimum 13 SEER Rating with Programmable Thermostats (per Plan)

- Energy-Efficient 50-Gallon Quick-Recovery Hot Water Heater
- R-30 Ceiling Insulation
- Dwelling Warranty Covering Your Home on Major Structural Defects for Ten Years (as Described in the Purchase Contract Documents)
- Manufacturer's Warranties Passed on to Homeowner on all Appliances
- Soil at Slab Foundation Pretreated for Termite Protection
- Steel Reinforced Monolithic Concrete Building Foundation with Concrete Block Construction, Steel-Reinforced, Poured Concrete Columns and Tie Beam Construction
- Acoustical Gypsum Concrete Subflooring on Second Floor of Two-Story Homes (Except Under Bathtubs and Shower Pans)



*In addition to the Gold Features, the Platinum Series Luxury Standard Features also includes the following:*

## KITCHEN FEATURES

- Raised Panel European Style Hidden-Hinge Kitchen Cabinets with 42" Upper Cabinets in Matte Foil or Wood Door Selections Including 1 or 2 Glass Doors with Glass Shelving and Lighting (by Plan)
- Under Cabinet Light Valance with Lighting
- Crown Molding Above Cabinets with Lighting
- Cabinet Pantry or Pantry Façade (by Plan)
- Recessed Lighting in Kitchen (Quantity Varies by Plan)
- Dual Compartment Stainless Steel Undermount Sink with a Pull-out Spray Faucet

## APPLIANCES

- G.E.® Profile 24.5 Cubic Foot Built-In Stainless Steel Refrigerator with Water Line and Ice Maker Located in the Door Panel
- Drop-in G.E.® Profile Radiant 36" Cooktop with 5 Burners
- G.E.® Profile Built-in Double Wall Oven in Stainless Steel
- G.E.® Profile Space Maker Microwave in Stainless Steel
- G.E.® Profile Multi-Cycle Energy Efficient Dishwasher in Stainless Steel

## LUXURY BATHROOM FEATURES

- Raised Panel European Style Hidden-Hinge Cabinets in Choice of Matte Foil or Wood Door Selections in all Bathrooms
- Upgraded Bathroom Fixture Package in Chrome in Master Bathroom (8" Spread)
- Upgraded Tile Package in Master Bath Including Accent Listello in Shower

- Chrome or Gold Tone Shower Enclosure with Frameless Door (by Plan)
- Upgraded Designer Vanity Light Fixtures

(25)

## ELECTRICAL SPECIFICATIONS

- Two Speaker Pre-Wires in Family Room
- Receptacle on Separate 20 Amp Circuit in Garage
- Decorative Light Fixture in Foyer, Cafe and Stairway

## INTERIOR APPOINTMENTS

- Built-in Closet System in Master Bedroom Closets
- Designer 16"x16" Ceramic Floor Tile in Foyer, Living Room, Dining Room, Family Room, Kitchen, Family Dining and Laundry Room
- Upper Cabinets in Laundry Area (by Plan)
- Laundry Sink in Base Cabinet in Laundry Room (by Plan)

## EXTERIOR DESIGN FEATURES

- Covered Patio with Ceiling Fan Pre-Wire Including Light Kit Pre-Wire and Cable TV Outlet
- Two Speaker Pre-Wires on Covered Patio

## CONSTRUCTION STANDARDS

- Energy-Efficient 80-Gallon Quick-Recovery Hot Water Heater

IMPORTANT NOTE: COMPLETION OF MY REMEDIATION- MOSS CERTIFIED THAT ALL AFFECTED PLATINUM FEATURES OF MY PRECONSTRUCTION HOME HAS BEEN SUCCESSFULLY COMPLETED AS LISTED ABOVE. THANKS.

**Exhibit D:** Evidence on Platinum Standard Features of My Pre-Construction Home (sent 6/24/15)  PAGES 38, 39

**Exhibit E:** Evidence on Complaint submitted 5/29/15

## Anum vs. Moss & Associates: Mr. Moss, Mr. Harris, Mr. Adams, Mr. Rodriguez, Ms. Gasboro and Mr. Sabag

## CDW Remediation Claims for a Help with an Amicably Resolution (Confidential)

1. The defendant did cost estimate and received my CDW remediation claim to remediate my home in April 16, 2014 with identical cost and quality items of my pre-construction property purchased at $850,900. The mortgage appraisal approval was $851,000 and the building value dropped to zero after the builder home inspection identified my property with CDW in 2009. I was sick and moved out and waited to remediate of my property. I travelled 4 – 6 weeks to maintain my property since 2009. After Moss did cost estimate; my property was burglarized in 2012 and Moss home inspectors I met; knew that my appliances were brand new. Please I had multiple home inspections with the builder and Colson but my property never been burglarized and all installed appliances were intact. It seemed that an experience home builder could remove those built-in installed appliances and I do not know what happened? During the cost estimate, Moss inspector indicated that those appliances will be replaced as they were containment with Chinese Drywall (CDW).

2. If I may say that the CDW manufacturer were notified about the defect of their products at the initial stage but they denied it and claimed no wrong doing.  If they took responsibility to remediate the affected property right away, there could not have been any complaints/litigations and housing economy could have been better. It is great that the judge finalized the order and judgment in February 2013. If I may reference the CDW manufacturer denial and claim of no wrong doing to Moss staffs listed above likewise their denial on installed incorrect items and missing items and claimed no wrong doing and asked me to take my home AS IT IS in July 2014. Since July 2014, multiple incorrect and missing items have been installed in September and October 2014, which were part of the remediation work to put my home back to beautiful, normal comfortable home purchase price of $850,900.

3. If I may also say that the builder of my pre-construction home substituted American drywall for defect toxic Chinese drywall without my approval and was aware that the CDW smells and allowed me to close my property and failed to notify me at the early stage. Probably, the American drywall is more expensive than the CDW and the sale price was not adjusted. I accepted the key to my property in good faith from the builder and I did not know that my home is uninhabitable.  If I may reference the builder service to Moss incompletion of my remediation and I received the key to my home from Moss in good faith. In October 2104, I used good faith to accept Moss offer of cabinet credits of $10,335 and $5,180 a month delay of remediation with my key and

I had mercy and I thought my remediation issue has been resolved. I also notified the 2 staffs that were presence about the incorrect carpet and floor tile.  The staffs did not ask me to do the official  walk through or tested the appliances to make sure everything, not limited to installation of items were okay and I realized later that their interest was to drop off my key and leave. Each time, I visited my property, I noticed construction issues and waiting for Moss to complete the remediation. Actually, if I have moved into the property and I noticed any construction issues; I should notify the contractor to correct the issues but the contractor has shown no interest to resolve issues. The new refrigerator the contractor installed was leaking and stolen likewise same pattern of the previous burglary. The CDW settlement indicated that all appliances should be installed after the homeowner moved into the house? The contractor is aware that my home is empty as I always contact them on my remediation issues. On 4/8/14, I gave the contractor my house key, Mr. Sabag indicated that if my home is burglarized; whoever has the key is responsible. Mr. Sabag indicated that he is a licensed CDW contractor as showed on his business card.

4. After I submitted my remediation paper work; Knauf approved my remediation claim in March 2014 to my knowledge. Please I communicated with the Moss during remediation to use identical cost and quality items of my pre-construction items because my lender will do appraisal after the remediation for my loan modification and my lender would like my property value to increase. I anticipated my property value to be closed to the purchase price with new identical appliances, cosmetics items and building codes.

