UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION : 
: SECTION L
:
: JUDGE FALLON
: MAGISTRATE JUDGE
: WILKINSON

**THIS DOCUMENT RELATES TO: ALL CASES**

## ORDER

The Court received and reviewed the attached correspondence from Plaintiffs' Liaison Counsel pursuant to the Court's orders (R. Docs. 19215, 19232). **IT IS ORDERED** that the attached correspondence be entered into the record.

New Orleans, Louisiana, this 13th day of July, 2015.

_____
UNITED STATES DISTRICT JUDGE

1