

**HERMAN HERMAN & KATZ**
—— L.L.C. ——
ATTORNEYS AT LAW
Est. 1942

820 O'Keefe Avenue
New Orleans, Louisiana
70113-1116

p: (504) 581-4892
f: (504) 561-6024
e: info@hhklawfirm.com

hhklawfirm.com

Harry Herman (1914-1987)
Russ M. Herman*
Maury A. Herman*
Steven J. Lane
Leonard A. Davis*
James C. Klick[1]
Stephen J. Herman
Brian D. Katz
Soren E. Gisleson
Joseph E. Cain

Jennifer J. Greene[2]
John S. Creevy
Aaron Z. Ahlquist[3]
Craig M. Robinson
Mikalia M. Kott[4]
Donald A. Mau
Danielle Treadaway Hufft
Patrick R. Busby[5]
Madelyn M. O'Brien

Of Counsel:
Herbert A. Cade
Morton H. Katz*
Joseph A. Kott, M.D., J.D.

This Firm and its Partners Are Also Partners in Herman Gerel, LLP

* A Professional Law Corporation
[1] Also Admitted in Texas
[2] Also Admitted in Arkansas
[3] Also Admitted in Tennessee
[4] Also Admitted in Colorado
[5] Also Admitted in Alabama & Oklahoma

July 9, 2015

*VIA EMAIL*

John R. Sutton, Esq.
7721 SW 62nd Avenue
Suite 101
South Miami, FL  33143
info@suttonlawgroup.com

    Re:    In re:  Chinese-Manufactured Drywall Products Liability Litigation
             MDL 2047
             Claimant:  Lorenzo Alvarez (Claimant ID 104856)

Dear Mr. Sutton:

      On June 29, 2015, Judge Fallon issued an Order [Rec. Doc. 19232] (copy attached) directing Plaintiffs' Liaison Counsel to review correspondence and discuss with Plaintiff's Counsel the appropriate next steps with regards to Plaintiff's claim. In the Order Judge Fallon set forth the background regarding the claim.

      We do not have a full appreciation of the claim that is pending with BrownGreer, but suggest that some discussion with Jake Woody at BrownGreer may be appropriate. I am copying Jake Woody on this letter so that he is aware of the matter, and if our office can assist in some way, we hope that you or Mr. Woody will let us know. I am forwarding a copy of the Order to BrownGreer as a courtesy.

Sincerely,

LEONARD A. DAVIS

LAD:lmf
Attachments
cc:    Honorable Eldon E. Fallon
       Russ Herman, Esq.
       Arnold Levin, Esq.
       Jacob Woody, Esq.



| | | | | |
|---|---|---|---|---|
| HERMAN HERMAN & KATZ ATTORNEYS AT LAW Est. 1942 | 820 O'Keefe Avenue New Orleans, Louisiana 70113-1116 p: (504) 581-4892 f: (504) 561-6024 e: info@hhklawfirm.com hhklawfirm.com | Harry Herman (1914-1987) Russ M. Herman* Maury A. Herman* Steven J. Lane Leonard A. Davis* James C. Klick[1] Stephen J. Herman Brian D. Katz Soren E. Gisleson Joseph E. Cain | Jennifer J. Greene[2] John S. Creevy Aaron Z. Ahlquist[3] Craig M. Robinson Mikalia M. Kott[4] Donald A. Mau Danielle Treadaway Hufft Patrick R. Busby[5] Madelyn M. O'Brien Of Counsel: Herbert A. Cade Morton H. Katz* Joseph A. Kott, M.D., J.D. | This Firm and its Partners Are Also Partners in Herman Gerel, LLP * A Professional Law Corporation [1] Also Admitted in Texas [2] Also Admitted in Arkansas [3] Also Admitted in Tennessee [4] Also Admitted in Colorado [5] Also Admitted in Alabama & Oklahoma |

July 9, 2015

*VIA EMAIL*

Patrick Montoya, Esq.
***COLSON HICKS EIDSON***
255 Alhambra, Penthouse
Coral Gables, FL 33134
patrick@colson.com

     Re:    In re:  Chinese-Manufactured Drywall Products Liability Litigation
              MDL 2047
              Claimant:  Thomas and Lynn Lukaszewski

Dear Patrick:

    As you know, on June 24, 2015, Judge Fallon issued an Order [Rec. Doc. 19215] directing Plaintiffs' Liaison Counsel and the Settlement Administrator to review correspondence received from Thomas and Lynn Lukaszewski. I appreciate your prompt attention to the matter, and based upon the filing you made with the Court [Rec. Doc 19221], I trust if you need any assistance from Liaison Counsel, you or the Lukaszewskis will let us know.

                                                             Sincerely,

                                                             LEONARD A. DAVIS

LAD:lmf
cc:    Honorable Eldon E. Fallon
       Russ Herman, Esq.
       Arnold Levin, Esq.

       Thomas & Lynn Lukaszewski
       P.O. Box 4157
       Cherry Hill, NJ   08034