UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL  : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION        : SECTION L
                                     :
                                     : JUDGE FALLON
                                     : MAGISTRATE JUDGE WILKINSON

**THIS DOCUMENT RELATES TO: ALL CASES**

## ORDER

The Court received and reviewed the attached correspondence from Arnold Levin, Plaintiffs' Counsel, which was sent in response to R. Doc. 19267. **IT IS ORDERED** that the attached correspondence be entered into the record.

New Orleans, Louisiana, this 13th day of July, 2015.

_____
UNITED STATES DISTRICT JUDGE

1