# LEVIN, FISHBEIN, SEDRAN & BERMAN

*Counsellors at Law and Proctors in Admiralty*

ARNOLD LEVIN
MICHAEL D. FISHBEIN
HOWARD J. SEDRAN
LAURENCE S. BERMAN
FRED S. LONGER *
DANIEL C. LEVIN
CHARLES E. SCHAFFER
AUSTIN B. COHEN *
MICHAEL M. WEINKOWITZ * †
MATTHEW C. GAUGHAN * †
KEITH J. VERRIER *
BRIAN F. FOX
LUKE T. PEPPER

510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106-3697
www.lfsblaw.com

TELEPHONE (215) 592-1500
FACSIMILE (215) 592-4663

OF COUNSEL:
SANDRA L. DUGGAN
STEWART M. WELTMAN **

* also admitted in New Jersey
† also admitted in New York
** admitted in Illinois only

July 10, 2015

**VIA EMAIL**

The Honorable Eldon E. Fallon
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C-456
New Orleans, LA 70130

Re:   *In re: Chinese Drywall Litigation – MDL No. 2047*

Dear Judge Fallon:

I write to confirm and further Mr. Herman's immediate email response to Mr. Vejnoska's letter of July 9, 2015 on behalf of CNBM Group.

After 6 years of evading this Court's authority, CNBM Group has appeared and now demands resolution of its motion to dismiss on its terms, *i.e.*, by September 16, 2015. CNBM Group essentially contends that its sovereign immunity defense may be determined as a matter of law, and that no set of facts may be developed by the plaintiffs to justify any further discovery. CNBM Group practically ignores this Court's stated awareness at the July 6, 2015 telephonic conference of the applicable exceptions to the FSIA regarding commercial activity and tortious conduct. By disregarding these exceptions, CNBM Group plunges into an extended discussion that suggests plaintiffs should be content with the existing 30(b)(6) depositions of its witnesses, even though it acknowledges that it will not have even completed its document production until *after* the last currently noticed deposition. It also ignores that any facts relating to the exceptions to the FSIA obviously merge with those relevant to CNBM's jurisdictional challenges, and that discovery of CNBM Group's commercial activity, tortious conduct, contemptuous conduct, and alter ego relationship, is all bound together with discovery of the other Taishan defendants and third parties that is still ongoing. CNBM Group also ignores that its documents are produced in Chinese, with gibberish machine translations that are more often than

**LEVIN, FISHBEIN, SEDRAN & BERMAN**

The Honorable Eldon E. Fallon
July 10, 2015
Page 2

not completely useless, which renders illusory its proposed two week turnaround from its anticipated August 14 deadline for completion of document production to Plaintiffs' August 28 deadline for responding to its motion to dismiss. Finally, CNBM ignores that Plaintiffs noticed the deposition of Mr. Song, CNBM Group's Chairman, to coincide with the time period following after the completion of defendants' document production, and that Mr. Song's deposition is necessary as it is expected that he will actually have knowledge of his company's activities in the United States, an attribute found lacking in the witnesses thus far presented by his company, and its affiliates.[1]

Plaintiffs met and conferred in good faith with Mr. Vejnoska to negotiate a legitimate time table by which CNBM Group's motion may be realistically addressed. CNBM adheres to its inflated arguments of priority whose provenance have no meaningful bearing in light of the applicability of the FSIA's commercial activity and tortious conduct exceptions. Thus, we find Mr. Vejnoska's proposed timetable to be unworkable. It took years to conclude jurisdictional discovery against Taishan. Plaintiffs proposed a timetable to conclude both discovery and briefing on CNBM Group's motion to dismiss within a year of the defendant's delayed appearance in this MDL. Specifically, we proposed to submit our response to CNBM Group's motion two months after the conclusion of discovery (which is expected to end in either late September or early October), and allowed the Defendant one month for its reply. In light of this past experience, we submit that our time frame is realistic given the need to complete, compile

---

[1] In addition to Mr. Song, plaintiffs have sought to notice the depositions of other CNBM witnesses most of whom were proffered by CNBM's counsel for depositions in May, 2015. *See* Email of Christopher Vejnoska dated May 8, 2015 attached hereto as Exhibit "A". Plaintiffs have also sought other related witnesses and entities such as CNBM Import Export, CNBM Forest (Canada) and CNBM (USA). *See* Email of Arnold Levin dated May 8, 2015 attached hereto as Exhibit "B". Plaintiffs have sought to notice depositions of CNBM witnesses such as Cao Jianglin and Peng Shou. *See* Email of Sandra L. Duggan dated June 30, 2015 attached hereto as Exhibit "C". Plaintiffs have also sought other related witnesses such as Deng, Jianjun, Wang, Lihe and Zhang, Shaojun. *See* Email of Sandra L. Duggan dated July 3, 2015 attached hereto as Exhibit "D". Counsel for CNBM as recently as July 1, 2015 advised the PSC that, "We are following up regarding your other requests and will get back to you as soon as we can." *See* Christopher Vejnoska dated July 1, 2015 attached hereto as Exhibit "E". It turns out that CNBM was being coy and hiding the fact that they were reneging on their offers and avoiding their discovery obligations as demonstrated by its recent filing of a Motion to Clarify the July 17, 2014 Contempt Order, or in the Alternative to Vacate the Order to the Extent it Purports to Apply to CNBM Group, CNBM Company, China National Building Materials & Equipment Import & Export Corporation, CNBM Forest Products (Canada), CNBMIT, CNBM (USA), and United Suntech [Rec.Doc. 19271]. Therein, CNBM seeks to avoid its discovery obligations altogether. The PSC will respond to CNBM's specious motion in due course.

**LEVIN, FISHBEIN, SEDRAN & BERMAN**

The Honorable Eldon E. Fallon
July 10, 2015
Page 3

and assemble the enormous record necessary to controvert the misleading presentation of CNBM Group.

Plaintiffs are prepared to discuss these matters with the Court at the upcoming status conference on July 14, 2015.

Respectfully,

**ARNOLD LEVIN**

/mmh

Enc.

cc: Russ M. Herman, Esquire (via email)
    Leonard A. Davis, Esquire (via email)
    Sandra L. Duggan, Esquire (via email)
    Frederick S. Longer, Esquire (via email)
    Bernard Taylor, Esquire (via email)
    Alan Weinberger, Esquire (via email)
    Christy Eikhoff, Esquire (via email)
    L. Christopher Vejnoska, Esquire (via email)
    James L. Stengel, Esquire (via email)
    Eric A. Shumsky, Esquire (via email)
    Ewell E. Eagan, Jr., Esquire (via email)
    Michael H. Barr, Esquire (via email)
    Richard L. Fenton, Esquire (via email)
    Harry Rosenberg, Esquire (via email)
    C. Michael Moore, Esquire (via email)