UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: *Amorin et al. v. Taishan Gypsum Co. Ltd. et al.,* Case No. 2:11-cv-01673 *Amorin et al. v. Taishan Gypsum Co. Ltd. et al.,* Case No. 2:11-cv-01395 *Amorin et al. v. Taishan Gypsum Co. Ltd. et al.,* Case No. 2:11-cv-01672 *Wiltz et al. v. Beijing New Building Material Public Limited Company et al.,* Case No. 2:10-cv-00361 *Gross et al. v. Knauf Gips KG et al.,* Case No. 2:09-cv-06690 *Germano et al. v. Taishan Gypsum Co. Ltd. et al.,* Case No. 2:09-cv-06687 | |

**BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY'S AND BEIJING NEW BUILDING MATERIAL (GROUP) CO., LTD.'S NOTICE OF JOINDER IN THE CNBM ENTITIES' MOTION TO CLARIFY THE JULY 17, 2014 CONTEMPT ORDER, OR IN THE ALTERNATIVE TO PARTIALLY VACATE THE ORDER**

Defendants Beijing New Building Materials Public Limited Company ("BNBM PLC")

and Beijing New Building Material (Group) Co., Ltd. ("BNBM Group") hereby join in and adopt

the concerns and positions, to the extent they are applicable to BNBM PLC and BNBM Group,[1]

---

[1] Reassertion of Objection to Personal Jurisdiction: On March 4, 2015, the BNBM Entities formally appeared in the above-captioned actions, through Notices of Appearance that specifically raised and preserved defenses relating to, *inter alia*, lack of personal jurisdiction. As the BNBM Entities have done with each prior submission, they raise the issue of personal jurisdiction at the outset of this Notice of Joinder to preserve the BNBM Entities' legal rights to assert this fundamental defense.

1

set forth by Defendants China National Building Materials Group Corporation, China National Building Materials Company, Ltd., China National Building Materials & Equipment Import & Export Corporation, CNBM (USA) Corporation, CNBM Forest Products (Canada) Ltd., China National Building Materials Investment Trading, and United Suntech, Inc. (collectively, the "CNBM Entities") in their Motion to Clarify the July 17, 2014 Contempt Order, or in the Alternative to Vacate the Order to the Extent it Purports to Apply to the CNBM Entities [Doc. No. 19271].  For the reasons set forth in BNBM PLC's and BNBM Group's previously-filed Memorandum of Law in Opposition to Motion of Plaintiff Intervenors and the Plaintiffs' Steering Committee for an Expedited Hearing to Enforce the Court's July 17, 2014 Contempt Order and Injunction [Doc. No. 18872], this Court's July 17, 2014 Contempt Order cannot and should not be enforced against either BNBM PLC or BNBM Group.

## CONCLUSION

WHEREFORE, BNBM PLC and BNBM Group respectfully request that the Court clarify that the July 17, 2014 Contempt Order does not apply to either BNBM PLC or BNBM Group, or, to the extent the Contempt Order purported to do so, vacate the Contempt Order as to BNBM PLC and BNBM Group.

Dated:  July 13, 2015

2

Respectfully submitted,

**DENTONS US LLP**

By: */s/ Michael H. Barr*
Michael H. Barr
New York Bar No. 1744242
Justin N. Kattan
New York Bar No. 3983905
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone:  (212) 768-6700
Facsimile:  (212) 768-6800
michael.barr@dentons.com
justin.kattan@dentons.com

- AND -

Richard L. Fenton
Illinois Bar No. 3121699
Leah R. Bruno
Illinois Bar No. 6269469
233 South Wacker Drive
Suite 7800
Chicago, IL  60606-6306
Telephone:  (312) 876-8000
Facsimile:  (312) 876-7934
richard.fenton@dentons.com
leah.bruno@dentons.com

- AND -

C. Michael Moore
Texas Bar No. 14323600
Gene R. Besen
Texas Bar No. 24045491
2000 McKinney Ave, Suite 1900
Dallas, TX  75201
Telephone:  (214) 259-0900
Facsimile:  (214) 259-0910
mike.moore@dentons.com
gene.besen@dentons.com

3

4

**- AND -**

**PHELPS DUNBAR LLP**

Harry Rosenberg
Louisiana Bar No. 11465
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone:  (504) 566-1311
Facsimile:  (504) 568-9130
harry.rosenberg@phelps.com

*Attorneys for Beijing New Building Material (Group) Co., Ltd. and Beijing New Building Materials Public Limited Company*

4

5

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Beijing New Building Materials Public Limited Company's and Beijing New Building Material (Group) Co., Ltd.'s Notice of Joinder in the CNBM Entities' Motion to Clarify the July 17, 2014 Contempt Order, or in the Alternative to Partially Vacate the Order has been served on Plaintiffs' Liaison Counsel, Leonard Davis, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 13th day of July, 2015.

/s/     *Michael H. Barr*