*EXHIBIT "B"*



Inspection Report for:
Florida Certified Contractors
LLC

Inside & Out Property
Inspectors, Inc

**Property Address:**
**25 Essington Lane**
**Palm Coast Fl 32164**

It has been a pleasure to provide your inspection service and we truly appreciate your patronage. We work hard to research your real estate investment and report back to you in a professional manner to answer all of your questions as thoroughly as possible. Remember that we have your best interests in mind throughout this process and we are happy to answer any questions that you might have about the inspection. We are your building consultant for life, please feel free to call us directly with any of your questions.

Inspector: Bernarr Johnson HI8005
52 Tuscan Way Ste 202-152
St Augustine, Fl 32092
904-395-1900
7/16/2014

# Table of Contents

Cover Page .................................................. 1
Table of Contents ........................................ 2
Intro Page ................................................... 3
1 Floors ...................................................... 4
2 Heating and Cooling ................................ 7
Attachments ............................................... 8

| Date: 7/16/2014 | Time: 01:00 PM | Report ID: 25 Essington Lane |
|---|---|---|
| Property:<br>25 Essington Lane<br>Palm Coast Fl 32164 | Customer:<br>Florida Certified Contractors LLC | Real Estate Professional: |

Thank you for contracting with Inside & Out Property Inspectors, Inc to evaluate your home purchase. I pride myself in delivering an accurate report that will answer all your questions. Remember, I am your building consultant for life so please do not hesitate to contact me with any questions you may have regarding your home now or in the future. There are many things that can be done to improve safety and living conditions within any home. While many of these issues come to light in the course of the Standard Home Inspection there are likely to be other things that can be done to improve the home.

Additional information can be found at: Center for Healthy Living:
http://www.centerforhealthyhousing.org/

### Comment Key or Definitions

The following are definitions of comment descriptions in this inspection report. All comments by the inspector should be considered before purchasing this home. Any recommendations by the inspector to repair or replace suggests a second opinion or further inspection by a qualified contractor. All costs associated with further inspection fees and repair or replacement of item, component or unit should be considered before you purchase the property.

**Inspected (IN)** = I visually observed the item, component or unit and if no other comments were made then it appeared to be functioning as intended allowing for normal wear and tear.

**Not Inspected (NI)** = I did not inspect this item, component or unit and made no representations of whether or not it was functioning as intended and will state a reason for not inspecting.

**Not Present (NP)** = This item, component or unit is not in this home or building.

**Repair or Replace (RR)** = The item, component or unit is not functioning as intended, or needs further inspection by a qualified contractor. Items, components or units that can be repaired to satisfactory condition may not need replacement.

| | | |
|---|---|---|
| **Standards Of Practice:**<br>InterNachi | **In Attendance:**<br>Customer | **Style of Home:**<br>Single Family, 1 Story |
| **Age Of Home:**<br>Built in 2007, 7 Years Old | **Occupancy:**<br>Vacant | **Approximate Square Footage:**<br>2118 |
| **Bedrooms:**<br>3 | **Bathrooms:**<br>2 | **Home Faces:**<br>North |
| **Weather:**<br>Clear | **Temperature:**<br>Over 65 | |

## 1. Floors


The home inspector shall observe: Walls, ceiling, and floors; Steps, stairways, balconies, and railings; Counters and a representative number of installed cabinets; and A representative number of doors and windows. The home inspector shall: Operate a representative number of windows and interior doors; and Report signs of abnormal or harmful water penetration into the building or signs of abnormal or harmful condensation on building components. The home inspector is not required to observe: Paint, wallpaper, and other finish treatments on the interior walls, ceilings, and floors; Carpeting; or Draperies, blinds, or other window treatments.

**The inspector shall:** Open and close a representative number of doors and windows. Inspect the walls, ceilings, steps, stairways, and railings. Inspect garage doors and garage door openers by operating first by remote (if available) and then by the installed automatic door control. And report as in need of repair any installed electronic sensors that are not operable or not installed at proper heights above the garage door. And report as in need of repair any door locks or side ropes that have not been removed or disabled when garage door opener is in use. And report as in need of repair any windows that are obviously fogged or display other evidence of broken seals.

**The inspector is not required to:** Inspect paint, wallpaper, window treatments or finish treatments. Inspect central vacuum systems. Inspect safety glazing. Inspect security systems or components. Evaluate the fastening of countertops, cabinets, sink tops and fixtures, or firewall compromises. Move furniture, stored items, or any coverings like carpets or rugs in order to inspect the concealed floor structure. Move drop ceiling tiles. Inspect or move any household appliances. Inspect or operate equipment housed in the garage except as otherwise noted. Verify or certify safe operation of any auto reverse or related safety function of a garage door. Operate or evaluate security bar release and opening mechanisms, whether interior or exterior, including compliance with local, state, or federal standards. Operate any system, appliance or component that requires the use of special keys, codes, combinations, or devices. Operate or evaluate self-cleaning oven cycles, tilt guards/latches or signal lights. Inspect microwave ovens or test leakage from microwave ovens. Operate or examine any sauna, steam-jenny, kiln, toaster, ice-maker, coffee-maker, can-opener, bread-warmer, blender, instant hot water dispenser, or other small, ancillary devices. Inspect elevators. Inspect remote controls. Inspect appliances. Inspect items not permanently installed. Examine or operate any above-ground, movable, freestanding, or otherwise non-permanently installed pool/spa, recreational equipment or self-contained equipment. Come into contact with any pool or spa water in order to determine the system structure or components. Determine the adequacy of spa jet water force or bubble effect. Determine the structural integrity or leakage of a pool or spa.

