UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Collins vs. Bass Homes, Inc.*, Case No. 13-6652 (S.D. Miss.)<br><br>*Herrington vs. Bass Homes, Inc*., Case No. 13-6653 (S.D. Miss.) | |

## ORDER

Considering Taishan Gypsum Co., Ltd.'s Motion to Dismiss Ace Home Center, Inc.'s First Amended Third-Party Complaints Pursuant to Rule 12(B)(6), **IT IS ORDERED** that the Motion is **GRANTED**.

**IT IS HEREBY ORDERED** that Ace Home Center, Inc.'s First Amended Third-Party Complaints (Rec. Docs. 18022, 18023) are **DISMISSED** as to Taishan Gypsum Co., Ltd. for failure to state a claim upon which relief can be granted.

New Orleans, Louisiana, this ____ day of ____, 2015.

                                                                                                                                                                _____
                                                                                                                                                                Honorable Eldon E. Fallon
                                                                                                                                                                U.S. District Court Judge