# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Collins vs. Bass Homes, Inc.*, Case No. 13-6652 (S.D. Miss.)<br><br>*Herrington vs. Bass Homes, Inc.*, Case No. 13-6653 (S.D. Miss.) | |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Taishan Gypsum Co., Ltd. ("Taishan") will bring the foregoing **Motion to Dismiss Ace Home Center, Inc.'s First Amended Third-Party Complaints Pursuant to Rule 12(B)(6)** for hearing before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130 on August 5, 2015 or as soon as counsel can be heard.

Dated: July 14, 2015

Respectfully submitted,

/s Christina Hull Eikhoff
Christina Hull Eikhoff, Esq.
Georgia Bar No. 242539
Bernard Taylor, Esq.
Georgia Bar No. 669625
Michael P. Kenny, Esq.
Georgia Bar No. 415064
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia  30309
Phone: (404) 881-7000
Fax: (404) 881-7777
christy.eikhoff@alston.com
*Counsel for Taishan Gypsum Co., Ltd.*

2

        Alan Dean Weinberger
        Louisiana Bar No. 13331
        HANGARTNER, RYDBERG &
        TERRELL, LLC
        One Shell Square
        701 Poydras Street, Suite 310
        New Orleans, Louisiana  70179
        Phone: (504) 434-6815
        Fax: (504) 522-5689
        aweinberger@hanrylaw.com
        *Local Counsel for Taishan Gypsum Co., Ltd.*

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing has been served on Counsel for Ace Homes Center, Inc., Danny J. Collier, Jr., Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 14th day of July, 2015.

        /s Christina Hull Eikhoff
        Christina Hull Eikhoff, Esq.
        Georgia Bar No. 242539
        ALSTON & BIRD LLP
        1201 West Peachtree Street
        Atlanta, Georgia  30309
        Phone: (404) 881-7000
        Fax: (404) 881-7777
        christy.eikhoff@alston.com

        *Counsel for Taishan Gypsum Co., Ltd.*