MINUTE ENTRY
FALLON, J.
JULY 14, 2015

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON MAGISTRATE WILKINSON |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter:  Toni Tusa

Appearances:   Fred Longer, Esq. for Claimant Oceanique Development Company
               Daniel Dysart, Esq. and Kerry Miller, Esq. for Knauf Defendants

Objections of Claimant Oceanique Development Company and Motion for Court Review of Special Master's Opinion and Decree   (19023)

After argument - Motion was Taken Under Submission

JS10:    :45