UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047 SECTION L JUDGE FALLON MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

Before the Court is a Motion to Clarify the July 17, 2014 Contempt Order or, in the alternative, to Vacate the Order to the Extent it Applies to the CNBM entities (Rec. Doc. 19271).

**IT IS ORDERED** that this motion is hereby set for submission, with oral argument, immediately following the August Monthly Status Conference on August 7, 2015.

New Orleans, Louisiana, this 14th day of July, 2015.

_____
UNITED STATES DISTRICT JUDGE

1