IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

**O R D E R**

Considering Plaintiffs' Motion for Leave to File Sur-Reply to Defendants' Motion to Exclude Plaintiffs' Trial Exhibit 79;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the attached Plaintiffs' Sur-Reply to Defendants Motion to Exclude Plaintiffs' Trial Exhibit 79 be and is hereby filed into the record.

New Orleans, Louisiana, this __14th__ day of _____July_____, 2015.

_____
Eldon E. Fallon
United States District Court Judge