UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL 2047 SECTION L |
| | * | JUDGE FALLON |
| This document relates to: All Cases | * * * | MAGISTRATE JUDGE WILKINSON |

## ORDER

Considering the Motion to Extinguish the Knauf Defendants' Settlement Obligations for Certain Already Remediated Home Claims filed by the Knauf Defendants (Rec. Doc. 19054);

IT IS ORDERED BY THE COURT that the Motion to Extinguish the Knauf Defendants' Settlement Obligations for Certain Already Remediated Home Claims is GRANTED. The Knauf Defendants' Settlement Obligations for the following already remediated home claims are hereby extinguished:

| Comeaux, Deborah; Fitzpatrick, Corey; Fitzpatrick, Timothy | 5031 Nevada Street | Bay St. Louis | MS | 39520 |
|---|---|---|---|---|
| Gollot, Nicolas; Gollot, Susie | 6310 Anela Drive | Diamondhead | MS | 39525 |
| Tennet, Crystal; Macon, Jamarcy; Terry, Alvin | 1279 Washington Drive | Moody | AL | 35004 |
| Mazzola, Bruce ; Santos, Jeomarcio | 3590 Lansing Loop #204 | Estero | FL | 33928 |

2

| | | | | |
|---|---|---|---|---|
| Midkiff, Anthony | 8748 Baystone Cove | Boynton | FL | 33473 |
| Parada, Armando | 8876 SW 229th Street | Miami | FL | 33190 |
| Premier Loan Services Company, Inc. ; Johansen, Fred | 124 NW 14th Street | Cape Coral | FL | 33993 |
| Premier Loan Services Company, Inc. ; Johansen, Fred | 1629 NW 5th Place | Cape Coral | FL | 33993 |
| Premier Loan Services Company, Inc. ; Johansen, Fred | 1819 NE 33rd Street | Cape Coral | FL | 33909 |
| Premier Loan Services Company, Inc. ; Johansen, Fred | 2119 NE 7th Place | Cape Coral | FL | 33909 |
| Premier Loan Services Company, Inc. ; Johansen, Fred | 2300 NW 25th Street | Cape Coral | FL | 33993 |
| Premier Loan Services Company, Inc. ; Johansen, Fred | 2517 SW 1st Terrace | Cape Coral | FL | 33991 |
| Premier Loan Services Company, Inc. ; Johansen, Fred | 2937 NW 25th Terrace | Cape Coral | FL | 33993 |
| Premier Loan Services Company, Inc. ; Johansen, Fred | 3823 Durden Parkway West | Cape Coral | FL | 33993 |

| | | | | |
|---|---|---|---|---|
| Premier Loan Services Company, Inc. ; Johansen, Fred | 4162 NW 29th Avenue | Cape Coral | FL | 33993 |
| Premier Loan Services Company, Inc. ; Johansen, Fred | 4322 NE 9th Avenue | Cape Coral | FL | 33909 |
| Premier Loan Services Company, Inc. ; Johansen, Fred | 606 NW 21st Street | Cape Coral | FL | 33993 |
| Premier Loan Services Company, Inc. ; Johansen, Fred | 2023 NE 14th Avenue | Cape Coral | FL | 33909 |
| Santana, Silvana ; Faria, Luciano ; Faria, Allan ; Faria, Loren | 8709 Pegasus Drive | Lehigh Acres | FL | 33971 |
| Sheehan, Michael ; Willman, Courtney ; Hussey, Greer | 3531 SW 15th Place | Cape Coral | FL | 33914 |
| Vernhout, Jackie ; Vernhout, Jerry | 3521 Cherry Blossom Court #104 | Estero | FL | 33928 |
| Zheng, Xiaojuan ; Zheng, Weifang "Frank" | 9932 Cobblestone Creek Drive | Boynton Beach | FL | 33472 |

New Orleans, Louisiana, this 10th day of July, 2015

_____

United States District Judge

3