MINUTE ENTRY
FALLON, J.
JULY 15, 2015

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED       DRYWALL PRODUCTS          LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | JUDGE FALLON<br>MAGISTRATE WILKINSON |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter:  Terri Hourigan

Appearances:   Russ Herman, Esq. for Plaintiffs' Steering Committee
                        Gabriel Crowson, Esq. for Non-Party JP Morgan Chase & Company

Emergency Motion to Compel JP Morgan & Chase Co. and Morgan Stanley, to Comply with the Plaintiffs' Steering Committee's Discovery Requests    (19004)

(Plaintiffs' Demonstrative Exhibits submitted)

After argument - Court will issue it's written reasons on this motion

JS10:   :41