J.P.Morgan

## Large Shareholder and Active Supporter of CNBM

- March 2009 – J.P.Morgan rating of CNBM stocks: "We initiate on China National Building Materials (CNBM) with UW and Dec-09 PT of HK$7.5 or 12% downside. Despite being the 2nd largest cement company in China (after Conch), we believe the challenges CNBM faces include highly leveraged balance sheet and execution risk from aggressive M&A in the past in addition to unjustified valuation. The rights issue in Feb (at HK$7.85/share) diluted its earnings (11%). Our 2008/09E EPS are ~10-15% below the Street". (Source: J.P.Morgan Stanley: Research Report on China's Building Materials industry March 2009) (Notes: "UW"- underweight rating; "EPS"- Earnings Per Share)

- **September 2009 – J.P.Morgan commented that Chinese drywall case has limited influence on CNBM Stocks, and recommended investors to buy CNBM stocks when the price is low, and rated CMBM as "Overweight" (which means that" overweight over the next three months, the recommended risk position is expected to outperform the relevant index, sector, or benchmark) (*http://money.163.com*)**

- **Up to April 7, 2010 – J.P.Morgan holding in CNBM H Shares Number of shares held: 308,969,753 (long position) + 792,788 (short position) +150,896,531 (P) Percentage in the relevant class of share capital: 25.73% + 0.07% + 12.57% (www.etnet.com.hk)**

- **April 19, 2010 - J.P.Morgan maintained the rating of CNBM as "Overweight" after CNBM announced its good 2009 performances.**

# J.P.Morgan

## Large Shareholder and Active Supporter of CNBM

- 2007 – **CNBM is the H-share company in which J.P.Morgan holds the highest stake among all the H-share companies**, ever as high as 30.16%. Such shareholding ratio is very high even in previous years when J. P. Morgan Chase held H-shares in a large scale. From the aspect of recent shareholding changes, J. P. Morgan Chase is very cautious to the shareholding changes in CNBM, etc. (By Southwest Security of China: Foreign funds' changes in share holding ratios still catch attention)
- Dec. 31st, 2009 – J.P.Morgan is the **No. 1 public investor of CNBM H Shares** and its stake in CNBM H Shares is as follows:

  Number of shares held: 337,070,011 (long position) + 68,000 (shares available for lending) + 175,608,803 (short position)

  Percentage in the relevant class of share capital: 28.07% +0.01+ 14.63%

  Percentage in total share capital: 20.663%
- January 16th, 2009 – After J.P.Morgan reduced its stake in CNBM H Shares, Mr. SONG, Zhiping, CNBM Chairman, responded that JP Morgan is still an **active supporter of CNBM**, and the transactions of CNBM stocks by J.P.Morgan were normal.
- **Mr. Xiao, Jiaxiang** – current CNBM Vice President , President of South Cement Co., Ltd. and Vice President of China Cement Association – has been working closely with J. P. Morgan. Mr. Xiao was the Chairman and President of Tianrui Group Cement Co., Ltd., which is a cement joint venture among Tairui Group, KKR, IFC and J. P. Morgan.

*Source: CNBM 2009 Annual Report, www.chinabmnet.com, www.gxfy.cn, etc.*





## DISCLOSURE OF INTEREST *(CONTINUED)*

### 1. Substantial Shareholders and persons who have an interest or short position discloseable under divisions 2 and 3 of Part XV of the Securities and Futures Ordinance ("SFO") *(Continued)*

Notes: *(Continued)*

4. JPMorgan Chase & Co. was deemed to hold interests in a total of 230,688,831 H Shares (long position) and 6,015,701 H Shares (short position) in the Company by virtue of its control over the following corporations, which held interests in the Company:

   4.1. J.P. Morgan Securities LLC held 2,903 H Shares (long position) and 1,701 H Shares (short position) in the Company. J.P. Morgan Securities LLC was an indirect wholly-owned subsidiary of JPMorgan Chase & Co..

   4.2. J.P. Morgan Clearing Corp held 7,000 H Shares (long position) in the Company. J.P. Morgan Clearing Corp was an indirect wholly-owned subsidiary of JPMorgan Chase & Co..

   4.3. JF Asset Management Limited held 15,926,000 H Shares (long position) in the Company. JF Asset Management Limited was an indirect wholly-owned subsidiary of JPMorgan Chase & Co..

   4.4. JPMorgan Asset Management (Taiwan) Limited held 1,270,000 H Shares (long position) in the Company. JPMorgan Asset Management (Taiwan) Limited was an indirect wholly-owned subsidiary of JPMorgan Chase & Co..

