IN RE: CHINESE-MANUFACTURED DRYWALL : MDL NO. 2047, SECTION: L
PRODUCT LIABILITY LITIGATION :
:
THIS DOCUMENT RELATES TO : JUDGE ELDON E. FALLON
: MAG. JUDGE WILKINSON
Mary Green :
Case No.: 11-00080, (Abel v. Taishan Gypsum :
Co. Ltd., *et. al.*) :
:

## NOTICE OF REMEDIATION

NOW INTO COURT, through undersigned counsel, comes Mary Green Jackson who wishes to inform the parties that Plaintiff wishes to start remediating her home located at 1632 Pauline Street, New Orleans, Louisiana 70117. Plaintiffs allege that her drywall was manufactured by Taishan.

Respectfully Submitted:

_____
Mekel S. Alvarez (LA Bar Roll 22157)
Morris Bart, LLC
909 Poydras St., Suite 2000
New Orleans, LA 70112
Telephone:   504.599.3385
Facsimile:    504.599.3392
Email: malvarez@morrisbart.com

Salvadore Christina, Jr. (LA Bar Roll 27198)
Becnel Law Firm
P.O. Drawer H
Reserve, LA 70084
Phone: 985.536.1186
Fax: 985.536.6445
Email: schristina@becnellaw.com

## CERTIFICATE OF SERVICE

A copy of this pleading has been served on all counsel on this 15 day of July, 2015 via LexisNexis File & Serve.

_____
Mekel S. Alvarez