UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION "L", MAG. "2" |
| THIS DOCUMENT RELATES TO:<br>    *Beane v. Gebrueder Knauf*<br>    *Verwaltungsgesellschaft KG, No. 2:13-cv-609* | JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

## UNOPPOSED MOTION TO APPLY
## FOR ATTORNEY'S FEES AND COSTS REIMBURSEMENT

NOW COMES the undersigned counsel who respectfully move this Honorable Court to permit them to submit an application for an award of attorney's fee and cost award pursuant to PTO 28, and any other applicable order of this Court, for their client Mr. Sami Slim, all as more fully set forth in the attached memorandum filed in support of this motion.

The Defendant Knauf Plasterboard (Tianjin), Ltd. has no objection to the granting of this motion.

WHEREFORE, the undersigned counsel prays this Honorable Court grant them the right to apply for attorney's fees and costs reimbursement.

Respectfully submitted,

/s/ *Tom W. Thornhill*_____
Tommy W. Thornhill, #12776, T.A.
Thornhill Law Firm, A PLC
1308 Ninth Street
Slidell, Louisiana 70458
Telephone: (985) 641-5010
Facsimile: (985) 641-5011
tom@thornhilllawfirm.com

1

And

*/s/ N. Frank Elliot III*
N. FRANK ELLIOT, III, T.A. (#23054)
N. Frank Elliot III, L.L.C.
P. O. Box 3065
Lake Charles, LA 70602-3065
Tel.:  (337) 309-6999
Fax:  (337) 439-2545
Email: frank@nfelaw.com

And

*/s/ D. Blayne Honeycutt*
D. Blayne Honeycutt, La. Bar Roll #18264
FAYARD AND HONEYCUTT, APLC
519 Florida Avenue, SW
Denham Springs, LA 70726
Phone: (225) 664-4193
Facsimile: (225) 664-6925
Email:  dbhoneycutt@fayardlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2015, a copy of the above and foregoing Unopposed Motion was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

/s/ Tom W. Thornhill
Tommy W. Thornhill, #12776

2