UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION "L", MAG. "2" |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *Beane v. Gebrueder Knauf Verwaltungsgesellschaft KG*, No. 2:13-cv-609 | MAG. JUDGE WILKINSON |

**MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION TO APPLY FOR ATTORNEY'S FEES AND COSTS REIMBURSEMENT**

MAY IT PLEASE THE COURT:

The undersigned counsel respectfully request that this Honorable Court grant them the right to apply for an award of attorney's fees and reimbursement of costs pursuant to this Court's prior orders, and namely PTO 28.

The undersigned counsel were retained to represent the Claimant Sami Slim in connection with his efforts to recover funds associated with the remediated property located at 9677 Cinnamon Court, Parkland, FL 33067. The Claimant Sami Slim is a resident of Florida and a class member in the *Beane* action. His property was determined to contain Knauf Plasterboard (Tianjin), Ltd. ("Knauf") manufactured Chinese drywall.

Mr. Slim originally joined this action as a class member as a *pro se* claimant. He contacted and retained the undersigned counsel to assist him in the preparation of his PTO 26 Already Remediated Property claim long after the deadlines to submit a request for reimbursement of costs and an award of attorney's fees had lapsed pursuant to PTO 28. In fact, prior to agreeing to assist Mr. Slim, his claim was the subject of one of Knauf's motions to

1

extinguish claims. (R. Doc. 18066 and R. Doc. 18066-5). At the Claimant's request, counsel contacted counsel for Knauf and requested that his claim not be dismissed and that they be given an opportunity to review the claim and, if possible, be permitted to take action to properly present the claim for payment. Knauf's counsel graciously agreed and counsel began their efforts to review the claim and to eventually finalize it in accordance with the requirements of PTO 26.

Over the course of the last several months, counsel have worked closely with the Claimant and counsel for Knauf to put together the Claimant's claim in accordance with PTO 26, and to prevent its dismissal. On June 24, 2015, this Court signed an Order approving Mr. Slim's PTO 26 claim. (R. Doc. 19233), which the undersigned counsel filed to clarify certain concerns which Knauf presented about the claim. As a result of the Court's Order, the parties were able to continue negotiations, and on July 15, 2015, the parties agreed to a resolution of Mr. Slim's PTO 26 claim.

As such, counsel now request that they be permitted to seek an award of attorney's fees and reimbursement of costs. The undersigned counsel have timely filed their request for attorney's fees and costs for all of their other clients, and submitted all of the requested information as required by PTO 28. Counsel also met with members of the PSC regarding their request for attorney's fees and cost reimbursement last year. It is only because counsel were retained after the deadlines for requesting attorney's fees and costs lapsed that they now respectfully request the right to apply for an award of fees and costs.

## CONCLUSION

For the foregoing reasons, counsel for the Claimant Sami Slim respectfully requests this Honorable Court grant their motion to apply for attorney's fees and costs reimbursement.

Respectfully submitted,

*/s/ Tom W. Thornhill*
Tommy W. Thornhill, #12776, T.A.
Thornhill Law Firm, A PLC
1308 Ninth Street
Slidell, Louisiana 70458
Telephone: (985) 641-5010
Facsimile: (985) 641-5011
tom@thornhilllawfirm.com

And

*/s/ N. Frank Elliot III*
N. FRANK ELLIOT, III, T.A. (#23054)
N. Frank Elliot III, L.L.C.
P. O. Box 3065
Lake Charles, LA 70602-3065
Tel.: (337) 309-6999
Fax: (337) 439-2545
Email: frank@nfelaw.com

And

*/s/ D. Blayne Honeycutt*
D. Blayne Honeycutt, La. Bar Roll #18264
FAYARD AND HONEYCUTT, APLC
519 Florida Avenue, SW
Denham Springs, LA 70726
Phone: (225) 664-4193
Facsimile: (225) 664-6925
Email: dbhoneycutt@fayardlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 16th, 2015, a copy of the above and foregoing Memorandum in Support of Counsel's Unopposed Motion was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

/s/ Tom W. Thornhill
Tommy W. Thornhill, #12776