In re: Chinese-Manufactured Drywall Products Liability



Service of Process by

**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  135700-0001

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Stepan Company, c/o F. Quinn Stepan, Jr. - President and
Chief Executive Officer
Court Case No. MDL 2047

HERMAN, HERMAN, ET AL

Ms. Kate Robinson
820 O'Keefe Ave.

New Orleans, LA 70113-1116

State of: _ILLINOIS_ ) ss.
County of: _COOK_ )

Name of Server: _ROBERT W. BRINDAC JR_ , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _15_ day of _July_ , 20 _15_, at _2:18_ o'clock _P_ M

Place of Service: at _1135 SKOKIE BLVD. NORTHBROOK_ , in _Northfield, IL 60093 ILLINOIS_

Documents Served: the undersigned served the documents described as:
Subpoena to Testify at a Deposition in a Civil Action (with production request), with attached
30(b)(6) Expedited Notice of Deposition (with exhibits); Witness Fee Check

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Stepan Company, c/o F. Quinn Stepan, Jr. - President and Chief Executive Officer

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and
title is: _LAURA MARTINEZ, ADMINISTRATIVE ASSISTANT, Legal Dept._

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex _F_ ; Skin Color _WHITE_ ; Hair Color _BROWN_ ; Facial Hair _Brown Tresses Glasses_
Approx. Age _36_ ; Approx. Height _5'0_ ; Approx. Weight _140_

To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this
day of JUL 16 2015 , 20

Notary Public          (Commission Expires)

**APS International, Ltd.**

OFFICIAL SEAL
FRANCES R BRINDAC
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/05/17

In re: Chinese-Manufactured Drywall Products Liability



Service of Process by

## APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  135700-0001

## AFFIDAVIT OF DUE AND DILIGENT ATTEMPT

Service of Process on:
–Stepan Company, c/o F. Quinn Stepan, Jr. - President and
Chief Executive Officer
Court Case No. MDL 2047

HERMAN, HERMAN, ET AL
Ms. Kate Robinson
820 O'Keefe Ave.
New Orleans, LA  70113-1116

Customer File:

State of: ILLINOIS ) ss.
County of: COOK )

**Name of Server:** ROBERT W. BRINDAC JR undersigned, being duly sworn, deposes and says that at all times mentioned herein, s/he was of legal age and was not a party to this action;

**Documents Served:** the undersigned attempted to serve the documents described as:
Subpoena to Testify at a Deposition in a Civil Action (with production request), with attached 30(b)(6) Expedited Notice of Deposition (with exhibits); Witness Fee Check

**Service of Process on:** The undersigned attempted to serve the documents on
Stepan Company, c/o F. Quinn Stepan, Jr. - President and Chief Executive Officer
and after due and diligent efforts, was unable to effect service.
The following is a list of the attempts made to effect service:

**Attempts:**

Dates/Time/Address Attempted: 22 West Frontage Road, Northfield, IL  60093  ATTEMPTED ON
Reason for Non-Service: WEDNESDAY JULY 15TH, 15 AT 1:45pm.
Dates/Time/Address Attempted: I WAS TOLD, AT THE ABOVE ADDRESS, THAT ALL LEGAL
Reason for Non-Service: DOCUMENTS MUST GO TO THEIR LEGAL DEPARTMENT. THE
Dates/Time/Address Attempted: RECEPTIONEST GAVE ME A "GOOGLE MAP SHEET" AS TO
Reason for Non-Service: THE LOCATION FOR SERVICE; 1135 SKOKIE BLVD., NORTHBROOK, IL

☐ Based upon the above stated facts, Affiant believes the defendant is avoiding service.

**Signature of Server:**

Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this
day of JUL 1 6 2015 , 20

Notary Public                    (Commission Expires)

OFFICIAL SEAL
FRANCES R BRINDAC
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/05/17