UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047 <br> SECTION L <br> JUDGE FALLON <br> MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

Noting that the CNBM Entities' Motion to Clarify the July 17, 2014 Contempt Order or, in the alternative, to Vacate the Order (R. Doc. 19271) was joined by the BNBM Entities (R. Doc. 19294), **IT IS HEREBY ORDERED** that this motion, brought by both the CNBM and the BNBM Entities, is set for submission, with oral argument, immediately following the August Monthly Status Conference on August 7, 2015.

New Orleans, Louisiana, this 15th day of July, 2015.

_____
UNITED STATES DISTRICT JUDGE