UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Germano v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 09-6687 (E.D. Va.);<br><br>*Gross v. Knauf Gips, KG*, Case No. 09-6690 (E.D. La.);<br><br>*Wiltz v. Beijing New Building Materials Public Limited Co.*, Case No. 10-361 (E.D. La.);<br><br>*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 11-1672 (S.D. Fl.);<br><br>*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 11-1395 (E.D. La.); and<br><br>*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 11-1673 (E.D. Va.). | |

**NOTICE REGARDING TAISHAN'S MOTION TO EXCLUDE PLAINTIFFS'
CLASS SPREADSHEET**

The Order filed on July 9, 2015 (Rec. Doc. 19269), stated the Court's intention to wait to rule on Taishan's Motion to Exclude Plaintiffs' Class Spreadsheet until the Court receives Taishan's supplement. Taishan now notifies the Court that its submissions in support of the Motion are complete, and the Motion is ripe for consideration.

The Class Spreadsheet identifies 2,686 class properties. Yet, Taishan's Motion (Rec. Doc. 19191) and Reply Brief (Rec. Doc. 19279), including the exhibits thereto, show that more than 25% of those properties do not belong in the Class Spreadsheet because:

- 628 properties are not owned by the named claimant(s).  *See* Rec. Doc. 19279-1.

- 432 properties appear to have been remediated based on publicly available records.  *See* Rec. Doc. 19279-2.

- 14 entries are duplicate entries.  *See* Rec. Doc. 19191-4.

- 60 properties do not contain Taishan drywall according to Plaintiffs' inspection reports.  *See* Rec. Doc. 19191-3.

The number of properties that do not contain Taishan drywall is likely much higher based on Plaintiffs' acknowledgement at the June 9, 2015 damages hearing that Plaintiffs currently have no objective evidence of Taishan drywall for at least half the (already substantially reduced) class.  *See* Hrg. Tr. 148:7-151:13.

Because Taishan does not have access to all relevant information that would allow for a complete and final analysis of all errors contained in the Class Spreadsheet, Taishan reserves the right to raise additional errors based on any new information Taishan obtains in the future. Nonetheless, Taishan believes that the hundreds of errors that it has identified to date are more than sufficient to justify exclusion of the Class Spreadsheet.

Dated: July 16, 2015

Respectfully submitted,

s Michael P. Kenny
Michael P. Kenny, Esq.
Georgia Bar No. 415064
Bernard Taylor, Esq.
Georgia Bar No. 669625
Christina Hull Eikhoff, Esq.
Georgia Bar No. 242539
David Venderbush, Esq.
New York Bar No. 2920817

ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
mike.kenny@alston.com
*Counsel for Taishan Gypsum Co., Ltd. and
Tai'an Taishan Plasterboard Co., Ltd.*

Alan Dean Weinberger
Louisiana Bar No. 13331
HANGARTNER, RYDBERG &
TERRELL, LLC
One Shell Square
701 Poydras Street, Suite 310
New Orleans, Louisiana  70179
Phone: (504) 434-6815
Fax: (504) 522-5689
aweinberger@hanrylaw.com
*Local Counsel for Taishan Gypsum Co., Ltd.
and Tai'an Taishan Plasterboard Co., Ltd.*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, by U.S. mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 16th day of July, 2015.

    /s Michael P. Kenny
Michael P. Kenny, Esq.
Georgia Bar No. 415064
ALSTON & BIRD LLP
1201 West Peachtree Street NW
Atlanta, Georgia 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
mike.kenny@alston.com
*Counsel for Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd.*