IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | MDL NO. 2047 |
| CHINESE MANUFACTURED DRYWALL | § | |
| PRODUCTS LIABILITY LITIGATION | § | SECTION: L |
| Plaintiff, | § | |
| | § | JUDGE FALLON |
| | § | MAG. JUDGE WILKINSON |

**JOINT REQUEST FOR DIRECTION
REGARDING COURT'S JULY 17, 2014 ORDER**

TO THE HONORALBE ELDON E. FALLON:

China National Building Material Investment Co. Ltd. ("CNBMI"), BNK International, LLC ("BNK"), and Jeffrey J. Chang ("Chang") (collectively the "Texas Litigants") file this Joint Request for Direction regarding this Court's July 17, 2014 Order:

Summary of Motion

1.      The Texas Litigants request this Court to provide direction regarding the effect, if any, of this Court's July 17, 2014 Order (Rec. Docket No. 17869, the "Order") on the lawsuit filed by CNBMI against BNK and Chang and currently pending before the Honorable Judge Sparks.[1] CNBMI believes the injunction portion of the Order cannot be read to have precluded CNBMI from filing or prosecuting the Texas Lawsuit. BNK and Chang believe CNBMI's lawsuit violated the injunction portion of the Order and is thus barred. Judge Sparks abated the Texas lawsuit and instructed the Texas Litigants to seek direction from this Court's about the effect of the Order on the Texas Lawsuit.

---

[1] *China National Building Material Investment Co. Ltd. v. BNK International LLC and Jeffrey J. Chang*, Civ. Action No. 14-CV-00701-SS, In the United States District Court for the Western District of Texas, Austin Division (the "Texas Lawsuit"). CNBMI filed the Texas Lawsuit against BNK and Chang on July 30, 2014. The Texas Lawsuit was set for docket call on December 16, 2016 with pre-trial scheduling deadlines in place.

<u>Background and Relief Requested</u>

2.      On July 17, 2014, this Court entered the Order in this multi-district litigation case

(the "<u>Louisiana Case</u>"). A copy of the Order is attached as Exhibit A.

3.      The Order provides, in part:

> IT IS FURTHER ORDERED that Taishan [Gypsum Co., Ltd., f/k/a  Shandong
> Taihe Dongxin Co., Ltd.,], and any of its affiliates or subsidiaries, is hereby
> ENJOINED from conducting any business in the United States until or unless it
> participates in this judicial process. If Taishan violates this injunction, it must pay
> a further penalty of 25% of the profits earned by the company or its affiliates who
> violate the order, for the year of the violation.

Order, p. 3.

4.       CNBMI is a subsidiary of China National Building Material Company Limited

("<u>CNBM</u>").   CNBM is a party to the Louisiana Case. CNBMI is not a party to the Louisiana

Case.  A copy of CNBMI's disclosure statement filed in the Texas Lawsuit is attached as Exhibit

B.

5.      BNK and Chang first learned about the Order on April 25, 2015 when Chang was

served with a subpoena issued by the Plaintiff's Steering Committee in the Louisiana Case.

Counsel for the Texas Litigants were not aware of the Order prior to that time.

6.      Counsel for the Texas Litigants discussed the Order after they were notified of its

existence.  They were unable to agree on its effect on the Texas Lawsuit.

7.      Thereafter, On May 12, 2015, BNK and Chang filed *Defendants' Joint Motion to

Dismiss as a Result of Apparent Injunction Against Plaintiff* in the Texas Lawsuit at Docket No.

28. A copy is attached as Exhibit C.

8.      On May 26, 2015, CNBMI filed its *Plaintiff's Response to Defendants' Joint

Motion to Dismiss as a Result of Apparent Injunction Against Plaintiff* in the Texas Lawsuit at

Docket No. 29. A copy is attached as Exhibit D.[2]

      9.      On June 10, 2015, the Court in the Texas Lawsuit held a hearing.

      10.     On June 17, 2015, the Court in the Texas Lawsuit entered its *Order Abating Case* ("Abatement Order") at Docket No. 35. A copy is attached as Exhibit E.

      11.     The Abatement Order abated the Texas Lawsuit and required the parties to submit a joint request by July 17, 2015 to this Court in the Louisiana Case "…seeking direction from the presiding judge in that case as to the effect of the Order, if any, on the…" Texas Lawsuit.

      12.     Therefore, the Texas Litigants request this Court to provide direction regarding the Order's effect, if any, on the Texas Lawsuit.  The Texas Litigants understand that the Motion to Clarify the Order filed by the CNBM Entities in this case is already set for hearing before this Court on August 7, 2015.  The Parties would appreciate that the issues presented in this Joint Request be considered at the same time.

      WHEREFORE, China National Building Material Investment Co. Ltd., BNK International, LLC, and Jeffrey J. Chang request that this Court to provide direction regarding the Order and advise the Texas Litigants on the effect, if any, of the Order on the Texas Lawsuit.

---

[2] CNBMI further adopts by reference the arguments and authorities set forth in the Motion to Clarify the July 17, 2014 Contempt Order (Rec. Docket No. 19271) and Memorandum in Support (Rec. Docket No. 19271-1) filed by the CNBM Entities Group in the Louisiana Case on July 9, 2015. Chang and BNK further adopt by reference the arguments and authorities to be urged by Plaintiffs' Steering Committee in response to same.

Date: July 16, 2015                              Respectfully submitted,

                                                 /s/ Peter C. Ruggero
                                                 Peter C. Ruggero
                                                 Texas Bar No. 24044376
                                                 RUGGERO LAW FIRM PC
                                                 1411 West Avenue, Ste 200
                                                 Austin, TX 78701
                                                 Telephone: 512.473.8676
                                                 Facsimile: 512.852.4407
                                                 peter@ruggerolaw.com

                                                 *Attorney for Jeffrey J. Chang*

                                                 /s/ Brent A. Devere
                                                 Brent A. Devere
                                                 Texas Bar No. 00789256
                                                 1411 West Avenue, Ste 200
                                                 Austin, TX 78701
                                                 Telephone: 512-457-8080
                                                 Facsimile: 512-457-8060
                                                 BDevere@1411west.com

                                                 *Attorney for BNK International, LLC*

/s/ R. Edward Perkins
R. Edward Perkins
State Bar No. 15790410
Sheehy, Ware & Pappas, P.C.
909 Fannin Street
Suite 2500
Houston, Texas 77010
(713) 951-1004
(713) 951-1199 fax
eperkins@sheehyware.com

Ray Hughes
IL State Bar No. 6311537
Leech, Tishman, Fuscaldo & Lampl, LLC
4225 Naperville Road, Suite 230
Lisel, Illinois 60532
(630) 505-1600
(630) 505-1608 fax
rhughes@leechtishman.com

*Attorneys for Plaintiff China National Building Material Investment Co., Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaision Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 16th day of July, 2015.

/s/ Peter C. Ruggero
Peter C. Ruggero