**MINUTE ENTRY**
**FALLON, J.**
**JULY 16, 2015**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL        MDL NO. 2047
       PRODUCTS LIABILITY LITIGATION

                                                        SECTION: L

                                                        JUDGE FALLON
                                                        MAG. WILKINSON

**THIS DOCUMENT RELATES TO ALL CASES**

       A meet and confer, by telephone, was held on this date to discuss Bailey Lumber's Motion to Enforce Injunction.  (Rec. Doc. 18913).  Robert Redfearn participated on behalf of Bailey Lumber.  Kerry Miller participated on behalf of Knauf.  Wayne Ferrell participated on behalf of the Plaintiffs.  Jake Woody participated on behalf of Brown Greer, Settlement Administrator.

       After considering the Parties respective positions, the Court instructed Wayne Ferrell to submit his clients' claims to Brown Greer within the next two weeks.  Subsequently, the Court will review the claims and respond in an appropriate manner.

JS10(00:24)