IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

**RESPONSE TO DEFENDANTS' NOTICE REGARDING MOTION TO EXCLUDE
PLAINTIFFS' TRIAL EXHIBIT 79**

Plaintiffs have already responded to Taishan's assertions and misstatements as to Exhibit 79, which they have raised again in their Notice Regarding Taishan's Motion to Exclude (Rec. Doc. 19310). Plaintiffs incorporate their previously filed responses herein by reference and respectfully request that Taishan's motion be denied. *See* Rec. Doc. 19254 (filed 07/06/2015) (Opposition to Defendants' Motion to Exclude Plaintiffs' Class Spreadsheet); Rec. Doc. 19302 (filed 7/14/15) (Sur-reply to Defendants' Motion to Exclude Plaintiffs' Trial Exhibit 79).

Dated: July 17, 2015

Respectfully submitted,

/s/ Russ M. Herman
Russ M. Herman (LA Bar No. 6819)(on the brief)
Leonard A. Davis (LA Bar No. 14190)(on the brief)
Stephen J. Herman (LA Bar No. 23129)(on the brief)
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

1

Arnold Levin (on the brief)
Fred S. Longer (on the brief)
Sandra L. Duggan (on the brief)
Matthew C. Gaughan (on the brief)
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios  
Barrios, Kingsdorf & Casteix, LLP  
701 Poydras Street, Suite 3650  
New Orleans, LA 70139  
Phone: (504) 524-3300  
Fax: (504) 524-3313  
Barrios@bkc-law.com  

Daniel E. Becnel, Jr.  
Becnel Law Firm, LLC  
425 W. Airline Highway, Suite B  
Laplace, LA 70068  
Phone: (985) 536-1186  
Fax: (985) 536-6445  
dbecnel@becnellaw.com  

Peter Prieto  
Podhurst Orseck, P.A.  
25 Flagler Street, 8th Floor  
Miami, FL 33130  
Phone: (305) 358-2800  
Fax: (305) 358-2382  
pprieto@podhurst.com  

Bruce William Steckler  
Steckler, LLP  
12720 Hillcrest Road, Ste 1045  
Dallas, TX 75230  
Phone: (972) 387-4040  
Fax: (972) 387-4041  
bruce@stecklerlaw.com  

Ervin A. Gonzalez  
Colson, Hicks, Eidson  
255 Alhambra Circle, Penthouse  
Cora Gables, FL 33134  
Phone: (305) 476-7400  
Fax: (305) 476-7444  
ervin@colson.com  

Ben W. Gordon, Jr.  
Levin, Papantonio, Thomas, Mitchell  
 Echsner & Proctor, P.A.  
316 S. Baylen Street, Suite 600  
Pensacola, FL 32502  
Phone: (850) 435-7000  
Fax: (850) 435-7020  
bgordon@levinlaw.com  

Hugh P. Lambert  
The Lambert Firm  
701 Magazine Street  
New Orleans, LA 70130  
Phone: (504) 581-1750  
Fax: (504) 529-2931  
hlambert@thelambertfirm.com  

Gerald E. Meunier (on the brief)  
Gainsburgh, Benjamin, David, Meunier  
 & Warshauer, LLC  
2800 Energy Centre, 1100 Poydras Street  
New Orleans, LA 70163-2800  
Phone: (504) 522-2304  
Fax: (504) 528-9973  
gmeunier@gainsben.com  

Jerrold Seth Parker  
Parker Waichman, LLP  
3301 Bonita Beach Road  
Bonita Springs, FL 34134  
Phone: (239) 390-1000  
Fax: (239) 390-0055  
Jerry@yourlawyer.com  

Scott Wm. Weinstein  
Morgan & Morgan  
12800 University Drive, Suite 600  
Ft. Meyers, FL 33907  
Phone: (239) 433-6880  
Fax: (239) 433-6836  
sweinstein@forthepeople.com

James Robert Reeves
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@attorneys4people.com

Christopher Seeger (on the brief)
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Victor M. Diaz, Jr.
V.M. Diaz and Partners, LLC
119 Washington Ave, Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Richard J. Serpe
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis (on the brief)
Kristen Ward Broz (on the brief)
HAUSFELD LLP
1700 K Street, N.W
Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax:  (202) 540-7201
rlewis@hausfeldllp.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com
Anthony D. Irpino

IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 17th day of July, 2015.

/s/ Leonard A. Davis
Leonard A. Davis
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
Plaintiffs' Liaison Counsel
MDL 2047

*Co-counsel for Plaintiffs*