UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION "L", MAG. "2" |
| THIS DOCUMENT RELATES TO: *Beane v. Gebrueder Knauf Verwaltungsgesellschaft KG, No. 2:13-cv-609* | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

## ORDER

Considering the Claimant Sami Slim's counsel's Unopposed Motion to Apply for Attorney's Fees and Costs Reimbursement,

**IT IS HEREBY ORDERED** that the Claimant Sami Slim's counsel's Motion to Apply for Attorney's Fees and Costs Reimbursement is granted, and that counsel for the Claimant Sami Slim are granted the right to apply for an award of attorney's fees and reimbursement of costs pursuant to this Court's Orders and PTO 28.

Thus done and signed New Orleans, Louisiana this  20th  day of        July        , 2015.

_____
**THE HONORABLE ELDON E. FALLON**
**UNITED STATES DISTRICT COURT JUDGE**