UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 20147 SECTION: L |
| THIS DOCUMENT APPLIES TO ALL CASES | JUDGE FALLON MAG. JUDGE WILKINSON |

**MOTION FOR LEAVE TO FILE THE PLAINTIFFS' STEERING COMMITTEE'S DISCLOSURE MOTION CONTESTING CLAIM OF PRIVILEGE AND/OR WORK PRODUCT PROTECTION AND FOR *IN CAMERA* INSPECTION UDER SEAL**

NOW COMES the Plaintiffs' Steering Committee ("PSC"), who respectfully requests leave to file the attached Disclosure Motion Contesting Claim of Privilege and/or Work Product Protection and for *In Camera* Inspection, with all supporting memoranda and exhibits, UNDER SEAL. The PSC submits that the entirety of the filing should be under seal as it contains and references materials and documents designated as confidential.

WHEREFORE, the PSC prays that this motion be granted and its Disclosure Motion Contesting Claim of Privilege and/or Work Product Protection and for *In Camera* Inspection, with all supporting memoranda and exhibits, be filed UNDER SEAL.

1

                                                         Respectfully submitted,

Dated:  July 20, 2015              /s/ Russ M. Herman

                                                         **Russ M. Herman** (Bar No. 6819)
                                                         Leonard A. Davis (Bar No. 14190)
                                                         Stephen J. Herman (Bar No. 23129)
                                                         ***HERMAN, HERMAN & KATZ, LLC***
                                                         820 O'Keefe Avenue
                                                         New Orleans, LA  70113
                                                         PH:  (504) 581-4892
                                                         FAX:  (504) 561-6024
                                                         ldavis@hhklawfirm.com
                                                         ***Plaintiffs' Liaison Counsel***
                                                         ***MDL 2047***

                                                         Arnold Levin
                                                         Fred S. Longer
                                                         Sandra L. Duggan
                                                         Matthew C. Gaughan
                                                         Levin, Fishbein, Sedran & Berman
                                                         510 Walnut Street, Suite 500
                                                         Philadelphia, PA 19106
                                                         PH:  (215) 592-1500
                                                         FAX:  (215) 592-4663
                                                         Alevin@lfsblaw.com
                                                         ***Plaintiffs' Lead Counsel***
                                                         ***MDL 2047***

**PLAINTIFFS' STEERING COMMITTEE**

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm, LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Peter Prieto
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Bruce William Steckler (on the brief)
Steckler, LLP
12720 Hillcrest Road, Ste 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-404
bruce@stecklerlaw.com

Ervin A. Gonzalez
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
ervin@colson.com

Jerrold Seth Parker
Parker Waichman, LLP
27300 Riverview Center Blvd.
Suite 103
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@attorneys4people.com

Christopher Seeger
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Victor M. Diaz, Jr., Esquire
V.M. Diaz and Partners, LLC
119 Washington Ave, Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W Suite  650
Washington, DC 20006
Phone: (202) 540-7200
Fax:  (202) 540-7201
rlewis@hausfeldllp.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Anthony D. Irpino
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 20th day of July, 2015.

                              Respectfully Submitted,

                        BY:  */s/ Leonard A. Davis*
                              Leonard A. Davis
                              Herman, Herman & Katz, LLC
                              820 O'Keefe Avenue
                              New Orleans, LA 70113
                              Phone: (504) 581-4892
                              Fax: (504) 561-6024
                              ldavis@hhklawfirm.com

                              *Plaintiffs' Liaison Counsel*
                              *MDL 2047*