UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 20147<br>SECTION: L |
| THIS DOCUMENT APPLIES TO ALL CASES | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**O R D E R**

Considering the Plaintiffs' Steering Committee's Motion for Leave to File Disclosure Motion Contesting Claim of Privilege and/or Work Product Protection and for *In Camera* Inspection, with all supporting memoranda and exhibits, UNDER SEAL;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the attached Disclosure Motion Contesting Claim of Privilege and/or Work Product Protection and for *In Camera* Inspection, with all supporting memoranda and exhibits, be and is hereby filed UNDER SEAL.

New Orleans, Louisiana, this ___ day of _____, 2015.

_____
Eldon E. Fallon
United States District Court Judge