**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 20147<br>SECTION: L |
| THIS DOCUMENT APPLIES TO ALL CASES | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THE PLAINTIFFS' STEERING COMMITTEE'S DISCLOSURE MOTION CONTESTING CLAIM OF PRIVILEGE AND/OR WORK PRODUCT PROTECTION AND FOR *IN CAMERA* INSPECTION, IN ITS ENTIRETY, INCLUDING MEMORANDUM OF LAW IN SUPPORT AND ALL EXHIBITS**

# FILED UNDER SEAL