UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO: ALL CASES**

## ORDER

The Court received and reviewed the attached Legal Memorandum on Issues Concerning the Lawsuit against SASAC and attached correspondence addressed to the U.S. State Department from the Ministry of Foreign Affairs of the People's Republic of China.

**IT IS ORDERED** that the attached correspondence be entered into the record.

New Orleans, Louisiana, this 21st day of July, 2015.

_____
UNITED STATES DISTRICT JUDGE

1