

中 华 人 民 共 和 国 大 使 馆

EMBASSY OF THE PEOPLE'S REPUBLIC OF CHINA

3505 International Place, N.W. Washington, D.C. 20008

CE123/15

The Embassy of the People's Republic of China in the United States of America presents its compliments to the Department of State of the United States of America, and with respect to the lawsuit against the State-owned Assets Supervision and Administration Commission of the State Council of the People's Republic of China (SASAC) in the United States District Court, has the honor to inform as follows:

It is not without regret that the Chinese government takes notice of the fact that in the product liability litigation (Case No.: 2: 14-cv-1727) in the United States District Court for the Eastern District of Louisiana, the plaintiffs have named SASAC as one of the defendants. They requested SASAC to be jointly and severally liable for compensation amounted to more than USD1.5 billion. In August 2014, the plaintiffs submitted a request under the *Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters* (the "*Hague Service Convention*") to serve a complaint and summons on SASAC.

In many previous cases, the Chinese government has clearly stated its position on sovereign immunity. The Chinese government reiterates that, in accordance with international law, China, as a sovereign state, is indisputably entitled to sovereign immunity. No state may accept and hear any lawsuit in which China is a defendant, if China has not expressly waived its jurisdictional immunity, or take any compulsory measures against state-owned property of China. SASAC, which fulfills its governmental functions, as an integral part of the Chinese government, should enjoy sovereign immunity. The attempted service of process on SASAC infringes on China's sovereignty. Even under Section 1603 of the U.S. *Foreign Sovereign Immunities Act* (FSIA), SASAC, as a governmental body funded by the Chinese state treasury, should have sovereign immunity.

In recent years, U.S. courts accepted many lawsuits which named China or the Chinese government as defendant. This not only violates China's sovereign immunity and dignity, but also endangers China's national assets. The Chinese government hopes that the U.S. government will bear in mind the overall interests of China-U.S. relations, take China's concern seriously, and properly handle this case through effective measures, so as to avoid damaging the relations and trade between the two countries.

In order to expound on the functions and role of SASAC and its entitlement to sovereign immunity, a Legal Memorandum signed by Dr. Xu Hong, Director-General of

the Department of Treaty and Law of the Ministry of Foreign Affairs of the People's Republic of China, is attached herewith. The Chinese government expects the Legal Memorandum to help the U.S. government better understand and recognize the immunity to which SASAC is entitled, and move to urge the U.S. court to dismiss the unwarranted lawsuit filed by the plaintiffs against SASAC.

The Embassy of the People's Republic of China in the United States of America avails itself of this opportunity to renew to the Department of State of the United States of America the assurances of its highest consideration.



Washington, D.C., July 17, 2015

The Department of State
The United States of America
Washington, D.C.

Cc: Honorable Eldon E. Fallon
U.S. District Judge
Case No.: 2: 14-cv-1727
U.S. District Court for the Eastern District of Louisiana
New Orleans, LA

**Legal Memorandum on Issues Concerning the Lawsuit against SASAC**


Ms. Mary Mcleod,

Acting Legal Advisor

United States Department of State


Beijing, 2 July 2015


Dear Ms. Mary Mcleod,

It is not without regret that the Chinese government takes notice of the fact that in the product liability litigation (Case No.: 2: 14-cv-1727) in the United States District Court for the Eastern District of Louisiana, the plaintiffs have named the State-owned Assets Supervision and Administration Commission of the State Council of the People's Republic of China (SASAC) as one of the defendants. They requested SASAC to be jointly and severally liable for compensation amounted to more than USD1.5 billion. The plaintiffs wrongfully believe that SASAC extensively controls the China National Building Materials Group Corporation (CNBM) and its subsidiaries, alleging that SASAC conspired with the latter in exporting drywall made in China to the U.S., and even constitutes a "single enterprise"with them.

In August 2014, the Chinese Ministry of Justice received a request submitted by the plaintiffs under the *Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters* (the "*Hague Service Convention*") to serve a complaint and summons on SASAC. The Chinese government is of the view that SASAC, as an integral part of the Chinese government, should enjoy sovereign immunity. The service of process on SASAC infringes on China's sovereignty. In this regard, the Chinese government has to refuse to comply with the request in accordance with Article 13 of the *Hague Service Convention*.

I hereby transmit this Legal Memorandum to you, the aim of which is to expound on the functions and role of SASAC and its entitlement to sovereign immunity under international law. The Chinese government expects this Legal Memorandum to help the U.S. government better understand the immunity to which SASAC is entitled, and move

to urge the U.S. court to dismiss the unwarranted lawsuit filed by the plaintiffs against SASAC.

II. In accordance with international law, China, as a sovereign state, is entitled to sovereign immunity. State sovereign immunity is a long-established principle of international law in terms of international relations. According to this principle, no state may accept and hear any lawsuit in which another state is a defendant, if the latter has not expressly waived its jurisdictional immunity, or take any compulsory measures against state-owned property of that state. State sovereign immunity is based on the principle of sovereign equality of states, which is one of the cornerstones of international law and a rule enshrined in the *Charter of the United Nations*. It should be complied with by all Member States. The violation of the principle of sovereign equality is a violation of international law.

SASAC is one of the ministries and commissions composing the Chinese central government, just like the Ministry of Foreign Affairs, Ministry of Finance and other ministries and commissions in China. SASAC performs the investor's functions to state-funded enterprises on behalf of the central government. These are governmental functions and SASAC should therefore enjoy sovereign immunity and not be subject to jurisdiction of any foreign court.

According to the *Law of the People's Republic of China on the State-Owned Assets of Enterprises*, SASAC is entitled to such investor's rights as the rights to return on asset, participation in major decision-making and selection of top-managers of state-funded enterprises. As a matter of fact, these rights are shareholder's rights. They correspond to the rights to return on assets, participation in major decision-making and selection of managers, to which corporate shareholders are ordinarily entitled under modern corporate structures found in company laws throughout the world. The main methods by which SASAC performs its investor's functions include formulating, or participating in the formulation of, articles of association of state-funded enterprises in accordance with law; and delegating representatives to attend shareholders' meetings and general meetings of shareholders convened by any state-owned holding companies and/or state-owned joint stock companies, and to make proposals, provide opinions and exercise their rights as representatives under the instruction of the delegating authority in the same way as found in modern corporate governance structure throughout the world. In addition, it is prescribed in the *Law of the People's Republic of China on the State-Owned Assets of Enterprises* that SASAC should protect any and all rights to which enterprises as market entities are entitled and may not intervene in the enterprises' day-to-day operations. The independent operational right and other lawful rights and interests to which a state-funded enterprise is entitled are protected by Chinese laws.

It follows from the above-mentioned points that SASAC and state-owned enterprises are independent from one another, the day-to-day operations of state-owned enterprises such as production and sales have nothing to do with SASAC, and any liability arising from the commercial activities of the state-owned enterprises cannot be attributed to SASAC. The plaintiffs have mistakenly regarded the state-owned enterprises as subsidiaries of SASAC or believed that the state-owned enterprises and SASAC are a "single enterprise". Such views are absolutely unfounded and have no legal basis.

The Chinese government has also noted that the same U.S. court ruled that the State-owned Assets Supervision and Administration Commission of Fujian Province of the People's Republic of China has no extensive control over Fujian Mawei Shipbuilding Ltd. and Xiamen Shipbuilding Industry Co., Ltd., and that state-owned enterprises have independent judicial status. The sovereign immunity to which China is entitled was confirmed and the lawsuits filed by the plaintiff against China in the cases concerning such two corporates were dismissed as a result. These two cases are the same as the current case with respect to the relationship between government and state-owned enterprises as well as the government sovereign immunity. The judgment made by the U.S. court in the two cases concerning Fujian Mawei Shipbuilding Ltd. ( 2012 U.S. Dist. LEXIS 32256 (E. D. La. 2012), aff'd, 703 F.3d 742 (5th Cir. 2012) ) and Xiamen Shipbuilding Industry Co., Ltd. (2012 U.S. Dist. LEXIS 26741 ( E. D. La. 2012 ), aff'd , 504 Fed. Appx. 298(2012) ) should apply to this case.

