UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2:09-md-2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON |
| **THIS DOCUMENT RELATES TO:**<br>*Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al., Case No. 2:09-cv-6687 (E.D. La.)* | MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

**ORDER GRANTING CNBM ENTITIES' MOTION FOR LEAVE TO FILE REPLY TO PSC'S RESPONSE RE JOINT REQUEST FOR DIRECTION**

Upon consideration of the CNBM Entities' Motion for Leave to File Reply to the PSC's Response to Texas Litigants' Joint Request for Direction, it is hereby ORDERED that leave is GRANTED and that the CNBM Entities' Reply be and is hereby filed into the record.

New Orleans, Louisiana this _____ day of _____, 2015.

_____
Eldon E. Fallon
U.S. District Court Judge