IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO: 2047 |
| | : | SECTION: L |
| **This Document Relates To:** | : : | JUDGE FALLON MAG. JUDGE WILKINSON |
| **Braxton H. Collins, et al. v. Bass Homes, Inc. et al.; S.D. Mississippi, C.A. No. 1:13-00297** | : : | Case No.: 13-6652 |

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO: 2047 |
| | : | SECTION: L |
| **This Document Relates To:** | : : | JUDGE FALLON MAG. JUDGE WILKINSON |
| **Jason S. Herrington, et al. v. Bass Homes, Inc. et al.; S.D. Mississippi, C.A. No. 1:13-00297** | : : | Case No.: 13-6653 |

### CINCINNATI INSURANCE COMPANY'S
### MOTION FOR LEAVE TO INTERVENE

COMES NOW Cincinnati Insurance Company ("Cincinnati"), a liability insurer for Devon International Trading, Inc., a/k/a Devon Building Products ("Devon"), and hereby moves this Honorable Court for leave to intervene in the above-styled matters pursuant to Rule 24, for the reasons stated more fully in Cincinnati's Memorandum in Support of Motion to Leave to Intervene.

As more specifically outlined therein, Cincinnati seeks to intervene and move this Court to set aside the default entered against Devon, or in the alternative stay further proceedings in default against Devon, as a judicial determination was made in *Cincinnati Insurance Company v. Devon Int'l Inc.*, 924 F.Supp.2d 587 (E.D. Pa. 2013) that there is no insurance coverage from Cincinnati available to Devon in the above cases, and Devon has filed for bankruptcy protection.

1

The claims against Devon for which it has been held in default were allowed to proceed by the United States Bankruptcy Court for the Eastern District of Pennsylvania solely and expressly for the purpose of recovering insurance proceeds up to applicable limits, yet that court does not appear to have been informed of the above-cited coverage decision when it lifted the automatic stay for that purpose under 11 U.S.C. § 393.  Cincinnati hereby seeks to protect its interest while appeal of the coverage opinion is pending in the Third Circuit.

WHEREFORE, based on the foregoing, Cincinnati respectfully requests that this Honorable Court grant its Motion to Intervene.

Respectfully submitted,

**FITZPATRICK & BURNETTE L.L.C.**

/s/ *David A. Pote*
_____
**MICHAEL K. FITZPATRICK (LA #5596)**
**DAVID A. POTE (LA #39267)**
5 41 Julia Street, Suite 200
New Orleans, Louisiana 70130
Telephone:  (504) 581-7121
Facsimile:  (504) 265-8746
*Counsel for Cincinnati Insurance Company*

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand-delivery upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 28th day of July, 2015.

| | |
|---|---|
| Stephen W. Mullins, Esq.<br>Luckey & Mullins, PLLC<br>Post Office Box 990<br>Ocean Springs, MS 39566<br>smullins@luckeyandmullins.com | Joe Cyr, Esq.<br>Frank T. Spano, Esq.<br>Courtney L. Colligan, Esq.<br>Hogan Lovells US LLP<br>875 Third Avenue<br>New York, New York 10022<br>Joe.cyr@hoganlovells.com<br>Frank.spano@hoganlovells.com<br>Courtney.colligan@hoganlovells.com |
| David C. Coons, Esq.<br>Christopher A. D'Amour, Esq.<br>Adams and Reese LLP<br>4500 One Shell Square<br>New Orleans, LA 70139<br>david.coons@arlaw.com<br>chris.damour@arlaw.com | Michael P. Kenny, Esq.<br>Bernard Taylor, Esq.<br>Christina Hull Eikhoff, Esq.<br>David Venderbush, Esq.<br>ALSTON & BIRD LLP<br>1201 West Peachtree Street<br>Atlanta, Georgia 30309<br>Phone: (404) 881-7000<br>Fax: (404) 881-7777<br>mike.kenny@alston.com |
| Heather M. Houston, Esq.<br>Caroline Pryor, Esq.<br>Carr Allison<br>6251 Monroe Street<br>Suite 200<br>Daphne, Alabama 36526<br>hhouston@carrallison.com<br>cpryor@carrallison.com | Alan Dean Weinberger<br>HANGARTNER, RYDBERG & TERRELL, LLC<br>One Shell Square<br>701 Poydras St., Suite 310<br>New Orleans, Louisiana 70179<br>Phone: (504) 434-6815<br>Fax: (504) 522-5689<br>aweinberger@hanrylaw.com |

S. Wesley Pipes, Esq.
Pipes Hudson & Watts, LLP
Post Office Box 989 Mobile, Alabama 36601
wesley@pipeshudsonwatts.com

Gary J. Russo, Esq.
Jones Walker LLP
600 Jefferson Street Suite 1600
Lafayette, LA 70501
grusso@joneswalker.com

Thomas P. Owen, Jr., Esq.
Stanley, Reuter, Ross, Thornton & Alford, LLC
909 Poydras Street
Suite 2500
New Orleans, Louisiana 70112
rcs@stanleyreuter.com
tpo@stanleyreuter.com