UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** ) | **Chapter 7** |
| ) | |
| **Devon International Industries, Inc.** ) | **Case No. 13 - 13552 (SR)** |

ORDER

AND NOW, this 17th day of Dec, 2014, upon consideration of the Motion for Relief From the Automatic Stay Pursuant to §362 of the Bankruptcy Code to Liquidate a Personal Injury Matter of ACE Home Center, Inc. and any response thereto, it is hereby ORDERED and DECREED that ACE Home Center, Inc. may join Devon International Industries, Inc. as a third party defendant in two matters: (1) In Re: Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047 in the United States District Court for the Eastern District of Louisiana (specifically with respect to the consolidated cases of: Braxton and Kerrie Collins v. Bass Homes, Inc., et al. and Jason and Cassie Herrington v. Bass Homes, Inc., et al., S.D. Mississippi, C.A. No. 1:13-00297) and (2) Greg and Sherry Wiggins v. ACE Home Center, Inc., Case No.: 30-CV-2013-900145, Circuit Court of Escambia County, Alabama. Moreover, once joined in these two matters, all appropriate parties may pursue claims against Devon International Industries, Inc. and obtain judgments against it, but only up to the amount of all applicable insurance coverage available to Devon International Industries, Inc.

BY THE COURT:

_____
J.