# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | | |
|---|---|---|
| THE CINCINNATI INSURANCE COMPANY | : : : : | USCA No. 13-1601 |
| Appellee, | : : | |
| v. | : : | |
| DEVON INTERNATIONAL, INC., DEVON IT, INC., DEVON INTERNATIONAL GROUP, INC, DEVON INTERNATIONAL INDUSTRIES, INC. f/k/a DEVON INTERNATIONAL TRADING, INC. | : : : : : : : : | |
| Appellants. | : | |

## EIGHTH STATUS REPORT

Appellant, Devon International Industries, Inc. f/k/a Devon International Trading, Inc. ("Devon"), having filed a Suggestion of Bankruptcy and by Order of this Court dated May15, 2013 directed to file periodic status reports regarding the status of those proceedings, advises the Court as follows:

1.  A first meeting of creditors was held on June 20, 2013 and concluded on August 16, 2013.

2.  The Trustee, on motion, has sought and received from the Bankruptcy Court permission to hire counsel and to appoint an accountant to review the extensive financial information that has been submitted by Devon.

3.  The case has been changed from a no-asset case to an asset case and the trustee is pursuing claims for recovery of certain of debtor's alleged assets.

4. Upon advice of counsel Devon intends to seek permission from the bankruptcy court in the immediate future to withdraw its Notice of Appeal filed with this Court. It is anticipated that the trustee will not oppose the motion to withdraw the appeal and that the bankruptcy court will permit Devon to withdraw its appeal.

5. The Trustee and its counsel and accountant continue to examine the financial records of Devon and the bankruptcy proceedings are continuing.

6. Devon shall continue to provide to this Court the status of the bankruptcy proceeding.

Dated: 6/12/15  /S/ Paul Crowley
PAUL CROWLEY
Counsel for Appellant Devon International
Industries f/k/a Devon International Trading,
Inc.

Paul Crowley, Esquire
257 W. Uwchlan Ave., Suite 204
Downingtown, PA 19335

Atty. I.D. #19712
Tel: 610-269-7940
Fax. 610-269-7993
e-mail: pencrow@verizon.net

## CERTIFICATE OF SERVICE

I hereby certify that on the below listed date a true and correct copy of Appellant's Devon International Industries, Inc. f/k/a Devon International Trading, Inc. Eighth Status Report was served by regular mail, postage prepaid and by Electronic Case Filing using the CM/ECF system which will send notification of such filing to the following:

> Mark R. Lane, Esquire
> Dell, Moser, Lane, & Loughney, LLC
> Two Chatham Center, Suite 1500
> 112 Washington Place
> Pittsburgh, PA 15219

Dated:  6/12/15 　　　　　　　　　　　　　　　　/S/ Paul Crowley
　　　　　　　　　　　　　　　　　　　　　　　　Paul Crowley