IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO: 2047 |
| **This Document Relates To:** | : : : | SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| **Braxton H. Collins, et al. v. Bass Homes, Inc. et al.; S.D. Mississippi, C.A. No. 1:13-00297** | : : | Case No.: 13-6652 |
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO: 2047 |
| **This Document Relates To:** | : : : | SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| **Jason S. Herrington, et al. v. Bass Homes, Inc. et al.; S.D. Mississippi, C.A. No. 1:13-00297** | : : | Case No.: 13-6653 |

## NOTICE OF SUBMISSION

**NOW INTO COURT**, through undersigned counsel, comes the Intervenor, Cincinnati Insurance Company ("Cincinnati"), a liability insurer for Devon International Industries, Inc., f/k/a Devon International Trading ("Devon"), a Defendant herein, who respectfully files this Notice of Submission for its Motion for Leave to Intervene and move this Court to set aside the default entered against Devon, or in the alternative stay further proceedings in default against

1

Devon on August 19, 2015 at 9:00 a.m.

        Respectfully submitted,

        **FITZPATRICK & BURNETTE L.L.C.**

        <u>/s/ *David A. Pote*_____</u>
        **MICHAEL K. FITZPATRICK (LA #5596)**
        **DAVID A. POTE (LA #39267)**
        541 Julia Street, Suite 200
        New Orleans, Louisiana 70130
        Telephone: (504) 581-7121
        Facsimile: (504) 265-8746
        *Counsel for Cincinnati Insurance Company*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand-delivery upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 28th day of July, 2015.

| | |
|---|---|
| Stephen W. Mullins, Esq.<br>Luckey & Mullins, PLLC<br>Post Office Box 990<br>Ocean Springs, MS 39566<br>smullins@luckeyandmullins.com | Joe Cyr, Esq.<br>Frank T. Spano, Esq.<br>Courtney L. Colligan, Esq.<br>Hogan Lovells US LLP<br>875 Third Avenue<br>New York, New York 10022<br>Joe.cyr@hoganlovells.com<br>Frank.spano@hoganlovells.com<br>Courtney.colligan@hoganlovells.com |
| David C. Coons, Esq.<br>Christopher A. D'Amour, Esq.<br>Adams and Reese LLP<br>4500 One Shell Square<br>New Orleans, LA 70139<br>david.coons@arlaw.com<br>chris.damour@arlaw.com | Michael P. Kenny, Esq.<br>Bernard Taylor, Esq.<br>Christina Hull Eikhoff, Esq.<br>David Venderbush, Esq.<br>ALSTON & BIRD LLP<br>1201 West Peachtree Street<br>Atlanta, Georgia 30309<br>Phone: (404) 881-7000<br>Fax: (404) 881-7777<br>mike.kenny@alston.com |
| Heather M. Houston, Esq.<br>Caroline Pryor, Esq.<br>Carr Allison<br>6251 Monroe Street<br>Suite 200<br>Daphne, Alabama 36526<br>hhouston@carrallison.com<br>cpryor@carrallison.com | Alan Dean Weinberger<br>HANGARTNER, RYDBERG & TERRELL, LLC<br>One Shell Square<br>701 Poydras St., Suite 310<br>New Orleans, Louisiana 70179<br>Phone: (504) 434-6815<br>Fax: (504) 522-5689<br>aweinberger@hanrylaw.com |

S. Wesley Pipes, Esq.
Pipes Hudson & Watts, LLP
Post Office Box 989 Mobile, Alabama 36601
wesley@pipeshudsonwatts.com

Gary J. Russo, Esq.
Jones Walker LLP
600 Jefferson Street Suite 1600 Lafayette, LA 70501
grusso@joneswalker.com

Thomas P. Owen, Jr., Esq.
Stanley, Reuter, Ross, Thornton & Alford, LLC
909 Poydras Street
Suite 2500
New Orleans, Louisiana 70112
rcs@stanleyreuter.com
tpo@stanleyreuter.com