# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

**PLAINTIFFS' STEERING COMMITTEE'S
RESPONSE IN OPPOSITION TO (1) MOTION TO CLARIFY THE
JULY 17, 2014 CONTEMPT ORDER, OR IN THE ALTERNATIVE
TO VACATE THE ORDER TO THE EXTENT IT PURPORTS TO APPLY
TO CNBM GROUP, CNBM COMPANY, CHINA NATIONAL BUILDING
MATERIALS & EQUIPMENT IMPORT & EXPORT CORPORATION,
CNBM FOREST PRODUCTS (CANADA), CNBMIT, CNBM (USA),
AND UNITED SUNTECH AND (2) JOINDER OF BEIJING NEW BUILDING
MATERIALS PUBLIC LIMITED COMPANY'S AND BEIJING NEW
BUILDING MATERIAL (GROUP) CO., LTD., WITH SUPPORTING
AFFIDAVIT(S) AND EXHIBITS, IN ITS ENTIRETY**

# FILED UNDER SEAL