From Patricia S. Gottlieb 619 Orton Ave 503 ft. Laud. FL. 33304
To Frank, Weinberg Black Attorney for: # 417.186
Sunrise Lakes Condominium Apts. Phase 3 INC, The Association
Date July 22, 2015  7805 SW 6 Court Plant FL. 33324
Re: Response to July 21, 2015 letter for Proper Chinese Drywall Remediation Protocol

Please refer to my documents filed with Your Client as They show I am NOT In Violation of F.S. 718.11(11)(J) And F.S. 627.4137. Copies to be Sent to: Judge Falbon, PSC Attorney Herman, Doyle DBPR And Association. Documents Sent to Your Client:

- Pride Air-Conditioning repair tickets for thirteen times '2012-'2013 findings Chinese Drywall Caused To Be - Replaced-unit
- Insurance Claim for Chinese Drywall perils NOT Covered
- Your Inspectors photographs of wall findings

In my letter to Management Association I still have NOT received my requested documents which You now are writing To Me About That include:
Your Certified Mold inspection Findings Report cited And Your Common elements claim from Master Insurance Policy denial for Your Mold request.

Respectfully Submitted,
Patricia S. Gottlieb

Owner
8841 Sunrise Lakes Blvd # 110
Bldg. 68    Section C  Phase 3
Sunrise FL. 33322

Jill B. Berkman
David W. Black
Edward B. Deutsch
Steven W. Deutsch
Steven C. Elkin
Neil G. Frank
E. J. Generotti
Jacqueline A. Grady
Leorah G. Greenman
Bruce Hurwitz
Michael A. Kammer
Michael Kassower
Gary W. Kovacs

Steven H. Lang
Andrew D. Levy
Hofit N. Lottenberg
Joel M. McTague
Constantina A. Mirabile
Harry P. Mirabile
Randy J. Nathan
Marc A. Silverman
Robert T. Slatoff
Maria P. Spiliopoulos
David Neal Stern
Leanne B. Wagner
Steven A. Weinberg



July 21, 2015

SENT VIA FEDERAL EXPRESS

Patricia Gottlieb
619 Orton Avenue
#503
Fort Lauderdale, FL 33304

RE:   Sunrise Lakes Condominium Apts. Phase 3, Inc. 1 (the "Association")
      Our File No.1417.186

Dear Ms. Gottlieb:

As you are aware we represent the aforementioned Association. On behalf of our client we would like to thank you for allowing the Association access to your unit to remediate the issues with Chinese Drywall.

In preparation of the remediation of the Chinese Drywall, the Association discovered that because you have not climatized the unit over the past several years while it remained unoccupied, mold developed. F.S. 718.111(11)(j) provides that in the event that mold develops in the unit because you failed to climatize the unit, you are responsible for the remediation of the mold. Due to the fact that the unit now contains mold, before the unit may be remediated for Chinese Drywall the unit must be remediated for mold first.

Therefore, be advised that the Association hereby makes demand that you immediately engaged such licensed professionals as necessary to remediate your unit of the mold. Upon the completion of the remediation, please provide the mold clearance report to the Association and upon the mold clearance report being provided to the Association, the Association will then begin the remediation of the Chinese Drywall.

Further, be advised that your actions of failing to properly maintain your unit and thus causing mold to accumulate on the walls of the unit may be covered under your personal homeowners insurance policy. As such, pursuant to F.S. 627.4137, demand is hereby made that you cause to be produced information regarding your homeowners policy within thirty (30) days statements, made under oath, of a corporate officer or the insurance claims manager or superintendent of all of your insurance policies that you are required to maintain on the unit setting forth:

(1) The name of the insurer;
(2) The name of each insured;
(3) The limits of the liability coverage;
(4) A statement of any policy or coverage defense that such insurer reasonably believes is available to such insurer at the time of filing such statement; and
(5) A copy of the policy.

Sincerely,

FRANK WEINBERG & BLACK, PL

Joel Martin McTague, Esq.
For the Firm

cc: Sunrise Lakes Condo. Apts. Phase 3, Inc. 1