In re: Chinese-Manufactured Drywall Products Liability



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 135700-0002

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--PABCO Building Products, LLC, (d/b/a) Pabco Gypsum,
c/o Legal Department
Court Case No. MDL 2047

HERMAN, HERMAN, ET AL
Ms. Kate Robinson
820 O'Keefe Ave.
New Orleans, LA 70113-1116

State of: CALIFORNIA ) ss.
County of: SAN FRANCISCO )

Name of Server: **RICHARD SNELL**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 15th day of JULY, 2015, at 11:30 o'clock A M

Place of Service: at 10600 White Rock Road, Ste. 100, in Rancho Cordova, CA 95670

Documents Served: the undersigned served the documents described as:
**Subpoena to Testify at a Deposition in a Civil Action (with production request), with attached 30(b)(6) Expedited Notice of Deposition (with exhibits); Witness Fee Check**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**PABCO Building Products, LLC, (d/b/a) Pabco Gypsum, c/o Legal Department**

Person Served, and Method of Service:
By delivering them into the hands of an officer or managing agent whose name and title is: **LAUREL TICKNOR, AUTHORIZED TO ACCEPT**.

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F ; Skin Color W ; Hair Color GREY ; Facial Hair ___
Approx. Age 60 ; Approx. Height 5'7" ; Approx. Weight 160

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 20th day of July, 2015

Notary Public       8/17/16 (Commission Expires)

JERRY TOPOLOS
NOTARY PUBLIC - CALIFORNIA
COMMISSION # 1985648
SAN FRANCISCO COUNTY
My Comm. Exp. August 17, 2016

APS International, Ltd.