# EXHIBIT A

Case 2:09-md-02047-EEF-MBN Document 19345-1 Filed 07/30/15 Page 2 of 3
CFN # 110083515, OR BK 47964 Page 563, Page 1 of 2, Recorded 06/09/2011 at
08:22 AM, Broward County Commission, Doc. D $5775.00 Deputy Clerk 3405



THIS INSTRUMENT PREPARED BY AND RETURN TO:
Nationwide Land Title, Inc.
Julie Bodnar
2900 N. University Drive Suite 42
Coral Springs, Florida 33065
Property Appraisers Parcel Identification (Folio) Numbers: 4741 33 03 1860
File #Perone

_____ Space Above This Line For Recording Data _____

# WARRANTY DEED



THIS WARRANTY DEED, made the 4TH day of May, 2011 by Samuel Perone, a/k/a Samuel N. Perone, a/k/a Samuel N. Perrone, a married man, whose post office address is 13054 Sandwedge Court, Jacksonville, Florida 32224 herein called the Grantor, to William Kennedy and Maria Kennedy, husband and wife, whose post office address is 7063 Lost Garden Terrace, Parkland, Florida 33076, hereinafter called the Grantees;
*(Wherever used herein the terms "Grantor" and "Grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)*

WITNESSETH: That the Grantor, for and in consideration of the sum of TEN AND 00/100'S ($10.00) Dollars and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the Grantee all that certain land situate in Broward County, State of Florida, viz.:

Lot 47, in Block "I", of Parkland Golf and Country Club Replat #1, according to the Plat thereof, as recorded in Plat Book 172, at Page 182, of the Public Records of Broward County, Florida.

Subject to easements, restrictions and reservations of record and taxes for the year 2011 and thereafter.

*** Grantor, under penalties of perjury, hereby certifies that at the time of this conveyance, the subject property is not the homestead of the Grantor or the Grantor's spouse within the meaning set forth in the constitution of the State of Florida, nor it is contiguous to or a part of the homestead of the Grantor and the Grantor's spouse. The residence and homestead address of Grantor and her/his spouse is: 13054 Sandwedge Court, Jacksonville, Florida 32224***



TOGETHER, with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

TO HAVE AND TO HOLD, the same in fee simple forever.

AND, the Grantor hereby covenants with said Grantees that the Grantor is lawfully seized of said land in fee simple; that the Grantor has good right and lawful authority to sell and convey said land, and hereby warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to December 31, 2010.

File No: PERONE



IN WITNESS WHEREOF, the said Grantor has signed and sealed these presents the day and year first above written.

Signed, sealed and delivered in the presence of:

Natasha E Fernandez
Witness #1 Signature

NATASHA E. FERNANDEZ
Witness #1 Printed Name

Regina A. Keene
Witness #2 Signature

Regina A. Keene
Witness #2 Printed Name

_____
Samuel Perone a/k/a Samuel N. Perone a/k/a
Samuel N. Perrone
13054 Sandwedge Court
Jacksonville, Florida
32224

STATE OF Florida
COUNTY OF Duval

The foregoing instrument was acknowledged before me this 4th day of May, 2011 by Samuel Perone a/k/a Samuel N. Perone a/k/a Samuel N. Perone who is personally known to me, or has produced _____ as identification.

SEAL

Regina A. Keene
Notary Public

My Commission Expires:

REGINA A. KEENE
Printed Notary Public, State of Florida
My comm. exp. Dec. 2, 2011
Comm. No. DD 738406

File No: PERONE

THIS IS NOT AN OFFICIAL COPY