5. When I came to do the walk though, I noticed the installation of incorrect and damaged items, and missing items which I did not approve (i.e., carpet, bathroom floor tile and others).  On 7/22/14, Mr. Sabag was scheduled to do the walk through with me around 9:30am but he asked his father in-law to meet with me in few hours later after I complaint to him about his poor service. Please I did not do the walk though and Mr. Sabag's in-law asked me to sign off the completion of my remediation paper work As IT IS and I refused. I contacted the project manager who asked the new contractor that replaced my former contractor to meet with me at my property but no walk through was done. Please I spent time and money and I did team work with the remediation staff to complete multiple missing items and incorrect items done at my home. My grass is not green because my electrical water sprinkler pump was not replaced and never been tested in my presence. During my remediation, I continued communicating (i.e., emails and phone calls) with my remediation staffs to check on the status of my home. Please I have holes, trash and other issues with Moss at my home.

6. In July 2014, the contractor staff sent my remediation paper work to my lender without my authorization. Please I felt it is not a reason for the delay of my remediation.

7. The contractor did not use identical cost and quality items or my approved substituted items and I have suffered more losses plus interest and cost.

8. Since July 2014 to current, I have been reaching out to the above individuals to an amicably and good faith acceptable resolution as I am the victim of CDW but they refused to comply. The contractor has the cost estimate pictures of my property which could have been used to avoid incorrect and missing items and delays. If the contractor accepted the errors in July 2014, there could not have been a complaint.

9. Unfortunately, I am unable to accept their financial settlement offer AS IT IS, I felt is it not fair and equitable. I should have identical replacement update platinum items of my pre-construction likewise homeowners without defect toxic CDW or those who properties were remediate with identical items and homeowner's approved identical items.  I expected to sign the same Homeowner release of the contractor form I received with the CDW settlement document likewise other CDW homeowner victims but Moss forced me to sign their legal settlement agreement to give up my right and out of my wishes.

10. I have comply with Moss to provide me an excellent service and reached out to Moss for an amicably and good faith resolution.  Please I notified Moss to meet with me at my property for a resolution in December 2014, February and April 2015 but Moss did not show up. Please I forgive and have mercy on Moss by not filing a complaint in court despite Moss staff indicated that it is a legal war if I did not take my property AS IT IS. Moss has made threats with their lawyer, Ms. Stephanie Velios. After I asked CDW special master to help us resolve my remediation issue, they decided to file a motion despite that I am the victim and I had goodness and mercy on them. Please I felt that Moss is taking advantages of my vulnerability of no legal counsel. Please I have no choice but to send this informal complaint and plead for a help if this document does not meet the legal requirement. Please if someone knows a legal counsel that can assist me in this matter, I do really appreciate the referral.

Wherefore, I respectfully requests:
a. Continuous/complete remediation of my property with correct update platinum selection of my pre-construction home and my approved update platinum substitution of my pre-construction as soon as possible to allow my property appraisal.
b. Payment delay of my remediation, time, losses and costs
c. An award of my attorney's fees and cost as applicable
d. Such further relief as deemed just and proper.
e. Please protect my privacy and I understand that all CDW documents will be destroyed.
f. Please I am scared and uncomfortable about what Moss may do to me in the near future and I must work with Moss to complete my remediation and my warranty.

Please I need a legal counsel to make appropriate changes as necessary. Thanks for your time.

EXHIBIT F

# Colson
# Hicks
# Eidson

PATRICK S. MONTOYA

November 29, 2011

Mr. John Stumpf
President of Wells Fargo Home Mortgage
MAC X2302-02J
1 Home Campus
Des Moines, IA 50328-0001

*Re: Update on Defective Toxic Chinese Drywall Lawsuit– Ms. Ollie*
*Anum, property located at 17526 SW 48th Street, Miramar, FL 33029*

Dear Mr. Stumpf:

We write to you at the request of and on behalf of our client, Ms. Ollie Anum, regarding her lawsuit for defective Chinese drywall in her home. We represent Ms. Anum in her lawsuit against the manufacturers, supplier, and distributors of the defective drywall that was installed in Ms. Anum's residence, unbeknownst to her, when she purchased her home. We also represent Ms. Anum in the claim against the builder/developer of the property. The defective drywall significantly impacts the value of the Ms. Anum's residence. In order to remedy the defective drywall, all of the drywall and any effected fixtures must be removed from the house and new drywall installed.

At this time we are in settlement discussions with the defendants. Without revealing any confidential information in our settlement discussions, part of the relief requested for Ms. Anum will be funds to pay back money she may owe Wells Fargo due to the moratorium on her mortgage. We are also requesting repair/remediation damages for her home. The advancement of the settlement discussions has been significant and we believe we are close to reaching an agreement within the next several months. Please consider extending her mortgage moratorium. Should you have any questions regarding the foregoing, please do not hesitate to contact me.

Very truly yours,

PATRICK S. MONTOYA

cc: Ms. Ollie Anum

THE LAW FIRM OF COLSON, HICKS, EIDSON, COLSON, MATTHEWS, MARTINEZ, GONZALEZ, KALBAC & KANE.
255 ALHAMBRA CIRCLE, PENTHOUSE | CORAL GABLES, FLORIDA | 33134
T: 305.476.7400 | F: 305.476.7444 | W: COLSON.COM
2161 L STREET, N.W. | 10TH FLOOR | WASHINGTON, DC | 20037
T: 202.386.6706 | F: 202.386.6706

4D

Ollie Anum
17526 SW 48th Street
Miramar, FL 33029
May 28, 2015

---

**Exhibit F:** Letter from Previous lawyer to my Bank sent 6/25/15  (MR. PATRICK MONTOYA)  PAGE 40

From: "Ferrer, Becky" <Becky@colson.com>
To: "ck34_1@netzero.com" <ck34_1@netzero.com>
Cc: "Montoya, Patrick" <patrick@colson.com>
Subject: CDW - Letter to Wells Fargo Home Mortgage
Date: Tue, 29 Nov 2011 12:33:33 -0500


**Exhibit G:** Evidence to show that I thought my remediation issue was resolve but it was not resolved
(sent 6/25/15)

---------- Forwarded Message ----------
From: "ck34_1@netzero.com" <ck34_1@netzero.com>
To: LDAVIS@hhklawfirm.com
Cc: alevin@lfsblaw.com, RHERMAN@hhklawfirm.com, FLonger@lfsblaw.com, kmiller@frilot.com,
  padams@mossemail.com, louisav@cox.net, arodriguez@mossemail.com, jswoody@browngreer.com
Subject: Thanks for everyone time and considertion
Date: Sun, 9 Nov 2014 21:04:33 GMT

Mr. Davis:

I hope things are well with everyone. Please I do appreciate everyone time and consideration for a resolution on my
remediation issue. Mr. Rodriguez and I have agreed to resolve my remediation issue. Again, I would appreciate you
continued to help homeowners with their CDW issues, especially those of us without a legal counsel. Thank you.