## Styles & Materials

**Floor Covering(s):**
    Laminated T&G

|     |        | IN | NI | NP | RR |
|-----|--------|----|----|----|----|
| 1.0 | Floors | •  |    |    |    |

IN= Inspected, NI= Not Inspected, NP= Not Present, RR= Repair or Replace         IN   NI   NP   RR

## Comments:

**1.0** The laminate floor that is buckling was inspected using Flir T-420 Thermal Camera and Extech Moisture Meter MO297. At the time of the inspection the moisture level ranged from 7-11% across the floor. This is well within the industry standard and the manufactures specs. (Please See Attached Document from Manufacturer). It is my professional opinion that moisture is not causing this issue.

Upon further investigation, the house's indoor climate was 80+ Degrees with a Relative Humidity Level of 68% upon arrival and during the inspection. This was also taken with the Extech Moisture Meter MO297. According to the manufacturers spec sheet the recommended climate conditions are as follows: Temperature Range 64-71 Degrees and the Relative Humidity Level 55-65%. Please see highlighted area in the attachment.

With this combination of High Temperatures and High Relative Humidity it is my professional opinion that the climate conditions inside the house is what caused the buckling of the floor.

My Qualifications are stated as follows:

Certified Professional Home Inspector

InterNachi ID NACHI13080505 Florida License # HI8005

ITC Flir Certified Level II Thermographer ID#78951



1.0 Item 1(Picture) Buckling Floor



1.0 Item 2(Picture) Buckling Floor



1.0 Item 3(Picture) Buckling Floor



1.0 Item 4(Picture) Buckling Floor



1.0 Item 5(Picture) Buckling Floor



1.0 Item 6(Picture) 3/8" Clearance



1.0 Item 7(Picture) 3/8" Clearance



1.0 Item 8(Picture) RH/Temp Measurements

The interior of the home was inspected and reported on with the above information. While the inspector makes every effort to find all areas of concern, some areas can go unnoticed. The inspection did not involve moving furniture and inspecting behind furniture, area rugs or areas obstructed from view. Please be aware that the inspector has your best interest in mind. Any repair items mentioned in this report should be considered before purchase. It is recommended that qualified contractors be used in your further inspection or repair issues as it relates to the comments in this inspection report.

## 2. Heating and Cooling



**The inspector shall inspect:** The heating system and describe the energy source and heating method using normal operating controls. And report as in need of repair electric furnaces which do not operate. And report if inspector deemed the furnace inaccessible. The central cooling equipment using normal operating controls.

**The inspector is not required to:** Inspect or evaluate interiors of flues or chimneys, fire chambers, heat exchangers, humidifiers, dehumidifiers, electronic air filters, solar heating systems, solar heating systems or fuel tanks. Inspect underground fuel tanks. Determine the uniformity, temperature, flow, balance, distribution, size, capacity, BTU, or supply adequacy of the heating system. Light or ignite pilot flames. Activate heating, heat pump systems, or other heating systems when ambient temperatures or when other circumstances are not conducive to safe operation or may damage the equipment. Override electronic thermostats. Evaluate fuel quality. Verify thermostat calibration, heat anticipation or automatic setbacks, timers, programs or clocks. Determine the uniformity, temperature, flow, balance, distribution, size, capacity, BTU, or supply adequacy of the cooling system. Inspect window units, through-wall units, or electronic air filters. Operate equipment or systems if exterior temperature is below 60 degrees Fahrenheit or when other circumstances are not conducive to safe operation or may damage the equipment. Inspect or determine thermostat calibration, heat anticipation or automatic setbacks or clocks. Examine electrical current, coolant fluids or gasses, or coolant leakage.

### Styles & Materials

**Heat Type:**
Heat Pump Forced Air (also provides cool air)

**Energy Source:**
Electric

**Number of Heat Systems (excluding wood):**
One

**Heat System Brand:**
AMANA

**Cooling Equipment Type:**
Heat Pump Forced Air (also provides warm air)

**Cooling Equipment Energy Source:**
Electricity

**Central Air Manufacturer:**
AMANA

**Number of AC Only Units:**
One

|  |  | IN | NI | NP | RR |
|---|---|---|---|---|---|
| 2.0 | Cooling System | • |  |  |  |
| 2.1 | Normal Operating Controls | • |  |  |  |
| 2.2 | Presence of installed cooling source in each room | • |  |  |  |

IN= Inspected, NI= Not Inspected, NP= Not Present, RR= Repair or Replace     **IN   NI   NP   RR**

### Comments:

**2.2** During the inspection the air coming from the register during cooling mode was 77 Degrees. The unit was run for about 15 minutes and was not cooling down. The normal Temperature Range is 52-56 Degrees coming from the registers. I recommend a Qualified HVAC Contractor to inspect and repair.

The heating and cooling system of this home was inspected and reported on with the above information. While the inspector makes every effort to find all areas of concern, some areas can go unnoticed. The inspection is not meant to be technically exhaustive. The inspection does not involve removal and inspection behind service door or dismantling that would otherwise reveal something only a licensed heat contractor would discover. Please be aware that the inspector has your best interest in mind. Any repair items mentioned in this report should be considered before purchase. It is recommended that qualified contractors be used in your further inspection or repair issues as it relates to the comments in this inspection report.



**Inside & Out Property Inspectors, Inc**

52 Tuscan Way Ste 202-152
St Augustine, Fl 32092
904-395-1900

## Report Attachments

ATTENTION: This inspection report is incomplete without reading the information included herein at these links/attachments. Note If you received a printed version of this page and did not receive a copy of the report through the internet please contact your inspector for a printed copy of the attachments.

Manufacturer Spec Sheet