   4.5. J.P. Morgan Investment Management Inc. held 12,000 H Shares (long position) in the Company. J.P. Morgan Investment Management Inc. was an indirect wholly-owned subsidiary of JPMorgan Chase & Co..

   4.6. J.P. Morgan Whitefriars Inc. held 34,340,618 H Shares (long position) and 4,556,000 H Shares (short position) in the Company. J.P. Morgan Whitefriars Inc. was an indirect wholly-owned subsidiary of JPMorgan Chase & Co..

   4.7. J.P. Morgan Securities plc held 18,935,516 H Shares (long position) and 1,458,000 H Shares (short position) in the Company. J.P. Morgan Securities plc was owned as to 0.69% by J.P. Morgan Capital Financing Limited, which in turn was a wholly-owned subsidiary of JPMorgan Chase & Co., and 99.31% by J.P. Morgan Chase International Holdings, which in turn was an indirect wholly-owned subsidiary of JPMorgan Chase & Co..

   4.8. JPMorgan Chase Bank, N.A. held 159,874,794 H Shares (long position) in the Company. JPMorgan Chase Bank, N.A. was a wholly-owned subsidiary of JPMorgan Chase & Co..

   4.9. JPMorgan Asset Management (UK) Limited held 320,000 H Shares (long position) in the Company. JPMorgan Asset Management (UK) Limited was an indirect wholly-owned subsidiary of JPMorgan Chase & Co..

# 30(b)(6) Deposition of Guoping Zhou

Q Isn't it true that on July 18, 2014, BNBM Company, Limited was a 52.4% held subsidiary of CNBM Company, Limited?

A Yes, according to the Chinese version of the CNBM Company, Limited voluntary announcement dated July 18th, 2014, it is stated that CNBM Company, Limited know from the BNBM Company, Limited, parentheses, 52.4, held -- stock held subsidiary of the company, yes. Correct.

June 17, 2015
Pages 193:18 to 194:1

# 30(b)(6) Deposition of Guoping Zhou

Q Isn't it more probable than not that Chairman Song, as chairman of CNBM Company, BNBM Group and chairman of CNBM Group, was consulted by Taishan before Taishan did not appear at a hearing ordered by Judge Fallon?

MR. STENGEL: Objection to form.

A There is the possibility of such.

Q Is that possibility more probable than not?

MR. STENGEL: Objection to the form.
MR. PFAEHLER: Objection to form.

A More probable.

June 17, 2015
Pages 192:24 to 193:10

# 30(b)(6) Deposition of Guoping Zhou

Q Isn't it true that in 2014, the chairman or executive director of the board of directors of BNBM Company, Limited; CNBM Company, Limited; and CNBM Group was the same individual?

MR. STENGEL: Objection to form.

MR. HERMAN: I'm going to restate the question, because I have a fact wrong.

Q Isn't it true that in 2014, the chairman of CNBM Company, Limited; BNBM Group; and CNBM Group was Song Zhiping?

MR. STENGEL: Objection, form.

A As far as I understand, yes.

June 17, 2015
Pages 126:14 to 127:1

# 30(b)(6) Deposition of Guoping Zhou

Q I'm going to ask you again. In preparation for your deposition, did you become aware that Chairman Song of the China National Building Material Group Corporation, in May of 2009, learned of the litigation in the United States of America involving Chinese drywall?

A Yes, during my preparation for the deposition, I had asked the Chairman Song of CNBM Group if he knew about the drywall case. He said yes, he knew about the drywall case in '09. But I did not ask him if he learned of it from -- according to what I see, it's not an e-mail. It's a letter – if he had learned it from the letter. If he had learned it from the letter, I'm not sure.

June 18, 2015
Pages 243:6 to 243:19

# 5 banks guilty of rate-rigging, pay more than $5B

Kevin McCoy and Kevin Johnson, USA TODAY *7:35 p.m. EDT May 20, 2015*






Swiss banking giant UBS agreed Wednesday to pay $545 million to settle a probe by U.S. authorities into its role in manipulating interest and currency rates. In a statement, the bank said it agreed to plead guilty to one count of wire fraud. Wochit




*(Photo: Andrew Burton/Getty Images)*

Five major banks Wednesday agreed to plead guilty to criminal charges and pay more than $5.5 billion in collective penalties to settle charges their traders routinely manipulated the world's foreign-exchange market for their own profit.

The Department of Justice, the Federal Reserve and other U.S. and European authorities and regulators said corporate units of Citicorp (http://www.citigroup.com/citi/)(C) (/money/lookup/stocks/c/), JPMorgan Chase (http://www.jpmorganchase.com/) (JPM) (/money/lookup/stocks/jpm/), London-based Barclays (http://www.barclays.com/)(BCS (/money/lookup/stocks/bcs/)) and Royal Bank of Scotland (http://www.barclays.com/)(RBS) (/money/lookup/stocks/rbs/) acknowledged their traders rigged foreign exchange prices of U.S. dollars and euros from Dec. 2007 to Jan. 2013.