II . Furthermore, the Chinese government notes that, according to Section 1603 of the *Foreign Sovereign Immunities Act* (FSIA), a foreign state or its political subdivision, an agency or instrumentality of a foreign state have sovereign immunity, unless one of the exceptions exists. As an integral part of the central government, SASAC is a governmental body funded by the state treasury, and should have sovereign immunity under FSIA. SASAC only performs its functions on behalf of the government, without intervening with the day-to-day operations of enterprises. It has not engaged in any commercial activities in the United States, and is not associated with any commercial activities of these enterprises in the United States concerning drywall. It therefore does not fall within any exceptions to sovereign immunity as specified in FSIA.

The Chinese government believes that the acceptance of a lawsuit in which SASAC is a defendant in a U.S. court violates China's sovereign immunity. Not only does it hold no ground under international law, it also violates relevant provisions of the U.S. laws concerning foreign sovereign immunities. The Chinese government hopes that the U.S. government will fully appreciate the severity and harmfulness of this case, take effective measures and properly handle this case, so as to avoid damaging the relations and trade between China and the U.S.

Please accept the assurances of my highest consideration.

Xu Hong (signed)
Director-General
Department of Treaty and Law
Ministry of Foreign Affairs of
the People's Republic of China

Attachment: Law of the People's Republic of China on the State-owned Assets of Enterprises

# 中华人民共和国企业国有资产法

## Law of the People's Republic of China on State-Owned Assets of Enterprises

**颁布机关:**　　　　　全国人民代表大会常务委员会
**Promulgating Institution:**　Standing Committee of the National People's Congress

**文　　号:**　　　　　中华人民共和国主席令第五号
**Document Number:**　Decree No. 5 of the President of the People's Republic of China

**颁布时间:**　　　　　10/28/2008
**Promulgating Date:**　10/28/2008
**实施时间:**　　　　　05/01/2009
**Effective Date:**　　　05/01/2009
**效力状态:**　　　　　有效
**Validity Status:**　　　Valid

### 中华人民共和国主席令
### 第五号

《中华人民共和国企业国有资产法》已由中华人民共和国第十一届全国人民代表大会常务委员会第五次会议于2008年10月28日通过,现予公布,自2009年5月1日起施行。

中华人民共和国主席 胡锦涛
2008年10月28日

### Decree No. 5 of the President of the People's Republic of China

The Law of the People's Republic of China on State-owned Assets of Enterprises adopted at the fifth session of the Standing Committee of the 11th National People's Congress of the People's Republic of China on 28 October 2008 is hereby promulgated and shall take effect as of 1 May 2009.

Hu Jintao
President of the People's Republic of China
28 October 2008

### 中华人民共和国企业国有资产法
(2008年10月28日第十一届全国人民代表大会常务委员会第五次会议通过)
### Law of the People's Republic of China on State-Owned Assets of Enterprises
(Adopted at the fifth session of the Standing Committee of the 11th National People's Congress of the People's Republic of China on 28 October 2008)

目录
第一章 总则
第二章 履行出资人职责的机构
第三章 国家出资企业
第四章 国家出资企业管理者的选择与考核
第五章 关系国有资产出资人权益的重大事项
第一节 一般规定
第二节 企业改制
第三节 与关联方的交易
第四节 资产评估
第五节 国有资产转让
第六章 国有资本经营预算
第七章 国有资产监督
第八章 法律责任

2

第九章 附则

Contents

Chapter 1: General Provisions
Chapter 2: Agency Performing Duties and Responsibilities of Capital Contributor
Chapter 3: State-Invested Enterprises
Chapter 4: Selection and Appraisal of Administrators of State-Invested Enterprises
Chapter 5: Major Matters in Connection with the Rights and Interests of State-owned Assets Contributors
Section 1: General Provisions
Section 2: Restructuring of Enterprises
Section 3: Transactions with Affiliated Parties
Section 4: Assets Assessment
Section 5: Transfer of State-owned Assets
Chapter 6: State-owned Capital Operating Budget
Chapter 7: State-owned Assets Supervision
Chapter 8: Legal Liabilities
Chapter 9: Supplementary Provisions

## 第一章 总则

## Chapter 1: General Provisions

**第一条** 为了维护国家基本经济制度,巩固和发展国有经济,保障国有资产权益,发挥国有经济在国民经济中的主导作用,促进社会主义市场经济发展,制定本法。

**Article 1**   This Law is formulated for the purposes of safeguarding the basic economic system of China, consolidating and developing the State-owned economy, protecting the rights and interests of the State-owned assets, giving full play to the leading role of the State-owned economy in the national economy and promoting the development of the socialist market economy.

**第二条** 本法所称企业国有资产(以下称国有资产),是指国家对企业各种形式的出资所形成的权益。

**Article 2**   For the purposes of this Law, "State-owned assets of enterprises" (hereinafter referred to as the "State-owned assets") shall mean rights and interests formed from various types of capital contribution made by the State in enterprises.

**第三条** 国有资产属于国家所有即全民所有。国务院代表国家行使国有资产所有权。

**Article 3**   State-owned assets shall be owned by the State, i.e. owned by the whole people. The State Council shall exercise the ownership of State-owned assets on behalf of the State.

**第四条** 国务院和地方人民政府依照法律、行政法规的规定,分别代表国家对国家出资企业履行出资人职责,享有出资人权益。

国务院确定的关系国民经济命脉和国家安全的大型国家出资企业,重要基础设施和重要自然资源等领域的国家出资企业,由国务院代表国家履行出资人职责。其他的国家出资企业,由地方人民政府代表国家履行出资人职责。

**Article 4**   The State Council and local people's governments, pursuant to relevant laws and administrative regulations shall, respectively perform capital contributor's duties and responsibilities on behalf of the State and shall be entitled to capital contributor's rights and interests.

The State Council shall perform capital contributor's duties and responsibilities on behalf of the State for large-scale State-invested enterprises that relate to the lifeline of the national economy and national security as defined by the State Council and State-invested enterprises engaging in important infrastructures, important natural resources and other relevant sectors. For other State-invested enterprises, local people's governments shall perform capital contributor's duties and responsibilities on behalf of the State.

3

第五条　本法所称国家出资企业,是指国家出资的国有独资企业、国有独资公司,以及国有资本控股公司、国有资本参股公司。

**Article 5**　For the purposes of this Law, "State-invested enterprises" shall refer to wholly State-invested enterprises, wholly State-invested companies, State-invested holding companies and State-invested joint stock companies.

第六条　国务院和地方人民政府应当按照政企分开、社会公共管理职能与国有资产出资人职能分开、不干预企业依法自主经营的原则,依法履行出资人职责。

**Article 6**　The State Council and local people's governments shall perform capital contributor's duties and responsibilities in accordance with the law based on the principles of separation of government functions from enterprise management, separation of public administrative functions and responsibilities of State-owned assets contributors and no interference in enterprises' independent operation under the law.

第七条　国家采取措施,推动国有资本向关系国民经济命脉和国家安全的重要行业和关键领域集中,优化国有经济布局和结构,推进国有企业的改革和发展,提高国有经济的整体素质,增强国有经济的控制力、影响力。

**Article 7**　The State shall take measures to promote the concentration of State-owned capital on important industries and key sectors that relate to the lifeline of the national economy and the national security, optimize distribution and structure of the national economy, promote reform and development of State-owned enterprises, enhance overall quality of the national economy and strengthen the controlling power and influence of the national economy.

第八条　国家建立健全与社会主义市场经济发展要求相适应的国有资产管理与监督体制,建立健全国有资产保值增值考核和责任追究制度,落实国有资产保值增值责任。

**Article 8**　The State shall establish and improve the system for the administration and supervision of State-owned assets which accommodates the requirements of the development of the socialist market economy and shall establish and improve the assessment system for preservation and appreciation of State-owned assets and relevant responsibility system, thus ensuring the performance of responsibilities for preservation and appreciation of State-owned assets.