Ollie

**Exhibit G:** Communication with Mr. Moss (Owner)

---------- Original Message ----------
From: "ck34_1@netzero.com" <ck34_1@netzero.com>
To: bmoss@mossemail.com
Cc: RHERMAN@hhklawfirm.com, alevin@lfsblaw.com, FLonger@lfsblaw.com,
  jharris@mossemail.com, skane@mossemail.com
Subject: Re: Urgent: A Friendly Request on Moss Remediation pending items (multiple attempt s)  and
Moss  refused to comply?
Date: Fri, 1 May 2015 13:42:16 GMT

Mr. Bob Moss:


Please I am a victim and I have forwarded you a reasonable good faith acceptable offer to complete my
remediation amicably. Every class member should be treated fairly and equitable. Please I would like

you to come and see the work done at my property. Peace be with you. Thanks for your everyone consideration

  Ollie

---------- Original Message ----------
From: Bob Moss <bmoss@mossemail.com>
To: "ck34_1@netzero.com" <ck34_1@netzero.com>
Cc: Phil Adams <padams@mossemail.com>, Joe Harris <jharris@mossemail.com>
Subject: Re: Urgent: A Friendly Request on Moss Remediation pending items (multiple attempt s)  and Moss  refused to comply?
Date: Fri, 1 May 2015 13:24:22 +0000

You have a proposal from Phil Adams to close out your house. I suggest that you accept it and move on

Sorry for being brief this was sent from my iPhone

On May 1, 2015, at 9:18 AM, "                              " <                        > wrote:

Mr. Moss:

I hope everyone has a glorious day. Please I am doing follow up with you and I have not received assistance on my remediation pending items and delay payment of my remediation. Every CDW class member should be treated fairly and equitable. Moss took my remediation claims since April 2014 and I still have pending items today being May lst, 2015. Please it seemed that you did not care to fulfill your promise since April 21, 2015. Thanks for everyone consideration

Ollie

---------- Original Message ----------
From: "                              " <                        >
To:
Cc:                              ,                        ,
Subject: Re: Urgent: A Friendly Request on Moss Remediation pending items (multiple attempt s)  and Moss  refused to comply?
Date: Thu, 30 Apr 2015 13:55:14 GMT

 Mr. Bob Moss:

I hope everyone has a glorious day. Please my remediation started on April 16, 2014 and today is April 30, 2015 and I still have pending remediation items and delay of my remediation. Please I still have not received any assistance since April 21, 2015, you sent me an email. Please my email access has been attacked with virus and hacked and I called few times to follow up with you. Viruses and hacked

                                                                                                                      16

email??? As a victim, I have tears. Please Mr. Adams last email warned me not to send any email to Moss again and I would appreciate your IT department to leave my email access alone.

Please I am looking forward to work with you amicably on my property remediation completion and payment of delay of my remediation. Please each class member should be treated fairly and equitable. Peace be with you. Thanks for everyone consideration.

Ollie

Email sent on April 27, 2015

Mr. Bob Moss:

 I hope everyone has a glorious day. Please I do appreciate your email on 4/21/15 and I replied multiple times but I have not received any assistance. Please I communicated with Moss before, during and after remediation and communicated with you that I should do appraisal on my property after successfully completion of my remediation and in April 2015. Please, this is a continuity of my notification that Moss is creating more adverse consequences by delaying my incomplete remediation.

 Please  as I am a victim, I have shown interest to work with Moss amicably and I should be treated fairly and equitable. Thanks for everyone consideration.

Ollie

---------- Original Message ----------
From: Bob Moss <                         >
To: "                    " <                         >, Sue Kane <                         >
Cc: "                         " <                         >, "                         "
<                    >, Joe Harris <                         >, Phil Adams <                         >,
Alex Rodriguez <                    >, "                    " <                    >
Subject: Re: Urgent: A Friendly Request on Moss Remediation pending items (mult iple att empt s)  and Moss  refused to comply?
Date: Tue, 21 Apr 2015 14:41:48 +0000

I have reviewed the circumstances of your remediation with Joe Harris our Executive that has been in charge of the entire drywall program. He is available and willing to assist you in closing out your house.

*Bob Moss*
*CEO* | Moss & Associates
o (954) 712-5972 | m (954) 205-0444 | f (954) 524-5677

**From:** "                    " <                    >
**Date:** Tuesday, April 21, 2015 9:34 AM

**To:** Bob Moss <                    >, Moss Office <                    >
**Cc:** "                    " <                    >, "                    "
<                    >, Joe Harris <                    >, Phil Adams <                    >,
Alex Rodriguez <                    >, Moss Office <                    >,
"                    " <                    >

**Subject:** Re: Urgent: A Friendly Request on Moss Remediation pending items (multiple attempt s) and Moss refused to comply?

 Mr. Bob Moss:

 I hope things are well with everyone. Truly, I do not feel comfortable to continue communicating with Moss staff and asking for amicably resolution to complete my remediation pending items and Moss received my remediation funds and started the remediation of my property April 16, 2014. Please Moss staff took advantages of me and used incorrect items since I did not have legal counsel involved with my remediation and each class member should be treated fairly and equitable. Please I would appreciate installation of correct quality items of my pre-construction and pending items as indicated on numerous of my communication with Moss plus delay payment of my remediation until completion of these pending items. A license contractor will provide the good faith estimate cost to Moss for the remediation pending items since Moss refused to provide me a licensure contractor quality service. Please my remediation should be completed successfully for my appraisal this April 2015. Please I will never contact you as soon as my remediation is completed and Moss pay the delay of my remediation as I have my losses with your remediation service and adverse consequences and I would appreciate your immediate resolution. I continue having problem sending email to Moss? Please Mr. Moss, I would appreciate a quick resolution.


Please after Moss carpet installation, I have asked multiple times that I would appreciate Moss to provide (1) invoice of my carpet, (2) fiber of my carpet, (3) type of carpet style, (4) pad and the information I received from Moss staff in 2014 was that Moss used American carpet, nylon fiber, color looks like caramel and the color changes? Please I have taken samples of my carpet and pad for analysis. Please Ms. Sue Kane, (Mr. Bob assistance) is included in this email to make sure that Mr. Bob address my remediation issue amicably without a delay as it is very urgent. Thanks for everyone consideration.


Ollie

---------- Original Message ----------
From: "BOB MOSS         " <                    >
To:                    ,                    ,
Cc:                    ,                    ,
Subject: Re: A Friendly Request on Moss Remediation pending items (multiple att empt s) and Moss refused to comply?
Date: Mon, 20 Apr 2015 21:32:07 GMT

 Mr. Harris, Mr. Adams, Mr. Rodriguez

I hope this email finds everyone well. Please I have been reaching out in good faith to resolve my remediation pending items and delay of my remediation and you refused to comply. Please I would not accept incorrect carpet and pad "AS IT IS" and I would like a new company to install a correct carpet and pad, correct cabinets and other pending items to be completed as soon as possible for appraisal. As a Christian, I anticipated to resolve the issues amicably but you refused to comply? Please I am not sure why my email access is hacked each time I am sending email to Moss. Please if you are nice and did the right thing, there would not be a complaint? Please I leave things to God. Thanks for everyone consideration.