Outlining what she termed a "brazen display of collusion," U.S. Attorney General Loretta Lynch said investigators found that traders in the nearly unregulated, $5.3-trillion-a-day foreign-exchange market colluded in you-scratch-my-back-and-I'll-scratch-yours forms of plotting.

The $2.5 billion in criminal fines levied as part of the resolutions represent the largest federal anti-trust penalties ever obtained by U.S. authorities, she said.

"Starting as early as Dec 2007, currency traders at several multinational banks formed a group dubbed 'The Cartel,' " Lynch said. "It is perhaps fitting that those traders chose that name, as it aptly describes the brazenly illegal behavior they were engaging in on a near-daily basis."

Lynch said prices the market sets for currencies "influence virtually every sector of every economy in the world." The traders actions "inflated the banks' profits while harming countless consumers, investors and institutions around the globe — from pension funds to major corporations, and including the banks' own customers," she said.

Euro-U.S dollar traders at Citicorp, JPMorgan, Barclays and RBS — self-described members of the cartel — used an exclusive electronic chat room and coded language to manipulate benchmark exchange rates of the two currencies in ways that benefited their own trading positions, prosecutors said.

"By agreeing not to buy or sell at certain times the traders protected each other's trading positions by withholding supply of or demand for currency and suppressing competition in the FX market," the Department of Justice said.

One chat room exchange showed that a Barclays foreign exchange trader appeared to be desperate to join The Cartel and reap the benefit of its trading advantages in 2011.

THE WALL STREET JOURNAL.

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit http://www.djreprints.com.

http://www.wsj.com/articles/global-banks-to-pay-5-6-billion-in-penalties-in-fx-libor-probe-1432130400

MARKETS

# Banks to Pay $5.6 Billion in Probes

Citigroup, J.P. Morgan, Barclays, RBS and UBS to plead guilty to criminal charges

By ARUNA VISWANATHA

Updated May 20, 2015 12:49 p.m. ET

Four of the banks, Barclays PLC, Citigroup Inc., J.P. Morgan Chase & Co. and Royal Bank of Scotland Group PLC, pleaded guilty on Wednesday to conspiring to manipulate prices in the $500 billion-a-day market for U.S. dollars and euros, authorities said.

b

**The Associated Press**
**July 9, 2015**

# Regulators fine JPMorgan $136M for debt collection practices

Consumer finance regulator fines JPMorgan $136 million for unfair debt collection practices

AP

By Ken Sweet, AP Business Writer | Associated Press – Wed, Jul 8, 2015 23:04 BST

WASHINGTON (AP) -- JPMorgan Chase will pay $136 million to settle charges that it used illegal tactics to go after delinquent credit card borrowers, the Consumer Financial Protection Bureau announced Wednesday.

The CFPB alleged the bank illegally relied on robo-signing — signing mass quantities of documents without verifying the data in those accounts — and provided inaccurate information to third-party debt collectors when it sold the accounts. The bureau also said that Chase filed misleading lawsuits using inaccurate information to obtain debt collection judgments - on accounts that were paid off, discharged in bankruptcy, or otherwise were uncollectable.

"Chase sold bad credit card debt and robo-signed documents in violation of law," said CFPB Director Richard Cordray in a statement.

Under the terms of the agreement, JPMorgan Chase & Co. will refund at least $50 million to affected consumers and pay $136 million in fines to the bureau, 47 states and District of Columbia. The bank will permanently halt collecting on 528,000 accounts.

It will have to pay a separate $30 million penalty to the Office of the Comptroller of Currency.

The agreement will also include changes to the way Chase will collect delinquent accounts. Any accounts that Chase sells to debt collection agencies will be unable to be resold to other agencies. Chase will also have to verify individually any account it sells to a debt collection agency confirming the debts are valid, and it will have to notify the delinquent customer that their debt was sold, among other changes.

JPMorgan had reached a similar, earlier agreement with federal regulators regarding its debt collection practices in 2013. The New York bank has refunded more than $50 million to consumers under that order.

"We are pleased to resolve these legacy issues," the bank said in a statement.

Federal regulators and state attorneys general said that while this settlement was against Chase, other banks and collection agencies used similar practices as well.

Illinois Attorney General Lisa Madigan said the agreement "could be used as a template to reform the debt collection industry."

The three states that were not part of the settlement were California, Mississippi and Wyoming.

California has litigation pending against JPMorgan, while Mississippi is continuing its own separate lawsuit against Chase, a spokeswoman said.