第九条　国家建立健全国有资产基础管理制度。具体办法按照国务院的规定制定。

**Article 9**　The State shall establish and improve the system for the basic administration of State-owned assets. The specific measures shall be formulated according to relevant provisions of the State Council.

第十条　国有资产受法律保护,任何单位和个人不得侵害。

**Article 10**　State-owned assets shall be protected by the law. No entity or individual shall cause damage to State-owned assets.

## 第二章　履行出资人职责的机构

## Chapter 2: Agency Performing Duties and Responsibilities of Capital Contributor

第十一条　国务院国有资产监督管理机构和地方人民政府按照国务院的规定设立的国有资产监督管理机构,根据本级人民政府的授权,代表本级人民政府对国家出资企业履行出资人职责。

国务院和地方人民政府根据需要,可以授权其他部门、机构代表本级人民政府对国家出资企业履行出资人职责。

代表本级人民政府履行出资人职责的机构、部门,以下统称履行出资人职责的机构。

4

**Article 11**     State-owned assets supervision and administration agencies of the State Council , and State-owned assets supervision and administration agencies established by local people's governments in accordance with the provisions of the State Council,, as authorized by the people's government at corresponding level, perform the duties and responsibilities of the capital contributor of a State-invested enterprise on behalf of the said people's government.

The State Council and local people's government, based on actual needs, may authorize other departments or agencies to perform the duties and responsibilities of the capital contributors of a State-invested enterprise on behalf of the people's government at the corresponding level.

Institutions and departments performing capital contributor's duties and responsibilities on behalf of the people's governments at the corresponding levels shall hereinafter be collectively referred to as agencies performing capital contributor's duties and responsibilities.

第十二条  履行出资人职责的机构代表本级人民政府对国家出资企业依法享有资产收益、参与重大决策和选择管理者等出资人权利。

履行出资人职责的机构依照法律、行政法规的规定,制定或者参与制定国家出资企业的章程。

履行出资人职责的机构对法律、行政法规和本级人民政府规定须经本级人民政府批准的履行出资人职责的重大事项,应当报请本级人民政府批准。

**Article 12**     Agency performing capital contributor's duties and responsibilities, on behalf of the corresponding people's government, shall be entitled to the rights of contributors of a State-invested enterprise in accordance with the law, such as receiving returns on assets, participating in major decision making and selecting managerial personnel of the State-invested enterprise.

An agency performing capital contributor's duties and responsibilities, pursuant to provisions of relevant laws and administrative regulations, shall formulate or participate in the formulation of articles of association of a State-invested enterprise.

The agency performing capital contributor's duties and responsibilities shall file an application for the performance with the corresponding people's government for approval while performing major matters of capital contributor's duties and responsibilities which are subject to approval of the corresponding people's government according to provisions of laws and administrative regulations and as required by the corresponding people's government.

第十三条  履行出资人职责的机构委派的股东代表参加国有资本控股公司、国有资本参股公司召开的股东会会议、股东大会会议,应当按照委派机构的指示提出提案、发表意见、行使表决权,并将其履行职责的情况和结果及时报告委派机构。

**Article 13**     If the shareholder representatives are appointed by an agency performing capital contributor's duties and responsibilities to participate in shareholders' meeting or general meeting of shareholders convened by a State-invested holding company or a State-invested joint stock company, the shareholder representatives shall, according to instructions of the appointing agency put forward proposals, state opinions, exercise voting rights, and shall submit the report on the performance of duties and responsibilities and relevant results to the appointing agency in a timely manner.

第十四条  履行出资人职责的机构应当依照法律、行政法规以及企业章程履行出资人职责,保障出资人权益,防止国有资产损失。

履行出资人职责的机构应当维护企业作为市场主体依法享有的权利,除依法履行出资人职责外,不得干预企业经营活动。

**Article 14**     An agency performing capital contributor's duties and responsibilities, pursuant to laws, administrative regulations and articles of association of the enterprise, shall perform duties and responsibilities of capital contributors, guarantee the rights and interests of capital contributors and prevent the loss of State-owned assets.

An agency performing capital contributor's duties and responsibilities shall protect the lawful rights of enterprises as market participants. An agency performing capital contributor's duties and responsibilities

5

shall not intervene in the enterprises' business operation activities besides performing capital contributor's duties and responsibilities in accordance with the law.

第十五条　履行出资人职责的机构对本级人民政府负责，向本级人民政府报告履行出资人职责的情况，接受本级人民政府的监督和考核，对国有资产的保值增值负责。

履行出资人职责的机构应当按照国家有关规定，定期向本级人民政府报告有关国有资产总量、结构、变动、收益等汇总分析的情况。

**Article 15**    An agency performing capital contributor's duties and responsibilities shall be responsible to the corresponding people's government, submit a report on the performance of capital contributor's duties and responsibilities to the corresponding people's government, accept the supervision and assessment by the corresponding people's government and shall be responsible for preservation and appreciation of State-owned assets.

An agency performing capital contributor's duties and responsibilities, pursuant to relevant provisions of the State, shall report periodically to the corresponding people's government on summary analyses of State-owned assets in terms of total volume, structure, changes, returns, etc.

第三章 国家出资企业

**Chapter 3: State-Invested Enterprises**

第十六条　国家出资企业对其动产、不动产和其他财产依照法律、行政法规以及企业章程享有占有、使用、收益和处分的权利。

国家出资企业依法享有的经营自主权和其他合法权益受法律保护。

**Article 16**    A State-invested enterprise, pursuant to laws, administrative regulations and articles of association, shall enjoy the rights to the possession, use, returns and disposal of its movable property, immovable property and other properties.

A State-invested enterprise shall have the right to make its own management decisions. Other law rights and interests of a State-invested enterprise shall be protected under the law.

第十七条　国家出资企业从事经营活动,应当遵守法律、行政法规,加强经营管理,提高经济效益,接受政府及政府有关部门、机构依法实施的管理和监督,接受社会公众的监督,承担社会责任,对出资人负责。

国家出资企业应当依法建立和完善法人治理结构,建立健全内部监督管理和风险控制制度。

**Article 17**    When carrying out operation activities, a State-invested enterprise shall adhere to laws and administrative regulations, strengthen operation management, improve economic efficiency, accept regulation and supervision by governments and relevant governmental departments and agencies in accordance with the law, accept public supervision, assume social responsibilities and shall be responsible to capital contributors.

A State-invested enterprise shall establish and improve corporate governance, internal supervisory management system and risk control system.

第十八条　国家出资企业应当依照法律、行政法规和国务院财政部门的规定,建立健全财务、会计制度,设置会计账簿,进行会计核算,依照法律、行政法规以及企业章程向出资人提供真实、完整的财务、会计信息。

国家出资企业应当依照法律、行政法规以及企业章程的规定,向出资人分配利润。

**Article 18**    A State-invested enterprise, pursuant to laws, administrative regulations and provisions of the State Council's finance department, establish and improve financial and accounting system, shall maintain accounting and bookkeeping records and conduct financial accounting. A State-invested enterprise shall also, pursuant to laws, administrative regulations and provisions of articles of association, provide capital contributors with true and complete financial and accounting information.

A State-invested enterprise shall distribute profits to capital contributors pursuant to laws, administrative regulations and provisions of articles of association.

6

第十九条　国有独资公司、国有资本控股公司和国有资本参股公司依照《中华人民共和国公司法》的规定设立监事会。国有独资企业由履行出资人职责的机构按照国务院的规定委派监事组成监事会。

国家出资企业的监事会依照法律、行政法规以及企业章程对董事、高级管理人员执行职务的行为进行监督，对企业财务进行监督检查。

**Article 19**　　Wholly State-invested companies, State-invested holding companies and State-invested joint stock companies shall establish a board of supervisors according to provisions of the Company Law of the People's Republic of China. The board of supervisors of a wholly State-invested enterprise shall be composed of supervisors appointed by agency performing capital contributor's duties and responsibilities according to provisions stipulated by the State Council.

The board of supervisors of a State-invested enterprise, pursuant to laws, administrative regulations and articles of associations, shall supervise the performance of duties of directors and senior managerial personnel and shall supervise and inspect the finance of the enterprise.