Ollie

---------- Original Message ----------
From: "                    " <                    >
To:                    ,                                ,                                    ,

Cc:                                  ,                              ,
Subject: A Friendly Request on Moss Remediation pending items (multiple attempt s)
Date: Fri, 17 Apr 2015 02:15:24 GMT

Mr. Adams, Mr. Rodriguez. Ms. Gasbarro and Mr. Sabag:

I hope this communication finds everyone well. Please I called Mr. Sabag and he showed no interest to resolve the remediation issue and I asked for his Florida contractor license number and he laughed at me. Please I also called Mr. Adams office and he was not available and I am sorry to call as nobody has interest for a resolution as I am victim. Please this a follow up that Moss did not show up to remove the incorrect carpet or meet with me on 4/14/15 for a resolution on my remediation pending items.  Currently, Moss has multiple pending items carpet, cabinets, floor tile, holes made with Moss installations, boxes of installation materials, toilet rolls holder old and rusted and not intact, my water electrical pump not replaced and my grass not green and etc. Please I never did a walk through to know how to use the appliances. Please I have took a sample of Moss installed carpet and padding and I am sorry that I cannot take the carpet and padding "AS IT IS" per your request. Again, as a Christian, how would you like us to resolve these amicably? Please I have sent you multiple emails but no reply which shows you have no interest or you refused to comply to a resolution as I am the victim. Despite that I felt that Mr. Velez is not neutral but I copied him on this email as I have been reaching out to Moss in good faith and every class member should be treated fairly and equitable. Please I anticipated to do appraisal on my property soon and excepted my remediation to be completed before appraisal. Again, my remediation has been delayed which has cost me more money and adverse consequences. Please as I am a victim, if you would like me to allow my lawyer to prepare a settlement agreement, I would be glad to do so. Please I would like to make use of my property. Please I am not sure why my email access is hacked each time I am trying to send email to Moss?

Thanks for everyone consideration.


Ollie


From: "                    " <                    >

**To:**            '             '           '
           **Cc:**           ,        **Subject:**

A Friendly Request on Moss Remediation Pending Items (multiple Attempt s) Date: Mon, 13 Apr 2015 10:54:04 GMT

Dear Mr. Adams and Mr. Rodriguez:

I hope this communication finds everyone well. Please this a continuity follow up request that Moss staff should remove the incorrect carpet on 4/14/15 afternoon as I would like to install the correct carpet and padding of my original pre-construction home. Please I never approved the incorrect carpet and floor tile and etc. Please I am looking forward for resolution to my remediation pending items with installation of correct carpet, floor tile, cabinet and payment on delay of my remediation. Please I gave Moss the key to my property on April 2014 and it is April 2015 and I have had patience to work with Moss amicably. Please I have multiple adverse consequences due to the delay of my remediation.


Thanks for everyone consideration.

Ollie

**Exhibit I:** My Pre-Construction Carpet Information (sent 6/25/15 for my claims review)


Original Message ----------
From: Lyle
To: "ck34_1@netzero.com" <ck34_1@netzero.com>
Subject: RE: carpet
Date: Mon, 27 Apr 2015 18:30:52 +0000

Ollie, The carpet is a Nylon cut pile Saxony. The color will be a match, but remember that dye lots vary. The pad that is an upgrade is 7/16 6lb. We can get you any type of pad that you need once you are ready to place the order. Thanks

**From:** ck34_1@netzero.net [mailto:ck34_1@netzero.net] **On Behalf Of** ck34_1@netzero.com
**Sent:** Tuesday, April 21, 2015 8:00 AM
**To:** Lyle
**Subject:** RE: carpet

Hi Lyle:

I hope this email finds you well. Please what is the carpet fiber (i.e., nylon, polyester, triexta, olefin, wool), and carpet types (texture, twist, loop, pattern)? The Mohawk conservative II butter pecan will be a matched color, correct? Please is the 6lbs the upgrade pad installed at my property? Please does the pad comes in 7/16" thickness with less than 6lbs and 6lbs, 8lbs and 10lbs density? Please I would appreciate you help me and answer these questions to educate me about my original pre-construction carpet, your company installed in my property. Could you please send me a picture sample of my original pre-construction carpet and pad?  Please I am looking forward to working with you as soon as I am ready for the carpet and pad installation. Thanks for your consideration.

Ollie

**From:**                              [                              ] **On Behalf Of**
**Sent:** Wednesday, April 15, 2015 11:03 PM
**To:** Lyle
**Subject:** RE: carpet

Hi Lyle:

I hope this email finds you well. Is it possible, you could please send me a sample picture of the butter pecan carpet and the upgrade 7/16" (thickness) rebond pad 6lb (density) of the carpet installation; you are offering to me? You indicated that the carpet is from Mohawk and the padding is it from Mohawk? Please I would like these items to be same producer such as Mohawk; the producer of my original preconstruction carpet/pad? I guess the 7/16" rebond pad 6lb has standard and upgrade with difference price? Please I hope to hearing from you soon. Thanks for your consideration.

Ollie

---------- Original Message ----------
From: Lyle
To: "                              " <                              >
Subject: RE: carpet
Date: Tue, 7 Apr 2015 14:57:39 +0000

7/16 rebond pad 6lb.

**From:**                              [                              ] **On Behalf Of**
**Sent:** Tuesday, April 07, 2015 10:50 AM
**To:** Lyle
**Subject:** RE: carpet

Please what is the name of the upgrade pad with my preconstruction. Please I will be contacting you for the installation. Thanks.

Ollie

---------- Original Message ----------
From: Lyle
To: "                              " <                              >
Subject: RE: carpet
Date: Tue, 7 Apr 2015 14:37:51 +0000

It is a Mohawk carpet and is the same color, that you have know. The price includes the upgraded pad also. We did not do the tile.

**From:**                    [                              **] On Behalf Of**
**Sent:** Tuesday, April 07, 2015 10:33 AM
**To:** Lyle
**Subject:** RE: carpet

 Hi Lyle:

I hope this email finds you well. Please I would prefer Mohawk brand of similar color of my
original preconstruction and you indicated I had an upgrade padding with original
preconstruction as I know that my original carpet was soft and nice feeling when touch. Please it
is important that I have similar carpet and padding for my mortgage. Probably, you will remove
the carpet in the house and install the correct carpet  as the price of $4,700. Please I will contact
you when to install the carpet. Do you also install my original preconstruction bathroom floor
Tile? Thank you.


Ollie

---------- Original Message ----------
From: Lyle
To: "                         " <                    >
Subject: RE: carpet
Date: Thu, 2 Apr 2015 18:54:24 +0000

Ollie, if the carpet is in stock it takes approx 7-10 days to get you installed from the time you sign the
contract. If there is no stock I could not give you a time frame. They actual installation of the carpet
would take 2 days. The carpet info is as follows: CMJ carpet color butter pecan. Thanks

**From:**                    [                              **] On Behalf Of**
**Sent:** Thursday, April 02, 2015 2:45 PM
**To:** Lyle
**Subject:** RE: carpet

Hi Lyle:

Please this is a confirmation that this good faith estimate of $4700 is for the same close identical
quality and color carpet and upgraded pad your company previously installed at my pre-
construction home? Please how long does it take to complete the work? Please I
need information about the carpet and the upgrade pad. Please the quality and cost are
important to match the previous carpet and upgrade pad for my mortgage and no American
carpet or caramel color. Thanks for your consideration.

Ollie

---------- Original Message ----------
From Lyle
To: "                          " <                    >
Subject: RE: carpet
Date: Thu, 2 Apr 2015 17:12:43 +0000

Hi Ollie,  Here is the price to replace the entire upstairs ,steps and br#6  with the same carpet and upgraded pad  $4,700.00  Thanks

**From:**                    [                        ] **On Behalf Of**
**Sent:** Thursday, April 02, 2015 10:01 AM
**To:** Lyle
**Subject:** Re: carpet

Hi Lyle:

I hope this email finds you well. Could you please give me a good faith estimate of the correct match of my carpet from Mohawk original manufacturer of my pre-construction property carpet wit GL homes lot 126, Sunset Falls, including the underneath padding or foam which makes the carpet soft feeling and I prefer same color? Please you have the blue print of each rooms that have the carpet. Please I am looking forward to hearing from you soon. Thanks for your consideration.