第二十条　国家出资企业依照法律规定，通过职工代表大会或者其他形式，实行民主管理。

**Article 20**　　A State-invested enterprise shall implement democratic management through employee representative meeting or other ways according to provisions of relevant laws.

第二十一条　国家出资企业对其所出资企业依法享有资产收益、参与重大决策和选择管理者等出资人权利。

国家出资企业对其所出资企业，应当依照法律、行政法规的规定，通过制定或者参与制定所出资企业的章程，建立权责明确、有效制衡的企业内部监督管理和风险控制制度，维护其出资人权益。

**Article 21**　　A State-invested enterprise shall be entitled to capital contributor's rights including receiving returns on assets, participating in major decision making and selecting managerial personnel of the enterprise in which the said State-invested enterprise makes capital contribution.

A State-invested enterprise, according to provisions of laws and administrative regulations, shall protect rights and interests of capital contributors by means of formulating or participating in the formulation of the articles of association of the enterprise in which the said State-invested enterprise makes capital contribution, establish an efficiently balanced internal supervisory management system that clarifies responsibilities and rights and establish a risk control system.

### 第四章　国家出资企业管理者的选择与考核

### Chapter 4: Selection and Appraisal of Administrators of State-Invested Enterprises

第二十二条　履行出资人职责的机构依照法律、行政法规以及企业章程的规定，任免或者建议任免国家出资企业的下列人员：

（一）任免国有独资企业的经理、副经理、财务负责人和其他高级管理人员；

（二）任免国有独资公司的董事长、副董事长、董事、监事会主席和监事；

（三）向国有资本控股公司、国有资本参股公司的股东会、股东大会提出董事、监事人选。

国家出资企业中应当由职工代表出任的董事、监事，依照有关法律、行政法规的规定由职工民主选举产生。

**Article 22**　　Agency performing capital contributor's duties and responsibilities, pursuant to laws, administrative regulations, and provisions of articles of association, shall appoint and remove or suggest to appoint and remove the following personnel of a State-invested enterprise:

(1) Appointing and removing managers, deputy managers, personnel in charge of financial matters and other senior managerial personnel of a wholly State-invested enterprise;

(2) Appointing and removing the chairman of the board, vice chairman of the board, directors, chairman of the board of inspectors and inspectors of a wholly State-invested company; and

(3) Proposing the candidates for directors and supervisors to the shareholders' meeting or general meeting

7

of shareholders of a State-invested holding company or a State-invested joint stock company.

Directors and inspectors of a State-invested enterprise that shall be assumed by employee representatives shall be chosen through democratic election by employees in accordance with relevant laws and administrative regulations.

第二十三条 履行出资人职责的机构任命或者建议任命的董事、监事、高级管理人员,应当具备下列条件:
(一)有良好的品行;
(二)有符合职位要求的专业知识和工作能力;
(三)有能够正常履行职责的身体条件;
(四)法律、行政法规规定的其他条件。
董事、监事、高级管理人员在任职期间出现不符合前款规定情形或者出现《中华人民共和国公司法》规定的不得担任公司董事、监事、高级管理人员情形的,履行出资人职责的机构应当依法予以免职或者提出免职建议。

**Article 23**   Directors, supervisors and senior managerial personnel appointed or suggested to be appointed by an agency performing capital contributor's duties and responsibilities shall meet the following requirements:
(1) Have good moral character;
(2) Have expertise and working capabilities that meet the requirements of the position;
(3) Be in good health condition that allows him to perform normal responsibilities and duties; and
(4) Other requirements as stipulated in laws and administrative regulations.
 If any director, supervisor or senior managerial personnel, during his term of office, fails to comply with the requirements specified in the preceding paragraph or stops to be eligible for the position of a director, supervisor or senior managerial personnel pursuant to the Company Law of the People's Republic of China, agency performing capital contributor's duties and responsibilities shall remove such person from his relevant position or propose the removal of such person in accordance with the law.

第二十四条 履行出资人职责的机构对拟任命或者建议任命的董事、监事、高级管理人员的人选,应当按照规定的条件和程序进行考察。考察合格的,按照规定的权限和程序任命或者建议任命。

**Article 24**   An agency performing capital contributor's duties and responsibilities, according to relevant requirements and procedures, shall inspect a director, inspector or senior managerial personnel to be appointed or suggested to be appointed. If the said personnel pass the inspection, such personnel shall be appointed or suggested to be appointed according to specified authority limit and procedures.

第二十五条 未经履行出资人职责的机构同意,国有独资企业、国有独资公司的董事、高级管理人员不得在其他企业兼职。未经股东会、股东大会同意,国有资本控股公司、国有资本参股公司的董事、高级管理人员不得在经营同类业务的其他企业兼职。
未经履行出资人职责的机构同意,国有独资公司的董事长不得兼任经理。未经股东会、股东大会同意,国有资本控股公司的董事长不得兼任经理。
董事、高级管理人员不得兼任监事。

**Article 25**   Without the consent of an agency performing capital contributor's duties and responsibilities, a director or senior managerial personnel of a wholly State-invested enterprise or a wholly State-invested company shall not concurrently work for any other enterprise. Without the consent at the shareholder's meeting or general meeting of shareholders, a director or senior managerial personnel of a State-invested holding company or a State-invested joint stock company shall not concurrently work for any other enterprise engaging in the same type of business as that of the State-invested holding company or the State-invested joint stock company.
Without the consent of an agency performing capital contributor's duties and responsibilities, the chairman of the board of a wholly State-invested company shall not concurrently serve as a manager thereof. Without the consent of the shareholder's meeting or the general meeting of the shareholders, the chairman of the board of a State-investment holding company shall not concurrently serve as a manager thereof.
Directors or senior managerial personnel shall not concurrently serve as supervisors.

第二十六条　国家出资企业的董事、监事、高级管理人员,应当遵守法律、行政法规以及企业章程,对企业负有忠实义务和勤勉义务,不得利用职权收受贿赂或者取得其他非法收入和不当利益,不得侵占、挪用企业资产,不得超越职权或者违反程序决定企业重大事项,不得有其他侵害国有资产出资人权益的行为。

**Article 26**　Directors, supervisors and senior managerial personnel of a State-invested enterprise shall adhere to laws, administrative regulations and articles of association; and shall bear the duty of loyalty and duty of care for the enterprise. Directors, supervisors and senior managerial personnel shall not take bribes or obtain other illegal gains and improper interests by abusing their functions and powers, shall not encroach on or misappropriate the enterprise's assets, shall not overstep their authority limit or violate relevant procedures for deciding major matters of the enterprise and shall not conduct any other act that infringe on the rights and interests of State-owned assets contributors.

第二十七条　国家建立国家出资企业管理者经营业绩考核制度。履行出资人职责的机构应当对其任命的企业管理者进行年度和任期考核,并依据考核结果决定对企业管理者的奖惩。
履行出资人职责的机构应当按照国家有关规定,确定其任命的国家出资企业管理者的薪酬标准。

**Article 27**　The State shall establish a system for the assessment of operation performance of administrators of a State-invested enterprise. An agency performing capital contributor's duties and responsibilities shall conduct an annual assessment and service term assessment of the enterprise administrators appointed by the agency and shall decide the rewards for and penalties on relevant administrators according to the assessment results.

An agency performing capital contributor's duties and responsibilities shall decide the salary standards for the administrators of a State-invested enterprise appointed by the agency, pursuant to the relevant provisions of the State.

第二十八条　国有独资企业、国有独资公司和国有资本控股公司的主要负责人,应当接受依法进行的任期经济责任审计。

**Article 28**　The principal responsible persons of a wholly State-invested enterprise, a wholly State-invested company or a State-invested holding company shall be subject to economic accountability audit within their term of office conducted in accordance with the law.