Ollie

---------- Original Message ----------
From: "Lyle
To: <                    >
Subject: carpet
Date: Thu, 8 Jan 2015 13:20:48 -0500

Hi,  The carpet that you have in your home is no longer made. It was called conversation piece.

Lyle

**Exhibit J:** Moss & Associates accepted the Incomplete Remediation and made Financial Offer (sent 6/26/15 for my claims review)

---------- Forwarded Message ----------
From: "ck34_1@netzero.com" <ck34_1@netzero.com>
To: padams@mossemail.com
Cc: RHERMAN@hhklawfirm.com,  alevin@lfsblaw.com,  louisav@cox.net,
  egasbarro@mossemail.com,  arodriguez@mossemail.com,  drywallcontractorscorp@gmail.com,
  jharris@mossemail.com,  bmoss@mossemail.com
Subject: RE: Uregent A Friendly Request on Moss Remediation pending items (mult iple attempts)
Date: Wed, 22 Apr 2015 12:11:56 GMT

Mr. Adams:

I hope everyone has a glorious day. Please I do appreciate Mr. Moss asking Mr. Harris to assist with the close out of my property or completion of my remediation. Please it seemed that the completion of my remediation cannot be accomplished with you or Mr. Harris involvement as both of you have made the situation to be escalated with extra cost and time since 2014? Please I do not feel comfortable with your email communication as I feel coerced with your commands which are not friendly? Please it was because of your behaviors that my remediation issues continues been escalated? Please you collected my remediation fund to remediate my property in 3 months and after 3 months, Moss will pay for the delay of my remediation and I still have pending items the contractor should complete to fulfill my remediation. Please I asked for completion of remediation to what it should be with the same quality items and pay the delay of my remediation and not financial settlement. Please I think someone need to come and see all the remediation problems to make sure things are resolved. How about the delay of my remediation and my electric pump water sprinkler malfunction and my grass? Who will help me with the walk through to show me how to set my water sprinkler and new appliances installed? Please I cannot open your attachment. Please I am the victim either I sign the same release I received with my work authorization package as each class member should be treated fairly and equitable or I will prepare a settlement agreement you will sign. Please I do not think it is fair that you should prepare a non negotiable settlement agreement with conditions I did not accept? Please understand my Christian beliefs, I do not take what does not belong to me. Please do not take advantages of me. Again, my property is not in active foreclosure and I need to complete my remediation to do appraisal. If my remediation is completed in 3 months; my cost could have been reduced and I would have had adverse consequences. Moss will still work on my warranty.

Please I would appreciate Mr. Bob Moss to allow me to communicate with Mr. Rodriguez or someone else to resolve my remediation issues amicably without your bad faith conflict of interest. Please peace be with you and I do not need your fight again. Please understand that your communication affects my Christian faith and I do not feel comfortable with it. Thanks for everyone consideration.

Ollie

---------- Original Message ----------
From: Phil Adams <padams@mossemail.com>
To: "ck34_1@netzero.com" <ck34_1@netzero.com>
Cc: "RHERMAN@hhklawfirm.com" <RHERMAN@hhklawfirm.com>, "alevin@lfsblaw.com" <alevin@lfsblaw.com>, "louisav@cox.net" <louisav@cox.net>, 'Lenny Davis' <LDAVIS@hhklawfirm.com>, Erica Gasbarro <egasbarro@mossemail.com>, "Alex Rodriguez" <arodriguez@mossemail.com>, "drywallcontractorscorp@gmail.com" <drywallcontractorscorp@gmail.com>, Joe Harris <jharris@mossemail.com>, "Bob Moss" <bmoss@mossemail.com>, "Miller, Kerry" <kjmiller@bakerdonelson.com>
Subject: RE: A Friendly Request on Moss Remediation pending items (multiple attempts)
Date: Tue, 21 Apr 2015 18:25:09 +0000

Ms. Anum,

I want to take this opportunity to acknowledge receipt of your latest series of emails and to assure you that Moss wants to resolve / settle all issues regarding your home. Since you have trust and security concerns, Moss feels that it would be best to satisfy all remaining items with a financial settlement. Moss is prepared to offer to you the following credits:

- Kitchen Cabinet Replacement $10,335.00
- Downstairs Bath Tile Replacement $1,800.00

24

- Remaining Items (including carpet / pad dispute) $5,180.00
- **TOTAL $17,315.00**

  Prior to issuing payment to you, Moss will need the following completed documents:

- Signed and notarized Confidential Settlement Agreement and Release (attached)
- Completed W-9 Form (attached)
- Letter from your mortgage lender stating that your home is not in foreclosure proceedings or that they agree to Moss issuing a check direct to you for the above settlement amount.

  Please be advised that these conditions are non-negotiable. If you are unable to print the attachments, Moss will mail them to you or you may pick up a hard copy at our Main Office. Moss will also provide to you a notary to assist you in completing the process. Prompt payment will be made upon full execution of documents.

  Just so there is no confusion or misunderstanding, I am copying all parties from your previous email chains. Further emails will not change the conditions and will only delay the process.

  I do hope for a positive response from you in order to close this matter.

  *Philip A. Adams*
  *Sr. Project Manager* | **Moss & Associates**
  o (954) 769-8199 | m (954) 812-0524 | f (954) 524-5677

**Exhibit K:** Multiple Incomplete Remediation Items (sent 6/26/15 for my claims review)  PAGE 41

From: Erica Gasbarro <egasbarro@mossemail.com>
To: "ck34_1@netzero.com" <ck34_1@netzero.com>
Cc: Andres Roman <aroman@mossemail.com>, Alex Rodriguez <arodriguez@mossemail.com>
Subject: Anum Punch Work
Date: Fri, 5 Sep 2014 14:36:16 +0000

Good Morning Ollie,
I have not, and will not release your information to anyone. I have met with Andres and created a new list of punch items that our contractors have been working on this week (based on the items you listed above) and based off the items Andres and I listed when we walked the home. I have attached the punch list above for your to see. I realize you have said you cannot open attachements but perhaps you can go to a Office Max or a library to print the attached as you have given me no other way to get your these documents.

Please understand, in regards to your blinds  and wood window protection; these are considered winow treatments (including mounting hardware.) Moss and its subcontractors have no responsibility for such items. This was outlined in the Move in/ Move Out Requirements which is part of the Work Authorization that you signed. I have attached that portion above. These items should have been removed from the home prior to the kick-off. The risk of damage or loss of such items remains with the

homeoner had you chosen to have them remain in the home at the kick-off. Moss will not be replacing these. With that said, I would be happy to get a quote from Danny if you would like him to purchase and install the new blinds for you. Please let me know.

As far as the utilities, the burden of paying for such has been and will always be on the homeowner. Moss does not pay for utility bills during or after the CDW remdiation as that is not part of the remediation protocol.

In regards to the refrigerator, you need to reach out the manufacturer and schedule a service call to repair the leaky water dispenser. I have attached the warranty document above. You will need this info to register your appliances. Please call  GE – (GE Profile) – GE Customer Care 800-626-2005.