第二十九条　本法第二十二条第一款第一项、第二项规定的企业管理者,国务院和地方人民政府规定由本级人民政府任免的,依照其规定。履行出资人职责的机构依照本章规定对上述企业管理者进行考核、奖惩并确定其薪酬标准。

**Article 29**　If the appointment and removal of an enterprise's administrators as specified in Items 1 and 2 of Paragraph 1 of Article 22 hereof is to be decided by the corresponding people's government according to the provisions of the State Council and relevant local people's government, such provisions shall prevail. An agency performing capital contributor's duties and responsibilities shall, assess, reward or punish the aforesaid enterprise administrators and shall decide the salary standards for such persons, according to the provisions of this Chapter.

### 第五章　关系国有资产出资人权益的重大事项

### Chapter 5: Major Matters in Connection with Rights and Interests of State-owned Assets Contributors

### 第一节　一般规定

### Section 1: General Provisions

9

第三十条　国家出资企业合并、分立、改制、上市,增加或者减少注册资本,发行债券,进行重大投资,为他人提供大额担保,转让重大财产,进行大额捐赠,分配利润,以及解散、申请破产等重大事项,应当遵守法律、行政法规以及企业章程的规定,不得损害出资人和债权人的权益。

**Article 30**　When carrying out major matters, such as merger, division, restructuring, listing, increase or decrease of its registered capital, issuance of bonds, major investment, provision of large-sum guarantee for others, transfer of major property, large-sum donation, distribution of profits, dissolution and petition for bankruptcy, a State-invested enterprise shall comply with the laws, administrative regulations and articles of association and shall not harm the rights and interests of capital contributors and creditors.

第三十一条　国有独资企业、国有独资公司合并、分立,增加或者减少注册资本,发行债券,分配利润,以及解散、申请破产,由履行出资人职责的机构决定。

**Article 31**　Merger, division, increase or decrease of the registered capital, issuance of bonds, distribution of profits, dissolution and petition for bankruptcy of a wholly State-invested enterprise or a wholly State-invested company shall be subject to the decision of an agency performing capital contributor's duties and responsibilities.

第三十二条　国有独资企业、国有独资公司有本法第三十条所列事项的,除依照本法第三十一条和有关法律、行政法规以及企业章程的规定,由履行出资人职责的机构决定的以外,国有独资企业由企业负责人集体讨论决定,国有独资公司由董事会决定。

**Article 32**　If matters listed in Article 30 of this Law occur in a wholly State-invested enterprise or a wholly State-invested company, the matters shall be decided by the responsible persons of the wholly State-invested enterprise through collective discussion or shall be decided by the board of directors of the wholly State-invested company unless those matters are subject to the decision of relevant agency performing capital contributor's duties and responsibilities according to Article 31 of this law, relevant laws and regulations and articles of association.

第三十三条　国有资本控股公司、国有资本参股公司有本法第三十条所列事项的,依照法律、行政法规以及公司章程的规定,由公司股东会、股东大会或者董事会决定。由股东会、股东大会决定的,履行出资人职责的机构委派的股东代表应当依照本法第十三条的规定行使权利。

**Article 33**　If matters listed in Article 30 of this Law occur to a State-invested holding company or a State-invested joint stock company, the matters shall be subject to the decision of the shareholder's meeting of the company, the general meeting of shareholders or the board of directors pursuant to laws, administrative regulations and articles of association. If the matters are subject to the decision of the shareholder's meeting or general meeting of shareholders, the shareholder representatives appointed by an agency performing capital contributor's duties and responsibilities shall exercise their rights according to the provisions of Article 13 of this Law.

第三十四条　重要的国有独资企业、国有独资公司、国有资本控股公司的合并、分立、解散、申请破产以及法律、行政法规和本级人民政府规定应当由履行出资人职责的机构报经本级人民政府批准的重大事项,履行出资人职责的机构在作出决定或者向其委派参加国有资本控股公司股东会会议、股东大会会议的股东代表作出指示前,应当报请本级人民政府批准。

本法所称的重要的国有独资企业、国有独资公司和国有资本控股公司,按照国务院的规定确定。

**Article 34**　With respect to major matters of an important wholly State-invested enterprise, wholly State-invested company or State-invested holding company, such as merger, division, dissolution, petition for bankruptcy, and other matters that require to be reported by an agency performing capital contributor's duties and responsibilities to the corresponding people's government for approval pursuant to laws, administrative regulations, and relevant provisions of the corresponding people's government, the relevant agency performing capital contributor's duties and responsibilities shall submit the relevant report to the corresponding people's government for approval before making a decision or giving instructions to shareholder representatives appointed by the agency to participate in shareholder's meeting or general

10

meeting of shareholders of the State-invested holding company.

For the purposes of this Law, an important wholly State-invested enterprise, wholly State-invested company or a State-invested holding company shall be decided according to the relevant provisions of the State Council.

**第三十五条** 国家出资企业发行债券、投资等事项,有关法律、行政法规规定应当报经政府或者政府有关部门、机构批准、核准或者备案的,依照其规定。

**Article 35** If matters such as issuance of bonds or the making of investment by a State-invested enterprise shall be reported to the relevant governments or relevant governmental departments or agencies for approval, verification or record-filing as required by laws and administrative regulations, the State-invested enterprise shall comply with those laws and administrative regulation.

**第三十六条** 国家出资企业投资应当符合国家产业政策,并按照国家规定进行可行性研究;与他人交易应当公平、有偿,取得合理对价。

**Article 36** When making investment, a State-invested enterprise shall comply with the State's industrial policies and shall carry out a feasibility study according to the relevant provisions of the State. Transactions between a State-invested enterprise and another party shall comply with the principles of fairness and transaction on the basis of compensation, thus obtaining reasonable consideration.

**第三十七条** 国家出资企业的合并、分立、改制、解散、申请破产等重大事项,应当听取企业工会的意见,并通过职工代表大会或者其他形式听取职工的意见和建议。

**Article 37** When carrying out major matters, such as merger, division, restructuring, dissolution and petition for bankruptcy, a State-invested enterprise shall hear opinions of the labor union of the enterprise and shall hear opinions and suggestions of employees through employee representative meetings or other ways.

**第三十八条** 国有独资企业、国有独资公司、国有资本控股公司对其所出资企业的重大事项参照本章规定履行出资人职责。具体办法由国务院规定。

**Article 38** With respect to major matters of an enterprise in which a wholly State-invested enterprise, a wholly State-invested company or a State-invested holding company makes capital contribution, the wholly State-invested enterprise, the wholly State-invested company or the State-invested holding company shall perform capital contributor's duties and responsibilities for the enterprise by reference to the provisions of this Chapter. The State Council shall formulate specific measures.

## 第二节 企业改制

## Section 2: Restructuring of Enterprises

**第三十九条** 本法所称企业改制是指:
(一)国有独资企业改为国有独资公司;
(二)国有独资企业、国有独资公司改为国有资本控股公司或者非国有资本控股公司;
(三)国有资本控股公司改为非国有资本控股公司。

**Article 39** For the purposes of this Law, "enterprise restructuring" shall mean:
(1) A wholly State-invested enterprise, which is restructured to a wholly State-invested company;
(2) A wholly State-invested enterprise or a wholly State-invested company which is restructured to a State-invested holding company or a non-State-invested holding company; and
(3) A State-invested holding company which is restructured to a non-State-invested holding company.

**第四十条** 企业改制应当依照法定程序,由履行出资人职责的机构决定或者由公司股东会、股东大会决定。

11

重要的国有独资企业、国有独资公司、国有资本控股公司的改制,履行出资人职责的机构在作出决定或者向其委派参加国有资本控股公司股东会会议、股东大会会议的股东代表作出指示前,应当将改制方案报请本级人民政府批准。

**Article 40**    Enterprise restructuring shall be subject to the decision of an agency performing capital contributor's duties and responsibilities or resolution of company's shareholder meeting or general meeting of shareholders according to statutory procedures.

In the case of the restructuring of important wholly State-invested enterprises, wholly State-invested companies and State-invested holding companies, before an agency performing capital contributor's duties and responsibilities makes a decision or gives instructions to the representing shareholders delegated by the said agency to participate in the shareholder's meeting or general meeting of shareholders of a State-invested holding company, the restructuring plan shall be submitted to the people's government at the corresponding level for approval.