Once the items have been complete, I will have Andres return to your home, remove the lockbox and send you the key. I will also send you a CD of photos of the finished work at your home showing you the changes made. We are in the process of ordering new cabinets, vanity doors, and door hardware for your home. If you need a relator to come by the home I would recommend waiting a couple weeks to have him/her come as the cabinets are still being fabricated.

Moss and its subcontractors are dilegently working to complete these items. I will get back to you once they are all completed.

Kind regards,

**Erica Gasbarro**
*Project Engineer |* **Moss & Associates**
office:              | fax:


**From:** ck34_1@netzero.com [mailto:ck34_1@netzero.com]
**Sent:** Wednesday, September 03, 2014 12:11 PM
**To:** Erica Gasbarro
**Cc:** Andres Roman; jswoody@browngreer.com
**Subject:** RE: Anum Punch Work

Hi Erica:

I hope this email finds everyone well. Please Mr. Andres Roman requested that I should send the items number of carpet and vanity light. Please they as follows:

At Lowes store (1) Carpet 00100 Ivory Tuck(s) color; item # 505899 and model # 7L549 by Stainmaster Essentials Soft. Stainmaster carpet cushion item #43199.

At Lowes store (2) Livex Lighting 5- light Belmont Antique Brass bathroom Vanity light item # 298012, model 1005-01  or Livex lighting 5 - light Belmont Polished Brass Bathroom Vanity light but without polished is the most identical.

26

Please I would appreciate you allow my realtor to go and take pictures for showing the property as I would like to sell the property soon.

Thanks for everyone consideration.

Ollie

Please note: message attached

**From:** ck34_1@netzero.com [mailto:ck34_1@netzero.com]
**Sent:** Sunday, August 31, 2014 6:10 PM
**To:** Erica Gasbarro
**Cc:** Andres Roman; jswoody@browngreer.com
**Subject:** RE: Anum Punch Work

Hi Ms. Gasbarro:

I hope things are well. with you. Please I would appreciate you never release my information to anyone not limited my mortgage, Sunset Falls Association notify everyone who will be working on my property. Please I am the only person to provide any information or answer about my property or anything else. It is a violation of my privacy and what is done cannot be changed.

Regarding the meeting with Mr. Andres Roman on 8/29/14; he felt that I was asking too things to replace but I did not do the bad work but Moss did. Please I sensitive and felt uncomfortable to show him other things. Please I planned to matched the pictures of cost estimate as there are several missing items not limited to, towel holder in master toliet picture (pic) 135, medicine cabinet in master bathroom pic 131 and another upstair bathroom pic 160, match correct lights in laundry room, closet bedrooms, walk in closets and other locations, pic 120 window child protection wood for each window is missing.The refrigerator water dispenser is linking and I never used any of the appliances. The up-stair door chime or bell did not show in the pic. Please I need a touch up paint on the front garage doors. Please I would appreciate you replace the window and door outside screen. Please I would appreciate you only replace the kitchen cabinet doors that are damage with Regal kitchen company only because I do not need any more of the inferior cheap items install in the house. Please I would appreciate Moss to put back my window treat vertical blinds that was removed. The carpet and vanity light must be replaced with identical items.

Please I am looking forward to seeing my property to be what it should be without CDW. Please if you would like me to come back in 2 - 3 weeks; you must purchase my air ticket and pay for my taxi from Ft. Lauderdale Airport to Miramar as it cost me over $100 one way taxi. Please manage my utility bills as I am accumulating bills on a home I am not using. I am glad that we can fix the problem amicably. Thanks for everyone consideration.

Ollie

27

Please note: message attached

From: Erica Gasbarro <egasbarro@mossemail.com>
To: "ck34_1@netzero.com" <ck34_1@netzero.com>
Cc: Andres Roman <aroman@mossemail.com>, "jswoody@browngreer.com"
<jswoody@browngreer.com>
Subject: RE: Anum Punch Work
Date: Wed, 27 Aug 2014 18:06:22 +0000

**Exhibit L:** Evidence to show that I objected the motion and I am asking for a Help on my Claims

From: "ck34_1@netzero.com" <ck34_1@netzero.com>
To: balhoff@pabmb.com
Cc: kjmiller@bakerdonelson.com,  alevin@lfsblaw.com,  FLonger@lfsblaw.com,
 rmerino@bakerdonelson.com,  LDAVIS@hhklawfirm.com,  flonger@lfsblaw.com,
 RHERMAN@hhklawfirm.com
Subject: Re: Please I objected Mr. Kerry Miller's Motion and I submitted my com plaint on 5/292/15 and
pictures and few evidences and more evidences are available upon request to avoid overwhelmed of
documents
Date: Mon, 6 Jul 2015 10:48:28 GMT

Mr. Balhoff:

I hope things are well with everyone. Please I apologized for my emails communication asking for a help
on my CDW claims. Please I have not received the attachment and I could not open the attachment. Please I
am confused and terrified reading your email as a vulnerable CDW victim. Please I do not have a law
degree and I could not find a Florida (FL) CDW legal counsel and I cannot afford a legal counsel due to
my CDW losses. Please I do not know the CDW legal procedures and I rely on lawyers and other officers
of the court to provide me a fair and equitable service. Please reading your email I felt it was like a
physician using medical terms to tell a patient that he/she has a cancer (leukemia) and he/she life
expectancy is 6 months. The patient will be confused and terrified because he/she has no detail
information of what the physician meant? Please I first contacted you on 5/13/15, I submitted my
complaint on 5/29/15 before the defendant's motion and I submitted my confidential evidences for my
CDW claims. Please it seemed that you cannot help me. Please if I have a FL CDW legal counsel, my
claims could have been successful and my complaint could have been filed and the defendant could not
have file a motion? Please I thought that the motion has been cancelled to allow a special master to
review my claims amicably. Please I objected the defendant's motion and I filed a complaint before the
motion. Please if you would not mind that I asked, what is the CDW procedure on noticed of hearing
before Judge Fallon? Does it required attendance? Please since 2009, I have been asking for a help on
my CDW property and I am exhausted but I will continue with tears on my CDW claims.

Please I do appreciate your feedback and I wish you explain things in detail to me. Please I would
appreciate you file this email and my below emails correspondence with the court. Thanks for everyone
time and consideration. Love and Peace,

Ollie

---------- Original Message -----------
From: "ck34_1@netzero.com" <ck34_1@netzero.com>
To: balhoff@pabmb.com
Cc: kjmiller@bakerdonelson.com,  alevin@lfsblaw.com,  FLonger@lfsblaw.com,
 rmerino@bakerdonelson.com,  LDAVIS@hhklawfirm.com,  flonger@lfsblaw.com,
 RHERMAN@hhklawfirm.com
Subject: Re: Please I objected Mr. Kerry Miller Motion and I submitted my compl aint on 5/292/15 and
pictures and few evidences and more eveidences ar e available upon request to avoid overwhelmed of
documents
Date: Sat, 4 Jul 2015 18:16:17 GMT

Mr. Balhoff:

I hope things are well with you. Please I just read your email. Please I have not received the motion and I
could not open your attachment to know anything about the motion. Please I have forwarded my
evidences probably last week and I sent my complaint on my claims to you on 5/29/15 before the
motion. Does it means that my complaint you received on 5/29/15 was ignored since I do not have a
lawyer to file the complaint? Please my pictures and evidences, I forwarded were not acceptable
because I have no lawyer to file the documents? Please I thought that the motion has been cancelled
and to appeal to a special master but I previously contacted you (Mr. Balhoff) to resolve my claims issue
amicably. Does that mean Mr. Herman's email referral to special master is not granted? Please I do not
have a lawyer. Please If you cannot help me with my claims; I would appreciate Mr. Herman and Mr.
Levin to communicate with the court on my behalf with my evidences and have a neutral person to
review and help me with my claims issues. Please I am not a lawyer and what do you mean by
"extinguishment" in legal term? Could you please file this email and my below emails correspondence in
the court. Please it would be fair and I would appreciate that my complaint to be heard before the
motion as it is filed respectively. Please it seemed you cannot help me.