第四十一条  企业改制应当制定改制方案,载明改制后的企业组织形式、企业资产和债权债务处理方案、股权变动方案、改制的操作程序、资产评估和财务审计等中介机构的选聘等事项。

企业改制涉及重新安置企业职工的,还应当制定定职工安置方案,并经职工代表大会或者职工大会审议通过。

**Article 41**    When carrying out an enterprise restructuring, a restructuring plan shall be formulated. The restructuring plan shall explicitly state the enterprise organizational structure after the restructuring, the plan for disposal of enterprise assets, the creditor's rights and debts, the plan for change of equity interests, the restructuring procedure, the selection and engagement of intermediary agencies for assets assessment and financial audit and other matters.

If an enterprise restructuring involves resettlement of the enterprise employees, a plan for resettlement of employees shall also be formulated. The resettlement plan shall be adopted at the employee representative meeting or employee meeting.

第四十二条  企业改制应当按照规定进行清产核资、财务审计、资产评估,准确界定和核实资产,客观、公正地确定资产的价值。

企业改制涉及以企业的实物、知识产权、土地使用权等非货币财产折算为国有资本出资或者股份的,应当按照规定对折价财产进行评估,以评估确认价格作为确定国有资本出资额或者股份数额的依据。不得将财产低价折股或者有其他损害出资人权益的行为。

**Article 42**    When carrying out an enterprise restructuring, asset and capital verification, financial audit, assets assessment and accurate identification and verification of assets shall be conducted according to the relevant provisions so that the value of the enterprise assets may be determined in an objective and an impartial way.

If an enterprise restructuring involves conversion of the enterprise's property in kind, intellectual property rights, land use rights and other non-currency property into State-owned capital contribution or shares, such converted properties shall be assessed according to the relevant provisions. The price determined through the assessment shall serve as the basis for determining the amount of State-owned capital contribution or shares. Conversion of undervalued properties into shares or other acts harming the rights and interests of capital contributors shall be prohibited.

## 第三节  与关联方的交易

## Section 3: Transactions with Affiliated Parties

第四十三条  国家出资企业的关联方不得利用与国家出资企业之间的交易,谋取不当利益,损害国家出资企业利益。

本法所称关联方,是指本企业的董事、监事、高级管理人员及其近亲属,以及这些人员所有或者实际控制的企业。

**Article 43**    An affiliated party of a State-invested enterprise shall not take advantage of the opportunities of having transactions with the State-invested enterprise to seek illegal benefits and harm the

12

interests of the State-invested enterprise.

For the purposes of this Law, an affiliated party shall mean a State-invested enterprise's directors, supervisors, senior managerial personnel or their close relatives and the enterprises owned or actually controlled by the aforesaid persons.

第四十四条　国有独资企业、国有独资公司、国有资本控股公司不得无偿向关联方提供资金、商品、服务或者其他资产,不得以不公平的价格与关联方进行交易。

**Article 44**   A wholly State-invested enterprise, a wholly State-invested company or a State-invested holding company shall not provide its affiliated parties with any funds, commodities, services or other assets free of charge; and shall not carry out any unfair price transactions with its affiliated parties.

第四十五条　未经履行出资人职责的机构同意,国有独资企业、国有独资公司不得有下列行为:

（一）与关联方订立财产转让、借款的协议;

（二）为关联方提供担保;

（三）与关联方共同出资设立企业,或者向董事、监事、高级管理人员及其近亲属所有或者实际控制的企业投资。

**Article 45**      Without the consent of an agency performing capital contributor's duties and responsibilities, the following acts of a wholly State-invested enterprise or wholly State-invested company are prohibited:

(1) Entering into property transfer agreements or loan agreements with its affiliated parties;

(2) Providing guarantee for its affiliated parties; and

(3) Making contributions jointly with its affiliated parties in the establishment of an enterprise or making investments in an enterprise owned or actually controlled by its directors, supervisors or senior managerial personnel and their close relatives.

第四十六条　国有资本控股公司、国有资本参股公司与关联方的交易,依照《中华人民共和国公司法》和有关行政法规以及公司章程的规定,由公司股东会、股东大会或者董事会决定。由公司股东会、股东大会决定的,履行出资人职责的机构委派的股东代表,应当依照本法第十三条的规定行使权利。

公司董事会对公司与关联方的交易作出决议时,该交易涉及的董事不得行使表决权,也不得代理其他董事行使表决权。

**Article 46**    Transactions between a wholly State-invested company or a State-invested joint stock company and its affiliated parties shall be subject to the decision of the company's shareholders' meeting, general meeting of shareholders or the board of directors pursuant to the Company Law of the People's Republic of China and provisions of the relevant administrative regulations and articles of association. If a transaction is subject to the decision of the company's shareholders' meeting or general meeting of shareholders, the shareholder representatives appointed by an agency performing capital contributor's duties and responsibilities shall exercise their rights according to the provisions of Article 13 hereof.

In the case that the board of directors makes resolutions on transactions between the company and its associated parties, a director involved in such transactions shall neither exercise his/her voting rights nor exercise the voting rights on behalf of other directors.

### 第四节　资产评估

### Section 4: Assets Assessment

第四十七条　国有独资企业、国有独资公司和国有资本控股公司合并、分立、改制,转让重大财产,以非货币财产对外投资,清算或者有法律、行政法规以及企业章程规定应当进行资产评估的其他情形的,应当按照规定对有关资产进行评估。

**Article 47**   If a wholly State-invested enterprise, a wholly State-invested company or a State-invested holding company falls under circumstances such as merger, division, restructuring, major assets transfer,

13

using non-currency property to make external investment, liquidation or other circumstances that require assess assessment according to relevant laws, regulations and articles of association, the assets involved shall be assessed according to the relevant provisions.

**第四十八条**　国有独资企业、国有独资公司和国有资本控股公司应当委托依法设立的符合条件的资产评估机构进行资产评估;涉及应当报经履行出资人职责的机构决定的事项的,应当将委托资产评估机构的情况向履行出资人职责的机构报告。

**Article 48**　A wholly State-invested enterprise, a wholly State-invested company or a State-invested holding company shall entrust a legally established and qualified asset assessment agency to do the asset assessment. If certain matters are subject to the decision of an agency performing capital contributor's duties and responsibilities, the information concerning the entrusted asset assessment agency shall be reported to the agency performing the capital contributor's duties and responsibilities.

**第四十九条**　国有独资企业、国有独资公司、国有资本控股公司及其董事、监事、高级管理人员应当向资产评估机构如实提供有关情况和资料,不得隐瞒或者提供虚假情况和资料,不得与资产评估机构串通评估作价。

**Article 49**　A wholly State-invested enterprise, a wholly State-invested company or a State-invested holding company and their respective directors, supervisors and senior managerial personnel shall faithfully provide the relevant information and materials to an asset assessment agency; and shall neither conceal facts or provide false information nor collude with the asset assessment agency to adjust the assessment results for pricing.

**第五十条**　资产评估机构及其工作人员受托评估有关资产,应当遵守法律、行政法规以及评估执业准则,独立、客观、公正地对受托评估的资产进行评估。资产评估机构应当对其出具的评估报告负责。

**Article 50**　If an asset assessment agency and its staff are entrusted to assess relevant assets, the agency and its staff shall comply with laws, administrative regulations, criteria for assessment practice and shall conduct the assessment of the assets under the entrustment independently, objectively and impartially.

### 第五节 国有资产转让

### Section 5: Transfer of State-Owned Assets

**第五十一条**　本法所称国有资产转让,是指依法将国家对企业的出资所形成的权益转移给其他单位或者个人的行为;按照国家规定无偿划转国有资产的除外。

**Article 51**　For the purpose of this Law, transfer of State-owned assets shall mean the act of transferring the rights and interests that are formed out of the capital contribution made by the State in an enterprise to any other institution or individual excluding gratuitous allocation and transfer of State-Owned assets according to provisions of the State.