Please I do not have a lawyer, I cannot found Florida CDW lawyer and I cannot afford any lawyer due to
my foreseeable losses of CDW. Please I am CDW victim and I would appreciate to be treated fairly and
equitable likewise other homeowner victims who claims were successful.

Thanks for your feedback which I am not aware of what is going on. Thanks for everyone consideration.
Love and Peace.

Ollie

---------- Original Message ----------
From: Dan Balhoff <balhoff@pabmb.com>
To: "ck34_1@netzero.com" <ck34_1@netzero.com>
Cc: "kjmiller@bakerdonelson.com" <kjmiller@bakerdonelson.com>, "alevin@lfsblaw.com"
<alevin@lfsblaw.com>, "FLonger@lfsblaw.com" <FLonger@lfsblaw.com>,
"rmerino@bakerdonelson.com" <rmerino@bakerdonelson.com>, Lenny Davis
<LDAVIS@hhklawfirm.com>, Fred Longer <flonger@lfsblaw.com>, Russ Herman
<RHERMAN@hhklawfirm.com>
Subject: CDW/Anum -- Request for Special Master review
Date: Fri, 3 Jul 2015 10:17:10 -0500

Ms. Anum;

I serve as the Special Master in this matter. I see from your email that you have requested that I review your claim.

I am attaching a motion that the Knauf Defendants have filed which, if granted, would result in the extinguishment of your claim. The motion has been noticed for hearing before Judge Fallon on July 14, 2015 (unless there has been a continuance of which I am not aware). Under the circumstances, I will not consider your request until Judge Fallon acts upon the motion. I will revisit the issue if appropriate at that time.

Thank you

Daniel J. Balhoff

From: "ck34_1@netzero.com" <ck34_1@netzero.com>
To: RHERMAN@hhklawfirm.com
Cc: kjmiller@bakerdonelson.com, alevin@lfsblaw.com, balhoff@pabmb.com, FLonger@lfsblaw.com, rmerino@bakerdonelson.com, LDAVIS@hhklawfirm.com, flonger@lfsblaw.com
Subject: Re: Please I Object the motion and I Request Special master, Plaintiff liaison to resolve my claims amicably as I am a CDW victim with no lawyer.
Date: Thu, 2 Jul 2015 11:51:44 GMT

Mr. Herman:

I hope things are well. Please I do appreciate your feedback. Could someone please forward my confidential evidences to the special master? Please I do not have a lawyer, cannot found CDW lawyer and I cannot afford a lawyer. Please I do appreciate everyone help, time and consideration. Please since 2009, I would appreciate to move on. Love and Peace.

Ollie

**From:** Russ Herman [mailto:RHERMAN@hhklawfirm.com]
**Sent:** Wednesday, July 01, 2015 9:29 AM
**To:** ck34_1@netzero.com
**Cc:** kjmiller@bakerdonelson.com; alevin@lfsblaw.com; Dan Balhoff; FLonger@lfsblaw.com; rmerino@bakerdonelson.com; Lenny Davis; Fred Longer
**Subject:** Re: Please I Object the motion and I Request Special master, Plaintiff liaison to resolve my claims amicably as I am a CDW victim with no l a w yer.

Liaison has no authority to resolve your claims . Your appeal is to the special master and if you do not Have counsel you should either retain counsel or represent yourself .

Sent from my iPhone

On Jul 1, 2015, at 9:04 AM, " ck34_1@netzero.com TO ABOVE REEEIPENTS > wrote:

Mr. Miller:

30

I hope things are well with everyone. Please I have internet/email issues but I have tried and sent some confidential evidences for the review of my unsuccessful claims and I would appreciate to be treated fairly and equitable likewise homeowners CDW victims who received their claims successfully. Please I am very exhausted and I would appreciate to move on with completion of my property remediation and other loss funds. Please I was unable to send all pictures but someone can schedule with me to visit the property. Thanks for everyone consideration. Love and Peace.

Ollie

From: " CK34-1@NETZERU.COM                                    >
To: KJMILLER@BAKERDONELSON.COM
Cc: SAME ABOVE RECEIPANTS,                              ,                    ,

Subject: RE: Please I Object the motion and I Request Special master, Plaintiff laison to resolve my claims amicably as I am a CDW victim with no l a w yer.
Date: Fri, 19 Jun 2015 19:46:36 GMT

Dear Mr. Kerry Miller:

I hope things are well with you. Please it seemed that you represent Knauf, Moss, Plaintiff Steering Committee, Special Master and Ombudsman as I do not know what is going on? Please I felt your motion is a threat, coercion to take my claims and selectively interference to avoid me getting help on my claims and I also considered it a conflict of interest. Please you are taking advantages of me since you know that I do not have a lawyer, I cannot find a CDW lawyer and I cannot afford a lawyer due to CDW losses. You denied me assistance CDW victims are entitled to receive. Please I have evidence on my incomplete remediation and I currently asked special master help and I have evidence that I move out of my property due to CDW. Please if you would not mind, reference the law that allowed defendant to file a motion against me a CDW victim plaintiff by denying me assistance on my claims? Please I would appreciate you answer my questions I have been asking you.

Please you are aware that I never received a help on my claims (i.e., incomplete remediation and other loss funds) and I have been reaching out for help which never be successful. Please I am politely asking you since I am vulnerable and a CDW victim; what do you want me to do to get my claims? Your client Moss is aware of my remediation issues not limited to incorrect carpet/pad, damaged cabinets and with holes, incorrect floor tile and other issues and Moss offered me financial settlement but I asked for correct installation of items of my pre-construction home and remediation delay of payment and etc. Please I would appreciate you or someone else to visit my property and witness these remediation issues as I have asked Mr. Bob Moss to come and witness the job done at my property. He agreed to resolve the issue but you denied me help. Please I would like the court to send someone to come and witness the incomplete remediation I have at my property to correctly determine my remediation issue claim. Please I am also asking for your consideration on my other loss funds. Please I would appreciate everyone to help me resolve my benefit claims amicably likewise other CDW victims who were treated fairly and equitably. Please if I receive your mail and review it, you will be notified. Again, I will ask that we resolve my claims issue amicably with Mr. Herman, Mr. Levin, and neutral individuals as I am a CDW victim with no lawyer and I filed my complaint on 5/29/15 and you're aware of it before you file the motion which I objected on 6/17/15 via email. Please it is not fair that you continue taking advantages of me with your legal degree. Is it legal ethics of practice?

Thanks for everyone consideration. Love and Peace.

Ollie

---------- Original Message ----------
From: "Merino, Rene" <                              >
To: " CK34-1@NET2ERO.COM " <                         >, "Miller, Kerry" <                              >
Cc: "SAME ABOVE RECEIPANTS " <                    " <                    >, "                    "
<                    " <                    >, "                    "
<                    >
Subject: RE: Please I Object the motion and I Request Special master, Plaintiff laison to resolve my claims amicably as I am a CDW victim with no la w yer.
Date: Thu, 18 Jun 2015 19:46:01 +0000

Ms. Anum,

The motion and all accompanying documents were delivered to your address by the US Mail. You should now have a copy of all the email attachments.