**第五十二条**　国有资产转让应当有利于国有经济布局和结构的战略性调整,防止国有资产损失,不得损害交易各方的合法权益。

**Article 52**　Transfer of State-owned assets shall help to improve strategic adjustment of the layout and structure of the national economy and to prevent loss of State-owned assets and shall not harm the lawful rights and interests of all transaction parties.

**第五十三条**　国有资产转让由履行出资人职责的机构决定。履行出资人职责的机构决定转让全部或者部分国有资产,致使国家对该企业不再具有控股地位的,应当报请本级人民政府批准。

**Article 53**　Transfer of State-owned assets shall be subject to the decision of an agency performing capital contributor's duties and responsibilities. If an agency performing capital contributor's duties and responsibilities decides to transfer complete or part of the State-owned assets and if such a transfer may

14

cause the State to lose its status as the controlling shareholder of the enterprise, the transfer shall be reported to the corresponding people's government for approval.

第五十四条　国有资产转让应当遵循等价有偿和公开、公平、公正的原则。

除按照国家规定可以直接协议转让的以外,国有资产转让应当在依法设立的产权交易场所公开进行。转让方应当如实披露有关信息,征集受让方;征集产生的受让方为两个以上的,转让应当采用公开竞价的交易方式。

转让上市交易的股份依照《中华人民共和国证券法》的规定进行。

**Article 54**    Transfer of State-owned assets shall comply with the principles of transaction on the basis of compensation and price-value consistency, openness, fairness and impartiality.

Transfer of State-owned assets shall be publicly carried out at legally established equity exchanges except the circumstances in which direct transfer through agreement is applicable according to the State's provisions. The transferor shall truthfully disclose relevant information and solicit for the transferee. In the case of two or more transferees, the transfer shall be conducted through public price bidding.

Transfer of listed shares shall be conducted pursuant to the Securities Law of the People's Republic of China.

第五十五条　国有资产转让应当以依法评估的、经履行出资人职责的机构认可或者由履行出资人职责的机构报经本级人民政府核准的价格为依据,合理确定最低转让价格。

**Article 55**    The base price for transfer of State-owned assets shall be reasonably determined based on the price that has been evaluated in accordance with law, recognized by the agency performing capital contributor's duties and responsibilities or verified by the corresponding people's government upon the relevant report submitted by an agency performing the capital contributor's duties and responsibilities.

第五十六条　法律、行政法规或者国务院国有资产监督管理机构规定可以向本企业的董事、监事、高级管理人员或者其近亲属,或者这些人员所有或者实际控制的企业转让的国有资产,在转让时,上述人员或者企业参与受让的,应当与其他受让参与者平等竞买;转让方应当按照国家有关规定,如实披露有关信息;相关的董事、监事和高级管理人员不得参与转让方案的制定和组织实施的各项工作。

**Article 56**    With respect to State-owned assets that, pursuant to laws, administrative regulations or provisions of the State Council's departments responsible for the supervision and administration of State-owned assets, may be transferred to the enterprise's directors, supervisors, senior managerial personnel or their close relatives or the enterprises' owned or actually controlled by the foresaid persons, if the aforesaid persons or enterprises participate in the acceptance of the transfer of the said State-owned assets, they shall compete equally with other participants in bidding. The transferor, pursuant to relevant provisions of the State, shall truthfully disclose relevant information. The related directors, supervisors and senior managerial personnel shall not participate in preparing the transfer scheme and organizing the implementation of the scheme.

第五十七条　国有资产向境外投资者转让的,应当遵守国家有关规定,不得危害国家安全和社会公共利益。

**Article 57**    Transfer of State-owned assets to overseas investors shall comply with the relevant provisions of the State and shall not harm the national security and the public interest.

### 第六章　国有资本经营预算

### Chapter 6: State-owned Capital Operating Budget

第五十八条　国家建立健全国有资本经营预算制度,对取得的国有资本收入及其支出实行预算管理。

**Article 58**    The State shall establish and improve a State-owned capital operating budget system to implement the budget management of State-owned capital revenue and expenditure.

15

第五十九条　国家取得的下列国有资本收入,以及下列收入的支出,应当编制国有资本经营预算:
(一)从国家出资企业分得的利润;
(二)国有资产转让收入;
(三)从国家出资企业取得的清算收入;
(四)其他国有资本收入。

**Article 59**    With respect to the following State-owned capital revenue obtained by the State and the expenditure of the following revenue, the State-owned capital operating budget shall be formulated:
(1) Profits obtained from a State-invested enterprise's profit distribution;
(2) Revenue obtained from the transfer of State-owned assets;
(3) Revenue obtained from the liquidation of a State-invested enterprise; and
(4) Other State-owned capital revenue.

第六十条　国有资本经营预算按年度单独编制,纳入本级政府预算,报本级人民代表大会批准。
国有资本经营预算支出按照当年预算收入规模安排,不列赤字。

**Article 60**    State-owned capital operating budget shall be separately formulated on a yearly basis. The operating budget shall be included in the budget of the corresponding people's government and shall be reported to the corresponding people's congress for approval.

State-owned capital operating budgetary expenditure shall be set based on the budgetary revenue scale of the then-current year and no deficit shall be listed therein.

第六十一条　国务院和有关地方人民政府财政部门负责国有资本经营预算草案的编制工作,履行出资人职责的机构向财政部门提出由其履行出资人职责的国有资本经营预算建议草案。

**Article 61**    The State Council and the finance department of the relevant local people's government shall be responsible for drafting State-owned capital operating budget. The agency performing capital contributor's duties and responsibilities shall propose to the relevant finance department a draft of the operating budget for the State-owned capital for which the said agency shall perform capital contributor's duties and responsibilities.

第六十二条　国有资本经营预算管理的具体办法和实施步骤,由国务院规定,报全国人民代表大会常务委员会备案。

**Article 62**    Specific measures and procedures for the implementation of State-owned capital operating budget management shall be stipulated by the State Council and shall be submitted to the Standing Committee of the National People's Congress for record-filing.

### 第七章　国有资产监督

### Chapter 7: State-Owned Assets Supervision

第六十三条　各级人民代表大会常务委员会通过听取和审议本级人民政府履行出资人职责的情况和国有资产监督管理情况的专项工作报告,组织对本法实施情况的执法检查等,依法行使监督职权。

**Article 63**    The standing committee of the people's congress at all levels, by hearing and deliberating the work report on the corresponding people's government's performance of capital contributor's duties and responsibilities and the supervision and administration of State-owned assets, shall organize a law enforcement check on the implementation of this Law and shall exercise the supervision rights in accordance with the law.

第六十四条　国务院和地方人民政府应当对其授权履行出资人职责的机构履行职责的情况进行监督。

**Article 64**    The State Council and relevant local people's government shall exercise supervision over the performance of its authorized agency performing capital contributor's duties and responsibilities.

16

**第六十五条** 国务院和地方人民政府审计机关依照《中华人民共和国审计法》的规定,对国有资本经营预算的执行情况和属于审计监督对象的国家出资企业进行审计监督。

　　**Article 65** The State Council and auditing agency of the relevant people's government, pursuant to the Audit Law of the People's Republic of China, shall exercise auditing supervision over the implementation of State-owned capital operating budget and State-invested enterprises that are subject to auditing supervision.

**第六十六条** 国务院和地方人民政府应当依法向社会公布国有资产状况和国有资产监督管理工作情况,接受社会公众的监督。

　　任何单位和个人有权对造成国有资产损失的行为进行检举和控告。

　　**Article 66** The State Council and relevant local people's government, in accordance with the law, shall make public the status of State-owned assets and information concerning work related to supervision and administration of State-owned assets, and shall accept public supervision.

　　Any entity or individual shall have the right to inform or bring a charge against anyone who is involved in the activities causing the loss of State-owned assets.