Regards,

Rene

Ren@erino
Attorney

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170
Direct: 504.566.5237
Fax: 504-585-6937
E-mail:

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
represents clients across the U.S. and abroad from offices
in Alabama, Georgia, Louisiana, Mississippi, Tennessee
and Washington, D.C.
[Please mute before and current above criteria this e-mail.]

**From:**                    [                              **] On Behalf Of**
**Sent:** Thursday, June 18, 2015 7:39 AM
**To:** Miller, Kerry
**Cc:** Merino, Rene;                              ;                    ;                              ;

32

**Subject:** Re: Please I Object the motion and I Request Special master, Plaintiff laison to resolve my claims amicably as I am a CDW victim with no la w yer.

Mr. Miller:

Please I just read your email and I felt being victimized as you know that I do not have a lawyer and I cannot find a CDW lawyer or afford a lawyer due to my losses with CDW. Please I politely disagree with your motion whatever it says as I object it and I have my evidences. Again, I felt your unknown motion is a threat, coercion to take my claims benefit and a conflict of interest. Please you and Mr. Merino have tried to take away my benefit before my remediation was approved? Please sir, are you Moss attorney? Please I am not sure why you are not friendly towards me as a CDW victim with no lawyer since January 2014 and make sure I am treated fairly and equitable on my claims?  Please I respect you as an officer of the court with integrity and you filed a motion while I am trying to get help on my claims benefit likewise other homeowners victims who 've been treated fairly and equitably. At this time, I felt that you and Moss have selectively interfere on my claims not to be successful and every class member should be treated fairly and equitable. Please understand I love and care for everyone as a Christian and I have been reaching out to resolve my claims issues amicably and in good faith. Please why couldn't you allow the special master to help with my claims instead of filing a motion with the court after my email dated 5/28/15 which you received? Please I am confused with Mr. Merino's email? Please if you refused to file this email, I would appreciate Mr. Herman or Mr. Levin or Mr. Balhoff to file this email to the court as I object your motion. Please I am tired and scared what you may do to me as I disagree with you.

Please I would appreciate you forward to the court this email including below emails as I have objected your motion and you are aware that I asked special master to help Moss and I resolve my remediation issue amicably and you went ahead to file a motion to stop me from getting special master help or any help? You are aware that I have never received help on my claim issues. Please I filed a complaint in May, 2015 which should be reviewed and I am sure you are aware of it. Please I am politely asking the court to give me  at least 30 days to get the motion and review it as I am not a lawyer? Please I also asking the court to allow Mr. Herman, Mr. Levin, Mr. Longer and special master to help me resolve my claims fairly and equitably since I do not have a lawyer to answer your motion. Please understand that I did not asked to be a victim of CDW and I do not anticipate what I am going through due to my pre-construction home was built with defect toxic CDW (Knauf). Please I am sorry for any typos.

Thanks for everyone time and consideration. Love and Peace.

Ollie Anum

---------- Original Message ----------
From: "Miller, Kerry" <                              >
To: " CK34 - 1 ONET2ERU.C".5                          >
Cc: "Merino, Rene" <  SAME AS ABOVE RECEIPANTS, "                      "
<  sv                >, "                    " <                    >,
"                    " <                    >
Subject: Re: Please I Object the motion and I Request Special master, Plaintiff laison to resolve my claims amicably as I am a CDW victim with no law yer.
Date: Wed, 17 Jun 2015 19:15:31 +0000

*LAST OPTION FOR CABINET CREDIT (INCLUS) CONTINUENT

EXHIBIT M

# MOSS

## KNAUF DRYWALL REMEDIATION
## HOMEOWNER CHANGE REQUEST WORKSHEET

**Status Key**
A- Approved by Homeowner
R- Rejected by Homeowner
N- Not Permitted
P- Pending

| Date: | 12/23/2014 |
|---|---|
| Home: | 17838-ANUM |
| Address: | 17838 SW 48th St |
| | Miramar, FL. |
| Contact: | Ollie Anum |
| Phone: | |

| | Room | Action | Contractor | Value | Delay (working days) | Comments | Status |
|---|---|---|---|---|---|---|---|
| 1 | Kitchen | Credit to replace all kitchen cabinets including pantries | MOSS | $10,335.00 | N/A | | A |
| 2 | Misc. | Lump sum payment (h/o to accept all items in home) | MOSS | $5,180.00 | N/A | RESERVED MY RIGHT | A |
| 3 | | | | | | | |
| 4 | 1. Moss agrees to replace the bathroom tile | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |
| 22 | | | | | | | |
| 23 | | | | | | | |
| 24 | | | | | | | |
| 25 | | | | | | | |
| | | | **Total CREDIT:** | **$15,515.00** | **0** days | | |

By signing below all parties agrees to the scope and pricing for the credits listed above.

NOTICE TO HOMEOWNER: By accepting this payment the Anum agrees that all the punchlist items have been completed and accepted including but not limited to the carpet and first floor shower tile. This payment does not void the 1 year warranty that is transferrable to the home's next owner.

RESERVED MY RIGHT.

_____
Home Owner

CARPET AND OTHERS ARE NOT RESOLVED. THANKS.

PLEASE SEND 1099 TO REPORT REAL AMOUNT

_____   1/6/15
Date

RESEND 11/6/15          EXHIBIT N

## HOMEOWNER RELEASE OF CONTRACTOR

Name: Ollie Anum

Day Telephone: _____   Night Telephone: _____

Address: 17526 SW 48th ST

MIRAMAR, FL 33029

I/We, Ollie Anum _____, certify that I/We am/are the owner(s) of the above listed property.

In consideration of the Substantial Completion of the Repair Work by the Contractor, I/We agree as follows:

1. All defined terms in this Release will have the same meaning as those terms are defined in the Work Authorization I/We previously executed.

2. Except for latent defects (hidden defects that cannot be discovered by reasonable inspection), warranty claims pursuant to the Work Authorization, claims arising from any and all liens related to the Repair Work, Punch List work listed on the attached Punch List, and/or claims for consequential damages as described in Paragraph 3 below, I/We hereby release the Contractor and its subcontractors, employees and agents of and from any and all claims or causes of action which arise out of, or relate in any way, to the Repair Work or the Work Authorization. This release covers all rights and causes of action of every kind, nature and description, which the undersigned ever had, now has/have and, but for this release, may have against the Contractor. This release binds the undersigned and his/her/their heirs, representatives and assignees.

3. Notwithstanding any other provision of this Release, I/We do not waive claims against the Contractor for bodily injury or property damage caused by the Work Authorization and/or the Repair Work, except I/We waive all claims for such injury and/or damage that seek recovery of emotional distress (except for such emotional distress related to a bodily injury claims), loss of profits, loss of use, and/or diminution of property value damages. "Loss of Use" does not include loss of use during the Construction Duration as defined in the Work Authorization Agreement.

4. Except for items noted on the Punch List, the Repair Work has been performed to my/our satisfaction and in accordance with the Schedule of Work.

SIGNATURE: _____   DATE: 11/17/14
PRINTED NAME: Ollie Anum

SIGNATURE: _____   DATE: _____
PRINTED NAME: _____

* CARPET AND OTHERS ARE NOT RESOLVED. THANKS.