**第六十七条** 履行出资人职责的机构根据需要,可以委托会计师事务所对国有独资企业、国有独资公司的年度财务会计报告进行审计,或者通过国有资本控股公司的股东会、股东大会决议,由国有资本控股公司聘请会计师事务所对公司的年度财务会计报告进行审计,维护出资人权益。

　　**Article 67** For the purpose of protecting the rights and interests of capital contributors, agency performing capital contributor's duties and responsibilities may entrust an accounting firm to audit annual financial accounting report of a wholly State-invested enterprise or a wholly State-invested company; in the case of a State-invested holding company, the State-invested holding company, according to the resolution of shareholders' meeting of general meeting of shareholders of the company, shall engage an accounting firm to audit the company's annual financial accounting report.

## 第八章 法律责任

## Chapter 8: Legal Liabilities

**第六十八条** 履行出资人职责的机构有下列行为之一的,对其直接负责的主管人员和其他直接责任人员依法给予处分:

　　(一)不按照法定的任职条件,任命或者建议任命国家出资企业管理者的;

　　(二)侵占、截留、挪用国家出资企业的资金或者应当上缴的国有资本收入的;

　　(三)违反法定的权限、程序,决定国家出资企业重大事项,造成国有资产损失的;

　　(四)有其他不依法履行出资人职责的行为,造成国有资产损失的。

　　**Article 68** If an agency performing the capital contributor's duties and responsibilities involves any of the following acts, disciplinary measures shall be taken against the personnel directly in charge and other personnel subject to direct liability:

　　(1) Failure to comply with the statutory requirements for the relevant post when appointing or proposing to appoint administrators of State-invested enterprises;

　　(2) Encroaching on, holding back or misappropriating funds of State-invested enterprises or State-owned capital revenue that should have been turned over to the State;

　　(3) Violating statutory authority limit or procedures when deciding major matters of State-invested enterprises which causes loss of State-owned assets; or

　　(4) Other acts failing to comply with relevant laws when performing capital contributor's duties and responsibilities which cause loss of State-owned assets.

17

**第六十九条** 履行出资人职责的机构的工作人员玩忽职守、滥用职权、徇私舞弊,尚不构成犯罪的,依法给予处分。

**Article 69** Staff of the agency performing the capital contributor's duties and responsibilities who neglects his or her duties, abuses his or her power or practices favoritism and commits irregularities, he or she shall be subject to disciplinary measures if the act has not constituted a criminal offense.

**第七十条** 履行出资人职责的机构委派的股东代表未按照委派机构的指示履行职责,造成国有资产损失的,依法承担赔偿责任;属于国家工作人员的,并依法给予处分。

**Article 70** If a shareholder representative appointed by agency performing capital contributor's duties and responsibilities fails to perform his/her duties according the appointing agency's instructions and causes loss of State-owned assets, such person shall bear liability for economic loss. If the said person is a State functionary, the person shall be subject to disciplinary measures in accordance with the law.

**第七十一条** 国家出资企业的董事、监事、高级管理人员有下列行为之一,造成国有资产损失的,依法承担赔偿责任;属于国家工作人员的,并依法给予处分:

（一）利用职权收受贿赂或者取得其他非法收入和不当利益的;

（二）侵占、挪用企业资产的;

（三）在企业改制、财产转让等过程中,违反法律、行政法规和公平交易规则,将企业财产低价转让、低价折股的;

（四）违反本法规定与本企业进行交易的;

（五）向资产评估机构、会计师事务所隐瞒或者提供虚假情况和资料,或者与资产评估机构、会计师事务所串通出具虚假资产评估报告、审计报告的;

（六）违反法律、行政法规和企业章程规定的决策程序,决定企业重大事项的;

（七）有其他违反法律、行政法规和企业章程执行职务行为的。

国家出资企业的董事、监事、高级管理人员因前款所列行为取得的收入,依法予以追缴或者归国家出资企业所有。

履行出资人职责的机构任命或者建议任命的董事、监事、高级管理人员有本条第一款所列行为之一,造成国有资产重大损失的,由履行出资人职责的机构依法予以免职或者提出免职建议。

**Article 71** If directors, supervisors or senior managerial personnel of a State-invested enterprise involve any of the following acts and cause loss of State-owned assets, such persons shall be subject to disciplinary measures in accordance with the law:

(1) Taking bribes or obtaining other illegal gains and improper interests by abusing his/her functions and powers;

(2) Encroaching on or misappropriating the enterprise's assets;

(3) During the course of enterprise restructuring or assets transfer, violating laws, administrative regulations and fair transaction rules, and transferring enterprise's properties at undervalued prices or converting undervalued properties into shares;

(4) Violating provisions of this Law to have transactions with the enterprise itself;

(5) Concealing facts from or providing false information and materials to an asset assessment agency or accounting firm or colluding with an asset assessment agency or accounting firm to provide false asset assessment report and auditing report;

(6) Violating laws, administrative regulations and articles of association when deciding major matters of the enterprise; or

(7) Other acts violating laws, administrative regulations and articles of association when performing duties and responsibilities.

Incomes obtained by directors, supervisors, or senior managerial personnel of a State-invested enterprise through the acts listed in the preceding paragraph shall be retrieved and taken over in accordance with the law or returned to the State-invested enterprise.

If a director, supervisor or senior managerial person appointed or proposed to be appointed by agency performing capital contributor's duties and responsibilities involves any of the acts listed in Item (1) hereof and therefore causes heavy loss of State-owned assets, agency performing capital contributor's duties and responsibilities shall remove or propose to remove such person from his/her post in accordance with the law.

18

第七十二条　在涉及关联方交易、国有资产转让等交易活动中,当事人恶意串通,损害国有资产权益的,该交易行为无效。

**Article 72**　When carrying out transactions involving affiliated parties, transfer of State-owned assets and other transaction activities, if the parties concerned conduct malicious collusion and harm the rights and interests of State-owned assets, such transaction activities shall be deemed invalid.

第七十三条　国有独资企业、国有独资公司、国有资本控股公司的董事、监事、高级管理人员违反本法规定,造成国有资产重大损失,被免职的,自免职之日起五年内不得担任国有独资企业、国有独资公司、国有资本控股公司的董事、监事、高级管理人员;造成国有资产特别重大损失,或者因贪污、贿赂、侵占财产、挪用财产或者破坏社会主义市场经济秩序被判处刑罚的,终身不得担任国有独资企业、国有独资公司、国有资本控股公司的董事、监事、高级管理人员。

**Article 73**　If a director, supervisor or senior managerial person of a wholly State-invested enterprise, wholly State-invested company or State-invested controlling company is removed from his/her post due to violating provisions of this Law and causing heavy loss of State-owned assets, such a person shall not assume the post of a director, supervisor or senior managerial personnel of a wholly State-invested enterprise, wholly State-invested company or State-invested holding company for five years as of the date on which he/she is removed. If the said person causes significant loss of State-owned assets or is subject to criminal liability because of corruption, bribery crime, misappropriation of properties or disruption of the order of the socialist market economy, such a person shall never be allowed to serve as a director, supervisor or senior managerial person of a wholly State-invested enterprise, wholly State-invested company or State-invested holding company during the remainder of his/her life.

第七十四条　接受委托对国家出资企业进行资产评估、财务审计的资产评估机构、会计师事务所违反法律、行政法规的规定和执业准则,出具虚假的资产评估报告或者审计报告的,依照有关法律、行政法规的规定追究法律责任。

**Article 74**　If an asset assessment agency or accounting firm that accepts entrustment to conduct asset assessment or financial auditing for a State-invested enterprise violates law, administrative regulations and criteria for practice by issuing false asset assessment report or auditing report, such an asset assessment agency of the accounting firm shall be subject to legal liability in accordance with the relevant laws and administrative regulations.

第七十五条　违反本法规定,构成犯罪的,依法追究刑事责任。

**Article 75**　Any act in violation of this Law which constitutes a crime shall be subject to criminal liability.

### 第九章　附则

### Chapter 9: Supplementary Provisions

第七十六条　金融企业国有资产的管理与监督,法律、行政法规另有规定的,依照其规定。

**Article 76**　If the  provisions on the administration and supervision of State-owned assets of financial enterprises are otherwise provided in laws and administrative regulations, such provisions shall prevail.

第七十七条　本法自2009年5月1日起施行。

**Article 77**　This Law shall take effect as of 1 May 2009.